AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| O. Gene Bicknell <br><br> *Plaintiff(s)* <br> v. <br> Richard M. Silanskas Jr, Larry K. Wilhite, and Stephen D. Hedrick <br><br> *Defendant(s)* | Civil Action No. 4:25-cv-00383-CDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Richard M. Silanskas Jr.
1338 Peace in Valley Road
Blue Eye, Missouri 65611

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amelia A. Fogleman
GableGotwals
110 N. Elgin Avenue, Suite 200
Tulsa, Oklahoma 74120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Heidi D, Campbell*

Date: _____07/25/2025_____                                  _____s/ A. Nance_____
*Signature of Clerk or Deputy Clerk*

c/ Mailed to attorney

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | | |
|---|---|---|
| O. Gene Bicknell  *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) | Civil Action No. 4:25-cv-00383-CDL |
| Richard M. Silanskas Jr, Larry K. Wilhite, and Stephen D. Hedrick  *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Larry K. Wilhite
1194 Bird Road
Branson, Missouri 65616

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amelia A. Fogleman
GableGotwals
110 N. Elgin Avenue, Suite 200
Tulsa, Oklahoma 74120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Heidi D, Campbell*

Date:   07/25/2025                                                                s/ A. Nance
                                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| O. Gene Bicknell <br><br> *Plaintiff(s)* <br> v. <br> Richard M. Silanskas Jr, Larry K. Wilhite, and Stephen D. Hedrick <br><br> *Defendant(s)* | Civil Action No.  4:25-cv-00383-CDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stephen D. Hedrick
3131 West Crestview Drive
Prescott, Arizona 86305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amelia A. Fogleman
GableGotwals
110 N. Elgin Avenue, Suite 200
Tulsa, Oklahoma 74120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Heidi D, Campbell*

Date:  07/25/2025

*s/ A. Nance*
*Signature of Clerk or Deputy Clerk*