ATT: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

PRO SE EMAIL Filing

333 WEST 4th STREET

#411

TULSA, OKLAHOMA 74103

ProSeFilingsOKND@oknd.uscourts.gov

AUGUST 15, 2025

SUBJECT: PRO-SE CIVIL FILING 4:25-cv-00383-CDL

RICHARD M. SILANSKAS JR.

1338 PEACE IN VALLEY ROAD

BLUE EYE, MISSOURI 65611

(352) 205-5131

ricksilanskas@gmail.com

# MOTION FOR EXTENSION TO FILE RESPONSE TO CIVIL LAW SUIT

CIVIL ACTION NO. 4:25-cv-00383-CDL

SERVED ON JULY 25, 2025 AT APPROX 5:00 PM AT MY HOME 1338 PEACE IN VALLEY ROAD BLUE EYE, MISSOURI 65611

I am respectfully requesting an extension of time (30 days) to file my response to the above civil lawsuit action. I am without financial means for an attorney and have been working diligently since being served to secure proper legal aid to help me in this matter. I am currently in the process and ask for this extension to allow me to prepare to the best of my ability. In addition, I need more time to properly gather evidence and review the expansive documentation. Thank you for help and understanding.

RICHARD M. SILANSKAS JR.

_____

Date 8-15-25

——————————————.

SERVICE PROVIDED VIA USMAIL TO:

Amelia A. Fogleman, OBA No. 16221
Joseph W. Lang, OBA No. 33019
GABLE
GOTWALS
110 N. Elgin Avenue, Suite 200
Tulsa, Oklahoma 74120

Larry K. Wilhite
1194 Bird Rd
Branson, Missouri 65616

Stephen D. Hedrick
3131 West Crestview Drive
Prescott, Arizona 86305