IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| O. GENE BICKNELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 25-cv-00383-SH |
| RICHARD M. SILANSKAS JR., LARRY K. WILHITE, AND STEPHEN D. HENRICK, | ) ) ) ) |
| Defendants. | ) ) |

### ORDER

Before the Court is the *pro se* motion of Defendant Richard M. Silanskas Jr., seeking an additional 30 days in which to respond to Plaintiff's complaint. The motion does not comply with the local rule requiring a statement as to whether opposing counsel agrees or objects to the request. *See* LCvR 7-1(c).[1] Defendant Silanskas is cautioned that, even while proceeding *pro se*, he is expected to follow the Federal Rules of Civil Procedure and the local rules. Nevertheless, the Court has previously granted the other defendants additional time in which to answer and finds that Defendant Silanskas has stated good cause for his request. The Court will set Defendant Silanskas' answer date on the same date as the other defendants.

IT IS THEREFORE ORDERED that the *Motion for Extension to File Response to Civil Law Suit* (ECF No. 35) is GRANTED. Defendant shall answer or otherwise respond to the complaint by September 12, 2015.

ORDERED this 15th day of August, 2025.

SUSAN E. HUNTSMAN, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

---

[1] The local rules are available on the Court's website at https://www.oknd.uscourts.gov/local-rules.