ATT: UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA
PRO SE EMAIL Filing
333 WEST 4th STREET
#411
TULSA, OKLAHOMA 74103
ProSeFilingsOKND@oknd.uscourts.gov

SEPTEMBER 11, 2025
SUBJECT: PRO-SE CIVIL FILING 25-cv-00383-SEH-SH

RICHARD M. SILANSKAS JR.
1338 PEACE IN VALLEY ROAD
BLUE EYE, MISSOURI 65611
(352) 205-5131
ricksilanskas@gmail.com

# DEFENDANT RICHARD M. SILANSKAS JR MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

CIVIL ACTION NO: 25-cv-00383-SEH-SH

COMES NOW the defendant, Richard M Silanskas Jr (herein "Silanskas"), hereby submits his Motion (the "Motion") respectfully requesting entry of an Order permitting Defendant an extension until October 25, 2025 to answer or otherwise respond to Plaintiff's Complaint. In support hereof, Defendant states as follows:

PROCEDURAL BACKGROUND

(1) The Plaintiff filed his complaint in the above referenced matter on July 25, 2025

(2) Defendant was properly served with the complaint at approx 5 PM Central time on July 25, 2025

(3) The current deadline for defenses answer is September 12, 2025.

(4) Due to the inability to afford paid legal counsel and hardship and the great difficulty and extraordinary effort in working to secure proper legal aid over the past weeks, due to the complexity of the complaint, Defendant is pleading deeply for additional time to prepare a thorough and accurate response and complete efforts to properly secure legal aid counsel of which progress is finally being realized.

(5) This request for additional time extension in this case Is absolutely Not made for purposes of delay but to ensure the securing of proper legal aid counsel and potentially conserve the parties and the Courts additional time and judicial resources.

(6) Defendant has conferred with Plaintiff's counsel Amelia A. Fogleman, OBA No. 16221
Joseph W. Lang, OBA No. 33019
GABLE
GOTWALS
110 N. Elgin Avenue, Suite 200
Tulsa, Oklahoma 74120 and she is opposed to the extension.

Defendant has also conferred with the other Defendants counsel  J. Christopher Davis
Crowe and Dunlevy PC
222 N Detroit Ave
Suite 600
Tulsa, Oklahoma 74120

Lysbeth George
Liz George and Associates
8101 South Walker
Suite F
Oklahoma City, Oklahoma 730139
and each had no objection to an extension to answer deadline.

(7) Defendant respectfully requests an extension of the Answer deadline from September 12, 2025 to October 25, 2025

RELIEF REQUESTED
WHEREFORE, Defendant respectfully requests that this Court enter an Order extending the deadline to file his Answer up to and including October 25, 2025, and for such other relief this court deems just and proper.

Respectfully submitted,

Richard M Silanskas Jr.
PRO SE FILING
1338 Peace in Valley Rd
Blue Eye, Missouri 65611
ricksilanskas@gmail.com


RICHARD M. SILANSKAS JR.

*[signature]*

Date

9-11-25


SERVICE PROVIDED VIA USMAIL TO:

Amelia A. Fogleman, OBA No. 16221
Joseph W. Lang, OBA No. 33019
GABLE
GOTWALS
110 N. Elgin Avenue, Suite 200
Tulsa, Oklahoma 74120

J. Christopher Davis
Crowe and Dunlevy PC
222 N Detroit Ave
Suite 600
Tulsa, Oklahoma 74120

Lysbeth George
Liz George and Associates
8101 South Walker
Suite F
Oklahoma City, Oklahoma 730139