IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

    (1)    O. GENE BICKNELL
            Plaintiff

    (1)    RICHARD M. SILANSKAS JR.
    (2)    LARRY K. WILHITE
    (3)    STEPHEN D. HEDRICK
            Defendants

       CASE NUMBER:  4:25-cv-00382-SEH-SH

Date: October 25, 2025

RESPONSE TO VERIFIED COMPLAINT

I, Richard M. Silanskas Jr. proceeding Pro Se respond to the complaint allegations as follows:

    (1)    Silanskas concedes the allegations of this paragraph
    (2)    Silanskas denies the allegations in the paragraph
    (3)    Silanskas concedes the allegations of this paragraph
    (4)    Silanskas denies the allegations in this paragraph
    (5)    Silanskas denies the allegations in this paragraph
    (6)    Silanskas denies the allegations in this paragraph
    (7)    Silanskas denies the allegations in this paragraph

(8)   Silanskas denies the allegations in this paragraph
(9)   Silanskas denies the allegations in this paragraph
(10)  Silanskas denies the allegations in this paragraph

(11)  Silanskas denies the allegations in this paragraph
(12)  Silanskas denies the allegations in this paragraph
(13)  Silanskas concedes the allegations of this paragraph
(14)  Silanskas concedes the allegations of this paragraph
(15)  Silanskas concedes the allegations of this paragraph
(16)  Silanskas does not have enough information to admit or deny this allegation
(17)  Silanskas does not have enough information to admit or deny this allegation
(18)  Silanskas does not have enough information to admit or deny this allegation
(19)  Silanskas does not have enough information to admit or deny this allegation
(20)  Silanskas does not have enough information to admit or deny this allegation
(21)  Silanskas does not have enough information to admit or deny this allegation
(22)  Silanskas does not have enough information to admit or deny this allelgation
(23)  Silanskas concedes the allegations of this paragraph
(24)  Silanskas does not have enough information to admit or deny this allegation
(25)  Silanskas does not have enough information to admit or deny this allegation
(26)  Silanskas does not have enough information to admit or deny this allegation

(27) Silanskas concedes the allegations of this paragraph
(28) Silanskas concedes the allegations of this paragraph
(29) Silanskas concedes the allegations of this paragraph
(30) Silanskas denies the allegations in this paragraph
(31) Silanskas denies the allegations in this paragraph
(32) Silanskas does not have enough information to admit ot deny this allegation
(33) Silanskas denies the allegation in this paragraph
(34) Silanskas does not have enough information to admit or deny this allegation
(35) Silanskas does not have enough information to admit or deny this allegation
(36) Silanskas concedes the allegations of this paragraph
(37) Silanskas concedes the allegations of this paragraph
(38) Silanskas concedes the allegations of this paragraph
(39) Silanskas does not have enough information to admit or deny this allegation
(40) Silanskas does not have enough information to admit or deny this allegation
(41) Silanskas denies the allegations in this paragraph
(42) Silanskas denies the allegations in this paragraph
(43) Silanskas denies the allegations in this paragraph
(44) Silanskas denies the allegations in this paragraph
(45) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(46) Silanskas denies the allegations in this paragraph
(47) Silanskas denies the allegations in this paragraph
(48) Silanskas denies the allegations in this paragraph
(49) Silanskas denies allegations in this paragraph
(50) Silanskas denies allegations in this paragraph

(51) Silanskas denies the allegations in this paragraph
(52) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(53) Silanskas denies the allegations in this paragraph
(54) Silanskas denies the allegations in this paragraph
(55) Silanskas denies the allegations in this paragraph
(56) Silanskas denies the allegations in this paragraph
(57) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(58) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(59) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(60) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(61) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(62) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(63) Silanskas denies the allegations in this paragraph
(64) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(65) Silanskas denies the allegations in this paragraph
(66) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(67) Silanskas denies the allegations in this paragraph
(68) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(69) Silanskas does not have enough information to admit or deny the allegations in this paragraph

(70) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(71) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(72) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(73) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(74) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(75) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(76) Slanskas does not have enough information to admit or deny the allegations in this paragraph
(77) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(78) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(79) Silanskas denies the allegations in this paragraph
(80) Silanskas denies the allegations in this paragraph
(81) Silanskas denies the allegations in this paragraph
(82) Silanskas denies the allegations in this paragraph
(83) Silanskas denies the allegations in this paragraph
(84) Silanskas denies the allegations in this paragraph
(85) Silanskas denies the allegations in this paragraph
(86) Silanskas denies the allegations in this paragraph
(87) Silanskas denies the allegations in this paragraph
(88) Silanskas does not have enough information to admit or deny the allegations in this paragraph

(89) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(90) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(91) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(92) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(93) Silanskas denies the allegations in this paragraph
(94) Silanskas denies the allegations in this paragraph
(95) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(96) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(97) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(98) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(99) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(100) Silanskas does ot have enough information to admit or deny the allegations in this paragraph
(101) Silanskas does not have enough information to admit or deny the allegations in this paragraph'
(102) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(103) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(104) Silanskas denies the allegations in this paragraph
(105) Silanskas denies the allegations in this paragraph

(106) Silanskas denies the allegations in this paragraph
(107) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(108) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(109) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(110) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(111) Silanskas does ot have enough information to admit or deny the allegations in this paragraph
(112) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(113) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(114) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(115) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(116) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(117) Silanskas denies the allegations in this paragraph
(118) Silanskas denies the allegations in the paragraph
(119) Silanskas denies the allegations in this paragraph
(120) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(121) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(122) Silanskas does not have enough information to admit or deny the allegations in this paragraph

(123) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(124) Silanskas concedes to the allegations in this paragraph
(125) Silanskas denies the allegations in this paragraph
(126) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(127) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(128) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(129) Silanskas denies the allegations in this paragraph
(130) Silanskas denies the allegations in this paragraph
(131) Silanskas denies the allegations in this paragraph
(132) Silanskas denies the allegations in this paragraph
(133) Silanskas denies the allegations in this paragraph
(134) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(135) Silanskas denies the allegations in this paragraph
(136) Silanskas denies the allegations in this paragraph
(137) Silanskas denies the allegations in this paragraph
(138) Silanskas denies the allegations in this paragraph
(139) Silanskas denies the allegations in this paragraph
(140) Silanskas denies the allegations in this paragraph
(141) Silanskas concedes the allegations in this paragraph
(142) Silanskas denies the allegations in this paragraph
(143) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(144) Silanskas does not have enough information to admit or deny the allegations in this paragraph

(145) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(146) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(147) Silanskas denies the allegations in this paragraph
(148) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(149) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(150) Silanskas denies the allegations in this paragraph
(151) Silanskas denies the allegations in this paragraph
(152) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(153) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(154) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(155) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(156) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(157) Silanskas does mot have enough information to admit or deny the allegations in this paragraph
(158) Silanskas denies the allegations in this paragraph
(159) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(160) Silanslas does not have enough information to admit or deny the allegations in this paragraph
(161) Silanskas does not have enough information to admit or deny the allegations in this paragraph

(162) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(163) Silanskas denies the allegations in this paragraph
(164) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(165) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(166) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(167) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(168) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(169) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(170) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(171) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(172) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(173) Silanskas denies the allegations in this paragraph
(174) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(175) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(176) Silanskas denies the allegations in this paragraph
(177) Silanskas denies the allegations in this paragraph
(178) Silanskas denies the allegations in this paragraph
(179) Silanskas denies the allegations in this paragraph

(180) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(181) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(182) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(183) Silanskas denies the allegations in this paragraph
(184) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(185) Silanskas denies the allegations in this paragraph
(186) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(187) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(188) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(189) Silanskas denies the allegations in this paragraph
(190) Silanskas denies the allegations in this paragraph
(191) Silanskas denies the allegations in this paragraph
(192) Silanskas denies the allegations in this paragraph
(193) Silanskas denies the allegations in this paragraph
(194) Silanskas denies the allegations in this paragraph
(195) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(196) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(197) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(198) Silanskas does not have enough information to admit or deny the allegations in this paragraph

(199) Silanskas denies the allegations in this paragraph
(200) Silanskas denies the allegations in this paragraph
(201) Silanskas denies the allegations in this paragraph
(202) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(203) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(204) Silanskas denies the allegations in this paragraph
(205) Silanskas denies the allegations in this paragraph
(206) Silanskas denies the allegations in this paragraph
(207) Silanskas denies the allegations in this paragraph
(208) Silanskas denies the allegations in this paragraph
(209) Silanskas denies the allegations in this paragraph
(210) Silanskas denies the allegations in this paragraph
(211) Silanskas denies the allegations in this paragraph
(212) Silanskas denies the allegations in this paragraph
(213) Silanskas denies the allegations in this paragraph
(214) Silanskas denies the allegations in this paragraph
(215) Silanskas denies the allegations in this paragraph
(216) Silanskas denies the allegations in this paragraph
(217) Silanskas denies the allegations in this paragraph
(218) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(219) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(220) Silanskas denies the allegations in this paragraph
(221) Silanskas denies the allegations in this paragraph
(222) Silanskas does not have enough information top admit or deny the allegations in this paragraph
(223) Silanskas denies the allegations in this paragraph

(224) Silanskas denies the allegations in this paragraph
(225) Silanskas denies the allegations in this paragraph
(226) Silanskas denies the allegations in this paragraph
(227) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(228) Silanskas denies the allegations in this paragraph
(229) Silanskas denies the allegations in this paragraph
(230) Silanskas denies the allegations in this paragraph
(231) Silanskas denies the allegations of this paragraph
(232) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(233) Silanskas denies the allegations in this paragraph
(234) Silanskas denies the allegations in this paragraph
(235) Silanskas denies the allegations in this paragraph
(236) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(237) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(238) Silanskas denies the allegations in this paragraph
(239) Silanskas denies the allegations in this paragraph
(240) Silanskas denies the allegations in this paragraph
(241) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(242) Silanskas denies the allegations in this paragraph
(243) Silanskas denies the allegations in this paragraph
(244) Silanskas denies the allegations in this paragraph
(245) Silanskas denies the allegations in this paragraph
(246) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(247) Silanskas denies the allegations in this paragraph

(248) Silanskas does not have enough information to admit or deny the allegations in this paragraph
(249) Silanskas denies the allegations in this paragraph
(250) Silanskas denies the allegations in this paragraph
(251) Silanskas denies the allegations in this paragraph
(252) Silanskas denies the allegations in this paragraph

I, Richard M Silanskas Jr. deny that Mr. O. Gene Bicknell is entitled to any relief. Instead, I ask for the court to dismiss this case and to provide me any relief the court deems appropriate.

_____  10-25-25
Richard M. Silanskas Jr
1338 Peace in Valley Road
Blue Eye, Missouri 65611
(352) 205-5131
ricksilanskas@gmail.com
October 25, 2025

**SERVICE PROVIDED VIA US MAIL TO:**

Amelia A, Fogleman, OBA No. 16221
Joseph W. Long, OBA No. 33019
Gable Gotwals
110 N. Elgin Avenue Suite 200
Tulsa, Oklahoma 74120

J. Christopher Davis
Crowe and Dunlevy PC
222 N. Detroit Avenue
Suite 600
Tulsa, Oklahoma 74120

Lysbeth George
Liz George and Associates
8101 South Walker
Suite F
Oklahoma City, Oklahoma 73139