### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| O. GENE BICKNELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD M. SILANSKAS JR., LARRY )<br>K. WILHITE, AND STEPHEN D. )<br>HENRICK, )<br>)<br>Defendants. ) | Case No. 25-cv-00383-SH |

### **ORDER**

Before the Court is the motion of Defendant Richard M. Silanskas Jr., seeking an extension of until December 5, 2025, in which to respond to document requests. Despite the warning in the Court's prior order (ECF No. 36), the motion does not comply with the local rules—it does not state whether opposing counsel objects to the request, nor does it provide the requisite information for seeking an extension. *See* LCvR 7-1(c), (g). Further, the motion does not provide good cause for the requested extension, which appears to be over 30 days. *See* Fed. R. Civ. P. 6(b)(1). Unless and until Defendant Silanskas obtains counsel, he is proceeding pro se and has the obligation to participate in discovery, confer with opposing counsel where appropriate, and follow the rules and orders of the court.

The Court will provide Defendant Silanskas an additional week to respond to the discovery requests. Defendant is warned that motions to extend a deadline do <u>not</u> automatically suspend the deadline while the motion is pending, and he should not expect extensions in every instance.

IT IS THEREFORE ORDERED that the *Motion for Extension of Time to Respond to First Set of Requests for Production of Documents* (ECF No. 56) is GRANTED IN PART

AND DENIED IN PART. Defendant shall respond to the discovery requests by November 6, 2025.

ORDERED this 31st day of October, 2025.

_____
SUSAN E. HUNTSMAN, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT