# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF OKLAHOMA

O Gene Bicknell, Plaintiff,

v.

Richard M. Silanskas Jr.; Larry K. Wilhite; Stephen D. Hedrick, Defendants.

Case No. 4:25-cv-00383-SEH-SH

---

## NOTICE OF CHANGE OF EMAIL ADDRESS AND PHONE NUMBER

Defendant Richard M. Silanskas Jr. submits this Notice of Change of Email Address and Phone Number and states as follows:

1. My previously-used email address is no longer accessible.

2. My new contact information for all filings, service, and communications in this case is:

   Email: rmatthew0573@gmail.com
   Phone: 417-213-1820

3. Please update the Court's records and all appropriate service lists to reflect this change.

Respectfully submitted,                                    12-4-25

Richard M. Silanskas Jr.
1338 Peace in Valley Rd.

Blue Eye, Missouri 65611
Phone: 417-213-1820
Email: rmatthew0573@gmail.com