IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| O. GENE BICKNELL, | ) | |
| | ) | Case No. 25-cv-00383-SH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD M. SILANSKAS JR., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT ON DISCOVERY

Pursuant to the Amended Scheduling Order (Doc. 63 ¶ 6) and the Court's Procedures, Plaintiff O. Gene Bicknell and Defendants Larry K. Wilhite and Stephen D. Hedrick provide the following Joint Status Report on Discovery.

Defendant Richard M. Silanskas Jr. did not participate in the creation of this report. Defendant Silanskas was sent drafts, first by Plaintiff, then by Defendant Wilhite, and then by Defendant Hedrick. He was asked to comment and fill in his sections of the report, but he did not respond.

**1.    The date each party issued written discovery.**

Plaintiff issued his first set of requests for production of documents to Defendants Silanskas, Wilhite, and Hedrick on September 30, 2025. Plaintiff issued his first set of interrogatories and request for production of tangible things to Defendant Silanskas on November 24, 2025.

Defendant Wilhite issued his first set of requests for admissions, interrogatories, and requests for production of documents to Plaintiff on October 6, 2025. Defendant Wilhite issued

his second set of interrogatories and requests for production of documents to Plaintiff on October 16, 2025.

Defendants Silanskas and Hedrick have not issued any written discovery at this time.

**2.      The date each party responded to written discovery.**

Plaintiff served responses to Defendant Wilhite's first set of requests for admissions, interrogatories, and requests for production of documents on November 5, 2025. Plaintiff served responses to Defendant Wilhite's second set of interrogatories and requests for production of documents on November 17, 2025.

Defendant Silanskas served responses to Plaintiff's first set of requests for production of documents on November 19, 2025. Defendant Silanskas's responses to Plaintiff's first set of interrogatories and request for production of tangible things to Defendant Silanskas are due December 24, 2025.

Defendant Wilhite served responses to Plaintiff's first set of requests for production of documents on October 30, 2025.

Defendant Hedrick served responses to Plaintiff's first set of requests for production of documents on October 30, 2025. Defendant Hedrick served supplemental responses to Plaintiff's first set of requests for production of documents on November 6, 2025.

**3.      The amount of document discovery each party provided.**

Plaintiff has produced 1,672 documents, consisting of 10,960 pages.

Defendant Silanskas has produced 1,294 native documents.

Defendant Wilhite has produced 309 documents, consisting of 4,909 pages.

Defendant Hedrick has produced 43 documents, consisting of 505 pages.

**4.     The names and dates of witnesses who have been deposed.**

Plaintiff was deposed on December 8, 2025 in Englewood, Florida, pursuant to notices by Plaintiff and Defendant Wilhite. Plaintiff's counsel examined Plaintiff for approximately 30 minutes. Defendant Silanskas and counsel for Defendants Wilhite and Hedrick examined Plaintiff for approximately 55 minutes, collectively. The parties have agreed to continue the deposition of Plaintiff for at least one more session and are conferring regarding that session and related issues.

**5.     The names of all witnesses that remain to be deposed prior to the discovery cutoff.**

Plaintiff anticipates that at least the following individuals will need to be deposed: (1) Peter Alexander, (2) Aaron Hedrick, (3) Nathan Hedrick, (4) Stephen Hedrick; (5) Josh Lee, (6) Carol Logan, (7) Welsey Gene McComb, (8) Robert McDuffey, (9) Bryan Robinson, (10) Anthony Silanskas, (11) Richard M. Silanskas Jr.; (12) Vincent Silanskas, (13) Mark Snead, (14) Julia Wilhite; and (15) Larry K. Wilhite. Plaintiff anticipates that the need to depose additional individuals may arise after further discovery.

Defendant Wilhite anticipates that at least the following individuals will need to be deposed: (1) Gene McComb (2) Rep. Danny Sterling (3) Marty Bicknell (4) a Corporate Representative of Mansion Entertainment Group, LLC (5) A Corporate Representative of OGB Holdings, LLC (6) Representative of Barron International Group, LLC (7) Michael Nadel[1]

Defendant Hedrick anticipates that it will participate in the depositions of the parties identified by Plaintiff and co-defendants and does not currently anticipate a need to depose additional parties other than those identified herein.

---

[1] There may be a scope testimony about events and communications occurring between Plaintiff Gene Bicknell and attorney Michael Nadel which pre-date the time frame of their now attorney-client relationship which Wilhite may want to discovery. If Mr. Bicknell becomes unavailable, then defendant Wilhite is reserving the option of deposing Mr. Nadel or others in his firm with regard to this limited scope.

**6.     A list of any subpoenas issued by each party and the number of documents obtained as a result of that subpoena.**

Plaintiff has issued Federal Rule of Civil Procedure 45 subpoenas for documents to (1) Peter Alexander, (2) Rick Allen, (3) Backstage Ministries, (4) Barron International Group, LLC, (5) Christopher Belcher, (6) Theodore Carlsson, (7) Annette Crump, (8) Forth West Productions LLC (dba Hungry Cliff), (9) Google, LLC, (10) Aaron Hedrick, (11) Diane Hedrick, (12) Nathan Hedrick, (13) Don Hilsen, (14) Craig Hodges, (15) Reginald Jarrett, (16) Tim Kirk, (17) Misty McComb, (18) Wesley Gene McComb, (19) Robert McDuffey, (20) John Polk, (21) RegionTrack, Inc., (22) Bryan Robinson, (23) Ronald Rodriguez, (24) Anthony Silanskas, (25) Stephanie Silanskas, (26) Vincent Silanskas, (27) Scott Sinclair, (28) Mark Snead, (29) John Sorenson, (30) The Totally Fun Company, (31) Themed Future Concepts, Inc., (32) Tom Turley, (33) David Vermeulen, (34) Julia Wilhite, and (35) Yahoo! Inc.

As a result of the subpoena issued to Rick Allen, Plaintiff obtained 566 documents. As a result of the subpoena issued to Nathan Hedrick, Plaintiff obtained 192 documents. As a result of the subpoena issued to Don Hilsen, Plaintiff obtained 657 documents. As a result of the subpoenas issued to RegionTrack Inc. and Mark Snead, Plaintiff obtained 732 documents. As a result of the subpoena to Tom Turley, Plaintiff obtained 6,471 documents. Plaintiff has not yet obtained any documents as a result of the remaining subpoenas. Plaintiff expects to file a motion to compel against Bryan Robinson in the Northern District of Alabama.

Defendant Wilhite has issued subpoenas to (1) OGB Holdings, LLC, (2) Mansion Entertainment Group, LLC, (3) Wesley Gene McComb, (4) South Grand Lakes Chamber of Commerce, (5) Karl Jones, and (6) Martin Bicknell. Defendant Wilhite not obtained documents as a result of those subpoenas.

Defendants Silanskas and Hedrick have not issued any subpoenas at this time.

7.   **Any discovery issues that should be brought to the Court's attention at this time.**

<u>Plaintiff states:</u>  As the Court is aware, Defendant Silanskas is refusing to meet and confer with Plaintiff regarding his responses to Plaintiff's discovery requests and his document production.  Defendant Silanskas has produced few, if any, documents pertinent to the American Heartland Theme Park, which is the subject of this case.  Defendant Silanskas has produced no emails and no text messages.  Defendant Silanskas has asserted that no such documents exist.  Plaintiff is skeptical that Defendant Silanskas's statements are accurate and suspects failures by Defendant Silanskas with regard to his preservation, collection, and production obligations.  Plaintiff expects it may be necessary to seek relief from the Court on these issues in January 2026 and may seek expedited briefing.

<u>Defendant Wilhite states</u>:  Plaintiff has been making a rolling production of documents in response to Wilhite's written discovery and it remains open whether the production is sufficient or deficient in any respect.   Also, counsel for Plaintiff has identified it represents also Mansion Entertainment Group, LLC, and OGB Holdings, LLC, and Marty Bicknell.  As none of these non-parties has produced any documents in response to subpoenas and each has served objections regarding same, Wilhite anticipates the need to meet and confer over those production issues.  No court intervention is yet needed or requested at this time as to these issues.

<u>Defendant Hedrick states</u>: None at this time.

Respectfully submitted,

Attorneys for Plaintiff O. Gene Bicknell:

/s/ *Michael S. Nadel*

Amelia A. Fogleman
Joseph W. Lang
GABLEGOTWALS
110 N. Elgin Avenue, Suite 200
Tulsa, Oklahoma 74120
(918) 595-4800

Michael S. Nadel
Sagar K. Ravi
Rachel M. Peltzer
Theresa M. Babendreier
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
(202) 756-8000

Attorneys for Defendant Larry K. Wilhite:

/s/ *J. Christopher Davis* (by permission)

J. Christopher Davis
Deric McClellan
CROWE & DUNLEVY, P.C.
222 N. Detroit Avenue, Suite 600
Tulsa, Oklahoma 74120
(918) 592-9800

Evan G.E. Vincent
CROWE & DUNLEVY, P.C.
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102
(918) 592-9800

Attorneys for Defendant Stephen D. Hedrick:

/s/ *Lysbeth George* (by permission)

Lysbeth George
Jennifer E. Jackson
LIZ GEORGE AND ASSOCIATES
8101 S. Walker, Suite F
Oklahoma City, Oklahoma 73139
(405) 689-5502

## CERTIFICATE OF SERVICE

I certify that on December19, 2025, I caused a copy of the foregoing to be filed using the CM/ECF system, thereby providing notice to all counsel of record and pro se parties, including:

Counsel for Defendant Larry K. Wilhite:

>J. Christopher Davis, Esq.
>Deric McClellan, Esq.
>Crowe & Dunlevy, P.C.
>222 N. Detroit Avenue, Suite 600
>Tulsa, Oklahoma 74120
>
>Evan G.E. Vincent, Esq.
>Crowe & Dunlevy, P.C.
>Braniff Building
>324 North Robinson Avenue, Suite 100
>Oklahoma City, Oklahoma 73102

Counsel for Defendant Stephen D. Hedrick:

>Lysbeth George, Esq.
>Jennifer E. Jackson, Esq.
>Liz George and Associates
>8101 S. Walker, Suite F
>Oklahoma City, Oklahoma 73139

Defendant Richard M. Silanskas, Jr.:

>Richard M. Silanskas, Jr.
>1338 Peace in the Valley Road
>Blue Eye, Missouri 65611

>/s/ *Michael S. Nadel*
>Michael S. Nadel