IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

O. GENE BICKNELL,
  Plaintiff,

v. Case No. **4:25-cv-00383-SEH-SH**

RICHARD M. SILANSKAS JR.,
LARRY K. WILHITE, and
STEPHEN D. HEDRICK,
  Defendants.

### **\*\*PRO SE DEFENDANT RICHARD M. SILANSKAS JR.'S**

MOTION FOR APPOINTMENT OF COUNSEL OR, IN THE ALTERNATIVE,
FOR ASSISTANCE AND REASONABLE ACCOMMODATIONS\*\*

Defendant Richard M. Silanskas Jr. ("Defendant"), proceeding **pro se**, respectfully moves the Court for appointment of counsel pursuant to **28 U.S.C. § 1915(e)(1)**, or in the alternative, for such assistance and reasonable procedural accommodations as the Court deems appropriate to ensure meaningful access to justice. In support of this Motion, Defendant states as follows:

### I. STATUS OF DEFENDANT

1. Defendant is not an attorney and is proceeding **pro se** due to an inability to afford legal counsel.
2. Defendant has made good-faith efforts to understand and comply with the Federal Rules of Civil Procedure and this Court's local rules but is struggling to do so due to the complexity of the law and procedures involved.
3. Defendant lacks formal legal training and is experiencing increasing difficulty understanding motions, discovery obligations, evidentiary standards, and procedural requirements.

### II. FINANCIAL INABILITY TO RETAIN COUNSEL

4. Defendant does not have the financial resources to retain private counsel.
5. Defendant has made reasonable attempts to obtain legal representation but has been unsuccessful due to cost and the complexity of the case.
6. Defendant's inability to retain counsel is not due to neglect or choice, but financial hardship.

### III. COMPLEXITY OF THE CASE AND RISK OF PREJUDICE

7. This civil action involves complex procedural rules, discovery disputes, and substantive legal issues that exceed Defendant's understanding as a layperson.
8. Plaintiff is represented and has demonstrated familiarity with legal procedures, placing Defendant at a significant disadvantage.
9. Defendant's lack of legal knowledge has already resulted in difficulty responding properly to motions and complying with technical filing requirements, creating a risk of prejudice unrelated to the merits of the case.
10. Defendant is acting in good faith and is attempting to defend himself and his family, but fears that procedural missteps—not substantive facts—may determine the outcome of this case.

### IV. LEGAL STANDARD

11. Under **28 U.S.C. § 1915(e)(1)**, the Court may request an attorney to represent an indigent litigant in appropriate circumstances.
12. Courts consider factors such as:
- The complexity of the case;
- The litigant's ability to investigate and present the case;
- The risk of prejudice without counsel.
13. Pro se pleadings are to be liberally construed. *Haines v. Kerner*, 404 U.S. 519 (1972).
14. While Defendant understands there is no absolute right to counsel in a civil case, the circumstances here present sufficient grounds for the Court's discretionary consideration.

### V. ALTERNATIVE REQUEST FOR ASSISTANCE

15. In the event the Court declines to appoint counsel, Defendant respectfully requests alternative relief to ensure meaningful access to the Court, including:
    a. Referral to any available **pro bono panel or legal clinic** affiliated with this Court;
    b. Reasonable extensions of time to respond to motions and discovery;
    c. Leave to amend filings where necessary;

   d. Liberal construction of Defendant's pleadings and filings consistent with pro se standards.

## VI. GOOD-FAITH REQUEST

16. This Motion is made respectfully and in good faith.
17. Defendant does not seek special treatment, only a fair opportunity to understand and defend against the claims asserted.

**WHEREFORE, Defendant Richard M. Silanskas Jr. respectfully requests that the Court:**

1. Appoint counsel to represent Defendant pursuant to 28 U.S.C. § 1915(e)(1); **OR**, in the alternative,
2. Grant appropriate assistance and reasonable procedural accommodations as outlined above;
3. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Richard M. Silanskas Jr.*    1-9-26

Richard M. Silanskas Jr.
Pro Se Defendant
1338 Peace in Valley Rd
Blue Eye, Missouri 65611
Telephone: 417-213-1820
Email: rmatthew0573@gmail.com

---

Richard M. Silanskas Jr.

1338 Peace in Valley Rd

Blue Eye, Missouri 65611

417-213-1820

rmatthew1820@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January 2026 a true and correct copy of the foregoing Response to Plaintiffs Opposition was served via US Mail upon:

AMELIA A FOGLEMAN OBA NO. 16221
Gable-Gotwals
110 N Elgin Ave. Suite 200
Tulsa, Oklahoma 74120


J. CHRISTOPHER DAVIS
Crowe and Dunlevy PC
222 N Detroit Ave
Suite 600
Tulsa, Oklahoma 74120


LYSBETH GEORGE
Liz George and Associates
8101 South Walker
Suite F
Oklahoma City, Oklahoma 73139