# ⁰IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF OKLAHOMA

O. GENE BICKNELL,
  Plaintiff,

v. Case No. **4:25-cv-00383-SEH-SH**

RICHARD M. SILANSKAS JR.,
LARRY K. WILHITE, and
STEPHEN D. HEDRICK,
  Defendants.

## **PRO SE DEFENDANT RICHARD M. SILANSKAS JR.'S

MOTION FOR EXTENSION OF TIME**

Defendant Richard M. Silanskas Jr. ("Defendant"), proceeding **pro se**, respectfully moves the Court for a reasonable extension of time to comply with current and upcoming deadlines in this matter. In support, Defendant states as follows:

1. Defendant is proceeding without counsel and is making good-faith efforts to comply with the Federal Rules of Civil Procedure and this Court's orders.
2. On recent review of the Court's ruling regarding Defendant's prior motions, Defendant has recognized the need to correct procedural issues and to ensure that any future filings are made in the proper courts and in full compliance with applicable rules.
3. Defendant requires additional time to:
   - Assess the status of third-party subpoenas;
   - Determine the proper districts for any renewed motions;
   - Avoid unnecessary or improper filings;
   - Ensure compliance with the Court's guidance.
4. This request is made in good faith and for the purpose of orderly case management, not for delay.
5. Plaintiff will not be prejudiced by a brief extension.

WHEREFORE, Defendant respectfully requests an extension of 30 days for any pending or upcoming deadlines, or such other period as the Court deems just and proper.

Respectfully submitted,

*/s/ Richard M. Silanskas Jr.*     1-13-26

**Richard M. Silanskas Jr.**
Pro Se Defendant
1338 Peace in Valley Rd
Blue Eye, Missouri 65611
Telephone: 417-213-1820
Email: rmatthew0573@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January 2026 a true and correct copy of the foregoing Response to Plaintiffs Opposition was served via US Mail upon:

AMELIA A FOGLEMAN OBA NO. 16221
Gable-Gotwals
110 N Elgin Ave. Suite 200
Tulsa, Oklahoma 74120


J. CHRISTOPHER DAVIS
Crowe and Dunlevy PC
222 N Detroit Ave
Suite 600
Tulsa, Oklahoma 74120


LYSBETH GEORGE
Liz George and Associates
8101 South Walker
Suite F
Oklahoma City, Oklahoma 73139