**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| O. GENE BICKNELL,          Plaintiff, <br><br>v.<br><br>RICHARD M. SILANSKAS JR., LARRY K. WILHITE, AND STEPHEN D. HEDRICK,<br>         Defendants. | Case No. 25-cv-00383-SH |

## ORDER

Before the Court is pro se Defendant Richard M. Silanskas Jr.'s motion for an extension of "any pending or upcoming deadlines." The requested relief is too vague to be granted.[1] More importantly, Silanskas has completely failed to comply with the local rule and the Court's prior order that he confer with opposing counsel and "state whether opposing counsel agrees or objects to the request." LCvR 7-1(c); *see also* LCvR 7-1(g). Silanskas's motion will be denied without prejudice to the filing of a more specific motion, filed after he has conferred with opposing counsel.

IT IS THEREFORE ORDERED that the *Motion for Extension of Time* (Dkt. No. 103) is DENIED.

ORDERED this 13th day of January, 2026.

SUSAN E. HUNTSMAN, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

---

[1] Local Civil Rule 7-1(g) requires motions for extension of time to provide five categories of information, including the date the act is otherwise due, why the act cannot be completed within the allotted time, and the impact (if any) of an extension on other deadlines. The current motion does not even state "the act" to be extended, much less this other information.