### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| O. GENE BICKNELL, ) | |
| ) | Case No. 25-cv-383-SH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RICHARD M. SILANSKAS JR., ) | |
| LARRY K. WILHITE, and ) | |
| STEPHEN D. HEDRICK, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE OF SUBPOENAS

Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, please take notice that the attached subpoenas are being served.

Respectfully Submitted,


/s/ Lysbeth L. George
Lysbeth L. George, OBA #30562
Jennifer E. Jackson, OBA # 19492
LIZ GEORGE AND ASSOCIATES
8101 S Walker, Suite F
Oklahoma City, OK 73139
Telephone: (405) 689-5502
Facsimile: (405) 689-5502
liz@georgelawok.com
jennifer@georgelawok.com
**ATTORNEYS FOR HEDRICK**

CERTIFICATE OF SERVICE

       I certify that on March 3, 2026, I caused a copy of the foregoing to be furnished to all counsel of record and pro se parties by email, including:

**Counsel for Defendant Larry K. Wilhite:**

J. Christopher Davis, Esq.
Deric McClellan, Esq.
Crowe & Dunlevy, P.C.
222 N. Detroit Avenue, Suite 600
Tulsa, Oklahoma 74120

Evan G.E. Vincent, Esq.
Crowe & Dunlevy, P.C.
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102

**Counsel for Plaintiff O. Gene Bicknell:**

Amelia A. Fogleman
Joseph W. Lang
GABLEGOTWALS
110 N. Elgin Avenue, Suite 200
Tulsa, Oklahoma 74120
(918) 595-4800

Michael S. Nadel
Jennifer B. Routh
Sagar K. Ravi
Rachel M. Peltzer
Theresa M. Babendreier
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
(202) 756-8000

**Defendant Richard M. Silanskas, Jr.:**

Richard M. Silanskas, Jr.
1338 Peace in the Valley Road Blue Eye, Missouri 65611

                                                  /s/ Lysbeth L. George
                                                    Lysbeth L. George