# EMERGENCY NOTICE OF MEDICAL INCAPACITY AND REQUEST FOR EXTENSION

IN THE
**United States District Court for the Northern District of Oklahoma**

O. GENE BICKNELL,
Plaintiff,

v.

RICHARD M. SILANSKAS JR.,
LARRY K. WILHITE, and
STEPHEN D. HEDRICK,
Defendants.

Case No. 25-cv-00383-SH

---

# DEFENDANT SILANSKAS'S EMERGENCY NOTICE OF MEDICAL INCAPACITY AND REQUEST FOR EXTENSION OF TIME

Defendant Richard M. Silanskas Jr., appearing **pro se**, respectfully moves the Court for a reasonable extension of time to respond to Plaintiff's recently filed motion concerning forensic collection and discovery matters.

## 1. Medical Emergency

On the early morning of Tuesday February 24, 2026, Defendant experienced a serious medical emergency requiring **ambulance transport** to **Cox Medical Center Branson**, where he was hospitalized from Tuesday through late Friday February 27, 2026.

At the time of transport, Defendant was unable to walk or speak coherently,

"A copy of Defendant's hospital discharge documentation is attached as Exhibit A."

## 2. Ongoing Medical Treatment

Defendant was discharged late afternoon February 27, 2026 but remains under active medical care and is currently undergoing extensive diagnostic testing and specialist evaluations relating to the medical event. Defendant continues to experience residual physical and cognitive effects and is currently prescribed significant medication.

Additional specialist appointments and imaging studies are scheduled in the coming days and weeks.

### 3. Inability to Respond Meaningfully at Present

Because of these medical circumstances, Defendant is not presently able to meaningfully review, analyze, and respond to Plaintiff's motion or the complex technical relief requested therein.

### 4. Good Faith

Defendant previously informed Plaintiff's counsel of the medical emergency and hospitalization and requested deferral of motion practice while medical stabilization occurs.

This request for extension is made in good faith and not for purposes of delay.

### 5. Requested Relief

Defendant respectfully requests that the Court grant a **30-day extension** of time to respond to Plaintiff's motion so that Defendant may stabilize medically and meaningfully prepare a response.

Defendant will supplement the record with medical documentation when available.

# WHEREFORE

Defendant respectfully requests that the Court grant this Motion and extend the deadline to respond to Plaintiff's motion by **30 days**, or such other time as the Court finds just.

Respectfully submitted,

_[signature]_  3-5-26

Richard M. Silanskas Jr.
1338 Peace in Valley Rd

Blue Eye, Missouri 65611
Pro Se Defendant

Date: 3-5-26

# EXHIBIT A

Cox Medical Center Branson
525 Branson Landing Blvd
Branson, MO 65616-

Patient Name:   SILANSKAS JR, RICHARD MATTHEW         Location:  B-I4E(SDU); E407; E407-02

DOB: 6/7/1958                                          Admit Date:  2/24/2026
Age: 67 years
Male

MRN: 6316747; AMB0457870

---

Discharge Plan



# SILANSKAS JR, RICHARD MATTHEW

DOB: 06/07/1958
MRN:

# Inpatient Discharge Instructions

We would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness.

After you leave the hospital, you may get your health information including your test results, physician notes and discharge information by accessing your Patient Portal.

---

**CONFIDENTIAL PATIENT INFORMATION**
UNAUTHORIZED USE IS STRICTLY PROHIBITED

|  |  |  |
|---|---|---|
|  | DOS: 2/24/2026 | Report Request ID: 140277 |
| Patient Name:  SILANSKAS JR, RICHARD MATTHEW | DOB: 6/7/1958 | Print Date/Time: 2/27/2026 12:10 |

*CoxHealth*

*Discharge Plan*

02/27/26 ~~██████~~, Discharge ~~████████████████████████████████~~

Discharge Activity
02/27/26 11:23:00 CST, As tolerated

~~Follow Up with Jeffrey~~
~~Thiebaud~~
~~When: 03/03/2026~~
~~████ AM CST~~

~~Where: Branson Mercy Clinic~~
~~████████~~
~~Suite ███~~
~~Branson MO 65616~~

~~Phone: 417-███-████~~
~~Fax: 417-337-████~~

~~with Deidre Stocks, NP~~

**CONFIDENTIAL PATIENT INFORMATION**
UNAUTHORIZED USE IS STRICTLY PROHIBITED

Patient Name: SILANSKAS JR, RICHARD MATTHEW
DOS: 2/24/2026
DOB: 6/7/1958
Report Request ID: 140277█
Print Date/Time: 2/27/2026 12:10 CS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March 2026 a true and correct copy of the foregoing Response to Plaintiffs Opposition was served via US Mail upon:

AMELIA A FOGLEMAN OBA NO. 16221
Gable-Gotwals
110 N Elgin Ave. Suite 200
Tulsa, Oklahoma 74120


J. CHRISTOPHER DAVIS
Crowe and Dunlevy PC
222 N Detroit Ave
Suite 600
Tulsa, Oklahoma 74120


LYSBETH GEORGE
Liz George and Associates
8101 South Walker
Suite F
Oklahoma City, Oklahoma 73139