:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

O. GENE BICKNELL,
Plaintiff,

v.

RICHARD M. SILANSKAS JR.,
LARRY K. WILHITE, and
STEPHEN D. HEDRICK,
Defendants.

Case No. 25-cv-00383-SH

# DEFENDANT RICHARD M. SILANSKAS JR.'S RENEWED MOTION FOR EXTENSION OF TIME

Defendant Richard M. Silanskas Jr., appearing pro se, respectfully moves for a brief extension of time to respond to Plaintiff's Motion to Compel Forensic Collection and Production of Documents (Dkt. 113).

1. On February 24, 2026, Defendant experienced an acute medical emergency involving stroke-like symptoms and severe physical distress requiring ambulance transport and hospitalization.
2. Defendant was admitted to the hospital on February 24, 2026 and discharged on February 27, 2026.
3. Following discharge, Defendant has continued to experience significant physical symptoms, pain, and cognitive impairment and is currently undergoing ongoing medical evaluation and testing.
4. Subsequent laboratory tests and imaging conducted on March 3 and March 5, 2026 revealed additional medical findings requiring urgent referrals to multiple specialists, including oncology/hematology, neurology, gastroenterology, and cardiology.

5. Defendant is presently undergoing evaluation by these specialists and remains under significant physical and emotional stress associated with the possibility of serious medical diagnoses.

6. Due to these circumstances, Defendant's ability to prepare a substantive response to Plaintiff's motion within the current deadline has been substantially impaired.

7. Defendant's current medical condition, ongoing testing, prescribed medications, and multiple urgent specialist referrals have significantly limited Defendant's ability to concentrate for extended periods and to prepare complex legal filings, including the detailed factual and technical response required to address Plaintiff's Motion to Compel. Defendant is actively attempting to stabilize his medical condition and complete the initial specialist consultations necessary to understand the seriousness of the recent medical findings.

8. In accordance with the Court's Order (Dkt. 118), Defendant provides additional detail regarding the medical circumstances and will submit supporting medical documentation under seal pursuant to **LCvR 5.2-2(b)** due to the sensitive and private nature of the medical information.

9. Defendant respectfully requests a **30-day extension** to allow stabilization of his medical condition and completion of initial specialist evaluations.

10. Defendant conferred with Plaintiff's counsel regarding the requested extension. Plaintiff's counsel requested additional information regarding Defendant's medical condition and impairment before stating a position and indicated that Plaintiff would oppose the requested extension absent such information. Defendant will provide supporting medical documentation to the Court under seal pursuant to LCvR 5.2-2(b).

**Supporting medical documentation is filed contemporaneously under seal.**

**Defendant submits the medical documentation under seal solely for the limited purpose of supporting this request for a temporary extension of time and does not waive any privacy rights, privileges, or objections to the disclosure of medical information beyond what is necessary for the Court to evaluate this motion.**

**Defendant respectfully states that this request is made in good faith and not for purposes of delay. Defendant fully intends to respond to Plaintiff's Motion to Compel and to continue participating in the discovery process once his immediate medical evaluations and consultations with specialists are completed. Defendant respectfully requests this brief extension in order to address serious and ongoing medical issues that arose following his hospitalization on February 24, 2026.**

WHEREFORE, Defendant respectfully requests that the Court extend the deadline for Defendant's response to Plaintiff's Motion to Compel to **April 16, 2026** ,or other time the Court deems appropriate) and grant such other relief as the Court deems just.

Respectfully submitted,

Richard M. Silanskas Jr.
Defendant, Pro Se

1338 Peace in Valley Rd

Blue Eye, Missouri 65611

rmatthew0573@gmail.com

417-213-1820

Date: ___3-9-26___

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

O. GENE BICKNELL,
Plaintiff,

v.

RICHARD M. SILANSKAS JR.,
LARRY K. WILHITE, and
STEPHEN D. HEDRICK,
Defendants.

Case No. 25-cv-00383-SH

**Declaration of Richard M. Silanskas Jr.**

---

I, Richard M. Silanskas Jr., declare under penalty of perjury:

1.  On February 24, 2026, I experienced severe medical symptoms including stroke-like symptoms, fever, and significant pain, which required ambulance transport to the hospital.
2.  I was hospitalized from February 24 through February 27, 2026.
3.  Following my discharge, I have continued to experience significant physical symptoms and limitations and remain under ongoing medical evaluation.
4.  Additional testing conducted on March 3 and March 5, 2026 revealed medical findings requiring urgent referrals to multiple specialists including oncology/hematology, neurology, gastroenterology, and cardiology.
5.  I am currently attempting to coordinate appointments and follow-up testing with these specialists and am dealing with significant physical pain and emotional stress related to these possible diagnoses.
6.  Due to these medical circumstances, I am presently limited in my ability to prepare complex legal filings and responses.
7.  **Supporting medical documentation is submitted under seal due to the sensitive nature of the information.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of March 2026.

Signature
Richard M. Silanskas Jr.

3-9-26

1838 Peace in Valley Rd

Blue Eye, Missouri 65611

rmatthew0573@gmail.com

417-213-1820

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March 2026 a true and correct copy of the foregoing Response to Plaintiffs Opposition was served via US Mail upon:

AMELIA A FOGLEMAN OBA NO. 16221
Gable-Gotwals
110 N Elgin Ave. Suite 200
Tulsa, Oklahoma 74120


J. CHRISTOPHER DAVIS
Crowe and Dunlevy PC
222 N Detroit Ave
Suite 600
Tulsa, Oklahoma 74120


LYSBETH GEORGE
Liz George and Associates
8101 South Walker
Suite F
Oklahoma City, Oklahoma 73139