IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

O. GENE BICKNELL,
Plaintiff,

v. Case No. 25-cv-00383-SH

RICHARD M. SILANSKAS JR., et al.,
Defendants.

# DEFENDANT SILANSKAS'S REPLY IN SUPPORT OF RENEWED MOTION FOR EXTENSION OF TIME

Defendant Richard M. Silanskas Jr., appearing pro se, respectfully submits this brief reply in response to the Court's Minute Order (Dkt. 122).

First, Defendant did attempt to confer with Plaintiff's counsel prior to filing the Renewed Motion for Extension. On March 2, 2026, Defendant sent an email to Plaintiff's counsel explaining that he had suffered a medical emergency requiring ambulance transport and hospitalization from February 24 through February 27, 2026 for treatment of a possible neurological event and kidney failure. In that communication, Defendant explained that he remained under active medical care and continued to experience significant residual effects that limited his ability to meaningfully evaluate the issues raised in Plaintiff's correspondence. Defendant respectfully requested that motion practice be deferred until he was medically able to participate meaningfully.

Defendant also sent a further communication to Plaintiff's counsel on March 9, 2026, again informing counsel that Defendant remained under ongoing medical care and requesting additional time in light of his continuing medical condition.

Second, with respect to Dkt. No. 120, Defendant filed supporting medical documentation under seal due to the highly sensitive nature of those materials. Defendant understood that filing the materials under seal protected them from disclosure beyond the Court and therefore did not separately serve those documents on Plaintiff's counsel.

Because the materials filed at Dkt. 120 contain highly sensitive personal medical information submitted solely to substantiate Defendant's recent hospitalization and ongoing specialist care, Defendant filed them under seal in order to protect his medical privacy while still providing the Court with appropriate documentation.

Defendant will promptly comply with any direction the Court provides regarding service or handling of the sealed materials.

Defendant respectfully reiterates that he remains under active medical evaluation with multiple specialists following his recent hospitalization and continues to experience significant physical and cognitive effects.

Defendant therefore respectfully requests that the Court grant the requested extension so that he may respond fully and accurately once his currently scheduled medical evaluations are completed and he is medically able to prepare a meaningful response.

Respectfully submitted,

3-12-26

Richard M. Silanskas Jr.
Pro Se Defendant

1338 Peace in Valley Rd

Blue Eye, Missouri 65611

rmatthew0573@gmail.com

417-213-1820

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March 2026 a true and correct copy of the foregoing Response to Plaintiffs Opposition was served via US Mail upon:

AMELIA A FOGLEMAN OBA NO. 16221
Gable-Gotwals
110 N Elgin Ave. Suite 200
Tulsa, Oklahoma 74120

J. CHRISTOPHER DAVIS
Crowe and Dunlevy PC

222 N Detroit Ave
Suite 600
Tulsa, Oklahoma 74120


LYSBETH GEORGE
Liz George and Associates
8101 South Walker
Suite F
Oklahoma City, Oklahoma 73139