## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

O. GENE BICKNELL,                        )
                                         )
    Plaintiff,                       )
                                         )
v.                                       )
                                         )    Case No. 25-cv-00383-SH
RICHARD M. SILANSKAS JR., LARRY          )
K. WILHITE, AND STEPHEN D.               )
HEDRICK,                                 )
                                         )
    Defendants.                      )

## ORDER

Before the Court is the renewed motion of Defendant Richard M. Silanskas Jr. for an additional 30 days to respond to *Plaintiff's Motion to Compel Forensic Collection and Production of Documents* (Dkt. No. 113).

Silanskas asserts that he "experienced an acute medical emergency involving stroke-like symptoms and severe physical distress requiring ambulance transport and hospitalization"; that since his discharge from the hospital almost two weeks ago, he "has continued to experience significant physical symptoms, pain, and cognitive impairment"; and that subsequent tests "revealed additional medical findings requiring urgent referrals to multiple specialists, including oncology/hematology, neurology, gastroenterology, and cardiology." (Dkt. No. 119 at 1.[1]) Silanskas also asserts that he "remains under significant physical and emotional stress associated with the possibility of serious medical diagnoses." (*Id.* at 2.) Silanskas has filed a sealed exhibit containing selected medical records. (Dkt. No. 120.)

---

[1] Page numbers refer to those in the court-provided header.

Prior to filing the extension motion, Silanskas e-mailed opposing counsel seeking their position. (Dkt. No. 121-1 at 4.) Opposing counsel asked for details of Silanskas' asserted medical situation, but Silanskas repeatedly refused to provide them. (*Id.* at 2–4.) After filing his motion, including the sealed exhibit, Silanskas did not serve a copy of his sealed filing on the other parties—even when asked to do so by Plaintiff's counsel. (Dkt. No. 121 at 2; Dkt No. 121-1; Dkt No. 123 at 1.) By failing to serve a full copy of his motion (including exhibits) on the other parties, Silanskas has violated Fed. R. Civ. P. 5(a)(D). This has prevented Plaintiff from being able to meaningfully respond to Silanskas' motion, and his motion could be denied on this basis alone.

However, in the interest of efficiency, the Court has considered the documentation included in Exhibit 120. That documentation supports Silanskas's assertion that he suffered a medical event in late February; was hospitalized and discharged on February 27, 2026; has had a blood test and ultrasound; and has been referred to other specialists. It does not, however, support any assertion by Silanskas that he currently is suffering from any cognitive impairment or that his medical issues are taking up any substantial amount of time. (Indeed, there is no indication that Silanskas has had any appointments scheduled since March 5, 2026, although there is reason to believe that some appointments may be scheduled in the future.) The Court further does not find that Silanskas's purported stress from undiagnosed illnesses to be a basis to delay his litigation-related obligations. Further, Silanskas has been able to make numerous filings in his quest to obtain an additional 30 days for a response to Plaintiff's motion, and those filings have been coherent.

Silanskas has failed to show good cause for a 30-day extension of his 14-day deadline to respond to Plaintiff's motion.

IT IS THEREFORE ORDERED that *Defendant Richard M. Silanskas Jr.'s Renewed Motion for Extension of Time* (Dkt. No. 119) is DENIED. Silanskas's response to *Plaintiff's Motion to Compel Forensic Collection and Production of Documents* (Dkt. No. 113) remains due on March 17, 2026.

ORDERED this 12th day of March, 2026.

SUSAN E. HUNTSMAN, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT