IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

O. GENE BICKNELL,
Plaintiff,

v. Case No. 25-cv-00383-SH

RICHARD M. SILANSKAS JR., et al.,
Defendants.

## DEFENDANT SILANSKAS'S RESPONSE TO PLAINTIFF'S MOTION FOR EXPENSES

Defendant Richard M. Silanskas Jr., proceeding pro se, respectfully responds to Plaintiff's Motion for an Award of Expenses (Dkt. No. 128).

Defendant does not seek to relitigate the Court's prior ruling but respectfully submits that an award of expenses would be unjust under the circumstances. See Fed. R. Civ. P. 37(a)(5)(A)(iii).

Since late February 2026 and continuing through the present, Defendant has been undergoing serious and ongoing medical evaluation and treatment, including hospitalization, neurological evaluation following abnormal findings, oncology and hematology workup including bone marrow biopsy, and most recently an invasive transjugular liver biopsy under anesthesia. Defendant remains under active medical care and is currently awaiting pathology results and further testing.

These medical circumstances have significantly impaired Defendant's ability to fully and timely engage in discovery and related obligations. Defendant has nonetheless made good-faith efforts to participate in this case, respond to communications, and comply with the Court's orders to the extent possible given these limitations.

Under these circumstances, Defendant respectfully submits that his conduct was substantially justified, or at minimum that "other circumstances make an award of expenses unjust." Fed. R. Civ. P. 37(a)(5)(A).

Defendant further states that he is proceeding without counsel and lacks the financial ability to pay the substantial fees requested.

For these reasons, Defendant respectfully requests that the Court deny Plaintiff's Motion for Expenses. In the alternative, Defendant requests that any award be substantially reduced in light of Defendant's medical condition and financial circumstances.

## DECLARATION OF RICHARD M. SILANSKAS JR.

I, Richard M. Silanskas Jr., declare as follows:

1. I am the Defendant in this matter and submit this declaration in support of my Response to Plaintiff's Motion for Expenses.
2. Since early March 2026, I have been undergoing extensive and ongoing medical evaluation and treatment involving multiple hospital systems, specialists, and invasive procedures.
3. My recent medical encounters include the following:
- March 11, 2026 – Mercy Hospital Clinic Branson – Full abdominal imaging
- March 13, 2026 – Mercy Hospital Springfield – Interventional radiology ultrasound
- March 17, 2026 – Mercy Hospital Springfield – MRI with sedation and IV contrast
- March 20, 2026 – Mercy Cancer Center / Mercy Hospital Springfield – outpatient procedure under sedation
- March 23, 2026 – Mercy Hospital Springfield – bone marrow biopsy under sedation
- March 26, 2026 – Mercy Hospital Springfield – MRI under sedation
- March 27, 2026 – Mercy Hospital Springfield – neurological EEG testing
- April 1, 2026 – Mercy Hospital Springfield – transjugular hepatic pressure gradient study and triple liver biopsy under anesthesia
4. These procedures have required sedation, recovery time, and ongoing follow-up care. I am currently awaiting pathology results and further evaluation by oncology, neurology, and other specialists, with additional testing anticipated.
5. As a result of these medical conditions and procedures, I have experienced significant physical limitations, fatigue, cognitive difficulty, and disruption to my ability to manage complex tasks and deadlines.
6. Despite these circumstances, I have made good-faith efforts to participate in this case, communicate with opposing counsel, and comply with Court orders to the best of my ability.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ___4-9-26___, 2026

_____

Richard M. Silanskas Jr., Pro Se Defendant

_____

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of April, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Richard M. Silanskas Jr.

4-9-26

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th  day of April 2026 a true and correct copy of the foregoing was served via US Mail upon:

AMELIA A FOGLEMAN OBA NO. 16221
Gable-Gotwals
110 N Elgin Ave. Suite 200
Tulsa, Oklahoma 74120


J. CHRISTOPHER DAVIS
Crowe and Dunlevy PC
222 N Detroit Ave
Suite 600
Tulsa, Oklahoma 74120


LYSBETH GEORGE
Liz George and Associates
8101 South Walker
Suite F
Oklahoma City, Oklahoma 73139