**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| O. GENE BICKNELL,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD M. SILANSKAS, JR., LARRY K. WILHITE, AND STEPHEN D. HEDRICK,<br><br>Defendants. | ) | Case No. 25-cv-00383-SH |

**ORDER**

Before the Court is Plaintiff's Motion for Approval of a Search Protocol pursuant to the Court's March 19, 2026 Order compelling the forensic collection and production of documents held by Defendant Richard M. Silanskas Jr. (Dkt. No. 127). The Vendor has provided and will continue to provide Plaintiff with copies of electronically stored information collected from the Subject Accounts referenced in the March 19, 2026 Order (the "Collected ESI"). Silanskas has no objection to the search protocol proposed by Plaintiff.

IT IS THEREFORE ORDERED that *Plaintiff's Motion for Approval of Search Protocol in Connection with the Court's March 19, 2026 Order* (Dkt. No. 136) is GRANTED. The Court ORDERS as follows:

1. Plaintiff will load a copy of the Collected ESI to an Early Case Assessment ("ECA") workspace in Plaintiff's Relativity review database. Access to the ECA workspace containing the Collected ESI will be limited to members of the technical eDiscovery team at McDermott Will & Schulte LLP ("McDermott"). None of Plaintiff's counsel in this matter shall have access to the ECA workspace.

2. Once the Collected ESI is loaded into the ECA workspace, the technical eDiscovery team at McDermott will run the search criteria attached hereto across the Collected ESI loaded in the ECA workspace in order to identify documents responsive to *Plaintiff's First Set of Requests for Production of Documents to Defendant Richard M. Silanskas Jr. (Nos. 1–74)*.

3. Any documents from the Collected ESI that are responsive to the search criteria (the "Responsive ESI") will be Bates-stamped with an "RS prefix, marked as "RESPONSIVE ESI OF SILANSKAS COLLECTED PURSUANT TO COURT ORDER," and made available to Plaintiff's counsel. The Responsive ESI shall be provided to Silanskas so that he may avail himself of the Stipulated Protective Order (Dkt. No. 54), for which purposes Silanskas shall be considered the Supplying Party of the Responsive ESI.

ORDERED this 20th day of April, 2026.

SUSAN E. HUNTSMAN, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT