| Plaintiff's First Set of Requests for Production of Documents ("RFP") to Defendant Richard M. Silanskas Jr. | Search Terms/Criteria |
|---|---|
| **RFP Nos. 5, 72, & 73** | Search terms: "American Heartland" OR park OR "lazy hawk" OR "three ponies" OR "AH" OR "Project" OR RV OR "R.V." OR *@megdevteam.com<br><br>Date range: July 1, 2019 to present. |
| **RFP Nos. 6, 9, 10, 11, & 64** | Search terms: Gene OR Bicknell OR gene.bicknell* OR 9134430492 OR 6202352118 OR "913-443-0492" OR "620-235-2118"<br><br>Date range: July 1, 2019 to present. |
| **RFP Nos. 7, 8, & 19** | Search terms: Mansion OR theatre OR theater OR *@themansiontheatre.com OR *@mansionentertainmentgroup.com OR *@themansionentertainment.com OR MEG OR "BigTime" OR "Big Time" OR "BTP"<br><br>Date range: None. |
| **RFP Nos. 12, 13, 14, 15, 16, 17, 51, 53, 69, & 71** | Search terms: Larry OR Wilhite OR lwilhite* OR larrywilhite* OR 4173351460 OR "417-335-1460" OR Steve OR Stephen OR Steven OR Hedrick OR stevevp* OR projectdevelopment* OR steveh* OR stevehedrick99* OR shobizsteve* OR 8189297712 OR "818-929-7712" OR Mac OR McComb OR mcford_us* OR gmccomb* OR 9183232657 OR "918-323-2657"<br><br>Date range: July 1, 2019 to present. |
| **RFP Nos. 18 & 59** | Search terms: DreamVision OR "Dream Vision" OR DreamVentures OR "Dream Ventures" OR DVC OR DVS OR DVCTP&R OR DV OR DVP OR DVA OR TDC OR Robinson OR Drummond OR joedrummond2000* OR Goodman OR dave.goodman* OR davegoodman7* OR Ciolli OR dennis.ciolli* OR Peluso OR *@dreamvision1.com OR rsdvs* OR *@thedreamvisioncompany.com OR "Triple Horse" OR DreamScape OR SoundScape OR "Muscle Shoals" OR Anna OR Unshakable OR "Unsung Hero" OR Hooked OR "One Horse" OR "Heartbreak" OR Provident OR PGC OR RCI OR "Crimson Eagle" OR "Character Matters" OR Masque<br><br>Date range: None. |

| Plaintiff's First Set of Requests for Production of Documents ("RFP") to Defendant Richard M. Silanskas Jr. | Search Terms/Criteria |
|---|---|
| **RFP Nos. 20, 21, & 22** | Search terms: Ron OR Ronald OR Logan OR ronald.logan* OR rlogan* OR ronlogan909* OR ronlogan*<br><br>Date range: July 1, 2019 to present.<br><br>**If the Vendor is able to gain access to and collect from ronlogan909@gmail.com, the full contents of that account are responsive and shall be provided to Plaintiff** |
| **RFP Nos. 23, 25, 26, & 27** | Search terms: "Todays Word" OR "Today's Word" OR "Heavenly Word" OR heavendirectword* OR "Heed my" OR triune OR obedience OR "heavenly father" OR obey OR "trust in me" OR "resources and provision" OR "each of you" OR vision OR (Sunday AND Word) OR (Monday AND Word) OR (Tuesday AND word) OR (Wednesday AND word) OR (Thursday AND word) OR (Friday AND word) OR (Saturday AND word)<br><br>Date range: July 1, 2019 to present. |

| | |
|---|---|
| **RFP No. 24, 29, 30, & 31** | Search terms: heavendirectword* OR 4149661512 OR 2027034840 OR 6139174665 OR 2029954158 OR 7086303795 OR 2036703576 OR 5155678858 OR 9097156946 OR 7255871286 OR 2135973892 OR 9098924379 OR 2232453043 OR 4755010132 OR 8023078576 OR 4253313768 OR 2027339073 OR 6176214029 OR 3614877851 OR 2029954472 OR 7705235383 OR 3204663034 OR 4808176625 OR 3072914801 OR 2099362158 OR 3072914801 OR 2099362158 OR 4016525516 OR 2099362158 OR 6199673650 OR 4037682793 OR 2074133626 OR 9126968670 OR 6412223216 OR 3025925552 OR 7706785966 OR 5128803233 OR 9138992347 OR 6292506168 OR 4027888021 OR 7705202859 OR 5078607172 OR 2407687278 OR 5078607172 OR 2407687278 OR 9143012202 OR 7727894025 OR 6603865169 OR 9169386512 OR 4409732510 OR 9016567024 OR 2077193290 OR 7727769194 OR 6602082810 OR 5413735487 OR 2098661547 OR 7722539125 OR 2254792246 OR 3312803096 OR 8102970697 OR 7723078110 OR 5096166021 OR 6178702929 OR 7723078870 OR 5174574462 OR 3136392703 OR 4423574380 OR 7707709148 OR 3193813155 OR 2205771396 OR 6096644306 OR 4195198793 OR 9453268489 OR 2164776359 OR 9208987051 OR 7739205609 OR 4452280647 OR 7705886394 OR 3312765864 OR 7722551152 OR 6627629024 OR 9098977408 OR 7706785065 OR 2288288203 OR 7076275504 OR 9094041321 OR 8312663590 OR 7787255674 OR 6028538405 OR 2282128428 OR 7089197241 OR 9127505309 OR 6505192568 OR 3048780268 OR 5067150327 OR 4808176471 OR 3309101269 OR 7194317660 OR 5038322731 OR 9036157114 OR 2066384028 OR 4708037790 OR 2254621986 OR 7608528549 OR 5099188816 OR 7722550255 OR 2702571498 OR 3069124903 OR 7194028182 OR 6609922273 OR 2089374536 OR 5096163732 OR 3097707541 OR 7705236293 OR 5029185572 OR 7706785808 OR 3077768130 OR 4582511161 OR 7193416052 OR 3307090977 OR 4097969654 OR 2405748542 OR 5024317786 OR 7705237442 OR 2409348870 OR 5126780951 OR 2209019488 OR 8147704879 OR 2254223240 OR 6609923904 OR 6204162127 OR 3322636346 OR 2267745617 OR 6509553867 OR 8084618780 OR 4434263023 OR 5095181153 OR 7745937366 OR 7792353418 OR 3322883796 OR 7722550064 OR 4407413460 OR 2206991481 OR 9099989957 OR 2243958520 OR 3343739103 OR 2266056145 OR 9099684883 OR 6628790165 OR 6139172033 OR 2244967005 OR 3349400814 OR 6282819253 OR 4244832071 OR 7787156331 OR 6604647598 OR 5123254524 OR 4248501112 OR 7705234351 OR 2244454296 OR 3093276751 OR 7743497409 OR 6622710438 OR 3392324366 OR 2255479712 OR 7722551633 OR 9098196138 OR 5014527717 OR 6604242556 OR 2254641045 OR 3302494900 OR 7144779634 OR 3378323794 OR 4302761589 OR 2603903960 OR 6627270235 OR 7722551608 OR 2282128934 OR 5598073535 OR 2245908060 OR |

| | |
|---|---|
| | 7137697601 OR 3323788892 OR 6627629238 OR 5095148468 OR 2097480347 OR 3322542214 OR 5065032451 OR 7722627562 OR 4066046602 OR 2209469027 OR 9016567342 OR 5076501906 OR 6629876003 OR 7705234545 OR 9196749769 OR 5175218498 OR 3317250995 OR 6624833553 OR 3082524492 OR 7088202659 OR 4502317953 OR 7253318371 OR 6464756579 OR 7083219393 OR 4192719140 OR 5056059659 OR 3069108081 OR 8108424041 OR 6124955044 OR 2099724452 OR 9094041565 OR 3084857950 OR 6103406178 OR 7125613133 OR 8023053173 OR 9199847399 OR 4092606374 OR 7706784237 OR 5128803206 OR 3259017535 OR 6232793461 OR 5058956553 OR 3322524348 OR 7099073469 OR 2202356621 OR 7048819256 OR 7146987291 OR 5127644504 OR 7043689781 OR "414-966-1512" OR "202-703-4840" OR "613-917-4665" OR "202-995-4158" OR "708-630-3795" OR "203-670-3576" OR "515-567-8858" OR "909-715-6946" OR "725-587-1286" OR "213-597-3892" OR "909-892-4379" OR "223-245-3043" OR "475-501-0132" OR "802-307-8576" OR "425-331-3768" OR "202-733-9073" OR "617-621-4029" OR "361-487-7851" OR "202-995-4472" OR "770-523-5383" OR "320-466-3034" OR "480-817-6625" OR "307-291-4801" OR "209-936-2158" OR "307-291-4801" OR "209-936-2158" OR "401-652-5516" OR "209-936-2158" OR "619-967-3650" OR "403-768-2793" OR "207-413-3626" OR "912-696-8670" OR "641-222-3216" OR "302-592-5552" OR "770-678-5966" OR "512-880-3233" OR "913-899-2347" OR "629-250-6168" OR "402-788-8021" OR "770-520-2859" OR "507-860-7172" OR "240-768-7278" OR "507-860-7172" OR "240-768-7278" OR "914-301-2202" OR "772-789-4025" OR "660-386-5169" OR "916-938-6512" OR "440-973-2510" OR "901-656-7024" OR "207-719-3290" OR "772-776-9194" OR "660-208-2810" OR "541-373-5487" OR "209-866-1547" OR "772-253-9125" OR "225-479-2246" OR "331-280-3096" OR "810-297-0697" OR "772-307-8110" OR "509-616-6021" OR "617-870-2929" OR "772-307-8870" OR "517-457-4462" OR "313-639-2703" OR "442-357-4380" OR "770-770-9148" OR "319-381-3155" OR "220-577-1396" OR "609-664-4306" OR "419-519-8793" OR "945-326-8489" OR "216-477-6359" OR "920-898-7051" OR "773-920-5609" OR "445-228-0647" OR "770-588-6394" OR "331-276-5864" OR "772-255-1152" OR "662-762-9024" OR "909-897-7408" OR "770-678-5065" OR "228-828-8203" OR "707-627-5504" OR "909-404-1321" OR "831-266-3590" OR "778-725-5674" OR "602-853-8405" OR "228-212-8428" OR "708-919-7241" OR "912-750-5309" OR "650-519-2568" OR "304-878-0268" OR "506-715-0327" OR "480-817-6471" OR "330-910-1269" OR "719-431-7660" OR "503-832-2731" OR "903-615-7114" OR "206-638-4028" OR "470-803-7790" OR "225-462-1986" OR "760-852-8549" OR "509-918-8816" OR "772-255-0255" OR "270-257-1498" OR "306-912-4903" OR "719-402-8182" OR "660-992- |

| Plaintiff’s First Set of Requests for Production of Documents (“RFP”) to Defendant Richard M. Silanskas Jr. | Search Terms/Criteria |
|---|---|
| | 2273" OR "208-937-4536" OR "509-616-3732" OR "309-770-7541" OR "770-523-6293" OR "502-918-5572" OR "770-678-5808" OR "307-776-8130" OR "458-251-1161" OR "719-341-6052" OR "330-709-0977" OR "409-796-9654" OR "240-574-8542" OR "502-431-7786" OR "770-523-7442" OR "240-934-8870" OR "512-678-0951" OR "220-901-9488" OR "814-770-4879" OR "225-422-3240" OR "660-992-3904" OR "620-416-2127" OR "332-263-6346" OR "226-774-5617" OR "650-955-3867" OR "808-461-8780" OR "443-426-3023" OR "509-518-1153" OR "774-593-7366" OR "779-235-3418" OR "332-288-3796" OR "772-255-0064" OR "440-741-3460" OR "220-699-1481" OR "909-998-9957" OR "224-395-8520" OR "334-373-9103" OR "226-605-6145" OR "909-968-4883" OR "662-879-0165" OR "613-917-2033" OR "224-496-7005" OR "334-940-0814" OR "628-281-9253" OR "424-483-2071" OR "778-715-6331" OR "660-464-7598" OR "512-325-4524" OR "424-850-1112" OR "770-523-4351" OR "224-445-4296" OR "309-327-6751" OR "774-349-7409" OR "662-271-0438" OR "339-232-4366" OR "225-547-9712" OR "772-255-1633" OR "909-819-6138" OR "501-452-7717" OR "660-424-2556" OR "225-464-1045" OR "330-249-4900" OR "714-477-9634" OR "337-832-3794" OR "430-276-1589" OR "260-390-3960" OR "662-727-0235" OR "772-255-1608" OR "228-212-8934" OR "559-807-3535" OR "224-590-8060" OR "713-769-7601" OR "332-378-8892" OR "662-762-9238" OR "509-514-8468" OR "209-748-0347" OR "332-254-2214" OR "506-503-2451" OR "772-262-7562" OR "406-604-6602" OR "220-946-9027" OR "901-656-7342" OR "507-650-1906" OR "662-987-6003" OR "770-523-4545" OR "919-674-9769" OR "517-521-8498" OR "331-725-0995" OR "662-483-3553" OR "308-252-4492" OR "708-820-2659" OR "450-231-7953" OR "725-331-8371" OR "646-475-6579" OR "708-321-9393" OR "419-271-9140" OR "505-605-9659" OR "306-910-8081" OR "810-842-4041" OR "612-495-5044" OR "209-972-4452" OR "909-404-1565" OR "308-485-7950" OR "610-340-6178" OR "712-561-3133" OR "802-305-3173" OR "919-984-7399" OR "409-260-6374" OR "770-678-4237" OR "512-880-3206" OR "325-901-7535" OR "623-279-3461" OR "505-895-6553" OR "332-252-4348" OR "709-907-3469" OR "220-235-6621" OR "704-881-9256" OR "714-698-7291" OR "512-764-4504" OR "704-368-9781" OR Pinger OR Textfree OR “Text Free”<br><br>Date range: July 1, 2019 to present. |

| **Plaintiff's First Set of Requests for Production of Documents ("RFP") to Defendant Richard M. Silanskas Jr.** | **Search Terms/Criteria** |
|---|---|
| **RFP Nos. 32, 33, 34, 35, & 38** | Search terms: Catherine OR Sister OR nun OR nuns OR catherinesister* or cathetinesister* OR susanloveshorse*<br><br>Date range: July 1, 2019 to present.<br><br>**If the Vendor is able to gain access to and collect from susanloveshorses@gmail.com, the full contents of that account are responsive and shall be provided to Plaintiff** |
| **RFP No. 37** | Search terms: Triune OR Orion OR "Orion's"<br><br>Date range: July 1, 2019 to present. |
| **RFP Nos. 40, 42, 43, 44, 45, 46, & 47** | Search terms: vectornewsstat* OR statmidwestnews* OR natnews* OR vector OR "News Nat" OR "MIDWEST NEWS STAT" OR "NAT NEWS" OR "MID WEST NEWS STAT" OR "NAT ENT NEWS" OR "NAT ENTERTAINMENT NEWS" OR ((NAT OR ENT) w/4 News) OR "BIZ NEWS NET" OR "NATIONAL ENT BUSINESS*" OR 2135973892 OR 9098924379 OR 2232453043 OR 4755010132 OR 8023078576 OR 7086303795 OR 2036703576 OR 4253313768 OR 2027339073 OR 6176214029 OR 3614877851 OR 2029954472 OR 5155678858 OR "213-597-3892" OR "909-892-4379" OR "223-245-3043" OR "475-501-0132" OR "802-307-8576" OR "708-630-3795" OR "203-670-3576" OR "425-331-3768" OR "202-733-9073" OR "617-621-4029" OR "361-487-7851" OR "202-995-4472" OR "515-567-8858"<br><br>Date range: July 1, 2019 to present.<br><br>**If the Vendor is able to gain access to and collect from statnewsmidwest@gmail.com and/or natnewsus@yahoo.com, the full contents of those accounts are responsive and shall be provided to Plaintiff** |
| **RFP No. 48** | Search terms: mjmcduffey* OR "Mary Jean" OR McDuffey<br><br>Date range: July 1, 2019 to present. |

| **Plaintiff's First Set of Requests for Production of Documents ("RFP") to Defendant Richard M. Silanskas Jr.** | **Search Terms/Criteria** |
|---|---|
| **RFP Nos. 50 & 52** | Search terms: "verification code" OR "recovery email" OR (reset w/5 password) OR "Google Account" OR (email w/5 creat*) OR (restor* w/5 access*) OR (account w/5 recovery) OR bluebird24@comcast.net OR dcsadidas1@netscape.net OR dracir@gate.net OR dwrsilanskas57@yahoo.com OR evrsilanskas70@yahoo.com OR frsilanskasp32@yahoo.com OR mountainfreshmusic@gmail.com OR qjrsilanskas91@yahoo.com OR richard.silanskas@yahoo.com OR rmatthew0573@gmail.com OR rsdvs1@aol.com OR rsilanskas@comcast.net OR rsilanskas@gmail.com OR rsilanskas@yahoo.com OR rsilanskas256@yahoo.com OR rsilanskas4@yahoo.com OR rsilanskashs6@yahoo.com OR r.silanskas@dreamvisionstudios.com OR rsilioanskas4@yahoo.com OR trsilanskas@sbcglobal.net OR tblakemore999@yahoo.com OR Blakemore OR rsilanskas* OR r.silanskas* OR richard.silanskas* OR icloud<br><br>Date range: July 1, 2019 to present.<br><br>**If the Vendor is able to gain access to and collect from mountainfreshmusic@gmail.com and/or tblakemore999@yahoo.com, the full contents of those accounts are responsive and shall be provided to Plaintiff** |
| **RFP Nos. 54, 55, & 56** | Search terms: IP OR "internet protocol" OR server OR VPN OR network<br><br>Date range: July 1, 2019 to present. |
| **RFP No. 57** | Search terms: Ballad OR (Rick w/5 Larry)<br><br>Date range: July 1, 2019 to present. |
| **RFP No. 58** | Search terms: Disney<br><br>Date range: None. |

| Plaintiff's First Set of Requests for Production of Documents ("RFP") to Defendant Richard M. Silanskas Jr. | Search Terms/Criteria |
|---|---|
| **RFP No. 60** | Search terms: Feasibility OR (Peter w/3 Alexander) OR tfcpres* OR TFC OR "Totally Fun Company" OR "Themed Future Concepts"<br><br>Date range: June 1, 2022 to June 1, 2023. |
| **RFP No. 61** | Search terms: loan* OR fund* OR trust* OR invest* OR seed OR sell OR Remington* OR coin* OR collection*<br><br>Date range: July 1, 2019 to present. |
| **RFP No. 62** | Search terms: Gena OR Gallagher OR DeRuy OR Mitch* OR ((Mike OR Michael) w/3 Bicknell) OR Marty OR Cox<br><br>Date range: July 1, 2019 to present. |
| **RFP No. 63** | Search term: will* OR trust* OR estate* OR "power of attorney" OR POA<br><br>Date range: July 1, 2019 to present. |
| **RFP No. 65** | Search terms: ((land OR property) AND ("OGB Holdings" OR 1248 OR McComb OR Oklahoma OR OK OR Okla)) OR "S&G Real Properties" OR Wattenbarger OR Simpson OR "Indian Spur" OR (Allen w/3 Edwards) OR Mackey OR Brachtenbach OR "Grand Lake Petroleum" OR "GRE Land" OR Vinita OR Afton OR "Craig County" OR "Delaware County"<br><br>Date range: July 1, 2019 to present. |
| **RFP Nos. 66, 67, 68** | Search terms: (wire* OR money OR fund* OR transfer*) AND (Gene OR "Big Time" OR "Bigtime" OR "BTP" OR Mansion OR MEG OR 1248 OR "corporate office")<br><br>Date range: July 1, 2019 to present. |
| **RFP No. 70** | Search terms: compensation OR reimbursement OR draw* OR contribution* OR loan* OR disburse* OR salary<br><br>Date range: July 1, 2019 to present. |