**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) O. GENE BICKNELL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No.: 4:25-CV-00383-SH |
| | ) | |
| (1) RICHARD M. SILANSKAS JR., | ) | |
| (2) LARRY K. WILHITE, and | ) | |
| (3) STEPHEN D. HEDRICK | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT STEPHEN D. HEDRICK'S ANSWER**
**AFFIRMATIVE DEFENSES AND COUNTERCLAIM**

Defendant, Stephen D. Hedrick, (herein "Hedrick") by and through his undersigned counsel, and in accordance with the Federal Rules of Civil Procedure, for his Answer to the Complaint of O. Gene Bicknell ("OGB"), filed herein on July 25, 2025 [Dkt. 1] (the "Complaint,") hereby states as follows:

Each and every allegation that is not specifically admitted is expressly denied.

**INTRODUCTION**

1. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

2. Hedrick denies the allegations contained in Paragraph 2 of Plaintiff's Complaint and specifically denies that Hedrick committed fraud, made any misrepresentation, acted with fraudulent intent, or engaged in any intentional misconduct.

3. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of the Complaint insofar as such allegations relate to

third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

4.      Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

5.      Hedrick denies the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6.      Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

7.      Hedrick denies the allegations contained in Paragraph 7 of Plaintiff's Complaint and specifically denies that Hedrick committed fraud, made any misrepresentation, acted with fraudulent intent, or engaged in any intentional misconduct.

8.      Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

9.      Hedrick denies the allegations contained in Paragraph 9 of Plaintiff's Complaint and specifically denies that Hedrick committed fraud, made any misrepresentation, acted with fraudulent intent, or engaged in any intentional misconduct.

10.     Hedrick denies the allegations contained in Paragraph 10 of Plaintiff's Complaint.

11.     Hedrick denies the allegations contained in Paragraph 11 of Plaintiff's Complaint, including the allegations that Hedrick victimized vendors, inflated property values, or misled the public regarding the Project. Hedrick admits only that OGB allegedly failed or refused to pay certain amounts claimed by certain vendors. Hedrick specifically denies any allegation of fraud, intentional misconduct, or deceptive conduct.

12.     Hedrick denies the allegations contained in Paragraph 12 of Plaintiff's Complaint.

## THE PARTIES

13.     Hedrick is without sufficient information to admit or deny the allegations contained in Paragraph 13 of Plaintiff's Complaint and therefore denies the same.

14.     Hedrick is without sufficient information to admit or deny the allegations contained in Paragraph 14 of Plaintiff's Complaint and therefore denies the same.

15.     Hedrick is without sufficient information to admit or deny the allegations contained in Paragraph 15 of Plaintiff's Complaint and therefore denies the same.

16.     Hedrick admits the allegations contained in Paragraph 16 of Plaintiff's Complaint.

## JURISDICTION AND VENUE

17.     Pursuant to the Opinion and Order entered by the Honorable Susan E. Huntsman on May 5, 2026, Plaintiff's RICO claims have been dismissed. Accordingly, no response to the dismissed RICO allegations is required. Hedrick denies that Plaintiff is entitled to relief under the federal civil RICO statutes or any other federal law. Hedrick further denies that Plaintiff can establish any viable claim under RICO against Hedrick. To the extent Paragraph 17 contains legal conclusions regarding subject matter jurisdiction, no response is required; however, insofar as a response is deemed required, Hedrick denies the same.

18.     Hedrick denies the allegations contained in Paragraph 18 of Plaintiff's Complaint.

19.    The allegations contained in Paragraph 19 of Plaintiff's Complaint are admitted.

20.    Defendants admit that they are subject to personal jurisdiction in Oklahoma. Defendants deny the allegations that they perpetrated any scheme or engaged in any wrongful, fraudulent, or unlawful conduct as alleged in Paragraph 20.

21.    The allegations contained in Paragraph 21 of Plaintiff's Complaint are admitted.

22.    The allegations contained in Paragraph 22 of Plaintiff's Complaint are admitted.

## THE FACTS

### *Origins of the Scheme*

23.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

24.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

25.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

26.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of the Complaint insofar as such allegations relate to

third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

27. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

28. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

29. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

30. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

31. Hedrick lacks the knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 concerning alleged conduct, statements, investigations, criminal proceedings, or other matters involving Silanskas, DreamVision, Bryan Robinson, or third parties, and therefore deny the same. Hedrick specifically denies the allegations that Hedrick engaged in, participated in, or had knowledge of any fraud, fraudulent

scheme, or other intentional wrongdoing as alleged in Paragraph 31, including the allegation that the Project constituted a 'theme park fraud.'

32.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

33.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

34.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

35.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

36.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

37.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

38.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

39.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

40.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

41.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

42.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 of the Complaint insofar as such allegations relate to

third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

43.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

44.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

### *2022: The American Heartland Project, Commanded by Messages from "God"*

45.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

46.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

47.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

48.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

49.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

50.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

51.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

52.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

53.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of the Complaint insofar as such allegations relate to

third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

54. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

55. Hedrick admits that he was associated with the Project and that Hedrick has extensive experience in the theme park and entertainment industry, including work relating to Disney and other major entertainment companies. Defendants deny the remaining allegations, characterizations, and implications contained in Paragraph 55 to the extent inconsistent herewith.

56. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

57. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

58. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

59.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

60.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

61.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

62.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

63.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

### *2023: The Project Ramps Up*

64.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 of the Complaint insofar as such allegations relate to

third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

65. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

66. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

67. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

68. Hedrick admits that, in or about February 2023, he communicated with OGB and Wilhite regarding preparation for meetings with Oklahoma officials concerning the Project and that materials relating to projected economic impact and potential state support were discussed or provided. Hedrick denies the allegations that the conclusions referenced in Paragraph 68 were baseless or unreliable, and specifically denies knowing any such analysis or conclusions to be false, misleading, or unsupported.

69. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 of the Complaint insofar as such allegations relate to

third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

70.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

71.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

72.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

73.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

74.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

75.    Paragraph 75 of Plaintiff's Complaint references text messages dated May 16, 2023.  Hedrick submits that the contents of the text messages speak for themselves.  To the extent that the allegations in Paragraph 75 are inconsistent therewith, Hedrick denies the same. Hedrick is without sufficient information to admit or deny the remaining allegations contained in Paragraph 75 of Plaintiff's Complaint and therefore denies the same.

76.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

77.    Hedrick admits that former Disney engineers, designers, and other industry professionals were identified in connection with the Project and that certain individuals were listed on the American Heartland Theme Park website as part of the executive team. Hedrick denies the allegations that few, if any, of those individuals substantially participated in the Project, and specifically denies the allegations of deception, knowing or otherwise, contained in Paragraph 77.

78.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

79.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

80.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

81.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

### *The "Triune" and the Public Rollout*

82.     Hedrick admits that, in or about July 2023, he publicly referred to OGB as the sole financial backer of the Project and as "our benefactor." Hedrick denies the allegations that OGB's financial support was not sufficient to fund the Project to the extent known or understood by Hedrick, and specifically denies any allegation that Hedrick engaged in manipulation, deception, fraud, or other intentional wrongdoing. Hedrick further states that he did not possess personal knowledge of the full extent of OGB's wealth, assets, or financing arrangements, and was informed and believed that sufficient funding existed or would be available for the Project. Hedrick had no responsibility for independently verifying the source, structure, or extent of Project financing. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the alleged "triune" or any related statements, beliefs, or activities attributed to Silanskas or Wilhite, and therefore denies the same.

83.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 of the Complaint insofar as such allegations relate to

15

third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

84.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 concerning the alleged "Todays Word" emails, the substance or meaning of any such communications, or OGB's motivations, beliefs, or decision-making processes, and therefore denies the same. Hedrick specifically denies the allegation that he knew OGB was making decisions based on communications purportedly from God. Hedrick further lacks knowledge or information sufficient to form a belief as to what Wilhite or Silanskas knew or believed regarding such matters and therefore denies the same.

85.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

86.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

87.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

88.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 of the Complaint insofar as such allegations relate to

third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

89.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

90.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

91.    Hedrick admits to corresponding with OGB about properties with trees as alleged in Paragraph 91 of Plaintiff's Complaint; but denies any assertion or assumption that OGB believed he was operating under a prophecy. Hedrick's boss communicated with him and Hedrick responded and indicated that he would check into the property.

92.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

93.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

94.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

95.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

96.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

97.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

98.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

99.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 of the Complaint insofar as such allegations relate to

third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

100.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

101.     The allegations contained in Paragraph 101 of Plaintiff's Complaint are admitted.

102.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

103.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 concerning communications between Silanskas and OGB, including the purpose of any such communications, and therefore denies the same. Hedrick further denies the allegations that the feasibility study or projections referenced in Paragraph 103 were baseless on their face, and specifically denies any allegation that Hedrick knew or believed the Project feasibility analyses, attendance projections, revenue projections, or return-on-investment projections to be false, misleading, or unsupported.

104.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

105.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

106.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

107.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 concerning any alleged additional funding contributions by OGB in or about July 2023, and therefore denies the same. Hedrick further denies the allegations and implications that he knew or had reason to believe Project funding would be insufficient, discontinued, or incapable of supporting continued development of the Project. Hedrick lacked personal knowledge concerning OGB financial capacity, financing arrangements, or future funding decisions.

### *Breaking Ground as the Money Is Running Out*

108.    Hedrick admits to communicating with OGB at this time as alleged in Paragraph 108 of Plaintiff's Complaint; however Hedrick specifically denies the "wheels were coming off" or that there was the possibility that the "wheels were coming off" because OGB continued to assure financing and payments.

109.    Hedrick admits that, in or about August 2023, he participated in meetings and discussions with contractors concerning design and potential construction work relating to the Project. Hedrick denies the allegations that he stated the Project needed a "river of money" and

further denies the remaining allegations, characterizations, and implications contained in Paragraph 109.

110. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

111. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 111 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

112. Hedrick admits that materials were prepared addressing media questions concerning the feasibility and economic impact of the Project, including references to feasibility studies, economic impact assessments, consultants, and economists. Hedrick denies the allegations that there were never any legitimate studies or qualified consultants involved in evaluating the Project and further denies the allegations that the Project concept could never be validated. Hedrick specifically denies any allegation of fraud, deception, or intentional misrepresentation contained in Paragraph 112.

113. Hedrick admits that materials prepared in response to media inquiries referenced the involvement of former Disney Parks builders and Imagineers in connection with the Project. Hedrick denies the allegation that such references pertained solely to designers or engineers personally recruited or retained by Hedrick, and further denies the allegations that the statements were false or constituted deception. Hedrick specifically denies the remaining allegations and implications contained in Paragraph 113.

114.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 114 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

115.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 115 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

116.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 116 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

117.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 117 concerning OGB alleged emotional or physical condition, the alleged conduct of other individuals, or whether any other person pressured OGB for money, and therefore denies the same. Hedrick specifically denies that he pressured OGB to provide funding or otherwise engaged in wrongful or coercive conduct.

118.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 118 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

119.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 119 of the Complaint insofar as such allegations relate

to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

120.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 120 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

121.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 121 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

122.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 122 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

123.     Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 123 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

124.     Paragraph 124 of Plaintiff's Complaint references a picture of the ground-breaking event.  Hedrick submits that the picture speaks for itself.  To the extent that the allegations in Paragraph 124 are inconsistent therewith, Hedrick denies the same.

125.     Paragraph 125 of Plaintiff's Complaint references a picture taken by the *Tulsa World* depicting OGB happiness at the ground-breaking event.  Hedrick submits that the picture

speaks for itself.  To the extent that the allegations in Paragraph 125 are inconsistent therewith, Hedrick denies the same. Hedrick denies the allegations that OGB participation in or reaction to the event was based on any misrepresentation or false promise by Hedrick, and specifically denies any allegation of fraud, deception, cruelty, or intentional wrongdoing. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the conduct, intentions, or representations of any other individual referenced in Paragraph 125, and therefore denies the same.

126.    Hedrick admits that he transmitted an email concerned that the flow of money, promised by OGB, was not happening and was threatening to delay the project. At this point Hedrick was still pushing the entire staff and vendors to move forward quickly to adhere to OGB's original direction to open the resort as soon as possible. OGB did not once tell Hedrick to slow things down but kept up his assurances that money was imminent.

127.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 127 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

128.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 128 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

129.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 129 of the Complaint insofar as such allegations relate

to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

130. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

131. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 131 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

132. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

133. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

### *2024: "Sister Catherine" Demands Even More Money*

134. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

135. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 135 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

136. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

137. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 137 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

138. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 138 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

139. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

140. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140 of the Complaint insofar as such allegations relate

to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

141.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

142.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

143.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

144.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

145.    Hedrick admits that OGB communicated to Hedrick that OGB was considering or preparing legal action involving family trusts or family-controlled assets in an effort to obtain additional funds for the Project. Hedrick further states that such information was communicated in the context of discussions concerning delayed or missed contractor payments. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in

Paragraph 145 concerning OGB financial condition, estate planning, trusts, family relationships, alleged depression or guilt, or the substance of any communications between OGB and other individuals and therefore denies the same. Hedrick further states that he had no detailed or independent knowledge regarding the extent, structure, or availability of OGB finances or assets.

146. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 146 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

147. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 147 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

148. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

149. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 149 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

150. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 150 of the Complaint insofar as such allegations relate

to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

151. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 151 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

152. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 152 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

153. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15.3 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

154. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 154 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

155. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 155 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

156. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

157. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

158. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 158 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

159. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 159 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

160. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 160 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

161. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 161 of the Complaint insofar as such allegations relate

to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

162. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 162 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

163. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 163 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

164. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 164 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

165. Hedrick submits that the quoted article and statements referenced in Paragraph 165 speak for themselves. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the awareness, understanding, or beliefs of residents, officials, businesses, or the public in northeast Oklahoma regarding the status or viability of the Project, and therefore denies the same.

166. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 166 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

167. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 167 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

168. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 168 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

169. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 169 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

170. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 170 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

171. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 171 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

172. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 172 of the Complaint insofar as such allegations relate

to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

173.   Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 173 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

174.   Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 174 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

175.   Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 175 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

### *The Project Fails*

176.   Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 176 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

177.   Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 177 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

178.    Hedrick denies the allegations contained in Paragraph 178 that Project funds were squandered or misappropriated by Hedrick, and specifically denies any allegation of fraud, conversion, theft, misappropriation, or other wrongful conduct. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the conduct, use of funds, or financial activities of any other defendant or individual referenced in Paragraph 178, and therefore denies the same.

179.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 179 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

180.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 180 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

181.    Hedrick denies the allegations that he received compensation through any "scheme" or other wrongful conduct, and specifically denies any allegation of fraud, deception, misappropriation, or intentional wrongdoing contained in Paragraph 181. Hedrick admits that he and certain members of his family received compensation in connection with work performed for the Project. Hedrick further states that such compensation was for actual services performed relating to the Project and was consistent with compensation customarily paid for comparable work within the themed entertainment and project development industries. Hedrick further states that he was not fully compensated for the work performed and that substantial amounts owed for such work remain unpaid. Hedrick denies the allegations that any compensation paid to him or

his family members provided "no corresponding benefit," and further denies the remaining allegations, characterizations, and implications contained in Paragraph 181.

182.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

183.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 183 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

184.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 184 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

### *Aftermath: The Investigation*

185.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 185 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

186.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186 concerning OGB retention of attorneys, forensic accountants, or the scope of any investigation, and therefore denies the same. Hedrick specifically denies the allegation that any fraud was perpetrated by Hedrick upon OGB.

187.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 187 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

188.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

189.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 189 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

190.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 190 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

191.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 191 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

192.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 192 of the Complaint insofar as such allegations relate

to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

193.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 193 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

194.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 194 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

195.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 195 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

196.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 196 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

197.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 197 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

198.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 198 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

199.    Hedrick denies the allegations that he exploited OGB, engaged in any persistent or calculated wrongdoing, acted unlawfully, or violated any law. Hedrick further specifically denies any allegation of fraud, deception, coercion, or intentional misconduct. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the conduct, intentions, or alleged legal violations of any other defendant or individual referenced in Paragraph 199 and therefore declines to speculate as to the same.

**COUNT I**
**VIOLATIONS OF RICO**
**18 U.S.C. §§ 1962(c), 1964(c)**
**(Against Silanskas and Wilhite)**

Pursuant to the Opinion and Order entered by the Honorable Susan E. Huntsman on May 5, 2026, Plaintiff's RICO claims have been dismissed. Accordingly, no response to the dismissed RICO allegations is required. Nevertheless, in an abundance of caution and without waiving any defenses or the effect of the Court's Order, Hedrick provides the following responses:

200.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 200 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

201. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 201 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

202. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 202 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

203. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 203 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

204. Hedrick denies the allegations contained in Paragraph 204, including the allegations that Hedrick participated in any unlawful enterprise, scheme to defraud, psychological manipulation, coercion, racketeering activity, fraud, or intentional wrongdoing. Hedrick further denies the allegations that he inflated or misrepresented his expertise, qualifications, or experience.

205. Hedrick denies the allegations contained in Paragraph 205, including the allegations that Hedrick participated in any enterprise, scheme, fraud, coordinated misconduct, or wrongful activity. Hedrick specifically denies that he provided fraudulent information or engaged in religious manipulation or messaging as alleged. Hedrick further lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the alleged

roles, intentions, communications, authority structures, or conduct of Silanskas, Wilhite, or any alleged enterprise, and therefore denies the same.

206.   Hedrick denies the allegations contained in Paragraph 206 that Hedrick made false promises, fraudulent statements, or misrepresentations to OGB, government officials, investors, or any other person. Hedrick specifically denies participating in any fraud, scheme, or wrongful conduct. Hedrick further lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 206 concerning the conduct, communications, transactions, intentions, or activities of any other individual or entity referenced therein, and therefore denies the same.

207.   Hedrick denies the allegations contained in Paragraph 207. To the extent Paragraph 207 alleges or implies that Hedrick was a member of any unlawful enterprise or participated in any pattern of racketeering activity, Hedrick specifically denies the same. Hedrick further denies committing, participating in, facilitating, directing, or having knowledge of any act of wire fraud, racketeering activity, or other unlawful conduct alleged therein.

208.   Hedrick denies the allegations contained in Paragraph 208 that Hedrick sent fraudulent economic forecasts or fraudulent feasibility studies to OGB or participated in any fraud or misrepresentation. Hedrick further denies that any studies, forecasts, analyses, or project-related materials provided or transmitted by Hedrick were fraudulent, knowingly false, or intentionally misleading. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the intentions, knowledge, conduct, or communications of any other individual referenced in Paragraph 208 and therefore denies the same.

209.   Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 209 of the Complaint insofar as such allegations relate

to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

210.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 210 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

211.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 211 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

212.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 212 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

213.    Hedrick denies the allegations contained in Paragraph 213 that Hedrick made false promises, affirmative misrepresentations, or engaged in fraud or other wrongful conduct. Hedrick further denies any allegation that statements made by Hedrick concerning Project expenditures were knowingly false or misleading. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 213, including the conduct, communications, knowledge, intentions, financial interpretations, or activities of any other individual referenced therein, and therefore denies the same.

214.    Hedrick denies the allegations in Paragraph 214 of the Complaint as stated. The complaint implies that Silanskas was a part of the planning and presentation to the Vinita city

council. He was not. Hedrick is not aware of who scheduled the presentation. At the time, the RV park was indeed behind schedule, mainly due to OGB's inability to secure funds and pay Crossland Construction Company to begin excavation. There was also a delay due to a redesign to shrink the size of the RV park, keeping the same number of RV spaces but relocating a portion of them out of the designated FEMA flood zone. This would eliminate the expense to raise grading of the area by four ("4") feet to comply with FEMA regulations. The project was waiting for $35 million dollars of government money for sewer and water infrastructure. The scope and final details of the RV park redesign depended on the amount of funds approved by the State. Ultimately, the bill for these funds was passed by the legislature. It was not funded however by the appropriations committee, due to Forrec Architect filing a lean of the property for nonpayment. After the Forrec lean, along with other companies, OGB insisted that everyone would be paid. "I've never not paid my bills". Again, OGB did not ask for a pause in the project but insisted that everything move forward, telling individuals that he was suing his family to claw back control of his trust money.

215.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 215 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

216.    Hedrick denies the allegations contained in Paragraph 216 that Hedrick was a member of any enterprise or participated in any scheme to defraud OGB. Hedrick specifically denies any allegation of fraud, siphoning of funds, self-dealing, or other wrongful conduct. Hedrick admits that certain family members performed work relating to the Project and received

compensation for services rendered. Hedrick denies the allegation that any such compensation was improper or unrelated to legitimate work performed for the Project.

217.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 217 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

## COUNT II
## VIOLATIONS OF RICO - CONSPIRACY
### 18 U.S.C. §§ 1962(d), 1964(c)
### (Against Silanskas and Wilhite)

Pursuant to the Opinion and Order entered by the Honorable Susan E. Huntsman on May 5, 2026, Plaintiff's RICO claims have been dismissed. Accordingly, no response to the dismissed RICO allegations is required. Nevertheless, in an abundance of caution and without waiving any defenses or the effect of the Court's Order, Hedrick provides the following responses:

218.    In response to Paragraph 218 of Plaintiff's Complaint, Hedrick incorporates his answers set forth in the preceding paragraphs as if fully set forth herein.

219.    Paragraph 219 states a legal conclusion to which no response is required. To the extent a response is deemed required, Hedrick denies the allegations and implications contained therein.

220.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 220 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

221.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 221 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

## COUNT III
## CIVIL CONSPIRACY
### (Against Silanskas and Wilhite)

222.    In response to Paragraph 222 of Plaintiff's Complaint, Hedrick incorporates his answers set forth in the preceding paragraphs as if fully set forth herein.

223.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 223 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

224.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 224 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

225.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 225 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

226.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 226 of the Complaint insofar as such allegations relate

to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

**COUNT IV**
**FRAUD**
**(Against Silanskas and Wilhite)**

227.    In response to Paragraph 227 of Plaintiff's Complaint, Hedrick incorporates his answers set forth in the preceding paragraphs as if fully set forth herein.

228.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 228 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

229.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 229 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

230.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 230 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

231.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 231 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

## COUNT V
### DECEIT
### OKLAHOMA STATUTES TITLE 76, §§ 2-4
### (Against Silanskas and Wilhite)

232.    In response to Paragraph 232 of Plaintiff's Complaint, Hedrick incorporates his answers set forth in the preceding paragraphs as if fully set forth herein.

233.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 233 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

234.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 234 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

235.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 235 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

## COUNT VI
### CONSTRUCTIVE FRAUD
### OKLAHOMA STATUTE TITLE 15, § 59
### (Against Silanskas and Wilhite)

236.    In response to Paragraph 236 of Plaintiff's Complaint, Hedrick incorporates his answers set forth in the preceding paragraphs as if fully set forth herein.

237.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 237 of the Complaint insofar as such allegations relate

to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

238.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 238 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

239.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 239 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

240.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 240 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

**COUNT VII**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**(Against Silanskas and Wilhite)**

241.    In response to Paragraph 241 of Plaintiff's Complaint, Hedrick incorporates his answers set forth in the preceding paragraphs as if fully set forth herein

242.    Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 242 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

243. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 243 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

244. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 244 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

245. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 245 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

246. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 246 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

247. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 247 of the Complaint insofar as such allegations relate to third parties over whom Hedrick had no custody, control, supervision, or knowledge of their activities, and therefore denies the same.

## COUNT VIII
## UNJUST ENRICHMENT
### (Against All Defendants)

248.    In response to Paragraph 248 of Plaintiff's Complaint, Hedrick incorporates his answers set forth in the preceding paragraphs as if fully set forth herein.

249.    Hedrick denies the allegations contained in Paragraph 249 that any compensation or benefits received by Hedrick resulted from a fraudulent scheme or were unjustly retained. Hedrick states that any compensation received by Hedrick was earned through legitimate work performed for the Project and was consistent with Hedrick's education, training, qualifications, and professional experience. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the compensation, benefits, conduct, or intentions of any other individual referenced therein, and therefore declines to speculate as to the same.

250.    Hedrick denies the allegations contained in Paragraph 250 that Hedrick engaged in any fraudulent scheme or wrongful conduct. Hedrick further denies the allegations that compensation, reimbursements, or payments received by Hedrick or Hedrick's family members were improper or provided in exchange for no corresponding benefit. Hedrick states that any work performed by Hedrick or his family members in connection with the Project was performed in the ordinary course of their respective duties and responsibilities and that compensation for such work was consistent with their experience, qualifications, and abilities. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the conduct, compensation, reimbursements, or intentions of any other individual referenced in Paragraph 250, and therefore declines to speculate as to the same.

251.    Hedrick denies the allegations contained in Paragraph 251 that Hedrick was unjustly enriched or participated in any fraudulent scheme or wrongful conduct. Hedrick further

denies that any compensation or benefits received by Hedrick were improper or unjustified. Hedrick states that any compensation received by Hedrick was earned through legitimate work performed in connection with the Project and was consistent with Hedrick's education, training, qualifications, and professional experience. Hedrick further states that he has never possessed knowledge regarding OGB personal finances, investments, assets, or net worth, whether individually or in totality, and lacked personal knowledge concerning the amount, structure, timing, or source of OGB investments in the Project. Hedrick lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the conduct, compensation, or intentions of any other individual referenced in Paragraph 251, and therefore declines to speculate as to the same.

252.    Hedrick denies the allegations contained in Paragraph 252 that Hedrick caused harm to OGB through any wrongful conduct. Hedrick lacks knowledge or information sufficient to form a belief as to the nature, extent, or existence of any alleged harm suffered by OGB and therefore denies the same. Hedrick further lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the conduct or alleged contributions of any other individual referenced therein and therefore declines to speculate as to the same.

**<u>PRAYER FOR RELIEF</u>**

In response to the un-numbered paragraphs following the sub-heading 'PRAYER FOR RELIEF,' including subparts a-f, Hedrick admits that Plaintiff seek the relief requested therein but denies that Plaintiff is entitled to the same.

## AFFIRMATIVE DEFENSES

The following defenses are asserted as likely to have evidentiary support after a reasonable opportunity for further investigation or discovery and are asserted without waiving Hedrick's right to supplementation.

1. Plaintiff's Complaint, and all allegations therein or portions thereof, fail to state a claim for which relief may be granted.

2. The Complaint fails to state a claim upon which relief can be granted against Hedrick.

3. Hedrick contests personal jurisdiction, as his contacts with Oklahoma are insufficient to satisfy due process.

4. To the extent applicable, Plaintiff's claims are barred by the relevant statutes of limitations.

5. Any alleged damages were not proximately caused by Hedrick's conduct.

6. Hedrick acted in good faith, without intent to defraud, deceive, or injure Plaintiff.

7. Any harm suffered by Plaintiff was the result of actions by other individuals or entities over which Hedrick had no control.

8. Plaintiff failed to mitigate his alleged damages.

9. To the extent Plaintiff conferred any benefit on Hedrick, it was provided knowingly and voluntarily, and Plaintiff received fair value in return.

10. Plaintiff's claims are barred by laches and/or equitable estoppel.

11. Hedrick reserves the right to amend, add or supplement any affirmative defense during the course of this litigation.

WHEREFORE, Hedrick respectfully demands judgment against the Plaintiff dismissing the Complaint in its entirety, awarding Hedrick damages and attorneys' fees and costs, together with such other, further, or different relief as may be just, equitable, and proper.

## COUNTERCLAIMS

Hedrick hereby incorporates by reference all responses set forth in the Answer and Affirmative Defenses set forth above. Plaintiff, Steve Hedrick., an individual, ("Hedrick") for his causes of action against O. Gene Bicknell, ("OGB") alleges and states as follows:

## PARTIES, JURISDICTION AND VENUE

1. Hedrick is a citizen of Arizona, residing at 3131 West Crestview Drive, Prescott, Arizona.

2. OGB is a citizen of Florida, residing in Englewood, Florida.

3. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331 because Counts I and II are brought under the federal civil RICO statutes and therefore arise under the laws of the United States.

4. OGB is subject to personal jurisdiction in Oklahoma, because of his extensive contacts with and transactions in Oklahoma.

5. From 2021 through 2024, OGB invested his money into the development of the "American Heartland Theme Park" (the "American Heartland Project" or the "Project") in Vinita, OK.

6. Vinita, Oklahoma, sits along U.S. Route 66, about an hour's drive northeast of Tulsa. Vinita has a population of less than 6,000 people.

7.      Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial portion of the events giving rise to this suit occurred in the Northern District of Oklahoma.

8.      Venue is also proper in this District under 18 U.S.C. § 1965(a) because OGB transacted affairs in and are subject to personal jurisdiction in the Northern District of Oklahoma

## BACKGROUND FACTS

9.      Hedrick worked at Disney subsidiaries for over twenty years assisting in designing Disney theme parks and entertainment.

10.     Hedrick was contacted by Ron Logan, a former coworker at Disney, regarding working on a project in Vinita, Oklahoma which became known as the Heartland Project (the "Project").

11.     OGB, outside of any purported contractual agreement with Mansion Entertainment Group ("MEG") or Mansion Entertainment ("Mansion"), continued to communicate via phone calls and text messages with Hedrick regarding the work to be performed and OGB himself made the promises for payment.

12.     During the course of work and development on the project Hedrick communicated directly with OGB who encouraged continued work on the project.

13.     Not only did OGB help in supervising the project by getting regular updates and offering opinions, he was the one who continued to promise payment.

14.     Based upon these assurances for payment, Hedrick continued to perform work and get other contractors to perform work.

15.     Despite these assurances and demonstrations of approving of the work, OGB then refused to issue payment for the work Hedrick performed.

## FIRST CAUSE OF ACTION
### (*Fraudulent Inducement*)

Hedrick hereby adopts and incorporates by reference all statements and allegations contained in paragraphs 1 through 13 of this Counterclaim as if fully set forth herein, and in addition, states:

16.     OGB, communicated with Hedrick directly regarding the work to be performed on the Project.

17.     OGB expressed his desired work on the project.

18.     OGB expressed his happiness with the project developments and would advise of any changes he wanted to see on the project.

19.     OGB continued to advise Hedrick of how important the Project was to him.

20.     OGB continued to provide assurances to Hedrick regarding payment and encouraged Hedrick to keep working on the Project.

21.     With these assurances, Hedrick continued to work on the project.

22.     Despite the approval of the work performed and assurances of payment, OGB refused to pay Hedrick the remainder of the money Hedrick earned working on the Project.

23.     In the alternative, OGB fraudulently induced Hedrick to work with the knowledge that he did not have the ability to pay.

WHEREORE, Hedrick is entitled to damages in excess of $75,000 for remaining invoices to be paid, plus punitive damages for OGB's willful conduct in getting Hedrick to work without paying and/or the ability to pay.

Respectfully submitted,

Lysbeth George, OBA #30562
Jennifer E. Jackson, OBA #19492
**LIZ GEORGE & ASSOCIATES**
8101 S. Walker, Suite F
Oklahoma City, OK 730139
Telephone: (405) 689-5502
Facsimile: (405) 689-5502
liz@georgelawok.com
jennifer@georgelawok.com
**ATTORNEYS FOR DEFENDANT**
**STEPHEN D. HEDRICK**

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the 19th day of May 2026, a true and correct copy of the above and foregoing was served, upon the individuals registered on the ECF system and via U.S. Mail, postage pre-paid, upon the following:

Richard M. Silanskas Jr.
1338 Peace in Valley Rd.
Blye Eye, MO 65611