IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

O. GENE BICKNELL,
Plaintiff,

v. Case No. 25-CV-00383-SH

RICHARD M. SILANSKAS, JR., et al.,
Defendants.

# DEFENDANT RICHARD M. SILANSKAS, JR.'S NOTICE OF STATUS UPDATE

Defendant Richard M. Silanskas, Jr., appearing pro se, respectfully submits this Notice to advise the Court of significant developments occurring today regarding the Court-ordered forensic extraction.

1. As previously communicated to the third-party forensic vendor, Defendant has continued to work diligently and in good faith to resolve the technical issues that delayed access to the replacement cellular telephone.
2. Today, June 12, 2026, the replacement cellular telephone was successfully activated following continued efforts with AT&T.
3. Immediately after activation was completed, Defendant contacted the third-party forensic vendor, Alex, at approximately **4:24 p.m.** The vendor confirmed that he was prepared to receive the necessary access information and immediately resumed work to complete the forensic extraction.
4. The vendor further advised Defendant that he has kept Plaintiff's counsel informed throughout the activation difficulties and that he is again informing counsel that the phone has now been activated and that the extraction process is proceeding.
5. Defendant respectfully submits this Notice solely to ensure that the Court is aware of these material developments. Defendant has continued to cooperate in good faith and remains committed to completing the forensic extraction as promptly as possible.

WHEREFORE, Defendant respectfully submits this Notice so that the Court is apprised of these significant developments before considering any pending matters related to the forensic extraction.

Respectfully submitted,

**Richard M. Silanskas, Jr.**
Pro Se Defendant
1338 Peace in Valley Road
Blue Eye, Missouri 65611
(417) 213-1820
rmatthew0573@gmail.com

Dated: June 12, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June. 2026 a true and correct copy of the foregoing Response to Plaintiffs Opposition was served via US Mail upon:

AMELIA A FOGLEMAN OBA NO. 16221
Gable-Gotwals
110 N Elgin Ave. Suite 200
Tulsa, Oklahoma 74120

J. CHRISTOPHER DAVIS
Crowe and Dunlevy PC
222 N Detroit Ave
Suite 600
Tulsa, Oklahoma 74120

LYSBETH GEORGE
Liz George and Associates
8101 South Walker
Suite F
Oklahoma City, Oklahoma 73139