**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| O. Gene Bicknell,<br><br>Plaintiff,<br><br>v.<br><br>Richard M. Silanskas Jr., Larry K. Wilhite, and Stephen D. Hedrick,<br><br>Defendants. | ) | Case No. 25-cv-00383-SH |

**THIRD AMENDED SCHEDULING ORDER**

Before the Court is the parties' joint motion to extend the dispositive and *Daubert* motion deadlines. For good cause shown,

IT IS THEREFORE ORDERED that the *Joint Motion to Amend Scheduling Order to Extend Dispositive and* Daubert *Motion Deadline* (Dkt. No. 190) is GRANTED. The following deadlines shall govern the remainder of the case.

| | | |
|---|---|---|
| 8. | 10/7/26 | Dispositive Motions and Daubert Motions (filed) |
| 9. | 12/9/26 | Motions in Limine (filed)[1] |
| 9a. | 12/23/26 | Responses to Motions in Limine (filed) |
| 9b. | 1/7/27 | Replies in Support of Motions in Limine (filed) |
| 10. | 11/2/26 | Witness lists, exhibit lists, electronic copies of exhibits, and deposition/video/interrogatory designations (exchanged) |
| 11. | 11/12/26 | Counter-Designations and Objections to witness lists, exhibit lists, deposition designations (served) |
| 11a. | 11/18/26 | Objections to Counter-Designations (served) |
| 12. | 11/20/26 | Objections to Designations with Briefs regarding unusual objections (filed) and Transcripts Annotated with Objections (submitted in hard copy to court)[1 & 2] |
| 13. | 11/20/26 | Pretrial Disclosures under FRCP 26(a)(3) (filed) and Premarked Exhibits (exchanged) |
| 14. | 11/20/26 | Agreed Pretrial Order (submitted electronically)[1 & 2] |
| 15. | 2/10/27 | Pretrial Conference at 10:00 a.m. |
| 16. | 2/22/27 | Illustrative Aids (exchanged) |
| 17. | 2/22/27 | Jury Instructions, Voir Dire, Trial Briefs (filed)[2] |

18. 3/1/27 Trial Date: ☒ Jury / ☐ Non-Jury at 9:30 a.m.
Estimated Trial Time: 10 days

ORDERED this 13th day of September, 2026.

SUSAN E. HUNTSMAN, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

[1] Attorney meeting to resolve disputes required before filing.

[2] For instructions, see Judge Huntsman's procedures at https://www.oknd.uscourts.gov/magistrate-judge-susan-e-huntsman.