**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) O. GENE BICKNELL,<br><br>Plaintiff<br>v.<br><br>(1) RICHARD M. SILANSKAS JR.,<br>(2) LARRY K. WILHITE, and<br>(3) STEPHEN D. HEDRICK<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 4:25-CV-00383-SH |

**STIPULATION OF DISMISSAL OF COUNTERCLAIM**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Counterclaimant Stephen D. Hedrick and Counterclaim Defendant O. Gene Bicknell (the "Stipulating Parties"), by and through their undersigned counsel, hereby stipulate to the dismissal of Hedrick's Counterclaim for Fraudulent Inducement [Dkt. No. 154] with prejudice, with each party to bear his own attorneys' fees and costs with respect to the Counterclaim. The Stipulating Parties further stipulate that dismissal of the Counterclaim moots Bicknell's pending Motion to Dismiss Counterclaim [Dkt. No. 155].

Dated this 16th day of September 2026.

Respectfully submitted,

/s/ Lysbeth George
Lysbeth George, OBA #30562
Jennifer E. Jackson, OBA #19492
**LIZ GEORGE & ASSOCIATES**
8101 S. Walker, Suite F
Oklahoma City, OK 73139
Telephone: (405) 689-5502
Facsimile: (405) 689-5502
liz@georgelawok.com
jennifer@georgelaw.com

**ATTORNEYS FOR STEPHEN HEDRICK**

/s/ *Michael S. Nadel* (by permission)

Amelia A. Fogleman, OBA No. 16221
Joseph W. Lang, OBA No. 33019
GableGotwals
110 N. Elgin Avenue, Suite 200
Tulsa, Oklahoma 74120
(918) 595-4800

Michael S. Nadel (admitted *pro hac vice*)
Sagar K. Ravi (admitted *pro hac vice*)
Rachel M. Peltzer (admitted *pro hac vice*)
Theresa M. Babendreier (admitted *pro hac*)
McDermott Will & Schulte LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
(202) 756-8000

**ATTORNEYS FOR O. GENE BICKNELL**

**CERTIFICATE OF SERVICE**

I certify that on September 16, 2026, a true and correct copy of the above and foregoing was served upon the individuals registered on the ECF system and via U.S. Mail, postage pre-paid, upon the following individual:

Richard M. Silanskas Jr.
1338 Peace in Valley Rd.
Blye Eye, MO 65611

s/ Lysbeth George