**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

O. GENE BICKNELL,

Plaintiff,

v.

RICHARD M. SILANSKAS, JR., LARRY K. WILHITE, AND STEPHEN D. HEDRICK,

Defendants.

Case No. 25-cv-00383-SH

**ORDER**

Before the Court is the joint motion by Plaintiff O. Gene Bicknell and Defendants Larry K. Wilhite and Stephen D. Hedrick to extend the response deadline for any dispositive and *Daubert* motions. Good cause has been shown.

IT IS THEREFORE ORDERED that *Joint Motion for Extension of Time for Responses to Dispositive and Daubert Motions* (Dkt. No. 205) is GRANTED. Responses to Dispositive and *Daubert* Motions shall be filed by November 4, 2026. Any replies shall be filed by November 18, 2026.

ORDERED this 30th day of September, 2026.

SUSAN E. HUNTSMAN, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT