**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| O. GENE BICKNELL,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RICHARD M. SILANSKAS JR. and LARRY K. WILHITE, and STEPHEN D. HEDRICK,<br><br>Defendants. | ) | Case No. 25-cv-00383-SH |

**ORDER**

Before the Court is Plaintiff's motion to delay until closer to trial any briefing on Defendant Hedrick's motion to bifurcate. The Court finds that efficiency is not served by the requested extension.

IT IS THEREFORE ORDERED that *Plaintiff's Motion for Extension of Time to Respond to Defendant Hedrick's Motion to Bifurcate* (Dkt. No. 199) is DENIED. Any responses to *Defendant Stephen D. Hedrick's Motion to Bifurcate* (Dkt. No. 198) shall be filed by October 14, 2026. Defendant Hedrick may file a reply by October 28, 2026.

ORDERED this 2nd day of October, 2026.

SUSAN E. HUNTSMAN, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT