IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| O. GENE BICKNELL,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD M. SILANSKAS JR.,<br>LARRY K. WILHITE, and<br>STEPHEN D. HEDRICK,<br><br>Defendants. | Case No.<br>4:25-cv-00383-CDL |

VIDEO DEPOSITION OF STEPHEN HEDRICK

LOS ANGELES, CALIFORNIA

WEDNESDAY, JUNE 3, 2026

REPORTED BY:

LISA MOSKOWITZ

CA-CSR 10816, RPR, CRR, CLR

WASHINGTON CCR 21001437, NEVADA CCR 991

ILLINOIS CSR 084.004982

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) O. GENE BICKNELL,<br><br>Plaintiff,<br><br>vs.<br><br>(1) RICHARD M. SILANSKAS JR.,<br>(2) LARRY K. WILHITE, and<br>(3) STEPHEN D. HEDRICK,<br><br>Defendants. | Case No. 4:25-cv-00383-CDL |

Deposition of STEPHEN HEDRICK, taken at McDermott Will & Schulte, LLP, 2049 Century Park East, Suite 3200, Los Angeles, California, commencing at 9:06 a.m., Wednesday, June 3, 2026, reported stenographically by Lisa Moskowitz, California Certified Shorthand Reporter Number 10816, Certified Realtime Reporter, Nevada CCR Number 991, Washington CCR Number 21001437, Illinois CSR Number 084.004982, RPR, CLR, NCRA Realtime Systems Administrator.

APPEARANCES:

For the Plaintiff:

MCDERMOTT WILL & SCHULTE
Attorneys at Law
BY: MICHAEL S. NADEL
BY: SAGAR K. RAVI
BY: RACHEL PELTZER (via Zoom)
500 North Capitol Street, N.W.
Washington, DC 20001
(202) 756-8000
mnadel@mcdermottlaw.com
sravi@mcdermottlaw.com
rpeltzer@mcdermottlaw.com

For the Defendant Stephen D. Hedrick:

LIZ GEORGE AND ASSOCIATES
Attorneys at Law
BY: JENNIFER JACKSON
8101 South Walker Avenue
Suite F
Oklahoma City, Oklahoma 73139
(405) 689-5502
jennifer@georgelawok.com

For the Defendant Larry K. Wilhite

CROWE & DUNLEVY
Attorneys at Law
BY: DERIC MCCLELLAN (via Zoom)
BY: GALEN THORP (via Zoom)
222 North Detroit Avenue
Suite 600
Tulsa, Oklahoma 74120
(918) 592-9800
deric.mcclellan@crowdunlevy.com
galen.thorp@crowdunlevy.com

Also Present:

KEITH FARRIS, Videographer
LARRY WILHITE

consultant in general. Because of the people I had worked with in the past, I had a -- we don't use Rolodexes anymore, but I had a good Rolodex.

So -- but before we get there, in April of 20 -- well, first of all, back up. In December of 2021, Rick Silanskas calls and wants to come see me in Prescott, Arizona. So he makes the trip to Prescott. He sits in my living room talking about Gene Bicknell and his project, and he wants to do movie studios, and Hollywood production companies would come there. And a theme park as well, and would I be interested.

And I said: I'm not sure. Let me think about it. So with some follow-up, I agreed to go to the Branson theater, the Mansion Theater in Branson, Missouri. I believe this was April of 2022. And I met Gene Bicknell, who hugged me the first time he saw me. I didn't even know the man, and he gives me a bear hug.

I had just gotten back from a site tour of the Vinita property because at that point they had ruled out the Missouri property because the State would not work with them on incentives. They had gotten word that the State of Oklahoma would support a large project with infrastructure,

roads, sewer, et cetera.

So I went out to see the property. It was a beautiful piece of land. They said they were buying -- actively buying even more property, which they ultimately did.

So when I got back and after my bear hug, Gene said that he wanted to build a theme park, that he had the means to do it. This was his legacy. He had done a lot of great things in his life, but he wanted to do something for America.

So that led me -- started me thinking about America. Yes. There's no stronger brand than America; so I came up with the concept of American Heartland theme park.

Q. The concept and the name were originated by you?

A. Uh-huh.

Q. When Rick Silanskas was there in your living room in late 2021 talking to you about this theme park concept, what was your impression of him?

A. Little bit skeptical. Rick is -- he has puppy energy. He is always delighted with this and, see this can, it's made out of aluminum. Oh, it's great. It's the best aluminum in the world.

And he calls me and says: What the hell are you doing hiring a songwriter? Rick Silanskas is the best damn songwriter I've ever known. He wrote a symphony.

And I went: Wow.

Rick Silanskas is not where you want to go with this man. So no, I did not talk to Gene Bicknell about Rick Silanskas.

Q. When you came up with the name American Heartland, who approved that name?

A. Well, everybody.

Q. Is that everybody meaning Larry Wilhite?

A. Everybody on the project who was -- so Kristy Adams, Larry, Rick, Gene Bicknell. They all had to sign off on it. I put together a presentation, which was kind of what we call a blue sky presentation with the name and what the park could be. There was a body of water like we did at Tokyo and DisneySea, and everybody bought off on it.

Q. Is it fair to say that you were in charge of the development of the American Heartland project?

A. The creative development, yes.

Q. You mentioned some other people.

A. At the first presentation, Gene Bicknell attended in person. It was myself, Gene McComb, Larry Wilhite. Of course, the governor's staff was there, economic development people, and the governor, of course. And I presented slides of the creative at the time of the project.

Q. Do you remember when the first meeting was?

A. I don't recall the exact date.

Q. Okay. And you said Gene was in attendance for that meeting; is that correct?

A. That's correct.

Q. And I apologize. We've got two Genes in this case.

That Gene Bicknell was in attendance for that meeting; is that correct?

A. Gene Bicknell and Gene McComb were both there.

Q. Was Gene Bicknell actively involved in that meeting?

A. Yes.

Q. And was the other meeting with the Oklahoma governor you're referring to in person as well?

A. Yes.