Message

**From**: Steve Hedrick [projectdevelopment@mansionentertainmentgroup.com]
**Sent**: 6/17/2022 2:35:15 PM
**To**: Tava Sofsky [tavasofsky@OKcommerce.gov]
**Subject**: Fwd: So good to meet you

Tava,

Just want to make sure you got this. My email is brand new and was not working at first.

Steve Hedrick
VP Project Development
Mansion Entertainment
818-929-7712

Begin forwarded message:

**From:** Steve Hedrick <projectdevelopment@mansionentertainmentgroup.com>
**Subject:** **So good to meet you**
**Date:** June 17, 2022 at 9:37:16 AM MST
**To:** Tava Sofsky <tavasofsky@OKcommerce.gov>

Hello Tava,
Good to meet you yesterday and thanks for showing us around.
My cell phone is 818-929-7712. Call anytime.
Thanks
Steve Hedrick