**Steve Hedrick**
Executive Producer Project Development

818-929-7712 | SteveVP@MansionEntertainmentGroup.com

AMERICAN HEARTLAND THEME PARK

MANSION ENTERTAINMENT GROUP

THREE PONIES RV PARK & CAMPGROUND

AmericanHeartlandThemePark.com ThreePoniesRVParkandCampground.com
MansionEntertainmentGroup.com

GB00013943