Top Content | People | Learning | Jobs | Games | Get the app



# Steve Hedrick

Executive Producer American Heartland Development

Prescott, Arizona, United States · **Contact Info**

724 followers · 500+ connections



See your mutual connections

Join to view profile

Message

**DHP Creative**

University of Alabama at Birmingham

## About

Steve has spent the last 40 years working for major theme park and entertainment companies around the world, 20 of those with Walt Disney Creative Entertainment. Currently, the project lead and Executive Producer of the $2.2B American Heartland Theme Park and Resort opening in the fall of 2026 in Northeast, Oklahoma.