IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

O. GENE BICKNELL, )
)
Plaintiff, )
)
v. ) No. 25-cv-00383-SH
)
RICHARD M. SILANSKAS JR., )
LARRY K. WILHITE, AND )
STEPHEN D. HEDRICK, )
)
Defendants. )

Video Deposition of Larry Wilhite

June 10, 2026

Reporter: Jude Arndt, CSR, CCR, RPR
CSR No. 084-004847
CCR No. 1450

Deposition of Larry Wilhite, taken pursuant to Notice of Taking Deposition, before Jude Arndt, a Certified Shorthand Reporter and Certified Court Reporter, at Crowe & Dunlevy, P.C., 222 North Detroit Avenue, Suite 600, Tulsa, Oklahoma, on June 10, 2026.

APPEARANCES OF COUNSEL

On Behalf of Plaintiff:
McDermott Will & Schulte LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
202-756-8000
By: SAGAR K. RAVI
RACHEL M. PELTZER
MICHAEL S. NADEL
THERESA M. BABENDREIER (via Zoom)
sravi@mcdermottlaw.com
rpeltzer@mcdermottlaw.com
mnadel@mcdermottlaw.com
tbabendreier@mcdermottlaw.com

On Behalf of Defendant Larry K. Wilhite:
Crowe & Dunlevy, P.C.
222 North Detroit Avenue, Suite 600
Tulsa, OK 74120
918-592-9800
By: DERIC J. MCCLELLAN
J. CHRISTOPHER DAVIS
deric.mcclellan@crowedunlevy.com
chris.davis@crowedunlevy.com

Crowe & Dunlevy, P.C.
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102
405-235-7700
By: GALEN N. THORP
galen.thorp@crowedunlevy.com

APPEARANCES OF COUNSEL
(continued)

On Behalf of Defendant Stephen D. Hedrick:
Liz George & Associates
8101 South Walker, Suite F
Oklahoma City, OK 73139
405-689-5502
By: JENNIFER JACKSON

Also present: Jeff Watts
Mary Hill
Caroline Sherrard (via Zoom)
Nathan Arndt, videographer

Did Gene approve paying Steve Hedrick $2,000 a day?

A. It started at $1,200, when he first started, with the understanding that it could go to $2,000. And Gene, at that meeting when he first hired Steve, agreed.

Q. You were present at that meeting?

A. Yes, when he hired him. That's when he met him.

Q. And Gene specifically agreed to the $1,200 start, for $1,200 per day for Steve Hedrick?

A. Yes.

Q. Who approved increasing it to $2,000?

MR. MCCLELLAN: Object to the form.

A. I don't -- I don't recall.

BY MR. RAVI:

Q. Who approved Aaron Hedrick getting paid $65 an hour?

A. That would have been Steve.

Q. And were those invoices sent to you that related to Aaron Hedrick for approval?

A. For -- for payment?

A. I don't recall the exact on his testimony, but yes.

BY MR. RAVI:

Q. Did you agree to Steve Hedrick's salary of getting paid $2,000 an hour --

MS. JACKSON: Object --

BY MR. RAVI:

Q. Sorry, let me rephrase that.

Did you agree to Steve Hedrick's salary of getting paid $2,000 a day?

MR. MCCLELLAN: Object to form.

A. Yes, I guess so, because we paid it.

BY MR. RAVI:

Q. So sir, we have spoken about your roles in the American Heartland project. One area is that you presented contracts to Gene Bicknell to get signed.

Is that right?

A. Yes.

Q. A second area is that you were sent expenses and invoices to get paid and then approved them to get paid.

Is that right?