


Phase II
Jan – June 2023


THREE PONIES
RV PARK & CAMPGROUND


THREE PONIES
RV PARK &
CAMPGROUND



FOOD TRUCKS WITH
OPEN PAVILION
AMPHITHEATER
FOUNTAIN
MULTI-PURPOSE
FIELDS/COURTS
HOT TUB/JACUZZI
ADULT POOL
POOL HOUSE
CLUBHOUSE
FITNESS CENTER
BUSINESS CENTER
BATHROOMS
CAFE BAR
STORM SHELTER
FOOD TRUCKS WITH
OPEN PAVILION
OPEN SPACE
BOH
THEME PARK


KESIDE CABINS
HOTEL
HOTEL
CULTURAL PARK
RESORT RECREATION CENTER
NEW PL
HOTEL
HOTEL
ADMIN.
HOTEL
RV PARK
RV EXPANSION OR STAFF HOUSING
RESORT ENTRY
RESORT SERVICE AREA
(P)
POTENTIAL RESORT ENTRY FROM I44
TRAM STOP
OPEN SPACE HILLTOP WITH TREES
CAMPGROUND
THEME PARK EXPANSION AREA AND SECOND IN BERM HOTEL
THEME PARK
TOLL BOOTHS
(P)
BUFFER AND FUTURE DEVELOPMENT
HILLTOP / OVERLOOK HOTEL
NEW PL
STUDIO EXPANSION
STUDIO
SERVICE AREA
TRAM STOP
(P)
HOTELS
(P)
(P)
RDE
TRAM STOP
TRAM BRIDGE
IN BERM HOTEL
PRIMARY ACCESS TO RESORT


AMERICAN
HEARTLAND
THEME PARK



AMERICAN HEARTLAND THEME PARK
Transition from pretty pictures…
GREAT PLAINS
The dramatic landscape where America's family spirit grows strong
THG
MEG



to detailed design

# Cuningham




Strategy for Professional Services for

## U.S. Theme Park Project

Presented to:
Steve Hedrick
Chief Creative Officer
Mansion Entertainment Group
189 Expressway Lane
Branson, Missouri 65616


Prepared by:
Cuningham
8665 Hayden Place
Culver City, California 902324

Contact:
Tim Davis AIA, LEED AP
Associate Principal
tdavis@cuningham.com
310 895 2210


December 5, 2022

# Disney's California Adventure




Intricate Buildings and Facades


Disney's Star Wars Galaxy's Edge
Disneyland and Disney World


Beautiful Interior Design

# Cuningham



Cuningham Architects are in Demand.
We want to contract them for our project ASAP

Strategy for Professional Services for

# U.S. Theme Park Project

Presented to:
Steve Hedrick
Chief Creative Officer
Mansion Entertainment Group
189 Expressway Lane
Branson, Missouri 65616


Prepared by:
Cuningham
8665 Hayden Place
Culver City, California 902324

Contact:
Tim Davis AIA, LEED AP
Associate Principal
tdavis@cuningham.com
310 895 2210


December 5, 2022

# Phase II

## Early January – June 30, 2023
## We Need to Engage:

- Cuningham (Disney) Architects – Theme Park Design
- FOREC Architects – Master Plan and Resort Areas
- Oklahoma City Architects ADG/Blatt – RV Park and Campgrounds
- Commission a Detailed Geotechnical Study, Ready for Construction
- Engage Utilities and Infrastructure Engineering Firms
- Launch the Mansion Studios Business Plan and Architectural Design
- Order Rides and Attractions from Builders (34 months lead time required)

# CONTINUE MOMENIUM
# with the
# Mansion Creative Staff

Disney Experience WDI (Walt Disney Imagineering)

Steve Hedrick – WDI Disney Executive 22 yrs (TP Industry 40 yrs)
John Sorenson - WDI Land Planner 30 yrs
Tom Turley - DLI Ops Development 45 yrs
Don Hilsen - WDI Ride Engineer - 30 yrs
Ronnie Rodriquez - WDC Creative Entertainment - 35 yrs
John Polk - WDI Special Effects 20 yrs
Tim Kirk - WDI Concept Artist 35 yrs`
John Lindsay WDI Project Mgr 20 yrs
Andy Burden - WDI CAD Design 20 yrs
Jason Rubnek - WDI Landscape Architect 7 yrs
Ted Carlsson - WDI VP of Technical Design - 35 yrs
Phil Hettema - Theme Park Design -10 yrs Disney + 14 yrs Universal
Scott Sinclair - DL & WDI Theme Park Designer - 20 yrs
Peter Alexander - WDI Feasibility Study - 10 yrs + 12 yrs

# Six-month costs

Bottom-up cost appraisal for Q1 and Q2 below summarizes by DOW.

Costs may shift between DOWs as necessary to mange to the bottom line.

Note cost to date is $2 million, not included below as it is consumed in 2022.

January 2023

| DOW | Q1 | Q2 | Contingency | % | Total |
|---|---|---|---|---|---|
| 1. Land / Entitlements | 730,000 | 580,000 | 270,000 | 20% | 1,580,000 |
| 2. Corporate | 7,500,000 | 7,500,000 | 1,500,000 | 10% | 16,500,000 |
| 3. Owner's PM Costs | 1,280,000 | 1,920,000 | 350,000 | 11% | 3,550,000 |
| 4. Professional Fees | 13,900,000 | 21,540,000 | 7,090,000 | 20% | 42,530,000 |
| 5. Site Development | - | 1,010,000 | 200,000 | 20% | 1,210,000 |
| 6. Area Development | - | - | - | | - |
| 7. Facility, Show and Ride | - | 5,250,000 | 1,050,000 | 20% | 6,300,000 |
| 8,9 Pre-Operations | 140,000 | 140,000 | 50,000 | 20% | 330,000 |
| 10. Contingency | 3,800,000 | 6,660,000 | | | |
| | **$ 27,400,000** | **$ 44,600,000** | | **17%** | **$ 72,000,000** |

# PHASE II COSTS

Beginning January 2023

Cash Flow Required

- January $6M
- February $ 8M
- March $10M
- April $12M
- May $18M
- June $18M






Phase II
Jan – June 2023




