| Lazy Hawk Contact List | | | | | Bluebeam Distribution List | | | |
|---|---|---|---|---|---|---|---|---|
| **Company** | **Name** | **Email** | **Phone** | **Notes** | **ADG\|Blatt - RV Park** | **Forrec - SP / Hotel / BOH** | **THG - Big 10** | **Cuningham - Theme Park** |
| Mansion Ent. | Adams, Kristy | kadams@themansiontheatre.com | (417) 337-7845 | | | | | |
| MEG/Cumming | Alexander, Bill | billa@megdevteam.com | (281) 658-6746 | PM for Hotel and Waterpark | | X | X | |
| MEG Dev Team | Alexander, Peter | petera@megdevteam.com | 818-505-6520 | Estimating | | | | |
| MEG Dev Team | Alfuso, Joe | joea@megdevteam.com | (323) 401-1924 | Entertainment, music | | | | |
| MEG Dev Team | Allen, Rick | ricka@megdevteam.com | (407) 832-3592 | Former Fort Wilderness GM. Consult for RV Park and Hotel & WP | X | X | | |
| | Anderson, Charles | charles@charlesanderson.com | (602) 642-5334 | Landscape Architect | X | X | X | X |
| MEG Dev Team | Blackwell, Nick | nickb@megdevteam.com | (3252) 989-0456 | Engineering/Maintenance Consultant | | X | X | X |
| MEG Dev Team | Burden, Andy | andyb@megdevteam.com | (+) 44 7879 207 338 | MDT - Project management/entertainment | X | X | X | X |
| MEG Dev Team | Carlsson, Ted | ted.r.carlsson@gmail.com | | Entertainment/Marina watercraft | | | | |
| MEG Dev Team | Chaston, Jeremy | jeremyc@megdevteam.com | | Construction Management Lead | X | X | X | X |
| MEG Dev Team | Clegg, Michelle | michellec@megdevteam.com | | FOH F&B | X | X | | X |
| MEG Dev Team | Collette, Tom | Tomc@megdevteam.com | 407-460-3237 | OPS | | | | |
| MEG Dev Team | Crump, Annette | annettec@megdevteam.com | (818) 422-1913 | Master scheduler | | | | |
| MEG Dev Team | Ferrante, Nick | nickf@megdevteam.com | (626) 590-1307 | Project Manager for Show | X | X | X | X |
| FTD | FTD Lazy Hawk Project Pa | Lazyhawk@forwardthinkingdesigns.com | | Email to all FTD staff working on Lazy Hawk project | | | | |
| MEG Dev Team | Fox, Allison | allisonf@megdevteam.com | | MDT - Entertainment Project Manager | | | | |
| Grindstead Consulting Gr | Grinstead, Matt | matt@grinsteadcg.com | (480) 603-6288 | Scheduling Consultant - Hotel | | | | |
| MEG Dev Team | Gutierrez, Daniel | danielg@megdevteam.com | (818) 282-2434 | MDT Coordinator for Construction and Advanced Works | X | X | X | X |
| MEG Dev Team | Haupt, John | johnh@megdevteam.com | (407) 929-8136 | | | | | |
| MEG Dev Team | Hedrick, Aaron | aaronh@megdevteam.com | (818) 667-4764 | MDT Coordinator for RV Park and Theme Park Entertainment | X | X | X | X |
| MEG Dev Team | Hedrick, Nate | nathanh@megdevteam.com | (818) 726-6283 | Entertainment - Pirate Show Designer | | | | |
| MEG Dev Team | Hedrick, Steve | steveh@megdevteam.com | (818) 929-7712 | Project Lead | X | X | X | X |
| MEG Dev Team | Hilsen, Don | donh@megdevteam.com | (818) 207 4063 | MDT - Ride Procurement | | X | X | X |
| MEG Dev Team | Hodges, Craig | craigh@megdevteam.com | (818) 397-3016 | Waterpark and watercraft consultant | | X | | |
| MEG Dev Team | Holloway, Leslie | leslieh@megdevteam.com | (608) 217-0073 | MDT Coordinator for Theme Park and Operations | | X | X | X |
| KLH | Howard, Kevin | geokevinba@gmail.com | (918) 998-5354 | Geotec | | | | |
| MED Dev Team | Jackson, Rich | richj@megdevteam.com | (407) 625-8416 | CIO | X | X | X | X |
| MEG/Cumming | James, David | davidj@megdevteam.com | (918) 902-3211 | Project Manager for Government/Utilities and Housing | X | X | X | X |
| MEG Dev Team | Jarrett, Reggie | reggiej@megdevteam.com | (407) 497-7779 | MDT Theme Park Entertainment Project Manager | | | | |
| MEG Dev Team | Kawai, Susana | susanak@megdevteam.com | | Hotel and F&B Consultant | | | | |
| MEG Dev Team | Kelley, Robert | Robertk@megdevteam.com | | Merchandise Consultant | X | X | X | X |
| MEG Dev Team | Kells, Patrick | patrickk@megdevteam.com | | Branding and Merchandising Consultant | X | X | X | X |
| MEG Dev Team | Killeen, Tony | killeenconsult@gmail.com | | | | | | |
| MEG Dev Team | Krazit, Dave | davek@megdevteam.com | (407) 435-2658 | Custodial Constultant | | | | |
| MEG Dev Team | Kundu, Sharango | sharangok@megdevteam.com | (818) 585-6647 | | | | | |
| MEG Dev Team | Kwok, Johnny | johnnyk@megdevteam.com | | | X | X | X | X |
| Entertainment Charrette | La Fleur, Michael | stageproml@gmail.com | (702) 575-4286 | Entertainment Show Director | | | | |
| MEG Dev Team | Lamb, Chris | chrisl@megdevteam.com | (626) 437-5116 | MDT - Scheduling | X | X | X | X |
| Soils | Marick, Brian | bmarick@gfacengineering.com | (918) 662-7021 - Office | Soils | | | | |
| Estimating | McCain, Jeff | jeffmccain@yahoo.com | | Peer Review - Estimate* | X | X | X | X |
| Mantion Ent. | McComb, Gene | mcford_us@yahoo.com | (918) 323-2657 | | | | | |
| MrProFun | McDonald, John | jmacdonald@mr-profun.com | | MrProFun - Operations | | | | |
| MEG Dev Team | McKown, Pamela | pamm@megdevteam.com | | Contracts | | | | |
| MEG Dev Team | Mendez, Paola | paolam@megdevteam.com | 832-398-6928 | MDT - Coordinator for Resort Wide, Gov't/BOH, Invoicing/proposal | X | X | X | X |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MEG Dev Team | Merriman, Brad | bmerriman@mr-profun.com | (714) 815-5319 | MRProFun - Operations | | | | |
| Action Horizons | Millicano, Pat | pat@actionhorizons.com | | Stunts & show elements. Action Horizons | | | | |
| MEG Dev Team | Miller, Scott | scottm@megdevteam.com | (407) 353-8001 | | | | | |
| MEG Dev Team | Minasi, Bob | bobm@megdevteam.com | (386) 882-1099 | | | | | |
| MEG Dev Team | Pagliuca, Vinny | vinnyp@megdevteam.com | (407) 409-1639 | Sourcing, Procurement, Warehousing and Costuming operations | X | X | X | X |
| MEG Dev Team | Peterson, Jordan | jordanp@megdevteam.com | | Executive VP Live Entertainment | X | X | X | X |
| Technifex | Polk, John | johnp@technifex.com | | Sr. VP & Exec Producer: Special Effects | | | | |
| MEG Dev Team | Price, Arthur | arthurp@megdevteam.com | (352) 359-0027 | | X | X | X | X |
| MEG Dev Team | Printz, Randy | randyp@megdevteam.com | (805) 428-8980 | | X | X | X | X |
| MEG/Cumming | Pruzinsky, Ron | ronp@megdevteam.com | | Project Manager Commonality | X | X | X | X |
| MEG/Cumming | Rebsamen Ryan | ryanr@megdevteam.com | (918) 346-7439 | Project Manager for RV Park and Advanced Works | X | X | X | X |
| MEG Dev Team | Rodriguez, Ronald | ronr@megdevteam.com | (321) 229-2343 | MDT - Entertainment Creative Lead | | | | |
| MEG Dev Team | Rubek, Jason | jason.rubek@gmail.com | (719) 659-6799 | Landscape/Land planner | | | | |
| MEG Dev Team | Rutland, Steve | stever@megdevteam.com | (615) 426-0886 | Project Manager Overall | X | X | X | X |
| MEG Dev Team | Russell, Sandy | sandyr@megdevteam.com | (323) 719-2444 | MDT - Scope writer & coordinator for theme park entertainment | X | X | X | X |
| MEG Dev Team | Scheidel, Jim | jims@megdevteam.com | (310) 780-6780 | MDT - Construction lead | X | X | X | X |
| Aquatic Studio | Sim, Sonny | sonnysim@aquaticstudioinc.com | (949) 229-0350 | Lake guy | | | | |
| MEG Dev Team | Smith, Tim | tims@megdevteam.com | (323) 400-9856 | Project Manager for Show | X | X | X | X |
| RegionTrack | Snead, Mark | mark.snead@regiontrack.com | | | | | | |
| MEG Dev Team | Sorenson, John | jwsorenson@gmail.com | (818) 331-2402 | Land planner | | | | |
| MEG Dev Team | Trout, Chris | Christ@megdevteam.com | | | | | | |
| MEG Dev Team | Turley, Tom | tomt@megdevteam.com | (626) 818-3714 | MDT - Operations lead | X | X | X | X |
| MEG Dev Team | Turner, Soraya | sorayat@megdevteam.com | (352) 409-4339 | MDT - Entertainment coordination | | | | |
| MEG Dev Team | Van Staden, Jacques | jacques@megdevteam.com | | MDT - F&B consultant for MEG team | X | X | X | X |
| MEG Dev Team | Vermeulen, Dave | davev@megdevteam.com | | MDT - Hotel Ops | | X | | |
| Visual Terrain | Visual Terrain Project Parti | AH-Entertainment-VTI@visualterrain.net | | | | | | |
| Estimator | Webb, Jeff | shibumijeff@gmail.com | | | X | X | X | X |
| MEG DEv Team | Wiliams, Carl | carlw@megdevteam.com | (407) 376-0932. | Finance Consultant | X | X | X | X |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## OVERALL LAZYHAWK

| THG | Role | Contact | NOTES |
|---|---|---|---|
| **TECH EMAIL** | **Includes all technical team members (Sharango K., Bob B, Chris D.)** | **4652tech@thgcreative.com** | **Include in all emails related to technical aspects** |
| Erik Neergaard | Chief Creative Officer | Eneergaard@thgcreative.com | |
| Ezra Perez | Project Director: Main Point of Contact for Overall Project | EPerez@thgcreative.com | Include **Ezra** in **all emails related to overall project, including program, masterplan, project coordination, file submittals** |
| Scott Sinclair | Executive Director of Design: Overall | SSinclair@thgcreative.com | Include **Scott** in **all emails related to overall project, including program, masterplan, project coordination** |
| Nicole Balderrama | Associate Producer: Main Point of Contact for Overall Project, WTP, ETV, ECB, DDV, THL | NBalderrama@thgcreative.com | Include **Nicole** in **all emails related to overall project, including program, masterplan, project coordination, meeting requests, and file submittals** |
| Beth Semler | Showset Design Lead | Bsemler@thgcreative.com | |
| Cassie Wise | Project Coordinator: include in meeting requests<br>Main Point of Contact for **TechMD**, **Cuningham** | CWise@thgcreative.com | Include in **meeting requests** and **project coordination** |
| Brian Russell | Media Coordinator: include in meeting requests | Brussell@thgcreative.com | Include in **meeting requests** and **project coordination** |
| Emma Accacian | Project Coordinator: include in meeting requests | Eaccacian@thgcreative.com | Include in **meeting requests** and **project coordination** |
| Cole Gorham | Project Coordinator: include in meeting requests | cgorham@thgcreative.com | Include in **meeting requests** and **project coordination** |
| Jacob Zorehkey | Project Coordinator: include in meeting requests | JZorehkey@thgcreative.com | Include in **meeting requests** and **project coordination** |
| Chris Merritt | Overall Senior Art Director | Cmerritt@thgcreative.com | |

## LIBERTY VILLAGE (LV)

| THG | Role | Contact | NOTES |
|---|---|---|---|
| Scott Sinclair | Executive Director of Design: Main Point of Contact | SSinclair@thgcreative.com | Include in all LV emails |
| Jordan Beeks | Producer: Main Point of Contact | JBeeks@thgcreative.com | Include in all LV emails |
| Nicole Balderrama | Associate Producer: Main Point of Contact | NBalderrama@thgcreative.com | Include in all LV emails |

## ROUTE 66 (R66)

| THG | Role | Contact | NOTES |
|---|---|---|---|
| **ATTRACTION EMAIL** | **Group Email for Corresponding Attraction** | 4652R66@THGCreative.com | **Scott Sinclair; Michelle Costamagna; Jennifer Miller; Julia Zayas-Melendez; Kate McConnell; Kyle Bendle; Sharango Kundu; Cole Gorham** |
| Scott Sinclair | Executive Director of Design: Main Point of Contact | SSinclair@thgcreative.com | Include in all R66 emails |
| Jennifer Miller | Producer: Main Point of Contact | Jmiller@thgcreative.com | Include in all R66 emails |
| Julia Zayas-Melendez | Associate Producer: Main Point of Contact | juliazm@thgcreative.com | Include in all R66 emails |
| Kyle Bendle | Designer: include Kyle in meetings | KBendle@thgcreative.com | |
| Michelle Costamagna | CAD Lead: Include Michelle in meetings | MCostamagna@thgcreative.com | |
| Sharango Kundu | Technical Director: include Sharango for ride system | SKundu@thgcreative.com | |
| Charlie Otte | Media Producer: include Charlie for all media related | Cotte@thgcreative.com | |
| Cassie Wise | Project Coordinator: include in meeting requests | CWise@thgcreative.com | Include in meeting requests and project coordination |
| Emma Accacian | Project Coordinator: include in meeting requests<br>Main Point of Contact for **Radiance** | Eaccacian@thgcreative.com | Include in meeting requests and project coordination |
| Cole Gorham | Project Coordinator: include in meeting requests<br>Point of Contact for **TechMD**, **Cuningham** | cgorham@thgcreative.com | Include in meeting requests and project coordination |
| Jacob Zorehkey | Project Coordinator: include in meeting requests | JZorehkey@thgcreative.com | Include in meeting requests and project coordination |
| Brian Russell | Media Coordinator | Brussell@thgcreative.com | |

## WINNIE THE POOH (WTP)

| THG | Role | Contact | NOTES |
|---|---|---|---|
| **ATTRACTION EMAIL** | **Group Email for Corresponding Attraction** | 4652WTP@THGCreative.com | **William Alton; Scott Sinclair; Nicole Balderrama; Jordan Beeks; Susana Acosta; Daniel Flores; Bob Blucher; Cole Gorham** |
| William Alton | Senior Director of Design: Main Point of Contact | Walton@thgcreative.com | Include in all WTP emails |
| Jordan Beeks | Producer: Main Point of Contact | JBeeks@thgcreative.com | Include in all WTP emails |
| Nicole Balderrama | Associate Producer: Main Point of Contact | NBalderrama@thgcreative.com | Include in all WTP emails |
| Sharango Kundu | Technical Director: include Sharango for ride system | SKundu@thgcreative.com | |
| Charlie Otte | Media Producer: include Charlie for all media related | Cotte@thgcreative.com | |
| Susana Acosta | Associate Producer: include in WTP meeting requests | Sacosta@thgcreative.com | Include in WTP specific meeting requests and project coordination |
| Cassie Wise | Project Coordinator: include in meeting requests | CWise@thgcreative.com | Include in meeting requests and project coordination |
| Emma Accacian | Project Coordinator: include in meeting requests<br>Main Point of Contact for **Radiance** | Eaccacian@thgcreative.com | Include in meeting requests and project coordination |
| Cole Gorham | Project Coordinator: include in meeting requests<br>Point of Contact for **TechMD**, **Cuningham** | cgorham@thgcreative.com | Include in meeting requests and project coordination |
| Jacob Zorehkey | Project Coordinator: include in meeting requests | JZorehkey@thgcreative.com | Include in meeting requests and project coordination |
| Brian Russell | Media Coordinator | Brussell@thgcreative.com | |

## ELECTROPOLIS (EP)

| THG | Role | Contact | NOTES |
|---|---|---|---|
| Aaron Felker | Art Director: Main Point of Contact | AFelker@thgcreative.com | include in all EP emails |
| Jordan Beeks | Producer: Main Point of Contact | JBeeks@thgcreative.com | include in all EP emails |
| Nicole Balderrama | Associate Producer: Main Point of Contact | NBalderrama@thgcreative.com | include in all EP emails |

## TERMINAL VELOCITY (ETV)

| THG | Role | Contact | NOTES |
|---|---|---|---|
| **ATTRACTION EMAIL** | **Group Email for Corresponding Attraction** | 4652ETV@THGCreative.com | **Aaron Felker; Enya Huang; Scott Sinclair; Estephan Quass; Jordan Beeks; Nicole Balderrama; Chris Duarte; Sharango Kundu; Cassie Wise** |
| Aaron Felker | Art Director: Main Point of Contact | AFelker@thgcreative.com | include in all ETV emails |
| Jordan Beeks | Producer: Main Point of Contact | JBeeks@thgcreative.com | include in all ETV emails |
| Nicole Balderrama | Associate Producer: Main Point of Contact | NBalderrama@thgcreative.com | include in all ETV emails |
| Sharango Kundu | Technical Director: include Sharango for ride system | SKundu@thgcreative.com | |
| Charlie Otte | Media Producer: include Charlie for all media related | Cotte@thgcreative.com | |
| Cassie Wise | Project Coordinator: include in meeting requests | CWise@thgcreative.com | Include in meeting requests and project coordination |
| Emma Accacian | Project Coordinator: include in meeting requests<br>Main Point of Contact for **Radiance** | Eaccacian@thgcreative.com | Include in meeting requests and project coordination (Radiance only) |
| Cole Gorham | Project Coordinator: include in meeting requests<br>Point of Contact for **TechMD**, **Cuningham** | cgorham@thgcreative.com | |
| Jacob Zorehkey | Project Coordinator: include in meeting requests<br>Point of Contact for **Radiance** | JZorehkey@thgcreative.com | |
| Brian Russell | Media Coordinator | Brussell@thgcreative.com | |

## CIRCUIT BREAKERS (ECB)

| THG | Role | Contact | NOTES |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **ATTRACTION EMAIL** | **Group Email for Corresponding Attraction** | 4652ECB@THGCreative.com | **Scott Sinclair; Aaron Felker; Paul Sierra; Enya Huang; Jordan Beeks; Nicole Balderrama; Bob Blucher; Cole Gorham** |
| Aaron Felker | Art Director: Main Point of Contact | AFelker@thgcreative.com | Include in all ECB emails |
| Jordan Beeks | Producer: Main Point of Contact | JBeeks@thgcreative.com | Include in all ECB emails |
| Nicole Balderrama | Associate Producer: Main Point of Contact | NBalderrama@thgcreative.com | Include in all ECB emails |
| Sharango Kundu | Technical Director: include Sharango for ride system | SKundu@thgcreative.com | |
| Charlie Otte | Media Producer: include Charlie for all media related | Cotte@thgcreative.com | |
| Cassie Wise | Project Coordinator: include in meeting requests<br>Main Point of Contact for **TechMD**, **Cuningham** | CWise@thgcreative.com | Include in meeting requests and project coordination |
| Emma Accacian | Project Coordinator: include in meeting requests<br>Main Point of Contact for **Radiance** | Eaccacian@thgcreative.com | Include in meeting requests and project coordination |
| Cole Gorham | Project Coordinator: include in meeting requests<br>Point of Contact for **TechMD**, **Cuningham** | cgorham@thgcreative.com | Include in meeting requests and project coordination |
| Jacob Zorehkey | Project Coordinator: include in meeting requests<br>Point of Contact for **Radiance** | JZorehkey@thgcreative.com | Include in meeting requests and project coordination |
| Brian Russell | Media Coordinator | Brussell@thgcreative.com | |
| | | **STONY POINT HARBOR (SP)** | |
| **THG** | **Role** | **Contact** | **NOTES** |
| Nathan Amondson | Senior Art Director: Main Point of Contact | NAmondson@thgcreative.com | Include in all SP emails |
| Jordan Beeks | Producer: Main Point of Contact | JBeeks@thgcreative.com | Include in all SP emails |
| Nicole Balderrama | Associate Producer: Main Point of Contact | NBalderrama@thgcreative.com | Include in all SP emails |
| | | **DEEP DIVE (DDV)** | |
| **THG** | **Role** | **Contact** | **NOTES** |
| **ATTRACTION EMAIL** | **Group Email for Corresponding Attraction** | 4652DDV@THGCreative.com | **Scott Sinclair; Nathan Amondson; Juliana de Abreu; Jordan Beeks; Nicole Balderrama; Sharango Kundu; Emma Accacia** |
| Nathan Amondson | Senior Art Director: Main Point of Contact | NAmondson@thgcreative.com | Include in all DDV emails |
| Jordan Beeks | Producer: Main Point of Contact | JBeeks@thgcreative.com | Include in all DDV emails |
| Nicole Balderrama | Associate Producer: Main Point of Contact | NBalderrama@thgcreative.com | Include in all DDV emails |
| Charlie Otte | Media Producer: include Charlie for all media related | Cotte@thgcreative.com | |
| Sharango Kundu | Technical Director: include Sharango for ride system | SKundu@thgcreative.com | |
| Cassie Wise | Project Coordinator: include in meeting requests | CWise@thgcreative.com | Include in meeting requests and project coordination |
| Emma Accacian | Project Coordinator: include in meeting requests<br>Main Point of Contact for **Radiance**, **FORREC** | Eaccacian@thgcreative.com | Include in meeting requests and project coordination |
| Cole Gorham | Project Coordinator: include in meeting requests<br>Point of Contact for **TechMD** | cgorham@thgcreative.com | Include in meeting requests and project coordination |
| Jacob Zorehkey | Project Coordinator: include in meeting requests<br>Point of Contact for **Radiance**, **FORREC** | JZorehkey@thgcreative.com | Include in meeting requests and project coordination |
| Brian Russell | Media Coordinator | Brussell@thgcreative.com | |
| | | **HAUNTED LIGHTHOUSE (THL)** | |
| **THG** | **Role** | **Contact** | **NOTES** |
| **ATTRACTION EMAIL** | **Group Email for Corresponding Attraction** | 4652THL@THGCreative.com | **Scott Sinclair; Nathan Amondson; Arad Vejdan; Kate McConnell; Chris Merrit; Dante Brun; Jordan Beeks; Nicole Balderrama; Sharango Kundu; Stefan van Biljon; Emma Accacian; Jacob Zorehkey** |
| Nathan Amondson | Senior Art Director: Main Point of Contact | NAmondson@thgcreative.com | Include in all THL emails |
| Jordan Beeks | Producer: Main Point of Contact | JBeeks@thgcreative.com | Include in all THL emails |
| Nicole Balderrama | Associate Producer: Main Point of Contact | NBalderrama@thgcreative.com | Include in all THL emails |
| Sharango Kundu | Technical Director: include Sharango for ride system | SKundu@thgcreative.com | |
| Charlie Otte | Media Producer: include Charlie for all media related | Cotte@thgcreative.com | |
| Cassie Wise | Project Coordinator: include in meeting requests<br>Main Point of Contact for **TechMD** | CWise@thgcreative.com | Include in meeting requests and project coordination |
| Emma Accacian | Project Coordinator: include in meeting requests<br>Main Point of Contact for **Radiance**, **FORREC** | Eaccacian@thgcreative.com | Include in meeting requests and project coordination |
| Cole Gorham | Project Coordinator: include in meeting requests<br>Point of Contact for **TechMD** | cgorham@thgcreative.com | Include in meeting requests and project coordination |
| Jacob Zorehkey | Project Coordinator: include in meeting requests<br>Point of Contact for **Radiance**, **FORREC** | JZorehkey@thgcreative.com | Include in meeting requests and project coordination |
| Brian Russell | Media Coordinator | Brussell@thgcreative.com | |
| | | **BIG TIMBER FALLS (BT)** | |
| **THG** | **Role** | **Contact** | **NOTES** |
| Lee Roe | Senior Art Director: Main Point of Contact | LRoe@thgcreative.com | Include in all BT emails |
| Jennifer Miller | Producer: Main Point of Contact | JMiller@thgcreative.com | Include in all BT emails |
| Julia Zayas-Melendez | Associate Producer: Main Point of Contact | juliazm@thgcreative.com | Include in all BT emails |
| | | **BIG FOOT FALLS (BFF)** | |
| **THG** | **Role** | **Contact** | **NOTES** |
| **ATTRACTION EMAIL** | **Group Email for Corresponding Attraction** | 4652BFF@THGCreative.com | **Lee Roe; Tyson Blackmon; Jennifer Miller; Julia Zayas-Melendez; Bob Blucher; Scott Sinclair; Teena Sauvola; Jacob Zorehkey** |
| Lee Roe | Senior Art Director: Main Point of Contact | LRoe@thgcreative.com | Include in all BFF emails |
| Jennifer Miller | Producer: Main Point of Contact | JMiller@thgcreative.com | Include in all BFF emails |
| Julia Zayas-Melendez | Associate Producer: Main Point of Contact | juliazm@thgcreative.com | Include in all BFF emails |
| Teena Sauvola | Designer: Please include Teena in BFF meetings | Tsauvola@thgcreative.com | |
| Tyson Blackmon | Designer: Please include Tyson in BFF meetings | Tblackmon@thgcreative.com | |
| Sharango Kundu | Technical Director: include Sharango for ride system | SKundu@thgcreative.com | |
| Charlie Otte | Media Producer: include Charlie for all media related | Cotte@thgcreative.com | |
| Cassie Wise | Project Coordinator: include in meeting requests | CWise@thgcreative.com | Include in meeting requests and project coordination |
| Emma Accacian | Project Coordinator: include in meeting requests<br>Main Point of Contact for **Radiance** | Eaccacian@thgcreative.com | Include in meeting requests and project coordination |
| Cole Gorham | Project Coordinator: include in meeting requests<br>Point of Contact for **TechMD** | cgorham@thgcreative.com | Include in meeting requests and project coordination |
| Jacob Zorehkey | Project Coordinator: include in meeting requests<br>Point of Contact for **Radiance**, **Cuningham** | JZorehkey@thgcreative.com | Include in meeting requests and project coordination |
| Brian Russell | Media Coordinator | Brussell@thgcreative.com | |
| | | **BAYOU BAY (BB)** | |
| **THG** | **Role** | **Contact** | **NOTES** |
| Kevin Cardani | Senior Art Director: Main Point of Contact | KCardani@thgcreative.com | Include in all BB emails |
| Jennifer Miller | Producer: Main Point of Contact | JMiller@thgcreative.com | Include in all BB emails |
| Julia Zayas-Melendez | Associate Producer: Main Point of Contact | juliazm@thgcreative.com | Include in all BB emails |

## BEAUREGARD'S BAYOU BOATS (BBB)

| THG | Role | Contact | NOTES |
|---|---|---|---|
| **ATTRACTION EMAIL** | **Group Email for Corresponding Attraction** | 4652BBB@THGCreative.com | **Kevin Cardani; Scott Sinclair; Jennifer Miller; Julia Zayas-Melendez; Sharango Kundu; Jacob Zorehkey** |
| Kevin Cardani | Senior Art Director: Main Point of Contact | KCardani@thgcreative.com | Include in all BBB emails |
| Jennifer Miller | Producer: Main Point of Contact | JMiller@thgcreative.com | Include in all BBB emails |
| Julia Zayas-Melendez | Associate Producer: Main Point of Contact | juliazm@thgcreative.com | Include in all BBB emails |
| Sharango Kundu | Technical Director: include Sharango for ride system | SKundu@thgcreative.com | |
| Charlie Otte | Media Producer: include Charlie for all media related | Cotte@thgcreative.com | |
| Cassie Wise | Project Coordinator: include in meeting requests<br>Main Point of Contact for **TechMD**, **Cuningham** | CWise@thgcreative.com | Include in meeting requests and project coordination |
| Emma Accacian | Project Coordinator: include in meeting requests<br>Main Point of Contact for **Radiance** | Eaccacian@thgcreative.com | Include in meeting requests and project coordination |
| Cole Gorham | Project Coordinator: include in meeting requests<br>Point of Contact for **TechMD**, **Cuningham** | cgorham@thgcreative.com | Include in meeting requests and project coordination |
| Jacob Zorehkey | Project Coordinator: include in meeting requests<br>Point of Contact for **Radiance** | JZorehkey@thgcreative.com | Include in meeting requests and project coordination |
| Brian Russell | Media Coordinator | Brussell@thgcreative.com | |

## CRITTER TALES (BCT)

| THG | Role | Contact | NOTES |
|---|---|---|---|
| **ATTRACTION EMAIL** | **Group Email for Corresponding Attraction** | 4652BCT@THGCreative.com | **Scott Sinclair; Kevin Cardani; Kathy Martin; Jennifer Miller; Julia Zayas-Melendez; Bob Blucher; Cassie Wise** |
| Kevin Cardani | Senior Art Director: Main Point of Contact | KCardani@thgcreative.com | Include in all BCT emails |
| Jennifer Miller | Producer: Main Point of Contact | JMiller@thgcreative.com | Include in all BCT emails |
| Julia Zayas-Melendez | Associate Producer: Main Point of Contact | juliazm@thgcreative.com | Include in all BCT emails |
| Kathy Fox Martin | CAD Lead: Include on all BCT meetings | Kmartin@thgcreative.com | |
| Sharango Kundu | Technical Director: include Sharango for ride system | Skundu@thgcreative.com | |
| Charlie Otte | Media Producer: include Charlie for all media related | Cotte@thgcreative.com | |
| Cassie Wise | Project Coordinator: include in meeting requests | CWise@thgcreative.com | Include in meeting requests and project coordination |
| Emma Accacian | Project Coordinator: include in meeting requests<br>Main Point of Contact for **Radiance** | Eaccacian@thgcreative.com | Include in meeting requests and project coordination |
| Cole Gorham | Project Coordinator: include in meeting requests<br>Point of Contact for **TechMD**, **Cuningham** | cgorham@thgcreative.com | Include in meeting requests and project coordination |
| Jacob Zorehkey | Project Coordinator: include in meeting requests<br>Point of Contact for **Radiance** | JZorehkey@thgcreative.com | Include in meeting requests and project coordination |
| Brian Russell | Media Coordinator | Brussell@thgcreative.com | |

## GREAT PLAINS (GP)

| THG | Role | Contact | NOTES |
|---|---|---|---|
| Lee Roe | Senior Art Director: Main Point of Contact | LRoe@thgcreative.com | Include in all BFF emails |
| Jennifer Miller | Producer: Main Point of Contact | JMiller@thgcreative.com | Include in all GP emails |
| Julia Zayas-Melendez | Associate Producer: Main Point of Contact | juliazm@thgcreative.com | Include in all GP emails |

## BARNSTORMERS (BRN)

| THG | Role | Contact | NOTES |
|---|---|---|---|
| **ATTRACTION EMAIL** | **Group Email for Corresponding Attraction** | 4652BRN@THGCreative.com | **Lee Roe; Maria Alvarado; Scott Sinclair; Jennifer Miller; Julia Zayas-Melendez; Teena Sauvola; Bob Blucher; Jacob Zorehkey** |
| Lee Roe | Senior Art Director: Main Point of Contact | LRoe@thgcreative.com | Include in all BFF emails |
| Jennifer Miller | Producer: Main Point of Contact | JMiller@thgcreative.com | Include in all BRN emails |
| Julia Zayas-Melendez | Associate Producer: Main Point of Contact | juliazm@thgcreative.com | Include in all BRN emails |
| Sharango Kundu | Technical Director: include Sharango for ride system | Skundu@thgcreative.com | |
| Charlie Otte | Media Producer: include Charlie for all media related | Cotte@thgcreative.com | |
| Cassie Wise | Project Coordinator: include in meeting requests<br>Main Point of Contact for **TechMD**, **Cuningham** | CWise@thgcreative.com | Include in meeting requests and project coordination |
| Emma Accacian | Project Coordinator: include in meeting requests<br>Main Point of Contact for **Radiance** | Eaccacian@thgcreative.com | Include in meeting requests and project coordination |
| Cole Gorham | Project Coordinator: include in meeting requests | cgorham@thgcreative.com | Include in meeting requests and project coordination |
| Jacob Zorehkey | Project Coordinator: include in meeting requests<br>Point of Contact for **Radiance**, **Cuningham** | JZorehkey@thgcreative.com | Include in meeting requests and project coordination |
| Brian Russell | Media Coordinator | Brussell@thgcreative.com | |

# Cuningham - Lazy Hawk Team

**Management Team**

| Title | First Name | Last Name | email |
|---|---|---|---|
| Project Manager, technical | Damon | Pressman | dpressman@cuningham.com |
| Project Manager, delivery | Kathleen | Herrington | kherrington@cuningham.com |
| Client Manager | Todd | Stevens | tstevens@cuningham.com |
| Client Manager | Andy | Fastman | afastman@cuningham.com |
| Theme Park Guru | Bill | Orr | borr@cuningham.com |
| Interior Lead | Janet | Whaley | jwhaley@cuningham.com |
| Area Development Lead | Rachel | Scarborough | rscarborough@cuningham.com |

**Design Team**

| | | | |
|---|---|---|---|
| Design Lead | David | Hyde | dhyde@cuningham.com |
| Interior Design Lead | Mark | Whitenack | mwhitenack@cuningham.com |

**Parkwide Team**

| | | | |
|---|---|---|---|
| BIM Manager | Joe | Bertucci | jbertucci@cuningham.com |
| Contracts Admin | Anne | McNeely | amcneely@cuningham.com |

**Liberty Village/ Park Entry**

| | | | |
|---|---|---|---|
| Architecture Land Lead | Coffee | Polk | cpolk@cuningham.com |
| Interior Lead | TBD | | |
| Design Lead | Andy | Reisman | areisman@cuningham.com |

**Electropolis**

| | | | |
|---|---|---|---|
| Architecture Land Lead | Scott | Natvig | snatvig@cuningham.com |
| Interior Lead | TBD | | |
| Design Lead | Sam | Michlap | smichlap@cuningham.com |

**Big Timber**

| | | | |
|---|---|---|---|
| Architecture Land Lead | Mark | Helseth | mhelseth@cuningham.com |
| Interior Lead | Amy | Avalos | aavelos@cuningham.com |
| Design Lead | TBD | | |

**Bayou Bay**

| | | | |
|---|---|---|---|
| Architecture Lead | Billy | Miller | bmiller@cuningham.com |
| Interiors Lead | Amy | Avelos | aavelos@cuningham.com |
| Design Lead | Gulcin | Ozsaylan | gozsaylan@cuningham.com |

**Great Plains**

| | | | |
|---|---|---|---|
| Architecture Lead | Nathan | Halimi | nhalimi@cuningham.com |
| Architecture Lead | Daryl | LeBlanc | dleblanc@cuningham.com |
| Interiors Lead | Amanda | Crane | acrane@cuningham.com |
| Design Lead | Bill | Mount | bmount@cuningham.com |

**Route 66**

| | | | |
|---|---|---|---|
| Architecture Lead | Andrew | Hansen | ahansen@cuningham.com |
| Interiors Lead | TBD | | |
| Design Lead | Bill | Mount | bmount@cuningham.com |

**Project Team**

23-013
Mansion Entertainment Destination
Prepared On: 8/14/2023

| Company | COPY ON ALL CORRESPONDANCE | TP/HWP/RW / | Contact | Contact Email | Contact Job Title | Contact | Contact | Address Where Based |
|---|---|---|---|---|---|---|---|---|
| **Forrec Ltd.** | X | ALL | **Eric O'Rourke** | EORourke@forrec.com | Senior Director - Theme Parks | 416-696-8686 | 226 | 219 Dufferin Street Suite 100C, Toronto ONTARIO M6K 3J1, Canada |
| Architecture | X | ALL | **Linda Hung** | LHung@forrec.com | Vice President | 416-696-8686 | 234 | 219 Dufferin Street Suite 100C, Toronto ON M6K 3J1, |
| Interior Design | X | ALL | **Lori D'Angelo** | LDAngelo@forrec.com | Senior Project Coordinator | 416-696-8686 | 312 | 219 Dufferin Street Suite 100C, Toronto ONTARIO |
| Landscape Architecture | | ALL | Fabian Fonseca | ffonseca@forrec.com | BIM Manager | 416-696-8686 | | 219 Dufferin Street Suite 100C, Toronto ONTARIO |
| Signage/Graphics | X | TP | **Raquel Kieling** | rkieling@forrec.com | Project Manager, Theme Park | 416-696-8686 | | 219 Dufferin Street Suite 100C, Toronto ONTARIO |
| Creative | | TP | Chris Lauren | oroborosideation@gmail.com | Creative Director | 416-696-8686 | | California |
| | | TP | Michiel Hardonk | mhardonk@forrec.com | Design Manager, Attractions (DD/HL) | 416-696-8686 | | 219 Dufferin Street Suite 100C, Toronto ONTARIO |
| | | TP | Alex Soloviev | asoloviev@forrec.com | Architecture Lead | 416-696-8686 | | 219 Dufferin Street Suite 100C, Toronto ONTARIO |
| | | TP | Amir Maddah | amaddah@forrec.com | Interiors Lead | 416-696-8686 | | 219 Dufferin Street Suite 100C, Toronto ONTARIO |
| | | TP | Alison Lee | alee@forrec.com | Signage & Graphics Lead | 416-696-8686 | | 219 Dufferin Street Suite 100C, Toronto ONTARIO |
| | | TP | Cindy Sun | csun@forrec.com | Landscape Architecture Lead | 416-696-8686 | | 219 Dufferin Street Suite 100C, Toronto ONTARIO |
| | X | HWP | **Frank Huang** | fhuang@forrec.com | Senior Design Manager, PM of Hotel + Waterpark | 416-696-8686 | | 219 Dufferin Street Suite 100C, Toronto ONTARIO M6K 3J1, Canada |
| | | HWP | Terry Brown | tbrown@forrec.com | Creative Director | 416-696-8686 | | 219 Dufferin Street Suite 100C, Toronto ONTARIO |
| | | HWP | Bob Pavlich | rpavlich@forrec.com | Sr. Design Manager/Advisor | 416-696-8686 | | 219 Dufferin Street Suite 100C, Toronto ONTARIO |
| | | HWP | Lou Vicic | lvicic@forrec.com | Waterpark Lead | 416-696-8686 | | 219 Dufferin Street Suite 100C, Toronto ONTARIO |
| | | HWP | Emrik Burrows | eburrows@forrec.com | ARCH Lead (Hotel + BIM) | 416-696-8686 | | 219 Dufferin Street Suite 100C, Toronto ONTARIO |
| | | HWP | Alex Smolian | asmolian@forrec.com | ARCH Lead (Waterpark) | 416-696-8686 | | 219 Dufferin Street Suite 100C, Toronto ONTARIO |
| | | HWP | Xiaoming Liu | xliu@forrec.com | Area Development + Landscape Lead | 416-696-8686 | | 219 Dufferin Street Suite 100C, Toronto ONTARIO |
| | | HWP | Kate Borono | kboron@forrec.com | Interiors Lead | 416-696-8686 | | 219 Dufferin Street Suite 100C, Toronto ONTARIO |
| | | HWP | Chung Leung | cleung@forrec.com | Signage & Graphics Lead | 416-696-8686 | | 219 Dufferin Street Suite 100C, Toronto ONTARIO |
| | X | RW | **Colin Baddeley** | cbaddeley@forrec.com | Senior Landscape Architect, Project Manager, Resort-wide & BOH | 416-696-8686 | | 219 Dufferin Street Suite 100C, Toronto ONTARIO M6K 3J1, Canada |
| | | RW | Chris Triska | ctriska@forrec.com | Architecture Lead | 416-696-8686 | | 219 Dufferin Street Suite 100C, Toronto ONTARIO |
| | | RW | Uri Grinbaum | ugrinbaum@forrec.com | Interiors Lead | 416-696-8686 | | 219 Dufferin Street Suite 100C, Toronto ONTARIO |
| | | RW | Chung Leung | cleung@forrec.com | Signage & Graphics Lead | 416-696-8686 | | 219 Dufferin Street Suite 100C, Toronto ONTARIO |
| **Apeiro Design (formerly Auerbach + Assoc)** | | TP | Tom Neville | tneville@apeirodesign.com | Principal/President | 415-392-7528 | | 1045 Sansome Street |
| Theatre Design | X | TP | **Emily Brainerd** | ebrainerd@apeirodesign.com | Theatre Consultant | (949) 229-0350 | | 1045 Sansome Street |
| **Aquatic Studio Inc**<br>AQUATIC STUDIO, INC.<br>Aquatic Engineering for Lake/Wetlands | X | TP / RW | **Sonny Sim** | sonnysim@aquaticstudioinc.com | President (Aquatic & Water Resources Eng Consultant) | (949) 229-0350 | | 318 W Katella Avenue, Suite A, Orange, CA 92867, USA, Orange CA 92867, United States |
| **Bowden ACG (BACG)**<br>Foodservice / Waste / Laundry Services | X | ALL | **Kerry Bowden** | kbowden@bowdenacg.com | Founding Partner \| Principal | 323.925.7673 | | 4139 Via Marina, Suite 406, Marina Del Rey, CA 90292, Marina Del Rey CA 90292, United States |
| | X | ALL | **Doug Vieldhouse** | dvieldhouse@bowdenacg.com | Laundry Services | | | |
| | X | ALL | **Paul Starbuck** | pstarbuck@bowdenacg.com | Waste Management | | | |
| **Cloward H2O** | X | TP / WPH | **Allen Clawson** | AClawson@clowardh2o.com | Vice President / Principal | 1.801.375.1223 | (801) 361-8620 | 2696 North University Ave, Suite 290 Provo Utah 84604, |
| Water Features | X | TP / WPH | **Brad Clawson** | bclawson@clowardh2o.com | Associate Engineer | 1.801.375.1223 | | 2696 North University Ave, Suite 290 Provo Utah 84604, |
| | X | TP / WPH | **Damon Roberts** | daroberts@clowardh2o.com | Project Manager | 1.801.375.1223 | | 2696 North University Ave, Suite 290 Provo Utah 84604, |
| | | TP / WPH | Harrison Kelly | hkelly@clowardh2o.com | BIM Manager | 1.801.375.1223 | | 2696 North University Ave, Suite 290 Provo Utah 84604, |
| | | TP / WPH | Ben McCullogh | bmccullough@clowardh2o.com | BIM Modeler | 1.801.375.1223 | | 2696 North University Ave, Suite 290 Provo Utah 84604, |
| | | TP / WPH | Chris Bailey | cbailey@clowardh2o.com | BIM Modeler | 1.801.375.1223 | | 2696 North University Ave, Suite 290 Provo Utah 84604, |
| | | TP / WPH | Spencer Stoltz | sstoltz@clowardh2o.com | BIM Modeler | 1.801.375.1223 | | 2696 North University Ave, Suite 290 Provo Utah 84604, |
| | | TP / WPH | Tyler Rhea | trhea@clowardh2o.com | BIM Modeler | 1.801.375.1223 | | 2696 North University Ave, Suite 290 Provo Utah 84604, |
| | | TP / WPH | Lauren Loveless | lloveless@clowardh2o.com | BIM Modeler | 1.801.375.1223 | | 2696 North University Ave, Suite 290 Provo Utah 84604, |
| | | TP / WPH | Maritza Monge | mmonge@clowardh2o.com | BIM Modeler | 1.801.375.1223 | | 2696 North University Ave, Suite 290 Provo Utah 84604, |
| | | TP / WPH | Kristen Finch | kfinch@clowardh2o.com | BIM Modeler | 1.801.375.1223 | | 2696 North University Ave, Suite 290 Provo Utah 84604, |
| | | TP / WPH | Dallin Brimhall | dbrimhall@clowardh2o.com | BIM Modeler | 1.801.375.1223 | | 2696 North University Ave, Suite 290 Provo Utah 84604, |
| | | TP / WPH | Josh Whited | jwhited@clowardh2o.com | BIM Modeler | 1.801.375.1223 | | 2696 North University Ave, Suite 290 Provo Utah 84604, |
| | | TP / WPH | Ryan Ossmen | rossmen@clowardh2o.com | BIM Modeler | 1.801.375.1223 | | 2696 North University Ave, Suite 290 Provo Utah 84604, |
| | | TP / WPH | Tim Ringger | tringger@clowardh2o.com | BIM Modeler | 1.801.375.1223 | | 2696 North University Ave, Suite 290 Provo Utah 84604, |
| | | TP / WPH | James Jackson | jjackson@clowardh2o.com | BIM Modeler | 1.801.375.1223 | | 2696 North University Ave, Suite 290 Provo Utah 84604, |
| | | TP / WPH | Matt Sherwood | msherwood@clowardh2o.com | BIM Modeler | 1.801.375.1223 | | 2696 North University Ave, Suite 290 Provo Utah 84604, |
| **Electrosonic** | | ALL | Erika Kulbach | erika.kulbach@electrosonic.com | Strategic Partner Manager | 818.333.3600 | 818.468.9381 | 3320 North San Fernando Boulevard, Burbank, CA |
| | | ALL | Chris Kratochwill | Chris.Kratochwill@Electrosonic.com | VP - Design Consulting | 1 702-296-5112 | | Las Vegas |
| AVSC | | ALL | Erika McChesney | erika.mcchesney@electrosonic.com | | | | 3320 North San Fernando Boulevard, Burbank, CA |
| | | ALL | Jeff Folschinsky | jeff.folschinsky@electrosonic.com | Design / AVC Consultant | 1 818.333.3657 | | Remote |
| | | ALL | Jordan Mendoza | jordan.mendoza@electrosonic.com | Design / AVC Consultant | 702.850.4683 | | Las Vegas |
| | | ALL | Mike Schwob | mike@schwobacoustics.com | Acoustical Consultant | 702-677-8108 | | Schwob Acoustics |
| | X | ALL | Joel Zink | joel.zink@electrosonic.com | Technology Manager | 1 818.333.3621 | | Las Vegas |
| | X | ALL | **Kevin Browning** | kevin.browning@electrosonic.com | Design Consultant / Project Manager | 254.239.8657 | | Remote |
| | | ALL | Jamie Luna | jamie.luna@electrosonic.com | Project Coordinator | 1 702.850.4758 | | Las Vegas |
| | | ALL | Eddy Mineishi | eddy.mineishi@electrosonic.com | Design Associate / AVC Consultant | 1.702.605.1452 | | 3320 North San Fernando Boulevard, Burbank, CA |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | ALL | Cherish Woods | cherish.wood@electrosonic.com | Design / AVC Consultant | 1702.605.1497 | | Las Vegas |
| | | ALL | Nadine Ochoa | nadine.ochoa@electrosonic.com | BIM Manager | 1 702.983.5330 | | Las Vegas |
| | | ALL | Lydia McDaniels | lydia.mcdaniels@electrosonic.com | BIM Designer | 1 818.333.3604 | | Orlando |
| **exp U.S. Services, Inc.** | | ALL | Aram Ebben | aram.ebben@exp.com | Principal, Director of Lighting Design | 407-660-0088 | | 2601 Westhall Lane, Maitland FL 32751, United States |
| | | ALL | Luke Muller | Luke.Muller@exp.com | LV/Tech Engineer | 407-660-0088 | | 2601 Westhall Lane, Maitland FL 32751, United States |
| | X | ALL | **Michael Schrupp** | michael.schrupp@exp.com | Lighting Director | 407-660-0088 | | 555 West 5th Street, 35th Floor, Los Angeles, California |
| MEPS & Lighting | | ALL | Vrej Isaghoulian | Vrej.Isaghoulian@exp.com | | 407-660-0088 | | 2601 Westhall Lane, Maitland FL 32751, United States |
| | | ALL | Madison DiAddezio | Madison.DiAddezio@exp.com | | | | |
| | | ALL | Matthew Schoenherr | matthew.schoenherr@exp.com | | | | |
| | | ALL | Nathan Hutchings | Nathan.Hutchings@exp.com | | | | |
| | X | ALL | **Walter Brennan** | walter.brennan@exp.com | Principal | 407-660-0088 | | Los Angeles, CA |
| | | | | | | | | |
| | X | ALL | **Ali Alizadeh** | ali.alizadeh@exp.com | Structural Engineer | | | North York, ON |
| **exp U.S. Services, Inc.** | X | ALL | **Roman Sevostianov** | roman.sevostianov@exp.com | Structural Engineer/BIM | | | North York, ON |
| Structural Engineering | | ALL | Abdelrahman Aly | abdelrahman.aly@exp.com | Structural Engineer | | | North York, ON |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Harris Civil Engineers** | | ALL | Abdul Alkadry | AbdulA@harriscivilengineers.com | Vice President | 407-629-4777 | | 1200 Hillcrest Street, Orlando FLORIDA 32803, United |
| | | ALL | Michael Kaminska | MichaelK@harriscivilengineers.com | Project Engineer / Project Manager | 407-629-4777 | 407.428.2647 | 1200 Hillcrest Street, Orlando FLORIDA 32803, United |
| Civil Engineering | X | ALL | **Scot Nelson** | ScotN@harriscivilengineers.com | Senior Designer | 407-629-4777 | | 1200 Hillcrest Street, Orlando FLORIDA 32803, United |
| | | ALL | Courtney McHale | courtneym@harriscivilengineers.com | Project Engineer | 407-629-4777 | | 1200 Hillcrest Street, Orlando FLORIDA 32803, United |
| | | ALL | Leandro Klaes | leandrok@harriscivilengineers.com | Project Engineer | 407-629-4777 | | |
| | | ALL | Timothy McCormick | timothym@harriscivilengineers.com | Project Manager | 407-629-4777 | | 1200 Hillcrest Street, Orlando FLORIDA 32803, United |
| **Jensen Hughes** | X | ALL | **Hamid Bahadori** | HBahadori@jensenhughes.com | Vice President, Project Manager | +1 (407) 647-3737 x | +1 (407) 399-5786 | 725 Primera Blvd. Suite 215, Lake Mary FL 32746, United |
| Fire / Life Safety | | ALL | Thomas Washburn | TWashburn@jensenhughes.com | BIM Manager/ Modeler | 407-647-3737 x15008 | | 725 Primera Blvd. Suite 215, Lake Mary FL 32746, United |
| Code Compliance | | ALL | Brad King | bking@jensenhughes.com | Staff Consultant | | | |
| | | ALL | Craig Baker | cbaker@jensenhughes.com | Senior Consultant | | | |
| **Lerch Bates** | | ALL | Dominika Calderwood | dominika.calderwood@lerchbates.com | Project Manager | 877-711-1565 | | 9780 South Meridian Boulevard, Suite 450, Englewood, |
| Vertical Transportation | X | ALL | **Joey Bastelli** | Joey.Bastelli@LerchBates.com | Area Practice Leader - Architectural Design, | 877-711-1565 | | 9780 South Meridian Boulevard, Suite 450, Englewood, |
| | | ALL | Stephanie Wickman | Stephanie.Wickman@LerchBates.com | | | | 9780 South Meridian Boulevard, Suite 450, Englewood, |
| **Perry-Becker** | X | ALL | **Keith Becker** | kbecker@perry-becker.com | Mike prevost also | | | 3657 Maguire Blvd., Suite 150, Orlando, FL 32803, |
| Irrigation | | ALL | David Perry | dperry@perry-becker.com | Managing Principal | 407-960-4850 | | 3657 Maguire Blvd., Suite 150, Orlando, FL 32803, |
| | | ALL | Wayne Nemec | wnemec@perry-becker.com | | | | 3657 Maguire Blvd., Suite 150, Orlando, FL 32803,<br>Orlando FL 32803, United States |
| | X | ALL | **Mike Prevost** | | | | | |
| | | ALL | Spenser Gruenenfelder | sgruenenfelder@perry-becker.com | | | | 3657 Maguire Blvd., Suite 150, Orlando, FL 32803, |
| **Walter P Moore** | | ALL | Amaris Beza | ABeza@walterpmoore.com | | | | 300 S. Orange Avenue, Suite 1200, Orlando, FL 32801, |
| Water Proofing | X | ALL | **Darek Brandt** | DBrandt@walterpmoore.com | Principal / Diagnostics | 407.418.2218 | 407-418-2234 | 300 S. Orange Avenue, Suite 1200, Orlando, FL 32801, |
| | | ALL | Rachel Palisin | RPalisin@walterpmoore.com | | | | 300 S. Orange Avenue, Suite 1200, Orlando, FL 32801, |
| | | ALL | Noah Doukas | NDoukas@walterpmoore.com | | | | |
| | | ALL | Weijie Liu | WLiu@walterpmoore.com | | | | 300 S. Orange Avenue, Suite 1200, Orlando, FL 32801, |
| **KM Architectural Consulting**<br>Specification Writing | X | ALL | **Kathryn Marek** | kathryn@kmarchconsult.com | Spec Writer | (213) 503-2064 | | |

| | | |
|---|---|---|
| | Anne McNeely | amcneely@cuningham.com |
| CUNINGHAM | Damon Pressman | dpressman@cuningham.com |
| | Kathleen Herrington | kherrington@cuningham.com |

ADG Blatt

Pre-Development Contact Sheet

| Name | Organization | Role / Scope | Email | Phone |
|---|---|---|---|---|
| Melanie Draper | ADG Blatt | Pre-Development Project Management | mdraper@adgblatt.com | (405) 232-5700 |
| Nate Clair | ADG Blatt | Pre-Development Project Management | nclair@adgblatt.com | (405) 239-3249 |
| Sarah Margaret Hendrickson | ADG Blatt | Pre-Development Project Management | shendrickson@adgblatt.com | (405) 239-3287 |
| Tony Blatt | ADG Blatt | Pre-Development Project Management | ablatt@adgblatt.com | (405) 340-8552 |
| Andy Blankenship | CEC | Utility Engineering Consultant | Andy.Blankenship@connectcec.com | (918) 900-6255 |
| Taylor Barnes | CEC | Transportation Engineering Consultant | Taylor.Barnes@connectcec.com | (405) 753-4200 |
| Cathy O'Connor | COalign Group | TIF and Incentives Strategy | cathy@coaligngroup.com | (405) 590-7161 |
| Ashley Armstrong | Factor 110 | Event Production | ashley@factor110.com | (405) 604-0041 |
| Brian Ferrell | Factor 110 | Event Production | brian@factor110.com | (405) 604-0041 |
| Nathan Braniff | Factor 110 | Event Production | nathan@factor110.com | (405) 604-0041 |
| Brian Marick | GFAC Engineering | Geotechnical Reports, Soils | bmarick@gfacengineering.com | (918) 662-7021 |
| Katy Gustafson | Gooden Group | Public Relations / Strategy | katy@goodengroup.com | (405) 715-3232 |
| Kristin Goodale | Gooden Group | Public Relations / Strategy | kgoodale@goodengroup.com | (405) 715-3232 |
| Meg Cathey | Gooden Group | Public Relations / Strategy | mcathey@goodengroup.com | (405) 715-3232 |
| Kevin Howard | KLH Environmental and Geological Consulting | Environmental, Wetlands, Cultural, Archaelogical | geokevinba@gmail.com | (918) 998-5354 |
| Brent Kisling | NexTo | State Incentive Strategy | brent@brentkisling.com | (580) 548-7181 |
| Mark Snead | RegionTrack | Economic Impact Consultant | mark.snead@regiontrack.com | (405) 742-7725 |
| Esther Shaw-Smith | TEC | Traffic Consultant | esmith@tecusa.com | (405) 808-9424 |
| Todd Butler | TEC | Traffic Consultant | tbutler@tecusa.com | (405) 720-7721 |
| Jered Davidson | The Public Law Finance Group | TIF Legal Consultant | jdavidson@okpublicfinancelaw.com | (405) 235-3413 |
| Nate Ellis | The Public Law Finance Group | TIF Legal Consultant | nellis@okpublicfinancelaw.com | (405) 235-3413 |
| Craig Gump | The Terra Foundation | USACE Permit Consultant | cgump@theterrafoundation.com | (918) 986-1522 |
| Amanda Carpenter | Williams, Box, Foshee, and Bullard | Land Use Legal Consultant | acarpenter@wbfblaw.com | (405) 516-6944 |
| David Box | Williams, Box, Foshee, and Bullard | Land Use Legal Consultant | dmbox@wbfblaw.com | (405) 516-6939 |

## AMERICAN HEARTLAND PROJECT DIRECTORY

| Date | | | | |
|---|---|---|---|---|
| 9/14/23 | Name | Position | Email | Phone |
| CUMMING | Steve Rutland | Project Manager Overall | srutland@cumming-group.com | |
| | Ron Pruzinksy | Project Manager for Commonality | ron.pruzinsky@cumming-group.com | |
| | Bill Alexander | Project Manager for Hotel and Waterpark | balexander@cumming-group.com | |
| | Ryan Rebsaman | Project Manager for RV Park and Advanced Works | ryan.rebsamen@cumming-group.com | |
| | David James | Project Manager for Government (Roads/Utilities) and Housing | david.james@cumming-group.com | |
| | Trevor Shulters | Project Controls Staff Extension Lead | tshulters@cumming-group.com | |
| | Asif Parkar | Estimating: Lead Overall | aparkar@cumming-group.com | |
| | Alison Hunt | Risk Management, Risk Registers | alison.hunt@cumming-group.com | (404)723-2646 |
| | Eugenie LeRoux | Lead: Cost and Document Control | Eugenie.LeRoux@cumming-group.com | |
| | Kristen Pyle | Lead Procurement | kpyle@cumming-group.com | |
| | Danny Rasib | Procurement: GCs | drasib@cumming-group.com | |
| | Pamela Mckown | Procurement: Show and Ride | Pamela.Mckown@cumming-group.com | |
| | **Cumming Schedulers - Currently Active on Project** | | | |
| | Vincent Ly | Cumming Schedule Supervision on this Project | vincent.ly@cumming-group.com | (213) 760-1437 |
| | Steve Babbington | Software Integration, Coding, Technical Support, Peer Reviews | sbabbington@cumming-group.com | (818) 291-3704 |
| | Apurv Panchgalle | Government, Advance Works, Early Utilities & **RV Park Scheduler** | apurv.panchgalle@cumming-group.com | (213) 290-8055 |
| | Robin Haller | **Theme Park Scheduler** | robin.haller@cumming-group.com | |
| | **Cumming Schedulers - Currently Inactive** | | | |
| | Erwin Watt | EVP providing Executive Scheduling Oversight as needed | ewatt@cumming-group.com | (949) 690-4244 |
| | Jose Cortes | TBD | jose.cortes@cumming-group.com | (210) 274-5449 |
| | Tom Vanelli | TBD | tvanelli@cumming-group.com | (713) 899-0630 |
| | Michael Malarkey | During Construction Phase - Lead & Project Oversight for Construction Phase, | mmalarkey@cumming-group.com | (213) 505-8045 |

PCL Construction

| COMPANY | NAME | TITLE | EMAIL | PHONE # | CURRENT LOCATION |
|---|---|---|---|---|---|
| PCL | Wayne Melnyk | Vice President Major Projects | wwmelnyk@pcl.com | 425-786-4421 | Los Angeles |
| PCL | Tim Davenport | Field Operations Manager | tdavenport@pcl.com | 407-488-9471 | Orlando |
| PCL | Eric Orquiola | Director, Preconstruction and Estimating | eforquiola@pcl.com | 407-467-3146 | Denver |
| PCL | Eric Bierman | Senior Estimator | eabierman@pcl.com | 818-265-5374 | Los Angeles |
| PCL | Jesse Meyer | Construction Manager | jjmeyer@pcl.com | 407-427-5571 | Los Angeles |
| PCL | Chance Barnes | Senior Project Manager | cbbarnes@pcl.com | 407-467-7770 | Orlando |
| PCL | Ernie Benson | Construction Risk Manager | ebenson@pcl.com | 720-530-3890 | Denver |
| PCL | Allen Rosini | Scheduler | aarosini@pcl.com | 808-495-5327 | Denver |
| | | | | | |
| Nassal | Matt Brown | Partner | mbrown@nassalpcl.com | 407-466-9694 | Orlando |
| Nassal | David Bush | Preconstruction Manager | dbush@nassalpcl.com | | Orlando |
| Nassal | Michael Acevedo | Senior Project Manager | mjacevedo@nassalpcl.com | | Orlando |
| | | | | | |

| Crossland | | | |
|---|---|---|---|
| **Title** | **Name** | **Email** | **Phone** |
| Project Manager | Hunter Sartor | hsartor@crossland.com | |
| Project Manager | Eric Lopp | elopp@crossland.com | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |