IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

O. GENE BICKNELL, )
)
Plaintiff, )
)
v. ) Case No.
) 25-cv-00383-SH
RICHARD M. SILANSKAS JR., )
LARRY K. WILHITE, AND )
STEPHEN D. HEDRICK, )
)
Defendants. )
)
)
)

Video Deposition of Gene McComb

September 23, 2026

Reporter: Mark Arndt, CSR, CCR, CRR
CSR No. 084-004711
CCR No. 1398

Deposition of Gene McComb, taken pursuant to Notice of Taking Deposition, before Mark Arndt, a Certified Shorthand Reporter and Certified Court Reporter, at 401 South Boston Avenue, Suite 3200 Tulsa, Oklahoma, on September 23, 2026.

APPEARANCES OF COUNSEL

On Behalf of Plaintiff:
McDermott Will & Schulte LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
202-756-8000
By: Michael Nadel
Mnadel@mwe.com
Sagar Ravi (via videoconference)
Sravi@mwe.com
Rachel Peltzer (via videoconference)
Theresa Babendreier

On Behalf of Larry K. Wilhite:
Crowe & Dunlevy, P.C.
222 North Detroit Avenue, Suite 600
Tulsa, OK 74120
918-592-9833
By: Chris Davis
Chris.davis@crowedunlevy.com
By: Galen Thorp (via videoconference)
Galen.thorp@crowedunlevy.com

On Behalf of Stephen D. Hedrick:
Liz George and Associates
8101 South Walker, Suite F
Oklahoma City, OK 73139
405-689-5502
By: Jennifer Jackson, Esq.
Jennifer@georgelawok.com

On Behalf of Gene McComb:
Norman Wohlgemuth
401 South Boston Avenue
Suite 3200
Tulsa, OK 74103
918-732-1131
By: Jo Lynn Jeter
Jjeter@nwlawok.com

Also present:
Stephen Hedrick (via videoconference)
Caleb Arndt, videographer

INDEX OF INTERROGATION

| | |
|---|---|
| Examination by Mr. Nadel | Page 10 |
| Examination by Ms. Jackson | Page 108 |
| Examination by Mr. Davis | Page 162 |
| Examination by Mr. Nadel | Page 229 |
| Examination by Mr. Davis | Page 257 |

INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit 354<br>Wilhite's initial disclosure | Page 10 |
| Exhibit 355<br>Text message<br>McComb_012370 | Page 15 |
| Exhibit 356<br>Email chain<br>McComb_007435 - 007437 | Page 23 |
| Exhibit 357<br>Email chain<br>GB00000048 - 00000050 | Page 49 |
| Exhibit 358<br>Text message<br>McComb_010198 - 010199 | Page 54 |
| Exhibit 359<br>Text message<br>McComb_010555 | Page 56 |
| Exhibit 360<br>Text message<br>McComb_010899 | Page 57 |
| Exhibit 361<br>Text message<br>McComb_010921 and McComb_010348 | Page 58 |

Exhibit 362 Page 68
Email
GB00001017

Exhibit 363 Page 69
Email
GB00419867

Exhibit 364 Page 70
Email
GB0013873

Exhibit 365 Page 72
Email
GB00018264

Exhibit 366 Page 75
Appraisal
GB00014580 - GB00014585

Exhibit 367 Page 78
Email chain
GB00098809 - GB00098811

Exhibit 368 Page 86
Oklahoma Film & Music document
GB00516457 - GB00516459

Exhibit 369 Page 90
Email
McComb_004515

Exhibit 370 Page 97
Text message
McComb_008488

Exhibit 371 Page 247
Zillow listing
McComb_003535 - 003537

Exhibit 372 Page 251
Text message
McComb_008553

Exhibit 373 Page 252
Text message
McComb_013848

Exhibit 374 Page 254
Text message
McComb_013891

Hedrick 30 Page 112
Email chain
McComb_005010 - 005012

Hedrick 31 Page 113
Email
McComb_000038

Hedrick 32 Page 113
Text message
McComb_009685

Hedrick 33 Page 114
Email chain
McComb_000130 - 000131

Hedrick 34 Page 115
Email
McComb_000177 - 000178

Hedrick 35 Page 115
Master plan documents
McComb_000644 - 000650

Hedrick 36 Page 116
Traffic impact analysis
McComb_000585 - 000610

Hedrick 37 Page 117
Email with attached CEC document
McComb_000651 - 000654

Hedrick 38 Page 118
Email with attached flood document
McComb_000665 - 000666

Hedrick 39 Page 118
Wetland and waterway investigation
McComb_002064 - 002093

Hedrick 40 Page 119
Wetland determination data sheet
McComb_002125 - 002173

Hedrick 41 Page 120
Geotechnical desktop study
McComb_002585 - 002614

Hedrick 42 Page 120
Custom soil resource report
McComb_002618 - 002648

Hedrick 43 Page 121
Geological survey
McComb_003106 - 003153

Hedrick 44 Page 128
KLH desktop research project
McComb_001965 - 002004

Hedrick 45 Page 129
Email chain with attached document
McComb_001669 - 001669, McComb_001995 - 001996

Hedrick 46 Page 130
THG proposal for design services
McComb_004829 - 004836

Hedrick 47 Page 131
Announcement
McComb_002351

Hedrick 48 Page 133
Email with attached document
McComb_002446 - 002454

Hedrick 49 Page 137
Lazy Hawk announcement
McComb_001281 - 001289

Hedrick 50 Page 145
Text message
McComb_013161

Hedrick 51 Page 146
Text message
McComb_013782

Hedrick 52 Page 147
Text message
McComb_013134

Hedrick 53 Page 149
Text message
McComb_013923

Hedrick 54 Page 151
Text message
McComb_012227

Hedrick 56 Page 152
Text message
McComb_008734

Hedrick 57 Page 153
Email chain
McComb_004403 - 004406

Hedrick 58 Page 158
Text message
McComb_008735

Wilhite 136 Page 207
Email chain
McComb_007792 - 007832

(All exhibits are attached.)

[9:05 a.m.]

THE VIDEOGRAPHER: We are now on the record and the time is 9:06 AM.

This is the video deposition of Gene McComb in the matter of O. Gene Bicknell versus Richard M. Silanskas Junior, Larry K. Wilhite, and Steven Hedrick.

This deposition is being held in Tulsa, Oklahoma, on September 23rd, 2026.

My name is Caleb Arndt and I'm the videographer.

The court reporter is Mark Arndt.

Counselors, please introduce yourselves and your affiliations.

And the witness will be sworn.

MR. NADEL: Michael Nadel for plaintiff.

With me is Theresa Babendreier and on Zoom Rachel Peltzer.

MS. JACKSON: Jennifer Jackson on behalf of defendant Steven Hedrick.

MS. JETER: Jo Lynn Jeter. I represent Mr. McComb, third-party witness and deponent.

MR. THORP: And for defendant Wilhite Chris Davis will be there momentarily in person. And

Galen Thorp on Zoom.

EXAMINATION

BY MR. NADEL:

**Q. Good morning, sir.**

A. Good morning.

**Q. My name is Michael Nadel, and I represent Gene Bicknell, the plaintiff in this lawsuit against Richard Silanskas, Larry Wilhite, and Steve Hedrick.**

**Could you please state your name for the record?**

A. Gene McComb.

**Q. Sir, the main reason we wanted to take your deposition today is the document that I'm going to hand you here.**

[McComb Exhibit 354 marked for identification.]

BY MR. NADEL:

**Q. Sir, this is a document marked as Exhibit 354.**

**You see at the top of the first page it says defendant Larry Wilhite's initial disclosures.**

**Have you seen this before?**

A. I believe I -- I think I've seen the court

docket when it came out on the news and everything.

Q. You're talking about the complaint?

A. Yes.

Q. So this is not the complaint.

What this is is a document that Larry Wilhite's attorneys provided to us at the beginning of the case.

And if you turn to the second page there, you'll see it says in bold the name and, if known, the address and telephone number of each individual likely to have discoverable information, along with the subjects of that information, that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

And there's a list of people that Larry Wilhite has identified as people with relevant knowledge.

A. Okay.

Q. If you turn to Page 4, you see that in Item 8 Larry Wilhite has identified you, and they wrote "Gene McComb." "Mr. McComb purchased all of the land for plaintiff for the project and may testify to the facts and circumstances surrounding the development of the project, as well as the allegations in plaintiff's

**complaint."**

**So that's why we served you with a subpoena for documents.**

A. Sure. Sure.

**Q. And that's why we're taking your deposition today.**

A. Sure. Absolutely.

**Q. Were you aware that Larry Wilhite has identified you as a possible witness for him in this case?**

A. I had heard that, yes. I have seen -- I mean, I may have seen it, but I haven't read this. So --

**Q. Got it. And is that your phone number listed there -- is that correct?**

A. No.

**Q. What -- what is -- was that ever your phone number?**

A. No.

**Q. What is your correct phone number?**

A. 918.

**Q. Yeah.**

A. 323-2657.

**Q. Thank you.**

**When you learned that Larry Wilhite had named you as a possible witness in this case, what was your reaction to that?**

A. Shock. Or I mean, you know, just -- I really didn't have a big reaction. Just, "Okay," you know.

**Q. Are you aware that federal law enforcement is investigating the American Heartland project?**

A. I've heard that, yes.

**Q. And who did you hear that from?**

A. Well, I read the docket, you know, when they sued them and stuff, so I knew that there was something going on.

I mean, that's -- I haven't heard directly from -- what the intricacies are, but that's what I understood.

**Q. Were you aware that federal law enforcement performed searches at the homes of Rick Silanskas and Larry Wilhite?**

A. I did know they had searched Larry's. I

did not know they searched Rick.

**Q. And how did you know that they searched Larry's home?**

A. I had heard that one time I had called Larry and was checking on him, and he had said that that had happened, and that was about it.

**Q. Have you been interviewed by law enforcement about the American Heartland project?**

A. No, sir.

**Q. How would you describe your relationship with Gene Bicknell?**

A. Friend. I tried to help promote everything that he wanted done.

He had contacted me about helping to find --

Well, actually, he had contacted a friend of his. A friend of his contacted Denny Kresset (ph). Denny Kresset contacted me and asked if I would be willing to help.

I thought about it, thought it would help our community. So I offered to met Gene and then we developed a friendship and a relationship, and I helped find land that he was looking for.

And at the time I didn't even know what it was for, but it was just for picking -- purchasing land.

**Q. Great. And we'll come back to purchasing land.**

**Was there a point previously where you would say that you and Gene Bicknell had a close relationship?**

A. Oh, absolutely.

**Q. Sir, I'm handing you a document that's been marked as Exhibit 355.**

[McComb Exhibit 355 marked for identification.]

BY MR. NADEL:

**Q. And on the lower right-hand corner you can see there's a number. It says McComb 012370.**

**That means that this was a document that was provided to us by your lawyer after collection from your cell phone.**

**Is this a text that you sent to Gene Bicknell on August 23rd, 2020, at 12:09 AM?**

**Sorry.**

**August 23rd, 2022, at 12:09 AM?**

A. Probably so.

**Q. And it says, "You have gone far above anything I could have ever thought. Sometimes I don't have the words when 'thank you' just doesn't seem to be enough. But thank you and so much love."**

**You meant that sincerely at the time you wrote it, correct?**

A. Yeah.

**Q. And what were you thanking him for?**

A. Just friend, being a part of a good opportunity. I mean, we were just close.

MS. JETER: Counsel --

A. See, mine doesn't say that.

MS. JETER: You've given us the wrong document. Ours does not say that.

MR. NADEL: Oh. Sorry. Okay.

Why don't we remark -- so let's destroy -- or let's unmark this.

MS. JETER: Thank you.

MR. NADEL: Do you have the right one, Jennifer?

MS. JACKSON: What does it say?

MR. NADEL: "You have gone far beyond."

MS. JACKSON: Yes.

MR. NADEL: Okay.

BY MR. NADEL:

**Q. Sorry for the confusion of that, sir.**

**You've now been handed Exhibit 355.**

MS. JETER: Okay. I still have -- mine does not say "you've gone far beyond."

MR. NADEL: Okay.

Jennifer, would you mind handing yours to Jo Lynn?

MS. JACKSON: Thank you.

BY MR. NADEL:

**Q. Now you've got Exhibit 355, sir.**

A. Yes.

**Q. Sorry for the confusion.**

**This is a text message between you and Gene Bicknell, correct?**

A. Yes.

**Q. And it's one that you sent on August 23rd, 2022, right?**

A. Yes. Uh-huh.

**Q. And you see you have said, "You've gone**

**far above anything I could have ever thought.**
**Sometimes I don't have the words when 'thank you' just**
**doesn't seem to be enough. But thank you and so much**
**love."**
**That's what you meant sincerely when you wrote**
**it, correct?**
A. Oh, yeah. Yeah. And I don't know exactly
what this was for, but I think some -- I don't know if
this was it -- but at one time he had got me some
tickets to a football game, you know. He had gone to a
local football game.
I don't know if that was -- I don't -- I'd have
to see the previous text to know what I was thanking
him for.
I mean, that's been four years ago.
**Q. You sent -- fair to say --**
A. Yeah. Yes.
**Q. You sent lots of messages like this to**
**him?**
A. Absolutely. Absolutely.
**Q. And the messages, like the one we're**
**looking at, does that fairly reflect your relationship**

**with Gene Bicknell, at least in the --**
A. Yes.
**Q. -- 2022 to 2024 --**
A. Yes.
**Q. -- period?**
MS. JETER: Just quickly, make sure -- we want to make sure he finishes his question --
A. Oh, I'm sorry.
MS. JETER: -- before you answer.
A. I'm sorry. I'm sorry.
MS. JETER: It's okay. Its hard to do. I know it's hard to do.
A. I apologize.
MS. JETER: Just let him completely finish the question, get to the end.
A. Okay.
MS. JETER: Give it a beat. And that'll just help us keep a good record.
A. I apologize.
MS. JETER: That's fine.
BY MR. NADEL:
**Q. In September 2024 Gene Bicknell asked you**

**to be trustee for his estate, correct?**

A. Yes.

**Q. And is it right that you sometimes called Gene Bicknell papa or Papa Gene?**

A. Yep. Yes.

**Q. And understanding that it was said in a brotherly or father-son type way, you and Gene Bicknell would tell each other you loved each other, right?**

A. Yes.

**Q. And when you said that, or you wrote it, you meant it sincerely, right?**

A. Yes.

**Q. Toward the end of 2024 you were helping Gene Bicknell coordinate his various legal problems, correct?**

A. Some. Not all, but some. I did it -- I was involved in a couple of things that he had asked me to help him with, yes.

**Q. You were interfacing between Gene Bicknell and Karl Jones, who was Gene Bicknell's attorney in Vinita, right?**

A. Yes.

**Q. Did you help Gene Bicknell locate Karl Jones?**
A. Yes.
**Q. And on occasion Karl Jones would ask you for information and you would get it from Gene Bicknell?**
A. Yes.
**Q. And sometimes Gene Bicknell would provide you information to share with Karl Jones, right?**
A. I think Karl was probably there about any time I got information.
Maybe -- maybe I did, but Karl was pretty much there whenever they would exchange information or anything.
But yes, I would try to help.
**Q. And you said that you were involved in some but not all legal matters.**
**Which were the ones that you remember being involved in?**
A. I remember being at the Crossland -- when we was trying to settle that.
And that's the only one that really comes to

mind. That's the only one that pops out in my head.

**Q. You were involved in Gene Bicknell's communications with Kevin Mitchelson, correct?**

A. Some, yes.

**Q. Kevin Mitchelson was Gene's lawyer in Pittsburg, Kansas?**

A. Yes.

**Q. And you were also involved in Gene Bicknell's communications with Rick Lombardo, correct?**

A. I would say limitedly, but I didn't have a lot --

Oh, with Rick. Yes. Yes. I'm sorry.

Some. Yes. There was some with Mr. Lombardo. Sorry.

**Q. And Mr. Lombardo was a lawyer who was helping Gene Bicknell working on a dispute with the Bicknell family, correct?**

A. Correct.

**Q. And you were also involved in some of Gene Bicknell's communications with William Freeman or Bill Freeman, who's a certified public accountant that Gene Bicknell was using to investigate Mansion Entertainment**

**Group-related issues, right?**
A. Correct.
[McComb Exhibit 356 marked for identification.]
BY MR. NADEL:
**Q. Exhibit 356 is a document labeled at the bottom McComb 7435.**
**This is an email from Gene Bicknell to you and others dated December 27th, 2024, correct?**
A. Correct.
**Q. Why were you a part of this communication?**
A. My guess is Gene wanted me to be a part of it.
I know that he said he had a tax refund coming, that he was planning on doing some work on the project with.
But you asked the reason that I was a part of that.
I guess because Gene wanted me to be a part of it.
**Q. Fair to say that Gene had a group around him that included Karl Jones, Kevin Mitchelson, Bill**

**Freeman, and Cindy Morris, helping him with his various legal matters, and you were at times a part of that group?**

**At times a part, yes.**

MR. THORP: Object to form.

BY MR. NADEL:

**Q. Has your relationship with Gene Bicknell become more distant now than it was during the '22 to '24 period?**

A. It's become more distant, yes.

**Q. Did -- did something happened to change the relationship?**

A. He just -- he just hasn't been very communicative, but I mean, I've reached out to him two or three times.

And he seemed -- at one time he was in the hospital or something.

And another time he said he was really sick and said he'd reach out, and he hasn't. So I just -- I didn't know if he didn't want to visit with me or what.

But I -- but yeah, just we're distant, I guess. No, nothing that I know that has changed anything.

**Q. When is the last time you've communicated with Gene Bicknell?**
A. I don't know the specific date, but it was a few months ago. Maybe, gosh, six or eight months ago.
**Q. Was that a text exchange?**
A. I think it was a phone call.
**Q. What do you remember from that phone call?**
A. I just asked him how he was doing and we just chitchatted.
I don't remember the specifics, but just basically chitchat.
**Q. Did you call him, or did he call you?**
A. I called him.
**Q. Did Dana Smalley come between your relationship with Gene Bicknell?**
A. I don't think -- I don't know. I mean, I don't know what caused the separation or the -- possibly. I don't know.
**Q. Did Gene Bicknell's mental capacity change during the time that you knew him?**
A. He's always been very sharp, very complex.

A. I don't -- I don't know that it changed.
I know his physical health declined some, but he was always sharp as a tack.

**Q. What was Larry Wilhite's role with Mansion Entertainment Group?**

A. What I knew was the CEO or kind of ran it, if I'm not mistaken.

**Q. And when's the last time you communicated with Larry Wilhite?**

A. It's been a few months ago.

**Q. And what was that communication a few months ago?**

A. I asked him how he was doing. I knew he had some health issues, and I just wondered how he was getting along.

**Q. What -- you called him?**

A. Yeah.

**Q. And what did he tell you? How was he doing?**

A. He said he was getting better. Said that he had some physical problems and that he was battling some sickness. And just concerned about him. He's a

person.

**Q. Did you talk with him about this lawsuit?**

A. Not that I recall.

**Q. And do you remember ever talking to Larry Wilhite about this lawsuit?**

A. When it first happened, I asked him about it.

And he indicated to me that his counsel might have some questions for me.

And I said, "Okay."

**Q. Other than his indicating to you that his counsel might have some questions about the lawsuit, what else did he say about it?**

A. I don't really recall. Nothing specific, but I don't recall, you know, every word that was spoken.

**Q. You said that when the lawsuit first happened you asked Larry Wilhite about it.**

**What did you ask him?**

A. Well, I had been -- somebody had left -- well, the mail person had left a deal that said the sender was Crowe Dunlevy, and I knew that was an

attorney firm.

So I just called him and said, "Do you know what this is about?"

And he said, "Yes. That was my attorney. And they were trying to -- they were sending something to you certified."

**Q. So you received a letter from Crowe Dunlevy?**

A. I did not receive the letter. I received the notice of a letter.

**Q. Oh, I see.**

A. I wasn't there to sign for it. So --

**Q. Did you get the letter at any point later?**

A. I don't recall ever getting the letter. I think it was sent back.

And I'm not trying to misspeak there, but I don't recall.

**Q. And did you end up speaking with attorneys for Larry Wilhite about this lawsuit?**

A. I did.

**Q. And when did that start?**

A. If I'm not mistaken, I remember one time,

and that was just right after -- it was directly after I found out about it.

And I said, "Well, just have him call me if there's a question. I don't want to -- you know, I'm not -- just call me."

And they did. They visited with me briefly about, you know, what my role was and what I did and, you know, just things like that.

**Q. Who was it that called you?**

A. I spoke with this gentleman (indicating), and I believe she --

I know it was him for sure.

**Q. That's Mr. Davis?**

A. Yes. Yes. I'm sorry. I'm bad with names right now, but --

But no. That's who I spoke to.

**Q. Okay. And was that --**

A. Chris.

**Q. Chris Davis?**

A. Yes.

**Q. Was that the only conversation you had with Larry Wilhite's lawyers?**

A. As far as I recall, yes.

**Q. And have you had conversations with other lawyers about this lawsuit?**

A. My attorney.

**Q. Besides your own attorneys and Mr. Davis?**

A. No.

**Q. When's the last time you communicated with Steve Hedrick?**

A. It was -- it's been several months ago. He had called me one time and just asking how I was doing.

I had called him back another time, asked him how -- he opened a cigar bar. And I was just asking him how it was going and how life was going. And it was general.

**Q. Did you talk to Mr. Hedrick about this lawsuit?**

A. Not specifically. He did tell me -- I spoke to him early on, and he mentioned that his attorney might want to have, you know, a visit with me.

And told him, you know, that's fine.

But no, not specifics.

**Q. And you never visited with his attorney, did you?**

A. I can't remember if you were on the phone call or not. I almost think you were, but I can't remember.

**Q. And so one of his attorneys, Jennifer Jackson, is here.**

**And then he has another attorney, Liz George.**

A. Liz. I believe Liz. I believe I spoke to Liz briefly, yes.

**Q. And what did you speak with Liz George about?**

A. She just asked what I did, what my involvement was.

Obviously I told her real estate and a facilitator, I guess is the easiest way to put it.

We all met -- I let them use my property to meet, and I would show people, you know, where utilities were, where the water line was.

You know, because I'm from that area. I used to own some of that ground. So I kind of know where the bones are buried, so to speak.

So I would just try to help with that.
**Q. Got it.**
**And when's the last time you communicated with Rick Silanskas?**
A. It's been years.
**Q. Have you communicated with Rick Silanskas since the lawsuit was filed?**
A. No.
**Q. In the last few weeks there have been several television and print stories about this lawsuit.**
**Have you seen those?**
A. I'm not going to say I've seen them all, but I've seen the ones they've reposted on Facebook, and they're slamming me on them in my community, just because I was involved and I'm from there. You know they, well -- you know -- and they just make remarks.
But yes, I've seen some of those, but I don't go looking for them.
**Q. And the people making the remarks are other people on Facebook in your community?**
A. Yes.

**Q. What did you do to prepare for today's deposition?**
A. I spoke to Ms. Jeter.
**Q. When was that?**
A. Yesterday.
**Q. Anything else?**
A. No.
**Q. Did you go back and look at any documents or texts or communications?**
A. Not one.
**Q. When's the last time you spoke to Rusty Cornwall -- Cornwell?**
A. Year, year-and-a-half ago, maybe.
**Q. Have you ever spoken to him about this lawsuit?**
A. Not about the lawsuit, no.
**Q. Have you spoken to Josh Lee about this lawsuit?**
A. No.
**Q. When's the last time you talked to Josh Lee?**
A. Well, I saw him for lunch the other day

with my wife, and I spoke to him. Just said hi.

Nothing was ever mentioned. He tried to get me to volunteer for civic duty in Vinita.

I said, "Not right now."

But I never spoke to him about the suit.

**Q. Other than the people we've talked about, is there anyone to whom you have talked about the lawsuit?**

A. No.

**Q. When people post things on Facebook about the lawsuit, do you interact or respond to them?**

A. Absolutely not. I want to, but I don't.

I shouldn't have said that. It frustrates me inside sometimes just what people say.

**Q. Other than your own lawyer, have you discussed with anyone the possibility of testifying at trial in this case?**

A. No.

**Q. Have you read the complaint that Gene Bicknell filed in this case to start off the lawsuit?**

A. I saw it online, yes.

**Q. When -- around the time that it was filed?**

A. Yes.
**Q. And did you read it?**
A. I think I read -- if I didn't read all of it, I read most of it. I read the bulk of it. I think I did.
**Q. What is your understanding of what this case is about?**
A. That Gene was coerced into doing something he didn't want to do, I guess would be my generic version, maybe.
That's -- that's the way it looked to me.
**Q. So in the complaint Gene Bicknell alleges that defendants Richard M. Silanskas Junior and Larry K. Wilhite orchestrated a campaign of deception to defraud 91-year-old plaintiff O. Gene Bicknell.**
**Do you have any knowledge of whether that allegation is true or false?**
A. I do not.
**Q. Do you know anything about whether Rick Silanskas or Larry Wilhite orchestrated a campaign of deception to defraud Gene Bicknell?**
A. I do not.

I read, with this last thing that come out, that Rick admitted to writing those letters.

That's the only thing -- that was the first indication I had at all.

**Q. And by "writing the letters," are you referring to the religious messages --**

A. Yes.

**Q. -- that are discussed in the complaint?**

A. Yes. Yes.

**Q. Gene Bicknell also alleges that Richard Silanskas and Larry Wilhite executed a predatory conspiracy of psychological manipulation convincing Gene Bicknell through fraud and impersonation that God himself was commanding him to -- both to finance the park's construction and to grant Silanskas and Wilhite two-thirds ownership over the completed venture.**

**Do you know whether that's true?**

A. I do not.

**Q. Do you know whether Silanskas and Wilhite executed a predatory conspiracy of psychological manipulation against Gene Bicknell?**

A. I do not.

**Q. Do you know any facts one way or the other regarding whether Rick Silanskas executed a predatory conspiracy of psychological manipulation against Gene Bicknell?**

A. I didn't. I was not around Rick Silanskas very often.

I -- I know that they would write music, is what Gene told me, at the Mansion. He would go visit Rick.

I do not know anything about the -- what happened, what was said, but I know that they were friends, and they communicated a lot.

But I was not in that messaging or in that realm with them, period, except for -- when Rick came down a couple of times with everybody, is about the only times I was ever with him.

**Q. You mentioned that you had read a news article talking about how Rick Silanskas had admitted to writing the religious messaging?**

A. Yes.

**Q. Before you read that, did you know whether Rick Silanskas had written the religious messaging?**

A. Absolutely not.

Q. Do you know any facts one way or the other regarding whether Larry Wilhite executed a predatory conspiracy of psychological manipulation against Gene Bicknell?
A. Absolutely not.
Q. You don't know facts one way or the other?
A. I don't.
Q. Do you know whether Larry Wilhite duped Gene Bicknell into sinking his remaining fortune into the attempted development of the American Heartland theme park?
A. No.
Q. Before you read the recent news articles, did you know who wrote the Today's Word messages?
A. No. I had asked.
Q. Who did you ask?
A. I asked Gene.
Q. You asked Gene Bicknell who wrote them?
A. Yes.
Q. What did he say?
A. He didn't know.
Q. When was that?

A. Early on when I first started receiving them. I received them from Gene. Gene sent them to me, as you can see.

He sent them to a bunch of people.

But I didn't know -- I asked. He said he didn't know, so I just left it.

I figured they didn't want me to know, I guess.

**Q. Those messages that you referred to that were sent to you were captioned Today's Word, correct?**

A. Correct. I believe that's correct.

**Q. Did you ever see any messages or emails that purported to be written by a nun, Sister Catherine?**

A. No.

**Q. Did you know anything about the Sister Catherine messages before you read the complaint in this case?**

A. I had heard Gene talk about Sister Catherine, and I thought it was a friend of his.

I was never so shocked when I didn't know that they were friends, so no -- I've never seen him. I didn't know -- I just thought it was a friend of his,

the way he talked about her.

**Q. What was he saying about her?**

A. That she was a -- I don't want to say wrong -- I don't remember exactly what he was saying about her, but I thought it was a friend.

That's the best way I can describe it without saying something wrong, because if I say something else, I'm just going to be using my opinion and it's not fact.

**Q. Did he say what she was telling him to do --**

A. No.

**Q. -- or advising him?**

A. No.

**Q. Do you know who wrote the Sister Catherine messages?**

A. No.

**Q. Do you know whether Larry Wilhite was involved in creating or sending the Today's Word messages?**

A. No.

**Q. Do you know whether Larry Wilhite was**

**involved in creating or sending Sister Catherine messages?**

A. No.

**Q. Do you know whether Steve Hedrick was involved in creating or sending the Today's Word messages?**

A. No.

**Q. Do you know whether Steve Hedrick was involved in creating or sending the Sister Catherine messages?**

A. No.

**Q. Do you know anything about Larry Wilhite's compensation related to the American Heartland project?**

A. All I knew is he had a salary for Mansion. I did not know what his overall comp -- no.

**Q. Did you know what his salary for Mansion was?**

A. What I remember hearing I believe was 110, maybe. I think that's what -- that's what I remember. It may not be totally accurate, but that's what I remember.

**Q. And that 110 number is in the complaint**

**that you read.**

**Are you remembering it from the complaint?**

A. Maybe so. Maybe that's where I heard it -- or saw it. Sorry.

**Q. Do you know anything about Steve Hedrick's compensation related to the American Heartland project?**

A. No.

**Q. Do you know anything about Gene Bicknell's plans for how to dispense the ownership of the American Heartland project once it was completed?**

A. All I know is he had told me that I was going to get -- originally told me I was going to get five percent.

That's the only person that I knew anything about.

That was the only person -- the rest of them I didn't have a clue.

**Q. So --**

A. I assume they were getting something, but I don't know what something was.

**Q. So fair to say you didn't know whether Gene Bicknell intended to give a share of the American**

**Heartland project to Larry Wilhite or not?**

A. He had said he was giving them a share, but he did not -- I didn't ask, nor did he volunteer or discuss what that share was, nor did I feel like he probably had everything ironed out.

So no.

**Q. Okay. So he had said he was giving Larry Wilhite a share?**

A. Yes.

**Q. And he had said he was giving Rick Silanskas a share?**

A. Yes.

**Q. Did he intend to give Steve Hedrick a share?**

A. I don't know. It's -- something tells me -- but I don't remember him saying that specifically. I don't.

**Q. Is there anybody else that you remember him telling you would get a share?**

A. Kristy Adams.

**Q. Do you know what her share was going to be?**

A. At the time I did not.
Well, I specifically don't. No. No.
**Q. Anybody besides Kristy Adams?**
A. Not that I recall.
**Q. Gene Bicknell never showed you the Sister Catherine messages. Is that correct?**
A. I do not remember that.
If he did, I never read them, but I don't -- I don't -- I don't remember those.
**Q. You said you received the Today's Word messages from Gene Bicknell.**
**Was that by text or by email or both?**
A. Both.
**Q. Did you also receive them from Larry Wilhite?**
A. Maybe a few times, but not -- not a subsequent amount of times, I would say, if I did. It was mainly from Gene. That's what I remember.
I'm not going to say he didn't because he may have, but I remember Gene sent them specifically.
**Q. Did you believe that the Today's Word messages were written with reference to the American**

**Heartland project?**

A. You're asking what I believe?

**Q. What you believed at the time while you were reading them.**

A. I believed it was being written for -- yes. I -- because it because it was so specific. Yes.

**Q. Did you believe they were being written by God?**

A. Absolutely not.

**Q. Did Gene Bicknell believe they were being written by God?**

A. I don't want to say what Gene believed, but I didn't gather --

Gene's a brilliant guy. I -- when I asked him about it -- I said, "Somebody's writing them."

I mean, I'll be the first to say -- and call me crazy if you want -- if God wanted to use a text, I believe he could send us all a text right now, but I don't -- that's just not the way I believe he communicates with us.

So no.

**Q. Did you -- did you share with Gene**

**Bicknell that you don't believe this is the way God would communicate?**

A. I did in jest, but I never come out and said -- you know, because I'm not going to -- I'm not going to tell somebody what they can believe and not believe.

But I think my actions and me asking who's writing it would indicate that I didn't think God was sending them.

**Q. And what did he say in response to that?**

A. I don't really remember his response directly.

I think he just would probably move on. He might discard --

I don't know. Now we're asking what he thinks, and I don't know.

**Q. Okay. Well, as you know from reading the complaint, he said that he believed that the Today's Word messages were coming from God.**

**Did he ever say anything that you heard him say that makes you think that he's not telling the truth when he says that?**

A. Let me try to understand the question. Okay.

So -- would you please repeat that? Sorry.

**Q. So you've sen in the complaint --**

A. Yes.

**Q. -- Gene Bicknell now says that he believes the messages were coming from God, right?**

A. Yes. Yes.

**Q. So did he ever say anything that suggests that when he now says he believed they were coming from God, he's not telling the truth?**

MR. DAVIS: Object to form.

A. There -- I don't remember saying anything about --

Well, he never went --

Well, I don't know -- I don't know what he believed. I --

Gene wrote a lot of -- you know, he'd send me his podcast, and he would send me other words and messages and, you know, just things, and --

To indicate what I think he believed, I just -- I just -- I don't feel comfortable because I'm trying

to guess your mind or his mind.
BY MR. NADEL:
**Q. Sure.**
A. I don't know.
**Q. I understand that. And I don't want you to guess what he believed.**
A. No.
**Q. I'm just asking you about things that you heard him say or things that you saw him do.**
**Did he say or do anything that makes you think he didn't think these were coming from God?**
A. I don't recall. I don't recall that. I -- I don't know.
**Q. Did you talk with anyone besides Gene Bicknell about who might be writing the Today's Word messages?**
A. I may have asked Larry early on, "Hey, who's -- where do these come from?"
And his answer was, "I don't know."
But that's the only per -- that's the only person that I -- that was anywhere in any know that I would have ever asked or anything like that.

**Q. When you asked them where they were coming and he said, "I don't know," did the two of you continue that conversation about where they might have been coming from, or was that it?**

A. I think -- best I recall, that was pretty much it.

I don't -- I mean, at that point you're just shooting blindfolded because, you know, if you don't know, you don't know.

[McComb Exhibit 357 marked for identification.]

BY MR. NADEL:

**Q. Sir, you've been handed a document that's been marked as Exhibit 357. This one is Bates-number GB 48.**

**That means this is from Gene Bicknell's files.**

A. Yes.

**Q. Is this an email from Gene Bicknell to you dated July 3rd, 2023?**

A. Yes.

**Q. And your email at that time was mcford_us@yahoo.com. Is that right?**

A. Yes.
**Q. And is that address in reference to your ownership of a Ford dealership at the time?**
A. Yes.
**Q. This email is Gene Bicknell forwarding a message that he sent to Rick Silanskas, Larry Wilhite, and Steve Hedrick, correct?**
A. Yes.
**Q. And he's forwarding them a Today's Word message that he received earlier that day from heavendirectword@gmail.com, right?**
A. Heavendirect --
**Q. You see it says from Heavenly Word?**
A. Oh, okay. Okay. Yes. Yeah.
Okay, I see it.
**Q. And you received many messages like this from Gene Bicknell, correct?**
A. Yes.
**Q. And when you -- when you receive them, you would read the Today's Word messages, right?**
A. Sometimes.
**Q. All right. In this message and in many of**

**them there's a reference to the triune.**
**Do you know what the triune was?**
A. I asked Gene what it was, and he told me it was he, Rick, and Larry.
**Q. What were the circumstances of you asking Gene Bicknell what the triune was?**
A. I saw a reference to it somewhere, and I just asked what it was.
**Q. Other than that it was Gene Bicknell, Rick Silanskas, and Larry Wilhite, did Gene Bicknell tell you anything else about the triune?**
A. Basically, no, he could said that they were -- they were the triune. They were doing this project. It was, you know, their project.
You know, and that was the management. The -- whatever.
And I just left it at that.
**Q. The management of the project?**
A. Yeah. The project. Yeah. Yeah. All the stuff that they were involved in doing, which some of it I'm sure I don't know about, but -- not positive -- but --

**Q. From your observation, was Gene Bicknell influenced by the Today's Word messages?**

A. The best way I can answer that is I know he read them. I think he put weight in them. I don't know what the weight balance was.

But -- but I think he -- he definitely read them, and he -- as far as I -- as far as I can -- yeah, he read them.

And like I said, everything has a balance to it. I don't know how much weight he put in each thing.

So to answer that, I don't know. But yes, he would -- he sent them out every day or two or three or whenever -- you know, he sent them out regularly. So --

**Q. So for example, in this one he responds to the Today's Word message by saying, "If you all feel that we should wait until the 18th, I will yield to the majority. Gene."**

**There were times that he would -- Gene Bicknell would cancel meetings or events based on his interpretation of the messages, correct?**

MS. JACKSON: Object to form.

A. I don't know if it was directly because of the message.

It could be --

If -- if you're asking me about that line, I think that was the -- when he was going to announce the -- the groundbreaking or the project or something like that.

He was wanting to announce it earlier, but I don't think they were ready. And I think that's what that specific "wait till the 18th," is what I recall.

But -- I believe that's right.

BY MR. NADEL:

**Q. You were included as part of the core group with Silanskas and Wilhite and Hedrick discussing when the announcement date would be, right?**

A. I was -- I was -- I was CC'ed on them, yes.

You know, as far as me making a decision on it, no.

Well, I mean, they would have listened, but I didn't know what all their ins and outs were. So --

I mean, I had no reason to pick one day or the

other. It was their deal.

**Q. And why was it that you were included as part of the group discussing when the announcement would be?**

A. Well, because I was the guy in Vinita that was trying to help facilitate everything, and they just included me on it.

[McComb Exhibit 358 marked for identification.]

BY MR. NADEL:

**Q. Exhibit 358 is McComb 010198.**

**This is a text message sent from Larry Wilhite to you dated May 3rd, 2022, correct?**

A. Yes.

**Q. And he says at the start of the text, "This was yesterday's Today's Word."**

**And then he reprints a Today's Word message.**

A. Okay.

**Q. What's -- what was your understanding of why Larry Wilhite was sending these messages to you?**

A. It was -- it was just their -- or I guess just for -- I don't know.

I don't know. Maybe he asked -- well, I don't want to speculate.

I don't remember why.

I mean, they would send them out because they got them, and they just -- I mean, they was forwarding them. But I don't know specifically why he sent that.

**Q. I don't want you to speculate, but I do want to draw the distinction between your speculating now and asking you about what you speculated at the time.**

**When you received this message, did you speculate as to why you were getting it?**

A. I -- I don't remember -- I mean, I don't remember why I got -- I don't.

I mean, I -- I'm just going to be guessing if I say something, and I don't want to do that.

**Q. Fair enough.**

A. Just because it's -- I'm -- it's not going to be a --

I don't have an instant recall of why this was sent to me, so I don't want to -- I don't want to just make something up.

I mean, I -- if I speculate, well, yeah, you know, I can read it and try to respeculate it.

But to remember my exact thought then, I'd just be -- I wouldn't be telling you the truth.

I don't know.

I'm getting old. Four years ago I forget.

[McComb Exhibit 359 marked for identification.]

BY MR. NADEL:

**Q. Exhibit 359 is McComb 010555.**

**Is this a text from you to Larry Wilhite dated June 30th, 2023?**

A. Okay.

**Q. Is that right?**

A. Yes.

**Q. And you texted Larry Wilhite, "Did we get a word today?"**

A. Okay.

**Q. You meant a Today's Word, right?**

A. Yeah, I probably did. Yes. So that explains it.

**Q. Why did you text Larry Wilhite asking,**

**"Did we get a Today's Word -- or did we get a word today?"**

A. You're asking me for four -- I don't know why I asked him. Maybe Gene referenced it. I don't know.

Maybe I -- I don't know. Maybe something was said, and I just asked. I don't know.

**Q. Okay.**

MS. JETER: Thank you.

[McComb Exhibit 360 marked for identification.]

BY MR. NADEL:

**Q. Exhibit 360 is McComb 10899.**

**Is this a text from you to Larry Wilhite --**

A. Yes. Yes, it is.

MS. JETER: Just remember, wait for him to finish his question --

A. Oh, sorry.

MS. JETER: -- before you answer.

A. I'm sorry. I'm sorry.

MS. JETER: That's okay. It's difficult to do sometimes.

BY MR. NADEL:
**Q. And Exhibit 360 is dated July 28th, 2023, correct?**
A. Yes.
**Q. And you've texted Larry Wilhite, "I haven't got the daily word in a few days."**
**That's also a reference to Today's Word, right?**
A. Yes. Yes.
**Q. Why did you send this?**
A. I might have just been curious as to what -- what was going on, I mean, would be my -- probably my -- my thought. Or what was being said or what, you know -- I don't know.
[McComb Exhibit 361 marked for identification.]
BY MR. NADEL:
**Q. Exhibit 361 is labeled McComb 010921 on the first page.**
**And on the second page it's dated -- numbered McComb 010348.**
**The first page is a text with Larry Wilhite sending you a Today's Word message dated August 7th,**

2022, at 4:06 PM, correct?

A. Yes.

Q. Why don't you -- why don't you take a second to just read that and let me know when you're --

A. Okay.

Okay.

Q. And then the second page is your response on August 7th, 2022, at 4:20 PM.

And you wrote, "Man, that was timely and accurate. That confirms what I was feeling today -- or feeling yesterday after our conversation."

Do you remember what the conversation you're referring to was?

A. I don't.

Q. Do you know what you meant by "this is timely and accurate?

A. Well, probably the scripture is what I'm looking at. And, you know, we all have good days and we all have bad days, and it probably just -- maybe I was feeling down or -- you know, I don't know.

But the scripture -- I mean -- scripture's always accurate, you know, but I don't know -- I don't

know what the direct --

Maybe I was trying to negotiate a piece of property and maybe I was having a hard time. I mean, I don't know. But I'm sure it would have been something on those lines.

**Q. Did you ever discuss Noah, the Biblical figure, with Gene Bicknell in the context of the American Heartland project?**

A. I don't recall. I mean, if you have something that I did put -- I mean, you can --

**Q. Well, do you remember Gene Bicknell comparing himself to Noah?**

A. Not specifically. I mean, I don't specifically. There might have been something. I don't -- I don't recall.

Maybe I did, but I don't recall.

**Q. How did you meet Gene Bicknell?**

A. Denny Kresset had reached out to me.

And the gentleman that owned the Pittsburg newspaper, which was friends with Gene and friends with Denny both.

And I've met him a few times. I can't recall

his name right now, but anyways -- I couldn't recall Chris's.

Anyways, he called me and said, "Gene," he said, "I want you to think about this. There's a gentleman that's wanting to do something for the community. It'll be good."

He said, "I don't know all the specifics, but he's looking for land. I would appreciate it greatly if you would help him. They've asked me if they knew anybody that they could trust to help him find some land."

And I said, "Well, Denny, I'm pretty busy, but I mean, if it -- what's it about?"

He said, "Well, all I know is it'll help the community."

I thought about it. I called Denny back. And I said, "Denny," I said, "if it's just -- if it's finding land, I'll help." "Or I'll do what I can," is what I told him. I mean, I can't guarantee that, but I'll do what I can.

Denny calls Gene back -- this is -- I mean, now I'm talking -- I guess call, text, whatever -- but they

called and he said, "Gene will help."

Then he asked if he could give him my number.

He gave me my number (ph), and Gene called me. And that's how we met.

**Q. And what was said in that first conversation?**

A. "I'm -- I'm looking for land. I want to do some sort of development. It'll help the community. I contacted the Department of Commerce in Oklahoma City a few months ago."

This is Gene talking.

"I contacted them a few months ago. They've never called me back or never gotten back to me," or something like that. "Or couldn't found what I was looking for. Denny said that you might be able to help me."

I said, "What are you looking for?"

Best I can recall, it was 150 to 300 acres, in that range.

I said, "Let me think about it. Let me see what I can find for you. Is there any specifics on location? Is there any specifics on what you're

looking for, utility" -- you know, those type of things.

He said, "Well," he said, "We can make pretty much whatever fit if" -- you know, the location -- he wanted near a highway. Just general things like that.

I said, "Give me a day or two. Let me come up with a property or see what I can find."

And that's -- that was the conversation, as best I remember.

**Q. So he didn't tell you what it was for?**

A. No.

**Q. Did he tell you that it was connected to Route 66?**

A. I don't recall him saying that. But he might have, but I don't -- that's -- that wasn't -- it didn't register with me if he did. No.

**Q. Did he tell you why he was interested in Vinita?**

A. He didn't in that conversation, but later he said -- he told me his story about he was from Pittsburg, Oklahoma. It was a very depressed -- well, in fact, the city shut down. It's no longer there

because of the mining and stuff that was going on -- contamination.

But he said, you know, northeast Oklahoma has a tender spot in his heart. He wants to take an underprivileged economic region and help bring it up.

And he explained to me how he had taught economics -- at Pitt State (ph), I believe is what he told me -- and he had helped in business and things like that.

And that he wanted to help this area grow with good jobs and things like that, which of course perked my ears up, because, you know, I love my community, just like we all do, and thought that would be great. People need jobs.

**Q. So what happened after that initial conversation?**

A. I found some property. It's funny, I found some property that I used to own that I had sold Mr. Elig (ph), which is from Kansas City.

I told Gene -- I said, "I owned this property. I sold it to Mr. Elig. Mr. Elig was going to do a sod farm there. He ended up finding some property up

closer to Kansas City. He decided to develop. He was going to sell -- he was going to sell this property."

This is Gene talking to me.

He said, "I talked to Marty about it. Marty knows Cliff's boy, Elig, from Senner Corp (ph)." They spoke and they got the property bought.

In fact, he told me -- Marty said, "Oh, we'll never get that. They've got $7 billion in cash or some story, you know. They won't sell."

And anyways, they ended up buying the property, which it was sale and I knew that. So I knew there was a good possibility of it getting bought.

**Q. So what role did you have in the transaction other than identifying what would be good property to buy?**

A. On that specific piece or more?

**Q. Let's start with that piece.**

A. That piece, I found it, got it with Gene. That one I think not as much, I mean, you know, because Marty knew him and --

Anyways, they ended up doing that one just kind of between the two of them.

**Q. So what happened next concerning your role?**

A. Gene contacted me later. And I don't know the exact time frame later, but sometime in the near future he contacted me later and said, "Hey, can you buy more property?"

And by this time I knew they were planning on doing soundstages. He had told me that. I guess we built a good enough camaraderie and friendship to where he started confiding, you know, things with me.

And so I knew that they were doing soundstages.

And then he said, "Can you buy more property?"

And I said, "Well, how much?"

And I think his joking comment to me was, "All of it."

And so I said, "Well, I don't -- I don't know. I'll do some looking."

So I went out and I found more property. I bought a -- and in this role -- if you're going to ask that -- I found it, negotiated it, got it in contract, handed it off to Emily at 12:48 (ph) in Kansas City. Basically, all they had to do is do the closing.

And then obviously he came back and said, "Well, I need more."
And so then I just started finding everything I could. I'd run it by Gene, "Hey, found this. Are you interested?"
And he would "yes," "no," you know.
**Q. How did you meet Larry Wilhite?**
A. Gene had brought him down one day to my place.
**Q. And how did you meet Rick Silanskas?**
A. Gene had brought him down to my place one time.
**Q. What was your impression of Rick Silanskas when you met him?**
A. I -- I -- I wasn't sure.
**Q. How did you meet Steve Hedrick?**
A. Same. They brought him to my place.
**Q. In the initial disclosures that we looked at earlier, Exhibit 354, Larry Wilhite's lawyers wrote, "Mr. McComb purchased all of the land for the plaintiff for the project."**
**Did you purchase all the land for Gene Bicknell**

**connected with the American Heartland project?**

A. Okay. Are you -- did I -- are you asking if I negotiated and did all that process for --

**Q. Yes.**

A. Yes, I did.

**Q. But not for the Elig land, correct?**

A. Well, okay. I put that together, but I didn't -- I didn't do the intricate parts of that.

The rest of it, yes.

**Q. You arranged --**

A. Yes.

**Q. -- for the purchase?**

A. Yes. Yes.

**Q. You yourself did not actually purchase any land, correct?**

A. Correct. In fact, I made it a point not to because I didn't want any visions of impropriety.

[McComb Exhibit 362 marked for identification.]

BY MR. NADEL:

**Q. I've handed you Exhibit 362. This is numbered GB 1017.**

**Q. Is this an email from you to Gene Bicknell dated November 15th, 2023, at 9:51 AM?**

A. Yes.

**Q. The subject line is "property purchases," and it says seven land purchases total. $12,708,847.**

A. Yes.

**Q. What's that referring to?**

A. He had asked me how much we -- and he asked me this more than once.

But he'd asked me how much have we bought in land, and, you know -- and I just went back and figured it up and sent him that.

**Q. So is it correct that Gene Bicknell spent $12,708,847 purchasing land in or near Vinita, Oklahoma, in 2022 and 2023?**

A. Correct.

[McComb Exhibit 363 marked for identification.]

BY MR. NADEL:

**Q. Exhibit 363 is GB 419867.**

**The second email on the page is an email from you to Larry Wilhite dated November 15th, 2023, at 9:51**

AM, correct?

A. Yes.

Q. And that's at about the same time that you sent your earlier email we looked at, Exhibit 362.

A. Yes.

Q. You sent the basically same email substantively to Gene Bicknell and then separately to Larry Wilhite.

Why did you do that?

A. Because I -- I would have been asked to.

Q. By -- by Gene Bicknell?

A. Yes.

Q. And then you see that Larry Wilhite forwarded that email to Rick Silanskas, correct?

A. I see that.

[McComb Exhibit 364 marked for identification.]

BY MR. NADEL:

Q. Exhibit 364 is a document numbered GB 13873.

Is this a June 30th, 2023, email from Charlotte Howe at the Oklahoma Department of Commerce --

A. Yes.

**Q. -- to you and Steve Hedrick?**

A. Yes.

**Q. And why were you communicating with the Oklahoma Department of Commerce?**

A. Because Gene had asked me to.

**Q. What did he ask you to do?**

A. He asked me to get in contact with them and several other local political-type people.

He was wanting infrastructure, access -- or infrastructure built for the project. And he wanted the state to participate in infrastructure.

And so he had me reach out to -- oh, gosh -- Rusty.

**Q. Cornwell?**

A. Yes. Rusty Cornwell, the senator -- the local senator there.

Josh --

Well, before that he started out as the mayor, which was -- his son's the chief of the Cherokee nation. But anyway, I grew up with him. I knew him.

So he asked me to reach out to these people,

help facilitate what they needed.

And, you know, I helped him when he asked me to.

**Q. And so were you being compensated for your role on the project?**

A. No.

Well, he told me that it -- "Don't worry, we'll take care of you."

But no, I did not get any -- no, I have not gotten any compensation --

**Q. So why were you doing these activities in -- beyond the land purchases where you're now working with governments to try to advance the project?**

A. Because Gene asked me to.

**Q. Out of friendship?**

A. Well, out of wanting the project to succeed and give it every opportunity that it would have.

**Q. And that was in part because it would be good for the Vinita community, correct?**

A. It would be good for everybody. Yes. The community, the people, the --

[McComb Exhibit 365 marked for

identification.]

BY MR. NADEL:

Q. I'm showing you Exhibit 365.

This is Bates-labeled GB 18264.

This is an email from Steve Hedrick to Rusty Cornwell dated March 20th, 2024, copying Larry Wilhite and you, correct?

A. Yes.

Q. And Rusty Cornwell is your local state representative?

A. Yes.

Q. And your dealings with him are part of your general work that you're doing with Gene Bicknell and Larry Wilhite just to get this project going because it would be good for the community and the people and also because Gene Bicknell had told you that you'd been taken care of at the end. Is that fair?

A. That's fair.

Q. Okay. Steve Hedrick writes, "Rusty, see below documents outlining infrastructure costs and when needed also the manpower to construct and operate the resort and Mansion's first $100 million investment to

**acquire property and design costs thus far. Let me know what else you may need. Thank you for all your support of the project."**

**It refers to Mansion's first $100 million investment to acquire property and design costs thus far.**

**As far as you know, did Mansion ever actually invest $100 million in the American Heartland project?**

A. At that time I had no idea what -- well, I knew that we had invested $13 million-ish in real estate. I had no idea what the other -- I mean, I wasn't a part of any of that. I don't know.

**Q. Do you know now?**

A. Yes. Well, I guess. I kind of -- Gene had gave me -- gave me some stuff he wanted me to look at.

And so yes, I seen what he'd spent.

**Q. What was the total that he spent from what you saw?**

A. I'm going off of memory, and I'm getting old.

But I remember it was either $60 or $80

million-ish, is kind of what I remember.

**Q. Why were you corresponding --**
**Oh, strike that.**
**What is Project Palace?**

A. That was what they code-named the project I guess at the state level, is what I understand.

[McComb Exhibit 366 marked for identification.]

BY MR. NADEL:

**Q. Exhibit 366 is GB 14580.**
**What is Exhibit 366?**

A. That is an appraisal that Gene asked me to get assuming there was a park on the -- that park was on the land -- what the value would be at that point.

**Q. Assuming the theme park was on --**

A. Assuming the theme park was built, is the way I remember that.

**Q. At the beginning of the letter it says Gene McComb, acquisitions director.**
**Is that a title that you held for Mansion Entertainment Group?**

A. That's what they gave me. I didn't ask

for that.

And that come up the day that they did the announcement. I become the director -- or director of acquisition or something like that.

I -- I didn't come up with it.

**Q. That title was used for you in other contexts, though, right, not just this one?**

A. Oh. Yeah. They would put it on stuff. Yes.

**Q. If you could turn to the second page in the second full paragraph. It says, "Mr. McComb has indicated that Mansion Entertainment Group will develop unspecified acreage for commercial uses, which benefit from dense walkability."**

**What's it referring to there?**

A. (Reads to self.)

Okay. So Gene wanted all this land so that, once the park was built, he wanted to have hotels, he wanted to have restaurants, and all this other infrastructure, which is why he wanted me to get the rest of the land, so he could do further development.

And I think that's what that's referring to.

**Q. And those conversations about having hotels and restaurants and other infrastructure around the completed park --**

**Who was involved in those discussions besides you and Gene Bicknell?**

A. I'm sure -- well, he talked about that with everybody.

But I talked to -- I mean, Gene talked to me about it. But I'm sure, you know, he talked to -- he talked to everybody about it.

**Q. Rick Silanskas and Larry Wilhite were both involved in this valuation work with NPVals, correct?**

A. Yeah. Well -- yeah. They helped provide information and stuff like that.

Providing -- and this is providing the park was built.

**Q. And at that time, November 2023, did you believe that the park was going to be built?**

A. Gene told me that he was doing it. Yes, he -- yes, he told me he was doing it.

**Q. And did you believe the park was going to be built?**

A. I took him at his word.
[McComb Exhibit 367 marked for identification.]
BY MR. NADEL:
**Q. 367 is GB 98809.**
**On the middle of the page there's an email from Darren Dayborn at NPVal to you dated October 1st, 2023, correct?**
A. Yes.
**Q. And then you sent that to Rick Silanskas and Larry Wilhite?**
A. Yes.
**Q. Right?**
**And why did you send it to them?**
A. Because they asked me to.
**Q. What --**
A. Or --
**Q. What did they ask you to do, and who asked you?**
A. Well, Gene had -- you know, anything I did I always ran it past Gene. I didn't do anything without talking to Gene first.

But Gene said they needed this to do whatever they were doing. I don't know what they were doing, but Gene asked me to send it. I sent it.

**Q. So Gene Bicknell said that Rick Silanskas and Larry Wilhite needed this NPVal --**

A. Yes.

**Q. -- communication --**

A. Yes.

**Q. -- to do whatever it was that Rick and Larry were doing?**

A. Yes.

**Q. And you didn't know what Rick and Larry were doing, but Gene asked you to send it, so you sent it?**

A. I did.

**Q. Okay. What was your understanding of Rick Silanskas's role in the development of the American Heartland theme park?**

A. I don't -- I mean, I don't know.

That was -- that was -- it was different. I don't know.

I mean, I -- I don't know.

First he was a part. Then no, he's not. He's this -- it changed. I mean, it -- I don't know. It was -- I don't know.

**Q. Did you ever warn Gene Bicknell about intuitions or suspicions you had that he shouldn't be involved with Rick Silanskas?**

A. I think so.

**Q. When was that?**

A. I don't know exactly when, but I had the mayor, Josh, call me down to his office one time. And I got a tongue-lashing like I never got.

And he said, "Who the -- is this Rick Silanskas?"

And I said, "Well, I don't know."

And he showed me this thing from Bow Shoals (ph), I think -- if I get it wrong, I'm not trying to I just -- I think it was Bow -- it was in Alabama, I believe.

**Q. Muscle Shoals?**

A. Yeah, maybe that was it.

Anyway, of course I was upset because I thought, well -- you know, I just kind of felt like I got

sucker -- I took it personally, and I shouldn't have.

But -- anyways, so then I asked Gene about it, and Gene -- "Oh, no, that's something else. He had nothing to do with it."

And then I think I forwarded him the article that Josh had showed me.

**Q. So Josh Lee, the mayor of Vinita --**

A. Vinita.

**Q. -- showed you an article talking about --**

A. He said somebody --

Sorry, I didn't mean to interrupt you.

**Q. That's all right.**

**You go ahead.**

**What did he say?**

A. He said somebody hit him up and said, "What's that guy doing there?", is kind of what Josh indicated to me.

And then he told him about what the article was.

And Josh, I guess, assumed I knew. I had no idea.

I mean, I was -- you could have just thrown cold water on me. I didn't know.

So I talked to Gene about it, and I sent Gene the stuff.

**Q. And -- and the article was about Rick Silanskas's prior theme park dealings?**

A. It was about his involvement in some way, shape, or form. I don't remember the entire article, but yes, something to do with that.

**Q. Was that the only time you attempted to warn Gene Bicknell about Rick Silanskas?**

A. I don't recall if that's the only time or not. I'd just -- I'd be telling you something I don't remember.

**Q. Did you ever try to warn Larry Wilhite about Rick Silanskas?**

A. Yes.

**Q. What was that conversation?**

A. I don't remember the specifics, but I remember -- I remember bringing it to his attention and told him about the tongue-lashing I got.

And I don't like being blind-sided. I mean, nobody does, you know.

So -- so I made it vocal.

**Q. Was Larry Wilhite at that time already aware of the substance of the articles?**

A. Yes. And he said Gene was, too.

So of course then I probably called Gene right back and just verified, you know.

But he said, "Oh, that had nothing to do with him." You know, he was just caught in the middle of it.

So I just -- I just stayed away from that.

**Q. When you said he said, "Oh, that had nothing to do with it; he was just caught in the middle of it," was that Gene Bicknell or Larry Wilhite?**

A. Both.

**Q. Were there meetings at your home concerning the American Heartland project?**

A. Yes.

**Q. About how many?**

A. Oh, gosh.

So I need you to be specific.

Are you talking about just with them, or are you talking about with the whole entourage, conglomerate that they sent on me over time?

**Q. Well, let's start with them.**
**And when we say "just with them," who are we talking about?**
A. Gene, Larry, and they would -- you know, the mayor. Just certain -- hundreds.
**Q. Okay. And when you talk about the whole entourage, conglomerate, are there many more on top of that?**
A. Oh, I couldn't get a day in edge-wise.
Okay. So FORREC or whoever. I'm just going to call out names because I mean I -- there were so many people, I can't even recall them all.
But let's say FORREC needed to know about this, so they would send people in one day.
Then -- then Cummings or all these companies. And I, well, you have a list of them.
All of these companies would send them -- whether they be onesies, twosies, or twelvesies.
And they would converge on my property and then they would ask me specific, "Well, where's the uti -- where's the, you know, internet? Where's the electric company? Where's the substations?"

You know. And I would try to help facilitate the best I could, even though I'm no engineer or builder, for that matter, or anything like that. I just did the best I could.

And I told Gene a thousand times, "I'm swimming way over my head. Help."

**Q. During this period that you were working on the development of the American Heartland theme park, did you have other business ventures going on?**

A. Please define "others."

**Q. Well, did you have a job, or --**

A. Oh, yeah. Yeah. Yeah. I have -- yeah. Okay. I was just trying to figure out what you meant by that.

**Q. Yeah. I am getting at you're doing all of these things --**

A. I have a Ford dealership. I have rental property.

Yes, I have a family. I have -- you know -- I just lost a daughter, and I'm a dad.

Yeah, I had a lot of things I was dealing with.

**Q. How did you feel about the fact that your**

**house had evolved to be like the central meeting place of this project that is not compensating you?**

A. About like you would feel, probably.

**Q. I appreciate what you're saying.**

**The transcript might not, though, so I got to ask you to put it into words.**

A. It was overwhelming. Overwhelming.

[McComb Exhibit 368 marked for identification.]

BY MR. NADEL:

**Q. Exhibit 368 is GB 516457.**

**What's this?**

A. I believe this is when -- it's either when we met with the governor or the lieutenant governor, I believe.

Yeah, governor -- yeah. Yeah, it's when we met with the governor.

**Q. It says Mansion Entertainment Group POC, Gene McComb.**

**POC is point of contact. Is that right?**

A. Well, that would be -- I'm assuming. I don't -- I don't know.

They would contact me. They would come to my property. So I guess that's what -- I don't know.

**Q. And why were you part of the meeting with Oklahoma governor Kevin Stitt?**

A. Because Gene asked me to go.

**Q. And that meeting was about the American Heartland theme park?**

A. Yes. It was -- sorry.

**Q. No, you go ahead.**

A. No, go ahead.

**Q. Was Governor Stitt at the meeting?**

A. Yes.

**Q. What was discussed at the meeting?**

A. Gene told the governor, lieutenant governor, and all those in attendance there, that he was building a theme park, he had chosen northeast Oklahoma, that he was requesting adequate infrastructure and things like that to support the project from the state.

And, basically, he was telling the governor what -- what he was doing and asking for support -- or, you know, help with infrastructure, I guess is the

easiest way to say it.

**Q. Who else spoke at the meeting?**

A. Excuse me?

**Q. Who else spoke at the meeting besides Gene?**

A. Steve Hedrick. I'm sure Larry did. That's -- -

**Q. What -- what did Steve Hedrick talk about?**

A. I think he gave him a presentation of what they were building.

You know, they had like a slide or video or something presentation that he showed kind of what it was going to be and the scope and all that kind of stuff.

**Q. And what did Larry Wilhite talk about?**

A. I don't recall. It was basically just general question-and-answer-type thing. I don't remember specifics.

**Q. Did there come a point in time when Gene Bicknell came to believe that Larry Wilhite and Rick Silanskas had taken advantage of him or defrauded him?**

A. I never -- from Gene I don't believe I

ever heard the word "defraued."

The only thing Gene told me -- and I don't even know about the other.

The only thing he said is -- I sat in his living room with him one day. We were just -- just friends, just talking.

And he said, "I can't believe we've spent" -- and I can't remember what number he threw out there.

And I said, "Well, I don't know, you know."

But that's -- that was his indication to me that -- he just -- I don't know -- I don't know. I don't know how he felt.

There again, I don't -- but -- if he -- I don't know how he felt, but that's the conversation I remember.

**Q. Was there a conversation at any point where Gene Bicknell told you that Larry Wilhite or Rick Silanskas had done him wrong?**

A. What he indicated to me was that he thought they had overspent or -- he wasn't sure of the numbers or something like that.

He never -- to me I don't think he ever said

"done me wrong."
I think what he indicated was they were over their head in what they were doing. I -- that's the gist I got.
[McComb Exhibit 369 marked for identification.]
BY MR. NADEL:
**Q. Exhibit 369 is McComb 004515.**
**Is this an email at the top from October 26th, 2024, from Gene Bicknell to you?**
A. Yes.
**Q. And taking a look at this, is it correct that during this time in late October 2024 Gene Bicknell was beginning to suspect that something was not right about the American Heartland project?**
A. Okay. Repeat your question now, please.
**Q. Sure. During this time in late October 2024, is it correct that Gene Bicknell was beginning to suspect that something was not right about the American Heartland project?**
A. He -- he was disheartened.
**Q. Did he ask you to help him investigate?**

A. Yes.
**Q. And what did he ask you to investigate?**
A. He asked me to just -- he -- and going back to that conversation I told you about.
He said, "I can't believe we spent that kind of money. Would you mind looking into that?" I guess was kind of the gist of it.
And I said I would. I said, "But I don't have any access to any doc -- you know, I don't have any access to anything. I never have had. Don't know how to look unless you can provide their accounting list, and then I can go through and, you know, see if -- what they've spent, you know."
So yes, that was it.
**Q. And when you went through that process, who were you working with?**
A. Kristy is the one I think that gave me the access to the stuff that I needed.
**Q. And did Bill Freeman become involved?**
A. He came -- yes. He came in right in that same time period.
**Q. And also Kevin Mitchelson?**

A. Probably so. Yeah.

**Q. And how did you go about your investigation?**

A. I just opened up the accounting and just started totaling and seeing what was spent where and what it looked like.

**Q. What did you conclude?**

A. I spent a lot of money. It was -- I think --

The way the accounting was -- and like I said, I'm going off old memory -- but I think there was two different sets of books, from what I remember.

And there was $60 some million spent in one group and then like $20 million or something spent in another group.

And I told Gene that it looks like you spent around $80 million dollars, is what I told him.

**Q. And that included debt, correct?**

A. Debt?

**Q. Invoices that had not been paid.**

A. No. I don't believe that include -- I think that's what was spent. From my recollection, I

think that's what was spent.

I didn't know anything about the debt till later.

**Q. When you say "didn't know about it till later," what are you referring to?**

A. The debt. Or the -- what was -- outstanding invoices, I guess.

**Q. And what happened later that you became aware of the outstanding invoices?**

A. Gene told me that they told him that he owed 20 some million dollars. And for what?

And then I just started hearing rumblings of -- and I think they even -- they had -- from what I remember, they had discussed the $20 million. We got to get these bills paid, blah, blah, blah, if we're going to move forward.

And that was kind of the gist of what I remember hearing.

**Q. Did Larry Wilhite and Rick Silanskas have a conversation with you where they were trying to get you to get Gene Bicknell to pay the outstanding amounts?**

A. Yes.

**Q. What do you remember about that?**

A. They asked me to tell Gene to come up with the money.

And I said, "That ain't my -- I mean -- ain't my place."

I mean, I didn't know it was spent, so -- so you're asking a third -- go get 20 mill -- out of somebody -- no, thank you.

**Q. What was the context for that conversation? Where were you to begin with?**

A. Where was I?

**Q. Were you and Larry and Rick having that conversation in person?**

A. I don't believe so. I think it was -- I think it was either a phone call or -- I think it was a phone call from Larry, I believe.

**Q. And Rick was on the call?**

A. I think he was.

**Q. And what do you remember them saying to you?**

A. "We got to get these paid. You know,

we've promised this money. We -- we've just got to get paid."

**Q. And did they ask you not to tell Mr. Bicknell about that conversation?**

A. I'm trying to remember specifics. I don't remember if they told me --

I think they -- I think they wanted me to approach him in a way that it didn't sound like it was coming from them, is kind of the gist that I remember.

**Q. So Mr. Bicknell testified at his deposition, "This is what Mr. McComb told me. He said Larry Wilhite contacted me, and he thought I had more influence than you -- than him. So he asked me to get you to send the money. And Mr. McComb said, 'No, I won't do that.' And then Larry Wilhite said, well, don't tell Gene Bicknell that I asked you that."**

**Do you remember that conversation that way?**

A. Yeah, kind -- yes. Sorry. But yeah, I remember -- yeah.

**Q. And Mr. Bicknell also testified Rick Silanskas and Larry will -- sorry.**

**Mr. Bicknell also testified at his deposition**

**that you had told him that Rick Silanskas and Larry Wilhite have had conversations with people that you don't know about, and they are trying to get me to help them get money from you.**

**Do you remember that?**

A. To pay -- yeah, to pay the -- yeah.

They asked me to talk to Gene about it, is what I remember.

**Q. And then you did go and tell Mr. Bicknell about that conversation, correct?**

A. Yes.

**Q. And what was his reaction?**

A. I don't remember his specific reaction, but I mean, I'm sure he thanked me for telling him, you know, or whatever.

But I don't remember the -- I don't remember -- I don't know.

MS. JETER: Counsel, we're getting close to two hours on the record.

If we could take a break at your convenience, whenever you're ready.

MR. NADEL: That's fine. And I should

have told the witness that we could take a break whenever he wanted or whenever you want. So that's fine to take a break now.

MS. JETER: Thank you.

THE VIDEOGRAPHER: We are going off the record at 10:56 AM.

[A recess was taken.]

THE VIDEOGRAPHER: We are back on the record at 11:07 AM.

[McComb Exhibit 370 marked for identification.]

BY MR. NADEL:

**Q. Sir, Exhibit 370 is numbered McComb four -- sorry. McComb 008488.**

**Is this a text message sent by Gene Bicknell to Cindy Morris and you on December 21st, 2024?**

A. Yes.

**Q. And is that number, 918-323-28 -- or 2657 --**

**Was that your number at the time?**

A. The 2657? Is that what you're asking?

**Q. Yes.**

A. Yeah. Yes.

**Q. Gene Bicknell texted, "I'm not using Mansion email anymore. My investment and loan is not happening. So save this. And I will not be using the email I've been using before. Mansion has misused my investments. It is wrong."**

**What was going on, to your recollection, that caused Gene Bicknell to send this text to you?**

A. I think I remember him talking about the footprint there. They can -- they could -- he thought that maybe they could read his emails or something, I guess.

And so I think he decided not to use that. I think that's what -- I think that's kind of what he was referring to.

**Q. Did you ever have a conversation with Larry Wilhite about the debts that were owed to the American Heartland project vendors other than the conversation where he asked you to get Mr. Bicknell to come up with that money?**

A. I think they had mentioned it to me on multiple occasions, but it was pretty much the same

conversation, "We need to get these paid, and we get -- you know, we got" -- that type of thing.

I think it was a multiple exchange. It's just -- I mean, I think it happened more than one time, but I don't remember specifics about anything outside of that scope.

**Q. Larry Wilhite was trying to get you to get Gene Bicknell to pay the vendors so that the project would continue?**

A. Yes.

**Q. Did you attend the Rose Bowl parade with Larry Wilhite?**

A. I attended it with Larry, Gene. And Kristy was there. Kristy and Rick had gone out before, so I went with Gene, Larry, my wife, his wife. I think our daughter might have -- I -- maybe she -- I don't remember if our daughter went or not. But yes.

**Q. What was the purpose of Mansion's participation in the Rose Bowl parade?**

A. Well, that's a question I asked, and I -- because I couldn't understand.

And what Gene told me was he had done marketing

and branding through business and things like that, and he wanted a global presence so the name would be recognizable.

And he said, you know, it was -- and I forgot the number -- but one hundred million people. But a big number of people watch that event, and it would help him in branding, I believe was the reason for that.

And he did a main event sponsor.

**Q. Do you remember attending a meeting at Gene Bicknell's house with Larry Wilhite, Rick Silanskas, and Steve Hedrick where there was a presentation about the spending that had gone on with respect to the American Heartland theme park?**

A. I had been at meetings, yes. Yes.

**Q. And who made the presentation?**

A. I believe Steve had -- had the list of -- had that list, yes.

**Q. Was there a discussion about how long it would take to complete the theme park?**

A. I remember them -- I don't remember if it was that meeting, but I remember discussions about how

long it would take to complete it, yes.

**Q. And what do you remember about who was saying what in terms of how long it would take to complete?**

A. I believe -- I believe they was indicating it was two-and-a-half years, maybe. That's what I remember. I mean -- what I recall.

**Q. That -- that's what Steve Hedrick was saying or somebody else?**

A. Well, Steve and Larry -- I mean, but the only person that really knew anything about building a theme park would have been Steve.

**Q. And was Gene Bicknell resistant to the idea that it would take two-and-a-half years to complete?**

A. I don't remember him being resistant to that.

**Q. Do you remember Gene Bicknell being told that building the American Heartland project would require a river of money?**

A. Yes.

**Q. Who told him that?**

A. Steve.
**Q. What did Gene Bicknell say in response?**
A. I'd like to recite what I remember of the conversation.
So Gene was talking about getting a partner or a backer or something at the time.
And Steve said, "So if this partner doesn't come along or a bank or a backer or loan or whatever doesn't come along, is it over?"
And I remember Gene saying -- he pointed to himself and he said, "I'm the back-up plan. If they -- if that doesn't happen, I will do it."
And I remember kind of the comment of him making, "There's more zeros in my estate or trust," or something like that, "than you can imagine."
And in the words of Forrest Gump, I just thought, well, that's one less thing to worry about.
I'm joking. But that was the conversation.
**Q. So Gene Bicknell told the assembled group that he had the money to complete the theme park if other options fell through?**
A. Yes.

**Q. Do you remember at some point a discussion about Gene Bicknell setting up a 501(c)(3) organization to benefit the Cherokee nation?**
A. I remember the discussion, yes.
**Q. What do you remember about that?**
A. I remember Gene saying that he had been working on some deal for the Indian nations.
And I think -- it wasn't just the Cherokee. If I remember correctly, it was all of the tribes becoming like a unified tribe and having a larger voting bloc or something like that.
I was not privy to any of the details of that.
In fact, I was not at the meeting.
Gene come to my house that day and said, "Hey, I'm going to go meet with Chuck, Chuck, and Chuck."
That was Chuck Hoskin (ph) Junior, Senior, and another Chuck that was sort of the administrative line of the Cherokee nation.
And he presented that to them. And all he asked me to do was -- he followed me to where the meeting was going to be and I pointed him to the door and I left, but I -- - but he said he been working on it for some

time.

**Q. Was that related to the American Heartland project?**

A. No.

**Q. Do you remember a meeting with the nine tribes?**

A. I do.

**Q. What was that about?**

A. He was asking -- well, there was two meetings, the best I remember. Maybe three, but I think there was two.

The one, it was basically just an introduction and Gene told them what he was doing and that community.

And when you're from northeast Oklahoma, it's good to have the tribes with you, because we're a -- we're a -- we're an Indian state. I mean, you know.

So each tribe has a territory, and it would have affected the Cherokee nation and basically the nine tribes of Ottawa County, is the proper name of those people.

First he just introduced, you know, "Hey, I'm

doing this. We want you to be aware. We want your support. We want to be respectful of the tribes. We want to be respectful of, you know, what we're doing -- and if you have any input, please let us know."

It was basically like that.

**Q. Did they have input?**

A. Not that I really recall at the time. They're very reserved, so they wouldn't have just said anything at that time anyways.

**Q. During the period from 2021 to 2024, what property did you own within approximately 20 miles of the American Heartland project site in Vinita?**

A. I had my home where I lived right across the street.

I had a parcel that we had bought a few years before that was a few miles north.

And of course I have a lot of properties inside Vinita and, you know, up in that area.

**Q. Do you still live in that home right across the street?**

A. Huh-uh.

**Q. When did you sell that home?**

A. I haven't sold it.

**Q. Okay. When did you move from that home?**

A. Year-and-a-half, two years ago.

**Q. And what's your current address?**

A. It is 31806 South 598 Ridge in Grove, 74344.

**Q. We talked about the announcement ceremony for the American Heartland project.**

**Were you there?**

A. Yes.

**Q. At that project or at the announcement there was a large model of what would be the American Heartland theme park when it was complete?**

A. Yes.

**Q. Is that model still in your possession?**

A. They -- yes, they've moved it over there. It hasn't been touched since Gene -- or whoever they had move it in there move it in there. Yeah, it's still there.

**Q. And where is that?**

A. That's at the ranch house right across -- or a shop up at the ranch house right across the

street.

**Q. Were you interviewed by an investigator regarding the American Heartland project?**

A. I was.

**Q. Who was that the investigator?**

A. I don't remember.

**Q. Do you know who he was working for?**

A. At the time I did not. I later found out it was Marty.

**Q. How did you find that out?**

A. Gene told me.

**Q. And when -- when did the investigator interview you?**

A. Specific time, I don't remember.

**Q. Was it before this lawsuit was filed?**

A. Yes.

**Q. And how did he interview you? Or was it --**

A. He came -- he came to my home.

**Q. Okay. So a person showed up at your home. And what did he say?**

A. He said, "I'm just here to talk about, you

know, what's going on with the Heartland," and just asked a few questions.

**Q. Did you answer his questions?**

A. Yes. I had talked to Gene directly before that and asked him if he wanted me to answer questions, what he wanted to do. Because the guy was just asking if he could talk to me.

And I asked Gene, and he said, "Yes."

Gene thought at the time it might have been a guy out of Oklahoma City, Mark Green (ph), I think, or one of the Greens or something he had talked to that might be interested in it. He didn't know. I didn't know.

So I asked him specifically what he wanted me to do.

And he said, "Yeah, talk to them."

So I did.

**Q. I may have a few more questions, Mr. McComb, later.**

**But at this time I will pass the witness to the defendants.**

EXAMINATION

BY MS. JACKSON:

**Q. Mr. McComb, we met briefly off the record today. Is that correct?**

**I'm Jennifer Jackson.**

A. Yes.

**Q. I represent Steven Hedrick.**

A. Yes.

**Q. Okay. I just have some questions to go over with you today.**

**Did you later learn that the land that Mr. Bicknell was purchasing -- he wanted to build a theme park on?**

A. Yes.

**Q. And what was your understanding of how it developed into a theme park?**

A. What I remember Gene telling me is originally it was going to be a -- sound studios, and that's what he needed the original land for.

Then he said that he had thought that there wasn't enough support. I --

What he told me is, okay, if you need wardrobe -- soundstage is, you know, you've got a 1950s

set or a '30s set.

There wasn't enough infrastructure for the soundstage within that community at this time, so he had elected to go with a theme park and then do the soundstages later, is the way he explained it to me.

**Q. So did Gene select the idea of a theme park?**

**Is that your understanding?**

A. It's my understanding -- I mean, I don't know -- I wasn't -- I don't know how that all happened. I wasn't in that discussion.

But that's what he had told me, that he was switching to a theme park versus the soundstages because it would bring more people and, you know, it would just be a better way to do it.

**Q. Do you recall any discussions with Gene about the theme park being his legacy?**

A. Yes.

**Q. What did he tell you about that?**

A. He said that in fact any time that they would have meetings -- i.e., with the chambers, the mayor, the legislators, any of those people -- Gene

would tell me, "Now, you let them know this is -- I'm doing this for charity. I'm doing this for charity."

He wanted his charities to be funded for perpetuity beyond him through the theme park, and it would be something that he would give to the area and charity -- global charity -- you know, worldwide charity.

He was big on charity, and that's what he wanted that to do.

**Q. Do you recall any conversations with Gene about the theme park rivaling Disney?**

A. Yes.

**Q. What did he say about that?**

A. He said that he wanted it to be obviously bigger, better. You know, he wanted it to be --

If you build something small, you know, it wouldn't be as big of an attraction, so he wanted to be a big attraction to where people would come from all over the world.

**Q. Okay. And in those discussions with Gene and realizing he wanted it to be in Vinita, did you think that was a possibility?**

A. Yeah. He said it. Yeah.

**Q. I'm going to go through -- a lot of paper --**

A. If you expect me to read that, we're going to be here for a week.

**Q. No. Just primarily I know you were involved -- you testified you were involved in some of the beginning outset information.**

**So I'll start with Hedrick 30.**

[Hedrick Exhibit 30 marked for identification.]

BY MS. JACKSON:

**Q. Does Hedrick 30 look like an email that you sent to Larry Wilhite in May of 2022?**

MR. THORP: Could we get the Bates numbers for those following online?

MS. JACKSON: Sorry. McComb 005010 through 12.

A. It says it's from me, yes.

BY MS. JACKSON:

**Q. And it looks like it may have originated with correspondence with Travis Zabel.**

**Does that look right?**

MS. JETER: It's right here (indicating document).

A. Oh, okay.

(Reads to self.)

Yes.

BY MS. JACKSON:

**Q. And so this was relating to different discussions regarding detailed topo map, natural drainage, flood area, soil analysis.**

**Does that look correct?**

A. Yes.

**Q. And I'll show you Hedrick 31.**

[Hedrick Exhibit 31 marked for identification.]

BY MS. JACKSON:

**Q. Does this look like discussions regarding civil engineering and FEMA information again?**

A. Yes.

[Hedrick Exhibit 32 marked for identification.]

BY MS. JACKSON:

**Q. And Hedrick 32.**
**Can you tell us what this is?**
MR. DAVIS: Do you have the Bates number?
MS. JACKSON: Hedrick 31 bates is -- 000038 McComb.
And Hedrick 32 -- is McComb 009685.
A. I was asking for topo maps. "Could you please email me what we have for the topography maps for the general area, please?"
BY MS. JACKSON:
**Q. So in reading Hedrick 32, the text from you to Steven Hedrick, that would indicate that topography work was in fact done. Is that correct?**
A. I believe -- yes, I believe so. Yes.
[Hedrick Exhibit 33 marked for identification.]
BY MS. JACKSON:
**Q. And Hedrick 33, which is McComb 000130 to 131.**
**Can you let us know what this is?**
A. It looks like they did -- they did boring across the way, so I'm guessing that's what that --

they were talking about when they were --

**Q. More work related to land?**

A. Yeah. It's -- but the -- what I did is I would -- you know, these people would show up, and I -- basically just -- there it is. And show them -- just, you know, any generic questions that they would ask I'd try to show them whatever I could or knew -- and basically just show them where the property was, you know, which one they were talking about.

But yeah, that's -- they did bore holes in that property. I remember that.

[Hedrick Exhibit 34 marked for identification.]

BY MS. JACKSON:

**Q. Okay. Hedrick 34 is McComb 000177 to 178. And can you look at the second page, McComb 178? What does that look like?**

A. It looks like topography. I mean that's the, yeah, that's the -- it's the 320 that sets off the highway a mile west of the original property that they were looking at.

[Hedrick Exhibit 35 marked for

identification.]

BY MS. JACKSON:

**Q. And then Hedrick 35, McComb 000644 through 650.**

**On the first page of this who does it look like was involved in this -- in the top right in the picture? Bottom right.**

A. EPX, FORREC. And it shows Mansion -- MEG, Mansion Entertainment.

**Q. Okay. And then over on the left what does it describe that it is?**

A. Utility coordination.

[Hedrick Exhibit 36 marked for identification.]

BY MS. JACKSON:

**Q. And can you describe what Hedrick 36 is? McComb 000585 through 610.**

A. It's a traffic analysis.

**Q. What does it describe that it's a traffic analysis for?**

A. Traffic -- Lazy Hawk Development, I-44, Will Rogers US 60, Craig County, Oklahoma.

**Q. Do you recall what Lazy Hawk Development is?**

A. Lazy Hawk is what they had named -- on the MEG side they had called the development Lazy Hawk.

On the state side they called the Palace -- the Palace Project or something. Yeah.

So it was the same project. It was just -- Steve and them had a name Lazy Hawk. State had Palace. Same thing.

**Q. Okay. Everyone was working with code names?**

A. That's the first I'd ever heard of it -- I -- well, I -- they told -- I asked Gene, "Why do I see these names?"

And he said, "Well, you don't want people to know what you're talking about, so you develop code names, and then you know what you're talking about. Nobody else does."

"Okay."

[Hedrick Exhibit 37 marked for identification.]

BY MS. JACKSON:

**Q. And then Hedrick 37, McComb 000651 through 654.**
**Can you identify what this is?**
A. This is a document sent by CEC, civil engineers regarding Vinita sewer, water -- or sewer. Questions for Margaret with ADG Blatt. Took a shot at answering. Please be advised. Forward to whoever.
Scope clarification.
**Q. Okay. So that was information with civil engineers and ADG Blatt. Is that right?**
A. Yes. Yes.
[Hedrick Exhibit 38 marked for identification.]
BY MS. JACKSON:
**Q. And then Hedrick 38, McComb 000665 to 666.**
**Can you identify what is on the second page?**
A. Looks like a flood hazard certification.
**Q. And does that have FEMA on it?**
A. FEMA, yes. Yeah, FEMA National Flood Insurance Program.
[Hedrick Exhibit 39 marked for identification.]

BY MS. JACKSON:

**Q. And then Hedrick 39, which is McComb 002064 through 002093.**

**Can you identify what this is?**

A. Wetland and waterway investigation by KLH Environmental Geological Consultants.

**Q. And does that look like the property that you helped Gene McComb -- or Gene Bicknell get?**

A. Yes.

Actually, that's the one Marty got. But yes.

**Q. Okay. All part of this whole thing?**

A. Yeah, part of it.

[Hedrick Exhibit 40 marked for identification.]

BY MS. JACKSON:

**Q. And then Hedrick 40 is McComb 002125 through 2173.**

**Can you identify what this is?**

A. Wetland determination data sheet for Vinita Tract 2.

**Q. And who created this?**

A. U.S. Army Corps of Engineers. That's what

it says at the top.

[Hedrick Exhibit 41 marked for identification.]

BY MS. JACKSON:

**Q. And then Hedrick 41, McComb 002585 through 2614.**

**Can you identify what this is?**

A. Geological study -- development. GFSA engineering. Geotechnical desktop study. Yeah. Yes.

**Q. And does this look like it's studies related to the properties that we've been discussing today?**

A. I don't see a map in here unless I'm overlooking it. But it's 4460 Road, so that is the -- that's the north-south boundary of that property.

[Hedrick Exhibit 42 marked for identification.]

BY MS. JACKSON:

**Q. Okay. And then Hedrick 42, McComb 002618 --**

A. Do you want me to read it?

**Q. -- through 2648.**

**Yes.**

A. Custom soil resource report soil map.

[Hedrick Exhibit 43 marked for identification.]

BY MS. JACKSON:

**Q. This will be Hedrick 43, which is McComb 003106 through 3152.**

**Can you identify, the top left, who performed this?**

A. USGS, Department of the Interior US geological survey. Yeah.

**Q. Now, I've shown you a whole bunch of documents just now.**

A. Yes.

**Q. And it relates to the properties that you and Mr. Bicknell's attorney discussed. Is that correct?**

A. Correct.

**Q. What is your understanding of what Steve Hedrick's job was in the American Heartland project?**

A. The designer, builder. I mean, overseer, I guess, would be the best way I could describe it.

He was the go-to guy because none of us knew anything about a theme park. So I guess he had done it in his past or he's, you know, worked with Disney or something.

And he was there to build a theme park.

MS. JETER: Jennifer, I think we were passed a couple of extra documents. You --

MS. JACKSON: That goes with this.

MS. JETER: Oh, it goes with the Exhibit 43?

MS. JACKSON: Yes.

MS. JETER: Okay. Thank you.

BY MS. JACKSON:

**Q. So in looking at all these things I -- that we've just kind of briefly viewed.**

**There were things from FORREC, ADG Blatt, topographical maps.**

**Does it look like based upon these things that Steve did legitimate work on this project?**

A. Yeah. I mean, he -- I think he did what he was supposed to do.

**Q. And he brought in -- you've talked about**

**that there were various contractors that came in and stayed at your -- or started -- checked in at your house. Is that right?**

A. Yes.

**Q. And then you would direct them to where they needed to go?**

A. Yes.

**Q. And was it your understanding that Steve Hedrick was the one who obtained and contacted those contractors for the project?**

A. Absolutely.

**Q. Did you have an understanding of who signed some of the various contracts related to this project?**

A. I had seen Gene sign some at my shop one day. I don't know which ones. But I did -- I know him and Larry -- they were sitting from me and her away. They were signing and doing stuff. And I was visiting with whoever was there.

But, yeah, I remember that.

**Q. Okay. So Gene Bicknell signed in his own handwriting some of the contracts involved in this?**

A. Some -- yes.

**Q. Okay. Did you ever have occasion to sign on behalf of Gene?**

A. Yes. He had me sign some of the real estate contracts.

And let me say this. As I did it, I had him on the phone saying, "Are you sure?"

He said, "Just sign it."

So I'd sign my name, and then -- on the real estate contracts. And then we would have to -- we would do -- they would do a correction up at -- you know, for whatever needed to be done, because I knew I wasn't the legal signer, but he wanted the contracts done.

So I did -- and like I said, I had him on the phone as I was doing it -- verifying, "You want me to do this? This is what it is."

And sometimes he had me sign -- I think he had -- on one or two he had me sign his name by me or something like that. But yes.

**Q. Okay. Did you ever purchase vehicles or other equipment in support of the project?**

A. Yes.
**Q. And what vehicles?**
A. I bought several UTVs.
I bought two or three John Deere Gator cab heat and air.
I bought a big four-door -- and I'm trying to -- it wasn't Polaris. It was the competitor brand but anyway.
And I bought a RZR (ph) -- big four-seater RZR as well for that.
And then I bought a brush hog and two tractors to take care of the property -- and help maintain. Because my equipment wasn't big enough at the time.
So yes.
**Q. Were you ever paid back or compensated for those purchases?**
A. No.
**Q. And I believe you talked about when you went with -- to the meeting with the governor. Is that right?**
A. Yes.
**Q. And in that meeting do you recall Gene**

**telling the governor that he had the means to build the theme park and RV park?**

A. Yes.

**Q. Did you have occasions to work with Steve Hedrick?**

A. Yeah. Work with him, no. Work -- let me just explain.

So they would say, "Hey, so-and-so is coming this day. So" --

I mean, I couldn't interpret that if you had a gun to my head.

So no, I didn't do any of the work.

But he would be there -- I mean, I had a lot of interaction with him, and then I would direct and do, you know, what I was asked to do.

But if you're asking if I did any of this stuff -- no. That's beyond my scope of even knowledge. But -- but I did have a lot of interaction -- yeah -- go here, go there, do this. You know. And I'd help facilitate anything I could.

**Q. Do you know how you typically communicated with Steve?**

A. Phone.

**Q. And on behalf of the project did you work with the concrete and asphalt plant just north of the property to help secure a good price for the construction materials?**

A. Yes.

**Q. Do you recall the name of the plant?**

A. It's Apec (ph). I know of it as Vinita Rock. I believe it's Apec. I don't want to say that inaccurately, but I believe that's -- I believe that's the company, is Apec, if I'm not mistaken.

And securing the value of the rock, no.

What I did is I called the manager and told them kind of what -- what was going on, and then they got with the people that did that.

But all I did is facilitate, because I knew the general manager across the street -- he's one of my neighbors. So I just called him and said, "Hey, they're wanting to do this."

And then in terms of buying the material at a discounted price, they would be interested in purchasing the property after that is depleted because

they're at a short life on what they can still dig and they're moving that plant.

So that was kind of the gist that I helped facilitate.

**Q. I have some more paper for you.**

A. Oh, thank you.

**Q. This is a two-set --**

**There we go.**

[Hedrick Exhibit 44 marked for identification.]

BY MS. JACKSON:

**Q. And this will be Hedrick 44, which is McComb 001965 through 2 -- 002004.**

**What does this look like?**

A. It says KLH Environmental & Geological Consulting -- LLC.

**Q. And who was this prepared for?**

A. Mr. John Lindsay and others.

**Q. Do you know who Rob -- who John Lindsay is?**

A. I don't remember John -- I mean, I'm sure I met him, but I don't remember some of their names.

I -- I don't.

**Q. That's fine.**

**Does this look like it was -- it's related to the properties we've been discussing today?**

A. Yes.

[Hedrick Exhibit 45 marked for identification.]

BY MS. JACKSON:

**Q. And then Hedrick 45 is McComb 001669 through 1676.**

**And these are some emails. I'll give you some time to go through them.**

**Do you know what these emails relate to?**

A. The Heartland -- or the theme park, yeah.

**Q. And do you know what it was -- what the emails are specifically trying to get or discuss?**

A. The -- the -- because I see Bill Knight's (ph) name on there. He is the president or chairman of the northeast Oklahoma regional chamber.

He's also a Ford dealer who I've known for years and years and years.

But they were trying to -- the chamber -- they

were trying to do a presentation for the chamber to know what they were doing to see if there was any other resources.

And I remember them talking about how Tulsa would be instrumental because it's the largest airport and things like that.

So they were -- best I remember, they were trying to bring them kind of in or up to speed or whatever for any help or whatever they could do.

**Q. And was there any part of the American Heartland that was going to have like a Ford logo or anything like that?**

A. They had -- I had reached out to Ford because Gene had asked me to see about -- they were doing a -- like a track around the park, and they were trying to get Ford to sponsor that track, build -- i.e., build the vehicles for that track.

There was a never a commitment from Ford to do so, but they had requested that. Yes.

Or there wasn't a commitment that I knew of.

[Hedrick Exhibit 46 marked for identification.]

BY MS. JACKSON:

**Q. And Hedrick 46 is McComb 004829 through 4836.**

**Can you let us know what this is?**

A. Proposal for design services, contract Steve Hedrick VP, project development, American Heartland theme park. Concept and master plan developer. Looks like --

**Q. And who provided this?**

A. THG.

[Hedrick Exhibit 47 marked for identification.]

BY MS. JACKSON:

**Q. Hedrick 47 is McComb 002351.**

**Can you describe what this is?**

A. American Heartland theme park and resort announces partnership with PepsiCo.

**Q. And what does this first paragraph say? The first line of the first paragraph.**

A. Vinita, Oklahoma, February 26, 2024. Today American Heartland theme park and resort, the $2.2 billion entertainment destination, is proud to

announce that PepsiCo will be its exclusive soft drink provider.

The partnership will bring PepsiCo, iconic brand such as Pepsi, Mountain Dew, Gatorade, Aquafina, to the thousand-acre resort that will feature a world-class theme park, indoor water park, 300-room hotel, and a 320-acre RV park.

**Q. Did you participate in Zoom meetings or in-person meetings that discussed the cost of the theme park?**

A. I heard the numbers. I mean, I wasn't -- if you're asking if I was involved with when they were talking about or negotiating or what, no.

But I did hear numbers. I mean, I think it was on the announcement. You know, when they announced, they announced, you know, a $2 billion theme park.

So I mean, yes, I'd heard the numbers, but no -- I mean, I wasn't in any communication with these people when it came to that type stuff.

**Q. Did it seem like there was confusion regarding this would be an expensive project?**

A. No.

**Q. And Mr. Bicknell continued to say that he would fund the project. Is that right?**

A. Yes.

[Hedrick Exhibit 48 marked for identification.]

BY MS. JACKSON:

**Q. This is Hedrick 48. McComb 002446 through 2452.**

**And what is this?**

A. This is a meeting agenda with ADG Blatt.

**Q. Did you ever participate in these meetings?**

A. I had met Mr. Blatt one time or two times up at my property -- or he was at a meeting at my property.

I didn't personally -- I mean, he -- there was a bunch of people there. I didn't meet with him myself.

But yeah. I met him. He was there once or twice, that I recall.

**Q. Okay. These -- but did you -- do you recall if he ever participated in any of these kind of weekly meetings?**

A. Yes. They would include me in some of the -- and it was basically people talking about what's going on and where the project was, what's going on.

And the reason they had me involved is because they were going to converge on my property and I was going to have to be there and show, you know --

So yeah, I was -- I didn't meet -- or make every one of them, but the ones I could, I did.

And then I'd get a phone call or a text or somebody would call, say, "Hey, I'm at your house. You know, are you available?"

And, you know, I'd try to facilitate everything that I could.

**Q. Okay. And I believe you testified earlier that you weren't sure of Mr. Hedrick's compensation. Is that right?**

A. I don't know -- no, I don't remember. If I did know, I don't remember what his compensation was.

**Q. But you would expect that he would receive compensation for doing the amount of work that we've just kind of discussed today?**

A. Yes. Gene -- I mean, and Gene even made

the comment, you know, that he was hired to build a park. I mean, he did make that comment.

**Q. And did it look like Steve was doing what was necessary to build the park?**

A. As far as I could tell, but there again, I don't understand this. So I mean, for me to tell you, hey, he did every --

I'm sure he did, but I don't know what all was -- it looked like a lot, but I don't know what all was done.

I mean, I'd see invoices and saw stuff, but for me to say, oh -- I'm sure he did.

But, yeah, he was working on it diligently.

**Q. And all of these various contractors that were out and people that you continued to see out at the property.**

**You would expect that they would be submitting invoices?**

A. Yes.

**Q. And you would expect that they would want to be paid for that work?**

A. Yes.

**Q. Did you ever have a chance to review any of those invoices that had been submitted by any of the contractors?**

A. Before or after?

**Q. Before.**

A. No.

**Q. And then you discussed how much had been paid when Gene asked you to look at everything in around October 2024. Is that right?**

A. Yes.

**Q. And you've said a few times you don't have any experience in designing or building a theme park, do you?**

A. No.

**Q. So as far as determining whether the invoices were proper or too little, too much, you wouldn't have any opinion about that, would you?**

A. And I didn't have an -- I didn't know -- I didn't -- I mean, no, I didn't --

All I was asked to do is, did we spend that much money? And that's what I looked at. And that's what I saw.

Whether they were fair, whether they were high, whether they were low, I couldn't tell you honestly.

[Hedrick Exhibit 49 marked for identification.]

BY MS. JACKSON:

**Q. And then Hedrick 49 is McComb 001281 through 1289.**

**Do you know what this is?**

A. That was the -- the announcement, yes.

**Q. Do you know who put this document together?**

A. No.

**Q. And you were one of the speakers. Is that right?**

A. Yes. Under duress, but, yes.

**Q. And I think if you look at -- where the bottom says McComb 001286.**

**The page right before it says talking points, and then this page.**

**Does this identify you?**

A. Yes.

**Q. Did you write these talking points?**

A. I did.

**Q. Do you know if everyone wrote their own talking points?**

A. They did not.

**Q. Do you know who would have written other people's talking points?**

A. I -- they had a media company or something, I think. I may get the wrong name, but what's coming to mind is a Gustafson (ph) -- Gustafson -- something like that.

She was helping to put all that together.

And I'm a local person, and I asked -- I asked Gene if I could write what I wanted to say.

And he said, "Absolutely."

And, you know, I just wanted to say that, you know, I thought that this was a great day for Vinita. I mean, I just wanted to celebrate the town and what was going to happen, you know, and that's why I come up with that.

They had some generic thing and I really didn't want to say what that was.

But yes, I did mine.

**Q. Okay.**

A. But let me say this, too.

I do not like -- I do not like in front of a camera, and I do not like crowds. So that was probably one of the -- Gene told me I was doing it, so I did it.

And -- but that was one of the scariest things I think I've ever done.

**Q. And so if there were things in here that people said, again, it was not necessarily written by them. Is that correct?**

A. I don't know who wrote theirs -- I don't know who did and didn't write theirs.

I know that they had a form for me that was so generic it was cheesy, and I asked --

So I don't know who wrote -- I don't know who wrote all their stuff. If I knew, I'd say. I just don't know.

I don't know who wrote that for me originally either, but it was -- I just didn't -- it wasn't -- it wasn't communicating what I thought the town needed for me as a local person.

**Q. What did you think the town needed from**

**you as a local person?**
A. Well, first of all, to be not scared because a lot of people -- you know, and I mentioned people commenting. They were -- they're scar -- you know, "The whole world's going to change."
Which it would have grown a lot. But sometimes change isn't the worst thing.
And I thought for me I needed to say, "Hey, this is a great thing for our community. There's going to be jobs. There's going to be" --
You know, and I didn't go into all that. But that was the -- I wanted excitement, I guess, to -- you know, this is a good thing, not a bad thing.
Because people were scared. They didn't know what was happening. They -- you know --
One lady had been talking around town that that was going to be a new refugee camp from -- I'm serious.
And some people thought it was a prison.
You know, so there was all kinds of speculation, so that's why I thought that. Maybe I was wrong, but that's what I thought.
**Q. Did you work with Steve and his staff on**

**securing electrical services from the local utility?**

A. I put them together, yes. The CEO is a good friend of mine. A lot of the staff are people I grew up with my whole life. So I connected them, yes.

**Q. Is there anyone you don't know in Vinita?**

A. I'm sure there is. But I was born and raised here. We've owned businesses there. I had rental -- you know --

So I knew -- I mean, I knew a lot of people.

**Q. And did you help Steve and his staff in securing the water and sewer services?**

A. I -- once again, I think I just put them together with -- with Josh and them.

But as far as me securing it, no. I mean -- but I tried to facilitate who they needed to talk to, I guess is what I did.

**Q. And did you participate in any of the meetings and discussions with the legislatures in trying to get the legislation passed related to the American Heartland project?**

A. Yes.

**Q. And what was your involvement in that?**

A. Well, once again, I've known Rusty for -- since I was a kid and he was a kid.

I knew some of the other people just because they were our local businesspeople and politicians.

So I mean, what I did was just introduce them, you know, and tried to be a help in the community, I guess, would be the best way I could describe it, you know.

Because I didn't -- I mean, I don't -- I didn't understand what all we needed. So I couldn't go and say, "Hey, we need this, this, and this."

And there was times they would say, "Hey, we need to ask him about this," and I'd ask him.

But, you know, I didn't know -- I didn't know all that information, I guess is what I'm trying to say.

MS. JACKSON: Do you want to take a break now for lunch? We've been going for another hour.

MS. JETER: That's fine. If this is a good time for you.

MR. DAVIS: Might be a good place to stop.

THE VIDEOGRAPHER: Okay. We're going off

the record at 12:10 PM.

[A recess was taken.]

THE VIDEOGRAPHER: We are back on the record at 12:46 PM.

BY MS. JACKSON:

**Q. Mr. McComb, I believe you talked about earlier there was a conversation about a river of money to do this theme park. Is that right?**

A. I had -- yes. Yes.

**Q. That was like a phrase?**

A. A phrase, yes.

**Q. Do you recall if that phrase was used at kind of one of the initial meetings at Gene's home in Pittsburg?**

A. I believe it was.

**Q. And at that same meeting was there any discussion or conversation about how long it typically takes to design and build a theme park?**

A. There could have been. I don't remember specific that, but I re -- you know, I remember it -- you know, time coming up and how fast can you get started?

You know, I kind of remember some of those parameters, and I think I stated earlier I kind of remember a two-and-a-half-year time window, is what I remember.

But I'm not -- I don't remember where that came from.

But yes, there was a conversation about some of this.

**Q. Do you recall any conversation about Gene wanting to push the time frame so he could be at an opening?**

A. Yes.

He -- well, he was wanting to push the announcement back because what he said was that would bring in -- he had -- had something to do with branding and marketing and things like that.

But yes, I remember -- that's what I remember him trying to push back, was the announcement.

He wanted it earlier, and they were saying later.

**Q. But you don't have a recollection of the time it would -- the overall time it would take to**

**design and build a theme park --**

A. The best I remember was two-and-a-half years.

And I may be -- I may be misquoting that. I don't mean to be.

But that's what I -- that's the best I remember.

**Q. That is perfectly fine.**

[Hedrick Exhibit 50 marked for identification.]

BY MS. JACKSON:

Going to show what is Hedrick 50, which is McComb 013161.

Can you identify what this is?

A. That is an email from Gene.

**Q. And who's it to?**

A. To me.

**Q. And what's -- what does it say?**

A. It says, "Please don't mention finances to Steve. Don't want him worrying. Just a bit of confidentiality."

**Q. And what was the date on it?**

A. That was 9-25 of 2023.

**Q. Do you recall what prompted this? I think it was a text.**
**But do you recall what prompted this?**
A. What I remember -- and if this was the right time period -- it was a piece of property that I had negotiated and Gene wanted, and Gene had it in contract, and we did not have the funds to close the deal.
It was about $6 or $7 million dollars, I believe is what that was.
**Q. Okay. Do you have any idea why he didn't want you to talk to Steve about it?**
A. He said that this would pass. Was all going to be fine. But he didn't want to alarm or scare, anything like that.
**Q. So he still thought he could get funding for the park?**
A. Yes.
[Hedrick Exhibit 51 marked for identification.]
BY MS. JACKSON:
**Q. I'm going to show you Hedrick 51, which is**

McComb 013782.
And can you describe what this one is?
A. That was a text to Sherry Green.
Q. And do you see the date on it?
A. It says 3-4-24.
Q. And what it say?
A. It says, "No, I don't -- not why I'm laughing. People think Mr. Bicknell can't afford it have no clue. That's all."
Q. And do you recall what this is?
A. I don't. I imagine it was something in the community. She lives in Vinita.
We were -- I was getting ridiculed by a lot of people. "Oh, crazy," blah, blah, blah.
And Gene told me point-blank, "I'm going to do this."
And he said -- you know, he told me he had the funds, and so I just -- I just said, "Hey, if they're laughing, that's fine, I guess." You know, I believe he has it.
That was my gist of it.
[Hedrick Exhibit 52 marked for

identification.]

BY MS. JACKSON:

**Q. Hedrick 52 is McComb 013134.**
**Can you identify what this is?**
A. I believe that's a text from Mr. Bicknell to myself.
**Q. And what's the day on that?**
A. 5-30-24.
**Q. And what was Mr. Bicknell saying?**
A. Said, "We are getting there. My family is still on the table. God has this."
**Q. And what was your understanding of what issues started develop -- started to develop with funding and paying for the theme park?**
A. Please re -- what?
**Q. What is your understanding of what the issues were that started to develop and Gene being able to pay?**
A. Well, Gene said that something had happened with his -- I don't know if it was his trust or family money or something like that -- that they wouldn't let him have it, and he was going back to the

family to get it fixed -- or to get the money.

He said it was like -- we were in that meeting. He said, "You know, my estate," or however he phrased it, "has more zeros than you can imagine."

He said, you know, it was just a discrepancy on -- with the family or something like that.

**Q. Okay. And so he still thought he could get his money?**

A. Yes.

[Hedrick Exhibit 53 marked for identification.]

BY MS. JACKSON:

**Q. Hedrick 53.**

**And can you identify what this is?**

A. Looks like a note from Kristy Adams or -- yeah, text, I guess, from Kristy Adams to all of us.

**Q. And that's the date on it?**

A. It is 5-31-24.

**Q. And what does this note say?**

A. It says, "We will move forward. We want to take a moment with you today to apologize. There will always be people who sit and wait to announce any

negative news about the development. We cannot change that.

"Most importantly, we will always be -- there will always be supporters in the project who see the vision and the hope for greatness in their community and in the future.

"To those people and leaders in the community and state, we thank you. It has taken longer than expected to clarify some of our contracts and to arrange funding, but we will move forward.

"Our apologies to FORREC and Crossland for our slowness. We are committed to resolve the matter quickly. The development will continue.

"Gene Bicknell and the entire MEG team."

**Q. And do you know what kind of prompted this or what this is about?**

A. I'm sure -- I'm speculating, but I'm guessing it was -- something was said online or something like that, and she was trying to damage-control or clarify or whatever you -- however you say that. But that's what she's saying.

**Q. So as of May 31st, 2024, it appears that**

**there's still a plan to move forward and complete the theme park?**

A. Yes.

[Hedrick Exhibit 54 marked for identification.]

BY MS. JACKSON:

**Q. And Hedrick 54, which is McComb 012227. Can you identify what this is?**

A. It's a text message from Mr. Bicknell.

**Q. And to whom?**

A. Excuse me?

**Q. To whom?**

A. To me.

**Q. And what's the date on it?**

A. It is 6-27-24.

**Q. And what does it say?**

A. It says, "Yesterday was not great. They had to get info from kids' attorney, and that's not happening yet. Talk soon. I'm really disappointed with my kids. They think I'm senile. May see you this week."

**Q. And do you recall what that was**

**surrounding?**

A. Funding.

[Hedrick Exhibit 56 marked for identification.]

BY MS. JACKSON:

**Q. Hedrick 56.**

**Can you identify what this is?**

A. A text message from Gene to a bunch of us.

**Q. And what's the date on it?**

A. 5-31-24.

**Q. And what is Gene saying?**

A. He says, "We will face it with full understanding. We are on the verge of total funding, and we acknowledge we are owing -- we are going in the process for total settlement for all business obligations.

"I feel we should apologize to Crossland and FORREC. Our financing is taking longer than expected. We acknowledge our slowness. And we will continue to forge ahead. Time will explain this. And accept our embarrassment. The development will continue."

**Q. Do you know if during this period of time**

**there were discussions about Crossland or FORREC billing too much?**

A. I was involved with the Crossland. And billing too much, yes.

**Q. And was that during May 2024?**

A. I don't know the exact time. I'm assuming correct, but I don't know the exact time. Probably, but --

[Hedrick Exhibit 57 marked for identification.]

BY MS. JACKSON:

**Q. Giving you Hedrick 57, which is McComb 004403 through 06.**

**And with the nature of email communications, I think it actually starts back on 05 to 06, like the first email.**

**Do you know what this is?**

A. It is an email from -- between Nadel and Mr. Bicknell.

**Q. And what's the date it kind of first started?**

A. It looks like Tuesday, October 8, 2024.

Q. I think if you look at 4405, like -- email chains read from back to front.
A. Oh. Oh, I'm sorry.
Q. No, you're fine.
So the bottom of 4405.
A. Okay. October the 7th of '24. Monday.
Q. And what do you understand these email chains to be discussing?
A. Funding. Money.
Q. And who is Mr. Nadel?
A. Mr. -- his attorney (indicating).
Q. Was he Gene's attorney?
A. I don't think -- well, no, because he's asking who put me in touch with your attorney, so I'm going to say no.
Q. And say -- does it indicate from reading this that Gene was happy about Mr. Nadel's email?
A. No.
Q. And do you know -- did you have any conversations with Gene about why he was frustrated about this email?
A. I'm sure I had discussion with him. We

had discussions about a lot of stuff.

I mean, I'd have to think a minute to --

But it had to do with funding. He felt like they were -- I mean, he wasn't getting the funding or the money that he was due or had or whatever, would be my take on it.

**Q. If you look at Page 4406, the very last page.**

A. Okay.

**Q. In that top first line of the first paragraph.**

**What does that say?**

A. It says, "I understand you have some problems with the agreements that were presented. For example, you believe the agreements have you sign away your remaining assets."

Just the first line? Is that what you want --

**Q. So does that like Mr. Nadel was trying to force Gene into signing some agreements to get his own money?**

A. Just by reading the email I'd have to say yes.

**Q. And what was Gene's response to Mr. Nadel? It's on Page 4405, kind of in the middle.**

A. "Michael, I have reviewed the docs with my attorney. You have invaded my privacy by reading my emails. You have hired a private investigator to go to Vinita and search.

"How can I trust a snooping -- it will surprise all of you when you finally take the time to review the project without a preconceived idea. This is real, and I have suffered by my wealth being taking (ph) without my approval. Generalities are not right.

"The letter you used to say -- that means to take my assets is not definitive. The trusts are to be examined and challenged.

"Sorry it took three attorneys and one from D.C. to smooth-talk me into a position with no recourse for wrongdoings.

"I'm quick to say I understand you're a nice guy, but I work tirelessly to be successful, and I was stupid to try to make my kids' lives better than mine. I won't talk to you. No offense intended."

**Q. And so was -- does it look from that email**

**that Gene was happy about this?**

A. No.

**Q. Do you recall any conversation you had with Gene about this?**

A. I remember him talking to me about this in general probably over a time or two. It wasn't just one specific conversation. But yes.

**Q. And what were the nature of those conversations?**

A. He was upset.

**Q. With who?**

A. With Marty specifically.

**Q. Why was he upset with Marty?**

A. Because he felt like he didn't have access to his money that he should have access to.

**Q. Were there any conversations about Marty having a power of attorney?**

A. Yes, I had heard that.

**Q. And do you recall anything else about the nature of those conversations?**

A. I -- I remember him saying that they -- they -- he -- they -- he thought they had misused the

power of attorney.

But I don't remember what -- what all the specifics were -- but I remember that conversation.

**Q. Okay. I'm showing you Hedrick 59, which is McComb 008735.**

**Can you identify what this is?**

MR. DAVIS: Did we skip 58?

MS. BABENDREIER: We did.

MS. JACKSON: Oh, I did. It should be 58. Sorry.

[Hedrick Exhibit 58 marked for identification.]

A. It is from Gene to myself and to Larry and to a bunch of other people.

BY MS. JACKSON:

**Q. And what's the date on it?**

A. It is 10-29-24.

**Q. And what does it say?**

A. It says, "Do not pay Steve Hedrick any more or pay the invoices he sends in reviewing his charges. It's way out of line."

**Q. So do you have any understanding how we**

**got from October 8 and he's unhappy with Mr. -- Gene is unhappy with Mr. Nadel -- to October 29th and he's saying, "Don't pay Steve Hedrick"?**

A. The understanding that I had from Gene was that he didn't realize how much money had been spent and he was unhappy -- he thought he had overspent on the project or what he -- thus far, whatever.

And so -- and I think he didn't have the money to pay it at that time. That's what I --

**Q. But we -- when I started questioning you, we reviewed approximately 48 different exhibits that demonstrated a small portion of what work Steve Hedrick oversaw. Is that correct?**

A. Yes.

**Q. And so there were deliverables provided to Mr. Bicknell. Is that correct?**

A. Yes.

**Q. Demonstrations of a legitimate design and development of a theme park. Is that correct?**

A. Yes.

**Q. And you discussed that you still have the model of what the park is to look like?**

A. Yes.

**Q. So does it seem correct that Steve Hedrick should be compensated for the work that he oversaw in the development of the American Heartland theme park?**

A. Yes.

**Q. Did you ever speak with Gene about Kristy Adams?**

A. Can you be more specific, or -- because, I mean, we talk, I mean, you know, but --

**Q. Do you recall any conversations about trying to replace Kristy?**

A. Yes.

**Q. And what were those conversations about trying to replace Kristy?**

A. It was -- had to do with her traveling back and forth from -- it was either Alabama or Georgia, wherever she lived -- you know, back and forth all the time. It was just expensive and logistically didn't seem like it --

You know, it was expensive, I think is the conversations that he had. And he was paying for the flights, from what I remember.

And so he was thinking about somebody more local and less expense in travel.

**Q. And you guys continued development of the RV park well into 2025. Is that correct?**

A. You're saying "you guys," meaning me.

They were still talking about it, yes. They were still trying to put something together. Yes.

**Q. But without Steve Hedrick, correct?**

A. That is correct.

**Q. And without Larry Wilhite?**

A. That is correct.

**Q. And without Rick Silanskas?**

A. Correct.

**Q. But still using all of the drawings and deliverables that Steve Hedrick had created and delivered. Is that right?**

MR. NADEL: Object to form.

MS. JETER: You can go ahead and answer.

A. I -- I believe so. I don't know -- because it had moved locations. So I'm not sure if they could use everything.

But in the same theory I would have to say yes.

MS. JACKSON: I don't think I have any further questions at this time.

MR. DAVIS: Mic up.

There's a mic right here.

MR. NADEL: Sorry?

MS. JACKSON: You got to --

THE VIDEOGRAPHER: Yeah, you can take that one.

Actually, do you mind if we go off the record? I'll give you a better mic.

MR. DAVIS: Sure.

THE VIDEOGRAPHER: We're going off the record at 1:14 PM.

[Discussion off the record.]

THE VIDEOGRAPHER: We are back on the record at 1:15 PM.

EXAMINATION

BY MR. DAVIS:

**Q. Mr. McComb, good afternoon.**

A. Good afternoon.

**Q. My name's Chris Davis, and I represent Larry Wilhite. I believe we've spoken before, correct?**

A. Yes, sir.
**Q. You mentioned I think earlier that we had spoken quite a while ago on the telephone.**
A. Yes.
**Q. Other than that, we've never met before, have we?**
A. No, sir.
**Q. Okay. Well, thank you for your time today. I perceive that some of this is maybe -- it feels awkward to you to have to testify like this. Is that right?**
A. Yes.
**Q. You have close -- you developed close personal relationships with -- with a lot of people involved in this project, correct?**
A. Yes.
**Q. To hear you testify and describe the amount of time that you invested in this project, beginning maybe in 2022 but all of '23 and '24 --**
**Would you be able to quantify how many hours you think you put into this project?**
A. Hundreds, thousands. I mean, it's -- it

would be -- I really haven't thought it. It would be mind-blowing because, you know, it was just so much all at once. It was a lot.

**Q. Well, as a frame of reference, I think most people use about 2,000 hours a year as a full-time 40-hour-a-week-type job.**

**So over the span of two-and-a-half or three years, would you estimate thousands of hours?**

A. Yes.

**Q. That's not an understatement, is it?**

A. No.

**Q. Was your -- was your expectation devoting all that time to this project that someday you would have a big financial payday?**

A. Yes.

**Q. And was your expectation that it would be a payday connected to -- kind of a payday for the City of Vinita?**

A. Absolutely. The community.

**Q. The community. All right.**

A. And all of the people.

**Q. Right. Not just you?**

A. It would be everybody -- workers, property values increasing, better jobs. Yes.

**Q. Okay.**

A. Everybody.

**Q. So when you're putting all the hours that you did into the project, were you doing it just for Gene McComb?**

A. No.

**Q. Doing it for the community of Vinita?**

A. Yes.

**Q. Okay. And in those thousands of hours of time devoted to the project, would you estimate that you spent perhaps hundreds of hours with Gene Bicknell?**

A. Probably so.

**Q. Telephone calls?**

A. Telephone, texts.

**Q. Texts.**

A. Yeah.

**Q. Personal meetings?**

A. Yes.

**Q. More personal meetings than you could count?**

A. There was a lot. Yes.

**Q. Same for Larry Wilhite?**

A. Didn't have as many with Larry. He -- he would come up -- you know, he was running the theater. He would come up kind of as needed, I guess.

But I would say he might be there three to four times a month on average, maybe.

**Q. Okay.**

A. Would be -- I think that's probably accurate, as accurate as I could depict.

**Q. With respect to Mr. Bicknell, you clearly seems like got very close with him?**

A. Yes.

**Q. Great. And when you first met him, I mean, had you ever met anybody like him before?**

A. No. He's -- he's one-of-a-kind.

**Q. He is --**

A. In a good way.

**Q. Bigger-than-life personality?**

A. Yes.

**Q. Very intelligent person?**

A. Yes.

**Q. Even at age 91 his mental acumen was extremely sharp, correct?**

A. He was very sharp.

**Q. Like we should all do so good as to be at that level of 91, correct?**

A. I don't know how he does it all.

**Q. When you were dealing with him -- and you're a businessman, correct?**

A. Yes.

**Q. Had businesses and dealt with other businessmen in the community of Vinita, right?**

A. Yes.

**Q. When you first met Gene Bicknell and got to know him even at his rather advanced age, didn't you find him to be as sharp, if not sharper, than many businessmen you've dealt with before?**

A. Yes. And way sharper than me. That's for sure.

**Q. He -- something -- would you -- would you be willing to describe him also as something of a complex person?**

A. Yes. I mean -- multifaceted, I guess

was -- is -- yes.

**Q. Okay. Did it -- did you kind of feel at some point like it was a privilege for you to know him?**

A. Absolutely.

**Q. And to be part of his inner circle?**

A. Absolutely.

**Q. Okay. Like almost like he's something of a natural celebrity and you happen to get to know him and be a confidant of him?**

A. Friend, yes. I guess, yes.

**Q. Did he seem to have contacts, like business contacts, all over the country?**

A. Oh, yes.

**Q. And knew a lot of famous people?**

A. Yes.

**Q. Earlier you were being asked some questions by Mr. Nadel about your observations of Mr. Bicknell and his reaction to these religious text messages, okay?**

**And I was watching you, your body language and the way you paused and thought about those questions.**

**And I'm wondering if you would agree or not,**

while Mr. Bicknell read the text messages or the emails -- the Today's Word and Sister Catherine -- you said he read them --
A. The -- not the Sister -- I -- I don't remember seeing the Sister Catherines. If they sent them to me, I probably just didn't read them.
But the daily word, I read a lot of them. Yes.
Q. Sure. And on at least one occasion -- I think we saw -- stated earlier where you read it and you felt some inspiration by it?
A. Yes.
Q. You don't know who wrote it, right?
A. Right.
Q. But still in reading it you personally felt a little bit lifted and -- I think it was like, "Man, I needed that. That was a good word. I need that," right?
A. It was -- it was the scriptures, yes.
Q. Yes. And it --
A. It referenced scri -- I think it quoted scriptures, yes.
Q. And it caught you at the right time on

that day. It was just kind of what you needed to hear, right?

A. Yes.

Q. Okay. Did you get the impression, though, Mr. Bicknell was -- you mentioned the word that -- I think you said -- you described it -- you believed he gave some weight to the Today's Word messages, but you couldn't say how much weight.

I think that's what you testified to earlier, more or less.

Does that sound right?

A. That would be accurate.

Q. Okay. But did you ever get the impression, though, that he was being unduly influenced by these messages to a degree that he was doing things that he didn't want to do -- he personally didn't want to do, but felt that God was telling him to do?

A. I never got that from Mr. Bicknell.

Q. And in fact, would you agree Mr. Bicknell's a pretty confident businessman in his own right and it would be unlikely that some simple emails or text messages would influence him to that degree?

A. I would like to not think so, but there again, I don't want to indicate I know what somebody else is thinking, just like what I said before.

But Gene was -- is -- he's a brilliant -- I don't want to go into illustration.

But he -- he knew things that I was surprised that he knew. How do you know that? You know.

And I pretty much always found him to be accurate.

**Q. Uh-huh. You grew up in the community, right?**

A. Yes, sir.

**Q. Your folks are from there?**

A. Yes, sir. Well, my father is from there. My mother was born in Tennessee. But we've been there a long time.

**Q. So how far back does the McComb family line go in the Vinita area?**

A. I know we had family allotments seven miles south of the dealership. So that was land run-type time. Long time.

**Q. Sooner?**

A. Yep. Yep.
**Q. Let me ask you then about the -- your family history with the community.**
**Did your dad have businesses?**
A. Yes.
**Q. Are any of those businesses he had businesses you ended up taking over?**
A. I actually bought, but yes. But yes, I took them -- but I -- yes, I bought them, took them over. Yes.
**Q. So the McComb has been something of a fixture in the Vinita area for a long time?**
A. My father is very, very, very well-respected in our community.
**Q. Okay. Did you guys ever -- you personally or your dad -- ever hold official positions within the community? Mayor or on the board of the town or anything like that?**
A. No. We tried to stay away from that.
**Q. I know that -- I think you mentioned earlier Josh Lee's even to this day trying to get you involved, maybe on some volunteer activities on behalf**

**of the community, right?**

A. Yes.

**Q. Okay. When you first were contacted by Mr. Bicknell and began to learn about the idea of him bringing a project to the community -- soundstages initially -- right?**

A. Initially I didn't know, but then I found out it was soundstages, yes.

**Q. Do you have any information about what happened between the idea -- between soundstages and how it became a theme park?**

A. I wasn't privy to those direct conversations, but Gene had just said he had decided to do this first and then that.

I don't know what prompted -- I -- I -- I don't know.

I don't guess -- if I ever asked him, I don't guess I remember a direct answer that just comes to my mind.

But he told me he was doing this and this.

**Q. And you were excited about that?**

A. Yes.

**Q. Did the idea of a theme park in the Vinita area seem implausible to you?**

A. With the location of Grand Lake, which has 1,386 miles of shoreline, with the location of northwest Arkansas, which -- we can attribute that to the Walton family -- as one of the largest influxes of people and growth and -- it's exploding.

And then with our proximity to Kansas City and Oklahoma City, Dallas. I mean, if you take the circle, the demographics, a lot of people.

So I mean, I'm no theme park expert. I'll be the first to tell you I know nothing about one except I've been to one and ridden the rides, but that's about it.

But it doesn't seem -- I don't know. I guess it didn't seem out of line. If they said it would work, I just took Gene at what --

**Q. Have you ever been to Disney World?**

A. Yes, but not in the -- I didn't go to the -- I was on the board of a company at one time, which has nothing to do with Vinita. It was out of Detroit.

And one of our business meetings was in -- outside of Orlando. And we stayed in the hotels and went to the con -- or, you know, had our meetings there.

**Q. Okay.**

A. But I never -- I never went in the park, so to speak.

**Q. Have you ever heard or looked into what Orlando, Florida, looked like in the '50s before Walt Disney decided to secretly buy up land and build Disney World?**

A. I've heard the stories through this process. And what I understand from Gene, it was basically a swampland.

**Q. Do you have any memory or information of what Branson was like before Silver Dollar City and before the Branson Strip got put it?**

A. I grew up here, so yes, I've been -- I was in Branson when I was a kid, but I think Silver Dollar City was probably just starting out. But I've watched it just explode.

**Q. Do you think that there would have been**

**some in those early days that thought that it was implausible that Branson, Missouri, would become a vacation destination?**

A. Probably.

**Q. Any reason to think differently about Vinita? Why not?**

A. No. I mean, we have infrastructure and, I mean, highways and things like that. I-44.

**Q. The -- you've testified today quite a bit about your relationship with Gene Bicknell and, you know, Mr. Bicknell wanted you to do this, so you did it, Mr. Bicknell wanted you to do that, so you did that.**

**Did you consider yourself --**

**Well, let me ask this.**

**Have you ever been in a business partnership before, some other business venture?**

A. Yes.

**Q. Okay. Can you tell me what that was, what you're thinking of when you say that?**

A. Well, I've been in the Ford business, and I've been in, you know, real estate deals with people

before, you know. Participation and things like that.

**Q. Did you consider yourself to be in some sort of business partnership with Gene Bicknell?**

A. It -- I guess I need to explain what I'm thinking. It's hard for me to say yes because of -- I mean, I didn't have a -- well, I did have a financial -- I mean -- but he told me I was -- you know, he told me that I was a part of it.

So I guess in that aspect, yes. But, you know, I never assume any more than what I see or realize, if that makes any sense.

**Q. Yeah. I think what I want to ask is, you know, you are a very devoted community citizen, correct?**

A. I try.

**Q. Vinita has struggled economically, correct?**

A. Absolutely. Our decline has been something, yeah.

**Q. The prospect of new jobs for people was very exciting to you, wasn't it?**

A. Yes.

**Q. Okay. So your motivation here -- Mr. Bicknell had ideas and asked you to do things -- was it because Mr. Bicknell had some legal right of control over you that you're aware of?**

A. No.

**Q. Did you have a legal obligation to him to do anything?**

A. No.

**Q. Would you consider yourself -- that all the work you did was pretty much on a volunteer basis?**

A. It wasn't supposed to be, but --

But I did -- you know, Gene had told me that he was going to take care of me. He told me that, you know, "Don't worry about it."

He even tried to get me to, you know, reimburse some of my things at times, which I did once, but not really to any level.

But he -- he would -- I mean, he would -- you know, he would tell me, "You're going to get -- there is a payday."

So I don't want to say, oh, yeah, I just did it for -- because.

I mean, there was a carrot, I guess, if you want to call it that way -- you know, there was a light at the end of the tunnel.

**Q. Sure.**

A. And, you know, I'm not -- I'm not a rich guy. So I mean, you know, I --

But I looked at it, it would also increase the land values, it'd increase the businesses, it'd increase everything. And the whole thing would have been good for me, too.

**Q. Right.**

A. Everybody, but me too.

**Q. Sure.**

A. I guess that's the best way I could explain that.

**Q. Within the context of your relationship with Mr. Bicknell, if Mr. Bicknell had said to you, you know, "I want you to go do thus and so," if you had said, "You know, Gene, I don't really want to do that. I don't think I'm going to do that," would there have been any consequences to you that you're aware of?**

A. I don't -- I don't think I understand the

question.

**Q. Could he have fired you?**

A. Oh. No. Well, I mean, he could have said -- he could have said, "Go away," I guess. I mean, I don't --

There -- no, there wouldn't have been any consequences.

**Q. But he could have always decided to deal with someone else if --**

A. Could have. Absolutely.

**Q. If you're going to be stubborn and not play -- cooperate.**

A. I get it, yeah.

**Q. But as far as him directing your activities and you being obliged to do what he told you to do, there was no such obligation, was there?**

A. I guess not.

**Q. Well, do you agree with that or not?**

A. Ask me that question one more time.

**Q. Yeah.**

A. I'm trying to understand.

**Q. Within the -- within the context of you**

and he working together --

A. Okay.

Q. -- if he instructed you to do something, asked you to go do thus and so, did you -- were you obliged to do what he told you to do?

A. If -- yeah. If you mean, yeah, was I -- did I want to help? Did I want to support? Yes.

Q. Yeah, but did you feel -- well, maybe "oblige" isn't the right word.

Did you feel legally obligated to him?

A. No. No.

Q. It sounds like it's almost more of a function of your personality who you want to serve.

A. I want to help.

Q. You want to help?

And you wanted to help the project get ultimately accomplished for the good of you and the community, right?

A. Yes.

Q. And that was your prime motivation?

A. Yes.

Q. The idea that there would be a payday -- a

**financial payday at the end of the day was part of it, but sounds like it was pretty vague as to what that would actually look like?**

A. Okay. Yes.

**Q. I mean, is that right or not?**

A. Well, he had told me I think five percent or something like that originally, is what we talked about.

And I mean -- but there again, I don't know what the value -- you know, what part.

So I guess, yes, it would have been vague.

**Q. Five percent of what, by the way?**

A. The project, is what he would say.

**Q. Okay.**

A. The project. So --

**Q. And was the project -- I mean, you're a businessman. Was the project going to be housed in some sort of like an LLC or something?**

A. I don't remember discussing how that was going to be.

**Q. Okay. Was there any discussions ever advanced to the level that your -- your five percent**

was going to be memorialized or documented, it was going to be shares of stock? Or did conversations ever mature to that level?

A. Never matured to that level.

Q. Okay. Okay.

As we sit here to this day, if somebody other than the Bicknell family -- maybe some other group of investors -- real investors with real money -- decided to take on the project, do you personally still believe this project -- the idea of a theme park -- could be viable in Vinita?

A. I don't see why not.

Q. My -- my guess is you probably feel a bit burned by the whole experience.

But would you be willing to sign on if it was a different group of people that you learned to trust and they had the money?

A. I think my marriage is more important than that, so I probably would say no.

Q. Right on.

So at what point -- at what point in time did you personally conclude this project is dead; it's not

**happening?**

A. The most honest way I can answer that is I don't know a specific time. It's been kind of a slow fade.

You know, because the last time I met with Gene, he said, "We're going to continue on with this," and there may be other things happen beyond that.

And by that I mean the -- an RV park, some things like that.

But as time wanes, I guess it's just -- I guess it fades, if that makes any sense.

**Q. Maybe -- maybe a different question would be related, though, would be --**

**Can you remember a point in time where you first began to think, "This project is likely not happening"?**

A. I would say I had serious doubts early, mid '25, maybe. I mean, that's when I just thought, you know, it may not happen.

And by that I mean, you know -- I'm talking about the -- the theme park -- the theme park itself.

I thought even beyond that that something would happen, but just not probably the theme park.

**Q. Did -- did the RV park or an RV park eventually get moved to some other location and get built?**

A. I don't -- that's beyond -- I don't think so. I mean, not that I know of.

**Q. And why didn't the theme -- why didn't the RV park end up happening in the location where you all originally envisioned it to happen? Why didn't it happen?**

A. Why did they move it?

**Q. Yeah. Why did it not ultimately get built?**

A. Well, funding would be the reason it didn't get built. But the reason it was moved was because there was some liens that was placed on some specific tracts of land, and you know, Gene said that, well, I want to stay away from properties that have liens placed on them.

**Q. Okay.**

A. And that's why he moved it.

**Q. On these tracts of land -- earlier we saw exhibit -- I think Gene at some point had asked you --**

**Mr. Bicknell had asked you to itemize how much land you had acquired or helped him acquire.**
**And I think the number was $12.7 million, and you had seven different tracts of land.**
A. Probably, yes.
**Q. Do you remember that?**
A. Yes. Yes. Yes.
**Q. I think we had an exhibit about that.**
A. Yes. I remember the exhibit; I just don't know the exact number. But yes.
**Q. And I think you testified that you had to tell him that a couple different times?**
A. He -- yes, he asked a couple of different times. Yes.
**Q. So did you find at times that his memory for details and numbers and things was -- was slipping? Did you get that impression?**
A. I get the impression that my numbers and memory is slipping sometimes.
But I mean, if you -- if somebody asked me something, maybe it's just not on their total -- he had so many things on his plate.

**Q. Uh-huh.**

A. That I would assume going on that if he needed it, I didn't question it.

**Q. Okay.**

A. I just got him the information. I didn't assume anything negative or derogatory. I just -- you know, he just needed it, and --

**Q. He had a lot going on?**

A. Yeah. A lot. Yeah.

**Q. He had a lot of plates spinning in the air, right?**

A. Yes.

**Q. Yeah. And we all only have so much bandwidth to devote to memory, right? Details?**

A. Right.

**Q. Well, regarding the land that you helped him to acquire, to your knowledge, is that land still held by him or a family or a trust or something? It's in his name?**

A. As far as I know, yes.

**Q. Okay.**

A. I can't swear to that, but as far as I

know, yes.
Q. And do you have a -- I mean, you've dealt in real estate yourself throughout your career. Is that right?
A. Yes, sir.
Q. Have you ever been a real estate agent?
A. No.
Q. But you acquired lots of real estate over time, right?
A. Some, yes.
Q. Worked with appraisers?
A. I have.
Q. Do you have your own sense being in the community there for multiple generations the land that Mr. Bicknell holds to this day, as we sit here to this day, is it worth the same, less, maybe more than what he bought it four, five, six years ago, whenever that was?
A. I would think it's worth more just because values have been coming up in that area.
Q. So if he decided, you know, to cut his losses and sell the land, would it be your belief he

**could actually sell the land and maybe make a little money on it?**

A. I believe -- yes, I believe that to be true.

**Q. I'm going to ask about your relationship with Larry Wilhite, okay?**

A. Okay.

**Q. Do you remember your first -- very first encounter with Larry?**

A. I remember some of the first encounters -- I mean, the very first one specifically may not be the one I'm recalling. It might be Number 2 or 3.

But I remember when he was there, he came down and met Gene at the place, yes.

**Q. And were there ever times where you and Larry just met one-on-one?**

A. Yeah. I mean, we -- we rode to Oklahoma City together. Went to a meeting down at the -- I think that was Matt Pinell (ph) or some of the leaders, you know.

But yeah, I mean, there was times that I'd be one -- yes.

Q. Now, meetings with him one-on-one or in person are one thing, but it sounds like there might have been a lot of phone calls?
A. Yes.
Q. Okay. And sometimes in those phone calls, would you guys just talk about casual things, too?
A. Sure.
Q. Family?
A. Sure.
Q. Did you come to identify with Larry that you both had some -- a lot of common interests?
A. Yeah.
Q. And common belief systems?
A. Yes.
Q. Scripture and the Bible?
A. Uh-huh.
Q. You and he kind of shared in that same conviction?
A. Yes.
Q. Consider -- I mean, he considers himself a Christian man, and you would, too. Is that right?
A. Yes.

Q. And did you guys ever talk about things of the Lord or the Bible a little bit?
A. Yeah.
Q. Did you come at some point to feel like Larry had become a friend to you and you were a friend to him?
A. Yeah.
Q. And --
A. I mean, I care about him personally. You know, I care.
Q. I mean, even to this day, if the lawyers were to allow for it, you know, would you have any qualms about you and your wife and he and his wife going out to dinner and socializing?
A. No.
Q. So to this day, would you consider Larry -- at least for your part, would you consider him a friend?
A. Yeah.
Q. Okay. I know you reached out to him I think after you heard that he had been terminated by Gene --

**Well, first of all, how did you even hear that he had been terminated by Gene?**

A. I think Gene had told me that he sent him an email or a text or something that indicated that they had till the end of the year, is kind of what I remember the first I heard about it.

**Q. And in that explanation, did he give you a reason why he was letting Larry go? Anything specific?**

A. Nothing specific.

Well, the -- the only thing specific that he mentioned that I just remember is he thought that -- he thought there was a mis -- he thought -- he -- if --

I'm trying to remember word-for-word, but he said something to the effect of, you know, I put him over that project, and he thought there was too much spent for what was accomplished, was kind of the gist that Gene indicated.

**Q. Right. Now, there's no question in your mind, is there, that before the project got underway in the early days, Steve had told everybody, "This thing is going to cost" -- you know, "a river of money" is the phrase I've heard over and over again. Right?**

**Is that right?**

A. Yes.

**Q. And even before things got started or very far underway, didn't Steve Hedrick even indicate that this thing could cost upwards of $2 billion?**

A. Yes.

**Q. And at no point did Mr. Bicknell balk at that or push back at that, did he?**

A. No.

**Q. Is there any question in your mind that even in the very beginning that Mr. Bicknell knew very well this thing was going to be very expensive?**

A. Yes. He -- I remember one time I questioned him.

I said, "That is a lot of money."

He said, "Gene, it's just a number."

I said, "Well, it's a number I don't understand."

I mean, that's just beyond --

But anyway, that's -- I remember that conversation, but yeah.

**Q. Was it your impression that Mr. Bicknell**

**was proud of his own accomplishments in life?**

A. I think he had a lot of accomplishments, and I think -- I always took Gene as more of a -- more humble -- you know, he didn't -- he never went around pounding the desk, say --

I thought he -- I thought he was -- I'm sure, yes, he was proud of what he did. But he -- to me he was always very humble, very -- I mean --

He never just come out and told you, hey, I --

He was humble about it, in my opinion.

**Q. But at some point he did want you to know that his name -- he had more zeros behind his name than you can believe?**

A. And that was when he was asked about if nobody else comes on board, is the project over?

**Q. Right.**

A. And that's when he made that comment. And I think he was trying to prove a point.

**Q. So if the project -- again, going back to Steve Hedrick, the early days time frame --**

**Mr. -- you were there to watch -- Mr. Bicknell was told by Steve Hedrick, the theme park man, you**

**know, this thing could cost upwards of $2 billion, and it's going to cost a river of money on a monthly basis going forward, right?**

A. Yes.

**Q. It's -- well, $60 million to any average person sounds like a phenomenal amount of money.**

**In the context of the theme park and the budget that had been described, $60 million is a fraction of $2 billion, isn't it?**

A. Yes.

**Q. So going back to Larry Wilhite being terminated.**

**Was it your understanding or perception, at least, that the reason Gene terminated Larry is because he felt Larry had allowed the expenses to get out of control and beyond where the money was being able to be raised?**

A. Yes. I -- yes. Yes, I'd say that's accurate.

**Q. Okay.**

A. He was upset about it being that -- that much, not knowing what he was getting for --

It's like she said. Yes, there's lots of deliverables. But I mean, nobody took those to Gene's house and said --

I mean, it was deliverables probably over to Branson, is -- or to the people doing it. I mean, I never saw them until later.

But yes. To your point, yes.

**Q. Well, one of the exhibits you saw earlier was the -- Exhibit 57, and it's the -- you remember it's the email that Mr. Nadel -- or Mr. Nadel -- pardon -- I'm sorry -- Mr. Nadel and Gene Bicknell were having back and forth with each other in October, October of 2024.**

**And you were either copied in or forwarded on that email.**

A. I believe forwarded would be --

**Q. Forwarded?**

A. Yeah, forwarded. Because I don't think I was in that string.

**Q. And that's -- there's a lot of discussion about funding and raising money and the family and what have you, you recall, right?**

A. Yes, sir.

**Q. But also in that email chain, it's written down Mr. Nadel says to Mr. Bicknell -- and he's very, very candid -- he goes -- tells Mr. Bicknell, "I'm going to be candid with you. You know, I think that this is a con, this whole thing is a con. This thing is never going to be built, and that Larry and Rick have conned you."**

A. I read that.

**Q. Yeah.**

**Going back in time when you saw -- you were forwarded this email and you read that, what in the world did you think of that accusation being made against Mr. Wilhite?**

**It's clear from the email Mr. Bicknell didn't believe it. He pushed back on it.**

**But what did you think?**

A. I'm -- I'm going to have to speculate on what I thought back then.

But my -- my gist would have probably been -- I mean, I don't -- I don't think -- I mean -- I didn't -- I didn't see it that way at the time or -- you know, I

didn't see it that way because Gene -- you know, Gene had told me multiple times, you know, "He's going to do this," you know.

So I don't know that I even really thought about that -- that paragraph in there, probably. I was just reading the overall gist of it, and I probably just went on by it, you know.

But I don't remember the impact my mind had at that time.

**Q. Okay. That's fair enough. That's fair enough.**

**Earlier you were asked a number of questions about Rick Silanskas, and I'm wondering about -- if you can remember your first meeting or your first encounter with Mr. Silanskas.**

A. Uh-huh.

**Q. Do you remember it?**

A. I remember the first-ish. For me to -- for me to say the first time -- I don't want to -- but I remember the first early meetings that I met him, yes.

**Q. And do you recall what your initial**

**impressions of Mr. Silanskas were?**

**And then I'm wondering -- my second question behind this is going to be, did your impressions of him ever change over time?**

A. Gosh, and I have to answer.

I didn't hang out with him. I mean, it wasn't -- he was just different. I don't know that I had a first -- I just -- I don't know. It just wasn't -- it wasn't --

It wasn't like Larry or Steve. I'll put it that way.

I don't want to say anything mean or --

**Q. Well, just tell me.**

A. Just wasn't my cup of tea. I don't know.

**Q. There was something about Rick that just didn't settle well with you, right?**

A. Okay. That's fair.

**Q. We can all see that you're dancing around, that you -- you got a bad vibe from him?**

A. I mean, he's got a camera. They're going to see this. I mean, I don't want somebody to --

Your mic fell.

**Q. Excuse me. Fair enough.**

**Mr. McComb, I perceive from you that you don't want to disparage or say anything negative about anybody, and I don't think that's anyone's goal either here today.**

**But, you know, serious accusations have been made against Larry Wilhite.**

**And one of those accusations, you know, has also to do with like Larry and Rick were somehow together on something.**

**And do you have any information one way or the other that Rick and Larry, you know, palled around and got together or were somehow orchestrating something behind Gene Bicknell's back?**

A. I don't have any direct information about that.

**Q. And based on your --**

A. I do know they worked in the same building.

**Q. Sure.**

A. But that's -- I mean, so I would be assuming anything else beyond that because I wasn't

there.

**Q. Yeah, fair enough.**

**But based on what you came to know of Larry and even to this day, it sounds to me like you find these accusations very hard to believe when it comes to Larry.**

MR. NADEL: Object to form.

BY MR. DAVIS:

**Q. You can answer.**

A. It doesn't -- it doesn't -- I mean -- I'm just using my opinion. I mean, my opinion is -- Larry's not very technologically advanced. He's kind of like me.

This thing I can't (indicating) -- I would use a flip phone, and I would describe Larry kind of the same way.

It just didn't -- I don't know. To me it didn't seem -- not in that -- I don't know.

**Q. Maybe you don't feel the same way about Rick Silanskas necessarily?**

A. I don't know what I feel there.

**Q. Okay. Yeah. Fair enough.**

A. I could give you an illustration, but I don't want to say too --

You know, he asked me one time to buy a lot over there next to his house, and then he was going to pay me back. Huh?

**Q. You talking about Mr. Silanskas?**

A. Yeah. Yeah.

And I called Gene and I said, "Gene," I said, "I'm not doing that."

And he said, "I wouldn't either."

I left it at that.

**Q. Did you -- towards the end of the project, before Larry and Rick both were terminated, did you get the impression that Larry -- that Larry himself felt a lot of stress about getting the bills paid?**

A. He told me he did.

**Q. He felt burdened by -- by that obligation?**

A. Yes.

**Q. Can you tell us a bit more about what sort of things he told you that led you to think that?**

A. He just said -- and I remember one conversation that we had and it was specifically about

Tony Blatt -- he said, you know, I know Tony and we've done -- and he said, "I just don't want to see them not get paid. They did work, and" --

And he just -- he felt bad about it. He felt that -- he grew up down in that area, and I don't know if they had any relationship or not before that. He just -- he felt bad.

**Q. From your observation, how did it -- how did this work?**

**So we've got Steve Hedrick, who's -- he's the theme park guy, right?**

A. Yes.

**Q. He's got all the contacts?**

A. Yes.

**Q. Okay. And so Steve would go out and contact somebody like a FORREC or maybe a Tony Blatt or these vendors.**

**And, you know, where -- to your knowledge, where did Larry -- he fit into any of that?**

A. And I'm going to preface this by saying I was never involved in any of -- any of those discussions or what they did, but the way I perceived

it was Larry was kind of the gatekeeper.

He was -- you know, Gene had commissioned him to do this. He contacted Steve because -- I think he was in over his head, too, as well. And I don't mean that disrespectfully. Just -- I was.

But I think Steve would probably say, "Hey, I got this company." He would have to contact Larry, from what I -- best I can recall.

And then Larry would either get with Gene or do whatever they did and okay it, yea it or nay it, I guess is the best way I can --

That was the way I did business -- I guess did with them. And that's what I -- that was my interaction with them, I guess.

**Q. Did you ever see or witness Larry do anything relative to the project that hadn't been preapproved by Gene that you're aware of?**

A. That I don't know.

**Q. Okay.**

A. I didn't see anything, but that I don't -- I mean, I don't -- because I don't know what all they did.

**Q. Did you see, though, on occasions, though -- were there occasions where you would see, you know, Larry take an idea to Gene and get Gene's approval or Gene's direction before --**

A. Yes, I would see that.

**Q. Was there anything -- I mean, to your knowledge, was -- were there any parts of this project going on that weren't regularly being reported to Gene Bicknell?**

A. You're asking me something that I don't have true knowledge of.

However, every time I -- because any time anybody asked me to do anything, I'd call Gene. And I don't care who or what.

**Q. Uh-huh.**

A. It was Gene -- I mean, that was who contacted me. That was who I felt loyal to.

So Gene knew most of the situations that I ever brought up to him. I'll say that.

But as far as did he -- I think they did, but I'm assuming he did. I mean, I -- but I don't know -- I wasn't in their conversations.

So I can't say yes or --

**Q. Sure.**

A. I don't know.

**Q. Did Gene Bicknell seem very plugged in to all the activities that were going on with the project?**

A. He seemed plugged in pretty heavily, although I think he relied on a lot of people heavily as well.

But then when he would be in Florida, you know, he would just -- like I said, if I had to do anything, I'd just call him. I didn't care if I was interrupting him or not. I'm not going to do it without talking to him.

But -- so he would probably rely more -- when he was in Florida, he would rely more on other people, and I don't know what their conversations were, how often they spoke. I don't know.

But I know whenever I would ask something, he would say, "Let me ask Gene or have you ask Gene."

And I'd say, "No, I can't get a hold of him, or I just need guidance on this. You find out and let me know, you know."

But 99 percent of mine -- even if I talked to Larry or Steve or whoever -- I'm going to talk to Gene about it because I wouldn't feel comfortable any other way.

[Wilhite Exhibit 136 marked for identification.]

**Q. I'm going to hand you -- this is going to be Wilhite Exhibit 136. And I'll read the Bates number before I hand it over. It's McComb 7792 -- I think it's sequential through 7832. 7792 through 7832.**

**One for the witness.**

MR. DAVIS: One for you guys to share that.

MR. NADEL: Thank you.

MR. DAVIS: Yeah, Wilhite 136.

BY MR. DAVIS:

**Q. Take a look at this. At the very top -- obviously it's an email. And it's from Gene Bicknell, and it's to Larry Wilhite, Rick Silanskas, and Gene McComb.**

**Do you see that?**

A. Yes.

Q. On the 4th of July of 2023.
Do you see that?
A. Yes.
Q. The date?
And the subject says, "Regarding VC for my dad."
Do you see that?
A. Yes.
Q. Do you know what VC stands for?
A. No.
Q. Okay. Lots of attachments here. It references -- and I believe part of it is the email string --
The first paragraph under the attachments section from Gene here says, "The venture capital firm doesn't have to specialize in parks."
Do you see that first sentence?
A. Yes, sir.
Q. Do you suppose that VC stands for venture capital, possibly?
A. Could be.
Q. Have you ever heard of a VC firm before, VC investment firms?

A. I've heard of venture capital, but I just haven't -- I mean, I have not dealt in that sphere, so I haven't heard that term, but -- I don't know what a venture capital company is, I guess.

**Q. Well, if we go down this email here, midway through the first page here, you can see where it's from Marty Bicknell on July 3rd, the day before, to Gene Bicknell.**

**Do you see that?**

A. Yes, sir.

**Q. Looks like Gene is forwarding to you all an email he got from Marty.**

**Would you agree with that?**

A. Yes.

**Q. And the email from Marty to his dad on July 3rd says, "FYI on below, here is three for you and the team to get started with. I would have Larry or Rick to reach out to them to see if they could get an audience. As you know, they won't invest in that story. They will need heaps of diligence, analysis, and projections. Good luck, Marty."**

**Do you see that?**

A. Yes.

**Q. At some time in mid-July, did you become aware that Marty Bicknell was trying to identify potential venture capitalist firms who could invest and be partners in the project?**

A. I don't remember this specifically, but it was sent to me. So either I have read it and I don't remember it, or I didn't -- surely I would have read it from Gene.

But I don't -- yes, I see it, though. Yes.

**Q. And do you recall, though, whether Gene Bicknell ever -- or Larry or Rick.**

**But did Gene ever contact any venture capitalist firms that you're aware of to help fund the project?**

A. I know he had talked to -- or he told me he talked to -- Fred Smith maybe was the name from FedEx.

I -- I see where this says that, but I don't know --

It seems like there was a conversation where, yes, they had entertained some group, I guess.

I do remember. I'm just sitting here thinking

about it.

But I know Gene had talked about -- he had spoke with, I think, Fred Smith and a couple of people like that he was talking to.

So I think I vaguely remember a discussion on this, but I was not involved in this in any way.

**Q. And my question then is, do you have any specific memories of Gene Bicknell talking about efforts being made, specific efforts being made, to talk to venture capitalist firms or other outside investors who could help fund the project?**

A. Okay. So you're asking me if I know of any -- any venture capitalist companies that he was talking to?

**Q. Uh-huh.**

A. Or --

**Q. Yes.**

A. I don't know any of them.

**Q. Okay.**

A. I mean, I don't know who they are. Don't know.

**Q. And do you know whether Gene Bicknell ever**

**instructed Larry Wilhite to contact any of these venture capitalist firms you see in that exhibit?**

A. I would assume he probably did. That would be my assumption.

But like I said, I probably -- I wasn't in that realm of -- that wasn't my --

**Q. Sure.**

A. So I probably didn't pay much attention to that.

**Q. No, I appreciate that's an assumption.**

**My question is a little bit more fact-specific.**

A. Okay.

**Q. Do you actually know whether Gene directed Larry Wilhite to contact --**

A. I don't know -- I heard a conversation about somebody, but that's as far as I know.

So whether he directed him to do that, whether he directed Rick to do it, I don't know that.

**Q. Okay.**

A. But I remember something about there was somebody they were talking to. Yes, I do remember that.

**Q. Baron International -- is that a name that you recall anything about?**

A. Not off the top of my head.

**Q. Okay. Okay.**

**What involvement did you have in the arbitration with FORREC, between Mr. Bicknell and FORREC?**

A. None.

**Q. Okay. Had you heard there was an arbitration?**

A. I had heard that there was a problem or some -- yes, I -- yeah, I knew they had filed a lien and there was a --

I was familiar with the one with Crossland, and I actually sat in that arbitration, but I was not in the one with FORREC.

**Q. How about Porter Consulting invoices? Do you know anything about a legal dispute between Porter Consulting and Gene Bicknell?**

A. No.

**Q. How about Crawford County real estate matters? Do you know anything about real estate in Crawford County?**

A. No, sir.

**Q. When I talk about Crawford County real estate, is this the first you're hearing of it?**

A. I saw something about it, but it's the first I've known. And I think it was something that -- it might have been something that we --

**Q. We can --**

A. But no, I didn't -- I was not involved in any of that at the time.

**Q. If there are emails that had you copied in involving Crawford County real estate with Karl Jones or Emily Engle --**

**I mean, do you even know anything about -- were you involved in real estate --**

A. I was not -- if I'm copied in them, I didn't read them, or I didn't look at them.

**Q. Who is Karl Jones?**

A. He's an attorney in Vinita.

**Q. How long have you known Karl?**

A. 12th grade.

**Q. Is Karl still practicing?**

A. Yes.

Q. Okay. Has he ever been your attorney?
A. Yes.
Q. Okay. Has he ever been your family's attorney?
A. He did originally my parents' trusts.
Q. Okay. Did you ever -- did you make the introduction between Gene Bicknell and Karl Jones?
A. Yes. Gene asked me to find somebody in town that he could use for local work, and Karl came to mind and I just introduced them.
Q. Okay. There are a number of emails that have been withheld from us -- privileged log -- that involve you and Karl Jones and whatnot, and I'm going to be careful about this.
But I just want to ask, at any point in time -- you know, it sounds like maybe you helped deliver information from Gene to Mr. Jones.
Would that be accurate?
A. I do not believe that's accurate.
What is accurate is I was with Karl when he got some information from Gene.
Q. And you're thinking about a specific

**instance right now when that happened?**

A. Yes.

**Q. Were you in his -- Karl's presence?**

A. Yes. I was in both of their presence.

**Q. Okay. Oh, they were together?**

A. Yes.

**Q. You were at a meeting with Karl and Gene?**

A. Yes.

**Q. And they were talking about certain things, right?**

A. Yes.

**Q. Okay. What was your purpose in being in that meeting?**

**Why were you there?**

A. Because Gene asked me to be. That's --

**Q. And do you have any understanding of why Gene would ask you to be there? Just because you knew Karl?**

A. I -- I -- I'm assuming Gene's thoughts.

He just asked me to be there. Maybe it's because I knew Karl, maybe it's because he just wanted me to be there, I mean. But he asked me, and that's

why --

**Q. Why did you agree to be there?**

A. Because he asked me to.

**Q. Is this going to go back to the idea that Gene asked you to do things, you were willing to help him out, and so you did?**

A. Yeah.

**Q. And this was all part of your efforts to try to help facilitate the project?**

A. Yes.

**Q. Okay. Could you -- do you feel like you could have declined to attend that meeting?**

A. I'm sure I could have.

**Q. You think they might have still met? Do you know?**

A. I'm assuming they would have. I mean, I don't -- I mean, I know Karl rode up with me, so that would be --

**Q. The two of you traveled to Gene's place in Kansas?**

A. Yes.

**Q. This wasn't in Karl's law office?**

A. No.

**Q. So you drove Karl up to meet Gene?**

A. Yes.

**Q. Okay. Had they met before?**

A. No.

**Q. This is their first --**

A. Well, they might have -- they might have met before. If they did, it was at my house or my property. That might have been where they first met.

And I think Gene -- so no, I do not think that was the first time they met. They had met previously, but they had met at my shop or --

**Q. Okay.**

A. The place where we all met.

**Q. Did the purpose of that meeting have to do with the purchase of real estate?**

A. No.

**Q. Did it have to do with family trust matters?**

A. Yes. Or family --

**Q. Family matters?**

A. Family matters.

Q. With Marty and the -- some of the 1248 folks?

A. Yes.

Q. We've already seen quite a bit of other emails that were not privileged that there was tension between -- at least for a period of time between Gene and Marty, right?

A. Yes.

Q. Other than the email we saw where Gene kind of spilled his guts to say that he, you know, regrets ever having made his children's lives better than his own and things like that --

Other than that email, did you ever hear Gene say on other occasions -- expressing any regret about Marty or his kids?

A. Yes.

Q. Did you get -- did you -- did you develop the impression that Gene felt like he had a lot of money but was somehow being denied access to that money because of Marty?

A. Yes.

Q. During the time that you worked with Gene,

**did you ever -- I mean, we've seen the one email here from Marty on July 3rd of '23 where he was identifying VC groups, venture capitalist groups, maybe for his dad, for Gene.**

**But did you ever see whether Marty or the family were supportive of the project?**

A. No.

**Q. Did -- did you ever -- have you ever met Marty?**

A. No.

**Q. Would you know him if he walked in this room?**

A. I think I've seen a picture on a -- an article or something or a newsreel or something like that.

Do you remember it specific enough to -- I might think, oh, I've seen that guy, you know. That type of deal.

But, you know, another thing is, you never get between family, you know. So --

**Q. Sure. Did Gene Bicknell ever discuss with you, confide that he felt like Marty and the family**

**didn't believe in the project?**

A. Yes.

**Q. And felt that maybe -- and felt that maybe Gene was getting senile or losing it?**

A. Gene told me that that statement was made.

I don't remember if that was from the family or somebody, but I remember a -- he told me there was a statement about something like that, yes.

But I don't remember if it's family or somebody closely related.

**Q. Going back to the -- that early meeting with Steve Hedrick and talking about how expensive it was going to be to build the theme park --**

**And you've never been part of a theme park build before?**

A. No.

**Q. The idea that it would cost $2 billion, or that's a projected cost --**

**Did that sound crazy to you?**

A. Yes.

**Q. When -- when Mr. Bicknell then stood up and was answering questions for Mr. Hedrick -- you said**

Mr. Hedrick asked him if these other investors don't come through or these other interested parties don't come through, is this thing dead?

And you recounted to us today --

A. Yes.

Q. -- how Mr. Bicknell said, "I'm Plan B"?

A. Yes, that's what he said. Exactly.

Q. "I'm Plan B"?

When you heard that, did you get the idea that Mr. Bicknell felt like he was worth $2 billion?

A. Yes.

Q. And so if need be, if nobody else can come in and invest this thing, "I can fund $2 billion if that's what it takes"?

Did you have that idea at that time?

A. That -- yes, that was my indication.

Q. Did you get the idea at some point along the way then that the family of Marty concluded that they were not going to have $2 billion of the family money go into this theme park?

A. Gene told me that, yes.

Q. And so (indicating), cut off the supply of

money or at least restrict access to it? "We're not going to lose the family fortune over this theme park"?
A. Yes. To that -- to that general line of thinking, yes, I guess.
Q. And Gene spoke to you in those sorts of terms, that that's what he felt like he was facing --
A. Yes.
Q. -- or his family?
Do you remember -- how much interaction did you have with Kristy Adams?
A. I had I guess a fair amount of -- she -- you know, she would call, "Hey, we need this or we need that," or, "Can you help facilitate this or that?"
I mean, she was doing some legwork and just asked if I'd help with this or help with that.
And she's been -- a few times I let them use a piece of my property where I had a big sign, they put some stuff, and she decorated it a time or two.
But, I mean, no hours with her or anything like that. Just come-and-go-type interaction.
Q. Did your -- did you feel like you got to know her a little bit?

A. I'm going to say very little. I mean, not really.

**Q. What did you observe was the working relationship between Kristy and Larry?**

A. I thought they were very close, very tight.

**Q. Was she Larry's boss?**

A. No.

**Q. Was Larry her boss?**

A. Yes.

**Q. Okay. And do you know what her role at all, if any, was with the project?**

A. I think she was -- you know, she had hands on at the theater pretty tight.

She would help with like -- the media control -- putting stuff -- I guess social media-type things. And electronic -- electron -- if they need to send something or do something -- hey, I need to call him, do that.

I think that was more her -- more just -- she was a -- she'd get things done, I guess, is what I'm trying to say.

**Q. Uh-huh.**

A. And they'd put her on tasks, and --

**Q. Yeah.**

A. -- she'd do it for them.

**Q. Do -- have you heard the name Rick Webb (ph)?**

A. Yes.

**Q. Who is Rick Webb?**

A. Rick is a good friend of Gene's from Pittsburgh.

**Q. And did Rick have anything to do with the project?**

A. Not specifically with the project that I know of.

**Q. And how do you even know about Rick Webb?**

A. He drove Gene up to my place on multiple occasions, and we had lunch up in Pittsburgh a couple of times, and I was actually a member of one of his clubs for a while -- Patricia Island (ph). He bought it. I mean, he has a weekender there, close to where I'm at.

**Q. And so did you -- you had your own with**

**relationship with Rick Webb, or connection to him?**
A. Limitedly. Not really, but limitedly.
**Q. Bear with me.**
**You mentioned I think the grand opening maybe was the first time that you learned or heard that you had an official title.**
A. Yes.
**Q. You didn't ask for that, did you?**
A. No.
**Q. And that wasn't something that had been discussed by you in advance?**
A. No.
**Q. Okay. Kind of sprung on you?**
A. Not -- I mean, I didn't -- a title's a title.
**Q. Sure.**
A. I mean, it's worth what -- I didn't care, but it -- no, I didn't know.
**Q. Well, I mean, the idea of being the land acquisition person -- I mean, that fairly did describe your role?**
A. Yeah. It's accurate.

Q. Okay. So we have you helping Mr. Bicknell identify land and then negotiate so it could be purchased, which he did?

A. Yes, sir.

Q. And so you got the land -- all the real estate being acquired --

You were instrumental and helpful in making that happen?

A. Yes, sir.

Q. You agree with that?

Beyond the land acquisition, when it came to the vendor projects and all of the other things, you were a confidant to Mr. Bicknell, correct?

A. Yes.

Q. And you helped execute tasks that he would ask you to do, right?

A. Yes.

Q. But did you consider yourself in some sort of official capacity as Mr. Bicknell's agent?

MR. NADEL: Object to form.

A. I don't know really what you're going to say.

What's an agent? I mean, I helped. But I don't know what --

BY MR. DAVIS:

**Q. And you mentioned a lot of ways that you helped today?**

A. Yes, sir.

**Q. And I think that you said that your motivation for that was the betterment of the community, but also including the promise or hope that at some point --**

A. Sure.

**Q. -- there would be a financial payday for you, too?**

**But that's it, right? That's the reason you did what you did, isn't it?**

A. Yeah.

MR. DAVIS: Well, I think, Mr. McComb, I've got good news for you. I think I'm finished with the line of questions that I have.

THE WITNESS: Okay.

MR. DAVIS: It's possible that others may have some follow-ups now.

THE WITNESS: Okay.

MR. DAVIS: And that could end up triggering another question by me, but hopefully we're getting near the end of the process, okay?

THE WITNESS: Okay.

MR. DAVIS: So thank you for your time. Appreciate it.

THE WITNESS: Thank you.

MR. NADEL: And I have some questions.

Would you like to take a break before we go?

THE WITNESS: Let's go.

THE VIDEOGRAPHER: Would you mind putting your mic back on?

MR. NADEL: Oh.

MS. JETER: It's here.

MR. NADEL: Taking it off.

THE VIDEOGRAPHER: Thanks.

EXAMINATION

BY MR. NADEL:

**Q. Mr. McComb, you've described many meetings at your house.**

**Was there ever a discussion about getting an**

**office locally for the $2.2 billion theme park that they were building so they could have these meetings at an office?**

A. Gene had -- well, they had mentioned doing something in the future, but they hadn't actually consummated anything.

Gene would just say, "Hey, can we meet at your place? Can we meet" --

And, I mean, I was happy to accommodate. But eventually, yes, but now no, I guess.

**Q. Eventually you were accommodating, but maybe not quite so happy to accommodate.**

**Is that fair?**

A. No. No. I mean, at some point it's going to grow beyond, you know, what I could facilitate, I guess.

So it wasn't that I wasn't happy to have them -- have Gene there.

It's just, you know, at some point --

Well, first off, we -- they'd go in my house and use the restroom.

Now, the guys, the restroom is behind that tree,

but all the ladies --

So I'm not sure my wife cared for that, to be honest with you. But I mean, we made do with what we had at the time.

**Q. So just to complete that picture, when the meetings are taking place at your house, the men have to go to the bathroom, they're literally just going outside?**

A. It's in the country. Yes.

**Q. Okay.**

A. Yeah. It's what we do in Oklahoma. No, I'm kidding.

Now, big city, that would -- whoa. Where we're at, miles around -- you're good.

**Q. Do you know why Gene Bicknell decided to be part of building a theme park?**

A. Do I know why? No. I mean, it -- he just said that's what he was doing, and -- no.

**Q. Did Gene Bicknell ever tell you that it had always been his ambition or wish to build a theme park?**

A. I don't remember him saying that

specifically.

What I do remember him saying is he wanted to build something that would fund his charities for perpetuity and he thought that was a great way to do it.

I mean, I don't remember him saying, "Hey, when I was a kid, this is what I wanted to do," but that was the gist behind why, that he told me.

**Q. You mean supporting charities was the gist behind why?**

A. Yes. With the revenues and, yeah, just letting that support charities and things like that.

**Q. You testified about some equipment and vehicles that were bought in support of the project.**

**Do you remember that?**

A. Yes.

**Q. And counsel for Defendant Hedrick asked you whether you were ever paid back or compensated for those purchases.**

**Did you ever seek reimbursement or compensation for those purchases?**

A. No, not directly.

**Q. And why not?**

A. I don't know. Didn't.

**Q. What, if anything, do you know about Steve Hedrick's qualifications to be in charge of constructing a theme park?**

A. I don't know anything about it myself, so I sure couldn't tell you if somebody else is qualified or not.

So I -- I -- I heard he'd done it -- that stuff before, and he was the guy. But I couldn't -- I mean, I don't know.

**Q. We looked at a text message that Gene Bicknell had sent you from September of 2023 in which he said not to talk to Steve Hedrick about the finances of the project.**

**Do you remember that?**

A. Yes, sir.

**Q. I think you testified that the context for that was that Gene Bicknell had wanted to purchase additional property and there hadn't been funds to do that.**

**Is that right?**

A. That is correct.

**Q. By September 2023, at the time of that exchange, were you concerned about the finances for the American Heartland project?**

A. Gene had told me repetitively, "Don't worry about this. I got it."

If you're asking if -- I mean, I'm human. I had questions.

But I mean, I don't know his circumstances, so I didn't -- I mean, I just -- I didn't know. I just trusted him. But -- I didn't know if he -- I never asked to look at his bank account, I guess. So I don't know, you know.

**Q. You talked about an issue of Crossland billing too much.**

**What do you remember about that?**

A. Okay. I live right -- my house is on a hill. I look right over the project.

**Q. You mean the project site in Vinita?**

A. Yes. Yes.

So they brought some equipment over there. They scraped a pretty good-sized parking pad. By "pretty

good-sized," I'm going to say 40 yards, 50 yards by 100 yards.

Worked the ground. They put up a perimeter -- a silt fence. Two silt fences. They put up an orange and a blue. One I think was for EPA and one was for -- I don't know what the other one was for.

They did those two things.

They put a gravel parking lot in.

And they billed -- and I don't want to give you the wrong number, but the number that I'm thinking was around $500,000, or $300,000 or $500,000, or some big number like that.

And I think Gene had already paid them maybe $120,000 or $160,000.

And I thought for a gravel parking lot and putting up two silt fences --

Actually, I called Wayne Morehead (ph). I called Wayne. I said, "Wayne, if you was to do that, what would it be?"

And he come out and looked at it. And he's a large regional, in our area, contractor. And he said it's probably $120,000, $150,000 worth of work

performed.

I didn't see why it would be $300,000 or $500,000. That's what I meant by that, and that's what I was referring to.

**Q. And then you said you were part of the Crossland arbitration.**

**Do you mean -- was there a mediation?**

A. There was a mediation. There was a mediator. Kevin was there.

**Q. Is that Kevin Mitchelson?**

A. Yes, sir.

Mr. Freeman was there, and I was there.

And if you want to ask why I was there, Gene asked me to be there.

**Q. Was Gene Bicknell there?**

A. No. No. He was -- I think he was in Florida at the time. Maybe -- he might have been somewhere else, but I think he was -- I think he was gone at the time.

**Q. And that was a dispute over construction at the American Heartlands --**

A. Yes, sir.

**Q. -- theme park?**
**So the Mansion Entertainment Group team for that mediation was Kevin Mitchelson, the lawyer, Bill Freeman, the accountant, and you.**
**Is that right?**
A. Yes.
**Q. And did that mediation fail?**
A. Yes.
**Q. You talked to Defendant Hedrick's counsel about how the RV park in a different location would still use the drawings and deliverables that Steve Hedrick created.**
**What facts do you know about whether they intended to use the drawings and deliverables from the American Heartland project on that theme park?**
A. I think --
**Q. Or that RV park.**
A. Yeah. Maybe I mis -- I think I said I don't think they could use some of it, because they had to move that.
And the topography and the groundwork on one area, even though it's half a mile away -- not

necessarily the ground or the --

So I don't know that's what I -- I think I said -- I hope I said that it would be the same -- you know, it was an RV park. So the same theme, but I don't think they could use the same, because it's a different piece of ground, if that makes sense.

**Q. It does.**

**So as far as you know, they were not planning on using the drawings and deliverables they had previously prepared?**

MS. JACKSON: Object to form.

A. Well, they couldn't use all -- they couldn't use all that -- those specific ones because it was a different topography.

BY MR. NADEL:

**Q. Do you know if they were planning using any part of the old plans for the project moving forward?**

A. I don't know. I don't know. I wasn't involved in what they would do there or could do there.

**Q. You mentioned that you had a conversation with Mr. Bicknell about the Today's Word messages**

**regarding who was writing them.**
**Do you remember that?**
A. Yes.
**Q. Other than that conversation, did you have any other conversations with Mr. Bicknell about the Today's Word messages?**
A. That's a pretty broad stroke over four or five years.
I mean, we might have. I mean, I don't really recall a specific about it, but I mean, we could have.
**Q. Are there any conversations that you recall with Mr. Bicknell about the Today's Word messages other than that one conversation where he asked him who was writing them?**
A. Nothing really specific that I -- that just stands out.
He -- and he would reference things at times, and then we'd just go right -- I mean, not a conversation. But he might reference something or something like that.
But there's no -- I mean, we didn't just sit down and talk about -- no -- that -- no.

Q. I think I understood your testimony earlier, but I want to make sure.

Based on comments Mr. Bicknell made, you understood that he had the wealth himself if necessary to fund the completion of the American Heartland theme park.

Is that right?

A. Yes.

Q. And you understood that that -- completing the park might cost $2.2 billion, correct?

A. Yes.

Q. You said Gene Bicknell was a smart man -- or is a smart man, right?

A. Yes.

Q. Would you say the same about Larry Wilhite?

A. Yeah. I mean, he's smart. Yes.

Q. Did Larry Wilhite ever tell you who he believed was writing the Today's Word messages?

A. No.

Q. In some of the recent news articles there's been a statement from Larry Wilhite's lawyers

**in which it says that Larry Wilhite believed the Today's Word messages were coming from God.**

**Did you ever witness any statement or conduct by Larry Wilhite that suggests to you that Larry Wilhite believed the Today's Word messages were coming from God?**

A. Not that I can recall.

**Q. You said that a number of times Gene Bicknell tried to get you to seek reimbursements.**

A. Yeah.

**Q. Can you explain what you meant by that?**

A. Well, I mean, I'd travel, I'd go pay for my own hotels, I'd pay for dinners, I'd pay for meals, all my own travel. I paid for all my own.

And he -- "You shouldn't be doing that. You need to reim" -- you know. So --

Everybody else was traveling, I guess, on the company dime and I'm not, and I didn't, and I wouldn't. So --

**Q. So fair to say that your motivation in doing the things you did on the American Heartland project was twofold?**

**Number 1, you wanted to do good for your community and its people?**

**And Number 2, you also eventually hoped to profit from it personally?**

A. Yeah.

**Q. And Mr. Bicknell had told you that you would get a five percent share of the project, correct?**

A. That was what he originally said, yes.

And then later he come back and said, "Well, I may have to adjust it a little bit because I'm going to put Kristy Adams in."

And -- whatever.

**Q. So it was never specific and never clear exactly how you would end up getting that five percent, right?**

A. All he said was Marty knew about it and Marty agrees that you need to be taken care of, and we'll take care of it.

And I -- maybe I'm an idiot, but I trusted him.

**Q. That's certainly not where I was going with it.**

A. Okay. Well --

**Q. But I think Mr. Davis made the point -- you didn't know five percent of what, correct?**

A. Correct.

**Q. You didn't know how much it would be worth in total?**

A. No.

**Q. But you did know that just building the theme park was supposed to cost $2.2 billion?**

A. Yes.

**Q. You said that Rick Silanskas called you one time and asked you to buy a lot and he'd pay you back.**

**What do you remember about that?**

A. There was a lot next to his house in a subdivision, and it's like a Jim Baker (ph) subdivision or something like that.

And he said, "Hey, you know, if I call, they're going to try to price-gouge me, you know, because I live next-door and the lot's really not worth that much. Would you call and try to negotiate that for me?"

And I said, "Well" -- I said, "I might make a

phone call" -- because that was a little weird. I mean, I don't know. I wouldn't ask you to do that. I mean, I just wouldn't do that.

But -- so I thought it was a little weird.

So I called Gene, and I said, "Gene, he's wanting me to buy him a lot next to his house."

And then in a later conversation -- or it might have been later in that conversation or sometime -- I said, "Well, what are you wanting to do? Are you wanting to fund it and then just time of close -- what's this look like?"

"Well, you just go ahead and take care of it and I'll reimburse you."

And I'm thinking -- so it just -- it didn't fit me to -- I didn't feel comfortable with that, I guess is the best way I can put that.

**Q. You said that when Gene Bicknell was in Florida he would rely more on other people.**

**Is that right?**

A. Yes.

**Q. Which people?**

A. Well, Larry, Steve, Rick.

He would ask me to do more things. So, I mean, you know -- and by "things," I'm talking about just local with what I did. I was never, you know, privy to all the big stuff.

But just, you know, legwork. Call this. "Hey, so-and-so called me. Would you call and just see how they're doing? Maybe check on the legislators. How's our" --

Because the reason we went to the governor -- I don't know if this was brought up or not -- we had a big ask for the state, because -- a lot of infrastructure that was needed. And that's why we went there.

And so that has to go through the house, goes through the senate, then the appropriations and all that kind of stuff.

So it was just calling people that I knew maybe and say, "Hey, how are we coming? What's going on?"

They'd have questions, and I'd call Gene -- just things like that.

**Q. And did you go to Florida to see Gene at any point?**

A. I did.

**Q. How many times?**

A. Once.

**Q. And how much time during that 2022 to 2024 period did Gene Bicknell spend in Florida?**

A. He would be back and forth early on quite a lot. In the later times, you know, getting in and out of the plane was a little more difficult for him physically.

So he'd stay up here kind of more. But he'd go for two weeks, come back, might go for a month, come back.

And, you know, he'd be back for -- well, depending on what time of the year it was. In the wintertime he spent more time down there. In the summertime he probably spent more time up here, as best I can remember. And you'd have a flight log to see that, but that's kind of what I remember.

**Q. I think I've seen emails where Gene Bicknell sent documents to you and asked you to get them to Karl Jones.**

**Do you remember that happening?**

A. I don't know specifically what -- I don't remember.

I'm not saying he didn't. I just don't specifically remember what that would have been, because -- when he got -- with the documents he got, he -- that I knew of -- it was right there, you know, at his house.

**Q. Is 839 East Illinois Avenue in Vinita a property you owned?**

A. 839 East -- 839 East --

No.

**Q. Okay.**

A. According to Google, that's pulling up right there by Braum's, and -- no. That's the sill barn.

[McComb Exhibit 371 marked for identification.]

**Q. Sir, Exhibit 371 is Bates-numbered McComb 3535.**

**This is a document that was in your electronic files, and it looks like a Zillow listing.**

**Do you know why it was in your electronic files?**

A. I can't see -- the map that I'm looking at, it looks like it's in town.

Maybe just --

I think that was just -- I was showing -- I may have been just showing Gene what people are asking for stuff, I mean, after the announcement and the crazy --

But no, I did not own that piece of property if 839 is what you're asking about.

**Q. Did --**

A. Nor any of these others.

**Q. Did home and property values become inflated when the American Heartland theme park --**

A. Yes.

**Q. -- was announced?**

A. Yes.

**Q. Can you quantify at all what you mean when you agree they were inflated? Like how much did they go up?**

A. I would say -- well, right up there by it -- well, people are asking $25 million for 20 acres.

I mean, that's land that -- you know, $5,000, $10,000 an acre.

So that's what I'm --

Now, they didn't sell for that, obviously, but there was some that -- well, there was a property right behind me that sold for 1.5 that they were asking 375 for.

**Q. They were asking $375,000 and it sold for $1.5 million?**

A. Yes, sir.

**Q. And based on your experience in the local real estate market, what would that be worth now that the park is not going to be built?**

A. Well, there's a house on it. Four, five, maybe six.

**Q. $400,000, $500,000, or $600,000?**

A. Yeah. Yeah. Yeah.

**Q. And the third page of Exhibit 371 has this listing you referred to where it's -- someone is seeking $25 million for 20 acres.**

**What would the asking price have been for those 20 acres before the announcement of the American Heartland theme park?**

A. I think we could have looked at that, and

it probably would have been -- and I don't know specifically where this property is, because I can't tell anything by that map.

But, you know, if it was right in that area, $5,000 to $10,000 an acre, tops, but -- I think that's tops.

Some pieces -- if it's on a corner or something like that, it would have been more valuable than that.

But just in general in the area it would have been $5,000 to $10,000 an acre.

**Q. And here they're offering it for basically $1.25 million an acre?**

A. A bargain. But yeah. Yes.

**Q. That was a result of the basically gold rush around the theme park?**

A. Yes.

**Q. What was McComb-Bicknell Properties?**

A. That was what Gene had said that we need to call our little -- you know, the stuff that we take care of.

So basically, it was some of his properties that he just put a name on it.

**Q. He owned properties in Vinita.**
**And did you help rent those properties?**
A. I helped him rent them. I helped him -- I managed all of his properties that he had, yes.
[McComb Exhibit 372 marked for identification.]
BY MR. NADEL:
**Q. Giving you Exhibit 372, which is Bates-numbered McComb 8553.**
**This is a text.**
**Is this sent to you on October 19th, 2023?**
A. Yes.
**Q. And it's from a number, 617-621-4029.**
**And it starts off announcing that this is something from Biz News Net.**
**You received many texts like this from Biz News Net, correct?**
A. I received a few, yes.
**Q. Do you know what these were or who was sending them to you?**
A. I have no clue. If it's a name in my contact, the name would pop up.

**Q. So I believe we've learned through this litigation that these Biz News Net texts were being sent by Mr. Silanskas from various phone numbers.**

**Did you ever talk with anyone about the Biz News Net text messages?**

A. Not that I can recall.

**Q. Do you know whether other people in Vinita were receiving these messages?**

A. I do not know.

I probably just assumed it was -- I get junk mail all the time. I just probably assumed it was one of those things that I get on my phone all the time.

But I had no idea who or anything.

[McComb Exhibit 373 marked for identification.]

BY MR. NADEL:

**Q. Exhibit 373 is McComb 13848.**

**Is this a text message from Josh Lee to you on November 17th, 2023?**

A. Yes.

**Q. Why don't you just please read it, and then when you're done, tell me what you remember about**

**this.**

A. "There has been some" --

**Q. You don't need to read it out loud. Sorry. You can -- you can just read it to yourself.**

A. Oh, okay.

And what is your question about?

**Q. What do you remember about this?**

A. If I -- the best I can recall, that this is referencing Rick Silanskas. It's probably about the time I got my butt chewed out by Josh wondering who he was.

And I'm sure that he's just in -- well, he prob -- I don't know who wrote this down here about the -- not a member of Three Ponies or the Heartland.

And I remember Gene telling me one time -- he said, "Now, Rick's not technically a part of this. He handles more other stuff."

And I thought, "Hmm." It was just interesting. I mean, it wasn't an ah-ha moment, but I didn't know why or what or whatever.

And then right after Josh wringed (sic) me out -- because he thought I probably knew, which I

didn't -- that's probably where this come from.

**Q. Is this Josh sending you a draft of a statement that he is going to put up on a Facebook page?**

A. No. He sent -- what I believe this is, is this is something he's probably copied and sent it to me and referenced.

Because, I mean, that's what it says. It says comments made on the page, referring to Bryan Robinson --

(Reads to self.)

So somebody is -- somebody is -- it's probably Kristy, would be my guess, was monitoring social media and saw the remarks and probably made a comment down here. And Josh is probably just sending me that, is what I'm guessing.

**Q. Okay.**

[McComb Exhibit 374 marked for identification.]

BY MR. NADEL:

**Q. Exhibit 374 is McComb 13891.**

**This is a text that you sent on September 2nd,**

**2023.**

A. Uh-huh.

**Q. And you're texting a phone number, 870-230-00 --**

A. I don't know who that is.

**Q. -- 67, correct?**

**That was going to be my question.**

**You don't know who that is?**

A. I don't know who that is.

If somebody hit me up -- and I probably was being a smart aleck and said, well, I'll sell -- if you want to buy mine, there it is. But I don't know who that is.

There was a lot of jokers that would come at me at -- "We're going to do this. We're going to do that."

And I just kind of blow them off, and I probably just sent -- I don't know who that is.

**Q. It says, "I actually have 51 acres at that property."**

A. Uh-huh.

**Q. Did you own 51 acres directly across the**

**new American Heartland site?**
A. I did. Yeah.
**Q. And did the value of those go up the same way that the value of the property that we -- the other property that we talked about went up?**
A. I don't know if it did or not, because I never sold it.
So I -- no. I mean -- today in my market value it's what it was -- a slight appreciation over what I gave for it.
**Q. You would have hoped, I would think, that if the park had been constructed, that property would have been worth a lot more and that would have been one of the ways that you would have financially benefitted?**
A. Absolutely.
**Q. Do you think it ever would have gone up to this much, the $2 million per acre that you're talking about here?**
A. I doubt it.
But, hey, if you want to offer --
**Q. Maybe someday.**
A. No. I'm kidding.

MR. NADEL: Gene McComb, thanks for taking the time to talk to us today.

MR. DAVIS: Before we go off the record, I want to take just a quick break. I might have another note or two.

I think I'm done, but I just -- I don't want to close the deposition.

So we'll just take a quick break and get you guys to the airport.

MS. JETER: Sure.

THE VIDEOGRAPHER: We're going off the record at 3:09 PM.

[A recess was taken.]

THE VIDEOGRAPHER: We're back on the record at 3:31 PM.

EXAMINATION

BY MR. DAVIS:

**Q. Mr. McComb, I want to just ask --**

**There was an exhibit earlier that we looked at that had to do with PepsiCola. There was an emblem on the exhibit.**

**I think you mentioned how Pepsi had signed on to**

**be a vendor of the park.**

**Is that right?**

A. Yes, I read that email.

**Q. Okay. Do you have any knowledge or information of Mr. Bicknell negotiating with Pepsi to be the vendor of choice for the park?**

A. Yes. From what I understand, Pepsi -- he had struck a -- he worked with Pepsi back in the days of Pizza Hut, so he was familiar with the people and everything.

But they were going to do the park, and I think they had put up -- they negotiated some sort of a number -- I don't know what that number was, but I think they maybe even put a -- I don't know it would be a -- retainer is not the right word, but a deposit or something at one point, to ensure them to be the -- the vendor on the park.

**Q. Okay. The exclusive rights to --**

A. Yes. Yes.

**Q. And this was a -- as you understood it -- a business arrangement that Mr. Bicknell was personally very involved in to help accomplish this?**

A. I believe so, yes.

**Q. At least that was your perception?**

A. That was my -- what my understand --

**Q. Yeah.**

A. He mentioned that he had -- he knew the people because he dealt with them from Pizza Hut.

**Q. Okay.**

A. And then Pizza Hut I think bought -- I mean, PepsiCo bought Pizza Hut, is what I think he was telling me.

**Q. We had earlier in the case taken the deposition of Josh Lee. Okay?**

**He's done what you've had to do here today. He gave a deposition.**

**Are you aware of that?**

A. Yes. I don't remember if he told me or somebody told me, but yes, I was aware of it.

**Q. Okay. And as I recall it, Mr. Lee had testified that he thought that the Three Ponies RV park -- or the plans for the RV park -- had been moved to Bernice, Oklahoma.**

A. Yes.

**Q. And that something there was being built or was going to be built.**
**Does that trigger a memory for you or any knowledge?**
A. I know that they had discussed that, because that's the lakefront property.
And I'll probably get it wrong, but it was one-and-a-half, two miles of grand lake shorefront that that property has.
And they thought that that would be a better -- Gene had thought that would be a better location.
And then I know they -- because I drop by it. I still have some things in Vinita.
So I drive by it occasionally, and I do see some work going on as far as land clearing, but I haven't seen any earth-type moving stuff.
**Q. Okay.**
A. But that would -- Josh would be in the know. So --
**Q. And this is land along the Bernice lakefront area you're saying that Gene Bicknell owns?**
A. Yes.

**Q. Okay. All right.**
**The land that we talked about earlier, the $12.7 million of land acquisition that you did years ago --**
**Are you still doing anything with Mr. Bicknell's land, like managing it or overseeing --**
A. No, not at this point.
**Q. Okay. Very good.**
**Do you have any dealings with Mr. Bicknell at present at all?**
A. Not in a -- I mean, I spoke to him maybe two times, two or three times over the last year, but that was pretty much it.
**Q. Okay. You're not doing any tasks or favors for him anymore?**
A. He hasn't asked me.
**Q. Okay.**
A. No.
MR. DAVIS: I appreciate your time, Mr. McComb. I'm finished. It was nice to meet you.
THE WITNESS: Nice to meet you as well. Everybody.
MS. JACKSON: I have no questions. Thank

you.

MS. JETER: All right. Thank you. He'll read and sign.

THE VIDEOGRAPHER: We are going off the record at 3:36 PM.

THE REPORTER: Can I just confirm with the attorneys? Same orders as the other depos in the case?

MR. NADEL: Yes.

MS. JETER: Yes.

MS. JACKSON: Rush.

THE REPORTER: Rush? When would you need it?

MS. JACKSON: Next week, about a week.

[3:35 p.m.]

[SIGNATURE RESERVED.]

C E R T I F I C A T E

I, Mark Arndt, a Certified Shorthand Reporter and Certified Court Reporter, do hereby certify that GENE MCCOMB, prior to the commencement of the examination, was sworn by me on September 23, 2026, to testify the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a true and accurate transcript of the proceedings as taken stenographically by and before me at the time, place and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in this action.

MARK ARNDT, CSR, CCR, CRR

CSR NO. 084-004711

CCR NO. 1398

Case: O. Gene Bicknell vs Richard M. Silanskas, Jr., et al.

Witness Name: Gene McComb

Deposition Date: 09/23/2026

Please be advised that the transcript in the above referenced matter is now complete and ready for signature. The deponent may come to this office to sign the transcript, a copy may be purchased for the witness to review and sign, or the deponent and/or counsel may waive the option of signing. Please advise us of the option selected. Please forward the errata sheet and the original signed signature page to counsel noticing the deposition, noting the applicable time period allowed for such by the governing Rules of Procedure. If you have any questions, please do not hesitate to call our office at (202)-232-0646.

Sincerely,

Digital Evidence Group

Copyright 2026 Digital Evidence Group

Copying is forbidden, including electronically, absent express written consent.

Digital Evidence Group, L.L.C.
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

SIGNATURE PAGE

Case: O. Gene Bicknell vs Richard M. Silanskas, Jr., et al.

Witness Name: Gene McComb

Deposition Date: 09/23/2026

I do hereby acknowledge that I have read and examined the foregoing pages of the transcript of my deposition and that:

(Check appropriate box):

( ) The same is a true, correct and complete transcription of the answers given by me to the questions therein recorded.

( ) Except for the changes noted in the attached Errata Sheet, the same is a true, correct and complete transcription of the answers given by me to the questions therein recorded.

_____________ DATE        ________________________ WITNESS SIGNATURE

_____________ DATE        ________________________ NOTARY

Errata Sheet

NAME OF CASE: O. Gene Bicknell vs Richard M. Silanskas, Jr., et al.

DATE OF DEPOSITION: 09/23/2026

NAME OF WITNESS: Gene McComb

Reason Codes: 1. To clarify the record.

2. To conform to the facts.

3. To correct transcription errors.

Page _____ Line ______ Reason ______

From ________________________ to ________________________

Page _____ Line ______ Reason ______

From ________________________ to ________________________

Page _____ Line ______ Reason ______

From ________________________ to ________________________

Page _____ Line ______ Reason ______

From ________________________ to ________________________

Page _____ Line ______ Reason ______

From ________________________ to ________________________

Page _____ Line ______ Reason ______

From ________________________ to ________________________

__________________________

GENE MCCOMB

## Exhibits


**Hedrick Exhibit 30** 112:10
**Hedrick Exhibit 31** 113:14
**Hedrick Exhibit 32** 113:20
**Hedrick Exhibit 33** 114:15
**Hedrick Exhibit 34** 115:12
**Hedrick Exhibit 35** 115:22
**Hedrick Exhibit 36** 116:13
**Hedrick Exhibit 37** 117:20
**Hedrick Exhibit 38** 118:12
**Hedrick Exhibit 39** 118:21
**Hedrick Exhibit 40** 119:13
**Hedrick Exhibit 41** 120:2
**Hedrick Exhibit 42** 120:16
**Hedrick Exhibit 43** 121:3 122:9,10
**Hedrick Exhibit 44** 128:9
**Hedrick Exhibit 45** 129:6
**Hedrick Exhibit 46** 130:21
**Hedrick Exhibit 47** 131:11
**Hedrick Exhibit 48** 133:4
**Hedrick Exhibit 49** 137:3
**Hedrick Exhibit 50** 145:8
**Hedrick Exhibit 51** 146:19
**Hedrick Exhibit 52** 147:22
**Hedrick Exhibit 53** 149:10
**Hedrick Exhibit 54** 151:4
**Hedrick Exhibit 56** 152:3
**Hedrick Exhibit 57** 153:9 196:9
**Hedrick Exhibit 58** 158:11
**Wilhite Exhibit 136** 207:5,8
**McComb Exhibit 354** 4:6 10:14,17,18 67:19
**McComb Exhibit 355** 4:8 15:9,10 17:5,13
**McComb Exhibit 356** 4:10 23:3,6
**McComb Exhibit 357** 4:12 49:10,14
**McComb Exhibit 358** 4:14 54:8,11
**McComb Exhibit 359** 4:16 56:7,10
**McComb Exhibit 360** 4:18 57:10,13 58:2
**McComb Exhibit 361** 4:20 58:14,17
**McComb Exhibit 362** 5:1 68:18,21 70:4
**McComb Exhibit 363** 5:3 69:17,20
**McComb Exhibit 364** 5:5 70:16,19
**McComb Exhibit 365** 5:7 72:22 73:3
**McComb Exhibit 366** 5:9 75:7,10,11
**McComb Exhibit 367** 5:11 78:2
**McComb Exhibit 368** 5:13 86:8,11
**McComb Exhibit 369** 5:15 90:5,8
**McComb Exhibit 370** 5:17 97:10,13
**McComb Exhibit 371** 5:19 247:16,18 249:16
**McComb Exhibit 372** 5:21 251:5,8
**McComb Exhibit 373** 6:1 252:14,17
**McComb Exhibit 374** 6:3 254:18,21


## $


**$1.25** 250:12
**$1.5** 249:7
**$10,000** 248:22 250:5,10

**$100** 73:22 74:4,8

**$12,708,847** 69:5,14

**$12.7** 186:3 261:2

**$120,000** 235:14,22

**$13** 74:10

**$150,000** 235:22

**$160,000** 235:14

**$2** 132:16 193:5 195:1,9 221:17 222:10,13, 19 256:17

**$2.2** 131:22 230:1 240:10 243:8

**$20** 92:14 93:14

**$25** 248:20 249:18

**$300,000** 235:11 236:2

**$375,000** 249:6

**$400,000** 249:14

**$5,000** 248:21 250:5,10

**$500,000** 235:11 236:3 249:14

**$6** 146:9

**$60** 74:22 92:13 195:5,8

**$600,000** 249:14

**$7** 65:8 146:9

**$80** 74:22 92:17

**0**

**000038** 114:5

**000130** 114:18

**000177** 115:15

**000585** 116:17

**000644** 116:3

**000651** 118:1

**000665** 118:15

**001281** 137:6

**001286** 137:17

**001669** 129:9

**001965** 128:13

**002004** 128:13

**002064** 119:3

**002093** 119:3

**002125** 119:16

**002351** 131:14

**002446** 133:7

**002585** 120:5

**002618** 120:20

**003106** 121:7

**004403** 153:13

**004515** 90:8

**004829** 131:2

**005010** 112:17

**008488** 97:14

**008735** 158:5

**009685** 114:6

**010198** 54:11

**010348** 58:20

**010555** 56:10

**010921** 58:17

**012227** 151:7

**012370** 15:14

**013134** 148:3

**013161** 145:12

**013782** 147:1

**05** 153:15

**06** 153:13, 15

**1**

**1** 242:1

**1,386** 174:4

**1.5** 249:4

**10-29-24** 158:17

**100** 235:1

**1017** 68:22

**10899** 57:13

**10:56** 97:6

**110** 41:18, 22

**11:07** 97:9

**12** 112:18

**1248** 219:1

**1289** 137:7

**12:09** 15:19, 21

**12:10** 143:1
**12:46** 143:4
**12:48** 66:21
**12th** 214:20
**131** 114:19
**136** 207:5, 8,15
**13848** 252:17
**13873** 70:20
**13891** 254:21
**14580** 75:10
**150** 62:18
**15th** 69:2, 22
**1676** 129:10
**178** 115:15, 16
**17th** 252:19
**18264** 73:4
**18th** 52:17 53:10
**1950s** 109:22
**19th** 251:11
**1:14** 162:13
**1:15** 162:16
**1st** 78:7

**2**

**2** 119:20 128:13 189:12 242:3
**2,000** 164:5
**20** 93:11 94:8 105:11 248:20 249:18,20
**2020** 15:19
**2021** 105:10
**2022** 15:21 17:20 19:3 54:13 59:1,8 69:15 112:14 163:19 246:4
**2023** 49:19 56:12 58:2 69:2,15,22 70:21 77:17 78:7 145:22 208:1 233:13 234:2 251:11 252:19 255:1
**2024** 19:3, 22 20:13 23:9 73:6 90:10,13, 18 97:16 105:10 131:20 136:9 150:22 153:5,22 196:13 246:4
**2025** 161:4
**2026** 9:8
**20th** 73:6
**2173** 119:17
**21st** 97:16
**22** 24:8
**23** 163:19 220:2
**23rd** 9:8 15:19,21 17:19
**24** 24:9 154:6 163:19
**2452** 133:8
**25** 184:17
**26** 131:20
**2614** 120:6
**2648** 120:22
**2657** 97:19, 21
**26th** 90:9
**27th** 23:9
**28th** 58:2
**29th** 159:2
**2nd** 254:22

**3**

**3** 189:12
**3-4-24** 147:5
**30** 112:9, 10,13
**300** 62:18
**300-room** 132:6
**30s** 110:1
**30th** 56:12 70:21
**31** 113:13, 14 114:4
**3152** 121:7
**31806** 106:5
**31st** 150:22
**32** 113:20 114:1,6,11
**320** 115:19
**320-acre** 132:7
**323-2657** 13:1
**33** 114:15, 18
**34** 115:12, 15

**35** 115:22 116:3
**3535** 247:19
**354** 10:14, 18 67:19
**355** 15:9,10 17:5,13
**356** 23:3,6
**357** 49:10, 14
**358** 54:8,11
**359** 56:7,10
**36** 116:13, 16
**360** 57:10, 13 58:2
**361** 58:14, 17
**362** 68:18, 21 70:4
**363** 69:17, 20
**364** 70:16, 19
**365** 72:22 73:3
**366** 75:7, 10,11
**367** 78:2,5
**368** 86:8,11
**369** 90:5,8
**37** 117:20 118:1
**370** 97:10, 13
**371** 247:16, 18 249:16
**372** 251:5,8
**373** 252:14, 17
**374** 254:18, 21
**375** 249:4
**38** 118:12, 15
**39** 118:21 119:2
**3:09** 257:12
**3:31** 257:15
**3:35** 262:14
**3:36** 262:5
**3rd** 49:19 54:13 209:7,16 220:2

**4**

**4** 11:17
**40** 119:13, 16 235:1
**40-hour-a-week-type** 164:6
**41** 120:2,5
**419867** 69:20
**42** 120:16, 19
**43** 121:3,6 122:10
**44** 128:9,12
**4405** 154:1, 5 156:2
**4406** 155:7
**4460** 120:14
**45** 129:6,9
**46** 130:21 131:2
**47** 131:11, 14
**48** 49:15 133:4,7 159:11
**4836** 131:3
**49** 137:3,6
**4:06** 59:1
**4:20** 59:8
**4th** 208:1

**5**

**5-30-24** 148:8
**5-31-24** 149:18 152:10
**50** 145:8,11 235:1
**501(c)(3)** 103:2
**50s** 175:9
**51** 146:19, 22 255:19, 22
**516457** 86:11
**52** 147:22 148:3
**53** 149:10, 13
**54** 151:4,7
**56** 152:3,6
**57** 153:9,12 196:9
**58** 158:7,9, 11
**59** 158:4
**598** 106:5

**6**

**6-27-24** 151:15
**60** 116:22
**610** 116:17
**617-621-4029** 251:13
**650** 116:4
**654** 118:2

**66** 63:13
**666** 118:15
**67** 255:6

7

**74344** 106:6
**7435** 23:7
**7792** 207:9, 10
**7832** 207:10
**7th** 58:22 59:8 154:6

8

**8** 11:18 153:22 159:1
**839** 247:8, 10 248:8
**8553** 251:9
**870-230-00** 255:4

9

**9-25** 145:22
**91** 167:1,5
**91-year-old** 35:15
**918** 12:21
**918-323-28** 97:18
**98809** 78:5
**99** 207:1
**9:05** 9:1
**9:06** 9:3
**9:51** 69:2, 22

A

**a.m.** 9:1
**absolutely** 12:7 15:7 18:20 34:12 37:22 38:5 45:9 123:11 138:14 164:19 168:4,6 177:18 180:10 256:15
**accept** 152:20
**access** 71:10 91:9,10,18 157:14,15 219:19 223:1
**accommodate** 230:9,12
**accommodating** 230:11
**accomplish** 258:22
**accomplished** 181:17 192:16
**accomplishments** 194:1,2
**account** 234:12
**accountant** 22:21 237:4
**accounting** 91:11 92:4,10
**accurate** 41:20 59:10,16, 22 166:10 170:12 171:9 195:19 215:18,19, 20 226:22
**accusation** 197:13
**accusations** 200:6,8 201:5
**acknowledge** 152:14,19
**acquire** 74:1,5 186:2 187:17
**acquired** 186:2 188:8 227:6
**acquisition** 76:4 226:20 227:11 261:3
**acquisitions** 75:19
**acre** 248:22 250:5,10, 12 256:17
**acreage** 76:13
**acres** 62:18 248:20 249:18,20 255:19,22
**actions** 46:7
**activities** 72:10 172:22 180:15 206:5
**acumen** 167:1
**Adams** 43:20 44:3 149:15,16 160:7 223:10 242:11
**additional**

233:20

**address** 11:8 50:2 106:4

**adequate** 87:17

**ADG** 118:6, 10 122:16 133:10

**adjust** 242:10

**administrative** 103:17

**admitted** 36:2 37:17

**advance** 72:12 226:11

**advanced** 167:14 182:22 201:12

**advantage** 88:21

**advised** 118:7

**advising** 40:13

**affected** 104:19

**affiliations** 9:12

**afford** 147:8

**afternoon** 162:19,20

**age** 167:1, 14

**agenda** 133:10

**agent** 188:6 227:19 228:1

**agree** 168:22 170:19 180:18 209:13 217:2 227:10 248:17

**agreements** 155:14,15, 19

**agrees** 242:17

**ah-ha** 253:19

**ahead** 81:13 87:9,10 152:20 161:18 244:12

**air** 125:5 187:11

**airport** 130:5 257:9

**Alabama** 80:17

160:16

**alarm** 146:14

**aleck** 255:11

**allegation** 35:17

**allegations** 11:22

**alleges** 35:12 36:10

**allotments** 171:19

**allowed** 195:15

**ambition** 231:20

**American** 13:10 14:8 38:10 41:13 42:6,9,22 44:22 60:8 68:1 74:8 79:17 83:15 85:8 87:6 90:15,19 98:18 100:14 101:19 104:2 105:12 106:8,12 107:3 121:20

130:10 131:6,16, 21 141:20 160:4 234:4 236:21 237:15 240:5 241:21 248:12 249:20 256:1

**amount** 44:17 134:20 163:18 195:6 223:11

**amounts** 93:22

**analysis** 113:10 116:18,20 209:20

**announce** 53:5,8 132:1 149:22

**announced** 132:15,16 248:14

**announcement** 53:15 54:3 76:3 106:7,11 132:15 137:9

144:14,18 248:6 249:20

**announces** 131:17

**announcing** 251:14

**answering** 118:7 221:22

**anymore** 98:3 261:14

**anyone's** 200:4

**Apec** 127:8, 9,11

**apologies** 150:11

**apologize** 19:13,19 149:21 152:17

**appears** 150:22

**appraisal** 75:12

**appraisers** 188:11

**appreciation** 256:9

**approach** 95:8

**appropriations** 245:15

**approval** 156:11 205:4

**approximately** 105:11 159:11

**Aquafina** 132:4

**arbitration** 213:5,9,14 236:6

**area** 31:20 64:10 105:18 111:5 113:10 114:9 171:18 172:12 174:2 188:20 203:5 235:21 237:22 250:4,9 260:21

**Arkansas** 174:5

**Army** 119:22

**Arndt** 9:9,10

**arrange** 150:10

**arranged** 68:10

**arrangement** 258:21

**article** 37:17 81:5,9,18 82:3,6 220:14

**articles** 38:13 83:2 240:21

**aspect** 177:9

**asphalt** 127:3

**assembled** 102:19

**assets** 155:16 156:13

**assume** 42:19 177:10 187:2,6 212:3

**assumed** 81:19 252:10,11

**assuming** 75:13,15, 16 86:21 153:6 200:22 205:21 216:19 217:16

**assumption** 212:4,10

**attachments** 208:10,13

**attempted** 38:10 82:8

**attend** 99:11 217:12

**attendance** 87:15

**attended** 99:13

**attending** 100:10

**attention** 82:18 212:8

**attorney** 20:20 28:1,4 30:4,20 31:1,8 121:16 151:18 154:11,12, 14 156:4 157:17 158:1 214:18 215:1,4

**attorneys** 11:6 28:18 30:5 31:6 156:15 262:7

**attraction** 111:17,18
**attribute** 174:5
**audience** 209:19
**August** 15:19,21 17:19 58:22 59:8
**Avenue** 247:8
**average** 166:7 195:5
**aware** 12:8 13:9,19 83:2 93:9 105:1 178:4 179:21 204:17 210:3,14 259:15,17
**awkward** 163:10

**B**

**Babendreier** 9:15 158:8
**back** 15:3 28:15 30:12 33:8 61:16,21 62:13 67:1 69:11 83:5 91:4 97:8 125:15 143:3 144:14,18 148:22 153:15 154:2 160:16,17 162:15 171:17 193:8 194:19 195:11 196:12 197:11,16, 19 200:14 202:5 217:4 221:11 229:13 232:18 242:9 243:12 246:6,11, 12,13 257:14 258:8
**back-up** 102:11
**backer** 102:6,8
**bad** 29:14 59:19 140:13 199:19 203:4,7
**Baker** 243:15
**balance** 52:5,9
**balk** 193:7
**bandwidth** 187:14
**bank** 102:8 234:12
**bar** 30:13
**bargain** 250:13
**barn** 247:15
**Baron** 213:1
**based** 52:20 122:18 200:17 201:3 240:3 249:9
**basically** 25:12 51:12 66:22 70:6 87:20 88:16 104:12,19 105:5 115:5,8 134:2 175:14 250:11,14, 21
**basis** 178:10 195:2
**bates** 112:15 114:3,4 207:8
**Bates-labeled** 73:4
**Bates-number** 49:14
**Bates-numbered** 247:18 251:9
**bathroom** 231:7
**battling** 26:21
**Bear** 226:3
**beat** 19:17
**began** 173:4 184:15
**begin** 94:11
**beginning** 11:6 75:18 90:14,18 112:8 163:19 193:11
**behalf** 9:17 124:3 127:2 172:22
**belief** 188:22 190:13
**believed**

45:3,5,12 46:18 47:10,17, 21 48:6 170:6 240:19 241:1,5

**believes** 47:7

**benefit** 76:13 103:3

**benefitted** 256:14

**Bernice** 259:21 260:20

**betterment** 228:8

**Bible** 190:15 191:2

**Biblical** 60:6

**Bicknell** 9:5 10:7 14:11 15:6,18 17:17 19:1,22 20:4,7,14, 19 21:1,6, 8 22:16, 17,22 23:8 24:7 25:2, 16 34:20 35:12,15, 21 36:10, 13,21 37:4 38:4,9,18 42:22 44:5,11 45:10 46:1 47:6 48:15 49:18 50:5,17 51:6,9,10 52:1,19 60:7,11,17 67:22 69:1,13 70:7,11 73:13,16 77:5 79:4 80:4 82:9 83:12 88:20 89:17 90:10,14, 18 93:21 95:4,10, 16,20,22 96:9 97:15 98:2,8,19 99:8 101:13,18 102:2,19 103:2 109:11 119:8 123:21 133:1 147:8 148:5,9 150:14 151:9 153:19 159:16 165:13 166:11 167:13 168:18 169:1 170:5,18 173:4 176:10,11, 12 177:3 178:2,3 179:17 183:7 186:1 188:15 193:7,11, 22 194:21 196:11 197:3,4,15 205:9 206:4 207:18 209:7,8 210:3,12 211:8,22 213:6,18 215:7 220:21 221:21 222:6,10 227:1,13 231:15,19 233:13,19 236:15 238:22 239:5,12 240:3,12 241:9 242:6 244:17 246:5,20 258:5,21 260:21 261:8

**Bicknell's** 20:20 22:2,9,20 25:20 42:8 49:16 100:11 121:16 170:20 200:14 227:19 261:4

**big** 13:7 100:6 111:8,17, 18 125:6, 9,13 164:14 223:17 231:13 235:11 245:4,11

**bigger** 111:15

**Bigger-than-life** 166:19

**Bill** 22:20 23:22 91:19

129:17 237:3
**billed** 235:9
**billing** 153:2,4 234:15
**billion** 65:8 131:22 132:16 193:5 195:1,9 221:17 222:10,13, 19 230:1 240:10 243:8
**bills** 93:15 202:15
**bit** 145:19 169:15 176:9 183:13 191:2 202:19 212:11 219:4 223:22 242:10
**Biz** 251:15, 16 252:2,4
**blah** 93:15 147:14
**Blatt** 118:6, 10 122:16 133:10,13
203:1,16
**blind-sided** 82:20
**blindfolded** 49:8
**bloc** 103:10
**blow** 255:17
**blue** 235:5
**board** 172:17 174:20 194:15
**body** 168:20
**bold** 11:8
**bones** 31:22
**books** 92:12
**bore** 115:10
**boring** 114:21
**born** 141:6 171:15
**boss** 224:7, 9
**bottom** 23:7 116:7 137:17 154:5
**bought** 65:6, 12 66:19 69:10 105:15 125:3,4,6, 9,11
172:8,9 188:17 225:19 232:14 259:8,9
**boundary** 120:15
**Bow** 80:15, 17
**Bowl** 99:11, 19
**boy** 65:5
**brand** 125:7 132:3
**branding** 100:1,7 144:15
**Branson** 175:16,17, 19 176:2 196:5
**Braum's** 247:14
**break** 96:20 97:1,3 142:17 229:10 257:4,8
**briefly** 29:6 31:10 109:2 122:15
**brilliant** 45:14
171:4
**bring** 64:5 110:14 130:8 132:3 144:15
**bringing** 82:18 173:5
**broad** 239:7
**brotherly** 20:7
**brought** 67:8,11,17 122:22 205:19 234:21 245:10
**brush** 125:11
**Bryan** 254:9
**budget** 195:7
**build** 109:11 111:16 122:5 126:1 130:16,17 135:1,4 143:18 145:1 175:10 221:13,14 231:20 232:3
**builder** 85:3

121:21

**building** 87:16 88:10 101:11,19 136:12 200:19 230:2 231:16 243:7

**built** 66:9 71:11 75:16 76:18 77:16,18, 22 185:3, 12,14 197:7 249:11 260:1,2

**bulk** 35:4

**bunch** 39:4 121:12 133:17 152:8 158:14

**burdened** 202:17

**buried** 31:22

**burned** 183:14

**business** 64:8 85:9 100:1 152:15 168:12 175:1 176:16,17, 21 177:3 204:12 258:21

**businesses** 141:7 167:10 172:4,6,7 179:8

**businessman** 167:8 170:20 182:17

**businessmen** 167:11,16

**businesspeople** 142:4

**busy** 61:12

**butt** 253:10

**buy** 65:15 66:6,12 175:10 202:3 243:11 244:6 255:12

**buying** 65:10 127:20

**C**

**cab** 125:4

**Caleb** 9:9

**call** 25:7, 8,13 29:3, 5 31:4 45:16 61:22 80:10 84:11 94:16,17, 18 134:9, 10 179:2 205:13 206:11 223:12 224:18 243:17,20 244:1 245:5,6,19 250:19

**called** 14:4 20:3 25:14 26:16 28:2 29:9 30:10,12 61:3,16 62:1,3,13 83:4 117:4,5 127:13,18 202:8 235:17,18 243:10 244:5 245:6

**calling** 245:17

**calls** 61:21 165:15 190:3,5

**camaraderie** 66:9

**camera** 139:4 199:20

**camp** 140:17

**campaign** 35:14,20

**cancel** 52:20

**candid** 197:4,5

**capacity** 25:20 227:19

**capital** 208:14,19 209:1,4

**capitalist** 210:4,13 211:10,13 212:2 220:3

**captioned** 39:9

**care** 72:7 73:17 125:12 178:13 191:9,10 205:14 206:11 226:17 242:17,18 244:12

250:20
**cared** 231:2
**career** 188:3
**careful** 215:14
**carrot** 179:1
**case** 11:6 12:10 13:4 34:17,20 35:7 39:17 259:11 262:7
**cash** 65:8
**casual** 190:6
**Catherine** 39:13,16, 19 40:15 41:1,9 44:6 169:2
**Catherines** 169:5
**caught** 83:7, 11 169:22
**caused** 25:18 98:8
**CC'ED** 53:16
**CEC** 118:4
**celebrate** 138:17
**celebrity** 168:8
**cell** 15:17
**central** 86:1
**CEO** 26:6 141:2
**ceremony** 106:7
**certification** 118:17
**certified** 22:21 28:6
**chain** 197:2
**chains** 154:2,8
**chairman** 129:18
**challenged** 156:14
**chamber** 129:19,22 130:1
**chambers** 110:21
**chance** 136:1
**change** 24:11 25:20 140:5,7 150:1 199:4
**changed** 24:22 26:1 80:2
**charge** 233:4
**charges** 158:21
**charities** 111:3 232:3,9,12
**charity** 111:2,6,7, 8
**Charlotte** 70:21
**check** 245:7
**checked** 123:2
**checking** 14:5
**cheesy** 139:14
**Cherokee** 71:20 103:3,8,18 104:19
**chewed** 253:10
**chief** 71:20
**children's** 219:11
**chitchat** 25:12
**chitchatted** 25:10
**choice** 258:6
**chosen** 87:16
**Chris** 9:22 29:18,19 162:21
**Chris's** 61:2
**Christian** 190:21
**Chuck** 103:15,16, 17
**cigar** 30:13
**Cindy** 24:1 97:16
**circle** 168:5 174:9
**circumstances** 11:21 51:5 234:9
**citizen** 177:13
**city** 62:9 63:22 64:19 65:1 66:21 108:10 164:17 174:8,9 175:16,20 189:18 231:13
**civic** 34:3
**civil** 113:18 118:4,9
**claims** 11:12
**clarification** 118:8
**clarify**

150:9,20
**clear** 197:15 242:13
**clearing** 260:15
**Cliff's** 65:5
**close** 15:6 16:10 96:18 146:7 163:13 166:12 224:5 225:20 244:10 257:7
**closely** 221:10
**closer** 65:1
**closing** 66:22
**clubs** 225:19
**clue** 42:17 147:9 251:21
**code** 117:10,16
**code-named** 75:5
**coerced** 35:8
**cold** 81:22
**collection** 15:16
**come-and-go-type** 223:20
**comfortable** 47:22 207:3 244:15
**commanding** 36:14
**comment** 66:14 102:13 135:1,2 194:17 254:14
**commenting** 140:4
**comments** 240:3 254:9
**Commerce** 62:9 70:22 71:5
**commercial** 76:13
**commissioned** 204:2
**commitment** 130:18,20
**committed** 150:12
**common** 190:11,13
**communicate** 46:2
**communicated** 25:1 26:8 30:7 32:3,6 37:11 126:21
**communicates** 45:20
**communicating** 71:4 139:20
**communication** 23:11 26:11 79:7 132:18
**communications** 22:3,9,20 33:9 153:14
**communicative** 24:14
**community** 14:20 32:15,21 61:5,15 62:8 64:12 72:19,21 73:15 104:14 110:3 140:9 142:6 147:12 150:5,7 164:19,20 165:9 167:11 171:10 172:3,14,17 173:1,5 177:13 181:18 188:14 228:9 242:2
**comp** 41:15
**companies** 84:15,17 211:13
**company** 84:22 127:11 138:7 174:20 204:7 209:4 241:18
**comparing** 60:12
**compensated** 72:3 125:15 160:3 232:18
**compensating** 86:2
**compensation** 41:13 42:6 72:9 134:15,18,20 232:20
**competitor**

125:7
**complaint** 11:2,4 12:1 34:19 35:12 36:8 39:16 41:22 42:2 46:18 47:4
**complete** 100:20 101:1,4,15 102:20 106:13 151:1 231:5
**completed** 36:16 42:10 77:3
**completely** 19:14
**completing** 240:9
**completion** 240:5
**complex** 25:22 167:21
**con** 175:3 197:6
**Concept** 131:7
**concerned** 26:22 234:3
**conclude** 92:7 183:22
**concluded** 222:18
**concrete** 127:3
**conduct** 241:3
**confidant** 168:9 227:13
**confide** 220:22
**confident** 170:20
**confidentiality** 145:20
**confiding** 66:10
**confirm** 262:6
**confirms** 59:10
**confusion** 17:4,15 132:20
**conglomerate** 83:21 84:7
**connected** 63:12 68:1 141:4 164:17
**connection** 226:1
**conned** 197:8
**consequences** 179:21 180:7
**considers** 190:20
**conspiracy** 36:12,20 37:3 38:3
**construct** 73:21
**constructed** 256:12
**constructing** 233:5
**construction** 36:15 127:5 236:20
**Consultants** 119:6
**Consulting** 128:16 213:16,18
**consummated** 230:6
**contact** 71:8 86:20 87:1 203:16 204:7 210:13 212:1,14
251:22
**contacted** 14:14,15, 16,17 62:9,12 66:3,5 95:12 123:9 173:3 204:3 205:17
**contacts** 168:11,12 203:13
**contamination** 64:2
**context** 60:7 94:10 179:16 180:22 195:7 233:18
**contexts** 76:7
**continue** 49:3 99:9 150:13 152:19,21 184:6
**continued** 133:1 135:15 161:3
**contract** 66:20

131:5 146:7

**contractor** 235:21

**contractors** 123:1,10 135:14 136:3

**contracts** 123:13,22 124:5,10, 13 150:9

**control** 178:3 195:16 224:15

**convenience** 96:20

**converge** 84:19 134:5

**conversation** 29:21 49:3 59:11,12 62:6 63:8, 19 64:16 82:16 89:14,16 91:4 93:20 94:11,14 95:4,17 96:10 98:16,19 99:1 102:4,18 143:7,17 144:7,9 157:3,7 158:3 193:21 202:22 210:20 212:15 238:21 239:4,13, 19 244:7,8

**conversations** 30:2 77:1 96:2 111:10 154:20 157:9,16, 20 160:10, 13,21 173:13 183:2 205:22 206:16 239:5,11

**conviction** 190:18

**convincing** 36:12

**cooperate** 180:12

**coordinate** 20:14

**coordination** 116:12

**copied** 196:14 214:10,15 254:6

**copying** 73:6

**core** 53:13

**corner** 15:13 250:7

**Cornwall** 33:12

**Cornwell** 33:12 71:15,16 73:6,9

**Corp** 65:5

**Corps** 119:22

**correct** 12:15,20 16:6 17:17 18:6 20:1, 15 22:3,9, 17,18 23:2,9,10 39:9,10 44:6 50:7, 17 52:21 54:13 58:3 59:1 68:6, 15,16 69:13,16 70:1,14 72:19 73:7 77:12 78:8 90:12,18 92:18 96:10 109:3 113:11 114:13 121:17,18 139:10 153:7 159:13,16, 19 160:2 161:4,8,9, 11,13 162:22 163:15 167:2,5,8 177:14,17 227:13 234:1 240:10 242:7 243:2,3 251:17 255:6

**correction** 124:11

**correctly** 103:9

**correspondence** 112:22

**cost** 132:9 192:21 193:5 195:1,2 221:17,18 240:10 243:8

**costs** 73:20 74:1,5

**counsel**

16:11 27:8,12 96:18 232:17 237:9

**Counselors** 9:11

**count** 165:22

**country** 168:12 231:9

**County** 104:20 116:22 213:20,22 214:2,11

**couple** 20:17 37:14 122:7 186:12,13 211:3 225:17

**court** 9:10 10:22

**Craig** 116:22

**Crawford** 213:20,22 214:2,11

**crazy** 45:17 147:14 221:19 248:6

**created** 119:21 161:15 237:12

**creating** 40:19 41:1,5,9

**Crossland** 21:20 150:11 152:17 153:1,3 213:13 234:14 236:6

**crowds** 139:4

**Crowe** 27:22 28:7

**Cummings** 84:15

**cup** 199:14

**curious** 58:10

**current** 106:4

**Custom** 121:2

**cut** 188:21 222:22

**D**

**D.C.** 156:15

**dad** 85:20 172:4,16 208:5 209:15 220:4

**daily** 58:6 169:7

**Dallas** 174:9

**damage-control** 150:20

**Dana** 25:15

**dancing** 199:18

**Darren** 78:7

**data** 119:19

**date** 25:3 53:15 145:21 147:4 149:17 151:14 152:9 153:20 158:16 208:4

**dated** 23:9 49:19 54:13 56:11 58:2,19,22 69:1,22 73:6 78:7

**daughter** 85:20 99:16,17

**Davis** 9:22 29:13,19 30:5 47:12 114:3 142:21 158:7 162:3,11, 18,21 201:8 207:12,15, 16 228:3, 17,21 229:2,6 243:1 257:3,17 261:18

**day** 33:22 50:10 52:12 53:22 63:6 67:8 76:2 84:9,14 89:5 103:14 123:16 126:9 138:16 148:7 170:1 172:21 182:1 183:6 188:15,16 191:11,16 201:4 209:7

**Dayborn** 78:7

**days** 58:6 59:18,19 176:1

192:20 194:20 258:8
**dead** 183:22 222:3
**deal** 27:21 54:1 103:7 146:8 180:8 220:18
**dealer** 129:20
**dealership** 50:3 85:17 171:20
**dealing** 85:21 167:7
**dealings** 73:12 82:4 261:8
**deals** 176:22
**dealt** 167:10,16 188:2 209:2 259:6
**debt** 92:18, 19 93:2,6
**debts** 98:17
**December** 23:9 97:16
**deception** 35:14,21
**decided** 65:1 98:13 173:13 175:10 180:8 183:8 188:21 231:15
**decision** 53:18
**decline** 177:18
**declined** 26:2 217:12
**decorated** 223:18
**Deere** 125:4
**defendant** 9:18,21 10:20 232:17 237:9
**defendants** 35:13 108:21
**defenses** 11:12
**define** 85:10
**definitive** 156:13
**defraud** 35:15,21
**defrauded** 88:21 89:1
**degree** 170:15,22
**deliver** 215:16
**deliverables** 159:15 161:15 196:2,4 237:11,14 238:9
**delivered** 161:16
**demographics** 174:10
**demonstrated** 159:12
**Demonstrations** 159:18
**denied** 219:19
**Denny** 14:16, 17 60:18, 21 61:12, 16,17,21 62:15
**dense** 76:14
**Department** 62:9 70:22 71:5 121:10
**depending** 246:14
**depict** 166:10
**depleted** 127:22
**deponent** 9:20
**depos** 262:7
**deposit** 258:15
**deposition** 9:4,7 10:12 12:6 33:2 95:11,22 257:7 259:12,14
**depressed** 63:21
**derogatory** 187:6
**describe** 14:10 40:6 116:11,16, 19 121:22 131:15 142:7 147:2 163:17 167:20 201:15 226:20
**design** 74:1, 5 131:5 143:18 145:1

159:18
**designer** 121:21
**designing** 136:12
**desk** 194:5
**desktop** 120:9
**destination** 131:22 176:3
**destroy** 16:16
**detailed** 113:9
**details** 103:12 186:16 187:14
**determination** 119:19
**determining** 136:15
**Detroit** 174:22
**develop** 65:1 76:12 117:16 148:13,17 219:17
**developed** 14:21 109:15 163:13
**developer** 131:8
**development** 11:21 38:10 62:8 76:21 79:17 85:8 116:21 117:1,4 120:8 131:6 150:1,13 152:21 159:19 160:4 161:3
**devote** 187:14
**devoted** 165:12 177:13
**devoting** 164:12
**Dew** 132:4
**differently** 176:5
**difficult** 57:21 246:8
**dig** 128:1
**diligence** 209:20
**diligently** 135:13
**dime** 241:18
**dinner** 191:14
**dinners** 241:13
**direct** 60:1 123:5 126:14 173:12,18 200:15
**directed** 212:13,17, 18
**directing** 180:14
**direction** 205:4
**directly** 13:16 29:1 46:12 53:1 108:4 232:22 255:22
**director** 75:19 76:3
**disappointed** 151:19
**discard** 46:14
**disclosing** 11:11
**disclosures** 10:20 67:18
**discounted** 127:21
**discoverable** 11:10
**discrepancy** 149:5
**discuss** 43:4 60:6 129:16 220:21
**discussed** 34:16 36:8 87:13 93:14 121:16 132:9 134:21 136:7 159:21 226:11 260:5
**discussing** 53:14 54:3 120:11 129:4 154:8 182:19
**discussion** 100:19 103:1,4 110:11 143:17 154:22 162:14

196:20 211:5 229:22

**discussions** 77:4 100:22 110:16 111:20 113:9,17 141:18 153:1 155:1 182:21 203:22

**disheartened** 90:21

**Disney** 111:11 122:3 174:18 175:10

**disparage** 200:3

**dispense** 42:9

**dispute** 22:16 213:17 236:20

**disrespectfully** 204:5

**distant** 24:8,10,21

**distinction** 55:8

**doc** 91:9

**docket** 11:1 13:13

**docs** 156:3

**document** 10:12,17 11:5 15:8, 15 16:14 23:6 49:13 70:19 113:3 118:4 137:10 247:20

**documented** 183:1

**documents** 12:3 33:8 73:20 121:13 122:7 246:20 247:5

**Dollar** 175:16,19

**dollars** 92:17 93:11 146:9

**door** 103:21

**doubt** 256:19

**doubts** 184:16

**draft** 254:2

**drainage** 113:10

**draw** 55:8

**drawings** 161:14 237:11,14 238:9

**drink** 132:1

**drive** 260:14

**drop** 260:12

**drove** 218:2 225:16

**due** 155:5

**Dunlevy** 27:22 28:8

**duped** 38:8

**duress** 137:15

**duty** 34:3

## E

**earlier** 50:10 53:8 67:19 70:4 134:14 143:7 144:2,19 163:2 168:16 169:9 170:9 172:21 185:21 196:8 198:12 240:2 257:19 259:11 261:2

**early** 30:19 39:1 48:17 176:1 184:16 192:20 194:20 198:20 221:11 246:6

**ears** 64:12

**earth-type** 260:16

**easiest** 31:16 88:1

**East** 247:8, 10

**economic** 64:5

**economically** 177:16

**economics** 64:7

**edge-wise** 84:9

**effect** 192:14

**efforts** 211:9

217:8

**elected** 110:4

**electric** 84:21

**electrical** 141:1

**electron** 224:17

**electronic** 224:17 247:20,22

**Elig** 64:19, 21 65:5 68:6

**email** 23:8 44:12 49:18,21 50:5 69:1, 21 70:4,6, 14,21 73:5 78:6 90:9 98:3,5 112:13 114:8 145:14 153:14,16, 18 154:1, 7,17,21 155:21 156:22 192:4 196:10,15 197:2,12, 15 207:18 208:11 209:5,12, 15 219:9, 13 220:1 258:3

**emails** 39:11 98:11 129:11,13, 16 156:5 169:2 170:21 214:10 215:11 219:5 246:19

**embarrassment** 152:21

**emblem** 257:20

**Emily** 66:21 214:12

**encounter** 189:9 198:14

**encounters** 189:10

**end** 19:15 20:13 28:18 73:17 179:3 182:1 185:7 192:5 202:12 229:2,4 242:14

**ended** 64:22 65:10,21 172:7

**enforcement** 13:9,20 14:8

**engineer** 85:2

**engineering** 113:18 120:9

**engineers** 118:5,10 119:22

**Engle** 214:12

**ensure** 258:16

**entertained** 210:21

**entertainment** 22:22 26:5 75:21 76:12 86:18 116:9 131:22 237:2

**entire** 82:6 150:14

**entourage** 83:21 84:7

**Environmental** 119:6 128:15

**envisioned** 185:8

**EPA** 235:5

**EPX** 116:8

**equipment** 124:22 125:13 232:13 234:21

**estate** 20:1 31:15 74:11 102:14 124:5,10 149:3 176:22 188:3,6,8 213:20,21 214:3,11, 14 218:16 227:6 249:10

**estimate** 164:8 165:12

**event** 100:6, 9

**events** 52:20

**eventually** 185:2 230:10,11 242:3

**evolved** 86:1

**exact** 56:3 66:4 153:6,7 186:10

**EXAMINATION** 10:2 108:22 162:17 229:18 257:16

**examined** 156:14

**exchange** 21:13 25:6 99:3 234:3

**excited** 173:21

**excitement** 140:12

**exciting** 177:21

**exclusive** 132:1 258:18

**Excuse** 88:3 151:11 200:1

**execute** 227:15

**executed** 36:11,20 37:2 38:2

**exhibit** 10:14,17 15:9,10 17:5,13 23:3,6 49:10,14 54:8,11 56:7,10 57:10,13 58:2,14,17 67:19 68:18,21 69:17,20 70:4,16,19 72:22 73:3 75:7,10,11 78:2 86:8, 11 90:5,8 97:10,13 112:10 113:14,20 114:15 115:12,22 116:13 117:20 118:12,21 119:13 120:2,16 121:3 122:9 128:9 129:6 130:21 131:11 133:4 137:3 145:8 146:19 147:22 149:10 151:4 152:3 153:9 158:11 185:22 186:8,9 196:9 207:5,8 212:2 247:16,18 249:16 251:5,8 252:14,17 254:18,21 257:19,21

**exhibits** 159:11 196:8

**expect** 112:4 134:19 135:17,20

**expectation** 164:12,16

**expected** 150:9 152:18

**expense** 161:2

**expenses** 195:15

**expensive** 132:21 160:18,20 193:12 221:12

**experience** 136:12 183:14 249:9

**expert** 174:11

**explain** 126:7 152:20 177:4 179:15 241:11

**explained** 64:6 110:5

**explains** 56:21

**explanation** 192:7

**explode** 175:21

**exploding** 174:7

**expressing** 219:14

**extra** 122:7

**extremely** 167:2

**F**

**face** 152:12

**Facebook** 32:14,21

34:10 254:3

**facilitate** 54:6 72:1 85:1 126:20 127:16 128:4 134:12 141:15 217:9 223:13 230:15

**facilitator** 31:16

**facing** 223:6

**fact** 40:9 63:22 65:7 68:16 85:22 103:13 110:20 114:13 170:19

**fact-specific** 212:11

**facts** 11:21 37:1 38:1, 6 237:13

**fade** 184:4

**fades** 184:11

**fail** 237:7

**fair** 18:16 23:21 42:21 55:17 73:17,18 137:1 198:10 199:17 200:1 201:2,22 223:11 230:13 241:20

**fairly** 18:22 226:20

**false** 35:17

**familiar** 213:13 258:9

**family** 22:17 85:19 148:10,21 149:1,6 171:17,19 172:3 174:6 183:7 187:18 190:8 196:21 218:18,20, 21,22 220:5,20, 22 221:6,9 222:18,19 223:2,8

**family's** 215:3

**famous** 168:14

**farm** 64:22

**fast** 143:21

**father** 171:14 172:13

**father-son** 20:7

**favors** 261:14

**feature** 132:5

**February** 131:20

**federal** 13:9,19

**Fedex** 210:17

**feel** 43:4 47:22 52:16 85:22 86:3 152:17 168:2 181:8,10 183:13 191:4 201:19,21 207:3 217:11 223:21 244:15

**feeling** 59:10,11, 20

**feels** 163:10

**fell** 102:21 199:22

**felt** 80:22 89:12,14 155:3 157:14 169:10,15 170:17 195:15 202:14,17 203:4,7 205:17 219:18 220:22 221:3 222:10 223:6

**FEMA** 113:18 118:18,19

**fence** 235:4

**fences** 235:4,16

**figure** 60:7 85:13

**figured** 39:7 69:11

**filed** 32:7 34:20,22 107:15 213:11

**files** 49:16 247:21,22

**finally** 156:8
**finance** 36:14
**finances** 145:18 233:14 234:3
**financial** 164:14 177:7 182:1 228:12
**financially** 256:14
**financing** 152:18
**find** 14:14, 22 61:10 62:21 63:7 107:10 167:15 186:15 201:4 206:21 215:8
**finding** 61:17 64:22 67:3
**fine** 19:20 30:21 96:22 97:3 129:2 142:19 145:7 146:14 147:19 154:4
**finish** 19:14 57:17
**finished** 228:18 261:19
**finishes** 19:7
**fired** 180:2
**firm** 28:1 208:14,21
**firms** 208:22 210:4,14 211:10 212:2
**first-ish** 198:18
**fit** 63:4 203:19 244:14
**fixed** 149:1
**fixture** 172:12
**flight** 246:17
**flights** 160:22
**flip** 201:15
**flood** 113:10 118:17,19
**Florida** 175:9 206:9,15 236:17 244:18 245:21 246:5
**folks** 171:13 219:2
**follow-ups** 228:22
**football** 18:10,11
**footprint** 98:10
**force** 155:19
**Ford** 50:3 85:17 129:20 130:11,13, 16,18 176:21
**forge** 152:20
**forget** 56:6
**forgot** 100:4
**form** 24:5 47:12 52:22 82:6 139:13 161:17 201:7 227:20 238:11
**FORREC** 84:10,13 116:8 122:16 150:11 152:18 153:1 203:16 213:6,15
**Forrest** 102:16
**fortune** 38:9 223:2
**forward** 93:16 118:7 149:20 150:10 151:1 195:3 238:18
**forwarded** 70:14 81:5 196:14,16, 17,18 197:12
**forwarding** 50:5,9 55:5 209:11
**found** 29:2 62:14 64:17,18 65:18 66:18,20 67:4 107:8 171:8

173:7
**four-door** 125:6
**four-seater** 125:9
**fraction** 195:8
**frame** 66:4 144:10 164:4 194:20
**fraud** 36:13
**Fred** 210:16 211:3
**Freeman** 22:20,21 24:1 91:19 236:12 237:4
**friend** 14:12,15, 16 16:9 39:19,22 40:5 141:3 168:10 191:5,18 225:9
**friends** 37:11 39:21 60:20 89:5
**friendship** 14:21 66:9 72:14
**front** 139:3 154:2
**frustrated** 154:20
**frustrates** 34:13
**full** 76:11 152:12
**full-time** 164:5
**function** 181:13
**fund** 133:2 210:14 211:11 222:13 232:3 240:5 244:10
**funded** 111:3
**funding** 146:16 148:14 150:10 152:2,13 154:9 155:3,4 185:13 196:21
**funds** 146:7 147:18 233:20
**funny** 64:17
**future** 66:5 150:6 230:5
**FYI** 209:16

**G**

**Galen** 10:1
**game** 18:10, 11
**gatekeeper** 204:1
**gather** 45:13
**Gator** 125:4
**Gatorade** 132:4
**gave** 62:3 74:15 75:22 88:9 91:17 170:7 256:10 259:14
**GB** 49:15 68:22 69:20 70:19 73:4 75:10 78:5 86:11
**Gene** 9:4,5 10:7,10 11:19 14:11,20 15:6,18 17:16 19:1,22 20:4,7,14, 19,20 21:1,5,8 22:2,8,16, 19,21 23:8,12, 19,21 24:7 25:2,16,20 34:19 35:8,12, 15,21 36:10,13, 21 37:3,8 38:3,9,17, 18 39:2,18 42:8,22 44:5,11, 18,20 45:10,12, 22 47:6,18 48:14 49:16,18 50:5,17 51:3,6,9, 10 52:1, 18,19 57:4 60:7,11, 17,20 61:3,21 62:1,3,11 64:20 65:3,18 66:3 67:4, 8,11,22 69:1,13 70:7,11 71:6 72:13 73:13,16

74:14
75:12,19
76:17
77:5,8,19
78:20,21,
22 79:1,3,
4,13 80:4
81:2,3
82:1,9
83:3,4,12
84:4 85:5
86:19
87:5,14
88:5,19,22
89:2,17
90:10,13,
18 92:16
93:10,21
94:3 95:16
96:7 97:15
98:2,8
99:8,13,
15,22
100:11
101:13,18
102:2,5,
10,19
103:2,6,14
104:13
106:17
107:11
108:4,8,9
109:16
110:6,16,
22 111:10,
20 117:13
119:8
123:15,21
124:3
125:22
130:14
134:22
136:8
138:13
139:5
144:9
145:14
146:6
147:15
148:17,19
150:14
152:8,11
154:17,20
155:19
157:1,4
158:13
159:1,4
160:6
165:7,13
167:13
171:4
173:13
174:17
175:13
176:10
177:3
178:12
179:19
184:5
185:16,22
189:14
191:22
192:2,3,17
193:16
194:3
195:14
196:11
198:1
200:14
202:8
204:2,9,17
205:3,8,
13,16,18
206:4,19
207:2,18,
19 208:14
209:8,11
210:9,11,
13 211:2,
8,22
212:13
213:18
215:7,8,
17,21
216:7,15,
17 217:5
218:2,10
219:6,9,
13,18,22
220:4,21
221:4,5
222:21
223:5
225:16
230:4,7,18
231:15,19
233:12,19
234:5
235:13
236:13,15
240:12
241:8
244:5,17
245:19,21
246:5,19
248:5
250:18
253:15
257:1
260:11,21

**Gene's** 22:5
45:14
143:13
154:12
156:1
196:2
205:3,4
216:19
217:19
225:9

**general**
30:15 63:5
73:13
88:17
114:9
127:17
157:6
223:3
250:9

**Generalities**
156:11

**generations**
188:14

**generic** 35:9
115:6
138:20
139:14

**gentleman**
29:10
60:19 61:4

**geological** 119:6 120:8 121:11 128:15

**George** 31:8, 11

**Georgia** 160:17

**Geotechnical** 120:9

**GFSA** 120:8

**gist** 90:4 91:7 93:17 95:9 128:3 147:21 192:16 197:20 198:6 232:8,9

**give** 19:17 42:22 43:13 62:2 63:6 72:16 111:5 129:11 162:10 192:7 202:1 235:9

**giving** 43:2, 7,10 153:12 251:8

**global** 100:2 111:6

**go-to** 122:1

**goal** 200:4

**God** 36:13 45:8,11,17 46:1,8,19 47:7,11 48:11 148:11 170:17 241:2,6

**gold** 250:14

**good** 10:4,5 16:9 19:18 59:18 61:6 64:11 65:12,14 66:9 72:19,20 73:15 104:16 127:4 140:13 141:3 142:20,21 162:19,20 166:18 167:4 169:16 179:10 181:17 209:21 225:9 228:18 231:14 242:1 261:7

**good-sized** 234:22 235:1

**Google** 247:13

**gosh** 25:4 71:13 83:18 199:5

**governments** 72:12

**governor** 86:14,16, 17 87:4, 11,14,15, 20 125:19 126:1 245:9

**grade** 214:20

**grand** 174:3 226:4 260:8

**grant** 36:15

**gravel** 235:8,15

**great** 15:3 64:13 138:16 140:9 151:17 166:14 232:4

**greatly** 61:8

**greatness** 150:5

**Green** 108:10 147:3

**Greens** 108:11

**grew** 71:21 141:4 171:10 175:18 203:5

**ground** 31:21 235:3 238:1,6

**groundbreaking** 53:6

**groundwork** 237:21

**group** 23:21 24:3 26:5 53:14 54:3 75:21 76:12 86:18 92:14,15 102:19 183:7,16 210:21 237:2

**Group-related** 23:1

**groups** 220:3

**Grove** 106:5

**grow** 64:10

230:15

**grown** 140:6

**growth** 174:7

**guarantee** 61:19

**guess** 23:12, 19 24:21 31:16 35:9 39:7 48:1, 6 54:21 61:22 66:8 74:14 75:6 81:19 87:2,22 91:6 93:7 98:12 121:22 122:2 140:12 141:16 142:7,15 147:19 149:16 166:5 167:22 168:10 173:17,18 174:15 177:4,9 179:1,14 180:4,17 182:11 183:13 184:10 204:11,12, 14 209:4 210:21 223:4,11 224:16,21 230:10,16 234:12 241:17 244:15 254:13

**guessing** 55:15 114:22 150:18 254:16

**guidance** 206:21

**Gump** 102:16

**gun** 126:11

**Gustafson** 138:9,10

**guts** 219:10

**guy** 45:14 54:5 81:16 108:6,10 122:1 156:19 179:6 203:11 220:17 233:10

**guys** 161:3, 5 172:15 190:6 191:1 207:12 230:22 257:9

**H**

**half** 237:22

**hand** 10:13 207:7,9

**handed** 17:5 49:13 66:21 68:21

**handing** 15:8 17:9

**handles** 253:17

**hands** 224:13

**handwriting** 123:22

**hang** 199:6

**happen** 102:12 138:18 168:8 184:7,18, 22 185:8,9 227:8

**happened** 14:6 24:11 27:6,18 37:10 64:15 66:1 93:8 99:4 110:10 148:20 173:10 216:1

**happening** 98:4 140:15 151:19 184:1,15 185:7 246:22

**happy** 154:17 157:1 230:9,12, 17

**hard** 19:11, 12 60:3 177:5 201:5

**Hawk** 116:21 117:1,3,4, 8

**hazard** 118:17

**He'll** 262:2

**head** 22:1 85:6 90:3 126:11 204:4 213:3

**health** 26:2, 14

**heaps** 209:20

**hear** 13:12 132:14 163:17 170:1 192:1 219:13

**heard** 12:11 13:11,16 14:4 39:18 42:3 46:20 48:9 89:1 117:12 132:11,17 157:18 175:8,12 191:21 192:6,22 208:21 209:1,3 212:15 213:8,10 222:9 225:5 226:5 233:9

**hearing** 41:18 93:12,18 214:3

**heart** 64:4

**Heartland** 13:10 14:8 38:10 41:13 42:6,10 43:1 45:1 60:8 68:1 74:8 79:18 83:15 85:8 87:7 90:15,20 98:18 100:14 101:19 104:2 105:12 106:8,13 107:3 108:1 121:20 129:14 130:11 131:7,16, 21 141:20 160:4 234:4 237:15 240:5 241:21 248:12 249:21 253:14 256:1

**Heartlands** 236:21

**heat** 125:4

**Heavendirect** 50:12

**heavendirectword@gmail.com** 50:11

**Heavenly** 50:13

**heavily** 206:6,7

**Hedrick** 9:6, 18 10:8 30:8,16 41:4,8 43:13 50:7 53:14 67:16 71:2 73:5,19 88:6,8 100:12 101:8 109:6 112:9,10, 13 113:13, 14,20 114:1,4,6, 11,12,15, 18 115:12, 15,22 116:3,13, 16 117:20 118:1,12, 15,21 119:2,13, 16 120:2, 5,16,19 121:3,6 123:9 126:5 128:9,12 129:6,9 130:21 131:2,6, 11,14 133:4,7 137:3,6 145:8,11 146:19,22 147:22 148:3 149:10,13 151:4,7 152:3,6 153:9,12 158:4,11, 19 159:3, 12 160:2 161:8,15 193:4 194:20,22 203:10 221:12,22 222:1 232:17 233:14 237:12

**Hedrick's** 42:5 121:20 134:15 233:4 237:9

**held** 9:7 75:20 187:18

**helped** 14:21 64:8 72:2 77:13 119:8 128:3 186:2 187:16 215:16 227:15 228:1,5 251:3

**helpful** 227:7

**helping** 14:14 20:13 22:16 24:1 138:11 227:1

**hey** 48:17 66:5 67:4 103:14 104:22 126:8 127:18 134:10 135:7 140:8 142:11,12 147:18 194:9 204:6 223:12 224:18 230:7 232:6 243:17 245:5,18 256:20

**high** 137:1

**highway** 63:5 115:20

**highways** 176:8

**hill** 234:18

**hired** 135:1 156:5

**history** 172:3

**hit** 81:15 255:10

**Hmm** 253:18

**hog** 125:11

**hold** 172:16 206:20

**holds** 188:15

**holes** 115:10

**home** 14:3 83:14 105:13,19, 22 106:2 107:19,20 143:13 248:11

**homes** 13:20

**honest** 184:2 231:3

**honestly** 137:2

**hope** 150:5 228:9 238:3

**hoped** 242:3 256:11

**Hoskin** 103:16

**hospital** 24:17

**hotel** 132:6

**hotels** 76:18 77:2 175:2 241:13

**hour** 142:18

**hours** 96:19 163:20 164:5,8 165:5,11, 13 223:19

**house** 86:1 100:11 103:14 106:21,22 123:3 134:10 196:3 202:4 218:8 229:21 230:20 231:6 234:17 243:14 244:6 245:14 247:7 249:12

**housed** 182:17

**How's** 245:7

**Howe** 70:22

**Huh-uh** 105:21

**human** 234:7

**humble** 194:4,8,10

**hundred** 100:5

**hundreds** 84:5 163:22 165:13

**Hut** 258:9 259:6,8,9

**I**

**I-44** 116:21 176:8

**i.e.** 110:21 130:17

**iconic** 132:3

**idea** 74:9, 11 81:20 101:14 110:6 146:11 156:9 173:4,10 174:1 181:22 183:10 205:3 217:4 221:17 222:9,15, 17 226:19 252:13

**ideas** 178:2

**identification** 10:15 15:11 23:4 49:11 54:9 56:8 57:11

58:15 68:19 69:18 70:17 73:1 75:8 78:3 86:9 90:6 97:11 112:11 113:15,21 114:16 115:13 116:1,14 117:21 118:13,22 119:14 120:3,17 121:4 128:10 129:7 130:22 131:12 133:5 137:4 145:9 146:20 148:1 149:11 151:5 152:4 153:10 158:12 207:6 247:17 251:6 252:15 254:19

**identified** 11:15,18 12:9

**identify** 118:3,16 119:4,18 120:7 121:8 137:20 145:13 148:4 149:14 151:8 152:7 158:6 190:10 210:3 227:2

**identifying** 65:14 220:2

**idiot** 242:19

**Illinois** 247:8

**illustration** 171:5 202:1

**imagine** 102:15 147:11 149:4

**impact** 198:8

**impeachment** 11:13

**impersonation** 36:13

**implausible** 174:2 176:2

**important** 183:18

**importantly** 150:3

**impression** 67:13 170:4,14 186:17,18 193:22 202:14 219:18

**impressions** 199:1,3

**impropriety** 68:17

**in-person** 132:9

**inaccurately** 127:10

**include** 92:21 134:1

**included** 23:22 53:13 54:2,7 92:18

**including** 228:9

**increase** 179:7,8,9

**increasing** 165:2

**Indian** 103:7 104:17

**indicating** 27:11 29:10 101:5 113:2 154:11 201:14 222:22

**indication** 36:4 89:10 222:16

**individual** 11:9

**indoor** 132:6

**inflated** 248:12,17

**influence** 95:13 170:22

**influenced** 52:2 170:14

**influxes** 174:6

**info** 151:18

**information** 11:10,11 21:5,9,11, 13 77:14 112:8

113:18 118:9 142:15 173:9 175:15 187:5 200:11,15 215:17,21 258:5

**infrastructure** 71:10,11, 12 73:20 76:20 77:2 87:18,22 110:2 176:7 245:12

**initial** 10:20 64:15 67:18 143:13 198:22

**initially** 173:6,7

**input** 105:4, 6

**ins** 53:21

**inside** 34:14 105:17

**inspiration** 169:10

**instance** 216:1

**instant** 55:20

**instructed** 181:3 212:1

**instrumental** 130:5 227:7

**Insurance** 118:20

**intelligent** 166:21

**intend** 43:13

**intended** 42:22 156:21 237:14

**interact** 34:11

**interaction** 126:14,18 204:14 223:9,20

**interested** 63:17 67:5 108:12 127:21 222:2

**interesting** 253:18

**interests** 190:11

**interfacing** 20:19

**Interior** 121:10

**International** 213:1

**internet** 84:21

**interpret** 126:10

**interpretation** 52:21

**interrupt** 81:11

**interrupting** 206:11

**interview** 107:13,17

**interviewed** 14:7 107:2

**intricacies** 13:17

**intricate** 68:8

**introduce** 9:11 142:5

**introduced** 104:22 215:10

**introduction** 104:12 215:7

**intuitions** 80:5

**invaded** 156:4

**invest** 74:8 209:19 210:4 222:13

**invested** 74:10 163:18

**investigate** 22:22 90:22 91:2

**investigating** 13:10

**investigation** 92:3 119:5

**investigator** 107:2,5,12 156:5

**investment** 73:22 74:5 98:3 208:22

**investments** 98:6

**investors** 183:8 211:11 222:1

**invoices** 92:20 93:7,9 135:11,18 136:2,16

158:20 213:16

**involve** 215:13

**involved** 20:17 21:16,19 22:2,8,19 32:16 40:19 41:1,5,9 51:20 77:4,12 80:6 91:19 112:7 116:6 123:22 132:12 134:4 153:3 163:15 172:22 203:21 211:6 214:8,14 238:20 258:22

**involvement** 31:14 82:5 141:22 213:5

**involving** 214:11

**ironed** 43:5

**Island** 225:19

**issue** 234:14

**issues** 23:1 26:14 148:13,17

**Item** 11:18

**itemize** 186:1

J

**Jackson** 9:17 16:21 17:1,11 31:7 52:22 109:1,4 112:12,17, 20 113:7, 16,22 114:4,10, 17 115:14 116:2,15 117:22 118:14 119:1,15 120:4,18 121:5 122:8,11, 13 128:11 129:8 131:1,13 133:6 137:5 142:17 143:5 145:10 146:21 148:2 149:12 151:6 152:5 153:11 158:9,15 162:1,6 238:11 261:22 262:10,13

**Jennifer** 9:17 16:20 17:9 31:6 109:4 122:6

**jest** 46:3

**Jeter** 9:19 16:11,13, 18 17:6 19:6,9,11, 14,17,20 33:3 57:9, 16,19,21 96:18 97:4 113:2 122:6,9,12 142:19 161:18 229:15 257:10 262:2,9

**Jim** 243:15

**Jo** 9:19 17:9

**job** 85:11 121:20 164:6

**jobs** 64:11, 14 140:10 165:2 177:20

**John** 125:4 128:18,19, 21

**jokers** 255:14

**joking** 66:14 102:18

**Jones** 20:20 21:2,4,9 23:22 214:11,17 215:7,13, 17 246:21

**Josh** 33:17, 20 71:18 80:10 81:6,7,16, 19 141:13 172:21 252:18 253:10,21 254:2,15 259:12 260:18

**July** 49:19 58:2 208:1 209:7,16 220:2

**June** 56:12 70:21

**Junior** 9:6

35:13 103:16
**junk** 252:10

**K**

**Kansas** 22:6 64:19 65:1 66:21 174:8 217:20
**Karl** 20:20 21:1,4,9, 10,12 23:22 214:11,17, 19,21 215:7,9, 13,20 216:7,18, 21 217:17 218:2 246:21
**Karl's** 216:3 217:22
**Kevin** 22:3,5 23:22 87:4 91:22 236:9,10 237:3
**kid** 142:2 175:19 232:7
**kidding** 231:12 256:22
**kids** 151:20 219:15
**kids'** 151:18 156:20
**kind** 26:6 31:21 65:21 74:14 75:1 80:22 81:16 88:12,13 91:5,7 93:17 95:9,18 98:14 102:13 122:15 127:14 128:3 130:8 133:21 134:21 143:13 144:1,2 150:15 153:20 156:2 164:17 166:5 168:2 170:1 184:3 190:17 192:5,16 201:12,15 204:1 219:10 226:13 245:16 246:10,18 255:17
**kinds** 140:19
**KLH** 119:5 128:15
**knew** 13:14 25:21 26:6,13 27:22 41:14 42:14 61:9 65:11,20 66:7,11 71:21 74:10 81:19 101:11 115:7 122:1 124:12 127:16 130:20 139:16 141:9 142:3 168:14 171:6,7 193:11 205:18 213:11 216:17,21 242:16 245:17 247:6 253:22 259:5
**Knight's** 129:17
**knowing** 195:22
**knowledge** 11:15 35:16 126:17 187:17 203:18 205:7,11 258:4 260:4
**Kresset** 14:16,17 60:18
**Kristy** 43:20 44:3 91:17 99:14 149:15,16 160:6,11, 14 223:10 224:4 242:11 254:13

**L**

**labeled** 23:6 58:17
**ladies** 231:1
**lady** 140:16
**lake** 174:3 260:8

**lakefront** 260:6,21

**land** 11:19 14:22 15:2,4 61:8,11,18 62:7 67:20,22 68:6,15 69:5,11,14 72:11 75:14 76:17,21 109:10,18 115:2 171:20 175:10 179:8 185:16,21 186:1,4 187:16,17 188:14,22 189:1 226:19 227:2,5,11 248:21 260:15,20 261:2,3,5

**language** 168:20

**large** 106:12 235:21

**larger** 103:10

**largest** 130:5 174:6

**Larry** 9:6 10:8,20 11:5,14,18 12:8 13:3, 21 14:5 26:4,9 27:4,18 28:19 29:22 35:13,20 36:11 38:2,8 40:18,22 41:12 43:1,7 44:14 48:17 50:6 51:4,10 54:12,20 56:11,16, 22 57:14 58:5,21 67:7,19 69:22 70:8,13 73:6,14 77:11 78:11 79:5,10,12 82:13 83:1,12 84:4 88:6, 15,20 89:17 93:19 94:13,17 95:12,15, 21 96:1 98:17 99:7,12, 13,15 100:11 101:10 112:14 123:17 158:13 161:10 162:22 166:2,3 189:6,9,16 190:10 191:5,17 192:8 195:11,14, 15 197:7 199:10 200:7,9,12 201:3,6,15 202:13,14 203:19 204:1,7,9, 15 205:3 207:2,19 209:17 210:12 212:1,14 224:4,9 240:15,18, 22 241:1,4 244:22

**Larry's** 13:22 14:3 201:12 224:7

**late** 90:13, 17

**laughing** 147:8,19

**law** 13:9,19 14:7 217:22

**lawsuit** 10:7 27:2,5,12, 17 28:19 30:3,17 32:7,11 33:15,16, 18 34:8, 11,20 107:15

**lawyer** 15:16 22:5,15 34:15 237:3

**lawyers** 29:22 30:3 67:19 191:11 240:22

**Lazy** 116:21 117:1,3,4, 8

**leaders** 150:7 189:19

**learn** 109:10 173:4

**learned** 13:3 183:16

226:5
252:1

**led** 202:20

**Lee** 33:17, 21 81:7 252:18 259:12,18

**Lee's** 172:21

**left** 27:20, 21 39:6 51:17 103:21 116:10 121:8 202:11

**legacy** 110:17

**legal** 20:14 21:17 24:2 124:13 178:3,6 213:17

**legally** 181:10

**legislation** 141:19

**legislators** 110:22 245:7

**legislatures** 141:18

**legitimate** 122:19 159:18

**legwork** 223:14 245:5

**letter** 28:7, 9,10,13,14 75:18 156:12

**letters** 36:2,5

**letting** 192:8 232:12

**level** 75:6 167:5 178:17 182:22 183:3,4

**lien** 213:11

**liens** 185:15,18

**lieutenant** 86:14 87:14

**life** 30:14 128:1 141:4 194:1

**lifted** 169:15

**light** 179:2

**limitedly** 22:10 226:2

**Lindsay** 128:18,19

**lines** 60:5

**list** 11:14 84:16 91:11 100:17,18

**listed** 12:15

**listened** 53:20

**listing** 247:21 249:17

**literally** 231:7

**litigation** 252:2

**live** 105:19 234:17 243:19

**lived** 105:13 160:17

**lives** 147:12 156:20 219:11

**living** 89:4

**Liz** 31:8,9, 10,11

**LLC** 128:16 182:18

**loan** 98:3 102:8

**local** 18:11 71:9,17 73:9 138:12 139:21 140:1 141:1 142:4 161:1 215:9 245:3 249:9

**locally** 230:1

**locate** 21:1

**location** 62:22 63:4 174:3,4 185:2,7 237:10 260:11

**locations** 161:20

**log** 215:12 246:17

**logistically** 160:18

**logo** 130:11

**Lombardo** 22:9,13,15

**long** 100:19 101:1,3 143:17 171:16,21 172:12

214:19

**longer** 63:22 150:8 152:18

**looked** 35:11 67:18 70:4 92:6 135:9 136:21 175:8,9 179:7 233:12 235:20 249:22 257:19

**Lord** 191:2

**lose** 223:2

**losing** 221:4

**losses** 188:22

**lost** 85:20

**lot** 22:11 37:11 47:18 85:21 92:8 105:17 112:2 126:13,18 135:9 140:3,6 141:3,9 147:13 155:1 163:14 164:3 166:1 168:14 169:7 174:10 187:8,9,10 190:3,11 193:15 194:2 196:20 202:3,15 206:7 219:18 228:4 235:8,15 243:11,14 244:6 245:11 246:7 255:14 256:13

**lot's** 243:19

**lots** 18:18 188:8 196:1 208:10

**loud** 253:3

**love** 16:4 18:4 64:12

**loved** 20:8

**low** 137:2

**lower** 15:13

**loyal** 205:17

**luck** 209:21

**lunch** 33:22 142:18 225:17

**Lynn** 9:19 17:10

**M**

**made** 68:16 82:22 100:16 134:22 194:17 197:13 200:7 211:9 219:11 221:5 231:3 240:3 243:1 254:9,14

**mail** 27:21 252:11

**main** 10:11 100:9

**maintain** 125:12

**majority** 52:18

**make** 19:6,7 32:17 55:22 63:3 134:7 135:2 156:20 189:1 215:6 240:2 243:22

**makes** 46:21 48:10 177:11 184:11 238:6

**making** 32:20 53:18 102:14 227:7

**man** 59:9 169:16 190:21 194:22 240:12,13

**managed** 251:4

**management** 51:15,18

**manager** 127:13,17

**managing** 261:5

**manipulation** 36:12,21 37:3 38:3

**manpower** 73:21

**Mansion** 22:22 26:4 37:8 41:14,16 74:7 75:20

76:12 86:18 98:3,5 116:8,9 237:2

**Mansion's** 73:22 74:4 99:18

**map** 113:9 120:13 121:2 248:1 250:3

**maps** 114:7, 8 122:17

**March** 73:6

**Margaret** 118:6

**Mark** 9:10 108:10

**marked** 10:14,17 15:9,10 23:3 49:10,14 54:8 56:7 57:10 58:14 68:18 69:17 70:16 72:22 75:7 78:2 86:8 90:5 97:10 112:10 113:14,20 114:15 115:12,22 116:13 117:20 118:12,21 119:13 120:2,16 121:3 128:9 129:6 130:21 131:11 133:4 137:3 145:8 146:19 147:22 149:10 151:4 152:3 153:9 158:11 207:5 247:16 251:5 252:14 254:18

**market** 249:10 256:8

**marketing** 99:22 144:16

**marriage** 183:18

**Marty** 65:4, 7,20 107:9 119:10 157:12,13, 16 209:7, 12,15,21 210:3 219:1,7, 15,20 220:2,5,9, 22 222:18 242:16,17

**master** 131:7

**material** 127:20

**materials** 127:5

**Matt** 189:19

**matter** 9:5 85:3 150:12

**matters** 21:17 24:2 213:21 218:19,21, 22

**mature** 183:3

**matured** 183:4

**mayor** 71:19 80:10 81:7 84:5 110:22 172:17

**Mccomb** 9:4, 20 10:10, 14 11:19 15:10,14 23:3,7 49:10 54:8,11 56:7,10 57:10,13 58:14,17, 20 67:20 68:18 69:17 70:16 72:22 75:7,19 76:11 78:2 86:8,19 90:5,8 95:11,14 97:10,13, 14 108:19 109:2 112:17 114:5,6,18 115:15,16 116:3,17 118:1,15 119:2,8,16 120:5,19 121:6 128:13 129:9 131:2,14 133:7 137:6,17 143:6 145:12

147:1 148:3 151:7 153:12 158:5 162:19 165:7 171:17 172:11 200:2 207:9,20 228:17 229:20 247:16,18 251:5,9 252:14,17 254:18,21 257:1,18 261:19

**Mccomb-bicknell** 250:17

**mcford_us@yahoo.com.** 49:22

**meals** 241:13

**meaning** 161:5

**means** 15:15 49:16 126:1 156:12

**meant** 16:5 18:5 20:11 56:19 59:15 85:13 236:3 241:11

**media** 138:7 224:15 254:13

**media-type** 224:16

**mediation** 236:7,8 237:3,7

**mediator** 236:9

**meet** 31:18 60:17 67:7,10,16 103:15 133:17 134:7 218:2 230:7,8 261:19,20

**meeting** 86:1 87:3,6,11,13 88:2,4 100:10,22 103:13,20 104:5 125:19,22 133:10,14 143:16 149:2 189:18 198:14 216:7,13 217:12 218:15 221:11

**meetings** 52:20 83:14 100:15 104:10 110:21 132:8,9 133:12,22 141:18 143:13 165:19,21 175:1,3 190:1 198:20 229:20 230:2 231:6

**MEG** 116:8 117:4 150:14

**member** 225:18 253:14

**memorialized** 183:1

**memories** 211:8

**memory** 74:20 92:11 175:15 186:15,19 187:14 260:3

**men** 231:6

**mental** 25:20 167:1

**mention** 145:18

**mentioned** 30:19 34:2 37:16 98:21 140:3 163:2 170:5 172:20 192:11 226:4 228:4 230:4 238:21 257:22 259:5

**message** 17:16 50:6,10,22 52:16 53:2 54:12,17 55:11 58:22 97:15 151:9 152:8 233:12 252:18

**messages** 18:18,21 36:6 38:14 39:8,11,16

40:16,20 41:2,6,10 44:6,11,22 46:19 47:7,20 48:16 50:16,20 52:2,21 54:20 168:19 169:1 170:7,15, 22 238:22 239:6,13 240:19 241:2,5 252:5,8

**messaging** 37:12,18, 21

**met** 14:20 31:17 60:22 62:4 67:14 86:14,16 109:2 128:22 133:13,18 163:5 166:14,15 167:13 184:5 189:14,16 198:20 217:14 218:4,8,9, 11,12,14 220:8

**mic** 162:3, 4,10 199:22 229:13

**Michael** 9:14 10:6 156:3

**mid** 184:17

**mid-july** 210:2

**middle** 78:6 83:7,11 156:2

**midway** 209:6

**mile** 115:20 237:22

**miles** 105:11,16 171:20 174:4 231:14 260:8

**mill** 94:8

**million** 73:22 74:4,8 92:13,14, 17 93:11, 14 100:5 146:9 186:3 195:5,8 248:20 249:7,18 250:12 256:17 261:3

**million-ish** 74:10 75:1

**mind** 17:9 22:1 48:1 91:6 138:9 162:9 173:19 192:19 193:10 198:8 215:10 229:12

**mind-blowing** 164:2

**mine** 16:12 17:6 138:22 141:3 156:20 207:1 255:12

**mining** 64:1

**minute** 155:2

**mis** 192:12 237:18

**misquoting** 145:4

**Missouri** 176:2

**misspeak** 28:16

**mistaken** 26:7 28:22 127:11

**misused** 98:5 157:22

**Mitchelson** 22:3,5 23:22 91:22 236:10 237:3

**model** 106:12,15 159:22

**moment** 149:21 253:19

**momentarily** 9:22

**Monday** 154:6

**money** 91:6 92:8 94:4 95:1,14 96:4 98:20 101:20 102:20 136:21 143:7 148:21 149:1,8 154:9 155:5,20 157:15 159:5,8 183:8,17

189:2 192:21 193:15 195:2,6,16 196:21 219:19 222:20 223:1

**monitoring** 254:13

**month** 166:7 246:11

**monthly** 195:2

**months** 25:4 26:10,12 30:9 62:10,12

**Morehead** 235:17

**morning** 10:4,5

**Morris** 24:1 97:16

**mother** 171:15

**motivation** 178:1 181:20 228:8 241:20

**Mountain** 132:4

**move** 46:13 93:16 106:2,18 149:20 150:10 151:1 185:10 237:20

**moved** 106:16 161:20 185:2,14, 20 259:20

**moving** 128:2 238:17 260:16

**multifaceted** 167:22

**multiple** 98:22 99:3 188:14 198:2 225:16

**Muscle** 80:19

**music** 37:7

**N**

**Nadel** 9:14 10:3,6,16 15:12 16:15,19, 22 17:2,3, 8,12 19:21 23:5 24:6 48:2 49:12 53:12 54:10 56:9 57:12 58:1,16 68:20 69:19 70:18 73:2 75:9 78:4 86:10 90:7 96:22 97:12 153:18 154:10 155:18 156:1 159:2 161:17 162:5 168:17 196:10,11 197:3 201:7 207:14 227:20 229:9,14, 16,19 238:15 251:7 252:16 254:20 257:1 262:8

**Nadel's** 154:17

**name's** 162:21

**named** 13:3 117:3

**names** 29:14 84:11 117:11,14, 17 128:22

**nation** 71:21 103:3,18 104:19

**National** 118:19

**nations** 103:7

**natural** 113:9 168:8

**nature** 153:14 157:8,20

**nay** 204:10

**necessarily** 139:9 201:20 238:1

**needed** 72:1 73:21 79:1,5 84:13 91:18 109:18 123:6 124:12 139:20,22 140:8 141:15 142:10 166:5

169:16 170:1 187:3,7 245:12

**negative** 150:1 187:6 200:3

**negotiate** 60:2 227:2 243:20

**negotiated** 66:20 68:3 146:6 258:12

**negotiating** 132:13 258:5

**neighbors** 127:18

**Net** 251:15, 17 252:2,5

**news** 11:1 37:16 38:13 150:1 228:18 240:21 251:15,16 252:2,4

**newspaper** 60:20

**newsreel** 220:14

**next-door** 243:19

**nice** 156:18 261:19,20

**Noah** 60:6, 12

**north** 105:16 127:3

**north-south** 120:15

**northeast** 64:3 87:16 104:15 129:19

**northwest** 174:5

**note** 149:15,19 257:5

**notice** 28:10

**November** 69:2,22 77:17 252:19

**NPVAL** 78:7 79:5

**NPVALS** 77:12

**number** 11:9 12:14,18, 20 15:14 41:22 62:2,3 89:8 97:18,20 100:5,6 114:3 186:3,10 189:12 193:16,17 198:12 207:8 215:11 235:10,12 241:8 242:1,3 251:13 255:3 258:13

**numbered** 58:19 68:22 70:19 97:13

**numbers** 89:21 112:15 132:11,14, 17 186:16, 18 252:3

**nun** 39:12

**O**

**Object** 24:5 47:12 52:22 161:17 201:7 227:20 238:11

**obligated** 181:10

**obligation** 178:6 180:16 202:17

**obligations** 152:16

**oblige** 181:9

**obliged** 180:15 181:5

**observation** 52:1 203:8

**observations** 168:17

**observe** 224:3

**obtained** 123:9

**occasion** 21:4 124:2 169:8

**occasionally** 260:14

**occasions** 98:22 126:4 205:1,2 219:14 225:17

**October** 78:7 90:9,13,17 136:9

153:22 154:6 159:1,2 196:12,13 251:11

**offense** 156:21

**offer** 256:20

**offered** 14:20

**offering** 250:11

**office** 80:10 217:22 230:1,3

**official** 172:16 226:6 227:19

**Oklahoma** 9:8 62:9 63:21 64:3 69:15 70:22 71:5 87:4,17 104:15 108:10 116:22 129:19 131:20 174:9 189:17 231:11 259:21

**one-and-a-half** 260:8

**one-of-a-kind** 166:16

**one-on-one** 189:16 190:1

**onesies** 84:18

**online** 34:21 112:16 150:18

**opened** 30:13 92:4

**opening** 144:11 226:4

**operate** 73:21

**opinion** 40:8 136:17 194:10 201:11

**opportunity** 16:10 72:16

**options** 102:21

**orange** 235:4

**orchestrated** 35:14,20

**orchestrating** 200:13

**orders** 262:7

**organization** 103:2

**original** 109:18 115:20

**originally** 42:12 109:17 139:18 182:7 185:8 215:5 242:8

**originated** 112:21

**Orlando** 175:2,9

**Ottawa** 104:20

**outlining** 73:20

**outs** 53:21

**outset** 112:8

**outstanding** 93:7,9,21

**overlooking** 120:14

**oversaw** 159:13 160:3

**overseeing** 261:5

**overseer** 121:21

**overspent** 89:20 159:6

**overwhelming** 86:7

**owed** 93:11 98:17

**owing** 152:14

**owned** 60:19 64:20 141:7 247:9 251:1

**ownership** 36:16 42:9 50:3

**owns** 260:21

**P**

**p.m.** 262:14

**pad** 234:22

**paid** 92:20 93:15 94:22 95:2 99:1 125:15 135:21 136:8 202:15 203:3 232:18 235:13 241:14

**Palace** 75:4

117:5,6,8

**palled** 200:12

**papa** 20:4

**paper** 112:3 128:5

**parade** 99:11,19

**paragraph** 76:11 131:18,19 155:11 198:5 208:13

**parameters** 144:2

**parcel** 105:15

**pardon** 196:11

**parents'** 215:5

**park** 38:11 75:13,15, 16 76:18 77:3,15, 18,21 79:18 82:4 85:9 87:7, 16 100:14, 20 101:12 102:20 106:13 109:12,15 110:4,7, 13,17 111:4,11 122:2,5 126:2 129:14 130:15 131:7,16, 21 132:6, 7,10,16 135:2,4 136:12 143:8,18 145:1 146:17 148:14 151:2 159:19,22 160:4 161:4 173:11 174:1,11 175:6 183:10 184:8,20, 22 185:1,7 194:22 195:7 203:11 221:13,14 222:20 223:2 230:1 231:16,21 233:5 237:1,10, 15,17 238:4 240:6,10 243:8 248:12 249:11,21 250:15 256:12 258:1,6, 11,17 259:20

**park's** 36:15

**parking** 234:22 235:8,15

**parks** 208:15

**part** 16:9 23:11,12, 17,19 24:2,4 53:13 54:3 72:18 73:12 74:12 80:1 87:3 119:11,12 130:10 168:5 177:8 182:1,10 191:17 208:11 217:8 221:14 231:16 236:5 238:17 253:16

**participate** 71:12 132:8 133:11 141:17

**participated** 133:21

**participation** 99:19 177:1

**parties** 222:2

**partner** 102:5,7

**partners** 210:5

**partnership** 131:17 132:3 176:16 177:3

**parts** 68:8 205:7

**party** 11:11

**pass** 108:20 146:13

**passed** 122:7 141:19

**past** 78:21 122:3

**Patricia** 225:19

**paused**

168:21

**pay** 93:21 96:6 99:8 148:18 158:19,20 159:3,9 202:4 212:8 241:12,13 243:11

**payday** 164:14,17 178:20 181:22 182:1 228:12

**paying** 148:14 160:21

**Peltzer** 9:16

**people** 11:14,15 31:18 32:20,21 34:6,10,14 39:4 64:14 71:9,22 72:21 73:16 84:12,14 96:2 100:5,6 104:21 110:14,22 111:18 115:4 117:15 127:15 132:18 133:17 134:2 135:15 139:9 140:3,4, 14,18 141:3,9 142:3 147:8,14 149:22 150:7 158:14 163:14 164:5,21 168:14 174:7,10 176:22 177:20 183:16 196:5 206:7,15 211:3 242:2 244:18,21 245:17 248:5,20 252:7 258:9 259:6

**people's** 138:6

**Pepsi** 132:4 257:22 258:5,7,8

**Pepsico** 131:17 132:1,3 259:9

**Pepsicola** 257:20

**perceive** 163:9 200:2

**perceived** 203:22

**percent** 42:13 182:6,12, 22 207:1 242:7,14 243:2

**perception** 195:13 259:2

**perfectly** 145:7

**performed** 13:20 121:8 236:1

**perimeter** 235:3

**period** 19:5 24:9 37:13 85:7 91:21 105:10 146:5 152:22 219:6 246:5

**perked** 64:11

**perpetuity** 111:4 232:4

**person** 9:22 27:1,21 42:14,16 48:21 94:14 101:11 107:20 138:12 139:21 140:1 166:21 167:21 190:2 195:6 226:20

**personal** 163:14 165:19,21

**personality** 166:19 181:13

**personally** 81:1 133:16 169:14 170:16 172:15 183:9,22 191:9 242:4 258:21

**ph** 14:16 62:3 64:7, 19 65:5 66:21 80:16 103:16 108:10 125:9 127:8 129:18 138:9 156:10 189:19 225:6,19 235:17 243:15

**phenomenal** 195:6

**phone** 12:14, 18,20 15:17 25:7,8 31:3 94:16,17 124:7,16 127:1 134:9 190:3,5 201:15 244:1 252:3,12 255:3

**phrase** 143:10,11, 12 192:22

**phrased** 149:3

**physical** 26:2,21

**physically** 246:9

**pick** 53:22

**picking** 15:2

**picture** 116:7 220:13 231:5

**piece** 60:2 65:16,17, 18 146:5 223:17 238:6 248:7

**pieces** 250:7

**Pinell** 189:19

**Pitt** 64:7

**Pittsburg** 22:6 60:19 63:21 143:14

**Pittsburgh** 225:10,17

**Pizza** 258:9 259:6,8,9

**place** 67:9, 11,17 86:1 94:6 142:21 189:14 217:19 218:14 225:16 230:8 231:6

**plaintiff** 9:14 10:7 11:20 35:15 67:20

**plaintiff's** 11:22

**plan** 102:11 131:7 151:1 222:6,8

**plane** 246:8

**planning** 23:15 66:7 238:8,16

**plans** 42:9 238:17 259:20

**plant** 127:3, 7 128:2

**plate** 186:22

**plates** 187:10

**play** 180:12

**plugged** 206:4,6

**PM** 59:1,8 143:1,4 162:13,16 257:12,15 262:5

**POC** 86:18, 20

**podcast** 47:19

**point** 15:5 28:13 49:7 68:16 75:14 86:20 88:19 89:16 103:1 168:3 183:21 184:14 185:22 191:4 193:7 194:11,18 196:7 215:15 222:17 228:10 230:14,19 243:1 245:22 258:16 261:6

**point-blank** 147:15

**pointed** 102:10 103:21

**points** 137:18,22

138:3,6
**Polaris** 125:7
**political-type** 71:9
**politicians** 142:4
**Ponies** 253:14 259:19
**pop** 251:22
**pops** 22:1
**Porter** 213:16,17
**portion** 159:12
**position** 156:16
**positions** 172:16
**positive** 51:21
**possession** 106:15
**possibility** 34:16 65:12 111:22
**possibly** 25:19 208:19
**post** 34:10
**potential** 210:4
**pounding** 194:5
**power** 157:17 158:1
**practicing** 214:21
**preapproved** 204:17
**preconceived** 156:9
**predatory** 36:11,20 37:2 38:2
**preface** 203:20
**prepare** 33:1
**prepared** 128:17 238:10
**presence** 100:2 216:3,4
**present** 261:9
**presentation** 88:9,12 100:13,16 130:1
**presented** 103:19 155:14
**president** 129:18
**pretty** 21:12 49:5 61:12 63:3 98:22 170:20 171:8 178:10 182:2 206:6 224:14 234:22 239:7 261:12
**previous** 18:13
**previously** 15:5 218:11 238:9
**price** 127:4, 21 249:19
**price-gouge** 243:18
**primarily** 112:6
**prime** 181:20
**print** 32:10
**prior** 82:4
**prison** 140:18
**privacy** 156:4
**private** 156:5
**privilege** 168:3
**privileged** 215:12 219:5
**privy** 103:12 173:12 245:3
**prob** 253:13
**problem** 213:10
**problems** 20:14 26:21 155:14
**process** 68:3 91:15 152:15 175:13 229:4
**profit** 242:4
**Program** 118:20
**project** 11:20,22 13:10 14:8 23:15 41:13 42:6,10 43:1 45:1 51:14,18, 19 53:6

60:8 67:21 68:1 71:11 72:4,12,15 73:14 74:3,8 75:4,5 83:15 86:2 87:19 90:15,20 98:18 99:8 101:19 104:3 105:12 106:8,11 107:3 117:6,7 121:20 122:19 123:10,14 124:22 127:2 131:6 132:21 133:2 134:3 141:20 150:4 156:9 159:7 163:15,18, 21 164:13 165:6,12 173:5 181:16 182:13,15, 16,17 183:9,10, 22 184:15 192:15,19 194:15,19 202:12 204:16 205:7 206:5 210:5,14 211:11 217:9 220:6 221:1 224:12 225:12,13 232:14 233:15 234:4,18, 19 237:15 238:17 241:22 242:7

**projected** 221:18

**projections** 209:21

**projects** 227:12

**promise** 228:9

**promised** 95:1

**promote** 14:12

**prompted** 146:1,3 150:15 173:15

**proper** 104:20 136:16

**properties** 105:17 120:11 121:15 129:4 185:17 250:17,21 251:1,2,4

**property** 31:17 60:3 63:7 64:17,18, 20,22 65:2,6,10, 15 66:6, 12,18 69:4 74:1,5 84:19 85:18 87:2 105:11 115:8,11, 20 119:7 120:15 125:12 127:4,22 133:14,15 134:5 135:16 146:5 165:1 218:9 223:17 233:20 247:9 248:7,11 249:3 250:2 255:20 256:4,5,12 260:6,9

**Proposal** 131:5

**prospect** 177:20

**proud** 131:22 194:1,7

**prove** 194:18

**provide** 21:8 77:13 91:11

**provided** 11:6 15:16 131:9 159:15

**provider** 132:2

**providing** 77:15

**proximity** 174:8

**psychological** 36:12,20 37:3 38:3

**public** 22:21

**pulling** 247:13

**purchase**

67:22 68:12,14 124:21 218:16 233:19

**purchased** 11:19 67:20 227:3

**purchases** 69:4,5 72:11 125:16 232:19,21

**purchasing** 15:2,3 69:14 109:11 127:22

**purported** 39:12

**purpose** 99:18 216:12 218:15

**push** 144:10,13, 18 193:8

**pushed** 197:16

**put** 31:16 52:4,10 60:10 68:7 76:8 86:6 137:10 138:11 141:2,12 154:14 161:7 163:21 175:17 192:14 199:10 223:17 225:2 235:3,4,8 242:11 244:16 250:22 254:3 258:12,14

**putting** 165:5 224:16 229:12 235:16

## Q

**qualifications** 233:4

**qualified** 233:7

**qualms** 191:13

**quantify** 163:20 248:16

**question** 19:7,15 29:4 47:1 57:17 90:16 99:20 180:1,19 184:12 187:3 192:18 193:10 199:2 211:7 212:11 229:3 253:6 255:7

**question-and-answer-type** 88:17

**questioned** 193:14

**questioning** 159:10

**questions** 27:9,12 108:2,3,5, 18 109:8 115:6 118:6 162:2 168:17,21 198:12 221:22 228:19 229:9 234:8 245:19 261:22

**quick** 156:18 257:4,8

**quickly** 19:6 150:13

**quoted** 169:20

## R

**Rachel** 9:16

**raised** 141:7 195:17

**raising** 196:21

**ran** 26:6 78:21

**ranch** 106:21,22

**range** 62:19

**reach** 24:19 71:13,22 209:18

**reached** 24:14 60:18 130:13 191:20

**reaction** 13:5,7 96:12,13 168:18

**read** 12:12 13:13 34:19

35:2,3,4 36:1 37:16,20 38:13 39:16 42:1 44:8 50:20 52:4,6,8 56:2 59:4 98:11 112:4 120:21 154:2 169:1,3,6,7,9 197:9,12 207:8 210:7,8 214:16 252:21 253:3,4 258:3 262:3

**reading** 45:4 46:17 114:11 154:16 155:21 156:4 169:14 198:6

**reads** 76:16 113:5 254:11

**ready** 53:9 96:21

**real** 31:15 74:10 124:4,9 156:9 176:22 183:8 188:3,6,8 213:20,21 214:2,11,14 218:16 227:5 249:10

**realize** 159:5 177:10

**realizing** 111:21

**realm** 37:12 212:6

**reason** 10:11 23:17 53:22 100:7 134:4 176:5 185:13,14 192:8 195:14 228:14 245:9

**recall** 27:3,14,15 28:14,17 30:1 44:4 48:12 49:5 53:10 55:20 60:9,15,16,22 61:1 62:18 63:14 82:10 84:12 88:16 101:7 105:7 110:16 111:10 117:1 125:22 127:7 133:19,21 143:12 144:9 146:1,3 147:10 151:22 157:3,19 160:10 196:22 198:22 204:8 210:11 213:2 239:10,12 241:7 252:6 253:8 259:18

**recalling** 189:12

**receive** 28:9 44:14 50:19 134:19

**received** 28:7,9 39:2 44:10 50:10,16 55:11 251:16,18

**receiving** 39:1 252:8

**recent** 38:13 240:21

**recess** 97:7 143:2 257:13

**recite** 102:3

**recognizable** 100:3

**recollection** 92:22 98:7 144:21

**record** 9:3 10:9 19:18 96:19 97:6,9 109:2 143:1,4 162:9,13,14,16 257:3,12,15 262:5

**recounted** 222:4

**recourse** 156:16

**reference** 44:22 50:2

51:1,7 58:7 164:4 239:17,19

**referenced** 57:4 169:20 254:7

**references** 208:11

**referencing** 253:9

**referred** 39:8 249:17

**referring** 36:6 59:13 69:7 76:15,22 93:5 98:15 236:4 254:9

**refers** 74:4

**reflect** 18:22

**refugee** 140:17

**refund** 23:14

**region** 64:5

**regional** 129:19 235:21

**register** 63:16

**regret** 219:14

**regrets** 219:11

**regularly** 52:13 205:8

**reim** 241:16

**reimburse** 178:15 244:13

**reimbursement** 232:20

**reimbursements** 241:9

**relate** 129:13

**related** 41:13 42:6 104:2 115:2 120:11 123:13 129:3 141:19 184:13 221:10

**relates** 121:15

**relating** 113:8

**relationship** 14:10,21 15:6 18:22 24:7,12 25:16 176:10 179:16 189:5 203:6 224:4 226:1

**relationships** 163:14

**relative** 204:16

**relevant** 11:15

**relied** 206:7

**religious** 36:6 37:18,21 168:18

**rely** 206:14,15 244:18

**remaining** 38:9 155:16

**remark** 16:16

**remarks** 32:17,20 254:14

**remember** 21:18,20 25:8,11 27:4 28:22 31:3,5 40:4 41:18,19, 21 43:16, 18 44:7,9, 18,20 46:11 47:13 55:3,13,14 56:3 57:16 59:12 60:11 63:9 74:22 75:1,17 82:6,12, 17,18 88:18 89:8,15 92:12 93:14,17 94:2,20 95:5,6,9, 17,19 96:5,8,13, 16 98:9 99:5,17 100:10,21, 22 101:2, 7,16,18 102:3,10, 13 103:1, 4,5,6,9 104:5,10 107:6,14 109:16 115:11 123:20 128:21,22 130:4,7

134:17,18 143:19,20 144:1,3,4, 5,17 145:2,6 146:4 157:5,21 158:2,3 160:22 169:5 173:18 182:19 184:14 186:6,9 189:8,10, 13 192:6, 11,13 193:13,20 196:9 198:8,14, 17,18,20 202:21 210:6,8,22 211:5 212:20,21 220:16 221:6,7,9 223:9 231:22 232:2,6,15 233:16 234:16 239:2 243:13 246:17,18, 22 247:2,4 252:22 253:7,15 259:16

**remembering** 42:2

**rent** 251:2, 3

**rental** 85:17 141:8

**repeat** 47:3 90:16

**repetitively** 234:5

**replace** 160:11,14

**report** 121:2

**reported** 205:8

**reporter** 9:10 262:6,11

**reposted** 32:14

**represent** 9:19 10:6 109:6 162:21

**representative** 73:10

**reprints** 54:17

**requested** 130:19

**requesting** 87:17

**require** 101:20

**reserved** 105:8 262:16

**resistant** 101:13,16

**resolve** 150:12

**resort** 73:22 131:16,21 132:5

**resource** 121:2

**resources** 130:3

**respect** 100:14 166:11

**respectful** 105:2,3

**respeculate** 56:2

**respond** 34:11

**responds** 52:15

**response** 46:10,11 59:7 102:2 156:1

**rest** 42:16 68:9 76:21

**restaurants** 76:19 77:2

**restrict** 223:1

**restroom** 230:21,22

**result** 250:14

**retainer** 258:15

**revenues** 232:11

**review** 136:1 156:8

**reviewed** 156:3 159:11

**reviewing** 158:20

**rich** 179:5

**Richard** 9:5 10:8 35:13 36:10

**Rick** 13:20 14:1 22:9, 12 32:4,6 35:19 36:2 37:2,5,8, 13,17,21 43:10 50:6 51:4,9 67:10,13 70:14 77:11

78:10 79:4,9,12, 16 80:6,12 82:3,9,14 88:20 89:17 93:19 94:13,18 95:20 96:1 99:14 100:11 161:12 197:7 198:13 199:15 200:9,12 201:20 202:13 207:19 209:18 210:12 212:18 225:5,8,9, 11,15 226:1 243:10 244:22 253:9

**Rick's** 253:16

**ridden** 174:13

**rides** 174:13

**Ridge** 106:5

**ridiculed** 147:13

**right-hand** 15:13

**rights** 258:18

**rivaling** 111:11

**river** 101:20 143:7 192:21 195:2

**Road** 120:14

**Rob** 128:19

**Robinson** 254:10

**rock** 127:9, 12

**rode** 189:17 217:17

**Rogers** 116:22

**role** 26:4 29:7 65:13 66:2,19 72:4 79:17 224:11 226:21

**room** 89:5 220:12

**Rose** 99:11, 19

**Route** 63:13

**rumblings** 93:12

**run** 67:4

**run-type** 171:21

**running** 166:4

**rush** 250:15 262:10,11

**Rusty** 33:11 71:14,16 73:5,9,19 142:1

**RV** 126:2 132:7 161:4 184:8 185:1,7 237:10,17 238:4 259:19,20

**RZR** 125:9

**S**

**salary** 41:14,16

**sale** 65:11

**sat** 89:4 213:14

**save** 98:4

**scar** 140:4

**scare** 146:15

**scared** 140:2,14

**scariest** 139:6

**scope** 88:13 99:6 118:8 126:17

**scraped** 234:22

**scri** 169:20

**scripture** 59:17,21 190:15

**scripture's** 59:21

**scriptures** 169:18,21

**search** 156:6

**searched** 13:22 14:1,2

**searches** 13:20

**secretly** 175:10

**section** 208:14

**secure** 127:4

**securing** 127:12 141:1,11, 14

**seek** 232:20 241:9

**seeking** 249:18
**select** 110:6
**sell** 65:2,9 105:22 188:22 189:1 249:2 255:11
**sen** 47:4
**senate** 245:15
**senator** 71:16,17
**send** 45:18 47:18,19 55:4 58:9 78:14 79:3,13 84:14,17 95:14 98:8 224:17
**sender** 27:22
**sending** 28:5 40:19 41:1,5,9 46:9 54:20 58:22 251:20 254:2,15
**sends** 158:20
**senile** 151:20 221:4
**Senior** 103:16
**Senner** 65:5
**sense** 177:11 184:11 188:13 238:6
**sentence** 208:16
**separately** 70:7
**separation** 25:18
**September** 9:8 19:22 233:13 234:2 254:22
**sequential** 207:10
**serve** 181:13
**served** 12:2
**services** 131:5 141:1,11
**set** 110:1
**sets** 92:12 115:19
**setting** 103:2
**settle** 21:21 199:16
**settlement** 152:15
**sewer** 118:5 141:11
**shape** 82:6
**share** 21:9 42:22 43:2,4,8, 11,14,19, 21 45:22 207:12 242:7
**shared** 190:17
**shares** 183:2
**sharp** 25:22 26:3 167:2,3,15
**sharper** 167:15,17
**she'd** 224:21 225:4
**sheet** 119:19
**Sherry** 147:3
**Shoals** 80:15,19
**Shock** 13:6
**shocked** 39:20
**shooting** 49:8
**shop** 106:22 123:15 218:12
**shorefront** 260:8
**shoreline** 174:4
**short** 128:1
**shot** 118:6
**show** 31:18 113:13 115:4,5,7, 8 134:6 145:11 146:22
**showed** 44:5 80:15 81:6,9 88:12 107:20
**showing** 73:3 158:4 248:4,5
**shown** 121:12
**shows** 116:8
**shut** 63:22
**sic** 253:21
**sick** 24:18
**sickness** 26:22
**side** 117:4, 5
**sign** 28:12 123:15 124:2,4,8,

9,18,19 155:15 183:15 223:17 262:3

**SIGNATURE** 262:16

**signed** 123:13,21 257:22

**signer** 124:13

**signing** 123:18 155:19

**Silanskas** 9:6 10:8 13:21 32:4,6 35:13,20 36:11,15, 19 37:2,5, 17,21 43:11 50:6 51:10 53:14 67:10,13 70:14 77:11 78:10 79:4 80:6,13 82:9,14 88:21 89:18 93:19 95:21 96:1 100:12 161:12 198:13,15 199:1 201:20 202:6 207:19 243:10 252:3 253:9

**Silanskas's** 79:17 82:4

**sill** 247:14

**silt** 235:4, 16

**Silver** 175:16,19

**simple** 170:21

**sincerely** 16:5 18:5 20:11

**sinking** 38:9

**sir** 10:4, 11,17 14:9 15:8 17:4, 13 49:13 97:13 163:1,7 171:12,14 188:5 197:1 208:17 209:10 214:1 227:4,9 228:6 233:17 236:11,22 247:18 249:8

**Sister** 39:12,15, 18 40:15 41:1,9 44:5 169:2,4,5

**sit** 149:22 183:6 188:15 239:21

**site** 105:12 234:19 256:1

**sitting** 123:17 210:22

**situations** 205:18

**skip** 158:7

**slamming** 32:15

**slide** 88:11

**slight** 256:9

**slipping** 186:16,19

**slow** 184:3

**slowness** 150:12 152:19

**small** 111:16 159:12

**Smalley** 25:15

**smart** 240:12,13, 17 255:11

**Smith** 210:16 211:3

**smooth-talk** 156:16

**snooping** 156:7

**so-and-so** 126:8 245:6

**social** 224:16 254:13

**socializing** 191:14

**sod** 64:21

**soft** 132:1

**soil** 113:10 121:2

**sold** 64:18, 21 106:1 249:4,6 256:7

**solely** 11:13

**Somebody's** 45:15

**someday** 164:13 256:21
**son's** 71:20
**Sooner** 171:22
**sort** 62:8 103:17 177:3 182:18 202:19 227:18 258:12
**sorts** 223:5
**sound** 95:8 109:17 170:11 221:19
**sounds** 181:12 182:2 190:2 195:6 201:4 215:16
**soundstage** 109:22 110:3
**soundstages** 66:8,11 110:5,13 173:5,8,10
**south** 106:5 171:20
**span** 164:7
**speak** 31:11, 22 160:6 175:7
**speakers** 137:13
**speaking** 28:18
**specialize** 208:15
**specific** 25:3 27:14 45:6 53:10 65:16 83:19 84:20 96:13 107:14 143:20 157:7 160:8 184:3 185:16 192:8,9,10 211:8,9 215:22 220:16 238:13 239:10,15 242:13
**specifically** 30:18 43:17 44:2,20 55:6 60:13,14 108:14 129:16 157:12 189:11 202:22 210:6 225:13 232:1 247:1,4 250:2
**specifics** 25:11 30:22 61:7 62:21,22 82:17 88:18 95:5 99:5 158:3
**speculate** 55:2,7,12 56:1 197:18
**speculated** 55:9
**speculating** 55:8 150:17
**speculation** 140:19
**speed** 130:8
**spend** 136:20 246:5
**spending** 100:13
**spent** 69:13 74:17,18 89:7 91:5, 13 92:5,8, 13,14,16, 22 93:1 94:7 159:5 165:13 192:16 246:15,16
**sphere** 209:3
**spilled** 219:10
**spinning** 187:10
**spoke** 29:10, 16 30:19 31:9 33:3, 11 34:1,5 65:6 88:2, 4 206:17 211:2 223:5 261:10
**spoken** 27:16 33:14,17 162:22 163:3
**sponsor** 100:9 130:16
**spot** 64:4
**sprung** 226:13
**staff** 140:22 141:3,10

**stands** 208:8,18 239:16

**start** 28:21 34:20 54:15 65:17 84:1 112:9

**started** 39:1 66:10 67:3 71:19 92:5 93:12 123:2 143:22 148:13,17 153:21 159:10 193:3 209:17

**starting** 175:20

**starts** 153:15 251:14

**state** 10:9 64:7 71:12 73:9 75:6 87:19 104:17 117:5,8 150:8 245:11

**stated** 144:2 169:9

**statement** 221:5,8 240:22 241:3 254:3

**stay** 172:19 185:17 246:10

**stayed** 83:9 123:2 175:2

**Steve** 10:8 30:8 41:4,8 42:5 43:13 50:7 67:16 71:2 73:5,19 88:6,8 100:12,17 101:8,10,12 102:1,7 117:8 121:19 122:19 123:8 126:4,22 131:6 135:3 140:22 141:10 145:19 146:12 158:19 159:3,12 160:2 161:8,15 192:20 193:4 194:20,22 199:10 203:10,15 204:3,6 207:2 221:12 233:3,14 237:11 244:22

**Steven** 9:6,18 109:6 114:12

**Stitt** 87:4,11

**stock** 183:2

**stood** 221:21

**stop** 142:21

**stories** 32:10 175:12

**story** 63:20 65:9 209:20

**street** 105:14,20 107:1 127:17

**stress** 202:15

**strike** 75:3

**string** 196:19 208:12

**Strip** 175:17

**stroke** 239:7

**struck** 258:8

**struggled** 177:16

**stubborn** 180:11

**studies** 120:10

**studios** 109:17

**study** 120:8,9

**stuff** 13:14 51:20 64:1 74:15 76:8 77:14 82:2 88:14 91:18 123:18 126:17 132:19 135:11 139:16 155:1 223:18 224:16 233:9 245:4,16 248:6 250:19 253:17 260:16

**stupid** 156:20

**subdivision** 243:15
**subject** 69:4 208:5
**subjects** 11:10
**submitted** 136:2
**submitting** 135:17
**subpoena** 12:2
**subsequent** 44:17
**substance** 83:2
**substantively** 70:7
**substations** 84:22
**succeed** 72:16
**successful** 156:19
**sucker** 81:1
**sued** 13:14
**suffered** 156:10
**suggests** 47:9 241:4
**suit** 34:5
**summertime** 246:16
**supply** 222:22
**support** 11:12 74:3 87:18,21 105:2 109:20 124:22 181:7 232:12,14
**supporters** 150:4
**supporting** 232:9
**supportive** 220:6
**suppose** 208:18
**supposed** 122:21 178:11 243:8
**surely** 210:8
**surprise** 156:7
**surprised** 171:6
**surrounding** 11:21 152:1
**survey** 121:11
**suspect** 90:14,19
**suspicions** 80:5
**swampland** 175:14
**swear** 187:22
**swimming** 85:5
**switching** 110:13
**sworn** 9:13
**systems** 190:13

**T**

**table** 148:11
**tack** 26:3
**takes** 143:18 222:14
**taking** 12:5 90:12 152:18 156:10 172:7 229:16 231:6 257:1
**talk** 27:2 30:16 39:18 48:14 84:6 88:8,15 96:7 107:22 108:7,16 141:15 146:12 151:19 156:21 160:9 190:6 191:1 207:2 211:10 214:2 233:14 239:22 252:4 257:2
**talked** 33:20 34:6,7 40:1 65:4 77:6,8,9,10 82:1 106:7 108:4,11 122:22 125:18 143:6 182:7 207:1 210:15,16 211:2 234:14 237:9 256:5 261:2
**talking** 11:2 27:4 37:17

61:22 62:11 65:3 78:22 81:9 83:20,21 84:3 89:6 98:9 102:5 115:1,9 117:16,17 130:4 132:13 134:2 137:18,22 138:3,6 140:16 157:5 161:6 184:19 202:6 206:12 211:4,8,14 212:21 216:9 221:12 245:2 256:17

**tasks** 225:2 227:15 261:13

**taught** 64:6

**tax** 23:14

**tea** 199:14

**team** 150:14 209:17 237:2

**technically** 253:16

**technologically** 201:12

**telephone** 11:9 163:3 165:15,16

**television** 32:10

**telling** 40:10 43:19 46:21 47:11 56:4 82:11 87:20 96:14 109:16 126:1 170:17 253:15 259:10

**tells** 43:15 197:4

**tender** 64:4

**Tennessee** 171:15

**tension** 219:5

**term** 209:3

**terminated** 191:21 192:2 195:12,14 202:13

**terms** 101:3 127:20

223:6

**territory** 104:18

**testified** 95:10,20, 22 112:7 134:14 170:9 176:9 186:11 232:13 233:18 259:19

**testify** 11:20 163:10,17

**testifying** 34:16

**testimony** 240:1

**text** 15:18 17:16 18:13 25:6 44:12 45:17,18 54:12,15 56:11,22 57:14 58:21 61:22 97:15 98:8 114:11 134:9 146:2 147:3 148:5

149:16 151:9 152:8 168:18 169:1 170:22 192:4 233:12 251:10 252:5,18 254:22

**texted** 56:16 58:5 98:2

**texting** 255:3

**texts** 33:9 165:16,17 251:16 252:2

**thanked** 96:14

**thanking** 16:8 18:13

**that'll** 19:17

**that.'** 95:15

**theater** 166:4 224:14

**theme** 38:11 75:15,16 79:18 82:4 85:8 87:7, 16 100:14, 20 101:12

102:20 106:13 109:11,15 110:4,6, 13,17 111:4,11 122:2,5 126:2 129:14 131:7,16, 21 132:6, 9,16 136:12 143:8,18 145:1 148:14 151:2 159:19 160:4 173:11 174:1,11 183:10 184:20,22 185:6 194:22 195:7 203:11 221:13,14 222:20 223:2 230:1 231:16,20 233:5 237:1,15 238:4 240:5 243:8 248:12 249:21 250:15

**theory** 161:22

**Theresa** 9:15

**THG** 131:10

**thing** 36:1,3 52:10 80:15 88:17 89:2,4 99:2 102:17 117:9 119:11 138:20 140:7,9,13 179:9 190:2 192:10,20 193:5,12 195:1 197:6 201:14 220:19 222:3,13

**things** 20:17 29:8 34:10 47:20 48:8,9 63:2,5 64:8,11 66:10 85:16,21 87:18 100:1 122:14,16, 18 130:6 139:6,8 144:16 170:15 171:6 176:8 177:1 178:2,16 184:7,9 186:16,22 190:6 191:1 193:3 202:20 216:10 217:5 219:12 224:16,21 227:12 232:12 235:7 239:17 241:21 245:1,2,20 252:12 260:13

**thinking** 161:1 171:3 176:20 177:5 210:22 215:22 223:4 235:10 244:14

**thinks** 46:15

**third-party** 9:20

**Thorp** 9:21 10:1 24:5 112:15

**thought** 14:19 16:2 18:1 39:19,22 40:5 56:3 58:12 61:16 64:13 80:21 89:20 95:12 98:10 102:17 108:9 109:19 138:16 139:20 140:8,18, 20,21 146:16 149:7 157:22 159:6 164:1 168:21 176:1 184:17,21 192:11,12, 15 194:6 197:19 198:4

224:5 232:4 235:15 244:4 253:18,22 259:19 260:10,11

**thoughts** 216:19

**thousand** 85:5

**thousand-acre** 132:5

**thousands** 163:22 164:8 165:11

**threw** 89:8

**thrown** 81:21

**tickets** 18:10

**tight** 224:6, 14

**till** 53:10 93:2,4 192:5

**time** 9:3 14:4 15:1 16:5 18:9 21:11 24:16,18 25:1,21 26:8 28:22 30:7,10,12 32:3 33:11,20 34:22 44:1 45:3 49:21 50:3 55:10 60:3 66:4, 7 67:12 70:3 74:9 77:17 80:10 82:8,10 83:1,22 88:19 90:13,17 91:21 97:20 99:4 102:6 104:1 105:7,9 107:8,14 108:9,20 110:3,20 125:13 129:12 133:13 142:20 143:21 144:3,10, 22 146:5 152:20,22 153:6,7 156:8 157:6 159:9 160:18 162:2 163:8,18 164:13 165:12 169:22 171:16,21 172:12 174:20 180:19 183:21 184:3,5, 10,14 188:9 193:13 194:20 197:11,22 198:9,19 199:4 202:3 205:12 210:2 214:9 215:15 218:11 219:6,22 222:15 223:18 226:5 229:6 231:4 234:2 236:17,19 243:11 244:10 246:4,14, 15,16 252:11,12 253:10,15 257:2 261:18

**timely** 59:9, 16

**times** 24:2, 4,15 37:14 44:16,17 52:19 60:22 85:5 133:13 136:11 142:12 166:7 178:16 186:12,14, 15 189:15, 21 198:2 223:16 225:18 239:17 241:8 246:2,7 261:11

**tirelessly** 156:19

**title** 75:20 76:6 226:6,15

**title's** 226:14

**today** 10:12 12:6 56:17 57:2 59:10 109:3,9 120:12 129:4 131:21 134:21

149:21 163:9 176:9 200:5 222:4 228:5 256:8 257:2 259:13

**today's** 33:1 38:14 39:9 40:19 41:5 44:10,21 46:18 48:15 50:9,20 52:2,16 54:16,17 56:19 57:1 58:7,22 169:2 170:7 238:22 239:6,12 240:19 241:2,5

**told** 30:21 31:15 37:8 42:11,12 51:3 61:19 63:20 64:8,20 65:7 66:8 72:6 73:16 77:19,20 81:18 82:19 85:5 87:14 89:2,17 91:4 92:16,17 93:10 95:6,11 96:1 97:1 99:22 101:18,22 102:19 104:13 107:11 109:21 110:12 117:13 127:13 139:5 147:15,17 173:20 177:7,8 178:12,13 180:15 181:5 182:6 192:3,20 194:9,22 198:2 202:16,20 210:15 221:5,7 222:21 232:8 234:5 242:6 259:16,17

**tongue-lashing** 80:11 82:19

**Tony** 203:1, 16

**top** 10:19 84:7 90:9 116:6 120:1 121:8 155:10 207:17 213:3

**topo** 113:9 114:7

**topographical** 122:17

**topography** 114:8,13 115:18 237:21 238:14

**tops** 250:5, 6

**total** 69:5 74:18 152:13,15 186:21 243:5

**totaling** 92:5

**totally** 41:20

**touch** 154:14

**touched** 106:17

**town** 138:17 139:20,22 140:16 172:17 215:9 248:2

**track** 130:15,16, 17

**Tract** 119:20

**tractors** 125:11

**tracts** 185:16,21 186:4

**traffic** 116:18,19, 21

**transaction** 65:14

**transcript** 86:5

**travel** 161:2 241:12,14

**traveled** 217:19

**traveling** 160:15 241:17

**Travis** 112:22

**tree** 230:22

**trial** 34:17

**tribe** 103:10

104:18
**tribes** 103:9 104:6,16, 20 105:2
**trigger** 260:3
**triggering** 229:3
**triune** 51:1, 2,6,11,13
**true** 35:17 36:17 189:4 205:11
**trust** 61:10 102:14 148:20 156:7 183:16 187:18 218:18
**trusted** 234:11 242:19
**trustee** 20:1
**trusts** 156:13 215:5
**truth** 46:21 47:11 56:4
**Tuesday** 153:22
**Tulsa** 9:7 130:4
**tunnel** 179:3
**turn** 11:7, 17 76:10
**twelvesies** 84:18
**two-and-a-half** 101:6,14 145:2 164:7
**two-and-a-half-year** 144:3
**two-set** 128:7
**two-thirds** 36:16
**twofold** 241:22
**twosies** 84:18
**type** 20:7 63:1 99:2 132:19 220:17
**typically** 126:21 143:17

U

**U.S.** 119:22
**Uh-huh** 17:21 171:10 187:1
190:16 198:16 205:15 211:15 225:1 255:2,21
**ultimately** 181:17 185:11
**underprivileged** 64:5
**understand** 47:1 48:5 75:6 99:21 135:6 142:10 154:7 155:13 156:18 175:13 179:22 180:21 193:18 258:7 259:3
**understanding** 20:6 35:6 54:19 79:16 109:14 110:8,9 121:19 123:8,12 148:12,16 152:13 158:22 159:4
195:13 216:16
**understatement** 164:10
**understood** 13:18 240:1,4,9 258:20
**underway** 192:19 193:4
**unduly** 170:14
**unhappy** 159:1,2,6
**unified** 103:10
**unmark** 16:17
**unspecified** 76:13
**upset** 80:21 157:10,13 195:21
**upwards** 193:5 195:1
**USGS** 121:10
**uti** 84:20
**utilities** 31:19
**utility** 63:1 116:12 141:1

**UTVS** 125:3

**V**

**vacation** 176:3
**vague** 182:2, 11
**vaguely** 211:5
**valuable** 250:8
**valuation** 77:12
**values** 165:2 179:8 188:20 248:11
**VC** 208:5,8, 18,21,22 220:3
**vehicles** 124:21 125:2 130:17 232:14
**vendor** 227:12 258:1,6,17
**vendors** 98:18 99:8 203:17
**venture** 36:16 176:17 208:14,18 209:1,4 210:4,13 211:10,13 212:2 220:3
**ventures** 85:9
**verge** 152:13
**verified** 83:5
**verifying** 124:16
**version** 35:10
**versus** 9:5 110:13
**viable** 183:11
**vibe** 199:19
**video** 9:4 88:11
**viewed** 122:15
**Vinita** 20:21 34:3 54:5 63:18 69:14 72:19 81:7,8 105:12,18 111:21 118:5 119:20 127:8 131:20 138:16 141:5 147:12 156:6 164:18 165:9 167:11 171:18 172:12 174:1,21 176:6 177:16 183:11 214:18 234:19 247:8 251:1 252:7 260:13
**vision** 150:5
**visions** 68:17
**visit** 24:20 30:20 37:8
**visited** 29:6 31:1
**visiting** 123:18
**vocal** 82:22
**volunteer** 34:3 43:3 172:22 178:10
**voting** 103:10
**VP** 131:6

**W**

**wait** 52:17 53:10 57:16 149:22
**walkability** 76:14
**walked** 220:11
**Walt** 175:9
**Walton** 174:6
**wanes** 184:10
**wanted** 10:11 14:13 23:12,19 45:17 63:5 64:10 71:11 74:15 76:17,18, 19,20 95:7 97:2 100:2 108:5,6,14 109:11 111:3,8, 14,15,17, 21 124:13 138:13,15, 17 140:12 144:19 146:6

176:11,12 181:16 216:21 232:2,7 233:19 242:1

**wanting** 53:8 61:5 71:10 72:15 127:19 144:10,13 244:6,9,10

**wardrobe** 109:22

**warn** 80:4 82:9,13

**watch** 100:6 194:21

**watched** 175:20

**watching** 168:20

**water** 31:19 81:22 118:5 132:6 141:11

**waterway** 119:5

**Wayne** 235:17,18

**ways** 228:4 256:14

**wealth** 156:10 240:4

**Webb** 225:5, 8,15 226:1

**week** 112:5 151:21 262:13

**weekender** 225:20

**weekly** 133:22

**weeks** 32:9 246:11

**weight** 52:4, 5,10 170:7,8

**weird** 244:1, 4

**well-respected** 172:14

**west** 115:20

**Wetland** 119:5,19

**whatnot** 215:13

**when's** 26:8 30:7 32:3 33:11,20

**whoa** 231:13

**wife** 34:1 99:15 191:13 231:2

**Wilhite** 9:6, 21 10:8 11:14,18 12:8 13:3, 21 26:9 27:5,18 28:19 35:14,20 36:11,15, 19 38:2,8 40:18,22 43:1,8 44:15 50:6 51:10 53:14 54:12,20 56:11,16, 22 57:14 58:5,21 67:7 69:22 70:8,13 73:6,14 77:11 78:11 79:5 82:13 83:1,12 88:15,20 89:17 93:19 95:12,15 96:2 98:17 99:7,12 100:11 112:14 161:10 162:22 166:2 189:6 195:11 197:14 200:7 207:5,8, 15,19 212:1,14 240:16,18 241:1,4

**Wilhite's** 10:20 11:5 26:4 29:22 41:12 67:19 240:22

**William** 22:20

**window** 144:3

**wintertime** 246:15

**withheld** 215:12

**wondered** 26:14

**wondering** 168:22 198:13 199:2 253:10

**word** 27:15 38:14 39:9 40:19 41:5 44:10,21 46:19 48:15 50:9,13,20

52:2,16 54:16,17 56:17,19 57:1 58:6, 7,22 78:1 89:1 169:2,7,16 170:5,7 181:9 238:22 239:6,12 240:19 241:2,5 258:15

**word-for-word** 192:13

**words** 16:3 18:2 47:19 86:6 102:16

**work** 23:15 73:13 77:12 114:13 115:2 122:19 126:4,6,12 127:2 134:20 135:21 140:22 156:19 159:12 160:3 174:16 178:10 203:3,9 215:9 235:22 260:15

**worked** 122:3 188:11 200:18 219:22 235:3 258:8

**workers** 165:1

**working** 22:16 72:12 85:7 91:16 103:7,22 107:7 117:10 135:13 181:1 224:3

**world** 111:19 174:18 175:11 197:13

**world's** 140:5

**world-class** 132:5

**worldwide** 111:6

**worry** 72:6 102:17 178:14 234:6

**worrying** 145:19

**worst** 140:7

**worth** 188:16,19 222:10 226:17 235:22 243:4,19 249:10 256:13

**wringed** 253:21

**write** 37:7 137:22 138:13 139:12

**writes** 73:19

**writing** 36:2,5 37:18 45:15 46:8 48:15 239:1,14 240:19

**written** 37:21 39:12 44:22 45:5,7,11 138:5 139:9 197:2

**wrong** 16:13 40:4,7 80:16 89:18 90:1 98:6 138:8 140:20 235:10 260:7

**wrongdoings** 156:17

**wrote** 11:18 16:5 18:5 20:10 38:14,18 40:15 47:18 59:9 67:19 138:2 139:11,15, 16,18 169:12 253:13

**Y**

**yards** 235:1, 2

**yea** 204:10

**year** 33:13 164:5 192:5 246:14 261:11

**year-and-a-half** 33:13 106:3

**years** 18:15 32:5 56:6

101:6,14
105:15
106:3
129:20,21
145:3
164:8
188:17
239:8
261:3

**yesterday** 33:5 59:11 151:17

**yesterday's** 54:16

**yield** 52:17

**Z**

**Zabel** 112:22

**zeros** 102:14 149:4 194:12

**Zillow** 247:21

**Zoom** 9:15 10:1 132:8