**From:** Steve Hedrick <stevehedrick99@icloud.com>
**To:** "<lwilhite@themansiontheatre.com>" <lwilhite@themansiontheatre.com>, Rick Silanskas <ricksilanskas@gmail.com>
**Subject:** Flights
**Date:** Tue, 7 Jun 2022 07:25:28 -0700
**Importance:** Normal
**Inline-Images:** Screen_Shot_2022-06-07_at_7.24.20_AM.png

---

allegiant Flight Car Deals Check-in Manage Travel

Itinerary Details

## Departing Flight

Cancel my Departing Flight

| Date: | Flight # | Departure Airport | Departs | Arrival Airport | Arrives |
|---|---|---|---|---|---|
| Tue Jun 07, 2022 | 1314 | Phoenix-Mesa Gateway Airport (IWA) – map | 1:18 PM | Springfield-Branson Regional Airport (SGF) –map | 5:48 PM |

| Traveler Name | Seat | Boarding Priority | Checked Bags | Carry-on Bags | Special Assist. & Pet in Cabin |
|---|---|---|---|---|---|
| STEPHEN HEDRICK Remove Traveler | 12D | Standard | 0 | 1 | n/a |
| | Add/Change Seats | Upgrade/Change | Add/Change Checked Bag | Add/Change Carry-on Bags | Add/Change |

## Returning Flight

Cancel my Returning Flight

| Date: | Flight # | Departure Airport | Departs | Arrival Airport | Arrives |
|---|---|---|---|---|---|
| Sat Jun 11, 2022 | 1261 | Springfield-Branson Regional Airport (SGF) – map | 11:53 AM | Phoenix-Mesa Gateway Airport (IWA) – map | 12:33 PM |

| Traveler Name | Seat | Boarding Priority | Checked Bags | Carry-on Bags | Special Assist. & Pet in Cabin |
|---|---|---|---|---|---|
| STEPHEN HEDRICK Remove Traveler | 7D | Standard | 0 | 1 | n/a |
| | Add/Change Seats | Upgrade/Change | Add/Change Checked Bag | Add/Change Carry-on Bags | Add/Change |

Steve Hedrick
www.stevehedrick.com