Message

**From**: Steve Hedrick [projectdevelopment@mansionentertainmentgroup.com]
**Sent**: 7/15/2022 8:50:55 AM
**To**: lwhilhite@themansiontheatre.com
**CC**: Mansion Accounting [accounting@themansiontheatre.com]
**Subject**: Invoice # 6
**Attachments**: Mansion theater consult 6.pdf; Untitled attachment 00015.htm; Amercian Airlines LAX TUL.pdf; Untitled attachment 00018.htm; credit from UNITED 0161590428530.pdf; Untitled attachment 00021.htm; Hotel_97975.pdf; Untitled attachment 00024.htm; John S Ticket Itinerary and Receipt for Confirmation J2ZJZZ.pdf; Untitled attachment 00027.htm; National Rental Agreement 852043408.pdf; Untitled attachment 00030.htm; National Rental Agreement 951047417.pdf; Untitled attachment 00033.htm; National Rental LAX 1 day.pdf; Untitled attachment 00036.htm; rental car gas.png; Untitled attachment 00039.htm; Reservation Confirmation 74366234 for Residence Inn Los Angeles PasadenaOld Town.pdf; Untitled attachment 00042.htm; Tom T Tulsa OK US TUL .pdf; Untitled attachment 00045.htm; United eTicket Itinerary and Receipt for Confirmation IMCS77.pdf; Untitled attachment 00048.htm; IMG_2975.jpeg; Untitled attachment 00051.htm; IMG_2974.jpeg; Untitled attachment 00054.htm

Good morning Larry,

Attached is my invoice # 6, July 2 - July 15, including my recent LA design meetings and Vinita site visit.
It's a bit complicated because:
1. Diane was traveling with me. I deducted her airfare from the Prescott to LAX receipt.
2. I paid airfares for both Tom Turley and John Sorenson.
3. Also picked up the meal expenses for Tom and John.
4. I discovered that United Airlines had overcharged on a previous flight, asked and received a $116 credit from them.

More fun ahead.

Steve