iMessage
Jun 6, 2022 at 2:05 PM



Sent via iCloud

Nice. Thanks Gene.

Jun 29, 2022 at 7:06 AM

Hi Gene,
Where did you get the map of the properties that you colored? I need to download a copy.
Thank you,
Steve

Jun 29, 2022 at 8:58 AM




E0250 Road
E0260 Road
US Hwy 60
E0290 Road
N4440 Road
N4460 Road
N4470 Road
N4480 Road
N4490 Road
State Hwy 82
Shawnee Creek
Locust Creek
See T25N R20E Page 6
See T24N R21E Page 3
www.countyassessor.info
1.877.700.4233
sales@countyassessor.info
7


T25N R21E
N
W
E
S
1704 owned
1380
See T26N R21E Page 11
Little Cabin Creek
E0240 Road
E0250 Road
E0260 Road
US Hwy 60
E0290 Road
Shawnee Creek
Locust Creek
See T24N R21E Page 3




As a point of reference

Thank you, Gene. Perfect.

Jul 5, 2022 at 2:06 PM

Coming your way a week from today, June 12, with Landscape Architect and Operations guy. Will you be around?

Jul 8, 2022 at 4:11 AM

Morning Gene. We're still on track to meet you 8-8:30am Tuesday. Larry is going to drive over from Branson to meet us. Another favor. Could you please send me another picture of the county assessor's book but this time pages 6 and 8? Thanks for all your help.

Sure I will be at the office in a bit, get them over to you!

No rush

Jul 9, 2022 at 7:09 AM





I went ahead and sent it, but page 8 is not a continuum, because page 7 to the right is the county line. I will need to get a Delaware county map for that...

This is enough for now. Don't bother with Delaware. Thanks Gene.

Jul 9, 2022 at 5:02 PM

Hi Gene. We're still planning to darken your door 8:30AM on Tuesday. Attached is a topo map of the areas we will concentrate on. See you then and thanks.

PDF

**MEG-TOPO SiteMap-v5_4-20220704 Geo.pdf**
PDF Document · 731 KB

Jul 9, 2022 at 6:33 PM

Yes sir

Jul 11, 2022 at 5:43 AM

I had one of my guys create a map of purchased and potential properties. If you don't mind, check for accuracy. Thanks.

PDF

**MEG-SiteMap-v6_5-20220711.pdf**
PDF Document · 9.6 MB






G 30 & 31 would go further west, but other than that looks accurate. There is potentially an additional 80 that would lay east of the county line.

Thanks Gene. See you tomorrow.

Looking forward to meeting

Aug 5, 2022 at 8:47 AM

Larry tells me your son has a health issue. Praying for him.

Thank you!! He will be fine now his appendix was rupturing and they got it out just in time.. so no majors, but scary!! He had 3 incisions so now the healing process begins!!

So glad to hear he's Ok! He'll have 3 scars to show off to his friends soon.

I told him we will make up a great story! Lol

A bow and arrow mishap.

Aug 6, 2022 at 4:40 PM

Hi Gene. Hope everyone is well. See our latest thinking on the location of the theme park. Notice it assumes we can close the county road behind the cement plant when it reaches our property. Do you think this will be a problem for the county?






Aug 6, 2022 at 7:50 PM

I think that could happen...

Aug 8, 2022 at 2:21 PM

How's your boy doing? Thinking about him.

He's doing fine... he's having a hard time not being active!!

Understandable at his age. They heal much better than us old folk.

Aug 9, 2022 at 12:04 PM

How many acres have we acquired so far? Just curious.

1705 I believe

Ok thanks

Aug 10, 2022 at 12:06 PM

I think I am good!!!

Aug 18, 2022 at 12:05 PM

Gene, is there natural gas available near the site?

I'm sure there is, just don't know where the closest line is.. will do some checking

Aug 21, 2022 at 3:56 PM

I see on radar you're getting a few drops of rain.

Sep 9, 2022 at 1:15 PM

Gene, are you available if I bring a few folks to the site, Sunday. Sept 25? Likely 9AM to 1PM.

Yes I should be

👍

Sep 12, 2022 at 11:42 AM

Looks like we're on for the visit on Sunday Sept 25. If you're missing church I can quote some gospel verses to you.

Sep 12, 2022 at 4:02 PM

👍

Oct 17, 2022 at 5:16 AM

Morning Gene. Question. When traveling east on county road 260 from the concrete plant. Does that road go up a steep hill?

Yes, it goes up a hill

Good to know. Thanks much.

Fair warning. We may come visit you again around Nov. 6 or 7.

Sounds good!! Looking forward to seeing you!!

Nov 7, 2022 at 7:13 AM

Confirming - We're going to see you tomorrow around 8AM.

Yes sir! Looking forward to seeing you

Nov 18, 2022 at 5:43 AM

Morning Gene. Any news on the land swap or purchase front?

We are working on all fronts. Taking a little different approach on the purchases. Jason didn't show up, and didn't respond back to me. So we are in the process of sending his mother 'who owns' the property, a contract to purchase all the property. Be praying, we will see how this turns out!?

Ok. Thanks for all you do. 🙏

Dec 6, 2022 at 5:31 AM

Let me know when you're awake and I'll call ya.

Dec 6, 2022 at 8:08 AM

The files are large so I sent to your email.




Dec 15, 2022 at 10:39 AM

Give me a car lease update when you can. Got any on the lot?

Dec 15, 2022 at 3:30 PM

I'd like Andy to start thinking about the 1100 acre lakefront property. Where do we find it online? Thanks Gene.

Dec 16, 2022 at 4:44 AM

Or give us some landmarks and highways to find it on google earth. Thanks Gene.

I will google earth it for you this morning

Thanks.

I'm guessing this is it.




Cherokee spur yes

Great property!

Yes sir

Dec 16, 2022 at 2:48 PM




Excellent!

Dec 24, 2022 at 1:27 PM

We're wishing the McCombs a very merry and blessed Christmas. God bless you and keep you safe and happy in the new year.

Merry Christmas, my friend! Hope you have a wonderful Christmas and looking forward to seeing you soon in the new year. God bless.

Dec 27, 2022 at 4:21 AM

Morning Mr. McComb. We plan to darken your door early on Jan 11th. Does this work for you? Big group, including Larry, 7 of us. We'll be looking at the 960 (from our 320 portion), the original 320 and the triangle connection to the NW 1200. Also want to see our newly acquired 1100 lakefront property. Busy day but necessary for us to make a decision. Hope this is not too much. Let me know.

Dec 27, 2022 at 5:29 AM

No problem!

Dec 28, 2022 at 11:26 AM

Is it possible to change to a day earlier? The group would be at your place on Jan 10 instead.

For you anything is possible my brother that's fine

Excellent. the group has grown to 9 people. May need more chairs in the Garagmahall.

I got you covered

Dec 31, 2022 at 7:10 AM

Let me know when I can give you a call. Today or Monday is fine.

Dec 31, 2022 at 4:34 PM

We are in Pasadena now. You can call anytime

Jan 7, 2023 at 2:45 PM




Yes I have that pic. This file is the one

221226Lazy Hawk CREATIVE Presentation1
PDF Document





Thanks!! I'll look at them in a bit.... Playing in the dirt!!!

Jan 8, 2023 at 4:17 PM

Fyi. You may get a lot of questions on Tues regarding county lines, roads, nearby utilities, sewage plants, etc. should be a fun day.

Ok

Jan 28, 2023 at 6:06 AM

we have a new plan for Preview Center so don't go pushing dirt just yet. FYI

Apr 5, 2023 at 3:12 PM

Hi brother Gene. Give me a call at your convenience. Thx

Apr 6, 2023 at 3:20 PM

Governor 21st at 11.50

Apr 13, 2023 at 12:39 PM

The triangle that connects the 320 and NE property. How many acres?

Apr 14, 2023 at 4:47 AM

Morning Mr. McComb. See pic below. Do you think we have any chance of getting a 20 acres patch from the Kindsbauder Fam?






I can ask.. how many acres are you thinking?

20

I will reach out today

Thank you sir.

Apr 19, 2023 at 12:54 PM

The gate code is 2121

The email said 2021

Apr 19, 2023 at 2:14 PM

Typo Thanks Gene

No problem!!

Apr 20, 2023 at 9:38 AM

They say hit it at 40 next time and you'll be good

Sure will

Apr 27, 2023 at 11:27 AM

Re: sewer. Are you available for a call in 30 mins.

Could you do now with city & fed here now

| LAZYHAWK | | WATER & SEWER DEMAND | | | |
|---|---|---|---|---|---|
| SUMMARY | SF | FACILITY WATER (GALLONS PER DAY) | IRRIGATION & WASHDOWN (GALLONS PER DAY) | TOTAL WATER (GALLONS PER DAY) | WASTE WATER (GALLONS PER DAY) |
| PHASE I | | | | | |
| THEME PARK PHASE I TOTAL | 2,488,646 | 364,150 | 157,507 | 521,657 | 334,57 |
| RV RESORT | 157,862 | 44,200 | 91,448 | 135,648 | 42,71 |
| HOTEL | 300,000 | 43,200 | 28,575 | 71,775 | 42,76 |

| | | | | | |
|---|---|---|---|---|---|
| PHASE I SUBTOTAL | | [illegible] | [illegible] | [illegible] | 420,05 |
| ESTIMATED PH I PEAK ELECTRICAL | 0.85 | | | | |
| PHASE II | | | | | |
| PHASE II SUBTOTAL | | 531,881 | 210,446 | 742,327 | 495,76 |
| ESTIMATED PH II PEAK ELECTRICAL | 0.85 | | | | |
| TOTAL | | 983,431 | 487,976 | 1,471,407 | 915,82 |

Apr 27, 2023 at 1:06 PM

OKIE SAFETY CONSULTING

Kaitlyn Legg
OKIE Safety Consulting
www.okiesafety.com
405-250-3399

Let's talk about these folks helping out the city with planning and inspections. Also about the city engineer info. Thx Gene.

Apr 28, 2023 at 4:42 AM

See above and let's talk.

Ok. Will get with Brian this morning. The city technically doesn't have an engineer. The have a consultant. So will ask Brian how they would like to proceed.

Thanks Gene. I want to get their guy with ours to talk about gallons per day to the sewage plant. A big disconnect there. Also above, Okie Safety. They're a firm that does approvals and inspections for cities. They guide cities thru the maze of state regulations. We should suggest that Josh interview them along with any other consultants that do the same. Once we start construction, a department or consultant will have to understand and approve up to 10,000 drawing and documents. Not a two person job.

Apr 28, 2023 at 12:26 PM

Could you email me what we have for topography maps for that general area please

Yes

Thank you sir!

May 2, 2023 at 4:29 AM

Morning Sir. Give me a call when you're caffeinated and up and at 'em. Re: Sewer. Thx

May 4, 2023 at 7:44 AM

What time do you expect to have the document sent over for the ask?

Very soon. Revising now. Can you call me?

May 5, 2023 at 8:16 AM



iMessage

May 10, 2023 at 4:40 PM

ash cigar lounge
google.com

At the bar, Nikki Metal

May 11, 2023 at 6:39 AM

Request to the State and City of Vinita.docx
Word Document · 14 KB

May 12, 2023 at 7:43 AM

Can you send me sneed study?

Commerce said they don't have it

RegTrk AH Econ Assessement 20230426.pdf
PDF Document · 2 MB

It's a draft to be updated but here's what we have. I'l on the plane home so it may not come thru.

Thank you sir!

BTW, I sent this to Larry on May 10 and copied Jennifer Springer in Commerse.

Did you guys run into rain on the way home?

Not anything significant.. just a sprinkle or two, I got home just after 10p and it stormed last night. Got about an inch and half

All good

Yes sir! Have a safe trip home!!

May 12, 2023 at 5:35 PM







Got it. thx

May 13, 2023 at 5:22 AM

PDF
Heartland Infrastructure and Tax Incentives.pdf
PDF Document · 48 KB

Morning Gene. See attached. This is how you get to $700M quickly. Don't share yet. Verifying the numbers.

May 13, 2023 at 7:08 AM

The only thing is I had prepped city for a 10 to 15 year tax holiday. Dangling the carrot 🥕 of them taking in everything else that will follow us in... they seemed good with that.

State may not go that long but city would

Good plan

I'm not sure about the county with the tiff districts? Can they holiday us, or does the tax start and go directly to pay for the infrastructure immediately? I'm not familiar with that...

A question for Cathy O'Connor, incentive lady. I'l ask.

That site selection group sounds redundant, maybe they do commerce's job in some way that takes the work load off them? Not sure, if that's the benefit for them, maybe they should hire them?....

Maybe so

Their work is probably the format the state is use to seeing.

Maybe we could get an example to follow

Yes, maybe so... They are finding out their inaction has put them in a serious disadvantage in grasping this project. Now having to play catch-up wrapping their heads around this!.. now looking for help!!

That's my take...

Yup. "We don't have the info" is their cover excuse.

Yes.. I think you're on to something. "They don't understand the information in your format" if they would have just sit down with us in the beginning and tried to understand they would be up to speed.... We'll get through this.. I may have a sit down this week with Charlotte and try and figure out exactly what they're looking for?

Good. I'll have the numbers together by Monday.

Awesome!! Appreciate you SO much!!! Thanks

May 15, 2023 at 3:07 AM

The last time I was in your garage, I think I left a pair of reading glasses. When you have time could you look for them? Thanks.

Sure

May 15, 2023 at 6:08 AM




Are these yours?

Yes

What day are you flying out?

Tomorrow







I like it!

May 15, 2023 at 8:20 AM

Have a 4.30 meeting with Charlotte

Thanks, but that's gonna be too late for me. I have a 530 flight out of Tulsa.

Was just letting you know, the meeting is today at 4.30. Want to find out the disconnect in what they are wanting with the other company.. I may need to call you at some point for translation if she can articulate what they want?

Sounds goog

Good

👍

May 15, 2023 at 2:38 PM

Do you have those numbers? With Charlotte

Do you have a minute

I'm in flight and they just told us to prepare for landing. Will be on the ground in about 30 mins.

I have not heard back from TEC yet. But you can give her a heads up on where it's trending.

Not Delivered

Call when possible

Ok

You there

May 16, 2023 at 3:40 PM

Lazy Hawk Prelim Estimates.pdf
PDF Document · 525 KB

Just got updated numbers on roads. I'll have to go thru when I land to find any changes. Standby

May 17, 2023 at 4:38 PM

23-05-17Lazy Hawk Infrastructure and Tax Incentives.pdf
PDF Document · 103 KB

PDF Document · 103 KB

**23-05-17Lazy Hawk Infrastructure and Tax Incentives2.pdf**
PDF Document · 103 KB

Corrected copy. Double counted 4460

May 17, 2023 at 6:10 PM

Can you send me the pictures of the waterline coming from Vinita and those utility pictures please?

May 17, 2023 at 7:48 PM




**EXP Lazy Hawk - Utility Coordination - 2023-05-03.pdf**
PDF Document · 1.3 MB




Thank you!!

May 23, 2023 at 10:15 AM

Can I call you later?

Absolutely

May 25, 2023 at 1:24 PM

Will these 3 ponies fit in your garage until we need them?



Sure!!

I emailed you the presentation and Feasibility study

Thank you sir!!

May 26, 2023 at 8:21 AM

Do we have a time for the meeting okc 31st?

Can you please contact Charlotte and ask her if the meeting will be in person or on video conference.

She is contacting Jennifer as we speak to see how it's set up with us live or zoom!!

Jun 1, 2023 at 8:11 AM







Text Message • SMS
Jun 2, 2023 at 10:36 AM

19183232657 Deposited a new message:
"Are you there? Hello?"
Click here: 14699825008 to listen to full voice message.

iMessage
Jun 2, 2023 at 11:38 AM

Is there some company called MD Designs or similar to that involved in the design process for Lazy Hawk?

That was from Josh Lee. I guess they reached out to him.

Jun 2, 2023 at 1:06 PM





Jun 2, 2023 at 2:37 PM

Do we have an outline of what the restrictions for the Palace District might look like in vinita?

Look at the MOU doc I sent you. It's there.

Jun 3, 2023 at 4:57 AM

Is the meeting with the 9 tribes confirmed, Jun 14, 9am?

That is the correct time.. we're trying to confirm all chiefs be there

Thanks.

As for the guy saying he's building a park in Vinita, they'll be lot of those coming in. Pretty picture mostly. If it were me, I'd hold off on responding until there's some serious data and talk of how they get funded. But that's up to Josh.

That is Michael Lee, he is a Disney designer he's out of Utah. I met him years ago. He was working on this 18 year ago when they were trying to get the France family to do a nascar track here.. they went with KC instead. But this is on the internet! That's where a lot of the rumors are coming from now. People have found it and think it's what we're doing now!! Just a bit of irony!!

Jun 5, 2023 at 6:14 AM

Have we gotten any updates on when we might have our

Have we gotten any updates on when we might have our announcement?

We'll announce days after we have a signed MOU with the state. Depends on them.

Jun 7, 2023 at 8:37 AM

The state has indicated there will be some arpa fund that will be available for infrastructure

Jun 7, 2023 at 4:25 PM

So, are you flying in Monday?

Flying in to Tulsa on Tuesday.

Ok.. I'm thinking cigar bar! 😀 lol! Guess the contractor are coming here Monday, they let me know a bit ago.. all good, I just wondered if you were coming for that.?

Jun 9, 2023 at 2:43 PM

PDF **Bore Hole Analysis.pdf**
PDF Document · 719 KB

Here is the boring report. Refusal means the boring machine could not go further because it hit bedrock. It will be interesting to see if your digger agrees. I'm getting exact geo locations so we know where to dig.

PDF **Lagoon and Key Basements.pdf**
PDF Document · 690 KB

PDF **Boring Location Diagram - Landscape_REVISED.pdf**
PDF Document · 1.5 MB

Jun 10, 2023 at 5:39 AM

Let me know when he can be here and I will 'dig baby dig'!!

Jun 12, 2023 at 9:29 AM

Geo Brian will be back at the site Monday to do rock core drilling. This drill goes deeper into the rock than the one before. He'll let you know what time of day.

👍

Jun 16, 2023 at 9:47 AM

ODEQ engineer Rocky Chen say attorney April Eberle will not approve signing the NDA.

Jun 20, 2023 at 6:13 AM

PDF

**2023-06-19 Borehole Locations .pdf**
PDF Document · 2.3 MB

New rock borings FYI

Jun 21, 2023 at 5:28 AM

On my way. ETA 10 mins

Ok

Jun 21, 2023 at 5:27 PM

Any advice on getting ODEQ to sign an NDA? Who should we call to convince them?

I spoke to Charlotte and Rusty most of the way down here.. Charlotte had no idea Rusty had put 200m away for infrastructure, plus the hwy 66 project was 6 yrs in the 8 yr plan, also arpa funds are available for sewer & water.. so we're not nearly as far away as she thought.. however since she never called and asked… she had no idea, we came a long ways this afternoon!!! Monday we will have a roadmap to completion.. so frustrating but I pushed the limits until I

got answers, to questions she didn't know to ask... feeling better about it!!

Good for you!

Jun 22, 2023 at 5:59 AM




Jun 22, 2023 at 3:03 PM

What's the name of Lance's company?

LW Construction,LLC.

thx

Jun 27, 2023 at 9:51 AM

**2023 06 27 MOU word3**
Word Document · 13.7 MB

Here's the revised MOU in 2 phases I'll propose.

First page the most important

Jul 1, 2023 at 1:19 PM

Were you able to speak with Gene re: MOU?

Jul 6, 2023 at 12:08 PM

Did you Gov show up in Vinita?

It was for a different occasion

Ok thx

Jul 11, 2023 at 9:43 AM



First campers are already here. Did you said that reservation? If so, let me know ahead of time lol that's gre.

Jul 11, 2023 at 11:56 AM

You having a good day? We've been touring land!

Jul 12, 2023 at 5:03 PM






From Rusty

Jul 20, 2023 at 11:31 AM




Jul 21, 2023 at 2:34 PM

Can you recommend a local real estate person? I have a friend who wants to buy land.

Jul 24, 2023 at 6:25 AM

Do you have any idea what day were supposed to meet with APAC in Tulsa?

Jeremy is putting his together his return trip to OK now. Email him jeremyc@megdevteam.com and ask. Copy me please so I know too. Thx

**Libby Spence**

LS

The realtor you asked for

Thanks Gene-o

Jul 25, 2023 at 12:33 PM




How One Pizza Man is Building a $2B Theme Park to Rival Disney
youtube.com

Wow! You're a star!

Lol! No, just an ole chunk a' coal! Lol




There's the STAR!!!

Jul 25, 2023 at 2:35 PM

Did you like that video?

Yes I did

Jul 26, 2023 at 2:42 PM

Peter Alexander

PA

Jul 28, 2023 at 9:51 AM

Send me Jeremy Chaston's number

**Jeremy Chaston**
Construction Manager

JC

Jul 30, 2023 at 1:23 PM

Groundbreaking for the RV park will be early to mid October. Oct 9 is Indigenous People

peoples day.

Wonder if we should invite the cherokees to be there and bless the land.

Of course we'd have to clear this with Gene B.

We were at Miami's Route 66 festival last night. The nine tribes did a song of lords prayer. It was incredible in full dress. I'll send you a short video something like that would be incredible as well. They had a local girl that did god bless America. She could've done the Super Bowl been proud!!!





Fantastic. Got to make sure we don't upstage the local tribe tho.

Lol... I'm betting they have somebody that does that in the Cherokee tribe to

This singer is amazing!

He could sing the Star Spangle Banner.

The lady that was there is a local lady from Miami. She worked with Disney as a singer, and move back to Oklahoma. Her father is over the Coleman theater in Miami. She would do it and be very good.

I'll check with Gene on bringing the tribes in for the ceremony.

I didn't know Thompson Square was from Miami to. We met them last night along with Keith Anderson.

Nice pic - nice crowd!

35 to 40k crowd

Wow. We won't have that much room!

How about bleachers for 500 or so?

I will do some checking around

What's the weather like early Oct?

Early October it should be in the 80s third in the day 60s of a night light October 70s or 60s in the day 45 to 50 at night

You must be dictating into your phone.

It can't understand the OK accent very well.

Lol yes I was. What I was trying to say early October the temperature is 80s in the day 60s of a night late October its sixties to 70s in the day 45 to 50 at night.

Sometimes voice dictation is about like reading Ebonics

Ya it do jus dat.

Lol

That was my best attempt at Cajun.

Jul 30, 2023 at 2:57 PM

When you met with them were you able to talk to APAC about land in the NW corner?

Aug 2, 2023 at 2:29 PM

Kevin will be emailing you his environmental report.

Thank you!!

Aug 3, 2023 at 8:01 AM

Ok, haven't received it yet but will keep looking, also will you resend the updated feasibility study. I had it on my computer but won't let me open. I have annexation meeting on the 22 bd. Council has questions I need to refresh my brain..

Aug 3, 2023 at 9:30 AM

PDF

**LAZY HAWK Pro Forma Revised Presentation Deck 4-10-23.pdf**
PDF Document · 379 KB

I will ping Kevin to get you the environ report. Here's the revised pro forma. For your eyes only. Not for distribution.

It just came thru from kevin

👍

Aug 9, 2023 at 4:01 PM

PDF

**2023-08-09 DRAFT Memo re Annexation.pdf**
PDF Document · 101 KB

Aug 14, 2023 at 7:43 AM

Any news from APAC on the cost of the 80 acres?

Biff is working on a survey for the 80.

Very good. Thx

Price he's waiting to get that from higher up. But working with materials and land he will get us a good deal. 'He said'

Just spoke with Biff SURVEY is approximately two weeks out. Still waiting on price, he has a current topo map

I just got this email from Nate Clair with Blatt. Please find below a link to the quarry property LiDAR survey for your use. It is a Civil 3D file. Please let me know if you have any issues retrieving or viewing.

Quarry_8-13-2023 (https://architecturaldgngrp-my.sharepoint.com/:f:/g/personal/nclair_adgokc_com/EkoJYuQFPklGszgX2572lB8BcBXBFUFsW7TfZWCdNSIzcA?e=l30UCe)

This could speed things along.

Awesome!

It's not a file we can open but civil and architects can view

Aug 18, 2023 at 8:03 AM

When will you notify neoc?

Letter being prepared today.

Aug 21, 2023 at 5:00 PM

Schedulers OK with Sept 20 date for Annex. As long as Okie Safety can turn around permits "in days".

We are still working... maybe even a little quicker!

Ok thanks




Can you have our team run those lines and acreage and see what they come up with inside the red and the orange as a total acreage we have to be under 8 mi.²

Is this meant for me?

Yes

Ok

Josh is emailing you a link which might make it a lot easier

Got it

Aug 22, 2023 at 7:31 AM

Andy's estimate of the acreage is below 8 sq mi'

Ok thank you, did he give an exact?

Aug 22, 2023 at 12:41 PM

Did you receive the letter for neoc?

Aug 23, 2023 at 9:02 AM

Have the main guy from cng here are wanting to visit about the park. There are some huge incentives to do LP gas instead of natural gas, another energy, they would probably pay for a lot of our infrastructure in park for the CNG. I will get his information and forward it to you and you can get it to the right people.

Ok. Thanks

Aug 23, 2023 at 5:21 PM

Any news on the APAC 80 acres? I'm sitting with a group of civil engineers who want to finalize their design plans.

Have not, reached out to Biff again on price. Still waiting..

Aug 24, 2023 at 10:53 AM

Regarding permits. Okie Safety has all of them.

From what I understand they have all of the permits for three ponies. I was wondering how quick we could get some permits for the theme park to them for permitting to begin

Aug 24, 2023 at 12:16 PM



true?

Theme park early works permits are due to be submitted until mid Sept.

Sep 8, 2023 at 6:06 AM

There's a weekly meeting we have with the City of Vinita Fridays at 10am your time. You should be included as our rep. I can't be there today.

Sep 8, 2023 at 9:19 AM

Are you still out of pocket?

Will be available in about 20 mins.

OK call me when you get a chance

Sep 19, 2023 at 6:36 AM

We also toured the boat facilities, very very impressive ample amount of space and speed with plenty of loops to where we should never be down. I think Andy was very impressed.

Bolt

Sep 19, 2023 at 2:28 PM

Could you ask Rusty if some start up money for the city can be allocated during the special session?

Have a call into him now

Sep 20, 2023 at 5:48 AM

Spoke to Rusty, he said the only topic that can be voted on is what's already on the agenda. However he has started the process a couple weeks ago for having this top priority when cession begins to push through.. I asked again about the retro fund? He said he could have that conversation again and see if there's any possible way to tap into that since the money is already there. Also, the ARPA funds he will be seeking some of that. Commerce also mentioned yesterday, that if we do the TIF district and use the sales tax and engage in the leverage act that would utilize the sales

tax money that we were seeking in refund. Charlotte mentioned that Brent Kissling has made our team aware of that information. Just wanted to check with you And see if you understood it that way?

Sep 20, 2023 at 7:03 AM

Yep. Understand. Brent K is working those angles. Was hoping for some state funds early because the city wants us to fund their sewer/water engineering and Brent wants us to buy the first $50M in high risk bond when they become available. Everyone thinks we're the piggy bank.

Papa Gene is expecting tax exemptions for materials for the park, and a 5 year tax exemption from operation of the park. Don't know if Brent is aware of that?

Sep 20, 2023 at 12:09 PM

I put in a call to Brent K. Also FYI. Just spoke to Gene and let him know we're in dire straits.

Sep 21, 2023 at 12:54 PM

I'm heading to my office and will login in minute

Trying to login

**Join our Cloud HD Video Meeting**
us06web.zoom.us

Sep 21, 2023 at 2:43 PM

got an email from Gene. Say $12M coning next week. Enough to keep us going.

Awesome!!!

Sep 23, 2023 at 3:35 PM

Do you know someone at Ford corporate we can talk to about a sponsorship?

I will reach back out Monday they've beet tied up with this strike

I'll bet.

Sep 26, 2023 at 2:57 PM

7 to 1 is good.

Yes sir a good day!!! Thank you for the attorney present. That was a big help.

Glad to hear

What did you think about Hoskins wife? The Chief's Mother…

Sep 26, 2023 at 6:21 PM

Whiny repetitive dense

Oct 8, 2023 at 6:00 AM

Happy Sunday!! Hope all is well with you!

Yep. All is well. We need to talk about convincing the city to fast track the rezoning. A special session?

Yes, can make that happen! Are the zoning and ordinance's done? They wanted to push through last Tuesday, but Amanda said we wanted them to hold off.

Who's Amanda?

Our attorney from okc

She probably wants the 65% of residence approval. How's that coming?

She's the lady that fired back at the city council lady that was 'repetitive whiny dense'. Lol

We have one guy that we have to get that puts us over the line. He's 60/40 positive. But not signed yet.

Ok. Once we get him on board we should fast track.

Contact Ryan about meetings. Tell him I want you there.
ryanr@megdevteam.com

Oh, had a 3 hr meeting with Senator Bergstrom Friday. It cost me the full Monte for his campaign… But he's is promising to overturn ever rock at the capitol to find some early funding for the city to get started. We'll see how that works out! We'll keep that quiet but I thought it was an investment worth the risk.

Right on

Oct 10, 2023 at 8:44 AM

are you available to join this meeting now?

Meet
meet.google.com

Oct 12, 2023 at 5:17 AM

Morning Mr. McComb. Is there any updates from APAC regarding the 80 acres north of us?

Spoke with Biff, three or four days ago. He said they are meeting this week or next. He also suggested we do a master service agreement with MEG that would pass through to our contractors to show them the amount of money we will be spending with them. Helping them to get a lower cost on the land. Will reach out again today, Gene will be here tomorrow was hoping to have some sort of

will be here tomorrow was hoping to have some sort of pricing from them.

Ok. Jeremy can help get you a figure on proposed spending.

I think they have some of those numbers already. It's just a matter of them getting us a price on land, and the wording on the material service agreement.

Copy, thanks!

Also a good friend of mine is meeting with Vickery this morning. He happens to own the company that supplies Vickery with his hvac units. He's going to explain the significance of consent, and put pressure for him to sign. He's the only one that gets us there. 65%. Hopefully he gets it. But either way we have to move forward with or without. Will keep you posted.

Fingers crossed

Oct 20, 2023 at 8:03 AM

Will you be joining the City of Vinita meeting starting now.

Send a link

Meet
meet.google.com

Nov 7, 2023 at 10:26 AM

Would you send me a copy of traffic study, when you have a chance. Please

Nate has the latest one. I'll have him send to you.

Nov 21, 2023 at 4:59 PM




Just received this from Senator Bergstrom.. hope he gets it!

That would be great!

Nov 28, 2023 at 5:55 PM

Will get you the updated numbers tomorrow. Please brief Gene B and Larry.

Nov 29, 2023 at 1:36 PM

American Heartland Infrastructure and Tax

PDF Incentives.pdf
PDF Document · 174 KB

See numbers for Bergstrom bill.

Nov 30, 2023 at 7:59 AM

If our resort generates 1/10th of this revenue it would be huge for Oklahoma.



**Disney Generates Billions in the Florida Economy. Here's How Much**
thewaltdisneycompany.com

Dec 8, 2023 at 9:42 AM



From this morning!! More Equipment on site, and going strong!!!

👍

Dec 13, 2023 at 9:45 AM

Great presentation!!!

Thanks gene



This morning guys working!!

Excellent. Thanks Gene.

Dec 14, 2023 at 7:44 PM

I could most likely travel to Oklahoma the week of Jan 22, if that works for the Ford folks.

I will check with them in the morning

Dec 16, 2023 at 5:09 PM

Just found out I have a design review in Pasadena week of Jan 22. Can meet with the Ford folks Jan 18 or 19 if that works for them.

Dec 18, 2023 at 9:20 AM

They are checking to see if the 18th will work for the Ford guys.

Ok. Thanks

Dec 19, 2023 at 10:09 AM

Does 9 am on the 18th work for you at my house?

Dec 19, 2023 at 11:47 AM

Will the meeting be at your house?

Yes

I will be there on the 18th at 9 AM

Ok. I'll let them know

Dec 26, 2023 at 10:57 AM

Merry Christmas and Happy New Year!!! Hope all is going well with you and your family!!!

Dec 26, 2023 at 12:29 PM

Thanks Gene. Same to you and yours. Looking forward to a good 2024!

Jan 5, 2024 at 9:46 AM

Just confirming that we're still on with the Ford folks on the 18th.

Yes sir!!

See you then.

Yes, will you be in town this next week as well?

Jan 16, 2024 at 5:47 AM

With the weather you've been having, it might be a good idea to confirm our Thursday meeting with the Ford guys.

Ok I will

They are good for 9a of the 18th

Copy, thanks!

Jan 18, 2024 at 6:31 AM

Eta 835am

Awesome looking forward to seeing you then!

Jan 26, 2024 at 7:04 AM

Good morning
I spoke with the Ford guys and I think they are ready for a call in the next few weeks if you want to shoot over a couple of days and times

Also, I am on the exec committee of the Tulsa Regional Chamber. I mentioned our meeting to some of them and it did occur to me they could be a big help for your team in terms of govt relationships (infrastructure) and tribal relationships. I would be happy to make the introduction if you are interested. Thanks.

Received this message from Bill Knight this morning

Sounds good. Let me know the next steps.

Jan 29, 2024 at 6:29 AM




Don't know if you have any plans to be in Oklahoma anytime soon, or if you'd like for me to meet with them? They are offering to help in the political arena, I'm sure they have some connections and influence that would be of great

value. Plus they have a lot to gain from the park as well.

Jan 30, 2024 at 3:50 PM

Could you shoot me a couple of dates for availability that I could turn over to Bill Knight for the Ford meeting?

Jan 31, 2024 at 4:52 AM

Will do. Let me sort out my calendar.

Jan 31, 2024 at 11:42 AM

Where will the meeting be?

We could either do it in Tulsa, Dallas or zoom probably, I always like in person better, but whichever you feel more comfortable with

Jan 31, 2024 at 1:22 PM

Bill thought with Ford we should do it on teams or zoom. If you're going to be out here we could meet together or if you don't want to travel we could just do zoom.?

I'm meeting with Bill and the Tulsa Regional Chamber 9 AM on the 16th they were asking if I could show them the preview that you showed them could you email that to me so I could have it on file?

Will call you after my meetings today. 4pm your time.

Feb 1, 2024 at 11:32 AM

For the Ford zoom meeting. Check to see if 10am central time Feb 7&8 works. Or 10am central on Feb. 12 & 13.

today I mailed a flash drive with the presentation and video. You should receive on Monday.

Feb 1, 2024 at 1:36 PM

From Steve H

?

You can disregard the second part lol

Ok

Sorry, sent to the wrong person!!

Feb 7, 2024 at 12:25 PM

Hey Gene.
Sorry for the delay. Can we look at the week of 2/26. Can't get the Ford guys together before then.

There are too many Genes and the project already. Don't add me to the list. Ford meeting - I can do 9am your time on Monday the 26 or 8:30 am on the 28th?

Feb 15, 2024 at 8:32 AM

From Bill Knight: I have confirmed with the Ford guys that 8:30am on the 28th works. Can you guys send an invite?

I will send you the invite link for you to forward. Just to confirm, 8:30 am CST?

Yes CST

From Bill Knight: Will you send an invite to me? My email address is bknight@billknightauto.com. Or I can send.

I will send link to Bill K.

Thanks

Here's the link. Please forward to Bill.

Join our Cloud HD Video Meeting
us06web.zoom.us

Ok I will

Can you send that to my email please

Feb 16, 2024 at 9:11 AM

Can you text me the MO you from the state please that was signed by Hopper Smith

Commerce-MEG Ltr 2.5.24.pdf
PDF Document · 160 KB

Letter ODOC Project Palace .docx
Word Document · 105 KB

Feb 26, 2024 at 4:18 PM

Has anyone from the State reached out to you about incentives?

Not yet

Feb 28, 2024 at 8:20 AM

I think that went well. Great job!!!

Thank you

Mar 2, 2024 at 8:40 AM

Just spoke to Larry we're going to see how many people we can get there. Trying to get in touch with Gene now.

Just spoke to Carl. He and I will zoom into the meeting. Let me know the details when you have them.

Just spoke to Gene. He's going to cancel another meeting and go. I think larry's going to go.

Mar 4, 2024 at 12:16 PM

They moved the meeting back to the capital at the lieutenant, governors conference room

Ok. Will meet you there 1230 tomorrow.

Awesome I will see you there brother

Awesome I will see you there brother



Mar 7, 2024 at 3:52 PM

Here's the link the Ford and Chamber guys were asking for. Please email to them. https://youtu.be/aq43mcp2DA4 (https://youtu.be/aq43mcp2DA4)

Thanks

They can share with whomever they want.

Awesome!! Thank you!

When you get our construction number will you share with me, I won't share, but would like to be able to have an educated conversation about it.

Mar 12, 2024 at 6:43 AM

Good morning! Just checking in with you making sure you're doing OK. I haven't heard anything from the Senate or legislators about the meeting. They were going to schedule this week. Has anyone reached out to you about it?

Nothing on my end. I should have Rusty the numbers he needs this week.

Apr 1, 2024 at 8:40 AM

Any word on the TIF progress with Cathy, and other attorneys?

I'm going to reach out today and see if I can get movement on 4460, 4470, and 260 roads. They were supposed to get back with us two weeks ago and I haven't heard anything. I will see if I can press with Bergstrom and Rusty.

Apr 3, 2024 at 3:23 PM

Do you know if Cathy O'Connor, and the TIF attorneys are working on the language for the TIF as the vehicle for tax incentive reimbursement for Mansion Entertainment ?

I believe they are. Carl suggested MEG hire an attorney to look over the documents to insure. I spoke with Larry and

he said he would follow up.

Apr 10, 2024 at 7:53 AM

Cummings group is being paid off today so there should be no lien on the property filed today.

Awesome!!!!

Did you have any timeslots that we could share with Bill Knight to discuss the Ford project?

11am tomorrow or Friday.

CDT

He was asking if we could do it at 10 AM instead of 11 AM either day would work

10 is fine.



Apr 11, 2024 at 5:11 AM

Bill needs to change to tomorrow instead of today at 10. He apologized for the change, he said something came up. Thanks

no problem

Do you want to do by phone tomorrow or Computer?

phone is fine

👍

Have we gotten a definitive answer on whether or not we're doing the city council meeting on the 16th?

I spoke with Larry yesterday. He says yes.

Apr 11, 2024 at 11:18 AM

Josh was wanting to see our economic impact study, for long range planning purposes for our hospital, would it be ok to share that with him?

Or even a population study if we have such a thing?

PDF
RegTrk AH Econ Assessement Final 20230517.pdf
PDF Document · 2 MB

Do you think this is what he needs?

Yes I think so, is it ok to share?

Sure no problem

Apr 13, 2024 at 8:55 AM

When you can, ask Josh what he wants to see from us at

the council meeting. Thx

Ok I will

Basically I want the council and citizens to see that the team is still around and the projects are still happening. Hopefully address the questions that we get over and over from the public and the press.

Are you still planning to build these projects? Cause we haven't seen any progress whatsoever.

Ok great then. Why has there been a delay?

When will we see equipment back and building something?

Any changes or updates you can share with us or show us?

What is the projected opening timeframe for the two projects? We assume with this big delay they will be pushed back.

Apr 19, 2024 at 4:02 PM

Emailed the day and time (May 2nd @ 3pm central) to you and Steve. No meeting link yet. Will come next week - wanted to get it on your calendar. I was able to get Head of Sales and Marketing so we have our shot.

I forward that from Bill Knight will that time work for you?

Got it!

Ok

Wed, May 1 at 10:58 AM

Here's a Webex link for a test at 3pm your time. It may ask you to download Webex first before you can join.

Meet virtually with Cisco Webex. Anytime, anywhere, on any device.
meet1368.webex.com

Correction. 2pm your time.

Thu, May 2 at 11:35 AM

I'm assuming I can use the exact same email that I used yesterday correct?

No. There's a different link. I forward it to your email.

Ok thanks

2 pm my time correct?

Thu, May 2 at 1:03 PM

Can you hear us?

just barely

Can't hear you

Small number upfront with deliverables on attendance growing.

Lance just sent me this

Wed, May 22 at 4:13 PM

Hey brother, is it OK if I call you in the morning? We are

getting ready to do an activity with the kids. I will let you know what I heard and what was said today and we can discuss moving forward.

Alright, sounds good!

Thu, Jun 6 at 3:11 PM

Hi Gene. Tried to call you but not getting thru.

Delivered