Message

**From**: Steve Hedrick [projectdevelopment@mansionentertainmentgroup.com]
**Sent**: 7/4/2022 9:01:26 PM
**To**: Tom Turley [tncturley@sbcglobal.net]
**Subject**: Tulsa trip

Tom,
Heard back from John S. He's a go for tulsa and the site visit July 11 & 12.
Book your flight before the seats are gone. Send me your itinerary.

Steve

*Steve Hedrick*
MEG MANSION ENTERTAINMENT GROUP
Vice President Project Development
(818) 929-7712
MANSION · MANSION · MANSION SOUND · MANSION FILM & TELEVISION · MANSION STUDIOS

TheMansionTheatre.com
MansionEntertainmentGroup.com