Message

**From**: Steve Hedrick [projectdevelopment@mansionentertainmentgroup.com]
**Sent**: 7/13/2022 3:09:53 PM
**To**: lwhilhite@themansiontheatre.com; Rick Silanskas [rsilanskas@themansiontheatre.com]
**Subject**: THG - Hettema Design group

Larry and Rick,

The meeting with the THG team went very well. A great group of talent with decades of experience designing theme parks. They'll do a great job turning our concept into reality.

I'm having them refine their design proposal that will take through the end of the year. They'll deliver a ton of drawings and info we'll need for the next phase and can display in our Preview Center in March.

Since I'll be at the site next week for the RV land planning company, they want to meet me there to see the site. They'll arrive in Tulsa Monday July 18 and drive to the site early Tuesday, July 19.

Once I get their proposal, I can walk you through it. For the amount of work they're doing, it's a good deal - not cheap - but good.

Steve

MEG MANSION ENTERTAINMENT GROUP
Steve Hedrick
Vice President Project Development
(818) 929-7712
MANSION MANSION MANSION SOUND MANSION FILM & TELEVISION MANSION STUDIOS
TheMansionTheatre.com
MansionEntertainmentGroup.com