**From:** Steve Hedrick <stevehedrick99@icloud.com>
**To:** lwhilhite@themansiontheatre.com, Rick Silanskas <rsilanskas@themansiontheatre.com>
**Subject:** Re: RFP for Design Company
**Date:** Tue, 3 May 2022 15:16:00 -0700
**Importance:** Normal

---

Attachment available until Jun 2, 2022

Revision #3 reflecting new property.

Click to Download
Mansion StudiosRFP3.pdf
43.4 MB

Steve Hedrick
www.stevehedrick.com

On May 3, 2022, at 6:08 AM, Steve Hedrick <stevehedrick99@icloud.com> wrote:

2 AM revisions.
Latest RFP attached.
Try to keep up, y'all

Click to Download
Mansion StudiosRFP3.pdf
43.6 MB

Steve Hedrick
www.stevehedrick.com

On May 2, 2022, at 5:36 PM, Steve Hedrick <stevehedrick99@icloud.com> wrote:

Here's the RFP file again but with the reference slides that Rick sent me.

Also notice in the phase two bubble diagram that I created a Studio Lower Lot to double the capacity. I believe they'll be enough land for the expansion. Plus, the studio will be more efficient in a contiguous configuration.

Click to Download
Mansion Studios RFP 2.pdf
22.3 MB

Steve Hedrick
www.stevehedrick.com

On May 2, 2022, at 3:39 PM, Steve Hedrick <stevehedrick99@icloud.com> wrote:

Larry and Rick,

Take a look at the attached doc. It is an overview of the project, for the Design Company, along with a Request for Proposal and Cost.

Click to Download
Mansion Studios RFP.pdf
22.4 MB

Steve Hedrick
www.stevehedrick.com

**From:** "Steve Hedrick" <stevehedrick99@icloud.com>
**To:** <lwhilhite@themansiontheatre.com>, "Rick Silanskas" <rsilanskas@themansiontheatre.com>
**Subject:** Re: Presentation
**Date:** Thu, 5 May 2022 06:51:42 -0500
**Importance:** Normal

---

Attachment available until Jun 4, 2022

See revisions 6 below.
Break a leg with the presentation to Gene.

Click to Download
Mansion StudiosRFP6.pdf
65.7 MB

Steve Hedrick
www.stevehedrick.com

On May 4, 2022, at 5:02 PM, Steve Hedrick <stevehedrick99@icloud.com> wrote:

Some minor tweaks here in #5. Inserted company logo the and name of Cherokee Theme Park.

Click to Download
Mansion StudiosRFP5.pdf
64.6 MB

Steve Hedrick
www.stevehedrick.com

On May 4, 2022, at 3:00 PM, Steve Hedrick <stevehedrick99@icloud.com> wrote:

Guys,

Attached are revisions that include the Cherokee Nation Theme Park.

Click to Download
Mansion StudiosRFP4.pdf
61.1 MB

Steve Hedrick
www.stevehedrick.com

MANSION STUDIOS ™

PROJECT

# MOVIE STUDIO SOUNDSTAGES AND THEME PARK

Dual Profit Centers


Wichita
Springfield
Branson
Vinita
Tulsa
CHEROKEE NATION
OKLAHOMA
Oklahoma City
Amarillo
CHOCTAW NATION
ARKANSAS
CHICKASAW NATION
Lubbock
Dallas
Fort Worth
Abilene
Map data ©2022 Google


Wichita
3 hrs
Springfield
Branson
Vinita
Tulsa
HEROKEE
NATION
OKLAHOMA
1 hr
Oklahoma City
Amarillo
2 hrs 30 mins
CHOCTAW
NATION
ARKANSAS
CHICKASAW
NATION
Lubbock
Dallas
Fort Worth
Abilene
5 hrs
Map data ©2022 Google


Vinita Lake Park
Saint Francis
Hospital Vinita
Vinita High School
Northeast Ok
Correctional Center
Will Rogers Turnpike
Will Rogers Turnpike
Will Rogers Turnpike
Will Rogers Turnpike
Will Rogers
Vinita
44
1000 Acres
300 Acres
320 Acres



Vinita Lake Park
Will Rogers
44
Will Rogers Tumpike
Saint Francis Hospital Vinita
Vinita High School
Northeast Ok Correctional Center
44
Will Rogers Tumpike
Vinita
1000 Acres
300 Acres
320 Acres
44
Phase 1
Will Rogers Tumpike
44


Northeast Ok
Correctional Center
44
Will Rogers Turnpike
44
Phase One


N



Cement Factory
N
Tractor Co.
County Rd
HWY 60
SOON TO BE 4 LANES


N
Plateau
Cliff Wall
Natural Drainage
Low Lying Area
Under HWY
Drainage


1000
Acres
Future
300 Acres
New Service Road
TP Service
area
Phase 1
320 Acres
Soundstages
Icon
Parking
County Road
Tractor
Co.
Theme Park
Tickets
Park Entrance
Soundstage Entrance


Future
RV Resort Area
Cherokee Nation Theme Park
300 Acres
Tickets
Parking
New Service Road
Future
Soundstages
Future
Hotels
RD&E
TP Service
area
Soundstages
Icon
Parking
Theme Park
Tickets
Tractor
Co.
County Road
Park and Resort Entrance
Soundstages & Hotels Entrance