# MOVIE STUDIO SOUNDSTAGES THEME
# CLASSIC HOLLYWOOD


THE LEGO
BATMAN
MOVIE
WB
WARNER BROS. STUDIOS


SOUNDSTAGE
4-D
UNIVERSAL
STUDIOS

# Preliminary
# Architectural Program
# Studio Lot - 32.5 acres

**Water Tower Icon**
**- 140 ft tall - possible nighttime spectacular**

**Soundstages - (2) 48,000 sq ft and (2) 36,000 sq ft - with dividing walls**
***Volume Stages, (1) 4,000 sq ft. (1) 2,000 sq ft. (see link)**
https://www.youtube.com/watch?v=gUnxzVOs3rk
**Outdoor Flex Space 37,000 sq. ft. Open, Partially Covered**
**Mill Shop 31,200 sq.ft.**
**Prop Shops 10,000**
**Wardrobe 10,000**
**Music Studio 7500**
**Offices - production (2) @ 9600 ea. - divided spaces**
***Commissary 4500 – dbl as bunker**
**2 Screening Rooms - theater style buildings 1000 ea.**
**Post Production Area 1500**
***Outdoor Vendor Pad Area - 50,000**
**6 Bungalows 1500 sq ft ea. classic cabins - with neighborhood feel**
**Gym building 2000**

# Reference Examples




N STAGE 2 & 3
SCALE: NONE

**STAGE TWO**

- 40,000 SQUARE FEET
- DESIGNED TO BE DIVISIBLE INTO TWO ±20,000 SQUARE FOOT STAGES
- 40 FOOT CLEARANCE TO STEEL
- 8400 AMP THREE PHASE POWER
- (36) 400 AMP THREE PHASE CAM-LOC DISTRIBUTION BOXES
- TWO 277/ 480V 1200 AMP THREE PHASE PANELS
- 80 TON HOUSE HVAC
- UP TO 600,000 POUNDS SUSPENDED LIVE LOAD FROM STEEL
- THREE INTERIOR 20'x19' ELEPH. DOORS

Mansion Studios Soundstage Ref

# Reference Examples



# Reference Examples




Mansion Studios
Mill/Flex Prop

N⊕ MILL/ FLEX SPACE
SCALE: NONE

| OFFICE No. | ROOM SIZE | ROOM SF | WINDOW |
|---|---|---|---|
| 101 | 10'x13' | 132 | NO |
| 102 | 13'x15' | 211 | YES |
| 103 | 13'x18' | 214 | YES |

## MILL/ FLEX SPACE

- 37,000 SQUARE FEET
- TWO 400 AMP THREE PHASE CAM-LOC DISTRIBUTION BOXES
- 22 FEET CLEAR HEIGHT
- DRIVE IN ACCESS
- (12) 48" DOCK HEIGHT LOADING BAYS (IDEAL FOR PARKING AND WORKING OUT OF LIGHTING, GRIP OR WARDROBE TRUCKS)
- 3 OFFICES

## Reference Examples



# Reference Examples

## PRODUCTION SUITE ONE

- 7,800 TOTAL SQUARE FEET
- 17 OFFICES EQUIPPED FOR HIGH SPEED AND POINT TO POINT DATA TRANSFER
- 2 CONFERENCE ROOMS
- BULL-PEN TOTALING 2,397 SF
- BULL-PEN TOTALING 720 SF
- BREAK ROOM
- RESTROOMS

| OFFICE No. | ROOM SIZE | ROOM SF | WINDOW |
|---|---|---|---|
| 101 | 12'x10' | 116 | NO |
| 102 | 12'x10' | 116 | NO |
| 103 | 12'x10' | 116 | NO |
| 104 | 12'x10' | 116 | NO |
| 105 | 12'x10' | 116 | NO |
| 106 | 12'x10' | 116 | NO |
| 107 | 12'x10' | 116 | NO |
| 108 | 12'x10' | 116 | NO |
| 109 | 12'x11' | 120 | NO |
| 110 | 19'x11' | 220 | YES |
| 111 | 13'x11' | 149 | YES |
| 112 | 13'x11' | 149 | YES |
| 113 | 13'x11' | 203 | YES |
| 114 | 12'x13' | 164 | YES |
| 115 | 12'x13' | 164 | YES |
| 116 | 12'x13' | 164 | YES |
| 117 | 12'x13' | 164 | YES |




N PRODUCTION SUITE 1
SCALE: 1/32" = 1'-0"

Mansion Studios
Production Suite 1
Proposed

[redacted]

# Reference Examples

PRODUCTION SUITE 2 – FIRST FLOOR

SCALE: 1/32" = 1'-0"




PRODUCTION SUITE 2 – SECOND FLOOR

SCALE: 1/32" = 1'-0"




## PRODUCTION SUITE TWO

- 9,656 SQUARE FEET
- 14 OFFICES EQUIPPED FOR HIGH SPEED AND POINT TO POINT DATA TRANSFER
- 1 CONFERENCE ROOM
- BULL-PEN TOTALING 5,015 SF
- BREAK ROOM
- RESTROOMS (SHARED WITH PRODUCTION SUITE 3)

| OFFICE No. | ROOM SIZE | ROOM SF | WINDOW |
|---|---|---|---|
| 201 | 17'x12' | 201 | YES |
| 202 | 17'x12' | 204 | YES |
| 203 | 18'x12' | 213 | YES |
| 204 | 12'x11' | 130 | NO |
| 205 | 12'x11' | 130 | NO |
| 206 | 12'x11' | 130 | NO |
| 207 | 12'x11' | 130 | NO |
| 208 | 15'x12' | 174 | NO |
| 209 | 12'x8' | 115 | NO |
| 210 | 12'x8' | 115 | NO |
| 211 | 12'x8' | 116 | NO |
| 212 | 13'x17' | 214 | NO |
| 213 | 13'x12' | 156 | NO |
| 214 | 13'x12' | 156 | NO |

Mansion Studios
Production Suite 2
Proposed

## Reference Examples




**PRODUCTION SUITE THREE**

- 9,585 SQUARE FEET
- 21 OFFICES EQUIPPED FOR HIGH SPEED AND POINT TO POINT DATA TRANSFER
- 1 CONFERENCE ROOM
- BULL-PEN TOTALING 3,236 SF
- BREAK ROOM
- RESTROOMS (SHARED WITH PRODUCTION SUITE 2)

| OFFICE No. | ROOM SIZE | ROOM SF | WINDOW |
|---|---|---|---|
| 301 | 17'x17' | 289 | YES |
| 302 | 12'x11' | 130 | NO |
| 303 | 12'x11' | 130 | NO |
| 304 | 12'x11' | 130 | NO |
| 305 | 12'x11' | 130 | NO |
| 306 | 15'x12' | 175 | NO |
| 307 | 9'x12' | 108 | NO |
| 308 | 9'x12' | 108 | NO |
| 309 | 9'x12' | 108 | NO |
| 310 | 9'x12' | 108 | NO |
| 311 | 12'x10' | 113 | NO |
| 312 | 12'x10' | 115 | NO |
| 313 | 12'x12' | 147 | NO |
| 314 | 12'x12' | 147 | NO |
| 315 | 12'x10' | 115 | NO |
| 316 | 12'x10' | 116 | NO |
| 317 | 12'x10' | 115 | NO |
| 318 | 12'x11' | 132 | NO |
| 319 | 12'x11' | 132 | NO |
| 320 | 12'x13' | 140 | NO |
| 321 | 17'x12' | 196 | YES |

Mansion Studios
Production Suite 3
Proposed

[redacted]