# THEME PARK

5 million visits / year

Daily Capacity 20k

Not Just Another Movie Theme Park

MANSION STUDIOS™

PRESENTS

# AMERICA'S HEARTLAND

## THEME PARK

# NOT A CONCRETE PARK












## Attractions all have a folky feel













SERVICE AREA
Future Theme Park Expansion
ICON
UPPER SOUNDSTAGE LOT 32.5 ACRES
SERVICE AREA
Man-made Lake
PARKING 30 ACRES
THEME PARK 200 Acres
TICKETING
ENTRY


Man-Made Lake
Inspiration
Bridgeport Lake
Valencia, CA
2400 ft
icycling, Terrain, Directions
California Pizza Kitchen at Valencia
Valley Produce Market
Undergrounds Coffeehouse
Diva Body Art
Sun Diva Tanning
Real Life Church
Walgreens
Panera Bread
Pat's Embroidery
Bridgeport Elementary School
McBean Pkwy
Newhall Ranch Rd
Bouquet Canyon Trail
Windward Ln
Bridgeport Ln
Lakeside Rd
E Island Rd
Island Rd
Edgewater Lnr
Waterside Ct
Bayside Ln
Baywood Ln
Channel Ln
Clarence Ct
Victoria Ln
W Saddle Peak Trail
N Wolf Creek Trail
Google
Map data ©2015 Google
Terms
Privacy
Report a problem
200 ft


Rides, Attractions, Restaurants, Merchandise Shops and Shows Surround the Waterways


SERVICE AREA
UPPER SOUNDSTAGE LOT 32.5 ACRES
ICON
SERVICE AREA
PARKING 30 ACRES
THEME PARK 200 ACRES
Actual Scale of Bridgeport Lake Inverted
TICKETING
ENTRY


SERVICE AREA
Future Theme Park Expansion
Studio Lot
ICON
Attraction
Theatre
Backlot 1
Garden Walk/Maze
Attraction
Backlot.
SERVICE AREA
PARKING 30 ACRES
Ent. Venue
Lake
Backlot.
Attraction
Backlot.
Water Parade Marina
Attraction
Main St.
Theatre
Theatre
Attraction
TICKETING
ENTRY
Train Station
Backlot
Attraction
Backlot

# INITIAL SCOPE

## Theme Park 200 acres

## Theme - America's Heartland

**Park entry - Main Street USA-like**
**Lakes and Rivers weave throughout park, attractions, F&B, retail**

**Themed Lands - also serve as backlots for film production**
**Major Attractions within each land**

**- Pioneer / Old West Street**
**- Retro Hollywood with <u>Working Animation Studio</u>**
**- Major USA City Street - with side Euro Street**
**- Harbor Street (Fishing Village)**
**- Small Town America Street (Mayberry - Petticoat Junction) ME TV**
**- Bayou Town – Stilt House Village – Bourbon Street**

**Steam Train encircles park**
**Tram Tour - Studio lot and around entire park and thru selected attractions**
**- i.e. thru Classic Auto Junkyard building, tram takes a wrong turn, slides into car crusher.**

# Cherokee Nation THEME PARK

## THE LANDS OF THE GREAT SPIRIT




Beauty
Legends
Magic
History

MANSION™
STUDIOS

# SOUNDSTAGES AND THEME PARK

## REQUEST FOR PROPOSAL

# INITIAL SCOPE
## Studios and Theme Park

**Request for Proposal**
**A set of plans to define the scope of the projects.**

**Include:**

- **One Drawing, D Size – Plan View of Master Plan - Phase One and Future Development**
  **- flesh out the Bubble Diagram**

- **One Drawing, D Size - 10% schematic design of Phase One Studio Lot and Theme Park**
  **- with waterways, guest walkways, backlot streets, train and tram routes, Soundstages and Studio Lot buildings**

- **Sketches for each of the 6 themed Backlot Streets**

- **Eye Candy Color Rendering of Park and Studio – View above Entrance**
  **- Feature waterways, charming structures, windmills, silos, barns, church steeple,**
  **- Steam Train, Studio Soundstages and Water Tower Icon in distance.**

**- Next steps – Define Architectural Program**
**- 30% Schematic Design**