Message

**From**: Steve Hedrick [stevehedrick99@icloud.com]
**Sent**: 6/16/2022 2:32:37 PM
**To**: Gene Bicknell [gene.bicknell@marinerwealth.com]
**Subject**: Studios and theme park presentation attached

Attachment available until Jul 16, 2022

Gene,

Things went so well today. Thank you for all you do!

Click to Download
Mansion TP and StudiosGOV.pdf
30.3 MB

Steve Hedrick
www.stevehedrick.com