MANSION STUDIOS™

PROJECT

# Movie Soundstages And Theme Park

Dual Profit Centers


Wichita
Springfield
Branson
Vinita
Tulsa
CHEROKEE NATION
OKLAHOMA
Oklahoma City
Amarillo
CHOCTAW NATION
CHICKASAW NATION
ARKANSAS
Lubbock
Dallas
Fort Worth
Abilene
Map data ©2022 Google



Wichita
3 hrs
1 hr 55 mins
Springfield
Branson
Vinita
Tulsa
CHEROKEE NATION
OKLAHOMA
1 hr
Oklahoma City
Amarillo
2 hrs 30 mins
CHOCTAW NATION
ARKANSAS
CHICKASAW NATION
Lubbock
Dallas
Fort Worth
Abilene
5 hrs
Map data ©2022 Google



# 300-Mile Radius Report for Vinita city, Oklahoma

**This region includes 393 counties:** Arkansas, AR; Baxter, AR; Benton, AR; Boone, AR; Bradley, AR; Calhoun, AR; Carroll, AR; Clark, AR; Clay, AR; Cleburne, AR; Cleveland, AR; Columbia, AR; Conway, AR; Craighead, AR; Crawford, AR; Crittenden, AR... plus 377 more counties. Download County-level Detail Data

Population in 2021:

**24,429,473**

10-Year Growth:

**7.7%**


Vinita Lake Park
Saint Francis
Hospital Vinita
Vinita High School
Northeast Ok
Correctional Center
Vinita
Will Rogers Turnpike
Will Rogers Turnpike
Will Rogers Turnpike
Will Rogers Turnpike




| Site USGS |
|---|
| Satellite (2022.04.07) |
| |
| Rev. 4.0 | 2022.06.13 |

MEG MANSION ENTERTAINMENT GROUP

Hedrick043078


N
Phase 1
County
Rd
HWY 60
SOON TO BE 4 LANES
New Traffic Control


N
BLUFF +25'
Cliff Wall
Natural Drainage
Under HWY
Drainage


N
Cliff Wall
Bluff


Future
1000 Acres
RV Park Resort
Future
300 Acres
Phase 1
320 Acres
New Service Road
Studio Soundstages
Icon
TP Service Area
Parking
Existing County Road
Theme Park
200 Acres
Main St.
Buses
Tickets
Parking Entrance
Exit
Studios Entrance




Phase 1 Site

335.7 Acres

Rev. 3.1 | 2022.06.10

MEG MANSION ENTERTAINMENT GROUP


Park Centerline to Icon
2283'-2"
MEG
551'-11"
1601'-4"
Ticket/Turnstiles
(Under Train Station)
2231'-3"
New Traffic Control
Bridgeport Lake
(54 Acres)
4 Lanes + Turn Lane
Park Exit
4 Lanes + Turn Lane
Park Entrance
HWY 60
Soon to be 4 Lanes
82
Phase 1 Site


More Beyond
Campgrounds Cabins
+RV Resort
Mansion Corporate
Offices
Future Theme Park
Wilderness Area
300 Acres
Phase 2
Build Out
1300 Acres
Future
Hotels
RD&E
Studios
Expansion
Tickets
Parking
Phase 1
320 Acres
New Service Road
Studio Soundstages
Icon
TP Service
Area
Parking
Existing County Road
Theme Park
200 Acres
Main St.
Buses
Tickets
Exit
Entrance
Studios, Hotels, Campgrounds Entrance


MANSION STUDIOS
STAGE 27
MANSION STUDIOS

# Studios Plan View



# Preliminary
# Architectural Program
# Studio Lot - 32.5 acres

**Tower Icon**
**- 180 ft tall - possible nighttime spectacular**

**Soundstages - (2) 48,000 sq ft and (2) 36,000 sq ft - with dividing walls**
***Volume Stages, (1) 18,000 sq ft. (2) 10,000 sq ft. (1) 7,000 sq ft.**
https://www.youtube.com/watch?v=gUnxzVOs3rk
**Animation building 14,900 sq.ft.**
**Outdoor Flex Space 37,000 sq. ft. Open, Partially Covered**
**Mill Shop 31,200 sq.ft.**
**Prop Shops 10,000**
**Wardrobe 10,000**
**Recording Studio 24,000**
**Offices - production (2) @ 9600 ea. - divided spaces**
***Commissary 4500 – dbl as bunker**
**2 Screening Rooms - theater style buildings 1000 ea.**
**Post Production Area 1500**
**Outdoor Vendor Pad Area - 50,000**
**6 Bungalows 1500 sq ft ea. classic cabins - with neighborhood feel**
**Gym building 2000**

# Soundstage1 & 2




Designed to be divisible into two 23,400 Sq Ft Stages
50' Clearance to Steel
8400 Amp Three Phase Power
(36) 400 Amp Three Phase Cam-Loc Distribution Panels

Two 277/480V 1200 Amp Three Phase Panels
80 Ton House HVAC
Up to 600,000 Pounds suspended Live Load from Steel
Two 30' x 25' Elephant Doors
20 psi Fire Hose Bibs and Drains on each end

| |
|---|
| Sound Stages 1 & 2 |
| 50,000 Sq Ft |
| |
| Rev. 2.1 \| 2022.06.19 |

MEG MANSION ENTERTAINMENT GROUP

# Soundstage 3 & 4




Designed to be divisible into two 16,250 Sq Ft Stages
40' Clearance to Steel
8400 Amp Three Phase Power
(36) 400 Amp Three Phase Cam-Loc Distribution Panels

Two 277/480V 1200 Amp Three Phase Panels
80 Ton House HVAC
Up to 600,000 Pounds suspended Live Load from Steel
Two 30' x 25' Elephant Doors
20 psi Fire Hose Bibs and Drains on each end

| |
|---|
| Sound Stages 3 & 4 |
| 35,300 Sq Ft |
| |
| Rev. 2.1 \| 2022.06.19 |

MEG MANSION ENTERTAINMENT GROUP

# Volume Soundstage 5




| | | |
|---|---|---|
| 40' Clearance to Steel<br>8400 Amp Three Phase Power<br>(36) 400 Amp Three Phase Cam-Loc Distribution Panels<br>70' Diameter Turntable | Two 277/480V 1200 Amp Three Phase Panels<br>80 Ton House HVAC<br>Up to 600,000 Pounds suspended Live Load from Steel<br>One 21' x 25' Elephant Doors<br>20 psi Fire Hose Bibs and Drains on each end | Volume Stage 5<br>23,100 Sq Ft<br><br>Rev. 2.1 \| 2022.06.19 |

MEG MANSION ENTERTAINMENT GROUP

Hedrick043091

# Volume Soundstage 6




| | | |
|---|---|---|
| 40' Clearance to Steel<br>8400 Amp Three Phase Power<br>(36) 400 Amp Three Phase Cam-Loc Distribution Panels | Two 277/480V 1200 Amp Three Phase Panels<br>80 Ton House HVAC<br>Up to 600,000 Pounds suspended Live Load from Steel<br>One 21' x 25' Elephant Doors<br>20 psi Fire Hose Bibs and Drains on each end | Volume Stage 6<br>16,000 Sq Ft<br><br>Rev. 2.1 \| 2022.06.19 |

MEG™ MANSION ENTERTAINMENT GROUP




15' Clearance to Steel Studio's A & B
25' Clearance to Steel Live Room

-

| | |
|---|---|
| Recording Studio | |
| 14,400 Sq Ft | |
| | |
| Rev. 2.1 | 2022.05.29 |

MEG MANSION ENTERTAINMENT GROUP

# Production Offices




| | |
|---|---|
| - | - |

| |
|---|
| Production Offices |
| 13,800 Sq Ft |
| |
| Rev. 4.0 \| 2022.06.19 |

MEG MANSION ENTERTAINMENT GROUP

# Animation Building




12' Clearance to Steel (Office Space & Outdoor Patio) -
15' Clearance to Steel (Stop Motion Studio, Screening Room and Canteen)

| | |
|---|---|
| Animation Building | MEG™ MANSION ENTERTAINMENT GROUP |
| 24,400 Sq Ft | |
| | |
| Rev. 3.0 \| 2022.06.20 | |

# Studios Plan View




| | |
|---|---|
| - | - |

| |
|---|
| Studio Lot |
| - |
| |
| Rev. 4.0 \| 2022.06.2013 |

MEG MANSION ENTERTAINMENT GROUP

# Studios 3D




Phase 1 Site

Movie Lot

Rev. 3.1 - 2022.05.31

MEG MANSION ENTERTAINMENT GROUP







ICON

# Studios 3D



| | |
|---|---|
| Phase 1 Site | MEG MANSION ENTERTAINMENT GROUP |
| Movie Lot | |
| | |
| Rev. 3.1 - 2022.05.31 | |




Phase 1 Site

335.7 Acres

Rev. 3.1 | 2022.06.10

MEG™ MANSION ENTERTAINMENT GROUP

# THEME PARK

15,000 Guests Per Day

5 million visits / year

Design Day 20k Guests

The Theme of the Park is…

Not Another Movie Theme Park

We're in America's Heartland

MANSION STUDIOS™

PRESENTS

# AMERICA'S HEARTLAND

## THEME PARK

# NOT A CONCRETE PARK











# Attractions have a folky feel












Future Theme Park Expansion
ICON
UPPER SOUNDSTAGE LOT 32.5 ACRES
SERVICE AREA
PARKING 30 ACRES
Man-made Lake
THEME PARK 200 Acres
TICKETING
ENTRY


Rides, Attractions, Restaurants, Merchandise Shops and Shows Surround the Waterways



California Pizza Kitchen at Valencia
Valley Produce Market
Undergrounds Coffeehouse
Diva Body Art
Sun Diva Tanning
Real Life Church
Walgreens
Panera Bread
Pat's Embroidery
Newhall Ranch Rd
Bouquet Canyon Trail
McBean Pkwy
Baywood Ln
Channel Ln
Clarence Ct
Victoria Ln
Edgewater Ln
Windward Ln
Island Rd
Lakeside Rd
Bridgeport Ln
Waterside Ct
Bayside Ln
Bridgeport Elementary School
Google
Map data ©2015 Google
Terms
Privacy
Report a problem
200 ft


UPPER
SOUNDSTAGE LOT
32.5 ACRES
ICON
SERVICE
AREA
PARKING
30 ACRES
THEME PARK
200 ACRES
Actual Scale of
Bridgeport Lake
Inverted
TICKETING
ENTRY


SERVICE AREA
Future Theme Park Expansion
Studio Lot
ICON
Attraction
Theatre
SERVICE AREA
Attraction
Garden Walk/Maze
Land
Land
PARKING 44 ACRES
Water Parade Marina
Ent. Venue
Lake
Land
Attraction
Land
Attraction
Main St.
Theatre
Theatre
Attraction
TICKETING
Land
Land
ENTRY
Train Station
Attraction


Rides, Attractions, Restaurants, Merchandise Shops and Shows Surround the Waterways

# INITIAL SCOPE
## Theme Park 200 acres
## Theme - America's Heartland

**Park entry - Main Street USA-like**
**Lakes and Rivers weave throughout park, attractions, F&B, retail**

**Themed Lands - also serve as backlots for film production**
**Major Attractions within each land**

**- Pioneer / Old West Town**
**- Early 20th Century Machine Age Town - Nikola Tesla, Thomas Edison, All Steam Powered**
**- Route 66 Highway / Town**
**- Harbor Street (Fishing Village)**
**- Small Town America (Mayberry - Petticoat Junction) ME TV**
**- Down on the Bayou – Stilt House Village – Bourbon Street**

**Steam Train Encircles Park**
**Sky Bucket Ride Over Park**


AMERICA'S
HEARTLAND
JAIL
ROCK
SHOP
66


AMERICA'S
HEARTLAND
AMBLER
STANDARD
SERVICE





MANSION™

STUDIOS