Message

**From**: Steve Hedrick [projectdevelopment@mansionentertainmentgroup.com]
**Sent**: 8/2/2022 3:30:30 PM
**To**: Rick Silanskas [rsilanskas@themansiontheatre.com]
**Subject**: Gene and Marty zoom meeting

Steve Hedrick is inviting you to a scheduled Zoom meeting.

Topic: Steve Hedrick's Zoom Meeting
Time: Aug 3, 2022 02:30 PM Central Time (US and Canada)

Join Zoom Meeting
https://us06web.zoom.us/j/82396194363?pwd=UCtBeENPc2VMd1ArbStQQ0F3cDA1Zz09

Meeting ID: 823 9619 4363
Passcode: 368661
One tap mobile
+13462487799,,82396194363#,,,,*368661# US (Houston)
+16694449171,,82396194363#,,,,*368661# US

Dial by your location
+1 346 248 7799 US (Houston)
+1 669 444 9171 US
+1 720 707 2699 US (Denver)
+1 253 215 8782 US (Tacoma)
+1 564 217 2000 US
+1 646 558 8656 US (New York)
+1 646 931 3860 US
+1 301 715 8592 US (Washington DC)
+1 312 626 6799 US (Chicago)
+1 386 347 5053 US
Meeting ID: 823 9619 4363
Passcode: 368661
Find your local number: https://us06web.zoom.us/u/kcVDJqQLMw

**Steve Hedrick**
Vice President Project Development
MEG MANSION ENTERTAINMENT GROUP
(818) 929-7712
THE MANSION · MANSION · MANSION SOUND · MANSION FILM & TELEVISION · MANSION STUDIOS

TheMansionTheatre.com
MansionEntertainmentGroup.com