Message

**From:** Steve Hedrick [stevehedrick99@icloud.com]
**Sent:** 8/4/2022 10:34:23 AM
**To:** lwhilhite@themansiontheatre.com
**Subject:** 3 presentations

Download full resolution images
Available until Sep 3, 2022

Hi Larry,
fyi
Below are the 3 presentations I showed to Gene and Marty yesterday.

BTW, I'm having to use my old email address because the Mansion email server cannot accept large files.
Should we have Kristy look into this?
Thanks,
Steve

Click to Download
Heartland TP MB.pdf
30.1 MB

Click to Download
Mansion Studios MB pres.pdf
26.7 MB

Click to Download
RV Park Phase One.pdf
4.1 MB

Steve Hedrick
Vice President Project Development
MEG MANSION ENTERTAINMENT GROUP
(818) 929-7712
MANSION MANSION MANSION MANSION MANSION STUDIOS
TheMansionTheatre.com
MansionEntertainmentGroup.com

Steve Hedrick
www.stevehedrick.com