™

MANSION

STUDIOS


Wichita
Springfield
Branson
Vinita
Tulsa
HEROKEE
NATION
OKLAHOMA
Oklahoma City
Amarillo
CHOCTAW
NATION
CHICKASAW
NATION
ARKANSA
Lubbock
Dallas
Fort Worth
Abilene
Map data ©2022 Google


Wichita
3 hrs
1 hr 55 mins
Springfield
Branson
Vinita
Tulsa
CHEROKEE NATION
OKLAHOMA
1 hr
Oklahoma City
Amarillo
2 hrs 30 mins
CHOCTAW NATION
CHICKASAW NATION
ARKANSAS
Lubbock
Dallas
Fort Worth
Abilene
5 hrs
Map data ©2022 Google



# 300-Mile Radius Report for Vinita city, Oklahoma

**This region includes 393 counties:** Arkansas, AR; Baxter, AR; Benton, AR; Boone, AR; Bradley, AR; Calhoun, AR; Carroll, AR; Clark, AR; Clay, AR; Cleburne, AR; Cleveland, AR; Columbia, AR; Conway, AR; Craighead, AR; Crawford, AR; Crittenden, AR... plus 377 more counties. Download County-level Detail Data

Population in 2021:

**24,429,473**

10-Year Growth:

**7.7%**


Vinita Lake Park
Saint Francis Hospital Vinita
Vinita High School
Northeast Ok Correctional Center
Vinita
Will Rogers Turnpike
Will Rogers Turnpike
Will Rogers Turnpike
Will Rogers Turnpike
Will Rogers




| | |
|---|---|
| Site USGS | |
| Satellite (2022.04.07) | |
| | |
| Rev. 4.0 \| 2022.06.13 | |

MEG MANSION ENTERTAINMENT GROUP


N
BLUFF +25'
Cliff Wall
Phase 1
County Rd
Under HWY Drainage
HWY 60
SOON TO BE 4 LANES
New Traffic Control


N
Cliff Wall
Bluff
Positive Geotechnical Report






Future
1200 Acres
Future
450 Spaces
RV Resort
300 Spaces
PHASE 1 A
Phase 1
320 Acres
New Service Road
320 Acres
Studio Soundstages
Icon
TP Service Area
Parking
Existing County Roads
Theme Park
200 Acres
Main St.
Buses
Tickets
Entrance
Exit
Studios Entrance



Scale Study Only
N
Phase 2 Access Road
Studio Lot
Parking Lot (5,000 Cars)
44.2 Acres
Park Centerline to Icon
2283'-2"
MEG Icon
Contour Line +750'
(Base of Bluff)
551'-11"
1601'-4"
County Road
Ticket/Turnstiles
(Under Train Station)
2231'-3"
Bridgeport Lake
(54 Acres)
Park Exit
Park Entrance
Phase 1 Site
335.7 Acres
Rev. 3.1 | 2022.06.10
MEG
MANSION
ENTERTAINMENT GROUP

# MANSION TEAM

Steve Hedrick – VP Project Development – 22 years Disney

Tom Turley – Park Operations Development – 35 years Disney

John Sorenson – Land Planning/Landscaping – 30 years Disney

Peter Alexander – Feasibility Study – 10 years Disney, 15 years Universal

Ronnie Rodriquez – Entertainment and Talent Booking – 38 years Disney

Andy Burden – CAD Tech Design – 10 years Disney

Tim Kirk – Concept Designer – 30 years Disney

Project Director/ Construction Project Manager – 36 years Disney

The Hettema Group (THG) Theme Park Design Firm – 40 years experience

# *A DISNEY STYLE*
# THEME PARK

In the Heartland of the Country

15,000 Guests Per Day
5 million visits / year

The Theme of the Park is…

MANSION STUDIOS™

PRESENTS

# AMERICA'S HEARTLAND

## THEME PARK

# A BEAUTY PARK











# Attractions have a folky feel













Future Theme Park Expansion 60 ACRES
ICON
UPPER SOUNDSTAGE LOT 32.5 ACRES
SERVICE AREA
Man-made Lake
THEME PARK 200 Acres


Inspiration
Bridgeport Lake
Valencia, CA
California Pizza Kitchen at Valencia
Valley Produce Market
Panera Bread
Pat's Embroidery
Undergrounds Coffeehouse
Diva Body Art
Sun Diva Tanning
Real Life Church
Walgreens
Bridgeport Elementary School
Newhall Ranch Rd
Bouquet Canyon Trail
McBean Pkwy
Baywood Ln
Channel Ln
Clarence Ct
Victoria Ln
Edgewater Ln
Windward Ln
Island Rd
Lakeside Rd
Bridgeport Ln
Waterside Ct
Bayside Ln
Google
Map data ©2015 Google Terms Privacy Report a problem 200 ft


Rides, Attractions, Restaurants, Merchandise Shops and Shows Surround the Waterways


Future
Theme Park Expansion
ICON
UPPER
SOUNDSTAGE LOT
32.5 ACRES
SERVICE
AREA
THEME PARK
200 ACRES
Bridgeport Lake
Inverted


SERVICE AREA
Future Theme Park Expansion
Studio Lot
ICON
SERVICE AREA
NOT TO SCALE
Attraction
Theatre
Land
Garden Walk/Maze
Attraction
Land
PARKING 44 ACRES
Water Parade Marina
Ent. Venue
Lake
Land
Attraction
Land
Attraction
Main St.
Theatre
Theatre
Attraction
TICKETING
ENTRY
Train Station
Land
Attraction
Land




Rides, Attractions, Restaurants, Merchandise Shops and Shows Surround the Waterways

INITIAL SCOPE

**Theme Park 200 acres**

**America's Heartland**

**Park entry - Main Street USA-like**
**Lakes and Rivers weave throughout park, attractions, F&B, retail**

**Themed Lands - also serve as backlots for film production**
**Major Attractions within each land**

**Prelim Land Ideas**

- **Small Town America (Mayberry - Petticoat Junction) ME TV**
- **Pioneer Town**
- **Heartland Harbor Fishing Village**
- **Early 20th Century Machine Age Town - Nikola Tesla, Thomas Edison, All Steam Powered**
- **Route 66 Highway / Town**
- **Bayou Bay – Stilt House Village – Bourbon Street**

**Steam Train Encircles Park**

**Sky Bucket Ride Over Park**


AMERICA'S
HEARTLAND
ROCK
SHOP
66


AMERICA'S
HEARTLAND
AMBLER
STANDARD
SERVICE



MANSION STUDIOS™

PRESENTS

# AMERICA'S HEARTLAND

## THEME PARK

# Feasibility Study Highlights

**1. Appeal:**
**America's Heartland plans a more Disney-style "family" experience with attractions based on American culture, it will attract overnight visitors, provided there is a place for them to stay.**

**2. Weather and Location:**
**The annual Best Places Comfort Index for Vinita is 7.3 (10=best), which means it is more comfortable than most places in Oklahoma. Vinita is a better location than most theme parks in the Midwest.**

**3. The Market:**
**The total Primary Resident Market is 5.3 million; the Secondary Resident Market is 9.4 million, for a total of 14.7 million person within a day's drive of the park.**

**4. Visitor Income Qualification:**
**There are sufficient areas of high income to justify the construction and operation of a Disney style park.**

**5. Attendance Projection:**
**Based on Dollywood and Silver Dollar City, the park's attendance will be a low-case of 3.1 million per year, a mid-case of 3.7 million per year and a high case of 4.2 million per year. However…**

**6. Attendance Caveat:**
**If America's Heartland design team can create a park that offers Disney-style entertainment, the attendance is likely to exceed the feasibility study's estimates. This phenomenon cannot be quantified, but it is a possibility.**

MANSION STUDIOS™

PRESENTS

# AMERICA'S HEARTLAND

## THEME PARK

# DAILY PER CAPITA SPENDING

DISCOUNTED TICKET + FOOD & MERCHANDISE
PER CAP IS A DOLLAR AMOUNT FOR EACH GUEST PER DAY

Example DOLLYWOOD FP Ticket $84 – Food $ 25 – Merch $25 = $134 Total Spending

However

- More Than Half of All Tickets Will be Discounted –
- Seasonal Discounts or Multi-Day Discounts –

Dollywood Example Single Day $84 – 3 Day Pass = $114

Therefore

Average Both Single Day and Discounted Tickets + Food and Merchandise = Per Cap

DOLLYWOOD $84 – PC = $105
SILVER DOLLAR CITY $80 – PC = $100
DISNEY WORLD MAGIC KINGDOM $109 – PC = $150 - OUTLIER

DOLLYWOOD $84 – PC = $105
SILVER DOLLAR CITY $80 – PC = $100
DISNEY WORLD MAGIC KINGDOM $109 – PC = $150

AMERICA'S HEARTLAND ASSUMPTIONS
CONSERATIVE PER CAPS AT $92 PER GUEST
ATTENDANCE REDUCED FROM 5M TO 4.5M VISITS PER YEAR

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | COMPS | | | | | | | | | | | | |
| 2 | SINGLE DAY ADMISSION | | | DOLLYWOOD $84 - PC =$105 | SILVER DOLLAR CITY $80 - PC =$100 | | DISNEYWORLD MK $109 - PC=$150 | | | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | **AMERICA'S HEARTLAND THEME PARK** | | | | | | | | | | | | |
| 5 | | Goal 15,000 quests per day and 5M visits per year | | | | | | | | | | | |
| 6 | | | | | Each | | | # of | | | | | |
| 7 | | | | | | | | | | | sales tax | | |
| 8 | PER CAP/ TICKET /FOOD /MERCH AVG. | | | | $ 92.00 | (low) | (5M yr.) | 4,500,000 | (low) | $ 414,000,000 | 8.96% | $ 37,094,400 | |
| 9 | | | | | | | | | | | | | |
| 10 | PARKING AVG/CAR | | | $ 25.00 | 3,500 | $ 87,500 | | 355 | days | 31,062,500 | | Preferred Parking $35-$40 | |
| 11 | | | | | | | | | | | | | |
| 12 | **REVENUE** | | | | | | | | | **$ 445,062,500** | | | |
| 13 | | | | | | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **THEME PARK EXPENSES** | | | | E.B @28% | w/E.B. | # of emp. | | |
| Executive Level Staff Labor / year | | | 70,000 | 19,600 | 89,600 | 500 | 44,800,000 | |
| Skilled Labor / year | | | 45,000 | 12,600 | 57,600 | 1500 | 86,400,000 | |
| Hourly Labor | $ 600 | /weeks x 52 | 31,200 | 8,736 | 39,936 | 3000 | 119,808,000 | |
| Maintenance Cost | | /week | 20,000 | | | 52 | 1,040,000 | |
| Upgrades/ Replacement Costs | | | | | | | 30,000,000 | Allowance |
| Utilities Costs | | /month | 100,000 | | | 12 | 1,200,000 | Assumes Solar Farm |
| | | | | | | | | - 1MW $1M = 200 homes |
| Corporate taxes @ 4% | | | | | | | 17,802,500 | |
| Marketing | | /year | | | | | 25,000,000 | |
| Cost of Financing | | /year | | | | | 12,000,000 | |
| Unforseen Item #1 | | | | | | | 6,000,000 | |
| Unforseen Item #2 | | | | | | | 7,500,000 | |
| **Expense Total** | | | | | | | **$ 338,050,500** | |
| **NET PROFIT** | | | | | | | **$ 107,012,000** | |
| | Sales Tax Exemption | | | | | | $ 37,094,400 | |
| | | | | | | | $ 144,106,400 | |
| **CONSTRUCTION COSTS** | | | **$ 1,100,000,000** | | **$107,012,000** | **Net per yr** | **10.28** | **Years to recoop investment** |
| | | | **$ 1,100,000,000** | | $144,106,400 | w/ tax exemption | 7.63 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPS | | | | | | | | | | | |
| SINGLE DAY ADMISSION | | | DOLLYWOOD $84 - PC ≈$105 | SILVER DOLLAR CITY $80 - PC ≈$100 | | DISNEYWORLD MK $109 - PC≈$150 | | | | | |

## AMERICA'S HEARTLAND THEME PARK

Goal 15,000 guests per day and 5M visits per year

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Each | | | # of | | | | |
| | | | | | | | | | | sales tax | |
| PER CAP/ TICKET /FOOD /MERCH AVG. | | | | $ 92.00 | (low) | (5M yr.) | 5,000,000 | (low) | $ 460,000,000 | 8.96% | $ 41,216,000 |
| PARKING AVG/CAR | | | $ 25.00 | 3,500 | $ 87,500 | | 355 | days | 31,062,500 | | Preferred Parking $35-$40 |
| **REVENUE** | | | | | | | | | **$ 491,062,500** | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **NET PROFIT** | | | | | **$ 151,172,000** | |
| | Sales Tax Exemption | | | | $ 41,216,000 | |
| | | | | | $ 192,388,000 | |
| **CONSTRUCTION COSTS** | | **$ 1,100,000,000** | **$151,172,000** | **Net per yr** | **7.28** | **Years to recoop investment** |
| | | **$ 1,100,000,000** | $192,388,000 | w/ tax exemption | 5.72 | |

