™

MANSION

STUDIOS

PROJECT

# Movie Studio Soundstages


Wichita
Springfield
Branson
Vinita
Tulsa
CHEROKEE NATION
OKLAHOMA
Oklahoma City
Amarillo
Lubbock
CHOCTAW NATION
CHICKASAW NATION
ARKANSAS
Dallas
Fort Worth
Abilene
Map data ©2022 Google


Wichita
3 hrs
1 hr 55 mins
Springfield
Branson
Vinita
Tulsa
CHEROKEE
NATION
OKLAHOMA
1 hr
Oklahoma City
2 hrs 30 mins
Amarillo
CHOCTAW
NATION
CHICKASAW
NATION
ARKANSAS
Lubbock
Dallas
Fort Worth
Abilene
5 hrs
Map data ©2022 Google




Hedrick043179




Site USGS

Satellite (2022.04.07)

Rev. 4.0 | 2022.06.13

MEG MANSION ENTERTAINMENT GROUP


N
Phase 1
County
Rd
HWY 60
SOON TO BE 4 LANES
New Traffic Control


N
BLUFF +25'
Cliff Wall
Natural Drainage
Under HWY
Drainage


N
Cliff Wall
Bluff


Future
1000 Acres
RV Park Resort
Future
300 Acres
Phase 1
320 Acres
New Service Road
Studio Soundstages
Icon
TP Service Area
Parking
Existing County Road
Theme Park
200 Acres
Main St.
Buses
Tickets
Parking Entrance
Exit
Studios Entrance




| |
|---|
| Phase 1 Site |
| 335.7 Acres |
| |
| Rev. 3.1 \| 2022.06.10 |

MEG™ MANSION ENTERTAINMENT GROUP

# Mansion Studios Program



# Preliminary
# Architectural Program
# Studio Lot - 32.5 acres

**Tower Icon**
**- 180 ft tall - possible nighttime spectacular**

**Soundstages - (2) 48,000 sq ft and (2) 36,000 sq ft - with dividing walls**
**4 Volume Stages, 23,000 sq ft. - 16,000 sq ft. - 5,900 sq ft. – 3,000 sq ft**
**Animation building 24,000 sq.ft.**
**Outdoor Flex Space 37,500 sq. ft. Open, Partially Covered**
**Mill Shop 35,000**
**Prop Shops 10,000**
**Wardrobe 10,000**
**Recording Studio 15,700**
**Mix Stage 6,100**
**Offices - Production (2) @ 13,800 ea.**
**Commissary 7,800**
**2 Screening Rooms - theater style buildings 2100 ea.**
**Post Production Area 22,800**
**Outdoor Vendor Pad Area - 52,500**
**6 Bungalows 1200 sq ft ea. classic cabins - with neighborhood feel**
**Gym building 13,500**

# Mansion Studios




| Studio Lot |
|---|
| Phase 1 |
| |
| Rev. 7.3 \| 2022.07.06 |

MEG MANSION ENTERTAINMENT GROUP

# Soundstage 1 & 2







Designed to be divisible into two 23,400 Sq Ft Stages
50' Clearance to Steel
8400 Amp Three Phase Power
(36) 400 Amp Three Phase Cam-Loc Distribution Panels

Two 277/480V 1200 Amp Three Phase Panels
80 Ton House HVAC
Up to 600,000 Pounds suspended Live Load from Steel
Two 30' x 25' Elephant Doors
20 psi Fire Hose Bibs and Drains on each end

| |
|---|
| Sound Stages 1 & 2 |
| 50,000 Sq Ft |
| |
| Rev. 2.2 \| 2022.06.24 |

MEG MANSION ENTERTAINMENT GROUP

# Soundstage 3 & 4







| | | | |
|---|---|---|---|
| Designed to be divisible into two 16,250 Sq Ft Stages<br>40' Clearance to Steel<br>8400 Amp Three Phase Power<br>(36) 400 Amp Three Phase Cam-Loc Distribution Panels | Two 277/480V 1200 Amp Three Phase Panels<br>80 Ton House HVAC<br>Up to 600,000 Pounds suspended Live Load from Steel<br>Two 30' x 25' Elephant Doors<br>20 psi Fire Hose Bibs and Drains on each end | Sound Stages 3 & 4<br>35,300 Sq Ft<br><br>Rev. 2.2 \| 2022.06.24 | MEG MANSION ENTERTAINMENT GROUP |







40' Clearance to Steel
8400 Amp Three Phase Power
(36) 400 Amp Three Phase Cam-Loc Distribution Panels
70' Diameter Turntable

Two 277/480V 1200 Amp Three Phase Panels
80 Ton House HVAC
Up to 600,000 Pounds suspended Live Load from Steel
One 21' x 25' Elephant Doors
20 psi Fire Hose Bibs and Drains on each end

| | |
|---|---|
| Volume Stage 5 | MEG™ MANSION ENTERTAINMENT GROUP |
| 23,100 Sq Ft | |
| | |
| Rev. 2.2 \| 2022.06.24 | |







| | | | |
|---|---|---|---|
| 40' Clearance to Steel<br>8400 Amp Three Phase Power<br>(36) 400 Amp Three Phase Cam-Loc Distribution Panels | Two 277/480V 1200 Amp Three Phase Panels<br>80 Ton House HVAC<br>Up to 600,000 Pounds suspended Live Load from Steel<br>One 21' x 25' Elephant Doors<br>20 psi Fire Hose Bibs and Drains on each end | Volume Stage 6<br>16,000 Sq Ft<br><br>Rev. 2.2 \| 2022.06.24 | MEG MANSION ENTERTAINMENT GROUP |




Isometric View




| | |
|---|---|
| 35' Clearance to Steel<br>4200 Amp Three Phase Power<br>(18) 400 Amp Three Phase Cam-Loc Distribution Panels | Two 277/480V 1200 Amp Three Phase Panels<br>40 Ton House HVAC<br>Up to 300,000 Pounds suspended Live Load from Steel<br>20 psi Fire Hose Bibs and Drains on each end |

| |
|---|
| Volume Stage 7 |
| 5,900 Sq Ft |
| |
| Rev. 2.2 \| 2022.06.24 |

MEG™
MANSION
ENTERTAINMENT GROUP

# Volume Stage 8



Isometric View




| | | | |
|---|---|---|---|
| 30' Clearance to Steel<br>4200 Amp Three Phase Power<br>(18) 400 Amp Three Phase Cam-Loc Distribution Panels | Two 277/480V 1200 Amp Three Phase Panels<br>40 Ton House HVAC<br>Up to 300,000 Pounds suspended Live Load from Steel<br>20 psi Fire Hose Bibs and Drains on each end | Volume Stage 8<br>3,000 Sq Ft<br><br>Rev. 2.2 \| 2022.06.24 | MEG MANSION ENTERTAINMENT GROUP |

# Outdoor Flex Space







| | | | |
|---|---|---|---|
| 50' Clearance to Steel (Production Area<br>8400 Amp Three Phase Power<br>(36) 400 Amp Three Phase Cam-Loc Distribution Panels | Two 277/480V 1200 Amp Three Phase Panels<br>Up to 600,000 Pounds suspended Live Load from Steel<br>20 psi Fire Hose Bibs and Drains on each end | Outdoor Flex Stage 9<br>37,500 Sq Ft<br><br>Rev. 2.2 \| 2022.06.24 | MEG™ MANSION ENTERTAINMENT GROUP |

# Mixing & Recording Studio A







12' Clearance to Steel (Studio's A & B) -
20' Clearance to Steel (Live Room)

| | |
|---|---|
| Mixing & Recording Stage A | |
| 15,700 Sq Ft | |
| | |
| Rev. 3.2 \| 2022.06.24 | |

MEG™ MANSION ENTERTAINMENT GROUP

Hedrick043196

# Animation Building



Isometric View




Ground Floor




Rooftop Patio

12' Clearance to Steel (Office Space & Outdoor Patio)
15' Clearance to Steel (Stop Motion Studio, Screening Room and Canteen)
Rooftop Patio for Special Events

| |
|---|
| Animation Building |
| 24,400 Sq Ft |
| |
| Rev. 3.2 \| 2022.06.24 |

MEG MANSION ENTERTAINMENT GROUP

Hedrick043197

# Production Offices x 2



Isometric View




-

-

| Production Offices |
|---|
| 13,800 Sq Ft |
| |
| Rev. 4.3 \| 2022.06.24 |

MEG™ MANSION ENTERTAINMENT GROUP

Hedrick043198







12' Clearance to Steel (Post Production Bays)
15' Clearance to Steel (Foley Stage and Screening Room)

14x Production Bays
- 2x Film Post Production
- 2x TV Post Production
- 4x Digital Editing Bays
- 2x Sound Editing Bays
- 4x Computer Work Spaces

| |
|---|
| Post Production Facility |
| 22,800 Sq Ft |
| |
| Rev. 3.2 \| 2022.06.24 |

MEG MANSION ENTERTAINMENT GROUP

# Mix Stage



Isometric View




| | | |
|---|---|---|
| 15' Clearance to Steel (Mix Stage) - | Mix Stage | MEG MANSION ENTERTAINMENT GROUP |
| | 6,100 Sq Ft | |
| | | |
| | Rev. 3.3 \| 2022.07.06 | |

# Screening Rooms x 2







| | | |
|---|---|---|
| 12' Clearance to Steel | - | Screening Room |
| | | 2,100 Sq Ft |
| | | |
| | | Rev. 3.2 \| 2022.06.24 |

MEG MANSION ENTERTAINMENT GROUP

# Mill Shop







25' Clearance to Steel
8400 Amp Three Phase Power
Two 400 Amp Three Phase Cam-Lock Distribution Panels
Drive In Access
(12) Dock Height Loading Bays

Two 277/480V 1200 Amp Three Phase Panels
20 psi Fire House Bibs and Drains on each end
3x Offices

| |
|---|
| Mill Shop |
| 34,900 Sq Ft |
| |
| Rev. 2.3 \| 2022.06.24 |

MEG MANSION ENTERTAINMENT GROUP

# Prop Shop



Isometric View




15' Clearance to Steel
4200 Amp Three Phase Power
One 400 Amp Three Phase Cam-Lock Distribution Panels
(2) Dock Height Loading Bays

One 277/480V 1200 Amp Three Phase Panels
20 psi Fire House Bibs and Drains on each end

| | |
|---|---|
| Prop Shop | |
| 10,000 Sq Ft | |
| | |
| Rev. 2.3 \| 2022.06.24 | |

MEG™ MANSION ENTERTAINMENT GROUP

Hedrick043203

# Wardrobe







15' Clearance to Steel
4200 Amp Three Phase Power
One 400 Amp Three Phase Cam-Lock Distribution Panels
(2) Dock Height Loading Bays

One 277/480V 1200 Amp Three Phase Panels
20 psi Fire House Bibs and Drains on each end
Garment Rail System
Wardrobe Cleaing Equipment (TBD)

| |
|---|
| Wardrobe Shop |
| 10,000 Sq Ft |
| |
| Rev. 2.3 \| 2022.06.24 |

MEG MANSION ENTERTAINMENT GROUP







| | |
|---|---|
| - | - |

| |
|---|
| Commissary |
| 7,750 Sq Ft |
| |
| Rev. 4.3 \| 2022.06.24 |

MEG MANSION ENTERTAINMENT GROUP



# Trailer Shed







18' Clearance to Steel
4200 Amp Three Phase Power
One 400 Amp Three Phase Cam-Lock Distribution Panels

One 277/480V 1200 Amp Three Phase Panels
20 psi Fire House Bibs and Drains on each end

| |
|---|
| Trailer Shed |
| 11,000 Sq Ft |
| |
| Rev. 2.4 \| 2022.06.27 |

MEG™ MANSION ENTERTAINMENT GROUP

# Bungalows and Gym/Rehearsal Space






# Vendor Pads







(90) External Vendor Spaces -
(90) Stub-ups with Power (TBD)
20 psi Fire House Bibs and Drains on each end

| | |
|---|---|
| External Vendor Pad | |
| 52,500 Sq Ft | |
| | |
| Rev. 2.3 \| 2022.06.24 | |

MEG MANSION ENTERTAINMENT GROUP

# Mansion Studios




-

-

| |
|---|
| Studio Lot |
| Phase 1 |
| |
| Rev. 7.3 \| 2022.07.06 |

MEG MANSION ENTERTAINMENT GROUP

# Studios 3D




| | |
|---|---|
| Studio Lot | |
| Phase 1 (Isometric View) | |
| | |
| Rev. 7.2 \| 2022.07.04 | |

MEG MANSION ENTERTAINMENT GROUP









# ICON


MANSION STUDIOS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **MANSION STUDIOS SOUNDSTAGES ROUGH REVENUE** | | | | # of weeks | | | |
| | | | | | | | |
| Soundstage #1 Rental | | $ 95,000 | / per week | 46 | $ 4,370,000 | | |
| Soundstage #2 Rental | | 95,000 | | 48 | 4,560,000 | | |
| Soundstage #3 Rental | | 72,000 | | 40 | 2,880,000 | | |
| Soundstage #4 Rental | | 72,000 | | 40 | 2,880,000 | | |
| Xr Stage #1 | 23k sq ft | 90,000 | / per day | 195 | 17,550,000 | | |
| Xr Stage #2 | 16k sq ft | 70,000 | " | 125 | 8,750,000 | | |
| Xr Stage # 3 | 6k sq ft | 40,000 | " | 135 | 5,400,000 | | |
| Xr Stage #4 | 3k sq ft | 25,000 | " | 100 | 2,500,000 | | |
| Mansion Sound Recording Studios | | 28,000 | / per week | 44 | 1,232,000 | | |
| Equipment Rental | | 55,000 | | 44 | 2,420,000 | | |
| Office Space #1 | | 17,000 | | 50 | 850,000 | | |
| Office Space #2 | | 17,000 | | 49 | 833,000 | | |
| Office Space #3 | | 17,000 | | 40 | 680,000 | | |
| Storage | | 12,000 | | 55 | 660,000 | | |
| Post Production | | 55,000 | | 36 | 1,980,000 | | |
| VFX Animation | | 72,000 | | 25 | 1,800,000 | | |
| Vendor Leasing | | 14,000 | | 100 | 1,400,000 | | |
| Mill Shop | | 55,000 | | 40 | 2,200,000 | | |
| Prop shop | | 35,000 | | 35 | 1,225,000 | | |
| Wardrobe | | 40,000 | | 30 | 1,200,000 | | |
| | | | | | | | |
| **POTENTIAL PROFIT** | | | | | **$ 65,370,000** | $ 2,614,800 | 4% tax |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **MANSION STUDIOS SOUNDSTAGES Expenses** | | | | | | | | | |
| | | | | E.B | w/ E.B | | | | |
| Executive Level Staff Labor / year | | | 70,000 | 19,600 | 89,600 | 15 | | 1,344,000 | |
| Skilled Labor / year | | | 45,000 | 12,600 | 57,600 | 75 | | 4,320,000 | |
| Hourly | $ 600 | /weeks x 52 | 31,200 | 8,736 | 39,936 | 80 | | 3,194,880 | |
| Upgrade/ Replacement Costs | | | | | | | $ | 1,500,000 | |
| Maintenance | | /week | 12,000 | | | 52 | | 624,000 | |
| Corporate Tax | | | | | | | | 2,614,800 | 4% From Above |
| Mansion Sound Expense | | | | | | | | 500,000 | |
| Cost of Financing | | /yr | | | | | | 5,500,000 | |
| Utilities Costs | | /week | 100,000 | | | 12 | | 1,200,000 | Assumes Solar Farm |
| | | | | | | | | | - 1MW $1M = 200 homes |
| **Expense Total** | | | | | | | **$** | **20,797,680** | |
| | | | | | | | | | |
| **POTENTIAL NET PROFIT** | | | | | | | **$** | **44,572,320** | |
| | | | | | | | | | |
| | | | | | | | | | |
| **CONSTRUCTION COSTS** | | | **$ 450,000,000** | | **$ 44,572,320** | **Net per yr** | | **10.10** | **Years to recoop investment** |


MANSION STUDIOS