# PROPOSAL

## Build 300 RV Park Spaces

## Before the Theme Park Opens

## REASONS:

Premiere RV Campsites Are Popular - Pent Up Demand Nationwide

Early Revenue Stream While Theme Park is Being Constructed

Overnight Stays Important to Theme Park Attendance




| Site USGS |
| --- |
| Satellite (2022.04.07) |
| |
| Rev. 4.0 \| 2022.06.13 |

MEG™
MANSION
ENTERTAINMENT GROUP




| | |
|---|---|
| Site Map | MEG MANSION ENTERTAINMENT GROUP |
| 10' Topographic (USGS) | |
| | |
| Rev. 3.3 - 2022.06.02 | |


RV PARK

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **PRE-THEME PARK RV PARK** | | | | | | | |
| 2 | | | | | | | | |
| 3 | **Budget Assumptions:** | | | | | | | |
| 4 | Immediate construction of an RV Park | | | | | | | |
| 5 | Construction begins Spring 2023, RV Park opens to public Spring 2024 | | | | | | | |
| 6 | 300 of the proposed 750 RV spaces developed early | | | | | | | |
| 7 | Profitable Business due to Pent Up Demand, RV Spaces Nationwide Currently Overbooked | | | | | | | |
| 8 | Immediate Revenue Stream | | | | | | | |
| 9 | RV Spaces can be used for Management Housing During Construction | | | | | | | |
| 10 | Construcion Workers with RVs able to Rent Space | | | | | | | |
| 11 | Avg. Costs High End RV Space with Amminities $50K ea. (Roads, Hook Ups) | | | | | | | |
| 12 | Site Escavation / preperation per 1 acre (43,560 sq ft X $1.50 ea.) = $65,340 per acre | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | | | | | | | | | | |
| 14 | | | # OF UNITS | | | Cost per | | | Sub | |
| 15 | Acres of Site Prep | | 35 | | | $ 65,340 | | | $ 2,286,900 | |
| 16 | | | | | | | | | | |
| 17 | Utilities to Site | | | | | | | | 350,000 | |
| 18 | | | | | | | | | - | |
| 19 | Sewage Treatment | | | | | | | | 275,000 | |
| 20 | | | | | | | | | | |
| 21 | General Store | | | | | | | | 250,000 | |
| 22 | | | | | | | | | - | |
| 23 | Pool and Rest Rooms Building | | | | | | | | 200,000 | |
| 24 | | | | | | | | | | |
| 25 | Recreation Building | | | | | | | | 200,000 | |
| 26 | | | | | | | | | | |
| 27 | RV Spaces | | 300 | | | 50,000 | | | 15,000,000 | |
| 28 | https://www.profitableventure.com/cost-build-rv-park-scratch/ | | | | | | | | - | |
| 29 | | | | | | | | | | |
| 30 | Park Models Homes | | 10 | | | 125,000 | | | 1,250,000 | |
| 31 | | | | | | | | | - | |
| 32 | Eco Development and Landscaping | | | | | | | | 450,000 | |
| 33 | | | | | | | | | - | |
| 34 | Total Phase One Construction Costs | | | | | | | | $ 20,261,900 | |
| 35 | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | | | | | | | | | | |
| 37 | **ANNUAL REVENUE AND OPERATING COSTS** | | | | | | | | | |
| 38 | | | | | | | | | | |
| 39 | **Assumptions:** | | | | | | | | | |
| 40 | RV Park Occupancy projected at 75% before and 95% after theme park opens | | | | | | | | | |
| 41 | Average Nightly Rate in Local Area $30 to $40 a night - Nationwide $41 to $80 | | | | | | | | | |
| 42 | | https://camperadvise.com/koa-campgrounds-prices/ | | | | | | | | |
| 43 | Mansion Nightly Rate will be $50 before and $85 after theme park opens | | | | | Note: Disney RV spaces range from $123 to $228 per night | | | | |
| 44 | | | | | | | | | | |
| 45 | **Before TP First Year** | | Nightly Rentals | | # Spaces Avg | | Daily | | 365 Days | |
| 46 | Rentals | | $ 50 | | 225 | @75% Oc. | $ 11,250 | | $ 4,106,250 | |
| 47 | | | | | | | | | | |
| 48 | | | | | | | | | | |
| 49 | **After Theme Park Opening** | | | | | | | | | |
| 50 | RV Space Rentals | | $ 85 | | 285 | @95% Oc. | 24,225 | | $ 8,842,125 | |
| 51 | General Store Net Sales | | | | | | 1,500 | | 547,500 | |
| 52 | Propane Sales | | | | | | 550 | | 200,750 | |
| 53 | **Total Revenue** | | | | | | | | $ 9,590,375 | |
| 54 | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 | Yearly Operating Costs | | | # | | Costs Ea. | | | Sub total | |
| 56 | | | | | | | | | | |
| 57 | | Employees | | 20 | | $ 51,200 | /w 28% E.B. | | $ 1,024,000 | |
| 58 | | Garbage disposal | | 12 | | 500 | | | 6,000 | |
| 59 | | Sewage Maintenance | | 12 | | 750 | | | 9,000 | |
| 60 | | Utilities (RV Spaces Metered) | | 12 | | 25,000 | | | 300,000 | |
| 61 | | Cleaning supplies | | 12 | | 350 | | | 4,200 | |
| 62 | | Propane | | 12 | | 3,500 | | | 42,000 | |
| 63 | | Gas for vehicles | | 12 | | 1,700 | | | 20,400 | |
| 64 | | Vehicle Maintenance | | 12 | | 750 | | | 9,000 | |
| 65 | | Road Repair | | 12 | | 2,000 | | | 24,000 | |
| 66 | | Live Entertainment | | 12 | | 8,000 | | | 96,000 | |
| 67 | | | | | | | | | | |
| 68 | Yearly Operating Costs | | | | | | | | $ 1,534,600 | |
| 69 | | | | | | | | | | |
| 70 | **Net Profit First Year** | | 225 Spaces @ $50 | $ 4,106,250 | Revenue | $ 1,534,600 | Exp. | | **$ 2,571,650** | |
| 71 | | | | | | | | | | |
| 72 | **Net Profit After TP Opens** | | 285 Spaces @ $85 | $ 9,590,375 | Revenue | $ 1,534,600 | Exp. | | **$ 8,055,775** | |
| 73 | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 73 | | | | | | | | | | |
| 74 | | | | | | | | | | |
| 75 | **BUILD OUT** | | | | | | | | | |
| 76 | RV Phase One and Two comprised of 750 RV Spaces | | | | | | | | | |
| 77 | **Phase Two Assumes another $20M to develop 450 more RV Spaces** | | | | | | | | | |
| 78 | | | | | | | | | | |
| 79 | RV Spaces | | $ 85 | | 712 | @ 95% Oc. | $ 60,520 | | $ 22,089,800 | |
| 80 | General Store Net Sales | | | | | | 3,500 | | 1,277,500 | |
| 81 | Propane Sales | | | | | | 2,000 | | 730,000 | |
| 82 | **750 Spaces - Total Revenue** | | | | | | | | $ 24,097,300 | |
| 83 | | | | | | | | | | |
| 84 | Operating Costs Above X 2.5: | | | | | | | | 3,836,500 | |
| 85 | | | | | | | | | | |
| 86 | **Ongoing Yearly Net Revenue RV Park** | | | | | | | | **$ 20,260,800** | |
| 87 | Note: | | | | | | | | | |
| 88 | **Total Investment of $40M recovered after 2 years of full operation** | | | | | | | | | |
| 89 | | | | | | | | | | |

# CONCUSION:

Building 300 RV Park Spaces Before the Theme Park Opens

Low Risk Due to Demand and High Profit Potential

Overnight Stays Important to Theme Park Attendance

During TP Construction RV Park Used for Managements/Construction Housing

After TP Opens – Compensates for Lack of Area Hotels

