KLH
Environmental & Geological Consulting, LLC
3309 W. Gary Street
Broken Arrow, Oklahoma 74012
Email: geokevinba@gmail.com

November 26, 2022

# DESKTOP RESEARCH PROJECT

## Property Name:

**Confidential Property**
**Northeast Oklahoma**

## Prepared for:

**Mr. John Lindsay and Others**

## Executive Summary

KLH Environmental & Geological Consulting, LLC (KLH) was contracted the confidential project development team (The Group)to complete a desktop survey on a property in Northeast Oklahoma. The goal of the desktop document is to provide information that will assist the designers and engineers understand the potential issues so proper planning and/or mitigation can be completed prior to mobilizing construction teams to the Site. The following bullet point list provides information based on the findings of the desktop survey:

- No registered historical sites were listed on the property. There are five historical sites listed in the area but none of the sites are within ½ mile from the property. Historical maps, including aerials show several areas of interest on the property. However, none of the areas presently contain any cultural resources significant enough to warrant listing on the National Register of Historic.
- Two (2) bedrock aquifers are situated below the property. The shallower Boone Aquifer is a minor aquifer in the area and is primarily used for domestic use, livestock, and small-scale irrigation (gardens and yards). The Roubidoux Aquifer is deeper and has been sourced for industrial purposes further northeast of the property. The top of the Roubidoux aquifer is greater than 600-feet below ground surface (bgs) and some wells extend to over 1,000-feet bgs. The groundwater that comes from the aquifer is treatable with total dissolved solids (TDS) ranging from 250 to 1200 milligrams per liter (mg/L).
- Surface water in the county comes from Grand Lake via pipeline. Eleven (11) of the fourteen (14) municipalities in the county source their potable water from Grand Lake.
- The National Wetland Inventory Map shows three (3) Forested - Shrub Wetlands and five (5) potentially emergent wetlands on the property. These areas are shown in the stormwater drainage areas on the property and be further investigated to determine regulatory status. However, the United States Department of Agriculture (USDA) Soil Survey for Craig County lists the onsite soils at not hydric.
- The FEMA National Flood Hazard Map shows the drainage areas located in flood zone A. However, based on a site visit and discussions with the onsite contact, the drainageway only conveys stormwater during precipitation events and for a short time afterward.
- Four (4) hazardous fluid pipelines (crude oil or refined product) cross Craig County. One (1) natural gas pipeline crosses the county from west to east, a second pipeline branches off the main pipeline and extends south to Vinita.
- The APAC Asphalt and Rock Plant has an air permit with the Oklahoma Department of Environmental Quality (ODEQ) with numerous sources documented in the permit. The ODEQ considers the APAC facility a minor source of potential air emissions.
- The closest large airport is Tulsa International Airport, 50 miles southwest of the property. Northwest Arkansas Regional Airport is located 78 miles southeast in Rogers, Arkansas. The town of Vinita, Oklahoma has a small airport 5.5 miles west of the property.
- Commercial fireworks displays require permits and special provisions made with the local fire department for additional protection.
- Due to the rural setting, noise will likely be a minimal issue. Potential noise impacts will depend primarily on the noise levels generated by the project, distance to the receptor, and time of day.
- The only threatened species that could be affected is the American Burying Beetle and the Northern Long Eared Bat. Both are discussed in detail in the body of the report.
- Erosion control would be standard best management practices (BMPs) to protect drainageways and ponds on the property, as well as adjacent property and roadways. Any surface disturbance over one acre is required to complete a Notice of Intent (NOI) to discharge stormwater to a drainage way.

In addition, a Stormwater Pollution Prevention Plan (SWPPP) is required along with monthly inspections and inspections during a rainfall event.

# Table of Contents


**Executive Summary** .......... i

**Project Background** .......... 1

**Cultural and Historical Documentation** .......... 2
- Introduction .......... 2
- Environmental Setting .......... 2
- Surface Water and Soil .......... 2
- Flora and Fauna .......... 4
- Lithic Resources .......... 4

**Cultural Setting** .......... 5
- Paleoindian (12,000-8,000 BP) .......... 5
- Archaic Period (8,000-2,000 BP) .......... 5
- Woodland Period (2000B.P.-1200 BP) .......... 5
- Village Farming Period (1200-500 BP) .......... 5
- Proto-Historic Period .......... 6
- Historic Period .......... 6

**Background Research** .......... 7
- Map and Database Review .......... 7
- Archival Research .......... 8
- Literature Review and Land Records .......... 9

**Recommendation** .......... 9
- Probability of Archaeological Sites .......... 9
- Proposed Field Survey .......... 10
- Area Aquifer and Groundwater .......... 11
- Surface Water Use .......... 13
- Surface Water Quality .......... 14
- Wastewater Treatment .......... 14
- Wetlands .......... 16
- Pipelines .......... 18
- Air Quality .......... 18
- Airport Zones .......... 19
- Explosives and Hazards .......... 19
- Noise .......... 19

**Threatened and Endangered Species** .......... 19
- Federally Threatened .......... 20
- State Threatened .......... 20
- Federally Endangered .......... 20
- State Endangered .......... 20

**Wild and Scenic Rivers** .......... 20

**Erosion Control** .......... 21

High Speed Communication Coverage.......................................................................21

Area Electric Service and Providers .......................................................................21

Area Traffic .......................................................................................................22

Closing .............................................................................................................22

References .......................................................................................................30

# List of Appendices

| | |
|---|---|
| APPENDIX A | Historical Maps |
| APPENDIX B | Aera Aquifer and Groundwater Data |
| APPENDIX C | OWRB Water Permitting Facts and OWRB Water Permitting Flow Chart |
| APPENDIX D | OWRB Title 300 Regulations |
| APPENDIX E | Grand Lake Surface Water Quality Report |
| APPENDIX F | ODEQ Operating Permit APAC Asphalt and Rock Crusher Plant |
| APPENDIX G | Cultural Resources References |

# Project Background

KLH Environmental and Geological Consulting, LLC (KLH) was contracted by the confidential project development team (The Group) to complete a desktop study on property The Group is proposing to develop. The property consists of 2,164 acres located in Northeast Oklahoma, east of the City of Tulsa, Oklahoma. For purposes of maintaining the location of the property confidential, KLH will only be reporting quarter call locations and section numbers. The township, range and county information will remain confidential until The Group has determined the appropriate time to make any information available to the public.

Specifically, the property is located in a rural area in Northeast Oklahoma and is primarily pastureland with gently rolling hills and drainage ways. After completing a Site reconnaissance, KLH observed that the property is utilized primarily for cattle grazing and hay production. Several small livestock ponds were observed on the property along with narrow, meandering drainage features. In most of the drainage features rock was observed in the bottom and in some instances, rock came to the surface throughout the area. The vegetation within the confines of the property appeared healthy.

The purpose of the desktop survey is to provide a planning tool for The Group that will identify potential environmental concerns, and Site features that could cause issues during construction that may negatively impact the budgets and construction schedules. Taking these things into consideration prior to commencing Site work will avoid costly delays.

Research completed at the County Land Records Office indicates the property has likely always been agricultural with little or no commercial development.

**Table 1-Project Area**

| Name | Quarter and Section | Acres |
|---|---|---|
| Phase 1 | S/2 of S21 | 320 |
| Phase 1A | N/2 of S22 | 320 |
| Phase 1B | S/2 of S22 | 320 |
| Phase 2 | portions of S16, 17, N/2 of S18 | 1200 |



# Cultural and Historical Documentation

## Introduction

A desktop survey of the location in Northeast Oklahoma was completed in the sections shown on Figure 1 and on Table 1 on the previous pages. The project area consists of 2,164 acres, divided into four areas, all of which are currently in use for pasturing cattle or hay production. Though not a substitute for a full field survey, a desktop survey can help form a picture of prehistoric and history use of an area, as well as help predict the types of archaeological sites which might be encountered.

This desktop survey revealed details of both prehistoric and historic occupation of the location as well as the surrounding area. A review of the National Register of Historic Places listings revealed a single property within one-mile, early 1900s filling station located along Route 66. A review conducted at the Oklahoma Archeological Survey revealed three previously recorded sites within a one-mile radius: 34CG36, 34CG52, and 34CG85: two prehistoric habitation sites and a historic cemetery. All of these resources are outside of the project boundaries.

This desktop survey intends to determine what types of cultural resources might be encountered during any construction activities within the project areas. In order to accomplish this, an examination of the environmental and cultural history of the area is necessary. A variety of resources will be consulted to provide a more complete picture of the prehistoric and historic inhabitants. Such an investigation begins with an environmental summary, to discover what resources would have been available to both prehistoric and historic groups of people inhabiting the area, followed by a review of previous cultural resource work in the area.

## Environmental Setting

The prehistoric climate of the region has varied over time. During the Pleistocene, glaciers were responsible for creating extensive soil deposits. Between 16,000 and 11,500 years Before Present (BP), a warming period began and the cold, moist glacial conditions began to retreat. The spruce forests present in the Late Pleistocene were slowly replaced by deciduous forests. Increasingly warmer conditions during the Holocene created alternating periods of soil deposition and erosion, beginning about 9,000 BP. A continuous dry period lasting from 7000-4000 BP in northeastern Oklahoma also created extensive deposits (Albert & Wyckoff 1984). Drass (1984:13-15), notes that from 4,000 BP to present, small fluctuations in precipitation may have occurred but did not result in large scale climatic changes. While some drier periods, especially between AD 800 and AD 900, may have resulted in a small increase in alluviation, the prehistoric climate is otherwise very similar to that of today.

## Surface Water and Soil

The project area is located in the Central Irregular Plains ecoregion. As a whole, the area is described as consisting of low, rolling hills covered in a "grassland and forest mosaic" with concentrations of forest along waterways and in ravines (Woods *et al* 2005). Waterways flowing through the area include several unnamed tributaries of Little Cabin Creek, which flows into Big Cabin Creek. Big Cabin Creek flows into the Neosho River, which itself is a tributary of the Arkansas River. This places it within the Arkansas River drainage basin (Luza 2008).

Geologically, the area is in the far eastern extent of the Claremore Cuesta Plains geomorphic province, where gentle rolling slopes sit atop western dipping Pennsylvanian limestone and sandstones (Curtis *et al* 2008:9). The NRCS Web Soil Survey (Soil Survey Staff 2019) indicates a variety of soil types across the area,

varying in color and composition according to parent material (Figure 1, Table 2). In upland locations such as these, most soils are residual, formed through erosion of the underlying rock. Soils in lower lying areas, such as those along creek banks, are formed through alluviation, in which soil particles are deposited by the movement of water. All of these soils have the potential to contain the remnants of human activity, but more stable soils, provide the best retention.

Soils which formed on a generally stable surface and on which organic matter builds up and decays are called A horizon soils. These are the most likely to retain traces of human activity. Very often, these are at or near the present-day surface. However, conditions exist under which an A horizon soil could be buried. Any depositional process has the potential to bury a soil surface. In Table 2 below, almost all of the soil types/complexes present have at least one soil component with a buried soil recorded.

**Area Soils Map – Figure 1**




**Table 2 Soil Types**

| Soil complex | Abbrv | Description |
|---|---|---|
| Apperson silty clay loam (1-3% slopes) | SuB | silty clay loam to silty clay, deep, moderately well drained soils formed in calcareous residuum weathered from Pennsylvanian limestone. No flooding or ponding, not hydric (on uplands) |
| Apperson silty clay loam (0-3% slopes) | SuC | silty clay loam to silty clay, deep, moderately well drained soils formed in calcareous residuum weathered from Pennsylvanian limestone, not hydric (on uplands) |
| Apperson silt loam (1-3% slopes) | BoB | silty loam soil, deep, moderately well drained, formed in calcareous residuum weathered from Pennsylvanian limestone, not hydric (on uplands) |
| Collinsville-Vinita complex (2-30% slopes) | CoF | shallow to very shallow, well drained to somewhat excessively drained, soils formed in residuum weathered from Pennsylvanian sandstone, not hydric (on uplands) |
| Dennis silt loam (1-3% slopes) | DnB | silty loam to silty clay loam; very deep, somewhat poorly drained soils formed in residuum weathered from Pennsylvanian shale, not |

| | | |
|---|---|---|
| | | hydric (on uplands) |
| Lenapah silty clay loam (0-3% slopes) | LeB | shallow, well drained soils that formed in material weathered from limestone of Pennsylvanian age, not hydric (on uplands) |
| Mayes silty clay loam (0-1% slopes)* | Ot | silty clay loam atop clay; very deep and somewhat poorly drained, weathered from loamy and clayey sediments, not hydric (on uplands) |
| *Parsons silt loam (0-1% slopes)* | PaA | very deep, somewhat poorly drained soils formed in clayey alluvium/residuum weathered from fissile Pennsylvanian shales, not hydric (on uplands) |
| *Shidler silty clay loam (0-3% slopes)* | TiB | very shallow and shallow, well drained, moderately permeable upland soils that formed in material weathered from limestone and chert of Permian and Pennsylvanian age, not hydric (on uplands) |
| Shidler-Catoosa (1-8% slopes) | TsD | moderately deep, well drained soils that formed in material weathered from Pennsylvanian age limestone, not hydric (on uplands) |
| Verdigris-Eram (0-20% slopes) | Vt | Verdigris: deep, silty & loamy alluvial component found along drainageways.<br>Eram: moderately deep, moderately well drained soils formed from Pennsylvanian shale interbedded with sandstone, not hydric (on upland drainageway) |

### Flora and Fauna

The primary vegetation in this region consists of various grasses, including big bluestem (*Andropogen gerardi*), little bluestem (*Schizacharium scoparium*) and switchgrass (*Panicum virgatum*), which are common in the Tallgrass Prairie, as well as shorter grasses, such as buffalo grass (*Bouteloua dactyloides*), needlegrass (*Stipa* sp.) and grama (*Bouteloua* sp.). Types of trees present include blackjack oak (*Quercus marilandica*) and post oak (*Quercus stellata*), Osage orange (*Macula pomifera*), hackberry (*Celtis* sp.) and willow (*Salix* sp). Understory plants are common in lightly forested areas, including sumac (*Rhus copallinum*), coralberry (*Symphoricarpos orbiculatus*) and persimmon (*Diospyros virginiana)* (McAllister and Murray 1996:24-25).

Major fauna in the area are similar to that of much of eastern Oklahoma. Possible game species include white-tailed deer (*Odocoileus sp.*), wild turkey (*Meleagris gallopavo*), gray squirrel (*Sciurus carolinensi*), eastern cotton tail (*Sylvilagus floridanus alacer*), and raccoon (*Procyonlotor*). Several species of turtle are present in the woodlands and along the waterways (Albert & Wyckoff 1984). Mussels are also noted as a major resource (Saunders 1977:781).

### Lithic Resources

The project area falls within Area 4 of Banks' (1984) lithic resources divisions. This area is the richest, both in terms of quantity and quality, of available materials in Oklahoma. There are seven different formations which contain knappable chert, spread over several hundred square miles. Keokuk chert is the most commonly available in this area and is the thickest bedded, followed closely by Reed Springs chert. Further south in Area 4, in the Ouachita Mountains, there are several other varieties of chert present, as well as quartzitic sandstone. These resources tend to be more tightly bedded and most readily available as cobbles in stream beds.

## Cultural Setting

### Paleoindian (12,000-8,000 BP)

Though there is evidence of occupation of the region during the Paleoindian Period, it is slim. There have been a few sites discovered, but many more are likely obscured by geomorphological conditions in the area (Brooks 1987:15). What evidence we have indicates that these people subsisted in a manner similar to that of other groups of the period. They were nomadic to semi- nomadic hunters who relied on a megafauna supplemented by smaller game and plant foods.

Most evidence of the Paleoindian period in this region comes from surface finds of large, fluted points such as Clovis, Folsom and Dalton spear points. Bison kills, mammoth jumps and other resource acquisition sites are less common. The Packard Site is a rare example of a habitation site in the region, consisting of repeated occupations with ample evidence of stone tool production using local raw materials (Hurst 2022).

### Archaic Period (8,000-2,000 BP)

The Archaic covers an extended period of time, during which climatic change eliminated megafauna. People were forced to rely on smaller game such as bison and deer, with an increased reliance on plant foods. Adapting to the use of these resources caused people to become slightly more sedentary and to produce a more varied tool kit (Brooks 2006:36).

This increase in sedentism translates into an increase in population and thus a greater incidence of sites discovered. Site types are more varied as well, including seasonal habitations with associated middens, temporary camps, bison kill sites, and cemeteries (Wyckoff & Brooks 1983:26-28).

### Woodland Period (2000B.P.-1200 BP)

The Woodland period in this region saw increasingly larger groups of people living in permanent settlements along terraces above major rivers, particularly along the northern edge of the Ouachitas (Brooks 1987:63). Hunting and gathering activities continued but were supplemented by horticulture. Changes in subsistence brought about changes in tool kits. Pottery appeared, allowing for a wider variety of food preparation and storage. The bow and arrow also appears in this period. A markedly more sedentary existence gave rise to an increase in population and a noted increase in complex burial patterns (Brooks 1987:60-62).

Woodland period sites in this region consist primarily of seasonally occupied rock shelters base camps located along floodplains and terraces. Burned rock mounds located in habitation sites are present, as are resource specific processing sites like knapping stations (Brooks 1987:80-82).

### Village Farming Period (1200-500 BP)

This period is marked by a dramatic increase in social complexity. Larger groups of people were inhabiting villages along major rivers. Villages consisted of five to twenty houses, usually with a defined cemetery. Individuals of higher status often received burials significantly different in grave goods and burial style than the average person (Brooks 1987:96). High status individuals were often interred in burial mounds and accompanied by valuable goods such as beads, pendants, stone tools, and shell artifacts (Galm 1984:211-212).

Other site types of note include temporary camps for fall hunting and resource acquisition and large specialized sites with ceremonial mounds, like that at Spiro, Oklahoma. Many of these were likely not occupied year-round and occur mostly along major rivers (Brooks 1987:96). An example of a village type site has been discovered in Craig County. The Lundy Site, which was excavated as part of two projects, one in 1960 and another in 1970. The excavations recovered artifacts and data indicating that the site was associated with the Spiro Phase and was likely occupied between 1200 and 1400 AD. Initially, this site was thought to be seasonal camp, given the large amounts of chipped stone found and the general lack of pottery. However, the presence of a fairly large cemetery seems to indicate a longer period of occupation (OAS Staff 2002).

### Proto-Historic Period

The Proto-Historic period in this region is marked by European contact with Village Farming peoples. The earliest information from this period comes from Spanish explorers who noted large groups of people living in villages along major drainages. The population of these villages was still seasonally mobile, moving from locations along major waterways occupied during the spring and summer to bison hunting camps in the fall/winter. Continuity in settlement location often makes Proto-historic sites difficult to distinguish from earlier periods, which probably accounts for the relatively small number of Proto-historic sites in the region (Wyckoff and Brooks 1983:115).

During this period, the Osage occupied territory in western Missouri but also claimed hunting grounds in eastern Kansas and northeastern Oklahoma (Hawley & Vehik 2012). European explorers and traders recorded encounters with native Wichita groups in Oklahoma as early as 1541. Francisco Vazquez de Coronado y Luxan traveled from the Southwest to an area northeast of the Great Bend of the Arkansas River, where he met the Wichita (Wedel 1942). Don Juan de Oñate encountered a large Wichita settlement in 1601, likely at the junction of Beaver Creek and the Arkansas River (Vehik 1986).

Later sites, such as those at Deer Creek (34KA3) and Bryson-Paddock (34KA5) in Kay County, are even larger village locations. These sites show a marked increase in the amount of European goods present, suggesting increased trade. Near the end of the Protohistoric Period, the Wichita moved south, settling in villages along the Red River. At the same time, the Osage began to strengthen their ties with French traders. Known site types associated with this period include large village sites, as well as resource acquisition sites such as hunting camps and lithic quarries.

### Historic Period

The Historic Period in Oklahoma was a period of great upheaval for Native peoples. Early in the period, during the late 17th and early 18th centuries, European settlement accompanied the fur trade (Henry 2002:2). The Chouteau family in particular encouraged the Osage to settle near their trading posts in northeastern Oklahoma, which the Arkansas Band did. After the Louisiana Purchase, the United States began establishing forts and trading posts across the new territory.

The Indian Removal Act of 1830 was the policy under which the United State government created Indian Territory west of the Mississippi River. The United States government also began removing Native tribes from other regions of the United States and settling them in Indian Territory. Due to resource scarcity, conflicts between Euro American settlers, newly arrived eastern tribes, and the Osages were common (Good 1977:8-9). Tribes' native to the area, including the Wichita and Osage, were forced into ever smaller areas by the incoming tribes who were forcibly removed from their homes. The Eastern Cherokee began arriving in Indian Territory between 1836 and 1837, but most of the tribe traveled to their new territory between 1838 and 1839, as a result of the Treaty of New Echota (Green 2006a:60). In 1839, the Osage

were moved by force of treaty to a reservation in southeastern Kansas, and most of the northeastern portion of Indian Territory assigned to the Cherokee tribe (Green and Goble 2006:56).

Prior to statehood, the Cherokee Nation in Oklahoma was divided into nine districts, with each district governed by its own courthouse. The project location falls into what was the Cooweescoowee District. The population of these districts consisted mostly of farmers and ranchers spread across the area. Small towns and trading posts were initially located along waterways, such as those in the Three Forks area.

Two main roadways facilitated travel through the Cherokee Nation: the East Shawnee Cattle Trail and the Texas Road. The East Shawnee Cattle Trail was used to bring cattle from Texas, through eastern Oklahoma, to railheads in Missouri. The trail was in use from the 1840s to the 1860s, when fears of tick-borne disease and the Civil War essentially shut it down. After the Civil War, herds were moved along the Chisholm Trail, located much further to the west (Tyson 2022).

The Texas Road began as a portion of the Osage Trace, which was used by the Osage to travel between the forests and the plains. The Texas Road, however, instead stretching south from around Baxter Springs, Kansas and turning east around Fort Gibson, traveled south from Fort Gibson to Texas, passing near Vinita. Travel along the road continued throughout the Civil War and through Texas statehood. Travel along the route abated somewhat after the introduction of the Missouri, Kansas, and Texas Railway, which followed a similar route (Weaver 2022).

The introduction of railroads brought an influx of Anglo-American settlers, many of whom settled around the trading centers at Bartlesville and Coody's Bluff. With non-native occupants outnumbering native occupants, continued pressure from incoming settlers forced the issue of allotment. Under the Dawes Act of 1887, commonly held lands were parceled out into individual allotments (Green 2006b:98). In the case of the Cherokee tribe, an agreement was not reached until April 9, 1900. Under this agreement, each member of the tribe received an 80-acre allotment, 40 acres of which was designated as a homestead allotment, inalienable for twenty-five years. The excess land was sold, with proceeds being divided among the members (Kidwell 2022).

## Background Research

### Map and Database Review

Resources consulted for this project are varied, including maps, aerial images, and databases, in order to reconstruct land usage over time. Images of these maps in relation to the project may be found at the end of the Reference Section.

The earliest map consulted for this project is the General Land Office survey map dating to 1898 (Figure A-1). This map was created some 60 years after the Cherokee tribe had been resettled in the area. At this point, roads, towns, and railroads were already established. The details recorded in this map indicate the existence of the railroad directly northwest of the Phase 2 location.

Fences stretch across all areas, some bordering what appear to be pastures, and some bordering crop lands. There were three structures recorded at the time of this 1898 survey: one in the NE/4 of Section 20, one in the NE/4 of Section 17, and a third in the NE/4 of Section 22. While the first two structures appear somewhat isolated, the structure in Section 22 is at a crossroads, with the northernmost road extending north to the railroad.

Properties designated as homesteads may be more likely to have had domestic structures. An allotment map from the early 1900s indicates who owned each property and which properties were homestead

allotments. As can be seen in Figure A-2, nearly all of the parcels included in the project area have been allotted to Cherokee Nation citizens, and most of the allotments are homestead allotments.

By 1913, most of the roads have shifted to follow section lines. Some houses recorded in 1898 are still present, along with additional houses, and are recorded in the NE/4 and SW/4 of Section 22 as well as the NW/4 of Section 16 (Figure A-3).

The next most recent map consulted is a land ownership map produced by the Works Progress Administration in the mid-1930s (Figure A-4). This map can help show how land transferred ownership over time, and which parcels are still either owned by the original allottees or their heirs. In comparison to the allotment map (Figure A-2), relatively few of the parcels are still owned by the original allottees, as indicated by X marks across the properties.

Aerial images were also consulted, in order to help identify the locations of potential Historic Period sites. The first of these images' dates to 1952 (Figure A-5). Though the available image does not cover the entire project area, a general reduction in the number of structures is evident. By this time, only four clusters of structures remain within the project areas: three in Section 22 and one in Section 16. A second aerial image, dating to 1968, indicates continued use of the same four groupings of structures (Figure A-6). A final map, a topographic map dating to 1971 (Figure A-7) records continued use of only two of the groups of structures marked on the earlier maps.

### Archival Research

A review of the National Register of Historic Places database revealed only a single listed site within a one-mile radius of the project area. The McDougal Filling Station (04000521) is located approximately half a mile distant from the project location, along historic Route 66.

A review of the Oklahoma Landmarks Inventory revealed no listed properties within a one-mile radius of the project area. A review of recorded archaeological sites conducted through the OASIS database indicated six previously recorded archaeological sites within a one-mile radius: three prehistoric habitation sites, a historic cemetery, and two historic farmsteads, one of which also has a prehistoric component (Table 3). All of these sites are a minimum distance of 1/2 mile from the project locations.

**Table 3. Previously recorded archaeological sites within 1 mile.**

| Site ID # | Type | Period | NRHP eligibility |
|---|---|---|---|
| 34CG28 | open habitation w/o mounds | unassigned Prehistoric | no |
| 34CG29 | open habitation w/o mounds | Archaic/Woodland | not assessed |
| 34CG36 | open habitation w/o mounds | Village Farming/Late Prehistoric | not assessed |
| 34CG52 | cemetery | Historic | not assessed |
| 34CG99 | open habitation w/o mounds | unassigned Prehistoric/Historic 1900-present | not assessed |
| 34CG100 | historic farmstead | Historic 1900-present | no |

There are no recorded archaeological sites within the project boundaries, likely because of the limited number of archaeological surveys conducted in the area. As of October 2022, two archaeological surveys have been conducted within the project boundaries (Table 44). The first consists of two blocks covering approximately 120 acres in the west half of Section 16. The second is a linear survey, conducted along a portion of Route 66/SH-60. Neither survey detected any significant cultural resources.

### Literature Review and Land Records

Research was conducted into both the area and the individuals who owned the properties within the project areas. There is limited literature involving prehistoric occupation of the area, and most of that is covered in the preceding sections. During the historic occupation of the area, it appears to have been mostly rangeland or crop land, with a few scattered homesteads.

Land records research indicates that while some of the same families have owned property in the area since the late 1800s or early 1900s, none of the allotted properties is still owned by the allottee's descendants. A review of local period newspapers did not reveal much in the way of significant people or events that would make any of the properties eligible for listing on the National Register of Historic Places. While some of the farmstead locations appear to have been occupied for several decades, none appear to reach the century threshold of family ownership and operation necessary for listing on the Oklahoma Centennial Farm & Ranch Program.

## Recommendation

### Probability of Archaeological Sites

Though relatively little archaeological work has been done in the immediate area, what research there is indicates that larger prehistoric sites such as villages are primarily located along larger waterways. While the streams located within the project areas are generally smaller, this does not preclude the presence of prehistoric activity.

Historic use of the area is easier to identify, thanks to the availability of historic land records, maps, and aerial images. Different portions of the properties were occupied in the late 1800s/early 1900s than during the mid-20th century and later. As can be seen in Figure 2, on the following page the locations of structures varies over time. Also visible are circled areas indicating a probability of encountering historic materials.

**Project Location Map With Points of Interest – Figure 2**




The furthest east of the yellow 1898 GLO structure markers is particularly of interest, as this is a location at the nexus of several roads. It also seems to have one road which branches off to the north, meeting the railroad. This is likely for the delivery of cattle and other goods. Additional investigation into this property could provide a more in-depth view of Cherokee life on a farmstead, as well as inform on interactions with early railroads in Oklahoma. Historic map records are included in Appendix A.

## Proposed Field Survey

While none of the properties appear, at present, to contain any cultural resources significant enough to warrant listing on the National Register of Historic Places or even avoidance during any earth moving activities, there is likely still much to be gained from an investigative field survey. Prior to any surface disturbance, a survey of the project location is recommended, particularly along the waterways and in those areas marked as containing historic structures or the remnants thereof.

## Area Aquifer and Groundwater

The property is situated above the Roubidoux Bedrock Aquifer as exhibited on the map below.



The Boone aquifer is located above the Roubidoux Aquifer. Each aquifer underlies the property and extends into northwestern Arkansas, southwestern Missouri and to a minor extent into southeastern Kansas. Both aquifers underlie 4,600 square miles of northeast Oklahoma. In a 2020 study, conducted by the United States Geologic Survey it is estimated that the usage of water in northeast Oklahoma will go up by 56% by the year 2060.

The Boone aquifer is considered a minor aquifer by the Oklahoma Water Resources Board (OWRB) having well yields of less than 50 gallons of water per minute. Research indicates the Boone aquifer is less than 200-feet below the surface; the aquifer is primarily suited for domestic use due to yielding tests. The Roubidoux aquifer is considered a major aquifer by the OWRB having the potential for 1,000 gallon per minute of water. The Roubidoux aquifer is typically greater than 600-feet deep on the western boundary of the area. The deeper a water well extends into the aquifer the greater gallon per minute yield of groundwater will be gained. Groundwater quality of the Roubidoux aquifer ranges from 250 milligrams per liter (mg/L) dissolved solids near Grand Lake to 1200 mg/L. The range of dissolved solids indicate the groundwater is very treatable for potable use. A water quality map is provided in Appendix B.

One (1) water test well is located near a quarry near the Site. The OWRB well record for the Quarry water well indicates first water was encountered at 120-feet below ground surface (bgs) and the total depth of the well is 487-feet bgs. The aquifer yield is reported at 10-gallons of water per minute (gpm). It is listed as a domestic well and likely is producing groundwater from the Boone aquifer. The Roubidoux aquifer wells used for industrial or municipal purposes are located northeast of the property and are up to 1,200-feet bgs with a yields of over 700 gpm. Appendix B contains OWRB well logs of select water wells in the area. The Boone and Roubidoux aquifers dip in a westerly direction from the Oklahoma/Missouri State Line which causes the formations to be positioned deeper on the Site and in the surrounding area. A Cross-Section from west to east (C to C') of the aquifers is provided after the well logs in Appendix B. Also included is a Cross-Section Location Map showing the pathway of cross-section C to C'.

Prior to utilizing the Boone or Roubidoux aquifers the OWRB would have to be contacted and potential water usage data would have to be determined so a water use permit(s) can be obtained. The OWRB Water Use Permitting Fact Sheet is presented in Appendix C along with a water use permitting process flow chart.

To acquire a water right, a permit application must be filed and considered for approval by the nine-member Water Board. Groundwater is private property that belongs to the overlying surface owner and is subject to reasonable regulation by the OWRB. Stream water (or surface water) is considered to be publicly owned and subject to appropriation by the OWRB. Surface supplies in the Grand River Basin, including a major portion of northeast Oklahoma, are under the jurisdiction of the Grand River Dam Authority (GRDA). Municipalities within northeast Oklahoma utilize water from the area lakes and the Boone and Roubidoux aquifers. Due to our lack of knowledge for the volume of water required, it does appear that groundwater to keep lakes full for irrigation purposes is possible because the Roubidoux aquifer is used for industrial purposes in the area.

Beneficial use of water is a fundamental requirement in the administration of water rights. Beneficial uses include agriculture, irrigation, water supply, hydroelectric power generation, municipal, industrial, navigation, recreation, and fish and wildlife propagation.

Area Permitted Water Wells




The map shown above exhibits the number of permitted water wells in the area of the Site Location. The wells are primarily for domestic, agricultural and irrigation purposes. References by Russell, C.A., and Stivers, J.W., 2020 Hydrogeologic units, contour maps, and cross sections of the Boone and Roubidoux

aquifers, northeastern Oklahoma, USGS, Scientific Investigations Map 3452, 2 sheets are included in Appendix B.

## Surface Water Use

The Grand River Dam Authority (GRDA) was organized in 1935 by legislative action and tasked to bring electric power to northeast Oklahoma. Grand Lake of the Cherokees (Grand Lake) was constructed shortly after that and Pensacola Dam was built to generate power for the area. The GRDA oversees the regulatory requirements for the surface water in the Grand River Basin. Information gathered from the OWRB databases for the county indicate only 3 of the 14 municipalities or water districts in the county obtain potable water from water wells. The other 11 public water supply systems source potable water from local reservoirs. The potable water for the municipality located west of the site comes from two pipelines. One pipeline is a 12-inch diameter pipeline and the second is a 24-inch diameter pipeline. Both are from Grand Lake which is located to the southeast of the Site. The larger pipeline crosses State Highway 82 approximately 4 miles south of the Site.

The normal surface water elevation of Grand Lake is 742 feet above mean sea level and the lake accepts drainage from a 10,300 square mile area. The Area Rural Water Supply Map below shows the area with a series of water pipelines extending from the main water pipeline extending from Grand Lake.

Area Rural Water Supply




In conjunction with the OWRB, the GRDA provides regulatory assistance for Grand Lake. Permits are required by the GRDA for any sourcing of raw water from Grand Lake. Title 300, GRDA Chapter 35, Lake

Rules, Sub-Chapter 17, Sections 1 through 5 covers the rules for raw water permitting. A copy of Title 300 is included in Appendix D.

### Surface Water Quality

Water quality sampling and testing is performed by the OWRB and GRDA at numerous locations around Grand Lake. The average results indicate good water quality in test sites 4 through 9, reporting an excellent water clarity rating. As proven by local municipalities near the Site, surface water from Grand Lake is treatable for public use. A map showing Grand Lake is provided below. The blue circles on the lake represent a series of surface water sampling points where water samples are collected and analyzed for turbidity, Chlorophyll-a, Salinity, Specific Conductivity, PH, Oxidation-Reduction Potential, Dissolved Oxygen Surface Total Nitrogen, Surface total Phosphorus, and Nitrogen to Phosphorus Ratio.

A copy of the most recent surface water quality report is provided in Appendix E. The sampling locations are identified in the surface water quality report.

Grand Lake and Surrounding Area




### Wastewater Treatment

The Vinita wastewater treatment plant is located directly south of the community of Vinita, immediately west of the airport. The 2021 population of Vinita, Oklahoma was reported just short of 5,200 residents and the population of Craig County was 14,115 residents. The wastewater treatment plant is located 5.5 miles on a straight line west and slightly south of the Site. The current capacity of the wastewater plant

is unknown. However, based on the estimated volume of visitors and workers to the area, the current facility would have to undergo an expansion. An aerial photograph is presented below which produces the land position with respect to the Vinita and the airport.




***WWT-wastewater treatment plant***

## Wetlands

The U.S. Fish and Wildlife Service, National Wetlands Inventory Map for the Site is provided below. There are three (3)freshwater forested/shrub wetland areas shown along the creeks and five (5) potential emergent wetland areas scattered across the map. A more detailed study was completed and presented in the United States Department of Agriculture (USDA) Soil Survey for Craig County, Oklahoma. Each of the eleven (11) soil types across the property are listed as not hydric and located on upland areas with mostly shallow sandstone or limestone.

Until the actual field survey is completed, we will not know if the potential wetland aeras are strictly from ordinary high-water mark to ordinary high-water mark from bank to bank or if there is an emergent wetland component to the areas extending outside the bank-to-bank areas. Emergent wetlands require three components including hydric soil, hydrophobic plants, and water. If any one of the required elements are missing, then a wetland does not exist. As indicated in the first paragraph, none of the soil types across the property are listed as hydric soil in the USDA Soil Survey for Craig County, Oklahoma

National Wetland Inventory Map




10/20/2022, 12:17:29 PM

NWI Quadrangle Index; NWI Wetlands; Public Lands; Hydric Soils; Freshwater Emergent Wetland; Freshwater Forested/Shrub Wetland; Freshwater Pond; Lake; Riverine

1:36,112

0 0.25 0.5 1 mi

0 0.38 0.75 1.5 km



McComb_001985

**Floodplains**

The lower ground surface areas near the creeks may be located in part of Floodplain A which are within Freshwater Forested/Shrub Wetland Areas. These low-lying areas could be workable for constructing lakes on the Site. After completing a Site visit, the low-lying areas on the map appear to be more like stormwater draining ways and the drainage ways only convey stormwater during a precipitation event and for a short time afterwards. The remaining areas of the project are not located within the 100 year or 500-year floodplain on the latest FEMA Flood Map (Number 400540, Panel 0350, Suffix D). Below is a portion of the FEMA Flood Zone Map for the area.



## Pipelines

The Site is located in a county that has four hazardous liquid pipelines (red) extending from the southwest to the northeast across the county in three separate areas. One natural gas line (blue) extends west to east across the north portion of the county. An additional natural gas pipeline (blue) extends to the south and services the community of Vinita, Oklahoma.

**Pipeline Aerial Photograph**




## Air Quality

Part of the research associated with completing the Desktop Study included ordering an Environmental Data Resources (EDR) database search. EDR is a database search firm located in Connecticut capable of completing electronic database searches of over 25 different federal, state, and local databases. The goal of completing an EDR database search is to check for facilities with various permits, facilities that had reported spills and facilities with registered equipment or processes. The American Standards for Material Testing (ASTM) designates up to 1 mile search radius around a Site adequate to located permitted and registered facilities. The EDR database report did not locate any reported facilities within the designated ASTM search radius.

KLH contacted the ODEQ-Air Quality Division to request information in Craig County, Oklahoma regarding facilities with air permits. An asphalt plant and rock crushing facility, located near the site has been issued a permit to operate in Oklahoma. According to the regulator with the ODEQ, the plant is a minor source of air emissions for the area. The air emission details relating to the site operations including a breakdown of air emissions for each process is included on the air permit presented in Appendix F.

### Airport Zones

The project is not located within a Runway Protection Zone (RPZ) of a civilian Airport or the clear zone or Accident Potential Zone (APZ) of a military airfield. Tulsa International Airport (TIA) is located approximately 50 miles to the southwest of the property. The Northwest Arkansas airport is located 78 miles southeast of the property and serves the Rogers/Bentonville, Arkansas area. Craig County records indicate the only airport located in the county is located south of the community of Vinita, Oklahoma which is 5.5 miles west of the property.

### Explosives and Hazards

The property is located in a rural setting in southern Craig County, Oklahoma. Most of the current property is either used for cattle grazing or for hay production. Therefore, grass surface cover is the predominant vegetation across the property. Additionally, grass vegetation is predominant outside the property as well. Annually, most of the communities in northeast Oklahoma have celebrations that incorporate fireworks into the festivities. As with any commercial fireworks display the necessary permits are required. Many municipalities in Oklahoma now require the general public to purchase a permit from the local fire department prior to celebrating July 4th by shooting fireworks. The biggest issue that will be faced is statewide burn bans due to drought conditions. At the preparation of the Desktop Survey, all of Oklahoma is under a statewide burn ban and has been for several months.

Even after the burn ban is lifted, it will take a significant effort with local fire departments to team and come up with a fire plan that will provide safety for the area.

### Noise

The Site is located in a rural area and ambient noise levels are expected to be low especially in the evenings and nighttime hours. Daytime noise levels should be higher due to the operational noise generated by the APAC plant, vehicle traffic, and farming equipment. Noise levels are generally measured in decibels (dB) on the A scale (dBA). The A scale is used because it only measures the noise frequencies generally heard by humans. Noise impacts are typically determined by comparing the ambient noise levels to the project construction and operations levels. In order to determine potential noise impacts, an ambient noise will be required with the results compared to the predicted construction and operational levels. Several variables will have to be considered in completing the ambient noise assessment, including the project design for determining noise sources, time of day, time of year, nearby terrain, and weather conditions. The project construction and operational noise levels will be determined by literature from similar facilities data on construction noise levels or actual noise levels gathered for similar facilities. If impacts are identified then mitigation may be required. The most effective mitigation will be determined on a case-by-case assessment of the noise source and the receptor locations. Some of the factors involved in noise abatement include distance from source to receptor, line of sight between the source and receptor, atmospheric conditions, and receptor designs, etc. A noise specialist will determine the type of impacts and the most effective and economical solution to the situation.

## Threatened and Endangered Species

A list of Federally and State Threatened and Endangered Species is listed on the following page. The American Burying Beetle (ABB) and the Northern Long Eared Bat have the most potential to affect development activity at the Site. The ABB ranges from Interstate 35 (I-35) east across northern Oklahoma. During the winter months, the ABB hibernates by burying themselves in the ground. They have to be able to reach a depth below the frost zone to survive the winter. The frost line in the Vinita, Oklahoma ranges

from 22-inches to 24-inches bgs. During the Site visit, KLH observed many areas where rock was present at the surface or appeared to have little overburden above. Shallow bedrock would keep the ABB from surviving over the winter months. The Northern Long Eared Bat has been documented to stay in caves east of the Site in Arkansas and Missouri. The only requirement by the United States Fish and Wildlife Department is to not take down trees from April 15 to July 15 each calendar year. During this time period is when the Northern Long Eared Bat gives birth to their pups. If the female births the pups outside the cave, she will stay with the pup(s) in trees until the pups can fly which is generally after July 1.

**Federally Threatened**

| | |
|---|---|
| American Burying Beetle (bug) | Arkansas River Shiner (fish) |
| Leopard Darter (fish) | Neosho Madtom (fish) |
| Northern Long Eared Bat (mammal) | Ozark Cave Fish (fish) |
| Rabbitsfoot (freshwater clam) | Rufa Red Knot (sandpiper bird) |

**State Threatened**

Blackside Darter (fish)

A list of Federal Endangered Species and State Endangered Species is listed below.

**Federally Endangered**

| | |
|---|---|
| Gray Bat (mammal) | Indiana Bat (mammal) |
| Neosho Musket (freshwater clam) | Ouachita Rock Pocketbook (freshwater clam) |
| Ozark Big Eared Bat (mammal) | Piping Plover (bird) |
| Red-cockaded Woodpecker (bird) | Scaleshell (freshwater clam) |
| Whooping Crane (bird) | Winged Mapleleaf (freshwater clam) |

**State Endangered**

| | |
|---|---|
| Longnose Darter (fish) | Oklahoma Cave Crayfish (crayfish) |

## Wild and Scenic Rivers

Oklahoma does not have any rivers that are listed as Federal Wild and Scenic Rivers on the National Wild and Scenic Rivers System website.

The 1972 Clean Water Act, Section 303, EPA required the states to compile a list of potentially impaired waters within the state. Oklahoma maintains a list of impaired waters including lakes, rivers, streams, and tributaries.

Big Cabin Creek is listed as an impaired creek due to elevated sulfates and high total dissolved solids.

Little Cabin Creek is also listed as an impaired water within Oklahoma. The impairments listed include enterococcus, Escherichia soli (E-coli), and dissolved oxygen. Enterococcus are bacteria that can cause difficult to treat infections. E-coli are similar bacteria that cause gastrointestinal issues and low dissolved oxygen generally comes from the lack of water movement and shallow water environments.

## Erosion Control

Erosion controls are used in natural areas, agricultural settings, or urban environments. In urban areas erosion controls are often part of stormwater runoff management programs required by local and state governments per the EPA stormwater regulations. The controls often involve the creation of a physical barrier, such as vegetation or rock, to absorb some of the energy of the wind or water that is causing the erosion. On construction sites they are often implemented in conjunction with sediment controls such as sediment basins, silt fences or straw waddles.

Bank erosion is a natural process, however, land management patterns that change the hydrograph and/or vegetation cover can act to increase or decrease migration rates. In many places, whether or not the banks are unstable due to human activities, people try to keep creeks, streams, and rivers in a single place. This can be done for environmental reclamation or to prevent a river from changing course into land that is being used by people. One way that this is done is by placing riprap along the bank.

Stormwater management and stormwater inspections are generally placed on the general contractor or subcontractor to submit a notice of intent (NOI) to the state agency and prepare a stormwater plan.

## High Speed Communication Coverage

Bolt Communications, with an office in Vinita, Oklahoma provides high speed internet for the area. The site and surrounding property has coverage. Bolt Communications is owned by Northeast Oklahoma Electric Cooperative (NEOEC).

## Area Electric Service and Providers

Area electrical service for the area is provided by three of the following electrical cooperative services:

- Northeast Oklahoma Electric Cooperative (NEOEC); 27039 S. 440 Rd, Vinita, Oklahoma 74301 (918) 256-6405, Bolt Highspeed Internet is owned by NEOEC
- KAMO Electric Cooperative; 27274 US-69, Vinita, Oklahoma 74301 (918) 256-5551
- GRDA sources power direct from the Pensacola Dam in Disney, Oklahoma and from their natural gas fired electric generation plant in the Mid-America Industrial Park south of Pryor, Oklahoma, 635-OK-69A, Pryor, Oklahoma (918) 824-1074

Below is an aerial photograph showing a small KAMO sub-station and overhead high-power lines in the area.



## Area Traffic

The Vinita, Oklahoma area is primarily a small rural town of almost 5,200 residents. Craig County, Oklahoma has a population of over 14,000 county wide. The main roads that would be providing access to the area are US Highway 44, north of the Site and historic Route 66 which borders the Site on the south. Currently the closest exit off US Highway 44 is the Vinita, Oklahoma exit, located approximately 5 miles west of the Site on historic Route 66. From the intersection of historic Route 66 and South 4460 Road, US Highway 44 is 3.5 miles north. From the Afton, Oklahoma exit, located northeast of the Site on US Highway 44 travel southwest 13 miles on historic Route 66 to South 4460 Road.

Historic Route 66, from Vinita to Afton would have to be widened which would include adding additional lanes. South 4460 Road to US Highway 44 would have to be widened to include additional lanes. An exit off US Highway 44 on to South 4460 Road would have to be constructed to provide access to the area from the north.

## Closing

KLH appreciates the opportunity to provide our environmental assistance in preparing this desktop study. We look forward to providing any future assistance to The Group as you move forward and develop the Site.

Please contact the undersigned at (918) 998-5354 if you require further information or clarification.

Best regards,

KLH Environmental & Geological Consulting, LLC

Kevin L. Howard, PG
President

# APPENDIX A

## HISTORICAL MAPS

Figure A-1-Project Locations on General Land Office Map 1898




Figure A-2-Project Locations on Cherokee Allotment Map



Figure A-3 – Project Locations, USGS Topographic Map Oklahoma 1913




Figure A-4 – Project Locations, Works Progress Administration Map; Sheet 7



Figure A-5 – Project Locations 1952 USDA Aerial




Figure A-6 – Project Locations 1968 USGS Aerial



Figure A-7 - Project Locations, 1971 USGS Topographic Map



# APPENDIX B

## AREA AQUIFER AND GROUNDWATER DATA



**KLH**

*Environmental & Geological Consulting, LLC*
*3309 W. Gary Street*
*Broken Arrow, Oklahoma 74012*
*(918) 998-5354*

# USGS CONTOUR MAPS

BOONE AND ROUBIDOUX AQUIFER




Fault locations not displayed because there's scant information on fault angle and extent.

**Hydrogeologic Units, Contour Maps, and Cross Sections of the Boone and Roubidoux Aquifers, Northeastern Oklahoma, 2020**

By

Cory A. Russell and Jacob W. Stivers

2020


**KLH**

*Environmental & Geological Consulting, LLC*
*3309 W. Gary Street*
*Broken Arrow, Oklahoma 74012*
*(918) 998-5354*


Cross-Section Craig/Delaware County Line






EXPLANATION

- Wipcu — Western Interior Plains confining unit
- Ba — Rocks composing Boone aquifer
- Ocu — Ozark confining unit
- Ra — Rocks composing Roubidoux aquifer
- Major fault
- C — C' Line of section (see fig. 3)
- Boone and Roubidoux aquifer study boundary

Surficial geology from Westerman and others (2016b)
Hydrography modified from Horizon Systems Corporation (2015)
Study boundary from Westerman and others (2016b)
Fault data from Stoeser and others (2005),
Chandler and others (2009), and Hutto and Hatzell (2017)

**KLH**

*Environmental & Geological Consulting, LLC*
*3309 W. Gary Street*
*Broken Arrow, Oklahoma 74012*
*(918) 998-5354*

## Cross-Section Location Map
## C (west) to C' (east)




McComb_002000




**KLH**

*Environmental & Geological Consulting, LLC*
*3309 W. Gary Street*
*Broken Arrow, Oklahoma 74012*
*(918) 998-5354*

# AREA WATER QUALITY MAP

Total Dissolved Solids in Milligram Per Liter

McComb_002001

# MULTI-PURPOSE WELL COMPLETION & PLUGGING REPORT

Oklahoma Water Resources Board
3800 North Classen Boulevard
Oklahoma City, OK 73118
Telephone (405) 530-8800

Legal Location
North

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | x |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

«——— One Mile ———»
Each square is 10-acres

**WELL ID NUMBER:** 15590

**Quarters** NE-NE-SE **Section** 21 **Township** 25N **Range** 21EI

Latitude 36.633312 Longitude -95.054581

**Date collected(latitude and longitude), if different from date the well was drilled:** 01/08/1998
**Method latitude and longitude was collected:** Interpolation from PLSS

County Craig

Variance Request No. (if applicable) n/a

**WELL OWNER - NAME AND ADDRESS**

Well Owner Vinita Rock Co

Phone ___

Address/City/State Vinita OK

Zip ___

Finding Location 1st rd e of 82 ^& 60 junction n 1/2 mi

Well Name ___

Water Rights #: ___

**TYPE OF WORK:** Groundwater Well

**USE OF WELL:** Domestic

**NEW WELL CONSTRUCTION DATA**

Date Well or Boring Was Completed 05/06/1988

Number of wells or borings represented by this log 1

* (Borings are within the same 10 acre-tract and with the same general depths and lithologies)

Hole Diameter 6 inches to a depth of 487 ft.

**CASING INFORMATION** ***Note:** If surface casing is used please indicate that on the appropriate well casing information line.

Surface Pipe Material: __ Surface Pipe Diameter __ inches Surface Pipe From __ ft to __ ft

1) Well Casing Material PVC Casing Diameter 6.625 inches Casing From __ ft to 84 ft

**SCREEN OR PERFORATION INFORMATION**

**FILTER PACK INFORMATION**

Filter Pack Material: __

**WELL SEAL INFORMATION**

Type of Surface Seal _Cement Grout_ Surface Seal Interval: From _n/a_ ft to _10_ ft

Type of Annular Seal _n/a_ Annular Seal Interval: From _n/a_ ft to _n/a_ ft

Filter Pack Seal Material _n/a_ Filter Pack Seal Interval: From _n/a_ ft to _n/a_ ft

**TYPE OF COMPLETION:** __

**HYDROLOGIC INFORMATION**

Depth to water at time of drilling __ ft Estimated yield of well _6_ gpm First water zone _120_ ft

**LITHOLOGY DESCRIPTION**

| MATERIAL | ENCOUNTERED FROM (ft.) | ENCOUNTERED TO (ft.) | SATURATED |
|---|---|---|---|
| ob | 0 | 75 | N |
| grey lime | 75 | 240 | N |
| shale | 240 | 300 | N |
| grey lime | 300 | 360 | N |
| lt grey lime | 460 | 487 | Y |

**WELL LOCATION TO POTENTIAL SOURCES OF POLLUTION**

Has this well been disinfected after completion of work? _n/a_

Are than any potential sources of pollution or wastewater lagoons within 300 ft. of the well? _n/a_

Distance of Well is _n/a_ from possible source. Type of possible source: _n/a_

**PLUGGING INFORMATION**

Date Well or Boring Was Plugged _n/a_ Total Depth of well being plugged __ ft.

Was the well contaminated or was it plugged as though it was contaminated? _n/a_

If the well or boring was plugged as if it was contaminated, was the casing removed or perforated? _n/a_

Was the grout tremied? _n/a_

Backfilled with _n/a_ Backfilled from ___ ft. to ___ ft.

Grouted with _n/a_ Grouted from __ ft. to __ ft.

Grouted with _Cement_ Grouted from __ ft. to __ ft.

Firm Name _LETT_ D/PC No. __

Operator Name __ OP No. __

Date _n/a_

Comments: n/a

# MULTI-PURPOSE WELL COMPLETION & PLUGGING REPORT

Oklahoma Water Resources Board
3800 North Classen Boulevard
Oklahoma City, OK 73118
Telephone (405) 530-8800

**Legal Location**
North




« One Mile »
Each square is 10-acres

**WELL ID NUMBER:** 29221

**Quarters** NE-NW-SW **Section** 11 **Township** 25N **Range** 21EI

Latitude 36.662298 Longitude -95.032074

**Date collected(latitude and longitude), if different from date the well was drilled:** 01/08/1998

**Method latitude and longitude was collected:** Interpolation from PLSS

County Craig Variance Request No. (if applicable) n/a

**WELL OWNER - NAME AND ADDRESS**

Well Owner Mike Sherman Phone ____

Address/City/State Rt 2 Box 77-5 Vinita OK Zip ____

Finding Location ____

Well Name ____ Water Rights #: ____

**TYPE OF WORK:** Groundwater Well **USE OF WELL:** Domestic

**NEW WELL CONSTRUCTION DATA**

Date Well or Boring Was Completed 03/08/1993

Number of wells or borings represented by this log 1

* (Borings are within the same 10 acre-tract and with the same general depths and lithologies)

Hole Diameter 10 inches to a depth of 105 ft.

Hole Diameter 6 inches to a depth of 576 ft.

**CASING INFORMATION** ***Note:** If surface casing is used please indicate that on the appropriate well casing information line.

Surface Pipe Material: __ Surface Pipe Diameter __ inches Surface Pipe From __ ft to __ ft

1) Well Casing Material PVC Casing Diameter 6.625 inches Casing From __ ft to 105 ft

**SCREEN OR PERFORATION INFORMATION**

Type of Screen: PVC Type of Slots or Openings: Hand Slotted From 105 ft to 576 ft.