USGS
U.S. DEPARTMENT OF THE INTERIOR
U.S. GEOLOGICAL SURVEY

The National Map
OnDemand Topo

VINITA NE QUADRANGLE
OKLAHOMA - CRAIG COUNTY
7.5-MINUTE TOPO




Produced by the United States Geological Survey

SCALE 1:24 000

CONTOUR INTERVAL 10 FEET
NORTH AMERICAN VERTICAL DATUM OF 1988

ROAD CLASSIFICATION

QUADRANGLE LOCATION

VINITA NE, OK
2013

```xml
<?xml version='1.0' encoding='UTF-8'?>
<!DOCTYPE metadata SYSTEM
"https://www.fgdc.gov/schemas/metadata/fgdc-std-001-1998.dtd">
<metadata>
  <idinfo>
    <citation>
      <citeinfo>
        <origin>U.S. Geological Survey</origin>
        <origin>National Geospatial Program</origin>
        <origin>National Geospatial Technical Operations Center</origin>
        <pubdate>2021</pubdate>
        <title>7.5-Minute Topo map product for Vinita NE OK</title>
        <geoform>map</geoform>
        <pubinfo>
          <pubplace>Rolla, MO and Lakewood, CO</pubplace>
          <publish>U.S. Geological Survey, National Geospatial Technical Operations
            Center</publish>
        </pubinfo>
      </citeinfo>
    </citation>
    <descript>
      <abstract>The 7.5-Minute Topo map product is a subset product offering of the
OnDemand
        Topo map product catalog hosted by the U.S. Geological Survey's topoBuilder
        application (https://topobuilder.nationalmap.gov). The 7.5-Minute Topo map is a
        7.5-minute tall quadrangle map that follows a user-defined location, using either an
        "on-grid" extent following the U.S. Geological Survey's 7.5-Minute Map Index or
        "off-grid" custom center point. Users define the map export format in either Layered
        Geospatial PDF, GeoTiff, or Tiff format. Geospatial data included on the map is from
        The National Map's themes of orthoimagery, transportation, geographic names,
        elevation, hydrography, boundaries, landcover, and structures. The 7.5-Minute Topo
        maps are derived from GIS (geospatial information system) data. It represents a
        repackaging of GIS data in traditional map form, not creation of new
        information.</abstract>
      <purpose>This map depicts geographic features on the surface of the earth at a
1:24,000
        scale. It serves as a general purpose topographic map.</purpose>
    </descript>
    <timeperd>
      <timeinfo>
        <rngdates>
          <begdate>1950</begdate>
          <enddate>2023</enddate>
        </rngdates>
      </timeinfo>
      <current>publication date</current>
```

</timeperd>
<status>
<progress>Complete</progress>
<update>Irregular</update>
</status>
<spdom>
<bounding>
<westbc>00</westbc>
<eastbc>00</eastbc>
<northbc>00</northbc>
<southbc>00</southbc>
</bounding>
</spdom>
<keywords>
<theme>
<themekt>ISO 19115 Topic Category</themekt>
<themekey>imageryBaseMapsEarthCover</themekey>
<themekey>boundaries</themekey>
<themekey>elevation</themekey>
<themekey>inlandWaters</themekey>
<themekey>location</themekey>
<themekey>structure</themekey>
<themekey>transportation</themekey>
</theme>
<theme>
<themekt>None</themekt>
<themekey>topographic</themekey>
<themekey>transportation</themekey>
<themekey>structures</themekey>
<themekey>geographic names</themekey>
<themekey>hydrography</themekey>
<themekey>boundary</themekey>
<themekey>Public Land Survey System</themekey>
<themekey>woodland</themekey>
<themekey>orthoimage</themekey>
<themekey>contour</themekey>
<themekey>U.S. National Grid</themekey>
</theme>
<theme>
<themekt>The National Map Product Format Thesaurus</themekt>
<themekey>Production PDF</themekey>
</theme>
<theme>
<themekt>The National Map Type Thesaurus</themekt>
<themekey>Downloadable Data</themekey>
</theme>

<theme>
<themekt>The National Map Theme Thesaurus</themekt>
<themekey>Map</themekey>
</theme>
<theme>
<themekt>The National Map Collection Thesaurus</themekt>
<themekey>OnDemand Topo</themekey>
<themekey>7.5-Minute Topo</themekey>
</theme>
<theme>
<themekt>The National Map Product Extent Thesaurus</themekt>
<themekey>7.5 x 7.5 minute</themekey>
</theme>
<place>
<placekt>Geographic Names Information System</placekt>
<placekey>US</placekey>
<placekey>United States</placekey>
</place>
</keywords>
<accconst>None</accconst>
<useconst>This product may be freely copied, redistributed, and printed. Most content is derived from public domain data with no reuse constraints. The primary exceptions are the orthoimage layers for maps in Alaska and Hawaii, which are copyrighted and have some
reuse restrictions; see the relevant data source sections (Source Citation blocks) in this file. Even maps that contain copyrighted data may be freely used and redistributed, provided the appropriate copyright notices are retained; normal fair-use principles apply. Users should be aware that temporal changes may have occurred since these data
were collected and some data may no longer represent actual surface conditions. Users
should not use these data for critical applications without a full awareness of their limitations. Acknowledgment of the U.S. Geological Survey is appreciated for products derived from these data.</useconst>
</idinfo>
<dataqual>
<attracc>
<attraccr>Cartographic content is derived from USGS national geospatial databases. Most
the data are owned and hosted by the USGS, but this does not preclude using data sources owned or hosted by other organizations, provided that these sources have been approved by the USGS data program. Dataset Begin and End dates are for the entire dataset, not for the specific geographic area depicted in this map. Dataset Begin and End dates for the geographic area depicted in the map can be determined through online services using The National Map Viewer, at https://nationalmap.gov

or
EarthExplorer, at https://earthexporer.usgs.gov or Ask USGS at https://www.usgs.gov/ask.</attraccr>
</attracc>
<logic>This product is a Production PDF file.</logic>
<complete>Data is extracted from USGS national geospatial databases. These data are intended to be cartographically complete at 1:20,000 scale (Puerto Rico, Virgin Islands, and Pacific Territories), 1:24,000 scale (CONUS and Hawaii), and 1:25,000 scale (Alaska)</complete>
<posacc>
<horizpa>
<horizpar>This map product is compiled to meet National Map Accuracy Standards (NMAS). NMAS horizontal accuracy requires that at least 90 percent of well-defined points tested are within 0.02 inch of the true position. In this product, the projection line, grids, and orthoimage are believed to meet NMAS. Positional accuracy of the other data layers is less controllable because of diversity of data sources, and may not meet NMAS. However, other vector layers do generally register well with the orthoimage, which is evidence that the overall accuracy is close to meeting NMAS.</horizpar>
</horizpa>
<vertacc>
<vertaccr>Vertical accuracy report: contours are derived from the USGS 3D Elevation Program (3DEP) 1/3 arc-second DEM data. Accuracy of 3DEP is inherited from various sources. These data sources vary in vertical accuracy depending on time of collection, collection method, control accuracy and density, and local terrain relief. The overall absolute vertical accuracy of the 1/3 arcsecond DEM data, as tested against GPS control, is about 3 meters at 95% confidence level (National Standards for Spatial Data Accuracy). Contours are derived from the DEMs to generally meet National Map Accuracy Standards (90% of well-defined points in reasonably level terrain test within one-half contour interval of the true ground elevation); however, actual vertical accuracies of individual quadrangles may not meet that standard. Quadrangles containing collar notes stating contours "May not meet National Map Accuracy Standards" are in areas where the source is known to be questionable for meeting NMAS for the stated contour interval.</vertaccr>
</vertacc>
</posacc>
<lineage>
<srcinfo>
<srccite>
<citeinfo>
<origin>U.S. Geological Survey</origin>
<pubdate>Publication Date</pubdate>
<title>Geographic Names Information System (GNIS)</title>
<geoform>Vector digital data</geoform>

<othercit>The Geographic Names Information System (GNIS) is the Federal and national standard for geographic nomenclature. The U.S. Geological Survey developed the GNIS in support of the U.S. Board on Geographic Names as the official repository of domestic geographic names data, the official vehicle for geographic names use by all departments of the Federal Government, and the source for applying geographic names to Federal electronic and printed products.</othercit>
<onlink>https://usgs.gov/geonames</onlink>
</citeinfo>
</srccite>
<srcscale>Medium</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2013</begdate>
<enddate>2021</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Geographic Names</srccitea>
<srccontr>Geographic feature names</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>U.S. Geological Survey, National Geospatial Technical Operations Center - 3D Elevation Program is a component of a comprehensive base geospatial data model</origin>
<pubdate>Publication Date</pubdate>
<title>Hypsography</title>
<geoform>Vector digital data</geoform>
<othercit>This contour featureclass was generated from the 1/3 arc-second version of the 3D Elevation Program. The intended viewing scale for these features is 1:24,000. The contours are derived from a filtered elevation raster to achieve smoother arcs. In some areas, the 3DEP data may be modified by the National Hydrography Dataset (NHD) flow lines and water bodies to facilitate improved integration between the hypsography and hydrography on USGS map products. These contours were generated primarily for use as a layer in GeoPDFs created in the digital mapping program. The raster data source of contours is the 3D Elevation Program 1/3 arc-second layer. Secondary datasets include the high resolution flow lines, water bodies, and areas from the National Hydrography Dataset (NHD). The NHD layers are used in hydro-enforcement of the DEM prior to contour generation. The goals of the hydro-enforcement are to

prevent contour lines from extending over the surface of water bodies
and to align the contour reentrants with the NHD single- line streams.
The 3DEP raster cells are converted to points. Those points, along with
the NHD flow lines are input into an interpolation tool to create a new
surface. The NHD water bodies and areas are preprocessed to attach the
minimum and maximum elevation to each polygon. From these precalculated
values, an appropriate value is calculated by which to raise the
elevation cells under the NHD polygons. The NHD polygons are then
converted into rasters, which in turn will be used to generate a mosaic
that includes the new raster surface. The mosaic is filtered to provide
smoother contour lines. Contours are generated and depression and index
contours are identified. There is no guarantee or warranty concerning
the accuracy of the data. Users should be aware that temporal changes
may have occurred since these data were collected and generated and that
some parts of these data may no longer represent actual surface
conditions. Hydro-enforcement and generalization can also significantly
alter the spatial characteristics of the contours. Users should not use
these data for critical applications without a full awareness of its
limitations.</othercit>
<onlink>https://www.usgs.gov/core-science-systems/ngp/3dep</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate/>
<enddate/>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Hypsography</srccitea>
<srccontr>Contours</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>U.S. Geological Survey in cooperation with U.S. Environmental
Protection Agency, USDA Forest Service, and other Federal, State and
local partners. National Hydrography Dataset is a component of a
comprehensive base geospatial data model.</origin>
<pubdate>Publication Date</pubdate>
<title>Hydrography</title>
<geoform>vector digital data</geoform>

<othercit>The National Hydrography Dataset (NHD) is a feature-based database that interconnects and uniquely identifies the stream segments or reaches that make up the nation's surface water drainage system. The high-resolution NHD was originally created using 1:24,000-scale data. State and Local Stewards are improving the data by incorporating local updates based on more current and more accurate source data. Water features in the real world are relatively dynamic and the differences at the time of data collection mean that water features may not register exactly to other layers. The hydrographic feature names contained in and displayed by the NHD are extracted and validated from the Geographic Names Information System (GNIS). Spatial objects may be filtered or generalized to achieve a 1:24,000-scale representation.</othercit>

<onlink>https://www.usgs.gov/core-science-systems/ngp/national-hydrography</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate/>
<enddate>2021</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Hydrography</srccitea>
<srccontr>Hydrography features and feature names</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>U.S. Fish and Wildlife Service</origin>
<pubdate>Publication Date</pubdate>
<title>Wetlands - Emergent and Forest/Shrub</title>
<geoform>vector digital data</geoform>
<othercit>This data set represents the extent, approximate location and type of wetlands and deepwater habitats in the United States and its Territories. While the Fish and Wildlife Service produces a variety of wetland categories, only two (Emergent and Forest/Shrub wetlands as defined by Cowardin et al. (1979)) are included on 7.5-Minute Topo maps. The emergent wetlands depicted do not include lakes, rivers, open water ponds, deepwater marine and estuarine features or non-vegetated, farmed, intermittent and temporarily flooded wetlands. The goal is to provide a visual depiction of the approximate location and extent of Emergent and

Forest/Shrub wetlands. Digital wetlands data are intended for use with base maps and digital aerial photography at a scale of 1:12,000 or smaller. Due to the scale, the primary intended use is for data display on the the map. This data display is not intended for analysis. The map products were neither designed or intended to represent legal or regulatory products. Questions or comments regarding the interpretation or classification of wetlands can be addressed by visiting https://www.fws.gov/wetlands/FAQs.html These data were developed in conjunction with the publication Cowardin, L.M., V. Carter, F.C. Golet, and E.T. LaRoe. 1979. Classification of Wetlands and Deepwater Habitats of the United States. U.S. Department of the Interior, Fish and Wildlife Service, Washington, DC. FWS/OBS-79/31. For more information on the wetland classification codes visit https://www.fws.gov/wetlands/Data/Wetland-Codes.html. Note that coastline delineations were drawn to follow the extent of wetland features as described by this project and may not match the coastline shown in other base maps.</othercit>
<onlink>https://www.fws.gov/wetlands/</onlink>
<onlink>https://www.fws.gov/wetlands/FAQs.html</onlink>
<onlink>https://www.fws.gov/wetlands/Data/Wetland-Codes.html</onlink>
</citeinfo>
</srccite>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>1977</begdate>
<enddate>2016</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Wetlands - Emergent and Forest/Shrub</srccitea>
<srccontr>Spatial information</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>Global Land Ice Measurements from Space initiative (GLIMS)</origin>
<pubdate>Publication Date</pubdate>
<title>Gaging Stations</title>
<geoform>vector digital data</geoform>
<othercit>This dataset, termed "GAGES II", an acronym for Geospatial Attributes of Gages for Evaluating Streamflow, version II, provides geospatial data and classifications for 9,322 stream gages maintained by the U.S. Geological Survey (USGS). It is an update to the original GAGES

in 2010. The GAGES II dataset consists of gages which have had either 20+ complete years (not necessarily continuous) of discharge record since 1950, or are currently active, as of water year 2009, and whose watersheds lie within the United States, including Alaska, Hawaii, and Puerto Rico. Only active stations, as identified by the GAGES II dataset, are symbolized.</othercit>
<onlink>https://water.usgs.gov/lookup/getspatial?gagesII_Sept2011</onlink>

<onlink>https://water.usgs.gov/GIS/metadata/usgswrd/XML/gagesII_Sept2011.xml</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate/>
<enddate/>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Hydrography - Gaging Stations</srccitea>
<srccontr>Hydrography features and gaging stations</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>U.S. Census Bureau, Geography Division</origin>
<pubdate>Publication Date</pubdate>
<title>Transportation, Census Roads</title>
<geoform>vector digital data</geoform>
<othercit>Dataset source is Census Bureau MAF/TIGER database extracts in the form of TIGER/Line Shapefiles. The TIGER/Line shapefiles and related database files are an extract of selected geographic and cartographic information from the U.S. Census Bureau's Master Address File/Topologically Integrated Geographic Encoding and Referencing (MAF/TIGER) Database (MTDB). The MTDB represents a seamless national file with no overlaps or gaps between parts, however, each TIGER/Line shapefile is designed to stand alone as an independent dataset, or they can be combined to cover the entire nation. The U.S. Geological Survey filters Census roads to remove driveways and short local unnamed road segments which are less than 500 feet in length. The USGS National Transportation Dataset functional road classification system is applied to the Census datasets. The functional road class includes, limited

access highway, secondary highway, local connector, local road 4wd, tunnel, ferry route, and closed. Closed roads were approved in 2020 to align with USFS schema and will be incorporated into the NTD in 2021. The original TIGER/Line Shapefile products are not copyrighted however TIGER/Line and Census TIGER are registered trademarks of the U.S. Census Bureau. The horizontal spatial accuracy information present in the TIGER/Line shapefiles is provided for the purposes of statistical analysis and census operations only and the data may not be suitable for high-precision measurement applications. Full metadata for TIGER/Line shapefiles is available from U.S. Census Bureau.</othercit>
<onlink>https://www.census.gov/programs-surveys/geography.html</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2017</begdate>
<enddate>2020</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Roads - Census</srccitea>
<srccontr>Road centerlines, route numbers, road classification, street names</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>USFS</origin>
<pubdate>Publication Date</pubdate>
<title>Transportation, USFS Roads</title>
<geoform>Vector digital data</geoform>
<othercit>This record applies to National Forest data only. The U.S. Forest Service (USFS) provides the source dataset of roads within National Forest. The USFS roads dataset is replaced in the NTD as updates become available. Updated USFS roads are converted into the U.S. Geological Survey (USGS) National Transportation Dataset schema and integrated with U.S. Census Bureau TIGER/Line Shapefile dataset. The USGS reviews connectivity of roads outside National Forest boundary to create a seamless network. The USGS NTD functional road classification system is applied to USFS datasets. Closed roads from the USFS schema were approved for incorporation into the NTD functional road classification system for updated datasets effective in 2021.</othercit>

<onlink>https://www.fs.fed.us/gstc/</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2017</begdate>
<enddate>2020</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Roads - USFS</srccitea>
<srccontr>Road centerlines, route numbers, road classification, street names</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>USFS</origin>
<pubdate>Publication Date</pubdate>
<title>Transportation, NPS Roads</title>
<geoform>Vector digital data</geoform>
<othercit>This record applies to National Park data only. The U.S. Forest Service (USFS) provides the source dataset for roads in the National Transportation Dataset within National Parks. These roads are integrated with U.S. Census Bureau TIGER/Line Shapefile dataset as a seamless network.</othercit>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2017</begdate>
<enddate>2020</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Roads - National Park Service</srccitea>
<srccontr>Road centerlines, route numbers, road classification, street names</srccontr>

</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>Alaska Department of Transportation</origin>
<pubdate>2019</pubdate>
<title>Transportation, AK DOT Roads</title>
<geoform>Vector digital data</geoform>
<othercit>This record applies to Alaska data only. Roads gathered from various state and local sources, integrated by the Alaska Department of Transportation (ADOT) and provided to USGS for use in USGS map products. This specific road dataset is unpublished, but earlier versions are published on the ADOT web site.</othercit>
<onlink>http://www.dot.state.ak.us/stwdplng/mapping/</onlink>
</citeinfo>
</srccite>
<srcscale>25000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2019</begdate>
<enddate>2019</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Roads - Alaska Department of Transportation</srccitea>
<srccontr>Road centerlines, road classification, street names</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>U.S. Department of Transportation</origin>
<pubdate>2020</pubdate>
<title>Transportation, Ferry Routes</title>
<geoform>raster digital data</geoform>
<othercit>Ferry routes are acquired from U.S. Department of Transportation (DOT) and Howder Family Ferry Maps(howderfamily.com). The National Transportation Dataset contains ferry routes as a functional road classification. The data collected is representative of ferry routes capable of motor vehicle transport.</othercit>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>

<srctime>
<timeinfo>
<rngdates>
<begdate>2016</begdate>
<enddate>2020</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Roads- Ferry Routes</srccitea>
<srccontr>Road centerlines, route numbers, road classification, street names</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>National Geospatial-Intelligence Agency</origin>
<origin>U.S. Department of Transportation</origin>
<pubdate>2020</pubdate>
<title>Transportation, Tunnels</title>
<geoform>vector digital data</geoform>
<othercit>Tunnel data is acquired from the National Geospatial-Intelligence Agency (NGA) and U.S. Department of Transportation (DOT) Federal Highways Administration (FHWA). The National Transportation Dataset (NTD) contains tunnels as a functional road classification.</othercit>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2012</begdate>
<enddate>2020</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Roads- Tunnels</srccitea>
<srccontr>Road centerlines, route numbers, road classification, street names</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>Federal Railroads Administration</origin>

<pubdate>2020</pubdate>
<title>Transportation, FRA Railroads</title>
<geoform>Vector digital data</geoform>
<othercit>Railroads are acquired annually from the FRA Rail lines and sidings are converted into the National Transportation Dataset. The rail lines layer represents the freight lines of the nation's railroad system. The data set covers all 50 states and the District of Columbia, as well as territories and possessions of the United States. No rail lines exist in American Samoa, Guam, Northern Mariana Islands, and the Virgin Islands of the US.</othercit>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2020</begdate>
<enddate>2020</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Federal Railroads Administration</srccitea>
<srccontr>Main track centerlines</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>Alaska Railroad Corporation</origin>
<pubdate>2019</pubdate>
<title>Transportation, ARC Railroads</title>
<geoform>Vector digital data</geoform>
<othercit>This record applies to Alaska data only. Railroad data is provided by the Alaska Railroad Corporation and may not include other owner's rail features. Unpublished data provided directly to USGS. Current as of 2012. For more information, contact Alaska Railroad Corporation, 327 W. Ship Creek Ave., Anchorage, AK. 99501, phone 907-265-3100, or email grunwaldm@akrrr.com</othercit>
</citeinfo>
</srccite>
<srcscale>25000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>

<begdate>2019</begdate>
<enddate>2019</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Railroads - Alaska Railroad Corporation</srccitea>
<srccontr>Main track centerlines</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>Federal Aviation Administration</origin>
<pubdate>2020</pubdate>
<title>Transportation, FAA Airports, Runways, Seaplane Bases, Heliports</title>
<geoform>Vector digital data</geoform>
<othercit>Airport points and runway polygons are for Federal Aviation Administration (FAA)-recognized public and private airports in the United States. USGS updates the National Transportation Dataset (NTD) airports, runways approximately bi-monthly from FAA's modification reports. In April 2020, USGS started creating the seaplane base and heliport layers. FAA is the primary source for seaplane bases and heliports. The National Geospatial-Intelligence Agency provided heliport updates for IN, KY, MI, MS, OH, and TN. Digital data were inspected for attribute accuracy, spatial accuracy, and completeness.</othercit>
<onlink>https://www.faa.gov</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2020</begdate>
<enddate>2020</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Transportation - Airports</srccitea>
<srccontr>runways</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>

<origin>Various government agencies and volunteer organizations</origin>
<pubdate>Publication Date</pubdate>
<title>Transportation, Recreational Trails</title>
<geoform>Vector digital data</geoform>
<othercit>The trails displayed on the map are from multiple government agencies. Accuracy and currency vary by source and are the responsibility of the data owner. USGS evaluates the authoritativeness of the source but does not independently verify data accuracy. USGS does not modify the trails data except to remove duplicate trails and in some cases trails coincident with roads. Users should always consult local agencies for the most current trail information. This is not a complete dataset and is subject to change at any time. Content will be added as data become available from land management agencies and other authoritative sources. This metadata section documents data sources for all maps, not this specific map. Trails listed here may not be present on all relevant maps due to schedule differences between data delivery and map production schedules. The map does not portray access and travel management information about specific trails. Feature-level metadata is not provided in this product and there is no link between a line on the map and the source of that specific trail. Trails on federal lands were provided by U.S. Forest Service (USFS), National Park Service (NPS), U.S. Fish and Wildlife Service (USFWS), Bureau of Land Management (BLM), and the Tennessee Valley Authority (TVA). The sources of National Scenic Trails (NST) include: Continental Divide NST provided by the Continental Divide Trail Coalition in cooperation with the USFS; New England NST provided by NPS and the Appalachian Mountain Club; Ice Age NST provided by the volunteer organization Ice Age Trail Alliance in cooperation with NPS and Wisconsin Department of Natural Resources; Pacific Crest NST provided by USFS; Appalachian NST published by the Appalachian Trail Conservancy in cooperation with NPS and USFS; North Country NST provided by NPS; Arizona NST data published by AZGEO Clearinghouse in cooperation with USFS; Pacific Northwest NST provided by USFS; Natchez Trace NST provided by NPS; Florida NST provided by the USFS; Potomac Heritage NST provided by NPS. National Scenic Trails will have breaks in the network. This is due to lack of coverage provided by the trail source or a removal of trails coincident with roads. In some cases, USGS will replace a segment of NST on federal or state lands if the land management agency provides a more accurate trail centerline than the original NST source. The replaced segment will be designated as a National Scenic Trail. Trails from state partners are included and provided by the State departments of Natural Resources, Parks and Recreation, Parks and Wildlife, or similar departments. This data includes AK, AR, CA, CO, CT, IA, ID, IN, KY, MI, MO, ND, NE, NJ, OH, TN, TX, UT, WA, WV. Additional state partner data will be integrated into the Trails dataset over time and may not be listed here. Some map

products may display trails provided by the International Mountain Bicycling Association (IMBA); however, IMBA trails are being phased out of USGS products and will not be shown on future versions of the map</othercit>
<onlink>https://nationalmap.usgs.gov</onlink>
<onlink>https://www.nps.gov/ncrc/programs/nts/nts_trails.html</onlink>
<onlink>https://www.pnts.org</onlink>
<onlink>https://www.fws.gov/gis/data/national/</onlink>

<onlink>https://data.fs.usda.gov/geodata/edw/datasets.php?dsetCategory=transportation</onlink>

<onlink>https://landscape.blm.gov/geoportal/catalog/BLMNational/BLMNational.page</onlink>
<onlink>https://appalachiantrail.org/; https://www.iceagetrail.org/; https://aztrail.org/the-trail/; https://continentaldividetrail.org/; https://www.pnt.org/; https://newenglandtrail.org/; https://www.nps.gov/natt/index.htm</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2016</begdate>
<enddate>2021</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Recreational Trails</srccitea>
<srccontr>Trail centerline, trail name, trail use type; availability of trail name and use type varies by source.</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>Federal land management agencies</origin>
<pubdate>Publication Date</pubdate>
<title>Points of Interest</title>
<geoform>vector digital data</geoform>
<othercit>Includes campgrounds, trailheads, visitor centers, picnic areas, Ranger stations and federal land management agency headquarters. Point data was provided by various federal agencies, such as NPS, US Forest Service, BLM, US FWS. This data is subject to change at any time.</othercit>
<onlink>https://nationalmap.usgs.gov</onlink>

</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2016</begdate>
<enddate>2020</enddate>
</rngdates>
</timeinfo>
<srccurr>ground condition</srccurr>
</srctime>
<srccitea>Structures - various</srccitea>
<srccontr>Geographic features and feature names</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>State and Federal Partners, updates from The National Map Corp volunteers</origin>
<pubdate>Publication Date</pubdate>
<title>Fire Stations</title>
<geoform>vector digital data</geoform>
<othercit>This dataset contains points representing building locations of fire stations in the United States, District of Columbia, Puerto Rico and the U.S. Virgin Islands. Included are manned fire stations and buildings from which a fire response occurs, such as a volunteer fire department building to which fire fighters report for duty, but which is not continuously manned. Some locations are approximate. Locations solely for storing or maintaining fire equipment, or fire stations without a permanent location, or locations with only administrative functions are generally excluded. This data set may not be complete and is subject to change at any time.</othercit>
<onlink>https://nationalmap.usgs.gov</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2007</begdate>
<enddate>2020</enddate>
</rngdates>
</timeinfo>

<srccurr>ground condition</srccurr>
</srctime>
<srccitea>Structures - Fire Stations</srccitea>
<srccontr>Geographic features and feature names</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>State and Federal Partners, updates from USGS' The National Map Corps volunteers</origin>
<pubdate>Publication Date</pubdate>
<title>Law Enforcement</title>
<geoform>Vector digital data</geoform>
<othercit>Included are locations where sworn officers of a law enforcement agency are regularly based or stationed. This dataset includes local police, county sheriff's offices, state police or highway patrol locations. Most federal law enforcement agency locations are not included.</othercit>
<onlink>https://nationalmap.usgs.gov</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>None</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2005</begdate>
<enddate>2021</enddate>
</rngdates>
</timeinfo>
<srccurr>ground condition</srccurr>
</srctime>
<srccitea>Structures - Law Enforcement</srccitea>
<srccontr>Geographic features and feature names</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>State and Federal Partners, updates from USGS' The National Map Corps volunteers</origin>
<pubdate>Publication Date</pubdate>
<title>Prisons/Correctional Facility</title>
<geoform>Vector digital data</geoform>
<othercit>Includes both private and government medium and high security prisons and correctional institutions. Low and minimum security institutions such as local jails, prison camps, correctional farms or

work farms, detention and treatment centers are generally excluded.</othercit>
<onlink>https://nationalmap.usgs.gov</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>None</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2007</begdate>
<enddate>2021</enddate>
</rngdates>
</timeinfo>
<srccurr>ground condition</srccurr>
</srctime>
<srccitea>Structures - Prisons/Correctional Facility</srccitea>
<srccontr>Geographic features and feature names</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>State and Federal Partners, updates from USGS' The National Map Corps volunteers</origin>
<pubdate>Publication Date</pubdate>
<title>Schools</title>
<geoform>Vector digital data</geoform>
<othercit>The schools within this dataset are composed of Public elementary and secondary education in the US as defined and tracked by the National Center for Education Statistics (NCES), Common Core Dataset (CCD). Private schools in this dataset are composed of Private elementary and secondary education in the US as defined by the Private School Survey, NCES. The colleges and Universities are composed of postsecondary education facilities as defined by the Integrated Post Secondary Education System (IPEDS), NCES. Included are Doctoral and Research Universities, Masters Colleges and Universities, Baccalaureate Colleges, Associates Colleges, Theological seminaries, Medical schools and other health care professions, schools of engineering and technology, business and management, art, music, design, Law schools, Teachers colleges, Tribal colleges and other specialized institutions. Changes to base school data may occur through the USGS' The National Map Corps Volunteer Geographic Information project.</othercit>
<onlink>https://nationalmap.usgs.gov</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>

<typesrc>None</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2008</begdate>
<enddate>2020</enddate>
</rngdates>
</timeinfo>
<srccurr>ground condition</srccurr>
</srctime>
<srccitea>Structures - Schools</srccitea>
<srccontr>Geographic features and feature names</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>State and Federal Partners, updates from USGS' The National Map Corps volunteers</origin>
<pubdate>Publication Date</pubdate>
<title>Hospitals</title>
<geoform>Vector digital data</geoform>
<othercit>Includes general medical and surgical hospitals, psychiatric, substance abuse and specialty hospitals such as Children's hospitals, cancer, maternity and rehabilitation hospitals. Other types of hospitals are included if represented in data sets provided by various partners for this compilation. Hospitals operated by the US Department of Veterans Affairs are included. Nursing homes, long term care facilities and Urgent Care facilities are generally excluded. Locations that are administrative offices only are excluded from the dataset.</othercit>
<onlink>https://nationalmap.usgs.gov</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>None</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2006</begdate>
<enddate>2021</enddate>
</rngdates>
</timeinfo>
<srccurr>ground condition</srccurr>
</srctime>
<srccitea>Structures - Hospitals</srccitea>
<srccontr>Geographic features and feature names</srccontr>
</srcinfo>

<srcinfo>
<srccite>
<citeinfo>
<origin>State government websites</origin>
<pubdate>Publication Date</pubdate>
<title>State Capitol building</title>
<geoform>vector digital data</geoform>
<othercit>Includes the official State Capitol buildings for the U.S. states and territories.</othercit>
<onlink>https://nationalmap.gov</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2012</begdate>
<enddate>2014</enddate>
</rngdates>
</timeinfo>
<srccurr>ground condition</srccurr>
</srctime>
<srccitea>Structures - State Capitol building</srccitea>
<srccontr>Geographic feature and feature name</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>U.S. Geological Survey</origin>
<pubdate>Publication Date</pubdate>
<title>Cemeteries</title>
<geoform>Vector digital data</geoform>
<othercit>This dataset contains point features representing cemeteries. This includes a place or area for burying the dead or storing ashes; such as cemetery, burial ground, grave, graveyard, memorial garden, mausoleum, columbarium, or crypt. The purpose of the dataset is to portray spatial locations and feature names on USGS mapping products at 1:24,000-scale. Base data was derived from the Cemetery feature class within the U.S. Board on Geographic Names Geographic Names Information System (GNIS). Updates and additions are provided by volunteers of the USGS' The National Map Corps. Only cemetery features with a name and coordinate are included. Locations may be approximate. This dataset is not complete and is subject to change at any time. Although these data have been sampled for accuracy and completeness, no warranty expressed or implied is made regarding data currency or display or utility of the data on any

other system or for general or scientific purposes, nor shall the act of distribution constitute any such warranty.</othercit>

<onlink>https://www.usgs.gov/core-science-systems/national-geospatial-program/national-map</onlink>

<onlink>https://www.usgs.gov/core-science-systems/ngp/board-on-geographic-names</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2013</begdate>
<enddate>2020</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Structures - Cemeteries</srccitea>
<srccontr>Geographic features and feature names</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>State and Federal Partners, updates from The National Map Corp volunteers</origin>
<pubdate>Publication Date</pubdate>
<title>Post Offices</title>
<geoform>vector digital data</geoform>
<othercit>Locations designated as a Post Office by the U.S. Postal Service (USPS). The dataset includes those locations which are operated by USPS personnel and offer retail counter services. A Contract Postal Unit (CPU) is generally excluded except for Community Post Office (CPO). Some Remotely Managed Post Office and Village Post Office locations may be included. This dataset may not be complete and is subject to change at any time.</othercit>
<onlink>https://nationalmap.usgs.gov</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2013</begdate>

<enddate>2021</enddate>
</rngdates>
</timeinfo>
<srccurr>ground condition</srccurr>
</srctime>
<srccitea>Structures - Post Offices</srccitea>
<srccontr>Geographic features and feature names</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>U.S. Geological Survey</origin>
<pubdate>Publication Date</pubdate>
<title>City and Town Hall Buildings</title>
<geoform>vector digital data</geoform>
<othercit>This dataset contains points representing city hall and town hall government buildings in the U.S., This dataset contains points representing city hall and town hall government buildings in the U.S., Puerto Rico, and the U.S. Virgin Islands. This includes a building or building complex that serves as a primary location for a local or municipal government's administrative functions. These buildings are generally called City Hall, Town Hall, Village Hall, Municipal Building, Municipal Center, City Building or similar designation. The purpose of this dataset is to document the spatial location of such buildings for general cartographic representation purposes on USGS mapping products at 1:24,000 scale. Supplemental information: Excluded are county, state, or federal level administration buildings or historical buildings that are no longer used for government administration. This dataset is dynamic and not complete at this time. Additions and updates are provided by volunteers through the USGS' The National Map Corps (TNMCorps) crowdsourcing project. Although these data and associated metadata have been reviewed for accuracy and completeness, no warranty expressed or implied is made regarding the display or utility of the data on any other system or for general or scientific purposes, nor shall the act of distribution constitute any such warranty.</othercit>

<onlink>https://www.usgs.gov/core-science-systems/national-geospatial-program/national-map</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2008</begdate>
<enddate>2021</enddate>

</rngdates>
</timeinfo>
<srccurr>ground condition</srccurr>
</srctime>
<srccitea>Structures - City/Town Hall</srccitea>
<srccontr>Geographic features and feature names</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>U.S. Geological Survey</origin>
<pubdate>Publication Date</pubdate>
<title>Courthouse Buildings</title>
<geoform>vector digital data</geoform>
<othercit>This dataset contains point features representing some types of courthouse buildings in the U.S., Puerto Rico, and the U.S. Virgin Islands. This includes county courthouses, state supreme courthouses, and the Supreme Court of the United States. The purpose is to document the spatial location and physical address of courthouse buildings for general cartographic representation purposes on USGS mapping products at 1:24,000 scale. This dataset does not contain appellate courts, federal courts, tribal courts, municipal, village, or town courts, specialty courts (e.g., family, probate, juvenile, or bankruptcy courts), or historic courthouse buildings which no longer function as an active court. The information in this dataset was collected between 2017 and 2018 by volunteers through the USGS The National Map Corps (TNMCorps) crowdsourcing project. Although these data and associated metadata have been reviewed for accuracy and completeness, no warranty expressed or implied is made regarding the display or utility of the data on any other system or for general or scientific purposes, nor shall the act of distribution constitute any such warranty. Supplemental information: The County level court buildings handle the bulk of county-level court functions, usually located in the city designated as a county seat. The state supreme courthouse data represents the court buildings, usually located in the city designated as the state capital, which house the ultimate judicial tribunal in a state's court system. The Supreme Court of the United States is represented by a single data point. County level courts are referred to differently in different states. The data points for county courthouses may also contain superior, circuit, and district courts where the "County" court designation does not apply within an individual state court system.</othercit>

<onlink>https://www.usgs.gov/core-science-systems/national-geospatial-program/national-map</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>

<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2017</begdate>
<enddate>2021</enddate>
</rngdates>
</timeinfo>
<srccurr>ground condition</srccurr>
</srctime>
<srccitea>Structures - Courthouse</srccitea>
<srccontr>Geographic features and feature names</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>International Boundary Commission</origin>
<pubdate>2015</pubdate>
<title>U.S.-Canada National Boundary</title>
<geoform>vector digital data</geoform>
<othercit>The boundary is a digital representation of the International boundary between the United States and Canada as per the Treaty of 1908. It has been generated from a combination of recent surveys and datum conversions. It is intended for general mapping purposes only. The boundary dataset is composed of 29 segments that correspond to the original 256 boundary maps. Attributes of each segment define the scale in which the line in that area may be accurately depicted. It is produced for mapping purposes only and not intended to illustrate the boundary beyond the limits of the scale for any given segment.</othercit>
<onlink>http://www.internationalboundarycommission.org/</onlink>

<onlink>http://www.internationalboundarycommission.org/index-eng.html</onlink>
</citeinfo>
</srccite>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2015</begdate>
<enddate>2015</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>U.S. / Canada International Boundary</srccitea>

<srccontr>International Boundary between Canada and the United States</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>U.S. Geological Survey, U.S. Department of Agriculture, and the Instituto Nacional de Estadistica y Geografia of Mexico.</origin>
<pubdate>2014</pubdate>
<title>U.S.-Mexico National Boundary</title>
<geoform>vector digital data</geoform>
<othercit>The international boundary between Mexico and the United States, defined as a joint venture between the U.S. Department of Agriculture (USDA) and the Instituto Nacional de Estadistica y Geografia of Mexico (INEGI), resulted in an unofficial United States-Mexico boundary dataset that was further enhanced by the U.S. Geological Survey's Border Environmental Health Initiative (BEHI). With the data frame scale set to 1:5,000 in ArcMap, the center of the Rio Grande/Rio Bravo was digitized using the NAIP 2004 Imagery. In areas with dense stands of salt cedar (bounding box = UL -104.714 30.038, UR -104.664 30.037,LR -104.666 29.933, LL -104.717 29.934; NAD83), the center of the channel was difficult, and sometimes impossible, to easily determine. To determine the location of the boundary, the GIS analyst compared the location of the line in the INEGI 1:250K Limite feature class with the NAIP 2004 Imagery and adjusted the boundary to the image, thus, the delineation of the international boundary is less certain in these areas. The remaining part of the border was extracted from the INEGI 1:250K Limite feature class and appended to the line feature class created along the Rio Grande/Rio Bravo. The U.S. Geological Survey reviewed the original USDA data against 2007 NAIP imagery and further edited 9 line segments in the Rio Grande areas to conform to National Map Accuracy Standards</othercit>
<onlink>https://ibwc.gov/GIS_Maps/GIS_Program.html</onlink>
</citeinfo>
</srccite>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2014</begdate>
<enddate>2014</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>U.S. / Mexico International Boundary</srccitea>
<srccontr>International Boundary between Mexico and the United States</srccontr>

</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>U.S. Census Bureau</origin>
<pubdate>20190809</pubdate>
<title>State and Equivalent Boundary</title>
<geoform>vector digital data</geoform>
<othercit>The Census Bureau collects boundaries from state and county governments through the Boundary and Annexation Survey, and publishes the results as TIGER files. The USGS uses the TIGER data without editing or alteration.</othercit>

<onlink>https://www.census.gov/geographies/mapping-files/time-series/geo/tiger-line-file.html</onlink>
</citeinfo>
</srccite>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2020</begdate>
<enddate>2020</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>State Boundaries</srccitea>
<srccontr>State and Equivalent Boundary</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>U.S. Census Bureau</origin>
<pubdate>20190809</pubdate>
<title>County and Equivalent Boundary</title>
<geoform>vector digital data</geoform>
<othercit>The Census Bureau collects boundaries from state and county governments through the Boundary and Annexation Survey (BAS), and publishes the results as TIGER files. The USGS uses the TIGER data without editing or alteration.</othercit>

<onlink>https://www.census.gov/geographies/mapping-files/time-series/geo/tiger-line-file.html</onlink>
</citeinfo>
</srccite>
<typesrc>digital data</typesrc>
<srctime>

<timeinfo>
<rngdates>
<begdate>2020</begdate>
<enddate>2020</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>County Boundaries</srccitea>
<srccontr>County and Equivalent Boundary</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>U.S. Department of Agriculture (USDA) Forest Service - Washington Office Automated Lands Program (ALP).</origin>
<pubdate>Publication Date</pubdate>
<title>USDA Forest Service Boundary</title>
<geoform>vector digital data</geoform>
<othercit>The forest service boundaries defined by the USDA Forest Service encompassing the National Forest System (NFS) lands within the original Proclaimed National Forests, along with lands added to the NFS which have taken on the status of 'reserved from the public domain' under the General Exchange Act. PROCLAIMED boundaries (e.g. ProclaimedForest and ProclaimedForest_Grassland) encompass areas of National Forest System land that is set aside and reserved from public domain by executive order or proclamation. The nationwide Proclaimed Forest dataset was created by the USDA Forest Service, Washington Office Automated Lands Program (ALP) staff from collected source data created by the Regional Offices. These geospatial data and related maps or graphics are not legal documents and are not intended to be used as such. The user is responsible to verify the limitations of the geospatial data and to use the data accordingly. Only maps in USDA Forest Service areas will contain USDA Forest boundaries.</othercit>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2017</begdate>
<enddate>2017</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>

</srctime>
<srccitea>USDA Forest Service Boundaries</srccitea>
<srccontr>National Forest Service Boundaries</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>National Park Service - Land Resources Division</origin>
<pubdate>Publication Date</pubdate>
<title>National Park Service Boundary</title>
<geoform>vector digital data</geoform>
<othercit>This dataset depicts National Park Service unit boundaries for display and general analysis purposes. The USGS converted areas of generally 3 acres or less to point features to facilitate cartographic display on the digital map product. See Source URL for link to complete dataset. This data set is complete but subject to continual updates to reflect boundary amendments, legislation, and acquisitions, and improved processing techniques. The data is being regularly updated with verified boundaries from NPS Land Resources Division. The data is intended for use as a tool for display and general GIS analysis purposes only. It is in no way intended for engineering or legal purposes. The data accuracy is checked against best available sources which may be dated. NPS assumes no liability for use of this data. Boundaries from the Land Resources Division have separate polygons for each type of unit. For example Denali National Park and Denali National Preserve are separate individual polygons.</othercit>
<onlink>https://irma.nps.gov/App/Portal</onlink>
</citeinfo>
</srccite>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2019</begdate>
<enddate>2020</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>National Park Service Boundary</srccitea>
<srccontr>Current Administrative Boundaries of the National Park System Units</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>

<origin>U.S. Department of Interior, U.S. Fish and Wildlife Service</origin>
<pubdate>2020</pubdate>
<title>FWS Interest Simplified Boundaries</title>
<geoform>vector digital data</geoform>
<othercit>This data set depicts simplified boundaries of lands administered by the U.S. Fish and Wildlife Service including National Wildlife Refuges, National Fish Hatcheries, FWS administrative sites, and other conservation areas. The Alaska National Wildlife Refuge Boundaries data set depicts the legislative boundary of the 16 National Wildlife Refuges in Alaska at a source scale of 1:63,360. The dataset was created by the U.S. Fish and Wildlife Service, Region 7, Division of Realty and Natural Resources. The USGS substituted the Alaska National Wildlife Refuge boundaries for the USFWS Simplified Wildlife Refuge Boundaries in Alaska for cartographic purposes. The USFWS Simplified Wildlife Refuge Boundaries are simplified from the U.S. Fish and Wildlife Service Real Estate Interest data layer containing polygons representing tracts of land (parcels) in which the Service has a property or management interest. These interests include full land ownership, secondary interests in property primarily managed and reported by other federal agencies, leased property, property managed by agreement with other parties, and, within National Wildlife Refuges, property governed by conservation easements. A conservation easement is a permanent, legally enforceable land preservation agreement between a landowner and a government agency that restricts real estate, commercial and industrial development of the land, which remains private property. Inholdings of private property within Refuge areas not covered by conservation easements are excluded from these boundaries. The Hawaiian Islands National Wildlife Refuge and Waterfowl production area easements acquired through the small wetlands program have been omitted. Interior boundaries between parcels were dissolved to produce a single set of simplified external boundaries for each feature. These are resource grade mapping representations of the U.S. Fish and Wildlife Service boundaries. For legal descriptions of the land represented here contact the USFWS Realty Office. This map layer was compiled by the U.S. Fish and Wildlife Service. The Alaska National Wildlife Refuges dataset was derived from the following digital sources and legal documents: 1) Federal Register, Vol. 48, No. 38 Thursday, February 24, 1983 Notices Pages 7890-8029. 2) USGS 1:250,000 scale Alaska Boundary Series maps entitled: Alaska National Interest Lands Conservation Act December 2, 1980 P.L. 96-487 3) Various legal documents such as survey plats, legal metes and bounds descriptions, Deeds, and Titles. 4) USGS 1:63,360 scale revised hydrography Digital Line Graphs depicting ground conditions from 1955 to 1986. Although these Fish and Wildlife boundaries represent lands administered by the U.S. Fish and Wildlife Service, not all areas are open to the public. Some fragile habitats need to be protected from human traffic, some management areas are closed, and the terms of some

conservation easements preclude public access. The public is urged to contact specific Refuges or other conservation areas before visiting.</othercit>
</citeinfo>
</srccite>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2020</begdate>
<enddate>2020</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>U. S. Fish and Wildlife Service Boundary</srccitea>
<srccontr>Boundary polygons and names</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>Office of the Deputy Under Secretary of Defense for Installations and Environment, Business Enterprise Integration Directorate</origin>
<pubdate>2020</pubdate>
<title>U.S. Military Installations, Ranges, and Training Areas</title>
<geoform>vector digital data</geoform>
<othercit>This dataset depicts the authoritative boundaries of the most commonly known Department of Defense (DoD) sites, installations, ranges, and training areas in the United States and Territories. These sites encompass land which is federally owned or otherwise managed. This dataset was compiled by the Defense Installation Spatial Data Infrastructure (DISDI) Program. This dataset represents the baseline for georeferenced boundaries of sites selected from the 2010 Base Structure Report. The boundary locations are intended for planning purposes only and do not represent the legal or surveyed land parcel boundaries. This list does not necessarily represent a comprehensive collection of all DoD facilities, and only those in the fifty United States and US Territories were considered for inclusion. Maps produced at a scale of 1:50,000 or larger which otherwise comply with National Map Accuracy Standards will remain compliant if this data is incorporated. Although these data have been provided by the DoD components, no warranty expressed or implied is made regarding the utility of the data on any other system, in derived products or data alterations, nor shall the act of distribution constitute such warranty.</othercit>
<onlink>https://www.acq.osd.mil/eie/BSI/BEI_DISDI.html</onlink>
</citeinfo>

</srccite>
<srcscale>50000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2020</begdate>
<enddate>2020</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>U.S. Department of Defense Military Installations</srccitea>
<srccontr>Boundary lines, installation names</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>Department of Veterans Affairs, National Cemetery Administration and U.S. Geological Survey</origin>
<pubdate>Publication Date</pubdate>
<title>NCA National Cemeteries</title>
<geoform>vector digital data</geoform>
<othercit>This dataset represents boundaries of National cemeteries administered by the U.S. Department of Veterans Affairs, National Cemetery Administration. This layer may also contain a small number of boundaries for those managed by the Department of the Army. This data is subject to change as other national cemetery areas are authorized. This dataset is intended for general mapping and reference purposes only.</othercit>
<onlink>https://nationalmap.gov/boundaries.html</onlink>
<onlink>https://www.cem.va.gov/cem/cems/index.asp</onlink>
</citeinfo>
</srccite>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2014</begdate>
<enddate>2018</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>National Cemetery Boundary</srccitea>
<srccontr>Name, general location information from NCA, Boundaries from

combination
of NCA boundary data, parcel data and other mapping datasets.</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>Bureau of Land Management</origin>
<pubdate>Unknown</pubdate>
<title>Alaska Bureau of Land Management Boundary</title>
<geoform>Vector digital data</geoform>
<othercit>Selected BLM unit boundaries were provided to USGS by BLM Alaska State Office as unpublished datasets. The dataset is for general mapping purposes for use on the Alaska map products. These boundaries include National Petroleum Reserve, Steese National Conservation Area, White Mountains National Recreation Area. Other BLM units in Alaska are not shown on map products as of this date, though more will be shown in the future. Any hardcopies or published datasets using this data shall clearly indicate their source. Any users wishing to modify this data are obligated to report the extent of their modifications. User specifically agrees not to misrepresent modification to this data as approved or endorsed by the BLM. No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual use or aggregate use with other data.</othercit>
</citeinfo>
</srccite>
<srcscale>63360</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>Unknown</begdate>
<enddate>Unknown</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Bureau of Land Management Boundary</srccitea>
<srccontr>Boundary polygons</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>U.S. Department of Commerce, U.S. Census Bureau, Geography Division</origin>
<pubdate>20190809</pubdate>
<title>Metlakatla Alaska Boundary</title>

<geoform>Vector digital data</geoform>
<othercit>This boundary depicts Metlakatla, AK, referred to as Annette Island in the Census AIANNH shapefile NAME attribute. The area is home of the Metlakatla Indian Community. The Census Bureau TIGER Line shapefiles and related database files are an extract of selected geographic and cartographic information from the US Census Bureau's Master Address File-Topologically Integrated Geographic Encoding and Referencing -MAF-TIGER- Database. The 2010 Census boundaries for federally recognized American Indian reservations and off reservation trust lands are as of January 1, 2010, as reported by the federally recognized tribal governments through the Census Bureau's Boundary and Annexation Survey. No warranty, expressed or implied is made with regard to the accuracy of these data, and no liability is assumed by the U.S. Government in general or the U.S. Census Bureau in specific as to the spatial or attribute accuracy of the data. The act of distribution shall not constitute any such warranty and no responsibility is assumed by the U.S. government in the use of these files. The boundary information in the TIGER-Line Shapefiles is for statistical data collection and tabulation purposes only. Their depiction and designation for statistical purposes do not constitute a determination of jurisdictional authority or rights of ownership or entitlement and they are not legal land descriptions</othercit>
<onlink>https://www2.census.gov/geo/tiger/TIGER2016/AIANNH</onlink>
</citeinfo>
</srccite>
<srcscale>63360</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2020</begdate>
<enddate>2020</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Metlakatla, AK boundary from TIGER Line Shapefile 2012, nation, U.S., Current American Indian/Alaska Native/Native Hawaiian Areas (AIANNH) National</srccitea>
<srccontr>Boundary polygons and names</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>Interagency Wild and Scenic Rivers Coordinating Council (IWSRCC)</origin>

<pubdate>20160302</pubdate>
<title>National Wild and Scenic Rivers</title>
<geoform>Vector digital data</geoform>
<othercit>This dataset depicts the river corridors of each Wild and Scenic River designated by Congress or the Secretary of the Interior for the United States and Puerto Rico. This GIS data layer was published by the Interagency Wild and Scenic Rivers Coordinating Council (IWSRCC) which included the National Park Service (NPS), the Bureau of Land Management (BLM), the US Forest Service (USFS), and the Fish and Wildlife Service (FWS) in coordination with USGS NGTOC. The spatial data were referenced to the latest High Resolution National Hydrological Data Layer (NHD 1:24,000 Scale or better), published by United States Geological Survey (USGS). The Federal agencies who maintain GIS data associated with Wild and Scenic Rivers have not necessarily generated that data from the original congressionally described survey descriptions.</othercit>
<onlink>https://apps.fs.usda.gov/arcx/rest/services/EDW/EDW_WildScenicRiverSegments_01/MapServer/0</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2020</begdate>
<enddate>2020</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Wild and Scenic Rivers</srccitea>
<srccontr>Wild and Scenic Rivers - Designated Areas</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>U.S. Dept. of Interior, Bureau of Land Management, Division of Support Services, Branch of Information Resource Management</origin>
<pubdate>Publication Date</pubdate>
<title>Public Land Survey System</title>
<geoform>vector digital data</geoform>
<othercit>The PLSS information is for general reference purposes only, and should not be used to determine legal boundaries or land ownership. The Bureau of Land Management (BLM) is the authoritative source for PLSS information at the federal level, and the map representation is derived from BLM GIS data files called Cadastral National Spatial Data

Infrastructure or CadNSDI. The management of these data is not completely uniform throughout the country. Although this metadata record is included with all maps, PLSS is currently shown on map products for only a few states. PLSS will be added to maps in more states in coming years as BLM authorized CadNSDI format is made available. The three layers USGS stores from PLSS are the Township, First Division and Special Surveys. Metadata for BLM PLSS data is at https://navigator.blm.gov/home, though this URL may change in the near future. Alternate sources of PLSS data will continued to be served mainly in western states where BLM is the data steward or the data is from a trusted source. Notes on individual states follow,----Alaska PLSS consists of protracted (computed, not surveyed) data only. For more information see http://sdms.ak.blm.gov/sdms/data_protracted_grid_gis.html ----Ohio was the original PLSS state in the early 1800s, and the land network there is unusually complex. The source data include four first-division parcel types. These are all shown on this map product, and are labeled according to BLM's attribution, with a leading letter followed by either a number or more letters. The meanings of the leading letters are S=Section, F=Fractional Section, L=Lot, Q=Quarter Township.</othercit>
<onlink>https://sdms.ak.blm.gov/sdms/</onlink>
<onlink>https://navigator.blm.gov/home</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2012</begdate>
<enddate>2020</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Public Land Survey System - BLM</srccitea>
<srccontr>Townships and ranges, sections</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>U.S. Geological Survey</origin>
<pubdate>2016</pubdate>
<title>Land Cover - Woodland</title>
<geoform>Vector digital data</geoform>
<othercit>The Woodland Tint is a derivative land cover product created using

the most recent National Land Cover Database (NLCD) raster data, as well as vector data from the National Hydrography Dataset and National Transportation Dataset. For CONUS, Hawaii, and Puerto Rico/U.S. Virgin Islands, NLCD Tree Canopy Cover is masked with NLCD Percent Developed Imperviousness (values from 1-100). The resulting dataset with Tree Canopy Cover of 20-100% is used as the input raster to generate woodland polygons. For Alaska, 3 values (41 -Deciduous Forest, 42 - Evergreen Forest, and 43 - Mixed Forest) are extracted from NLCD Land Cover to create the input raster used to generate woodland polygons. The woodland polygons are masked with buffered Transportation (Roads, Airport Runways, and Railroads) and Hydrography (NHD Areas excluding Inundation Area and NHD Waterbodies excluding Swamp/Marsh). The resulting polygons are checked for scale appropriate size (minimum size of one acre), and the small woodland polygons as well as small clearings within the woodland polygons are deleted. Resulting woodland vector polygons are smoothed via the PAEK Algorithm.</othercit>
<onlink>https://nationalmap.gov</onlink>
<onlink>https://www.mrlc.gov/</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2016</begdate>
<enddate>2021</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Land Cover - Woodland</srccitea>
<srccontr>National Landcover Dataset; National Hydrography Dataset; National Transportation Dataset</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>U.S. Geological Survey</origin>
<pubdate>Publication Date</pubdate>
<title>Shaded Relief</title>
<geoform>raster digital data</geoform>
<othercit>The Shaded relief is a derivative elevation product created from the USGS 3D Elevation Program (3DEP) 1/3 arc-second DEM data. First there are five separate shaded relief datasets created from the original data. Each shaded relief has different azimuths and altitude values as

follows: 00 450, 1350 600, 2700 450, 3150 450, 450 450. These five datasets are then combined into one feature class using map algebra to compute the raster layers using the following equation shadedrelief1 + shadedrelief2 + shadedrelief3 + (shadedrelief4 x 2) + shaded relief5 \ 6. This equation gives double importance to the 3150 azimuth and 450 elevation.</othercit>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2001</begdate>
<enddate>2021</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Shaded Relief</srccitea>
<srccontr>3D Elevation Program</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>For the conterminous 48 states - National Agriculture Image Program (NAIP) administered by the Aerial Photography Field Office (APFO) for the United States Department of Agriculture.</origin>
<pubdate>Publication Date</pubdate>
<title>Orthoimagery - CONUS</title>
<geoform>Raster digital data or Digital Orthorectified Image or NAIP Digital Ortho Photo Image or Raster digital data or Digital Orthorectified Image</geoform>
<othercit>An orthorectified image is a layer in every product and is provided by the USDA-FSA-APFO from the National Agriculture Image Program (NAIP) in the conterminous US. This offers the USGS a consistent image product for the conterminous 48 states, normally with a one meter resolution in natural color, though resolution varies by collection date, and higher-res source data may be downsampled to 1 or 1.5 meter resolution for map products. The NAIP image in this product is public domain with no reuse constraints.</othercit>

<onlink>https://www.fsa.usda.gov/programs-and-services/aerial-photography/imagery-programs/naip-imagery/</onlink>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>

<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>2016</begdate>
<enddate>2020</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Imagery</srccitea>
<srccontr>Image</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>Fugro EarthData, Inc.</origin>
<origin>Aero-Metric, Inc.</origin>
<origin>Alaska Department of Natural Resources (DNR)</origin>
<origin>AlaskaMapped / Alaska Statewide Digital Mapping Initiative (SDMI)</origin>
<origin>University of Alaska - Geographic Information Network of Alaska (GINA)</origin>
<pubdate>Publication Date</pubdate>
<title>Alaska SDMI Statewide Ortho-Imagery Collection</title>
<edition>SPOT5.SDMI.ORTHO.2011</edition>
<geoform>remote-sensing image, raster digital data</geoform>
<pubinfo>
<pubplace>Fairbanks, Alaska, United States of America</pubplace>
<publish>State of Alaska, Statewide Digital Mapping Initiative</publish>
</pubinfo>
<othercit>Cite as: "Alaska Statewide Digital Mapping Initiative, Ortho-Imagery Program, www.alaskamapped.org" For further information on this data set, contact the following: Aero-Metric, Inc. 2014 Merrill Field Rd, Anchorage, AK 99501 +1-907-272-4495. Fugro EarthData, Inc. 7320 Executive Way, Frederick, MD 21704 301-948-8550.</othercit>
<onlink>http://browse.alaska.edu/display/SPOT5.SDMI.ORTHO.2011.0900_1090</onlink>
</citeinfo>
</srccite>
<srcscale>25000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>20120629</begdate>

<enddate>20160703</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Imagery</srccitea>
<srccontr>Image</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>Hexagon, Alberta, CN, Valtus</origin>
<pubdate>20170301</pubdate>
<title>Orthoimagery - Puerto Rico and the U.S. Virgin Islands</title>
<geoform>Raster digital data or Digital Orthorectified Image</geoform>
<othercit>The source imagery was obtained from January 2017 through March 2017 and used to produce orthophotos with a 0.2 meter ground sample distance (GSD) for Puerto Rico and 0.4 meter GSD for the United States Virgin Islands. The imagery was downsampled to 1 meter resolution for use on the this map product. The imagery was captured with the equivalent of approximately 60% forward overlap between adjacent exposures and 30% sidelap between all adjacent flight lines utilizing a Leica ADS100 HR Mode digital sensor. The orthographic imagery is available as 3-band (RGB) GeoTIFF formatted digital images. The projected coordinate system of the source imagery is Geographic Coordinate System 1984, GRS 80, Units Meters.</othercit>
</citeinfo>
</srccite>
<srcscale>20000</srcscale>
<typesrc>digital data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>20170301</begdate>
<enddate>20170301</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Imagery</srccitea>
<srccontr>Image</srccontr>
</srcinfo>
<srcinfo>
<srccite>
<citeinfo>
<origin>U.S. Geological Survey</origin>

<pubdate>Publication Date</pubdate>
<title>Grids and Coordinate System</title>
<geoform/>
<othercit>Geographic Coordinate, U.S. National Grid, and UTM grid values are displayed along the map projection. For Standards and Specifications on USNG visit

https://www.fgdc.gov/standards/projects/FGDC-standards-projects/usng/fgdc_std_011_2001_usng.pdf</othercit>
</citeinfo>
</srccite>
<srcscale>24000</srcscale>
<typesrc>raster data</typesrc>
<srctime>
<timeinfo>
<rngdates>
<begdate>20230628</begdate>
<enddate>20230628</enddate>
</rngdates>
</timeinfo>
<srccurr>publication date</srccurr>
</srctime>
<srccitea>Grids and Coordinate Systems</srccitea>
<srccontr>U.S. National Grid, UTM grid.</srccontr>
</srcinfo>
<procstep>
<procdesc>Grids and coordinate system annotation are computed with Esri ArcGIS software.</procdesc>
<procdate>2017</procdate>
</procstep>
</lineage>
</dataqual>
<spref>
<horizsys>
<planar>
<gridsys>
<gridsysn>Universal Transverse Mercator</gridsysn>
<utm>
<utmzone>15.0</utmzone>
<transmer>
<sfctrmer>0.9996</sfctrmer>
<longcm>-117</longcm>
<latprjo>0.0</latprjo>
<feast>500000</feast>
<fnorth>0.0</fnorth>
</transmer>
</utm>

</gridsys>
<planci>
<plance>coordinate pair</plance>
<coordrep>
<absres>1.5</absres>
<ordres>1.5</ordres>
</coordrep>
<plandu>meters</plandu>
</planci>
</planar>
<geodetic>
<horizdn>North American Datum of 1983</horizdn>
<ellips>Geodetic Reference System 80</ellips>
<semiaxis>6378137.3141404</semiaxis>
<denflat>298.2572221</denflat>
</geodetic>
</horizsys>
</spref>
<metainfo>
<metd>20141129</metd>
<metrd>20220402</metrd>
<metc>
<cntinfo>
<cntorgp>
<cntorg>U.S. Geological Survey, National Geospatial Technical Operations Center</cntorg>
</cntorgp>
<cntaddr>
<addrtype>mailing and physical</addrtype>
<address>1400 Independence Road</address>
<city>Rolla</city>
<state>MO</state>
<postal>65401</postal>
</cntaddr>
<cntaddr>
<addrtype>mailing</addrtype>
<address>Denver Federal Center; Box 25046; Mail Stop 510</address>
<city>Lakewood</city>
<state>CO</state>
<postal>80225</postal>
</cntaddr>
<cntvoice>1-888-ASK-USGS (1-888-275-8747)</cntvoice>
<cntemail>https://www.usgs.gov/ask/</cntemail>
<cntemail>tnm_help@usgs.gov</cntemail>
<hours>8:00 AM to 9:00 PM Eastern; Monday through Friday except Holidays</hours>

</cntinfo>
</metc>
<metstdn>FGDC Content Standard for Digital Geospatial Metadata</metstdn>
<metstdv>FGDC-STD-001-1998</metstdv>
</metainfo>
</metadata>

USGS
science for a changing world

The National Map

# OnDemand Topo Map Symbols




US Department of the Interior
US Geological Survey

## What is an OnDemand Topo map?

An OnDemand Topo map is a digital topographic map that covers 7.5-minutes of longitude by 7.5-minutes of latitude and is produced at a scale of 1:24,000. OnDemand Topo maps are freely available using the topoBuilder web application http://topobuilder.nationalmap.gov in Portable Document Format (PDF) with geospatial extensions as well as TIFF file format. PDF maps can be viewed and printed with any conforming PDF software. Versions 9.x and later of Adobe® Reader® and Acrobat® software provide access to the geospatial functionality of the OnDemand Topo map. Adobe Reader is available for free at http://get.adobe.com/reader. (More information about OnDemand Topo maps and their use is available at https://nationalmap.gov)

The base data layer of an OnDemand Topo map is a recent orthographic aerial photograph. These orthoimages have been corrected to remove scale distortions that result from the varying terrain and deviations of the aircraft's position from the true vertical. The maps include contours that show the shape of the Earth's surface, hydrographic features such as lakes and rivers, roads, boundaries, and geograph ic names. Additional data from the geographic data themes of transportation, names, elevation, hydrography, boundaries, structures (such as fire stations) and land cover (such as woodland tint) are added to the maps resulting in a product that will become progressively more robust over time. Feature data is incorporated from national Geographic Information System (GIS) databases under the stewardship of USGS data programs. The OnDemand Topo map is intended for conventional map users, not for advanced GIS analysis. However, most of the data sources used are in the public domain and may be downloaded for free from The National Map (TNM) (https://nationalmap.gov).

## OnDemand Topo Map Symbols

The underlying orthoimage for each OnDemand Topo map shows those features on the Earth's surface that are visible to the eye. Because each map is made at a scale of 1:24,000 (one inch on the map represents 24,000 inches or 2,000 feet on the ground), selected features are also shown and emphasized by symbols, geographic names, and highway route numbers.

Map features may be represented as points, lines, or polygons. They incorporate different colors and patterns to distinguish between feature types and to show each feature's importance. For example, a perennial stream is symbolized by a solid blue line while an intermittent stream is shown by a blue dashed and dotted line. A large reservoir is depicted by a polygon while a small reservoir may be shown by a point symbol if it is too small to show as a polygon.

Point symbols of different shapes and sizes depict features such as structures, dams, gates, rocks, waterfalls, and wells. Linear map symbols (lines) show such features as roads, rivers, boundaries, and contours. Color is used to show the class of information: topographic contours in brown, streams and rivers and other hydrographic features in blue, and roads in black and red. Areal features are outlined to depict the areal extent and may also be emphasized by a color tint. Names and labels are shown in different type fonts, sizes, and colors.

The unique feature of a topographic map is the contour. These lines do not exist on the Earth's surface. They join points of equal elevation above a zero level surface (such as Mean Sea Level) and therefore show heights of the land and reveal the shape of the land surface. Heavier brown lines are index contours and are labeled with the elevation they represent. Closely spaced contours indicate a steep land slope; widely spaced contours show more level ground. The elevation difference between adjacent contours is the contour interval. A map of a relatively flat area may have a contour interval of 10 feet. In steep areas an interval of 100 feet or more may be used to avoid coalescence or convergence of the contour lines. The contour interval is always noted below the bar scale in the map marginalia.

The cartographic representation of roads has been updated from a characterization based on organizational maintenance (Interstates, US routes, State routes, etc.) to a functional classification defined as follows:

- Expressway[1]: A controlled access, divided arterial highway for through traffic.
- Secondary Highway[1]: Hard surface highways including secondary State routes, primary county routes, and other highways that connect principal cities and towns, and link these places with the primary highway system.
- Local Connector[1]: Hard surface roads not included in a higher class and improved, loose surface roads passable in all kinds of weather. These roads are adjuncts to the primary and secondary highway system and represent major arteries through populated places.
- Local Road[1]: Roads used primarily for local traffic.
- Four Wheel Drive Road[1]: Unimproved roads passable only with four wheel drive vehicles.

[1] Federal Highway Administration Planning Glossary - https://www.fhwa.dot.gov/planning/glossary/index.cfm

## STRUCTURES

### Emergency Service Features

- Fire Station
- Hospital
- Police

### Public Service Features

- Cemetery
- City/Town Hall
- College/University
- Court House
- Post Office
- Prison
- School (K-12)
- State Capitol
- Trade/Technical School
- US Supreme Court

### Recreational Features

- Cabin
- Campground
- Park Headquarters
- Picnic Area
- Ranger Station
- Shelter
- Trailhead
- Visitor Center

### Oil & Gas Pipeline Features

- Oil/Gas Pipeline*

## TRANSPORTATION

### Airport Features

- Airport Runway
- Heliport
- Seaplane

### Railroad Features

- Railroad

### Road Features

- Closed Road
- Expressway
- Ferry
- Four Wheel Drive
- Local Connector
- Local Road
- Ramp
- Secondary Highway
- Tunnel

### Road Shields

| | |
|---|---|
| Interstate Route | 25 |
| State Route | 470 |
| US Route | 830 |
| Forest Service Primary Route | 240 |
| Forest Service Secondary Route | 420 |
| Forest Service High Clearance Route | 720 |

### Trails

- Snow
- Terra
- Water

## HYDROGRAPHY

### Hydrographic Features

- Area of Complex Channels
- Canal/Ditch
- Coastline
- Underground Conduit
- Dam
- Earthen Dam
- Nonearthen Dam
- Estuary
- Flume
- Foreshore
- Gaging Station
- Gate
- Ice Mass
- Inundation Area

26JUL2022ver1.1