Custom Soil Resource Report
Soil Map




Map Scale: 1:8,890 if printed on A landscape (11" x 8.5") sheet.




Map projection: Web Mercator Corner coordinates: WGS84 Edge tics: UTM Zone 15N WGS84

H42



McComb_002618

## MAP LEGEND

**Area of Interest (AOI)**
- Area of Interest (AOI)

**Soils**
- Soil Map Unit Polygons
- Soil Map Unit Lines
- Soil Map Unit Points

**Special Point Features**
- Blowout
- Borrow Pit
- Clay Spot
- Closed Depression
- Gravel Pit
- Gravelly Spot
- Landfill
- Lava Flow
- Marsh or swamp
- Mine or Quarry
- Miscellaneous Water
- Perennial Water
- Rock Outcrop
- Saline Spot
- Sandy Spot
- Severely Eroded Spot
- Sinkhole
- Slide or Slip
- Sodic Spot
- Spoil Area
- Stony Spot
- Very Stony Spot
- Wet Spot
- Other
- Special Line Features

**Water Features**
- Streams and Canals

**Transportation**
- Rails
- Interstate Highways
- US Routes
- Major Roads
- Local Roads

**Background**
- Aerial Photography

## MAP INFORMATION

The soil surveys that comprise your AOI were mapped at 1:20,000.

Warning: Soil Map may not be valid at this scale.

Enlargement of maps beyond the scale of mapping can cause misunderstanding of the detail of mapping and accuracy of soil line placement. The maps do not show the small areas of contrasting soils that could have been shown at a more detailed scale.

Please rely on the bar scale on each map sheet for map measurements.

Source of Map: Natural Resources Conservation Service
Web Soil Survey URL:
Coordinate System: Web Mercator (EPSG:3857)

Maps from the Web Soil Survey are based on the Web Mercator projection, which preserves direction and shape but distorts distance and area. A projection that preserves area, such as the Albers equal-area conic projection, should be used if more accurate calculations of distance or area are required.

This product is generated from the USDA-NRCS certified data as of the version date(s) listed below.

Soil Survey Area: Craig County, Oklahoma
Survey Area Data: Version 18, Aug 27, 2021

Soil map units are labeled (as space allows) for map scales 1:50,000 or larger.

Date(s) aerial images were photographed: Feb 14, 2015—Nov 26, 2017

The orthophoto or other base map on which the soil lines were compiled and digitized probably differs from the background imagery displayed on these maps. As a result, some minor shifting of map unit boundaries may be evident.

# Map Unit Legend

| Map Unit Symbol | Map Unit Name | Acres in AOI | Percent of AOI |
|---|---|---|---|
| BoB | Apperson silt loam, 1 to 3 percent slopes | 59.1 | 18.5% |
| LuB | Lula silt loam, 1 to 3 percent slopes | 11.0 | 3.4% |
| Ot | Mayes silty clay loam, 0 to 1 percent slopes | 14.5 | 4.5% |
| PaA | Parsons silt loam, 0 to 1 percent slopes | 9.1 | 2.8% |
| SuB | Apperson silty clay loam, 1 to 3 percent slopes | 92.3 | 28.8% |
| SuC | Apperson silty clay loam, 3 to 5 percent slopes | 33.8 | 10.6% |
| TlB | Shidler silty clay loam, 0 to 3 percent slopes | 68.3 | 21.3% |
| TsD | Shidler-Catoosa complex, 1 to 8 percent slopes | 23.5 | 7.3% |
| Vt | Verdigris-Eram complex, 0 to 20 percent slopes | 8.5 | 2.6% |
| **Totals for Area of Interest** | | **320.1** | **100.0%** |

# Map Unit Descriptions

The map units delineated on the detailed soil maps in a soil survey represent the soils or miscellaneous areas in the survey area. The map unit descriptions, along with the maps, can be used to determine the composition and properties of a unit.

A map unit delineation on a soil map represents an area dominated by one or more major kinds of soil or miscellaneous areas. A map unit is identified and named according to the taxonomic classification of the dominant soils. Within a taxonomic class there are precisely defined limits for the properties of the soils. On the landscape, however, the soils are natural phenomena, and they have the characteristic variability of all natural phenomena. Thus, the range of some observed properties may extend beyond the limits defined for a taxonomic class. Areas of soils of a single taxonomic class rarely, if ever, can be mapped without including areas of other taxonomic classes. Consequently, every map unit is made up of the soils or miscellaneous areas for which it is named and some minor components that belong to taxonomic classes other than those of the major soils.

Most minor soils have properties similar to those of the dominant soil or soils in the map unit, and thus they do not affect use and management. These are called noncontrasting, or similar, components. They may or may not be mentioned in a particular map unit description. Other minor components, however, have properties and behavioral characteristics divergent enough to affect use or to require different management. These are called contrasting, or dissimilar, components. They

generally are in small areas and could not be mapped separately because of the scale used. Some small areas of strongly contrasting soils or miscellaneous areas are identified by a special symbol on the maps. If included in the database for a given area, the contrasting minor components are identified in the map unit descriptions along with some characteristics of each. A few areas of minor components may not have been observed, and consequently they are not mentioned in the descriptions, especially where the pattern was so complex that it was impractical to make enough observations to identify all the soils and miscellaneous areas on the landscape.

The presence of minor components in a map unit in no way diminishes the usefulness or accuracy of the data. The objective of mapping is not to delineate pure taxonomic classes but rather to separate the landscape into landforms or landform segments that have similar use and management requirements. The delineation of such segments on the map provides sufficient information for the development of resource plans. If intensive use of small areas is planned, however, onsite investigation is needed to define and locate the soils and miscellaneous areas.

An identifying symbol precedes the map unit name in the map unit descriptions. Each description includes general facts about the unit and gives important soil properties and qualities.

Soils that have profiles that are almost alike make up a *soil series*. Except for differences in texture of the surface layer, all the soils of a series have major horizons that are similar in composition, thickness, and arrangement.

Soils of one series can differ in texture of the surface layer, slope, stoniness, salinity, degree of erosion, and other characteristics that affect their use. On the basis of such differences, a soil series is divided into *soil phases*. Most of the areas shown on the detailed soil maps are phases of soil series. The name of a soil phase commonly indicates a feature that affects use or management. For example, Alpha silt loam, 0 to 2 percent slopes, is a phase of the Alpha series.

Some map units are made up of two or more major soils or miscellaneous areas. These map units are complexes, associations, or undifferentiated groups.

A *complex* consists of two or more soils or miscellaneous areas in such an intricate pattern or in such small areas that they cannot be shown separately on the maps. The pattern and proportion of the soils or miscellaneous areas are somewhat similar in all areas. Alpha-Beta complex, 0 to 6 percent slopes, is an example.

An *association* is made up of two or more geographically associated soils or miscellaneous areas that are shown as one unit on the maps. Because of present or anticipated uses of the map units in the survey area, it was not considered practical or necessary to map the soils or miscellaneous areas separately. The pattern and relative proportion of the soils or miscellaneous areas are somewhat similar. Alpha-Beta association, 0 to 2 percent slopes, is an example.

An *undifferentiated group* is made up of two or more soils or miscellaneous areas that could be mapped individually but are mapped as one unit because similar interpretations can be made for use and management. The pattern and proportion of the soils or miscellaneous areas in a mapped area are not uniform. An area can be made up of only one of the major soils or miscellaneous areas, or it can be made up of all of them. Alpha and Beta soils, 0 to 2 percent slopes, is an example.

Some surveys include *miscellaneous areas*. Such areas have little or no soil material and support little or no vegetation. Rock outcrop is an example.

## Craig County, Oklahoma

### BoB—Apperson silt loam, 1 to 3 percent slopes

**Map Unit Setting**

*National map unit symbol:* 2t64v
*Elevation:* 590 to 1,530 feet
*Mean annual precipitation:* 45 to 51 inches
*Mean annual air temperature:* 55 to 59 degrees F
*Frost-free period:* 180 to 210 days
*Farmland classification:* All areas are prime farmland

**Map Unit Composition**

*Apperson and similar soils:* 90 percent
*Minor components:* 10 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

**Description of Apperson**

**Setting**

*Landform:* Interfluves
*Landform position (two-dimensional):* Footslope
*Landform position (three-dimensional):* Base slope
*Down-slope shape:* Linear
*Across-slope shape:* Linear
*Parent material:* Calcareous clayey residuum weathered from limestone

**Typical profile**

*A - 0 to 12 inches:* silt loam
*BA - 12 to 14 inches:* silt loam
*Bt1 - 14 to 18 inches:* silty clay loam
*Bt2 - 18 to 33 inches:* silty clay
*BC - 33 to 46 inches:* silty clay
*R - 46 to 79 inches:* bedrock

**Properties and qualities**

*Slope:* 1 to 3 percent
*Depth to restrictive feature:* 40 to 60 inches to lithic bedrock
*Drainage class:* Somewhat poorly drained
*Capacity of the most limiting layer to transmit water (Ksat):* Very low to moderately low (0.00 to 0.01 in/hr)
*Depth to water table:* About 8 to 17 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Calcium carbonate, maximum content:* 2 percent
*Maximum salinity:* Nonsaline to very slightly saline (0.0 to 2.0 mmhos/cm)
*Available water supply, 0 to 60 inches:* Moderate (about 7.6 inches)

**Interpretive groups**

*Land capability classification (irrigated):* None specified
*Land capability classification (nonirrigated):* 3e
*Hydrologic Soil Group:* D
*Ecological site:* R112XY103KS - Loamy Upland
*Hydric soil rating:* No

**Minor Components**

**Wagstaff**

*Percent of map unit:* 5 percent
*Landform:* Interfluves
*Landform position (two-dimensional):* Summit, shoulder
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY102KS - Clayey Upland
*Hydric soil rating:* No

**Shidler**

*Percent of map unit:* 3 percent
*Landform:* Interfluves
*Landform position (two-dimensional):* Summit, shoulder
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY106OK - Shallow Limestone Upland
*Hydric soil rating:* No

**Woodson**

*Percent of map unit:* 2 percent
*Landform:* Divides
*Landform position (two-dimensional):* Summit
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY102KS - Clayey Upland
*Hydric soil rating:* No

## LuB—Lula silt loam, 1 to 3 percent slopes

**Map Unit Setting**

*National map unit symbol:* 2tgty
*Elevation:* 540 to 1,300 feet
*Mean annual precipitation:* 37 to 48 inches
*Mean annual air temperature:* 57 to 63 degrees F
*Frost-free period:* 190 to 220 days
*Farmland classification:* All areas are prime farmland

**Map Unit Composition**

*Lula and similar soils:* 80 percent
*Minor components:* 20 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

**Description of Lula**

**Setting**

*Landform:* Interfluves
*Landform position (two-dimensional):* Summit
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Parent material:* Silty residuum weathered from limestone

**Typical profile**

*A - 0 to 10 inches:* silt loam
*BA - 10 to 18 inches:* silty clay loam
*Bt - 18 to 52 inches:* silty clay loam
*R - 52 to 62 inches:* bedrock

**Properties and qualities**

*Slope:* 1 to 3 percent
*Depth to restrictive feature:* 40 to 60 inches to lithic bedrock
*Drainage class:* Well drained
*Capacity of the most limiting layer to transmit water (Ksat):* Moderately low to moderately high (0.03 to 0.28 in/hr)
*Depth to water table:* More than 80 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Maximum salinity:* Nonsaline to very slightly saline (0.0 to 2.0 mmhos/cm)
*Available water supply, 0 to 60 inches:* High (about 9.6 inches)

**Interpretive groups**

*Land capability classification (irrigated):* None specified
*Land capability classification (nonirrigated):* 2e
*Hydrologic Soil Group:* B
*Ecological site:* R112XY103KS - Loamy Upland
*Hydric soil rating:* No

**Minor Components**

**Catoosa**

*Percent of map unit:* 8 percent
*Landform:* Interfluves
*Landform position (two-dimensional):* Summit, shoulder, backslope
*Landform position (three-dimensional):* Side slope
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY103KS - Loamy Upland
*Hydric soil rating:* No

**Dennis**

*Percent of map unit:* 5 percent
*Landform:* Interfluves
*Landform position (two-dimensional):* Summit, footslope
*Landform position (three-dimensional):* Interfluve, base slope
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY103KS - Loamy Upland
*Hydric soil rating:* No

**Apperson**

*Percent of map unit:* 4 percent
*Landform:* Interfluves
*Landform position (two-dimensional):* Footslope
*Landform position (three-dimensional):* Base slope
*Down-slope shape:* Linear
*Across-slope shape:* Linear
*Ecological site:* R112XY102KS - Clayey Upland
*Hydric soil rating:* No

**Newtonia**

*Percent of map unit:* 3 percent
*Landform:* Hillslopes
*Landform position (two-dimensional):* Summit
*Landform position (three-dimensional):* Crest
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY103KS - Loamy Upland
*Hydric soil rating:* No

## Ot—Mayes silty clay loam, 0 to 1 percent slopes

**Map Unit Setting**

*National map unit symbol:* 2w7ky
*Elevation:* 570 to 1,150 feet
*Mean annual precipitation:* 32 to 48 inches
*Mean annual air temperature:* 52 to 63 degrees F
*Frost-free period:* 185 to 255 days
*Farmland classification:* Not prime farmland

**Map Unit Composition**

*Mayes and similar soils:* 90 percent
*Minor components:* 10 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

**Description of Mayes**

**Setting**

*Landform:* Paleoterraces
*Landform position (three-dimensional):* Tread
*Down-slope shape:* Linear
*Across-slope shape:* Linear
*Parent material:* Clayey and loamy alluvium

**Typical profile**

*A - 0 to 9 inches:* silty clay loam
*AB - 9 to 14 inches:* silty clay loam
*Btg - 14 to 43 inches:* clay
*BCg - 43 to 79 inches:* clay

**Properties and qualities**

*Slope:* 0 to 1 percent
*Depth to restrictive feature:* More than 80 inches
*Drainage class:* Poorly drained
*Capacity of the most limiting layer to transmit water (Ksat):* Low to moderately low (0.00 to 0.06 in/hr)
*Depth to water table:* About 18 to 24 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Calcium carbonate, maximum content:* 3 percent
*Gypsum, maximum content:* 1 percent
*Maximum salinity:* Nonsaline to very slightly saline (0.0 to 2.0 mmhos/cm)
*Sodium adsorption ratio, maximum:* 4.0
*Available water supply, 0 to 60 inches:* High (about 9.6 inches)

**Interpretive groups**

*Land capability classification (irrigated):* None specified
*Land capability classification (nonirrigated):* 3w
*Hydrologic Soil Group:* D
*Ecological site:* R112XY102KS - Clayey Upland
*Hydric soil rating:* No

**Minor Components**

**Apperson**

*Percent of map unit:* 5 percent
*Landform:* Interfluves
*Landform position (two-dimensional):* Footslope
*Landform position (three-dimensional):* Base slope
*Down-slope shape:* Linear
*Across-slope shape:* Linear
*Ecological site:* R112XY102KS - Clayey Upland
*Hydric soil rating:* No

**Dennis**

*Percent of map unit:* 3 percent
*Landform:* Interfluves
*Landform position (two-dimensional):* Summit, footslope
*Landform position (three-dimensional):* Interfluve, base slope
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY103KS - Loamy Upland
*Hydric soil rating:* No

**Parsons**

*Percent of map unit:* 2 percent
*Landform:* Divides
*Landform position (two-dimensional):* Summit
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Concave
*Across-slope shape:* Concave
*Ecological site:* R112XY101KS - Claypan Upland
*Hydric soil rating:* No

## PaA—Parsons silt loam, 0 to 1 percent slopes

**Map Unit Setting**

*National map unit symbol:* 2thdx
*Elevation:* 510 to 1,340 feet
*Mean annual precipitation:* 35 to 45 inches
*Mean annual air temperature:* 55 to 61 degrees F
*Frost-free period:* 175 to 230 days
*Farmland classification:* All areas are prime farmland

**Map Unit Composition**

*Parsons and similar soils:* 85 percent
*Minor components:* 15 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

**Description of Parsons**

**Setting**

*Landform:* Divides
*Landform position (two-dimensional):* Summit
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Concave
*Across-slope shape:* Concave
*Parent material:* Loess over clayey alluvium and/or clayey residuum weathered from clayey shale

**Typical profile**

*Ap - 0 to 8 inches:* silt loam
*E - 8 to 14 inches:* silt loam
*2Btg1 - 14 to 24 inches:* silty clay
*2Btg2 - 24 to 39 inches:* silty clay
*2BC - 39 to 59 inches:* silty clay loam
*2C - 59 to 79 inches:* silty clay loam

**Properties and qualities**

*Slope:* 0 to 1 percent
*Depth to restrictive feature:* 9 to 17 inches to abrupt textural change
*Drainage class:* Somewhat poorly drained
*Capacity of the most limiting layer to transmit water (Ksat):* Very low to moderately low (0.00 to 0.06 in/hr)
*Depth to water table:* About 6 to 18 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Gypsum, maximum content:* 6 percent
*Maximum salinity:* Nonsaline to very slightly saline (0.0 to 2.0 mmhos/cm)
*Available water supply, 0 to 60 inches:* Very low (about 2.9 inches)

**Interpretive groups**

*Land capability classification (irrigated):* None specified
*Land capability classification (nonirrigated):* 3w

*Hydrologic Soil Group:* D
*Ecological site:* R112XY101KS - Claypan Upland
*Hydric soil rating:* No

### Minor Components

#### Dennis

*Percent of map unit:* 6 percent
*Landform:* Interfluves
*Landform position (two-dimensional):* Footslope
*Landform position (three-dimensional):* Base slope
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY103KS - Loamy Upland
*Hydric soil rating:* No

#### Pharoah

*Percent of map unit:* 5 percent
*Landform:* Paleoterraces
*Landform position (three-dimensional):* Tread
*Down-slope shape:* Concave
*Across-slope shape:* Linear
*Ecological site:* R112XY102KS - Clayey Upland
*Hydric soil rating:* No

#### Zaar

*Percent of map unit:* 3 percent
*Landform:* Interfluves
*Landform position (two-dimensional):* Footslope
*Landform position (three-dimensional):* Base slope
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY102KS - Clayey Upland
*Hydric soil rating:* No

#### Aquolls

*Percent of map unit:* 1 percent
*Landform:* Divides
*Landform position (two-dimensional):* Summit
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Concave
*Across-slope shape:* Concave
*Hydric soil rating:* Yes

## SuB—Apperson silty clay loam, 1 to 3 percent slopes

### Map Unit Setting

*National map unit symbol:* 2t64r
*Elevation:* 590 to 1,530 feet
*Mean annual precipitation:* 45 to 51 inches
*Mean annual air temperature:* 55 to 59 degrees F

*Frost-free period:* 180 to 210 days
*Farmland classification:* All areas are prime farmland

**Map Unit Composition**

*Apperson and similar soils:* 90 percent
*Minor components:* 10 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

**Description of Apperson**

**Setting**

*Landform:* Interfluves
*Landform position (two-dimensional):* Footslope
*Landform position (three-dimensional):* Base slope
*Down-slope shape:* Linear
*Across-slope shape:* Linear
*Parent material:* Calcareous clayey residuum weathered from limestone

**Typical profile**

*A - 0 to 8 inches:* silty clay loam
*BA - 8 to 12 inches:* silty clay loam
*Bt1 - 12 to 23 inches:* silty clay
*Bt2 - 23 to 38 inches:* silty clay
*BC - 38 to 43 inches:* silty clay
*R - 43 to 79 inches:* bedrock

**Properties and qualities**

*Slope:* 1 to 3 percent
*Depth to restrictive feature:* 40 to 60 inches to lithic bedrock
*Drainage class:* Somewhat poorly drained
*Capacity of the most limiting layer to transmit water (Ksat):* Very low to moderately low (0.00 to 0.01 in/hr)
*Depth to water table:* About 8 to 17 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Calcium carbonate, maximum content:* 2 percent
*Maximum salinity:* Nonsaline to very slightly saline (0.0 to 2.0 mmhos/cm)
*Available water supply, 0 to 60 inches:* Moderate (about 6.6 inches)

**Interpretive groups**

*Land capability classification (irrigated):* None specified
*Land capability classification (nonirrigated):* 3e
*Hydrologic Soil Group:* D
*Ecological site:* R112XY102KS - Clayey Upland
*Hydric soil rating:* No

**Minor Components**

**Wagstaff**

*Percent of map unit:* 5 percent
*Landform:* Interfluves
*Landform position (two-dimensional):* Summit, shoulder
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY102KS - Clayey Upland
*Hydric soil rating:* No

**Shidler**

*Percent of map unit:* 3 percent
*Landform:* Interfluves
*Landform position (two-dimensional):* Summit, shoulder
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY106OK - Shallow Limestone Upland
*Hydric soil rating:* No

**Woodson**

*Percent of map unit:* 2 percent
*Landform:* Divides
*Landform position (two-dimensional):* Summit
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY102KS - Clayey Upland
*Hydric soil rating:* No

## SuC—Apperson silty clay loam, 3 to 5 percent slopes

**Map Unit Setting**

*National map unit symbol:* 2t64w
*Elevation:* 590 to 980 feet
*Mean annual precipitation:* 41 to 45 inches
*Mean annual air temperature:* 55 to 61 degrees F
*Frost-free period:* 190 to 220 days
*Farmland classification:* All areas are prime farmland

**Map Unit Composition**

*Apperson and similar soils:* 90 percent
*Minor components:* 10 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

**Description of Apperson**

**Setting**

*Landform:* Interfluves
*Landform position (two-dimensional):* Footslope
*Landform position (three-dimensional):* Base slope
*Down-slope shape:* Linear
*Across-slope shape:* Linear
*Parent material:* Calcareous clayey residuum weathered from limestone

**Typical profile**

*A - 0 to 8 inches:* silty clay loam
*BA - 8 to 12 inches:* silty clay loam
*Bt1 - 12 to 23 inches:* silty clay
*Bt2 - 23 to 38 inches:* silty clay

*BC - 38 to 43 inches:* silty clay
*R - 43 to 79 inches:* bedrock

**Properties and qualities**

*Slope:* 3 to 5 percent
*Depth to restrictive feature:* 40 to 60 inches to lithic bedrock
*Drainage class:* Somewhat poorly drained
*Capacity of the most limiting layer to transmit water (Ksat):* Very low to moderately low (0.00 to 0.01 in/hr)
*Depth to water table:* About 8 to 17 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Calcium carbonate, maximum content:* 2 percent
*Maximum salinity:* Nonsaline to very slightly saline (0.0 to 2.0 mmhos/cm)
*Available water supply, 0 to 60 inches:* Moderate (about 6.6 inches)

**Interpretive groups**

*Land capability classification (irrigated):* None specified
*Land capability classification (nonirrigated):* 3e
*Hydrologic Soil Group:* D
*Ecological site:* R112XY102KS - Clayey Upland
*Hydric soil rating:* No

**Minor Components**

**Dennis**

*Percent of map unit:* 5 percent
*Landform:* Hillslopes
*Landform position (two-dimensional):* Footslope
*Landform position (three-dimensional):* Base slope
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY103KS - Loamy Upland
*Hydric soil rating:* No

**Aliceville**

*Percent of map unit:* 3 percent
*Landform:* Interfluves
*Landform position (two-dimensional):* Summit, shoulder
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY102KS - Clayey Upland
*Hydric soil rating:* No

**Shidler**

*Percent of map unit:* 2 percent
*Landform:* Interfluves
*Landform position (two-dimensional):* Summit, shoulder
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY106OK - Shallow Limestone Upland
*Hydric soil rating:* No

## TIB—Shidler silty clay loam, 0 to 3 percent slopes

### Map Unit Setting

*National map unit symbol:* 2yr9r
*Elevation:* 660 to 980 feet
*Mean annual precipitation:* 42 to 45 inches
*Mean annual air temperature:* 55 to 61 degrees F
*Frost-free period:* 190 to 210 days
*Farmland classification:* Not prime farmland

### Map Unit Composition

*Shidler and similar soils:* 85 percent
*Minor components:* 15 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

### Description of Shidler

#### Setting

*Landform:* Interfluves
*Landform position (two-dimensional):* Summit, shoulder
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Parent material:* Loamy residuum weathered from cherty limestone

#### Typical profile

*A - 0 to 8 inches:* silty clay loam
*R - 8 to 79 inches:* bedrock

#### Properties and qualities

*Slope:* 0 to 3 percent
*Surface area covered with cobbles, stones or boulders:* 0.0 percent
*Depth to restrictive feature:* 6 to 20 inches to lithic bedrock
*Drainage class:* Well drained
*Capacity of the most limiting layer to transmit water (Ksat):* Very low to low (0.00 to 0.00 in/hr)
*Depth to water table:* More than 80 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Maximum salinity:* Nonsaline to very slightly saline (0.0 to 2.0 mmhos/cm)
*Available water supply, 0 to 60 inches:* Very low (about 1.5 inches)

#### Interpretive groups

*Land capability classification (irrigated):* None specified
*Land capability classification (nonirrigated):* 7s
*Hydrologic Soil Group:* D
*Ecological site:* R112XY106OK - Shallow Limestone Upland
*Hydric soil rating:* No

### Minor Components

#### Claremore

*Percent of map unit:* 5 percent
*Landform:* Hillslopes
*Landform position (two-dimensional):* Shoulder
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY106OK - Shallow Limestone Upland
*Hydric soil rating:* No

#### Lenapah

*Percent of map unit:* 3 percent
*Landform:* Interfluves
*Landform position (two-dimensional):* Summit
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY106OK - Shallow Limestone Upland
*Hydric soil rating:* No

#### Apperson

*Percent of map unit:* 3 percent
*Landform:* Interfluves
*Landform position (two-dimensional):* Footslope
*Landform position (three-dimensional):* Base slope
*Down-slope shape:* Linear
*Across-slope shape:* Linear
*Ecological site:* R112XY102KS - Clayey Upland
*Hydric soil rating:* No

#### Aliceville

*Percent of map unit:* 2 percent
*Landform:* Interfluves
*Landform position (two-dimensional):* Summit, shoulder
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY102KS - Clayey Upland
*Hydric soil rating:* No

#### Bolivar

*Percent of map unit:* 2 percent
*Landform:* Hillslopes
*Landform position (two-dimensional):* Backslope
*Landform position (three-dimensional):* Side slope
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* F116BY007MO - Dry Sandstone Upland Woodland
*Hydric soil rating:* No

## TsD—Shidler-Catoosa complex, 1 to 8 percent slopes

**Map Unit Setting**

*National map unit symbol:* 2zgwm
*Elevation:* 640 to 830 feet
*Mean annual precipitation:* 41 to 48 inches
*Mean annual air temperature:* 57 to 63 degrees F
*Frost-free period:* 190 to 220 days
*Farmland classification:* Not prime farmland

**Map Unit Composition**

*Shidler and similar soils:* 45 percent
*Catoosa and similar soils:* 40 percent
*Minor components:* 15 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

**Description of Shidler**

**Setting**

*Landform:* Interfluves
*Landform position (two-dimensional):* Summit, shoulder, backslope
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Parent material:* Loamy residuum weathered from cherty limestone

**Typical profile**

*A - 0 to 8 inches:* silty clay loam
*R - 8 to 79 inches:* bedrock

**Properties and qualities**

*Slope:* 1 to 8 percent
*Surface area covered with cobbles, stones or boulders:* 0.0 percent
*Depth to restrictive feature:* 6 to 20 inches to lithic bedrock
*Drainage class:* Well drained
*Capacity of the most limiting layer to transmit water (Ksat):* Very low to low (0.00 to 0.00 in/hr)
*Depth to water table:* More than 80 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Maximum salinity:* Nonsaline to very slightly saline (0.0 to 2.0 mmhos/cm)
*Available water supply, 0 to 60 inches:* Very low (about 1.5 inches)

**Interpretive groups**

*Land capability classification (irrigated):* None specified
*Land capability classification (nonirrigated):* 7s
*Hydrologic Soil Group:* D
*Ecological site:* R112XY106OK - Shallow Limestone Upland
*Hydric soil rating:* No

### Description of Catoosa

#### Setting

*Landform:* Interfluves
*Landform position (two-dimensional):* Summit, shoulder, backslope
*Landform position (three-dimensional):* Side slope
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Parent material:* Residuum weathered from limestone

#### Typical profile

*A - 0 to 15 inches:* silt loam
*Bt - 15 to 28 inches:* silty clay loam
*R - 28 to 79 inches:* bedrock

#### Properties and qualities

*Slope:* 1 to 8 percent
*Depth to restrictive feature:* 20 to 40 inches to lithic bedrock
*Drainage class:* Well drained
*Capacity of the most limiting layer to transmit water (Ksat):* Very low to low (0.00 to 0.00 in/hr)
*Depth to water table:* More than 80 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Maximum salinity:* Nonsaline to very slightly saline (0.0 to 2.0 mmhos/cm)
*Available water supply, 0 to 60 inches:* Low (about 5.5 inches)

#### Interpretive groups

*Land capability classification (irrigated):* None specified
*Land capability classification (nonirrigated):* 4e
*Hydrologic Soil Group:* C
*Ecological site:* R112XY103KS - Loamy Upland
*Hydric soil rating:* No

### Minor Components

#### Claremore

*Percent of map unit:* 5 percent
*Landform:* Hillslopes
*Landform position (two-dimensional):* Shoulder
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY106OK - Shallow Limestone Upland
*Hydric soil rating:* No

#### Lenapah

*Percent of map unit:* 5 percent
*Landform:* Interfluves
*Landform position (two-dimensional):* Summit, shoulder, backslope
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY106OK - Shallow Limestone Upland
*Hydric soil rating:* No

**Bolivar**

*Percent of map unit:* 3 percent
*Landform:* Interfluves
*Landform position (two-dimensional):* Summit, shoulder
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* F116BY007MO - Dry Sandstone Upland Woodland
*Hydric soil rating:* No

**Aliceville**

*Percent of map unit:* 2 percent
*Landform:* Interfluves
*Landform position (two-dimensional):* Summit, shoulder
*Landform position (three-dimensional):* Interfluve
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Ecological site:* R112XY102KS - Clayey Upland
*Hydric soil rating:* No

## Vt—Verdigris-Eram complex, 0 to 20 percent slopes

### Map Unit Setting

*National map unit symbol:* 2zcc8
*Elevation:* 660 to 980 feet
*Mean annual precipitation:* 43 to 45 inches
*Mean annual air temperature:* 57 to 61 degrees F
*Frost-free period:* 190 to 210 days
*Farmland classification:* Not prime farmland

### Map Unit Composition

*Verdigris and similar soils:* 65 percent
*Eram and similar soils:* 35 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

### Description of Verdigris

#### Setting

*Landform:* Drainageways
*Landform position (three-dimensional):* Tread
*Down-slope shape:* Linear
*Across-slope shape:* Linear
*Parent material:* Silty alluvium

#### Typical profile

*A - 0 to 22 inches:* silt loam
*AC - 22 to 42 inches:* silt loam
*C - 42 to 79 inches:* silt loam

**Properties and qualities**

*Slope:* 0 to 1 percent
*Depth to restrictive feature:* More than 80 inches
*Drainage class:* Well drained
*Capacity of the most limiting layer to transmit water (Ksat):* Moderately high to high (0.60 to 2.00 in/hr)
*Depth to water table:* More than 80 inches
*Frequency of flooding:* Frequent
*Frequency of ponding:* None
*Maximum salinity:* Nonsaline to very slightly saline (0.0 to 2.0 mmhos/cm)
*Available water supply, 0 to 60 inches:* High (about 12.0 inches)

**Interpretive groups**

*Land capability classification (irrigated):* None specified
*Land capability classification (nonirrigated):* 5w
*Hydrologic Soil Group:* B
*Ecological site:* R112XY120MO - Loamy Upland Drainageway
*Hydric soil rating:* No

**Description of Eram**

**Setting**

*Landform:* Hillslopes
*Landform position (two-dimensional):* Backslope
*Landform position (three-dimensional):* Side slope
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Parent material:* Clayey residuum weathered from sandstone and shale

**Typical profile**

*A - 0 to 10 inches:* silt loam
*Bt - 10 to 16 inches:* silty clay
*BC - 16 to 28 inches:* silty clay
*Cr - 28 to 42 inches:* bedrock

**Properties and qualities**

*Slope:* 3 to 20 percent
*Depth to restrictive feature:* 20 to 40 inches to paralithic bedrock
*Drainage class:* Moderately well drained
*Capacity of the most limiting layer to transmit water (Ksat):* Very low to moderately high (0.00 to 0.20 in/hr)
*Depth to water table:* About 12 to 31 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Maximum salinity:* Nonsaline to very slightly saline (0.0 to 2.0 mmhos/cm)
*Available water supply, 0 to 60 inches:* Low (about 3.6 inches)

**Interpretive groups**

*Land capability classification (irrigated):* None specified
*Land capability classification (nonirrigated):* 6e
*Hydrologic Soil Group:* D
*Ecological site:* R112XY103KS - Loamy Upland
*Hydric soil rating:* No

# Soil Information for All Uses

## Soil Reports

The Soil Reports section includes various formatted tabular and narrative reports (tables) containing data for each selected soil map unit and each component of each unit. No aggregation of data has occurred as is done in reports in the Soil Properties and Qualities and Suitabilities and Limitations sections.

The reports contain soil interpretive information as well as basic soil properties and qualities. A description of each report (table) is included.

## Soil Physical Properties

This folder contains a collection of tabular reports that present soil physical properties. The reports (tables) include all selected map units and components for each map unit. Soil physical properties are measured or inferred from direct observations in the field or laboratory. Examples of soil physical properties include percent clay, organic matter, saturated hydraulic conductivity, available water capacity, and bulk density.

### Engineering Properties

This table gives the engineering classifications and the range of engineering properties for the layers of each soil in the survey area.

*Hydrologic soil group* is a group of soils having similar runoff potential under similar storm and cover conditions. The criteria for determining Hydrologic soil group is found in the National Engineering Handbook, Chapter 7 issued May 2007(http://directives.sc.egov.usda.gov/OpenNonWebContent.aspx?content=17757.wba). Listing HSGs by soil map unit component and not by soil series is a new concept for the engineers. Past engineering references contained lists of HSGs by soil series. Soil series are continually being defined and redefined, and the list of soil series names changes so frequently as to make the task of maintaining a single national list virtually impossible. Therefore, the criteria is now used to calculate the HSG using the component soil properties and no such national series lists will be maintained. All such references are obsolete and their use should be discontinued. Soil properties that influence runoff potential are those that influence the minimum rate of infiltration for a bare soil after prolonged wetting and when not frozen. These properties are depth to a seasonal high water table, saturated hydraulic conductivity after prolonged wetting, and depth to a layer with a very slow water transmission

rate. Changes in soil properties caused by land management or climate changes also cause the hydrologic soil group to change. The influence of ground cover is treated independently. There are four hydrologic soil groups, A, B, C, and D, and three dual groups, A/D, B/D, and C/D. In the dual groups, the first letter is for drained areas and the second letter is for undrained areas.

The four hydrologic soil groups are described in the following paragraphs:

*Group A.* Soils having a high infiltration rate (low runoff potential) when thoroughly wet. These consist mainly of deep, well drained to excessively drained sands or gravelly sands. These soils have a high rate of water transmission.

*Group B.* Soils having a moderate infiltration rate when thoroughly wet. These consist chiefly of moderately deep or deep, moderately well drained or well drained soils that have moderately fine texture to moderately coarse texture. These soils have a moderate rate of water transmission.

*Group C.* Soils having a slow infiltration rate when thoroughly wet. These consist chiefly of soils having a layer that impedes the downward movement of water or soils of moderately fine texture or fine texture. These soils have a slow rate of water transmission.

*Group D.* Soils having a very slow infiltration rate (high runoff potential) when thoroughly wet. These consist chiefly of clays that have a high shrink-swell potential, soils that have a high water table, soils that have a claypan or clay layer at or near the surface, and soils that are shallow over nearly impervious material. These soils have a very slow rate of water transmission.

*Depth* to the upper and lower boundaries of each layer is indicated.

*Texture* is given in the standard terms used by the U.S. Department of Agriculture. These terms are defined according to percentages of sand, silt, and clay in the fraction of the soil that is less than 2 millimeters in diameter. "Loam," for example, is soil that is 7 to 27 percent clay, 28 to 50 percent silt, and less than 52 percent sand. If the content of particles coarser than sand is 15 percent or more, an appropriate modifier is added, for example, "gravelly."

*Classification* of the soils is determined according to the Unified soil classification system (ASTM, 2005) and the system adopted by the American Association of State Highway and Transportation Officials (AASHTO, 2004).

The Unified system classifies soils according to properties that affect their use as construction material. Soils are classified according to particle-size distribution of the fraction less than 3 inches in diameter and according to plasticity index, liquid limit, and organic matter content. Sandy and gravelly soils are identified as GW, GP, GM, GC, SW, SP, SM, and SC; silty and clayey soils as ML, CL, OL, MH, CH, and OH; and highly organic soils as PT. Soils exhibiting engineering properties of two groups can have a dual classification, for example, CL-ML.

The AASHTO system classifies soils according to those properties that affect roadway construction and maintenance. In this system, the fraction of a mineral soil that is less than 3 inches in diameter is classified in one of seven groups from A-1 through A-7 on the basis of particle-size distribution, liquid limit, and plasticity index. Soils in group A-1 are coarse grained and low in content of fines (silt and clay). At the other extreme, soils in group A-7 are fine grained. Highly organic soils are classified in group A-8 on the basis of visual inspection.

If laboratory data are available, the A-1, A-2, and A-7 groups are further classified as A-1-a, A-1-b, A-2-4, A-2-5, A-2-6, A-2-7, A-7-5, or A-7-6. As an additional refinement, the suitability of a soil as subgrade material can be indicated by a group

index number. Group index numbers range from 0 for the best subgrade material to 20 or higher for the poorest.

*Percentage of rock fragments* larger than 10 inches in diameter and 3 to 10 inches in diameter are indicated as a percentage of the total soil on a dry-weight basis. The percentages are estimates determined mainly by converting volume percentage in the field to weight percentage. Three values are provided to identify the expected Low (L), Representative Value (R), and High (H).

*Percentage (of soil particles) passing designated sieves* is the percentage of the soil fraction less than 3 inches in diameter based on an ovendry weight. The sieves, numbers 4, 10, 40, and 200 (USA Standard Series), have openings of 4.76, 2.00, 0.420, and 0.074 millimeters, respectively. Estimates are based on laboratory tests of soils sampled in the survey area and in nearby areas and on estimates made in the field. Three values are provided to identify the expected Low (L), Representative Value (R), and High (H).

*Liquid limit* and *plasticity index* (Atterberg limits) indicate the plasticity characteristics of a soil. The estimates are based on test data from the survey area or from nearby areas and on field examination. Three values are provided to identify the expected Low (L), Representative Value (R), and High (H).

References:

American Association of State Highway and Transportation Officials (AASHTO). 2004. Standard specifications for transportation materials and methods of sampling and testing. 24th edition.

American Society for Testing and Materials (ASTM). 2005. Standard classification of soils for engineering purposes. ASTM Standard D2487-00.

Absence of an entry indicates that the data were not estimated. The asterisk '*' denotes the representative texture; other possible textures follow the dash. The criteria for determining the hydrologic soil group for individual soil components is found in the National Engineering Handbook, Chapter 7 issued May 2007(http://directives.sc.egov.usda.gov/OpenNonWebContent.aspx?content=17757.wba). Three values are provided to identify the expected Low (L), Representative Value (R), and High (H).

**Engineering Properties–Craig County, Oklahoma**

| Map unit symbol and soil name | Pct. of map unit | Hydrologic group | Depth | USDA texture | Classification | | Pct Fragments | | Percentage passing sieve number— | | | | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Unified | AASHTO | >10 inches | 3-10 inches | 4 | 10 | 40 | 200 | | |
| | | | In | | | | L-R-H | L-R-H | L-R-H | L-R-H | L-R-H | L-R-H | L-R-H | L-R-H |
| BoB—Apperson silt loam, 1 to 3 percent slopes | | | | | | | | | | | | | | |
| Apperson | 90 | D | 0-12 | Silt loam | CL, ML | A-6, A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 81-98-100 | 78-97-100 | 74-94-98 | 31-39-47 | 12-15-18 |
| | | | 12-14 | Silt loam, silty clay loam | CH, CL | A-6, A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 100-100-100 | 93-99-100 | 82-93-99 | 31-36-51 | 13-17-28 |
| | | | 14-18 | Silty clay loam, silty clay | CH, CL | A-7, A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 100-100-100 | 94-99-100 | 84-93-100 | 41-47-60 | 21-25-34 |
| | | | 18-33 | Silty clay | CH | A-7, A-7-6 | 0- 0- 0 | 0- 0- 0 | 90-94-100 | 79-89-100 | 73-88-100 | 68-86-100 | 51-61-73 | 29-36-44 |
| | | | 33-46 | Silty clay | CH | A-7, A-7-6 | 0- 0- 0 | 0- 0- 0 | 89-94-100 | 79-89-100 | 73-88-100 | 67-85-100 | 51-61-73 | 29-36-44 |
| | | | 46-79 | Bedrock | — | — | — | — | — | — | — | — | — | — |
| LuB—Lula silt loam, 1 to 3 percent slopes | | | | | | | | | | | | | | |
| Lula | 80 | B | 0-10 | Silt loam | CL | A-4, A-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 100-100-100 | 92-99-100 | 82-92-100 | 25-31-40 | 8-11-16 |
| | | | 10-18 | Silty clay loam, clay loam, silt loam | CL | A-4, A-6, A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 100-100-100 | 90-99-100 | 80-94-100 | 26-38-45 | 8-17-22 |
| | | | 18-52 | Silty clay loam, clay loam | CL | A-6, A-7-6 | 0- 0- 0 | 0- 0- 0 | 89-94-100 | 79-87-100 | 75-86-100 | 71-83-99 | 34-40-45 | 16-19-22 |
| | | | 52-62 | Bedrock | — | — | — | — | — | — | — | — | — | — |



McComb_002642

| Engineering Properties–Craig County, Oklahoma | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Map unit symbol and soil name | Pct. of map unit | Hydrologic group | Depth | USDA texture | Classification | | Pct Fragments | | Percentage passing sieve number— | | | | Liquid limit | Plasticity index |
| | | | | | Unified | AASHTO | >10 inches | 3-10 inches | 4 | 10 | 40 | 200 | | |
| | | | In | | | | L-R-H | L-R-H | L-R-H | L-R-H | L-R-H | L-R-H | L-R-H | L-R-H |
| Ot—Mayes silty clay loam, 0 to 1 percent slopes | | | | | | | | | | | | | | |
| Mayes | 90 | D | 0-9 | Silty clay loam | CH, CL | A-6, A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 100-100-100 | 94-99-100 | 81-87-97 | 34-39-52 | 16-20-29 |
| | | | 9-14 | Silt loam, clay loam, silty clay loam | CH, CL | A-6, A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 100-100-100 | 87-99-100 | 70-88-100 | 29-41-50 | 12-22-29 |
| | | | 14-43 | Clay, silty clay, silty clay loam, clay loam | CH, CL | A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 100-100-100 | 83-94-100 | 64-77-93 | 48-61-66 | 29-39-43 |
| | | | 43-79 | Clay, silty clay, silty clay loam | CH, CL | A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 100-100-100 | 84-94-100 | 65-77-92 | 45-62-66 | 25-40-43 |
| PaA—Parsons silt loam, 0 to 1 percent slopes | | | | | | | | | | | | | | |
| Parsons | 85 | D | 0-8 | Silt loam | CL, ML | A-4, A-6, A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 96-98-100 | 88-96-100 | 78-87-94 | 27-37-45 | 9-13-17 |
| | | | 8-14 | Silt loam | CL | A-4, A-6, A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 96-98-100 | 86-94-100 | 76-86-93 | 26-36-41 | 9-16-17 |
| | | | 14-24 | Silty clay loam, clay, silty clay | CH, CL | A-7-5, A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 96-98-100 | 84-97-100 | 74-93-100 | 43-63-80 | 25-37-48 |
| | | | 24-39 | Clay, silty clay, silty clay loam | CH, CL | A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 96-98-100 | 85-96-100 | 71-86-98 | 43-54-72 | 25-32-44 |
| | | | 39-59 | Silty clay, silty clay loam, clay | CH, CL | A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 96-98-100 | 85-95-100 | 73-86-100 | 44-48-71 | 25-27-44 |
| | | | 59-79 | Silty clay, silty clay loam, clay | CH, CL | A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 96-98-100 | 84-95-100 | 72-85-100 | 44-45-70 | 25-25-44 |

**Engineering Properties–Craig County, Oklahoma**

| Map unit symbol and soil name | Pct. of map unit | Hydrologic group | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Pct Fragments: >10 inches | Pct Fragments: 3-10 inches | Percentage passing sieve number—: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | In | | | | L-R-H | L-R-H | L-R-H | L-R-H | L-R-H | L-R-H | L-R-H | L-R-H |
| SuB—Apperson silty clay loam, 1 to 3 percent slopes | | | | | | | | | | | | | | |
| Apperson | 90 | D | 0-8 | Silty clay loam | CH, CL | A-6, A-7, A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 100-100-100 | 95-99-100 | 85-92-98 | 39-45-52 | 19-22-25 |
| | | | 8-12 | Silty clay loam, silty clay | CH, CL | A-7, A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 100-100-100 | 96-99-100 | 87-93-100 | 46-51-58 | 25-28-33 |
| | | | 12-23 | Silty clay loam, silty clay | CH, CL | A-7, A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 100-100-100 | 96-99-100 | 87-93-99 | 46-54-60 | 25-30-34 |
| | | | 23-38 | Silty clay | CH | A-7, A-7-6 | 0- 0- 0 | 0- 0- 0 | 90-95-100 | 80-90-100 | 72-89-100 | 69-86-100 | 51-61-73 | 29-36-44 |
| | | | 38-43 | Silty clay | CH | A-7, A-7-6 | 0- 0- 0 | 0- 0- 0 | 90-95-100 | 80-90-100 | 72-89-100 | 69-86-100 | 51-61-73 | 29-36-44 |
| | | | 43-79 | Bedrock | — | — | — | — | — | — | — | — | — | — |
| SuC—Apperson silty clay loam, 3 to 5 percent slopes | | | | | | | | | | | | | | |
| Apperson | 90 | D | 0-8 | Silty clay loam | CH, CL | A-6, A-7, A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 100-100-100 | 95-99-100 | 85-92-98 | 39-45-52 | 19-22-25 |
| | | | 8-12 | Silty clay loam, silty clay | CH, CL | A-7, A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 100-100-100 | 96-99-100 | 87-93-100 | 46-51-58 | 25-28-33 |
| | | | 12-23 | Silty clay loam, silty clay | CH, CL | A-7, A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 100-100-100 | 96-99-100 | 87-93-99 | 46-54-60 | 25-30-34 |
| | | | 23-38 | Silty clay | CH | A-7, A-7-6 | 0- 0- 0 | 0- 0- 0 | 90-95-100 | 80-90-100 | 72-89-100 | 69-86-100 | 51-61-73 | 29-36-44 |
| | | | 38-43 | Silty clay | CH | A-7, A-7-6 | 0- 0- 0 | 0- 0- 0 | 90-95-100 | 80-90-100 | 72-89-100 | 69-86-100 | 51-61-73 | 29-36-44 |
| | | | 43-79 | Bedrock | — | — | — | — | — | — | — | — | — | — |

**Engineering Properties–Craig County, Oklahoma**

| Map unit symbol and soil name | Pct. of map unit | Hydrologic group | Depth | USDA texture | Classification | | Pct Fragments | | Percentage passing sieve number— | | | | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Unified | AASHTO | >10 inches | 3-10 inches | 4 | 10 | 40 | 200 | | |
| | | | *In* | | | | *L-R-H* | *L-R-H* | *L-R-H* | *L-R-H* | *L-R-H* | *L-R-H* | *L-R-H* | *L-R-H* |
| TIB—Shidler silty clay loam, 0 to 3 percent slopes | | | | | | | | | | | | | | |
| Shidler | 85 | D | 0-8 | Silty clay loam | CL, MH | A-6, A-7-5, A-7-6 | 0- 5- 6 | 0- 7- 10 | 94-96-100 | 93-96-100 | 87-93-100 | 78-85-97 | 39-46-55 | 19-21-24 |
| | | | 8-79 | Bedrock | — | — | — | — | — | — | — | — | — | — |
| TsD—Shidler-Catoosa complex, 1 to 8 percent slopes | | | | | | | | | | | | | | |
| Shidler | 45 | D | 0-8 | Silty clay loam | CL, MH | A-6, A-7-5, A-7-6 | 0- 5- 6 | 0- 7- 10 | 94-96-100 | 93-96-100 | 87-93-100 | 78-85-97 | 39-46-55 | 19-21-24 |
| | | | 8-79 | Bedrock | — | — | — | — | — | — | — | — | — | — |
| Catoosa | 40 | C | 0-15 | Loam, silt loam | CL | A-6, A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 100-100-100 | 89-99-100 | 76-92-99 | 31-35-42 | 13-15-18 |
| | | | 15-28 | Clay loam, silty clay loam | CH, CL | A-6, A-7-6 | 0- 0- 0 | 0- 0- 0 | 92-95-100 | 84-92-100 | 77-92-100 | 70-88-100 | 38-44-50 | 19-24-28 |
| | | | 28-79 | Bedrock | — | — | — | — | — | — | — | — | — | — |

| Engineering Properties–Craig County, Oklahoma | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Map unit symbol and soil name | Pct. of map unit | Hydrologic group | Depth | USDA texture | Classification | | Pct Fragments | | Percentage passing sieve number— | | | | Liquid limit | Plasticity index |
| | | | | | Unified | AASHTO | >10 inches | 3-10 inches | 4 | 10 | 40 | 200 | | |
| | | | *In* | | | | *L-R-H* | *L-R-H* | *L-R-H* | *L-R-H* | *L-R-H* | *L-R-H* | *L-R-H* | *L-R-H* |
| Vt—Verdigris-Eram complex, 0 to 20 percent slopes | | | | | | | | | | | | | | |
| Verdigris | 65 | B | 0-22 | Silt loam | CL-ML, CL | A-6, A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 100-100-100 | 93-100-100 | 81-92-100 | 27-40-46 | 7-15-19 |
| | | | 22-42 | Silt loam, silty clay loam | CL | A-6, A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 100-100-100 | 93-100-100 | 81-92-100 | 29-37-47 | 12-18-25 |
| | | | 42-79 | Silty clay loam, silt loam | CL | A-6, A-7-6 | 0- 0- 0 | 0- 0- 0 | 100-100-100 | 100-100-100 | 93-100-100 | 81-92-100 | 29-37-47 | 12-18-25 |
| Eram | 35 | D | 0-10 | Silt loam | CL | A-6, A-7-6 | 0- 0- 0 | 0- 4- 12 | 86-95-100 | 86-95-100 | 80-93-100 | 73-87-100 | 30-39-43 | 12-16-18 |
| | | | 10-16 | Silty clay, clay loam, clay, silty clay loam | CH, CL | A-7-6 | 0- 0- 0 | 0- 4- 11 | 88-96-100 | 88-96-100 | 81-94-100 | 75-90-100 | 45-54-68 | 25-31-40 |
| | | | 16-28 | Clay, silty clay loam, silty clay, clay loam | CH, CL | A-7-6 | 0- 0- 0 | 0- 3- 10 | 89-96-100 | 88-96-100 | 82-94-100 | 76-90-100 | 44-55-67 | 25-32-40 |
| | | | 28-42 | Bedrock | — | — | — | — | — | — | — | — | — | — |

# References


American Association of State Highway and Transportation Officials (AASHTO). 2004. Standard specifications for transportation materials and methods of sampling and testing. 24th edition.

American Society for Testing and Materials (ASTM). 2005. Standard classification of soils for engineering purposes. ASTM Standard D2487-00.

Cowardin, L.M., V. Carter, F.C. Golet, and E.T. LaRoe. 1979. Classification of wetlands and deep-water habitats of the United States. U.S. Fish and Wildlife Service FWS/OBS-79/31.

Federal Register. July 13, 1994. Changes in hydric soils of the United States.

Federal Register. September 18, 2002. Hydric soils of the United States.

Hurt, G.W., and L.M. Vasilas, editors. Version 6.0, 2006. Field indicators of hydric soils in the United States.

National Research Council. 1995. Wetlands: Characteristics and boundaries.

Soil Survey Division Staff. 1993. Soil survey manual. Soil Conservation Service. U.S. Department of Agriculture Handbook 18. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/national/soils/?cid=nrcs142p2_054262

Soil Survey Staff. 1999. Soil taxonomy: A basic system of soil classification for making and interpreting soil surveys. 2nd edition. Natural Resources Conservation Service, U.S. Department of Agriculture Handbook 436. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/national/soils/?cid=nrcs142p2_053577

Soil Survey Staff. 2010. Keys to soil taxonomy. 11th edition. U.S. Department of Agriculture, Natural Resources Conservation Service. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/national/soils/?cid=nrcs142p2_053580

Tiner, R.W., Jr. 1985. Wetlands of Delaware. U.S. Fish and Wildlife Service and Delaware Department of Natural Resources and Environmental Control, Wetlands Section.

United States Army Corps of Engineers, Environmental Laboratory. 1987. Corps of Engineers wetlands delineation manual. Waterways Experiment Station Technical Report Y-87-1.

United States Department of Agriculture, Natural Resources Conservation Service. National forestry manual. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/soils/home/?cid=nrcs142p2_053374

United States Department of Agriculture, Natural Resources Conservation Service. National range and pasture handbook. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/national/landuse/rangepasture/?cid=stelprdb1043084

United States Department of Agriculture, Natural Resources Conservation Service. National soil survey handbook, title 430-VI. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/soils/scientists/?cid=nrcs142p2_054242

United States Department of Agriculture, Natural Resources Conservation Service. 2006. Land resource regions and major land resource areas of the United States, the Caribbean, and the Pacific Basin. U.S. Department of Agriculture Handbook 296. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/national/soils/?cid=nrcs142p2_053624

United States Department of Agriculture, Soil Conservation Service. 1961. Land capability classification. U.S. Department of Agriculture Handbook 210. http://www.nrcs.usda.gov/Internet/FSE_DOCUMENTS/nrcs142p2_052290.pdf