GFAC ENGINEERING

# GEOTECHNICAL DESKTOP STUDY
# PROPOSED VINITA DEVELOPMENT
# NWC US HWY 60 & COUNTY ROAD N4460
# CRAIG COUNTY, OKLAHOMA

**PROJECT NO. G2022063**

**September 2, 2022**

*This document was prepared for use only by the client, only for the purposes stated, and within a reasonable time from issuance. Non-commercial, educational, and scientific use of this report by regulatory agencies is regarded as a "fair use" and not a violation of copyright. Regulatory agencies may make additional copies of this document for internal use. Copies may also be made available to the public as required by law. The reprint must acknowledge the copyright and indicate that permission to reprint has been received.*

GFAC ENGINEERING

September 2, 2022
Project No.: G2022063

Mansion Entertainment Group
c/o Steve Hendrix (email: stevehendrix99@icloud.com)
189 Expressway Ln
Branson, Missouri 65616

**Subject:** **Geotechnical Desktop Study**
**Proposed Vinita Development**
**NWC US Hwy 60 and County Road N4460**
**Craig County, Oklahoma**

Dear Mr. Hendrix:

GFAC has completed the authorized geotechnical desktop study for the above-referenced project. The purpose of the geotechnical desktop study was review readily available information, perform a site visit, and to provide conceptual information for earthwork, foundations and pavements for budgetary purposes. The attached GFAC Engineering Inc. report contains a description of the findings of our field exploration and laboratory testing program, our engineering interpretation of the results with respect to the project characteristics, and our geotechnical site development and foundation design recommendations as well as construction guidelines for the planned project.

Recommendations provided herein are contingent on the provisions outlined in the ADDITIONAL SERVICES and LIMITATIONS sections of this report. The project Owner should become familiar with these provisions in order to assess further involvement by GFAC Engineering Inc. and other potential impacts to the proposed project.

We appreciate the opportunity to be of service and are prepared to provide the recommended additional services. Please call us if you have any questions concerning this report.

Respectfully submitted,
***GFAC TEXAS PLLC***
*Certificate of Authorization #8119; Exp. 6/30/2024*

Dale L. Kelley II, P.E.
Senior Project Engineer

Brian K. Marick, P.E.
Principal Engineer



McComb_002586

## TABLE OF CONTENTS


| SECTION | | PAGE |
|---|---|---|
| 1. | INTRODUCTION | 1 |
| 1.1 | GENERAL | 1 |
| 1.2 | PROPOSED CONSTRUCTION | 1 |
| 2. | SITE CONDITIONS | 3 |
| 2.1 | SITE DESCRIPTION | 3 |
| 2.2 | GENERAL SITE GEOLOGY | 3 |
| 2.3 | GEOMORPHIC PROVINCE | 4 |
| 2.4 | GEOLOGIC STRUCTURE AND FAULTING | 4 |
| 2.5 | NRCS SOIL SERIES | 5 |
| 2.6 | GROUNDWATER OBSERVATIONS | 7 |
| 3. | ANALYSIS AND DISCUSSION | 8 |
| 3.1 | GENERAL | 8 |
| 3.2 | SITE DEVELOPMENT | 8 |
| 3.2.1 | Stripping and Grubbing | 8 |
| 3.2.2 | Mucking | 8 |
| 3.2.3 | Proposed Utilities | 8 |
| 3.3 | STRUCTURAL FILL | 9 |
| 3.4 | EXPANSIVE SOILS AND BUILDING PAD PREPARATION | 10 |
| 3.5 | SOFT/UNSTABLE SOILS | 10 |
| 3.6 | PRELIMINARY BUILDING FOUNDATION CONSIDERATIONS | 11 |
| 3.6.1 | Shallow Foundations | 11 |
| 3.6.2 | Drilled Shaft Foundations | 11 |
| 3.7 | CONCRETE SLABS SUPPORTED ON-GRADE | 12 |
| 3.8 | CLIMATIC CONDITIONS AND CONSTRUCTION CONSIDERATION | 13 |
| 3.9 | LANDSCAPING AND SITE GRADING CONSIDERATIONS | 13 |
| 3.10 | PAVEMENTS | 14 |
| 4. | ADDITIONAL SERVICES | 15 |
| 4.1 | SUBSURFACE EXPLORATION AND GEOTECHNICAL ENGINEERING SERVICES | 15 |
| 5. | LIMITATIONS | 16 |

**APPENDIX A**

Plate 1 – Site Vicinity Map

**APPENDIX B**

Custom Soil Resource Report

**GEOTECHNICAL DESKTOP STUDY**
**PROPOSED VINITA DEVELOPMENT**
**NWC US HWY 60 AND COUNTY ROAD N4460**
**CRAIG COUNTY, OKLAHOMA**

# 1. INTRODUCTION

## 1.1 GENERAL

GFAC has completed the authorized geotechnical desktop study for a 307 acre tract of land located on the northwest corner of the intersection of US Highway 60 and County Road N 4460 in Craig County, Oklahoma. The information contained in this report is based upon a site visit and readily available information. This report includes our preliminary recommendations related to the geotechnical aspects of the project design and construction. Conclusions and preliminary recommendations presented in the report are based on readily available information and the provisions and requirements outlined in the ADDITIONAL SERVICES and LIMITATIONS sections of this report.

## 1.2 PROPOSED CONSTRUCTION

We understand that consideration is being given to developing the vacant property (307 acres) located on the northwest corner of the intersection of US Highway 60 and County Road N4460 in Craig County, Oklahoma. The proposed development will include multistory structures, retail and restaurant areas, construction of a lake, marina, a future industrial area, and associated infrastructure. No information pertaining to the proposed building types, building loads, traffic type and counts, or proposed grades has been provided.

Light duty and heavy duty pavements associated with the development will also be constructed at the site. Traffic information was not available. It has been assumed the pavements will be subjected to vehicular traffic, delivery trucks, trash trucks, and the occasional tractor trailer. Typical pavement thicknesses for light duty parking areas and heavy duty drive lanes have been provided. Rigid and flexible alternatives are included.

Copyright 2022 GFAC TEXAS PLLC 

Preliminary recommendations related to retaining walls, retention/detention basins, or below grade structures are beyond the scope of services for this study.

The scope of the engineering evaluation for this study, as well as the conclusions and preliminary recommendations in this report, were based on our understanding of the project as described above. If pertinent details of the project have changed or otherwise differ from our descriptions, we must be notified and engaged to review the changes and modify our recommendations, if needed.

# 2. SITE CONDITIONS

## 2.1 SITE DESCRIPTION

The project site is a rectangular shaped 307 acre tract of land located on the northwest corner of the intersection of US Highway 60 and County Road N4460 in Craig County, Oklahoma. The proposed project location is indicated on Plate 1 included in APPENDIX A.

The site is currently pasture land that is generally covered with grass, areas of exposed rock, and isolated trees. Foundations associated with former structures are located in the northeast corner of the project site.

The site is borderes by US Highway 60 along the south, County Road N4460 on the east, an existing quarry operation in the northeast, pasture on the northwest, and pasture on the west

## 2.2 GENERAL SITE GEOLOGY

According to the "Engineering Classification of Geologic Materials – Division Eight" from the Oklahoma Highway Department, 1970, the project site appears to be located within an area designated as the Chester-Meramec Unit (Mp).

**Chester-Meramec Unit (Mp)**: This unit consists of limestone, chert, shale, sandstone, and siltstone with the lithology of the unit varying locally. In Craig and Mayes Counties, the limestone thickens to 40 feet locally, but generally is about 30 feet thick and contains some green shale stringers. The overlying black shale contains numerous thin beds of limestone and siltstone. In southern Mayes County, the limestone is underlain by about 90 feet of shale and siltstone with some limestone stringers. This shale and siltstone marks the base of the unit.

Based upon the Geologic Map of the Vinita-Pensacola Areas Mays and Craig Counties, Oklahoma dated 1958, the project site appears to be located in the Fayetteville Formation (Mf) and the Hindsville Formation (Mh).

**Fayetteville Formation (Mf):** Gray to black fissile shale with beds of gray medium crystalline limestone in the middle and upper portions. Thickness is 15 to 65 feet.

**Hindsville Formation (Mh):** Gray medium crystalline oolitic fossiliferous locally cross-bedded limestone containing green calcareous shale near base and yellow calcareous siltstone stringers throughout. Thickness is 15 to 30 feet.

## 2.3 GEOMORPHIC PROVINCE

A geomorphic province is part of the Earth's surface where a group of bedrock with similar geologic character and structure underwent a similar geology history, and where the present-day character and landforms differ significantly from adjacent provinces. Based upon the Geomorphic Provinces of Oklahoma Map dated June 26, 2019, the project site is located within the Claremore Cuesta Plains Geomorphic Province.

The Claremore Cuesta Plains Geomorphic Province at the northeast edge of the Northern Shelf Geologic Province. Surface rocks consist of gently westward dipping bedrock units. Resistant sandstones and some limestones typically form cuestas above broad plains principally composed of shales of the Senora and Boggy Formations. Coal beds are common within many of the shale units. All mapped units represent non-marine to marginal-marine deltaic-type sandstones and shales interbedded with more typically marine, fossiliferous limestone beds and shale intervals.

## 2.4 GEOLOGIC STRUCTURE AND FAULTING

No active faults (within the last 11,000 years) are mapped in the vicinity of the project site based upon review of the Geologic Atlas of Oklahoma. The nearest surface faulting is mapped as the Whiteoak Creek Fault located approximately 3.5 miles to the south of the site and the Seneca Fault Zone mapped approximately 12 miles to the south.

Two anticline and syncline structures are located within a few miles of the site. The anticlines and synclines axis traverses generally in a southwest-northeast direction in the area.

## 2.5 NRCS SOIL SERIES

The soil series identified on a survey map are defined by characteristics of the surficial soils. The specific soil type within a given area is dependent upon a number of factors including parent material, topography, groundwater conditions, and other factors that influence the profile of the surficial soils. These characteristics provide insight as to subsurface conditions within a given area. The Natural Resources Conservation Service web site was utilized to determine the soil types present at the project site. The online soil survey indicated that the soils in the vicinity of the subject site are primarily comprised of the following:

- BoB, Apperson silt loam, 1 to 3 percent slopes
- LuB, Lula silt loam, 1 to 3 percent slopes
- Qt, Mayes silty clay, 0 to 1 percent slopes
- PaA, Parsons silt loam, 0 to 1 percent slopes
- SuB, Apperson silty clay loam, 1 to 3 percent slopes
- SuC, Apperson silty clay loam, 3 to 5 percent slopes
- TIB, Shidler silty clay loam, 0 to 3 percent slopes
- TsD, Shidler Catoosa complex, 1 to 8 percent slopes

Table 2.5 provides a summary of the typical classification test results on the soils series present at the site based on the NRCS soil survey. The soil report for the site is included in the Appendix B of this report.

Copyright 2022 GFAC TEXAS PLLC

**Table 2.5 - NRCS Published Laboratory Test Data**

| Soil Series | Depth Range (inches) | Liquid Limit Range | Plasticity Index Range | Percent Passing No. 200 Sieve |
|---|---|---|---|---|
| BoB, SuB, SuC,— Apperson silt loam, Apperson sily clay loam, 1 to 5 percent slopes<br>Apperson | 0-12 | 31-47 | 12-18 | 74-98 |
| | 12-14 | 31-51 | 13-28 | 82-99 |
| | 14-18 | 41-60 | 21-34 | 84-100 |
| | 18-33 | 51-73 | 29-44 | 68-100 |
| | 33-46 | 51-73 | 29-44 | 67-100 |
| | 46-79 | Bedrock | | |
| LuB – Lula silt loam, 1 to 3 percent slopes<br>Lula | 0-10 | 25-40 | 8-16 | 82-100 |
| | 10-18 | 26-45 | 8-22 | 80-100 |
| | 18-52 | 34-45 | 16-22 | 71-99 |
| | 52-62 | Bedrock | | |
| Qt — Mayes silty clay loam, 0 to 1 percent slopes<br>Mayes | 0-9 | 34-52 | 16-29 | 81-97 |
| | 9-14 | 29-50 | 12-29 | 70-100 |
| | 14-43 | 48-66 | 29-43 | 64-93 |
| | 43-79 | 45-66 | 25-43 | 84-100 |
| PaA – Parsons silt loam, 0 to 1 percent slopes<br>Parsons | 0-8 | 27-45 | 9-17 | 78-94 |
| | 8-14 | 26-41 | 9-17 | 76-93 |
| | 14-24 | 43-80 | 25-48 | 74-100 |
| | 24-39 | 43-72 | 25-44 | 71-98 |
| | 39-59 | 44-71 | 25-44 | 73-100 |
| | 59-79 | 44-70 | 25-484 | 72-100 |
| TIB – Shidler silty clay loam, 0 to 3 percent slopes | 0-8 | 39-55 | 19-24 | 78-97 |
| | 8-79 | Bedrock | | |
| TsD – Shidler-Catoosa Complex, 1 to 8 percent slopes<br>Shidler | 0-8 | 39-55 | 19-24 | 78-97 |
| | 8-79 | Bedrock | | |
| TsD – Shidler-Catoosa Complex, 1 to 8 percent slopes<br>Catoosa | 0-15 | 31-42 | 13-18 | 76-99 |
| | 15-28 | 38-50 | 19-28 | 70-100 |
| | 28-79 | Bedrock | | |

## 2.6 GROUNDWATER OBSERVATIONS

Based upon conversations with Mr. Gene McComb, a natural water seep is present in the south-central portion of the project site. Shallow ground water should be anticipated.

# 3. ANALYSIS AND DISCUSSION

## 3.1 GENERAL

Based on the results of our desktop study, it is our professional opinion that the proposed project site could be developed using conventional grading and foundation construction techniques. The information presented in this report is preliminary in nature and should be utilized for planning purposes only. A geotechnical scope of work should be developed and implemented for each building that is to be constructed based upon the type of development that is to occur.

## 3.2 SITE DEVELOPMENT

### 3.2.1 Stripping and Grubbing

Site development should include the stripping of any vegetation, organic soils, and associated root systems from planned construction areas. Any required tree removal should also be performed. Care shall be taken to thoroughly remove all root systems from the construction areas. Materials disturbed during stripping operations should be stabilized in place or undercut and replaced with structural fill.

### 3.2.2 Mucking

Soft/unstable materials should also be anticipated within the ditches/drainage ways. For planning purposes, mucking depths within the ditches/drainage ways could be estimated to be 18 to 24 inches.

### 3.2.3 Proposed Utilities

All underground utility lines for the proposed project shall be located outside the zone of influence of proposed foundations; that is a zone extending from the bottom edge of the footing at a slope of 1 Horizontal to 1 Vertical, 1(H):1(V). If utility lines are within the

zone of influence of the foundations, settlements in excess of those presented in this report may occur.

Final grades for proposed utilities were not known at the time this report was prepared. Depending upon the depths of the proposed utility lines, bedrock and/or groundwater may be encountered in the utility line excavations.

### 3.3 STRUCTURAL FILL

Based on readily available published data, a portion of the lean clay soils anticipated to be present at the site appear to be suitable for use as "non-expansive" structural fill within building pads. Additional testing through borings and at the time of construction will be required to further evaluate the use of these soils as "non-expansive" structural fill. Typical soils used as "non-expansive" structural fill include, but are not limited to, lower plasticity clayey sands, lean clays, sandy lean clays, gravelly clays, and clayey gravels with a Plasticity Index (PI) of 22 or less.

The portion of the lean clay soils, and all of the lean to fat and fat clay soils are NOT suitable for use as "non-expansive" structural fill within the building pads. The lean to fat and fat clay soils anticipated to be present at the site appear to be suitable for use as structural fill at the site outside of the building pad areas. It should be noted that it may be difficult to differentiate between the suitable soils and unsuitable soils at the time of construction and double handling of this material would be required. Soils with a higher PI than that indicated in the previous paragraph can typically be utilized outside of building pad areas. Consideration could be given to treating the on-site clay soils with hydrated or quick lime for utilization as "non-expansive" structural fill.

Typical compaction requirements for structural fill materials state that the fill should be compacted to a minimum of 95 percent of the material's maximum dry density as determined by ASTM D 698, standard Proctor compaction. Typically, the moisture content of fill at time of compaction is within a range of 2 percent below to 4 percent above the optimum moisture content as defined by the standard Proctor compaction

procedure. These compaction and moisture content requirements will vary depending upon material type and location within the proposed development, i.e. building pad, green areas, utility line backfill, etc.

### 3.4 EXPANSIVE SOILS AND BUILDING PAD PREPARATION

The active zone at the project site varies from less than 1 foot to 8 feet, depending upon the depth to bedrock and anticipated fill depths. The subsurface profile includes lean to fat clay and fat clay soils with moderate swell potential. Based on the conditions anticipated to be present at the site, the calculated PVR ranges from less than 1 inch to as much as 3 inches based on the lab data presented in the NRCS soil survey. A grade supported floor slab may be considered at this site provided the building pads are prepared to reduce the potential for expansive soil movement.

In order to limit differential movements due to swelling soils, the building pads should be undercut to the level required to place a minimum of 18 to 36 inches of "non-expansive" select fill material below the building floor slabs. The thickness of the "non-expansive" select fill should be measured from the finish floor subgrade level. The undercut should extend a minimum of 5 feet beyond the building footprint. Following the recommended undercutting, the exposed grade should be scarified, moisture conditioned, and recompacted to the requirements of structural fill. It is recommended that all fill placed within the building pad consist of "non-expansive" material.

### 3.5 SOFT/UNSTABLE SOILS

Soft/unstable soils are present at the project site, undercutting and replacement or stabilization of the soft/unstable soils may be required. Removal/stabilization of these soft unstable soils will be required prior to placement of structural fill, or for support of lightly loaded structures.

### 3.6 PRELIMINARY BUILDING FOUNDATION CONSIDERATIONS

#### 3.6.1 Shallow Foundations

Consideration could be given to utilization of a shallow foundation system to support lightly loaded structures. For planning purposes, shallow footing foundations can be founded in "non-expansive" select fill or suitable native soils. A maximum allowable bearing pressure on the order of 2,000 to 2,500 pounds per square foot (psf) will likely be suitable for proposed buildings founded in "non-expansive" select fill or suitable native soils. A higher bearing capacity may be feasible for shallow footing foundations bearing in bedrock materials. Continuous wall footings typically have a minimum width of 16 inches and isolated spread footings typically have a minimum width of 24 inches. Exterior footings and footings founded in unheated portions of the buildings are typically supported a minimum of 24 inches below final exterior grade to provide protection against frost penetration.

The footing excavations should be free of water and soft materials prior to placing concrete. Concrete should be placed as soon as feasible after excavating to limit drying or disturbance of the bearing materials. If the bearing materials become excessively dry, saturated or disturbed; the effected materials should be removed prior to placing concrete.

The footing excavations should be evaluated and tested by geotechnical engineering personnel immediately prior to placement of foundation concrete. Unsuitable areas identified at this time should be corrected. Corrective procedures would be dependent upon conditions encountered and may include deepening of foundation elements, or undercutting of unsuitable materials and replacement with controlled structural fill.

#### 3.6.2 Drilled Shaft Foundations

For planning purposes, drilled shafts utilized to support more heavily loaded structures can be founded in the underlying bedrock. A maximum allowable bearing pressure for

drilled shafts is anticipated to be on the order of 10,000 to 80,000 pounds per square foot (psf) for drilled shafts founded in the underlying shale and limestone bedrock.

Drilled shafts for this project should have a minimum shaft diameter of 24 inches to facilitate cleaning and observation of the bearing materials. Direct observation of the bearing materials at the bottom of the smaller drilled shafts is not possible and pier excavations must be based on auger cuttings and drilling characteristics.

Excavations of drilled shafts will encounter newly placed "non-expansive" select fill, native soils, shale bedrock and limestone bedrock material. Conventional drilling equipment should be able to penetrate the soil materials. A core barrel attachment or other rock excavation equipment will be required to penetrate the sandstone bedrock material encountered at the project site.

Water seepage may be encountered during the installation of drilled shafts. Temporary casing may be required to advance the drilled shaft excavations. To minimize disturbance to the bearing surfaces caused by ponding of water, it is recommended that concrete be placed the same day that the drilled shafts are completed. Drilled shaft excavations should be observed by an experienced geotechnical engineer or experienced engineering technician directly supervised by a geotechnical engineer to evaluate the suitability of the bearing material. Should isolated areas of unsuitable material be encountered at planned bearing depths, it will be necessary to deepen the drilled shafts to suitable bearing material. The base of the drilled shaft excavations should be free of water and loose material prior to placement of concrete.

### 3.7 CONCRETE SLABS SUPPORTED ON-GRADE

Following undercutting of any soft unstable soils and proper placement of structural fill materials, the site would be suitable for support of the building floor slabs. For planning purposes, all fill placed within the building footprints should consist of "non-expansive" select fill. It is anticipated that the building pads will need to be constructed to limit potential vertical movement of the slab on grade to less than 1 inch. A "non-expansive"

select fill thickness ranging from 18 to as much as 42 inches is anticipated to be required to reduce the potential vertical movement to less than 1 inch.

### 3.8 CLIMATIC CONDITIONS AND CONSTRUCTION CONSIDERATION

Weather conditions can influence the site preparation procedures. In spring and late fall, following periods of rainfall, the moisture content of the near-surface soils may be significantly above the optimum moisture content. Excessive moisture can seriously impede grading by causing an unstable subgrade condition. Typical remedial measures include aerating the wet subgrade, removal of the wet materials and replacing them with dry materials, reinforcing the subgrade with geotextiles/geogrid or applying lime, cement kiln dust (CKD), or Class "C" fly ash as a drying agent.

If construction of the project is to be performed during winter months, appropriate steps may need to be taken to prevent the soils from freezing. Structural fill, foundations, or other exterior flat work should not be placed on or against frozen or partially frozen materials.

### 3.9 LANDSCAPING AND SITE GRADING CONSIDERATIONS

Provisions should be made to reduce the potential for large moisture changes within building and pavement subgrade soils located adjacent to landscape areas, to reduce the potential for subgrade movement. Positive drainage away from the buildings and pavements should be incorporated into the design plans. Ponding of water adjacent to the buildings and pavements can contribute to significant moisture increases in the subgrade soils and subsequent heaving.

Consideration should also be given to limiting landscaping and irrigation adjacent to the buildings and pavements. Trees and large bushes can develop intricate root systems that can draw moisture from the subgrade soils, causing them to shrink during dry periods of the year. Desiccation of soils below foundations can result in settlement of shallow foundations.

### 3.10 PAVEMENTS

Light duty and heavy duty pavements associated with the development will also be constructed at the site. Traffic information was not available. It has been assumed the pavements will be subjected to vehicular traffic, delivery trucks, trash trucks, and the occasional tractor trailer. For planning purposes, the pavement sections indicated in the following table could be considered. The typical pavement sections are not suitable for construction traffic. Any roadways within the development that will be designated as city or county roads will, as a minimum, need to be constructed in accordance with the relevant design standards.

**Table 3.11 – Suggested Pavement Sections**

| Pavement Area | Minimum Asphaltic Concrete (AC) Design Thickness, inches | Minimum Portland Cement Concrete (PCC) Design Thickness, Inches |
|---|---|---|
| Standard Duty (Parking Areas Passenger Vehicles Only) | AC with Granular Base<br>2.0 AC Surface Course<br>2.5 AC Base Course<br>6.0 Aggregate Base<br>Geotextile Separator Fabric<br>9.0 Recompacted Subgrade | Portland Cement Concrete<br>5.0 PCC<br>6.0 Aggregate Base<br>Geotextile Separator Fabric<br>9.0 Recompacted Subgrade |
| Heavy Duty (Access Lanes Passenger Vehicles Only) | AC with Granular Base<br>2.0 AC Surface Course<br>3.5 AC Base Course<br>6.0 Aggregate Base<br>Geotextile Separator Fabric<br>9.0 Recompacted Subgrade | Portland Cement Concrete<br>6.0 PCC<br>6.0 Aggregate Base<br>Geotextile Separator Fabric<br>9.0 Recompacted Subgrade |
| Typical City Commercial –Minor<br><br>Required SN ≥ 4.4 | Asphaltic Concrete<br>2.0 AC Surface Course<br>6.75 AC Base Course<br>8.0 Modified Subgrade<br><br>SN = 4.56 | Portland Cement Concrete<br>7.0 PCC<br>8.0 Modified Subgrade<br><br>SN = 4.38 |
| Typical City Commercial – Collector<br><br>Required SN ≥ 4.8 | Asphaltic Concrete<br>2.0 AC Surface Course<br>7.25 AC Base Course<br>8.0 Modified Subgrade<br><br>SN = 4.77 | Portland Cement Concrete<br>8.0 PCC<br>8.0 Modified Subgrade<br><br>SN = 4.88 |

# 4. ADDITIONAL SERVICES

## 4.1 SUBSURFACE EXPLORATION AND GEOTECHNICAL ENGINEERING SERVICES

The information presented in this report is preliminary in nature and for planning purposes only. A detailed subsurface exploration and geotechnical engineering report should be performed for each building that is to be developed. The scope of services should be tailored for the specific site development. GFAC should be contacted to develop the scope of work and perform the subsurface exploration and preparation of the geotechnical engineering report. In the event GFAC is not retained to perform the subsurface exploration and geotechnical engineering services, we will assume no responsibility for misinterpretation of the generalized data contained in this preliminary report.

Copyright 2022 GFAC TEXAS PLLC

## 5. LIMITATIONS

This report is preliminary in nature and does not contain final engineering recommendations. The report is for planning purposes only. This report is based upon readily available published data and a site visit. It is possible that subsurface conditions could vary from the readily available published data. A subsurface exploration and geotechnical engineering evaluation of each building footprint to be developed is required.

We have prepared this report in substantial accordance with the generally accepted geotechnical engineering practice as it exists in the site area at the time of our study. No warranty is expressed or implied. The information provided in this report is preliminary in nature and is based on the assumption that an adequate program of exploratory borings, laboratory testing, and geotechnical engineering evaluation will be conducted by GFAC prior to final design and construction. The scope of our services did not include any environmental assessment or exploration for the presence of hazardous or toxic materials in the soil, surface water, groundwater or air, on, below or around this site.

This report may be used only by owner and only for the purposes stated, within a reasonable time from its issuance, but in no event later than three years from the date of report. Land use, site conditions (both on-site and off-site), regulations, or other factors may change over time, and additional work may be required with the passage of time. Any party other than the client who wishes to use this report shall notify GFAC of such intended use. Based on the intended use of the report, GFAC may require that additional work be performed and that an updated report be issued. Non-compliance with any of these requirements by the client or anyone else will release GFAC from any liability resulting from the use of this report by any unauthorized party and client agrees to defend, indemnify and hold harmless GFAC from any claim or liability associated with such unauthorized or non-compliance.

Copyright 2022 *GFAC TEXAS PLLC* 

# APPENDIX A

## PLATE 1 – SITE VICINITY MAP

Copyright 2022 GEAC TEXAS PLLC




GFAC ENGINEERING

**Site Vicinity Map**
Proposed Confidential Development
NWC US HWY 60 & CR N4460
Craig County, Oklahoma
Project No. G2022063 September 2, 2022

Plate 1




Not to Scale

GFAC ENGINEERING

## Site Soils Series Map

Proposed Confidential Development
NWC US HWY 60 & CR N4460
Craig County, Oklahoma
Project No. G2022063 September 2, 2022

Plate 2




GFAC ENGINEERING

## Geologic Map

Proposed Confidential Development
NWC US HWY 60 & CR N4460
Craig County, Oklahoma
Project No. G2022063 September 2, 2022

Plate 3




Not to Scale

# Fault Map

Proposed Confidential Development
NWC US HWY 60 & CR N4460
Craig County, Oklahoma
Project No. G2022063 September 2, 2022

GFAC ENGINEERING

Plate 4

# APPENDIX B

## CUSTOM SOIL RESOURCE REPORT

Copyright 2022 GEAC TEXAS PLLC

USDA United States Department of Agriculture

NRCS Natural Resources Conservation Service

A product of the National Cooperative Soil Survey, a joint effort of the United States Department of Agriculture and other Federal agencies, State agencies including the Agricultural Experiment Stations, and local participants

# Custom Soil Resource Report for
# Craig County, Oklahoma




August 31, 2022

# Preface

Soil surveys contain information that affects land use planning in survey areas. They highlight soil limitations that affect various land uses and provide information about the properties of the soils in the survey areas. Soil surveys are designed for many different users, including farmers, ranchers, foresters, agronomists, urban planners, community officials, engineers, developers, builders, and home buyers. Also, conservationists, teachers, students, and specialists in recreation, waste disposal, and pollution control can use the surveys to help them understand, protect, or enhance the environment.

Various land use regulations of Federal, State, and local governments may impose special restrictions on land use or land treatment. Soil surveys identify soil properties that are used in making various land use or land treatment decisions. The information is intended to help the land users identify and reduce the effects of soil limitations on various land uses. The landowner or user is responsible for identifying and complying with existing laws and regulations.

Although soil survey information can be used for general farm, local, and wider area planning, onsite investigation is needed to supplement this information in some cases. Examples include soil quality assessments (http://www.nrcs.usda.gov/wps/portal/nrcs/main/soils/health/) and certain conservation and engineering applications. For more detailed information, contact your local USDA Service Center (https://offices.sc.egov.usda.gov/locator/app?agency=nrcs) or your NRCS State Soil Scientist (http://www.nrcs.usda.gov/wps/portal/nrcs/detail/soils/contactus/?cid=nrcs142p2_053951).

Great differences in soil properties can occur within short distances. Some soils are seasonally wet or subject to flooding. Some are too unstable to be used as a foundation for buildings or roads. Clayey or wet soils are poorly suited to use as septic tank absorption fields. A high water table makes a soil poorly suited to basements or underground installations.

The National Cooperative Soil Survey is a joint effort of the United States Department of Agriculture and other Federal agencies, State agencies including the Agricultural Experiment Stations, and local agencies. The Natural Resources Conservation Service (NRCS) has leadership for the Federal part of the National Cooperative Soil Survey.

Information about soils is updated periodically. Updated information is available through the NRCS Web Soil Survey, the site for official soil survey information.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require

alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410 or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

# Contents

**Preface** ..... 2
**How Soil Surveys Are Made** ..... 5
**Soil Map** ..... 8
Soil Map ..... 9
Legend ..... 10
Map Unit Legend ..... 11
Map Unit Descriptions ..... 11
Craig County, Oklahoma ..... 13
BoB—Apperson silt loam, 1 to 3 percent slopes ..... 13
LuB—Lula silt loam, 1 to 3 percent slopes ..... 14
Ot—Mayes silty clay loam, 0 to 1 percent slopes ..... 16
PaA—Parsons silt loam, 0 to 1 percent slopes ..... 18
SuB—Apperson silty clay loam, 1 to 3 percent slopes ..... 19
SuC—Apperson silty clay loam, 3 to 5 percent slopes ..... 21
TlB—Shidler silty clay loam, 0 to 3 percent slopes ..... 23
TsD—Shidler-Catoosa complex, 1 to 8 percent slopes ..... 25
Vt—Verdigris-Eram complex, 0 to 20 percent slopes ..... 27
**Soil Information for All Uses** ..... 30
Soil Reports ..... 30
Soil Physical Properties ..... 30
Engineering Properties ..... 30
**References** ..... 38

# How Soil Surveys Are Made

Soil surveys are made to provide information about the soils and miscellaneous areas in a specific area. They include a description of the soils and miscellaneous areas and their location on the landscape and tables that show soil properties and limitations affecting various uses. Soil scientists observed the steepness, length, and shape of the slopes; the general pattern of drainage; the kinds of crops and native plants; and the kinds of bedrock. They observed and described many soil profiles. A soil profile is the sequence of natural layers, or horizons, in a soil. The profile extends from the surface down into the unconsolidated material in which the soil formed or from the surface down to bedrock. The unconsolidated material is devoid of roots and other living organisms and has not been changed by other biological activity.

Currently, soils are mapped according to the boundaries of major land resource areas (MLRAs). MLRAs are geographically associated land resource units that share common characteristics related to physiography, geology, climate, water resources, soils, biological resources, and land uses (USDA, 2006). Soil survey areas typically consist of parts of one or more MLRA.

The soils and miscellaneous areas in a survey area occur in an orderly pattern that is related to the geology, landforms, relief, climate, and natural vegetation of the area. Each kind of soil and miscellaneous area is associated with a particular kind of landform or with a segment of the landform. By observing the soils and miscellaneous areas in the survey area and relating their position to specific segments of the landform, a soil scientist develops a concept, or model, of how they were formed. Thus, during mapping, this model enables the soil scientist to predict with a considerable degree of accuracy the kind of soil or miscellaneous area at a specific location on the landscape.

Commonly, individual soils on the landscape merge into one another as their characteristics gradually change. To construct an accurate soil map, however, soil scientists must determine the boundaries between the soils. They can observe only a limited number of soil profiles. Nevertheless, these observations, supplemented by an understanding of the soil-vegetation-landscape relationship, are sufficient to verify predictions of the kinds of soil in an area and to determine the boundaries.

Soil scientists recorded the characteristics of the soil profiles that they studied. They noted soil color, texture, size and shape of soil aggregates, kind and amount of rock fragments, distribution of plant roots, reaction, and other features that enable them to identify soils. After describing the soils in the survey area and determining their properties, the soil scientists assigned the soils to taxonomic classes (units). Taxonomic classes are concepts. Each taxonomic class has a set of soil characteristics with precisely defined limits. The classes are used as a basis for comparison to classify soils systematically. Soil taxonomy, the system of taxonomic classification used in the United States, is based mainly on the kind and character of soil properties and the arrangement of horizons within the profile. After the soil