| U.S. Army Corps of Engineers<br>WETLAND DETERMINATION DATA SHEET – Midwest Region<br>See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R | *OMB Control #: 0710-0024, Exp:11/30/2024*<br>*Requirement Control Symbol EXEMPT:*<br>*(Authority: AR 335-15, paragraph 5-2a)* |
|---|---|

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 2 May 2023

Applicant/Owner: ______ State: OK Sampling Point: 10

Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E

Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): None

Slope (%): 2 Lat: 36.63154 Long: -95.06558 Datum: NAD83

Soil Map Unit Name: Apperson silty clay loam, 1 to 3 percent slopes NWI classification: ______

Are climatic / hydrologic conditions on the site typical for this time of year? Yes X No ___ (If no, explain in Remarks.)

Are Vegetation ___, Soil ___, or Hydrology ___ significantly disturbed? Are "Normal Circumstances" present? Yes X No ___

Are Vegetation ___, Soil ___, or Hydrology ___ naturally problematic? (If needed, explain any answers in Remarks.)

## SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.

| | Yes | No | | | |
|---|---|---|---|---|---|
| Hydrophytic Vegetation Present? | | X | **Is the Sampled Area within a Wetland?** | Yes ___ | No X |
| Hydric Soil Present? | | X | | | |
| Wetland Hydrology Present? | | X | | | |

Remarks:

## VEGETATION – Use scientific names of plants.

| Tree Stratum (Plot size: 30 ft) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Sapling/Shrub Stratum (Plot size: 30 ft)** | | | |
| 1. | 20 | Yes | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | 20 | =Total Cover | |
| **Herb Stratum (Plot size: 30 ft)** | | | |
| 1. *Andropogon virginicus* | 25 | Yes | FACU |
| 2. *Ranunculus sardous* | 10 | No | FAC |
| 3. *Valerianella radiata* | 5 | No | FAC |
| 4. *Schizachyrium scoparium* | 25 | Yes | FACU |
| 5. *Nothoscordum bivalve* | 5 | No | FACU |
| 6. *Eupatorium capillifolium* | 2 | No | FACU |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 72 | =Total Cover | |
| **Woody Vine Stratum (Plot size: ______)** | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**

Number of Dominant Species That Are OBL, FACW, or FAC: 0 (A)

Total Number of Dominant Species Across All Strata: 3 (B)

Percent of Dominant Species That Are OBL, FACW, or FAC: 0.0% (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 0 | x 1 = | 0 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 15 | x 3 = | 45 |
| FACU species | 57 | x 4 = | 228 |
| UPL species | 0 | x 5 = | 0 |
| Column Totals: | 72 (A) | | 273 (B) |

Prevalence Index = B/A = 3.79

**Hydrophytic Vegetation Indicators:**

___ 1 - Rapid Test for Hydrophytic Vegetation

___ 2 - Dominance Test is >50%

___ 3 - Prevalence Index is ≤3.0[1]

___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)

___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes ___ No X

Remarks: (Include photo numbers here or on a separate sheet.)



H AD

## SOIL

Sampling Point: 10

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-4 | 10YR 3/2 | 100 | | | | | Loamy/Clayey | |
| 4-15 | 10YR 2/1 | 100 | | | | | Loamy/Clayey | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**

Type: ___________

Depth (inches): ___________

**Hydric Soil Present?** Yes ___ No X

Remarks:

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

___ Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
___ FAC-Neutral Test (D5)

**Field Observations:**

Surface Water Present? Yes ___ No X Depth (inches): ___

Water Table Present? Yes ___ No X Depth (inches): ___

Saturation Present? (includes capillary fringe) Yes ___ No X Depth (inches): ___

**Wetland Hydrology Present?** Yes ___ No X

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

**U.S. Army Corps of Engineers**
**WETLAND DETERMINATION DATA SHEET – Midwest Region**
See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R

*OMB Control #: 0710-0024, Exp:11/30/2024*
*Requirement Control Symbol EXEMPT:*
*(Authority: AR 335-15, paragraph 5-2a)*

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 2 May 2023

Applicant/Owner: ______ State: OK Sampling Point: 11

Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E

Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): None

Slope (%): 2 Lat: 36.630826 Long: -95.06617 Datum: NAD83

Soil Map Unit Name: Shidler silty clay loam, 0 to 3 percent slopes NWI classification: ______

Are climatic / hydrologic conditions on the site typical for this time of year? Yes X No ___ (If no, explain in Remarks.)

Are Vegetation ___, Soil ___, or Hydrology ___ significantly disturbed? Are "Normal Circumstances" present? Yes X No ___

Are Vegetation ___, Soil ___, or Hydrology ___ naturally problematic? (If needed, explain any answers in Remarks.)

**SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.**

| | Yes | No |
|---|---|---|
| Hydrophytic Vegetation Present? | ___ | X |
| Hydric Soil Present? | ___ | X |
| Wetland Hydrology Present? | ___ | X |
| **Is the Sampled Area within a Wetland?** | ___ | X |

Remarks:

**VEGETATION** – Use scientific names of plants.

| Tree Stratum (Plot size: 30 ft) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. *Gleditsia triacanthos* | 5 | No | FACU |
| 2. *Celtis laevigata* | 5 | No | FACW |
| 3. *Fraxinus pennsylvanica* | 20 | Yes | FACW |
| 4. | | | |
| 5. | | | |
| | 30 | =Total Cover | |
| **Sapling/Shrub Stratum (Plot size: 30 ft)** | | | |
| 1. *Symphoricarpos orbiculatus* | 5 | Yes | FACU |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | 5 | =Total Cover | |
| **Herb Stratum (Plot size: 30 ft)** | | | |
| 1. *Ranunculus sardous* | 5 | No | FAC |
| 2. *Eryngium yuccifolium* | 30 | Yes | FAC |
| 3. *Bromus tectorum* | 50 | Yes | UPL |
| 4. *Geranium carolinianum* | 2 | No | UPL |
| 5. *Chaerophyllum tainturieri* | 2 | No | FACU |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 89 | =Total Cover | |
| **Woody Vine Stratum (Plot size: ___)** | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**

Number of Dominant Species That Are OBL, FACW, or FAC: 2 (A)

Total Number of Dominant Species Across All Strata: 4 (B)

Percent of Dominant Species That Are OBL, FACW, or FAC: 50.0% (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 0 | x 1 = | 0 |
| FACW species | 25 | x 2 = | 50 |
| FAC species | 35 | x 3 = | 105 |
| FACU species | 12 | x 4 = | 48 |
| UPL species | 52 | x 5 = | 260 |
| Column Totals: | 124 (A) | | 463 (B) |

Prevalence Index = B/A = 3.73

**Hydrophytic Vegetation Indicators:**

___ 1 - Rapid Test for Hydrophytic Vegetation
___ 2 - Dominance Test is >50%
___ 3 - Prevalence Index is ≤3.0[1]
___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)
___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes ___ No X

Remarks: (Include photo numbers here or on a separate sheet.)

## SOIL

Sampling Point: 11

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox Features % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-6 | 10YR 2/2 | 100 | | | | | Loamy/Clayey | |
| 6-16 | 10YR 3/2 | 100 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**
Type: ________
Depth (inches): ________

**Hydric Soil Present?** Yes ___ No X

Remarks:

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

___ Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
___ FAC-Neutral Test (D5)

**Field Observations:**

Surface Water Present? Yes ___ No X Depth (inches): ___
Water Table Present? Yes ___ No X Depth (inches): ___
Saturation Present? Yes ___ No X Depth (inches): ___
(includes capillary fringe)

**Wetland Hydrology Present?** Yes ___ No X

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

**U.S. Army Corps of Engineers**
**WETLAND DETERMINATION DATA SHEET – Midwest Region**
See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R

*OMB Control #: 0710-0024, Exp:11/30/2024*
*Requirement Control Symbol EXEMPT:*
*(Authority: AR 335-15, paragraph 5-2a)*

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 2 May 2023
Applicant/Owner: ______ State: OK Sampling Point: 12
Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E
Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): None
Slope (%): 2 Lat: 36.631151 Long: -95.063924 Datum: NAD83
Soil Map Unit Name: Shidler silty clay loam, 0 to 3 percent slopes NWI classification: ______
Are climatic / hydrologic conditions on the site typical for this time of year? Yes X No ___ (If no, explain in Remarks.)
Are Vegetation ___, Soil ___, or Hydrology ___ significantly disturbed? Are "Normal Circumstances" present? Yes X No ___
Are Vegetation ___, Soil ___, or Hydrology ___ naturally problematic? (If needed, explain any answers in Remarks.)

## SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.

| | | |
|---|---|---|
| Hydrophytic Vegetation Present? | Yes ___ | No X |
| Hydric Soil Present? | Yes ___ | No X |
| Wetland Hydrology Present? | Yes ___ | No X |

Is the Sampled Area within a Wetland? Yes ___ No X

Remarks:

## VEGETATION – Use scientific names of plants.

| Tree Stratum (Plot size: 30 ft) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Sapling/Shrub Stratum (Plot size: 30 ft)** | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Herb Stratum (Plot size: 30 ft)** | | | |
| 1. *Aristida purpurea* | 60 | Yes | UPL |
| 2. *Nothoscordum bivalve* | 10 | No | FACU |
| 3. *Asclepias viridis* | 2 | No | UPL |
| 4. *Sedum pulchellum* | 2 | No | FACU |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 74 | =Total Cover | |
| **Woody Vine Stratum (Plot size: )** | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**

Number of Dominant Species That Are OBL, FACW, or FAC: 0 (A)
Total Number of Dominant Species Across All Strata: 1 (B)
Percent of Dominant Species That Are OBL, FACW, or FAC: 0.0% (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 0 | x 1 = | 0 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 0 | x 3 = | 0 |
| FACU species | 12 | x 4 = | 48 |
| UPL species | 62 | x 5 = | 310 |
| Column Totals: | 74 (A) | | 358 (B) |

Prevalence Index = B/A = 4.84

**Hydrophytic Vegetation Indicators:**

___ 1 - Rapid Test for Hydrophytic Vegetation
___ 2 - Dominance Test is >50%
___ 3 - Prevalence Index is ≤3.0[1]
___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)
___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes ___ No X

Remarks: (Include photo numbers here or on a separate sheet.)

## SOIL

Sampling Point: 12

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-6 | 10YR 3/1 | 100 | | | | | Loamy/Clayey | |
| 6-16 | 10YR 2/1 | 100 | | | | | | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains.
[2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**
Type: ___
Depth (inches): ___

**Hydric Soil Present?** Yes ___ No X

Remarks:

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

___ Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
___ FAC-Neutral Test (D5)

**Field Observations:**

| | | | |
|---|---|---|---|
| Surface Water Present? | Yes ___ | No X | Depth (inches): ___ |
| Water Table Present? | Yes ___ | No X | Depth (inches): ___ |
| Saturation Present? (includes capillary fringe) | Yes ___ | No X | Depth (inches): ___ |

**Wetland Hydrology Present?** Yes ___ No X

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

**U.S. Army Corps of Engineers**
**WETLAND DETERMINATION DATA SHEET – Midwest Region**
See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R

*OMB Control #: 0710-0024, Exp:11/30/2024*
*Requirement Control Symbol EXEMPT:*
*(Authority: AR 335-15, paragraph 5-2a)*

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 2 May 2023
Applicant/Owner: ______ State: OK Sampling Point: 13
Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E
Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): None
Slope (%): 2 Lat: 36.630331 Long: -95.061267 Datum: NAD83
Soil Map Unit Name: Shidler silty clay loam, 0 to 3 percent slopes NWI classification: ______
Are climatic / hydrologic conditions on the site typical for this time of year? Yes X No ___ (If no, explain in Remarks.)
Are Vegetation ___, Soil ___, or Hydrology ___ significantly disturbed? Are "Normal Circumstances" present? Yes X No ___
Are Vegetation ___, Soil ___, or Hydrology ___ naturally problematic? (If needed, explain any answers in Remarks.)

## SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.

| | | |
|---|---|---|
| Hydrophytic Vegetation Present? | Yes ___ | No X |
| Hydric Soil Present? | Yes ___ | No X |
| Wetland Hydrology Present? | Yes ___ | No X |

Is the Sampled Area within a Wetland? Yes ___ No X

Remarks:
Surface Rock, soils are approximately 2 inchees deep

## VEGETATION – Use scientific names of plants.

| | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| **Tree Stratum** (Plot size: 30 ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Sapling/Shrub Stratum** (Plot size: 30 ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Herb Stratum** (Plot size: 30 ft) | | | |
| 1. *Sedum pulchellum* | 5 | Yes | FACU |
| 2. *Packera plattensis* | 10 | Yes | FACU |
| 3. *Astragalus nuttallianus* | 2 | No | UPL |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 17 | =Total Cover | |
| **Woody Vine Stratum** (Plot size: ___) | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**

| | | |
|---|---|---|
| Number of Dominant Species That Are OBL, FACW, or FAC: | 0 | (A) |
| Total Number of Dominant Species Across All Strata: | 2 | (B) |
| Percent of Dominant Species That Are OBL, FACW, or FAC: | 0.0% | (A/B) |

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 0 | x 1 = | 0 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 0 | x 3 = | 0 |
| FACU species | 15 | x 4 = | 60 |
| UPL species | 2 | x 5 = | 10 |
| Column Totals: | 17 (A) | | 70 (B) |

Prevalence Index = B/A = 4.12

**Hydrophytic Vegetation Indicators:**
___ 1 - Rapid Test for Hydrophytic Vegetation
___ 2 - Dominance Test is >50%
___ 3 - Prevalence Index is ≤3.0[1]
___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)
___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes ___ No X

Remarks: (Include photo numbers here or on a separate sheet.)

## SOIL

Sampling Point: 13

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-2 | 7.5YR 2.5/1 | 100 | | | | | Loamy/Clayey | |
| | | 100 | | | | | | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**

Type: Rock

Depth (inches): 2

**Hydric Soil Present?** Yes ___ No X

Remarks:
Area is mostly surface rock

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

___ Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
___ FAC-Neutral Test (D5)

**Field Observations:**

Surface Water Present? Yes ___ No X Depth (inches): ___
Water Table Present? Yes ___ No X Depth (inches): ___
Saturation Present? Yes ___ No X Depth (inches): ___
(includes capillary fringe)

**Wetland Hydrology Present?** Yes ___ No X

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

**U.S. Army Corps of Engineers**
**WETLAND DETERMINATION DATA SHEET – Midwest Region**
See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R

*OMB Control #: 0710-0024, Exp:11/30/2024*
*Requirement Control Symbol EXEMPT:*
*(Authority: AR 335-15, paragraph 5-2a)*

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 2 May 2023

Applicant/Owner: ______ State: OK Sampling Point: 14

Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E

Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): None

Slope (%): 2 Lat: 36.629075 Long: -95.061255 Datum: NAD83

Soil Map Unit Name: Shidler silty clay loam, 0 to 3 percent slopes NWI classification: ______

Are climatic / hydrologic conditions on the site typical for this time of year? Yes X No ___ (If no, explain in Remarks.)

Are Vegetation ___, Soil ___, or Hydrology ___ significantly disturbed? Are "Normal Circumstances" present? Yes X No ___

Are Vegetation ___, Soil ___, or Hydrology ___ naturally problematic? (If needed, explain any answers in Remarks.)

## SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.

| | Yes | No |
|---|---|---|
| Hydrophytic Vegetation Present? | | X |
| Hydric Soil Present? | | X |
| Wetland Hydrology Present? | | X |
| Is the Sampled Area within a Wetland? | | X |

Remarks:

## VEGETATION – Use scientific names of plants.

| Tree Stratum (Plot size: 30 ft) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Sapling/Shrub Stratum (Plot size: 30 ft)** | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Herb Stratum (Plot size: 30 ft)** | | | |
| 1. *Ranunculus sardous* | 5 | No | FAC |
| 2. *Packera plattensis* | 5 | No | FACU |
| 3. *Andropogon virginicus* | 20 | Yes | FACU |
| 4. *Eragrostis spectabilis* | 60 | Yes | UPL |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 90 | =Total Cover | |
| **Woody Vine Stratum (Plot size: ___)** | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**

Number of Dominant Species That Are OBL, FACW, or FAC: 0 (A)

Total Number of Dominant Species Across All Strata: 2 (B)

Percent of Dominant Species That Are OBL, FACW, or FAC: 0.0% (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 0 | x 1 = | 0 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 5 | x 3 = | 15 |
| FACU species | 25 | x 4 = | 100 |
| UPL species | 60 | x 5 = | 300 |
| Column Totals: | 90 (A) | | 415 (B) |

Prevalence Index = B/A = 4.61

**Hydrophytic Vegetation Indicators:**

___ 1 - Rapid Test for Hydrophytic Vegetation
___ 2 - Dominance Test is >50%
___ 3 - Prevalence Index is ≤3.0[1]
___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)
___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes ___ No X

Remarks: (Include photo numbers here or on a separate sheet.)



McComb_002133

## SOIL

Sampling Point: 14

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth | Matrix | | Redox Features | | | | | |
|---|---|---|---|---|---|---|---|---|
| (inches) | Color (moist) | % | Color (moist) | % | Type[1] | Loc[2] | Texture | Remarks |
| 0-5 | 10YR 3/2 | 100 | | | | | Loamy/Clayey | |
| 5-15 | 10YR 2/2 | 100 | | | | | Loamy/Clayey | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**
Type: ___
Depth (inches): ___

**Hydric Soil Present?** Yes ___ No X

Remarks:

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

___ Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
___ FAC-Neutral Test (D5)

**Field Observations:**

| | | | |
|---|---|---|---|
| Surface Water Present? | Yes ___ | No X | Depth (inches): ___ |
| Water Table Present? | Yes ___ | No X | Depth (inches): ___ |
| Saturation Present? (includes capillary fringe) | Yes ___ | No X | Depth (inches): ___ |

**Wetland Hydrology Present?** Yes ___ No X

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

**U.S. Army Corps of Engineers**
**WETLAND DETERMINATION DATA SHEET – Midwest Region**
See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R

*OMB Control #: 0710-0024, Exp:11/30/2024*
*Requirement Control Symbol EXEMPT:*
*(Authority: AR 335-15, paragraph 5-2a)*

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 2 May 2023
Applicant/Owner: ______ State: OK Sampling Point: 15
Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E
Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): None
Slope (%): 2 Lat: 36.628448 Long: -95.060609 Datum: NAD83
Soil Map Unit Name: Shidler silty clay loam, 0 to 3 percent slopes NWI classification: PEM1A
Are climatic / hydrologic conditions on the site typical for this time of year? Yes X No ___ (If no, explain in Remarks.)
Are Vegetation ___, Soil ___, or Hydrology ___ significantly disturbed? Are "Normal Circumstances" present? Yes X No ___
Are Vegetation ___, Soil ___, or Hydrology ___ naturally problematic? (If needed, explain any answers in Remarks.)

## SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.

| | | |
|---|---|---|
| Hydrophytic Vegetation Present? | Yes X | No ___ |
| Hydric Soil Present? | Yes X | No ___ |
| Wetland Hydrology Present? | Yes X | No ___ |

Is the Sampled Area within a Wetland? Yes X No ___

Remarks:

## VEGETATION – Use scientific names of plants.

| | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| **Tree Stratum** (Plot size: 30 ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Sapling/Shrub Stratum** (Plot size: 30 ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Herb Stratum** (Plot size: 30 ft) | | | |
| 1. *Ranunculus sardous* | 10 | No | FAC |
| 2. *Eleocharis palustris* | 80 | Yes | OBL |
| 3. *Schizachyrium scoparium* | 2 | No | FACU |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 92 | =Total Cover | |
| **Woody Vine Stratum** (Plot size: ) | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**

Number of Dominant Species That Are OBL, FACW, or FAC: 1 (A)
Total Number of Dominant Species Across All Strata: 1 (B)
Percent of Dominant Species That Are OBL, FACW, or FAC: 100.0% (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 80 | x 1 = | 80 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 10 | x 3 = | 30 |
| FACU species | 2 | x 4 = | 8 |
| UPL species | 0 | x 5 = | 0 |
| Column Totals: | 92 (A) | | 118 (B) |

Prevalence Index = B/A = 1.28

**Hydrophytic Vegetation Indicators:**

___ 1 - Rapid Test for Hydrophytic Vegetation
X 2 - Dominance Test is >50%
X 3 - Prevalence Index is ≤3.0[1]
___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)
___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes X No ___

Remarks: (Include photo numbers here or on a separate sheet.)

## SOIL

Sampling Point: 15

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox Features % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-8 | 10YR 2/2 | 80 | 10YR 5/8 | 20 | RM | M | Loamy/Clayey | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
_X_ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**
Type: rock
Depth (inches): 8

**Hydric Soil Present?** Yes _X_ No ___

Remarks:
Area is flooded by water from nearby artesian well.

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

_X_ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
_X_ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
_X_ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

___ Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
_X_ FAC-Neutral Test (D5)

**Field Observations:**

| | | | |
|---|---|---|---|
| Surface Water Present? | Yes _X_ | No _2_ | Depth (inches): 2 |
| Water Table Present? | Yes ___ | No _X_ | Depth (inches): ___ |
| Saturation Present? (includes capillary fringe) | Yes ___ | No _X_ | Depth (inches): ___ |

**Wetland Hydrology Present?** Yes _X_ No ___

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

**U.S. Army Corps of Engineers**
**WETLAND DETERMINATION DATA SHEET – Midwest Region**
See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R

*OMB Control #: 0710-0024, Exp:11/30/2024*
*Requirement Control Symbol EXEMPT:*
*(Authority: AR 335-15, paragraph 5-2a)*

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 2 May 2023
Applicant/Owner: ______ State: OK Sampling Point: 16
Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E
Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): None
Slope (%): 2 Lat: 36.628429 Long: -95.060638 Datum: NAD83
Soil Map Unit Name: Shidler silty clay loam, 0 to 3 percent slopes NWI classification: ______
Are climatic / hydrologic conditions on the site typical for this time of year? Yes X No ___ (If no, explain in Remarks.)
Are Vegetation ___, Soil ___, or Hydrology ___ significantly disturbed? Are "Normal Circumstances" present? Yes X No ___
Are Vegetation ___, Soil ___, or Hydrology ___ naturally problematic? (If needed, explain any answers in Remarks.)

## SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.

| | | |
|---|---|---|
| Hydrophytic Vegetation Present? | Yes ___ | No X |
| Hydric Soil Present? | Yes ___ | No X |
| Wetland Hydrology Present? | Yes ___ | No X |

Is the Sampled Area within a Wetland? Yes ___ No X

Remarks:

## VEGETATION – Use scientific names of plants.

| Tree Stratum (Plot size: 30 ft) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Sapling/Shrub Stratum (Plot size: 30 ft)** | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Herb Stratum (Plot size: 30 ft)** | | | |
| 1. *Geranium carolinianum* | 5 | No | UPL |
| 2. *Valerianella radiata* | 20 | Yes | FAC |
| 3. *Cerastium glomeratum* | 10 | No | FACU |
| 4. *Bromus tectorum* | 60 | Yes | UPL |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 95 | =Total Cover | |
| **Woody Vine Stratum (Plot size: ___)** | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**

Number of Dominant Species That Are OBL, FACW, or FAC: 1 (A)
Total Number of Dominant Species Across All Strata: 2 (B)
Percent of Dominant Species That Are OBL, FACW, or FAC: 50.0% (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 0 | x 1 = | 0 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 20 | x 3 = | 60 |
| FACU species | 10 | x 4 = | 40 |
| UPL species | 65 | x 5 = | 325 |
| Column Totals: | 95 (A) | | 425 (B) |

Prevalence Index = B/A = 4.47

**Hydrophytic Vegetation Indicators:**

___ 1 - Rapid Test for Hydrophytic Vegetation
___ 2 - Dominance Test is >50%
___ 3 - Prevalence Index is ≤3.0[1]
___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)
___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes ___ No X

Remarks: (Include photo numbers here or on a separate sheet.)



McComb_002137

## SOIL

Sampling Point: 16

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-15 | 10YR 2/1 | 100 | | | | | Loamy/Clayey | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**
Type: ______
Depth (inches): ______

**Hydric Soil Present?** Yes ___ No X

Remarks:

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

___ Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
___ FAC-Neutral Test (D5)

**Field Observations:**

| | | | |
|---|---|---|---|
| Surface Water Present? | Yes ___ | No X | Depth (inches): ___ |
| Water Table Present? | Yes ___ | No X | Depth (inches): ___ |
| Saturation Present? (includes capillary fringe) | Yes ___ | No X | Depth (inches): ___ |

**Wetland Hydrology Present?** Yes ___ No X

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

**U.S. Army Corps of Engineers**
**WETLAND DETERMINATION DATA SHEET – Midwest Region**
See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R

*OMB Control #: 0710-0024, Exp:11/30/2024*
*Requirement Control Symbol EXEMPT:*
*(Authority: AR 335-15, paragraph 5-2a)*

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 2 May 2023

Applicant/Owner: ______ State: OK Sampling Point: 17

Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E

Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): None

Slope (%): 2 Lat: 36.633994 Long: -95.069562 Datum: NAD83

Soil Map Unit Name: Apperson silty clay loam, 1 to 3 percent slopes NWI classification: ______

Are climatic / hydrologic conditions on the site typical for this time of year? Yes X No ___ (If no, explain in Remarks.)

Are Vegetation ___, Soil ___, or Hydrology ___ significantly disturbed? Are "Normal Circumstances" present? Yes X No ___

Are Vegetation ___, Soil ___, or Hydrology ___ naturally problematic? (If needed, explain any answers in Remarks.)

**SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.**

| | | |
|---|---|---|
| Hydrophytic Vegetation Present? | Yes ___ | No X |
| Hydric Soil Present? | Yes ___ | No X |
| Wetland Hydrology Present? | Yes ___ | No X |

**Is the Sampled Area within a Wetland?** Yes ___ No X

Remarks:

**VEGETATION** – Use scientific names of plants.

| Tree Stratum (Plot size: 30 ft) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Sapling/Shrub Stratum (Plot size: 30 ft)** | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Herb Stratum (Plot size: 30 ft)** | | | |
| 1. *Bouteloua gracilis* | 10 | No | UPL |
| 2. *Arnoglossum plantagineum* | 2 | No | FAC |
| 3. *Baptisia australis* | 5 | No | FACU |
| 4. *Bouteloua curtipendula* | 70 | Yes | UPL |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 87 | =Total Cover | |
| **Woody Vine Stratum (Plot size: ___)** | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**

Number of Dominant Species That Are OBL, FACW, or FAC: 0 (A)

Total Number of Dominant Species Across All Strata: 1 (B)

Percent of Dominant Species That Are OBL, FACW, or FAC: 0.0% (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 0 | x 1 = | 0 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 2 | x 3 = | 6 |
| FACU species | 5 | x 4 = | 20 |
| UPL species | 80 | x 5 = | 400 |
| Column Totals: | 87 (A) | | 426 (B) |

Prevalence Index = B/A = 4.90

**Hydrophytic Vegetation Indicators:**

___ 1 - Rapid Test for Hydrophytic Vegetation
___ 2 - Dominance Test is >50%
___ 3 - Prevalence Index is ≤3.0[1]
___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)
___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes ___ No X

Remarks: (Include photo numbers here or on a separate sheet.)

## SOIL

Sampling Point: 17

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox Features % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-4 | 7.5YR 2.5/1 | 100 | | | | | Loamy/Clayey | |
| 4-15 | 7.5YR 3/1 | 100 | | | | | Loamy/Clayey | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**

Type: ________

Depth (inches): ________

**Hydric Soil Present?** Yes ___ No X

Remarks:

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

___ Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
___ FAC-Neutral Test (D5)

**Field Observations:**

Surface Water Present? Yes ___ No X Depth (inches): ___
Water Table Present? Yes ___ No X Depth (inches): ___
Saturation Present? Yes ___ No X Depth (inches): ___
(includes capillary fringe)

**Wetland Hydrology Present?** Yes ___ No X

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

| U.S. Army Corps of Engineers<br>WETLAND DETERMINATION DATA SHEET – Midwest Region<br>See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R | *OMB Control #: 0710-0024, Exp:11/30/2024*<br>*Requirement Control Symbol EXEMPT:*<br>*(Authority: AR 335-15, paragraph 5-2a)* |
|---|---|

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 2 May 2023

Applicant/Owner: ______ State: OK Sampling Point: 18

Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E

Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): None

Slope (%): 2 Lat: 36.633679 Long: -95.067475 Datum: NAD83

Soil Map Unit Name: Apperson silty clay loam, 1 to 3 percent slopes NWI classification: ______

Are climatic / hydrologic conditions on the site typical for this time of year? Yes X No ___ (If no, explain in Remarks.)

Are Vegetation ___, Soil ___, or Hydrology ___ significantly disturbed? Are "Normal Circumstances" present? Yes X No ___

Are Vegetation ___, Soil ___, or Hydrology ___ naturally problematic? (If needed, explain any answers in Remarks.)

## SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.

| | | | | |
|---|---|---|---|---|
| Hydrophytic Vegetation Present? | Yes ___ | No X | Is the Sampled Area within a Wetland? | Yes ___ No X |
| Hydric Soil Present? | Yes ___ | No X | | |
| Wetland Hydrology Present? | Yes ___ | No X | | |

Remarks:

## VEGETATION – Use scientific names of plants.

| Tree Stratum (Plot size: 30 ft) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Sapling/Shrub Stratum** (Plot size: 30 ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Herb Stratum** (Plot size: 30 ft) | | | |
| 1. *Bouteloua curtipendula* | 60 | Yes | UPL |
| 2. *Valerianella radiata* | 30 | Yes | FAC |
| 3. *Chaerophyllum tainturieri* | 2 | No | FACU |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 92 | =Total Cover | |
| **Woody Vine Stratum** (Plot size: ___) | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**

Number of Dominant Species That Are OBL, FACW, or FAC: 1 (A)

Total Number of Dominant Species Across All Strata: 2 (B)

Percent of Dominant Species That Are OBL, FACW, or FAC: 50.0% (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 0 | x 1 = | 0 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 30 | x 3 = | 90 |
| FACU species | 2 | x 4 = | 8 |
| UPL species | 60 | x 5 = | 300 |
| Column Totals: | 92 (A) | | 398 (B) |

Prevalence Index = B/A = 4.33

**Hydrophytic Vegetation Indicators:**

___ 1 - Rapid Test for Hydrophytic Vegetation
___ 2 - Dominance Test is >50%
___ 3 - Prevalence Index is ≤3.0[1]
___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)
___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes ___ No X

Remarks: (Include photo numbers here or on a separate sheet.)

## SOIL

Sampling Point: 18

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-15 | 7.5YR 3/1 | 100 | | | | | Loamy/Clayey | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**

Type: ___

Depth (inches): ___

**Hydric Soil Present?** Yes ___ No X

Remarks:

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

___ Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
___ FAC-Neutral Test (D5)

**Field Observations:**

Surface Water Present? Yes ___ No X Depth (inches): ___
Water Table Present? Yes ___ No X Depth (inches): ___
Saturation Present? Yes ___ No X Depth (inches): ___
(includes capillary fringe)

**Wetland Hydrology Present?** Yes ___ No X

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

**U.S. Army Corps of Engineers**
**WETLAND DETERMINATION DATA SHEET – Midwest Region**
See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R

*OMB Control #: 0710-0024, Exp:11/30/2024*
*Requirement Control Symbol EXEMPT:*
*(Authority: AR 335-15, paragraph 5-2a)*

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 2 May 2023

Applicant/Owner: ______ State: OK Sampling Point: 19

Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E

Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): None

Slope (%): 2 Lat: 36.62977 Long: -95.06549 Datum: NAD83

Soil Map Unit Name: Lula silt loam, 1 to 3 percent slopes NWI classification: ______

Are climatic / hydrologic conditions on the site typical for this time of year? Yes X No ___ (If no, explain in Remarks.)

Are Vegetation ___, Soil ___, or Hydrology ___ significantly disturbed? Are "Normal Circumstances" present? Yes X No ___

Are Vegetation ___, Soil ___, or Hydrology ___ naturally problematic? (If needed, explain any answers in Remarks.)

## SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.

| | Yes | No |
|---|---|---|
| Hydrophytic Vegetation Present? | | X |
| Hydric Soil Present? | | X |
| Wetland Hydrology Present? | | X |
| Is the Sampled Area within a Wetland? | | X |

Remarks:

## VEGETATION – Use scientific names of plants.

| Stratum / Species | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| **Tree Stratum** (Plot size: 30 ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| =Total Cover | | | |
| **Sapling/Shrub Stratum** (Plot size: 30 ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| =Total Cover | | | |
| **Herb Stratum** (Plot size: 30 ft) | | | |
| 1. *Asclepias viridis* | 1 | No | UPL |
| 2. *Packera plattensis* | 5 | No | FACU |
| 3. *Sabulina michauxii* | 20 | Yes | FACU |
| 4. *Plantago virginica* | 5 | No | FACU |
| 5. *Eleocharis palustris* | 40 | Yes | OBL |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| =Total Cover | 71 | | |
| **Woody Vine Stratum** (Plot size: ______) | | | |
| 1. | | | |
| 2. | | | |
| =Total Cover | | | |

**Dominance Test worksheet:**

Number of Dominant Species That Are OBL, FACW, or FAC: 1 (A)

Total Number of Dominant Species Across All Strata: 2 (B)

Percent of Dominant Species That Are OBL, FACW, or FAC: 50.0% (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 40 | x 1 = | 40 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 0 | x 3 = | 0 |
| FACU species | 30 | x 4 = | 120 |
| UPL species | 1 | x 5 = | 5 |
| Column Totals: | 71 (A) | | 165 (B) |

Prevalence Index = B/A = 2.32

**Hydrophytic Vegetation Indicators:**

___ 1 - Rapid Test for Hydrophytic Vegetation
___ 2 - Dominance Test is >50%
___ 3 - Prevalence Index is ≤3.0[1]
___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)
___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes ___ No X

Remarks: (Include photo numbers here or on a separate sheet.)

## SOIL

Sampling Point: 19

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-5 | 10YR 2/2 | 100 | | | | | Loamy/Clayey | |
| 5-15 | 10YR 2/1 | 100 | | | | | Loamy/Clayey | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**
Type: ___
Depth (inches): ___

**Hydric Soil Present?** Yes ___ No X

Remarks:

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

___ Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
___ FAC-Neutral Test (D5)

**Field Observations:**

| | | | |
|---|---|---|---|
| Surface Water Present? | Yes ___ | No X | Depth (inches): ___ |
| Water Table Present? | Yes ___ | No X | Depth (inches): ___ |
| Saturation Present? (includes capillary fringe) | Yes ___ | No X | Depth (inches): ___ |

**Wetland Hydrology Present?** Yes ___ No X

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

| U.S. Army Corps of Engineers<br>**WETLAND DETERMINATION DATA SHEET – Midwest Region**<br>See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R | *OMB Control #: 0710-0024, Exp:11/30/2024*<br>*Requirement Control Symbol EXEMPT:*<br>*(Authority: AR 335-15, paragraph 5-2a)* |
|---|---|

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 2 May 2023

Applicant/Owner: ______ State: OK Sampling Point: 20

Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E

Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): None

Slope (%): 2 Lat: 36.63052 Long: -95.06518 Datum: NAD83

Soil Map Unit Name: Shidler silty clay loam, 0 to 3 percent slopes NWI classification: ______

Are climatic / hydrologic conditions on the site typical for this time of year? Yes X No ___ (If no, explain in Remarks.)

Are Vegetation ___, Soil ___, or Hydrology ___ significantly disturbed? Are "Normal Circumstances" present? Yes X No ___

Are Vegetation ___, Soil ___, or Hydrology ___ naturally problematic? (If needed, explain any answers in Remarks.)

## SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.

| | | | |
|---|---|---|---|
| Hydrophytic Vegetation Present? | Yes ___ | No X | **Is the Sampled Area within a Wetland?** Yes ___ No X |
| Hydric Soil Present? | Yes ___ | No X | |
| Wetland Hydrology Present? | Yes ___ | No X | |

Remarks:

## VEGETATION – Use scientific names of plants.

| | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| Tree Stratum (Plot size: 30 ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| Sapling/Shrub Stratum (Plot size: 30 ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| Herb Stratum (Plot size: 30 ft) | | | |
| 1. *Sedum pulchellum* | 60 | Yes | FACU |
| 2. *Bromus tectorum* | 10 | No | UPL |
| 3. | | | FACU |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 70 | =Total Cover | |
| Woody Vine Stratum (Plot size: ) | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**

Number of Dominant Species That Are OBL, FACW, or FAC: 0 (A)

Total Number of Dominant Species Across All Strata: 1 (B)

Percent of Dominant Species That Are OBL, FACW, or FAC: 0.0% (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 0 | x 1 = | 0 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 0 | x 3 = | 0 |
| FACU species | 60 | x 4 = | 240 |
| UPL species | 10 | x 5 = | 50 |
| Column Totals: | 70 (A) | | 290 (B) |

Prevalence Index = B/A = 4.14

**Hydrophytic Vegetation Indicators:**

___ 1 - Rapid Test for Hydrophytic Vegetation

___ 2 - Dominance Test is >50%

___ 3 - Prevalence Index is ≤3.0[1]

___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)

___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes ___ No X

Remarks: (Include photo numbers here or on a separate sheet.)

## SOIL

Sampling Point: 20

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-3 | 10YR 2/1 | 100 | | | | | Loamy/Clayey | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**

Type: rock

Depth (inches): 3

**Hydric Soil Present?** Yes ___ No X

Remarks:

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

___ Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
___ FAC-Neutral Test (D5)

**Field Observations:**

Surface Water Present? Yes ___ No X Depth (inches): ___
Water Table Present? Yes ___ No X Depth (inches): ___
Saturation Present? Yes ___ No X Depth (inches): ___
(includes capillary fringe)

**Wetland Hydrology Present?** Yes ___ No X

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

**U.S. Army Corps of Engineers**
**WETLAND DETERMINATION DATA SHEET – Midwest Region**
See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R

*OMB Control #: 0710-0024, Exp:11/30/2024*
*Requirement Control Symbol EXEMPT:*
*(Authority: AR 335-15, paragraph 5-2a)*

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 2 May 2023
Applicant/Owner: ________ State: OK Sampling Point: 21
Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E
Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): None
Slope (%): 2 Lat: 36.629861 Long: -95.068909 Datum: NAD83
Soil Map Unit Name: Apperson silt loam, 1 to 3 percent slopes NWI classification: ________
Are climatic / hydrologic conditions on the site typical for this time of year? Yes X No ____ (If no, explain in Remarks.)
Are Vegetation ____, Soil ____, or Hydrology ____ significantly disturbed? Are "Normal Circumstances" present? Yes X No ____
Are Vegetation ____, Soil ____, or Hydrology ____ naturally problematic? (If needed, explain any answers in Remarks.)

## SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.

| | | |
|---|---|---|
| Hydrophytic Vegetation Present? | Yes ____ | No X |
| Hydric Soil Present? | Yes ____ | No X |
| Wetland Hydrology Present? | Yes ____ | No X |

**Is the Sampled Area within a Wetland?** Yes ____ No X

Remarks:

## VEGETATION – Use scientific names of plants.

| Tree Stratum (Plot size: 30 ft) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| =Total Cover | | | |
| **Sapling/Shrub Stratum** (Plot size: 30 ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| =Total Cover | | | |
| **Herb Stratum** (Plot size: 30 ft) | | | |
| 1. *Andropogon virginicus* | 20 | Yes | FACU |
| 2. *Valerianella radiata* | 10 | No | FAC |
| 3. *Scirpus sylvaticus* | 40 | Yes | FACU |
| 4. *Panicum oligosanthes* | 10 | No | FACU |
| 5. *Packera plattensis* | 2 | No | FACU |
| 6. *Ranunculus sardous* | 2 | No | FAC |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| =Total Cover | 84 | | |
| **Woody Vine Stratum** (Plot size: ____) | | | |
| 1. | | | |
| 2. | | | |
| =Total Cover | | | |

**Dominance Test worksheet:**

Number of Dominant Species That Are OBL, FACW, or FAC: 0 (A)
Total Number of Dominant Species Across All Strata: 2 (B)
Percent of Dominant Species That Are OBL, FACW, or FAC: 0.0% (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 0 | x 1 = | 0 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 12 | x 3 = | 36 |
| FACU species | 72 | x 4 = | 288 |
| UPL species | 0 | x 5 = | 0 |
| Column Totals: | 84 (A) | | 324 (B) |

Prevalence Index = B/A = 3.86

**Hydrophytic Vegetation Indicators:**

___ 1 - Rapid Test for Hydrophytic Vegetation
___ 2 - Dominance Test is >50%
___ 3 - Prevalence Index is ≤3.0[1]
___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)
___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes ____ No X

Remarks: (Include photo numbers here or on a separate sheet.)

## SOIL

Sampling Point: 21

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-15 | 10YR 2/1 | 100 | | | | | Loamy/Clayey | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**
Type: rock
Depth (inches): 3

**Hydric Soil Present?** Yes ___ No X

Remarks:

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

___ Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
___ FAC-Neutral Test (D5)

**Field Observations:**

Surface Water Present? Yes ___ No X Depth (inches): ___
Water Table Present? Yes ___ No X Depth (inches): ___
Saturation Present? Yes ___ No X Depth (inches): ___
(includes capillary fringe)

**Wetland Hydrology Present?** Yes ___ No X

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

**U.S. Army Corps of Engineers**
**WETLAND DETERMINATION DATA SHEET – Midwest Region**
See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R

*OMB Control #: 0710-0024, Exp:11/30/2024*
*Requirement Control Symbol EXEMPT:*
*(Authority: AR 335-15, paragraph 5-2a)*

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 2 May 2023

Applicant/Owner: ____ State: OK Sampling Point: 22

Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E

Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): None

Slope (%): 2 Lat: 36.631101 Long: -95.069084 Datum: NAD83

Soil Map Unit Name: Shidler silty clay loam, 0 to 3 percent slopes NWI classification: ____

Are climatic / hydrologic conditions on the site typical for this time of year? Yes X No ____ (If no, explain in Remarks.)

Are Vegetation ____, Soil ____, or Hydrology ____ significantly disturbed? Are "Normal Circumstances" present? Yes X No ____

Are Vegetation ____, Soil ____, or Hydrology ____ naturally problematic? (If needed, explain any answers in Remarks.)

## SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.

| | Yes | No |
|---|---|---|
| Hydrophytic Vegetation Present? | | X |
| Hydric Soil Present? | | X |
| Wetland Hydrology Present? | | X |
| Is the Sampled Area within a Wetland? | | X |

Remarks:

## VEGETATION – Use scientific names of plants.

| | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| **Tree Stratum** (Plot size: 30 ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Sapling/Shrub Stratum** (Plot size: 30 ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Herb Stratum** (Plot size: 30 ft) | | | |
| 1. *Ranunculus sardous* | 5 | No | FAC |
| 2. *Scirpus sylvaticus* | 5 | No | OBL |
| 3. *Valerianella radiata* | 10 | No | FAC |
| 4. *Packera plattensis* | 5 | No | FACU |
| 5. *Panicum oligosanthes* | 50 | Yes | FACU |
| 6. *Sporobolus iocIados* | 20 | Yes | FAC |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 95 | =Total Cover | |
| **Woody Vine Stratum** (Plot size: ____) | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**

Number of Dominant Species That Are OBL, FACW, or FAC: 1 (A)

Total Number of Dominant Species Across All Strata: 2 (B)

Percent of Dominant Species That Are OBL, FACW, or FAC: 50.0% (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 5 | x 1 = | 5 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 35 | x 3 = | 105 |
| FACU species | 55 | x 4 = | 220 |
| UPL species | 0 | x 5 = | 0 |
| Column Totals: | 95 (A) | | 330 (B) |

Prevalence Index = B/A = 3.47

**Hydrophytic Vegetation Indicators:**

- ____ 1 - Rapid Test for Hydrophytic Vegetation
- ____ 2 - Dominance Test is >50%
- ____ 3 - Prevalence Index is ≤3.0[1]
- ____ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)
- ____ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes ____ No X

Remarks: (Include photo numbers here or on a separate sheet.)

## SOIL

Sampling Point: 22

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-15 | 10YR 2/2 | 100 | | | | | Loamy/Clayey | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**
Type: ______
Depth (inches): ______

**Hydric Soil Present?** Yes ___ No X

Remarks:

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

___ Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
___ FAC-Neutral Test (D5)

**Field Observations:**

| | | | |
|---|---|---|---|
| Surface Water Present? | Yes ___ | No X | Depth (inches): ___ |
| Water Table Present? | Yes ___ | No X | Depth (inches): ___ |
| Saturation Present? (includes capillary fringe) | Yes ___ | No X | Depth (inches): ___ |

**Wetland Hydrology Present?** Yes ___ No X

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

| U.S. Army Corps of Engineers<br>WETLAND DETERMINATION DATA SHEET – Midwest Region<br>See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R | *OMB Control #: 0710-0024, Exp:11/30/2024*<br>*Requirement Control Symbol EXEMPT:*<br>*(Authority: AR 335-15, paragraph 5-2a)* |
|---|---|

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 3 May 2023

Applicant/Owner: ______ State: OK Sampling Point: 23

Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E

Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): None

Slope (%): 2 Lat: 36.630577 Long: -95.070743 Datum: NAD83

Soil Map Unit Name: Apperson silt loam, 1 to 3 percent slopes NWI classification: ______

Are climatic / hydrologic conditions on the site typical for this time of year? Yes X No ____ (If no, explain in Remarks.)

Are Vegetation ____, Soil ____, or Hydrology ____ significantly disturbed? Are "Normal Circumstances" present? Yes X No ____

Are Vegetation ____, Soil ____, or Hydrology ____ naturally problematic? (If needed, explain any answers in Remarks.)

## SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.

| | | | | |
|---|---|---|---|---|
| Hydrophytic Vegetation Present? | Yes ____ | No X | Is the Sampled Area within a Wetland? | Yes ____ No X |
| Hydric Soil Present? | Yes ____ | No X | | |
| Wetland Hydrology Present? | Yes ____ | No X | | |

Remarks:

## VEGETATION – Use scientific names of plants.

| Tree Stratum (Plot size: 30 ft) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Sapling/Shrub Stratum** (Plot size: 30 ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Herb Stratum** (Plot size: 30 ft) | | | |
| 1. *Valerianella radiata* | 40 | Yes | FAC |
| 2. *Bouteloua curtipendula* | 30 | Yes | UPL |
| 3. *Geranium carolinianum* | 2 | No | UPL |
| 4. *Plantago virginica* | 2 | No | FACU |
| 5. *Panicum oligosanthes* | 10 | No | FACU |
| 6. *Packera plattensis* | 5 | No | FACU |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 89 | =Total Cover | |
| **Woody Vine Stratum** (Plot size: ) | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**

Number of Dominant Species That Are OBL, FACW, or FAC: 1 (A)

Total Number of Dominant Species Across All Strata: 2 (B)

Percent of Dominant Species That Are OBL, FACW, or FAC: 50.0% (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | | Multiply by: |
|---|---|---|---|
| OBL species | 0 | x 1 = | 0 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 40 | x 3 = | 120 |
| FACU species | 17 | x 4 = | 68 |
| UPL species | 32 | x 5 = | 160 |
| Column Totals: | 89 (A) | | 348 (B) |

Prevalence Index = B/A = 3.91

**Hydrophytic Vegetation Indicators:**

- ____ 1 - Rapid Test for Hydrophytic Vegetation
- ____ 2 - Dominance Test is >50%
- ____ 3 - Prevalence Index is ≤3.0[1]
- ____ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)
- ____ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes ____ No X

Remarks: (Include photo numbers here or on a separate sheet.)

## SOIL

Sampling Point: 23

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-7 | 10YR 2/2 | 100 | | | | | Loamy/Clayey | |
| 7-15 | 7.5YR 2.5/1 | 100 | | | | | Loamy/Clayey | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**
Type: ___
Depth (inches): ___

**Hydric Soil Present?** Yes ___ No X

Remarks:

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

___ Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
___ FAC-Neutral Test (D5)

**Field Observations:**

| | | | |
|---|---|---|---|
| Surface Water Present? | Yes ___ | No X | Depth (inches): ___ |
| Water Table Present? | Yes ___ | No X | Depth (inches): ___ |
| Saturation Present? (includes capillary fringe) | Yes ___ | No X | Depth (inches): ___ |

**Wetland Hydrology Present?** Yes ___ No X

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

| U.S. Army Corps of Engineers<br>WETLAND DETERMINATION DATA SHEET – Midwest Region<br>See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R | *OMB Control #: 0710-0024, Exp:11/30/2024*<br>*Requirement Control Symbol EXEMPT:*<br>*(Authority: AR 335-15, paragraph 5-2a)* |
|---|---|

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 3 May 2023

Applicant/Owner: ______ State: OK Sampling Point: 24

Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E

Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): None

Slope (%): 2 Lat: 36.632033 Long: -95.07097 Datum: NAD83

Soil Map Unit Name: Apperson silt loam, 1 to 3 percent slopes NWI classification: ______

Are climatic / hydrologic conditions on the site typical for this time of year? Yes X No ___ (If no, explain in Remarks.)

Are Vegetation ___, Soil ___, or Hydrology ___ significantly disturbed? Are "Normal Circumstances" present? Yes X No ___

Are Vegetation ___, Soil ___, or Hydrology ___ naturally problematic? (If needed, explain any answers in Remarks.)

**SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.**

| | | | | |
|---|---|---|---|---|
| Hydrophytic Vegetation Present? | Yes ___ | No X | **Is the Sampled Area within a Wetland?** | **Yes ___ No X** |
| Hydric Soil Present? | Yes ___ | No X | | |
| Wetland Hydrology Present? | Yes ___ | No X | | |

Remarks:

**VEGETATION** – Use scientific names of plants.

| Tree Stratum (Plot size: 30 ft) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Sapling/Shrub Stratum** (Plot size: 30 ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Herb Stratum** (Plot size: 30 ft) | | | |
| 1. *Packera plattensis* | 10 | No | FACU |
| 2. *Valerianella radiata* | 30 | Yes | FAC |
| 3. *Sedum pulchellum* | 5 | No | FACU |
| 4. *Bouteloua curtipendula* | 40 | Yes | UPL |
| 5. *Geranium carolinianum* | 2 | No | UPL |
| 6. *Ranunculus sardous* | 5 | No | FAC |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 92 | =Total Cover | |
| **Woody Vine Stratum** (Plot size: ) | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**

Number of Dominant Species That Are OBL, FACW, or FAC: 1 (A)

Total Number of Dominant Species Across All Strata: 2 (B)

Percent of Dominant Species That Are OBL, FACW, or FAC: 50.0% (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 0 | x 1 = | 0 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 35 | x 3 = | 105 |
| FACU species | 15 | x 4 = | 60 |
| UPL species | 42 | x 5 = | 210 |
| Column Totals: | 92 (A) | | 375 (B) |

Prevalence Index = B/A = 4.08

**Hydrophytic Vegetation Indicators:**

___ 1 - Rapid Test for Hydrophytic Vegetation

___ 2 - Dominance Test is >50%

___ 3 - Prevalence Index is ≤3.0[1]

___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)

___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes ___ No X

Remarks: (Include photo numbers here or on a separate sheet.)

## SOIL

Sampling Point: 24

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-3 | 10YR 3/1 | 100 | | | | | Loamy/Clayey | |
| 3-9 | 10YR 3/2 | 100 | | | | | Loamy/Clayey | |
| 9-15 | 10YR 2/1 | 100 | | | | | Loamy/Clayey | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**
Type: ______
Depth (inches): ______

**Hydric Soil Present?** Yes ___ No X

Remarks:

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

___ Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
___ FAC-Neutral Test (D5)

**Field Observations:**

| | | | |
|---|---|---|---|
| Surface Water Present? | Yes ___ | No X | Depth (inches): ___ |
| Water Table Present? | Yes ___ | No X | Depth (inches): ___ |
| Saturation Present? (includes capillary fringe) | Yes ___ | No X | Depth (inches): ___ |

**Wetland Hydrology Present?** Yes ___ No X

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

**U.S. Army Corps of Engineers**
**WETLAND DETERMINATION DATA SHEET – Midwest Region**
See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R

*OMB Control #: 0710-0024, Exp:11/30/2024*
*Requirement Control Symbol EXEMPT:*
*(Authority: AR 335-15, paragraph 5-2a)*

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 3 May 2023
Applicant/Owner: ______ State: OK Sampling Point: 25
Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E
Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): None
Slope (%): 2 Lat: 36.63044 Long: -95.06223 Datum: NAD83
Soil Map Unit Name: Shidler silty clay loam, 0 to 3 percent slopes NWI classification: ______
Are climatic / hydrologic conditions on the site typical for this time of year? Yes X No ___ (If no, explain in Remarks.)
Are Vegetation ___, Soil ___, or Hydrology ___ significantly disturbed? Are "Normal Circumstances" present? Yes X No ___
Are Vegetation ___, Soil ___, or Hydrology ___ naturally problematic? (If needed, explain any answers in Remarks.)

## SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.

| | | |
|---|---|---|
| Hydrophytic Vegetation Present? | Yes ___ | No X |
| Hydric Soil Present? | Yes ___ | No X |
| Wetland Hydrology Present? | Yes ___ | No X |

Is the Sampled Area within a Wetland? Yes ___ No X

Remarks:

## VEGETATION – Use scientific names of plants.

| Tree Stratum (Plot size: 30 ft) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Sapling/Shrub Stratum (Plot size: 30 ft)** | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Herb Stratum (Plot size: 30 ft)** | | | |
| 1. *Packera plattensis* | 20 | Yes | FACU |
| 2. *Valerianella radiata* | 20 | Yes | FAC |
| 3. *Scirpus sylvaticus* | 5 | No | OBL |
| 4. *Bouteloua curtipendula* | 30 | Yes | UPL |
| 5. *Panicum oligosanthes* | 10 | No | FACU |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 85 | =Total Cover | |
| **Woody Vine Stratum (Plot size: ___)** | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**

| | | |
|---|---|---|
| Number of Dominant Species That Are OBL, FACW, or FAC: | 1 | (A) |
| Total Number of Dominant Species Across All Strata: | 3 | (B) |
| Percent of Dominant Species That Are OBL, FACW, or FAC: | 33.3% | (A/B) |

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 5 | x 1 = | 5 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 20 | x 3 = | 60 |
| FACU species | 30 | x 4 = | 120 |
| UPL species | 30 | x 5 = | 150 |
| Column Totals: | 85 (A) | | 335 (B) |

Prevalence Index = B/A = 3.94

**Hydrophytic Vegetation Indicators:**

___ 1 - Rapid Test for Hydrophytic Vegetation
___ 2 - Dominance Test is >50%
___ 3 - Prevalence Index is ≤3.0[1]
___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)
___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes ___ No X

Remarks: (Include photo numbers here or on a separate sheet.)



McComb_002155

## SOIL

Sampling Point: 25

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-15 | 10YR 2/1 | 100 | | | | | Loamy/Clayey | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**
Type: ___
Depth (inches): ___

**Hydric Soil Present?** Yes ___ No X

Remarks:

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

___ Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
___ FAC-Neutral Test (D5)

**Field Observations:**

| | | | |
|---|---|---|---|
| Surface Water Present? | Yes ___ | No X | Depth (inches): ___ |
| Water Table Present? | Yes ___ | No X | Depth (inches): ___ |
| Saturation Present? (includes capillary fringe) | Yes ___ | No X | Depth (inches): ___ |

**Wetland Hydrology Present?** Yes ___ No X

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

| U.S. Army Corps of Engineers<br>WETLAND DETERMINATION DATA SHEET – Midwest Region<br>See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R | *OMB Control #: 0710-0024, Exp:11/30/2024*<br>*Requirement Control Symbol EXEMPT:*<br>*(Authority: AR 335-15, paragraph 5-2a)* |
|---|---|

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 3 May 2023

Applicant/Owner: ______ State: OK Sampling Point: 26

Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E

Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): None

Slope (%): 2 Lat: 36.630022 Long: -95.062834 Datum: NAD83

Soil Map Unit Name: Shidler silty clay loam, 0 to 3 percent slopes NWI classification: ______

Are climatic / hydrologic conditions on the site typical for this time of year? Yes X No ___ (If no, explain in Remarks.)

Are Vegetation ___, Soil ___, or Hydrology ___ significantly disturbed? Are "Normal Circumstances" present? Yes X No ___

Are Vegetation ___, Soil ___, or Hydrology ___ naturally problematic? (If needed, explain any answers in Remarks.)

## SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.

| | | | |
|---|---|---|---|
| Hydrophytic Vegetation Present? | Yes ___ | No X | Is the Sampled Area within a Wetland? Yes ___ No X |
| Hydric Soil Present? | Yes ___ | No X | |
| Wetland Hydrology Present? | Yes ___ | No X | |

Remarks:

## VEGETATION – Use scientific names of plants.

| Tree Stratum (Plot size: 30 ft) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Sapling/Shrub Stratum** (Plot size: 30 ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Herb Stratum** (Plot size: 30 ft) | | | |
| 1. *Packera plattensis* | 2 | No | FACU |
| 2. *Valerianella radiata* | 10 | Yes | FAC |
| 3. *Sedum pulchellum* | 5 | No | FACU |
| 4. *Bouteloua curtipendula* | 10 | Yes | UPL |
| 5. *Euphorbia terracina* | 2 | No | FAC |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 29 | =Total Cover | |
| **Woody Vine Stratum** (Plot size: ___) | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**

| | | |
|---|---|---|
| Number of Dominant Species That Are OBL, FACW, or FAC: | 1 | (A) |
| Total Number of Dominant Species Across All Strata: | 2 | (B) |
| Percent of Dominant Species That Are OBL, FACW, or FAC: | 50.0% | (A/B) |

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 0 | x 1 = | 0 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 12 | x 3 = | 36 |
| FACU species | 7 | x 4 = | 28 |
| UPL species | 10 | x 5 = | 50 |
| Column Totals: | 29 (A) | | 114 (B) |
| Prevalence Index = B/A = | 3.93 | | |

**Hydrophytic Vegetation Indicators:**

___ 1 - Rapid Test for Hydrophytic Vegetation

___ 2 - Dominance Test is >50%

___ 3 - Prevalence Index is ≤3.0[1]

___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)

___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes ___ No X

Remarks: (Include photo numbers here or on a separate sheet.)



McComb_002157

## SOIL

Sampling Point: 26

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-2 | 10YR 2/1 | 100 | | | | | Loamy/Clayey | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**
Type: Rock
Depth (inches): 2

**Hydric Soil Present?** Yes ___ No X

Remarks:
Mostly Surface rock in area

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

___ Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
___ FAC-Neutral Test (D5)

**Field Observations:**

| | | | |
|---|---|---|---|
| Surface Water Present? | Yes ___ | No X | Depth (inches): ___ |
| Water Table Present? | Yes ___ | No X | Depth (inches): ___ |
| Saturation Present? (includes capillary fringe) | Yes ___ | No X | Depth (inches): ___ |

**Wetland Hydrology Present?** Yes ___ No X

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

**U.S. Army Corps of Engineers**
**WETLAND DETERMINATION DATA SHEET – Midwest Region**
See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R

*OMB Control #: 0710-0024, Exp:11/30/2024*
*Requirement Control Symbol EXEMPT:*
*(Authority: AR 335-15, paragraph 5-2a)*

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 3 May 2023
Applicant/Owner: ______ State: OK Sampling Point: 27
Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E
Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): None
Slope (%): 2 Lat: 36.628231 Long: -95.060606 Datum: NAD83
Soil Map Unit Name: Shidler silty clay loam, 0 to 3 percent slopes NWI classification: ______
Are climatic / hydrologic conditions on the site typical for this time of year? Yes X No ___ (If no, explain in Remarks.)
Are Vegetation ___, Soil ___, or Hydrology ___ significantly disturbed? Are "Normal Circumstances" present? Yes X No ___
Are Vegetation ___, Soil ___, or Hydrology ___ naturally problematic? (If needed, explain any answers in Remarks.)

**SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.**

| | Yes | No |
|---|---|---|
| Hydrophytic Vegetation Present? | | X |
| Hydric Soil Present? | | X |
| Wetland Hydrology Present? | | X |
| **Is the Sampled Area within a Wetland?** | | X |

Remarks:

**VEGETATION** – Use scientific names of plants.

| Tree Stratum (Plot size: 30 ft) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Sapling/Shrub Stratum (Plot size: 30 ft)** | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Herb Stratum (Plot size: 30 ft)** | | | |
| 1. *Bouteloua curtipendula* | 40 | Yes | UPL |
| 2. *Ranunculus sardous* | 25 | Yes | FAC |
| 3. *Valerianella radiata* | 10 | No | FAC |
| 4. *Cerastium glomeratum* | 5 | No | FACU |
| 5. *Cyropsis aspefolia* | 10 | No | FAC |
| 6. *Scirpus sylvaticus* | 10 | No | OBL |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 100 | =Total Cover | |
| **Woody Vine Stratum (Plot size: ___)** | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**
Number of Dominant Species That Are OBL, FACW, or FAC: 1 (A)
Total Number of Dominant Species Across All Strata: 2 (B)
Percent of Dominant Species That Are OBL, FACW, or FAC: 50.0% (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 10 | x 1 = | 10 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 45 | x 3 = | 135 |
| FACU species | 5 | x 4 = | 20 |
| UPL species | 40 | x 5 = | 200 |
| Column Totals: | 100 (A) | | 365 (B) |

Prevalence Index = B/A = 3.65

**Hydrophytic Vegetation Indicators:**
___ 1 - Rapid Test for Hydrophytic Vegetation
___ 2 - Dominance Test is >50%
___ 3 - Prevalence Index is ≤3.0[1]
___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)
___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes ___ No X

Remarks: (Include photo numbers here or on a separate sheet.)

## SOIL

Sampling Point: 27

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-6 | 10YR 2/1 | 100 | | | | | Loamy/Clayey | |
| 6-15 | 10YR 3/1 | 100 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**

Type: ________

Depth (inches): ________

**Hydric Soil Present?** Yes ___ No X

Remarks:

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

___ Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
___ FAC-Neutral Test (D5)

**Field Observations:**

Surface Water Present? Yes ___ No X Depth (inches): ___

Water Table Present? Yes ___ No X Depth (inches): ___

Saturation Present? (includes capillary fringe) Yes ___ No X Depth (inches): ___

**Wetland Hydrology Present?** Yes ___ No X

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

**U.S. Army Corps of Engineers**
**WETLAND DETERMINATION DATA SHEET – Midwest Region**
See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R

*OMB Control #: 0710-0024, Exp:11/30/2024*
*Requirement Control Symbol EXEMPT:*
*(Authority: AR 335-15, paragraph 5-2a)*

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 3 May 2023
Applicant/Owner: ______ State: OK Sampling Point: 28
Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E
Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): None
Slope (%): 2 Lat: 36.627246 Long: -95.059222 Datum: NAD83
Soil Map Unit Name: Shidler silty clay loam, 0 to 3 percent slopes NWI classification: ______
Are climatic / hydrologic conditions on the site typical for this time of year? Yes X No ___ (If no, explain in Remarks.)
Are Vegetation ___, Soil ___, or Hydrology ___ significantly disturbed? Are "Normal Circumstances" present? Yes X No ___
Are Vegetation ___, Soil ___, or Hydrology ___ naturally problematic? (If needed, explain any answers in Remarks.)

**SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.**

| | | |
|---|---|---|
| Hydrophytic Vegetation Present? | Yes X | No ___ |
| Hydric Soil Present? | Yes ___ | No X |
| Wetland Hydrology Present? | Yes ___ | No X |

**Is the Sampled Area within a Wetland?** Yes ___ No X

Remarks:

**VEGETATION** – Use scientific names of plants.

| Tree Stratum (Plot size: 30 ft) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Sapling/Shrub Stratum** (Plot size: 30 ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Herb Stratum** (Plot size: 30 ft) | | | |
| 1. *Eleocharis palustris* | 30 | Yes | OBL |
| 2. *Valerianella radiata* | 20 | Yes | FAC |
| 3. *Lespedeza cuneata* | 5 | No | UPL |
| 4. *Erigeron annuus* | 5 | No | FACU |
| 5. *Eragrostis spectabilis* | 40 | Yes | FAC |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 100 | =Total Cover | |
| **Woody Vine Stratum** (Plot size: ) | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**

Number of Dominant Species That Are OBL, FACW, or FAC: 3 (A)
Total Number of Dominant Species Across All Strata: 3 (B)
Percent of Dominant Species That Are OBL, FACW, or FAC: 100.0% (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: |
|---|---|---|
| OBL species | 30 | x 1 = 30 |
| FACW species | 0 | x 2 = 0 |
| FAC species | 60 | x 3 = 180 |
| FACU species | 5 | x 4 = 20 |
| UPL species | 5 | x 5 = 25 |
| Column Totals: | 100 (A) | 255 (B) |

Prevalence Index = B/A = 2.55

**Hydrophytic Vegetation Indicators:**

___ 1 - Rapid Test for Hydrophytic Vegetation
X 2 - Dominance Test is >50%
___ 3 - Prevalence Index is ≤3.0[1]
___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)
___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes X No ___

Remarks: (Include photo numbers here or on a separate sheet.)

## SOIL

Sampling Point: 28

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-15 | 10YR 2/1 | 100 | | | | | Loamy/Clayey | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**
Type: ___
Depth (inches): ___

**Hydric Soil Present?** Yes ___ No X

Remarks:

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

___ Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
X FAC-Neutral Test (D5)

**Field Observations:**

Surface Water Present? Yes ___ No X Depth (inches): ___
Water Table Present? Yes ___ No X Depth (inches): ___
Saturation Present? Yes ___ No X Depth (inches): ___
(includes capillary fringe)

**Wetland Hydrology Present?** Yes ___ No X

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

**U.S. Army Corps of Engineers**
**WETLAND DETERMINATION DATA SHEET – Midwest Region**
See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R

*OMB Control #: 0710-0024, Exp:11/30/2024*
*Requirement Control Symbol EXEMPT:*
*(Authority: AR 335-15, paragraph 5-2a)*

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 3 May 2023
Applicant/Owner: ______ State: OK Sampling Point: 29
Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E
Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): None
Slope (%): 2 Lat: 36.62805 Long: -95.05825 Datum: NAD83
Soil Map Unit Name: Apperson silty clay loam, 1 to 3 percent slopes NWI classification: ______
Are climatic / hydrologic conditions on the site typical for this time of year? Yes X No ___ (If no, explain in Remarks.)
Are Vegetation ___, Soil ___, or Hydrology ___ significantly disturbed? Are "Normal Circumstances" present? Yes X No ___
Are Vegetation ___, Soil ___, or Hydrology ___ naturally problematic? (If needed, explain any answers in Remarks.)

## SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.

| | Yes | No |
|---|---|---|
| Hydrophytic Vegetation Present? | | X |
| Hydric Soil Present? | | X |
| Wetland Hydrology Present? | | X |

Is the Sampled Area within a Wetland? Yes ___ No X

Remarks:

## VEGETATION – Use scientific names of plants.

| Tree Stratum (Plot size: 30 ft) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Sapling/Shrub Stratum** (Plot size: 30 ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Herb Stratum** (Plot size: 30 ft) | | | |
| 1. *Valerianella radiata* | 30 | Yes | FAC |
| 2. *Geranium carolinianum* | 5 | No | UPL |
| 3. *Packera plattensis* | 10 | No | FACU |
| 4. *Ranunculus sardous* | 10 | No | FAC |
| 5. *Plantago virginica* | 10 | No | FACU |
| 6. *Aristida purpurea* | 40 | Yes | UPL |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 105 | =Total Cover | |
| **Woody Vine Stratum** (Plot size: ) | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**

Number of Dominant Species That Are OBL, FACW, or FAC: 1 (A)
Total Number of Dominant Species Across All Strata: 2 (B)
Percent of Dominant Species That Are OBL, FACW, or FAC: 50.0% (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 0 | x 1 = | 0 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 40 | x 3 = | 120 |
| FACU species | 20 | x 4 = | 80 |
| UPL species | 45 | x 5 = | 225 |
| Column Totals: | 105 (A) | | 425 (B) |

Prevalence Index = B/A = 4.05

**Hydrophytic Vegetation Indicators:**

___ 1 - Rapid Test for Hydrophytic Vegetation
___ 2 - Dominance Test is >50%
___ 3 - Prevalence Index is ≤3.0[1]
___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)
___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes ___ No X

Remarks: (Include photo numbers here or on a separate sheet.)

## SOIL

Sampling Point: 29

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-4 | 10YR 2/1 | 100 | | | | | Loamy/Clayey | |
| 4-15 | 7.5YR 2.5/1 | 100 | | | | | Loamy/Clayey | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains.
[2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

- ___ Histosol (A1)
- ___ Histic Epipedon (A2)
- ___ Black Histic (A3)
- ___ Hydrogen Sulfide (A4)
- ___ Stratified Layers (A5)
- ___ 2 cm Muck (A10)
- ___ Depleted Below Dark Surface (A11)
- ___ Thick Dark Surface (A12)
- ___ Sandy Mucky Mineral (S1)
- ___ 5 cm Mucky Peat or Peat (S3)
- ___ Sandy Gleyed Matrix (S4)
- ___ Sandy Redox (S5)
- ___ Stripped Matrix (S6)
- ___ Dark Surface (S7)
- ___ Loamy Mucky Mineral (F1)
- ___ Loamy Gleyed Matrix (F2)
- ___ Depleted Matrix (F3)
- ___ Redox Dark Surface (F6)
- ___ Depleted Dark Surface (F7)
- ___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

- ___ Coast Prairie Redox (A16)
- ___ Iron-Manganese Masses (F12)
- ___ Red Parent Material (F21)
- ___ Very Shallow Dark Surface (F22)
- ___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**
Type: ______
Depth (inches): ______

**Hydric Soil Present?** Yes ___ No X

Remarks:

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

- ___ Surface Water (A1)
- ___ High Water Table (A2)
- ___ Saturation (A3)
- ___ Water Marks (B1)
- ___ Sediment Deposits (B2)
- ___ Drift Deposits (B3)
- ___ Algal Mat or Crust (B4)
- ___ Iron Deposits (B5)
- ___ Inundation Visible on Aerial Imagery (B7)
- ___ Sparsely Vegetated Concave Surface (B8)
- ___ Water-Stained Leaves (B9)
- ___ Aquatic Fauna (B13)
- ___ True Aquatic Plants (B14)
- ___ Hydrogen Sulfide Odor (C1)
- ___ Oxidized Rhizospheres on Living Roots (C3)
- ___ Presence of Reduced Iron (C4)
- ___ Recent Iron Reduction in Tilled Soils (C6)
- ___ Thin Muck Surface (C7)
- ___ Gauge or Well Data (D9)
- ___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

- ___ Surface Soil Cracks (B6)
- ___ Drainage Patterns (B10)
- ___ Dry-Season Water Table (C2)
- ___ Crayfish Burrows (C8)
- ___ Saturation Visible on Aerial Imagery (C9)
- ___ Stunted or Stressed Plants (D1)
- ___ Geomorphic Position (D2)
- ___ FAC-Neutral Test (D5)

**Field Observations:**

| | | | |
|---|---|---|---|
| Surface Water Present? | Yes ___ | No X | Depth (inches): ___ |
| Water Table Present? | Yes ___ | No X | Depth (inches): ___ |
| Saturation Present? (includes capillary fringe) | Yes ___ | No X | Depth (inches): ___ |

**Wetland Hydrology Present?** Yes ___ No X

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

| U.S. Army Corps of Engineers<br>WETLAND DETERMINATION DATA SHEET – Midwest Region<br>See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R | OMB Control #: 0710-0024, Exp:11/30/2024<br>Requirement Control Symbol EXEMPT:<br>(Authority: AR 335-15, paragraph 5-2a) |
|---|---|

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 12 April 2023

Applicant/Owner: ______ State: OK Sampling Point: 30

Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E

Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): Concave

Slope (%): 2 Lat: 36.632251 Long: -95.070099 Datum: NAD83

Soil Map Unit Name: Apperson silty clay loam, 1 to 3 percent slopes NWI classification: ______

Are climatic / hydrologic conditions on the site typical for this time of year? Yes ___ No X (If no, explain in Remarks.)

Are Vegetation ___, Soil ___, or Hydrology ___ significantly disturbed? Are "Normal Circumstances" present? Yes X No ___

Are Vegetation ___, Soil ___, or Hydrology ___ naturally problematic? (If needed, explain any answers in Remarks.)

## SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.

| | | | |
|---|---|---|---|
| Hydrophytic Vegetation Present? | Yes ___ | No X | Is the Sampled Area within a Wetland? Yes ___ No X |
| Hydric Soil Present? | Yes ___ | No X | |
| Wetland Hydrology Present? | Yes ___ | No X | |

Remarks:
Data point in area indicated on NWI as wetland.

## VEGETATION – Use scientific names of plants.

| | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| Tree Stratum (Plot size: 10ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| Sapling/Shrub Stratum (Plot size: 10ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| Herb Stratum (Plot size: 10ft) | | | |
| 1. *Eleocharis palustris* | 15 | No | OBL |
| 2. *Setaria parviflora* | 2 | No | FAC |
| 3. *Bromus diandrus* | 65 | Yes | UPL |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 82 | =Total Cover | |
| Woody Vine Stratum (Plot size: ) | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**

Number of Dominant Species That Are OBL, FACW, or FAC: 0 (A)

Total Number of Dominant Species Across All Strata: 1 (B)

Percent of Dominant Species That Are OBL, FACW, or FAC: 0.0% (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 15 | x 1 = | 15 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 2 | x 3 = | 6 |
| FACU species | 0 | x 4 = | 0 |
| UPL species | 65 | x 5 = | 325 |
| Column Totals: | 82 (A) | | 346 (B) |

Prevalence Index = B/A = 4.22

**Hydrophytic Vegetation Indicators:**

___ 1 - Rapid Test for Hydrophytic Vegetation

___ 2 - Dominance Test is >50%

___ 3 - Prevalence Index is ≤3.0[1]

___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)

___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes ___ No X

Remarks: (Include photo numbers here or on a separate sheet.)



McComb_002165

## SOIL

Sampling Point: 30

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-3 | 7.5YR 2.5/1 | 100 | | | | | Loamy/Clayey | |
| 3-15 | 10YR 2/1 | 100 | | | | | Loamy/Clayey | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**
Type: ______
Depth (inches): ______

**Hydric Soil Present?** Yes ___ No X

Remarks:

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

X Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
___ FAC-Neutral Test (D5)

**Field Observations:**

| | | | |
|---|---|---|---|
| Surface Water Present? | Yes ___ | No X | Depth (inches): ___ |
| Water Table Present? | Yes ___ | No X | Depth (inches): ___ |
| Saturation Present? (includes capillary fringe) | Yes ___ | No X | Depth (inches): ___ |

**Wetland Hydrology Present?** Yes ___ No X

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

| U.S. Army Corps of Engineers<br>WETLAND DETERMINATION DATA SHEET – Midwest Region<br>See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R | *OMB Control #: 0710-0024, Exp:11/30/2024*<br>*Requirement Control Symbol EXEMPT:*<br>*(Authority: AR 335-15, paragraph 5-2a)* |
|---|---|

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 12 April 2023

Applicant/Owner: ______ State: OK Sampling Point: 31

Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E

Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): Concave

Slope (%): 2 Lat: 36.630311 Long: -95.069886 Datum: NAD83

Soil Map Unit Name: Shidler silty clay loam, 0 to 3 percent slopes NWI classification: ______

Are climatic / hydrologic conditions on the site typical for this time of year? Yes ____ No X (If no, explain in Remarks.)

Are Vegetation ____, Soil ____, or Hydrology ____ significantly disturbed? Are "Normal Circumstances" present? Yes X No ____

Are Vegetation ____, Soil ____, or Hydrology ____ naturally problematic? (If needed, explain any answers in Remarks.)

## SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.

| | Yes | No | |
|---|---|---|---|
| Hydrophytic Vegetation Present? | | X | Is the Sampled Area within a Wetland? Yes ____ No X |
| Hydric Soil Present? | | X | |
| Wetland Hydrology Present? | X | | |

Remarks:
Data point in area indicated on NWI as wetland.

## VEGETATION – Use scientific names of plants.

| | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| **Tree Stratum** (Plot size: 10ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Sapling/Shrub Stratum** (Plot size: 10ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Herb Stratum** (Plot size: 10ft) | | | |
| 1. *Eleocharis palustris* | 5 | No | OBL |
| 2. *Setaria parviflora* | 15 | Yes | FAC |
| 3. *Bromus diandrus* | 50 | Yes | UPL |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 70 | =Total Cover | |
| **Woody Vine Stratum** (Plot size: ____) | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**

Number of Dominant Species That Are OBL, FACW, or FAC: 1 (A)

Total Number of Dominant Species Across All Strata: 2 (B)

Percent of Dominant Species That Are OBL, FACW, or FAC: 50.0% (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 5 | x 1 = | 5 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 15 | x 3 = | 45 |
| FACU species | 0 | x 4 = | 0 |
| UPL species | 50 | x 5 = | 250 |
| Column Totals: | 70 (A) | | 300 (B) |

Prevalence Index = B/A = 4.29

**Hydrophytic Vegetation Indicators:**

___ 1 - Rapid Test for Hydrophytic Vegetation
___ 2 - Dominance Test is >50%
___ 3 - Prevalence Index is ≤3.0[1]
___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)
___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes ____ No X

Remarks: (Include photo numbers here or on a separate sheet.)



McComb_002167

## SOIL

Sampling Point: 31

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-4 | 7.5YR 2.5/1 | 100 | | | | | Loamy/Clayey | |
| 4-15 | 10YR 2/1 | 100 | | | | | Loamy/Clayey | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**
Type: ___
Depth (inches): ___

**Hydric Soil Present?** Yes ___ No X

Remarks:

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
___ Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

X Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
X Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
___ FAC-Neutral Test (D5)

**Field Observations:**

| | | | |
|---|---|---|---|
| Surface Water Present? | Yes ___ | No X | Depth (inches): ___ |
| Water Table Present? | Yes ___ | No X | Depth (inches): ___ |
| Saturation Present? (includes capillary fringe) | Yes ___ | No X | Depth (inches): ___ |

**Wetland Hydrology Present?** Yes X No ___

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

| U.S. Army Corps of Engineers<br>WETLAND DETERMINATION DATA SHEET – Midwest Region<br>See ERDC/EL TR-10-16; the proponent agency is CECW-CO-R | OMB Control #: 0710-0024, Exp:11/30/2024<br>Requirement Control Symbol EXEMPT:<br>(Authority: AR 335-15, paragraph 5-2a) |
|---|---|

Project/Site: Vinita Properties Tract 2 City/County: Craig County Sampling Date: 12 April 2023

Applicant/Owner: ______ State: OK Sampling Point: 32

Investigator(s): Andy Middick BEACON Envrionmental Section, Township, Range: S/2 Sect. 21 T25N R21E

Landform (hillside, terrace, etc.): Terrace Local relief (concave, convex, none): Concave

Slope (%): 2 Lat: 36.627230 Long: -95.054747 Datum: NAD83

Soil Map Unit Name: Apperson silty clay loam, 1 to 3 percent slopes NWI classification: PEM1A

Are climatic / hydrologic conditions on the site typical for this time of year? Yes ___ No X (If no, explain in Remarks.)

Are Vegetation ___, Soil ___, or Hydrology ___ significantly disturbed? Are "Normal Circumstances" present? Yes X No ___

Are Vegetation ___, Soil ___, or Hydrology ___ naturally problematic? (If needed, explain any answers in Remarks.)

## SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.

| | | |
|---|---|---|
| Hydrophytic Vegetation Present? | Yes X | No ___ |
| Hydric Soil Present? | Yes X | No ___ |
| Wetland Hydrology Present? | Yes X | No ___ |

Is the Sampled Area within a Wetland? Yes X No ___

Remarks:
DAREM data shows wetter than normal. This feature is not connected to any other waterbody. Drains to roadside ditch.

## VEGETATION – Use scientific names of plants.

| Tree Stratum (Plot size: 10ft) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Sapling/Shrub Stratum** (Plot size: 10ft) | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | | =Total Cover | |
| **Herb Stratum** (Plot size: 10ft) | | | |
| 1. *Eleocharis palustris* | 50 | Yes | OBL |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 50 | =Total Cover | |
| **Woody Vine Stratum** (Plot size: ___) | | | |
| 1. | | | |
| 2. | | | |
| | | =Total Cover | |

**Dominance Test worksheet:**

Number of Dominant Species That Are OBL, FACW, or FAC: 1 (A)

Total Number of Dominant Species Across All Strata: 1 (B)

Percent of Dominant Species That Are OBL, FACW, or FAC: 100.0% (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | 50 | x 1 = | 50 |
| FACW species | 0 | x 2 = | 0 |
| FAC species | 0 | x 3 = | 0 |
| FACU species | 0 | x 4 = | 0 |
| UPL species | 0 | x 5 = | 0 |
| Column Totals: | 50 (A) | | 50 (B) |

Prevalence Index = B/A = 1.00

**Hydrophytic Vegetation Indicators:**

___ 1 - Rapid Test for Hydrophytic Vegetation
X 2 - Dominance Test is >50%
X 3 - Prevalence Index is ≤3.0[1]
___ 4 - Morphological Adaptations[1] (Provide supporting data in Remarks or on a separate sheet)
___ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Hydrophytic Vegetation Present?** Yes X No ___

Remarks: (Include photo numbers here or on a separate sheet.)

## SOIL

Sampling Point: 32

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | Matrix % | Redox Features Color (moist) | Redox % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-4 | 10YR 3/1 | 60 | 7.5YR 4/6 | 40 | RM | M | Loamy/Clayey | |
| 4-15 | 10YR 3/2 | 80 | 7.5YR 4/6 | 20 | RM | M | Loamy/Clayey | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains. [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ 2 cm Muck (A10)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Sandy Mucky Mineral (S1)
___ 5 cm Mucky Peat or Peat (S3)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7)
___ Loamy Mucky Mineral (F1)
___ Loamy Gleyed Matrix (F2)
X Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)

**Indicators for Problematic Hydric Soils[3]:**

___ Coast Prairie Redox (A16)
___ Iron-Manganese Masses (F12)
___ Red Parent Material (F21)
___ Very Shallow Dark Surface (F22)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**
Type: ___
Depth (inches): ___

**Hydric Soil Present?** Yes X No ___

Remarks:
The presence of a reduced matrix within 12" of the soil surface indicates that this soil is hydric based on the hydric soil definition: "a soil that formed under conditions of saturation, flooding or ponding long enough during the growing season to develop anaerobic conditions in the upper part".

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

___ Surface Water (A1)
___ High Water Table (A2)
___ Saturation (A3)
___ Water Marks (B1)
___ Sediment Deposits (B2)
___ Drift Deposits (B3)
___ Algal Mat or Crust (B4)
___ Iron Deposits (B5)
___ Inundation Visible on Aerial Imagery (B7)
___ Sparsely Vegetated Concave Surface (B8)
___ Water-Stained Leaves (B9)
___ Aquatic Fauna (B13)
___ True Aquatic Plants (B14)
___ Hydrogen Sulfide Odor (C1)
___ Oxidized Rhizospheres on Living Roots (C3)
X Presence of Reduced Iron (C4)
___ Recent Iron Reduction in Tilled Soils (C6)
___ Thin Muck Surface (C7)
___ Gauge or Well Data (D9)
___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

X Surface Soil Cracks (B6)
___ Drainage Patterns (B10)
___ Dry-Season Water Table (C2)
X Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
___ Stunted or Stressed Plants (D1)
___ Geomorphic Position (D2)
X FAC-Neutral Test (D5)

**Field Observations:**

| | | | |
|---|---|---|---|
| Surface Water Present? | Yes ___ | No X | Depth (inches): ___ |
| Water Table Present? | Yes ___ | No X | Depth (inches): ___ |
| Saturation Present? (includes capillary fringe) | Yes ___ | No X | Depth (inches): ___ |

**Wetland Hydrology Present?** Yes X No ___

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks: