**Date:** Wed, 28 Jun 2023 8:39:37 PM (UTC)
**Sent:** Wed, 28 Jun 2023 8:39:33 PM (UTC)
**Subject:** Fwd: Fwd: [EXTERNAL] Project Palace?
**From:** Charlotte Howe <Charlotte.Howe@okcommerce.gov>
**To:** Gene McComb <mcford_us@yahoo.com>;
**Attachments:** Full_FIRM_f9d06807-4d4f-44aa-9314-d790518e791c.pdf

---

Charlotte Howe
Northeast Regional Specialist
Oklahoma Department of Commerce
405-830-8224

Begin forwarded message:

> **From:** "Cary R. Jester" <cjester@grandgateway.org>
> **Date:** June 28, 2023 at 2:03:52 PM MDT
> **To:** Charlotte Howe <Charlotte.Howe@okcommerce.gov>
> **Subject: [EXTERNAL] Project Palace?**
> **Reply-To:** cjester@grandgateway.org
>
> Floodplain.
>
> Cary R. Jester
> Consultant
> GGEDA
> 918-346-8392

#38




## FLOOD HAZARD INFORMATION

SEE FIS REPORT FOR DETAILED LEGEND AND INDEX MAP FOR DRAFT FIRM PANEL LAYOUT

**SPECIAL FLOOD HAZARD AREAS**
- Without Base Flood Elevation (BFE) Zone A, V, A99
- With BFE or Depth Zone AE, AO, AH, VE, AR
- Regulatory Floodway

**OTHER AREAS OF FLOOD HAZARD**
- 0.2% Annual Chance Flood Hazard, Areas of 1% annual chance flood with average depth less than one foot or with drainage areas of less than one square mile Zone X
- Future Conditions 1% Annual Chance Flood Hazard Zone X
- Area with Reduced Flood Risk due to Levee See Notes. Zone X
- Area with Flood Risk due to Levee Zone D

**OTHER AREAS**
- NO SCREEN Area of Minimal Flood Hazard Zone X
- Effective LOMRs
- Area of Undetermined Flood Hazard Zone D

**GENERAL STRUCTURES**
- Channel, Culvert, or Storm Sewer
- Levee, Dike, or Floodwall

**OTHER FEATURES**
- 20.2 Cross Sections with 1% Annual Chance
- 17.5 Water Surface Elevation
- Coastal Transect
- Coastal Transect Baseline
- Profile Baseline
- Hydrographic Feature
- Base Flood Elevation Line (BFE)
- Limit of Study
- Jurisdiction Boundary

## NOTES TO USERS

## SCALE

Map Projection:
GCS, Geodetic Reference System 1980
Vertical Datum: No elevation features on this FIRM
For information about the specific vertical datum for elevation features, datum conversions, or vertical monuments used to create this map, please see the Flood Insurance Study (FIS) Report for your community at https://msc.fema.gov

1 inch = 2,000 feet 1:24,000

N

Feet: 0 1,000 2,000 4,000 6,000 8,000

Meters: 0 210 420 840 1,260 1,680

FEMA

National Flood Insurance Program

**NATIONAL FLOOD INSURANCE PROGRAM**

FLOOD INSURANCE RATE MAP

PANEL **350** OF **475**

Panel Contains

| COMMUNITY | NUMBER | PANEL |
|---|---|---|
| CRAIG COUNTY | 400540 | 0350 |

MAP NUMBER
**40035C0350D**
EFFECTIVE DATE
**September 13, 2019**