**Date:** Thu, 11 May 2023 11:14:54 AM (UTC)
**Sent:** Thu, 11 May 2023 11:14:42 AM (UTC)
**Subject:** CEC Sewer plant questions
**From:** Steve Hedrick <stevevp@mansionentertainmentgroup.com>
**To:** Gene McComb <mcford_us@yahoo.com>; Larry wilhite <lwilhite@themansiontheatre.com>;
**Attachments:** Scope Clarification Document - ADG Blatt Comments.docx; ATT00002.bin; image001.png; ATT00004.bin

Gene and Larry,
A document was sent by CEC, the civil engineers, regarding the Vinita sewer plant with a list of questions. Sarah Margaret with ADG Blatt took a shot at answered. Please revise and or forward to whomever for verification.
Thanks,
Steve

X37

CEC

May 3, 2023

## SCOPE CLARIFICATION – Wastewater Treatment Plant (Lazy Hawk)

After the April 21st stakeholder meeting, the City of Vinita determined that a new wastewater treatment plant (WWTP) will be required for the Lazy Hawk development. In order to move forward with a scope and fee proposal, scope clarification items are necessary. The list below is intended to help define the scope so that CEC may prepare the scope and fee proposal.

| No. | Question | Response |
|---|---|---|
| 1 | Where is the desired location of the new WWTP? | *See attached plan* |
| 1A | Is this location in a floodplain? | *No* |
| 1B | What will be the location's zoning? | *TBD; likely new zoning designation* |
| 2 | Is the scope to include any road infrastructure to the new WWTP? | *Yes; see attached plan* |
| 3 | Is the scope to include utility infrastructure from the proposed development to the new WWTP? | *Yes* |
| 4 | Design flows have been provided by EXP. How were the design flows calculated and is the city in agreement with these calculations? | *CEC to coordinate with EXP and City of Vinita* |
| 5 | Future development around the Lazy Hawk project is anticipated. It is recommended the WWTP be designed only for the Lazy Hawk calculated flows with the ability to expand at a future date. Future flow calculations and planning to be provided by the City. Confirm this is the approach to be taken. | *Yes* |
| 6 | Is it the influent domestic waste only? | *Aquatics as well, but most likely yes* |
| 7 | Are the flows seasonal? If so, what is the time frame? And what flow is there during off season? | *Year-round* |
| 8 | When is the desired completion date of the new WWTP? | *Summer 2025* |
| 9 | Where is the nearest City sewer? What size is it? | *City of Vinita; coordinate with City of Vinita for sizing* |
| 10 | Will we discharge to the sanitary sewer or pump the effluent to the City discharge? | |
| 11 | Does the City have a discharge permit and are we using the same permit? Or will the City obtain an additional permit for this plant? | *Coordinate with City of Vinita* |
| 12 | What are the requirements of the existing permit, BOD?, TSS?, Ammonia?, Phosphorous? Other nutrient removal | *Coordinate with City of Vinita* |

**SCOPE CLARIFICATION** – Wastewater Treatment Plant (Lazy Hawk)

| | | |
|---|---|---|
| | requirements? Etc. | |
| 13 | When is the permit up for renewal and what additional items may be coming from DEQ? | *Coordinate with City of Vinita* |
| 14 | What is the current City facility? Does the City have a preference on type of treatment process used in design? | *Coordinate with City of Vinita* |
| 15 | Is the City going to be involved with the treatment process design? | *Yes* |
| 16 | Will the proposed development be all gravity sewer to the treatment plant, or will there be a need of a pump station? | *Prefer gravity, but pump/force main as required* |
| 17 | Will a pump station to discharge to the City facilities be needed? | *Determined by CEC* |
| 18 | Is the City providing the freshwater to the facility or is the proposed development creating its own water source? | *City of Vinita to provide* |
| 19 | Does the City have any pretreatment limits, (ordinances) in place? If so what are they? | *Coordinate with City of Vinita* |
| 20 | Does the City have the capacity to take the waste stream with an upgrade, without pretreatment? | *Coordinate with City of Vinita* |