# TRAFFIC IMPACT ANALYSIS

## Lazy Hawk Development

## I-44 (Will Rogers Turnpike) and US 60

## Craig County, Oklahoma

**September, 2023**

# DRAFT

**Prepared by:**

**Traffic Engineering Consultants, Inc.**

Todd E. Butler, P.E., PTOE
Oklahoma P.E. # 15864
CA # 1160

Date

TABLE OF CONTENTS


1.0 INTRODUCTION ..... 2

2.0 BACKGROUND ..... 2

*2.1 PROPOSED SITE* ..... 2

*2.2 ADJACENT ROADWAY NETWORK* ..... 3

3.0 TRAFFIC ..... 3

*3.1 EXISTING TRAFFIC* ..... 3

3.2 FUTURE BACKGROUND TRAFFIC DATA ..... 4

*3.4 TOTAL TRAFFIC* ..... 7

4.0 CAPACITY ANALYSIS ..... 7

*4.1 METHODOLOGY* ..... 7

*4.2 ANALYSIS SCENARIOS* ..... 8

*4.2.1 2045 Total Traffic - Scenario 1* ..... 8

*4.2.2 2045 Total Traffic - Scenario 2* ..... 9

5.0 CONCLUSIONS ..... 10

*5.1 SUMMARY* ..... 10

## 1.0 INTRODUCTION

Traffic Engineering Consultants, Inc. (TEC) was retained to conduct a traffic impact analysis (TIA) for the Lazy Hawk Development, a proposed mixed-use entertainment development to be located in Craig County, near Vinita Oklahoma. The analysis was requested to determine the effects the proposed development would have on the adjacent street system, to review the current and proposed access to the development sites, and to provide recommendations for improvements that may be necessary to accommodate the trips expected to be generated by the new development.

## 2.0 BACKGROUND

### *2.1 PROPOSED SITE*

The Lazy Hawk Development is to consist of approximately 1,000 acres of mixed-use entertainment venues. The property proposed for the development is generally located east of the Will Rogers Turnpike (I-44) and north of US 60 east of Vinita, Oklahoma. Anticipated land uses within the development are to include:

- Theme Park/Water Park Resort- 39,200 visitors per day
- Hotel - 300 rooms
- RV Park - 750 Sites with full hook-ups
- Lodging Cabins - 300 units
- Film Studio - 750,000 square feet

The development will be built in phases starting with the large-scale RV park with cabins scheduled to open phase one in spring 2025. The theme park/water park resort is scheduled to open in 2026. The preliminary site plan for the property is as shown in **Figure 1.** Major roadways proposed to serve the development include the Will Rogers Turnpike (I-44) to the west which is a major interstate corridor that links regional traffic from Oklahoma City and Tulsa to Springfield, Missouri and St. Louis, Missouri. US 60 provides access on the south side of the development and carries traffic from Bartlesville to the Grand Lake area and on into southwest Missouri. Other minor roadways that will provide access to the development include SH 82 to the south and County Road S4460 running through the middle of the site.

McComb_000588




FIGURE 1. Proposed Site Development Plan

### *2.2 ADJACENT ROADWAY NETWORK*

The Will Rogers Turnpike (I-44) is a major four lane divided interstate highway with a posted speed limit of 75 mph and an approximate average daily traffic (ADT) volume of 22,500 vehicles per day (vpd). A turnpike interchange located along the east side of Vinita, Oklahoma connects the Will Rogers Turnpike (I-44) to US 60. . OTA has slated the Will Rogers Turnpike for all electronic tolling upgrades by 2025.

US 60, in the vicinity of the proposed development, is a two-lane rural design highway with a posted speed limit of 65 mph and an approximate ADT volume of 7,600 vpd. ODOT currently has a design project underway to provide safety improvements along US 60 from the Will Rogers Turnpike/US 60 interchange to the SH 82 and US 60 intersection by providing wider outside shoulders.

County Road (CR) 4460 is proposed to be the central transportation corridor for the proposed development. This road is a narrow two-lane rural section line road that extends north of US 60 and crosses over the Will Rogers Turnpike (I-44) without a connection to the interstate highway. This road is paved for approximately one-half mile north of US 60 to the point of access to the Vinita quarry and asphalt plant, then north of that access the road is unpaved (gravel) through the extents to the Will Rogers Turnpike (I-44) cross-over. This road has an approximate ADT volume of 540 vpd with most of that traffic being generated by the existing quarry and asphalt plant truck traffic.

## 3.0 TRAFFIC

### *3.1 EXISTING TRAFFIC*

Current traffic volume data was collected within the study area of the development as indicated in **Figure 2**. Weekday twenty-four hour traffic volume data was collected along the Will Rogers Turnpike (I-44), the turnpike/US 60 interchange entrance and exit ramps, US 60 east of the turnpike, SH 82 south of US 60, and the county roads adjacent to the project limits. Additionally, weekday peak hour turning movement traffic volume data were collected at the intersection of the turnpike interchange facility and US 60 and the intersections adjacent to the limits of the proposed development. The 2023 raw traffic volume data collected is summarized in **Figure 3** and detailed printouts of all the traffic volume data are included in the appendix. The 2023 raw traffic volumes were utilized to determine the 2023 Design Traffic Data by balancing and adjusting the data throughout the adjacent transportation system. The 2023 Design Traffic Data used as the base traffic for this study is summarized in **Figure 4**.

McComb_000590




FIGURE 2. Study Area and Traffic Data Collection Locations

McComb_000591




FIGURE 3. 2023 Raw Traffic Data

McComb_000592




FIGURE 4. 2023 Design Traffic Data
Existing Conditions

### 3.2 FUTURE BACKGROUND TRAFFIC DATA

To estimate the future background traffic for the study, the design year of 2045 was determined appropriate. The future 2045 traffic data for the existing conditions was estimated utilizing varying average annual growth rates (AGR) to each of the different highway facilities as indicated below. These rates of growth were determined based on the historical traffic volume data as included on the ODOT website. The projected 2045 Design Traffic Data for the existing conditions is summarized in **Figure 5**.

- Will Rogers Turnpike (I-44) - 2.0%
- US 60 - 3.0%
- SH 82 - 2.6%

### 3.3 PROJECTED SITE GENERATED TRIPS

The trips expected to be generated by the proposed new entertainment development were estimated utilizing the developer provided attendance estimates with hourly arrival and departure patterns and trip rates for land use codes as closely associated to the intended auxiliary land uses as included in the ITE Trip Generation Manual, 11th Edition.

The primary land use within the new development is the Theme Park Resort which will combine the theme park, water park and hotel facilities on one site. Based on comparative analyses conducted using other major theme park attendance information, the peak on-site factor equal to 80 percent, the average maximum number of people on site would amount to approximately 39,200 persons. It was determined that ninety per cent of the visitors arrive by private auto with a vehicle occupancy averaging 3.5 persons per vehicle which results in 10,080 private vehicles. The remaining 10 percent of all park guests are anticipated to arrive via tour or group charter bus, which, at an average of 40 persons per vehicle. This translates into approximately 98 buses. Therefore, the total average number of vehicles per day accessing the theme park resort area is expected to be 10,178 vehicles per day. Based on this information, and the arrival/departure patterns observed at other major entertainment attractions, the projected traffic for the theme park resort area was determined as indicated in **Table 1**.

McComb_000594




FIGURE 5. 2045 Design Traffic Data
Existing Conditions

**TABLE 1**
Theme Park Traffic
Projected Hourly Arrival and Departure Patterns

| 7-8 Hour | Hourly Arrivals | | Hourly Departures | |
|---|---|---|---|---|
| Avg Stay Time | % | Vol. (veh) | % | Vol. (veh) |
| 10-11 am | 12% | 1221 | 0% | 0 |
| 11-12 noon | 18% | 1832 | 0% | 0 |
| 12-1 pm | 20% | 2036 | 0% | 0 |
| 1-2 pm | 18% | 1832 | 0% | 0 |
| 2-3 pm | 12% | 1221 | 2% | 203 |
| 3-4 pm | 6% | 611 | 4% | 407 |
| 4-5 pm | 5% | 509 | 6% | 610 |
| 5-6 pm | 4% | 407 | 10% | 1018 |
| 6-7 pm | 3% | 305 | 18% | 1832 |
| 7-8 pm | 2% | 204 | 20% | 2036 |
| 8-9 pm | 0% | 0 | 20% | 2036 |
| 9-10 pm | 0% | 0 | 20% | 2036 |
| | 100% | 10178 | 100% | 10178 |

Total daily attendance estimated at 39,200. 90% of daily attendance expected to utilize private vehicle with occupancy rate of 3.5 persons per vehicle. Remaining 10% expected to utilize bus transportation with occupancy rate of 40 persons per bus.

= Peak Entering Volume (yellow)
= Peak Exiting Volume (blue)

The ITE Trip Generation Manual was utilized to determine the traffic expected to be generated by the other land uses within the development. The Trip Generation Manual is a nationally recognized reference for trip rate information for different land use types and provides estimated entering and exiting trips based on different variables. Due to the nature of the major traffic generator of the entertainment development, it is expected that lodging and residential accommodations would be ancillary to the primary trip generation source of the theme park and water park facilities. Therefore, an internal trip reduction was applied to better represent expected new trips on the adjacent roadway network. The projected site generated trips for the new development are summarized in **Table 2**.

## TABLE 2

Trip Generation Estimate

| Building Type (Land Use) | ITE Land Use Code | Approximate Gross Floor Area or Other | Avg. Weekday Vehicle Trip Ends: Per Day | Avg. Weekday Vehicle Trip Ends: Per Peak Hour of Adj Street Traffic/Gen: One Hour Between 7am & 9am | Avg. Weekday Vehicle Trip Ends: Per Peak Hour of Adj Street Traffic/Gen: One Hour Between 4pm & 6pm | Average AM Peak Hour Directional Distribution | | Average AM Peak Hour Directional Volume (vph) | | Average PM Peak Hour Directional Distribution | | Average PM Peak Hour Directional Volume (vph) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | (vpd) | (vph) | (vph) | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| Trip Rate [3] | | (Acres) | 63.61 | 6.36 | 7.00 | 100% | 0% | 2036 | 0 | 9% | 91% | 204 | 2036 |
| Theme Park | | 320 | 20,356 | 2,036 | 2,240 | | | | | | | | |
| Trip Rate [1,2] | | (Parking Spaces) | 2.27 | 0.25 | 0.28 | 89% | 11% | 111 | 14 | 21% | 79% | 29 | 111 |
| Water Park (Water Slide Park) | 482 | 500 | 1,135 | 125 | 140 | | | | | | | | |
| Trip Rate [1,2] | | (Occupied Campsites) | 0.87 | 0.25 | 0.41 | 36% | 64% | 68 | 120 | 62% | 38% | 191 | 117 |
| RV Park | 416 | 750 | 653 | 188 | 308 | | | | | | | | |
| Trip Rate [1,2] | | (Rooms) | 9.43 | 0.48 | 0.65 | 56% | 44% | 80 | 63 | 59% | 41% | 115 | 80 |
| Hotel | 310 | 300 | 2,828 | 143 | 194 | | | | | | | | |
| Trip Rate [1,2] | | (Dwelling Units) | 3.55 | 0.30 | 1.18 | 46% | 54% | 41 | 49 | 57% | 43% | 202 | 152 |
| Cabins (Recreational Homes) | 260 | 300 | 1,065 | 90 | 354 | | | | | | | | |
| Subtotal | | | 26,037 | 2,581 | 3,236 | | | 2,336 | 245 | | | 740 | 2,496 |
| Internal Trip Reduction [4] | | | (4,091) | (378) | (770) | | | (170) | (208) | | | (456) | (314) |
| Subtotal w/Reductions | | | 21,946 | 2,203 | 2,466 | | | 2166 | 37 | | | 284 | 2182 |
| Trip Rate [1,2] | | (1,000 Sq. Ft. GFA) | 3.37 | 0.41 | 0.40 | 87% | 13% | 268 | 40 | 21% | 79% | 63 | 237 |
| Film Studio (Industrial Park) | 130 | 750 | 2,528 | 308 | 300 | | | | | | | | |
| TOTAL TRIPS | | | 24,473 | 2,511 | 2,766 | | | 2,434 | 77 | | | 347 | 2,419 |

[1] Trip Rates from "TRIP GENERATION MANUAL", 11th Ed., Institute of Transportation Engineers, based on closest related land use available.

[2] Peak hour trip rates include peak hour of adjacent street traffic and peak hour of generator

[3] Theme Park trip rates calculated based on client provided data - See Table 1

[4] Internal Trip Reduction associated with the Theme Park Resort based on subtraction of 90% of auxiliary land uses including RV Park, Hotel and Cabins.

Trip generation estimates predict nearly 24,500 additional vehicles trips per day with over 2500 vehicle trips in the a.m. peak hour and 2,700 vehicle trips in the p.m. peak hour. This is a significant development with substantial traffic implications and would be expected to require mitigation measures including additional access and consideration of ways to disperse and control the traffic within the study area. Due to the possible need for additional access, the projected new development trips were distributed among the adjacent street system and intersections based on two different scenarios. The first scenario includes the use of all current or existing available points of access. The second scenario includes the addition of a second interchange along the Will Rogers Turnpike (I-44) at the CR 4460 connection. The distribution of the site generated trips for scenarios 1 and 2 are indicated in **Figures 6A & B, and 7A & B** respectively.




FIGURE 6A. Projected Distribution of Site Generated Traffic - Scenario 1

McComb_000597




| | AM | PM | 24 Hr |
|---|---|---|---|
| IN | 101 | 150 | 610 |
| OUT | 25 | 235 | 610 |

RV PARK — Includes RV and Cabins

| | AM | PM | 24 Hr |
|---|---|---|---|
| IN | 2065 | 133 | 10220 |
| OUT | 11 | 1947 | 10220 |

THEME PARK RESORT — Includes Theme Park, Water Park and

FIGURE 6B. Projected Distribution of Site Generated Traffic For Theme Park Scenario 1

TEC A CLEAR DIRECTION

McComb_000599




| FILM STUDIO | AM | PM | 24 Hr |
|---|---|---|---|
| IN | 268 | 63 | 1264 |
| OUT | 40 | 237 | 1264 |

FIGURE 7A. Projected Distribution of Site Generated Traffic - Scenario 2




TEC
A CLEAR DIRECTION

FIGURE 7B. Projected Distribution of Site Generated Traffic for Theme Park Scenario 2

### *3.4 TOTAL TRAFFIC*

The trips projected to be generated by the new development were then added to the future background traffic for the 2045 design year. The 2045 total traffic (2045 Design Traffic Existing Conditions + Projected Distribution of Site Generated Traffic Scenarios) for each access point to the proposed development sites as well as the adjacent study intersections are summarized for scenarios 1 and 2 in **Figures 8A & B, and 9A & B** respectively.

## 4.0 CAPACITY ANALYSIS

### *4.1 METHODOLOGY*

The intersection capacity analyses were conducted using *Synchro 11*, which is a software package for modeling and optimizing traffic signal timings at signalized intersections and analyzing unsignalized intersections in accordance with the methodology of the latest edition of the *Highway Capacity Manual.* The *Highway Capacity Manual* is published by the Transportation Research Board of the National Research Council, Washington, D.C. The information has been widely accepted throughout the U.S. as a guide for defining and solving transportation challenges. The information is approved and distributed by the U.S. Department of Transportation, Federal Highway Administration.

The capacity analysis provides a measure of the amount of traffic that a given facility can accommodate. Traffic facilities generally operate poorly at or near capacity. The analysis is intended to estimate the maximum amount of traffic that can be accommodated by a facility while maintaining prescribed operational qualities. The definition of operational criteria is accomplished using levels-of-service. The concept of levels-of-service is defined as a qualitative measure and describes operational conditions in terms of such factors as speed and travel time, freedom to maneuver, traffic interruptions, comfort and convenience, and safety. Six levels-of-service are defined for each type of facility for which analysis procedures are available. They are given letter designations, from "A" to "F", with level-of-service "A" representing the best operating conditions and level-of-service "F" the worst.

The average control delay for signalized intersections is estimated for each lane group and aggregated for each approach and for the intersection as a whole. The level-of-service for this type of traffic control is directly related to the control delay value. The criteria for stop controlled or unsignalized intersections have different threshold values than do those for signalized intersections. A higher level of control delay has been determined to be acceptable at a signalized intersection for the same level-of-service. The level-

McComb_000602




FIGURE 8A. Total 2045 Traffic Data Scenario 1




| RV PARK | | | |
|---|---|---|---|
| | AM | PM | 24 Hr |
| IN | 101 | 150 | 610 |
| OUT | 257 | 235 | 610 |

| THEME PARK RESORT | | | |
|---|---|---|---|
| | AM | PM | 24 Hr |
| IN | 2065 | 133 | 10220 |
| OUT | 11 | 1947 | 10220 |

FIGURE 8B. Total 2045 Traffic Data
Scenario 1




| FILM STUDIO | AM | PM | 24 Hr |
|---|---|---|---|
| IN | 268 | 63 | 1264 |
| OUT | 40 | 237 | 1264 |

FIGURE 9A. Total 2045 Traffic Data
Scenario 2

McComb_000604




| RV PARK | | | |
|---|---|---|---|
| | AM | PM | 24 Hr |
| IN | 101 | 150 | 610 |
| OUT | 25 | 235 | 610 |

Includes RV and Cabins

| THEME PARK RESORT | | | |
|---|---|---|---|
| | AM | PM | 24 Hr |
| IN | 2065 | 133 | 10220 |
| OUT | 11 | 1947 | 10220 |

Includes Theme Park, Water Park and Hotel

FIGURE 9B. Total 2045 Traffic Data
Scenario 2

of-service criteria are summarized in **Table 3**. The *Highway Capacity Manual* considers an overall intersection level-of-service "D" or better and a critical approach (approach with the lowest level-of-service) level-of-service "E" or better to be acceptable regarding vehicular traffic delay.

**TABLE 3**
Level-of-Service Criteria

| Level of Service | Average Delay (seconds/vehicle) | | Traffic Condition |
|---|---|---|---|
| | Unsignalized | Signalized | |
| A | ≤10 | ≤10 | Free Flow |
| B | > 10 - 15 | > 10 - 20 | Stable Flow (slight delays) |
| C | > 15 - 25 | > 20 - 35 | Stable Flow (acceptable delays) |
| D | > 25 - 35 | > 35 - 55 | Approaching Unstable Flow (tolerable delay, occasionally wait through more than one signal cycle before proceeding) |
| E | > 35 - 50 | > 55 - 80 | Unstable Flow (intolerable delay) |
| F | > 50 | > 80 | Forced Flow (congested and queues fail to clear) |

### *4.2 ANALYSIS SCENARIOS*

Capacity analyses were conducted for the a.m. and p.m. peak hours at the access points for the new development, as well as the intersections adjacent to the proposed new development. The intersections were analyzed and reviewed under the future 2045 total traffic volumes under the two different access scenarios. Under each scenario, the intersections within the study area were analyzed with assumed modifications to the current configurations that included a change in method of traffic control and/or additional travel and auxiliary lanes. The results of the capacity analyses conducted are summarized in **Table 4** and the analysis data sheets have been included in the appendix.

#### *4.2.1 2045 Total Traffic - Scenario 1*

The analyses conducted under the Scenario 1 2045 total traffic with the single existing point of access to the Will Rogers Turnpike (I-44) at the US 60 connection indicated that US 60 would require widening to provide two lanes of trave in each direction from the turnpike gate intersection eastward past the intersection with CR 4460. The primary intersections affected by the increase in traffic include the turnpike gate access at US 60, US 60 and SH 82, US 60 and CR 4460 and the theme park resort primary access along CR 4460. Even with the major geometric modifications and signalization, the intersections at the turnpike gate and US 60 and US 60 and CR 4460 are expected to experience very long delays during both peak periods reviewed. These results are largely due to the single point of access to Will Rogers Turnpike (I-44) at US 60. Under this scenario all traffic accessing the theme park resort will have to utilize US 60 which results in very heavy directional distribution of traffic during the peak periods.



McComb_000606

### *4.2.2 2045 Total Traffic - Scenario 2*

The analyses conducted under the Scenario 2 2045 total traffic with the existing point of access to the Will Rogers Turnpike (I-44) at the US 60 connection, as well as a new interchange along the Will Rogers Turnpike (I-44) at the CR 4460 connection indicated the delays on the critical approaches at each of the primary study intersections were reduced, resulting in better levels-of-service during both peak periods reviewed. The new turnpike interchange was assumed to be a standard diamond interchange operating with stop-controlled ramp movements. The improved levels-of-service are attributed to the ability to distribute the traffic among two different interchanges along the Will Rogers Turnpike (I-44), which reduces the directional distribution of traffic along US 60. The need to widen US 60 to include two lanes in each direction between the turnpike gate access and CR 4460 still exists under this scenario. Additionally, CR 4460 is recommended to be widened to include two lanes in each direction from the proposed new turnpike interchange to the intersection with US 60.

**TABLE 4**

Intersection Capacity Analysis Results

| Intersection | Type of Traffic Control[2] | AM Peak Hour | | | | | PM Peak Hour | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Critical Approach | | | Intersection | | Critical Approach | | | Intersection | |
| | | Approach | Delay (sec/veh) | LOS | Delay (sec/veh) | LOS[1] | Approach | Delay (sec/veh) | LOS | Delay (sec/veh) | LOS[1] |
| **2045 Total Traffic Scenario 1** | | | | | | | | | | | |
| CR 4460 and CR 0250 | Unsignalized / AWSC | NB | 9.4 | A | 9.1 | A | NB | 8.1 | A | 7.8 | A |
| CR 4460 and CR 0260 | Unsignalized / AWSC | NB | 9.8 | A | 9.5 | A | WB | 11.6 | B | 10.7 | B |
| CR 4460 and US 60 | Signalized | WB | 108.7 | F | 73.3 | E | EB | 121.0 | F | 66.7 | E |
| SH 82/Hotel and US 60 | Signalized | NB | 82.1 | F | 27.6 | C | NB | 81.1 | F | 16.3 | B |
| CR 4440 and US 60 | Unsignalized / NBSB Stop | NB | * | F | 39.4 | E | NB | * | F | 25.1 | D |
| CR 4460 and Theme Dr 1 | Signalized | SB | 53.1 | D | 7.8 | A | EB | 21.3 | C | 17.2 | B |
| CR 4460 and Theme Dr 2 | Unsignalized / EB Stop | EB | 0.0 | A | 0.0 | A | EB | * | F | 86.1 | F |
| CR 4460 and Theme Dr 3 | Unsignalized / EB Stop | EB | 0.0 | A | 0.0 | A | NB | * | F | 104.7 | F |
| US 60 and Tpk Gate | Signalized | WB | 44.8 | D | 34.2 | C | SB | 15.6 | B | 9.6 | A |
| **2045 Total Traffic Scenario 2** | | | | | | | | | | | |
| CR 4460 and CR 0250 | Unsignalized / AWSC | SB | 26.3 | D | 24.4 | C | NB | 69.3 | F | 52.2 | F |
| CR 4460 and CR 0260 | Unsignalized / AWSC | SB | 18.0 | C | 16.6 | C | NB | 27.8 | D | 22.7 | C |
| CR 4460 and US 60 | Signalized | NB | 30.2 | C | 22.1 | C | NB | 17.7 | B | 15.0 | B |
| SH 82/Hotel and US 60 | Signalized | EB | 32.6 | C | 26.9 | C | WB | 32.4 | C | 28.4 | C |
| CR 4440 and US 60 | Unsignalized / NBSB Stop | NB | 94.1 | F | 2.4 | A | SB | 60.6 | F | 1.9 | A |
| CR 4460 and Theme Dr 1 | Signalized | NB | 20.2 | C | 16.4 | B | EB | 21.9 | C | 19.6 | B |
| CR 4460 and Theme Dr 2 | Unsignalized / EB Stop | EB | 0.0 | A | 0.0 | A | EB | 18.1 | C | 5.0 | A |
| CR 4460 and Theme Dr 3 | Unsignalized / EB Stop | EB | 0.0 | A | 0.0 | A | EB | 23.9 | C | 4.4 | A |
| CR 4460 and CR 0240 | Unsignalized / AWSC | SB | 14.4 | B | 14.1 | B | NB | 15.7 | C | 14.6 | B |
| US 60 and Tpk Gate | Signalized | WB | 14.3 | B | 11.6 | B | SB | 15.2 | B | 8.7 | A |
| CR 4460 and I-443 EB Off/EB On | Unsignalized /EB Stop | EB | 113.2 | F | 25.1 | D | EB | 22.1 | C | 1.2 | A |
| CR 4460 and I-443 WB Off/WB On | Unsignalized / WB Stop | WB | 12.5 | B | 12.3 | B | WB | 18.1 | C | 10.7 | B |

[1]Total Intersection Level-of-Service not reported for unsignalized intersections in HCS. The LOS shown is based on the delay thresholds.

[2]Intersection control and geometric layout includes modifications.

* Approach Delay Exceeds 150 sec/veh.

## 5.0 CONCLUSIONS

### *5.1 SUMMARY*

Traffic Engineering Consultants, Inc. (TEC) was retained to conduct a traffic impact analysis (TIA) for the Lazy Hawk Development, a proposed mixed-use entertainment development to be located in Craig County, near Vinita Oklahoma. The analysis was requested to determine the effects the proposed development would have on the adjacent street system, to review the current and proposed access to the development sites, and to provide recommendations for improvements that may be necessary to accommodate the trips expected to be generated by the new development. The Lazy Hawk Development consists of approximately 1,000 acres of mixed-use entertainment venues and auxiliary land uses. The property proposed for the development is generally located east of the Will Rogers Turnpike (I-44) and north of US 60 east of Vinita, Oklahoma.

Existing traffic volume data was collected within the study area at adjacent nearby intersections and projected to the future 2045 design year utilizing annual average growth rates as determined by available historic traffic volume data. The trips expected to be generated by the proposed new entertainment development were estimated utilizing the developer provided attendance estimates with hourly arrival and departure patterns and trip rates for land use codes as closely associated to the intended auxiliary land uses as included in the ITE Trip Generation Manual, 11th Edition.

Due to the possible need for additional access, the projected new development trips were distributed among the adjacent street system and intersections based on two different scenarios. The first scenario includes the use of all current or existing available points of access. The second scenario includes the addition of a second interchange along the Will Rogers Turnpike (I-44) at the CR 4460 connection. The new development traffic was distributed among the adjacent street system with and without the proposed additional access to the turnpike resulting in the total 2045 peak period traffic used to conduct the review or the adjacent study intersections.

Capacity analyses were conducted for the a.m. and p.m. peak hours at the access points for the new development sites, as well as the intersections adjacent to the proposed new development. The intersections were analyzed and reviewed under the future 2045 total traffic volumes under the two different access scenarios. Under each scenario, the intersections within the study area were analyzed with assumed modifications to the current configurations that included a change in method of traffic

control and/or additional travel and auxiliary lanes. Based on the results of the intersection capacity analyses conducted, the preferred scenario to consider is scenario 2 that includes two points of access along the Will Rogers Turnpike (I-44). The improvements recommended to accommodate the traffic anticipated to be generated by the new development are described below.

**Existing Will Rogers Turnpike (I-44) and US 60 Gate:**

Modify US 60 intersection to include signalization, widen the southbound approach to provide dual left turn lanes, widen the westbound approach to provide separate dual right turn lanes. These improvements may require some gate modifications, but full electronic tolling should be provided.

**Proposed new Will Rogers Turnpike (I-44) Interchange at CR 4460:**

Construct new standard diamond interchange with bridge structure to accommodate two northbound lanes and two southbound lanes with separate left turn lanes and each ramp intersection. The westbound off-ramp is recommended to provide dual left turn lanes. The northbound approach at the south intersection is recommended to provide dual right turn lanes. Both ramp junctions are recommended to be operated with stop controls with future signalization possible when needed.

**US 60:**

Reconstruct US 60 to provide two lanes in each direction from the Will Rogers Turnpike gate intersection through the intersection at CR 4460.

**US 60 and SH 82 Intersection:**

Modify intersection to include signalization and reconstruct intersection to remove the channelization of the SH 82 turn movements. Provide separate left turn lanes on each leg of the intersection, including the new connection to the north to connect to the theme park resort hotel. Provide separate eastbound right turn lane for access to SH 82.

**US 60 and CR 4460 Intersection:**

Modify intersection to include signalization. Provide separate dual eastbound left turn lanes and dual southbound right turn lanes. Provide separate southbound and westbound left turn lanes.

**CR 4460:**

Reconstruct roadway to provide two lanes northbound and two lanes southbound from proposed new turnpike interchange south to US 60 intersection. Construct bridge over existing railroad

south of CR 240. Construct raised median from US 60 intersection through the theme park resort access intersection to control eastbound exiting traffic from theme park resort parking facilities.

**CR 4460 and Theme Park Resort Intersection:**

Construct intersection to include signalization, dual northbound left turn lanes, separate southbound right turn lane with shared southbound through/right turn lane for dual channelized right turn movement operating in free mode. Construct eastbound approach to include three lanes for dual left turn movement and dual right turn movement with shared center lane.

**CR 4460 and CR 260:**

Provide for all-way stop control and include separate left turn lanes on each approach.

**CR 4460 and CR 250:**

Provide for all-way stop control and include separate left turn lanes on each approach.

**CR 4460 and CR 240:**

Provide for all-way stop control and include separate left turn lanes on each approach.