**Date:** Fri, 28 Apr 2023 9:45:49 PM (UTC)
**Sent:** Fri, 28 Apr 2023 9:45:34 PM (UTC)
**Subject:** Re: Re: Utilities
**From:** Steve Hedrick <stevevp@mansionentertainmentgroup.com >
**To:** Gene McComb <mcford_us@yahoo.com>;
**Attachments:** R-MasterPlanning-v8_8-20230218 CementTopo.pdf

> On Apr 28, 2023, at 12:37 PM, Steve Hedrick <stevevp@mansionentertainmentgroup.com > wrote:
>
> Topo.
> I'll get you a better one tomorrow.
> Steve
> <roads .png>
>
>> On Apr 28, 2023, at 12:23 PM, Steve Hedrick <stevevp@mansionentertainmentgroup.com > wrote:
>>
>> See doc.
>> Steve
>> <Lazy Hawk - Utility Distribution - 04-19-23.pdf>
>>
>> <image001.png>
>>
>

#34



G 17
G 16
G-15
G 20
G 21
G 22
Train Tracks
Low Areas
1,041.6 Acres
Power Lines
320 Acres
E 260
US 60 (Route 66)
Plan View
S 4440
S 4460
S 4470
Power Transformers
314.4 Acres
Mansion Entertainment Group Master Plan
Grids 16-22
Topo Map (2' Contour Lines)
Rev. 8.6 | 2023.01.24
MEG
MANSION
ENTERTAINMENT GROUP