**Date:** Tue, 3 May 2022 9:16:11 PM (UTC)
**Subject:** Fw: Fw: 320 a c
**From:** Gene McComb <mcford_us@yahoo.com>
**To:** Larry Wilhite <lwilhite@themansiontheatre.com>;

---

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Tuesday, May 3, 2022, 8:22 AM, Travis Zabel <tzabel@sw-assoc.com> wrote:

Good morning Gene,

So for the actual Field Topo and boundary work for 320 acres out in Craig Co., we have an estimated price of $37,800 and we are looking at 4-6 weeks to start the job. Weather permitting.

It will take us a few weeks to complete the field work, then it will go to drafting for a week or two.

As for the services you listed below:

Detailed Topo map – covered in survey

Identify natural drainage – covered in survey

Identify flood areas – We can show FEMA flood plain on survey

Soil analysis – We do not do – I would suggest Terracon

Identify areas of potential differential settlement – We do not do – I would suggest Terracon

Feasibility of retention pond for under-highway runoff – We have a Civil Engineer that you can speak with, he will know more about this.

I do have one question. Is the 12.5 acres included in the Topo? I got 2 pictures from you, I just want to be sure we survey everything you are asking for.

Ha 30