


McComb_000410


G 12
G 13
G 11
G 14
G 10
G 15
G 22
G 27
G 16
G 21
G 17
G 20
G 30
G 31
Cornatzar
Success
MEG
MANSION
ENTERTAINMENT GROUP
Site USGS Map
USGS (2022.04.07)
-
Rev. 6.5 | 2022.07.11




| | |
|---|---|
| Site Topographic (10' Contour Lines) | MEG MANSION ENTERTAINMENT GROUP |
| USGS (2022.04.07) | |
| - | |
| Rev. 6.5 \| 2022.07.11 | |

McComb_000412




McComb_000413




McComb_000414




McComb_000415







| | |
|---|---|
| Site Topographic Isometric | MEG MANSION ENTERTAINMENT GROUP |
| USGS (2022.04.07) | |
| - | |
| Rev. 6.5 \| 2022.07.11 | |

McComb_000416



| | |
|---|---|
| Site Topographic Isometric | MEG MANSION ENTERTAINMENT GROUP |
| Grids 10-27 | |
| USGS (2022.04.07) | |
| Rev. 6.5 \| 2022.07.11 | |





| | |
|---|---|
| Site Topographic Isometric | MEG MANSION ENTERTAINMENT GROUP |
| Grids 10-15 & 22 | |
| USGS (2022.04.07) | |
| Rev. 6.5 \| 2022.07.11 | |

McComb_000419



MEG MANSION ENTERTAINMENT GROUP

Site Topographic Isometric

Grids 30-31

USGS (2022.04.07)

Rev. 6.5 | 2022.07.11