TFC
THEMED FUTURE CONCEPTS

# FEASIBILITY STUDY CONTRACT

This contract dated 8 June 2022 is between the Themed Future Concepts, 859 Seddon Cove Way, Tampa, Fl 33602 and:

Mansion Entertainment Group, 189 Expressway Lane, Branson, Missouri 65616

For a feasibility study for a new theme park, "America's Heartland' and associated lodging facilities, including an RV park and hotels, to be located in Vinita, Oklahoma, near Interstate 44.

**FEASIBILITY STUDY STATEMENT OF WORK:**

Themed Future Concepts (TFC) shall provide the following services:

1. **Competitive, Site and Market Analysis:** TFC President Peter Alexander will evaluate the location, the local and tourist markets and any current competition. This will include a visit to the site and meetings with Mr. Steve Hedrick and other project associates.

2. **Determination of Available Market and Demographics:** TFC shall calculate the available resident market and the tourist market, including age and income characteristics and other demographic information to determine the market size and demographics for the project.

3. **Project Description:** A written and pictorial description of what a guest will experience during their stay. (This is not a concept design, but a written and pictorial depiction of Mr. Hedrick's concept presentation.)

4. **Attendance Model:** Based upon 1-3 above we shall determine the probable yearly visitation for the project. This calculation shall be based upon the market capture (penetration) rate of comparable, selected projects and the quality level of the project as measured by "show value."



EXHIBIT 28
Deponent P. Alexander
Date 3/2/26 Rptr. [illegible]
WWW.DEPOBOOK.COM

5. **Determination of Facility Size:** Based upon the yearly attendance and known seasonal patterns in tourist visitation and local resident activity, we will determine a peak month attendance, and from that derive a **Design Day** (number of guests that we will design the facility to accommodate).

6. **Physical Planning Requirements:** We will determine the entertainment capacity (i.e., hourly capacity of the facility, shows and attractions) requirements, food service requirements, merchandise sales space requirements, and the total land requirements, including parking, needed to accommodate the Design Day attendance.

7. **Capital and Operating budgets**: We will determine the approximate capital and operating budgets that the market justifies.

8. **Return on Investment:** Calculate the operating profit and then calculate the return on investment for the project as determined by 1-7 above.

9. **Hotel and RV Park Feasibility Analysis:** TFC will evaluate the current hotel, RV & lodging market, including occupancy rates and revenue statistics, and calculate demand for new hotel rooms based on demand created by the project and any excess demand in the current marketplace. TFC will further analyze demographics and stay-times in the area to determine the best type of lodging, i.e. star level, suite or room types, amenities, etc. TFC will then calculate the number of hotel rooms and amenities required to meet market demand, physical size of the hotel and grounds, capital requirements, operating revenues, costs and ROI.

10. **Deliverable Draft and Final Report:** The final report shall consist of the following:

    A. Executive Summary: Summarizing the major conclusions of the report.
    B. Project Description: Shall include a written and pictorial description of what a guest will experience during their stay.
    C. Site Environment: Competitive attractions, weather and its influence on visitation, traffic.
    D. Market Analysis: Population, Tourist and Resident segments.
    E. Market Orientation: Discussing the demographics of the area, and the target demographics for the project. Estimate of economically qualified portion of the market. Also evaluate the security situation and its effect on attendance.
    F. Total Market Support.
    G. Attendance Analysis: Comparable attractions, determination of "show value" of attraction in comparison to other attractions, calculation of market demand and market penetration rate.
    H. Operating Schedule—monthly shifts in market size, proposed operating hours by month.

I. Design Day Calculation: Maximum in-facility visitation, hourly arrival and departure patterns, guest stay time, and typical weekly attendance profile.
J. Entertainment Capacity Requirements
K. Food capacity requirements—guests per hour and square footage.
L. Merchandise Sales Space.
M. Hotel & RV Park requirements.
N. Parking Requirements
O. Total Land Area Utilized.
P. Preliminary Financial Analysis: Potential operating revenue from operations, retail, food and beverage and other sources, total per capita guest spending, operating expenses, pro forma financial analysis—operating revenue vs. operating expense—potential net income/loss, breakeven analysis, five-year income and expense statement, capital investment justified by income.

Q. Statement as to Financial Feasibility of Project.

2. The Draft Report will include Items B through O. After approval of the draft report, TFC will prepare the final report, including sections A, P & Q described in 1 above.

**SCHEDULE:**

The draft feasibility study shall be completed no later than eight weeks after go-ahead and the final study two weeks after client approval of the draft study.

**PROJECT COST AND PAYMENT:**

$35,000 for the theme park feasibility study + $7,500 for the Hotel & RV Feasibility Study = $42,500. Travel to Vinita OK: $1,500 (PN Alexander Day Rate) + $1500 Travel = $3,000. Total Contract Price: $45,500.

Payable 40% or $18,200 on go ahead, 40% or $18,200 on completion of the draft study and 20% or $9,100 on completion of final study.

Funds shall be wired to: Themed Future Concepts, Truist Bank, 601 W. Platt Street, Tampa FL 33606, via wire transfer routing ABA 061000104, account 1000039017859. (International Wire Transfer instructions using the SWIFT system provided upon request.)

Accepted and Agreed:

Client

Themed Future Concepts