Message

**From:** Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**Sent:** 12/9/2022 5:32:33 PM
**To:** Larry wilhite [lwilhite@themansiontheatre.com]; Rick Silanskas [rsilanskas@themansiontheatre.com]
**Subject:** Zoom with Gene B

Here's the link. 1pm EST.

Steve Hedrick is inviting you to a scheduled Zoom meeting.

Topic: Steve Hedrick's Zoom Meeting
Time: Dec 10, 2022 01:00 PM Eastern Time (US and Canada)

Join Zoom Meeting
https://us06web.zoom.us/j/86255723497?pwd=U3FyeWVvdFJKSWZOa1NDd1IwdktSZz09

Meeting ID: 862 5572 3497
Passcode: 134662
One tap mobile
+17207072699,,86255723497#,,,,*134662# US (Denver)
+12532050468,,86255723497#,,,,*134662# US

Dial by your location
+1 720 707 2699 US (Denver)
+1 253 205 0468 US
+1 253 215 8782 US (Tacoma)
+1 346 248 7799 US (Houston)
+1 669 444 9171 US
+1 719 359 4580 US
+1 309 205 3325 US
+1 312 626 6799 US (Chicago)
+1 360 209 5623 US
+1 386 347 5053 US
+1 507 473 4847 US
+1 564 217 2000 US
+1 646 558 8656 US (New York)
+1 646 931 3860 US
+1 689 278 1000 US
+1 301 715 8592 US (Washington DC)
+1 305 224 1968 US
Meeting ID: 862 5572 3497
Passcode: 134662
Find your local number: https://us06web.zoom.us/u/k32Hd6e1k