Message

**From**: Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**Sent**: 4/10/2023 11:39:47 AM
**To**: lwilhite@themansiontheatre.com
**Subject**: Movie Studios in Vinta, OK evaluation
**Attachments**: Mansion Ent Assessmnent 4.10.2023.pdf; Untitled attachment 00007.htm; image001.png; Untitled attachment 00010.htm

Hi Larry,

I've had a studio planning professional evaluate our plans for movie soundstages in NE Oklahoma.

Below is an extensive look at the growing industry. However, not so rosy for our location. Focus on the executive summary, pages 31 and 44.
Give it a read and let's discuss.

Steve