# GIANT Entertainment & Management Inc.




*Mansion Entertainment Group*

*Film & Television Studio*

*Development Assessment*

*April 10, 2023*

To: Steve Henrick

VP Project Development; Mansion Entertainment Group

Re: Proposed Film & Television Studio Development; Oklahoma

Dear Steve,

Thank you for considering Giant Entertainment & Management Inc. (GEM) in the proposed development of a Film & Television Studio Property in Oklahoma.

I have had the pleasure of working with numerous shareholders on ground-up Studio development projects in the United States, Canada, Hungary, Singapore, Indonesia, and China. In addition, I have developed numerous entertainment property evaluations and business plans for investors contemplating acquisitions in the United States and Europe.

Combined, the experience spans thirty years, twenty film & television studio development projects, more than eighty constructed soundstages, three million square feet of office and support space in eleven countries.

I trust the experienced-based assessment of the proposed studio development will be helpful in your company's deliberations.

Respectfully,

Britt Penrod

President; Giant Entertainment & Management Inc. (GEM)

# Segments


Executive Summary — Page 4

Section 1 — Development Assessment — Page 5

Entertainment & Media Statistics
Global
United States
Oklahoma
Industry Status Summary
Production Incentives
Production Incentives Summary
Studio / Production Services
Proposed Studio Location

Section II — Programming & Development — Page 36

Programming Considerations
Development Cost & Operating Income Overview

Section III — Summary — Page 45

Appendix — Page 49

## Executive Summary

For review is an initial assessment of the entertainment industry with observations relaying status, opportunities, and challenges of developing a film and television studio near Vinita, Oklahoma.

A summary of sections in this review are as follows:

**Section I:** Development Assessment; The stage-based entertainment industry is vibrant, trending upwards in activity and spend for several years due to the advent of streaming platforms. Covid-19 disrupted that trend with recovery to pre-pandemic levels yet to be achieved. Current market conditions further slowed recovery, now expected to resolve in a continuing upward trend by Q1, 2024. Production incentives are the primary demand driver of production activity. 9 soundstages (most in OKC) have been developed to address demand, recording $100m+ annually in the last two years. Additional supply of soundstages may exceed current and future demand and are at a competitive disadvantage outside the major city of OKC, if developed. Professional crew levels, production support businesses, lifestyle amenities are in short supply or do not exist near the proposed studio location, a significant obstacle to overcome, illustrating the disadvantages when comparing to larger population centers (OKC).

**Section II:** Programming & Development; Programming considerations should be based on researched and identified demand, which dictates size, scale, structures, and amenities. Without which, programming decisions are subjective and represent millions of dollars in variance. Two cost and income references, based on the current conceptual site plan, show a high-level view of two scenarios; Scenario 1: state-of-the-art studio facility development, and Scenario 2: minimum standard studio development. Both result in a cap rate of less than 6% when at 90% occupancy and if reasonably accurate, the project is likely unfinanceable as a stand-alone business.



GB00113322

**Summary;** Absent an owner/user studio, where the owner is developing a studio for internal productions, the combination of available incentives, current inventory of stage space, proposed remote location, absence of crew and lifestyle amenities at the proposed location, cost to build compared with assumed operating income, all suggest exercising caution before committing to development.

## *Sources*

Sources used throughout this document:

Digital Entertainment Group

Film L.A.

Fluent, LLC Media Consumption Study

Gower Street Analytics

Leichtman Research Group, Inc

Motion Picture Association Of America

News Check Media LLC

Oklahoma Film + Music Office

PwC Outlook Insights: An Analysis of the Global Entertainment & Media Outlook 2022-2026

PwC's Strategy + Business

Statistica; U.S. consumer spending on digital home entertainment

The Business Research Company; Film And Video Global Market Report 2022

The World Bank; Households and NPISH's Final Consumption Expenditure Per Capita

United Nations Population Division; Statistics



GB00113324

## I. Development Assessment

A Competitive Market Analysis is necessary in determining the production type and probability of achieving studio occupancy, assessing opportunities and challenges in establishing a sustainable ecosystem.

Areas of research to determine the level of demand include industry spend, trends, availability of crew, services, and production incentives. The outcome informs appropriate scale, scope, staff, services, capital requirements, and operating financial projections.

The following information is intended to provide a high-level view of the film and television industry and notable trends.

### ENTERTAINMENT & MEDIA STATISTICS

#### Global

Global entertainment and media (E&M) revenue rebounded 10.4% from 2020 to 2021, from $2.12t to $2.34t. Sustained recovery from the global pandemic is anticipated to achieve a 7.3% global year-on-year increase with a CAGR of 4.6% to 2026 will take global E&M revenue to $2.93t.

Internet advertising stands as the primary driver of advertising's recovery. For reference, the 2021 figure for the US internet advertising market is $189.3b, nearly $40b more than global broadcast TV advertising. This remarkable growth has caused a shake-up in the balance between advertising, consumer, and access revenue.

Other positive highlights in the internet advertising segment include mobile apps, a core component of the growth in mobile media consumption and associated ad revenue. TV advertising revenue growth will continue as more broadcasters pay greater attention to their OTT video app offerings and launch new AVOD services, and as more subscription-based video services turn to hybrid business models in search of profitability. By comparison, non-digital advertising will see only a 1.5% CAGR to 2026 and declining from 2025 onward after a moderate recovery from COVID impacts.

The global film and video market (sub-sector of global E&M) grew from $244b in 2021 to $273b in 2022 at a CAGR of 11.8%. The growth is mainly due to companies rearranging operations and recovering from COVID-19' measures including social distancing, remote working, and the closure of commercial activities. The market is expected to reach $409b in 2026 at a CAGR of 10.6%.

"Overall, what is emerging is an environment where consumers regard any distinction between 'digital' and 'non-digital' as irrelevant. Instead of favoring one or the other, they have taken on board the proliferation of content and access options enabled by digital and are exploiting it to seek more flexibility and freedom in what, when and how they consume. They are migrating to offerings that combine relevance and convenience - attractive content, easy discovery, social community -with an inspiring, personalized experience, however it is delivered." -Outlook Insights: An Analysis of the Global Entertainment & Media Outlook–PwC

**United States**

While the US will remain, by far, the largest entertainment and media market through 2026, Mainland China overtook the US to become the largest cinema market in 2020. Both Latin America and Africa are expected to be the fastest growing regions in the next

5 years among Asia-Pacific, Western Europe, Eastern Europe, North America, South America, and Middle East territories.

Mobile video viewing has increased significantly in recent years and is expected to grow further, driven by the rise in internet penetration and growth in smartphones usage. According to a 2020 Hootsuite study, 4.18 billion individuals (more than half of the global population) utilize mobile internet, and 57 percent of global video is watched on mobile devices. Adult Americans spend 30 minutes a day on average watching videos on their phones. Thus, a rapid increase in mobile video consumption is expected to drive the film and video market during the forecast period.

Global cinema box office revenue weighed in at $26b in 2022, a 27% improvement compared to 2021, but short of pre-pandemic levels. In its final estimate of the full year to Dec. 31, 2022, research firm Gower Street Analytics calculated that global gross box office takings reached $25.9b compared with $21.4b in 2021.

The 2022 number is 35% below the 2017-19 average in the three years before COVID-19 upended the global film industry. Gower Street estimates that the 2022 number represents an annual loss of $14b in gross revenue.

The international market (excluding China and North America) is estimated to have finished around $14b in 2022, representing a 55% gain compared with 2021 and a 29% deficit against the 2017-2019 average. All three key regions performed better compared to the three-year average than the North American or Chinese markets.




The outbreak of Coronavirus restrained film and video markets in 2020 with lockdowns halting production and restricted movement of goods and services. However, media markets have been largely unaffected and, in some cases, benefited from OTT delivery during lockdowns. Since 2021, entertainment and media is trending upward again with a continued positive outlook for the foreseeable future.

The over-the-top market is expected to increase at an 11% CAGR over the next five years. While this represents a significant cooling, the Latin American OTT market is poised to grow faster than any other worldwide, offering significant opportunity for US-based companies. In the next chapter of the streaming wars, free ad-supported TV (FAST) will likely be a key battlefield. The FAST market is expected to grow at a 25% CAGR from 2021 to 2023, driven by demand for low-cost content.

E-commerce will likely continue to expand internet advertising as retailers launch services to sell ad space in their own digital platforms. Shoppable ads also unlock new buying motions and are expected to add growth. As TV cord-cutting continues, ad supported streaming is expected to increase along with ad-supported streaming music, video games and podcasts.



GB00113328




Swell in consumer demand for streaming video content is yielding significant investment in production; Netflix reportedly spent $450m for the rights to Knives Out 2 and 3, the sequels to the 2019 murder mystery that grossed $312m at the box office. Peacock (NBCUniversal) in partnership with Blumhouse and Morgan Creek, signed a $400m deal to purchase the worldwide rights for a new franchise of The Exorcist. Viacom/CBS $3b stock sale to fuel content for Paramount+ including $900m for six seasons of South Park and 14 movies set in the fictional South Park universe.






GB00113329

An estimated industry spend of $230b in 2022, megadeals have become routine salvos in the fight for streaming customers. Global spending on streaming services is continuing to grow but competition is growing as new services proliferate.

In 2021, the spending on entertainment increased by 22.7% from 2020, 15.5% from pre-pandemic 2019. The growth was primarily driven by expenditures on entertainment equipment and services (including streaming), which was up by 60.6% year-over-year. US Consumer spending on digital home entertainment reached $30b in 2021, roughly 12 times more than recorded a decade ago.

US CONSUMER SPENDING ON DIGITAL HOME ENTERTAINMENT




Digital home entertainment expenditure has grown consistently as spending on physical formats has fallen, highlighting the popularity of SVOD (which accounts for the majority of digital entertainment spending).

Consumer spending on digital home entertainment in the United States amounted to $29.5b in 2021. SVOD spending grew by approximately $4b between 2020 and 2021,

reflecting the consistent and growing demand for content available on platforms using this model.




The U.S. media and entertainment (M&E) industry is the largest in the world; one-third the global M&E industry, including motion pictures, television series, commercials, streaming content, music and audio recordings, broadcast, radio, book publishing, video games, and ancillary services and products.

Since 2005, the number of 1-hour TV series produced rose 95% industry-wide. Feature Film Production activity decreased to a 57% share amongst international locations (Based on the top 100 domestic productions produced annually).

In 2011, a total of 198 TV series were released, mostly broadcast and cable shows. This number grew 1287% to 452 by 2020, driven by the advent of TV streaming services which grew their original series count by more than 2400% since 2011. Overall, the average number of series aired on streaming platforms grew at an average annual rate of 35.4% compared to 2.2% for broadcast series. Production of cable shows declined at an annual rate of -1.8%.




Because of the COVID shutdown and sporadic production restarts, the number of series available for viewing in 2021 was 331, -26.8%. Some series slated for production were un-renewed because of COVID-related impacts, shorting inventories further down the line.

Looking at the proportion of series by platform over the past ten years, broadcast shows declined 10% by 2021. Cable series experienced an even greater decline from 63% to 33% share by 2021. Streaming platforms grew to 43% by 2021. In terms of sheer numbers, streaming services now dominate the television industry.



Jurisdictions outside California continue to capture market share of film and television productions. Aggregating the locations data for 215 new projects in 2020 (146 one-hour/69 half-hour) the top 10 locations accounted for 80% of the total. California leads with a market share of 31.2%, followed by New York, British Columbia, Georgia, Ontario, and the U.K.

According to Comscore Movies, the North American market achieved an estimated $7.4b in 2022; up 65% from 2021 but down 35% form the 2017-2019 average.

As of mid-2022, all of the most expensive film productions in history were either made by or in collaboration with studios in the U.S. This includes the most recent iterations of successful franchises such as Pirates of the Caribbean, the Marvel Cinematic Universe, and Star Wars.




There were nearly 180 original films exclusive to online services released in 2021, comparable to 2020 and an over 90% increase from 2017. As of 2021, approximately 80% of U.S. adults watch movies and shows/series via traditional television services and online subscription services, the highest proportion of the home/mobile viewing methods.




Viewing via online Electronic Sell-Through (EST)/video-on-demand (VOD) services decreased in 2021, with 52% of U.S. adults watching movies on EST/VOD in 2021, down from 54% in 2020. In 2021, 60% of adults who viewed movies via EST/VOD also paid to rent movies not released or newly released in movie theaters (PVOD).

In 2021, the estimated number of U.S. films that entered into production was 943, an increase of 111% compared to 2020 when production was shut down due to the COVID-19 pandemic. Of these films, 226 films had an estimated budget greater than $15m, a 124% increase compared to 2020 and a 40% increase compared to 2017.




In 2021, 202 MPA member studio films entered into production, a 135% increase compared 2020, while 741 non-MPA member studio films entered into production, a 105% increase compared to 2020.

Eric Handler of MKM Partners: "2022 showed us that people are willing to come back to the cinema, especially for blockbusters and event films. There just wasn't enough of them. The number of wide releases was down 35% from pre-pandemic times.", projecting a 10% bump in domestic revenue in 2023, to $8.1 billion.

Even though distribution outlets are multiplying, disrupting typical ad-based revenue models, the manner in which content is created remains the same. Content creation involves utilization of controlled environments to economically capture sound and images, requiring trained crew and various crafts (construction, editing, writing, administration, etc.) This production process is not anticipated to change in the next decade.

**Oklahoma**

Since 2014, each year has brought more productions to Oklahoma than the year before for a total of 140 productions, 34 in 2020 with $32m in in-state production expenditures for the year.

In May of 2021, a new rebate program raised the annual cap from $8m to $30m with a sunset date of 2031. The new rebate program is designed with a base of up to 20% and uplifts up to 38% by meeting different criteria designed to promote economic impact and foster infrastructure and workforce development.

Recent studio and infrastructure developments include Green Pastures Studios (North OKC), Prairie Surf Studios (OKC), Owasso Studios (Owasso), Castle Row Studios (OKC). According to the Oklahoma Film + Music Office, 3 of the combined 9 soundstages are considered "certified" soundstages.




## Summary

Prior to the pandemic, production activity reached levels never before realized, driven by a growing streaming boom that required significant amounts of content for their respective platforms.

Studies indicate an industry still recovering from the impacts of the global COVID-19 pandemic, a two-year downward trend starting 2019, now trending upwards from the 2020 low point, although not yet at pre-pandemic levels.

Demand for studio and soundstage space have outpaced supply and is expected to continue for the next five years (2027) and possibly beyond, depending on actual construction of announced studio projects. Currently, US production centers maintain 90%+ occupancies on available stages in Los Angeles, New York, Georgia, New Mexico, and recently, New Jersey.

Not reflected in the information provided are recent market conditions (bank interest rate increases, bank closures, looming WGA contract negotiations) that are resulting in multi-national media conglomerate restructuring and contraction of production activity. This is expected to resolve by Q4, 2023 and trending upwards starting Q1, 2024.

Oklahoma's incentive program has resulted in an uptick in production spend of $169m in 2021 and $104m in 2022, primarily driven by low budget live-action feature films and a small number of series productions. The activity has resulted in the development of 9 soundstages, 8 of which in the Oklahoma City area.

## PRODUCTION INCENTIVES

Production incentives are the primary driver of studio occupancy. The level of financial incentives offered correlates with the level of regional demand. From that regional pool of demand, studios compete for the same production tenants.

Governments have long used incentives to foster economic growth, build infrastructure, and create jobs. Incentives are used to attract industries viewed as important to the local community as they are to film and television productions.

Production Incentives are offered as cash rebates, tax credits, or up-front/back-end production funding. In addition, numerous jurisdictions offer sales, use, excise, and gross receipts tax relief in the forms of deductions, credits, exemptions, and waivers.

The federal government and most U.S. states offer production incentives for motion picture and television productions. A number of jurisdictions also offer incentives for commercial advertisement, digital programming, post-production, video game production, and animation. More than a dozen international locations offer production incentives for foreign producers. Production incentive programs are now a primary determining factor in filming locations, offering one of the following;

Production Rebate: A cash rebate or grant is a sum of money paid to a qualifying production company based on the amount of qualifying expenditures or jobs created in the jurisdiction on a qualifying project. These funds do not require a tax return to be filed. They are often administered by the Departments of Trade and Industry, Commerce, or Economic Development.

Tax Credits: Tax credits can be refundable or non-refundable, and transferable or non-transferable.

Refundable Tax Credits: A refundable tax credit functions in the same way as a production rebate, but it is administered by the local taxing authority, and claimed by filing a tax return. The production company must file a tax return regardless of whether it has any income or owes any tax in the jurisdiction. If the production company does owe tax, a refund will be granted for the excess of the credit over the amount of tax owed. In some cases, banks or other lenders can monetize refundable tax credits so that the production company can get the money earlier.

Non-Refundable, Non-Transferable Tax Credits: A non-refundable, non-transferable tax credit can generally be carried forward and used to reduce taxes in subsequent years if the production company has no current tax liability. Each jurisdiction sets forth the period of time within which the tax credit can be carried forward.

Transferable Tax Credits: A non-refundable tax credit may be transferable or non-transferable. A transferable tax credit is one that may be sold or assigned to a local taxpayer. This transfer can be handled directly by the production company or indirectly through the use of brokers. Brokers will generally charge a commission. In addition, the production company will need to discount the credit from its face value to entice local taxpayers to purchase them. Lastly, tax credits may be recaptured by states after audit. Some states have recapture provisions with recourse to the buyer of a credit. Jurisdictions vary in how they regulate these transfers. Some jurisdictions permit a single credit to be divided among multiple transferees. Others permit multiple transfers, allowing transferees to sell all or a part of the credit they purchased to another taxpayer.

Up Front & Back End Funding: These funds are made available to qualifying productions from local taxpayers in exchange for advantageous tax treatment from the local jurisdiction.




Most U.S. states provide some level of production incentive to drive economic impact. By 2009, 44 states had a film tax incentive in place. In 2014, 38 states had an active film tax incentive in place. Current incentivized States and type of Production Incentive offered.

In competing locations, film incentive programs cover both Above The Line (ATL) and Below The Line (BTL) costs. ATL costs average 30% of the total physical production budget and vary by production. As a result, demand is significant in locations where ATL expenditures qualify for incentive programs, much less so in locations where only BTL expenditures qualify.



GB00113340




Outside Los Angeles, and to a lesser degree, New York City, the level of in-state spend is directly related to, and dependent on, production incentive caps and the percentage of expenditures that qualify for rebates or credits. In locations where there are no caps on program funds, the amount of annual production spend is in the billions in Georgia and $700m (and growing) in Illinois. There are now more than 100 soundstages in and around Atlanta and more than 40 soundstages in Chicago.

Higher spend caps (or no cap) and higher percentages of rebates on qualified expenditures experience higher number of productions, larger budgeted productions, and for longer periods of time. The consistency and higher amounts of in-state production spend encourages sustained industry development in physical infrastructure and support businesses. Similar to retail and commercial sectors; increased population results in a greater number and greater variety of regional businesses accessing demand.

Each incentivized location demonstrates growth of an industry and opportunities for studio development projects to be successful. They also reflect a growing competitive market where regional studios compete for studio occupancy. Since all productions are able to access the incentive program, studios will need to provide a competitive advantage in order to secure occupancy. Traditionally, barring location specific requirements,



GB00113341

producers will first explore the most financially advantageous location to lens their production.

Oklahoma has experienced an increase in production spend north of $100m/year since 2020 and is expected to continue trending upwards as more infrastructure is developed resulting in more of a production dollars spent in the state.

The program cap of $30m is a predictor of in-state production spend and is expected to hover in the $200m +/- range on an annual basis (Assuming the $30m cap is equal to a minimum 38% of production spend, the amount spent in the state would equal $186m – however, not all productions will achieve a 38% rebate on expenditures so the total amount spent in the state could easily exceed $200m annually).

For reference, $200m in BTL production spend is equivalent to 4 median budgeted series productions or 40 average budgeted feature film productions.

The impact of production incentive programs on studio facilities is significant, if not necessary for financial solvency. Even so, the direct spend on studio infrastructure pales in comparison to the amount spent in the state. The following examples show studio developments resulting from production incentive programs and resulting revenues to both the studio and state. In each case, qualified production expenditures are made available to the public, typically in categories and without breach of prior confidentiality agreements. For example, "Production Location Rental" will be identified, without divulging details of studio rates, what's included, excluded, etc.).

Less known are studio revenues derived from production tenants. The examples referenced are sourced from both studio owners and production executives and are consistent with most independent studio operations around the world as it relates to studio revenues as a percentage of BTL expenditures.




The primary beneficiary of production activity is the State. As reflected above, approximately 90% of qualified expenditures are spent outside the studio, with the studio averaging less than 10% of a production's BTL expenditures.

Numerous independent studies indicate significant economic impact when incentive programs are well conceived, easily administered, and consistent. This is, in no small part, the result of investment in physical infrastructures (stages, studios) that result in retaining production in its entirety. Without the infrastructure, production spend is generally limited to location filming, a minor percentage of a production budget.

Further complicating studio development, as shown in locations such as Michigan, Louisiana, Hungary, and others, sole reliance on production incentives is a risk, absent long-term commitment from governments sponsoring these programs. In each of the locations mentioned, incentive programs were paused or eliminated, decimating the

demand, resulting in studio closures and losses in the tens, if not hundreds of millions of dollars previously committed for development.

Incentive program volatility or uncertainty results negative impacts production demand, a financial risk beyond studio owner control. Like most brick-and-mortar businesses, obtaining adequate returns over a long period of time is necessary and uncertainty or discontinuation of the primary demand driver jeopardizes the investment.

Addressing the risks associated with the potential loss of a primary demand driver is strongly suggested. Examples of mitigating risk includes:

- Infrastructure Rebates (Tax incentives for physical infrastructure investment/job creation)
- Entertainment Zones (Designated zones with infrastructure investment that incur additional tax incentives)
- Business Incentives (Tax incentives for businesses that relocate or expand in designated Entertainment Zones)
- Diversified income via mixed use development

Some measure of risk is mitigated with the abovementioned programs and development schemes. Even so, a studio's financial solvency is predicated on consistent occupancy at an advantageous rate over long periods of time. Without which, risk of financial loss is to be expected, even with incorporating measures mentioned above.

**Summary**

International film and television production incentives are the primary demand driver for incentivized locations and studio occupancy.

Regional jurisdictions (countries, states, cities) are the largest beneficiary of production spend as 90% or more of production dollars spent in the area are spent outside the studio environment. Even though investment in studios allows more production dollars to be spent in the state by hosting production in their entirety, studios themselves capture 10% or less of the total amount.

Oklahoma's incentive program is not competitive with more established jurisdictions and estimated to result in the equivalent of 4 series productions ($50m BTL Ea.) or 40 average budgeted feature films ($5m BTL Ea.) or some combination of both. For reference, 4 series productions would be expected to require 12 soundstages (Each utilizing 3 soundstages totaling 40,000 +/- SF). Medium/Low Budget Live Action Feature Films would be expected to require 10 soundstages annually (averaging 1 soundstage per production for less than 3 months each). This is nearly equivalent to the existing soundstage availability in the state.

## STUDIO / PRODUCTION SERVICES

Goods and services provided by studios and independent companies are as vast as they are numerous and integral to the production process. Just a sampling (below):

| | |
|---|---|
| Audio/Video Equipment & Services | Property |
| Camera Equipment & Services | Costume & Wardrobe |
| Construction Materials | Set Construction |
| Grip Equipment | Special Effects & Services |
| Heavy Equipment | Practical Effects |
| Transportation Equipment (Trucks) | Security Services |
| Star Trailers / Honey Wagons | Casting Services |
| IT Equipment & Services | Catering |
| Set Lighting Equipment & Services | Logistics Services |
| Location Lighting Equipment & Services | Set Design |
| New Media Technology Equipment & Services | Fabrication |
| | Accounting |
| Post Production Equipment & Services | Scenic |
| Production Crew | Hair & Make-Up |

Each of the above represents not only a business in and of itself with necessary equipment, human and infrastructure investments, but a necessity to stage-based productions.

All of these goods and service providers operate on the studio lot throughout the production process. This means all need to be in close proximity to the studio and with sufficient capacity to accommodate demand. If demand justifies a studio with a capacity of three simultaneous productions, the availability of crew will number 1,000+, including those employed in the aforementioned production support businesses. If not available

locally, cast, crew, goods and services will need to be temporarily set up at the location, incurring additional cost for accommodations, transportation, and per-diem. The cost to do so has the potential to negate financial incentives provided by the state.

Established production support businesses in Oklahoma are limited in comparison to states with more robust and longer tenured incentive programs. This results in larger budgeted productions relying on out-of-state providers transporting goods and related services to an Oklahoma location on an as needed basis, incurring additional cost to the in-state production. On the one hand, it presents an opportunity for a studio to incorporate support businesses within the studio at a cost savings to the tenant. However, absent consistent demand and revenues, the studio runs the risk of operating at a deficit and/or not realizing a return on investment.

The capital necessary to start a production service business can be significant. For example, adequate supply of lighting equipment for a studio lamp dock is equal to $1m per stage. In addition, adequately trained staff will be required, along with physical infrastructure; lamp dock, hardware, software, high voltage electricity, paint booth(s), repair shop, trucks, carts, etc., further increasing up front cost. Ongoing capital expense for upgrades, new equipment and full-time staff further add to the capital commitment.

Identifying the studio's role in supporting the production tenant(s) is reliant on a reasonable expiation of consistent occupancy, profitability, and in some cases, goods and services necessary in obtaining business (security, IT, facility maintenance, studio labor, etc.) if not available nearby.

The outcome of diligent research in what services to provide by the studio and/or what physical infrastructure will need to be developed on the property will be translated into site plans, construction costs, and operating financial projections.

It is important to note the gradient level of tenant needs. 80% of live-action feature films have a budget less than $5m and are unable to afford large numbers of crew, large sets, or long studio stays. In those cases, a modest studio with equally modest services would suffice. At the other end of the spectrum are typical series production with budgets of $50m per year and feature films with budgets exceeding $100m, both requiring higher production value, greater equipment requirements and a much broader array of supporting, experienced service providers not currently established in the state. As such, lower budget productions would be expected to make up the majority of production activity in the state. For the studio this usually equates to lower services requirements, lower rate expectations, and higher turnover (short studio stays). Opportunities to generate revenue via services would be limited.

## PROPOSED STUDIO LOCATION

An ideal studio location includes the following attributes;

- Sufficient area for multiple studio structures and surface area parking & staging
- Contiguous land mass that can be secured and allow traversing the studio lot
- Sufficient level topography to access stage and workshop structures via slab on grade with minimal slope
- Nearby support businesses (lumber, materials, fabric, lighting & grip, props, hotels, housing, car rental, transportation, heavy equipment, cast, crew, etc.)
- Nearby restaurants, leisure activities
- Nearby airport(s)
- Easily accessible via freeway(s)




An initial observation of the proposed location is that the remote location is a probable deterrent to potential studio tenants.

Production talent originating from Los Angeles or New York will first need to fly for 3+ hours for a direct flight to OKC. This is not a deterrent, in an of itself. But, it is a marketing hurdle that will need to be overcome.

Once at the airport, producers and talent will then need to drive approximately 180 miles to the studio, adding both expense to the production and another marketing hurdle.

Vinita, with a population of 6,000 is the closest city to the studio and as such, is limited in lifestyle amenities beneficial in selling the location. Restaurants, bars, shopping, resort/leisure locations are all helpful when courting production intending to employ hundreds of crew and cast members for long periods of time at the studio (several months, if not longer).

Options for additional leisure during time off (which can be days or weeks) would involve driving 65 miles to Tulsa, 180 miles to OKC, or in the case of several days of time off, driving to Tulsa or OKC for flights home.

Combined, these lifestyle/leisure issues represent a significant obstacle in obtaining long-term tenancy. Lower budget, short term tenancy is less concerned with these types of issues, but they are also less able to afford premium rates for studio space and production services.

Equally important is the availability of qualified, professional production crew employed by the businesses referenced previously or available on a freelance basis. Given the surrounding population and fledgling status of the industry in the state, it is unlikely that crew would be available in the immediate term.

Educational and apprenticeship programs could be established to cultivate future industry professionals, but represent a long-term commitment from both the public and private sectors.




A cursory view of the immediate area around the proposed studio location indicates an absence of existing service providers. The absence of production support infrastructure represents a significant obstacle to studio marketability and tenancy. To develop these human and physical infrastructures would likely take years and significant capital, whether by third party vendors or the studio operation.

Prior experience and analysis of remotely located studio facilities indicate a disadvantaged environment where the more developed and experienced support services are located in more densely populated areas. Remote independent studios rarely have the operating capital to compete with existing businesses and experience difficulty offering comparable services.



The site plan indicates an intention to develop leisure activities and accommodations, which would aid in marketing the studio for longer term productions. However, travel time to the location, availability of experienced crew and nearby production services are still significant concerns to question viability of a studio in such a remote location.




Further risk to sustainability of a studio business is the potential for additional studio developments that may occur in OKC, which has added soundstage inventory in the last two years. Given the opportunity to film in or near the larger city, closer to numerous hotels, activities, crew base, access to direct flights, etc., not to mention additional cost to temporarily relocate crew, an OKC studio development would be a first choice for a majority of incoming productions. Any future, modest new studio in OKC would have a strategic and logistical advantage over a studio in Vinita.

Prior experience in 2nd tier markets include studios in Louisiana (Baton Rouge), Georgia (Senoia), and Hungary (Budapest), among others. In each case, occupancies and rental rates were markedly lower than competing studios in the nearby, more densely populated

cities (New Orleans, Atlanta, Budapest) where more production service providers, crew, supplies, airports, and varied off-lot locations were readily available – irrespective of the quality of the studio and its available amenities.

## PROGRAMMING CONSIDERATIONS

Effective studio programming is a response to previously conducted market analysis identifying end user demand and requirements necessary to achieve occupancy.

Assuming there is a reasonable expectation of studio occupancy, the physical plant will reflect the needs of the production type(s) identified, including number of stages, sizes, amount of office space, flex space, workshop space, parking, staging, storage, surface area, etc. Physical components within each structure also address identified end users and marketability, such as IT/technology infrastructures, power and HVAC distribution, grid systems, dust collection systems, and so on. Collective decisions on programming details represent millions of dollars of capital, the basis of which should be from a demonstrated need.

A film and television studio is vital to the production process. A marketable studio provides a controlled environment where productions are able to control sound, climate, security, privacy, and workflows. Production specific infrastructure includes high-voltage electricity, IT infrastructure, light-industrial workshops with medium-voltage electricity, office and flex space, as well as exterior surface area beyond that necessary for crew/employee parking. Combined, studio infrastructures facilitate speed, which translates to cost savings, especially when compared to location filming.

Cost savings to production is realized in many areas; eliminating interruptions from ambient noise, common on location; close proximity to production departments, such as costume, wardrobe, property, lighting, grip, etc., eliminate transportation from shops to

filming locations on a daily basis, and utilization of temporary power, HVAC, security, permitting, and so on.

Programming the studio environment contemplates anticipated demand and studio business units necessary to address the demand, further described below.

The creation of distributable content requires numerous goods and services to be available and deployed throughout the production process. Several of these services are consistently utilized and can best be provided by the studio, as opposed to a 3rd party vendor. Whether or not to create a business unit within the studio operation is determined by the following; a) The services is necessary regardless of profitability, such as manned security, b) The service is likely to be profitable, considering any potential competition, c) The capital required to create the business unit is commensurate with anticipated returns.

As a general rule, caution should be exercised in the use of capital to compete with existing service providers, as the most successful providers of production related equipment and services have developed extensive histories with decision makers; producers, line producers, and department heads, spanning years and numerous productions. Often, it is more advantageous to enter into commission agreements with reputable production service providers rather than expending capital to compete for clientele. 3rd party service provider arrangements still may require physical infrastructures and reflected in development plans, costs and financial projections.

A decision on whether or not to establish a studio service can be made at any time in the future, in response to production demand and potential profitability.

Studio structures, sizes and numbers are derived from statistical averages and most recent production requests for series and feature productions, taking into account the

estimated amount of production activity derived from the newly created incentive program.

Using median budgeted TV series statistics as a basis, each production would begin with 40,000+ sf stage space between 3 soundstages. The typical need is for 2 stages containing main sets and an additional, smaller stage for “swing sets”; sets that are filmed, disassembled and replaced with another set over the course of the season.

Most productions will require approximately 20,000 sf of office space for production administration and an additional 10,000 sf for “flex space”; art department, costume, wardrobe, production design, set design, rehearsal space, etc. In addition, most productions require dressing rooms, hair & make-up rooms, green rooms, and conference rooms. Combined these total approximately 4,000 sf per production. Most common workshop space reflects 10,000 sf for construction mills, 6,000 sf for storage space, 3,000 sf for catering space and accommodations for set lighting equipment that can be accommodated via a central area or by smaller areas dedicated to each individual production. Required workshop space is typically to 30,000 sf.

Feature production requirements are slightly different with an average 50,000 sf between two stages, 15,000 sf of office space, and similar requirements for flex space, talent rooms and workshop space. Live-Action Features are more “nomadic” than series production, utilizing studio settings for shorter periods of time and transporting goods to the studio, rather than establishing on-lot production departments, as is the case with series production. As such, greater amounts of surface area are required for feature film transportation equipment.

To provide an efficient working environment, structures should be designed to accommodate appropriate access to support rooms, workshops and soundstages and avoid congestion between productions.

Most productions do require varying amounts of stage space and typically, multiple stages that afford filming on one stage while simultaneously prepping and set construction on others. As a result, large converted spaces are less desired.

In the absence of stage space, only location filming is anticipated and represents a smaller percentage of physical production (30% on average).




Average stage sizes vary across the country with a combined national average of 15,843 SF. In highly concentrated locations, the average stage size is 14,014 SF (Los Angeles) and 11,153 SF (New York). Georgia average stage size (24,182 SF) is skewed by a converted manufacturing facility with 450,000 SF under roof.

Similarly, Pennsylvania and Louisiana are skewed by converted manufacturing facilities with 150,000 square feet under roof.

All of the above should be taken into consideration when devising a demand driven site plan, which is not provided in this report.

Case 4:25-cv-00383-SH Document 208-40 Filed in USDC ND/OK on 10/07/26 Page 40 of 83

## DEVELOPMENT COST & OPERATING INCOME OVERVIEW

Using the conceptual site plans provided, a capital and annual operating income assessment references typical development costs and operating revenues that flow to an assumed operating EBITDA.

In the first scenario, construction costs are at the low end of the spectrum for newly constructed, state-of-the-art facilities.

- Stage construction consists of concrete walls, NC-25, STC-60 acoustic ratings, wood grid & catwalk systems with standard weight load limits, interior and exterior concrete elephant doors, recessed wood floor systems, sound trap vestibules with acoustic rated doors, interior power distribution, HVAC distribution, convenience power and IT connections.
- Office structures consist of structural steel with standard production office T.I.'s, including office suites, green rooms, dressing rooms, hair & make-up rooms & editorial suites, common area restrooms.
- Workshop construction consists of pre-engineered metal structures with interior insulation, medium voltage power distribution, pedestrian and loading doors, standard workshop lighting, floor load limits, and HVAC systems.
- Soft Costs estimated @ 15% combined for Architecture, Engineering, Permitting, Project Management, GC & Developer Fees
- Separate allocations for FF&E inclusive of studio operations furniture, fixtures and equipment not included.

Revenue assumptions are based on current market rates in similar locations and using OKC premium office rates as a basis. The revenue shown is based on 90% annual occupancy for all areas.



GB00113358

Studio Services and Operating Expenses are based on typical percentages of revenue in independent studio environments (studio and 3rd party commission agreements)

Annual Debt Reference indicates hypothetical cost of debt if 100% financed at 30-year fixed interest rate of 5%.

**COST ESTIMATE: STATE OF THE ART**

| AREA | # | SF | $/SF | EXTENDED |
|---|---|---|---|---|
| Soundstages | 7 | 136,000 | $475 | $64,600,000 |
| Production Offices | 4 | 20,000 | $275 | $5,500,000 |
| Production Support | 9 | 77,000 | $275 | $21,175,000 |
| Workshops | 2 | 40,000 | $120 | $4,800,000 |
| Backlot | 1 | 130,680 | $0 | $0 |
| Surface Area/Parking | 1 | 82,200 | $15 | $1,233,000 |
| Sub Total | | 485,880 | | $97,308,000 |
| Sitework/Utilities | 1 | 485,880 | $8 | $3,887,040 |
| Site MEP | 1 | 403,680 | $10 | $4,036,800 |
| Misc Landscaping | 1 | 485,880 | $5 | $2,429,400 |
| Sub Total | | | | $10,353,240 |
| Soft Costs (15%) | | | | $16,149,186 |
| **DEVELOPMENT COST ESTIMATE** | | | | **$123,810,426** |

**EBITDA ESTIMATE: STATE OF THE ART**

| AREA | # | SF | $/SF/YR | EXTENDED |
|---|---|---|---|---|
| Soundstages | 7 | 136,000 | $36.00 | $4,896,000 |
| Production Offices | 4 | 20,000 | $36.00 | $720,000 |
| Production Support | 9 | 77,000 | $24.00 | $1,848,000 |
| Workshops | 2 | 40,000 | $24.00 | $960,000 |
| Backlot | 1 | 130,680 | $6.00 | $784,080 |
| Surface Area/Parking | 1 | 82,200 | $12.00 | $986,400 |
| Sub Total | | 485,880 | | $10,194,480 |
| Studio Services (10%) | | | | $1,019,448 |
| Vacancy (10%) | | | | ($1,121,393) |
| Annual Gross Revenue | | | | $10,092,535 |
| Operating Expenses (30%) | | | | ($3,027,761) |
| **ANNUAL EBITDA ESTIMATE** | | | | **$7,064,775** |
| *Cap Rate* | | | | *5.7%* |
| *Annual Debt Reference (100% financed; 30 Yr Fixed @ 5% Interest)* | | | | *($7,975,694)* |



GB00113359

In the second scenario, construction costs reflect a minimum standard studio development with fewer amenities, lower T.I. allowances, and minimum standard basis of design, intended to address lower budget productions.

- Stage construction consists of steel frame with “box in a box” construction for sound mitigation, NC-35, STC-45 acoustic ratings, open truss for pipe & chain/box truss, minimum weight load limits, interior and exterior metal elephant doors, laser level concrete floors, sound trap vestibules with acoustic rated doors, interior power distribution, HVAC distribution, convenience power and IT connections.
- Office structures consist of structural steel with standard production office T.I.’s, including office suites, green rooms, dressing rooms, hair & make-up rooms, common area restrooms, and minimal fixtures.
- Workshop construction consists of pre-engineered metal structures with minimum interior insulation, medium voltage power distribution, pedestrian and loading doors, standard workshop lighting, floor load limits, and minimum HVAC systems.
- Soft Costs estimated @ 15% combined for Architecture, Engineering, Permitting, Project Management, GC & Developer Fees
- Separate allocations for FF&E inclusive of studio operations furniture, fixtures and equipment not included.

Revenue assumptions are based on current market rates in similar locations and using OKC median office rates as a basis. The revenue shown is based on 90% annual occupancy for all areas.

Studio Services and Operating Expenses are based on typical percentages of revenue in independent studio environments. (studio and 3rd party commission agreements)

Annual Debt Reference indicates hypothetical cost of debt if 100% financed at 30-year fixed interest rate of 5%.

**COST ESTIMATE: MINIMUM STANDARD**

| AREA | # | SF | $/SF | EXTENDED |
|---|---|---|---|---|
| Soundstages | 7 | 136,000 | $300 | $40,800,000 |
| Production Offices | 4 | 20,000 | $200 | $4,000,000 |
| Production Support | 9 | 77,000 | $200 | $15,400,000 |
| Workshops | 2 | 40,000 | $120 | $4,800,000 |
| Backlot | 1 | 130,680 | $0 | $0 |
| Surface Area/Parking | 1 | 82,200 | $15 | $1,233,000 |
| Sub Total | | 485,880 | | $66,233,000 |
| | | | | |
| Sitework/Utilities | 1 | 485,880 | $8 | $3,887,040 |
| Site MEP | 1 | 403,680 | $8 | $3,229,440 |
| Misc Landscaping | 1 | 485,880 | $3 | $1,457,640 |
| Sub Total | | | | $8,574,120 |
| | | | | |
| Soft Costs (15%) | | | | $11,221,068 |
| | | | | |
| **DEVELOPMENT COST ESTIMATE** | | | | **$86,028,188** |

**EBITDA ESTIMATE: MINIMUM STANDARD**

| AREA | # | SF | $/SF/YR | EXTENDED |
|---|---|---|---|---|
| Soundstages | 7 | 136,000 | $24.00 | $3,264,000 |
| Production Offices | 4 | 20,000 | $24.00 | $480,000 |
| Production Support | 9 | 77,000 | $18.00 | $1,386,000 |
| Workshops | 2 | 40,000 | $12.00 | $480,000 |
| Backlot | 1 | 130,680 | $6.00 | $784,080 |
| Surface Area/Parking | 1 | 82,200 | $12.00 | $986,400 |
| Sub Total | | 485,880 | | $7,380,480 |
| Studio Services (10%) | | | | $738,048 |
| Vacancy (10%) | | | | ($811,853) |
| Annual Gross Revenue | | | | $7,306,675 |
| | | | | |
| Operating Expenses (30%) | | | | ($2,192,003) |
| | | | | |
| **ANNUAL EBITDA ESTIMATE** | | | | **$5,114,673** |
| *Cap Rate* | | | | *5.9%* |
| *Annual Debt Reference (100% financed; 30 Yr Fixed @ 5% Interest)* | | | | *($5,541,815)* |

In the above scenario, construction costs are in a median range for studio facilities with lower design criteria (not NC-25, not STC-60, no wood grid/catwalk system, core & shell offices, etc.)

Revenue assumptions are based on median market rates in similar locations for similar studio amenities, generally; lower budget productions.

The cursory operating financial views, if reasonably accurate, would indicate the project is likely unfinanceable with a 5.9% cap rate, even at 90% occupancy and an interest rate below current market rates.

## III. Summary

The entertainment industry is now and has historically been robust, resistant to recession and economic downturns. Studies indicate 10 years of significant increases in global activity and spend primarily driven by the advent of and competition among streaming platforms (Netflix, Amazon, Apple, Disney+, Peacock, Paramount+, Hulu, etc.) As such, demand has outpaced supply of available, international and US soundstages and studio space. Demand is focused on locations offering film and television production incentives with those providing the greatest amount of financial benefit receiving the greatest amount of production activity and spend.

Covid-19 and current market conditions are near term detriments to production activity and spend but is expected to resolve by end of year with upward trends continuing by Q1, 2024.

Oklahoma's film and television incentive program incurs a current spend level of $100m+ and is assumed to increase to $200m as more infrastructures is developed (stages, production support businesses). This is equivalent to 4, median budgeted series productions (or 40 mid/low budget feature productions) with infrastructure requirements slightly exceeding current supply of stage and studio space.

The proposed studio development in Vinita is believed to face difficulties in obtaining consistent production occupancies resulting from the remote location. Travel time to the studio, absence of crew, production support businesses, and lifestyle amenities, represent significant disadvantages to competing studio facilities in OKC. Even if that were not the case, estimated development and construction costs would require a long runway to realize returns, based on current market rates, even when at extremely high (unrealistic) occupancy levels.

Absent an owner/user studio, where the owner is developing a studio for internal productions, the combination of available incentives, current inventory of stage space, proposed remote location, absence of crew and lifestyle amenities at the proposed location, cost to build compared with assumed operating income, all suggest exercising caution before committing to development.

## Disclaimer

INVESTMENT RISKS: All investments, including real estate, is speculative in nature and involves substantial risk of loss. As such, independent investigations by real estate, accounting, legal and financial investment professionals before acting on information published in this document is recommended. Information contained in this document is derived directly from information published by companies or submitted to governmental agencies believed reliable but are without independent verification. Therefore, no assurances can be made that this information is accurate or complete. No warrant or guarantee of success is nor can be made for any action taken in reliance on information provided in this document. Past performance is not necessarily indicative of future results. All investments carry risk and all investment decisions of an individual remain the responsibility of that individual. There is no guarantee that systems, indicators, or signals will result in profits or that they will not result in losses. All investors are advised to fully understand all risks associated with any kind of investing they choose to do. Hypothetical or simulated performance is not indicative of future results. No representations or warranties that any investor will, or is likely to, achieve profits similar to those shown is made, as hypothetical or simulated performance is not necessarily indicative of future results.

FORWARD LOOKING STATEMENTS: Various statements contained in this presentation, including those that express a belief, expectation or intention, as well as those that are not statements of historical fact, are forward-looking statements. These

forward-looking statements may include projections and estimates concerning the timing and success of strategies, plans or intentions. Forward-looking statements are based on current expectations and assumptions about future events. These assumptions include, among others, projections and expectations regarding market trends, general economic, market and real estate conditions that may impact the contemplated business. While these expectations and assumptions are believed reasonable, they are inherently subject to significant business, economic, competitive, regulatory and other risks, contingencies and uncertainties, most of which are difficult to predict and many of which are beyond control and could cause actual results to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements. Investors should not place undue reliance on these forward-looking statements. No obligation to update any forward-looking statements to conform to actual results or changes in our expectations is undertaken, unless required by applicable law.

RISKS RELATED TO THE REAL ESTATE INDUSTRY: An investor's performance and the value of properties are subject to general economic conditions and risks associated with real estate assets. There are significant expenditures associated with an investment in real estate (such as debt service, real estate taxes, and insurance maintenance costs) that generally do not decline when circumstances reduce the income from the property. Income from and the value of the properties acquired may be adversely affected by the following factors: downturns in international, national, regional and local economic conditions, attractiveness of the property acquired to potential tenants and competition from other properties, increases in the supply of or decreases in the demand for similar or competing properties in target markets, bankruptcies, financial difficulties or lease defaults by tenants, changes in interest rates, availability and terms of debt financing, changes in operating costs and expenses, changes in, or increased costs of compliance with, governmental laws, rules, regulations and fiscal policies, including changes in tax, real estate, environmental and zoning laws, and potential liabilities thereunder, civil unrest, acts of God, including earthquakes, floods and other natural disasters, which may

result in uninsured losses, and acts of war or terrorism, among others. For these and other reasons, no guarantees of income or profits or investor performance can be made nor is implied.

- ALTERNATE LOCATION (Branson MO)
- STUDIO CONSTRUCTION COST REFERENCE
- GEM INFORMATION



GB00113367

**Branson, Missouri**

A cursory view contemplating studio development in Branson, Missouri would likely result in a similar conclusion but with slightly different reasons.

Branson is a more populated region (12,638 in the 2020 Census), some of which include industry professionals as a result of the existing entertainment destination industry. Lifestyle amenities are sufficient to attract incoming productions.

The obstacles to a successful studio operation include travel distance and time from L.A. or N.Y. originated ABL talent, shortage of television and film related production equipment and providers.

The primary obstacle is an absence of Missouri film and television production incentives, which is a non-starter for nearly any US based production.

Unless contemplating building a studio for internal purposes and not as a for-profit business, as was the case for Tyler Perry Studios in Atlanta where the studio was developed over time for his productions and to avoid paying rent to another property owner, modest occupancy levels at advantageous rates would seem unlikely.



GB00113368

GIANT ENTERTAINMENT & MANAGEMENT INC.



GIANT ENTERTAINMENT & MANAGEMENT INC.




**Giant Entertainment & Management Inc. (G.E.M.)** is a Los Angeles based Film & Television Studio design and development company with in-depth experience in the United States, Europe and Asia.

G.E.M. delivers knowledgeable business foundations to Studio development projects via Market Analysis, Programming, Site Planning, Operating Financial Analysis, Construction & MEP Consulting, Value Engineering, Start-up of Operations & Studio Services, and ongoing Management Services for stage-based entertainment properties.

GIANT ENTERTAINMENT & MANAGEMENT INC.

PROFILE

*Clients*

Amazon Studios, US/UK
NBCUniversal Studios, Hollywood
Paramount Pictures, Hollywood
Hudson Pacific Properties, International
Raleigh Studios, Hollywood
Tyler Perry Studios, Atlanta
Utah Film Studios, Park City
Bray Film Studios UK
Wuxi Studios, China
Infinite Studios, Singapore
Infinite Studios, Indonesia
New Regency Productions
Tishman Speyer L.A. & N.Y.
Calgary Economic Development, Canada
State University of New York
Georgia State University
Shanghai University, China

*Planning*

- International market, financial and operations analysis, programming and site planning for media conglomerates, independent studio owners, shareholders, financial institutions, and government agencies
- Short and Long-Term business plans defining business opportunities, strategic objectives, operational requirements, and financial implications

*Development*

- Design and construction consulting including formulating the basis of design, performance specifications, methods and materials, value engineering that to date, represents approximately three million square feet of constructed stage, office and supporting industrial space, over sixty constructed soundstages in six countries; United States, United Kingdom, Canada, China, Indonesia and Singapore
- Establishing international service partnerships to define and achieve studio-based service standards, income and strategic relationship objectives

*Operations*

- Executive oversight of film and television studios; policies, procedures, job descriptions, staffing, training, evaluations, operational audits, process improvements, development of studio services and annual operating budgets
- Contract negotiations with multi-national conglomerates and individual productions for leasing of real property; labor, equipment and services

GIANT ENTERTAINMENT & MANAGEMENT INC.




# FILM & TELEVISION STUDIO DEVELOPMENT & OPERATIONS HIGHLIGHTS

GIANT ENTERTAINMENT & MANAGEMENT INC.




## NBCUniversal Studios

- Studio Operations Master Plan
- Studio Business Analysis
- International Property Analysis
- International Market Analysis
- NBC News Field Shop Design
- Screening Room Renovations
- Project Management

## Paramount Pictures Studios

- Property Analysis (*United States*)
- Stage Conversion (*Paramount* +)

## Amazon Studios

- Conceptual Site Planning
- Design & Construction Consulting
- Studio Operations
- Production Contract Negotiations

## Tishman Speyer L.A.

- Studio Service Analysis
- Programming
- Conceptual Site Planning
- Operating Financial Analysis

## Tishman Speyer N.Y.

- Studio Business Analysis
- Programming
- Operating Financial Analysis

# GIANT ENTERTAINMENT & MANAGEMENT INC.







- Operating Financial Analysis
- Design Consulting
- Studio Services Development
- Annual Operating Budgets
- Studio Management




- Construction Financial Analysis
- Project Development
- Design & Construction Consulting
- Value Engineering




- Construction Financial Analysis
- Development Team Management
- Design Criteria
- Design & Construction Consulting
- Value Engineering




- Property Analysis
- Programming
- Operating Financial Analysis
- Conceptual Site Planning
- Design & Construction Consulting
- Studio Operations
- Production Contract Negotiations
- Studio Services Development
- Staffing & Training
- Annual Operating Budgets




- Studio Business Analysis
- Operating Financial Analysis
- Conceptual Site Planning
- Design & Construction Consulting
- Studio Operations
- Staffing & Training
- Annual Operating Budgets

# GIANT ENTERTAINMENT & MANAGEMENT INC.

Studio Business Analysis
Programming
Operating Financial Analysis
Conceptual Site Planning
Design & Construction Consulting
Value Engineering



*Utah Film Studios, Park City*

Design & Construction Consulting
Value Engineering



*Calgary Film Centre, Canada*

Design & Construction Consulting
Value Engineering
Studio Operations Consulting



*Infinite Studios, Indonesia*

Studio Business Analysis
Operating Financial Analysis
Programming
Design & Construction Consulting



*Infinite Studios Singapore*

Studio Business Analysis
Operating Financial Analysis
Programming
Conceptual Site Planning
Design & Construction Consulting
Studio Operations
Studio Services Development
Annual Operating Budgets




*Celtic Media Centre, Louisiana*

# GIANT ENTERTAINMENT & MANAGEMENT INC.

Property Analysis
Studio Business Analysis
Programming
Operating Financial Analysis
Conceptual Site Planning
Design & Construction Consulting
Studio Operations
Annual Operating Budgets



MMP Studios, Michigan

Design & Construction Consulting
Value Engineering



Syracuse Studios, New York

Studio Business Development
Property Analysis
Operating Financial Analysis
Annual Operating Budgets
Long Term Planning
Studio Services Development
Studio Operations



Raleigh Studios, Hollywood

Studio Business Analysis
Operating Financial Analysis
Studio Services Development
Studio Operations
Annual Operating Budgets



Hercules Studios, Playa Vista

Financial Analysis
Studio Services Development
Studio Operations
Annual Operating Budgets



MBS Studios, Manhattan Beach

# GIANT ENTERTAINMENT & MANAGEMENT INC.

## STUDIO DEVELOPMENT & OPERATIONS



*United States*

*Canada*

*United Kingdom*

*Hungary*

*Singapore*

*Indonesia*

*China*

GIANT ENTERTAINMENT & MANAGEMENT INC.




## NBCUniversal Studios, Hollywood California

### Planning

Studio Operations Master Plan
International Studio Property Analysis
International Market Analysis
Infrastructure Design Consulting

### Development

Stage & Production Office Design & Construction Consulting
Design Project Management
Value Engineering
NBC News Field Shop Design
Post Production & Executive Screening Room Renovations











GIANT ENTERTAINMENT & MANAGEMENT INC.




## *Raleigh Studios, Hollywood California*

### *Planning*

Short & Long-Term Business Planning
International Studio/Production Market Analysis
Property Evaluations & Site Planning
Studio Business Financial Analysis

### *Development*

International Studio Design, Development & Business Expansion
Design & Construction Consulting

### *Operations*

Studio Services Development
International Studio Staffing & Training
Annual Operating Budgets
Production Contract Negotiations











GIANT ENTERTAINMENT & MANAGEMENT INC.




## *Celtic Media Centre, Baton Rouge Louisiana*

### *Planning*

Studio/Production Market Analysis
Programming
Conceptual Site Planning
Operating Financial Analysis

### *Development*

Studio Design & Construction Consulting
Value Engineering

### *Operations*

Staff Training
Studio Services Development
Annual Operating Budgets














GB00113380



## MMP Studios, Pontiac Michigan

### Planning

Studio/Production Market Analysis
Site Evaluations
Conceptual Site Planning
Operating Financial Analysis

### Development

Design & Construction Consulting
Value Engineering
Studio Services Development

### Operations

Organizational Structures
Staff Training













## Syracuse Studios, Syracuse New York

### Development

Studio Design & Construction Consulting
Performance Specifications
Design Criteria
Value Engineering













## Utah Film Studios, Park City Utah

### Planning

Production Market Analysis
Conceptual Site Planning
Operating Financial Evaluation

### Development

Design & Construction Consulting
Design Criteria
Performance Specifications
Value Engineering













## *Calgary Film Centre, Alberta Canada*

### *Development*

Studio Design Criteria
Design & Construction Consulting
Value Engineering














## *Bray Film Studios, Windsor United Kingdom*

### *Planning*

Short & Long-Term Business Planning
Conceptual Site Planning
Operating Financial Analysis

### *Development*

Design & Construction Consulting
Design Criteria
Performance Specifications
Value Engineering

### *Operations*

Staff Training
Annual Operating Budgets
Production Contract Negotiations













GIANT ENTERTAINMENT & MANAGEMENT INC.



## *Origo Studios, Budapest Hungary*

### *Planning*

Studio/Production Market Analysis
Conceptual Site Planning
Operating Financial Analysis

### *Development*

Design & Construction Consulting
Value Engineering

### *Operations*

Organizational Structures
Staffing & Training
Executive Oversight
Contract Negotiations
Annual Operating Budgets










## *Infinite Studios, Singapore Singapore*

### *Planning*

Studio/Production Market Analysis
Studio Service Analysis
Conceptual Site Planning
Operating Financial Analysis

### *Development*

Design & Construction Consulting
Studio Design Criteria
Performance Specifications
Value Engineering









## *Infinite Studios, Batam Indonesia*

### *Planning*

Site Evaluation
Conceptual Site Planning

### *Development*

Studio Design Criteria
Design & Construction Consulting
Value Engineering

### *Operations*

Organizational Structures
Staffing Requirements













## *Wuxi Studios, Wuxi China*

### *Planning*

Studio/Production Market Analysis
Operating Financial Analysis
Conceptual Site Planning

### *Development*

Design & Construction Consulting

### *Operations*

Studio Organizational Structures
Staffing & Training
Annual Operating Budgets
Operational Audits











# INTERNATIONAL CONSULTING LOCATIONS



*United States*

*United Kingdom*

*France*

*Kazakhstan*

*China*

*Korea*



## *Arizona*

Site evaluation for proposed studio development in Phoenix. Advised developer, elected officials and universities on production incentives, infrastructures, training, and financial implications of a studio-based business.

## *California*

Numerous Comprehensive Southern California market and infrastructure analysis, conceptual site planning, consulting local universities, developers and potential investors on development and/or acquisitions of multiple studio properties. Clients include multi-national media conglomerates (NBCU, Paramount), capital firms (Tishman Speyer, Westport Capital Partners) and independent studios (Hudson Pacific, Raleigh)

## *Florida*

Site evaluations to repurpose existing facilities in both Miami and Sarasota. Advised media companies, government officials, city managers, developers and local Universities on viability of infill and the conversion of existing structures as well as potential operating and financial impacts.













### *Georgia*

Site Evaluations, programming, conceptual site plans and Financial Analysis of multiple film and television studios for multiple clients regarding acquisition of studios in Atlanta, Savannah and Senoia. Clients and properties include Tyler Perry Studios, (Greenbriar & Fort McPherson), Riverwood Studios and the State University of Georgia,

### *Montana*

Warehouse stage conversion for Paramount Pictures streaming series "Yellowstone" relocation to Montana. Construction consulting included renovation recommendations, utility upgrades, acoustical upgrades.

### *New Jersey*

Comprehensive Market & Studio Service Analysis for two projects that included conceptual site planning, programming, operating financial analysis, design consulting, production/tenant contract negotiations for ground-up studio projects.

### *New Mexico*

Analysis of existing studio including; business and operating financial analysis for acquisition, as well as advising government officials, Union officers and local producers of potential benefit.













*New York*

Engaged by media conglomerates and capital firms to provide market, design, and financial evaluations on several confidential studio projects, and production/post-production utilization of NY based College of Nanoscale Science and Engineering discoveries.

*North Carolina*

Commissioned on a proposed studio development in Charlotte to provide site evaluations, market analysis and advise elected officials and local business leaders on incentives and infrastructures.

*Ohio*

Engaged to provide site analysis and recommendations for two separate studio propositions in Cleveland for interested developers, investors and local government officials.

*Pennsylvania*

Comprehensive Market, Studio Service, Site Planning and Financial Analysis for a proposed studio in Philadelphia. Advised developer and elected officials on scope and financial impacts.

*Washington D.C.*

Commissioned to provide Operating Financial Overviews, Design Criteria and Site Planning for a proposed studio-based project in downtown Washington D.C.











GIANT ENTERTAINMENT & MANAGEMENT INC.



## *England*

Multiple confidential engagements to analyze various properties for potential development and/or acquisitions. Extensive evaluations have been and re currently being conducted for studio properties in and around London, Cardington, Iver Heath, Shepperton, Teddington, Manchester and Windsor. Engagement include market analysis, defining operating structures, studio services and subsequent operating financial models in order to assess value.

Previous and current development plans include programming, conceptual site planning and studio service development for individual productions, studio owners and media conglomerates in and around London.

## *Wales*

Provided analysis of an existing studio outside Cardiff for potential acquisition and included site evaluations, market analysis, operating financial analysis as well as advising government officials on potential financial impacts.









*France*

Comprehensive market and studio service analysis, conceptual site planning, operating financial analysis to repurpose a former air base in Toulouse. Extensive work with local developers, Film France in Paris, as well as elected officials, producers, service providers and universities.

Engaged to advise on an independent studio development in Marseille that included multiple site evaluations, advising local officials, economic development departments, investors, and new media technology companies on potential financial and operating impacts of the project, sponsored by Provence Promotion.

*Kazakhstan*

Comprehensive market and studio service analysis, conceptual site planning and operating financial analysis for a proposed studio development project in Almaty. The engagement included working with investors, construction companies, and government officials of operating and financial impacts.











Case 4:25-cv-00383-SH Document 208-40 Filed in USDC ND/OK on 10/07/25 Page 78 of 83





## *China*

Extensive work in China includes engagements with the City of Shanghai on the expansion of the Shanghai Film Studio and speaking engagements with government officials, Shanghai University faculty and students on various topics, highlighting integration of new media technologies into studio environments and their subsequent impacts.

Engaged to review construction plans of the newly developed Beijing Film Studio and provide framework for a content investment facility between contracted US investors and the Beijing based studio.

## *Korea*

Review of a proposed film and television studio development in Seoul. Inclusive was an initial site evaluation, assessment of local and national infrastructures, advising government officials, universities, investors, developers on project scope and viability.













GB00113396

# Britt Penrod

PRESIDENT; GIANT ENTERTAINMENT & MANAGEMENT INC.

## CAREER HIGHLIGHTS

*Giant Entertainment & Management Inc.*

1m SF Studio Development & Construction
$200m Developed Stage/Office Structures
$2.4b Stage/Office Construction 2022-2023
UK Studio Operations GEM Ltd (2021)

*Amazon Studios*

UK Studio Master Plan
UK Studio Management/Operations
UK Stage Design & Construction Consulting
LOTR UK Production Contract

*NBCUniversal Studios*

Studio Operations Master Plan
International Market/Property Analysis
200,000 SF in Stage/Office Construction
Executive & Post-Production Theater Renovations

*Raleigh Studios, Hollywood*

950,000 SF Studio Development & Construction
International Studio Services Development
Start Up of Operations in 4 Countries

## *Biography*

An entertainment industry career spanning 30 years between Warner Brothers Studios, Burbank; Raleigh Studios, Hollywood; and Giant Entertainment & Management Inc.

Expertise in international entertainment studio development derived from extensive, site-specific analysis, acute understanding of physical infrastructures, studio operations and operating financial outcomes.

Extensive studio development and operations experience in the United States; California, New York, Florida, Louisiana, Georgia, Pennsylvania, New Jersey, Michigan, New Mexico, Utah, as well as international properties; Canada, France, England, Wales, China, South Korea, Singapore, Indonesia and Kazakhstan.

Executive oversight of plan execution, including design, development and construction, working with project owners, architects, engineers and contractors to achieve the highest and best use for each facet of the venture and within a defined budget. Projects undertaken from concept to completion are located in California, New York, Louisiana, Michigan, Utah, United Kingdom, China, Hungary, Singapore and Indonesia.

Property development includes twenty studio-based development projects, three million square feet of constructed office, support and stage space, over seventy constructed soundstages, thirteen ground-up developments in eleven countries for individual investors, governments and multi-national media conglomerates.

Experienced Executive in start-up and/or ongoing studio operations, including defining organizational structures, studio departments, job descriptions, staffing & training, human resources, vendors, service providers, client relations, negotiating tenant contracts, and day-to-day operations for studio properties in California (Hollywood, Manhattan Beach, Playa Vista); Louisiana (Baton Rouge); Hungary (Budapest); England (Windsor); and China (Wuxi, Shanghai).

GIANT ENTERTAINMENT & MANAGEMENT INC.




WWW.GIANT-GEM.COM (805)201-3200 INFO@GIANT-GEM.COM


Large Scale Film Facilities
3
2
1

# Large Scale Film Facilities



## Stages:

**$475/GSF - $575/GSF**

**Primary Variables:**

HVAC Strategy / Capacity and Local versus Central Systems

- Stages will be constructed in buildings approximately 36,000 SF ea. and have 35'-0" clear height.
- Stages are constructed using tilt-up concrete construction or precast concrete. The roof structure is assumed to be steel truss.
- Stages have wood framed catwalks, elephant stage doors, sound locks/ vestibules at the stages entries.
- Budget assumes construction of multiple Stages.



## Production Support Buildings:

**$430/GSF - $565/GSF**

**Primary Variables:**

Fit-Out Level of Quality / Façade Design

- Production Flex Building budget assumes a 3-story structural steel building with punched windows and Plaster articulation.
- Budget includes all the tenant improvements, including dressing rooms, showers, make up rooms, green rooms, open office space and some individual offices/conference rooms, and restrooms.
- Budget assumes a 30 - 40K GSF building.



## Production Office Base Building:

**$275/GSF - $350/GSF**

**Primary Variables:**

Fit-Out Level of Quality / Façade Design

- Budget based on a 4-story structural steel framed building with punched windows and plaster articulation.



## Production Office Interiors:

**$125/USF - $175/USF**

**Primary Variables:**

Fit-Out Level of Quality / Closed versus Open Office Plan / Office Fronts

- Budget includes open office space and some individual offices/ conference rooms, and restrooms.
- Level of finish and amenities along with proportion of open and closed workspace will affect final cost.



## Onsite Parking:

**$15/SF - $25/SF**

**Primary Variables:**

Green Space / Stormwater Requirements / Site Lighting and Power

- On grade parking, to allow for parking for the talent trailers/module buildings, including drainage & site lighting.
- Budget assumes a combined Basecamp and parking of approx. 200,000 sf.



## Mill Building:

**$125/SF - $200/SF**

**Primary Variables:**

Interior Service Areas / Mezzanines / Façade Design

- Budget based on using Pre-Engineered Building (Butler type) for the building structure, exterior wall metal panels & Roof panels.

Read the Stage Benchmark Study



# Outlook By Location

**Baseline City Index:** 100

**Source:** RSMeans City Cost Index Q4-2022

To index the estimated cost between cities, divide the current city index by the proposed city index.

**For example; NYC to LA = 129.1/113.2 = 1.14. NYC Project Cost divided by 1.08 equals LA Project Cost.**




MAJOR CONCLUSION

*"A focused and strategic approach to procurement that engages designers, contractors, suppliers, manufacturers and clients reduces the risk of price escalation and produces the most competitive results for our clients."*

Attilio Rivetti Vice President – Turner Construction Company