ADG | BLATT architects

March 11, 2023

Mansion Entertainment Group
Attn: Mr. Steve Hedrick
189 Expressway Lane
Branson, Missouri 65616

**Re: Program Management Proposal (Phase I)**
**Hospitality Project - Northeast Oklahoma**

Mr. Hedrick:

Per your February 7, 2023 request, the following proposal has been prepared and submitted by ADG, PC (ADG|Blatt) for the above referenced project. Per recent conversations and correspondence with your office, it is ADG|Blatt's understanding that you wish to retain a properly licensed and qualified professional service firm to assist Mansion Entertainment Group (Mansion, Owner) with the initial phase of work associated with a large hospitality related project in northeast Oklahoma (the Program).

The Program consists of the following: a theme park, hotel, water park, RV Park with cabins, dinner theater, shared back of house functions, and film lot with production studios. ADG|Blatt understands the Program to be fully executed and projects open by October 2026, with the goal of the RV Park being opened in 2024. It is our understanding that our task is to assist the Owner in interfacing with state, tribal, and local government, providing governmental relations support, coordinating site and transportation infrastructure analysis, conducting economic impact analysis, and supporting the Owner in exploring financial incentive options applicable to this project.

In developing the Scope of Work for this initial phase, ADG|Blatt has organized the effort around two key phases of work:

Program Administration (100) Program Initialization (200)

## BASIC SERVICES

A detailed Scope of Work for Basic Services has been provided as Exhibit A and provides additional information and detail on ADG's proposed Scope of Basic Services. As described by the enclosed exhibits, ADG|Blatt proposes that the initial Contract encompass only those services required to begin the initial phases of work on the Program. As envisioned by ADG|Blatt, amendment to this initial Contract would be performed on June 30 of each calendar year until construction of the Program is complete. As a result of this anticipated structure, services associated with the Pre-Design, Design, Bidding, or Construction of specific projects included in the Program are not included in the Basic Services of this initial proposal.

## ADDITIONAL SERVICES

Anticipated Additional Services have been identified in Exhibit B. Services provided by ADG|Blatt which are outside of the proposed Basic Services would be billed to the Owner per the terms of the final Contract. In general, ADG|Blatt would propose that these supplemental services be billed per our current Rate Sheet (see Exhibit C) or under a supplemental fee and scope agreement that both parties are amenable to. ADG|Blatt anticipates that the final Contract will include language requiring ADG to notify Mansion prior to performing any services which would result in additional cost to the Owner.

## SUMMARY FEE SCHEDULE

| Phase | Description | Fee |
|---|---|---|
| 100 | Program Administration | $ 77,000 |
| 200 | Program Initialization Services | $ 180,000 |
| 900 | Reimbursable expenses | cost + 10% |
| | **Total** | **$ 257,000** |

Should you have any questions or comments regarding the preceding information, please feel free to contact us at 405.232.5700. For more information on ADG|Blatt please refer to our web page at http://www.adgokc.com. In the event that the above-described Scope of Work and fee proposal are acceptable, please notify our office at your earliest convenience with anticipated next steps regarding contract preparation. While ADG|Blatt can prepare a formal Contract for review and approval by Mansion legal counsel, we are also amenable to reviewing and considering other options should Mansion have a preferred contract form that has been used previously. Written authorization of some form will be required from Mansion prior to the start of work.

Thank you again for the opportunity and we look forward to working with you soon.

Sincerely,
**ADG, PC**



Jason Cotton, P.E.
President / CEO

encl