Message

**From:** Anthony Blatt [ablatt@adgblatt.com]
on behalf of Anthony Blatt <ablatt@adgblatt.com> [ablatt@adgblatt.com]
**Sent:** 10/14/2024 10:01:11 PM
**To:** Gene Bicknell [gene.bicknell@MarinerWealth.com]
**CC:** Jason Cotton [jcotton@adgblatt.com]; JC Witcher [jwitcher@adgblatt.com]; Julie Blatt [jblatt@adgblatt.com]
**Subject:** 2024-1014_Three Ponies RV Park / Lazy Hawk

Good Evening, Gene-

Thank you again for the time that you have taken to speak with me about our efforts on both the Three Ponies RV Park / Lazy Hawk and the American Heartland Theme Park. I am following up with your request for additional information about the work product(s) associated with our invoices, including the physical drawings and an understanding of our efforts in program management and coordination in support of the project.

With respect to the Three Ponies RV Park we provided Architectural, Engineering and Specialty Consultant effort for the Master Planning, Programming, Design, Development and Contract Documents for the Project, as well as coordination with the Construction Manager in preparation of the phased efforts associated with construction of the facility. In the below link please find the various in-progress and contract documents for this Project.

For the American Heartland Theme Park and the Three Ponies RV Park, our office provided Program Management / Pre-Development services including but not limited to coordination and management of efforts relating to survey, geotechnical, FEMA floodplain, wetland identification and mitigation, cultural, historical, traffic consulting, theme park announcement and groundbreaking, and the governmental coordination incentivization for the benefit of the overall master planned development.

Thank you for meeting with me last month to develop a plan moving forward. I appreciate your commitment resolving the open invoices prior to the end of this year. I have discussed with my partners, and we are good with your recent comment of a single payment. We are also fine with the previously discussed incremental payments, with all invoices paid in 2024.

I have regular conversations with our consultant team members (we have 26 professional engineering and specialty consultants on our team) regarding resolution of their open invoices. Please let me know if you would like to have a conversation before I share your approach for payment with our consultant team.

Additionally – I'd like to make an introduction of our Director of Finance to the MEG accounting team. Together they will be able to discuss any pertinent next steps as we close out the year. I will send out the introduction email after confirming with you.

Again – thank you in advance for your time and commitment to resolving our open invoices and I look forward to speaking with you soon.

Tony

ADG Blatt

PENGAD-Bayonne, N. J. DEFENDANT'S EXHIBIT 45

**ANTHONY BLATT,** AIA, NCARB, RID
Chief of Architecture and Operations

O: 405.340.8552
C: 405.833.7441
ablatt@adgblatt.com
101 South Broadway, Suite 200 . Edmond, OK 73034

**From:** Jamie Thomas <jthomas@adgblatt.com>
**Sent:** Monday, October 14, 2024 4:27 PM
**To:** Anthony Blatt <ablatt@adgblatt.com>

**[INTERNAL]**

**Jamie Thomas invited you to edit a folder**

Please see attached documents requested for Lazy Hawk.

2024-1014_LAZY HAWK DOCUMENTS

This invite will only work for you and people with existing access.

Open | Share

This email is generated through ADG Blatt's use of Microsoft 365 and may contain content that is controlled by ADG Blatt.