EXHIBIT
60

Message

**From:** Marc Epstein [MEpstein@THGCreative.com]
**Sent:** 7/12/2022 9:06:03 PM
**To:** Steve Hedrick [projectdevelopment@mansionentertainmentgroup.com]
**CC:** Phil Hettema [PHettema@THGcreative.com]; Erik Neergaard [ENeergaard@THGcreative.com]; Anthony Pruett [APruett@THGcreative.com]
**Subject:** THG x America's Heartland
**Attachments:** THG x Americas Heartland - Proposal.pdf

EXHIBIT
Jon Jones
CSR 15115

Hi Steve,

In preparation for tomorrow's meeting, please find attached THG's proposal for Concept and Master Plan Development for America's Heartland Theme Park. This proposal includes the details you requested in the development of the park, with specifics on deliverables, timelines, and budgets.

We look forward to discussing this further with you tomorrow.

Have a great night,

m

THG

Marc Epstein VP OF MARKETING AND BUSINESS DEVELOPMENT
(M) 917 608 1044 • THGcreative.com

CONFIDENTIALITY NOTICE: The information contained in this email message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any use, disclosure, dissemination, distribution, or copying of any portion of this message or any attachment is strictly prohibited. If you think you have received this email message in error, please notify the sender at the above email address and delete this email along with any attachments.

# Proposal for Design Services

**Date:** July 12, 2022

**Contact:** **Steve Hedrick, VP Project Development**
Mansion Studios
189 Expressway Lane
Branson, MO 65616

**Project:** America's Heartland Theme Park

**Project Location:** Vinita, Oklahoma

**Work:** Concept and Master Plan Development

---

## 1. INTRODUCTION

THG is pleased to have the opportunity to work with Mansion Studios (Mansion) to provide concept and master planning development for a new theme park in Vinita, Oklahoma. America's Heartland Theme Park will include attractions, entertainment, retail, and integrated food and beverage opportunities.

Located on 200 acres in northeastern Oklahoma, America's Heartland Theme Park will feature unique areas designed to inspire and excite guests. Preliminary ideas for themed lands include 'Small Town America,' 'Pioneer Town,' and more. Developed in conjunction with a fully working content studio hub, the park will be built around a wholly artificial lake.

THG is excited to have the opportunity to support Mansion Studios' vision. The efforts stated below are based on information provided by Mansion Studios. With the goal of imagining a one-of-a-kind experience, THG will deliver materials that support the creation of this unique immersive theme park.

## 2. SCOPE OF WORK

The tasks that will be completed under this proposal include the following:

a) Master Plan: Based on site information and operational guidelines, THG will develop a master plan that describes the location of architectural project facilities, attractions, and shows, including all related retail, dining, entertainment venues, public facilities, water features, transportation hubs, and parking.

b) Circulation Plans: THG will provide a concept circulation plan. This plan will include parking access, main entry access, any transportation to and from parking, internal pedestrian circulation, any internal park transportation systems, and proposed circulation to future expansion areas, but only to the extent necessary to describe concept level planning. Primary service access routes will also be shown.

c) Site Massing Sections: THG will provide four to six (4 - 6) key section drawings describing massing and the topography of the theme park. Landscape sections and elevations are not included.

# Proposal for Design Services

d) Visualization:

i) THG will create up to twelve (12) key color illustrations of street views to establish the look and feel of the park.
ii) Two (2) Bird's-eye illustrations with one (1) lighting scheme from two different angles
iii) Up to fifteen (15) black and white line sketches of the attractions and show venues to describe the environmental character and guest experience within each zone.
iv) The process of developing key illustrations will be progressive. Meaning, we will develop loose forms – be they sketches or 3D Sketch-up models – and use representational imagery to achieve buy-in by Mansion. Each image will be further developed for review (up to three times). Notes from Mansion after each review will be received and then incorporated iteratively.

e) Concept Technical Narrative: THG will develop a concept level narrative description of the proposed specialized show and exhibit systems (e.g., audio-video, controls, special effects, and the like).

f) Written Narrative: THG will develop a written description of the overall guest experience and develop brief descriptions for each individual attraction, as necessary.

g) Show Treatments: THG will develop written show treatments for up to fifteen key ride and show concepts. These treatments are generally one to two (1-2) pages and describe the story, plot, and the key aesthetic elements of a production and thus will provide guidelines for future (and more detailed) show content development.

h) Architectural Program for Schematic Design Phase: THG will develop the spatial program for use to begin schematic design phase and translate creative programming and concept design into architectural designs that describes the specific mix of project elements and planning functions included in the theme park, e.g., attractions, shows, dining, retail, service areas, back-of-house services, parking, etc.

i) Concept Attraction Matrix: In addition to the program, THG will develop an attraction matrix that describes details of the various venues in America's Heartland Theme Park, including queue capacity, duration of stay, theoretical hourly capacity (THC), number of vehicles, and vehicle capacities (if a ride system is involved), and other relevant operational and development information.

j) Theme Park Model: THG will build a model that brings the vision of the theme park into physical form. The model will be developed to be used in the Park's Preview Center (opening March 5, 2023).

i) Model not to exceed 12'-0" x 8'-0" in size
ii) Model will be based on the design as of Nov. 1, 2022 or week 15 of the project schedule
iii) Lighting and animation not included in base price
iv) Crating, Shipping and load-in not included base price

k) Preliminary Cost Estimate: THG will develop and provide a concept level cost estimate of the project, including architectural facilities and shows. Infrastructure costs, land cost, finance fees, inflation and related costs will be excluded from this estimate.

l) Preliminary Project Schedule: THG will develop and provide a preliminary project schedule, contractors, vendors and other sources, as necessary.

THG

# Proposal for Design Services

THG's design teram will review the material at intervals as described in the schedule. At the end of the concept and master plan developmentprocess, THG will present and review the various creative options with Mansion and assemble all the documents into an electronic file.

3. DELIVERABLE DOCUMENTS

Specific deliverables are as follows:

a) Concept Project Program

b) Concept Attraction Matrix

c) Master Plan

d) Circulation Plans

e) Site Massing Sections - Four to six (4 - 6) key section drawings

f) Visualization 14 Key Art Pieces Total:

   i) 12 key pieces of of street views to establish the look and feel of the park.
   ii) 2 Bird's Eye key pieces – same lighting scheme
   iii) Visualizations for the Preview Center will be chosen from these pieces

g) Concept Technical Narrative

h) Written Narrative

i) Show Treatments – one to two (1-2) pages per show

j) Architectural Program for Schematic Design Phase

k) Theme Park Model

l) Preliminary Cost Estimate

m) Preliminary Project Schedule

n) Assembled documents provided as an electronic file

THG

# Proposal for Design Services

## 4. SCHEDULE

The work will be executed for six (6) months, with work to commence mid-July and conclude at the end of December. Tentative schedule is as follows:

| | |
|---|---|
| Week 1 to 6: | Begin Pre-Concept Development: Research, site visit, and kick-off meeting and charrette; Delivery of relevant CADD files and programming information by Mansion Studios. 48 Days |
| Week 7: | Progress Update 1 – Pre-Concept |
| Week 8: | Land Planning Meetings |
| Week 9-14: | Concept Development, Land Areas and Attractions |
| Week 15: | Progress Update 2 - Concept Review |
| Week 16-20: | Theme Park Model begin, Concept Development Attractions and Land Refinement |
| Week 20: | Progress Update 3 – Concept Review |
| Week 21-24: | Final Revisions and Packaging |

## 5. PRICE AND PAYMENT SCHEDULE

a) Price: The following costs listed below are for the services proposed (in USD). Expenses relating to travel are not included:

| | |
|---|---|
| Pre-Concept | **$288,750** |
| Concept | **$536,250** |
| Theme Park Model | **$175,000** |

b) Payment Schedule:

| Week | Milestone | Value |
|---|---|---|
| 1 | Commencement of Services<br>35% – 7 Days Net | $288,750 |
| 7 | 25% – 30 Days Net | $206,250 |
| 15 | 25% – 30 Days Net | $206,250 |
| 15 | Theme Park Model: Commencement of Services<br>60% - 7 Days Net | $105,000 |
| 24 | Completion of Design Services<br>15% – 30 Days Net | $123,750 |
| 24 | Theme Park Model: Completion of Services<br>40% - 30 Days Net | $70,000 |

# Proposal for Design Services

| | | |
|---|---|---|
| | | |

THG

# Proposal for Design Services

6. ASSUMPTIONS AND EXCLUSIONS

a) **Assumptions**

| | |
|---|---|
| 1 | Design documents created during a concept phase and delivered to client form the basis of design for subsequent phases of work. |
| 2 | Client is aware and in agreement that THG's documentation prepared under this proposal is for the purpose of showing concept intent and is for reference only. |
| 3 | The fee is based on THG carrying out the Design Services in its main office, located in Los Angeles, California. |
| 4 | Client shall provide all design criteria relevant and necessary to the Services, including but not limited to, base plans, surveys, sections, and programming parameters. |
| 5 | THG will provide design drawings (e.g., plans, sections, elevations, RCPs, etc.) in CADD and not Revit file formats. |
| 6 | No taxes or processing fees are deducted from the design and planning fees stated in section 5 above. |
| 7 | Client will provide access to the Mansion Team consultants to aid in answering THG's questions in regards to Landscape, Park Operations, Feasibility, Entertainment and Talent. |
| 8 | If the Mansion team is creating its own IP characters or has existing assets or technologies that THG would utilize that the Mansion team would provide that at the beginning of the project. |

b) **Exclusions**

| | |
|---|---|
| 1 | Facility construction documentation |
| 2 | Core and shell related structural, mechanical, electrical or plumbing engineering |
| 3 | Tenant improvement structural, mechanical, electrical or plumbing engineering |
| 4 | Site surveying |
| 5 | Facility related procurement or construction of any kind |
| 6 | Procurement of construction permits, inspections, local code compliance of any kind |
| 7 | Direct coordination with concerned state/municipal authorities for licenses, permits and/or any other government related information necessary to execute the project |
| 8 | Media production (including audio, video or film production) |
| 9 | Construction schedules |
| 10 | Civil engineering work |
| 11 | Life safety analysis for egress and occupancy |
| 12 | Stamped construction documents |
| 13 | Cost estimating, except as set forth in this proposal |
| 14 | CGI fly-through |
| 15 | Travel, per diem, lodging and related expenses |
| 16 | Licensing fees for use of intellectual property owned and controlled by others |
| 17 | Economic feasibility studies |
| **18** | Technology Master Planning – Audio/Video, Computer/Server infrastructure, Fiber layouts, wifi and 5G connectivity. |
| **19** | Visual iterations do not extend past 3 rounds. |

THG

# Proposal for Design Services

| | |
|---|---|
| **20** | Significant change in creative direction. At the 50% stage of the project if the overall design intent shifts significantly to the point that the majority of the prior work is unusable,THG will issue a change order. For example, if the project's original basis of design is Americana but at the 50% stage it is determined that the park needs to be a sci-fi park based on Mars, we would deem that as a significant change that would necessitate a change order. |
| 21 | Any good or service not expressly included in this proposal |