EXHIBIT
62

Message

**From:** Danny Rasib [drasib@cumming-group.com]
**Sent:** 9/28/2023 10:31:31 AM
**To:** Ezra Perez [EPerez@THGcreative.com]
**CC:** Kristen Pyle [kpyle@cumming-group.com]; steveh [steveh@megdevteam.com]
**Subject:** RE: THG Final Contract Copy
**Attachments:** THG Agreement - (The American Heartland Theme Park & Resort) (C103-2015) - Dually Executed 08 24 2023.pdf

EXHIBIT
Jon Jones
CSR 15115

Sorry Ezra,

Please see attached.

Kind Regards,

**DANNY RASIB**, MCIArb
Senior Contracts Manager

CUMMING
Building Value Through Expertise

drasib@cumming-group.com
M: +1 (628) 222-9719
cumming-group.com

The information contained in this electronic message is confidential. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it immediately and please advise the sender.

**From:** Ezra Perez <EPerez@THGcreative.com>
**Sent:** Wednesday, September 27, 2023 2:02 PM
**To:** Danny Rasib <drasib@cumming-group.com>
**Cc:** Kristen Pyle <kpyle@cumming-group.com>; steveh <steveh@megdevteam.com>
**Subject:** Fwd: THG Final Contract Copy

Danny,
Kristen is out of office can you get us a copy of the final executed contract?
Thanks
Ezra

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Kristen Pyle <kpyle@cumming-group.com>
**Sent:** Wednesday, September 27, 2023, 1:59 PM

**To:** Ezra Perez <EPerez@THGcreative.com>
**Subject:** Automatic reply: THG Final Contract Copy

**Warning!** This e-mail is from an external source and the domain has not been validated. Please do not click on links or open attachments unless you recognize the source of this e-mail and KNOW the content is safe. If you have any suspicions that this e-mail is fraudulent please contact IT for examination. If you know that this is a valid source and domain, please contact IT to have them whitelist this domain.

Hello and thank you for your email.

I will be traveling 9/21 - 9/27. If you need immediate assistance, please contact Danny Rasib (drasib@cumming-group.com); or via cell at (628) 222-9719.

I intend to respond to email when possible, and available.

Cheers!
Kristen

**KRISTEN PYLE**
Vice President, Project Management

CUMMING
Building Value Through Expertise

kpyle@cumming-group.com
O: +1 (303) 569-9996
M: +1 (303) 547-7724
88 Inverness Cir E Building G Suite 101,
Denver, CO 80112
cumming-group.com

MKT

The information contained in this electronic message is confidential. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it immediately and please advise the sender.

# AIA® Document C103® – 2015

## ***Standard Form of Agreement Between Owner and Consultant** without a Predefined Scope of Consultant's Services*

**AGREEMENT** made as of the 22nd day of August in the year 2023
*(In words, indicate day, month and year.)*

**BETWEEN** the Owner:
*(Name, legal status, address, and other information)*

Mansion Entertainment Group, LLC ("MEG")
189 Expressway Lane
Branson, Missouri 65616

and the Consultant:
*(Name, legal status, address, and other information)*

The Hettema Group ("THG")
61 Valley Street
Pasadena, CA 91105
(626) 683-9876

Consultant's discipline:

Design Services

for the following Project:
*(Name, location and detailed description. Time limits for bringing claims in Section 6.1.1 are tied to completion of the "Project." The "Project" may be limited to the scope of services to be provided by the Consultant, or the Consultant may be providing services for a "Project" involving design and construction of one or more structures. Care should be taken in describing or defining the Project.)*

The American Heartland Theme Park and Resort
Vinita, Oklahoma

The Owner and Consultant agree as follows.

**ADDITIONS AND DELETIONS:**
The author of this document has added information needed for its completion. The author may also have revised the text of the original AIA standard form. An *Additions and Deletions Report* that notes added information as well as revisions to the standard form text is available from the author and should be reviewed. A vertical line in the left margin of this document indicates where the author has added necessary information and where the author has added to or deleted from the original AIA text.

This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.

This document does not contain a description of the Consultant's scope of Services. This document is intended to be used in conjunction with AIA Standard Form of Consultant's Services documents.

Init.
/

AIA Document C103 – 2015. Copyright © 2015. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks of The American Institute of Architects. This document was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)

TABLE OF ARTICLES


1 INITIAL INFORMATION

2 CONSULTANT'S RESPONSIBILITIES

3 ADDITIONAL SERVICES

4 OWNER'S RESPONSIBILITIES

5 COPYRIGHTS AND LICENSES

6 CLAIMS AND DISPUTES

7 TERMINATION OR SUSPENSION

8 COMPENSATION

9 MISCELLANEOUS PROVISIONS

10 SPECIAL TERMS AND CONDITIONS

11 SCOPE OF THE AGREEMENT


## ARTICLE 1 INITIAL INFORMATION

**§ 1.1** This Agreement is based on the Initial Information set forth in this Article 1, as may be amended during the course of the Project:

*(State below Initial Information, such as details of the Project's site and program; identity of the Architect, Owner's contractors and other consultants, and Consultants' subconsultants; anticipated procurement method; and other information relevant to the Consultant's Services.)*

The Architect(s) for the Project include:

FORREC US Inc.
Cuningham Group Architecture, Inc.

See Attachment A – Program

The Project is in Northern Oklahoma, South of Interstate 44, north of Interstate 60, adjacent to and off of S4460 Road. The Consultant certifies and warrants that it is fully familiar with the location and conditions of the Project's site, and that the Consultant is satisfied by its own investigation regarding all of the conditions insofar as those conditions are solely affecting the design scope of Consultant of the Project.

**§ 1.2** Unless otherwise specifically defined in this Agreement, terms in this Agreement shall have the same meaning as those in AIA Document A201™–2017, General Conditions of the Contract for Construction.

**§ 1.3** The Owner's anticipated design and construction schedule:

**.1** Design phase milestones, if any:

See Attachment F – Contract Milestone Schedule

**.2** Date for commencement of construction:

See Attachment F – Contract Milestone Schedule

Init.
/

AIA Document C103 – 2015. Copyright © 2015. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks of The American Institute of Architects. This document was produced at 13:28:07 ET on 06/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)

.3 Substantial Completion date:

See Attachment F – Contract Milestone Schedule

.4 Other milestone dates:

See Attachment F – Contract Milestone Schedule

§ 1.4 The Owner and Consultant may rely on the Initial Information. Both parties, however, recognize that the Initial Information may materially change and, in that event, the Owner and the Consultant shall appropriately adjust the schedule, the Consultant's services, and the Consultant's compensation, provided the material change causes an increase in the level of services provided or required.

## ARTICLE 2 CONSULTANT'S RESPONSIBILITIES

§ 2.1 The Consultant shall provide the following professional services:
*(Describe the scope of the Consultant's services or identify an exhibit or scope of services document setting forth the Consultant's services and incorporated into this document in Section 11.2.)*
See Attachment D1 – Fee Proposal and Scope of Services - Schematic Design & Attachment D2 – Fee Proposal and Scope of Services - Design Development

§ 2.2 The Consultant, including all persons and firms providing work on behalf of or for the Consultant (subconsultants) shall perform its services consistent with the professional skill and care ordinarily provided by members of the same design profession, practicing in the same or similar locality under the same or similar circumstances. The Consultant shall exercise such professional efforts, skill, judgment, and know-how to perform such services in compliance with all applicable federal, state, and local laws, statutes, ordinances, rules, regulations, orders, or other legal requirements. The Consultant shall perform its services as expeditiously as is consistent with such professional skill and care and the orderly progress of the Project. The Consultant represents and warrants that it is experienced in the design of similar projects and practices under similar conditions at the same or similar time and locality of the Project. The Consultant shall cause its subconsultants to be bound to the Consultant through appropriate provisions in any agreements it may enter with them, as provided for within this article.

§ 2.3 The Consultant identifies the following representative who is authorized to act on behalf of the Consultant with respect to the Project.

*(List name, address, and other information.)*

Ezra Perez, Project Management Director
The Hettema Group (THG)
61 Valley Street
Pasadena CA 91105
Eperez@THGcreative.com
(626) 683-9876

The Consultant will not replace its representative without the prior approval of the Owner. The Consultant shall identify and periodically update the Initial Information, including names, addresses, and contacts, for all professionals and consultants or firms providing work for or on behalf of the Consultant for the Project.

§ 2.4 If required in the jurisdiction where the Project is located, the Consultant shall be licensed to perform the services described in this Agreement, or shall cause such services to be performed by appropriately licensed professionals.

§ 2.5 The Consultant shall coordinate its services with those services provided by the Owner and the Owner's other consultants and ensure that documentation provided within Consultant's scope of services is complete. The Consultant may communicate with the Owner's other consultants for the purposes of performing its services on the Project. The Consultant shall keep the Owner reasonably informed of any such communications. The Consultant shall be entitled to rely on the accuracy and completeness of services and information furnished by the Owner and the Owner's other


AIA Document C103 – 2015. Copyright © 2015. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks of The American Institute of Architects. This document was produced at 13:28:07 ET on 08/22/2023 under Order No.2114483019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1756511559)

consultants. The Consultant shall provide prompt written notice to the Owner if the Consultant becomes aware of any error, omission, or inconsistency in such services or information.

**§ 2.6** The Consultant shall keep the Owner reasonably informed of the progress of the Consultant's services.

**§ 2.7 Insurance.** The Consultant shall maintain and cause its subconsultant's to maintain the following insurance, as applicable to Consultant's scope of services, for the duration of this Agreement. If any of the requirements set forth below exceed the types and limits the Consultant normally maintains, the Owner shall reimburse the Consultant for any additional cost as set forth in Section 8.6.3.

**§ 2.7.1** Commercial General Liability with policy limits of not less than one million dollars ($1,000,000) for each occurrence and two million dollars ($2,000,000) in the aggregate for bodily injury and property damage.

**§ 2.7.2** Automobile Liability covering vehicles owned by the Consultant and non-owned vehicles used by the Consultant with policy limits of not less than one million dollars ($ 1,000,000 ) per claim and one million dollars ($ 1,000,000 ) in the aggregate for bodily injury and property damage along with any other statutorily required automobile coverage.

**§ 2.7.3** The Consultant may achieve the required limits and coverage for Commercial General Liability and Automobile Liability through a combination of primary and excess liability insurance, provided such primary and excess insurance policies result in the same or greater coverage as those required under Sections 2.7.1 and 2.7.2.

**§ 2.7.4** Workers' Compensation at statutory limits of Oklahoma, and Employers' Liability with a policy limit of not less than one million dollars ($ 1,000,000 ).

**§ 2.7.5** Professional Liability covering the negligent acts, errors and omissions in the performance of professional services with policy limits of not less than one million dollars ($ 1,000,000 ) per claim and one million dollars ($ 1,000,000 ) in the aggregate.

**§ 2.7.6** The Owner shall be an additional insured on the Consultant's primary and excess insurance policies for Commercial General Liability and Automobile Liability. The additional insured coverage shall be primary and non-contributory to any of the Owner's insurance policies. The additional insured coverage shall apply to both ongoing operations and completed operations.

**§ 2.7.7** The Consultant shall provide to the Owner certificates of insurance evidencing compliance with the requirements in this Section 2.7. The certificates will show the Owner as an additional insured on the Commercial General Liability, Automobile Liability, and any excess policies.

**§ 2.7.8** The Consultant shall provide an Umbrella/Excess insurance policy. The excess policy shall not require the exhaustion of the underlying limits only through the actual payment by the underlying insurers. Umbrella/Excess Liability with policy limits not less than two million dollars ($2,000,000) each occurrence and two million dollars ($2,000,000) in the aggregate.

**§ 2.7.9** The policies shall be written on an occurrence basis (or in the case of personal injury and advertising injury coverage, an offense basis). Carriers furnishing such insurance shall be required to waive all rights of subrogation against Owner, its officers, agents, employees and other contractors, consultants and subcontractors, and subconsultants.

**§ 2.7.10** Consultant shall orally report promptly to Owner and promptly confirm to Owner in writing, upon Consultant becoming aware of any injury, loss, or damage incurred by Consultant or its subconsultants in connection with the Project, or upon Consultant's receipt of such claim by a third party, or upon Consultant becoming aware of any occurrence that Consultant believes may give rise to such claim.

**§ 2.7.11** Consultant shall include Owner, and any subsequent owner of or lender to the Project (collectively referred to as the "Owner Related Parties") as additional insureds on a primary and noncontributory basis on the Commercial General Liability policy, and on the Business Auto policy, and on all Umbrella policies (if any). If a separate policy is obtained for Products/Completed Operations, Owner will also be named as an additional insured on it.

Init.

/

AIA Document C103 – 2015. Copyright © 2015. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks of The American Institute of Architects. This document was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)

§ **2.7.12** Prior to the commencement of Work, Consultant shall submit to Owner acceptable Certificates of Insurance issued by a duly authorized representative of each insurer reflecting compliance with the insurance requirements above, and upon Owner's request, true and correct copies of the insurance policies along with original copies of the amendatory riders to any such policies for Owner's approval. Every policy shall provide, by endorsement or policy provision, that the insurer will not terminate coverage or fail to be renewed without first mailing written notice of such action at least ten (10) days prior for non-payment of premium or forty-five (45) days for any other reason prior to such termination or lapse to the Owner.

§ **2.7.13** If the Consultant fails to furnish and maintain the insurance required by this Agreement, the Owner may purchase such insurance on behalf of the Consultant, and the Consultant shall pay the cost thereof to the Owner (or Owner shall be entitled to offset such costs from amounts due Consultant hereunder) and Consultant shall provide any information needed to obtain such insurance.

§ **2.7.14** Subconsultant Insurance. Consultant shall cause each of its consultants of every tier to purchase and maintain insurance of the type specified above and to otherwise comply with the insurance requirements set forth above, except that Commercial General Liability insurance shall be at least One Million Dollars ($1,000,000) each occurrence and general aggregate, and Professional Liability Insurance shall be at least One Million Dollars ($1,000,000). When requested by Owner, Consultant shall furnish copies of certificates to Owner evidencing such coverage for each consultant of any tier. Nothing in this section shall limit Consultant's indemnification requirements to Owner under this Agreement.

§ **2.7.15** The Consultant may use umbrella or excess liability insurance to achieve the required coverage for Comprehensive General Liability and Automobile Liability, provided that such umbrella or excess insurance results in the same type of coverage as required for the individual policies.

§ **2.7.16** Consultant shall and hereby does subordinate all of its lien rights and shall ensure that all of its consultants of every tier shall subordinate all of their lien rights, to the lien of the mortgage(s) relating to this Project held by any of Owner's lender(s) for the Project, their successors and assigns. Any consultants which refuse to so subordinate their lien rights must be specifically approved in advance and in writing by Owner. Consultant shall and Consultant shall ensure that all of its consultants of every tier shall, if requested by Owner, execute an agreement, in form and substance satisfactory to Owner, so subordinating lien rights to the interests of Project lender(s).

§ **2.7.17** To the fullest extent permitted by law, the Consultant shall indemnify, defend and hold harmless Owner, and its affiliates, and their respective officers, directors, employees, successors and assigns from and against all claims, damages, losses, liabilities, judgments, settlements and expenses, including but not limited to reasonable attorneys' fees and related costs, to the extent directly arising out of or directly resulting from the negligent acts or omissions of Consultant's performance of the Services, including those Services performed by the Consultant's subconsultants, and that result in personal injury, bodily injury, sickness, disease, or death or to damage to or destruction of tangible property (except to the Project Work itself), except to the extent that any such claim, damage, loss, liability, judgment, settlement, and/or expense arises out of or results from the negligent acts or omissions of Owner or Owner's representatives or other consultants, vendors, employees, or agents.

§ **2.8 Time.** The Consultant shall provide its services within the time limits established in the attached Contract Milestone Schedule, or within the Deliverable(s) Time Limit(s) set forth below. The Consultant shall immediately inform the Owner of any circumstances which may cause a delay.
*(Check one or both selections below.)*

[ ] Consultant's Schedule: As soon as practicable after the date of this Agreement, the Consultant shall submit, for the Owner's approval, a schedule for the performance of the Consultant's Services. If relevant to the Consultant's Services, the schedule initially shall include anticipated dates for design phase milestones, commencement of construction, and for Substantial Completion of the Work as set forth in the Initial Information. The schedule shall include allowances for periods of time required for the Owner's review, for the performance of the Owner's consultants, and for approval of submissions by authorities having jurisdiction over the Project. Once approved by the Owner, time limits established by the schedule shall not, except for reasonable cause, be exceeded by the Consultant or Owner.

Init.
/

AIA Document C103 – 2015. Copyright © 2015. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks of The American Institute of Architects. This document was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)

[ X ] Deliverable(s) Time Limit: The Consultant shall provide the following deliverable(s) within the time limit(s) set forth below. Unless otherwise indicated below, time shall be calculated based on calendar days from the date of this Agreement.

*(Table deleted)*

See Attachment F – Contract Milestone Schedule.

## ARTICLE 3 ADDITIONAL SERVICES

**§ 3.1** Additional Services may be provided after execution of this Agreement without invalidating the Agreement.

**§ 3.2** The Consultant shall promptly notify the Owner upon recognizing the need to perform Additional Services and in any event. The Consultant, however, shall include a cost for these Additional Services and schedule impact, if any. The Consultant shall not proceed to provide such services until the Consultant receives the Owner's written authorization. Except for services due to the fault of the Consultant, any Additional Services provided in accordance with this Section 3.2 shall entitle the Consultant to compensation pursuant to Section 8.2.

## ARTICLE 4 OWNER'S RESPONSIBILITIES

**§ 4.1** Unless otherwise provided for under this Agreement, the Owner shall provide information in a timely manner regarding requirements for and limitations on the Project. Within 15 days after receipt of a written request from the Consultant, the Owner shall furnish the requested information as necessary and relevant for the Consultant to evaluate, give notice of, or enforce lien rights.

**§ 4.2** The Owner identifies the following representative who is authorized to act on the Owner's behalf with respect to the Project.
*(List name, address, and other information.)*

Steve Hedrick
Mansion Entertainment Group (MEG)
189 Expressway Lane
Branson, Missouri 65616
Email: steveh@megdevteam.com
Phone: (818) 929-7712

**§ 4.3** The Owner shall render decisions and approve the Consultant's submittals, if any, in a timely manner in order to avoid unreasonable delay in the orderly and sequential progress of the Consultant's services.

**§ 4.4** The Owner shall coordinate the services of its other consultants with those services provided by the Consultant. The Owner shall provide the Consultant with a list of other consultants on the Project whose services relate to the Consultant's services. The Owner shall also, upon written request, furnish the Consultant with copies of the scope of services in contracts between the Owner and such other consultants. The Owner shall require that its other consultants maintain professional liability insurance as appropriate to the services provided.

**§ 4.5** The Owner shall furnish the services of consultants other than those designated in this Agreement, or authorize the Consultant to furnish them as an Additional Service, when the Consultant requests such services and demonstrates that they are reasonably required for the Consultant to be able to perform its services.

**§ 4.6** The Owner shall provide prompt written notice to the Consultant if the Owner becomes aware of any fault or defect in the Project, including errors, omissions, or inconsistencies in the Consultant's Services. The Consultant shall provide prompt written notice to the Owner if the Consultant becomes aware of any material fault or defect that may directly impact Consultant's scope of services for the Project.

## ARTICLE 5 COPYRIGHTS AND LICENSES

**§ 5.1** Instruments of Service are representations, in any medium of expression now known or later developed, of the tangible and intangible creative work performed by the Consultant and the Consultant's subconsultants under their respective professional services agreements. Instruments of Service may include, without limitation, studies, surveys, models, sketches, drawings, specifications, and other similar materials in digital or physical form.

**§ 5.2** The Consultant and the Owner warrant that in transmitting Instruments of Service, or any other information, the transmitting party is the copyright owner of such information or has permission from the copyright owner to transmit

Init.
/

AIA Document C103 – 2015. Copyright © 2015. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks of The American Institute of Architects. This document was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)

such information for its use on the Project. If the Owner and Consultant intend to transmit Instruments of Service or any other information or documentation in digital form, they shall endeavor to establish necessary protocols governing such transmissions or comply with protocols established for the Project, if any.

**§ 5.3** The Consultant and the Consultant's subconsultants shall be deemed the authors of their respective Instruments of Service and shall retain all common law, statutory, and other reserved rights, including copyrights. Submission or distribution of Instruments of Service to meet official regulatory requirements or for similar purposes in connection with the Project is not to be construed as publication in derogation of the reserved rights of the Consultant's subconsultants. The Instruments of Service created by the Consultant and the Consultant's consultants and subconsultants shall become the property of the Owner once the Owner has paid the Consultant all amounts properly due under this Agreement for that portion of the design services. The Owner will limit use of these Instruments of Service to the purpose of completion of the Project, or any subsequent repair, maintenance, renovations, or expansions. Any unilateral use by the Owner of the Instruments of Service for completing, using, maintaining, adding to or altering the Project or facilities shall be at the Owner's sole risk and without liability to the Consultant and the Consultant's subconsultants; provided however that if the Owner's unilateral use occurs for completing, using or maintaining the Project as a result of the Consultant's material breach of this Agreement, nothing in this article shall be deemed to relieve the Consultant of liability for its own gross acts or omissions or material breach of this Agreement. The Consultant shall cause its subconsultants to confer similar rights in the Owner, and shall incorporate provisions to that effect to any agreements between them.

**§ 5.4** Consultant, and all subconsultants of Consultant shall be hired under a work-made-for-hire agreement suitable in form and content to Owner. Consultant shall require provisions substantially similar to this Article 5 to be included in its agreements with each of its subconsultants, assigning and agreeing that all such ownership rights associated with all Instruments of Service are owned by and belong to Owner.

**§ 5.4.1** In the event the Owner uses the Instruments of Service without retaining the author of the Instruments of Service, the Owner releases the Consultant and the Consultant's subconsultants from all claims and causes of action arising from such uses. The Owner, to the extent permitted by law, further agrees to indemnify and hold harmless the Consultant and its subconsultants from all costs and expenses, including the cost of defense, related to claims and causes of action asserted by any third person or entity to the extent such costs and expenses arise from the Owner's use of the Instruments of Service under this Section 5.4.1. The terms of this Section 5.4.1 shall not apply if the Owner rightfully terminates this Agreement for cause under Section 7.4.

**§ 5.5** Any unauthorized use of the Instruments of Service once properly transferred to Owner shall be at the Owner's sole risk and without liability to the Consultant and the Consultant's subconsultants.

**ARTICLE 6 CLAIMS AND DISPUTES**

**§ 6.1 General**

**§ 6.1.1** The Owner and Consultant shall commence all claims and causes of action, whether in contract, tort, or otherwise, against the other arising out of or related to this Agreement in accordance with the requirements of the method of binding dispute resolution selected in this Agreement within the period specified by applicable law, but in any case not more than ten (10) years after the date the Project is sufficiently complete so that the Owner can utilize it for its intended use. The Owner and Consultant waive all claims and causes of action not commenced in accordance with this Section 6.1.1.

**§ 6.1.2** To the extent damages are covered by property insurance, the Owner and Consultant waive all rights against each other and against the contractors, consultants, agents, and employees of the other for damages, except such rights as they may have to the proceeds of such insurance. The Owner or the Consultant, as appropriate, shall require of the contractors, consultants, agents, and employees of any of them, similar waivers in favor of the other parties enumerated herein.

**§ 6.1.3** The Consultant and Owner waive consequential damages for claims, disputes, or other matters in question arising out of or relating to this Agreement. This mutual waiver is applicable, without limitation, to all consequential damages due to either party's termination of this Agreement.

Init.

/

AIA Document C103 – 2015. Copyright © 2015. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks of The American Institute of Architects. This document was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)

**§ 6.2 Informal Dispute Resolution and Mediation**

**§ 6.2.1** Any known and disclosed dispute, controversy, or claim arising out of or attributable to the interpretation or performance of this Agreement, the Scope of Services, or the Project that cannot be resolved by informal negotiation shall be considered a dispute within the meaning of this Article 6.

**.1** If for any reason, the Consultant and the Owner are unable to resolve a dispute, controversy, or claim, the Consultant shall notify the Owner in writing that a dispute exists prior to initiating any legal or other dispute resolution procedure. Any such notification by the Consultant shall be clearly identified by reference to Article 6, and shall be made within fifteen (15) days after the date on which the Consultant knew or should have known of the existence of the dispute.

**.2** Within twenty (20) days after the date on which the Consultant knew or should have known of the existence of the dispute, the Consultant shall submit to the Owner a detailed written statement summarizing the facts in dispute and provide all supporting documentation. Such supporting documentation shall include, at a minimum, the Consultant's records and calculation of the proposed change in the Contract Price and/or Schedule.

**.3** As a condition precedent to consideration of any dispute, the Consultant shall provide written notification to the Owner within the afore-described twenty (20) day period and present said written statement within the afore-described twenty (20) day period. By failure of the Consultant to provide either the written notification or written statement, the Consultant irrevocably waives consideration of any such dispute or potential dispute, and the Owner shall not be liable therefore.

**.4** The parties shall negotiate in good faith to reach an agreement, but in the case of no such resolution, except with the Owner's prior written consent, shall any work by the Consultant be halted pending such agreement or resolution. During the resolution of any dispute, the Consultant shall be bound by the provisions of the Agreement to proceed diligently with its work without delay to achieve milestone dates and the scheduled completion date.

**.5** The dispute shall first be considered by the principals of the parties, then failing resolution by the principals the parties shall engage in formal mediation, and finally, if not settled at mediation, by binding arbitration, as set forth in below. If such matter relates to or is the subject of a lien arising out of the Consultant's services, the Consultant may proceed in accordance with applicable law to comply with the lien notice or filing deadlines prior to resolution of the matter by mediation or by binding arbitration, except for the filing of any action related to the foreclosure of such lien.

**§ 6.2.2** Principals from the Owner and Consultant, not directly involved in the day-to-day management of the Project, shall meet to resolve any disputes in an equitable manner. The party initiating this meeting shall do so in writing, and this meeting shall occur within forty-five(45) days of the date of the written notice initiating the meeting. Both parties' representatives shall have designated authority to settle the dispute.

**§ 6.2.3** Any dispute that remains unresolved for ten (10) days from the date of the meeting of the principals shall be subject to non-binding mediation as a condition precedent to binding arbitration. The Owner and Consultant shall attempt in good faith to resolve disputes between them by mediation, which, unless the parties mutually agree otherwise, shall be administered by the American Arbitration Association in accordance with its Construction Industry Mediation Procedures in effect on the date of this Agreement. A request for mediation shall be made in writing, delivered to the other party to this Agreement, and filed with the person or entity administering the mediation. Persons with authority to resolve the dispute shall be present at the mediation. The request may be made concurrently with the filing of a complaint or other appropriate demand for binding arbitration but, in such event, mediation shall proceed in advance of binding arbitration proceedings, which shall be stayed pending mediation for a period of sixty (60) days from the date of filing, unless stayed for a longer period by agreement of the parties or order of the arbitration panel. If an arbitration proceeding is stayed pursuant to this section, the parties may nonetheless proceed to the selection of the arbitrator(s) and agree upon a schedule for later proceedings.

**§ 6.2.4** The parties shall share the mediator's fee and any filing fees equally. The mediation shall be held in the place where the Project is located, unless another location is mutually agreed upon. Agreements reached in mediation shall be enforceable as settlement agreements in any court having jurisdiction thereof.

Init.
/

AIA Document C103 – 2015. Copyright © 2015. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks of The American Institute of Architects. This document was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)

Prior to mediation, principals from the Owner and Consultant, not directly involved in the day-to-day management of the project shall meet to resolve any disputes in an equitable manner. Thereafter, any claim, dispute, or other matter in question arising out of or related to this Agreement shall be subject to mediation as a condition precedent to binding dispute resolution. If such matter relates to or is the subject of a lien arising out of the Consultant's services, the Consultant may proceed in accordance with applicable law to comply with the lien notice or filing deadlines prior to resolution of the matter by mediation or by binding dispute resolution.

**§ 6.2.5** The Owner and Consultant shall endeavor to resolve claims, disputes, and other matters in question between them by mediation which, unless the parties mutually agree otherwise, shall be administered by the American Arbitration Association in accordance with its Construction Industry Mediation Procedures in effect on the date of the Agreement. A request for mediation shall be made in writing, delivered to the other party to the Agreement, and filed with the person or entity administering the mediation. The request may be made concurrently with the filing of a complaint or other appropriate demand for binding dispute resolution but, in such event, mediation shall proceed in advance of binding dispute resolution proceedings, which shall be stayed pending mediation for a period of sixty (60) days from the date of filing, unless stayed for a longer period by agreement of the parties or court order. If an arbitration proceeding is stayed pursuant to this Article, the parties may nonetheless proceed to the selection of the arbitrator(s) and agree upon a schedule for later proceedings.

**§ 6.2.6** The parties shall share the mediator's fee and any filing fees equally. The mediation shall be held in the place where the Project is located, unless another location is mutually agreed upon. Agreements reached in mediation shall be enforceable as settlement agreements in any court having jurisdiction thereof.

**§ 6.2.7** If the parties do not resolve a dispute through mediation pursuant to this Section 6.2, the method of binding dispute resolution shall be the following:
*(Check the appropriate box. If the Owner and Consultant do not select a method of binding dispute resolution below, or do not subsequently agree in writing to a binding dispute resolution method other than litigation, the dispute will be resolved in a court of competent jurisdiction.)*

[ X ] Arbitration pursuant to Section 6.3 of this Agreement

[ ] Litigation in a court of competent jurisdiction

[ ] Other: *(Specify)*

**§ 6.3 Arbitration**
**§ 6.3.1** If the parties have selected arbitration as the method for binding dispute resolution in this Agreement, any claim, dispute or other matter in question, arising out of or related to this Agreement, subject to, but not resolved by, mediation shall be subject to arbitration, which unless the parties mutually agree otherwise, shall be administered by the American Arbitration Association in accordance with its Construction Industry Arbitration Rules in effect on the date of this Agreement. A demand for arbitration shall be made in writing, delivered to the other party to this Agreement, and filed with the person or entity administering the arbitration. The arbitration will be heard by three arbitrators. Each party to the dispute shall nominate one arbitrator within thirty (30) days of the notice of arbitration given by either party to the other, and the two arbitrators so nominated shall select the presiding arbitrator within thirty days after the latter two party-nominated arbitrators has been nominated and accepted his or her appointment. If either party fails to nominate its party-nominated arbitrator, or the two party-nominated arbitrators fail to appoint a presiding arbitrator, within the applicable time period, then the AAA shall appoint the missing arbitrator or arbitrators, to be selected from AAA's Large, Complex Construction Case Panel. In all cases, the arbitrators shall determine the rights and obligations of the parties according to the substantive law of the State of Oklahoma, excluding its conflict of law principles.

**§ 6.3.1.1** A demand for arbitration shall be made no earlier than concurrently with the filing of a request for mediation, but in no event shall it be made after the date when the institution of legal or equitable proceedings based on the claim, dispute, or other matter in question would be barred by the applicable statute of limitations. For statute of limitations purposes, receipt of a written demand for arbitration by the person or entity administering the arbitration shall constitute the institution of legal or equitable proceedings based on the claim, dispute, or other matter in question.

Init.
/
AIA Document C103 – 2015. Copyright © 2015. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks of The American Institute of Architects. This document was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)

§ 6.3.2 The foregoing agreement to arbitrate and other agreements to arbitrate with an additional person or entity duly consented to by parties to this Agreement shall be specifically enforceable in accordance with applicable law in any court having jurisdiction thereof.

§ 6.3.3 Subject to the terms of this Article 6, the parties shall have the right to engage in reasonable discovery, including the right to production of relevant documents by the opposing party, the right to take depositions reasonably limited in number, time and place, and the right to engage expert witnesses. The award rendered by the arbitrator(s) shall be final and binding, and shall state the reasons upon which the award thereof is based. The parties agree that the, judgment on the arbitration may be entered upon it in accordance with applicable law in any court having jurisdiction thereof.

**§ 6.3.4 Consolidation or Joinder**
§ 6.3.4.1 Either party, at its sole discretion, may consolidate an arbitration conducted under this Agreement with any other arbitration to which it is a party provided that (1) the arbitration agreement governing the other arbitration permits consolidation; (2) the arbitrations to be consolidated substantially involve common questions of law or fact; and (3) the arbitrations employ materially similar procedural rules and methods for selecting arbitrator(s).

§ 6.3.4.2 Either party, at its sole discretion, may include by joinder persons or entities substantially involved in a common question of law or fact whose presence is required if complete relief is to be accorded in arbitration, provided that the party sought to be joined consents in writing to such joinder. Consent to arbitration involving an additional person or entity shall not constitute consent to arbitration of any claim, dispute or other matter in question not described in the written consent.

§ 6.3.4.3 The Owner and Consultant grant to any person or entity made a party to an arbitration conducted under this Section 6.3, whether by joinder or consolidation, the same rights of joinder and consolidation as the Owner and Consultant under this Agreement.

§ 6.4 In the event a dispute arises between the Owner and the Consultant, the Consultant shall continue to perform its services without interruption or delay, provided that the Owner pays all undisputed amounts due the Consultant.

§ 6.5 The Consultant shall place in all of its subcontracts and subconsultant agreements provisions which require the consent of all parties to such subcontracts and subconsultant agreements to such dispute resolution procedures.

§ 6.6 The provisions of this Article 6 shall survive the termination of this Agreement.

## ARTICLE 7 TERMINATION OR SUSPENSION

§ 7.1 If the Owner fails to make payments to the Consultant in accordance with this Agreement, within seven (7) days after written notice from the Consultant, such failure shall be considered substantial nonperformance and cause for termination or, at the Consultant's option, cause for suspension of performance of services under this Agreement. If the Consultant elects to suspend services, the Consultant shall give seven days' written notice to the Owner before suspending services. In the event of a suspension of services, the Consultant shall have no liability to the Owner for delay or damage caused the Owner because of such suspension of services. Before resuming services, the Consultant shall be paid all sums due prior to suspension and any expenses incurred in the interruption and resumption of the Consultant's services, as properly documented and provided to the Owner. The Consultant's fees for the remaining services and the time schedules shall be equitably adjusted by mutual agreement of the parties

§ 7.2 If the Owner suspends the Project or the Consultant's services, the Consultant shall be compensated for services performed prior to notice of such suspension. When the Project or the Consultant's services are resumed, the Consultant shall be compensated for expenses incurred in the interruption and resumption of the Consultant's services. The Consultant's fees for the remaining services and the time schedules shall be equitably adjusted by mutual agreement of the parties.

§ 7.3 If the Owner suspends the Project or the Consultant's services for more than ninety (90) cumulative days for reasons other than the fault of the Consultant, the Consultant may terminate this Agreement by giving not less than seven (7) days' written notice.

Init.
/
AIA Document C103 – 2015. Copyright © 2015. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks of The American Institute of Architects. This document was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)


CONFIDENTIAL GB00039559

§ **7.4** Either party may terminate this Agreement upon not less than fifteen (15) days' written notice should the other party fail substantially to perform in accordance with the terms of this Agreement through no fault of the party initiating the termination.

§ **7.5** The Owner may terminate this Agreement upon not less than thirty (30) days' written notice to the Consultant for the Owner's convenience and without cause.

§ **7.6** In the event of termination not the fault of the Consultant, the Consultant shall be compensated for services performed prior to termination, together with Reimbursable Expenses then due and all Termination Expenses as defined in Section 7.7.

§ **7.7** Termination Expenses are in addition to compensation for the Consultant's services and include expenses directly attributable to termination for which the Consultant is not otherwise compensated. For the avoidance of doubt, Termination Expenses are only applicable and payable to Consultant so long as such termination is for any reason other than the material breach of Consultant. The Consultant will not receive anticipated profit on the value of the services not performed by the Consultant.

§ **7.8** Intentionally omitted.

## ARTICLE 8 COMPENSATION

§ **8.1** The Owner shall compensate the Consultant for services described in Article 2 as follows:
*(Insert amount of, or basis for, compensation)*

See Attachment D1 – Fee Proposal & Scope of Services - Schematic Design & Attachment D2 – Fee Proposal & Scope of Services - Design Development

§ **8.2** The Owner shall compensate the Consultant for Additional Services that may arise during the course of the Project as follows:
*(Insert amount of, or basis for, compensation.)*

At rates as provided within Attachment C – Consultant's Standard Hourly Billing Rates incl. Subconsultants

§ **8.3** The hourly billing rates for services of the Consultant, if any, are set forth below. The rates are fixed for the duration of the Agreement, based on phase of the Project.
*(If applicable, attach an exhibit of hourly billing rates or insert them below.)*

See Attachment C – Consultant's Standard Hourly Billing Rates incl. Subconsultants

| Employee or Category | Rate |
| --- | --- |

§ **8.4** Unless otherwise agreed, payments for services shall be made monthly in proportion to services performed, and if on an hourly basis, per hours performed and billed with detailed back up. Payments are due and payable upon presentation and Owner approval of the Consultant's invoice, in whole or in part. Amounts unpaid thirty ( 30 ) days after the invoice date approval shall bear interest at the rate entered below, or in the absence thereof at the legal rate prevailing from time to time at the principal place of business of the Consultant.
*(Insert rate of monthly or annual interest agreed upon.)*

six percent ( 6 %) per annum

§ **8.5** The Owner shall not withhold amounts from the Consultant's compensation to impose a penalty or liquidated damages on the Consultant, or to offset sums requested by or paid to contractors for the cost of changes in the Work unless the Consultant agrees or has been found liable for the amounts in a binding dispute resolution proceeding.

§ **8.6 Reimbursable Expenses**
§ **8.6.1** Reimbursable Expenses are in addition to compensation for the Consultant's professional services and include expenses incurred by the Consultant directly related to the Project, as follows:

Init.
/
AIA Document C103 – 2015. Copyright © 2015. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks of The American Institute of Architects. This document was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)

.1 Transportation including vehicle mileage at the current allowable IRS rate ;
.2 Long distance services, dedicated data and communication services, teleconferences, Project Web sites, and extranets;
.3 Fees paid for securing approval of authorities having jurisdiction over the Project;
.4 Printing, reproductions, plots, standard form documents;
.5 Postage, handling and delivery;
.6 Expense of overtime work requiring higher than regular rates, if authorized in advance by the Owner;
.7 Consultant's subconsultants expense of professional liability insurance dedicated exclusively to this Project, or the expense of additional insurance coverage or limits if the Owner requests such insurance in excess of that normally carried by the Consultant's subconsultants;
.8 Intentionally omitted;
.9 Other similar Project-related expenditures, if authorized in advance by the Owner, and as provided within Attachment C (Consultant's Standard Hourly Billing Rates incl. Subconsultants); such approval and authorization shall not be unreasonably withheld or delayed.

**§ 8.6.2** For Reimbursable Expenses the compensation shall be the expenses incurred by the Consultant plus an administrative fee of ten percent ( 10 %) of the expenses incurred.

**§ 8.6.3** If the insurance requirements listed in Section 2.7 exceed the types and limits the Consultant normally maintains and the Consultant incurred or will incur additional costs to satisfy such requirements, the Owner shall reimburse the Consultant for such costs.

**§ 8.6.4** Records of Reimbursable Expenses and services performed on the basis of hourly rates shall be available to the Owner at mutually convenient times.

**§ 8.7 Compensation for Use of Consultant's Instruments of Service**
Intentionally omitted:

**ARTICLE 9 MISCELLANEOUS PROVISIONS**
**§ 9.1** This Agreement shall be governed by the law of the place where the Project is located, except that if the parties have selected arbitration as the method of binding dispute resolution, the Federal Arbitration Act shall govern Section 6.3.

**§ 9.2** The Owner and Consultant, respectively, bind themselves, their agents, successors, assigns and legal representatives to this Agreement. Neither the Owner nor the Consultant shall assign this Agreement without the written consent of the other, except that the Owner may assign this Agreement to a lender providing financing for the Project if the lender agrees to assume the Owner's rights and obligations under this Agreement.

**§ 9.3** If the Owner requests the Consultant to execute certificates, the proposed language of such certificates shall be submitted to the Consultant for review at least fourteen (14) days prior to the requested dates of execution. If the Owner requests the Consultant to execute consents reasonably required to facilitate assignment to a lender, the Consultant shall execute all such consents that are consistent with this Agreement, provided the proposed consent is submitted to the Consultant for review at least fourteen (14) days prior to execution. The Consultant shall not be required to execute certificates or consents that would require knowledge, services, or responsibilities beyond the scope of this Agreement.

**§ 9.4** Nothing contained in this Agreement shall create a contractual relationship with or a cause of action in favor of a third party against either the Owner or Consultant.

**§ 9.5** Unless otherwise required in this Agreement, the Consultant shall have no responsibility for the discovery, presence, handling, removal or disposal of, or exposure of persons to, hazardous materials or toxic substances in any form at the Project site.

Init.
/

AIA Document C103 – 2015. Copyright © 2015. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks of The American Institute of Architects. This document was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)

**§ 9.6** Confidential Information is information containing confidential or business proprietary information that is clearly marked as "confidential." If the Owner or Consultant transmits Confidential Information, the transmission of such Confidential Information constitutes a warranty to the party receiving such Confidential Information that the transmitting party is authorized to transmit the Confidential Information. If a party receives Confidential Information, the receiving party shall keep the Confidential Information strictly confidential and shall not disclose it to any other person or entity except as set forth in Section 9.6.1.

**§ 9.6.1** A party receiving Confidential Information may disclose the Confidential Information as required by law or court order, including a subpoena or other form of compulsory legal process issued by a court or governmental entity. A party receiving Confidential Information may also disclose the Confidential Information to its employees, consultants, or contractors in order to perform services or work solely and exclusively for the Project, provided those employees, consultants, and contractors are subject to the restrictions on the disclosure and use of Confidential Information as set forth in this Agreement.

§ 9.7 **TO THE FULLEST EXTENT PERMITTED BY LAW, CONSULTANT SHALL INDEMNIFY, DEFEND AND HOLD HARMLESS OWNER, ITS AGENTS AND EMPLOYEES, FROM AND AGAINST LOSSES, DAMAGES AND JUDGMENTS ARISING FROM CLAIMS BY THIRD PARTIES, INCLUDING REASONABLE ATTORNEYS' FEES AND EXPENSES RECOVERABLE UNDER APPLICABLE LAW, TO THE EXTENT THEY ARE FOUND TO BE DIRECTLY CAUSED BY A NEGLIGENT ACT, ERROR OR OMISSION OF CONSULTANT OR CONSULTANT'S OFFICERS, DIRECTORS, PARTNERS, AGENTS, EMPLOYEES OR SUBCONSULTANTS IN THE PERFORMANCE OF SERVICES UNDER THIS AGREEMENT, EXCEPT TO THE EXTENT THAT ANY SUCH CLAIM, LOSS, OR DAMAGE ARISES OUT OF OR RESULTS FROM THE NEGLIGENT ACTS OF, OMISSIONS OF, OR BREACH BY OWNER OR OWNER'S REPRESENTATIVES.**

**§ 9.8** The Consultant shall provide the Owner with a redacted copy of the Consultant's contracts with its subconsultants. The Consultant shall promptly provide the Owner with a copy of any notice of default under the subconsultant's contract. The Consultant shall promptly pay all monies due and owing to the Consultant's subconsultants, and agrees to indemnify, defend, and hold the Owner harmless from and against any and all claims made by the Consultant's subconsultants for money due or for any other claim or lien filed.

**§ 9.9** Neither party shall solicit the other party's employees, vendors, subcontractors, or representatives without prior written notification to and authorization by the other party.

## ARTICLE 10 SPECIAL TERMS AND CONDITIONS

Special terms and conditions that modify this Agreement are as follows:

## ARTICLE 11 SCOPE OF THE AGREEMENT

**§ 11.1** This Agreement represents the entire and integrated agreement between the Owner and the Consultant and supersedes all prior negotiations, representations, or agreements, either written or oral. This Agreement may be amended only by written instrument signed by both Owner and Consultant. In the event of a conflict between the terms and conditions of this C103™–2015, Standard Form Agreement between Owner and Consultant and an attached exhibit, the terms and conditions of the C103–2015, Standard Form Agreement between Owner and Consultant shall take precedence.

**§ 11.2** This Agreement is comprised of the following documents listed below:

**.1** AIA Document C103™–2015, Standard Form of Agreement Between Owner and Consultant.

**.2** INTENTIONALLY OMITTED:

**.3** Intentionally deleted.

**.4** Other documents:
*(List other documents hereby incorporated into the Agreement.)*

Attachment A – Program

Init.
/

AIA Document C103 – 2015. Copyright © 2015. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks of The American Institute of Architects. This document was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)

Attachment B – Consultant's Standard Hourly Billing Rates incl. Subconsultants
Attachment C – Deliverables Matrices
Attachment D1 – Fee Proposal & Scope of Services - Schematic Design
Attachment D2 – Fee Proposal & Scope of Services - Design Development
Attachment E – Insurance Certificate (s)
Attachment F – Contract Milestone Schedule

This Agreement entered into as of the day and year first written above.

| | |
|---|---|
| Gene Bicknell | |
| OWNER *(Signature)* | CONSULTANT *(Signature)* |
| Gene Bicknell, Founder | ERIK NEERGAARD / CCO |
| *(Printed name and title)* | *(Printed name and title)* |



AIA Document C103 – 2015. Copyright © 2015. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks of The American Institute of Architects. This document was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 08/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes:



(1762511559)

# *Additions and Deletions Report for*

*AIA® Document C103® – 2015*

This Additions and Deletions Report, as defined on page 1 of the associated document, reproduces below all text the author has added to the standard form AIA document in order to complete it, as well as any text the author may have added to or deleted from the original AIA text. Added text is shown underlined. Deleted text is indicated with a horizontal line through the original AIA text.

Note: This Additions and Deletions Report is provided for information purposes only and is not incorporated into or constitute any part of the associated AIA document. This Additions and Deletions Report and its associated document were generated simultaneously by AIA software at 13:28:07 ET on 08/22/2023.

**PAGE 1**

**AGREEMENT** made as of the 22nd day of August in the year 2023

...

Mansion Entertainment Group, LLC ("MEG")
189 Expressway Lane
Branson, Missouri 65616

...

The Hettema Group ("THG")
61 Valley Street
Pasadena, CA 91105
(626) 683-9876

...

Design Services

...

The American Heartland Theme Park and Resort
Vinita, Oklahoma

**PAGE 2**

**§ 1.1** This Agreement is based on the Initial Information set forth in this ~~Article 1.~~Article 1, as may be amended during the course of the Project:

...

The Architect(s) for the Project include:

FORREC US Inc.
Cuningham Group Architecture, Inc.

See Attachment A – Program

The Project is in Northern Oklahoma, South of Interstate 44, north of Interstate 60, adjacent to and off of S4460 Road. The Consultant certifies and warrants that it is fully familiar with the location and conditions of the Project's site, and that the Consultant is satisfied by its own investigation regarding all of the conditions insofar as those conditions are solely affecting the design scope of Consultant of the Project.

Additions and Deletions Report for AIA Document C103 – 2015. Copyright © 2015. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks of The American Institute of Architects. This document was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)

...

§ 1.2 Unless otherwise specifically defined in this Agreement, terms in this Agreement shall have the same meaning as those in AIA Document A201™–2007, A201™–2017, General Conditions of the Contract for Construction.

...

See Attachment F – Contract Milestone Schedule

...

See Attachment F – Contract Milestone Schedule

**PAGE 3**

See Attachment F – Contract Milestone Schedule

...

See Attachment F – Contract Milestone Schedule

§ 1.4 The Owner and Consultant may rely on the Initial Information. Both parties, however, recognize that the Initial Information may materially change and, in that event, the Owner and the Consultant shall appropriately adjust the schedule, the Consultant's services, and the Consultant's compensation. compensation, provided the material change causes an increase in the level of services provided or required.

...

See Attachment D1 – Fee Proposal and Scope of Services - Schematic Design & Attachment D2 – Fee Proposal and Scope of Services - Design Development

§ 2.2 The Consultant, including all persons and firms providing work on behalf of or for the Consultant (subconsultants) shall perform its services consistent with the professional skill and care ordinarily provided by professionals in the same discipline members of the same design profession, practicing in the same or similar locality under the same or similar circumstances. The Consultant shall exercise such professional efforts, skill, judgment, and know-how to perform such services in compliance with all applicable federal, state, and local laws, statutes, ordinances, rules, regulations, orders, or other legal requirements. The Consultant shall perform its services as expeditiously as is consistent with such professional skill and care and the orderly progress of the Project. The Consultant represents and warrants that it is experienced in the design of similar projects and practices under similar conditions at the same or similar time and locality of the Project. The Consultant shall cause its subconsultants to be bound to the Consultant through appropriate provisions in any agreements it may enter with them, as provided for within this article.

...

Ezra Perez, Project Management Director
The Hettema Group (THG)
61 Valley Street
Pasadena CA 91105
Eperez@THGcreative.com
(626) 683-9876

The Consultant will not replace its representative without the prior approval of the Owner. The Consultant shall identify and periodically update the Initial Information, including names, addresses, and contacts, for all professionals and consultants or firms providing work for or on behalf of the Consultant for the Project.

...

Additions and Deletions Report for AIA Document C103 – 2015. Copyright © 2015>. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This draft was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)

§ 2.5 The Consultant shall coordinate its services with those services provided by the Owner and the Owner's other consultants. consultants and ensure that documentation provided within Consultant's scope of services is complete. The Consultant may communicate with the Owner's other consultants for the purposes of performing its services on the Project. The Consultant shall keep the Owner reasonably informed of any such communications. The Consultant shall be entitled to rely on the accuracy and completeness of services and information furnished by the Owner and the Owner's other consultants. The Consultant shall provide prompt written notice to the Owner if the Consultant becomes aware of any error, omission, or inconsistency in such services or information.

**PAGE 4**

§ 2.7 **Insurance.** The Consultant shall maintain the following insurance and cause its subconsultant's to maintain the following insurance, as applicable to Consultant's scope of services. for the duration of this Agreement. If any of the requirements set forth below exceed the types and limits the Consultant normally maintains, the Owner shall reimburse the Consultant for any additional cost as set forth in Section 8.6.3.

§ 2.7.1 Commercial General Liability with policy limits of not less than ($ ) one million dollars ($1,000,000) for each occurrence and ($ ) two million dollars ($2,000,000) in the aggregate for bodily injury and property damage.

§ 2.7.2 Automobile Liability covering vehicles owned by the Consultant and non-owned vehicles used by the Consultant with policy limits of not less than one million dollars ($ 1,000,000 ) per claim and one million dollars ($ 1,000,000 ) in the aggregate for bodily injury and property damage along with any other statutorily required automobile coverage.

...

§ 2.7.4 Workers' Compensation at statutory limits of Oklahoma, and Employers' Liability with a policy limit of not less than one million dollars ($ 1,000,000 ).

§ 2.7.5 Professional Liability covering the negligent acts, errors and omissions in the performance of professional services with policy limits of not less than one million dollars ($ 1,000,000 ) per claim and one million dollars ($ 1,000,000 ) in the aggregate.

...

§ 2.7.8 The Consultant shall provide an Umbrella/Excess insurance policy. The excess policy shall not require the exhaustion of the underlying limits only through the actual payment by the underlying insurers. Umbrella/Excess Liability with policy limits not less than two million dollars ($2,000,000) each occurrence and two million dollars ($2,000,000) in the aggregate.

§ 2.7.9 The policies shall be written on an occurrence basis (or in the case of personal injury and advertising injury coverage, an offense basis). Carriers furnishing such insurance shall be required to waive all rights of subrogation against Owner, its officers, agents, employees and other contractors, consultants and subcontractors, and subconsultants.

§ 2.7.10 Consultant shall orally report promptly to Owner and promptly confirm to Owner in writing, upon Consultant becoming aware of any injury, loss, or damage incurred by Consultant or its subconsultants in connection with the Project, or upon Consultant's receipt of such claim by a third party, or upon Consultant becoming aware of any occurrence that Consultant believes may give rise to such claim.

§ 2.7.11 Consultant shall include Owner, and any subsequent owner of or lender to the Project (collectively referred to as the "Owner Related Parties") as additional insureds on a primary and noncontributory basis on the Commercial General Liability policy, and on the Business Auto policy, and on all Umbrella policies (if any). If a separate policy is obtained for Products/Completed Operations, Owner will also be named as an additional insured on it.

§ 2.7.12 Prior to the commencement of Work, Consultant shall submit to Owner acceptable Certificates of Insurance issued by a duly authorized representative of each insurer reflecting compliance with the insurance requirements above, and upon Owner's request, true and correct copies of the insurance policies along with original copies of the amendatory riders to any such policies for Owner's approval. Every policy shall provide, by endorsement or policy

Additions and Deletions Report for AIA Document C103 – 2015. Copyright © 2015>. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This draft was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)

provision, that the insurer will not terminate coverage or fail to be renewed without first mailing written notice of such action at least ten (10) days prior for non-payment of premium or forty-five (45) days for any other reason prior to such termination or lapse to the Owner.

§ **2.7.13** If the Consultant fails to furnish and maintain the insurance required by this Agreement, the Owner may purchase such insurance on behalf of the Consultant, and the Consultant shall pay the cost thereof to the Owner (or Owner shall be entitled to offset such costs from amounts due Consultant hereunder) and Consultant shall provide any information needed to obtain such insurance.

§ **2.7.14** Subconsultant Insurance. Consultant shall cause each of its consultants of every tier to purchase and maintain insurance of the type specified above and to otherwise comply with the insurance requirements set forth above, except that Commercial General Liability insurance shall be at least One Million Dollars ($1,000,000) each occurrence and general aggregate, and Professional Liability Insurance shall be at least One Million Dollars ($1,000,000). When requested by Owner, Consultant shall furnish copies of certificates to Owner evidencing such coverage for each consultant of any tier. Nothing in this section shall limit Consultant's indemnification requirements to Owner under this Agreement.

§ **2.7.15** The Consultant may use umbrella or excess liability insurance to achieve the required coverage for Comprehensive General Liability and Automobile Liability, provided that such umbrella or excess insurance results in the same type of coverage as required for the individual policies.

§ **2.7.16** Consultant shall and hereby does subordinate all of its lien rights and shall ensure that all of its consultants of every tier shall subordinate all of their lien rights, to the lien of the mortgage(s) relating to this Project held by any of Owner's lender(s) for the Project, their successors and assigns. Any consultants which refuse to so subordinate their lien rights must be specifically approved in advance and in writing by Owner. Consultant shall and Consultant shall ensure that all of its consultants of every tier shall, if requested by Owner, execute an agreement, in form and substance satisfactory to Owner, so subordinating lien rights to the interests of Project lender(s).

§ **2.7.17** To the fullest extent permitted by law, the Consultant shall indemnify, defend and hold harmless Owner, and its affiliates, and their respective officers, directors, employees, successors and assigns from and against all claims, damages, losses, liabilities, judgments, settlements and expenses, including but not limited to reasonable attorneys' fees and related costs, to the extent directly arising out of or directly resulting from the negligent acts or omissions of Consultant's performance of the Services, including those Services performed by the Consultant's subconsultants, and that result in personal injury, bodily injury, sickness, disease, or death or to damage to or destruction of tangible property (except to the Project Work itself), except to the extent that any such claim, damage, loss, liability, judgment, settlement, and/or expense arises out of or results from the negligent acts or omissions of Owner or Owner's representatives or other consultants, vendors, employees, or agents.

§ **2.8 Time.** The Consultant shall provide its services within the time limits established in the ~~Consultant's~~ attached Contract Milestone Schedule, or within the Deliverable(s) Time Limit(s) set forth below. The Consultant shall immediately inform the Owner of any circumstances which may cause a delay.
**PAGE 6**

[ X ] Deliverable(s) Time Limit: The Consultant shall provide the following deliverable(s) within the time limit(s) set forth below. Unless otherwise indicated below, time shall be calculated based on calendar days from the date of this Agreement.

| ~~**Deliverable(s)**~~ ~~*(Describe the deliverable(s))*~~ | ~~**Time Limits**~~ ~~*(Insert number of calendar days and, where appropriate, if time is to be measured from a separate written authorization from the Owner)*~~ |
|---|---|
| | |
| | |
| | |
| | |
| | |

Additions and Deletions Report for AIA Document C103 – 2015. Copyright © 2015>. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This draft was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)

See Attachment F – Contract Milestone Schedule.

...

§ 3.2 The Consultant shall promptly notify the Owner upon recognizing the need to perform Additional Services. The Consultant, however, Services and in any event. The Consultant, however, shall include a cost for these Additional Services and schedule impact, if any. The Consultant shall not proceed to provide such services until the Consultant receives the Owner's written authorization. Except for services due to the fault of the Consultant, any Additional Services provided in accordance with this Section 3.2 shall entitle the Consultant to compensation pursuant to Section 8.2.

...

Steve Hedrick
Mansion Entertainment Group (MEG)
189 Expressway Lane
Branson, Missouri 65616
Email: steveh@megdevteam.com
Phone: (818) 929-7712

...

§ 4.6 The Owner shall provide prompt written notice to the Consultant if the Owner becomes aware of any fault or defect in the Project, including errors, omissions, or inconsistencies in the Consultant's Services. The Consultant shall provide prompt written notice to the Owner if the Consultant becomes aware of any material fault or defect that may directly impact Consultant's scope of services for the Project.

**PAGE 7**

§ 5.3 The Consultant and the Consultant's subconsultants shall be deemed the authors and owners of their respective Instruments of Service and shall retain all common law, statutory, and other reserved rights, including copyrights. Submission or distribution of Instruments of Service to meet official regulatory requirements or for similar purposes in connection with the Project is not to be construed as publication in derogation of the reserved rights of the Consultant's subconsultants. The Instruments of Service created by the Consultant and the Consultant's consultants and subconsultants shall become the property of the Owner once the Owner has paid the Consultant all amounts properly due under this Agreement for that portion of the design services. The Owner will limit use of these Instruments of Service to the purpose of completion of the Project, or any subsequent repair, maintenance, renovations, or expansions. Any unilateral use by the Owner of the Instruments of Service for completing, using, maintaining, adding to or altering the Project or facilities shall be at the Owner's sole risk and without liability to the Consultant and the Consultant's subconsultants; provided however that if the Owner's unilateral use occurs for completing, using or maintaining the Project as a result of the Consultant's material breach of this Agreement, nothing in this article shall be deemed to relieve the Consultant of liability for its own gross acts or omissions or material breach of this Agreement. The Consultant shall cause its subconsultants to confer similar rights in the Owner, and shall incorporate provisions to that effect to any agreements between them.

§ 5.4 Upon execution of this Agreement, the Consultant grants to the Owner a nonexclusive license to use the Consultant's Instruments of Service solely and exclusively for purposes of designing, constructing, using, maintaining, altering and adding to the Project, provided that the Owner substantially performs its obligations, including prompt payment of all sums when due, under this Agreement. The Consultant shall obtain similar nonexclusive licenses from its subconsultants consistent with this Agreement. The license granted under this section permits the Owner to authorize the Owner's consultants and contractors to reproduce applicable portions of the Instruments of Service solely and exclusively for the purposes of designing, constructing, using, maintaining, altering and adding to the Project. If the Consultant rightfully terminates this Agreement for cause as provided in Section 7.4, the license granted in this Section 5.4 shall terminate. Consultant, and all subconsultants of Consultant shall be hired under a work-made-for-hire agreement suitable in form and content to Owner. Consultant shall require provisions substantially similar to this Article 5 to be included in its agreements with each of its subconsultants, assigning and agreeing that all such ownership rights associated with all Instruments of Service are owned by and belong to Owner.

Additions and Deletions Report for AIA Document C103 – 2015. Copyright © 2015>. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This draft was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)

...

**§ 5.5** ~~Except for the licenses granted in this Article 5, no other license or right shall be deemed granted or implied under this Agreement. The Owner shall not assign, delegate, sublicense, pledge, or otherwise transfer any license granted herein to another party without the prior written agreement of the Consultant.~~ Any unauthorized use of the Instruments of Service once properly transferred to Owner shall be at the Owner's sole risk and without liability to the Consultant and the Consultant's subconsultants.

...

**§ 6.1.1** The Owner and Consultant shall commence all claims and causes of action, whether in contract, tort, or otherwise, against the other arising out of or related to this Agreement in accordance with the requirements of the method of binding dispute resolution selected in this Agreement within the period specified by applicable law, but in any case not more than ~~10~~ ten (10) years after the date the Project is sufficiently complete so that the Owner can utilize it for its intended use. The Owner and Consultant waive all claims and causes of action not commenced in accordance with this Section 6.1.1.

...

**§ 6.1.3** The Consultant and Owner waive consequential damages for claims, disputes, or other matters in question arising out of or relating to this Agreement. This mutual waiver is applicable, without limitation, to all consequential damages due to either party's termination of this ~~Agreement, except as specifically provided in Section 7.7.~~ Agreement.

**~~§ 6.2 Mediation~~**
**§ 6.2 Informal Dispute Resolution and Mediation**
**§ 6.2.1** Any ~~claim, dispute, or other matter in question arising out of or related to this Agreement shall be subject to mediation as a condition precedent to binding dispute resolution.~~ known and disclosed dispute, controversy, or claim arising out of or attributable to the interpretation or performance of this Agreement, the Scope of Services, or the Project that cannot be resolved by informal negotiation shall be considered a dispute within the meaning of this Article 6.

**.1** If for any reason, the Consultant and the Owner are unable to resolve a dispute, controversy, or claim, the Consultant shall notify the Owner in writing that a dispute exists prior to initiating any legal or other dispute resolution procedure. Any such notification by the Consultant shall be clearly identified by reference to Article 6, and shall be made within fifteen (15) days after the date on which the Consultant knew or should have known of the existence of the dispute.

**.2** Within twenty (20) days after the date on which the Consultant knew or should have known of the existence of the dispute, the Consultant shall submit to the Owner a detailed written statement summarizing the facts in dispute and provide all supporting documentation. Such supporting documentation shall include, at a minimum, the Consultant's records and calculation of the proposed change in the Contract Price and/or Schedule.

**.3** As a condition precedent to consideration of any dispute, the Consultant shall provide written notification to the Owner within the afore-described twenty (20) day period and present said written statement within the afore-described twenty (20) day period. By failure of the Consultant to provide either the written notification or written statement, the Consultant irrevocably waives consideration of any such dispute or potential dispute, and the Owner shall not be liable therefore.

**.4** The parties shall negotiate in good faith to reach an agreement, but in the case of no such resolution, except with the Owner's prior written consent, shall any work by the Consultant be halted pending such agreement or resolution. During the resolution of any dispute, the Consultant shall be bound by the provisions of the Agreement to proceed diligently with its work without delay to achieve milestone dates and the scheduled completion date.

Additions and Deletions Report for AIA Document C103 – 2015. Copyright © 2015>. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This draft was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
**User Notes:** (1768511559)

.5 The dispute shall first be considered by the principals of the parties, then failing resolution by the principals the parties shall engage in formal mediation, and finally, if not settled at mediation, by binding arbitration, as set forth in below. If such matter relates to or is the subject of a lien arising out of the Consultant's services, the Consultant may proceed in accordance with applicable law to comply with the lien notice or filing deadlines prior to resolution of the matter by mediation or by binding ~~dispute resolution.~~arbitration, except for the filing of any action related to the foreclosure of such lien.

**§ 6.2.2** ~~The Owner and Consultant shall endeavor to resolve claims, disputes, and other matters in question between them by mediation which, unless the parties mutually agree otherwise, shall be administered by the American Arbitration Association in accordance with its Construction Industry Mediation Procedures in effect on the date of the Agreement. A request for mediation shall be made in writing, delivered to the other party to the Agreement, and filed with the person or entity administering the mediation. The request may be made concurrently with the filing of a complaint or other appropriate demand for binding dispute resolution but, in such event, mediation shall proceed in advance of binding dispute resolution proceedings, which shall be stayed pending mediation for a period of 60 days from the date of filing, unless stayed for a longer period by agreement of the parties or court order. If an arbitration proceeding is stayed pursuant to this Section, the parties may nonetheless proceed to the selection of the arbitrator(s) and agree upon a schedule for later proceedings.~~Principals from the Owner and Consultant, not directly involved in the day-to-day management of the Project, shall meet to resolve any disputes in an equitable manner. The party initiating this meeting shall do so in writing, and this meeting shall occur within forty-five(45) days of the date of the written notice initiating the meeting. Both parties' representatives shall have designated authority to settle the dispute.
**PAGE 8**

**§ 6.2.3** ~~The parties shall share the mediator's fee and any filing fees equally. The mediation shall be held in the place where the Project is located, unless another location is mutually agreed upon. Agreements reached in mediation shall be enforceable as settlement agreements in any court having jurisdiction thereof.~~Any dispute that remains unresolved for ten (10) days from the date of the meeting of the principals shall be subject to non-binding mediation as a condition precedent to binding arbitration. The Owner and Consultant shall attempt in good faith to resolve disputes between them by mediation, which, unless the parties mutually agree otherwise, shall be administered by the American Arbitration Association in accordance with its Construction Industry Mediation Procedures in effect on the date of this Agreement. A request for mediation shall be made in writing, delivered to the other party to this Agreement, and filed with the person or entity administering the mediation. Persons with authority to resolve the dispute shall be present at the mediation. The request may be made concurrently with the filing of a complaint or other appropriate demand for binding arbitration but, in such event, mediation shall proceed in advance of binding arbitration proceedings, which shall be stayed pending mediation for a period of sixty (60) days from the date of filing, unless stayed for a longer period by agreement of the parties or order of the arbitration panel. If an arbitration proceeding is stayed pursuant to this section, the parties may nonetheless proceed to the selection of the arbitrator(s) and agree upon a schedule for later proceedings.

**§ 6.2.4** ~~If the parties do not resolve a dispute through mediation pursuant to this Section 6.2, the method of binding dispute resolution shall be the following:~~The parties shall share the mediator's fee and any filing fees equally. The mediation shall be held in the place where the Project is located, unless another location is mutually agreed upon. Agreements reached in mediation shall be enforceable as settlement agreements in any court having jurisdiction thereof.

Prior to mediation, principals from the Owner and Consultant, not directly involved in the day-to-day management of the project shall meet to resolve any disputes in an equitable manner. Thereafter, any claim, dispute, or other matter in question arising out of or related to this Agreement shall be subject to mediation as a condition precedent to binding dispute resolution. If such matter relates to or is the subject of a lien arising out of the Consultant's services, the Consultant may proceed in accordance with applicable law to comply with the lien notice or filing deadlines prior to resolution of the matter by mediation or by binding dispute resolution.

**§ 6.2.5** The Owner and Consultant shall endeavor to resolve claims, disputes, and other matters in question between them by mediation which, unless the parties mutually agree otherwise, shall be administered by the American Arbitration Association in accordance with its Construction Industry Mediation Procedures in effect on the date of the Agreement. A request for mediation shall be made in writing, delivered to the other party to the Agreement, and filed with the person or entity administering the mediation. The request may be made concurrently with the filing of a complaint or other appropriate demand for binding dispute resolution but, in such event, mediation shall proceed in

Additions and Deletions Report for AIA Document C103 – 2015. Copyright © 2015>. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This draft was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)

advance of binding dispute resolution proceedings, which shall be stayed pending mediation for a period of sixty (60) days from the date of filing, unless stayed for a longer period by agreement of the parties or court order. If an arbitration proceeding is stayed pursuant to this Article, the parties may nonetheless proceed to the selection of the arbitrator(s) and agree upon a schedule for later proceedings.

§ 6.2.6 The parties shall share the mediator's fee and any filing fees equally. The mediation shall be held in the place where the Project is located, unless another location is mutually agreed upon. Agreements reached in mediation shall be enforceable as settlement agreements in any court having jurisdiction thereof.

§ 6.2.7 If the parties do not resolve a dispute through mediation pursuant to this Section 6.2, the method of binding dispute resolution shall be the following:

**PAGE 9**

[ X ] Arbitration pursuant to Section 6.3 of this Agreement

...

§ 6.3.1 If the parties have selected arbitration as the method for binding dispute resolution in this Agreement, any claim, dispute or other matter in question, arising out of or related to this Agreement, subject to, but not resolved by, mediation shall be subject to arbitration, which unless the parties mutually agree otherwise, shall be administered by the American Arbitration Association in accordance with its Construction Industry Arbitration Rules in effect on the date of this Agreement. A demand for arbitration shall be made in writing, delivered to the other party to this Agreement, and filed with the person or entity administering the arbitration. The arbitration will be heard by three arbitrators. Each party to the dispute shall nominate one arbitrator within thirty (30) days of the notice of arbitration given by either party to the other, and the two arbitrators so nominated shall select the presiding arbitrator within thirty days after the latter two party-nominated arbitrators has been nominated and accepted his or her appointment. If either party fails to nominate its party-nominated arbitrator, or the two party-nominated arbitrators fail to appoint a presiding arbitrator, within the applicable time period, then the AAA shall appoint the missing arbitrator or arbitrators, to be selected from AAA's Large, Complex Construction Case Panel. In all cases, the arbitrators shall determine the rights and obligations of the parties according to the substantive law of the State of Oklahoma, excluding its conflict of law principles.

**PAGE 10**

§ 6.3.3 Subject to the terms of this Article 6, the parties shall have the right to engage in reasonable discovery, including the right to production of relevant documents by the opposing party, the right to take depositions reasonably limited in number, time and place, and the right to engage expert witnesses. The award rendered by the arbitrator(s) shall be ~~final, and judgment~~ final and binding, and shall state the reasons upon which the award thereof is based. The parties agree that the, judgment on the arbitration may be entered upon it in accordance with applicable law in any court having jurisdiction thereof.

...

§ 6.4 In the event a dispute arises between the Owner and the Consultant, the Consultant shall continue to perform its services without interruption or delay, provided that the Owner pays all undisputed amounts due the Consultant.

§ 6.5 The Consultant shall place in all of its subcontracts and subconsultant agreements provisions which require the consent of all parties to such subcontracts and subconsultant agreements to such dispute resolution procedures.

§ 6.6 The provisions of this Article 6 shall survive the termination of this Agreement.

§ 7.1 If the Owner fails to make payments to the Consultant in accordance with this Agreement, within seven (7) days after written notice from the Consultant, such failure shall be considered substantial nonperformance and cause for termination or, at the Consultant's option, cause for suspension of performance of services under this Agreement. If the Consultant elects to suspend services, the Consultant shall give seven days' written notice to the Owner before suspending services. In the event of a suspension of services, the Consultant shall have no liability to the Owner for delay or damage caused the Owner because of such suspension of services. Before resuming services, the Consultant shall be paid all sums due prior to suspension and any expenses incurred in the interruption and resumption of the

Additions and Deletions Report for AIA Document C103 – 2015. Copyright © 2015>. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This draft was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)

Consultant's ~~services.~~ services, as properly documented and provided to the Owner. The Consultant's fees for the remaining services and the time schedules shall be equitably ~~adjusted.~~ adjusted by mutual agreement of the parties

**§ 7.2** If the Owner suspends the Project or the Consultant's services, the Consultant shall be compensated for services performed prior to notice of such suspension. When the Project or the Consultant's services are resumed, the Consultant shall be compensated for expenses incurred in the interruption and resumption of the Consultant's services. The Consultant's fees for the remaining services and the time schedules shall be equitably ~~adjusted.~~ adjusted by mutual agreement of the parties.

**§ 7.3** If the Owner suspends the Project or the Consultant's services for more than ~~90~~ ninety (90) cumulative days for reasons other than the fault of the Consultant, the Consultant may terminate this Agreement by giving not less than seven (7) days' written notice.

**§ 7.4** Either party may terminate this Agreement upon not less than ~~seven~~ fifteen (15) days' written notice should the other party fail substantially to perform in accordance with the terms of this Agreement through no fault of the party initiating the termination.

**§ 7.5** The Owner may terminate this Agreement upon not less than ~~seven~~ thirty (30) days' written notice to the Consultant for the Owner's convenience and without cause.

**PAGE 11**

**§ 7.7** Termination Expenses are in addition to compensation for the Consultant's services and include expenses directly attributable to termination for which the Consultant is not otherwise ~~compensated, plus an amount for the Consultant's~~ compensated. For the avoidance of doubt, Termination Expenses are only applicable and payable to Consultant so long as such termination is for any reason other than the material breach of Consultant. The Consultant will not receive anticipated profit on the value of the services not performed by the Consultant.

**§ 7.8** ~~The Owner's rights to use the Consultant's Instruments of Service in the event of a termination of this Agreement are set forth in Article 5 and Section 8.7.~~ Intentionally omitted.

...

See Attachment D1 – Fee Proposal & Scope of Services - Schematic Design & Attachment D2 – Fee Proposal & Scope of Services - Design Development

...

At rates as provided within Attachment C – Consultant's Standard Hourly Billing Rates incl. Subconsultants

**§ 8.3** The hourly billing rates for services of the ~~Consultant and the Consultant's subconsultants,~~ Consultant, if any, are set forth below. The rates ~~shall be adjusted in accordance with the Consultant's and Consultant's subconsultants' normal review practices.~~ are fixed for the duration of the Agreement, based on phase of the Project.

...

See Attachment C – Consultant's Standard Hourly Billing Rates incl. Subconsultants

...

**§ 8.4** Unless otherwise agreed, payments for services shall be made monthly in proportion to services ~~performed.~~ performed, and if on an hourly basis, per hours performed and billed with detailed back up. Payments are due and payable upon presentation ~~of the Consultant's invoice. Amounts unpaid ( ~~ and Owner approval of the Consultant's invoice, in whole or in part. Amounts unpaid thirty ( 30 ) days after the invoice date approval shall bear interest at the rate entered below, or in the absence thereof at the legal rate prevailing from time to time at the principal place of business of the Consultant.

...

Additions and Deletions Report for AIA Document C103 – 2015. Copyright © 2015>. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This draft was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)

~~percent ( %)~~ six percent ( 6 %) per annum
PAGE 12

.1 Transportation ~~and authorized out-of-town travel and subsistence;~~ including vehicle mileage at the current allowable IRS rate ;

...

.8 ~~All taxes levied on professional services and on reimbursable expenses;~~ Intentionally omitted;
.9 Other similar Project-related expenditures, if authorized in advance by the ~~Owner.~~ Owner, and as provided within Attachment C (Consultant's Standard Hourly Billing Rates incl. Subconsultants); such approval and authorization shall not be unreasonably withheld or delayed.

§ 8.6.2 For Reimbursable Expenses the compensation shall be the expenses incurred by the Consultant plus an administrative fee of ten percent ( 10 %) of the expenses incurred.

§ 8.6.3 If the insurance requirements listed in Section 2.7 exceed the types and limits the Consultant normally maintains and the Consultant incurred or will incur additional costs to satisfy such requirements, the Owner shall reimburse the Consultant for such ~~costs as set forth below:~~ costs.

...

~~If the Owner terminates the Consultant for its convenience under Section 7.5, or the Consultant terminates this Agreement under Section 7.3, the Owner shall pay a licensing fee as compensation for the Owner's continued use of the Consultant's Instruments of Service solely for purposes of completing, using and maintaining the Project as follows:~~ Intentionally omitted;

...

§ 9.3 If the Owner requests the Consultant to execute certificates, the proposed language of such certificates shall be submitted to the Consultant for review at least ~~14~~ fourteen (14) days prior to the requested dates of execution. If the Owner requests the Consultant to execute consents reasonably required to facilitate assignment to a lender, the Consultant shall execute all such consents that are consistent with this Agreement, provided the proposed consent is submitted to the Consultant for review at least ~~14~~ fourteen (14) days prior to execution. The Consultant shall not be required to execute certificates or consents that would require knowledge, services, or responsibilities beyond the scope of this Agreement.
PAGE 13

**§ 9.7 TO THE FULLEST EXTENT PERMITTED BY LAW, CONSULTANT SHALL INDEMNIFY, DEFEND AND HOLD HARMLESS OWNER, ITS AGENTS AND EMPLOYEES, FROM AND AGAINST LOSSES, DAMAGES AND JUDGMENTS ARISING FROM CLAIMS BY THIRD PARTIES, INCLUDING REASONABLE ATTORNEYS' FEES AND EXPENSES RECOVERABLE UNDER APPLICABLE LAW, TO THE EXTENT THEY ARE FOUND TO BE DIRECTLY CAUSED BY A NEGLIGENT ACT, ERROR OR OMISSION OF CONSULTANT OR CONSULTANT'S OFFICERS, DIRECTORS, PARTNERS, AGENTS, EMPLOYEES OR SUBCONSULTANTS IN THE PERFORMANCE OF SERVICES UNDER THIS AGREEMENT, EXCEPT TO THE EXTENT THAT ANY SUCH CLAIM, LOSS, OR DAMAGE ARISES OUT OF OR RESULTS FROM THE NEGLIGENT ACTS OF, OMISSIONS OF, OR BREACH BY OWNER OR OWNER'S REPRESENTATIVES.**

§ 9.8 The Consultant shall provide the Owner with a redacted copy of the Consultant's contracts with its subconsultants. The Consultant shall promptly provide the Owner with a copy of any notice of default under the subconsultant's contract. The Consultant shall promptly pay all monies due and owing to the Consultant's subconsultants, and agrees to indemnify, defend, and hold the Owner harmless from and against any and all claims made by the Consultant's subconsultants for money due or for any other claim or lien filed.

Additions and Deletions Report for AIA Document C103 – 2015. Copyright © 2015>. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This draft was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)

§ 9.9 Neither party shall solicit the other party's employees, vendors, subcontractors, or representatives without prior written notification to and authorization by the other party.

...

.2 ~~AIA Document E203™–2013, Building Information Modeling and Digital Data Exhibit, if completed, or the following:~~
INTENTIONALLY OMITTED:

...

.3 ~~Scope of Services Exhibit(s) listed in section 2.1~~Intentionally deleted.

...

*(List other documents hereby incorporated into the Agreement.)*

Attachment A – Program
Attachment B – Consultant's Standard Hourly Billing Rates incl. Subconsultants
Attachment C – Deliverables Matrices
Attachment D1 – Fee Proposal & Scope of Services - Schematic Design
Attachment D2 – Fee Proposal & Scope of Services - Design Development
Attachment E – Insurance Certificate (s)
Attachment F – Contract Milestone Schedule

Additions and Deletions Report for AIA Document C103 – 2015. Copyright © 2015>. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This draft was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1756511559)

# *Certification of Document's Authenticity*

*AIA® Document D401™ – 2003*

I, , hereby certify, to the best of my knowledge, information and belief, that I created the attached final document simultaneously with its associated Additions and Deletions Report and this certification at 13:28:07 ET on 08/22/2023 under Order No. 2114463019 from AIA Contract Documents software and that in preparing the attached final document I made no changes to the original text of AIA® Document C103™ – 2015, Standard Form of Agreement Between Owner and Consultant without a Predefined Scope of Consultant's Services, other than those additions and deletions shown in the associated Additions and Deletions Report.

_______________________________________________

*(Signed)*

_______________________________________________

*(Title)*

_______________________________________________

*(Dated)*

AIA Document D401 – 2003. Copyright © 1992 and 2003. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This document was produced at 13:28:07 ET on 08/22/2023 under Order No.2114463019 which expires on 09/02/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (1768511559)