Message

**From:** Steve Hedrick [steveh@megdevteam.com]
**Sent:** 1/5/2024 10:49:02 AM
**To:** Gene Bicknell [gene.bicknell@marinerwealth.com]; Larry Wilhite [lwilhite@themansiontheatre.com]
**Subject:** Fwd: PCL Payment for Invoice 1

FYI
See forwarded email below.

Steve Hedrick
Executive Producer
American Heartland Project
(818) 929-7712

Begin forwarded message:

**From:** Randy Printz <randyp@megdevteam.com>
**Subject: PCL Payment for Invoice 1**
**Date:** January 5, 2024 at 9:21:18 AM MST
**To:** Steve Hedrick <steveh@megdevteam.com>
**Cc:** Jeremy Chaston <jeremyc@megdevteam.com>, Carl Williams <carlw@megdevteam.com>

Steve,

Just received a call from Wayne Melnyck. PCL hasn't received payment for their first invoice which was submitted on November 16th. PCL management has directed Wayne to suspend service on Monday if they haven't received that payment. They are also looking for the signed revision 1 to their LOI.

Randy

Randy Printz
Executive Project Director
randyp@megdevteam.com
C: (805) 428-8980

Please consider the environment before printing this email.
This email is confidential and may be legally privileged. Any dissemination, distribution, copying, reproduction, modification or publication of this communication is strictly prohibited by non-intended recipients. In case this email was mistakenly sent to you, please reply to the sender and delete it along with any attachments.