# Master Plan – Phase 1




04.21.2023 | Utility Coordination

exp. FOR REC MEG MANSION

# Master Plan - Utility Loads

| LAZYHAWK | | ELECTRICAL DEMAND | | WATER & SEWER DEMAND | | | | NATURAL GAS DEMAND | | | | | | VOICE-DATA DEMAND | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUMMARY | SF | NORMAL CONNECTED (KW) | NORMAL DEMAND (KW) | FACILITY WATER (GALLONS PER DAY) | IRRIGATION & WASHDOWN (GALLONS PER DAY) | TOTAL WATER (GALLONS PER DAY) | WASTE WATER (GALLONS PER DAY) | COOKING GAS CONNECTED LOAD (MBH) | DOMESTIC WATER HEATING GAS (MBH) | SPACE HEATING (HVAC) GAS (MBH) | SPFX GAS CONNECTED LOAD (MBH) | POOL WATER HEATING LOAD (MBH) | TOTAL MBH | TELEPHONE (CHANNELS) | DATA BANDWIDTH (Mbps) |
| PHASE I | | | | | | | | | | | | | | | |
| THEME PARK PHASE I TOTAL | 2,488,646 | 24,832 | 19,003 | 364,150 | 157,507 | 521,657 | 334,575 | 43,042 | 16,640 | 78,390 | 7,500 | - | 145,571 | 576 | 3,047 |
| RV RESORT | 157,862 | 7,010 | 4,066 | 44,200 | 91,448 | 135,648 | 42,710 | 6,531 | 1,060 | 2,504 | - | 2,550 | 12,644 | 105 | 1,458 |
| HOTEL | 300,000 | 1,690 | 980 | 43,200 | 28,575 | 71,775 | 42,768 | 5,250 | 4,000 | 15,000 | - | 750 | 25,000 | 30 | 417 |
| PHASE I SUBTOTAL | | 33,532 | 24,049 | 451,550 | 277,531 | 729,080 | 420,053 | 54,823 | 21,700 | 95,893 | 7,500 | 3,300 | 183,216 | 811 | 6,311 |
| ESTIMATED PH I PEAK ELECTRICAL | 0.85 | | 20,442 | | | | | | | | | | | | |
| PHASE II | | | | | | | | | | | | | | | |
| PHASE II SUBTOTAL | | 42,972 | 24,924 | 531,881 | 210,446 | 742,327 | 495,769 | 94,603 | 34,772 | 165,750 | 2,250 | 5,813 | 303,187 | 549 | 8,890 |
| ESTIMATED PH II PEAK ELECTRICAL | 0.85 | | 21,185 | | | | | | | | | | | | |
| TOTAL | | 76,504 | 45,365<br>38,561 | 983,431 | 487,976 | 1,471,407 | 915,821 | 149,426 | 56,472 | 261,643 | 9,750 | 9,113 | 486,403 | 1,360 | 15,202 |

Page 1

# Master Plan – Phase 1 - Points of Connection




04.21.2023 | Utility Coordination

exp. FOR REC MEG MANSION

# Master Plan – Full Buildout - Points of Connection




04.21.2023 | Utility Coordination

exp. FOR REC MEG MANSION

MEG™
MANSION
ENTERTAINMENT GROUP

***Steve Hedrick***
Vice President Project Development

(818) 929-7712

THE MANSION | MANSION | MANSION SOUND | MANSION FILM & TELEVISION | MANSION STUDIOS

TheMansionTheatre.com
MansionEntertainmentGroup.com

McComb_000649