**Date:** Thu, 4 May 2023 4:17:16 PM (UTC)
**Sent:** Thu, 4 May 2023 4:16:58 PM (UTC)
**Subject:** Government Ask document attached
**From:** Steve Hedrick <stevevp@mansionentertainmentgroup.com>
**To:** Gene McComb <mcford_us@yahoo.com>; Larry wilhite <lwhilhite@themansiontheatre.com>;
**Attachments:** 2023-05-04 MEG OK Gov Ask.pdf; ATT00002.bin; image001.png; ATT00004.bin

Gents,
Please see below our government ask doc.
Steve

MANSION
ENTERTAINMENT GROUP

Mansion Entertainment Group (MEG) is positioned to develop a resort district consisting of a theme park, RV park, and sound stage studio lot in accordance with the March 2023 government support document (Attachment ‘A’). The cumulative owner investment for this resort district is substantial and expected to garner international recognition resulting in significant financial appreciation of the surrounding land, infrastructure, and community. In return for this investment, MEG is requesting government, both state and local, participation in annexation and financial subsidy. We understand that formal annexation of the resort district property into the City of Vinita is key to successfully navigate the design, review, procurement, and construction efforts relative to the current opening day schedules.

Our next milestone is the public release of the project and commencing with our permitting works. In order to proceed with these efforts, MEG requests government participation in the following areas, with associated detailed summary:

1. Annexation and Partnering
    a. Planned Unit Development
    b. Resort Overlay Zone
    c. Priority Permitting
2. Public Works
    a. Transportation Infrastructure
    b. Municipal Infrastructure
    c. Wayfinding and Signage
    d. Public Transportation Infrastructure
    e. Public Service Presence
3. Private Works
    a. Natural Gas
    b. Power
    c. Technology
4. Facilitation and Messaging
5. Resort Development Subsidies

Annexation and Partnering:

---

1. The City of Vinita will formally plan, subsidize, and execute annexation of the overall resort district in support of the Project.
2. The State of Oklahoma and the City of Vinita will develop a master zoning overlay for land areas influenced by the proposed resort park. This zoning overlay will include but not be limited to the following:

    a. A Planned Unit Development (PUD) or the resort proper. This PUD document will identify all building types, criteria, and functional uses which will be allowed on the resort property, including but not limited to the following:
        i. Opening day programs facilities

MANSION
ENTERTAINMENT GROUP

ii. Build-out within the resort
iii. Rehabilitation and renewal of resort functions
iv. Fireworks
v. Pyrotechnics
vi. Lasers
vii. Noise
viii. Light
ix. Drones required for operational use

b. A resort overlay zoning district for specific areas surrounding the resort proper. This resort overlay will identify all building types, criteria and functional uses which will be allowed within the overlay zoning district.
   i. Noise from off-site locations
   ii. Height restrictions (visual intrusion) for adjacent development
   iii. Air quality supportive of large-scale public gathering
   iv. No Fly Zone prohibiting flights over the property except as needed for safety and to develop and operate the resort
   v. Complimentary adjacent developments

3. The State of Oklahoma and the City of Vinita will facilitate permitting efforts associated with the overall resort district, including but not limited to consistent review personnel and expedited review timelines (including all design, subcontractor, and off-site permit submittals).

Public Works: State / Local Government Infrastructure and Utilities

---

The State of Oklahoma and the City of Vinita will subsidize the right-of-way acquisition, design, procurement, and construction efforts associated with the following infrastructure in support of the resort project:

1. Transportation infrastructure, subject to information provided in the TEC executive summary and upcoming traffic impact analysis, including the following:
   a. New exit/on-ramp interchange at the intersection of the 1-44 turnpike and SH4460.
   b. New fly over of the BNSF railway immediately south of the intersection of the 1-44 turnpike and SH-4460.
   c. Upgrading the following roadways per Attachment 'B'.
      i. SH-4440 Rd
      ii. SH-4460 Rd
      iii. SH-4480 Rd
      iv. CR E-260 Rd
      v. SH-60 / US Route 66

   d. New improvements / interchanges at Entrance elements within the Theme Park.
   e. New pedestrian-only access route from the Theme Park to the RV park per Attachment 'B'.

2. Municipal infrastructure, subject to information provided in the EXP capacity analysis and matrix (Attachments C and D), including but not limited to the following:
   a. Domestic water, including booster infrastructure as required, to accommodate design pressures as required for fire suppression of all onsite buildings and infrastructure.
   b. Sanitary sewer infrastructure, including transmission lines and treatment plant.
   c. Stormwater management infrastructure, as required, to comply with the requirements of FEMA and the US Army Corp of Engineers.

3. Wayfinding and signage infrastructure, incorporating licensed resort logos, including but not limited to the following:
   a. Directional signage within the Grand Lake & Vinita area.
   b. Directional signage within the catchment area.
   c. Directional signage within metropolitan areas (i.e. Tulsa and Oklahoma City)
   d. Directional signage along major roadways such as Interstate 44 and US-60 / US Route 66

4. Public Transportation infrastructure, including but not limited to the following:
   a. Connecting the resort to major transportation hubs
   b. Connecting the resort to adjacent developments and municipalities

5. Public service presence and infrastructure as required to accommodate a response time of no more than5 minutes for the following emergency service providers:
   a. Police
   b. Fire
   c. Emergency First Aid

Private Works: Utilities

The State of Oklahoma and City of Vinita will provide support and resources as required to successfully negotiate private utility companies' subsidization of right-of-way acquisition, design, procurement and construction efforts associated with the following infrastructure in support of the resort project:

1. Piped Natural Gas
2. Electrical infrastructure, including peak load redundant power sources originating from multiple service providers.
3. Technology (Fiber, Cable, etc.)

MANSION
ENTERTAINMENT GROUP

Facilitation and Messaging

1. The State of Oklahoma and the City of Vinita will collaborate with MEG to steer media relations and marketing messaging, including but not limited to committing associated funding, reflective of the level of investment in support of the Project.
2. The City of Vinita will formally plan, subsidize, and execute the annexation of the overall resort district in support of the Project.
3. The State of Oklahoma and the City of Vinita will facilitate permitting efforts associated with the overall resort district, including but not limited to consistent review personnel and expedited review timelines (including all design, subcontractor, and off-site permit submittals).
4. The State of Oklahoma and the City of Vinita will agree to a pacing milestone methodology which will identify and assure delivery schedules for the substantial completion of identified infrastructure and requirements for fully operational resort district functions.

Resort Development Subsidies

1. State and local governments will offer MEG Development substantial financial assistance in the way of subsidies and tax incentives.

# Resort Context Plan



# Site Access




**LEGEND**

- Mansion Project Lands
- Existing Roads
- **Phase 1 Proposed Roads – Government Scope**
  - Road Construction and maintenance
  - Utility corridor along roads
- **Phase 2 Proposed Roads – Government Scope**
  - Road Construction and maintenance
  - Utility corridor along roads
- I-44 infrastructure improvements required including interchange

0 mi 1mi 2mi

# Master Plan - Utility Loads

| LAZYHAWK | | ELECTRICAL DEMAND | | WATER & SEWER DEMAND | | | | NATURAL GAS DEMAND | | | | | | VOICE-DATA DEMAND | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUMMARY | SF | NORMAL CONNECTED (KW) | NORMAL DEMAND (KW) | FACILITY WATER (GALLONS PER DAY) | IRRIGATION & WASHDOWN (GALLONS PER DAY) | TOTAL WATER (GALLONS PER DAY) | WASTE WATER (GALLONS PER DAY) | COOKING GAS CONNECTED LOAD (MBH) | DOMESTIC WATER HEATING GAS (MBH) | SPACE HEATING (HVAC) GAS (MBH) | SPFX GAS CONNECTED LOAD (MBH) | POOL WATER HEATING LOAD (MBH) | TOTAL MBH | TELEPHONE (CHANNELS) | DATA BANDWIDTH (Mbps) |
| PHASE I | | | | | | | | | | | | | | | |
| THEME PARK PHASE I TOTAL | 2,488,646 | 25,238 | 19,239 | 364,125 | 157,507 | 521,632 | 334,552 | 43,042 | 16,640 | 49,733 | 7,500 | - | 116,915 | 576 | 3,047 |
| RV RESORT | 157,862 | 7,010 | 4,066 | 76,825 | 91,448 | 168,273 | 73,703 | 11,781 | 1,060 | 2,347 | - | 2,550 | 17,737 | 105 | 1,458 |
| HOTEL | 350,000 | 1,690 | 980 | 43,200 | 28,575 | 71,775 | 42,768 | 5,250 | 4,000 | 17,500 | - | 750 | 27,500 | 30 | 417 |
| PHASE I SUBTOTAL | | 33,938 | 24,284 | 484,150 | 277,531 | 761,680 | 451,024 | 60,073 | 21,700 | 69,579 | 7,500 | 3,300 | 162,152 | 811 | 6,311 |
| ESTIMATED PH I PEAK ELECTRICAL | 0.85 | | 20,642 | | | | | | | | | | | | |
| PHASE II | | | | | | | | | | | | | | | |
| PHASE II SUBTOTAL | | 43,094 | 24,995 | 582,442 | 210,446 | 792,888 | 543,802 | 102,740 | 34,772 | 157,074 | 2,250 | 5,813 | 302,649 | 549 | 8,890 |
| ESTIMATED PH II PEAK ELECTRICAL | 0.85 | | 21,245 | | | | | | | | | | | | |
| TOTAL | | 77,032 | 45,636<br>38,791 | 1,066,592 | 487,976 | 1,554,568 | 994,826 | 162,813 | 56,472 | 226,654 | 9,750 | 9,113 | 464,801 | 1,360 | 15,202 |

# Master Plan - Points of Connection




05.03.2023 | Utility Coordination

McComb_000219

MEG™
MANSION
ENTERTAINMENT GROUP

**_Steve Hedrick_**

Vice President Project Development

(818) 929-7712

THE MANSION | MANSION | MANSION SOUND | MANSION FILM & TELEVISION | MANSION STUDIOS

TheMansionTheatre.com
MansionEntertainmentGroup.com

McComb_000221