Message

**From**: Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**Sent**: 7/26/2023 8:55:02 AM
**To**: Gene Bicknell [gene.bicknell@marinerwealth.com]
**CC**: lwilhite@themansiontheatre.com; Rick Silanskas [rsilanskas@themansiontheatre.com]
**Subject**: Re: Reactive Project Plans

Thank you, Gene.

It's very encouraging to know a plan is in place and we can move forward with this amazing project.
I'll keep you in the loop.

Steve

On Jul 26, 2023, at 6:03 AM, Gene Bicknell <gene.bicknell@marinerwealth.com> wrote:

This is receiving so much press that we will have all financing within the tome frame. We do have a plan and we have the necessary contacts. The $10 mil today and the first branding in place. Think positive.! Steve, please include me on all matters. We work as a trio and you are an amazing developer. We will hope not to put you in this position again.
Gene
Sent from my iPhone

On Jul 26, 2023, at 7:50 AM, lwilhite@themansiontheatre.com wrote:

Got this from Steve this morning...I have not called him, he does not know about the funds for today.
???

**From:** Steve Hedrick <stevevp@mansionentertainmentgroup.com>
**Sent:** Wednesday, July 26, 2023 7:23 AM
**To:** Larry Wilhite <lwilhite@themansiontheatre.com>
**Subject:** Reactive Project Plans

Hi Larry,

We need to have a plan, should the money arrive, or not arrive, by Friday of this week. Here's 3 scenarios to consider:

1. Money arrives Friday, all is good. We also have a good feeling that the $100M or so we need in the next quarter will be available. Terrific. We stay on schedule and move forward to build the best darn theme park and resort in the USA.

2. Money does not arrive by Friday and architects stop all work. I push the pause button on the project, asking the team to submit their invoices to date and not proceed with their assigned task. Kathy can then update our unpaid invoices spreadsheet, best guess approximately $15M. We should make every effort to pay this amount until we get can restart.

3. We receive approximately $8M to pay some of our outstanding expenses by Friday but there is no indication there will be funds to go forward with the major expenses we have coming up, i.e. RV Park construction, architects, sub consultants, millions in down payments to begin ride construction. Again, it would be wise to push the pause button as outlined above.

# 2 and # 3 above, depending on the length of the pause, we'll rework the design and construction schedule and suggest a new opening date for the project.

Let's discuss the details when you have time.

Steve

<Steve Hedrick Business Card copy-1.png>

<Steve Hedrick Business Card  copy-1.png>