**From:** Steve Hedrick <stevevp@mansionentertainmentgroup.com>
**To:** Gene Bicknell <gene.bicknell@marinerwealth.com>, Larry wilhite <lwilhite@themansiontheatre.com>
**Subject:** American Heartland Resort Costs going forward
**Date:** Sat, 29 Jul 2023 08:58:37 -0700
**Importance:** Normal
**Inline-Images:** Screenshot_2023-07-29_at_8.44.35_AM.png; Screenshot_2023-07-29_at_8.45.00_AM.png; Steve_Hedrick_Business_Card_copy-1.png

---

Hello Larry and Gene,

Good news on getting payments to the architects and consultants. Thank you Gene. You made them very happy.

I want to share our next steps to keep the American Heartland project moving forward and on schedule:
Below is an evaluation of where we are and where we're going by the end of the year, measured against our original cash flow estimate. It shows we'll be spending about $80M less than we first anticipated.

Following that, you'll find the estimate going forward, August through December. And finally, a schedule of when money is needed per month.

I hope this gives you a good look ahead for what's needed for the remainder of the year.

All the best,
Steve

**AMERICAN HEARTLAND PROJECT COSTS**
**Submitted July 29, 2023**




| | | |
|---|---|---|
| Projected Cash Flow amounts above Q2, Q3, Q4 = | $ 220,657,594 | |
| Costs to Date - April thru July | (20,378,000) | |
| Costs Going Forward - August thru December - see below | (118,146,000) | |
| | $ 82,133,594 | Under Cash Flow Projection Budget |

**AMERICAN HEARTLAND PROJECT COST GOING FORWARD**

**August 2023 - December 2023**

| | | |
|---|---|---|
| **TOTAL Aug - Dec** | | **$ 118,146,000** |

**Funding Schedule**

| | |
|---|---|
| **August** | **$ 24,810,660** |
| **September** | **$ 27,173,580** |
| **October** | **$ 24,810,660** |
| **November** | **$ 21,266,280** |
| **December** | **$ 20,084,820** |
| | |
| **Total** | **$ 118,146,000** |

Steve Hedrick
Executive Producer Project Development

818-929-7712 | SteveVP@MansionEntertainmentGroup.com

AmericanHeartlandThemePark.com ThreePoniesRVParkandCampground.com
MansionEntertainmentGroup.com