Message

**From:** Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**Sent:** 7/29/2023 1:08:29 PM
**To:** Gene Bicknell [gene.bicknell@marinerwealth.com]
**CC:** Larry wilhite [lwilhite@themansiontheatre.com]
**Subject:** Re: American Heartland Resort Costs going forward

No problem, Gene.

We have the dream team of all dream teams working on this project. I'm truly amazed at the talent we have so far, with more coming onboard each day.

Will keep you updated.
Steve

On Jul 29, 2023, at 10:43 AM, Gene Bicknell <gene.bicknell@marinerwealth.com> wrote:

Steve. I'm not concerned about the funding. Just hope attorneys and transfers don't happen again. Moving assets can run into toad blocks. Sorry for the position I put you in.

Sent from my iPhone

On Jul 29, 2023, at 11:04 AM, Larry wilhite <lwilhite@themansiontheatre.com> wrote:

Thanks Steve...

On Sat, Jul 29, 2023, 10:58 AM Steve Hedrick <stevevp@mansionentertainmentgroup.com> wrote:

Hello Larry and Gene,

Good news on getting payments to the architects and consultants. Thank you Gene. You made them very happy.

I want to share our next steps to keep the American Heartland project moving forward and on schedule:
Below is an evaluation of where we are and where we're going by the end of the year, measured against our original cash flow estimate. It shows we'll be spending about $80M less than we first anticipated.

Following that, you'll find the estimate going forward, August through December. And finally, a schedule of when money is needed per month.

I hope this gives you a good look ahead for what's needed for the remainder of the year.

All the best,
Steve

The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

<Screenshot 2023-07-29 at 8.44.35 AM.png><Screenshot 2023-07-29 at 8.45.00 AM.png>
<Steve Hedrick Business Card copy-1.png>