Message

**From**: Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**Sent**: 8/12/2023 6:16:52 AM
**To**: Gene Bicknell [gene.bicknell@marinerwealth.com]; Larry wilhite [lwilhite@themansiontheatre.com]
**Subject**: PCL Nassal THG proposal
**Attachments**: 230810_PCL Nassal THG MEG Presentation_.pdf; Untitled attachment 00006.htm; Steve Hedrick Business Card copy-1.png; Untitled attachment 00009.htm

Gene and Larry,

FYI
Below is the RFQ of the 3 companies that want to partner to build and install rides in our American Heartland theme park.
Impressive work history.

Steve