# AMERICAN HEARTLAND THEME PARK & RESORT

## Creative Integrated Delivery Solution

THG | PCL CONSTRUCTION | nassal

**Confidentiality Notice: The information contained in this presentation and any attachments is privileged and confidential and intended solely for the Mansion Entertainment Group LLC. It may not be reused and or shared with any other parties, vendors, and/or other project stakeholders.**

Change w/ final agenda

# AGENDA

- Introductions
  - Intro to PCL
  - Intro to Nassal
  - Intro to THG
- Why THG · PCL · NASSAL
- Proposed Integration
- Next Steps

# Team Introduction

# LEAD TEAM

THG



**Erik** Neergaard
Chief Creative Officer



**Scott** Sinclair
Executive Director of Design



**Ezra** Perez
Director of Project Management

PCL CONSTRUCTION



**Bob** Hopfenberg
VP, National Business Development



**Tim** Davenport
Field Operations Manager



**Jesse** Meyer
Construction Manager

nassal™



**Bill** Nassal
President



**Matt** Brown
VP, Nassal



**Daryl** Parker
VP, Nassal

# About PCL

**117**
YEAR-OLD COMPANY

**$8B**
ANNUAL REVENUE

**100%**
EMPLOYEE-OWNED

**31**
FULL-SERVICE OFFICE CENTERS

**$10B**
THEMED ENTERTAINMENT

**#13**
ENR LARGEST CONTRACTOR

FORTUNE
100
BEST COMPANIES TO WORK FOR® 2023

# PCL – Project Maps







GB00117898

CONSTRUCTION

# Experience In Every Facet Of The Park

- Amusement Parks
- Themed Attractions
- Family Activities and Waterways
- Retail / Food and Beverage
- Restaurants
- Hospitality

# **PCL** Theme Parks















# Disney Experts

- Over 160 Projects for Disney
- 10 Projects Throughout Animal Kingdom
- Themed Attractions, including Expedition Everest
- Disney Hotels, including:
  - *Villas at Wilderness Lodge*
  - *Riviera Resort*
  - *Villas at Beach Club*
  - *Galactica, Disney Aulani*






# Disney's Animal Kingdom



GB00117902


Disney's Animal Kingdom



Aquatica



GB00117904

Case 4:25-cv-00383-SH Document 208-52 Filed in USDC ND/OK on 10/07/26 Page 13 of 46



# **PCL** Themed Attractions















GB00117905



Diagon Alley at Universal Orlando



GB00117906

# **PCL** Retail/Food & Beverage













Intro to PC:
Hospitality
Disney Springs
16

# **PCL** Hospitality











Disney's Wilderness Lodge



GB00117910

nassal™

# Transforming Experiences

- Scenic Fabrication and Rockwork for:
  - Theme Parks
  - Zoos
  - Aquariums
  - Sports Venues
  - Resorts
  - Specialty Attractions

# We are **NASSAL.**

nassal™

Fantastic castles, exotic habitats, and faraway places all become reality when our skillful designers, builders, and craftsmen take your ideas from drawing board to groundbreaking.

**2** WORLD CLASS FABRICATION FACILITIES

**150,000+** SQUARE FEET OF FABRICATION FACILITIES

**65+** AWARD WINNING PROJECTS

**40** YEARS IN OPERATION

**350+** EMPLOYEES

**15** COUNTRIES

**Unlimited** PER-PROJECT BONDING CAPACITY

Intro to Nassal

# We Transform **EXPERIENCES.**

**Nassal offers specialty scenic fabrication and project delivery solutions for attractions and destinations around the world.**

We transform experiences. From your idea to opening day, we take a different approach to building and delivering cultural and entertainment destinations. We do this by disrupting the traditional delivery process. Together, our passionate teams increase quality, optimize value, and streamline implementation. We build lasting relationships with our clients by relentlessly doing what's right while having fun along the way. **Over the last 40 years, we have helped create award-winning destinations for the leading brands around the world.**



















Hogwarts at Universal Orlando and Hollywood


Intro to Nassal
Volcano Bay at Universal Orlando



Mickey's Runaway Railroad at Disneyland

THG

Dream. Design. Build. Beyond.

- Full show project life-cycle Blue Sky through Grand Opening
- Our creative and robust **design + production** teams ensure that every project is designed, integrated, and executed




One World Observatory at One World Trade Center



Beyond All Boundaries at the National WWII Museum



GB00117919



Crystal Lobby at Galaxy Macau

Case 4:25-cv-00383-SH Document 208-52 Filed in USDC ND/OK on 10/07/26 Page 29 of 46








Universal Epic Universe



GB00117922




Universal Orlando: Vicious 6 Minion Blaster




Universal Orlando: Vicious 6 Minion Blaster






Universal Hollywood – Kung Fu Panda, Secret Life of Pets, Jurassic World



GB00117925

# Why **THG · PCL · NASSAL**

- **SPEED TO MARKET**
  - Team Experience Working Together
  - Team Integration
  - Shared Processes
  - Project know-how
  - Solutions Oriented
  - Interests Aligned

- **PROACTIVE PROJECT MANAGEMENT:**
  - *Creative Intent / Show Quality*
  - *Driving Schedule*
  - *Budget Management*

- AMERICAN COMPANIES WORKING TOGETHER

Case 4:25-cv-00383-SH Document 208-52 Filed in USDC ND/OK on 10/07/26 Page 35 of 46



# Experience Working **Together**

- **Dreamworks Water Park** (American Dream Mall)
- **Dreamworks Theatre** (Kung-Fu Panda)
- **Super Nintendo World**
- **Jurassic World Ride**
- **The Simpsons Ride**
- **Fast and Furious** (Currently in construction)
- **Velocicoaster**
- **Dodgers Stadium** Enhancements
- **Wizarding World of Harry Potter** (Orlando and Hollywood)
- **Universal Epic Universe** (Currently in construction)







# Experience Working **Together**

- Seamless Integration
- Challenges:
  - Logistics
  - Pandemic
  - Schedule



Case 4:25-cv-00383-SH Document 208-52 Filed in USDC ND/OK on 10/07/26 Page 37 of 46



# Experience Working **Together**



- **PCL Construction**
  - *Nintendo World*
- **THG**
  - *Facility and Show Integration, Show Procurement*
- **Nassal**
  - *Scenic (Mario Kart and Super Mario Land)*

# Proposed Integration

# Contractual **Organizational** Structure

MANSION ENTERTAINMENT GROUP

PCL CONSTRUCTION

nassal

**Scenic and Rock Work**

**Facility Construction**

THG

**Creative, Show and Ride Install**

# How We Operate **Together**

Run Lean. Run Fast. Run Efficiently.

PCL CONSTRUCTION

THG

nassal™



# RESPONSIBILITY MATRIX

## AMERICAN HEARTLAND

DRAFT RESPONSIBILITY MATRIX

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHOW DESIGN | | CONCEPT DESIGN PHASE | SCHEMATIC SHOW SET DESIGN | SHOW SET DESIGN DEVELOPMENT | | | | | | | | INSTALL LABOR | INSTALL SUPERVISION | SHOW / RIDE PROGRAMMING | INSTALL COORDINATION | COMMISSION | CREATIVE BUYOFF |
| | SITE DEVELOPMENT & INFRASTRUCTURE | THG | THG | THG | | | | | | | | | | | | | |
| | FOH PARK BUILDINGS | THG | THG | THG | | | | | | | | | | | | | |
| | BOH PARK BUILDINGS | N/A | N/A | N/A | | | | | | | | | | | | | |
| FACILITY DESIGN | | | | | SCHEMATIC DESIGN | DESIGN DEVELOPMENT | CONSTRUCTION DRAWINGS | PROCURE | | | | | | | | | |
| | SITE DEVELOPMENT & INFRASTRUCTURE | | | | CUNINGHAM / FORREC | CUNINGHAM / FORREC | CUNINGHAM / FORREC | PCL | | | | PCL | PCL | N/A | PCL | PCL | THG |
| | FOH PARK BUILDINGS | | | | CUNINGHAM / FORREC | CUNINGHAM / FORREC | CUNINGHAM / FORREC | PCL | | | | PCL | PCL | N/A | PCL | PCL | THG |
| | BOH PARK BUILDINGS | | | | CUNINGHAM / FORREC | CUNINGHAM / FORREC | CUNINGHAM / FORREC | PCL | | | | PCL | PCL | N/A | PCL | PCL | THG |
| SHOW | | | | | | | | PROCURE | CONCEPT DESIGN / PRELIM FACILITY INPUTS | PRELIMINARY DESIGN / FINAL FACILITY INPUTS | DETAILED DESIGN / SHOP DRAWINGS | | | | | | |
| | ROCKWORK | THG | THG | THG | | | | NASSAL | NASSAL | NASSAL | NASSAL | NASSAL | NASSAL | THG / NASSAL | PCL/NASSAL | THG | THG |
| | THEMED FACADES | THG | THG | THG | | | | NASSAL | NASSAL | NASSAL | NASSAL | NASSAL | NASSAL | THG / NASSAL | PCL / NASSAL | THG | THG |
| | ANIMATED PROPS & FIGURES | THG | THG | THG | | | | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | BY OTHERS | BY OTHERS | THG / NASSAL | THG | THG | THG |
| | CONTROLS | THG | THG | THG | | | | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | BY OTHERS | BY OTHERS | THG / VENDOR | THG | THG | THG |
| | SHOW ACTION EQUIPMENT | THG | THG | THG | | | | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | BY OTHERS | BY OTHERS | THG / VENDOR | THG | THG | THG |
| | SHOW LIGHTING | THG | THG | THG | | | | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | BY OTHERS | BY OTHERS | THG / VENDOR | THG | THG | THG |
| | SPECIAL FX | THG | THG | THG | | | | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | BY OTHERS | BY OTHERS | THG / VENDOR | THG | THG | THG |
| | GRAPHICS AND SIGNAGE | THG | THG | THG | | | | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | BY OTHERS | BY OTHERS | THG / VENDOR | THG | THG | THG |
| | LIVE SHOWS | THG | CUNINGHAM / FORREC | CUNINGHAM / FORREC | | | | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | PCL | PCL | MEG ENT. | MEG ENT. | MEG ENT. | MEG ENT. |
| | RETAIL | THG | CUNINGHAM / FORREC | CUNINGHAM / FORREC | | | | PCL | N/A | N/A | N/A | PCL | PCL | THG | PCL | PCL | THG |
| RIDE | | | | | | | | | | | | | | | | | |
| | RIDE INFRASTRUCTURE | THG | THG | THG | | | | PCL | RIDE VENDORS TBD | RIDE VENDORS TBD | RIDE VENDORS TBD | PCL | PCL | N/A | PCL | N/A | N/A |
| | THEMED ATTRACTIONS | THG | THG | THG | | | | RIDE VENDOR | RIDE VENDORS TBD | RIDE VENDORS TBD | RIDE VENDORS TBD | TBD | RIDE VENDOR | THG | THG | THG | THG |
| | SIMPLE AMUSEMENT RIDES | THG | CUNINGHAM / FORREC | CUNINGHAM / FORREC | | | | RIDE VENDOR | RIDE VENDORS TBD | RIDE VENDORS TBD | RIDE VENDORS TBD | PCL | RIDE VENDOR | RIDE VENDOR | RIDE VENDOR | RIDE VENDOR | THG |

# RESPONSIBILITY MATRIX

| SHOW DESIGN | | CONCEPT DESIGN PHASE | SCHEMATIC SHOW SET DESIGN | SHOW SET DESIGN DEVELOPMENT |
|---|---|---|---|---|
| | SITE DEVELOPMENT & INFRASTRUCTURE | THG | THG | THG |
| | FOH PARK BUILDINGS | THG | THG | THG |
| | BOH PARK BUILDINGS | N/A | N/A | N/A |
| FACILITY DESIGN | | | | |
| | SITE DEVELOPMENT & INFRASTRUCTURE | | | |
| | FOH PARK BUILDINGS | | | |
| | BOH PARK BUILDINGS | | | |
| SHOW | | | | |
| | ROCKWORK | THG | THG | THG |
| | THEMED FACADES | THG | THG | THG |
| | ANIMATED PROPS & FIGURES | THG | THG | THG |
| | CONTROLS | THG | THG | THG |
| | SHOW ACTION EQUIPMENT | THG | THG | THG |
| | SHOW LIGHTING | THG | THG | THG |
| | SPECIAL FX | THG | THG | THG |
| | GRAPHICS AND SIGNAGE | THG | THG | THG |
| | LIVE SHOWS | THG | CUNINGHAM / FORREC | CUNINGHAM / FORREC |
| | RETAIL | THG | CUNINGHAM / FORREC | CUNINGHAM / FORREC |
| RIDE | | | | |
| | RIDE INFRASTRUCTURE | THG | THG | THG |
| | THEMED ATTRACTIONS | THG | THG | THG |
| | SIMPLE AMUSEMENT RIDES | THG | CUNINGHAM / FORREC | CUNINGHAM / FORREC |

# RESPONSIBILITY MATRIX

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **SHOW DESIGN** | | | | | | | | |
| | SITE DEVELOPMENT & INFRASTRUCTURE | | | | | | | |
| | FOH PARK BUILDINGS | | | | | | | |
| | BOH PARK BUILDINGS | | | | | | | |
| **FACILITY DESIGN** | | **SCHEMATIC DESIGN** | **DESIGN DEVELOPMENT** | **CONSTRUCTION DRAWINGS** | **PROCURE** | | | |
| | SITE DEVELOPMENT & INFRASTRUCTURE | CUNINGHAM / FORREC | CUNINGHAM / FORREC | CUNINGHAM / FORREC | PCL | | | |
| | FOH PARK BUILDINGS | CUNINGHAM / FORREC | CUNINGHAM / FORREC | CUNINGHAM / FORREC | PCL | | | |
| | BOH PARK BUILDINGS | CUNINGHAM / FORREC | CUNINGHAM / FORREC | CUNINGHAM / FORREC | PCL | | | |
| **SHOW** | | | | | **PROCURE** | **CONCEPT DESIGN / PRELIM FACILITY INPUTS** | **PRELIMINARY DESIGN / FINAL FACILITY INPUTS** | **DETAILED DESIGN / SHOP DRAWINGS** |
| | ROCKWORK | | | | NASSAL | NASSAL | NASSAL | NASSAL |
| | THEMED FACADES | | | | NASSAL | NASSAL | NASSAL | NASSAL |
| | ANIMATED PROPS & FIGURES | | | | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD |
| | CONTROLS | | | | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD |
| | SHOW ACTION EQUIPMENT | | | | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD |
| | SHOW LIGHTING | | | | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD |
| | SPECIAL FX | | | | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD |
| | GRAPHICS AND SIGNAGE | | | | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD |
| | LIVE SHOWS | | | | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD | SHOW VENDOR TBD |
| | RETAIL | | | | PCL | N/A | N/A | N/A |
| **RIDE** | | | | | | | | |
| | RIDE INFRASTRUCTURE | | | | PCL | RIDE VENDORS TBD | RIDE VENDORS TBD | RIDE VENDORS TBD |
| | THEMED ATTRACTIONS | | | | RIDE VENDOR | RIDE VENDORS TBD | RIDE VENDORS TBD | RIDE VENDORS TBD |
| | SIMPLE AMUSEMENT RIDES | | | | RIDE VENDOR | RIDE VENDORS TBD | RIDE VENDORS TBD | RIDE VENDORS TBD |

# RESPONSIBILITY MATRIX

| SHOW DESIGN | | INSTALL LABOR | INSTALL SUPERVISION | SHOW / RIDE PROGRAMMING | INSTALL COORDINATION | COMMISSION | CREATIVE BUYOFF |
|---|---|---|---|---|---|---|---|
| | SITE DEVELOPMENT & INFRASTRUCTURE | | | | | | |
| | FOH PARK BUILDINGS | | | | | | |
| | BOH PARK BUILDINGS | | | | | | |
| FACILITY DESIGN | | | | | | | |
| | SITE DEVELOPMENT & INFRASTRUCTURE | PCL | PCL | N/A | PCL | PCL | THG |
| | FOH PARK BUILDINGS | PCL | PCL | N/A | PCL | PCL | THG |
| | BOH PARK BUILDINGS | PCL | PCL | N/A | PCL | PCL | THG |
| SHOW | | | | | | | |
| | ROCKWORK | NASSAL | NASSAL | THG / NASSAL | PCL/NASSAL | THG | THG |
| | THEMED FACADES | NASSAL | NASSAL | THG / NASSAL | PCL / NASSAL | THG | THG |
| | ANIMATED PROPS & FIGURES | BY OTHERS | BY OTHERS | THG / NASSAL | THG | THG | THG |
| | CONTROLS | BY OTHERS | BY OTHERS | THG / VENDOR | THG | THG | THG |
| | SHOW ACTION EQUIPMENT | BY OTHERS | BY OTHERS | THG / VENDOR | THG | THG | THG |
| | SHOW LIGHTING | BY OTHERS | BY OTHERS | THG / VENDOR | THG | THG | THG |
| | SPECIAL FX | BY OTHERS | BY OTHERS | THG / VENDOR | THG | THG | THG |
| | GRAPHICS AND SIGNAGE | BY OTHERS | BY OTHERS | THG / VENDOR | THG | THG | THG |
| | LIVE SHOWS | PCL | PCL | MEG ENT. | MEG ENT. | MEG ENT. | MEG ENT. |
| | RETAIL | PCL | PCL | THG | PCL | PCL | THG |
| RIDE | | | | | | | |
| | RIDE INFRASTRUCTURE | PCL | PCL | N/A | PCL | N/A | N/A |
| | THEMED ATTRACTIONS | TBD | RIDE VENDOR | THG | THG | THG | THG |
| | SIMPLE AMUSEMENT RIDES | PCL | RIDE VENDOR | RIDE VENDOR | RIDE VENDOR | RIDE VENDOR | THG |

# Next Steps

# APPROACH

- PMO SUPPORT
- PRECON – EARLY WORKS
- SCHEDULE & SEQUENCING
- *REAL-TIME ESTIMATING*