Message

**From**: Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**Sent**: 8/12/2023 6:26:26 AM
**To**: Gene Bicknell [gene.bicknell@marinerwealth.com]
**Subject**: Re: PCL Nassal THG proposal

Ok thanks Gene,
Looking forward to turning the machine on to full throttle.
Steve

On Aug 12, 2023, at 4:22 AM, Gene Bicknell <gene.bicknell@marinerwealth.com> wrote:

Thanks Steve. We won't be too long in getting all paid. Appreciate you. Must get tax incentives in place also.

Sent from my iPhone

On Aug 12, 2023, at 7:18 AM, Steve Hedrick <stevevp@mansionentertainmentgroup.com> wrote:

Gene and Larry,

FYI
Below is the RFQ of the 3 companies that want to partner to build and install rides in our American Heartland theme park.
Impressive work history.

Steve

[cid:1dbcb91d-eea7-4084-8c15-d6218db2637c@namprd19.prod.outlook.com]

<230810_PCL Nassal THG MEG Presentation_.pdf>

<Steve Hedrick Business Card  copy-1.png>