Message

**From**: Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**Sent**: 9/3/2023 4:25:56 PM
**To**: Gene Bicknell [gene.bicknell@marinerwealth.com]
**Subject**: Re: Possible Investor

Thanks Gene. We're hanging in there until the eagle has landed.

Steve

On Sep 2, 2023, at 12:06 PM, Gene Bicknell <gene.bicknell@marinerwealth.com> wrote:

Thanks Steve. I think we will be funded soon. Sorry for your having to go through the delays we've had.

Sent from my iPhone

On Sep 1, 2023, at 2:44 PM, Steve Hedrick <stevevp@mansionentertainmentgroup.com> wrote:

Hello Bob. Long time!

The project is self financed and they may be limiting outside investors to $100M. I'll pass your note along to our CFO, Larry Wilhite and CEO Gene Bicknell.

Good to hear from you after all these years. Hope you're well and happy.

Steve

<Steve Hedrick Business Card copy-1.png>

On Sep 1, 2023, at 12:08 PM, rmctyre apogeea.com <rmctyre@apogeea.com> wrote:

Steve,

Congratulations on your Oklahoma project. Looks very exciting and I'm glad to read you're doing so well.

I am currently working on a much smaller project in North Dakota. One of our key investors is a substantial Investment banking firm "Stifel." They read about your mansion project and were very intrigued.

They would like to talk to your CFO or whomever is involved in financing your project. Stifel has been very much on top of their game for our project and they have become intrigued with the park busines. Can you refer them to the right executive at Mansion? It might be a good opportunity for Mansion and Stifel.

Please let me know.

Best regards and thank you,

Bob

Bob McTyre
Apogee Attractions LLC
19360 Rinaldi St., Ste 352
Porter Ranch, CA 91326
USA

Direct: 818-341-1515
Mobil: 508-395-9338
www.ApogeeAttractions.com

<Outlook-cdglst2x.png>

Notice; The content of this e-mail and all attachments are the copyrighted property of Apogee Attractions LLC
Copyright © 2023 Apogee Attractions LLC

<Steve Hedrick Business Card copy-1.png>