Excellent! Thank you.

Hope you day and weekend were good

👍

Jun 30, 2023 at 3:01 PM

Some good news coming your way. Standby.

Standing by!!!!

Sep 15, 2023 at 3:03 PM

Thanks Steve. Hope to get rid of all the back invoices soon. You have hung with us. Didn't expect the long delay. The firms doing the work are getting a good profit so we need to get them paid   Pray your weekend is good. Bless you. Gene

Good news, Gene. I feel like a vaudeville plate spinner. No broken dishes yet!

Keep spinning.....youre appreciated.

Sep 28, 2023 at 7:58 AM

Good morning Gene. Is there any update if the $12M will be arriving today or tomorrow? The wolves are at my door growling as they are expecting a partial payment this week. Thanks.

Sep 28, 2023 at 10:31 AM

Think it may be tomorrow. Believe me Steve I'm sick of this delay. I am on it with all my prowess. You are so appreciated. Didn't expect this. Delay of 6 months was not pleasant. They will all be glad they hung with us because this is just the beginning. Let you know asap.

Thanks Gene.

Sep 29, 2023 at 6:39 AM

I'm feeling that today or depending on transfers. Monday at the latest.

That's good news. Thanks Gene.

Oct 2, 2023 at 11:48 AM

Please let me know if the transfer is coming in today. Thanks.

Oct 2, 2023 at 2:16 PM

Checking now. Haven't heard anything. Sorry.

Ok thanks Gene. Fingers crossed.

Im trying hard to get the trusts from estate planning to get through the legal work. Very embarrassing

I know you're doing your very best. Thanks Gene.

Oct 3, 2023 at 8:41 AM

Its coming Steve. Lawyers are moving too slow.



I have faith.

Nov 7, 2023 at 5:34 AM

Morning Gene. Hope you're doing dandy. Question: How confident are we that you'll not be eating your hat this week? I'm in danger of losing companies and staff members to other jobs.

Steve i'm positive that the financing is coming. It's a no brainer. But yes its tight. Honestly I think we will have a letter of intent this week but I'm also realistic. I have another company wanting in and more inquiries daily. The intensitive reaction to group so far for the group ground breaking is alive... I feel very positive of succeeding. Will know more soon and again I apologize to you personally. I've never been in a position of owing invoices before. A couple of disappointing fall outs from promises that surprised me left me in this position. I can honestly say that this will happen. If the people we owe won't let us have a. Few more days, then they will be disappointed going forward, but I don't blame them...larry and you are under pressure but I am really suffering for this debockle. Stephanie getting medical care has delayed us again. But it's happening and will not be soon enough..i have a person that could solve this quick but he is searching for details. This is an opportunity for ownership and easy to see the reward. So I'm feeling if it doesn't happen in the next few days then we'll discuss going forward. Point is this. We have land worth $5-600 million with the park building. A$45million performing Arts Center a d best sound In the world. Paid contractors a big amount up to now. About a total of 125 million.  We can give liens on that to cover the interim but will know more this week...believe me I am kicking ass and taking names. Once the letter of intent is signed and funds to secure the position of intent, it will be Free sailing ahead. I Am soooo embarrassed and frustrated by those who backed out on me and left me bare and rushed to get this done. Just as Walt Disney did. ..i'm determined and I will win with my two triune brothers and a special guy named Steve Hedrick..who I respect tremendously now I've bared myself. Onward and forward. It's up to the rear in sorrow for you and Larry  Gene

Understood. Thank you Gene. Hopefully things will come about this week and we can move ahead to create such incredible magic, the likes the world has never seen before.



Nov 13, 2023 at 6:36 AM

Nov 13, 2023 at 6:30 AM

Starting to see daylight

Sunrise the favorite part of my day! Bring it on.

Nov 16, 2023 at 5:27 AM

Any news on when the money is coming in? My cage is being rattled hard by people we owe.

Can't say definitely. Getting close but don't want to make excuses. Thjnk its soon and we are busting our butts. Getting many more wanting in but getting the process fights with attorneys. But we are giving ultimatums . Time to get it done. The wait (patience, which i dont have) will bring future projects. People reneging didn't help. But I'm very very positive. Thanks for understanding. I don't have any doubts. You are amazing!!!.

Thanks Gene.

Mar 5, 2024 at 2:32 PM

Heard you were asuler star today. Love and bless you!!!You are special to me and I'm sorry to out you through this almost there.......

Thank you, Gene. After some squabbling, it turned out to be a good meeting. I think they now understand that MEG is not going to pay for infrastructure. They're going to have some internal meetings and perhaps get the legislature involved while they're in session. Stay tuned. Hope the money side is coming along. Love you man.

It's been an emotional nightmare involving my family. So unnecessary sorry I let you down. You are a great friend. I'm honored.

Thanks Gene

Mar 5, 2024 at 5:07 PM

Here's a good point for you to share. Once this theme park is built it will be a money engine for generations to come.



My share all goes to Charity after my debt is paid. Not a