SentDateTime: 09/25/2023 9:55:21 PM

From: O. Gene BicKnell <6202352118><+16202352118>

To: Gene McComb <9183232657><+19183232657>;

Text: Please don't mention finances with Steve Hedrick. Don't want him worrying. Just aa bit of confidentially®®