SentDateTime: 06/27/2024 12:45:26 PM

From: O. Gene BicKnell <6202352118><+16202352118>

To: Gene McComb <9183232657><+19183232657>;

Text: Yesterday was not great. They have to get info from kids attorney and. That's not happening yet. Talk soon I am really disappointed with my kids. They think I'm senile. May see you this week®®