SentDateTime: 05/30/2024 11:32:41 AM

From: O. Gene BicKnell <6202352118><+16202352118>

To: Gene McComb <9183232657><+19183232657>;

Text: We're getting there. My family is still on the table. God has this!!!®®