| | |
|---|---|
| Date: | Fri, 27 Dec 2024 5:29:59 PM (UTC) |
| Sent: | Fri, 27 Dec 2024 5:29:45 PM (UTC) |
| Subject: | Re: Re: Q1 2025 Cash Forecast |
| From: | Gene Bicknell <gene.bicknell@mansionentertainmentgroup.com > |
| To: | Emily Engle <Emily@12-48.com>; Cindy Morris <Cindy.Morris@ogboffice.com >; Kevin Mitchelson <kmitchelson@wm-law.com>; Rick Gallagher <rick.gallagher@bfhcllc.com >; Rick Lombardo <rlombardo@sls-law.com>; Karl Jones <karl@vinitalaw.com >; Bill Freeman <freeman.bill@outlook.com >; Gene McComb <mcford_us@yahoo.com >; Cindy Morris <Cindy090965@gmail.com >; |
| CC: | CINDY MORRIS <cindy090965@gmail.com >; Freeman, William (freeman.bill@outlook.com) <freeman.bill@outlook.com >; |

As I look at your numbers ,,,, based on my tax refund from Kansas lawsuit. It looks like you owe me $34 million. Please correct your numbers. I also want numbers for my assets sold. The UMB loan will have to be paid by you.

Sent from my iPad. Mark Poole.

On Dec 23, 2024, at 11:36 PM, Emily Engle <Emily@12-48.com> wrote:

Hello –

Attached is an updated personal cash forecast through Q1 2025.

Please let me know if you have any questions on this. I would be happy to talk through this if that is helpful. Please note this cash forecast does assume that the tax refund is received in Q1 2025 however, we have no control over the timing of this.

Thank you,

**Emily Engle**
Family Office Relationship Manager

**D** | 913.387.2749 **M** | 515.418.3468
**E** | emily@12-48.com

1248
4622 Pennsylvania Ave, Ste 600
Kansas City, MO 64112
**12-48.com**

CONFIDENTIALITY NOTICE: The contents of this e-mail message, along with any attachments, are covered by state and federal law governing electronic communications and may contain confidential and legally privileged information. The information is intended solely for the use by the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action or reliance on the contents of this e-mailed information, including attachments, is strictly prohibited. If you received this e-mail in error, please immediately contact the sender and delete the e-mail and any attachments from all of your computers.