Text message from Gene Bicknell to Cindy Morris on May 9, 2024.

(Print and put in my files please)As I lay in bed last nite I began my prayers and after Rick and I talked I was speaking straight to GOD. IT MADE ME REALIZE....IWas talking to the supreme Power of the God who made the Universe, the Stars, The planets the trees the foliage, the oceans, The mountains. Man and Woman., the animals the creatures and the crawling things. The one In whom we are just a grain of sand! Who can eliminate us and entire creation with His Will!! We are with the God who lloves us (praises) and we are not obedient to....we try to enter our human thoughts and get deepressed and confused and distresssed and He gets impatient with us...tells is just what to do and we let weakness and fear and not wanting confrontations. And we're talking to the Lord who made us and everything around us and we are not getting it done due to our weaknesses and not liking conflict. And there we are with direct conversation with the God we know to be a loving God. We don't understand it sometime and wonder why it's so difficult....as I go back to Abraham and Jacob. And Moses and Aaron and Job AND Joseph and Noah and Adam and Eve and Sarah and Rebecca and Ruth and The Apostles, and then Jonah. They all had to show total and unrestricted faith How hard was it for them???? And we are struggling through a project He picked us for... before we were born!! I am so overwhelmed and unworthy and undeserving....i was in Awe...i was talking to the all mighty!!! Who is allowing me to be in this Triune?..with two faith filled brothers!!! I was trying to use my human ways and not abiding...i feared my family and my pride got involved and my humility show. THE God of all is in direct contact with us and we struggle...He has this and it's so simple it seems. Doubt and fear (evil) thoughts and the evil one throwing roadblocks at us even punishing us!!! To get our attention. The One who sent Moses to free the Israelites and parting seas and rivers for His people to escape and seeing their disobedience. How patient He is and yet how demanding,(which I need) yes we are CHOSEN!!! We don't understand the difficulty but we are talking to the One who said what He wants. Many of the former Chosen were relucting to always. Go forward. The. Apostles had doubts and fears and sacrificed. We Deciples are also human. God has it!!! We will soon see peace and Joy and we will then know why it's been so difficult. Let us go forth today with the power of the Lord...And the Angels surrounding us!!!! We have the power and the Glory of God by our side. He knows our every move and thought He's with us every moment every day every hour and every minute. Praise be to God. Praise be His holy name praises be Jesus true God and true man. Blessed be the Holy Spirit, who lives with each of us always and always there to guide us....be right by our side and we can feel our God's love!!! Though I walk through the valley of death, I will feel no evil and I will have no fear....because He is with us!!! Go forth my children and mind your Creator. His plan His time. Love you my brothers and I know I'm blessed to. Talk to God...just like Moses!!!! Peace and Joy will take our mission to the world!! God's will be done!!! Arise today with knowledge that it is not us...its God doing it!!!!' 🙏🙏🙏🙏🛡 the Father, The Son and The Holy Spirit. ARISE. God is with You

Text message from Gene Bickell to Cindy Morris dated May 30, 2024

**The end is near for refusal to pay the invoices. Through Larry Wilhite. $22 million. This is a tithe to charity. Pray you understand why.**
**Is $22mm sum you would not respect your father for. Have i not been generous with you????**
**I look for funding by tomorrow from you. Disobedience is not to be taken lightly....i reared you to be people of faith and love. Both issues are required for the future...this is the only way i can go forward. I'm in-process of total underwriting. The need is now. Not later. Don't make your self be sorry. Don't cause yourself be embarrassed. ( Cindy please keep in files. )**

Text message from Gene Bicknell to Cindy Morris dated May 30, 2024

**(Cindy. Please file for later)))If I have a deal memo and earnest money from the partner who will own. 40% . I need to sign contracts for the companies who will do construction. That amount is $35 mil. Would you have investors that would buy a share of the project at half the cost of construction. . Because branding funds pay for the building of the park. I can talk to others. But this is a return on investment for 70 plus years. This is a very sound opportunity. We are very close but I need to sign contracts with designers and architects and engineers.**
**When are you going to wake up!! The family foundation is not run.by trustees its run by Marty. If he has trustees its not legal. He has you hooked aNd obeying. I let him use my power of Attorney to control me. For 17 years but now I am in the process of changing that. I want no part of my kids You have made your choice so good luck !!Someday you'll wake up. BFH is an LLC that has no Trustees the Charity does...have trustees...the FHC does not !! BFH. Marty has full control since we have trusted him to do so. The LLC could have a board of directors but not by Marty. It would take a vote of the family (((i have in writing...a note that when i asked for my tax returns and when emily wouldn't do it i asked Amanda(HR) she asked Emily and Emily said to ignore me until Marty gets back Monday...))))Marty is not telling you the truth...he has full control and doesn't own 50% you are sheep. He does only what he wants and you follow...He doesn't believe in me and has Tunnel vision and only sees his aside of anything. Tyrant.. Control freak. Since 2007 I haven't been able to get any numbers unless the person I asked checked with Marty. ( I trusted him!!!) I'm setting myself free but he has bankrupt me.. I was responsible because I stood by and let him do it. Now I I am taking measures to get my pride back!! You all may be effected by my attempt to recover all I have had him to manage....more than $490 $million the money to pay bills are in dire need. In Vinita by Larry Wilhite..If they are not paid today or tomorrow I will go to court! A long time we will be in court. All of us. Marty has convinced you that I'm deranged but that's not true either. I was smart enough to get started from extreme poverty, so I'm being criticized (for doing the project for charity) for purposes to keep you from you under the piped**

piper Tyrant...this is now a war. It will be a big news item (father sues kids) but some of them have never said thanks anyway..) this will happen!!! When money and wealth gets more important than family...then I'm out!!! I have been lectured and put away!! I have legal counsel. I will wait no longer.. If I am not paid up by Now... then come what may. I raised you all better?? Even if I was wasting it..it still is my choice and I'm standing STRONG. I am ashamed. Of all of you....!! Me too!! Enjoy what none of you paid a price for. I gave Marty $8mil in 2006 and again in 2007 to get this started. His pride will lower that # because he says he started w $300 mil which isn't true either he was in debt and paid off his debts and never had to pay a price to get into business. I don T owe him any information for anything I will never trust him again. You have gotten rid of me by greed and power!!!! Enjoy....
WWJD