SentDateTime: 10/29/2024 8:52:38 PM

From: O. Gene BicKnell <6202352118><+16202352118>

To: Gene McComb <9183232657><+19183232657>; KRISTY ADAMS <4178409858><+14178409858>; Larry Wilhite <4173351460><+14173351460>; Rick Salantis <3522055131><+13522055131>;

Text: Do not pay Steve Hedrick any more or pay the invoices he sends in reviewing his charges. Its way out of line ®®