| Mansion Theatre Consult April 27 - 30, 2022 | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| RT Air Phoenix to Springfield | | | | | $ 329 |
| | | | | | |
| Rental Car 4 days | | | | | N/A |
| | | | | | |
| Hotel Branson x 3 nights | | | | | N/A |
| | | | | | |
| Consulting fee 3.5 days | | | | | $ 4,200 |
| | Day rate $1200 - 1/2 day travel days | | | | |
| | | | | | |
| Meals and Expenses | | | | | N/A |
| | | | | | |
| Total | | | | | $ 4,529 |
| | | | | | |
| | | | | | |
| Pay to Steve Hedrick | | | | | |
| 3131 W CRESTVIEW DR | | | | | |
| PRRESCOTT, AZ 86305 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Mansion Theatre Consult MAY 4 - 9, 2022** | | | | | |
| | | | | | |
| **MILAGE PERSONAL VEHICLE** | | | **@ 0.58** | **765 mi** | **$ 444.00** |
| | | | | | |
| **HOTEL PASADENA** | | | | | **1162.42** |
| | | | | | |
| | | | | | |
| **Consulting fee 6 days** | | | | | **$ 7,200** |
| | **Day rate $1200** | | | | |
| | | | | | |
| **Meals and Expenses** | | | | | **183.75** |
| | | | | | |
| **Total** | | | | | **$ 8,990** |
| | | | | | |
| | | | | | |
| **Pay to Steve Hedrick** | | | | | |
| **3131 W CRESTVIEW DR** | | | | | |
| **PRRESCOTT, AZ 86305** | | | | | |

Residence INN BY MARRIOTT

**Residence Inn® by Marriott Los Angeles Pasadena / Old Town**
21 West Walnut Street, Pasadena Ca 91103 **P** 626.204.9220
**Marriott.com/LAXRO**

S. Hedrick

Room: 427
Room Type: STDO
Number of Guests: 2
Rate: $199.00 Clerk:

Arrive: 05May22 Time: 03:02PM Depart: 09May22 Time: 12:00PM Folio Number: 94794

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 05May22 | Room Charge | 209.00 | |
| 05May22 | Occupancy Sales Tax | 25.31 | |
| 05May22 | City Tax | 6.04 | |
| 05May22 | Calif/Local Tourism Fee | 0.38 | |
| 05May22 | Daily Parking | 24.00 | |
| 06May22 | Room Charge | 259.00 | |
| 06May22 | Occupancy Sales Tax | 31.36 | |
| 06May22 | City Tax | 7.49 | |
| 06May22 | Calif/Local Tourism Fee | 0.38 | |
| 06May22 | Daily Parking | 24.00 | |
| 07May22 | Room Charge | 259.00 | |
| 07May22 | Occupancy Sales Tax | 31.36 | |
| 07May22 | City Tax | 7.49 | |
| 07May22 | Calif/Local Tourism Fee | 0.38 | |
| 07May22 | Daily Parking | 24.00 | |
| 08May22 | Room Charge | 199.00 | |
| 08May22 | Occupancy Sales Tax | 24.10 | |
| 08May22 | City Tax | 5.75 | |
| 08May22 | Calif/Local Tourism Fee | 0.38 | |
| 08May22 | Daily Parking | 24.00 | |
| 09May22 | Visa | | 1162.42 |

*Card #: VIXXXXXXXXXXXX1003/XXXX*
*Amount: 1162.42 Auth: 06821D*
*This card was electronically swiped on 05May22*

**BALANCE:** **0.00**

**Marriott Bonvoy Account # XXXXX1730.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

To plan your next stay, visit ResidenceInn.com.

MINS KITCHEN INC
1040 FOOTHILL BLVD
LA CANADA, CA 91011

05/07/2022 12:17:30

CREDIT CARD
VISA SALE

| | |
|---|---|
| Card # | XXXXXXXXXXXX1003 |
| Chip Card: | CAPITAL ONE VISA |
| AID: | A0000000031010 |
| SEQ #: | 1 |
| Batch #: | 259 |
| INVOICE | 1 |
| Approval Code: | 01905D |
| Entry Method: | Chip Read |
| Mode: | Issuer |

PRE-TIP AMT $124.76

TIP

TOTAL AMOUNT $ 124.76

Biz lunch w/

CUSTOMER COPY

Craig Russell

Biz lunch w/ Tom Turley

**CUPS CAFE**
77912 COUNTRY CLUB DR ST
PALM DESERT, CA 92211
7602000033
https://www.cupscafepalmdesert.com

**ORDER: 42 - Patio**
**Dine In**

Cashier: Noe
05-May-2022 11:27:57A

| | | |
|---|---|---|
| 2 | Soft Drinks | $5.90 |
| 1 | Seared Ahi Salad | $16.95 |
| 1 | Seared Ahi Salad | $16.95 |
| 1 | Caesar [illegible] Or Salmon | $14.95 |

| | | |
|---|---|---|
| **Subtotal** | | **$54.75** |
| Sales Tax | 7.75% | $4.24 |
| **Total** | | **$58.99** |

Cups works really hard for the customers.
If you like Cups Cafe please leave us a good yelp review.
Thanks for your visit.

Order [illegible]JQHYG7FSJJY

Clover Privacy Policy
https://clover.com/privacy

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Invoice # 3 Submitted** | | **27-May-22** | | | | | | | | | |
| | | | | | | | | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| **May 10 - 27** | | | | | | | | | | | |
| | | | | **# of items** | | **Cost Ea.** | | **Sub Total** | | **Notes** | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| **Airfares** | | | | | | **$ -** | | **$ -** | | | |
| | | | | | | | | | | | |
| **Rental Car** | | | | | | | | **-** | | | |
| | | | | | | | | | | | |
| **Hotel** | | | | | | | | **-** | | | |
| | | | | | | | | | | | |
| **Consulting Fee / days** | | | | **12** | | **1,200** | | **14,400** | | **May 10-27** | |
| | | | | | | | | | | | |
| **Expenses** | | | | **1** | | **89.94** | | **90** | | **Zoom Pro Software** | |
| | **See Zoom Pro receipt** | | | | | | | | | | |
| | | | | | | | | | | | |
| **Milage - personal vehicle** | | | | **0** | | **0.58** | | **-** | | | |
| | | | | | | | | | | | |
| **Invoice Total** | | | | | | | | **$ 14,490** | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| **Pay to:** | | | | | | | | | | | |
| **Steve Hedrick** | | | | | | | | | | | |
| **3131 W CRESTVIEW DR** | | | | | | | | | | | |
| **PRESCOTT, AZ 86305** | | | | | | | | | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Invoice # 4 Submitted** | | **17-Jun-22** | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **INVOICE** | | | | | | | | | | | | | |
| **May 30 - JUNE 17, 2022** | | | | | | | | | | | | | |
| | | | | **# of items** | | **Cost Ea.** | | **Sub Total** | | **Notes** | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Airfares | | | | 1 | | $ 526 | | 526 | | RT | | | |
| | | | | 1 | | 177 | | 177 | | Airfare extended trip | | | |
| Rental Car | | | | 0 | | | | - | | | | | |
| | | | | | | | | | | | | | |
| Hotel | | | | 0 | | | | - | | | | | |
| | | | | | | | | | | | | | |
| Consulting Fee / days | | | | 15 | | 1,200 | | 18,000 | | May 30-JUNE 17 | | | |
| | | | | | | | | | | | | | |
| Expenses | | | | 0 | | 0 | | 66 | | gas Vinita Caddy | | | |
| | | | | | | | | | | | | | |
| Parking Mesa Airport | | | | 11 | | 11 | | 121 | | $11 per day | | | |
| | | | | | | | | | | | | | |
| Milage - personal vehicle | | | | 282 | | 0.58 | | 164 | | DRIVE PRESCOTT TO MESA RT | | | |
| | | | | | | | | | | | | | |
| Invoice Total | | | | | | | | $ 19,054 | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **Pay to:** | | | | | | | | | | | | | |
| **Steve Hedrick** | | | | | | | | | | | | | |
| **3131 W CRESTVIEW DR** | | | | | | | | | | | | | |
| **PRESCOTT, AZ 86305** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Invoice # 5 Submitted** | | **1-Jul-22** | | | | | | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | | | | | | | | |
| **INVOICE** | | | | | | | | | | | |
| **JUNE 17, 2022 - July 1, 2022** | | | | | | | | | | | |
| | | | | **# of items** | | **Cost Ea.** | | **Sub Total** | | **Notes** | |
| **Airfares** | | | | 1 | | $ 571 | | 731 | | RT PRC to LAX | |
| | | | | | | | | - | | | |
| **Rental Car** | | | | 1 | | | | 120 | | Disney Discount | |
| **Rental Car Gas** | | | | | | | | 36 | | LA | |
| **Hotel** | | | | 0 | | | | - | | Guest of Craig Russell | |
| **Consulting Fee / days** | | | | 9 | | 1,200 | | 10,800 | | JUNE 20 - July 1 | |
| **Expenses** | | | | 0 | | 0 | | 148 | | Dinner Craig Russell | |
| **Parking Airport** | | | | 0 | | 0 | | - | | Free at PRC | |
| **Milage - personal vehicle** | | | | 0 | | 0.58 | | - | | N/A | |
| **Invoice Total** | | | | | | | | $ 11,835 | | | |
| **Pay to:** | | | | | | | | | | | |
| **Steve Hedrick** | | | | | | | | | | | |
| **3131 W CRESTVIEW DR** | | | | | | | | | | | |
| **PRESCOTT, AZ 86305** | | | | | | | | | | | |

**Invoice # 6 Submitted** **15-Jul-22**

**Steve Hedrick Mansion Entertainment Consulting**

**INVOICE**

**JULY 1, 2022 - July 15, 2022**

| | # of items | Cost Ea. | Sub Total | Notes |
|---|---|---|---|---|
| Consulting Fee / days | 12 | 1,200 | 14,400 | JULY 2 - July 15 |
| Airfare LA Steve | 1 | $ 983 | 983 | RT PRC to LAX |
| Airfare Tulsa Steve | 1 | $ 1,581 | 1,581 | RT LAX TO TULSA |
| Airfare Tulsa John S | 1 | | 1,018 | RT JWA |
| Airfare Tulsa Tom | 1 | | 1,516 | RT Palm Springs |
| | | | - | |
| Rental Car #1 | 1 | 54 | 54 | LA 1 day |
| Rental Car #2 | 1 | 86 | 86 | Tulsa |
| Rental Car #3 | 1 | 120 | 120 | LA 3 days |
| Rental Car Gas | | | 67 | LA |
| Hotel Pasadena | 1 | 1554 | 1,554 | |
| Hotel Tulsa Steve | 1 | 175 | 175 | w/parking |
| Hotel Tulsa John S | 1 | 156 | 156 | |
| Hotel Tulsa Tom T | 1 | 156 | 156 | |
| Meal Expenses | 0 | 0 | 218 | Dinner Tom and John |
| | | | 45 | Breakfast Tom and John |
| | | | 27 | Lunch Tom and John |
| Parking Airport | 0 | 0 | - | Free at PRC |
| Mileage - personal vehicle | 0 | 0.58 | - | N/A |
| United Airlines Refund | | | (116) | |
| Invoice Total | | | $ 22,040 | |

**Pay to:**
**Steve Hedrick**
**3131 W CRESTVIEW DR**
**PRESCOTT, AZ 86305**

| | | | | | |
|---|---|---|---|---|---|
| **Invoice # 7 Submitted** | **26-Jul-22** | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | | |
| **INVOICE** | | | | | |
| **JULY 16, 2022 - July 26, 2022** | | | | | |
| | | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| **Consulting Fee / days** | | 10 | 1,200 | 12,000 | JULY 16 - July 25 |
| **Airfare Tulsa Steve** | | 1 | $ 1,923 | 1,923 | PRC TO TULSA |
| **Hotel Tulsa** | | 1 | $ 229 | 229 | |
| **Hotel Vinita** | | 1 | $ 137 | 137 | |
| **Meal Expenses Tulsa** | | 1 | 274.78 | 275 | Dinner Phil Hettema and Erik Neergard |
| | | 1 | 44.99 | 45 | Breakfast Phil Hettema and Erik Neergard |
| | | | | - | |
| **Rental Car #1 Tulsa** | | 1 | 290.55 | 291 | HERTZ TULSA |
| **Rental Car Gas Tulsa** | | | | 31 | |
| **Hotel LA** | | 1 | 322.3 | 322 | |
| **Airfare LA** | | 1 | 993 | 993 | |
| **Rental Car #2 LA** | | 1 | 63 | 63 | NATIONAL LAX |
| **Rental Car Gas LA** | | 1 | 15.41 | 15 | LA |
| **Invoice Total** | | | | $ 16,324 | |
| **Pay to:** | | | | | |
| **Steve Hedrick** | | | | | |
| **3131 W CRESTVIEW DR** | | | | | |
| **PRESCOTT, AZ 86305** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Invoice # 8 Submitted** | **18-Aug-22** | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | | |
| **INVOICE** | | | | | |
| **JULY 27, 2022 - Aug 17, 2022** | | | | | |
| | | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| **Consulting Fee / days** | | 17 | $ 1,200 | $ 20,400 | JULY 16 - July 25 |
| **Airfare Tulsa Steve** | | 1 | 1,159 | 1,159 | RT PRC TO TULSA |
| **Hotel Tulsa** | | 1 | 177 | 177 | |
| **Hotel Vinita** | | 1 | 137 | 137 | |
| **Meal Expenses Tulsa** | | 1 | 292 | 292 | Dinner Larry Wilhite |
| | | 1 | 34 | 34 | Breakfast Larry Wilhite |
| **Rental Car #1 Tulsa** | | 1 | 169 | 169 | National |
| **Rental Car Gas Tulsa** | | | | 23 | |
| **Invoice Total** | | | | $ 22,391 | |

**Pay to:**
**Steve Hedrick**
**3131 W CRESTVIEW DR**
**PRESCOTT, AZ 86305**

| | | | | |
|---|---|---|---|---|
| **Invoice # 9 Submitted** | **31-Aug-22** | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | |
| **INVOICE** | | | | |
| **Aug 18, 2022-Aug 31, 2022** | | | | |
| | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| **Consulting Fee / days** | **13** | **$ 1,200** | **$ 15,600** | **Aug 18 - Aug 31** |
| **Airfare LA Steve** | **1** | **571** | **571** | **RT PRC TO LAX** |
| **Hotel LA** | **1** | | **879** | **3 nights** |
| **Hotel LA** | **1** | | **282** | **1 extended night** |
| **Hotel Parking** | | | **72** | |
| **Meal Expenses LA** | **1** | **292** | **272** | **Dinner with Hettema Team** |
| | **1** | **34** | **172** | **Dinner with Craig and Sandy Russell** |
| **Rental Car LA** | **1** | **255** | **255** | **National** |
| **Rental Car Gas LA** | | | **35** | |
| **Invoice Total** | | | **$ 18,138** | |
| **Pay to:** | | | | |
| **Steve Hedrick** | | | | |
| **3131 W CRESTVIEW DR** | | | | |
| **PRESCOTT, AZ 86305** | | | | |

**From:** **United Airlines** Receipts@united.com
**Subject:** eTicket Itinerary and Receipt for Confirmation HVZP3T
**Date:** August 5, 2022 at 4:57 AM
**To:** STEVEHEDRICK99@icloud.com STEVEHEDRICK99@ICLOUD.COM

UA

UNITED

Fri, Aug 05, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

HVZP3T

Flight 1 of 2 UA5117 Class: United Economy (Q)

Sun, Aug 21, 2022
04:40 PM
Prescott, AZ, US (PRC)

Sun, Aug 21, 2022
06:09 PM
Los Angeles, CA, US (LAX)

Flight Operated by Skywest Airlines dba United Express.

Flight 2 of 2 UA5043 Class: United Economy (Q)

Wed, Aug 24, 2022
07:30 PM
Los Angeles, CA, US (LAX)

Wed, Aug 24, 2022
08:50 PM
Prescott, AZ, US (PRC)

Flight Operated by Skywest Airlines dba United Express.

Traveler Details

**HEDRICK/DIANE**

eTicket number: 0162427923830

Seats: PRC-LAX 01A
LAX-PRC 01D

HEDRICK/STEPHEN

eTicket number: **0162427923829**
Frequent Flyer: **UA-XXXXX627 Premier Silver**

Seats: **PRC-LAX 01B**
**LAX-PRC 01C**

Purchase Summary

| | |
|---|---|
| Method of payment: | American Express ending in 4006 |
| Date of purchase: | Fri, Aug 05, 2022 |
| Airfare: | 520.92 USD |
| U.S. Transportation Tax: | 39.08 USD |
| September 11th Security Fee: | 11.20 USD |
| Total Per Passenger: | 571.20 USD |
| **Total:** | 1142.40 USD |

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.52642 tonnes of $CO_2$.**
You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

## MileagePlus Accrual Details

Stephen Hedrick

| Date | Flight | From/To | Award Miles | PQP | PQF |
|---|---|---|---|---|---|
| Sun, Aug 21, 2022 | 5117 | Prescott, AZ, US (PRC) to Los Angeles, CA, US (LAX) | 1827 | 261 | 1 |
| Wed, Aug 24, 2022 | 5043 | Los Angeles, CA, US (LAX) to Prescott, AZ, US (PRC) | 1827 | 261 | 1 |
| MileagePlus accrual totals: | | | 3654 | 522 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Aug 21, 2022<br>Prescott, AZ, US (PRC)<br>to Los Angeles, CA, US (LAX) | 0 USD | 45 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Wed, Aug 24, 2022<br>Los Angeles, CA, US (LAX)<br>to Prescott, AZ, US (PRC) | 0 USD | 45 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Silver membership at time of check-in to qualify for waiver of the service charge for the first checked bag (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if

1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online. The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- Current policies and updates concerning Coronavirus (Covid 19) can be found at https://www.united.com/ual/en/us/fly/travel/notices.html .

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous

materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

united.com restricted items page
FAA website Pack Safe page
TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's

or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage
Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

Notice - Overbooking of Flights - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your*

*although other consumer protections may be available. Check with your airline or your travel agent.*

A STAR ALLIANCE MEMBER ™

Copyright © 2022 United Airlines, Inc. All Rights Reserved

**E-mail Information**

**Please do not reply to this message using the "reply" address.**

The information contained in this email is intended for the original recipient only.

View our Privacy Policy View our Legal Notices

Residence INN BY MARRIOTT

**Residence Inn® by Marriott Los Angeles Pasadena / Old Town**
21 West Walnut Street, Pasadena Ca 91103 **P** 626.204.9220
**Marriott.com/LAXRO**

S. Hedrick

Room: 304
Room Type: STDO
Number of Guests: 2
Rate: $224.00 Clerk:

Arrive: 24Aug22 Time: 08:35AM Depart: 25Aug22 Time: 02:00PM Folio Number: 99425

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 24Aug22 | Room Charge | 224.00 | |
| 24Aug22 | Occupancy Sales Tax | 27.13 | |
| 24Aug22 | City Tax | 6.47 | |
| 24Aug22 | Calif/Local Tourism Fee | 0.45 | |
| 24Aug22 | Daily Parking | 24.00 | |
| 25Aug22 | American Express | | 282.05 |

*Card #: AXXXXXXXXXXXXX4006/XXXX*
*Amount: 282.05 Auth: 862791*
*This card was electronically swiped on 24Aug22*

**BALANCE: 0.00**

**Marriott Bonvoy Account # XXXXX3673.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

To plan your next stay, visit ResidenceInn.com.



## Residence Inn Los Angeles Pasadena/Old Town

**Superb 9.0** 421 Hotels.com guest reviews
421 reviews

21 West Walnut Street
Pasadena, CA 91103
United States

+16262049220

**Get help from our virtual agent**

Our virtual agent can help you change or cancel your booking and assist with questions about your stay. For any other queries, you'll be redirected to a live agent.

**Confirmation number** 9161065509090

**Check-in**
Sunday, August 21, 2022 (From 4 PM local time)

**Check-out**
Wednesday, August 24, 2022
(Before noon local time)

**Your stay** 3 nights, 1 room

**Amount paid** **$879.24**

Aug 5 HOTELSCOM72361407451...

Print

$879.24

Will appear on your Aug 25 statement as HOTELSCOM72361407451HOTELS.COM WA

**Card:** STEPHEN HEDRICK - 94006

Tags

Add Tags

PLAN IT

Use Plan It℠ to split up this transaction into monthly payments for a fixed monthly fee and no interest.

Create a Plan

**Don't recognize this charge?**

Dispute This Charge

**Expedia**

(877) 227-7481

Visit Business

Show Additional Information

**Delta SkyMiles®**

879

1X On Other purchases

May not reflect any promotional offers.

Chat

MINS KITCHEN INC
1040 FOOTHILL BLVD
LA CANADA, CA 91011

08/24/2022 19:01:10

CREDIT CARD
AMEX SALE

| | |
|---|---|
| Card # | XXXXXXXXXXX4006 |
| Chip Card: | AMERICAN EXPRESS |
| AID: | A000000025010801 |
| SEQ #: | 46 |
| Batch #: | 25 |
| INVOICE | 46 |
| Approval Code: | 885681 |
| Entry Method: | Chip Read |
| Mode: | Issuer |

PRE-TIP AMT $172.30

TIP ______

TOTAL AMOUNT ______

CUSTOMER COPY

EL PORTAL
YAHAIRA'S CAFE
Vanessa's

695 E Green St Pasadena CA 91101
626-795-8553

8/23/22, 6:51 PM
Server: Adolfo C #U14
EP Patio C Table 110
Invoice: 220823-14-14

| | |
|---|---|
| 1 Iced Tea EP | 4.50 |
| 1 Guacamole Full Order | 12.00 |
| 1 Mucho Macho Marg Single | 12.00 |
| 1 Summer Gazpacho Bowl | 13.00 |
| 1 Salmon Victoria | 27.00 |
| 1 SP Seafood enchilada | 25.00 |
| 1 Flat Spin Shrimp Enc | 22.00 |
| 1 Carnitas | 22.00 |
| 1 K - La Fiesta Quesad | 13.50 |
| 1 Panuchos | 21.00 |
| 1 Chicken Quesadilla | 16.25 |
| 1 El Portal Tostada | 19.00 |
| 1 SP Ceviche | 18.00 |
| 1 Mexicana Salad | 9.00 |
| 1 Cazadores Reposado Shot | 13.00 |
| Subtotal | 247.25 |
| Sales tax | 25.34 |
| Total | 272.59 |

Suggested Tips
18%=44.51 20%=49.45 22%=54.40

Thank you for your support!
Stay Safe

Scan to Pay

Earn Rewards!

Download ...

**From:** mobile@76.com
**Subject:** My 76 ® App Receipt
**Date:** August 25, 2022 at 3:44 PM
**To:** Stevehedrick99@icloud.com

M

APRO LLC 257070
122 N Lake Ave
Pasadena CA 91101
Aug 25, 2022 3:44PM
Pump: 10
76 Credit Card® ...8676

| Description | Unit price | Qty | Currency | Amount |
|---|---|---|---|---|
| REGULAR | $5.19⁹ | 7.23 | USD | $37.57 |

| | |
|---|---|
| **Offer Discounts** | $1.81 |
| **Station Discounts** | $0.72 |
| **Tax** | $0.00 |
| **Total** | $35.04 |

**Your fuel savings were $0.35 per gallon.**

**You saved $2.53 on your purchase today.**

Transaction ID: 316127
Auth Code: 025801

National

**Rental Agreement #** 852495694
**Invoice #** 80043170538

## Renter Information

**Renter Name**
STEVE D HEDRICK

**Renter Address**
PRESCOTT, AZ 86305
USA

**Contract**
DISNEY WORLDWIDE SERVICES, INC.

**Rental Credits**
1 credit has been awarded for this rental

## Vehicle Information

**4DR REAR-WHEEL DRIVE SEDAN**
**License #:** 9BRR032
**State/Province:** CA
**Unit #:** 7VSHY8
**Vehicle #:** NH201723

**Vehicle Class Driven**
Full Size 4 door/Automatic/Air

**Vehicle Class Charged**
Premium 4 door/Automatic/Air

**Odometer Mileage/Kilometers**
**Starting:** 470 **Ending:** 631
**Total:** 161

**Fuel**
**Starting:** Full **Ending:** Full

**Thank you for renting with National Car Rental**
**We appreciate your business!**

## Trip Information

### Pickup
Sunday, August 21, 2022 9:36 PM

### Start Charges
Sunday, August 21, 2022 9:41 PM
**LOS ANGELES INTL ARPT (LAX)**
9020 AVIATION BLVD
INGLEWOOD, CA 90301-2907
USA

### Return
Thursday, August 25, 2022 4:46 PM
**LOS ANGELES INTL ARPT (LAX)**
9020 AVIATION BLVD
INGLEWOOD, CA 90301-2907
USA

## Renter Charges

| | | |
|---|---|---|
| **Rental Rate** | Time & Distance 4 Day at $43.61 / Day | $174.44 |
| **Coverages** | Cdw-allocated Inclusive | Included |
| **Add-Ons** | Discount (3.00%) | ($5.23) |
| **Taxes and Fees** | Customer Facility Charge 9.00/day ($9.00 / Day) | $36.00 |
| | Vehicle License Recovery Fee ($1.39 / Day) | $5.56 |
| | Airport Concession Fee 11.11 Pct (11.11%) | $19.42 |
| | Sales Tax (10.00%) | $18.86 |
| | Tourism Commission Rec 3.50 Pct (3.50%) | $5.92 |

**Total** **$254.97**

(Subject to audit)

Amount charged on August 25, 2022 to AMERICAN EXPRESS (4006) ($254.97)

**Amount Due** **$0.00**

## Thank you for renting with National Car Rental

This email was automatically generated from an unattended mailbox, so please do not reply to this e-mail.

If you have any questions about your rental, please view our Frequently Asked Questions or send us a secured message by visiting our Support Center

Residence INN BY MARRIOTT

**Residence Inn® by Marriott Los Angeles Pasadena / Old Town**
21 West Walnut Street, Pasadena Ca 91103 **P** 626.204.9220
**Marriott.com/LAXRO**

Stephen Hedrick
333 108th Ave Ne
Bellevue WA 98004
Business

Room: 304
Room Type: STDO
Number of Guests: 2

Clerk: MMD

Arrive: 21Aug22 Time: 10:16PM Depart: 24Aug22 Time: 08:34AM Folio Number: 99258

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 21Aug22 | Daily Parking | 24.00 | |
| 22Aug22 | Daily Parking | 24.00 | |
| 23Aug22 | Daily Parking | 24.00 | |
| 24Aug22 | American Express<br>*Card #: AXXXXXXXXXXXXX4006/XXXX*<br>*Card Type: AMEX Card Entry: CHIP Approval Code: 886864 App Label: AMERICAN EXPRESS AID: A000000025010801* | | 72.00 |

**BALANCE: 0.00**

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See our "Privacy & Cookie Statement" on Marriott.com.

The undersigned agrees to make immediate payment upon receipt of statement. In the event such payment is not made within 30 days after receipt of the original statement. It is agreed that the hotel may impose a late payment charge at a rate of 1 1/2% per month [annual rate of 18%], or the maximum allowed by law, on the unpaid balance, and the reasonable cost of collection, including attorney's fees.

To plan your next stay, visit ResidenceInn.com.

Hotels.com confirmation number: **9161065509090**.



## Residence Inn Los Angeles Pasadena/Old Town

**Superb 9.0** 421 Hotels.com guest reviews

21 West Walnut Street
Pasadena, CA 91103
United States

+16262049220

**Get help from our virtual agent**

Our virtual agent can help you change or cancel your booking and assist with questions about your stay. For any other queries, you'll be redirected to a live agent.

| | |
|---|---|
| **Confirmation number** | 9161065509090 |
| **Check-in** | Sunday, August 21, 2022 (From 4 PM local time) |
| **Check-out** | Wednesday, August 24, 2022 (Before noon local time) |
| **Your stay** | 3 nights, 1 room |
| **Amount paid** | **$879.24** |
| **Total price** | **$879.24** Including taxes and fees |

**Amount paid is displayed in the currency you will be billed in. The total price is the amount paid plus additional fees due at the property. Additional fees will be paid in the property's currency.**

See full payment details below

**Your booking is guaranteed.**

Any additional charges and fees incurred during your stay will be charged in your hotel's local currency and may be subject to a foreign exchange fee.

Hotels.com confirmation number: **9161065509090**.



## Residence Inn Los Angeles Pasadena/Old Town

**Superb 9.0** 421 Hotels.com guest reviews

21 West Walnut Street
Pasadena, CA 91103
United States

+16262049220

**Get help from our virtual agent**

Our virtual agent can help you change or cancel your booking and assist with questions about your stay. For any other queries, you'll be redirected to a live agent.

| | |
|---|---|
| **Confirmation number** | 9161065509090 |
| **Check-in** | Sunday, August 21, 2022 (From 4 PM local time) |
| **Check-out** | Wednesday, August 24, 2022 (Before noon local time) |
| **Your stay** | 3 nights, 1 room |
| **Amount paid** | **$879.24** |
| **Total price** | **$879.24** Including taxes and fees |

**Amount paid is displayed in the currency you will be billed in. The total price is the amount paid plus additional fees due at the property. Additional fees will be paid in the property's currency.**

See full payment details below

**Your booking is guaranteed.**

Any additional charges and fees incurred during your stay will be charged in your hotel's local currency and may be subject to a foreign exchange fee.

Aug 5 UNITED AIRLINES HOUST...

Print

$571.20

Will appear on your Aug 25 statement as UNITED AIRLINES HOUSTON TX

**Card:** STEPHEN HEDRICK - 94006

Tags

Add Tags

**Flight from PRESCOTT on August 21**

PRESCOTT → LOS ANGELES INTERN

Show Full Itinerary

| PASSENGER | TICKET NUMBER |
|---|---|
| HEDRICK/STEPHEN | 01624279238293 |

PLAN IT

Use Plan It[SM] to split up this transaction into monthly payments for a fixed monthly fee and no interest.

**UNITED ELECTRONIC TICKETNG**

**HSCAC - 12TH**
FLOOR 609 MAIN STREET
HOUSTON
TX
77002

(855) 820-3610

Visit Business

Show Additional Information

**Delta SkyMiles®**

571

1X On Other purchases

May not reflect any promotional offers.

Give Feedback

Chat

Big Time Productions, LLC

11883

Stephen D. Hedrick

9/1/2022

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 8/31/2022 | Bill | 9 | 18,138.00 | 18,138.00 | | 18,138.00 |
| | | | | | Check Amount | 18,138.00 |

Branson Bank Operati Inv. #9 18,138.00

**Invoice # 10 Submitted** **14-Sep-22**

**Steve Hedrick Mansion Entertainment Consulting**

**INVOICE**

**Sept 1, 2022-Sept 14, 2022**

| | # of items | Cost Ea. | Sub Total | Notes |
|---|---|---|---|---|
| Consulting Fee / days | 12 | $ 1,200 | $ 14,400 | Sept 1 - Sept 14 |
| Airfare LA Steve | 0 | - | - | |
| Hotel LA | 0 | | - | |
| Hotel LA | 0 | | - | |
| Hotel Parking | | | - | |
| Meal Expenses LA | 0 | 0 | - | |
| | 0 | 0 | - | |
| | | 0 | | |
| Rental Car | 0 | 0 | - | National |
| OK Toll Charge 8-16-2022 trip | | | 5 | |
| Invoice Total | | | $ 14,405 | |

**Pay to:**
**Steve Hedrick**
**3131 W CRESTVIEW DR**
**PRESCOTT, AZ 86305**

**Invoice # 11 Submitted** **30-Sep-22**

**Steve Hedrick Mansion Entertainment Consulting**

**INVOICE**

**Sept 15, 2022-Sept 30, 2022**

| | # of items | Cost Ea. | Sub Total | Notes |
|---|---|---|---|---|
| Consulting Fee / days | 14 | 1,200.00 | 16,800.00 | Sept 15 - Sept 30 |
| | | | | |
| Airfare LA Steve | 1 | 571.20 | 571.20 | United |
| Airfare Tulsa Steve | 1 | 1,187.20 | 1,187.20 | AA |
| Airfare Tulsa John S | 1 | 1,187.20 | 1,187.20 | AA |
| AA Wifi | 1 | 13.00 | 13.00 | AA |
| AA Wifi | 1 | 17.00 | 17.00 | AA |
| | | | | |
| Hotel LA 1 | 1 | 725.04 | 725.04 | Courtyard |
| Hotel LA 2 | 1 | 257.52 | 257.52 | Res Inn |
| Hotel Tulsa Steve | 1 | 241.09 | 241.09 | Doubletree |
| Hotel Tulsa John S | 1 | 191.42 | 191.42 | Doubletree |
| | | | - | |
| Meal Expenses | 1 | 167.35 | 167.35 | w/ John S |
| | 1 | 21.68 | 21.68 | w/ John S |
| | 1 | 34.01 | 34.01 | w/ John S |
| | 1 | 142.24 | 142.24 | John L & Tom T |
| | 1 | 48.95 | 48.95 | me |
| | 1 | 20.75 | 20.75 | me |
| | 1 | 89.74 | 89.74 | Stunt Consultant Jordan Petterson |
| | 1 | 22.18 | 22.18 | me |
| | 1 | 24.92 | 24.92 | me |
| | | | | |
| Supplies | 1 | 42.60 | 42.60 | Winnie the Pooh Book |
| Rental Car LA1 | 1 | 189.59 | 189.59 | National |
| Rental Car Tulsa | 1 | 88.08 | 88.08 | National |
| Rental Car LA2 | 1 | 64.24 | 64.24 | National |
| OK Toll Charge 8-16-2022 trip | | | ? | |
| Gas LA | 1 | 37.32 | 37.32 | |
| Gas Tulsa | 1 | 29.37 | 29.37 | |
| Gas LA | 1 | 18.13 | 18.13 | |
| | | | | |
| Invoice Total | | | 22,231.82 | |

**Pay to:**
**Steve Hedrick**
**3131 W CRESTVIEW DR**
**PRESCOTT, AZ 86305**

| | | | | |
|---|---|---|---|---|
| **Invoice # 12 Submitted** | **30-Sep-22** | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | |
| **INVOICE** | | | | |
| **Oct 1, 2022-Oct 15, 2022** | | | | |
| | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| Consulting Fee / days | 13 | 1,200.00 | 15,600.00 | Oct 1-15 |
| Airfare LA Steve | 1 | 571.20 | 571.20 | United |
| Hotel LA | 1 | 639.60 | 639.60 | Res Inn |
| Hotel Parking | 1 | 72.00 | 72.00 | |
| | | | - | |
| Meal Expenses | 1 | 73.64 | 73.64 | w/ Peter Nolan |
| Rental Car LA1 | 1 | 243.46 | 243.46 | National |
| OK Toll Charge last trip | | | 5.50 | |
| Gas LA | 1 | 49.86 | 49.86 | |
| Invoice Total | | | 17,255.26 | |
| **Pay to:** | | | | |
| **Steve Hedrick** | | | | |
| **3131 W CRESTVIEW DR** | | | | |
| **PRESCOTT, AZ 86305** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Invoice # 12 Submitted** | **31-Oct-22** | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | | |
| **INVOICE** | | | | | |
| **Oct 16, 2022-Oct 31, 2022** | | | | | |
| | | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| **Consulting Fee / days** | | 14 | 1,200.00 | 16,800.00 | Oct 1-15 |
| **Airfare LA Steve** | | 1 | 571.20 | 571.20 | United |
| **Hotel LA** | | 1 | 1,110.40 | 1,110.40 | Res Inn |
| **Hotel Parking** | | 1 | - | - | included above |
| | | | | - | |
| **Meal Expenses** | | 1 | 85.37 | 85.37 | Dinner Tom T Ops |
| | | 1 | 53.31 | 53.31 | lunch staff |
| | | 1 | 50.65 | 50.65 | breakfast Ronnie R |
| | | 1 | 47.91 | 47.91 | breakfast Ronnie R |
| **Rental Car LA1** | | 1 | 247.70 | 247.70 | National |
| **Gas LA** | | 1 | 30.75 | 30.75 | |
| | | 1 | 32.88 | 32.88 | |
| **Invoice Total** | | | | 18,997.29 | |
| **Pay to:** | | | | | |
| **Steve Hedrick** | | | | | |
| **3131 W CRESTVIEW DR** | | | | | |
| **PRESCOTT, AZ 86305** | | | | | |

**Invoice # 14 Submitted** **14-Nov-22**

**Steve Hedrick Mansion Entertainment Consulting**

**INVOICE**

**Nov 1, 2022-Nov 14, 2022**

| | # of items | Cost Ea. | Sub Total | Notes |
|---|---|---|---|---|
| Consulting Fee / days | 13 | 1,200.00 | 15,600.00 | Nov 1-14 |
| | | | | |
| Airfare Denver | 1 | 1,129.60 | 1,129.60 | United |
| Airfare Denver/LAX | 1 | 667.60 | 667.60 | AA |
| Airfare LAX to PRC | 1 | 285.60 | 285.60 | United |
| | | | | |
| Hotel OK City | 1 | 178.26 | 178.26 | Res Inn OK City |
| Hotel Tulsa | 1 | 189.29 | 189.29 | Dtree Tuls |
| Hotel LA 1 | 1 | 308.16 | 308.16 | Res Inn |
| Hotel LA 2 | 1 | 907.67 | 907.67 | Res Inn |
| | | | - | |
| Meal Expenses | 1 | 58.28 | 58.28 | Dinner OK Andy B |
| | 1 | 177.89 | 177.89 | Dinner Tulsa Andy B |
| | 1 | 34.01 | 34.01 | breakfast Andy B |
| | 1 | 70.08 | 70.08 | breakfast Ronnie Andy |
| | 1 | 43.50 | 43.50 | Meals |
| | | | | |
| Rental Car OK city | 1 | 159.30 | 159.30 | Drop off Tulsa |
| Rental Car LA | 1 | 115.43 | 115.43 | |
| | | | | |
| Gas Tulsa | 1 | 41.77 | 41.77 | |
| Gas LA | 1 | 35.34 | 35.34 | |
| | | | | |
| Invoice Total | | | 20,001.78 | |

**Pay to:**
**Steve Hedrick**
**3131 W CRESTVIEW DR**
**PRESCOTT, AZ 86305**

**From:** **American Airlines** no-reply@info.email.aa.com
**Subject:** Your trip confirmation (TUL - LAX)
**Date:** October 19, 2022 at 04:28
**To:** SHOBIZSTEVE@aol.com SHOBIZSTEVE@AOL.COM

AA

American Airlines

Issued: October 19, 2022

# Your trip confirmation and receipt

Save time with the American app

Get now!

**Record Locator: DJAZSH**

We charged $667.60 to your card ending in 3758 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Manage your trip

## Tuesday, November 8, 2022

TUL
5:37 PM
Tulsa

→

LAX
7:10 PM
Los Angeles

Seat: 1A
Class: Business (R)
Meals: Dinner

**AA 4870**

Operated by SKYWEST AIRLINES as AMERICAN EAGLE

# Earn up to $200 Back

Plus 40,000 bonus miles. Terms Apply.

Learn more





## Your purchase

**STEPHEN HEDRICK**

AAdvantage® #: 20VWX90

| | |
|---|---|
| New ticket<br>Ticket #: 0012345097996<br>[$607.44 + Taxes and fees $60.16] | $667.60 |
| **Total cost** | **$667.60** |

## Your payment

| | |
|---|---|
| MasterCard (ending 3758) | $667.60 |
| **Total paid** | **$667.60** |

## Bag information

### Checked bags

**Airport**

| 1st bag | 2nd bag |
|---|---|
| No charge | No charge |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)

Maximum weight: 70 pounds or 32 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).

---

Book a hotel » | Book a car » | Buy trip insurance » | AAVacations »










---

Contact us | Privacy policy

Get the American Airlines app

Download on the App Store | GET IT ON Google Play

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.




Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of

international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to SHOBIZSTEVE@AOL.COM

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.
For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

**From:** **United Airlines** Receipts@united.com
**Subject:** eTicket Itinerary and Receipt for Confirmation E8G07T
**Date:** November 1, 2022 at 06:31
**To:** STEVEHEDRICK99@icloud.com STEVEHEDRICK99@ICLOUD.COM

UA

UNITED

Tue, Nov 01, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

E8G07T

Flight 1 of 2 UA5089 — Class: United Economy (Y)

| Departure | Arrival |
| --- | --- |
| Sun, Nov 06, 2022 | Sun, Nov 06, 2022 |
| 07:00 AM | 08:57 AM |
| Prescott, AZ, US (PRC) | Denver, CO, US (DEN) |

Flight Operated by Skywest Airlines dba United Express.

Flight 2 of 2 UA4309 — Class: United Economy (U)

| Departure | Arrival |
| --- | --- |
| Sun, Nov 06, 2022 | Sun, Nov 06, 2022 |
| 09:59 AM | 12:43 PM |
| Denver, CO, US (DEN) | Oklahoma City, OK, US (OKC) |

Flight Operated by Commuteair dba United Express.

Traveler Details

**HEDRICK/STEPHEN**

eTicket number: **0162444583917** — Seats: **PRC-DEN 04C**
Frequent Flyer: **UA-XXXXX627 Premier Platinum** — **DEN-OKC 06A**
Preferred Zone Assignment (0169807226567) — **DEN-OKC**

| | |
|---|---|
| Preferred Zone Assignment (0169807226566) | PRC-DEN |

Purchase Summary

| | |
|---|---|
| Method of payment: | Visa ending in 3894 |
| Date of purchase: | Tue, Nov 01, 2022 |
| Airfare: | 1037.20 USD |
| U.S. Transportation Tax: | 77.80 USD |
| September 11th Security Fee: | 5.60 USD |
| U.S. Flight Segment Tax: | 4.50 USD |
| U.S. Passenger Facility Charge: | 4.50 USD |
| Total Per Passenger: | 1129.60 USD |
| **Total:** | **1129.60 USD** |

Additional Purchase Summary

| | |
|---|---|
| Method of payment: | Visa ending in 3894 |
| Date of purchase: | Tue, Nov 01, 2022 |
| Preferred Zone Assignment (Reference Number: 0169807226567): | 13.00 USD |
| **Total:** | **13.00 USD** |

Additional Purchase Summary

| | |
|---|---|
| Method of payment: | Visa ending in 3894 |
| Date of purchase: | Tue, Nov 01, 2022 |
| Preferred Zone Assignment (Reference Number: 0169807226566): | 23.00 USD |
| **Total:** | **23.00 USD** |

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE

## MileagePlus Accrual Details

### MileagePlus Accrual Details

| Stephen Hedrick | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Nov 06, 2022 | 5089 | Prescott, AZ, US (PRC) to Denver, CO, US (DEN) | 6372 | 708 | 1 |
| Sun, Nov 06, 2022 | 4309 | Denver, CO, US (DEN) to Oklahoma City, OK, US (OKC) | 2970 | 330 | 1 |
| MileagePlus accrual totals: | | | 9342 | 1038 | 2 |

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Nov 06, 2022<br>Prescott, AZ, US (PRC)<br>to Oklahoma City, OK, US (OKC) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Platinum membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if

1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online. The terms and conditions of Premier qualification can be found at united.com/qualify.

### eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

- Your e-ticket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- Current policies and updates concerning Coronavirus (Covid 19) can be found at

https://www.united.com/ual/en/us/fly/travel/notices.html .

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

united.com restricted items page
FAA website Pack Safe page
TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international

liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage
Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance

an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

A STAR ALLIANCE MEMBER ™

Copyright © 2022 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy    View our Legal Notices

**From:** **United Airlines** Receipts@united.com
**Subject:** eTicket Itinerary and Receipt for Confirmation JSJ3H6
**Date:** November 13, 2022 at 5:00 AM
**To:** stevehedrick99@icloud.com

UA

UNITED

Sun, Nov 13, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

JSJ3H6

Flight 1 of 1 UA5031 — Class: United Economy (Q)

| Departure | Arrival |
|---|---|
| Thu, Nov 10, 2022 | Thu, Nov 10, 2022 |
| 07:00 PM | 09:21 PM |
| Los Angeles, CA, US (LAX) | Prescott, AZ, US (PRC) |

Flight Operated by Skywest Airlines dba United Express.

## Traveler Details

**HEDRICK/STEPHEN**

eTicket number: **0162442185160** — Seats: **LAX-PRC 05B**

Frequent Flyer: **UA-XXXXX627 Premier Platinum**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **Visa ending in 3894** |
| Date of purchase: | **Wed, Oct 19, 2022** |
| Airfare: | 260.46 USD |
| U.S. Transportation Tax: | 19.54 USD |
| September 11th Security Fee: | 5.60 USD |

| | |
|---|---|
| Total Per Passenger: | 285.60 USD |
| **Total:** | **285.60 USD** |

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

## MileagePlus Accrual Details

| Stephen Hedrick | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Thu, Nov 10, 2022 | 5031 | Los Angeles, CA, US (LAX) to Prescott, AZ, US (PRC) | 2349 | 261 | 1 |
| MileagePlus accrual totals: | | | 2349 | 261 | 1 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Thu, Nov 10, 2022<br>Los Angeles, CA, US (LAX)<br>to Prescott, AZ, US (PRC) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Platinum membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online. The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.
**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport

- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- Current policies and updates concerning Coronavirus (Covid 19) can be found at https://www.united.com/ual/en/us/fly/travel/notices.html

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

united.com restricted items page
FAA website Pack Safe page
TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be

treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage
Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

A STAR ALLIANCE MEMBER ™

Copyright © 2022 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy View our Legal Notices

DOUBLETREE BY HILTON TULSA DOWNTOWN
616 W 7TH STREET
TULSA, OK 74127
United States of America
TELEPHONE 918-587-8000 • FAX 918-587-3001
Reservations
www.doubletree.com or 1-800-222-TREE

HEDRICK, STEPHEN

3131 WEST CRESTVIEW DRIVE

PRESCOTT AZ 86305
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 1426/NKR |
| Arrival Date: | 11/7/2022 4:31:00 PM |
| Departure Date: | 11/8/2022 |
| Adult/Child: | 1/0 |
| Cashier ID: | CTILMAN |
| Room Rate: | 141.00 |
| AL: | |
| HH # | 208247131 SILVER |
| VAT # | |
| Folio No/Che | 1344744 A |

Confirmation Number: 83339590

DOUBLETREE BY HILTON TULSA DOWNTOWN 11/8/2022 3:36:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 11/7/2022 | 5286324 | PARKING | $23.04 |
| 11/7/2022 | 5286324 | SALES TAX | $1.96 |
| 11/7/2022 | 5286325 | GUEST ROOM | $141.00 |
| 11/7/2022 | 5286325 | STATE TAX | $12.01 |
| 11/7/2022 | 5286325 | CITY TAX | $7.05 |
| 11/7/2022 | 5286325 | TOURISM FEE | $4.23 |
| | | WILL BE SETTLED TO VS*3894 | $189.29 |
| | | EFFECTIVE BALANCE OF | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com



HEDRICK000253

Residence INN BY MARRIOTT

**Residence Inn® by Marriott Los Angeles Pasadena / Old Town**
21 West Walnut Street, Pasadena Ca 91103 **P** 626.204.9220
**Marriott.com/LAXRO**

S. Hedrick

Room: 524
Room Type: STDO
Number of Guests: 1
Rate: $297.00
Clerk:

Arrive: 09Nov22 Time: 12:30PM Depart: 12Nov22 Time: 12:00PM Folio Number: 52275

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 08Oct22 | Advance Deposit | | 835.10 |
| 09Nov22 | Room Charge | 214.00 | |
| 09Nov22 | Occupancy Sales Tax | 25.92 | |
| 09Nov22 | City Tax | 6.18 | |
| 09Nov22 | Calif/Local Tourism Fee | 0.64 | |
| 09Nov22 | Daily Parking | 24.00 | |
| 10Nov22 | Room Charge | 214.00 | |
| 10Nov22 | Occupancy Sales Tax | 25.92 | |
| 10Nov22 | City Tax | 6.18 | |
| 10Nov22 | Calif/Local Tourism Fee | 0.64 | |
| 10Nov22 | Daily Parking | 24.00 | |
| 11Nov22 | Room Charge | 297.00 | |
| 11Nov22 | Occupancy Sales Tax | 35.97 | |
| 11Nov22 | City Tax | 8.58 | |
| 11Nov22 | Calif/Local Tourism Fee | 0.64 | |
| 11Nov22 | Daily Parking | 24.00 | |
| 12Nov22 | Visa | | 72.57 |

*Card #: VIXXXXXXXXXXXX3894/XXXX*
*Amount: 72.57 Auth: 08785I*
*This card was electronically swiped on 09Nov22*

**BALANCE:** **0.00**

**Marriott Bonvoy Account # XXXXX3673.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Residence INN BY MARRIOTT

**Residence Inn® by Marriott Los Angeles Pasadena / Old Town**
21 West Walnut Street, Pasadena Ca 91103 **P** 626.204.9220
**Marriott.com/LAXRO**

S. Hedrick

Room: 524
Room Type: STDO
Number of Guests: 1
Rate: $204.00 Clerk:

Arrive: 08Nov22 Time: 08:53PM Depart: 09Nov22 Time: 12:00PM Folio Number: 52716

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 19Oct22 | Advance Deposit | | 567.40 |
| 08Nov22 | Room Charge | 204.00 | |
| 08Nov22 | Occupancy Sales Tax | 24.70 | |
| 08Nov22 | City Tax | 5.90 | |
| 08Nov22 | Calif/Local Tourism Fee | 0.64 | |
| 08Nov22 | Daily Parking | 24.00 | |
| 09Nov22 | Visa | 308.16 | |

**BALANCE: 0.00**

**Marriott Bonvoy Account # XXXXX3673.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

To plan your next stay, visit ResidenceInn.com.

**From:** mobile@76.com
**Subject:** My 76 ® App Receipt
**Date:** November 10, 2022 at 16:31
**To:** Stevehedrick99@icloud.com

M

APRO LLC 2708879
8600 Aviation Blvd
Inglewood CA 90301
Nov 10, 2022 4:31PM
Pump: 7
76 Credit Card® ...8676

| Description | Unit price | Qty | Currency | Amount |
|---|---|---|---|---|
| REGULAR | $5.25 9 | 7.06 | USD | $37.10 |

| | |
|---|---|
| Offer Discounts | $1.76 |
| **Tax** | $0.00 |
| **Total** | $35.34 |

**Your fuel savings were $0.25 per gallon.**

**You saved $1.76 on your purchase today.**

Transaction ID: 1610906
Auth Code: 010532

Thank you for your business!

You've got opinions. We've got rewards. Take a quick survey about your purchase experience at www.gasvisit.com. Enter to win 1 of 60 $25 gas gift cards rewarded each month.

This message was sent from an uncontrolled account. Please do not reply to this message. If you have questions **please contact us here**.

National

**Rental Agreement #** 853227587
**Invoice #** 80043613136

## Renter Information

**Renter Name**
STEVE D HEDRICK

**Renter Address**
PRESCOTT, AZ 86305
USA

**Contract**
DISNEY WORLDWIDE SERVICES, INC.

**Rental Credits**
1 credit has been awarded for this rental

## Vehicle Information

**4DR REAR-WHEEL DRIVE SEDAN**
**License #:** 9CCB717
**State/Province:** CA
**Unit #:** 7VKMMV
**Vehicle #:** NH212904

**Vehicle Class Driven**
Full Size 4 door/Automatic/Air

**Vehicle Class Charged**
Premium 4 door/Automatic/Air

**Odometer Mileage/Kilometers**
**Starting:** 5,503 **Ending:** 5,635
**Total:** 132

**Fuel**
**Starting:** Full **Ending:** Full

## Trip Information

### Pickup
Tuesday, November 8, 2022 7:47 PM

### Start Charges
Tuesday, November 8, 2022 7:54 PM
**LOS ANGELES INTL ARPT (LAX)**
9020 AVIATION BLVD
INGLEWOOD, CA 90301-2907
USA

### Return
Thursday, November 10, 2022 4:35 PM
**LOS ANGELES INTL ARPT (LAX)**
9020 AVIATION BLVD
INGLEWOOD, CA 90301-2907
USA

## Renter Charges

| | | |
|---|---|---|
| **Rental Rate** | Time & Distance 2 Day at $43.61 / Day | $87.22 |
| **Coverages** | Cdw-allocated Inclusive | Included |
| **Add-Ons** | Discount (14.00%) | ($12.21) |
| **Taxes and Fees** | Tourism Commission Rec 3.50 Pct (3.50%) | $2.63 |
| | Airport Concession Fee 11.11 Pct (11.11%) | $8.64 |
| | Vehicle License Recovery Fee ($1.39 / Day) | $2.78 |
| | Customer Facility Charge 9.00/day ($9.00 / Day) | $18.00 |
| | Sales Tax (10.00%) | $8.37 |

**Total** **$115.43**

(Subject to audit)

Amount charged on November 10, 2022 to VISA (3894) ($115.43)

**Amount Due** **$0.00**

**Thank you for renting with National Car Rental**

**We appreciate your business!**

## Thank you for renting with National Car Rental

This email was automatically generated from an unattended mailbox, so please do not reply to this e-mail.

If you have any questions about your rental, please view our Frequently Asked Questions or send us a secured message by visiting our Support Center

Residence INN BY MARRIOTT

**Residence Inn® Oklahoma City Downtown Bricktown**
400 East Reno Avenue, Oklahoma City Ok 73104 **P** 405.601.1700
**Marriott.com/OKCBT**

S. Hedrick

Room: 422
Room Type: STKT
Number of Guests: 1
Rate: $136.00 Clerk:

Arrive: 06Nov22 Time: 05:59PM Depart: 07Nov22 Time: 12:00PM Folio Number: 66796

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 06Nov22 | Room Charge | 136.00 | |
| 06Nov22 | City Occupancy Tax | 7.48 | |
| 06Nov22 | State Occupancy Tax | 11.73 | |
| 06Nov22 | Low Bricktown Maint Fee | 3.50 | |
| 06Nov22 | Daily Parking | 18.00 | |
| 06Nov22 | Parking Tax | 1.55 | |
| 07Nov22 | Visa | | 178.26 |

*Card #: VIXXXXXXXXXXXX3894/XXXX*
*Amount: 178.26 Auth: 05728I*
*This card was electronically swiped on 06Nov22*

**BALANCE: 0.00**

**Marriott Bonvoy Account # XXXXX3673.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

We hope you have enjoyed your stay at the RESIDENCE INN BY MARRIOTT DOWNTOWN/BRICKTOWN OKLAHOMA CITY. Please be safe in your endeavours and come back to see us! ANOTHER EXCEPTIONAL HOTEL BY ATRIUM HOSPITALITY!

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit ResidenceInn.com.

National

**Rental Agreement #** 772419563
**Invoice #** 40066361190

## Renter Information

**Renter Name**
STEVE D HEDRICK

**Renter Address**
PRESCOTT, AZ 86305
USA

**Contract**
DISNEY WORLDWIDE SERVICES, INC.

## Vehicle Information

**4DR ALL-WHEEL DRIVE**
**License #:** RVZ0851
**State/Province:** TX
**Unit #:** 8DX3DT
**Vehicle #:** PC106017

**Vehicle Class Driven**
Standard SUV AWD

**Vehicle Class Charged**
Midsize 2/4 door/Automatic/Air

**Odometer Mileage/Kilometers**
**Starting:** 2,973 **Ending:** 3,218
**Total:** 245

**Fuel**
**Starting:** Full **Ending:** Full

### Thank you for renting with National Car Rental

**We appreciate your business!**
This email was automatically generated from an unattended mailbox, so please do not reply to this e-mail.
If you have any questions about your rental, please view our Frequently

## Trip Information

**One Way Rental**

**Pickup**
Sunday, November 6, 2022 5:31 PM

**Start Charges**
Sunday, November 6, 2022 5:36 PM
**OKC WILL ROGERS ARPT (OKC)**
5201 S MERIDIAN AVE
OKLAHOMA CITY, OK 73119
USA

**Return**
Tuesday, November 8, 2022 4:31 PM
**TULSA INTL ARPT (TUL)**
7777 E APACHE ST
TULSA, OK 74115-2346
USA

## Renter Charges

| | | |
|---|---|---|
| **Rental Rate** | Time & Distance 2 Day at $66.30 / Day | $132.60 |
| **Coverages** | Cdw-allocated Inclusive | Included |
| **Add-Ons** | Discount (11.00%) | ($14.59) |
| **Taxes and Fees** | Sales Tax (8.62%) | $11.31 |
| | Customer Facility Charge 4.50/day ($4.50 / Day) | $9.00 |
| | Concession Recovery Fee 11.11 Pct (11.11%) | $13.11 |
| | Vehicle Rental Tax 6 Pct (6.00%) | $7.87 |

**Total** **$159.30**

(Subject to audit)

Amount charged on November 8, 2022 to VISA (3894) ($159.30)

**Amount Due** **$0.00**

**Thank you for renting with National Car Rental**

Asked Questions or send us a secured message by visiting our Support Center

**Invoice # 15 Submitted** **5-Dec-22**

**Steve Hedrick Mansion Entertainment Consulting**

**INVOICE**

**Nov 15, 2022-Dec 2, 2022**

| | | # of items | Cost Ea. | Sub Total | Notes | |
|---|---|---|---|---|---|---|
| Consulting Fee / days | | 16 | 1,200.00 | 19,200.00 | Nov 15-Dec 2 | |
| Airfare Orlando | | 1 | 959.60 | 959.60 | United IAAPA 11-14 | |
| Airfare Orlando/LAX | | 1 | 1,108.60 | 1,108.60 | Delta 11-18 | |
| Airfare LAX to PRC | | 1 | 661.60 | 661.60 | United 11-22 | |
| Airfare to DEN | | 1 | 929.60 | 929.60 | United 11-28 | |
| Airfare to Branson/LAX | | 1 | 837.60 | 837.60 | AA 11-30 | |
| Airfare to PRC | | 1 | 285.60 | 285.60 | United 12-02 | |
| Airfare IAAPA Leslie Kies/Aaron Hedrick | | 2 | 1,030.30 | 2,060.60 | United IAAPA 11-14 | |
| Orlando Hotel Leslie/Aaron | | 1 | 1,072.80 | 1,072.80 | Universal Endless Summer Hotel 11-14 | |
| Hotel Orlando | | | | | Not yet charged Nov 18 | |
| Hotel LA | | 1 | 1,290.39 | 1,290.39 | Courtyard Nov 22 | |
| Hotel Branson | | 1 | 267.40 | 267.40 | Res Inn Dec 1 | |
| Hotel LA 2 | | 1 | 396.60 | 396.60 | Res Inn Dec 2 | |
| Expenses | | | | | | |
| | IAAPA Registration | 1 | 318.44 | 318.44 | Expo fee | |
| | Orange County | 1 | 20.00 | 20.00 | Concession | |
| | FL Turnpike toll | 1 | 2.75 | 2.75 | toll | |
| | Delta Wifi | 1 | 5.00 | 5.00 | in-flight wifi | |
| | UA Wifi | 1 | 8.00 | 8.00 | in-flight wifi | |
| | WDW Water | 1 | 5.75 | 5.75 | Park visit | |
| | Parking | 1 | 3.00 | 3.00 | Pasadena | |
| | Parking | 1 | 1.00 | 1.00 | Pasadena | |
| | Haytt Parking | 1 | 30.00 | 30.00 | Crayola Meeting | |
| | | | | - | | |
| Meal Expenses | | | | | | |
| | Sprouts | 1 | 15.49 | 15.49 | | |
| | Walmart | 1 | 19.41 | 19.41 | | |
| | Ralphs | 1 | 19.88 | 19.88 | | |
| | Natures Wonders1 | 1 | 39.41 | 39.41 | | |
| | Ralphs | 1 | 13.58 | 13.58 | | |
| | Hill Street Café | 1 | 31.49 | 31.49 | | |
| | Air Host | 1 | 14.93 | 14.93 | | |
| | Air Host | 1 | 4.10 | 4.10 | | |
| | Fogo de Chao | 1 | 113.17 | 113.17 | Dinner w/ Ronnie | |
| | Hill Street Café | 1 | 22.18 | 22.18 | | |
| | Trader Joes | 1 | 48.54 | 48.54 | | |
| | Gyu Kaku | 1 | 41.84 | 41.84 | | |
| | Natures Wonders | 1 | 21.19 | 21.19 | | |
| | Chatham's Place | 1 | 1,906.12 | 1,906.12 | Staff dinner IAAPA recap 12 staff | |
| | Mcdonalds | 1 | 3.54 | 3.54 | | |
| | Tailwind | 1 | 4.10 | 4.10 | | |
| | Trailwind | 1 | 13.93 | 13.93 | | |
| | Morton's | 1 | 1,480.31 | 1,480.31 | Staff dinner IAAPA recap 12 staff | |
| | Pavillion's | 1 | 13.47 | 13.47 | | |
| Rental Car Orlando | | 1 | 258.55 | 258.55 | 18-Nov | |
| Rental Car LA | | 1 | 285.46 | 285.46 | 22-Nov | |
| Rental Car Branson | | | | | | bill not yet received |
| Rental Car LA2 | | 1 | 175.85 | 175.85 | 2-Dec | |
| Gas Rental Car Nov 17 | | 1 | 10.36 | 10.36 | | |
| Gas LA | | 1 | 35.34 | 35.34 | | |
| Invoice Total | | | | 34,056.57 | | |

**Pay to:**
**Steve Hedrick**
**3131 W CRESTVIEW DR**
**PRESCOTT, AZ 86305**

| | | | | | |
|---|---|---|---|---|---|
| **Invoice # 16 Submitted** | **16-Dec-22** | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | | |
| **INVOICE** | | | | | |
| **Dec 03, 2022-Dec 16, 2022** | | | | | |
| | | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| **Consulting Fee / days** | | **13** | **1,200.00** | **15,600.00** | **Dec 03 - Dec 16** |
| **Airfare PRC to LAX** | | **1** | **571.20** | **571.20** | **United** |
| **Hotel LA** | | **1** | **593.02** | **593.02** | **Residence Inn** |
| **Rental Car LA** | | **1** | **299.18** | **299.18** | **22-Nov** |
| **Gas LA** | | **1** | **36.22** | **36.22** | |
| **Expenses** | | | | | |
| | **Parking Pasadena** | **1** | **9.00** | **9.00** | |
| | | | | **-** | |
| **Meal Expenses** | | | | | |
| | **Trader Joes** | **1** | **40.16** | **40.16** | |
| | **HK Foods (Lemon Tree)** | **1** | **75.70** | **75.70** | **Lunch Ronnie** |
| | **Jeremy's Coffee Shop** | **1** | **38.46** | **38.46** | **Breakfast with Craig Russell** |
| | **Hill Street Café** | **1** | **30.46** | **30.46** | |
| | **Gyu Kaku Restaurant** | **1** | **106.89** | **106.89** | **Dinner John Lindsay & Ronnie Rodriquez** |
| | **Sprouts** | **1** | **27.36** | **27.36** | |
| | **Hill Street Café** | **1** | **55.30** | **55.30** | **Breakfast with Erik THG** |
| **Invoice Total** | | | | **17,482.95** | |
| **Pay to:** | | | | | |
| **Steve Hedrick** | | | | | |
| **3131 W CRESTVIEW DR** | | | | | |
| **PRESCOTT, AZ 86305** | | | | | |