**Invoice # 17 Submitted** **28-Dec-22**

**Steve Hedrick Mansion Entertainment Consulting**

**INVOICE**

**Dec 17, 2022-Dec 31, 2022**

| | | # of items | Cost Ea. | Sub Total | Notes |
|---|---|---|---|---|---|
| Consulting Fee / days | | 12 | 1,200.00 | 14,400.00 | Dec 17 - Dec 31 |
| Airfare PRC to LAX | | 1 | 571.20 | 571.20 | United 221216 |
| Hotel LA | | 1 | 683.37 | 683.37 | Hotels.com |
| Hotel LA | | 1 | 72.00 | 72.00 | Residence Inn Parking |
| Rental Car LA | | 1 | 179.52 | 179.52 | National 221821 |
| Gas LA | | 1 | 43.41 | 43.41 | Union 76 221221 |
| Expenses | | | | | |
| | Parking Pasadena | 3 | 1.00 | 3.00 | |
| | Wilshire Parking | 1 | 30.00 | 30.00 | |
| | Pasadena Apt furniture deposit | 1 | 714.44 | 714.44 | |
| | | | | - | |
| Meal Expenses | | | | | |
| Invoice Total | | | | 16,696.94 | |

**Pay to:**
**Steve Hedrick**
**3131 W CRESTVIEW DR**
**PRESCOTT, AZ 86305**

**Invoice # 18 Submitted** **15-Jan-23**

**Steve Hedrick Mansion Entertainment Consulting**

**INVOICE**

**Jan 1-Jan15, 2023**

| | | # of items | Cost Ea. | Sub Total | Notes |
|---|---|---|---|---|---|
| Consulting Fee / days | | 12 | 1,500.00 | 18,000.00 | Jan 1 - Jan 15, 2023 |
| Airfare RT PRC to LAX | | 1 | 571.20 | 571.20 | United 20230119 |
| Airfare RT LAX to TUL/OKC | | 1 | 1,064.20 | 1,064.20 | AA 2023 |
| Hotel LA 1 | | 1 | 1,031.61 | 1,031.61 | Res Inn Jan 5-9 |
| Hotel Tulsa | | 1 | 304.43 | 304.43 | Doubletree Jan 9-11 |
| Hotel LA 2 | | 1 | 261.74 | 261.74 | Res Inn Jan 11-12 |
| Rental Car LA #1 | | 1 | 420.45 | 420.45 | National 22230105 |
| Rental Car Tulsa/OKC | | 1 | 229.98 | 229.98 | National 20230109 |
| Rental Car LA #2 | | 1 | 119.10 | 119.10 | National 20230111 |
| Gas LA | | 1 | 43.41 | 43.41 | Union 76 221221 |
| Gas Culver City | | 1 | 27.73 | 27.73 | |
| Gas OKC | | 1 | 28.80 | 28.80 | |
| Expenses | | | | | |
| | Trader Joes | 1 | 33.65 | 33.65 | |
| | Deposit paid Pasadena Apartment | 1 | 201.88 | 201.88 | see move-in doc |
| | TV for Pasadena Office | 1 | 162.51 | 162.51 | |
| | TV Stand Pasadena Office | 1 | 130.01 | 130.01 | |
| | Overland Café | 1 | 83.77 | 83.77 | John L. Jim S. Andy B |
| | Doubletree Breakfast | 1 | 17.00 | 17.00 | Self |
| | Mins Kitchen | 1 | 138.97 | 138.97 | AndyB. Nathan H |
| | All India Café | 1 | 42.78 | 42.78 | Andy B |
| | AA wifi | 1 | 17.00 | 17.00 | |
| | AA wifi | 1 | 13.00 | 13.00 | |
| | Parking | 1 | 4.00 | 4.00 | |
| Invoice Total | | | | 22,947.22 | |

**Pay to:**
**Steve Hedrick**
**3131 W CRESTVIEW DR**
**PRESCOTT, AZ 86305**

| | | | | | |
|---|---|---|---|---|---|
| **Invoice # 19 Submitted** | **8-Feb-23** | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | | |
| **INVOICE** | | | | | |
| **Jan 16-Jan 31, 2023** | | | | | |
| | | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| Consulting Fee / days | | 14 | 1,500.00 | 21,000.00 | Jan 16-Jan 31, 2023 |
| Airfare RT PRC to LAX | | 1 | 571.20 | 571.20 | United Jan 16 |
| Airfare LAX to PRC | | 1 | 285.60 | 285.60 | United Jan 27 |
| Hotel LA 1 | | 1 | 1,031.61 | 1,031.61 | Res Inn Jan 16-19 |
| Hotel LA 2 | | 1 | 304.43 | 304.43 | Res Inn Jan 22-23 |
| Hotel LA 3 | | 1 | 966.9 | 966.90 | Res Inn Jan 23-27 |
| Hotel LA 4 | | 1 | 294.97 | 294.97 | Courtyard Jan 31 - Feb 1 |
| Rental Car LA #1 | | 1 | 329.90 | 329.90 | Jan 16-19 |
| Rental Car LA #2 | | 1 | 10.90 | 10.90 | tolls |
| Rental Car LA #2 | | 1 | 119.10 | 119.10 | National 20230111 |
| Gas LA | | 1 | 33.44 | 33.44 | Union 76 221221 |
| Gas LA | | 1 | 19.97 | 19.97 | |
| Gas LA | | 1 | 76.65 | 76.65 | |
| Uber | | 1 | 74.24 | 74.24 | |
| Expenses | | | | | |
| | Big Lots 2 Desks for office | 1 | 130.00 | 130.00 | |
| | Big Lots 2 more Desks for office | 1 | 130.00 | 130.00 | |
| | Ralphs | 1 | 65.35 | 65.35 | |
| | Smart and Final | 1 | 55.72 | 55.72 | |
| | Lemon Tree | 1 | 89.74 | 89.74 | Ovid Model Maker |
| | Smart and Final | 1 | 9.60 | 9.60 | Self |
| | El Portal | 1 | 78.28 | 78.28 | Andy Reisman designer |
| | Gyu Kaku | 1 | 249.72 | 249.72 | FTD Evan Hall and team |
| | Cal Pizza Kitchen | 1 | 49.45 | 49.45 | Scott Sinclair THG |
| | Gyu Kaku | 1 | 199.56 | 199.56 | Ent Team Reggie, Ronnie, Steve Z |
| | Saladang | 1 | 40.80 | 40.80 | Scott Sinclair |
| | Mins Kitchen | 1 | 157.58 | 157.58 | Stunt Show Jordan Peterson, Nate Hedrick |
| | Rocco's Tavern | 1 | 60.53 | 60.53 | |
| | Big Lots desk | 1 | 65.00 | 65.00 | |
| | | | | - | |
| Invoice Total | | | | 26,500.24 | |
| **Pay to:** | | | | | |
| **Steve Hedrick** | | | | | |
| **3131 W CRESTVIEW DR** | | | | | |
| **PRESCOTT, AZ 86305** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Invoice # 20 Submitted | 25-Feb-23 | | | | |
| Steve Hedrick Mansion Entertainment Consulting | | | | | |
| | | | | | |
| INVOICE | | | | | |
| Feb 1-Feb 25, 2023 | | | | | |
| | | # of items | Cost Ea. | Sub Total | Notes |
| | | | | | |
| Consulting Fee / days | | 21 | 1,500.00 | 31,500.00 | feb 1 - feb 15 |
| Uhaul Rental | | 1 | 404.06 | 404.06 | move Prescott to Pasadena |
| Uhaul Rental | | 1 | 152.14 | 152.14 | Appliance Dolly |
| Uhaul Gas 1 | | 1 | 76.65 | 76.65 | 30-Jan |
| Uhaul gas 2 | | 1 | 37.11 | 37.11 | 1-Feb |
| Airfare LAX / MCO / PHL | | 1 | 1,687.00 | 1,687.00 | AA |
| Hotel Pasadena | | 1 | 294.97 | 294.97 | Courtyard |
| Hotel Orlando | | 1 | 371.23 | 371.23 | Drury Inn |
| Rental Car LA #1 | | 1 | 1,929.13 | 1,929.13 | Jan 31 - Feb 14, 2023 |
| Rental car gas | | 1 | 24.21 | 24.21 | 14-Feb |
| Rental Car Orlando | | 1 | 195.09 | 195.09 | Feb 14-16 |
| Rental Car PHL | | 1 | 83.90 | 83.90 | 16-Feb |
| | | | | | |
| Expenses | | | | | |
| | Target | 1 | 527.58 | 527.58 | Supplies for Pasadena Office |
| | Amazon | 1 | 159.81 | 159.81 | Apple TV Box for office |
| | Amazon | 1 | 308.69 | 308.69 | Hutch for Pasadena Office |
| | Amazon | 1 | 490.08 | 490.08 | 2 couches for Pasadena Office |
| | Amazon | 1 | 176.39 | 176.39 | Ext Ladder office |
| | Office Internet set up | 1 | 200.00 | 200.00 | AT&T |
| | In Flight Wifi | 1 | 25.00 | 25.00 | AA |
| | Ocean Prime Orlando | 1 | 727.72 | 727.72 | Reggie J, Steve Z, Ronnie R, Evan Hall, Scott & Oscar L'acoustics Sound |
| | Lowes Offiice equipment | 1 | 264.31 | 264.31 | |
| | Lowes Offiice equipment | 1 | 237.66 | 237.66 | fridge and misc |
| | Lowes Offiice equipment | 1 | 103.61 | 103.61 | Supplies for Pasadena Office |
| | Amazon | 1 | 59.51 | 59.51 | Window film office |
| | Amazon | 1 | 27.17 | 27.17 | Curtain Rod office |
| | Amazon | 1 | 165.30 | 165.30 | office chairs for office |
| | Amazon | 1 | 37.68 | 37.68 | Elec Power Strips for office |
| | Amazon | 1 | 31.96 | 31.96 | Elec Power Strips for office |
| | Amazon | 1 | 18.73 | 18.73 | Wire management floor office |
| | Amazon | 1 | 154.34 | 154.34 | Drafting Chair office |
| | Amazon | 1 | 131.75 | 131.75 | folding chairs office |
| | Amazon | 1 | 33.20 | 33.20 | Bluetooth speaker presentations |
| | Amazon | 1 | 98.26 | 98.26 | Curtains for office |
| | Ace Hardware | 1 | 93.62 | 93.62 | HDMI and elec office |
| | Costco | 1 | 524.15 | 524.15 | 55"TV and wall mount office |
| | Rocco's | 1 | 69.29 | 69.29 | Erik Neergard |
| | Mins Kitchen | 1 | 239.13 | 239.13 | Craig / Sandy Russell |
| | Chipotle | 1 | 19.17 | 19.17 | Self |
| | parking | 1 | 19.00 | 19.00 | Pasadena |
| | parking | 1 | 39.00 | 39.00 | Philly |
| | toll charges | 1 | 6.20 | 6.20 | Toll charges 2/14-2/16/23 FL |
| | | | | | |
| Invoice Total | | | | 41,743.80 | |
| | | | | | |
| Pay to: | | | | | |
| Steve Hedrick | | | | | |
| | | | | | |
| BANK INFO | | | | | |
| | BANK | | | | |
| ROUTING NUMBER | # | | | | |
| ACCT NUMBER | # | | | | |

**Invoice # 21 Submitted** 19-Mar-23

**Steve Hedrick Mansion Entertainment Consulting**

**INVOICE**

**Feb 26-Mar 19, 2023**

| | # of items | Cost Ea. | Sub Total | Notes |
|---|---|---|---|---|
| Consulting Fee / days | 20 | 1,500.00 | 30,000.00 | feb 26 - mar 19 |
| Hilton OKC | 1 | 330.74 | 330.74 | |
| Hilton OKC extra night | 1 | 147.61 | 147.61 | |
| American Airlines | 1 | 1,083.11 | 1,083.11 | LAX to OKC |
| American Airlines | 1 | 487.90 | 487.90 | OKC to LAX |
| American Airlines Refund for cancelled flight | 1 | (540.80) | (540.80) | OKC to LAX |
| Rental Car OKC | 1 | 200.75 | 200.75 | OKC |
| Rental Car Pasadena | 1 | 1,231.81 | 1,231.81 | Pasadena Feb 1 - Feb 28 |
| Rental Car Orlando | 1 | 401.99 | 401.99 | |
| Hotel Orlando | 1 | 843.70 | 843.70 | Drury Inn - CC amount. check out receipt amount different $859.69 |
| Uber Apt to LAX | 1 | 55.14 | 55.14 | |
| Uber LAX to Apt | 1 | 147.97 | 147.97 | |
| Cort Furniture Rental | 1 | 540.40 | 540.40 | Pasadena apartment |
| Delta flight to Orlando | 1 | 1,857.80 | 1,857.80 | |
| Universal Studios Orlando | 1 | 323.76 | 323.76 | |
| Inflight WiFi | 1 | 17.00 | 17.00 | Pasadena apartment |
| Utility elec Feb | 1 | 52.53 | 52.53 | Pasadena apartment |
| Utility elec Mar | 1 | 108.41 | 108.41 | |
| rental car gas | 1 | 29.05 | 29.05 | shell 2/27 |
| rental car gas | 1 | 11.86 | 11.86 | 7-11 Orlando |
| Jails Steakhouse | 1 | 43.56 | 43.56 | |
| Ace Harware | 1 | 98.40 | 98.40 | Pasadena Office |
| Ace Harware | 1 | 93.62 | 93.62 | Pasadena Office |
| Used office furniture | 1 | 2,662.53 | 2,662.53 | Pasadena Office |
| Used office furniture | 1 | 50.00 | 50.00 | Pasadena Office |
| Target | 1 | 527.58 | 527.58 | Printer & supplies office |
| Target | 1 | 18.48 | 18.48 | equipment office |
| Tolls | 1 | 2.75 | 2.75 | Orlando |
| Parking LA and Pasadena`` | 1 | 45.95 | 45.95 | CC statement |
| Video Conferencing Equipment | 1 | 1,816.92 | 1,816.92 | Amazon |
| Window shade film for office | 1 | 51.69 | 51.69 | Amazon |
| | | | | |
| Invoice Total | | | 42,742.21 | |
| | | | | |
| Pay to: | | | (30,000.00) | FEE |
| Steve Hedrick | | | | |
| | | | 12,742.21 | EXP |

**BANK INFO**

**BANK**

**ROUTING NUMBER** #

**ACCT NUMBER** #

**Invoice # 22 Submitted** **7-Apr-23**

**Steve Hedrick Mansion Entertainment Consulting**

**INVOICE**

**Mar 20 - Apr 7, 2023**

| | # of items | Cost Ea. | Sub Total | Notes |
|---|---|---|---|---|
| Consulting Fee / days | 18 | 1,500.00 | 27,000.00 | Mar 20 - Ap 7 |
| American Airlines | 1 | 1,407.80 | 1,407.80 | RT OKC LAX |
| Hotel paid by Larry | 0 | - | - | |
| Rental Car Pasadena | 1 | 2,411.46 | 2,411.46 | 1 month |
| Rental Car OKC | 1 | 232.60 | 232.60 | OKC |
| Uber Apt to LAX | 1 | 84.80 | 84.80 | OKC trip |
| Uber LAX to Apt | 1 | 145.81 | 145.81 | OKC trip |
| Cort Furniture Rental | 1 | 518.56 | 518.56 | Pasadena apartment |
| Inflight WiFi | 1 | 17.00 | 17.00 | OKC trip |
| rental car gas | 1 | 81.00 | 81.00 | Shell |
| rental car gas | 1 | 65.35 | 65.35 | gas 76 |
| rental car gas | 1 | 39.95 | 39.95 | gas 76 |
| Ace Hardware | 1 | 156.44 | 156.44 | hardware for office |
| Ace Hardware | 1 | 55.11 | 55.11 | hardware for office |
| Costco | 1 | 459.08 | 459.08 | 2nd TV monitor for office |
| Target | 1 | 99.21 | 99.21 | Wall Mount hardware for office monitor |
| Amazon | 1 | 176.37 | 176.37 | Project Lazy Hawk Pens |
| Amazon | 1 | 126.78 | 126.78 | Project Lazy Hawk swag |
| AT&T | 1 | 171.20 | 171.20 | office internet |
| Ready Fresh Water | 1 | 38.64 | 38.64 | Pasadena Office water cooler |
| Primo Water | 1 | 6.20 | 6.20 | office |
| Universal Studios parking | 1 | 50.00 | 50.00 | Attraction evaluation |
| Universal International Café | 1 | 76.04 | 76.04 | Lunch for Attractions visit 6 people |
| Parking LA and Pasadena`` | 1 | 6.00 | 6.00 | CC statement |
| | | | | |
| Invoice Total | | | 33,425.40 | |
| | | | | |
| Pay to: | | | (27,000.00) | FEE |
| Steve Hedrick | | | | |
| | | | 6,425.40 | EXP |
| BANK INFO | | | | |
| BANK | | | | |
| ROUTING NUMBER # | | | | |
| ACCT NUMBER | | | | |

**Invoice # 23 Submitted** 27-Apr-23

**Steve Hedrick Mansion Entertainment Consulting**

**INVOICE**

**Apr 8, 2023 - Apr 27**

| | # of items | Cost Ea. | Sub Total | Notes |
|---|---|---|---|---|
| Consulting Fee / days | 16 | 1,500.00 | 24,000.00 | Ap 8 - Ap 27 |
| American Airlines | 1 | 1,593.10 | 1,593.10 | RT TUL LAX |
| American Airlines | 1 | 183.30 | 183.30 | |
| Doubletree Tulsa | 1 | 629.40 | 629.40 | |
| Rental Car Pasadena | 1 | - | - | Apr 1 month pending 4/29/23 |
| Rental Car TUL | 1 | 473.86 | 473.86 | TUL/Vinita |
| Uber Apt to LAX | 1 | 90.84 | 90.84 | Vinita trip |
| Uber LAX to Apt | 1 | 140.79 | 140.79 | Vinita trip |
| Uber | 1 | 13.62 | 13.62 | |
| Uber | 1 | 21.11 | 21.11 | |
| Cort Furniture Rental | 1 | - | - | Pasadena apartment pending |
| Inflight WiFi | 1 | 19.00 | 19.00 | Vinita trip |
| Inflight WiFi | 1 | 17.00 | 17.00 | |
| rental car gas | 1 | 43.59 | 43.59 | QT |
| rental car gas | 1 | 31.57 | 31.57 | gas 76 |
| rental car gas | 1 | 1.00 | 1.00 | gas 76 |
| Executive Advertising | 1 | 262.76 | 262.76 | Lazy Hawk Swag |
| Amazon Credit | 1 | (126.78) | (126.78) | refund Swag |
| Video Conferencing Equipment | 1 | (660.40) | (660.40) | refund partial video equipment |
| Win Zip Software | 1 | 52.75 | 52.75 | |
| Phryme Steakhouse | 1 | 524.40 | 524.40 | Dinner self, Cummingham Architects |
| Pasadena Apt power bill | 1 | 108.41 | 108.41 | |
| Amazon | 1 | 274.52 | 274.52 | Extension Mic for Video system |
| Amazon | 1 | 126.78 | 126.78 | Project Lazy Hawk swag |
| AT&T | 1 | 171.20 | 171.20 | office internet |
| Ready Fresh Water | 1 | 35.66 | 35.66 | Pasadena Office water cooler |
| Parking Tulsa | 1 | 1.15 | 1.15 | |
| Primo Water | 1 | 6.17 | 6.17 | office |
| Parking LA and Pasadena`` | 1 | 18.00 | 18.00 | CC statement |
| Parking LA and Pasadena`` | 1 | 12.00 | 12.00 | CC statement |
| | | | | |
| Invoice Total | | | 28,064.80 | |
| | | | | |
| Pay to: | | | (24,000.00) | FEE |
| Steve Hedrick | | | | |
| | | | 4,064.80 | EXP |

**BANK INFO**

**BANK**

**ROUTING NUMBER**

**ACCT NUMBER**

| | | | | | |
|---|---|---|---|---|---|
| **Invoice # 24 Submitted** | **18-May-23** | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | | |
| | | | | | |
| **INVOICE** | | | | | |
| **Apr 29 - May 18, 2023** | | | | | |
| | | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| | | | | | |
| **Consulting Fee / days** | | **19** | **1,500.00** | **28,500.00** | **Ap 29 - May 14** |
| **Delta Airlines** | | **1** | **2,418.40** | **2,418.40** | |
| **Delta Airlines** | | **1** | **1,659.40** | **1,659.40** | |
| **Hilton OKC** | | **1** | **641.57** | **641.57** | **combined charges** |
| **Doubletree** | | **1** | **208.21** | **208.21** | |
| **Rental Car Pasadena** | | **1** | **2,801.97** | **2,801.97** | **Apr 1 month 4/29/23** |
| **Rental Car OKC** | | **1** | **220.81** | **220.81** | **per CC charges TUL/Vinita** |
| **rental car toll** | | **1** | **10.75** | **10.75** | |
| **Rental Car tul** | | **1** | **145.33** | **145.33** | |
| **Parking Burbank airport** | | **1** | **68.00** | **68.00** | |
| **Uber Apt to LAX** | | **1** | **103.47** | **103.47** | **OKC trip** |
| **Uber LAX to Apt** | | **1** | **152.38** | **152.38** | **OKC trip** |
| **Uber LAX** | | **1** | **89.98** | **89.98** | **CC** |
| **Apt power bill PWP** | | **1** | **214.03** | **214.03** | |
| **Amazon** | | **1** | **92.58** | **92.58** | **deco for office** |
| **Cort Furniture Rental** | | **1** | **518.56** | **518.56** | **Pasadena apartment** |
| **WiFi office** | | **1** | **169.96** | **169.96** | **CC** |
| **Inflight WiFi** | | **1** | **9.95** | **9.95** | |
| **Inflight WiFi** | | **1** | **9.95** | **9.95** | |
| **Inflight WiFi** | | **1** | **9.95** | **9.95** | **OKC trip** |
| **Tuk Tuk coffee** | | **1** | **14.61** | **14.61** | **snack** |
| **Russells Restaurant** | | **1** | **53.09** | **53.09** | **CC Breakfast witih Andy** |
| **rental car gas** | | **1** | **66.67** | **66.67** | |
| **rental car gas** | | **1** | **62.26** | **62.26** | **gas 76** |
| **Water office** | | **1** | **6.60** | **6.60** | |
| **AT&T** | | **1** | **171.20** | **171.20** | **office internet** |
| **Ready Fresh Water** | | **1** | **35.66** | **35.66** | **Pasadena Office water cooler** |
| **Parking Tulsa** | | **1** | **1.15** | **1.15** | |
| **Parking LA and Pasadena``** | | **1** | **32.00** | **32.00** | **CC statement** |
| **office depot** | | **1** | **74.70** | **74.70** | **presentation** |
| | | | | | |
| **Invoice Total** | | | | **38,563.19** | |
| | | | | | |
| **Pay to:** | | | | (28,500.00) | |
| **Steve Hedrick** | | | | | |
| | | | | 10,063.19 | |
| **BANK INFO** | | | | | |
| **BANK** | | | | | |
| **ROUTING NUMBER** | | | | | |
| **ACCT NUMBER** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Invoice # 25 Submitted** | **7-Jun-23** | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | | |
| | | | | | |
| **INVOICE** | | | | | |
| **May 19 - June 5, 2023** | | | | | |
| | | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| | | | | | |
| **Consulting Fee / days** | | **17** | **1,500.00** | **25,500.00** | **May 19 - June 5, 2023** |
| **United Airlines** | | **1** | **1,658.50** | **1,658.50** | **Tulsa** |
| **Delta Airlines** | | **1** | **1,882.40** | **1,882.40** | **Tulsa** |
| **Doubletree** | | **1** | **176.46** | **176.46** | |
| **Rental Car TUL** | | **1** | **163.05** | **163.05** | |
| **Rental car Pasadena** | | **1** | **3,016.62** | **3,016.62** | |
| **Apt power bill PWP** | | **1** | **97.24** | **97.24** | |
| **Amazon** | | **1** | **92.58** | **92.58** | **deco for office** |
| **Cort Furniture Rental** | | **1** | **518.56** | **518.56** | **Pasadena apartment** |
| **WiFi office** | | **1** | **171.20** | **171.20** | **ATT** |
| **WiFi Apartment** | | **1** | **84.98** | **84.98** | |
| **Inflight WiFi** | | **1** | **9.95** | **9.95** | |
| **Inflight WiFi** | | **1** | **9.95** | **9.95** | |
| **Inflight WiFi** | | **1** | **9.95** | **9.95** | |
| **rental car gas** | | **1** | **54.73** | **54.73** | |
| **rental car gas** | | **1** | **50.82** | **50.82** | |
| **rental car gas** | | **1** | **47.58** | **47.58** | **gas 76** |
| **Rental Car TUL** | | **1** | **30.23** | **30.23** | **tulsa** |
| **Amazon** | | **1** | **301.55** | **301.55** | **SWAG for gate review** |
| **Parking LA and Pasadena``** | | **1** | **16.00** | **16.00** | **CC statement** |
| | | | | | |
| **Invoice Total** | | | | **33,892.35** | |
| | | | | | |
| **Pay to:** | | | | (25,500.00) | FEE |
| **Steve Hedrick** | | | | | |
| | | | | 8,392.35 | EXP |
| **BANK INFO** | | | | | |
| **BANK** | | | | | |
| **ROUTING NUMBER** | # | | | | |
| **ACCT NUMBER** | | | | | |

| | | | | |
|---|---|---|---|---|
| **Invoice # 26 Submitted 26-Jun-23** | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | |
| | | | | |
| **INVOICE** | | | | |
| **June 6 - June 23, 2023** | | | | |
| | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| | | | | |
| Consulting Fee / days | 18 | 1,500.00 | 27,000.00 | June 6 - June 23, 2023 |
| Delta Airlines | 1 | 2,031.40 | 2,031.40 | Tulsa/OKC |
| Holiday Inn Express | 1 | 178.39 | 178.39 | Vinita |
| Hilton OKC | 1 | 257.33 | 257.33 | OKC |
| Rental Car TUL | 1 | 320.50 | 320.50 | Tulsa/OKC |
| Rental car Pasadena | 1 | 2,865.13 | 2,865.13 | Monthly rental |
| Apt power bill PWP | 1 | 57.67 | 57.67 | pending |
| Cort Furniture Rental | 1 | - | - | pending |
| WiFi Pasadena office | 1 | 171.20 | 171.20 | ATT |
| WiFi Apt. | 1 | 84.98 | 84.98 | Pasadena Apt |
| Uber | 1 | 226.45 | 226.45 | From LAX 6/22 |
| Uber | 1 | 71.58 | 71.58 | to LAX 6/20 |
| Inflight WiFi | 1 | 9.95 | 9.95 | Tulsa/OKC |
| Inflight WiFi | 1 | 9.95 | 9.95 | OKC/LAX |
| rental car toll charge | 1 | 6.50 | 6.50 | |
| rental car gas | 1 | 54.26 | 54.26 | |
| rental car gas | 1 | 20.00 | 20.00 | |
| Subway | 1 | 14.33 | 14.33 | vinita |
| Subway | 1 | 12.78 | 12.78 | OKC |
| Mins Kitchen | 1 | 159.58 | 159.58 | Dinner Craig Russell |
| Apple iCloud | 1 | 10.82 | 10.82 | computer storage |
| Ready Fresh water | 1 | 35.66 | 35.66 | office 6/17 |
| Ready Fresh water | 1 | 41.96 | 41.96 | office 6/22 |
| Ready Fresh water | 1 | 6.60 | 6.60 | Office 6/07 |
| Parking LA and Pasadena`` | 1 | 45.00 | 45.00 | CC statement |
| | | | | |
| **Invoice Total** | | | 33,692.02 | |
| | | | | |
| **Pay to:** | | | (27,000.00) | |
| **Steve Hedrick** | | | | |
| | | | 6,692.02 | |
| **BANK INFO** | | | | |
| **BANK** | | | | |
| **ROUTING NUMBER** # | | | | |
| **ACCT NUMBER** # | | | | |

| | | | | |
|---|---|---|---|---|
| Invoice # 27 Submitted 21-Jun-23 | | | | |
| Steve Hedrick Mansion Entertainment Consulting | | | | |
| | | | | |
| INVOICE | | | | |
| June 24 - July 21, 2023 | | | | |
| | # of items | Cost Ea. | Sub Total | Notes |
| | | | | |
| Consulting Fee / days | 27 | 1,500.00 | 40,500.00 | June 24 - July 11, 2023 |
| Delta Airlines | 1 | 2,141.40 | 2,141.40 | Tulsa |
| Flight Insurance | 1 | 14.99 | 14.99 | |
| Delta Airlines | 1 | (783.20) | (783.20) | Cancel Credit |
| Delta Airlines | 1 | 1,218.20 | 1,218.20 | Tulsa |
| Doubletree Tulsa | 1 | 167.65 | 167.65 | |
| Rental car Pasadena | 1 | 3,361.39 | 3,361.39 | month rental |
| Rental car Tulsa | 1 | 311.59 | 311.59 | |
| Rental car insurance | 1 | 19.95 | 19.95 | |
| Hotel Vinita | 1 | 326.20 | 326.20 | |
| Rental car gas Quik Trip | 1 | 19.40 | 19.40 | |
| Apt power bill PWP | 1 | 57.67 | 57.67 | pending |
| Cort Furniture Rental | 1 | 518.56 | 518.56 | |
| WiFi Pasadena office | 1 | 171.20 | 171.20 | ATT |
| WiFi Apt. | 1 | 84.94 | 84.94 | Pasadena Apt |
| Uber | 1 | 75.19 | 75.19 | to LAX |
| Uber | 1 | 71.47 | 71.47 | |
| Inflight WiFi | 2 | 9.95 | 19.90 | Tulsa |
| Inflight WiFi | 1 | 9.95 | 9.95 | |
| rental car toll charge | 1 | 13.80 | 13.80 | |
| rental car gas | 1 | 41.00 | 41.00 | |
| rental car gas | 1 | - | - | |
| Russell's | 1 | 57.94 | 57.94 | Breakfast Ezra and Charlie O. |
| El Portal | 1 | 72.84 | 72.84 | Lunch with Barbara Ransom |
| Lemon Tree | 1 | 53.60 | 53.60 | Lunch with Jordan Peterson |
| Subway Vinita | 1 | 15.20 | 15.20 | self |
| Apple iCloud | 1 | 3.24 | 3.24 | computer storage |
| Sony Sound Bar | 1 | 110.24 | 110.24 | Pasadena office |
| Gate Review Swag | 1 | 202.85 | 202.85 | Stress balls |
| Ready Fresh water | 1 | 6.60 | 6.60 | office |
| Parking LA and Pasadena`` | 1 | 15.00 | 15.00 | CC statement |
| | | | | |
| Invoice Total | | | 48,898.76 | |
| | | | | |
| Pay to: | | | | |
| Steve Hedrick | | | | |
| | | | | |
| BANK INFO | | | | |
| BANK | | | | |
| ROUTING NUMBER # | | | | |
| ACCT NUMBER | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Invoice # 28 Submitted** | **14-Aug-23** | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | | |
| | | | | | |
| **INVOICE** | | | | | |
| **July 22 - Aug 13, 2023** | | | | | |
| | | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| | | | | | |
| **Consulting Fee / days** | | **20** | **2,000.00** | **40,000.00** | **July 22 - Aug 13, 2023** |
| **Apt power bill PWP** | | **1** | **52.15** | **52.15** | |
| **Cort Furniture Rental** | | **1** | **518.56** | **518.56** | |
| **WiFi Pasadena office** | | **0** | **-** | **-** | **ATT pending** |
| **WiFi Apt.** | | **1** | **84.98** | **84.98** | **Pasadena Apt** |
| **Uber** | | **0** | | **-** | |
| **Uber** | | **0** | | **-** | |
| **Inflight WiFi** | | **0** | **-** | **-** | |
| **Inflight WiFi** | | **0** | **-** | **-** | |
| **rental car toll charge** | | **1** | **5.50** | **5.50** | |
| **rental car** | | **0** | **-** | **-** | **No monthly car rental this month** |
| **personal car use miles** | | **760** | **0.65** | **494.00** | **to/from Prescott** |
| **Russell's** | | **1** | **48.35** | **48.35** | **Breakfast Roger Heartsner** |
| **El Portal Restautant** | | **1** | **202.03** | **202.03** | **Dinner Jordan Peterson, Chelsea Poval, Barbara Ranso** |
| **Min's Kitchen** | | **1** | **161.68** | **161.68** | **Dinner Craig Russell & Jeremy Chaston** |
| **AJ Cloud Labs** | | **1** | **69.99** | **69.99** | **Security Camera office** |
| **Apple iCloud** | | **1** | **3.24** | **3.24** | **computer storage** |
| **Gate Review Swag** | | **1** | **870.90** | **870.90** | **120 Lazyhawk T-shirts** |
| **Ready Fresh water** | | **1** | **6.60** | **6.60** | |
| **Ready Fresh water** | | **1** | **41.96** | **41.96** | |
| **Parking LA and Pasadena``** | | **1** | **8.00** | **8.00** | **CC statement** |
| | | | | | |
| **Invoice Total** | | | | **42,567.94** | |
| | | | | | |
| **Pay to:** | | | | (40,000.00) | |
| **Steve Hedrick** | | | | | |
| | | | | 2,567.94 | |
| **BANK INFO** | | | | | |
| **BANK** | | | | | |
| **ROUTING NUMBER** | **#** | | | | |
| **ACCT NUMBER** | **#** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Invoice # 29 Submitted | 28-Aug-23 | | | | |
| Steve Hedrick Mansion Entertainment Consulting | | | | | |
| | | | | | |
| INVOICE | | | | | |
| Aug 14, - 28, 2023 | | | | | |
| | | # of items | Cost Ea. | Sub Total | Notes |
| | | | | | |
| Consulting Fee / days | | 13 | 2,000.00 | 26,000.00 | Aug 14, - 28, 2023 |
| Apt power bill PWP | | 1 | 114.60 | 114.60 | |
| Cort Furniture Rental | | 0 | 518.56 | - | |
| WiFi Pasadena office | | 1 | 171.20 | 171.20 | ATT |
| WiFi Apt. | | 1 | 84.98 | 84.98 | Pasadena Apt |
| Uber | | 0 | | - | |
| United Airlines | | 1 | (22.55) | (22.55) | Credit |
| United Airlines | | 1 | 593.75 | 593.75 | LAX to Prc |
| United Airlines | | 1 | 14.99 | 14.99 | |
| rental car gas | | 1 | 23.91 | 23.91 | |
| rental car | | 1 | 741.31 | 741.31 | LA |
| personal car use miles | | 0 | 0.65 | - | to/from Prescott |
| Poke Bowl | | 1 | 19.56 | 19.56 | |
| BJ's Restaurant | | 1 | 195.64 | 195.64 | Lunch with Staff |
| Groceries Sprouts | | 1 | 97.00 | 97.00 | Security Camera office |
| Apple iCloud | | 1 | 3.24 | 3.24 | computer storage |
| Universal Theme Park parking | | 1 | 30.00 | 30.00 | |
| Universal Theme Park water | | 2 | 4.73 | 9.46 | Bottled Water |
| Ready Fresh water | | 1 | 11.70 | 11.70 | water office |
| Ready Fresh water | | 1 | 53.66 | 53.66 | water apartment |
| Ready Fresh water | | 1 | 41.96 | 41.96 | water office |
| Parking Glendale | | 1 | 4.00 | 4.00 | CC statement |
| Parking Pasadena`` | | 1 | 49.00 | 49.00 | CC statement |
| | | | | | |
| Invoice Total | | | | 28,237.41 | |
| | | | | | |
| Pay to: | | | | (26,000.00) | |
| Steve Hedrick | | | | | |
| | | | | 2,237.41 | |
| BANK INFO | | | | | |
| BANK | | | | | |
| ROUTING NUMBER | | | | | |
| ACCT NUMBER | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Invoice # 30 Submitted | 8-Sep-23 | | | | |
| Steve Hedrick Mansion Entertainment Consulting | | | | | |
| | | | | | |
| INVOICE | | | | | |
| Aug 29, - Sept 8, 2023 | | | | | |
| | | # of items | Cost Ea. | Sub Total | Notes |
| | | | | | |
| Consulting Fee / days | | 10 | 2,000.00 | 20,000.00 | Aug 29, - Sept 8, 2023 |
| Apt power bill PWP | | 1 | - | - | pending |
| Cort Furniture Rental | | 1 | 575.29 | 575.29 | |
| WiFi Pasadena office | | 1 | - | - | ATT |
| WiFi Apt. | | 1 | - | - | Pasadena Apt |
| rental car gas | | 1 | 23.91 | 23.91 | |
| Uhaul trailer | | 1 | 370.45 | 370.45 | move from Pasadena |
| personal car use miles | | 386 | 0.65 | 250.90 | to/from Prescott |
| Poke Bowl | | 1 | 22.11 | 22.11 | |
| Ready Fresh water | | 0 | 11.70 | - | water office |
| Ready Fresh water | | 0 | 53.66 | - | water apartment |
| Ready Fresh water | | 0 | 41.96 | - | water office |
| Parking Pasadena`` | | 1 | - | - | CC statement |
| | | | | | |
| Invoice Total | | | | 21,242.66 | |
| | | | | | |
| Pay to: | | | | (20,000.00) | FEE |
| Steve Hedrick | | | | | |
| | | | | 1,242.66 | EXP |
| BANK INFO | | | | | |
| BANK | | | | | |
| ROUTING NUMBER | # | | | | |
| ACCT NUMBER | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Invoice # 31B Revised | 7-Oct-23 | | | | |
| Steve Hedrick Mansion Entertainment Consulting | | | | | |
| INVOICE | | | | | |
| Sept 9 - Oct 6, 2023 | | | | | |
| | | # of items | Cost Ea. | Sub Total | Notes |
| Consulting Fee / days | | 24 | 2,000.00 | 48,000.00 | Sept 9 - Oct 6, 2023 |
| Gladstone Hotel Toronto | | 1 | 1,741.06 | 1,741.06 | |
| Airfare LA/Prescott | | 1 | 571.20 | 571.20 | |
| Airfare Toronto | | 1 | 3,839.85 | 3,839.85 | Jeremy |
| Airfare Toronto | | 1 | 3,839.85 | 3,839.85 | Steve |
| Jeremy visa Canada | | 1 | 25.45 | 25.45 | entrance visa required CC card |
| Allianz Travel Insurance | | 1 | 216.38 | 216.38 | CC statement |
| Dinner w/ Jeremy | | 1 | 187.05 | 187.05 | Toronto CC statement |
| Apt power bill PWP | | 1 | 114.60 | 114.60 | |
| Cort Furniture Rental | | 1 | 478.24 | 478.24 | pending |
| WiFi Pasadena office | | 1 | 171.20 | 171.20 | ATT |
| Spectrum WiFi Apt. | | 1 | 169.96 | 169.96 | |
| Spectrum WiFi Apt. | | 1 | 5.20 | 5.20 | Pasadena Apt |
| Residence Inn Pasadena | | 1 | 224.67 | 224.67 | Oct 2-3 |
| Residence Inn Pasadena | | 1 | 322.69 | 322.69 | Oct 5-6 |
| Air Flight Insurance | | 4 | 14.99 | 59.96 | CC statement |
| Uber Rides | | 1 | 83.35 | 83.35 | CC statement |
| Uber Rides | | 1 | 13.09 | 13.09 | CC statement |
| Uber Rides | | 1 | 65.47 | 65.47 | CC statement |
| Uber Rides | | 1 | 148.73 | 148.73 | CC statement |
| Uber Rides | | 1 | 69.45 | 69.45 | CC statement |
| Uber Rides | | 1 | 16.22 | 16.22 | CC statement |
| Uber Rides | | 1 | 16.30 | 16.30 | CC statement |
| Uber Rides | | 1 | 17.61 | 17.61 | CC statement |
| Uber Rides | | 1 | 88.06 | 88.06 | CC statement |
| Uber Rides | | 1 | 42.01 | 42.01 | CC statement |
| Uber Rides | | 1 | 90.49 | 90.49 | CC statement |
| Uber Rides | | 1 | 210.07 | 210.07 | CC statement |
| Twitter Acct | | 1 | 4.00 | 4.00 | |
| Apple cloud storage | | 1 | 3.24 | 3.24 | CC statement |
| personal car use miles | | 386 | 0.65 | 250.90 | to/from Prescott - Sept 9-16 |
| Pasadena Heritage House deposit | | 1 | 5,000.00 | 5,000.00 | Design review meetings - CC statement |
| Ready Fresh water | | 1 | 40.16 | 40.16 | water office |
| Ready Fresh water | | 1 | 4.10 | 4.10 | water apartment |
| Ready Fresh water | | 1 | 7.82 | 7.82 | water office |
| Parking Pasadena`` | | 1 | 5.00 | 5.00 | CC statement |
| We Transfer website | | 1 | 120.00 | 120.00 | ` |
| | | | | | |
| Invoice Total | | | | 66,263.43 | |
| | | | | | |
| Pay to: | | | | (48,000.00) | FEE |
| Steve Hedrick | | | | | |
| | | | | 18,263.43 | EXP |
| BANK INFO | | | | | |
| BANK | | | | | |
| ROUTING NUMBER | | | | | |
| ACCT NUMBER | | | | | |

**Invoice # 32** 1-Nov-23

**Steve Hedrick Mansion Entertainment Consulting**

**INVOICE**

**Oct 7-31, 2023**

| | # of items | Cost Ea. | Sub Total | Notes |
|---|---|---|---|---|
| Consulting Fee / days | 24 | 2,000.00 | 48,000.00 | Oct 7 - 31, 2023 |
| Courtyard Pasadena | 1 | 2,715.60 | 2,715.60 | Design Review week |
| Airfare LA/Prescott | 1 | 571.19 | 571.19 | United |
| Airfare LA/Orlando | 1 | 2,232.80 | 2,232.80 | Delta |
| Airfare LA/Tulsa | 1 | 1,797.40 | 1,797.40 | Delta |
| Flight Insurance | 1 | 14.99 | 14.99 | Amex |
| Rental Car | 1 | 666.51 | 666.51 | LA |
| Rental Car | 1 | 317.23 | 317.23 | Tulsa |
| Apt power bill PWP | 1 | 60.63 | 60.63 | Pasadena Apt |
| Cort Furniture Rental | 1 | | - | pending |
| Delta Wifi | 1 | 9.95 | 9.95 | Tulsa trip |
| Wifi Office | 1 | 171.20 | 171.20 | Pasadena office |
| Apple cloud storage | 1 | 10.82 | 10.82 | Pasadena Apt |
| Spectrum Wifi | 1 | 84.98 | 84.98 | Apt Wifi |
| Doubletree Tulsa | 1 | 714.84 | 714.84 | Tulsa trip |
| Mins Kitchen | 1 | 145.83 | 145.83 | Dinner Carl Wililams CFO |
| Shell Gas rental car | 1 | 30.00 | 30.00 | LA |
| Ralphs | 1 | 11.10 | 11.10 | Food |
| Walmart | 1 | 4.63 | 4.63 | Food |
| Van Gogh Immersive Experience | 1 | 61.90 | 61.90 | TP Attraction research |
| Sinclair Gas | 1 | 26.25 | 26.25 | Tulsa trip |
| Pasadena Parking | 1 | 5.00 | 5.00 | CC statement |
| Rocco's Design Team Reception | 1 | 1,101.22 | 1,101.22 | CC statement |
| Twitter Acct | 1 | 4.00 | 4.00 | CC statement |
| Ready Fresh water office | 1 | 54.75 | 54.75 | CC statement |
| Ready Fresh water | 1 | 7.82 | 7.82 | CC statement |
| Residence Inn Pasadena | 1 | 241.92 | 241.92 | CC statement |
| Pasadena Heritage House | 1 | 3,000.00 | 3,000.00 | Design Review Meeting Space |
| Uber | 1 | 75.96 | 75.96 | |
| Uber | 1 | 91.15 | 91.15 | |
| Uber | 1 | 89.90 | 89.90 | |
| Twitter Acct | 1 | 4.00 | 4.00 | |
| Spectrum Wifi | 1 | 84.98 | 84.98 | Wifi Pasadena Apt |
| Parking Pasadena`` | 1 | 3.00 | 3.00 | |
| | | | | |
| **Invoice Total** | | | 62,411.55 | |
| | | | | |
| **Pay to:** | | | (48,000.00) | FEE |
| **Steve Hedrick** | | | | |
| | | | 14,411.55 | EXP |
| **BANK INFO** | | | | |
| **BANK** | | | | |
| **ROUTING NUMBER** | | | | |
| **ACCT NUMBER** | | | | |