| | | | | |
|---|---|---|---|---|
| **Invoice # 33 21-Nov-23** | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | |
| | | | | |
| **INVOICE** | | | | |
| **Nov 1 - 21, 2023** | | | | |
| | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| | | | | |
| **Consulting Fee / days** | **20** | **2,000.00** | **40,000.00** | **Nov 1 - 21, 2023** |
| **Hotel H Los Angeles** | **1** | **223.09** | **223.09** | |
| **Airfare LA/Prescott** | **0** | | **-** | **United - paid last invoice** |
| **Airfare LA/Orlando** | **0** | | **-** | **Delta - paid last invoice** |
| **Rental Car** | **1** | **113.62** | **113.62** | **LA** |
| **Rental Car** | **1** | **411.34** | **411.34** | **Orlando** |
| **Apt power bill PWP** | **1** | **60.63** | **60.63** | **Pasadena Apt** |
| **Cort Furniture Rental** | **1** | **478.24** | **478.24** | **receipt** |
| **Wifi Office AT&T** | **1** | **171.20** | **171.20** | **Pasadena office** |
| **Apple cloud storage** | **1** | **10.82** | **10.82** | **Pasadena Apt** |
| **Shell Gas rental car** | **1** | **18.99** | **18.99** | **LA** |
| **Trader Joes** | **1** | **15.85** | **15.85** | **CC statement** |
| **Ready Fresh water office** | **1** | **7.82** | **7.82** | **CC statement** |
| **Chima Steakhouse** | **1** | **2,321.11** | **2,321.11** | **IAAPA Staff Dinner** |
| **Uber** | **1** | **85.59** | **85.59** | **CC statement** |
| **Taxi** | **1** | **24.60** | **24.60** | **On CC as Admin Services** |
| **Pasadena Parking** | **1** | **3.00** | **3.00** | **CC statement** |
| **Twitter Acct** | **1** | **4.00** | **4.00** | **CC statement** |
| **Spectrum Wifi** | **1** | **84.98** | **84.98** | **Wifi Pasadena Apt** |
| **Parking Orange County Convention Center** | **3** | **21.30** | **63.90** | **CC statement** |
| **Food Orange County Convention Center** | **1** | **15.98** | **15.98** | **CC statement** |
| **Food Orange County Convention Center** | **1** | **10.65** | **10.65** | **CC statement** |
| **Food Orange County Convention Center** | **1** | **4.26** | **4.26** | **CC statement** |
| **Food Orange County Convention Center** | **1** | **12.78** | **12.78** | **CC statement** |
| **Food Orange County Convention Center** | **1** | **19.94** | **19.94** | **CC statement** |
| | | | | |
| **Invoice Total** | | | **44,162.39** | |
| | | | | |
| **Pay to:** | | | (40,000.00) | FEE |
| **Steve Hedrick** | | | | |
| | | | 4,162.39 | EXP |
| **BANK INFO** | | | | |
| **BANK** | | | | |
| **ROUTING NUMBER** | | | | |
| **ACCT NUMBER** | | | | |

| | | | | |
|---|---|---|---|---|
| **Invoice # 34** **4-Dec-23** | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | |
| | | | | |
| **INVOICE** | | | | |
| **Nov 22, - Dec 4, 2023** | | | | |
| | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| | | | | |
| **Consulting Fee / days** | **10** | **2,000.00** | **20,000.00** | **Nov 22, - Dec 4, 2023** |
| **Airfare LA/Prescott** | **1** | **571.19** | **571.19** | **United** |
| **Residence Inn** | **1** | **1,054.35** | **1,054.35** | **Hotel LA** |
| **Rental Car** | **1** | **364.72** | **364.72** | **LA** |
| **Toll charge** | **1** | **5.50** | **5.50** | **CC Statement** |
| **Cort Furniture Rental** | **1** | **478.24** | **478.24** | **receipt** |
| **Shell Gas rental car** | **1** | **30.53** | **30.53** | **LA** |
| **Hill Street Café** | **1** | **105.60** | **105.60** | **Lunch Joe A, Bob W. & Paul F./Music** |
| **Russell's Restaurant** | **1** | **51.08** | **51.08** | **Breakfast Ezra P./THG** |
| **Pasadena Parking** | **2** | **1.00** | **2.00** | **CC statement** |
| | | | | |
| **Invoice Total** | | | **22,663.21** | |
| | | | | |
| **Pay to:** | | | (20,000.00) | FEE |
| **Steve Hedrick** | | | | |
| | | | 2,663.21 | EXP |
| **BANK INFO** | | | | |
| **BANK** | | | | |
| **ROUTING NUMBER** | | | | |
| **ACCT NUMBER** | | | | |

| | | | | |
|---|---|---|---|---|
| **Invoice # 35 22-Dec-23** | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | |
| | | | | |
| **INVOICE** | | | | |
| **Dec 5 - 22** | | | | |
| | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| | | | | |
| **Consulting Fee / days** | **16** | **2,000.00** | **32,000.00** | **Dec 5 - 22, 2023** |
| **Residence Inn** | **1** | **305.73** | **305.73** | **Hotel LA** |
| **Mileage to/from Pasadena** | **766** | **0.65** | **497.90** | **Prescott to Pasadena** |
| **Wifi Apt** | **1** | **84.98** | **84.98** | **CC Statement** |
| **Wifi Pasadena office** | **1** | **171.20** | **171.20** | |
| **Pasadena water and power** | **1** | **52.92** | **52.92** | |
| **Air flight Insurance** | **2** | **14.99** | **29.98** | |
| **Apple Cloud Storage** | **1** | **10.82** | **10.82** | |
| **Ready Fresh Water office** | **1** | **7.82** | **7.82** | |
| **Marstons** | **1** | **65.53** | **65.53** | **Lunch w/Craig Russell** |
| **Russell's Restaurant** | **1** | **56.08** | **56.08** | **Breakfast Ezra P./THG** |
| **Pasadena Parking** | **6** | **1.00** | **6.00** | **CC statement** |
| | | | | |
| **Invoice Total** | | | **33,288.96** | |
| | | | | |
| **Pay to:** | | | (32,000.00) | FEE |
| **Steve Hedrick** | | | | |
| | | | 1,288.96 | EXP |
| **BANK INFO** | | | | |
| **BANK** | | | | |
| **ROUTING NUMBER** | | | | |
| **ACCT NUMBER** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Invoice # 36 Corrected** | | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | | |
| | | | | | |
| **INVOICE** | | | | | |
| **1/12/2024 - revised Jan 21** | | | | | |
| | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** | |
| | | | | | |
| **Consulting Fee / days** | **17** | **2,000.00** | **34,000.00** | **Dec 23, 2023 - Jan 12, 2024** | |
| **Doubletree Tulsa** | **0** | **243.70** | **-** | **Corrected on # 37** | |
| **Hilton OKC** | **0** | **297.42** | **-** | **Corrected on # 37** | |
| **Delta to Toronto - cancelled** | **0** | **1,774.36** | **-** | **Error to be Corrected on # 37** | |
| **United PRC to DEN** | **0** | **564.20** | **-** | **Corrected on # 37** | |
| **Wifi Apt** | **1** | **84.98** | **84.98** | | |
| **Wifi Pasadena office** | **0** | **171.20** | **-** | **Pending** | |
| **Cort funiture Rental** | **1** | **478.24** | **478.24** | | |
| **Pasadena water and power** | **0** | **52.92** | **-** | **Pending** | |
| **Ready Fresh Water office** | **1** | **57.82** | **57.82** | **CC statement** | |
| **Ready Fresh Water Apt** | **1** | **28.77** | **28.77** | **CC statement** | |
| **Bobo Cha Cha** | **1** | **8.00** | **8.00** | **Coffee** | |
| **Mileage to/from Pasadena** | **766** | **0.65** | **497.90** | **Prescott to Pasadena** | |
| **Uhaul Pasadena to Prescott** | **1** | **265.81** | **265.81** | **CC statement** | |
| **Uhaul Pasadena to Prescott additional charage** | **1** | **35.89** | **35.89** | **CC statement** | |
| **Russell's Restaurant** | **1** | **48.29** | **48.29** | **Breakfast Craig R.** | |
| **Pasadena Parking** | **2** | **1.00** | **2.00** | **CC statement** | |
| | | | | | |
| **Invoice Total** | | | **35,507.70** | | |
| | | | | | |
| **Pay to:** | | | | | |
| **Steve Hedrick** | | | | | |
| | | | | | |
| **BANK INFO** | | | | | |
| **BANK** | | | | | |
| **ROUTING NUMBER** | | | | | |
| **ACCT NUMBER** | | | | | |

**Invoice # 37**
**Steve Hedrick Mansion Entertainment Consulting**

**INVOICE**
**24-Jan-24**

| | # of items | Cost Ea. | Sub Total | Notes |
|---|---|---|---|---|
| Consulting Fee / days | 12 | 2,000.00 | 24,000.00 | Jan 12, 2024 - Jan 24, 2024 |
| Doubletree Tulsa | 1 | 268.27 | 268.27 | |
| Doubletree Tulsa | 1 | 18.45 | 18.45 | CC |
| Hilton OKC | 1 | 371.26 | 371.26 | |
| Hilton OKC | 1 | 73.86 | 73.86 | CC |
| Casey's F&B | 1 | 23.93 | 23.93 | CC |
| Vino Volo | 1 | 15.31 | 15.31 | Breakfast OKC airport |
| Delta to Tulsa/OKC | 1 | 711.40 | 711.40 | |
| United PRC to DEN | 1 | 564.20 | 564.20 | |
| National rental car | 1 | 430.28 | 430.28 | Tulsa/OKC |
| National rental car | 1 | 19.95 | 19.95 | CC |
| ReadyFresh water office | 1 | 57.82 | 57.82 | |
| Wifi Delta flight | 1 | 4.95 | 4.95 | |
| Cort funiture Rental | 0 | 478.24 | - | Rental ends Jan 31 |
| Pasadena water and power | 1 | 40.90 | 40.90 | CC |
| AT&T office wifi | 1 | 171.20 | 171.20 | |
| Woody Guthrie Museum | 1 | 10.00 | 10.00 | Prescott to Pasadena |
| Mickey Mantle's Restaurant | 1 | 87.12 | 87.12 | |
| | | | | |
| Invoice Total | | | 26,868.90 | |

**Pay to:**
**Steve Hedrick**

**BANK INFO**
**BANK**
**ROUTING NUMBER**
**ACCT NUMBER**

| | | | | |
|---|---|---|---|---|
| Invoice # 38 | | | | |
| Steve Hedrick Mansion Entertainment Consulting | | | | |
| INVOICE | | | | |
| 20-Feb-24 | | | | |
| | # of items | Cost Ea. | Sub Total | Notes |
| Consulting Fee / days | 19 | 2,000.00 | 38,000.00 | Jan 24, 2024 - Feb 21, 2024 |
| Residence Inn Pasadena | 1 | 370.69 | 370.69 | |
| Pasadena parking | 1 | 1.00 | 1.00 | CC |
| Poke Salad Bar Pasadena | 1 | 20.11 | 20.11 | |
| Toll Charge | 1 | 20.50 | 20.50 | OK |
| ReadyFresh water office | 1 | 57.82 | 57.82 | |
| Apple icloud storage | 1 | 10.82 | 10.82 | |
| Cort funiture Rental | 1 | 478.24 | 478.24 | Rental ended Jan 31 |
| Pasadena water and power | 1 | 72.01 | 72.01 | |
| AT&T office wifi | 1 | 171.20 | 171.20 | |
| refund - close out Logix Bank Pasadena Apt acct | 1 | (2,119.61) | (2,119.61) | |
| | | | | |
| Invoice Total | | | 37,082.78 | |
| | | | | |
| Pay to: | | | | |
| Steve Hedrick | | | | |
| | | | | |
| BANK INFO | | | | |
| BANK | | | | |
| ROUTING NUMBER | | | | |
| ACCT NUMBER | | | | |

| | | | | |
|---|---|---|---|---|
| **Invoice # 39** | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | |
| | | | | |
| **INVOICE** | | | | |
| **3/11/24** | | | | |
| | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| | | | | |
| **Consulting Fee / days** | **15** | **2,000.00** | **30,000.00** | **Feb 22, 2024 - Mar 10, 2024** |
| **Residence Inn** | **1** | **904.05** | **904.05** | **Pasadena 2/25-2/28/24** |
| **Milage Prescott - Pasadena** | **816** | **0.65** | **530.40** | |
| **Comfort Inn** | **1** | **184.69** | **184.69** | **OKC** |
| **National Rental Car** | **1** | **213.12** | **213.12** | **OKC** |
| **National Rental Car** | **1** | **19.95** | **19.95** | |
| **Rental Car Gas** | **1** | **11.68** | **11.68** | **OKC** |
| **Subway** | **1** | **11.21** | **11.21** | **OKC** |
| **Express Mart** | **1** | **2.70** | **2.70** | |
| **Express Mart** | **1** | **11.68** | **11.68** | |
| **United Airlines** | **1** | **2,201.21** | **2,201.21** | **Prescott to OKC** |
| **Ready Fresh** | **1** | **7.82** | **7.82** | |
| **Café Santonini** | **1** | **414.58** | **414.58** | **Dinner with LA Staff** |
| **LA Parking** | **1** | **10.00** | **10.00** | |
| **LA Parking** | **1** | **1.00** | **1.00** | |
| **Café Santonini** | **1** | **45.70** | **45.70** | |
| **refund - Pasadena Apt deposit** | **1** | **(534.87)** | **(534.87)** | |
| | | | | |
| **Invoice Total** | | | **34,034.92** | |
| | | | | |
| **Pay to:** | | | | |
| **Steve Hedrick** | | | | |
| | | | | |
| **BANK INFO** | | | | |
| **BANK** | | | | |
| **ROUTING NUMBER #** | | | | |
| **ACCT NUMBER** | | | | |

| | | | | |
|---|---|---|---|---|
| **Invoice # 40** | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | |
| | | | | |
| **INVOICE** | | | | |
| **3/26/24** | | | | |
| | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| | | | | |
| **Consulting Fee / days** | **11** | **2,000.00** | **22,000.00** | **Mar 11-25, 2024** |
| | | | | |
| | | | | |
| **Invoice Total** | | | **22,000.00** | |
| | | | | |
| **Pay to:** | | | | |
| **Steve Hedrick** | | | | |
| | | | | |
| **BANK INFO** | | | | |
| **BANK** | | | | |
| **ROUTING NUMBER** | | | | |
| **ACCT NUMBER** | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Invoice # 41** | | | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | | | |
| | | | | | | |
| **INVOICE** | | | | | | |
| **4/12/24** | | | | | | |
| | | | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| | | | | | | |
| **Consulting Fee / days** | | | **14** | **2,000.00** | **28,000.00** | **Mar 25 - April 12,, 2024** |
| | | | | | | |
| | | | | | | |
| **Invoice Total** | | | | | **28,000.00** | |
| | | | | | | |
| **Pay to:** | | | | | | |
| **Steve Hedrick** | | | | | | |
| | | | | | | |
| **BANK INFO** | | | | | | |
| | **BANK** | | | | | |
| **ROUTING NUMBER** | | | | | | |
| **ACCT NUMBER** | | **#** | | | | |

| | | | | |
|---|---|---|---|---|
| **Invoice # 42** | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | |
| | | | | |
| **INVOICE** | | | | |
| **4/26/24** | | | | |
| | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| | | | | |
| **Consulting Fee / days** | **11** | **2,000.00** | **22,000.00** | **April 13 - 26, 2024** |
| **Doubletree Tulsa** | **1** | **519.71** | **519.71** | |
| **United Airlines** | **1** | **1,769.20** | **1,769.20** | |
| **Flight Insurance** | **1** | **14.99** | **14.99** | |
| **National Rental Car** | **1** | **236.26** | **236.26** | |
| **Rental Car Insurance** | **1** | **19.95** | **19.95** | |
| **Renatal Car Gas** | **1** | **22.69** | **22.69** | |
| **Ready Fresh Water** | **1** | **7.82** | **7.82** | |
| | | | **-** | |
| | | | | |
| **Invoice Total** | | | **24,590.62** | |
| | | | | |
| **Pay to:** | | | | |
| **Steve Hedrick** | | | | |
| | | | | |
| **BANK INFO** | | | | |
| **BANK** | | | | |
| **ROUTING NUMBER** | | | | |
| **ACCT NUMBER** | | | | |

| | | | | |
|---|---|---|---|---|
| **Invoice # 43** | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | |
| | | | | |
| **INVOICE** | | | | |
| **5/10/24** | | | | |
| | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| | | | | |
| **Consulting Fee / days** | **10** | **$ 2,000** | **$ 20,000** | **April 27 - May 10, 2024** |
| | | | | |
| | | | | |
| | | | | |
| **Pay to:** | | | $ 20,000 | |
| **Steve Hedrick** | | | | |
| | | | | |
| **BANK INFO** | | | | |
| **BANK** | | | | |
| **ROUTING NUMBER** | | | | |
| **ACCT NUMBER** | | | | |

| | | | | |
|---|---|---|---|---|
| **Invoice # 43** | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | |
| | | | | |
| **INVOICE** | | | | |
| **5/24/24** | | | | |
| | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| | | | | |
| **Consulting Fee / days** | **10** | **$ 2,000** | **$ 20,000** | **May 11 - May 24, 2024** |
| **Zoom Software renewal** | **1** | **159.90** | **$ 159.9** | |
| **OK Highway Toll** | **1** | **5.5** | **$ 5.5** | |
| | | | | |
| **Pay to:** | | | $ 20,165 | |
| **Steve Hedrick** | | | | |
| | | | | |
| **BANK INFO** | | | | |
| **BANK** | | | | |
| **ROUTING NUMBER** | | | | |
| **ACCT NUMBER** | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Invoice # 45** | | | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | | | |
| | | | | | | |
| **INVOICE** | | | | | | |
| **6/6/24** | | | | | | |
| | | | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| | | | | | | |
| **Consulting Fee / days** | | | **9** | **$ 2,000** | **$ 18,000** | **May 25, - June 7, 2024** |
| | | | | | | |
| **Pay to:** | | | | | $ 18,000 | |
| **Steve Hedrick** | | | | | | |
| | | | | | | |
| **BANK INFO** | | | | | | |
| | **BANK** | | | | | |
| **ROUTING NUMBER** | | # | | | | |
| **ACCT NUMBER** | | # | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Invoice # 46** | | | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | | | |
| | | | | | | |
| **INVOICE** | | | | | | |
| **6/21/24** | | | | | | |
| | | | **# of items** | **Cost Ea.** | **Sub Total** | **Notes** |
| | | | | | | |
| **Consulting Fee / days** | | | **8** | **$ 2,000.00** | **$ 16,000.00** | **June 8, - June 21, 2024** |
| **Army Corps Permit Fee** | | | **1** | **$ 459.83** | **$ 459.83** | |
| | | | | | | |
| **Pay to:** | | | | | $ 16,459.83 | |
| **Steve Hedrick** | | | | | | |
| | | | | | | |
| **BANK INFO** | | | | | | |
| | **BANK** | | | | | |
| **ROUTING NUMBER** | | | | | | |
| **ACCT NUMBER** | | **#** | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Invoice # 47** | | | | | | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | | | | | | |
| | | | | | | | | | |
| **INVOICE** | | | | | | | | | |
| **7/5/24** | | | | | | | | | |
| | | | | **# of items** | **Cost Ea.** | | **Sub Total** | | **Notes** |
| | | | | | | | | | |
| **Consulting Fee / days** | | | | **7** | **$ 2,000.00** | | **$ 14,000.00** | | **June 22, - July 5, 2024** |
| | | | | | | | | | |
| **Pay to:** | | | | | | | $ 14,000.00 | | |
| **Steve Hedrick** | | | | | | | | | |
| | | | | | | | | | |
| **BANK INFO** | | | | | | | | | |
| | **BANK** | | | | | | | | |
| **ROUTING NUMBER** | | | | | | | | | |
| **ACCT NUMBER** | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Invoice # 48** | | | | | | | | | | |
| **Steve Hedrick Mansion Entertainment Consulting** | | | | | | | | | | |
| | | | | | | | | | | |
| **INVOICE** | | | | | | | | | | |
| **7/18/24** | | | | | | | | | | |
| | | | | **# of items** | | **Cost Ea.** | | **Sub Total** | | **Notes** |
| | | | | | | | | | | |
| **Consulting Fee / days** | | | | **9** | | **$ 2,000.00** | | **$ 18,000.00** | | **July 6, - July 18, 2024** |
| | | | | | | | | | | |
| **Pay to:** | | | | | | | | $ 18,000.00 | | |
| **Steve Hedrick** | | | | | | | | | | |
| | | | | | | | | | | |
| **BANK INFO** | | | | | | | | | | |
| | **BANK** | | | | | | | | | |
| **ROUTING NUMBER** | | **#** | | | | | | | | |
| **ACCT NUMBER** | | **#** | | | | | | | | |