# MEG money owed Steve

| Date | Invoice # | Amount |
|---|---|---|
| 4/26/24 | 42 | 24,590.62 |
| 5/10/24 | 43 | 20,000.00 |
| 5/24/24 | 44 | 20,165.00 |
| 6/6/24 | 45 | 18,000.00 |
| 6/26/24 | 46 | 16,459.83 |
| 7/5/24 | 47 | 14,000.00 |
| 7/18/24 | 48 | 18,000.00 |
| | | |
| Total | | 131,215.45 |