**From:** **Nadel, Michael** mnadel@mcdermottlaw.com
**Subject:** Re: Bicknell v Silanskas et al: Expert Witness Report of Dr. Reagan Gill
**Date:** October 6, 2026 at 2:37 PM
**To:** liz liz@georgelawok.com
**Cc:** Deric McClellan deric.mcclellan@crowedunlevy.com, jennifer jennifer@georgelawok.com, galen.thorp galen.thorp@crowedunlevy.com, chris.davis chris.davis@crowedunlevy.com, ricksilanskas ricksilanskas@gmail.com, evan.vincent evan.vincent@crowedunlevy.com, Joe Lang jlang@gablelaw.com, afogleman afogleman@gablelaw.com, OGB OGB@mcdermottlaw.com

MN

Liz,

Confirmed. Plaintiff does not dispute the statement you wrote below:

**Dr. Gill does not opine as to the value of the services provided by Steve Hedrick, any benefit retained by Steve Hedrick, or the net of the work performed by Steve Hedrick.**

Thanks.

**Michael S. Nadel**
Partner

**T:** +1 202 756 8113 | **M:** +1 703 231 8608
mnadel@mcdermottlaw.com

McDermott Will & Schulte LLP | mcdermottlaw.com
500 North Capitol Street, NW | Washington, DC 20001 | USA

McDermott Will & Schulte

---

**From:** Liz George <liz@georgelawok.com>
**Date:** Tuesday, October 6, 2026 at 3:20 PM
**To:** Nadel, Michael <mnadel@mcdermottlaw.com>
**Cc:** Deric McClellan <deric.mcclellan@crowedunlevy.com>; jennifer <jennifer@georgelawok.com>; galen.thorp <galen.thorp@crowedunlevy.com>; chris.davis <chris.davis@crowedunlevy.com>; ricksilanskas <ricksilanskas@gmail.com>; evan.vincent <evan.vincent@crowedunlevy.com>; Joe Lang <jlang@gablelaw.com>; afogleman <afogleman@gablelaw.com>; OGB <OGB@mcdermottlaw.com>
**Subject:** Re: Bicknell v Silanskas et al: Expert Witness Report of Dr. Reagan Gill

**[ External Email ]**
Mr. Nadel:

Pursuant to our conversation, in lieu of attaching the entirety of Dr. Gill's report to our MSJ, will you confirm agreement that Plaintiff does not dispute the following statement:

**Dr. Gill does not opine as to the value of the services provided by Steve Hedrick, any benefit retained by Steve Hedrick, or the net of the work performed by Steve Hedrick.**

With your approval, we will attach this email and a footnote in our motion, in lieu of attaching the entire report.

Thank you,

Liz

Lysbeth L. George
Attorney
Liz George and Associates

8101 S Walker, Suite F
Oklahoma City, OK 73139
Phone/Fax: (405) 689-5502
www.georgelawok.com
liz@georgelawok.com

LIZ GEORGE AND ASSOCIATES
-ATTORNEYS AT LAW-

This message may be protected by the attorney-client privilege and/or other privileges or protections. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

****************************************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information. Thank you.
****************************************************************************************************************************

Please visit http://www.mcdermottlaw.com/ for more information about our Firm.