IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

O. GENE BICKNELL, )
)
Plaintiff, )
)
v. ) No. 25-cv-00383-SH
)
RICHARD M. SILANSKAS JR., )
LARRY K. WILHITE, AND )
STEPHEN D. HEDRICK, )
)
Defendants. )

Video Deposition of Richard Silanskas, Jr.

June 16, 2026

Reporter: Jude Arndt, CSR, CCR, RPR
CSR No. 084-004847
CCR No. 1450

EXHIBIT
3

Deposition of Richard Silanskas, Jr., taken pursuant to Notice of Taking Deposition, before Jude Arndt, a Certified Shorthand Reporter and Certified Court Reporter, at Spencer Fane LLP, 2144 East Republic Road, Suite B300, Springfield, Missouri, on June 16, 2026.

APPEARANCES OF COUNSEL

On Behalf of Plaintiff:
McDermott Will & Schulte LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
202-756-8000
By: MICHAEL S. NADEL
SAGAR K. RAVI
RACHEL M. PELTZER (via Zoom)
THERESA M. BABENDREIER (via Zoom)
mnadel@mcdermottlaw.com
sravi@mcdermottlaw.com
rpeltzer@mcdermottlaw.com
tbabendreier@mcdermottlaw.com

On Behalf of Defendant Larry K. Wilhite:
Crowe & Dunlevy, P.C.
222 North Detroit Avenue, Suite 600
Tulsa, OK 74120
918-592-9800
By: DERIC J. MCCLELLAN
deric.mcclellan@crowedunlevy.com
Crowe & Dunlevy, P.C.
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102
405-235-7700
By: GALEN N. THORP (via Zoom)
galen.thorp@crowedunlevy.com

APPEARANCES OF COUNSEL
(continued)

On Behalf of Defendant Stephen Hedrick:
Liz George & Associates
8101 South Walker, Suite F
Oklahoma City, OK 73139
405-689-5502
By: JENNIFER JACKSON
contact@georgelawok.com

Also present: Shira Nash
Caroline Sherrard (via Zoom)
Caleb Arndt, videographer

this on to Gene Bicknell?

A. I don't know if he did or he didn't.

MS. JACKSON: Object to form.

BY MR. NADEL:

Q. Did you discuss it with him?

A. No.

Q. Gene Bicknell told you that when the American Heartland project was complete, you would get a third of it. Correct?

A. No, he did not.

Q. Did you ever have that conversation with him about getting a third of the American Heartland project?

A. No, because that would have been impossible, because he was giving -- he wasn't sure what he was going to do. He said that there were other people he was giving percentages to -- he wanted to. He never committed to anything. There was never anything in writing.

He wanted to give a lot to charity, and then he said, you know, we would be well taken care of, me and Larry. And that was -- he kept saying that.

scared of someone, and Mr. Bicknell would then tell me -- he would take his hand and put his hand over my hand like this (indicating.) And he would say to me, he says, don't you ever speak anything of our discussions, any of our meetings, anything we ever discussed together, to anyone.

Q. And you never did. Right?

A. No.

Q. And you also didn't take any contemporaneous notes of it. Correct?

A. Just these.

Q. You never told --

A. Just after the fact.

Q. And you never told Larry Wilhite about any of this, right?

A. And I wanted to. And I wanted to. In fact, there were times I got real close. I just felt terrible. I wanted to tell him what Gene was saying, because Gene -- this -- this will be the hardest thing I say all day.

Give me one second.

I don't know why, for the life of me, even now,

2024 -- yes. After the Belcher meeting that went bad.

And he looked at me -- and I don't want to be repeating myself, but if I am, I am. And I went to his house to talk with him, to try to work things out, why is this happening? What's going on here?

And I -- I didn't understand. I even said to him, why are you turning on all of us? Why are you doing this?

And he looks at me, sitting in his chair by the door in Kansas, where it looks out the back where the pool was. And he looks at me, and he says -- and he smiled like this, he goes, "Life's a bitch. Life's a bitch."

And I got scared to death. And I got up and left.

And it was only a few days later, whatever, that he let us go, by text.

Q. So is it your testimony, sir, that you were composing the Today's Word messages --

A. Not in the beginning.

Q. Right, when they became more specific and talked about the Triune and theme park?

A. In addition, Gene sends me -- go find it, because you'll find it -- go find where Gene originated Sister Catherine.

Q. Yeah, we'll come to Sister Catherine.

A. But --

Q. I want to talk about the text messages and make sure I understand what you were saying.

Is your testimony that you composed the Today's Word messages that became more specific, and you found them from various source and added in your own language, and then you texted them to Gene Bicknell and Larry Wilhite, because Gene Bicknell demanded that he keep receiving those messages?

A. And I'm going to quote him here, because Mr. Bicknell said, yes, sir, I -- yes, I did, and out of fear.

Q. Right, you did it out of fear?

A. Major fear. Because the next thing, what he said to me in the fall of 2024, he said, "I'm using these words to avoid paying my bills."

Q. Right, but you had already been sending the text messages to Gene Bicknell that you had been

and I don't remember the exact one, but there was one that was fairly pointed. It sounded like it could be part of what was going on in his life.

But it might have -- it may have been back then, but I don't remember the exact time.

Q. He told you to keep them coming.

Did he know that you were the one composing it?

A. He just winked at me.

Q. Do you believe he knew that you were --

A. I believe -- yes, I do.

Q. Let me ask the question and get an answer.

A. I'm sorry. I'm sorry.

Q. Do you believe he knew that you were the one composing the Today's Word messages?

A. Yes, I do.

Q. Did Larry Wilhite know that you were the one composing the Today's Word messages?

A. No, he did not.

Q. Did you discuss the Today's Word messages with Larry Wilhite?

A. As they came in, yes, we would, and it was horrible. Because at times, I felt like I should be

telling Larry what's going on here.
Q. You knew that he believed that they were coming from God, correct?
A. Well, I think everyone questioned them at times.
Q. Well, he has said in sworn statements and at his deposition that he believed that the messages were coming from God.
A. And I believe that, and that's -- yes.
Q. And you knew that. Right?
A. I -- I assume, yes, I did.
Q. And you let him continue to believe that even though you were composing them?
A. Under threat from Gene.
Q. What was the threat?
A. The veiled constant threats that he would make to me about hurting me, or my -- or making -- he said quote, you will forever regret if you say anything about all of this, because -- and he said those words to me.
Q. If you say anything about all of this.
All of what?

the number of times that Gene said, don't tell Larry anything.

Q. Right, but those notes are notes you wrote after you were fired when you were --

A. I was --

Q. -- building a case against Gene Bicknell. Right?

A. I wasn't building a case. I was placing my notes to protect myself, because of what I knew went on.

Q. Did you take any notes --

A. And in fact --

Q. Did you take any notes at the time things were going on, sir?

A. I didn't need to. I was living it.

Q. You didn't tell anyone about this stuff while it was going on?

A. No, and I wanted to. And I could tell you, there was an occasion -- I left -- when I left the company, and I was moving -- Larry was helping me move my boxes home. This was right after Christmas. And we -- you can ask Larry about this.

He got to my driveway, and I unloaded my boxes and put them in the driveway, and he was heading home, and I was going to find a place to put a few things.

And almost at that moment -- and he can tell you, I went to him, and I said, there is something I need to talk to you about. I said I'll find the time, the right time to do this, and I should have just done it then, but I didn't. And I'm sorry I didn't.

Q. At some point, the Today's Word messages began referring to something called the Triune. Right?

A. That was back from Gene's creation of the Triune. That's why he wanted it in there.

Q. Did he tell you to start putting the Triune references in the Today's Word messages?

A. Oh, 100 percent. In fact, he had a -- created the concept of it. In fact, he had a picture of Orion's belt or something with the three stars, and he kept saying you, me, and Larry, and he would -- that's what he did.

Q. So when he told you to start putting the Triune references in the Today's Word message, what exactly did he say?

A. Or any of the earlier ones.

Q. Once they started talking about the Triune and were specific to the American Heartland project, at that point you were the one who was drafting them and sending them. Correct?

A. Yes.

Q. Larry Wilhite has also stated under oath that he believes you likely drafted the Sister Catherine messages.

Is that right?

A. Again, here we go.

The original -- Sister Catherine was created by Gene. In fact, I'm surprised I don't see an e-mail where he originally sent it to me, because they came from Gene to me.

I shared them with Larry, but they came to me, originally. And then as time went on and things got heated up, Gene wanted those messages, quote, to continue.

So I just followed that vein of what they were. Didn't change them very much. And there were -- there weren't as many of those.

And then Gene would share them, but he shared them, interestingly enough, only to me. And then I would share them with Larry.

So why would Gene do that? I don't know. But that's what he did. And those messages came from Gene to Rick.

Q. So when Larry Wilhite says he thinks you likely drafted the Sister Catherine messages, he is right about that, too?

A. But not in the beginning.

Q. In the beginning, you say they were drafted by Gene?

A. I don't know if it was him or whoever, but it came from Gene to me.

Q. Did he send them to your work account or your personal account?

A. Everything was to my work account.

Q. Did you create the Sister Catherine e-mail accounts that were sending the Sister Catherine messages?

A. Yes, I did.

Q. You used the e-mail account

A. Yes.
Q. And there is a Pinger username which is mountainfreshmusic.
What was your username. Right?
A. Yes.
Q. Why did you use the TextFree app?
A. Remember when I was doing -- it could have been all of my music promotion.
Q. You used it in connection with the Today's Word messages, didn't you?
A. I don't -- I don't know.
I mean, I -- did I use an alternate -- did I use TextFree or whatever to send some of those messages?
Q. Yes.
A. Yes, I did.
Q. Why did you do that?
A. The messages weren't coming from me.
As Gene wanted those messages out, that's why I did it.
Q. Gene told you to set up alternate phone numbers to send out the text messages?
A. He knew -- he assumed that that's what

Q. Was that the same conversation?
A. No, I don't think it was exactly the same conversation, but he brought that up. He said, "You know -- but I need these words."
Q. Why did you keep sending the Today's Word messages from different phone numbers using the TextFree app?
A. I don't even know why. I don't know. I honestly don't. I don't have any idea. I could have just left it on one.
Q. You could have, but you changed it almost every day.
A. Yeah, I don't know why. Because I also used them for promotional stuff as well.
Q. What do you mean by that?
A. Promo work for the theater. PR.
[Exhibit 307 marked for identification.]
BY MR. NADEL:
Q. Sir, I'm showing you Plaintiff's Exhibit 307 which is Bates-numbered GB2213.
Second e-mail on the page is an e-mail from you to Larry Wilhite, dated December 11, 2023.

very clear.

I should have never hurt Larry like that. I should have told him what Gene -- how Gene felt about him and what was going and just left the company. That's what I should have done, but I didn't.

Q. After you had deleted the Today's Mail messages (sic) from your own e-mail files, you went into the deleted folders and you deleted the messages from there, too.

Right, sir?

A. Yes, just to clean it out, yes, so they were gone.

Q. And your explanation for why you did that is because you were afraid of Gene Bicknell at that point?

A. Retribution.

Q. For having the Today's Word messages in your e-mail?

A. And having to reveal what I have revealed to you today.

[Exhibit 308 marked for identification.]

BY MR. NADEL:

Q. Sir, I'm showing you Plaintiff's Exhibit 308, which is Bates-labeled GB425989.
Is this an e-mail from you to Larry Wilhite January 18th, 2024?
A. Yes, it is.
Q. Subject line is "Confidential."
Why did you use that subject line?
A. Because this was some of the research that I had found.
Q. Why did you label it confidential when you sent it to Larry Wilhite?
A. I don't even know why I did that.
Q. That was my next question.
Why did you send Larry Wilhite a series of links and articles about lawsuits against a company owned by Gene Bicknell's son Marty?
A. Because this was the research I had done, and it was -- I felt I needed to do that.
Q. Why?
A. Guilt.
Q. Guilt for what?
A. For not telling Larry everything that was

going on.

Q. You felt guilty for not telling Larry everything that was going on, so you researched lawsuits against Gene Bicknell's son?

A. No, I researched these at the behest of Mr. Bicknell.

Q. What did Mr. Bicknell tell you to do?

A. He said that there was issues with Mariner Wealth, and he said he wanted the details on them, and he wanted me to find them.

Q. So what did you do?

A. I just got online and looked. It didn't take long.

Q. You used Google?

A. Yes, I did.

Q. And then you sent the results of your search to Larry Wilhite.

Why did you do that?

A. Well, I sent them to Mr. Bicknell first, is what I did, but I felt like I -- I just felt guilty, that Larry needed to know this, what we were dealing with.

A. It looks like that.
Q. So how did Sister Catherine have the message that Gene sent only to you and Larry Wilhite?
Let me ask it again.
A. Yeah, yeah, yeah.
Q. The reason that Sister Catherine had the message that Gene sent only to you and Larry Wilhite is because you were --
A. Because obvious --
Q. You're operating the Sister Catherine account. Right?
A. At this -- for -- not the original ones, not when it started, no.
In the follow-up, this must have been one of those, yes.
Q. Okay. So for -- at the time of Exhibit 310, at least, by January 16, 2024, you are operating the Sister Catherine accounts. Correct?
A. That sounds right, in 2024.
And then that -- you should be able to find that lag where -- so I would have been at Gene's house during that period, when he told me to continue them.

A. I don't recall specifically with her, no.
Q. Did you discuss the Sister Catherine e-mails with Gene McComb?
A. No.
[Exhibit 311 marked for identification.]
BY MR. NADEL:
Q. Plaintiff's Exhibit 311 is GB1193.
This is an e-mail from Gene Bicknell to you and Larry Wilhite dated January 19th, 2024.
And you can see this message is Gene Bicknell forwarding you an e-mail from Sister Catherine with the subject line, "Mr. Bicknell/Mass offered for you."
Do you see that?
A. I see it.
Q. And this one is from catherinesister24@gmail.com, and that's the account you were operating --
A. Right.
Q. -- correct?
And it was you who sent this message to Gene Bicknell. Correct?
A. Um, I'm sorry. Yes.

Today's Words, I guess, weren't good enough for him, or whatever, and I'm assuming he -- when I got the first couple that I did not compose -- I did not -- they came from Gene.

And I was looking there and going, "Okay, what is this? Where are they from?"

And I still don't know -- they seemed too advanced for Gene's composition. That was my feeling.

So I don't know what he did or he got it from online. I don't know what he did, because he was very good at cutting and pasting and grabbing stuff off the internet, as I learned from the e-mails he would send.

So I don't know why he did that, other than the fact is that when it got to a point where he -- I guess he wasn't getting them anymore, or whatever, is when he approached me, and said, "I need them to continue."

And those were the e-mails.

Q. There were times, sir, where Gene would respond to Sister Catherine and then you would forward those responses to Larry Wilhite.

A. Yes, I did. Sorry.

Q. Why did you do that?

A. Because I assumed that that's what Gene wanted.

Q. Gene wanted you to --

A. Because --

Q. Gene wanted you to forward sister -- his responses to Sister Catherine to Larry Wilhite?

A. I would assume that, because remember what I said earlier, is that on more than one occasion Gene said that he did not want Larry to know that he didn't believe the spiritual words.

He wanted him to believe that he did.

And that was very important to Gene. Very important. And so that's why I did that. I felt I could share them with him, because Gene was sending them to me.

Q. Why was it important to Gene that Larry not know that Gene didn't believe the spiritual words?

A. I don't know, other than the fact that, you know, he -- when he told me that he was using them as a buffer and also as a -- what's the word -- diversion for the -- when money was due and issues that came up, because Gene would -- he had -- I mean, I gave

is a message from you to Larry Wilhite dated February 6th, 2024.

Do you see that?

A. Yeah -- from me?

Q. Well, the e-mail is from you, but you can tell that those are actually Gene's words, not yours?

A. Yeah, it's Gene -- it's a forwarded thing from Gene.

Q. Right. And you copied it in and sent it to Larry Wilhite. Correct?

A. Yes, I did.

Q. And Gene, in that message, says -- he refers to what God told him to do.

You understood that he was referring to completing the American Heartland project. Right?

A. I assume.

Q. And then you sent that along to Larry Wilhite by e-mail on February 6th, 2024, at 2:49 PM. Correct?

A. Okay.

Q. Why did you change the subject line to "Confidential"?

A. I don't know. In fact, I don't -- it's weird how that's sent, because I don't -- I just was forwarding it.

Q. Right, and this happens quite a bit with the Sister Catherine messages. You were forwarding it, and you change the subject line.

So why do you do that?

A. I don't know. Quirk? I don't know.

Q. And then you can see Larry Wilhite forwards your message, which is Gene's words, to Julia Wilhite.

What's your understanding of why Larry Wilhite would do that?

MR. MCCLELLAN: Object to form.

A. I don't even see that here.

BY MR. NADEL:

Q. Who is the e-mail at the top to and from?

A. Oh, I'm sorry. I'm sorry. I thought it was Larry -- to Larry.

Q. You see that Larry forwarded the message to Julia Wilhite. Right?

A. Yeah, I don't know why he did that.

could hear him.
But this was not the way he talked. This was how he wanted others to feel about him.
And -- and that's all I can say.
Q. Did you discuss this response by Gene with Larry Wilhite?
A. I don't remember.
Q. You sent it to Larry Wilhite, and you changed the subject line to "Sister Catherine private."
Why did you do that?
A. Like I said, I don't know.
Q. On more than one occasion when Gene's responses to Sister Catherine came through to you, you and Larry Wilhite were together at the Mansion Theatre in his office. Correct?
A. Yes. Yes, I was.
Q. And you talked about the response when it came through. Right?
MR. MCCLELLAN: Object to form.
A. I don't -- I mean, discussed? Briefly, maybe.
BY MR. NADEL:

A. Just following up, with anything that I would get like this.

Q. But why would you send things you get like this to Larry Wilhite?

A. Again, going back to, Gene wanted Larry to read these.

Q. Did Gene directly say that to you?

A. Yes, he did.

Q. What exactly did he say?

A. Well, this is regarding the -- the same thing with Today's Word.

Q. Right. I'm talking about the Sister Catherine messages.

A. Oh, Sister Catherine?

Yeah, no, that's -- when he first started by sending them to me, and then I forwarded them along to Larry, and we had talked about it.

And I -- at his house.

And he took me into the dining room, and that's when he -- no. No, no, no. It wasn't at his house. Wherever we were, I can't remember. I'll remember it in a second, hopefully.

97 and 98 of the transcript.

Question: "Do you know any facts regarding the creation of any e-mail accounts that include catherinesister in the name?"

And you said, "No."

You testified earlier today that you created all of those accounts that had catherinesister in the name. Right?

A. Yes.

Q. Did you lie under oath at your earlier deposition?

A. I spoke -- I didn't speak out of fear, and that was -- that's the absolute truth.

I --

Q. Well, it wasn't just that you didn't speak, sir.

You gave an answer that was false. Correct?

A. I didn't want to, but I was scared.

Q. So you did give an answer that was false. Right?

A. I didn't -- yes, I didn't answer correctly.

Q. You answered untruthfully. Correct?
A. Out of fear.
Q. Right, out of fear. I understand what your motive was, according to you, but you knew at the time when you gave that answer --
A. Oh, I knew -- I had -- how could I not know?
At the same time, I was super frightened of what would happen with Gene.
Q. Sure.
A. Or whoever else he would send to get me.
Q. And I understand you were frightened, but you understood the question I was asking you, and you gave me a false answer. Right?
A. Unfortunately, yes.
Q. Could you describe the process you went through in drafting the Today's Word messages?
A. It varied.
I would look at other devotionals online, and use pieces of them. You know, there's millions of them out there.
Q. It looks like it would have taken a

C E R T I F I C A T E

I, Jude Arndt, a Certified Shorthand Reporter and Certified Court Reporter, do hereby certify that RICHARD SILANSKAS, JR., prior to the commencement of the examination, was sworn by me on June 16, 2026, to testify the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a true and accurate transcript of the proceedings as taken stenographically by and before me at the time, place and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in this action.

JUDE ARNDT, CSR, CCR, RPR
CSR NO. 084-004847
CCR NO. 1450