IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

O. GENE BICKNELL,

Plaintiff,

vs. No. 25-CV-00383-SEH-SH

RICHARD M. SILANSKAS, JR.,
LARRY K. WILHITE, and
STEPHEN D. HEDRICK,

Defendants.

AUDIO TRANSCRIPTION

WATTS INTERVIEW WITH K. ADAMS

TRANSCRIBED AUGUST 13, 2026

EXHIBIT
5

TRANSCRIBED BY: Lindsey L. Dickerson, CSR

(Audio file begins)

RACHEL PELTZER: -- just such a wealth of knowledge. The way we think this probably makes sense is I'll go through and just kind of ask some questions to help guide the conversation a little bit. If Jeff has any questions as I'm asking them, any follow-up questions that he wants to ask, he may jump in. He may at the end kind of follow up on some points that we've talked about kind of after we've gone through. It will not be the full scope of your knowledge of everything but --

KRISTY ADAMS: Okay.

RACHEL PELTZER: -- kind of the -- the key points. And so I think that's -- that's the plan if that works for everybody.

KRISTY ADAMS: Okay.

RACHEL PELTZER: Awesome. So I think the first question we have for you is really just how you got involved with Mansion America, Mansion Theatre, whatever it was, how you got involved with Gene's theaters in Branson and Larry and all of that.

KRISTY ADAMS: Okay. I worked for a company called Cedar Bay Entertainment here in town. It was -- it's Titanic. And the position that I

held there terminated after -- after we built two locations. And I was looking for a job, and I worked with his daughter Amy in the industry and put in a resume over here. And it -- it probably sat here for about six months. And I took another consulting job in town and was doing that, and he called one day and asked me if I'd be interested in the position.

So I started working for him right after that. My -- my job initially, when I started, was sales and marketing and sort of his assistant, I guess, if you would. I didn't really assist him like a regular assistant would, but I -- I usually was present in meetings to help him, you know, with things like that from the get-go and --

RACHEL PELTZER: When you say him, are we talking about Larry?

KRISTY ADAMS: Larry. I'm sorry. Yes, Larry. Uh-huh. Yeah. I always worked directly with Larry. For a long time, it was just Larry and myself. And at that time, when I started, I worked for Mansion America so Gene was our boss. Larry was our GM on property, and we had two theaters. We had the Oak Ridge Boys Theatre, which was located just up the street at 248, Highway 248, and then we ran

I'll tell you in a second.

RACHEL PELTZER: And when you were running both theaters simultaneously, what was your time split between the two or was it kind of just --

KRISTY ADAMS: I --

RACHEL PELTZER: -- not necessarily split?

KRISTY ADAMS: I off -- it was split sort of. I operated -- my office was at the Oak Ridge Boys facility. I was only -- that's wrong. When I first started, I was at the Mansion Theatre for about a year. My office was over here at the 189 address. And then, when this one shut down, which it was about two years in, a year and a half, two years in, I went over to the Oak Ridge Boys Theatre, and I was officed out of that theater until this one reopened.

RACHEL PELTZER: And what is your current position?

KRISTY ADAMS: GM.

RACHEL PELTZER: Of the Mansion Theatre?

KRISTY ADAMS: Of the Mansion Theatre.

RACHEL PELTZER: What does that job entail?

KRISTY ADAMS: Everything in the world. So all daily operations, all building maintenance,

make decisions based on the theme park. Although on my level, it was more they would have the meeting, and then I would be given the work.

RACHEL PELTZER: And who was in charge of like overseeing the independent contractors that were working on the project?

KRISTY ADAMS: Steve Hedrick.

RACHEL PELTZER: And who was in charge of Steve? I know he wasn't part of the formal corporate structure, but who -- who did he have to get approval for things from, from a corporate perspective?

KRISTY ADAMS: Gene and Larry. And he would go through Larry to get those, and then usually Larry would have a conversation with Gene. Sometimes Steve Hedrick would have a conversation directly with Gene. But Larry would be the person making those decisions.

RACHEL PELTZER: And tell me a little bit about Rick's abilities to use technology.

KRISTY ADAMS: He's pretty tech savvy. He dabbled in AI and, for our videos here in the theater, you know, he would play with having an AI person do announcements and things like that. He operated off of a personal Mac. He liked to play in

the digital world, so he could do that. He -- I mean, he was tech savvy, email savvy. He had -- he had different ways of communicating with people. Like he had false email accounts that he would use to communicate things with people that he didn't want under his name. He had a false Facebook account as well. And I mean, I would say he's technical savvy. Larry is not technical savvy so he would come to me for almost everything. But Rick usually operated independently, and what he couldn't get done on his own, his son would help him with so.

RACHEL PELTZER: His son. Which son?

KRISTY ADAMS: Tony. And he has another one that would help him to. What was his name?

RACHEL PELTZER: Andrew?

KRISTY ADAMS: Andrew. That's him.

RACHEL PELTZER: What about Larry's technology use? What can you tell me about that?

KRISTY ADAMS: Zero. He had none. He -- and he's very paranoid, so like he would always cover up, if there was a camera on his computer, he kept a Post-it over it. He couldn't operate his phone very well. He had trouble sometimes with emails. I mean, he -- mostly he would come to me for tech help.

Because of this failed theme park in Texas and Alabama. And I said, and he -- I said, Because of the guy that went to jail and all the bad juju behind it, I said, We cannot let his name be associated with the park.

And he seemed surprised and shocked. And he seemed like he didn't know anything about it whatsoever. After the meeting, Larry told me he did know and that he'd just forgotten, but I really don't believe -- the way Gene reacted when I told him, I believe that was the first time he heard it.

RACHEL PELTZER: And so you're saying this was for the project announcement, so this was like well into the development at this time?

KRISTY ADAMS: Yes. It was probably a year into the development that -- that I told that to Gene. At least --

RACHEL PELTZER: But you had told Larry prior to the --

KRISTY ADAMS: Immediately.

RACHEL PELTZER: -- development starting?

KRISTY ADAMS: Immediately. Yes.

RACHEL PELTZER: How did -- and you said Larry said that Rick hadn't done anything wrong and Larry trusted him. Did he give you any additional

why he thought Rick hadn't done anything wrong?

KRISTY ADAMS: He said he had asked Rick about it, and that he explained that Rick was in trouble over an SE -- SEEC or S, whatever that is, violation with the funding, how the funding was brought in, and that the other guy Brian -- I can't remember the name of the other guy that went to jail --

RACHEL PELTZER: Robinson?

KRISTY ADAMS: Yes. Brian Robinson was the one that did something wrong and Rick was just a victim. And I'm sure that's what Rick told Larry.

RACHEL PELTZER: Do you know if Larry ever did anything to -- I mean, from my perspective, right, it sounds like Larry is meeting this guy, he doesn't know him well, finds out about this big issue. This guy is saying, oh, no, everything's fine. Do you know if Larry did anything to investigate that?

KRISTY ADAMS: No. He didn't do any -- well, I don't know that he didn't, but I don't believe that he did. He did look at the information I gave him, but that's it. And I don't think he told Gene.

And probably about a year and a half into

KRISTY ADAMS: No. I always assumed that Larry and Gene received it directly. And it was then forwarded to Rick and whoever -- like some of Larry's family members got it. I think there was a period of time, and maybe daily, that his kids received it. Julia always received it. I saw emails or Julia would refer to certain things in the word. When I questioned Rick with Julia about how she believed the word was real because certain things in their daughter's life would correspond with that, and she believed that only God would know that, and she would research the word at home and dig into it.

But I think -- I know for sure Larry received it direct. I don't know if Gene was receiving it direct or if it was forwarded to him.

RACHEL PELTZER: Got it. And were -- were the daily word messages or today's word messages, were they frequently discussed amongst people on the project?

KRISTY ADAMS: Not amongst people on the project, but between Rick, Larry, myself, Gene, of course, and then a few meetings. Larry would sometimes read the word. Like he would say, look what I got, you know, and he -- he would read. And

they were very long. So he would read that sometimes in a meeting. Sometimes he would read them like as a motivational before a project or at the end of a project. I think he read one when we were getting ready to do the announcement of the theme park. I think he read one during the filming of the PBS special.

But as to just like publicly talking about it, I don't -- he didn't. And I don't know if that's because he thought people would think he was nuts or -- I don't know. I know that's why they didn't share it with Steve Hedrick. They didn't feel like he would think that that was a legit source. And I'm sure also they didn't want to -- want him to think that they were running out of funding.

RACHEL PELTZER: Got it. So they told you that they weren't sharing it with Steve?

KRISTY ADAMS: Correct. I was told directly, and I believe it was by Larry, that we were not -- that Gene did not want us to share that with everybody so, and they were referring to Steve.

RACHEL PELTZER: When was the first time you recall Larry either discussing today's word or like saying that he received it? To your knowledge,

when was the first time Larry started getting them?

KRISTY ADAMS: After Rick appeared although, when I questioned him about that, he said he received them before Rick, but I don't remember him talking about them until after Rick appeared. But I also believe that Rick was baiting him before he worked here.

RACHEL PELTZER: And before Rick worked at the theater, did the two of them ever talk on the phone? Like do you have any reason to believe that Rick had Larry's phone number if he was just showing up at the theater to try to get in contact with him?

KRISTY ADAMS: No. I think McSpadden probably introduced them and put them together, and I think he had contact with him prior to him being here. I don't know that for sure. I never overheard a conversation or was present or anything like that. But Larry was -- if you come to the theater to meet with Larry, you meet with me. He was very hidden here at the theater.

RACHEL PELTZER: And what did Larry tell you about the source of the today's word?

KRISTY ADAMS: He didn't know where it came from. And when I said, I think it comes from Rick, he said, But I got these before I was involved

with Rick. He said he didn't know what -- and I even said to him, There are programs out there where you can write an email or a text message and send it to people through a number that they -- you know, an anonymous number. And I even showed him the program, I think it's called Angels from Heaven or something like that, where loved ones can send a message from heaven supposedly to a grieving person. And I was like, just like this. You can send, you know, and he -- he just did not believe it.

RACHEL PELTZER: And so he was getting these from text messages. Did he ever talk about the phone numbers that were used?

KRISTY ADAMS: He didn't, but I asked him to give me the phone number and I would try to look them up and everything, and I wouldn't find anything but...

RACHEL PELTZER: Was it the same number?

KRISTY ADAMS: No. Huh-uh. But those programs are developed to use different numbers that kind of -- I think they call it spoofing, but it kind of rotates through random numbers. I do know that some of -- the reason I think Larry forwarded them to everybody is because sometimes Larry would read them to me, and then I would get them later

address the specific problem. And he'd be like, Can you believe this? And I'd be like, Okay, that's weird. Obviously the person sending it to you knows about the problem. But not to him. It was not that way to him. It was a message.

RACHEL PELTZER: And was that when you stopped receiving them?

KRISTY ADAMS: Not specifically. I received them for a good amount of time. I think I've sent you like the follow-up until where I stop receiving them, but the more we went on, the more negative I got, the more -- I don't want to really call it disgruntled but kind of disgruntled that I got with the situation, the more honest I was about how it was kind of ridiculous. And the more I doubted it, that's when I was cut off from it.

But I would ask periodically. I would say, Are you still receiving the word? I haven't gotten one in a long time or something like that just to see if it was still going out because I felt like they were playing Gene by -- by doing that. You know, because Rick got very aggressive when we started running out of funds, very aggressive about -- because people would frequently contact me wanting to fund things. And I would say, do you

was doing what he called a deep dive on the internet. That's what he always called it. I'm gonna do a deep dive. And he would come up with this stuff so.

RACHEL PELTZER: Could Larry have done a deep dive on the internet on somebody?

KRISTY ADAMS: No. He can't Google. I mean, he can. I mean, I'm just -- but no, I don't -- not by himself. Now, he could have enlisted help.

RACHEL PELTZER: Uh-huh.

KRISTY ADAMS: You know, there was a file I sent you one time that I found in his email where the word was all organized out into a nice document, and we all know the word came by text. Larry could have never done that. He could have never transferred those text messages to any kind of a program and laid it out nice and neat like that. It was almost like it was in that format and almost like someone was copying it and putting it into a text. I don't know that, but I mean I'm just -- he did not have those skills at all.

RACHEL PELTZER: And that's the email compilations he sent to Julia?

KRISTY ADAMS: Yes. Uh-huh.

RACHEL PELTZER: And did you ever hear anything about Julia compiling today's word messages?

KRISTY ADAMS: Yes. She kept a binder. So she received it every day. She would print it out at home. I -- this is what I was told. She would put it in a binder and then she would segregate it and she would -- she would research the different parts of it and how it related to the Bible and it was like a big project for her.

RACHEL PELTZER: Did she work at this time?

KRISTY ADAMS: No. Huh-uh.

RACHEL PELTZER: And do you know why she was putting them in a binder?

KRISTY ADAMS: Have no idea.

RACHEL PELTZER: Did you ever hear anything about a nun named Sister Catherine?

KRISTY ADAMS: Oh, yeah. So Sister Catherine sent emails supposedly directly to Gene. I asked a lot of questions to Rick about -- and these were to Rick direct about Sister Catherine because he was always so pumped about Sister Catherine. Where did she live? How did she meet Gene? If she was sequestered, where would she have

KRISTY ADAMS: The emails? One or two.

RACHEL PELTZER: How'd you see them?

KRISTY ADAMS: I could see them through Gene's email account when he gave me access to that, and I think I also saw one on Larry's email maybe that was forwarded to him from Gene. Like Gene would sometimes say I received this information from Sister Catherine and forward the email.

RACHEL PELTZER: Got it. What did Larry think about the Sister Catherine messages?

KRISTY ADAMS: He thought she was real too, or he appeared to think that she was real.

RACHEL PELTZER: Were you aware of the triune?

KRISTY ADAMS: I am. At one point I asked who the triune was because it was always explained to me, when Rick came aboard, that it was the three of us. It was Larry, myself, and Rick. We were gonna be making all these decisions. We were gonna be changing the world, you know. But the triune was Gene, Rick, and Larry. As time progressed and Rick kept driving that wedge, you know, I said something about the triune one day. And I said it's clearly I am not part of the triune and, no, it was Rick, Larry, and Gene.

RACHEL PELTZER: Where did that concept come from?

KRISTY ADAMS: I think it comes from the Bible. But I don't -- I'm not a very -- I'm not -- I can't spout the Bible to you, but I think that's where it comes from.

RACHEL PELTZER: Got it. Do you know where like Gene, Rick, and Larry being in a triune, where that concept came from?

KRISTY ADAMS: I'm sure God. I'm sure from Rick.

RACHEL PELTZER: Through the word?

KRISTY ADAMS: Uh-huh, through the word. Uh-huh. 'Cause the word did refer to the triune frequently.

RACHEL PELTZER: Do you know what the purpose of the triune was?

KRISTY ADAMS: Other than to -- to make the decisions and move everything forward, no.

RACHEL PELTZER: And do you know what each member's role within the triune structure was?

KRISTY ADAMS: I don't.

RACHEL PELTZER: Did they ever talk about like this is my job in the triune?

KRISTY ADAMS: No. They just talked about

it like it was the three of them as one like making the decisions as one. So I don't know that they had a hierarchy above each other within the triune.

RACHEL PELTZER: Got it. Did Rick ever impersonate people or use fake emails to your knowledge?

KRISTY ADAMS: Yes, he did. He had two. He had a fake email account, and he had a fake Facebook account. The fake email account he used -- he said -- when I first met him, he said, oh, I have this account and I've got a good data base built on it, and I use it to send out things in the community so that we can talk about things we're doing without being boastful and being like, look what we're doing. It's like other people talking about, hey, did you see what the Mansion Theater is doing?

And people in the community like Clay Cooper, you know, movers and shakers, people like that, were on the list. And we had an event here. I knew about the email. And I knew he used it in that format. But I'd never seen him use it in a negative format until we had an event here called Reawaken. And Reawaken was a huge Trump rally without calling it a Trump rally.

And even though Rick went along with the

KRISTY ADAMS: I don't know if he ever used the word sued, but he was always -- 'cause remember I told you he's a super paranoid person. He was always worried about things coming back on him, which is why I think he didn't sign things sometimes, and it's also why I think Rick didn't always put things in email form. Like sometimes he would write it out. He would type it out, go to all the trouble to type it out, and he would print it and bring it to me versus emailing it to me because he did not want a trail, which I pointed out to Larry, and he thought I was crazy.

RACHEL PELTZER: Makes sense. All right. Well, that is the last set of questions I have, but I'm sure Jeff has some follow-ups given that you know virtually everything.

KRISTY ADAMS: I'm not sure about that, Mr. Jeff, but you give it a shot. I'll try.

JEFF WATTS: Okay. So we've been going for a couple hours. Do you need to take a break, use the restroom, get a drink of water, anything like that? If you do, it's perfectly fine. Take a break --

KRISTY ADAMS: I'm okay.

JEFF WATTS: -- and we can pick back up.

KRISTY ADAMS: I'm all right.

JEFF WATTS: You're good? Okay. All right. I don't have a -- I don't have a -- I don't have many questions actually. I think you all did a really good job of covering the majority of this. I highlighted some areas in my notes as we were kind of going along, but I just want a little more clarification on, since I don't know as much as probably Rachel and Sagar do since they've been involved obviously much longer than -- than I have.

You had mentioned early in the conversation about Rick being really good at writing and they let him write some press releases. Did you ever see him write any type of devotional, scripture, anything religious?

KRISTY ADAMS: I'm trying to think if I did. Not really. No. I can't think of anything offhand.

JEFF WATTS: Okay. Okay. That one got answered as we went along. I want to get a little more clarification on when you were talking about the stack of approvals that you would get for Gene to sign, and they told you, hey, Gene has approved this. We need you to sign it. And then things kind of started getting a little odd there, and then can

little suspicious about some stuff and concerned and so, but I'd never seen how he was -- how that went through.

Let's see here. When you were in the meeting, I'm thinking it was with Larry and Gene, you were talking about the park or whatever, and that was when you brought up Rick's background and you said Gene seemed kind of shocked by that. Can you kind of be -- tell me a little more about that, what was going on and kind of the -- lay that out for me?

KRISTY ADAMS: Yeah. We were going over the -- I was going over with Gene how the announcement was laid out meaning the announcement of the project. We had worked on it with the PR company, and we had, you know, a whole layout of the day, how it would break down, who would speak and on what. And in the process of going through that, Gene just said to me, he said, I want to make sure we thank Rick from the stage or mention him, and he kind of questioned me why Rick wasn't on the list to say something.

And I said, Well, we can't use Rick because remember Rick is not involved in the theme park as far as the public knows. And he says, Well,

you know, why do you say that? Why do you mean we can't mention Rick? And so I said, Well, we can't mention Rick because of the PR backlash because of his failed theme park in Alabama and Texas. And he said, Well, what are you talking about? And I said, Well, Dream Vision -- you know, I had to explain the whole thing to him. And he -- he had no knowledge of it. The way he reacted, I believe that was the first time he was hearing of it. And I even said, you know, the gentleman he was involved with went to prison. And I said, So we cannot have his name associated with this press announcement at all.

JEFF WATTS: Did Larry ever bring that up later or did he interject anything during that conversation?

KRISTY ADAMS: He didn't at the time, but after Gene left, he definitely did. When I said I was in trouble, I never -- I've never been in trouble or reprimanded really by Larry, but he adamantly told me that Gene did know about that and that Gene was just not remembering, like to -- to kind of cover. It wasn't like I was in trouble, Jeff, I guess I should say. I was just being put in my place maybe.

JEFF WATTS: When you showed Larry the

JEFF WATTS: Okay.

RACHEL PELTZER: So if you pull up the second check --

JEFF WATTS: Okay.

RACHEL PELTZER: -- version of the complaint, you should be able to locate it that way.

JEFF WATTS: Perfect.

RACHEL PELTZER: But yeah, we do have Kristy's -- there's one where Kristy announces, everybody, this is Gene's new email. Please use this going forward.

JEFF WATTS: Okay. Perfect. Thank you.

KRISTY ADAMS: I did something good.

JEFF WATTS: You did. Yes. You did lots of good.

KRISTY ADAMS: Oh, I don't know yet.

JEFF WATTS: You had tell Rachel that you tried to grab Rick's emails after he left, but they were all deleted. And then you talked about something about an IT person maybe coming in. What -- so tell me about that.

KRISTY ADAMS: We used -- so there were two sources we used. We used one source through the firm, through Rachel's firm, that helped me come in, and they got into my computer and helped bring a lot

of things out that way. But we have an internal IT company, and the type of Google account that we were set up on was set up I archived their emails when they left. And for whatever reason we were set up in Google, it could only go back so far, but it could see that some were deleted. But he pulled -- our IT person pulled all of that into a file and gave it to someone on the attorney's side that was more forensic in that. They could pull it apart.

I could never open the -- he sent the files to me as well, but I couldn't open them. I don't know if they were too large or whatever, but I still have access to their old email accounts. But I archived them so that they didn't charge me for them anymore.

JEFF WATTS: Uh-huh.

KRISTY ADAMS: But like, when needed, I can unarchive them and I reestablished a password where I can get into them and sometimes search for stuff. So I still have them, but all the deleted things, those files were empty.

JEFF WATTS: Okay. I just wanted to make sure, and it sounds like we've done everything we can to try to recover those and whatever's been deleted's been deleted.

KRISTY ADAMS: Yeah. And I think Rick probably went to Larry because Larry didn't know how to do that. I think Rick probably worked strategically with Larry during those last little bit.

JEFF WATTS: Uh-huh.

KRISTY ADAMS: He also had Kelly, his assistant, print off all sorts of things and put in binders for him, which I'm sure he took with him because he was probably onto his next person, you know.

JEFF WATTS: Uh-huh.

KRISTY ADAMS: Victim, his next victim.

JEFF WATTS: You had said that when Daniel worked at the Oak Ridge Boys Theatre, that there were some gray things and that there was an employee who reported seeing Daniel being involved in some of the potential thefts there. What was that employee's name?

KRISTY ADAMS: Mike Johnson.

JEFF WATTS: Okay.

KRISTY ADAMS: He was our security officer at that time.

JEFF WATTS: Okay. I'm assuming he no longer works there?

CERTIFICATE OF TRANSCRIPTION

I, Lindsey L. Dickerson, CSR, state that the above and foregoing transcript was transcribed by me to the best of my ability from all audible portions of the audio recording and that I am neither attorney for nor relative of any of said parties or otherwise interested in the event of said action.

______________________________,

Lindsey L. Dickerson, CSR

CSR No. 1937