**Pinger Comparison Chart - Wilhite**

| From Pinger Account (PINGER_LW_000050) | | | | | From Wilhite's Samsung User.Table (LW_04036) | | From Wilhite Chat Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| Assigned Number | Start Date | Start Time | End Date | End Time | Usert.Table MDN # | User.Table ID # | From | Date Received | Bates |
| 15054415756 | 8/20/2023 | 4:48:09 | 8/21/2023 | 14:56:17 | 15054415756 | 533 | | | |
| 13608046984 | 8/21/2023 | 14:56:17 | 9/18/2023 | 3:09:21 | 13608046984 | 534 | | | |
| 16087109805 | 9/18/2023 | 3:09:21 | 9/19/2023 | 13:31:33 | 16087109805 | 547 | | | |
| 14753073422 | 9/19/2023 | 13:31:33 | 9/20/2023 | 14:32:50 | 14753073422 | 549 | | | |
| 13653635229 | 9/20/2023 | 14:32:50 | 9/21/2023 | 15:51:10 | 13653635229 | 550 | | | |
| 12123473553 | 9/21/2023 | 15:51:10 | 9/22/2023 | 18:32:02 | 12123473553 | 552 | | | |
| 16076014097 | 9/22/2023 | 18:32:02 | 9/23/2023 | 23:27:54 | 16076014097 | 553 | | | |
| 12312816912 | 9/23/2023 | 23:27:54 | 9/25/2023 | 14:35:05 | 12312816912 | 554 | | | |
| 16097760608 | 9/25/2023 | 14:35:05 | 9/26/2023 | 14:38:25 | 16097760608 | 556 | | | |
| 17189144736 | 9/26/2023 | 14:38:25 | 9/27/2023 | 16:56:30 | 17189144736 | 557 | | | |
| 12155395231 | 9/27/2023 | 16:56:30 | 9/28/2023 | 19:30:40 | 12155395231 | 558 | | | |
| 12135973892 | 9/28/2023 | 19:30:40 | 9/30/2023 | 2:53:22 | 12135973892 | 559 | | | |
| 14183173840 | 9/30/2023 | 2:53:22 | 10/2/2023 | 1:53:07 | 14183173840 | 560 | | | |
| 14149661512 | 10/2/2023 | 1:53:07 | 10/3/2023 | 14:23:33 | 14149661512 | 562 | | | |
| 19098924379 | 10/3/2023 | 14:23:33 | 10/4/2023 | 17:09:35 | 19098924379 | 563 | | | |
| 12027034840 | 10/4/2023 | 17:09:35 | 10/5/2023 | 17:21:03 | 12027034840 | 564 | | | |
| 12232453043 | 10/5/2023 | 17:21:03 | 10/6/2023 | 18:57:32 | 12232453043 | 565 | | | |
| 16139174665 | 10/6/2023 | 18:57:32 | 10/8/2023 | 16:53:22 | 16139174665 | 566 | | | |
| 14755010132 | 10/8/2023 | 16:53:22 | 10/9/2023 | 18:11:47 | 14755010132 | 567 | | | |
| 12029954158 | 10/9/2023 | 18:11:47 | 10/10/2023 | 18:26:49 | 12029954158 | 568 | | | |
| 18023078576 | 10/10/2023 | 18:26:50 | 10/11/2023 | 19:16:52 | 18023078576 | 569 | | | |
| 17086303795 | 10/11/2023 | 19:16:52 | 10/12/2023 | 20:14:51 | 17086303795 | 572 | | | |
| 12036703576 | 10/12/2023 | 20:14:51 | 10/13/2023 | 20:19:42 | 12036703576 | 573 | | | |
| 19137866443 | 10/13/2023 | 20:19:42 | 10/14/2023 | 23:38:46 | 19137866443 | 574 | | | |
| 14253313768 | 10/14/2023 | 23:38:46 | 10/16/2023 | 13:30:19 | 14253313768 | 575 | | | |
| 12027339073 | 10/16/2023 | 13:30:19 | 10/18/2023 | 21:54:20 | 12027339073 | 576 | | | |
| 16176214029 | 10/18/2023 | 21:54:20 | 10/20/2023 | 17:24:40 | 16176214029 | 580 | | | |
| 13614877851 | 10/20/2023 | 17:24:40 | 10/21/2023 | 17:26:30 | 13614877851 | 582 | | | |
| 12029954472 | 10/21/2023 | 17:26:30 | 10/23/2023 | 15:21:17 | 12029954472 | 584 | | | |
| 15155678858 | 10/23/2023 | 15:21:17 | 10/25/2023 | 13:16:09 | 15155678858 | 585 | | | |
| 19097156946 | 10/25/2023 | 13:16:09 | 10/26/2023 | 14:30:14 | 19097156946 | 589 | | | |
| 17255871286 | 10/26/2023 | 14:30:14 | 10/27/2023 | 16:14:07 | 17255871286 | 592 | | | |



EXHIBIT 6

**Pinger Comparison Chart - Wilhite**

| From Pinger Account (PINGER_LW_000050) | | | | | From Wilhite's Samsung User.Table (LW_04036) | | From Wilhite Chat Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| Assigned Number | Start Date | Start Time | End Date | End Time | Usert.Table MDN # | User.Table ID # | From | Date Received | Bates |
| 17707647969 | 10/27/2023 | 16:14:07 | 10/28/2023 | 16:57:47 | 17707647969 | 593 | | | |
| 14195198166 | 10/28/2023 | 16:57:47 | 10/29/2023 | 17:04:36 | 14195198166 | 594 | | | |
| 15054414515 | 10/29/2023 | 17:04:36 | 10/31/2023 | 13:19:14 | 15054414515 | 595 | | | |
| 12099362913 | 10/31/2023 | 13:19:14 | 11/2/2023 | 12:53:44 | 12099362913 | 596 | | | |
| 18177364630 | 11/2/2023 | 12:53:44 | 11/3/2023 | 18:24:50 | 18177364630 | 598 | | | |
| 14068402469 | 11/3/2023 | 18:24:50 | 11/5/2023 | 16:27:37 | 14068402469 | 599 | | | |
| 12535448189 | 11/5/2023 | 16:27:37 | 11/6/2023 | 18:23:45 | 12535448189 | 600 | | | |
| 17076279238 | 11/6/2023 | 18:23:45 | 11/7/2023 | 21:09:54 | 17076279238 | 601 | | | |
| 14388990971 | 11/7/2023 | 21:09:54 | 11/8/2023 | 23:20:03 | 14388990971 | 602 | | | |
| 19083142913 | 11/8/2023 | 23:20:03 | 11/10/2023 | 1:12:49 | 19083142913 | 603 | | | |
| 13105913402 | 11/10/2023 | 1:12:49 | 11/11/2023 | 14:05:15 | 13105913402 | 604 | | | |
| 13047174673 | 11/13/2023 | 18:17:10 | 11/14/2023 | 18:19:48 | 13047174673 | 608 | | | |
| 15702584106 | 11/14/2023 | 18:19:48 | 11/15/2023 | 19:33:17 | 15702584106 | 609 | | | |
| 13513770237 | 11/15/2023 | 19:33:17 | 11/16/2023 | 20:20:41 | 13513770237 | 610 | | | |
| 12029955191 | 11/16/2023 | 20:20:41 | 11/18/2023 | 17:30:29 | 12029955191 | 611 | | | |
| 14308101659 | 11/18/2023 | 17:30:29 | 11/19/2023 | 21:02:31 | 14308101659 | 612 | | | |
| 14065334924 | 11/19/2023 | 21:02:31 | 11/20/2023 | 22:18:19 | 14065334924 | 613 | | | |
| 16028741051 | 11/20/2023 | 22:18:19 | 11/22/2023 | 13:14:38 | 16028741051 | 614 | | | |
| 16187881598 | 11/22/2023 | 13:14:38 | 11/23/2023 | 15:19:54 | 16187881598 | 615 | | | |
| 14197515401 | 11/23/2023 | 15:19:54 | 11/24/2023 | 16:21:01 | 14197515401 | 616 | | | |
| 15189724842 | 11/25/2023 | 20:29:04 | 11/27/2023 | 3:54:01 | 15189724842 | 617 | | | |
| 17727894240 | 11/27/2023 | 3:54:01 | 11/28/2023 | 15:51:47 | 17727894240 | 618 | | | |
| 18023078839 | 11/28/2023 | 15:51:47 | 11/29/2023 | 22:32:36 | 18023078839 | 621 | | | |
| 12703238615 | 11/29/2023 | 22:32:36 | 12/1/2023 | 15:27:34 | 12703238615 | 622 | | | |
| 13094427434 | 12/1/2023 | 15:27:34 | 12/2/2023 | 17:00:24 | 13094427434 | 624 | | | |
| 13163696486 | 12/2/2023 | 17:00:24 | 12/5/2023 | 12:57:27 | 13163696486 | 625 | | | |
| 16139032948 | 12/5/2023 | 12:57:27 | 12/6/2023 | 16:50:24 | 16139032948 | 626 | | | |
| 19098197445 | 12/6/2023 | 16:50:24 | 12/7/2023 | 18:19:53 | 19098197445 | 627 | | | |
| 17078315386 | 12/7/2023 | 18:19:53 | 12/8/2023 | 19:41:26 | 17078315386 | 629 | | | |
| 18145088006 | 12/8/2023 | 19:41:26 | 12/10/2023 | 18:02:10 | 18145088006 | 630 | | | |
| 15136562827 | 12/10/2023 | 18:02:10 | 12/11/2023 | 18:15:36 | 15136562827 | 631 | | | |
| 13069125799 | 12/11/2023 | 18:15:36 | 12/13/2023 | 13:56:18 | 13069125799 | 632 | | | |

**Pinger Comparison Chart - Wilhite**

| From Pinger Account (PINGER_LW_000050) | | | | | From Wilhite's Samsung User.Table (LW_04036) | | From Wilhite Chat Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| Assigned Number | Start Date | Start Time | End Date | End Time | Usert.Table MDN # | User.Table ID # | From | Date Received | Bates |
| 18019095729 | 12/13/2023 | 13:56:18 | 12/14/2023 | 18:53:15 | 18019095729 | 633 | | | |
| 12072098654 | 12/14/2023 | 18:53:15 | 12/15/2023 | 19:19:00 | 12072098654 | 634 | | | |
| 15175533943 | 12/15/2023 | 19:19:00 | 12/16/2023 | 20:27:43 | 15175533943 | 635 | | | |
| 12184039041 | 12/16/2023 | 20:27:43 | 12/17/2023 | 21:24:05 | 12184039041 | 637 | | | |
| 16028464892 | 12/17/2023 | 21:24:05 | 12/19/2023 | 15:45:19 | 16028464892 | 638 | | | |
| 18128721652 | 12/19/2023 | 15:45:19 | 12/20/2023 | 15:51:53 | 18128721652 | 639 | | | |
| 14066042528 | 12/20/2023 | 15:51:53 | 12/21/2023 | 16:56:44 | 14066042528 | 640 | | | |
| 13193176722 | 12/21/2023 | 16:56:44 | 12/22/2023 | 21:59:31 | 13193176722 | 641 | | | |
| 19069015609 | 12/22/2023 | 21:59:31 | 12/23/2023 | 22:35:40 | 19069015609 | 643 | | | |
| 12606271576 | 12/23/2023 | 22:35:40 | 12/25/2023 | 3:02:19 | 12606271576 | 644 | | | |
| 17707646691 | 12/25/2023 | 3:02:19 | 12/26/2023 | 16:35:32 | 17707646691 | 645 | | | |
| 12079870908 | 12/26/2023 | 16:35:32 | 12/27/2023 | 17:14:47 | 12079870908 | 646 | | | |
| 18048510189 | 12/27/2023 | 17:14:47 | 12/28/2023 | 17:23:58 | 18048510189 | 648 | | | |
| 16602974076 | 12/28/2023 | 17:23:58 | 12/29/2023 | 17:42:45 | 16602974076 | 649 | | | |
| 17707645084 | 12/29/2023 | 17:42:45 | 12/30/2023 | 17:45:07 | 17707645084 | 650 | | | |
| 12203869577 | 12/30/2023 | 17:45:07 | 1/2/2024 | 13:04:08 | 12203869577 | 653 | | | |
| 16029699480 | 1/2/2024 | 13:04:08 | 1/3/2024 | 18:58:59 | 16029699480 | 666 | | | |
| 12203869577 (duplicate) | 1/3/2024 | 18:58:59 | 1/4/2024 | 22:25:12 | 12203869577 | 653 | | | |
| 14808172172 | 1/4/2024 | 22:25:12 | 1/6/2024 | 1:32:16 | 14808172172 | 667 | | | |
| 15096163278 | 1/6/2024 | 1:32:16 | 1/7/2024 | 2:04:14 | 15096163278 | 669 | | | |
| 13068059885 | 1/9/2024 | 18:48:15 | 1/11/2024 | 14:20:46 | 13068059885 | 673 | | | |
| 17188415545 | 1/11/2024 | 14:20:46 | 1/12/2024 | 16:16:27 | 17188415545 | 674 | | | |
| 16099618214 | 1/12/2024 | 16:16:27 | 1/13/2024 | 19:24:46 | 16099618214 | 675 | | | |
| 12205779284 | 1/13/2024 | 19:24:46 | 1/15/2024 | 11:22:27 | 12205779284 | 676 | | | |
| 13096195852 | 1/15/2024 | 11:22:27 | 1/16/2024 | 13:24:49 | 13096195852 | 677 | | | |
| 13186385153 | 1/16/2024 | 13:24:49 | 1/17/2024 | 14:15:33 | 13186385153 | 678 | | | |
| 15099186786 | 1/17/2024 | 14:15:33 | 1/18/2024 | 14:24:04 | 15099186786 | 679 | | | |
| 12254870236 | 1/18/2024 | 14:24:04 | 1/19/2024 | 16:09:38 | 12254870236 | 680 | | | |
| 15175533946 | 1/19/2024 | 16:09:38 | 1/20/2024 | 19:12:52 | 15175533946 | 681 | | | |
| 14198866540 | 1/20/2024 | 19:12:52 | 1/21/2024 | 20:26:22 | 14198866540 | 682 | | | |
| 16186368045 | 1/21/2024 | 20:26:22 | 1/22/2024 | 21:07:28 | 16186368045 | 683 | | | |

**Pinger Comparison Chart - Wilhite**

| From Pinger Account (PINGER_LW_000050) | | | | | From Wilhite's Samsung User.Table (LW_04036) | | From Wilhite Chat Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| Assigned Number | Start Date | Start Time | End Date | End Time | Usert.Table MDN # | User.Table ID # | From | Date Received | Bates |
| 12095156059 | 1/22/2024 | 21:07:28 | 1/23/2024 | 21:14:57 | 12095156059 | 684 | | | |
| 13152905446 | 1/23/2024 | 21:14:57 | 1/24/2024 | 21:28:53 | 13152905446 | 685 | | | |
| 18179692841 | 1/24/2024 | 21:28:53 | 1/25/2024 | 21:40:57 | 18179692841 | 686 | | | |
| 12038842614 | 1/25/2024 | 21:40:57 | 1/27/2024 | 17:17:18 | 12038842614 | 687 | | | |
| 17706598296 | 1/27/2024 | 17:17:18 | 1/28/2024 | 19:11:29 | 17706598296 | 689 | | | |
| 14093457791 | 1/28/2024 | 19:11:29 | 1/29/2024 | 19:17:47 | 14093457791 | 690 | | | |
| 16126332729 | 1/29/2024 | 19:17:47 | 1/30/2024 | 19:37:21 | 16126332729 | 691 | | | |
| 16204815648 | 1/30/2024 | 19:37:21 | 1/31/2024 | 21:45:09 | 16204815648 | 692 | | | |
| 18156970137 | 1/31/2024 | 21:45:10 | 2/1/2024 | 23:19:19 | 18156970137 | 693 | | | |
| 19098196770 | 2/1/2024 | 23:19:19 | 2/4/2024 | 17:44:59 | 19098196770 | 694 | | | |
| 14183174373 | 2/4/2024 | 17:44:59 | 2/5/2024 | 19:34:39 | 14183174373 | 696 | | | |
| 13309603269 | 2/5/2024 | 19:34:39 | 2/7/2024 | 13:58:25 | 13309603269 | 697 | | | |
| 15077096160 | 2/7/2024 | 13:58:25 | 2/8/2024 | 20:53:28 | 15077096160 | 698 | | | |
| 18102541055 | 2/8/2024 | 20:53:28 | 2/10/2024 | 21:18:02 | 18102541055 | 699 | | | |
| 17705235383 | 2/10/2024 | 21:18:02 | 2/12/2024 | 16:31:14 | 17705235383 | 702 | | | |
| 13204663034 | 2/12/2024 | 16:31:14 | 2/13/2024 | 17:35:36 | 13204663034 | 703 | | | |
| 14808176625 | 2/13/2024 | 17:35:36 | 2/16/2024 | 13:59:16 | 14808176625 | 705 | | | |
| 13072914801 | 2/16/2024 | 13:59:16 | 2/18/2024 | 2:58:32 | 13072914801 | 707 | | | |
| 12099362158 | 2/18/2024 | 2:58:32 | 2/19/2024 | 14:28:23 | 12099362158 | 708 | | | |
| 13072914801 (duplicate) | 2/19/2024 | 14:28:23 | 2/21/2024 | 13:49:37 | 13072914801 | 707 | | | |
| 12099362158 (duplicate) | 2/21/2024 | 13:49:37 | 2/22/2024 | 18:26:13 | 12099362158 | 708 | | | |
| 14016525516 | 2/22/2024 | 18:26:13 | 2/23/2024 | 22:32:21 | 14016525516 | 710 | | | |
| 12099362158 (duplicate) | 2/23/2024 | 22:32:21 | 2/24/2024 | 22:51:04 | 12099362158 | 708 | | | |
| 16199673650 | 2/24/2024 | 22:51:04 | 2/25/2024 | 23:57:40 | 16199673650 | 711 | | | |
| 14037682793 | 2/25/2024 | 23:57:40 | 2/27/2024 | 19:43:19 | 14037682793 | 712 | | | |
| 12074133626 | 2/27/2024 | 19:43:19 | 2/29/2024 | 14:15:20 | 12074133626 | 713 | | | |
| 19126968670 | 2/29/2024 | 14:15:20 | 3/1/2024 | 20:15:51 | 19126968670 | 717 | | | |
| 16412223216 | 3/1/2024 | 20:15:51 | 3/3/2024 | 16:42:11 | 16412223216 | 718 | | | |
| 13025925552 | 3/3/2024 | 16:42:11 | 3/4/2024 | 19:18:58 | 13025925552 | 720 | | | |

**Pinger Comparison Chart - Wilhite**

| From Pinger Account (PINGER_LW_000050) | | | | | From Wilhite's Samsung User.Table (LW_04036) | | From Wilhite Chat Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| Assigned Number | Start Date | Start Time | End Date | End Time | Usert.Table MDN # | User.Table ID # | From | Date Received | Bates |
| 17706785966 | 3/4/2024 | 19:18:58 | 3/6/2024 | 15:52:11 | 17706785966 | 721 | | | |
| 15128803233 | 3/6/2024 | 15:52:11 | 3/9/2024 | 18:19:02 | 15128803233 | 722 | | | |
| 14027888021 | 3/12/2024 | 17:32:57 | 3/13/2024 | 23:36:25 | 14027888021 | 728 | | | |
| 17705202859 | 3/13/2024 | 23:36:25 | 3/16/2024 | 12:34:52 | 17705202859 | 730 | | | |
| 15078607172 | 3/16/2024 | 12:34:52 | 3/17/2024 | 15:38:51 | 15078607172 | 731 | | | |
| 12407687278 | 3/17/2024 | 15:38:51 | 3/18/2024 | 18:18:49 | 12407687278 | 732 | | | |
| 15078607172 (duplicate) | 3/18/2024 | 18:18:49 | 3/19/2024 | 18:33:39 | 15078607172 | 731 | | | |
| 12407687278 (duplicate) | 3/19/2024 | 18:33:40 | 3/20/2024 | 22:23:59 | 12407687278 | 732 | | | |
| 19143012202 | 3/20/2024 | 22:23:59 | 3/22/2024 | 13:14:28 | 19143012202 | 733 | | | |
| 17727894025 | 3/22/2024 | 13:14:28 | 3/23/2024 | 19:29:33 | 17727894025 | 736 | | | |
| 16603865169 | 3/23/2024 | 19:29:33 | 3/24/2024 | 21:43:15 | 16603865169 | 739 | | | |
| 19169386512 | 3/24/2024 | 21:43:15 | 3/26/2024 | 13:16:02 | 19169386512 | 740 | | | |
| 14409732510 | 3/26/2024 | 13:16:02 | 3/27/2024 | 15:39:44 | 14409732510 | 743 | | | |
| 19016567024 | 3/27/2024 | 15:39:44 | 3/29/2024 | 15:12:27 | 19016567024 | 745 | | | |
| 12077193290 | 3/29/2024 | 15:12:27 | 3/30/2024 | 16:23:31 | 12077193290 | 746 | | | |
| 17727769194 | 3/30/2024 | 16:23:31 | 3/31/2024 | 20:32:55 | 17727769194 | 747 | | | |
| 16602082810 | 3/31/2024 | 20:32:55 | 4/1/2024 | 22:12:49 | 16602082810 | 748 | | | |
| 15413735487 | 4/1/2024 | 22:12:50 | 4/3/2024 | 12:49:18 | 15413735487 | 749 | | | |
| 12098661547 | 4/3/2024 | 12:49:18 | 4/4/2024 | 15:37:07 | 12098661547 | 751 | | | |
| 17722539125 | 4/4/2024 | 15:37:07 | 4/5/2024 | 17:58:48 | 17722539125 | 752 | | | |
| 12254792246 | 4/5/2024 | 17:58:48 | 4/6/2024 | 18:00:20 | 12254792246 | 753 | | | |
| 13312803096 | 4/6/2024 | 18:00:20 | 4/7/2024 | 20:42:15 | 13312803096 | 755 | | | |
| 18102970697 | 4/7/2024 | 20:42:15 | 4/8/2024 | 22:05:25 | 18102970697 | 757 | | | |
| 17723078110 | 4/8/2024 | 22:05:25 | 4/10/2024 | 12:47:36 | 17723078110 | 758 | | | |
| 15096166021 | 4/10/2024 | 12:47:36 | 4/11/2024 | 13:06:30 | 15096166021 | 761 | | | |
| 16178702929 | 4/11/2024 | 13:06:30 | 4/12/2024 | 13:10:02 | 16178702929 | 762 | | | |
| 17723078870 | 4/12/2024 | 13:10:02 | 4/14/2024 | 22:26:16 | 17723078870 | 763 | | | |
| 15174574462 | 4/14/2024 | 22:26:16 | 4/15/2024 | 23:29:11 | 15174574462 | 764 | | | |
| 13136392703 | 4/15/2024 | 23:29:11 | 4/17/2024 | 13:23:07 | 13136392703 | 766 | | | |
| 14423574380 | 4/17/2024 | 13:23:07 | 4/19/2024 | 14:48:21 | 14423574380 | 767 | | | |

**Pinger Comparison Chart - Wilhite**

| From Pinger Account (PINGER_LW_000050) | | | | | From Wilhite's Samsung User.Table (LW_04036) | | From Wilhite Chat Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| Assigned Number | Start Date | Start Time | End Date | End Time | Usert.Table MDN # | User.Table ID # | From | Date Received | Bates |
| 17707709148 | 4/19/2024 | 14:48:21 | 4/20/2024 | 17:12:52 | 17707709148 | 768 | | | |
| 13193813155 | 4/20/2024 | 17:12:52 | 4/21/2024 | 17:34:05 | 13193813155 | 769 | | | |
| 12205771396 | 4/21/2024 | 17:34:05 | 4/23/2024 | 17:35:28 | 12205771396 | 770 | | | |
| 16096644306 | 4/23/2024 | 17:35:28 | 4/24/2024 | 19:06:25 | 16096644306 | 772 | | | |
| 14195198793 | 4/24/2024 | 19:06:25 | 4/25/2024 | 23:20:29 | 14195198793 | 774 | | | |
| 19453268489 | 4/25/2024 | 23:20:29 | 4/28/2024 | 17:17:09 | 19453268489 | 776 | | | |
| 12164776359 | 4/28/2024 | 17:17:09 | 4/29/2024 | 18:49:41 | 12164776359 | 777 | | | |
| 19208987051 | 4/29/2024 | 18:49:41 | 4/30/2024 | 21:07:20 | 19208987051 | 778 | | | |
| 17739205609 | 4/30/2024 | 21:07:20 | 5/2/2024 | 1:07:24 | 17739205609 | 781 | | | |
| 14452280647 | 5/2/2024 | 1:07:24 | 5/3/2024 | 5:01:14 | 14452280647 | 782 | | | |
| 17705886394 | 5/3/2024 | 5:01:14 | 5/4/2024 | 15:12:39 | 17705886394 | 785 | | | |
| 13312765864 | 5/4/2024 | 15:12:39 | 5/6/2024 | 10:09:28 | 13312765864 | 787 | | | |
| 17722551152 | 5/6/2024 | 10:09:28 | 5/7/2024 | 19:20:10 | 17722551152 | 788 | | | |
| 16627629024 | 5/7/2024 | 19:20:10 | 5/8/2024 | 20:15:10 | 16627629024 | 789 | | | |
| 12288288203 | 5/11/2024 | 15:44:53 | 5/13/2024 | 14:59:35 | 12288288203 | 795 | | | |
| 17076275504 | 5/13/2024 | 14:59:35 | 5/14/2024 | 17:45:38 | 17076275504 | 796 | | | |
| 19094041321 | 5/14/2024 | 17:45:38 | 5/15/2024 | 20:56:26 | 19094041321 | 798 | | | |
| 18312663590 | 5/15/2024 | 20:56:26 | 5/17/2024 | 0:45:16 | 18312663590 | 799 | | | |
| 17787255674 | 5/17/2024 | 0:45:16 | 5/18/2024 | 13:52:42 | 17787255674 | 801 | | | |
| 16028538405 | 5/18/2024 | 13:52:42 | 5/20/2024 | 12:44:29 | 16028538405 | 805 | | | |
| 12282128428 | 5/20/2024 | 12:44:29 | 5/21/2024 | 13:20:15 | 12282128428 | 807 | | | |
| 17089197241 | 5/21/2024 | 13:20:15 | 5/22/2024 | 19:18:45 | 17089197241 | 809 | | | |
| 19127505309 | 5/22/2024 | 19:18:45 | 5/24/2024 | 13:12:51 | 19127505309 | 810 | | | |
| 16505192568 | 5/24/2024 | 13:12:51 | 5/25/2024 | 16:26:39 | 16505192568 | 812 | | | |
| 13048780268 | 5/25/2024 | 16:26:39 | 5/26/2024 | 20:36:48 | 13048780268 | 813 | | | |
| 15067150327 | 5/26/2024 | 20:36:48 | 5/28/2024 | 14:27:10 | 15067150327 | 814 | | | |
| 14808176471 | 5/28/2024 | 14:27:10 | 5/29/2024 | 16:34:49 | 14808176471 | 815 | | | |
| 13309101269 | 5/29/2024 | 16:34:49 | 5/30/2024 | 20:12:10 | 13309101269 | 817 | | | |
| 17194317660 | 5/30/2024 | 20:12:10 | 6/1/2024 | 14:54:23 | 17194317660 | 818 | | | |
| 15038322731 | 6/1/2024 | 14:54:23 | 6/2/2024 | 22:50:14 | 15038322731 | 819 | | | |
| 19036157114 | 6/2/2024 | 22:50:14 | 6/4/2024 | 12:45:37 | 19036157114 | 820 | | | |
| 12066384028 | 6/4/2024 | 12:45:37 | 6/5/2024 | 17:37:46 | 12066384028 | 821 | | | |

**Pinger Comparison Chart - Wilhite**

| From Pinger Account (PINGER_LW_000050) | | | | | From Wilhite's Samsung User.Table (LW_04036) | | From Wilhite Chat Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| Assigned Number | Start Date | Start Time | End Date | End Time | Usert.Table MDN # | User.Table ID # | From | Date Received | Bates |
| 14708037790 | 6/5/2024 | 17:37:46 | 6/6/2024 | 18:14:13 | 14708037790 | 822 | | | |
| 12254621986 | 6/6/2024 | 18:14:13 | 6/7/2024 | 20:15:37 | 12254621986 | 823 | | | |
| 17608528549 | 6/7/2024 | 20:15:37 | 6/9/2024 | 16:08:23 | 17608528549 | 825 | | | |
| 15099188816 | 6/9/2024 | 16:08:23 | 6/10/2024 | 23:50:53 | 15099188816 | 826 | | | |
| 17722550255 | 6/10/2024 | 23:50:53 | 6/12/2024 | 14:02:56 | 17722550255 | 828 | | | |
| 12702571498 | 6/12/2024 | 14:02:56 | 6/13/2024 | 14:16:07 | 12702571498 | 829 | | | |
| 13069124903 | 6/13/2024 | 14:16:07 | 6/14/2024 | 14:31:02 | 13069124903 | 830 | | | |
| 17194028182 | 6/14/2024 | 14:31:02 | 6/15/2024 | 14:43:25 | 17194028182 | 831 | | | |
| 16609922273 | 6/15/2024 | 14:43:25 | 6/16/2024 | 14:48:41 | 16609922273 | 832 | | | |
| 12089374536 | 6/16/2024 | 14:48:41 | 6/17/2024 | 15:11:38 | 12089374536 | 833 | | | |
| 15096163732 | 6/17/2024 | 15:11:38 | 6/18/2024 | 16:19:50 | 15096163732 | 835 | | | |
| 13097707541 | 6/18/2024 | 16:19:50 | 6/19/2024 | 17:01:57 | 13097707541 | 836 | | | |
| 17705236293 | 6/19/2024 | 17:01:57 | 6/20/2024 | 22:43:30 | 17705236293 | 837 | | | |
| 15029185572 | 6/20/2024 | 22:43:30 | 6/22/2024 | 17:31:40 | 15029185572 | 838 | | | |
| 17706785808 | 6/22/2024 | 17:31:40 | 6/23/2024 | 19:45:49 | 17706785808 | 839 | | | |
| 13077768130 | 6/23/2024 | 19:45:49 | 6/24/2024 | 20:02:51 | 13077768130 | 840 | | | |
| 14582511161 | 6/24/2024 | 20:02:51 | 6/26/2024 | 12:44:36 | 14582511161 | 842 | | | |
| 17193416052 | 6/26/2024 | 12:44:36 | 6/27/2024 | 12:45:55 | 17193416052 | 843 | | | |
| 13307090977 | 6/27/2024 | 12:45:55 | 6/28/2024 | 12:54:54 | 13307090977 | 844 | | | |
| 14097969654 | 6/28/2024 | 12:54:54 | 6/30/2024 | 10:35:31 | 14097969654 | 846 | | | |
| 12405748542 | 6/30/2024 | 10:35:31 | 7/1/2024 | 12:53:49 | 12405748542 | 847 | | | |
| 15024317786 | 7/1/2024 | 12:53:49 | 7/3/2024 | 17:45:51 | 15024317786 | 848 | | | |
| 17705237442 | 7/3/2024 | 17:45:51 | 7/5/2024 | 11:24:17 | 17705237442 | 850 | | | |
| 12409348870 | 7/5/2024 | 11:24:17 | 7/6/2024 | 11:36:37 | 12409348870 | 851 | | | |
| 18147704879 | 7/8/2024 | 12:49:38 | 7/9/2024 | 16:16:27 | 18147704879 | 854 | | | |
| 12254223240 | 7/9/2024 | 16:16:27 | 7/11/2024 | 2:31:27 | 12254223240 | 855 | | | |
| 16609923904 | 7/11/2024 | 2:31:27 | 7/13/2024 | 14:53:30 | 16609923904 | 856 | | | |
| 16204162127 | 7/13/2024 | 14:53:30 | 7/15/2024 | 12:45:00 | 16204162127 | 858 | | | |
| 13322636346 | 7/15/2024 | 12:45:00 | 7/17/2024 | 12:54:13 | 13322636346 | 859 | | | |
| 12267745617 | 7/17/2024 | 12:54:13 | 7/19/2024 | 12:50:59 | 12267745617 | 860 | | | |
| 16509553867 | 7/19/2024 | 12:50:59 | 7/21/2024 | 16:25:58 | 16509553867 | 861 | | | |
| 18084618780 | 7/21/2024 | 16:25:58 | 7/23/2024 | 13:13:34 | 18084618780 | 862 | | | |

**Pinger Comparison Chart - Wilhite**

| From Pinger Account (PINGER_LW_000050) | | | | | From Wilhite's Samsung User.Table (LW_04036) | | From Wilhite Chat Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| Assigned Number | Start Date | Start Time | End Date | End Time | Usert.Table MDN # | User.Table ID # | From | Date Received | Bates |
| 14434263023 | 7/23/2024 | 13:13:34 | 7/25/2024 | 12:55:15 | 14434263023 | 863 | | | |
| 15095181153 | 7/25/2024 | 12:55:15 | 7/26/2024 | 13:31:55 | 15095181153 | 864 | | | |
| 17745937366 | 7/26/2024 | 13:31:55 | 7/28/2024 | 14:59:09 | 17745937366 | 865 | | | |
| 17792353418 | 7/28/2024 | 14:59:09 | 8/14/2024 | 0:37:25 | 17792353418 | 867 | | | |
| 13322883796 | 8/14/2024 | 0:37:25 | 8/17/2024 | 20:48:15 | 13322883796 | 868 | | | |
| 17722550064 | 8/17/2024 | 20:48:15 | 8/19/2024 | 13:03:56 | 17722550064 | 869 | | | |
| 14407413460 | 8/19/2024 | 13:03:56 | 8/20/2024 | 14:29:40 | 14407413460 | 870 | | | |
| 12206991481 | 8/20/2024 | 14:29:40 | 8/21/2024 | 14:41:28 | 12206991481 | 871 | | | |
| 19099989957 | 8/21/2024 | 14:41:28 | 8/22/2024 | 22:07:55 | 19099989957 | 872 | | | |
| 12243958520 | 8/22/2024 | 22:07:55 | 8/26/2024 | 18:25:57 | 12243958520 | 874 | | | |
| 13343739103 | 8/26/2024 | 18:25:57 | 8/27/2024 | 18:59:52 | 13343739103 | 875 | | | |
| 12266056145 | 8/27/2024 | 18:59:52 | 8/29/2024 | 15:20:28 | 12266056145 | 876 | | | |
| 19099684883 | 8/29/2024 | 15:20:29 | 8/30/2024 | 19:19:12 | 19099684883 | 877 | | | |
| 16628790165 | 8/30/2024 | 19:19:12 | 9/1/2024 | 2:48:03 | 16628790165 | 878 | | | |
| 16139172033 | 9/1/2024 | 2:48:03 | 9/5/2024 | 18:44:01 | 16139172033 | 879 | | | |
| 12244967005 | 9/5/2024 | 18:44:01 | 9/6/2024 | 19:59:42 | 12244967005 | 880 | | | |
| 13349400814 | 9/6/2024 | 19:59:43 | 9/9/2024 | 15:40:18 | 13349400814 | 881 | | | |
| 16282819253 | 9/9/2024 | 15:40:18 | 9/10/2024 | 17:05:41 | 16282819253 | 882 | | | |
| 14244832071 | 9/10/2024 | 17:05:41 | 9/12/2024 | 13:00:14 | 14244832071 | 883 | | | |
| 17787156331 | 9/12/2024 | 13:00:14 | 9/14/2024 | 20:44:11 | 17787156331 | 896 | | | |
| 16604647598 | 9/14/2024 | 20:44:11 | 9/18/2024 | 15:48:13 | 16604647598 | 897 | | | |
| 15123254524 | 9/18/2024 | 15:48:13 | 9/19/2024 | 18:43:09 | 15123254524 | 899 | | | |
| 14248501112 | 9/19/2024 | 18:43:09 | 9/21/2024 | 16:21:04 | 14248501112 | 900 | | | |
| 17705234351 | 9/21/2024 | 16:21:04 | 9/22/2024 | 20:10:29 | 17705234351 | 902 | | | |
| 12244454296 | 9/22/2024 | 20:10:29 | 9/23/2024 | 21:27:23 | 12244454296 | 903 | | | |
| 13093276751 | 9/23/2024 | 21:27:23 | 9/24/2024 | 23:30:43 | 13093276751 | 904 | | | |
| 17743497409 | 9/24/2024 | 23:30:43 | 9/26/2024 | 17:05:58 | 17743497409 | 907 | | | |
| 16622710438 | 9/26/2024 | 17:05:58 | 9/27/2024 | 17:20:12 | 16622710438 | 909 | | | |
| 13392324366 | 9/27/2024 | 17:20:12 | 9/29/2024 | 16:22:33 | 13392324366 | 910 | | | |
| 12255479712 | 9/29/2024 | 16:22:33 | 9/30/2024 | 17:28:09 | 12255479712 | 911 | | | |
| 17722551633 | 9/30/2024 | 17:28:09 | 10/1/2024 | 20:23:02 | 17722551633 | 912 | | | |
| 15014527717 | 10/2/2024 | 21:15:49 | 10/4/2024 | 16:43:53 | 15014527717 | 914 | | | |

**Pinger Comparison Chart - Wilhite**

| From Pinger Account (PINGER_LW_000050) | | | | | From Wilhite's Samsung User.Table (LW_04036) | | From Wilhite Chat Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| Assigned Number | Start Date | Start Time | End Date | End Time | Usert.Table MDN # | User.Table ID # | From | Date Received | Bates |
| 16604242556 | 10/4/2024 | 16:43:55 | 10/9/2024 | 12:13:35 | 16604242556 | 916 | | | |
| 17144779634 | 10/11/2024 | 15:09:26 | 10/13/2024 | 18:24:13 | 17144779634 | 922 | | | |
| 13378323794 | 10/13/2024 | 18:24:13 | 10/15/2024 | 15:33:57 | 13378323794 | 923 | | | |
| 14302761589 | 10/15/2024 | 15:33:57 | 10/18/2024 | 12:15:34 | 14302761589 | 924 | | | |
| 12603903960 | 10/18/2024 | 12:15:34 | 10/19/2024 | 17:51:07 | 12603903960 | 928 | | | |
| 16627270235 | 10/19/2024 | 17:51:07 | 10/20/2024 | 21:05:07 | 16627270235 | 930 | | | |
| 17722551608 | 10/20/2024 | 21:05:07 | 10/22/2024 | 1:00:39 | 17722551608 | 932 | | | |
| 12282128934 | 10/22/2024 | 1:00:39 | 10/23/2024 | 12:03:49 | 12282128934 | 934 | | | |
| 15598073535 | 10/23/2024 | 12:03:49 | 10/24/2024 | 12:51:55 | 15598073535 | 936 | | | |
| 17137697601 | 10/25/2024 | 12:59:25 | 10/26/2024 | 19:12:39 | 17137697601 | 937 | | | |
| 13323788892 | 10/26/2024 | 19:12:39 | 10/27/2024 | 21:30:16 | 13323788892 | 938 | | | |
| 16627629238 | 10/27/2024 | 21:30:16 | 10/28/2024 | 23:44:09 | 16627629238 | 939 | | | |
| 15095148468 | 10/28/2024 | 23:44:09 | 10/30/2024 | 12:13:48 | 15095148468 | 941 | | | |
| 13322542214 | 10/31/2024 | 12:50:37 | 11/1/2024 | 14:39:34 | 13322542214 | 943 | | | |
| 15065032451 | 11/1/2024 | 14:39:34 | 11/2/2024 | 17:42:49 | 15065032451 | 944 | | | |
| 17722627562 | 11/2/2024 | 17:42:49 | 11/3/2024 | 18:16:15 | 17722627562 | 945 | | | |
| 14066046602 | 11/3/2024 | 18:16:15 | 11/5/2024 | 13:14:38 | 14066046602 | 947 | | | |
| 12209469027 | 11/5/2024 | 13:14:38 | 11/6/2024 | 14:15:53 | 12209469027 | 949 | | | |
| 19016567342 | 11/6/2024 | 14:15:53 | 11/7/2024 | 15:38:07 | 19016567342 | 950 | | | |
| 15076501906 | 11/7/2024 | 15:38:07 | 11/8/2024 | 16:06:12 | 15076501906 | 951 | | | |
| 16096161587 | 11/10/2024 | 17:26:47 | 11/11/2024 | 18:31:20 | 16096161587 | 953 | | | |
| 15175218498 | 11/12/2024 | 19:09:17 | 11/13/2024 | 19:53:24 | 15175218498 | 954 | | | |
| 16624833553 | 11/14/2024 | 21:46:19 | 11/15/2024 | 22:14:59 | 16624833553 | 957 | | | |
| 13082524492 | 11/15/2024 | 22:14:59 | 11/17/2024 | 11:05:02 | 13082524492 | 959 | | | |
| 17088202659 | 11/17/2024 | 11:05:02 | 11/18/2024 | 11:14:21 | 17088202659 | 960 | | | |
| 14192719140 | 11/22/2024 | 19:34:26 | 11/24/2024 | 13:16:45 | 14192719140 | 961 | | | |
| 12099724452 | 11/29/2024 | 21:12:44 | 12/1/2024 | 16:08:25 | 12099724452 | 962 | | | |
| 19094041565 | 12/1/2024 | 16:08:25 | 12/2/2024 | 16:11:26 | 19094041565 | 963 | | | |
| 17146987291 | 12/26/2024 | 19:42:35 | 12/28/2024 | 1:51:53 | 17146987291 | 979 | | | |
| 15127644504 | 12/28/2024 | 1:51:53 | 12/29/2024 | 20:24:13 | 15127644504 | 980 | 1 (512) 764-4504 | 12/28/2024 | LW_012677 |
| 17043689781 | 12/29/2024 | 20:24:13 | 12/31/2024 | 5:14:22 | 17043689781 | 981 | 1 (704) 368-9781 | 12/31/2024 | LW_013193 |
| 17048819414 | 12/31/2024 | 5:14:22 | 1/2/2025 | 18:59:43 | 17048819414 | 982 | 1 (704) 881-9414 | 1/2/2025 | LW_013410 |

**Pinger Comparison Chart - Wilhite**

| From Pinger Account (PINGER_LW_000050) | | | | | From Wilhite's Samsung User.Table (LW_04036) | | From Wilhite Chat Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| Assigned Number | Start Date | Start Time | End Date | End Time | Usert.Table MDN # | User.Table ID # | From | Date Received | Bates |
| 17042599740 | 1/2/2025 | 18:59:43 | 1/3/2025 | 19:24:54 | 17042599740 | 983 | 1 (704) 259-9740 | 1/3/2025 | LW_013194 |
| 17044989201 | 1/3/2025 | 19:24:54 | 1/5/2025 | 15:23:39 | 17044989201 | 984 | 1 (704) 498-9201 | 1/4/2025 | LW_013411 |
| 17044983138 | 1/5/2025 | 15:23:39 | 1/7/2025 | 17:33:41 | 17044983138 | 986 | 1 (704) 498-3138 | 1/7/2025 | LW_013190 |
| 18282209356 | 1/7/2025 | 17:33:41 | 1/8/2025 | 19:36:13 | 18282209356 | 987 | 1 (828) 220-9356 | 1/8/2025 | LW_012675 |
| 17049254619 | 1/8/2025 | 19:36:13 | 1/9/2025 | 20:03:24 | 17049254619 | 988 | 1 (704) 925-4619 | 1/9/2025 | LW_013192 |
| 17046019576 | 1/9/2025 | 20:03:24 | 1/11/2025 | 18:21:58 | 17046019576 | 990 | 1 (704) 601-9576 | 1/10/2025 | LW_013188 |
| 17048819698 | 1/11/2025 | 18:21:58 | 1/13/2025 | 21:45:08 | 17048819698 | 991 | 1 (704) 881-9698 | 1/12/2025 | LW_013408 |
| 17439107978 | 1/13/2025 | 21:45:08 | 1/14/2025 | 23:20:45 | 17439107978 | 994 | 1 (743) 910-7978 | 1/14/2025 | LW_013206 |
| **Bottom Line for Wilhite:** | | | | | **284 Unique Matching Numbers in User Table** | | **11 Text Messages Matching User Table and Pinger Account** | | |