# REPORT CORRECTIONS

- Page 42
  - Current: On December 11, 2023, after Bicknell had run out of money for the Project, Wilhite began to use DocuSign to sign Bicknell's name to vendor contracts.
    - Current footnote 268: GB00001894; GB00001896; *see also* GB00001878.
  - Correction: On November 6, 2023, after Bicknell had run out of money for the Project, Wilhite began to use DocuSign to sign Bicknell's name to vendor contracts.
    - Correction footnote 268: GB00382007.
- Page 42
  - Current: Immediately after Wilhite executed the DocuSign contract, Silanskas emailed Wilhite a statement that purported to be Bicknell's authorization for Wilhite to execute contracts related to the Project on Bicknell's behalf.
  - Correction: After Wilhite used DocuSign to sign Bicknell's name to at least one vendor contract, Silanskas emailed Wilhite a statement that purported to be Bicknell's authorization for Wilhite to execute contracts related to the Project on Bicknell's behalf.
  - *No update needed to footnote 270.
- Page 43
  - Current: On December 13, 2023, Wilhite signed Bicknell's name to numerous vendor contracts via DocuSign.
    - Current footnote 274: GB00001902; GB00001922; GB00002034; GB00002130.
  - Correction: On December 11 and 13, 2023, Wilhite signed Bicknell's name to numerous vendor contracts via DocuSign.
    - Correction footnote 274: GB00001894; GB00001896; GB00001878; GB00001902; GB00001922; GB00002034; GB00002130.
- Page 43, footnote 281
  - Current: *See* Section VI, *supra*.
  - Correction: *See* FACTS CONSIDERED, Section V, *supra*.

EXHIBIT
7

- Page 49, footnote 312
    - Current: *See* Section VI, *supra*.
    - Correction: *See* FACTS CONSIDERED, Section V, *supra*.
- Page 58, footnote 363
    - Current: GB00002215; GB00001860; GB00001860; GB00002164; GB00001914; GB00001862; GB00002002; GB00001893; GB00002002; GB00001851; GB00001841.
    - Correction: GB00002215; GB00001860; GB00002164; GB00001914; GB00001862; GB00002002; GB00001893; GB00001843; GB00001851; GB00001841.
    - Comment: GB00001860 and GB00002002 listed twice. Removed one and replaced the other with GB00001843, which is the May 2, 2024 email discussed in the text.
- Page 67, footnote 406
    - Current: *See, e.g.,* GB00134468; GB00002242; GB00375269; GB00002488.
    - Correction: *See, e.g.,* GB00134468; GB00002241; GB00375269; GB00002487.