Message

**From**: Larry wilhite [lwilhite@themansiontheatre.com]
**Sent**: 12/11/2023 3:11:43 PM
**To**: Accounting [accounting@themansiontheatre.com]
**Subject**: FW: From: Gene Bicknell/12-11-23/APPROVAL TO SIGN CONTRACTS

Would you please keep this on file?

-----Original Message-----
From: Rick Silanskas <rsilanskas@themansiontheatre.com>
Sent: Monday, December 11, 2023 2:58 PM
To: Larry wilhite <lwilhite@themansiontheatre.com>
Subject: FWD: From: Gene Bicknell/12-11-23/APPROVAL TO SIGN CONTRACTS

December 11, 2023

I ask you to send and sign all Park contracts on my behalf as I have approved.
O Gene Bicknell
12-11-23

EXHIBIT
8