IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| O. GENE BICKNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25-cv-00383-SH |
| | ) | |
| RICHARD M. SILANSKAS JR., | ) | |
| LARRY K. WILHITE, AND | ) | |
| STEPHEN D. HEDRICK, | ) | |
| | ) | |
| Defendants. | ) | |

Video Deposition of Julia Wilhite

June 11, 2026

Reporter: Jude Arndt, CSR, CCR, RPR
CSR No. 084-004847
CCR No. 1450

EXHIBIT
10

Deposition of Julia Wilhite, taken pursuant to Notice of Taking Deposition, before Jude Arndt, a Certified Shorthand Reporter and Certified Court Reporter, at Crowe & Dunlevy, P.C., 222 North Detroit Avenue, Suite 600, Tulsa, Oklahoma, on June 11, 2026.

APPEARANCES OF COUNSEL

On Behalf of Plaintiff:
McDermott Will & Schulte LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
202-756-8000
By: SAGAR K. RAVI
RACHEL M. PELTZER
MICHAEL S. NADEL
sravi@mcdermottlaw.com
rpeltzer@mcdermottlaw.com
mnadel@mcdermottlaw.com

On Behalf of Defendant Larry K. Wilhite:
Crowe & Dunlevy, P.C.
222 North Detroit Avenue, Suite 600
Tulsa, OK 74120
918-592-9800
By: DERIC J. MCCLELLAN
J. CHRISTOPHER DAVIS
deric.mcclellan@crowedunlevy.com
chris.davis@crowedunlevy.com

Crowe & Dunlevy, P.C.
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102
405-235-7700
By: GALEN N. THORP
galen.thorp@crowedunlevy.com

APPEARANCES OF COUNSEL
(continued)

On Behalf of Defendant Stephen Hedrick:
Liz George & Associates
8101 South Walker, Suite F
Oklahoma City, OK 73139
405-689-5502
By: JENNIFER JACKSON

Also present: Jeff Watts
Kammi Chandler
Caroline Sherrard (via Zoom)
Nathan Arndt, videographer

and Rick Silanskas?

A. I don't know. I would have to go back and read them. I really would.

Q. And over time, you maintained a hard-copy compilation of many --

A. Uh-huh.

Q. -- of the Today's Word messages?

A. Yes.

Q. Why did you do that?

A. Because Gene, Rick, and Larry were talking one day, and they said, Gene -- I think it was Gene that said it would be great if we had a journal of all of this, of what's happening.

And -- and they -- they all -- they said, "Oh, that would be a good idea." Something of that nature. I don't know the exact conversation, because I wasn't there.

Q. Larry Wilhite told you that?

A. Yes, because Larry said, "Well, Julia might be able to" -- you know, because they were busy, obviously. And he said, "Julia might be able to print it off or store it every day."

So -- and they said, "Oh, that would be great."
Q. What was --
A. So I did.
Q. What was Larry Wilhite busy with all day?
A. The workings of the theater.
Q. Was he doing any work on the American Heartland project?
A. I don't know what his day was split up like. I just know he had shows going on, too.
Q. And how did you go about preparing a compilation of the Today's Word messages?
A. Oh. Well, a bunch of different ways. Because I'm not super tech-savvy, but Larry is not at all, so I tried to -- he would text them to me, and I would put them in my Samsung Notes, because I couldn't print them from my text, if I recall correctly. That's a long time ago.
So from Samsung Notes, I -- I printed them for a while from Samsung Notes. And then I got a notification from Samsung Notes that said you'll no longer -- not just me, but whoever has Samsung Notes -- will not be able to print from Samsung Notes.

over -- I don't think I used omascoupons.

When my account was full, I used my mom's account, and that's what I did.

Q. And what's your mom's account?

A. It's mjmcduffey@gmail.com.

Q. And so on the jwilhite2459, there should be long e-mails with Today's Words --

A. No.

Q. -- that you prepared?

A. No. I think I -- that's been so long ago, I don't know my exact process. I either -- I either printed them and deleted them, because we had them in print then, and that's all they needed, that they wanted them just in print, and my e-mail was full, or I moved them over to -- I don't remember the exact process.

But there's not -- I deleted them after I printed them. I know that, because there is no sense in me keeping an electronic file and a printed file.

I'm a paper person, and so paper is better for me. And then I could transfer them to them. I know you could do that electronically, but I'm not that

savvy.
Q. So Larry Wilhite would send you copies of the Today's Word messages he received?
A. He would text them to me.
Q. What was the source of the messages that Larry Wilhite received?
MR. THORP: Objection to form.
A. What source? What do you mean? What's a -- what source?
BY MS. PELTZER:
Q. How did Larry Wilhite get the Today's Word messages?
A. He -- they just came to his phone. I don't know.
Q. How did they come to his phone?
A. In text.
Q. What phone number did they come from?
A. Oh, I have no idea.
Q. Did you ever see a text message Larry Wilhite received from an unknown number containing a Today's Word message?
A. I did, on -- probably on his phone, but I

didn't pay attention to it.
Q. What did you --
A. And I don't think they came over. I don't think the numbers came over to my phone. When he texted them to me, the phone number did not come over.
Q. So you specifically recall seeing a text message that Larry Wilhite received from an unknown number containing -- containing a Today's Word message?
A. Yes.
Q. And when was that?
A. Oh, I have no idea.
Q. Did you ever look into that phone number?
A. Yes, many people did.
Q. Who did?
A. I don't know. Our kids, Larry. I don't know. A bunch of people. I don't know who all --
Q. How did your kids know what phone numbers to look into?
A. Larry probably told them, or maybe -- I don't know. Hmm. Because the phone number didn't come over with -- I don't know. I don't know.
Q. How did Larry -- how would Larry Wilhite

have told them the phone number?
A. I don't know.
Q. Would it have been via text?
A. Maybe. I don't -- I don't know.
Q. Via e-mail?
A. I don't -- no, I don't know.
Q. Via phone call?
A. I don't know.
Q. How did Larry Wilhite tell you the phone number?
A. I have no idea. It was not my text. I have no idea. I don't know if he told it to -- I don't remember writing it down -- I don't know. I don't know.
Q. What did you do to look into the phone number?
A. Google and, you know, that type of thing.
Q. What did you find?
A. I don't even remember. I think it just went nowhere. And you couldn't call it, because it just went blank, because I know Larry tried to call them.

Q. Tried to call every single one of them?
A. Pretty much.
Q. How do you know that?
A. He said that.
Q. He told you that he tried to call pretty much every single one of the Today's Word messages that ever sent him -- or the Today's Word numbers that ever sent him a Today's Word message?
MR. THORP: Objection to form.
BY MS. PELTZER:
Q. Sorry, let me -- let me reask that question.
Larry Wilhite told you that he tried to call pretty much every single one of the phone numbers that ever sent him a Today's Word message.
Is that right?
A. I can't say that those were his exact words, but I know he tried to call.
Q. Tried to call almost all of them?
A. The phone numbers -- I don't know how many of them. I don't know.
Q. When did he try to call the phone numbers?

BY MS. PELTZER:
Q. Never printed out the text message as it was shown on Larry Wilhite's phone. Correct?
A. From his phone?
Q. The message that Larry Wilhite received to his phone, you never had a copy of that. Correct?
A. On his phone? You're talking about on his phone, not when he sends it to me?
I don't know what you're asking. I'm sorry.
Q. When he would send it to you, he would copy and paste the contents of the text. Correct?
A. Yes, into a text.
Q. And he would put it into a text and send it to you?
A. Yes.
Q. You never had a copy of the text showing the phone number that Larry Wilhite received the message from. Correct?
A. No, because you couldn't copy the phone number. You could just copy the body of it, the text. I don't -- I mean, if that's possible, I don't know how to do it.

still have the Today's Word text messages as he received them from the source on his phone?

A. No.

Q. He no longer has them?

A. No.

Q. When did he delete them?

A. I don't know. Probably as he got -- well, we had these, probably after he sent me these. I don't know. I don't know when he deleted them. He deletes everything.

Q. How do you know he deletes everything?

A. Because somebody -- some tech person told him that if he will keep his messages, his phone cleaned off, that his phone will run better and his computer will run better.

So he since that time he deletes constantly. Phone calls, everything. That's just always been his practice.

Q. Deletes everything?

A. Pretty much everything.

Q. How --

A. Whatever -- you know, whatever he thinks

Larry Wilhite to contribute to the folder titled "Daily Word," March 1st through 31st, 2023?

MR. THORP: Object to form.

A. I see that.

BY MS. PELTZER:

Q. Why did you create this folder?

A. I'm sure I just filed it.

He doesn't know how to contribute to anything on a folder. He -- so that was my mistake, probably I did something to send it to him.

Q. And --

A. And I was just probably filing the daily word.

Q. I believe you testified earlier that you would print these out and then delete the electronic copies?

A. Mostly, yes.

I don't think there is any left. If there is, it would be -- I don't remember this. There may be some on there. I don't know.

Q. So why --

A. I haven't looked at them in ages.

A. If that's what it said. I would have to read them again.

Q. What's your explanation for how Sister Catherine knew about the Today's Word messages?

A. I don't have an explanation for it. Gene was receiving them.

Q. Larry Wilhite would forward Sister Catherine e-mails to mjmcduffey@gmail.com. Correct?

A. That's correct.

Q. Why was Larry Wilhite forwarding Sister Catherine messages to your dead mother-in-law's e-mail account?

MS. JACKSON: Object to form.

A. Well, that's a little coarse.

But again, my jwilhite2459 was full, and so I told Larry to send anything he had to my mother's account, which was the account I created for my mother. She never touched it. And I used it for her bills when I lived down there.

BY MS. PELTZER:

Q. Why didn't you use juliawilhite79@gmail.com?

C E R T I F I C A T E

I, Jude Arndt, a Certified Shorthand Reporter and Certified Court Reporter, do hereby certify that JULIA WILHITE, prior to the commencement of the examination, was sworn by me on June 11, 2026, to testify the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a true and accurate transcript of the proceedings as taken stenographically by and before me at the time, place and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in this action.

JUDE ARNDT, CSR, CCR, RPR
CSR NO. 084-004847
CCR NO. 1450