IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

O. GENE BICKNELL,
Plaintiff,
vs. Case Number 4:25-cv-00383-SEH-SH
RICHARD M. SILANSKAS, JR.,
LARRY K. WILHITE, and
STEPHEN D. HEDRICK,
Defendants.

VIDEO-RECORDED DEPOSITION OF KRISTY ADAMS, a witness, taken on behalf of Defendant Larry K. Wilhite, pursuant to Notice and Subpoena, on May 6, 2026, at the offices of POLSINELLI, PC, 900 West 48th Place, Suite 900, Kansas City, Missouri 64112, before

JUSTINA M. WROTEN

Registered Professional Reporter, Certified in Missouri and Kansas.

EXHIBIT
11

APPEARANCES

For the Plaintiff and the witness:

MR. SAGAR K. RAVI
MR. MICHAEL S. NADEL
MS. RACHEL M. PELTZER (via videoconference)
MS. THERESA M. BABENDREIER (via videoconference)
MS. CAROLINE SHERRARD (via videoconference)
McDERMOTT WILL & SCHULTE LLP
500 North Capitol Street, Northwest
Washington, DC 20001
sravi@mcdermottlaw.com
mnadel@mcdermottlaw.com
rpeltzer@mcdermottlaw.com
tbabendreier@mcdermottlaw.com
csherrard@mcdermottlaw.com
(202) 756-8000

For Defendant Larry K. Wilhite:

MR. DERIC J. McCLELLAN
CROWE & DUNLEVY
222 North Detroit Avenue, Suite 600
Tulsa, Oklahoma 74120
deric.mcclellan@crowedunlevy.com
(918) 592-9833

MR. GALEN N. THORP
CROWE & DUNLEVY
324 North Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102
galen.thorp@crowedunlevy.com
(405) 234-3241

For Defendant Stephen D. Hedrick:

MS. JENNIFER JACKSON (via videoconference)
LIZ GEORGE AND ASSOCIATES
8101 South Walker Avenue, Suite F
Oklahoma City, Oklahoma 73139
jennifer@georgelawok.com
(405) 689-5502

APPEARANCES (Continued)

Videographer:

MR. DAVID LOMBARDO
TELE-BUSINESS COMMUNICATIONS, INC.
415 Southeast Douglas Street, Suite A
Lee's Summit, Missouri 64063
production@tbcvideo.com
(816) 221-3376

Also present:

Mr. Larry Wilhite (via videoconference)

early on even though we didn't announce till later.
Q. And what is your understanding about why the funding failed?
A. Gene was no longer able to get money to put into the project.
Q. Did Gene ever say that he wanted to give you an ownership interest in the project?
A. When you say "the project," what part of the project are you talking about?
Q. The American Heartland project.
A. No, he did not.
Q. Why did you ask me to clarify that?
A. Because the American Heartland Theme Park is just one piece of the project. There's -- there's other elements.
Q. Okay. So did Gene ever say he wanted to give you an ownership interest in the theme park?
A. He did not.
Q. Okay. Did he ever say he wanted to give you an ownership interest in anything related to the project?
A. He did mention the RV park at one point to me.
Q. Okay. What do you recall him saying?
A. Once the RV park was up and built and

running that he wanted to give me -- I can't recall exactly. It was, like, 1 or 3 percent, something like that, and the rest would go to charity.
Q. Okay. The rest of the 99 to 97 percent --
A. Proceeds.
Q. -- would go to charity?
A. That's what he said.
Q. That's what he said.
Do you know who all Gene mentioned giving ownership interest in the project to?
A. The only ones that I'm aware of is Larry and Rick.
Q. Do you know whether or not he ever told Gene McComb that he was going to give him a ownership interest in the project?
A. I do not know that.
Q. Okay. Did he tell you that he was going to give you an ownership interest in the RV park because of things he had read in the Today's Word?
A. Not that I'm aware of.
(Exhibit Number 10 was marked for identification.)
Q. (By Mr. McClellan) I'm going to hand you what's been labeled as Exhibit 10.
A. Thank you.

CERTIFICATE OF REPORTER

I, Justina M. Wroten, a Certified Court Reporter of the State of Missouri, do hereby certify:

That prior to being examined, the witness was first duly sworn;

That said testimony was reported by me at the time and place hereinbefore stated and was thereafter reduced to typewriting under my direction;

That the foregoing transcript is a true record of the testimony given by said witness;

That I am not a relative or employee or attorney or counsel of any of the parties or a relative or employee of such attorney or counsel or financially interested in the action.

Witness my hand and seal May 19, 2026.

**Justina M. Wroten**
**Certified Court Reporter**
**KS #1507, MO #911**

Justina M. Wroten
Missouri Supreme Court
Certified Court Reporter