IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

O. GENE BICKNELL, )
)
Plaintiff, )
)
vs. ) Case No. 4:25-cv-00383-SH
)
RICHARD M. SILANSKAS JR., )
LARRY K. WILHITE, and )
STEPHEN D. HEDRICK, )
)
Defendants. )
______________________________)

VIDEOTAPED DEPOSITION OF
O. GENE BICKNELL
Englewood, Florida
Monday, December 8, 2025

STENOGRAPHICALLY REPORTED BY:
RHONDA HALL-BREUWET, RDR, CRR, CSR, CCR, LCR, FPR
Realtime Systems Administrator

EXHIBIT
12

December 8, 2025

10:04 a.m.

Videotaped Deposition of O. GENE BICKNELL, held at 792 North Manasota Key Road, Englewood, Florida 34223 before Rhonda Hall-Breuwet, Registered Diplomate Reporter, Certified Realtime Reporter, CA CSR NO. 14411, TX CSR NO. 11956, NJ CCR NO. 30X100245000, NM CCR NO. 584, NV CCR NO. 990, TN LCR NO. 675, LA CCR NO. 2017004, WA CCR NO. 21000131, GA CCR NO. 5087-2801-9674-7264, IL CSR NO. 084004980, AL CCR NO. 729, FL FPR NO. 693, and Notary Public of the State of Florida.

A P P E A R A N C E S:

REPRESENTING THE PLAINTIFF:

JENNIFER B. ROUTH, ESQUIRE
MICHAEL S. NADEL, ESQUIRE
THERESA M. BABENDREIER, ESQUIRE (Via Zoom)
SAGAR K. RAVI, ESQUIRE (Via Zoom)
RACHEL PELTZER, ESQUIRE (Via Zoom)
McDermott Will & Schulte
500 North Capitol Street, NW
Washington, DC 20001
(202) 756-8000
jrouth@mwe.com
mnadel@mwe.com
tbabendreier@mwe.com
sravi@mwe.com
rpeltzer@mwe.com

REPRESENTING THE DEFENDANT SILANSKAS:

RICHARD M. SILANSKAS, JR., Pro Se (Via Zoom)
1338 Peace in the Valley Road
Blue Eye, Missouri 65611

REPRESENTING THE DEFENDANT WILHITE:

EVAN G.E. VINCENT, ESQUIRE
Crowe & Dunlevy
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102
(405) 235-7700
evan.vincent@crowedunlevy.com
- and -
DERIC MCCLELLAN, ESQUIRE
Crowe & Dunlevy
222 North Detroit Avenue, Suite 600
Tulsa, Oklahoma 74120
(918) 592-9800
deric.mcclellan@crowedunlevy.com

REPRESENTING THE DEFENDANT HEDRICK:

LYSBETH LOU GEORGE, ESQUIRE (Via Zoom)
Law Office of Liz George, PLLC
8101 South Walker, Suite F
Oklahoma City, Oklahoma 73139
(405) 689-5502
liz@georgelawok.com

ALSO PRESENT:
LARRY WILHITE
JULIA WILHITE

VIDEOGRAPHER:
MARY SCOTT

this question, Mr. Bicknell: Did you ever tell anyone else besides Mr. Silanskas or Mr. Wilhite that you would give them a percentage of the American Heartland project if -- when it was completed?

A. Gene McComb knew that.

Q. You told Gene McComb that he would have a percentage?

A. I told him he could have a percentage too.

Q. Did you tell anyone else?

A. I don't remember.

Q. Do you remember telling a woman name Kristy?

A. Kristy ran -- runs the Mansion Theatre. So, yes, I probably talked to her. I don't remember specifics, but she runs the theater now, and she was there when Larry was there. And she's doing a very good job.

Q. Was there a person named Jordi that you told you might give a percentage of the project to?

A. Jordi?

Q. Yes, sir.

A. Jordi was the animation guy out of Spain, and he didn't enter into this. So I only met Jordi one time, and that was in the theater, for about ten

CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF CHARLOTTE

I, the undersigned authority, certify that O. GENE BICKNELL personally appeared before me and was duly sworn.

WITNESS my hand and official seal this 17th day of December, 2025.

_______________________________________________

Rhonda Hall-Breuwet, RDR, CRR, CSR, LCR, CCR, FPR
NCRA Realtime Systems Administrator
Notary Public - State of Florida
My Commission Expires: 9/28/27
Commission No. HH 414033

CERTIFICATE OF STENOGRAPHER

STATE OF FLORIDA:

I, RHONDA HALL-BREUWET, RDR, CRR, CSR, LCR, CCR, FPR, NCRA Realtime Systems Administrator, shorthand reporter, do hereby certify:

That the witness whose deposition is hereinbefore set forth was duly sworn, and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of December, 2025.

__________________________________________________

RHONDA HALL-BREUWET, RDR, CRR, CSR, LCR, CCR, FPR,
NCRA Realtime Systems Administrator
Shorthand Reporter