# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) O. GENE BICKNELL,<br><br>Plaintiff<br>v.<br><br>(1) RICHARD M. SILANSKAS JR.,<br>(2) LARRY K. WILHITE, and<br>(3) STEPHEN D. HEDRICK<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 4:25-CV-00383-SH |

# <u>EXPERT REPORT OF ROGER HEARTSNER</u>

**TABLE OF CONTENTS**

INTRODUCTION....1

QUALIFICATIONS....2

SUMMARY OF OPINIONS....4

BACKGROUND....5

ANALYSIS....15

CONCLUSION....21

**INTRODUCTION**

This expert report provides my opinions and the bases for these opinions as they relate to the case captioned O. Gene Bicknell ("Mr. Bicknell") v. Richard M. Silanskas Jr. ("Mr. Silanskas"), Larry K. Wilhite ("Mr. Wilhite"), and Stephen Hedrick ("Mr. Hedrick") pending in the U.S. District Court for the Northern District of Oklahoma.

I have been retained to provide expert opinions regarding the education, training, experience, and professional background of Mr. Hedrick, with particular emphasis on his qualifications in the design and development of theme parks. My opinions also address the individual's role in assisting with the design of theme park projects, coordinating the work of multiple contractors and project participants, and whether the compensation paid to the individual was consistent with compensation customarily paid for comparable services within the theme park and themed entertainment industry.

The opinions expressed in this report are based upon my education, training, professional experience, review of the materials made available to me, and my knowledge of the standards, customs, and practices applicable to the design, development, and construction of theme parks and themed entertainment projects. Where appropriate, I have relied upon industry practices, my experience working on comparable projects, and the documents and information identified in this report.

Specifically, I have been asked to evaluate: (1) whether Steve's education, training, experience, and professional background qualified him to perform services related to the design and development of the American Heartland; (2) the nature and significance of Mr. Hedrick's responsibilities in assisting with theme park design and coordinating the work of architects, engineers, specialty designers, contractors, consultants, and other project participants; and (3) whether the compensation paid to Mr. Hedrick for those services was reasonable and consistent with prevailing industry standards for professionals performing comparable work on projects of similar scope and complexity.

The opinions set forth in this report are stated to a reasonable degree of professional certainty based upon

my expertise in the theme park and themed entertainment industry. I reserve the right to supplement or amend these opinions should additional information or materials become available.

## QUALIFICATIONS

**TORDE SILLAS Talent & Literary / Entertainment Development Consultant** / Los Angeles, CA
**August 2025** to **present**: Consultant for entertainment creative and production development, venue and program design, talent representation.

**Walt Disney Imagineering – Disney Live Entertainment** / Glendale, CA
**July 1998** to **July 2025**: Entertainment executive for **Walt Disney Imagineering** having held project leadership roles of increasing scope and responsibility focused on Asia development including budget management of $400M and staffing of over 250.
Highlights include:

- **Executive Producer / Project Director** for entertainment program development, venue design production and execution including for **Shanghai Disney Resort** (opened in 2016) and **Hong Kong Disneyland** (opened in 2004).
- **Entertainment Executive** responsible for WDI's Aisa Portfolio including high profile project and new business development including early development on **World of Color**, the **Aulani Resort** and co-leading the creation of the first MARVEL musical: **ROGERS: THE MUSICAL.**
- **Senior Show Producer** for all entertainment product for **Tokyo DisneySEA** (opened in 2001).

**Renaissance Entertainment Inc.; Director of Production** / North Hollywood, CA
**January 1997 - July 1998**: Responsible for the oversight of all live show production elements for a live-show / experience production company. Responsible for the supervision and guidance of project and creative teams, vendor and financial management, client relations and interface. Focused on leading production for the theatrical illusion spectacle ***Fantasy of a Kingdom*** for the **Phuket FantaSea Resort** in Phuket, Thailand as well as signature entertainment development and show infrastructure designs for the **Venetian Casino Hotel and Resort** in Las Vegas, Nevada.

**Universal Studios Hollywood; Producer/Manager of Special Projects and Events** / Los Angeles, CA
**June 1992** to **January 1997**: Show Producer within the Entertainment Division responsible for the management, trafficking, creative, production, technical and operational of 100+ special events including television and film projects, private sales events, publicity and promotional events, short-term show productions and special projects. Successful in creating internal business group and establishing department as a full-service event production and operations group providing full-range production services to clients and generating income to the division.

**West Hollywood Chamber of Commerce; Associate Director** / West Hollywood, CA
**January 1990 - June 1992**: Business support and advocacy organization within a diverse entertainment and design community. Worked with Executive Director and Board in developing and implementing a variety of projects and programs. Responsibility for improving administrative operations, expansion of income base. Implemented short and long-range planning and produced all organization-sponsored events.

**Knott's Berry Farm: Creative and Production Consultant** / Buena Park, CA
**July 1989 - December 1989**: Established cost tracking and control procedures for production of 17th

annual "**Halloween Haunt**." Advised Entertainment Technical Operations on development of personnel and staffing, operations, training and quality control programs. Developed specialty show product 1989 through 1994.

**Marriott Corporation / Theme Park Division** California/Illinois/New York
**March 1976** to **November 1985**: Performing, production and management positions within live entertainment in three different properties within the fledgling Marriott Theme Park Division including Show Producer and Assistant Manager of Live Entertainment. Responsibilities included production management for (5) full-scale theatrical productions, street entertainment and name act concert series, direct supervision of over (200) employees and staff. Operational administration and supervision.

## EDUCATION

Eastman School of Music; University of Rochester / Bachelor of Music / Performance
Certificate in CONTINUOUS QUALITY IMPROVEMENT; Richard Chang Associates

## PUBLICATIONS

None.

I have been engaged by Liz George & Associates ("George") on behalf of its client, Mr. Hedrick, to provide expert analysis in the matter of *Bicknell v. Silanskas et al.*, No. 25-cv-00383-SH. I am being compensated at a rate of **$175.00** per hour for my work performed in connection with this matter. My compensation does not depend on the contents of this report, any testimony I may provide, or the ultimate outcome of this case.

I have never been deposed. I have testified as part of the defense in a wrongful termination suit, Rye Playland Amusement Park, Rye, New York, managed by the Marriott Corporation, 1981 regarding early termination and claim for remaining salary from musician performers.

## SUMMARY OF OPINIONS

1. Steve's Education, training, experience and background
   - Steve was trained, and is experienced, in theatrical and the entertainment arts; dance, acting, theater, music composition, writing, design assessment and direction including space planning, layout and design dependencies for a variety of scaled applications.
   - Steve possesses demonstrated skill and ability to manage and lead highly complex, large-scale projects specifically within the entertainment world as well as the specific niche community of themed environment(s) / theme park design and execution.
   - Steve possesses a resume of diverse work - with The Walt Disney Company / Parks & Resorts / Walt Disney Imagineering being the predominant focus of his career.

2. Specific work in coordinating and working on the American Heartland Project itself
   - Steve was the leader of the entire effort from visioning to leading design and development of the preliminary site formation to land improvements and literal form and function of the site and the park thereon. This is a massive undertaking with great responsibility for which Steve is very qualified.
   - Steve is highly capable of assembling expert multi-disciplinary teams as well as vendors and individual experts in order to support a design development effort of this magnitude for the development of a world-class theme park.
   - The design of the park as seen in materials presented is well thought through and laid out creating a well-rounded, all-encompassing full day experience based on the overall design and the guiding thematic principals.

3. Steve's compensation on the American Heartland Project
   - Steve's compensation as a 'day rated' consultant is customary and in keeping with current industry practice and is reflective of the role which he accepted; leader of the overall design and development effort.

# BACKGROUND

## SOURCES OF INFORMATION

1. Transcript of Peter Alexander's videotaped Deposition taken 03/02/2026 and exhibits thereto.

2. Transcript of Anthony Silankskas's Videotaped Deposition dated 06/02/2026 and exhibits thereto.

3. Transcript of Anthony Blatt's Videotaped Deposition dated. 05/07/2026 and exhibits thereto.

4. Videotaped deposition of Stephen Hedrick dated 06/03/2026.

5. Stephen Hedrick Invoices from April 2022 to December 2022. (Hedrick00202-00264)

6. Stephen Hedrick invoices from December 2022 to November 2023. (Hedrick00170-00185)

7. Stephen Hedrick invoices from November 2023 to July 2024. (Hedrick00186-000201)

8. "Updated Creative and Capacity" emails between Stephen Hedrick and Peter Alexander dated 11/1/2022, 11/08/2022, 11/11/2022, and 11/14/2022. (Hedrick016260, HEDRICK016260)

9. "Your Feasibility Study" emails between Stephen Hedrick and Peter Alexander dated 10/05/2022 and 10/06/2022. (Hedrick010696-0101697, HEDRICK010696-010697)

10. Memo- Architecture Agreement NTP Signed dated 06/05/2023. (Hedrick027902, HEDRICK027902)

11. Shedrick Letter dated 01/31/2024. (Hedrick027903, HEDRICK027903)
12. ADG Consultant Fees dated 03/26/2023. (Hedrick027904, HEDRICK027904)
13. ADG Blatt ProgMgmt Proposal dated 03/11/2023. (Hedrick027908-Hedrick027909, HEDRICK027908-HEDRICK027909)
14. ADG Blatt Lazy Hawk Project LOA. (Hedrick027910-Hedrick027919, HEDRICK027910-HEDRICK027919)
15. ADG Blatt MEG Scoping Document dated 12/12/2022. (Hedrick027920-Hedrick027926, HEDRICK027920-HEDRICK027926)
16. ADG Blatt Doc. 035 (Hedrick027927-Hedrick027942, HEDRICK027927-HEDRICK027942)
17. Blatt 20230712114108906. (Hedrick027943-Hedrick027975, HEDRICK027943-HEDRICK027975)
18. Memorandum NTP – Lazy Hawk Pre-Development (Hedrick027976, HEDRICK027976)
19. Sewer Scope Clarification Document – ADG Blatt Comments. (Hedrick027977, HEDRICK027977)
20. Dkt. No. 1 – Complaint
21. Dkt. No. 154 – Hedrick Answer and Counterclaims
22. Gill Expert Report dated 07/09/2026.
23. Jeff Watts Expert Report dated 07/09/2026.
24. Joseph Pocron Expert Report dated 07/09/2026.
25. Donald Fancher Expert Report dated 07/09/2026.
26. MEG-THG Agreement Fully Executed – 07/15/22. (Hedrick060555-Hedrick060571, HEDRICK060555-HEDRICK060571)
27. Americas Heartland Agenda – 08/25/22 (Hedrick060572, HEDRICK060572)

28. Prelim Masterplan – 09/21/22 (Hedrick060573, HEDRICK060573)

29. Progress Update 2 Plans – 09/23/22 (Hedrick060574, HEDRICK060574)

30. THG Preview Meeting – 10/20/22 (Hedrick060575-Hedrick060581, HEDRICK060575-HEDRICK060581)

31. LazyHawk Masterplan – 10/21/22 (Hedrick060582, HEDRICK060582

32. LazyHawk Progress Update 3_v01 – 10/27/22 (Hedrick060583-Hedrick060584, HEDRICK060583-HEDRICK060584)

33. LazyHawk Progress Update 4_v02 – 12/12/22 (Hedrick060585-Hedrick060586, HEDRICK060585-HEDRICK060586)

34. THG_TP Progress Update 4 – 12/12/22 (Hedrick060587-Hedrick060637, HEDRICK060587-HEDRICK060637)

35. LazyHawk Progress Update 4_v02 – 12/13/22 (Hedrick060638-Hedrick060639, HEDRICK060638-HEDRICK060639)

36. LazyHawk THG Deliverable Matrix – 02/07/23 (Hedrick060640, HEDRICK060640)

37. LazyHawk CR-SD Proposals – 02/07/23 (Hedrick060641-Hedrick060682, HEDRICK060641-HEDRICK060682)

38. RT66 Load Concept – 03/10/23 (Hedrick 060683, HEDRICK060683)

39. Weekly Steve Review – 06/23/23 (Hedrick060684-Hedrick060685, HEDRICK060684-HEDRICK060685)

40. Weekly Steve Review Notes – 07/28/23 (Hedrick060686-Hedrick060687, HEDRICK060686-HEDRICK060687)

41. Weekly Steve Review Notes – 08/11/23 (Hedrick060688-Hedrick060689, HEDRICK060688-HEDRICK060689)

42. Weekly Steve signed Review Notes – 08/18/23 (Hedrick06090-Hedrick060691,

HEDRICK060690-HEDRICK060691)

43. Weekly Steve Review signed – 09/01/23 (Hedrick060692-Hedrick060693, HEDRICK060692-HEDRICK060693)

44. Weekly Steve Review Notes – 09/08/23 (Hedrick060694-Hedrick060695, HEDRICK060694-HEDRICK060695)

45. Weekly Steve Review Notes – 09/15/23 (Hedrick060696-Hedrick060697, HEDRICK060696-HEDRICK060697)

46. Weekly Steve Review Notes – 09/22/23 (Hedrick060698-Hedrick060699, HEDRICK060698-HEDRICK060699)

47. Weekly Steve signed Review Notes – 09/29/23 (Hedrick060700-Hedrick060701, HEDRICK060700-HEDRICK060701)

48. Agenda THG Kick Off (Hedrick060702-Hedrick060704, HEDRICK060702-HEDRICK060704)

49. America's Heartland Theme Park (Hedrick060705, HEDRICK060705)

50. Attraction Capsules for Presentation – 10/24/22 (Hedrick060706-Hedrick060711, HEDRICK060706-HEDRICK060711)

51. MEG & THG Agmt.- Final Proposal & Scope of Services – SD_THG Signed – 08/22/23 (Hedrick060712-Hedrick060717, HEDRICK060712-HEDRICK060717)

52. MEG & THG Agmt – Final_THG Signed – 08/22/23 (Hedrick060718-Hedrick060743, HEDRICK060718-HEDRICK060743)

53. Concept Design Theme Park July 1, 2022 – Jan. 1, 2023 (Hedrick060791, HEDRICK060791)

54. Designs – CAR Gate (Hedrick060792-061064), Character Development (Hedrick061125-061140), BCT Design Updates (Hedrick061065-061075), BBB Steve

Review (Hedrick061076-061093), THL Progress (Hedrick061094-061124), Barnstormer Queqe (Hedrick061141), Big Timber Ride Vehicle (Hedrick061142), Circuit Breaker (Hedrick061144), CAR Review Deck V2 (Hedrick061445-061446), TP Architecture (Hedrick061447-061502), TP Attractions Car Review Deck V2 (Hedrick061503-061804)

55. Entertainment Venues 2 (Hedrick061805-Hedrick061812, HEDRICK0601805-HEDRICK061812)
56. Heartland Headcount ROM 12/12/22 (Hedrick061813-Hedrick061817, HEDRICK061818-HEDRICK061817)
57. Invoices -THG Final Invoice Concept Invoice #11833 (Hedrick061818), THG Invoice #11767 (Hedrick061819), THG Invoice #11781-2 (Hedrick061820), THG Invoice #11808 (Hedrick061821)
58. LazyHawk Full-Service Proposal – FORREC. -06/13/22
59. FORREC team Invoicing Cash Flow – 07/29/23
60. LazyHawk – Extended Amended – LOA FORREC – 07/23 (Hedrick031847-Hedrick031850, HEDRICK031847-HEDRICK031850)
61. FORREC Subs Lazy Hawk Package – Fee Summary Sheet Sub Consultants 08/08/23
62. RDE LazyHawk Proposal – 07/13/23
63. LazyHawk Draft 1 – 03/19/23 (Hedrick031585-Hedrick031612, HEDRICK031585-HEDRICK031612)
64. FORREC – Plan Presentation – 04/19/23 (Hedrick031613-Hedrick031619, HEDRICK031613-HEDRICK031619)
65. BOH LazyHawk BOH-Resort Wide – 70SD- WIP-Select Pages – 10/03/23 (Hedrick031620-Hedrick031633, HEDRICK031620-HEDRICK031633)
66. MEG Notice Letter – 11/21/23

67. Final WP Stamped – Signed (Hedrick031583, HEDRICK031583)
68. SD Mobilization (Hedrick031584, HEDRICK031584)
69. Design- FORREC LazyHawk Gate Review – FORREC Pre-SD Combined 05/01/23
70. FORREC 1st Payment 10939 (Hedrick031639, HEDRICK031639)
71. FORREC LazyHawk Schematic Design Proposal – 02/13/22 (Hedrick031640-Hedrick031685, HEDRICK031640-HEDRICK031685)
72. TP Design LazyHawk Stony Point Harbor Presentation-50 PreSD 02/13/23
73. FORREC 10922 (Hedrick031637, HEDRICK031637)
74. FORREC 10984 (Hedrick031638, HEDRICK031638)
75. FORREC Mansion Ent MP Proposal 12/16/22 (Hedrick031686-Hedrick031695, HEDRICK031686-HEDRICK031695)
76. FORREC Resort Interim Presentation Deck 01/24/23 (Hedrick031706-Hedrick031747, HEDRICK031706-HEDRICK031747)
77. FORREC Co 10992 (Hedrick031748, HEDRICK031748)
78. FORREC Cost LazyHawk Schematic Design Proposal 02/13/22 (Hedrick031749-Hedrick031796, HEDRICK031749-HEDRICK031796)
79. FORREC INVOICE 10994 (Hedrick031798, HEDRICK031798)
80. FORREC LTD NDA Mansion – Signed (Hedrick031799-Hedrick031802, HEDRICK031799-HEDRICK031802)
81. FORREC Master Plan (Hedrick031803-Hedrick031840, HEDRICK031803-HEDRICK031840)
82. FORREC Payments (Hedrick031841, HEDRICK031841)
83. FORREC – 50% PreSD Invoice 10963 (Hedrick031842, HEDRICK031842)
84. FORREC DOC 364 (Hedrick031843-Hedrick031846, HEDRICK031843-

HEDRICK031846)

85. Hotel Visuals to MEG- 04/05/23 Swimming Hole, 04/10/23 Hotel Room, 06/02/23 Geyser-Lobby, 06/09/23 Lobby, 4000 OS AR Levels Only, ARCH Façade Sheets Extracted, FORREC Black Logo -Clear Space, FORREC White Logo- Clear Space, LH-Aerial 10/13/23 MW Flat, Lobby – White, West Wing 03, Show Element Book – Z-LH-4000-20232212-100SD
86. LazyHawk Extended Amended LOA – FORREC (Hedrick031847-Hedrick031850, HEDRICK031847-HEDRICK031850)
87. RDE Project Sheets RDE (Hedrick031851-Hedrick031868, HEDRICK031851-HEDRICK031868)
88. Resort Program – LazyHawk Resort Program V02 F -05/08/23
89. 2022-12-23 THG 221222_4652_reduced LazyHawk_100% (Hedrick044937-Hedrick045101, HEDRICK044937-HEDRICK045101)
90. 2022-08-03 Heartland TP MB (Hedrick043459-Hedrick043494, HEDRICK043459-HEDRICK043494
91. MEG THG Agreement (Hedrick061832, HEDRICK061832)
92. Scale Study (Hedrick061862-Hedrick061867, HEDRICK061862-HEDRICK061867)
93. Theme Park Layout (Hedrick061868, HEDRICK061868)
94. Theme Park Timeline
95. THG Agenda- LazyHawk Progress Update (Hedrick061869-Hedrick061871, HEDRICK061869-HEDRICK061871)
96. THG Gate Review
97. Roof Art Route 66 – One Nation Under God (Hedrick061843), American Brick Wall (Hedrick061844), Eagle Flag (Hedrick061845), Freedom Ring (Hedrick061846),

Freedom Ring 2 (Hedrick061847), Liberty and Justice (Hedrick061848), Liberty Village Station (Hedrick061849-Hedrick061852), Liberty Bell (Hedrick030076), Presentation 1, We the People (Hedrick063787)

98. FORREC Invoice #110904 (Hedrick031797, HEDRICK031797)

99. Lazy Hawk MP (Hedrick061822, HEDRICK061822)

100. Load 66 Elevation (Hedrick061823, HEDRICK061823)

101. THG CO 3: 100% SD CO3 Draft (Hedrick061872-061877), Deliverable Matrix Draft (Hedrick061878-061880), LazyHawk SD 100% Proposal Draft (Hedrick061881-061912), Image001 (Hedrick057665)

102. THG Invoice #11846 (Hedrick061937, HEDRICK061937)

103. THG Invoice #11847 (Hedrick061938, HEDRICK061938)

104. THG Invoice #11875 (Hedrick061941, HEDRICK061941)

105. THG Invoice #11877 (Hedrick061942, HEDRICK061942)

106. THG Invoice #11859 (Hedrick061943, HEDRICK061943)

107. THG Invoice #11859 (Hedrick061944, HEDRICK061944)

108. THG P2 New Proposal: LazyHawk 100% Concept Deliverable (Hedrick061944-062108), LazyHawk THG CR-SD Appendix Responsibility Matrix (Hedrick062109), LazyHawk Facility Program-Façade Level (Hedrick062110-062115), LazyHawk Labor Scheedule (Hedrick062116-062117), LazyHawk CR-SD Proposal (Hedrick062118-062159), LazyHawk CR-SD Proposal Redacted (Hedrick062160-062181), LazyHawk CR-SD Proposal (Hedrick062182-062220)

109. THG Payments (Hedrick062221, HEDRICK062221)

110. THG PH 2 Proposal (Hedrick062222-062257, HEDRICK062222-062257)

111. THG Progress Meeting 10/11.pages (Hedrick062258-062259, HEDRICK062258-

062259)

112. THG Progress Meeting 10/11.pdf (Hedrick062260-062261, HEDRICK062260-062261)

113. THG Scope (Hedrick062262-062266, HEDRICK062262-062266)

114. THG America's Heartland Qualifications Overview (Hedrick062267-062295, HEDRICK062267-062295)

115. THG America's Heartland Proposal

116. THG Consultant Services Agreement (Hedrick062303-062319, HEDRICK062303-062319)

117. TP Design Gate Presentation Presented (Hedrick062320-062466-HEDRICK062320-062466)

118. TP massing model.pdf (Hedrick062467-062472, HEDRICK062467-062472)

119. TP massing model. Pptx (Hedrick062473-062478, HEDRICK062473-062478)

120. TP Site Plan Adjustments (Hedrick062479-062485, HEDRICK062479-062485)

121. TP Site Plan (Hedrick062486-062492, HEDRICK062486-062492)

122. Tucker Torpedo

123. THG Drawing: Bayou Treehouse (Hedrick061916), Charolette Web (Hedrick061917), Critter Tales Ride (Hedrick063549), Farm Play (Hedrick061919), Farm Town Model (Hedrick061920), Farm Town (Hedrick061921), Pac Nw (Hedrick061922), Screenshot 11/12/22 (Hedrick061923), Screenshot 11/12/22 (Hedrick061924), Screenshot 11/12/22 (Hedrick061925), Screenshot 11/12/22 (Hedrick061926), Tesla Tower 6 (Hedrick061927), Tesla Tower 1 (Hedrick061928), Tesla Tower 2 (Hedrick061929), Tesla Tower 3 (Hedrick061930), Tesla Tower 4 (Hedrick061931), Tesla Tower 5 (Hedrick061932), Tesla Tower 7 (Hedrick061933), TP

Entry Low (Hedrick061934), UnderSea 1 (Hedrick061935), Winnie the Pooh (Hedrick061936)

124. TP Visuals: Bayou Bay Copy Bayou Bay Ref pics Bayou Bay Sketches Bayou Bay , Bayou Boat ,Bayou Images, Bayou Tree, Big Timber Floom, Big Timber Images, Birds Eye Night, Bird's Eye Day, Boardwalk Hotel, Children's Classics, Electro City, Electro Drawing, Electro Images, G Plains Images, Great Plains Colors, Great Plains Ref. Pics, Great Plains, Great Plains 2, Hometown Images, Hometown USA Color, Hometown xmas, Hometown, Light House Cove Images, Light House Cove, Lighthouse, Log Flume, Night Show, Night Show 2, o0tQp-ye, Park Copy, Park, Paul B and babe, Roller Coaster, Route 66 Color, Route 66 Road, Route 66 Road 2, Route 66 Text, Screenshot 11/27/22, Screenshot 12/06/22, Screenshot 12/06/22, Seasonal Events, Spooky Lighthouse, Stunt Show, TP Birds Eye, TP Entry, TP Lands, TP Entry Color, TP Pla, Train-rail-transport, UFO, Deep Dive, ENT Venues, Night Show, Route 66 Signs, Stony Point 2, Stony Point Harbor, T Tower Drawing, Tesla Tower, Zamperla, Canada Wonderland, Case Studies, Case Study DL, DL Resort Zone, Route 66 Bears, Screenshot 02/07/23, Site Access, Site Current, Site Resort Zone, Site Slide

## ANALYSIS

## STEVE'S EDUCATION, TRAINING AND EXPERIENCE

Theme park design and development is an extremely niche industry within the design and construction world. Theme parks are generally thought of as unique combinations of complimentary placemaking, attractions (including "rides" and "mixed media experiences"), live entertainment and spectacles, food and beverage and merchandise all working together to create an integrated entertainment experience unlike a film or isolated show, a stand-alone attraction or restaurant but rather with the goal being to develop a day long, multi hour complete themed experience for all ages. Hotels, recreational acreage, alternative lodging facilities (such as an RV park) are often included as part of the master planning process. Retail, dining and entertainment (RD&E) facilities adjacent to but outside of the theme park's border are often included as an alternative experience for park visitors as well as for local residents. Hotels and RD&E are created to encourage a multi-day / night stay to enhance the themed experience and increase revenues.

Most people in this business who are doing this level of work don't obtain degrees in theme park design necessarily. Rather, they originate from within some creative design, direction or performative art such as design, art direction, stage and media direction, music, dance, design, live entertainment, etc. While designing, directing, performing or entertaining, many begin to expand and grow their roles in the industry and learn through osmosis, partnership and experience and repetition. Individuals who want to continue in the industry, work very closely with all sorts of disciplines increasing their overall understanding and knowledge base in order to grow into roles of greater responsibility including project leadership.

Steve mentored and trained under a Disney Legend, Ron Logan. Logan began his career at Disneyland as a trumpet player. In his last role at Disney, Ron was executive vice president, executive producer, for Walt Disney Entertainment. He was responsible for creating, casting, and producing all live entertainment products for The Walt Disney Company, including Disneyland Resort, Walt Disney World Resort, Tokyo Disney Resort, Disneyland Paris, The Disney Institute, Disney Business Productions, Disney Cruise Line, Disney Entertainment Productions, and Walt Disney Entertainment Worldwide. Ron was also executive vice president of the Walt Disney Special Events Group, and executive vice president of Disney Special Programs, Inc. He produced all live entertainment shows for the Disney Parks worldwide, as well as five Super Bowl halftime shows. Steve had the opportunity to work for Logan, where he continued to refine his acumen for not only music and entertainment development; but also overall theme park design and development while working alongside some of the best minds in the industry.

Steve's core expertise centered on the creative and production development, strategic planning, spatial engineering, and operational design of live entertainment environments. Across five Disney theme parks in North America, Europe, and Asia, he led the development of performance venues engineered to support highly complex productions-balancing technical infrastructure, theatrical storytelling, performer operations, audience circulation, and high-capacity guest experiences within a single integrated environment.

As part of Walt Disney Creative Entertainment, Steve directed the creative and physical development of entertainment spaces supporting a wide spectrum of world-class productions, including:

- Nighttime Spectaculars: Designed the venue infrastructure and operational frameworks required for Disney's large-scale projection mapping, fireworks, fountain systems, pyrotechnics, and nighttime multimedia productions.
- Theatrical Productions: Developed performance venues and stage environments optimized for Broadway-caliber productions, integrating backstage logistics, technical systems, sightlines, audience flow, and immersive storytelling.
- Atmosphere Entertainment: Planned and integrated flexible entertainment zones that seamlessly incorporated live musicians, street performers, and character experiences into the architecture and operational rhythms of Disney's themed lands, ensuring entertainment enhanced—not disrupted—the guest journey.

**COORDINATION OF THE AMERICAN HEARTLAND PROJECT**

Steve led the overall effort from both a project visioning and creative leadership standpoint. He established the creative direction for the project and maintained oversight of all major design and creative decisions throughout the project development process. While this was his first opportunity to lead a project of this magnitude, there was nothing about his work history or performance that suggested he was unprepared for the responsibility. To the contrary, the quality of the work produced throughout the engagement demonstrated that he was capable of successfully leading a project at this scale.

One of the most important responsibilities of any project executive is assembling the right team. In my opinion, Steve did exactly that. He engaged the appropriate disciplines and retained qualified consultants to support the work. Steve sought out and engaged recognized leaders within the themed entertainment industry. Firms such as THG (Hettema) are widely regarded as among the premier companies in the field, with extensive experience in the planning and development of world-class themed destinations. His decision to retain firms of that caliber reflect sound professional judgment and an understanding of the expertise required for a project of this nature.

The decision to utilize an Oklahoma-based architectural firm was entirely appropriate. Architecture is fundamentally the same profession regardless of project type, and the core principles of planning, design, documentation, and coordination remain consistent across industries. Prior theme park experience is beneficial but is not a prerequisite for producing competent architectural work. The primary project-specific considerations involve understanding the applicable codes, permitting processes, and statutory requirements of the jurisdiction in which the project is being developed. In that respect, having a local architectural team is often advantageous because of its familiarity with state and local regulatory requirements.

Nothing about the selection of consultants or subject matter experts reflected poor judgment, inexperience, or a lack of understanding of how to assemble a qualified project team. Based on my review, the consultant selections were reasonable and consistent with accepted industry practice for a project in its concept development phase.

Similarly, I see no issue with the selection of Aaron Hedrick to serve in a project coordination role. His prior professional experience provided the organizational and administrative skills necessary to perform that function effectively. Project coordination is not a specialized theme park discipline requiring decades of attraction development experience. Rather, it is an entry level role focused on administrative and management with specific responsibilities of organizing information, facilitating communication among project participants, tracking deliverables, coordinating schedules, and ensuring

that the various disciplines remain aligned. Success in that role depends primarily on organization, communication, and coordination skills, all of which Mr. Hedrick possessed.

Additionally, Nathan Hedrick was utilized in a small scope in the project which directly related to his industry experience consulting on the Pirate Stunt Show and Electropis Stunt show. Nathan worked as an actor/stuntman for over a decade. Specifically, Nathan worked as a WaterWorld performer and supervisor with the show being performed at Universal Studios Hollywood as well as having worked as a live performer at Disneyland.

In my opinion, Steve assembled the appropriate team of professionals across the necessary disciplines to execute the work effectively. The project team was composed of qualified experts whose collective experience and capabilities were well suited to the project's objectives. From a project leadership perspective, assembling the right team is one of the most critical responsibilities, and Steve fulfilled that responsibility in a manner consistent with industry best practices.

**<u>The following is a common phase of work break down of the workflow within themed entertainment design and development.</u>**

**› Blue-Sky**

This is the initial "blank piece of paper" visioning of a project. What could it be? Master planning originates here including overall use of land to accomplish the goal of supporting this level of envisioned experience. A variety of ideas can be developed within this phase with a 'winning' concept floating to the top at the end.

**› Concept**

After an idea has been selected, the project then moves into the concept phase where it is further fleshed out to a greater degree of detail. This can include but is not limited to bubble diagrams, initial park volume layouts, how general guest flow will work and how that affects capacity planning, land planning from an attraction, entertainment, and F&B perspective, what goes where, what the general sizing and layout will be.

**› Feasibility**

The concept is then put through an examination to see if the proposed idea is feasible. Is it doable? Are there any initial unforeseen roadblocks not considered in the initial visioning and concept phases? Are any components, elements or assumed approaches too wild to contemplate or attempt?

**› Review and Approval Check-In's**

Along the way, at the end of each phase, the project is examined to see how progress stands up against capital and operating expense targets, schedule and operational planning parameters usually resulting in scope adjustment and / or targeted goals to include in the next phase of work. In this project's case these have also been referred to as "Gate Reviews" meaning a theoretical gate the project must pass through successfully before being allowed to proceed

**Value Engineering / Scope Adjustment (VE)**

Value Engineering or "VE" is common practice within development and construction projects. Applied with almost every phase of work, teams are often asked to rethink the use of funding to maximize the experience to the fullest potential while being the most cost effective as opposed to sheer reduction or 'cuts' preserving and delivering the best experience for the least amount of money. This can also include swapping out facilities and ride/show concepts for less expensive but none the less satisfying experiences.

**› Schematic Design (SD)**

This phase translates artistic concepts into physical reality allowing detailed schematic design to be completed from which to base a detailed design package to be created within an approved footprint and overall design conceit.

**› Design Development (DD)**

This is detailed design including facades, exteriors and interiors, ride buildings, rides, furnishings, fixtures and equipment call outs, entertainment facilities and creative show content designs, landscape design, food and beverage facilities, merchandise stores, hazardous materials handling and storage, back-of-house facilities (transport, horticulture, maintenance, costuming, entertainment base of operations, water and sewage treatment, administration, storage and distribution, cast housing and support facilities, etc.)

**› Construction Drawings (CD)**

The creation of literal construction drawings in order to bid the job to construction and specialty trade firms.

**› Execution/construction**

Completion of site prep and development, proceed into construction, planting, facilities fit-out, ride and show installation, parkwide control systems installation,

**› Pre-Opening**

Cast training, attraction cycling, show rehearsals, stress testing equipment and facilities. "Trial" operations with preview audiences to test the operation, guest flow and capacity parameters all in an effort to create operational stability and reliability.

**Project Considerations**

Deliverables

The ultimate hard deliverables or assets - infrastructure, completed buildings, and constructed

attractions-occur much later in the project execution process. At the phase where this project was halted, the expected deliverables are what the industry commonly refers to as "soft" deliverables – essentially design packages. Other than land purchase and RV park initial minimal infrastructure requirements, no construction work had been started.

These soft deliverables include items such as master planning documents, concept packages, design development materials, technical studies, permitting strategies, and design packages that establish the project's creative and technical foundation. It is entirely typical for projects of this scale to invest substantial sums to produce these deliverables before any physical construction begins. They represent the intellectual property and planning necessary to support later phases of engineering, permitting, procurement, and construction.

Workflow and Proximity to Working Teams

Another important consideration during concept and design development is the physical proximity of the core project team. Having Steve and the majority of the creative consultants based in the Los Angeles area, where much of the themed entertainment industry's creative talent is concentrated, facilitated efficient collaboration, rapid decision-making, and frequent face-to-face coordination. That proximity accelerated the creative process, streamlined reviews and approvals, and improved overall project efficiency.

Theme Park Development and Design

This niche work differs significantly from conventional design and construction because the objective is not simply to construct buildings; it is to create a cohesive, immersive coordinated guest experience that engages visitors over the course of their entire visit. Every component-including attractions, themed lands, rides, entertainment offerings, food and beverage, retail, guest circulation, and supporting infrastructure-must function as an integrated experience. As a result, the concept development and design phases are among the most critical stages of the project, as they establish the creative vision and operational framework upon which all subsequent engineering and construction activities depend.

Environmental Storytelling and Consistent Theming

One of the foundational principles of successful theme park design is environmental storytelling. Unlike traditional architecture, where structures primarily serve functional purposes, themed entertainment environments are intentionally designed to communicate narrative through the built environment itself. The story is not told solely through attractions or performers; it is conveyed through every physical and visual element that guests encounter. From the architectural language and material selections to paving patterns, landscape design, lighting, signage, and landscape design, each component is deliberately integrated to reinforce the project's creative narrative. Every design decision contributes to a cohesive sense of place, allowing guests to intuitively understand and experience the story without the need for explicit explanation. In the themed entertainment industry, this level of environmental integration is a hallmark of high-quality design and is essential to creating an immersive and memorable guest experience.

Flow Through the Park

Guest focused experience design relies on controlling the movement of crowds. The industry standard was first pioneered by Walt Disney and is still most prominently used today. This model is the "hub-and-spoke"

model. This layout features a central visual icon that draws guests into the center, from the center they can branch out

Ride Integration

Balancing the attraction mix is a fundamental principle of effective theme park planning and capacity management. A successful park requires a strategic combination of high-capacity attractions, often referred to as "people-eaters," such as dark rides, shows, and theaters; these efficiently process large volumes of guests, complemented by lower-capacity, high-profile attractions that serve as signature experiences and marketing drivers. This balance ensures optimal guest flow, minimizes congestion, and creates a diverse experience portfolio that supports both operational efficiency and overall guest satisfaction.

Site Selection & Analysis

Site selection goes beyond finding available land. It requires a detailed topographical and environmental analysis. Accessibility to major transport hubs and the carrying capacity of local infrastructure are often the deciding factors in a project's viability. Regulatory frameworks, including zoning permits and environmental impact assessments, must also be navigated.

From a theme park development perspective, there was nothing unusual or inappropriate about selecting Vinita as the location for the American Heartland project. It is common industry practice to locate major destination attractions in smaller or less densely populated communities, provided the site offers sufficient land, appropriate infrastructure, access to regional population centers and can lend itself to phased expansion if desired,

Successful destination parks are not necessarily located within major metropolitan areas; rather, they are typically positioned within reasonable driving distance of one or more substantial population bases. The critical consideration is whether the project can draw from a sufficiently large, income-qualified population within its primary and secondary market areas while also attracting overnight visitors from a broader geographic region.

Ultimately, the success of a destination theme park is driven less by the immediate population of its host community than by the strength of the guest experience and the project's ability to generate sufficient regional and national demand to justify travel.

Financial Feasibility Studies

The project goes through an initial feasibility study. This determines whether a creative vision can translate into a profitable reality. In looking to build a theme park you look at drivable distance by income qualified patrons. Feasibility studies; pricing; break-even; and ultimate success is determined by the public and actual operation; the deliverables indicated the American Heartland team made the case that this project, as envisioned, would be profitable.

The final feasibility study for the American Heartland project based on higher end rides and updated information, analyzing the primary and secondary market, estimated attendance levels of 4.5 million and financial forecasts, deemed it to be financially feasible; despite any previous concerns or misgivings on location.

Growth Potential

Equally important is the site's long-term growth potential. A location with ample developable land allows the park to expand over time by adding attractions, accommodations, dedicated convention and special event facilities and other supporting amenities as attendance grows. This phased development approach is well established throughout the themed entertainment industry and is often preferable to developing within a densely built urban environment where expansion opportunities are limited.

Financial Planning & Budgeting

Financial modeling in this phase includes capital expenditure (CapEx) for land, rides, and theming, alongside operating expenditure (OpEx) for staffing and maintenance.

Steve provided progress updates throughout the course of the project including reliable capital and cash flow projections. It was very clear what they needed to create the park at a 2.2-billion-dollar investment. It was clear what it would cost or how the money would flow and the timed need for capital expenditures all encompassed within an accelerated timeline as requested by the benefactor / originator Mr. Bicknell.

## CONCLUSION

In conclusion, I have reviewed the Complaint and it is not consistent with the work provided. There was a tremendous amount of due diligence involved in the development of this project. Based on the deliverables, everyone seemed to be in this to earnestly develop, design and construct a successful park. There were no short cuts taken. Steve and his team earned the money that was billed on this project.

Furthermore, based on my review of all materials provided, it is my opinion that:

- Steve was well equipped based on his training and industry experience to lead and develop the America Heartland project.

- The American Heartland project was an earnest effort to fulfill a request to envision, design, construct and deliver a one-of-a-kind world class theme park that would be a true draw in the region.

- By all appearances and more importantly by the existence of work product deliverables, this project was led competently with work correctly sequenced and completed all on an aggressive timeline. All indicators point to schematic design having been completed with the project wanting to move into design development and construction drawings when the project was halted. It is my understanding that not all schematic design packages were delivered due to lack of payment.

- The work product insured state and local government support, feasibility, operational planning rigor, estimate and scheduling studies to project a known, successful outcome providing capital funding was made available.

- Materials available and reviewed pertaining to project status and progress communication to project leadership including Mr. Bicknell, the project benefactor / originator, indicate that updates were thorough, timely and transparent as to scope, schedule and forecasted cost of the project inclusive of feasibility, P&L and ROI.

- The team of companies and individuals established by Steve Hedrick for this effort are some of the best and most experienced in the business. Furthermore, compensation and fees paid to companies and individuals are in keeping with industry standards and norms based on my experience.

- Steve's compensation in a day rate manner was appropriate and within industry standards. Rates of $1,200 a day up to $2,000 a day are not excessive or outside the industry standard.

Dated: July 23, 2026

Roger Heartsner