# Exhibit 3

www.facebook.com/roger.heartsner

Search Facebook

**Roger Heartsner**

**Disney**

See more work

## Education

**Eastman School of Music**
Class of 1981

## Friends

800 friends

See all friends


**Freda M. Fung**


**Marc Zachary**
2 mutual friends


**Yaron Spiwak**


**Kim Scharnberg**


**Sue Webb**


**Oscar Fuchs**


**Christopher Lennertz**


**Matt Conover**


**Dave Wolowic**

**Roger Heartsner**
August 8, 2025 ·

Well friends, it has been an amazing ride! Disney Live Entertainment and Walt Disney Imagineering have been my home for the last twenty seven years. Like so many before me, it is now my time to bid farewell and move into my next chapter. I've had the good fortune to work on incredible projects and to work alongside some pretty incredible talent as well. I will be forever grateful to my DLE and WDI family. There are exciting times ahead for all of you who will carry the banner forward. Thank you to all who have been a part of my journey. **See less**




277 348 1

View more comments

**Kim Scharnberg** · 1y
Congrats, Roger- huge news but looking forward to your next chapter!
Reply
View 2 replies

EXHIBIT
351
PENGAD 800-631-6989




EXHIBIT
352
PENGAD 800-631-6989