**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| O. GENE BICKNELL,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD M. SILANSKAS, JR., LARRY K. WILHITE, AND STEPHEN D. HEDRICK,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-cv-00383-SH |

**ORDER**

Before the Court is Plaintiff O. Gene Bicknell's motion, pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), to exclude the opinions of Roger Heartsner, who has been designated as a purported expert by Defendant Stephen D. Hedrick.

The Court finds that Heartsner is not qualified by knowledge, skill, training, or education to render the opinions disclosed in Heartsner's expert report. The Court further determines that the opinions disclosed by Heartsner are not reliable. Heartsner's opinions lack a sufficient basis of facts or data, reliable principles and methods, and a reliable application of those principles and methods to the facts.

IT IS THEREFORE ORDERED that *Plaintiff's Motion To Exclude the Opinions of Roger Heartsner* (Dkt. No. ___) is GRANTED.

ORDERED this ____ day of ___________.