# Projects

## Books

Author

Popular financial advisors and consultants recommend reading the non-fiction books of successful people to gain insight into their life perspectives and attitudes that were the key foundations of their success. Why? Because highly successful people think differently! Gene Bicknell has relaunched the book that gives great insight into the mind of an entrepreneur, sharing the attitudes and thought processes behind his approach to business and life. 'Never Fry Bacon In The Nude' allows readers to see into the mind of successful businessman and entrepreneur.




EXHIBIT
B

## Music

Vocals / Writer

You can find Gene's music most anywhere you get your music: YouTube, Spotify, Apple Music, Allmusic, Amazon.



## Movies

Executive Director / Writer / Actor

Gene has been involved in more than 20 movies as either an actor, producer, writer, or narrator. From westerns, to dramas, to a documentary about his hometown which shares the title of his most recent book, "Death of an American Town," you can see the diversity in his work and creativity. His IMDB listing can be found, here.




Write
gene.bicknell@Marinerwealth.com

Follow