**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| O. GENE BICKNELL,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD M. SILANSKAS, JR.,<br>LARRY K. WILHITE, and<br>STEPHEN D. HEDRICK,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 25-cv-00383-SH |

**DECLARATION OF LARRY WILHITE**

I, Larry Wilhite, declare as follows:

1. I am a theater manager and musical artist who has lived in Branson, Missouri since 1985.

2. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify to these facts under oath.

**Personal Background**

3. In high school, I was involved in a gospel singing group with my father and brothers. About 10 years after high school, my brothers and I moved to Branson to further our music career. I gained experience as an entertainer and show producer. And, as discussed in the next section, from 2004, at the age of 47, to December 2024, at the age of 67, I was general manager of the Mansion Theatre in Branson.

4. While I am an ordained and licensed minister through two Baptist churches, I have never been a preacher/pastor or someone who writes and presents sermons. Instead, based on my experience in the music industry, I have assisted churches with their own music ministries. And since 1996, I have operated a small non-profit, Backstage Ministries, which I



EXHIBIT C

used to assist people in need and sponsor a Sunday service for music industry staff and tourists who might not have somewhere else to go.

5. I have been married to Julia Wilhite since 1979, and have four adult children, all of whom are married with children of their own:

- Ashley Ogle (married to Reuben Ogle);
- Amy Leaming (married to Travis Leaming);
- Daniel Wilhite (married to Patty Wilhite);
- Devin Wilhite (married to Micah Wilhite).

**History with Gene Bicknell**

6. I met Gene Bicknell ("Gene") in the 1990s after a show in which I performed. In 2004, he asked me to become general manager of the Mansion Theatre, and I served in that position until December 2024. I expected that Gene would employ me until my retirement.

7. I admired, looked up to, and trusted Gene throughout my time working for him. Because of his background and success in business, and the support he received from his family office in Kansas City, I trusted any guidance or direction he provided about business matters.

8. Over time, I became Gene's primary assistant in Branson and viewed my role as helping him with whatever he wanted to do in the area. This included checking on and addressing any issues that arose for Gene's properties in Branson, not just the theatre. It also included helping him purchase additional land in Branson and helping him sell properties in Branson. I also helped Gene explore potential arts ventures in other places, including the possible staging of one of his shows in Pennsylvania and exploring the possibility of running an amphitheater in Memphis.

9. From 2007-2012, Gene owned a second theatre in Branson, which became known as the Oak Ridge Boys Theatre, which I also managed for Gene.

10. In 2012, Gene suggested and I agreed to set up Big Time Production LLC ("Big Time") as a corporation nominally owned by me to operate theaters in Branson, while I remained a salaried employee of Plaintiff's. Gene sold the Oak Ridge Boys Theatre to Mercy Hospital, and for 2013 to 2015, I leased the building back from the hospital and continued operating the theater through Big Time. When the Mansion Theatre reopened in 2016 after renovations, I operated that theater for Gene through Big Time.

11. While I formally owned Big Time and Big Time's profits or losses were treated as passthrough income on my personal tax return, I expected Gene to exercise control over the use of Big Time's assets when he wished to do so.

12. I had transferred some of my own money or separate earnings into Big Time over the years, including more than $80,000 between 2018 and 2020 that constituted compensation paid to my entity Wilhite Media Group LLC for a marketing contract with Branson Machinery.

**Silanskas Comes to Branson**

13. I first met Silanskas briefly after a show at the Mansion Theatre, likely in the fall of 2019. Famous gospel singer and pastor Gary McSpadden, a friend of mine, introduced Silanskas to me as someone who was attending McSpadden's church and who was talented at video production and musical composition.

14. Gary McSpadden's church also hosted a Christmas concert at the Mansion Theatre in 2019, for which Silanskas provided some of the video production, and McSpadden again spoke to me about Silanskas' talent. McSpadden's recommendation made me inclined to trust Silanskas.

15. Beginning in January 2020, Silanskas contacted me periodically throughout 2020 by email. On November 18, 2020, Silanskas began to ask to be introduced to Gene. Ex. 1, GB00002157. He forwarded the same request again on November 23 and December 3, 2020.

Ex. 2, GB00002149; Ex. 3, GB00139012. On December 14, 2020, he shared a symphony he had written, stating "Please share with Mr. Bicknell if you feel it is helpful." Ex. 4, GB00525396. On January 1, 2021, he sent an "updated 2021 biographical profile for your review and forward to Mr. Bicknell." Ex. 5, GB00138535. On January 8, 2021, he sent a more detailed email and biography twice, describing his ideas for expanding the Mansion Theatre brand. Ex. 6, GB00002141; Ex. 7, GB00137682. On January 18, 2021, he sent a link to a video "to share with Mr. Bicknell." Ex. 8, GB00141155.

16. Finally, on January 18, 2021, I forwarded some of his emails to Gene, asking "When you have some time would you mind to look it over and give me your thoughts?" Ex. 9, GB00002148; Ex. 10, GB00002205.

17. With Gene's approval, I agreed for Silanskas to help some things around the Mansion Theatre. In June 2021, Silanskas met Gene in person, and by August 2021, Silanskas was communicating with Gene individually and they began to discuss writing music and lyrics together. Silanskas requested, and Gene agreed to give him, a $110,000 salary and the title of executive producer. Silanskas began to produce an animated short film about Gene's life.

18. In June and October 2021, Silanskas arranged for Gene to meet with Ron Logan, a longtime Disney executive, who spoke positively about Silanskas and the opportunity presented by sound stages and theme parks. Logan's recommendation of Silanskas increased my trust in Silanskas and seemed to do the same for Gene.

19. Silanskas continued to press for various ideas to expand the Mansion brand, including improving the sound studio at the Mansion Theatre, and branching out into animation, film, and television. In January 2022, Gene gave Silanskas approval to publicly announce the expansion ideas. *See* Ex. 11, LW_024369.

20. Even before the announcement, in January 2022, Gene reached out to Oklahoma Governor Kevin Stitt and began a conversation with Oklahoma state officials about film production and sound stages in Oklahoma, suggesting at least a $20 million investment. *See* Ex. 12, GB00128833; Ex. 13, GB00402203.

21. While we had been exploring the possibility of using land Gene already owned in Branson, Gene suddenly announced that the sound stages and attraction would be in Vinita, Oklahoma because he had found some land.

22. In April 2022, Steve Hedrick ("Hedrick"), who was recommended by Ron Logan, came to Branson and Vinita to discuss the possibility of building a theme park in Vinita. From those meetings, the American Heartland Theme Park (the "Project") started rolling.

23. I trusted Hedrick because he came highly recommended and seemed to know what he was doing. I had no frame of reference to doubt him with regard to theme parks or major project development.

24. I viewed my role as helping Gene, so I used Big Time's resources for the initial expenses and contracting for the Project.

25. As Hedrick began to develop the ideas for the Project in 2022, he told Gene and me that the theme park idea looked feasible, and he supported that with various iterations of a feasibility study by Peter Alexander.

26. Hedrick kept Gene and me informed about each stage of the development of the Project and what was needed for each stage. For issues that were presented to me, I brought all significant issues to Gene's attention.

27. My understanding of the Project funding was that Gene was seeking outside investors to join him, but that he was confident he could fund it himself if needed. I recall at

least one meeting attended by Hedrick, McComb, and others at which Gene said "I am Plan B" if no other investors joined.

28. When Gene was unable to access the funding that he expected to be available to him, he repeatedly assured me, Hedrick, and others that he would soon receive funding so the Project could keep moving forward.

29. We continued what we could so that the Project would be ready to move forward once the funding arrived.

30. Gene spoke directly with many of the key vendors, assuring them that he intended to see this through and expressing appreciation for their work. Indeed, all the way up to October 2024, Gene used the same reassuring statements.

**Todays Word Messages**

31. I received Todays Word text messages from hundreds of different phone numbers from at least 2020 to 2024. *See* Ex. 90, Comparison Chart.

32. I first received the messages intermittently and, as best I recall, they started sometime in 2020. I initially thought I had been signed up for a daily Christian devotional. After I read the message, I would generally delete it. At some point, I mentioned the messages to Julia and occasionally shared them with her. The first Todays Word message still in my possession is a message I forwarded to Julia, which she saved to her Samsung Notes app on September 19, 2020. *See* Ex. 14, JW_023909 (Samsung Notes excerpt).

33. I gradually came to believe the Todays Word messages were special guidance from God. They seemed to have specific application to my life, my family, and the Project. At some point, I mentioned the messages to Gene, and he asked me to start sending them to him. When others expressed interest, I also started sending the messages to them as well. For a time, I was regularly sending the messages to Gene, Julia, Silanskas, Adams, and Hedrick. I also sent

the messages more occasionally to my mother, Betty Winkle, to some of my adult children and their spouses, and to Gene McComb.

34. My entire family's response to the Todays Word messages supported my belief that the messages were special guidance from God. Many family members told me that they believed the messages were from God and were grateful to God for them. I cannot recall any instance in which a family member expressed skepticism to me about the Todays Word messages. Gene's and Silanskas's apparent belief in the messages also supported my belief.

35. For example, in response to Todays Word messages I or Julia shared with our adult children, they responded with appreciation and amazement:

- Ex. 15, LW_048332 (June 13, 2022) (Ashley "Whoa……….That's like God is speaking via text. It's wild! Even more, Dad doesn't know how it was sent to him" Julia: "I know! It is directly from God. This is what we have been praying for so many years..lead me, guide me direct me, show us your path…" Ashley "Yes!! It's so wild, it almost feels like we should question, but to have EXTREME FAITH, we must trust that the Lord will be there to catch its and allow us to soar and not fall." Julia "Yes! Every time I think ?, I immediately turn a 180° and trust..");

- Ex. 16, LW_001908 at LW_001920 (July 9, 2022) (Ashley Ogle "Thanks dad! I'm taking time each day to study this and prayerfully seek the Lord and all he has for us.");

- Ex. 16 at LW_001939 (July 18, 2022) (Amy Leaming "Again so overwhelmed with God speaking to us! It has changed each of my days from the first text we got. It's really a peace I feel each day and utter humility that God is speaking directly to us. Wow!");

- Ex. 16 at LW_001951 (July 26, 2022) (Ashley Ogle "Thanks Dad for always sharing, I enjoy these SO much and we read them to the girls each day also.");

- Ex. 17, LW_001800 at LW_001813 (Jan. 18, 2023) (Amy Leaming "Wow. His chosen as those from the past!! Goosebumps and Praising God!" Ashely Ogle "Incredibly humbling….In Awe!! Just happy to know you Dad");

- Ex. 18, JW_003300 at JW_003375 (July 20, 2023) (Julia "Whoah! God is blessing you. The winds have shifted." Amy Leaming "Oh Wow!! Goose bumps. Tears of Joy!!" Ashley Ogle "Speechless!! Dad, you are so deserving of this position, of this blessing." Micah Wilhite "It all lines up. Absolutely amazing")

36. About June or July 2022, I had a conversation with Gene and Silanskas in which someone suggested that the Todays Word messages be compiled so everyone could look back at them in the future and reflect on what God had done. Julia and I began to compile the messages. *See, e.g.*, Ex. 14, JW_023909 (Samsung Notes excerpt for June 13, 2022). At that point, the oldest messages still in our possession were from February 2022. On July 31, 2022, I forwarded chronological compilations of the Todays Word messages received between February and May 2022 to Julia's email account. Julia then printed the messages to paper to preserve a reliable record.

37. The compilation efforts continued throughout the Project. We tried various methods to collect and share the documents. *See, e.g.*, Ex. 19, GB00117462 (April 5, 2023 email to Gene and Silanskas sharing Google Drive folder and explaining "Julia has compiled the daily word and here is March 1-31. She is working on this from the very start when we first started getting them."). But the primary method we settled on was for me to forward the text messages to Julia as they arrived so she could save them in her Samsung Notes app and try to print them.

38. I became aware that Gene was receiving Todays Word by email, when he forwarded a few of the messages to me in July 2023. He only forwarded a few of the emails to me, and I never received any Todays Word emails directly.

39. Eventually, the Todays Word messages began to have passages that referred specifically to the "one tasked with administration and leadership," which I understood to be me. The messages included themes about trusting and not doubting, which were repeatedly directed at me. *See, e.g.*, Ex. 20, LW_005144.000001 (Feb. 2, 2024) ("Now, to the one tasked with administration within the Triune, I command you once again this morning to advance forward with zeal, undeterred by worry, stress, doubt, or fear. . . . DO NOT UTTER A SINGLE WORD

OF DOUBT OR FEAR! USE YOUR TIME TO ADVANCE THIS VISION FORWARD NO MATTER WHAT THE CIRCUMSTANCES MAY APPEAR!"); Ex. 21, LW_003514.000001 (Apr. 15, 2024) ("To the one within My Triune entrusted with administration and leadership. Your wavering and vacillating faith MUST END NOW! You must act, speak and live in pure exuberant faith without exception!"); Ex. 22, LW_005778 (May 14, 2024) ("Now to My chosen one within My blessed Triune tasked with administration and leadership. If you are tossed about by the winds of circumstance, you are not trusting Me. . . . You are a crucial part of My blessed Triune and you Must no longer speak with double minded words saying "I believe" in one moment and "desperation" in the next!").

40. The passages directed to me personally also emphasized that I was not to interfere in the roles or responsibilities of Gene or Silanskas. *See, e.g.*, Ex. 23, LW_012232 (May 19, 2024) ("I first will speak unto the heart of the one within My blessed Triune tasked with administration and leadership. . . . Do not interfere with the directives I have given the others within My Triune. Only concern yourself with your position and focus totally upon such Exact Obedience!"); Ex. 24, LW_004267.000001 (Mar. 16, 2024) ("I gave each of you very specific and individual instructions and directives and you MUST not allow ANYONE or ANYTHING to distract you from your individual specific instructions and directives! You each have VERY CRITICAL tasks and you must focus upon YOUR TASK and do not interfere with the tasks of the others within My blessed Triune!"); Ex. 25, LW_011291 (May 25, 2024) ("I remind you as My entire Triune: Do not obstruct, question or interfere with each other in your individual obedience to My Exact instructions! Only highly support and hold one another accountable to My Word!"). I understood these passages to mean that I should "stay in my lane," keep my head down, and not raise any questions or concerns about the Project, which I tried to do.

41. Until after this lawsuit was filed, I had no idea where the Todays Word messages were coming from or who was writing them. Early on, I attempted to investigate by trying to call some of the numbers back that had texted me. But I did not get through to anyone. I also showed the messages on my phone to other people. Adams also attempted to contact some of the numbers without success.

**Sister Catherine Messages**

42. I first learned about the Sister Catherine emails when Gene forwarded his response to one of the messages to Silanskas and me on January 16, 2024. *See* Ex. 26, GB00002247. I believed that a Catholic nun had somehow heard about Plaintiff and the Project and was sharing genuine prayers and revelation from God. I knew nothing about the author or transmission of the messages.

43. Gene repeatedly forwarded either Sister Catherine emails or his own response to Sister Catherine emails to Silanskas and me over the following months. *See, e.g.*, Ex. 27, GB00002097 (Jan. 19), Ex. 28, GB00002005 (Feb. 5), Ex. 29, GB00001858 (Feb. 14), Ex. 30, GB00001850 (Apr. 30), Ex. 31, GB00001845 (May 2), Ex. 32, GB00001813 (May 10).

44. There were also instances where Gene only forwarded a Sister Catherine email to Silanskas, who then forwarded the emails to me. *See, e.g.*, Ex. 33, GB00001854, Ex. 34, GB00001849, Ex. 35, GB00001847 (all three forwarded Feb. 3). And sometimes, Silanskas forwarded a Sister Catherine emails that Gene had already forwarded to me. *See, e.g.*, Ex. 36, GB00001857 (Feb. 14).

45. Because I was receiving the Sister Catherine emails as forwards from Gene or Silanskas, I did not pay attention to the email subject lines or the forwarding information. Instead, I assumed that when Silanskas forwarded a message to me it was only because Gene had first forwarded the message to him.

46. I forwarded Todays Word and Sister Catherine messages to my wife Julia so that she could compile them and print them as part of our record of the Project. For much of 2024, Julia asked me to send the messages to mjmcduffey@gmail.com, the email account she was using because her primary Gmail account was full. *See, e.g.*, Ex. 37, LW_048571 (Julia Wilhite explaining to my mother in February 2024 that her primary Gmail account was "99% full and I sometimes don't get emails" so she had "reverted to mjmcduffey@gmail.com [which is] mom's email that is still active").

47. After the lawsuit was filed, we produced in discovery the paper copies of the Todays Word and Sister Catherine messages that we had compiled, as well as the copies stored in Julia's email accounts (including mjmcduffey@gmail.com) and the Notes app on Julia's phone.

**Signing Contracts**

48. Throughout my years working for Gene in Branson, he would ask me to sign documents on his behalf. It was my practice to confirm with him precisely what he wanted me to sign before doing so. Gene never told me that I was not authorized to sign contracts for the Project on his behalf.

49. In my experience, Gene physically signed documents when he came to the Mansion Theatre in Branson. When documents needed to be signed while he was away, he would generally authorize me or Kristy Adams to sign them on his behalf.

50. I do not recall Gene ever signing a document electronically using a service like Docusign or DotLoop. Instead, when documents needed to be signed electronically, he often asked me to do it for him.

51. For example, in 2017 and 2018, when Gene wanted to sell two properties that he owned in Branson—a condo and a duplex—he directed me to work with the realtor and sign documents associated with the real estate listings and offers. During that process, I electronically

signed documents more than 30 times using Docusign or DotLoop. *See, e.g.*, Ex. 38, GB00539916; Ex. 39, GB00537608; Ex. 40, GB00530920. With the knowledge of both Gene and the realtor, the documents were sent to "O. Gene Bicknell" using my work email address. Once the properties were under contract, the paperwork was handed off to Gene's staff in Kansas City.

52. An email I sent in April 2024 to several people, including Hedrick and Adams, reflects the approach I took throughout the Project: "I think the first step is to speak with Gene and get his thoughts and how he wants to proceed." Ex. 41, GB00025230; *see also* Ex. 42, GB00405298 (May 4, 2024) ("We will check with Gene and make sure Monday's timeline works."); Ex. 43, GB00021203 (May 16, 2024) ("Waiting on Gene's approval."); Ex. 44, GB00094539 ("[L]et me get this to Gene and see what he wants to do going forward.").

53. With Gene's knowledge and approval, I signed some of the early contracts with Project vendors, such as The Hettema Group. *See, e.g.*, Ex. 45, GB00190259 (THG Proposal, July 21, 2022); Ex. 46, GB00092857 (THG Change Order, May 19, 2023).

54. However, once Mansion Entertainment Group LLC took over Big Time's assets in June 2023, I believed that all contracts should be in Gene's name as MEG's owner. Accordingly, I requested that contracts provide for Gene's signature. *See, e.g.*, Ex. 47, GB00104418.

55. In August 2023, Gene signed a large batch of contracts and change orders in person on August 25, 2023, after reviewing documentation Hedrick provided. *See* Ex. 48, GB00112744, Ex. 49, GB00102768.

56. After August 2023, contracting documents began stacking up again. Some contractors asked about using Docusign after being informed that Mr. Bicknell was in Florida and unavailable for a "wet" signature. *See* Ex. 50, GB00037217 (Nov. 6, 2023). I began

receiving weekly reminders about the needed signatures. *See, e.g.*, Ex. 51, GB00024885 (Nov. 15, 2023); Ex. 52, GB00022993 (Dec. 6, 2023).

57. One document that needed to be signed was the contract with the Northeast Oklahoma Electric Cooperative so that it could begin providing electricity infrastructure to the Project. On the morning of November 6, 2023, I forwarded the Docusign email to Gene for his review, explaining "Steve said they are pushing to get this to their board so they can order the equipment for the Park." Ex. 53, GB00115392. Shortly after 5pm the same day, I forwarded the Docusign email to Silanskas and Adams. Ex. 54, GB00115772; Ex. 55, GB00081669. I finally spoke with Gene late in the day and got his approval before signing the document on Gene's behalf shortly after 6pm Central Time. Ex. 56, GB00382006 at GB00382024.

58. In early December 2023, Gene was still not available to provide wet signatures in Branson. Hedrick's team was pressing for signatures at weekly meetings and in weekly reminder emails so that work could continue, and I knew that the Project remained a priority for Gene. *See, e.g.*, Ex. 57, GB00014868 (Dec. 4, 2023) (email from Gene to Hedrick and myself stating "I feel better today about us than I have been. I believe we're about ready to break through this struggle. Not sugar coating. Good reasons to believe."). On December 11, 2023, at 2:07pm, I forwarded the relevant Docusign emails to Silanskas on the understanding that he would discuss them with Gene. Ex. 58, GB00104724. At 2:58pm, I received an email from Silanskas with "APPROVAL TO SIGN CONTRACTS" in the subject line, stating "I ask you to send and sign all Park contracts on my behalf as I have approved. O. Gene Bicknell 12-11-23." Ex. 59, GB00002212. I understood this to be Gene's response, relayed through Silanskas. At 3:11pm, I forwarded the approval email to MEG's accountant, asking her to "keep this on file." *Id.* After that, I signed five of the pending contracting documents on December 11 and four more on

December 13, and forwarded the notices to MEG's accountant. *See* Ex. 60, GB00001883, Ex. 61, GB00001864, Ex. 62, GB00096942, Ex. 63, GB00096940, Ex. 64, GB00001894, Ex. 65, GB00001902, Ex. 66, GB00002130, Ex. 67, GB00001922. I had no knowledge that Gene denied authorizing these signatures until the Complaint was filed. He never complained to me.

59. Even though the Project was mostly paused in early 2024, in March and April, I received emails from Hedrick's staffer Pamela McKown explaining a set of documents that needed signature. *See* Ex. 69, GB00023016 (Mar. 27, 2024); Ex. 70, GB00092286 (April 24, 2024). McKown explained that seven of the documents were for completed and paid for work. See Ex. 70, GB00092286. I responded that I would "get these to Gene and get them signed." *See id.* After I spoke with Gene and received his approval, I signed the documents on April 28, 2024. Ex. 71, GB00001803.

60. In June 2024, Hedrick's team informed me that we needed to sign a contract with the company doing environmental work necessary for U.S. Army Corps of Engineers' approval of development at the Vinita site. *See* Ex. 72, GB00091925. On June 12, 2024, I forwarded the Docusign document to Adams. Ex. 73, GB00089094. On June 13, 2024, after speaking with Gene and receiving his approval, I signed the contract on Gene's behalf using Docusign. Ex. 74, GB00079599.

61. Hedrick's team also identified other contracts that needed to be renewed. But I did not sign any contracts without confirming that Gene approved, which meant leaving some contracting documents unsigned.

**Financial Payments to Wilhite Family**

62. I understand that the Complaint and Donald Fancher, as Gene's expert witness, identify $412,607 in payments from Gene to me or my family since February 2022.

63. I received a salary from Gene since 2004, including payments directly through Mansion America LLC (until 2021), Big Time Production LLC (from 2013-2023), and Mansion Entertainment Group LLC (from 2023-2024).

64. I was paid a salary primarily for my duties as general manager of Gene's theatres in Branson and did not receive additional compensation for the other ways that I assisted Gene throughout the years.

65. My salary did not increase after the Project began in early 2022, and I received no salary specifically for the Project. I received no new employment benefits after the Project began in early 2022.

66. Gene's longstanding practice was to make annual contributions of about $10,000 to my IRA and investment accounts at Mariner Wealth Advisers, a company owned by his son Marty Bicknell. That practice continued unchanged in 2022 and 2023, with $10,000 in donations made each year.

67. Gene's longstanding practice was to pay the premiums for my health insurance through Mansion America LLC as an employment benefit. When Big Time was set up in 2012, I was told that I could not remain on health insurance through Mansion America LLC, but with Gene's approval I began paying my health insurance premiums through Big Time. The most cost effective insurance I found was to join my wife's insurance through Branson Public Schools, so Big Time paid Branson Public Schools the additional premium necessary for me to be added to my wife's policy, a total of $5,447 for 2022.

68. Throughout the time that I operated Gene's theaters through Big Time, I used an American Express business credit card in my name for theater expenses and was reimbursed by Big Time or another of Gene's entities. The business credit card had originally been opened in

the name of my nonprofit, Backstage Ministries, but was for theater business expenses and personal expenses for more than a decade. The accountant for Big Time had access to the account statements and would identify the business expenses and pay the business portion of the bill directly, also logging the business expenses into QuickBooks. I also received reimbursement for business expenses that were not paid for with that credit card.

69. My son, Daniel Wilhite, was briefly employed at the Mansion Theatre from approximately March to August 2022. His work involved assisting at the Mansion Theatre and he was not involved in the Project. He submitted business expenses for reimbursement that he paid for out of pocket. Those expenses did not involve the Project in Vinita, OK. Instead, the business expenses primarily concerned the Ozark Mountain Symphony that was filmed at the Mansion Theatre in mid-2022 and turned into a PBS special.

70. On January 24, 2023, I made a $25,000 withdrawal from Big Time to cover the cost of purchasing and registering a vehicle for use by the Project and the Mansion Theatre. Accounting characterized the transaction as an owners draw in QuickBooks. I purchased a 2015 Chevrolet Suburban SUV from McComb's dealership and titled it in my own name to reduce insurance cost to the business. Neither I nor my family used the vehicle for personal activities. Instead, the vehicle was for business purposes, primarily to transport people to and from the Project site in Vinita, Oklahoma, or transportation associated with the Mansion Theatre. The vehicle was later sold through McComb's dealership, and I wrote a check for the $18,000 proceeds and delivered it to the Mansion Theatre on January 2, 2025. *See* Ex. 75, GB00406527.

71. Mansion Entertainment Group LLC made a $100 payment through my daughter Ashley Ogle in June 2024 to sponsor the 417 Mavericks, a girls volleyball team in Nixa, MO, 30 minutes from Branson. My granddaughter requested the sponsorship and I discussed this

marketing opportunity with Adams. This sponsorship put the Mansion Entertainment Group name and logo on the team jersey and promoted the Mansion Theatre in its home area. *See* Ex. 76, JW_012029 at JW_012032-JW_012033; Ex. 77, LW_082858.

72. In 2022, Big Time donated $10,000 to my nonprofit, Backstage Ministries. See Ex. 78, LW_069573 at LW_069713. I arranged these donations to facilitate Gene's request that we make financial gifts to two people. In June 2022, we made a donation to a singer who was an unpaid participant in the Ozark Mountain Symphony. *Id.* at LW_069680. In October 2022, we made a donation to the conductor and composer who assisted with Gene's Sixth Symphony and the Ozark Mountain Symphony, along with songs that Gene was writing, who had contracted West Nile Virus and grown very ill. *See id.* at LW_069682.

**Later Events Concerning Case**

73. Starting on December 28, 2024 and continuing through January 14, 2025, I received a series of text messages that indicated they were from BGEA, which I understood to be the Billy Graham Evangelistic Association. See Ex. 79, LW_012677 (Dec. 28, 2024); Ex. 80, LW_013193 (Dec. 30, 2024); Ex. 81, LW_013410 (Jan. 2, 2025); Ex. 82, LW_013194 (Jan. 3, 2025); Ex. 83, LW_013411 (Jan. 4, 2025); Ex. 84, LW_013190 (Jan. 7, 2025); Ex. 85, LW_012675 (Jan. 8, 2025); Ex. 86, LW_013192 (Jan. 9, 2025); Ex. 87, LW_012673 (Jan. 10, 2025); Ex. 88, LW_013408 (Jan. 12, 2025); Ex. 89, LW_013206 (Jan. 14, 2025). In the course of discovery in this case, I learned that those messages were sent from the Pinger Account associated with mountainfreshmusic@gmail.com, and were not actually sent to me by the Billy Graham Evangelistic Association. *See* Ex. 90, Comparison Chart.

74. I understand that an app called SMS Backup and Restore was downloaded on my phone on July 26, 2025, the day after I learned about this lawsuit. I have no recollection of downloading or using SMS Backup and Restore. On July 26, 2025, my son-in-law Reuben Ogle

sent me a text message about the app, explaining that it could be used to "print the conversation directly within the app or export it as a PDF and print from there" and providing a step by step guide to export and print a text conversation to PDF. *See* Ex. 91, LW_082857. It is possible a family member downloaded it for me and ran a backup to help me find a way to print my text messages to paper. I do not know how to use or edit a backup file created by the SMS Backup and Restore app. Instead, after I retained counsel, my counsel arranged for the contents of my devices to be extracted by Avansic.

* * * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: Branson, Missouri
October 7, 2026

Larry Wilhite

# EXHIBIT 1

GB00002157

Message

**From**: Rick Silanskas [ricksilanskas@gmail.com]
**Sent**: 11/18/2020 11:19:01 AM
**To**: Larry wilhite [lwilhite@themansiontheatre.com]
**Subject**: TO: Larry Wilhite FROM: Rick Silanskas November 18, 2020/Personal
**Attachments**: RICK SILANSKAS COMP BIO PRO 2020 Ref 950 UPD.pdf

November 18, 2020

TO: Larry Wilhite
FROM: Rick Silanskas
RE: November 18, 2020

Dear Larry,
Thank you for all of your kind words and response over the past months. I am very grateful Larry. I am writing to provide you my updated core bio profile in the hope you may share it with Mr. Bicknell as we hope for a much better and greater future. I would be extremely thankful Larry. I truly believe that there is a very special path ahead and I do not consider our meeting and subsequent discussions a coincidence. From the first discussion I had with Pastor Gary McSpadden, he felt it was crucial that you and I met and I will forever be thankful for that moment.

It is my sincere hope that you will be able to share my history and desire with Mr. Bicknell and please know I will make you very proud.

Thank you so very much Larry. Praying with you every single day.

With gratitude,
*Rick*

# EXHIBIT 2

GB00002149

Message

**From**: Rick Silanskas [ricksilanskas@gmail.com]
**Sent**: 11/23/2020 1:03:39 PM
**To**: Larry wilhite [lwilhite@themansiontheatre.com]
**Subject**: Fwd: TO: Larry Wilhite FROM: Rick Silanskas November 18, 2020/Personal
**Attachments**: RICK SILANSKAS COMP BIO PRO 2020 Ref 950 UPD.pdf; Untitled attachment 00010.htm

Begin forwarded message:

**From:** Rick Silanskas <ricksilanskas@gmail.com>
**Date:** November 18, 2020 at 11:19:01 AM CST
**To:** Larry wilhite <lwilhite@themansiontheatre.com>
**Subject: TO: Larry Wilhite FROM: Rick Silanskas November 18, 2020/Personal**

November 18, 2020

TO: Larry Wilhite
FROM: Rick Silanskas
RE: November 18, 2020

Dear Larry,
Thank you for all of your kind words and response over the past months. I am very grateful Larry. I am writing to provide you my updated core bio profile in the hope you may share it with Mr. Bicknell as we hope for a much better and greater future. I would be extremely thankful Larry. I truly believe that there is a very special path ahead and I do not consider our meeting and subsequent discussions a coincidence. From the first discussion I had with Pastor Gary McSpadden, he felt it was crucial that you and I met and I will forever be thankful for that moment.

It is my sincere hope that you will be able to share my history and desire with Mr. Bicknell and please know I will make you very proud.

Thank you so very much Larry. Praying with you every single day.

With gratitude,
*Rick*

# EXHIBIT 3

GB00139012

Message

**From:** Rick Silanskas [ricksilanskas@gmail.com]
**Sent:** 12/3/2020 12:23:05 PM
**To:** Larry wilhite [lwilhite@themansiontheatre.com]
**Subject:** Fwd: TO: Larry Wilhite FROM: Rick Silanskas November 18, 2020/Personal
**Attachments:** RICK SILANSKAS COMP BIO PRO 2020 Ref 950 UPD.pdf; Untitled attachment 00010.htm

Begin forwarded message:

**From:** Rick Silanskas <ricksilanskas@gmail.com>
**Date:** November 18, 2020 at 11:19:01 AM CST
**To:** Larry wilhite <lwilhite@themansiontheatre.com>
**Subject: TO: Larry Wilhite FROM: Rick Silanskas November 18, 2020/Personal**

November 18, 2020

TO: Larry Wilhite
FROM: Rick Silanskas
RE: November 18, 2020

Dear Larry,
Thank you for all of your kind words and response over the past months. I am very grateful Larry. I am writing to provide you my updated core bio profile in the hope you may share it with Mr. Bicknell as we hope for a much better and greater future. I would be extremely thankful Larry. I truly believe that there is a very special path ahead and I do not consider our meeting and subsequent discussions a coincidence. From the first discussion I had with Pastor Gary McSpadden, he felt it was crucial that you and I met and I will forever be thankful for that moment.

It is my sincere hope that you will be able to share my history and desire with Mr. Bicknell and please know I will make you very proud.

Thank you so very much Larry. Praying with you every single day.

With gratitude,
*Rick*

# EXHIBIT 4

GB00052395–GB00052396

Message

**From**: Rick Silanskas (via Google Drive) [ricksilanskas@gmail.com]
**Sent**: 12/14/2020 2:00:13 PM
**To**: lwilhite@themansiontheatre.com
**Subject**: The American Freedom Suite Landr MASTER.mp3

ricksilanskas@gmail.com has shared the following audio file:

The American Freedom Suite Landr MASTER.mp3

TO: Larry Wilhite FROM: Rick Silanskas RE: AMERICAN FREEDOM SYMPHONY
Dear Larry:
Please find attached the original master recording of the symphony I was honored to compose for President Bush and The Department of Veterans Affairs following 9/11. Please share with Mr. Bicknell if you feel it is helpful. Thank you again Larry.
Blessings,
Rick
Open
ricksilanskas@gmail.com is outside your organization.

Google Drive: Have all your files within reach from any device.
Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

Google

# EXHIBIT 5

GB00138535

Message

**From**: Rick Silanskas [ricksilanskas@gmail.com]
**Sent**: 1/1/2021 1:51:04 PM
**To**: Larry wilhite [lwilhite@themansiontheatre.com]
**Subject**: TO: Larry Wilhite/The Mansion Theatre FROM: Rick Silanskas RE: Updated
**Attachments**: RICK SILANSKAS 2021 BIO PROFILE MASTER A.pdf

January 1, 2021

TO: Larry Wilhite/The Mansion Theatre
FROM: Rick Silanskas
RE: Updated

Dear Larry,
Stephanie and I share our deepest blessings to you and your family as we begin this New Year. There is no doubt we are about to experience a new season of defined blessings as God moves in ways that will confound the wisest person you and I may know.
I have attached my updated 2021 biographical profile for your review and forward to Mr. Bicknell. It is my hope we will be able to work together and complete what is truly before us.
Thank you so much Larry.
Blessings,
*Rick*

# EXHIBIT 6

GB00002141–GB00002142

Message

**From:** Rick Silanskas [ricksilanskas@gmail.com]
**Sent:** 1/8/2021 4:22:08 PM
**To:** Larry wilhite [lwilhite@themansiontheatre.com]
**Subject:** TO: Mr. Larry Wilhite/The Mansion Theatre FROM: Rick Silanskas January 8, 2021
**Attachments:** RICK SILANSKAS 2021 COMP BIO 1821.pdf

January 8, 2021

TO: Mr. Larry Wilhite
The Mansion Theatre

FROM: Rick Silanskas
RE: Summary

Dear Larry:
Thank you so very much for our recent meetings and discussions regarding the future development of The Mansion Theatre. I am very grateful and humbled by your understanding of the goals as we discussed in detail. Ron Logan remains excited and honored.

I am deeply thankful for our relationship and I would be greatly honored to work side by side to accomplish the goals set forth and see The Mansion Theatre truly become a shining light of hope and a re-definition of the family entertainment market not only in Branson, but for the industry. I am very thankful for your faith in me and my gifts.

As requested, I would like to summarize the goals and development for the theatre defining our discussions over the past 12 months. I have attached an additional document updating my core biographical comprehensive profile as requested. This specific document defines my career in detail including all domestic and international family entertainment productions/projects inclusively.

Based upon our detailed discussions, the base goal will be the expanded and defined branding of The Mansion Theatre as a regional family entertainment destination venue without deviation. Within this core definition, the theatre will be recognized as a "center for the performing arts" with an absolute emphasis upon core original and branded family entertainment in addition to theatrical elements, musical elements, and concert events. "The Mansion Theatre For The Performing Arts" will be designed to set a new and powerful standard not only within the local Branson specific market, but throughout the region as we discussed in detail as it relates to my core relationships within the industry in conjunction with newly developed corporate relationships, sponsorships and branding elements.

In addition, expanded exposure will explore specific and wide reaching media opportunities including the development of original musical event television syndication to insure optimum impact and brand definition. These opportunities include proposed relationships with PBS National Television for a series of television "events" domestically and international/regional syndication efforts emanating from the theatre.

As we discussed in our most recent meeting, timing is now critical as we prepare for the re-emergence of the market.

Elemental Development
The Mansion Theatre For The Performing Arts:

(1) Expanded theatre definition and brand expansion preparation to define as a regional "destination" theatrical venue without deviation.
(2) Core elemental brand diffusion preparation and development/hard elements (signage, local/regional infusion)
(3) Internal and external brand definition inclusive of expanded social media/marketing elements/corporate partnerships/sponsorships
(4) Original production development/creative base platform
(5) Theatre "Premiere" event development as previously planned inclusive of Disney Legend Musical Celebration/Ron Logan/Beauty and The Beast/Little Mermaid/Illuminations EPCOT
(6) Special Event status event development and preparation/research
(7) Next phase "original" family productions
(8) Relational and corporate "family productions" inclusive of family theatrical (Disney/Warnet/Sony/Dreamworks).
(9) High profile concert event development thematically based
(10) "Mansion" Exclusive event development within the "performing arts" realm with defined regional appeal.
(11) "Hall of Honor" Theatrical tribute development and expansion (Ron Logan Disney Legend/Disney Theatrical)
(12) Special event development for theatrical and musical community regionally

These elements represent the core elemental efforts required to insure the best possible impact and success and timing is crucial as we now have a much clearer view of 2021.

In addition to the development as described, I would be honored to share my gifts and talents within all needed areas to optimize our relationship and success together.

Respectfully,
*RICK SILANSKAS*

# EXHIBIT 7

GB00137682–GB00137683

Message

**From:** Rick Silanskas [ricksilanskas@gmail.com]
**Sent:** 1/8/2021 6:49:08 PM
**To:** Larry wilhite [lwilhite@themansiontheatre.com]
**Subject:** Fwd: TO: Mr. Larry Wilhite/The Mansion Theatre FROM: Rick Silanskas January 8, 2021
**Attachments:** RICK SILANSKAS 2021 COMP BIO 1821.pdf; Untitled attachment 00006.htm

Begin forwarded message:

**From:** Rick Silanskas <ricksilanskas@gmail.com>
**Date:** January 8, 2021 at 4:22:08 PM CST
**To:** Larry wilhite <lwilhite@themansiontheatre.com>
**Subject: TO: Mr. Larry Wilhite/The Mansion Theatre FROM: Rick Silanskas January 8, 2021**

January 8, 2021

TO: Mr. Larry Wilhite
The Mansion Theatre

FROM: Rick Silanskas
RE: Summary

Dear Larry:
Thank you so very much for our recent meetings and discussions regarding the future development of The Mansion Theatre. I am very grateful and humbled by your understanding of the goals as we discussed in detail. Ron Logan remains excited and honored.

I am deeply thankful for our relationship and I would be greatly honored to work side by side to accomplish the goals set forth and see The Mansion Theatre truly become a shining light of hope and a re-definition of the family entertainment market not only in Branson, but for the industry. I am very thankful for your faith in me and my gifts.

As requested, I would like to summarize the goals and development for the theatre defining our discussions over the past 12 months. I have attached an additional document updating my core biographical comprehensive profile as requested. This specific document defines my career in detail including all domestic and international family entertainment productions/projects inclusively.

Based upon our detailed discussions, the base goal will be the expanded and defined branding of The Mansion Theatre as a regional family entertainment destination venue without deviation. Within this core definition, the theatre will be recognized as a "center for the performing arts" with an absolute emphasis upon core original and branded family entertainment in addition to theatrical elements, musical elements, and concert events. "The Mansion Theatre For The Performing Arts" will be designed to set a new and powerful standard not only within the local Branson specific market, but

throughout the region as we discussed in detail as it relates to my core relationships within the industry in conjunction with newly developed corporate relationships, sponsorships and branding elements.

In addition, expanded exposure will explore specific and wide reaching media opportunities including the development of original musical event television syndication to insure optimum impact and brand definition. These opportunities include proposed relationships with PBS National Television for a series of television "events" domestically and international/regional syndication efforts emanating from the theatre.

As we discussed in our most recent meeting, timing is now critical as we prepare for the re-emergence of the market.

Elemental Development
The Mansion Theatre For The Performing Arts:

(1) Expanded theatre definition and brand expansion preparation to define as a regional "destination" theatrical venue without deviation.
(2) Core elemental brand diffusion preparation and development/hard elements (signage, local/regional infusion)
(3) Internal and external brand definition inclusive of expanded social media/marketing elements/corporate partnerships/sponsorships
(4) Original production development/creative base platform
(5) Theatre "Premiere" event development as previously planned inclusive of Disney Legend Musical Celebration/Ron Logan/Beauty and The Beast/Little Mermaid/Illuminations EPCOT
(6) Special Event status event development and preparation/research
(7) Next phase "original" family productions
(8) Relational and corporate "family productions" inclusive of family theatrical (Disney/Warnet/Sony/Dreamworks).
(9) High profile concert event development thematically based
(10) "Mansion" Exclusive event development within the "performing arts" realm with defined regional appeal.
(11) "Hall of Honor" Theatrical tribute development and expansion (Ron Logan Disney Legend/Disney Theatrical)
(12) Special event development for theatrical and musical community regionally

These elements represent the core elemental efforts required to insure the best possible impact and success and timing is crucial as we now have a much clearer view of 2021.

In addition to the development as described, I would be honored to share my gifts and talents within all needed areas to optimize our relationship and success together.

Respectfully,
*RICK SILANSKAS*

# EXHIBIT 8

GB00141155

Message

**From:** Rick Silanskas [ricksilanskas@gmail.com]
**Sent:** 1/18/2021 1:03:55 PM
**To:** Larry wilhite [lwilhite@themansiontheatre.com]
**Subject:** TO: Larry Wilhite/The Mansion Theatre FROM: Rick Silanskas January 18, 2021

January 18, 2021

TO: Larry Wilhite/The Mansion Theatre
FROM: Rick Silanskas
RE: Video Demo

Dear Larry,
I apologize for the delay. Please find attached the download link to share with Mr. Bicknell. It is a short compilation from the symphony I was honored to compose and produce following 9/11 for President Bush and The Department of Veterans Affairs. The live television event was seen worldwide by our troops via The Armed Forces Television Network and syndicated nationwide.

Thank you so much Larry.

Blessings,
*Rick*

AMERICA HOME OF THE BRAVE WORLD TELEVISION SPEC...

# EXHIBIT 9

GB00002148

Message

**From**: lwilhite@themansiontheatre.com [lwilhite@themansiontheatre.com]
**Sent**: 1/18/2021 1:46:57 PM
**To**: 'Gene Bicknell' [gene.bicknell@marinerwealth.com]
**Subject**: FW: Larry Wilhite/The Mansion Theatre FROM: Rick Silanskas January 18, 2021

Gene...this is some of the work Rick has done. Rick is the gentleman I was talking about. We had met and started working on producing the Disney production along with other concepts and ideas last year. We met a week ago and again discussed the endeavor along with other ideas. I will send you his resume in another email.
When you have some time would you mind to look it over and give me your thoughts?
Larry

**From:** Rick Silanskas <ricksilanskas@gmail.com>
**Sent:** Monday, January 18, 2021 1:04 PM
**To:** Larry wilhite <lwilhite@themansiontheatre.com>
**Subject:** TO: Larry Wilhite/The Mansion Theatre FROM: Rick Silanskas January 18, 2021

January 18, 2021

TO: Larry Wilhite/The Mansion Theatre
FROM: Rick Silanskas
RE: Video Demo

Dear Larry,
I apologize for the delay. Please find attached the download link to share with Mr. Bicknell. It is a short compilation from the symphony I was honored to compose and produce following 9/11 for President Bush and The Department of Veterans Affairs. The live television event was seen worldwide by our troops via The Armed Forces Television Network and syndicated nationwide.

Thank you so much Larry.

Blessings,
*Rick*

AMERICA HOME OF THE BRAVE WORLD TELEVISION SPEC... 

# EXHIBIT 10

GB00002205–GB00002211

Message

**From:** lwilhite@themansiontheatre.com [lwilhite@themansiontheatre.com]
**Sent:** 1/18/2021 1:50:00 PM
**To:** 'Gene Bicknell' [gene.bicknell@marinerwealth.com]
**Subject:** FW: Mr. Larry Wilhite/The Mansion Theatre FROM: Rick Silanskas January 8, 2021
**Attachments:** RICK SILANSKAS 2021 COMP BIO 1821.pdf

Attached is Rick's Bio and below is some thoughts we discussed.

**From:** Rick Silanskas <ricksilanskas@gmail.com>
**Sent:** Friday, January 8, 2021 4:22 PM
**To:** Larry wilhite <lwilhite@themansiontheatre.com>
**Subject:** TO: Mr. Larry Wilhite/The Mansion Theatre FROM: Rick Silanskas January 8, 2021

January 8, 2021

TO: Mr. Larry Wilhite
The Mansion Theatre

FROM: Rick Silanskas
RE: Summary

Dear Larry:
Thank you so very much for our recent meetings and discussions regarding the future development of The Mansion Theatre. I am very grateful and humbled by your understanding of the goals as we discussed in detail. Ron Logan remains excited and honored.

I am deeply thankful for our relationship and I would be greatly honored to work side by side to accomplish the goals set forth and see The Mansion Theatre truly become a shining light of hope and a re-definition of the family entertainment market not only in Branson, but for the industry. I am very thankful for your faith in me and my gifts.

As requested, I would like to summarize the goals and development for the theatre defining our discussions over the past 12 months. I have attached an additional document updating my core biographical comprehensive profile as requested. This specific document defines my career in detail including all domestic and international family entertainment productions/projects inclusively.

Based upon our detailed discussions, the base goal will be the expanded and defined branding of The Mansion Theatre as a regional family entertainment destination venue without deviation. Within this core definition, the theatre will be recognized as a "center for the performing arts" with an absolute emphasis upon core original and branded family entertainment in addition to theatrical elements, musical elements, and concert events. "The Mansion Theatre For The Performing Arts" will be designed to set a new and powerful standard not only within the local Branson specific market, but throughout the region as we discussed in detail as it relates to my core relationships within the industry in conjunction with newly developed corporate relationships, sponsorships and branding elements.

In addition, expanded exposure will explore specific and wide reaching media opportunities including the development of original musical event television syndication to insure optimum impact and brand

definition. These opportunities include proposed relationships with PBS National Television for a series of television "events" domestically and international/regional syndication efforts emanating from the theatre.

As we discussed in our most recent meeting, timing is now critical as we prepare for the re-emergence of the market.

Elemental Development
The Mansion Theatre For The Performing Arts:

(1) Expanded theatre definition and brand expansion preparation to define as a regional "destination" theatrical venue without deviation.
(2) Core elemental brand diffusion preparation and development/hard elements (signage, local/regional infusion)
(3) Internal and external brand definition inclusive of expanded social media/marketing elements/corporate partnerships/sponsorships
(4) Original production development/creative base platform
(5) Theatre "Premiere" event development as previously planned inclusive of Disney Legend Musical Celebration/Ron Logan/Beauty and The Beast/Little Mermaid/Illuminations EPCOT
(6) Special Event status event development and preparation/research
(7) Next phase "original" family productions
(8) Relational and corporate "family productions" inclusive of family theatrical (Disney/Warnet/Sony/Dreamworks).
(9) High profile concert event development thematically based
(10) "Mansion" Exclusive event development within the "performing arts" realm with defined regional appeal.
(11) "Hall of Honor" Theatrical tribute development and expansion (Ron Logan Disney Legend/Disney Theatrical)
(12) Special event development for theatrical and musical community regionally

These elements represent the core elemental efforts required to insure the best possible impact and success and timing is crucial as we now have a much clearer view of 2021.

In addition to the development as described, I would be honored to share my gifts and talents within all needed areas to optimize our relationship and success together.

Respectfully,
*RICK SILANSKAS*

# RICK SILANSKAS
# COMPREHENSIVE BIOGRAPHICAL PROFILE
# 2021

## PROFILE

My career has spanned more than 39 years within the creative industry specializing in:

Corporate branding, Branding strategy, Marketing and Development/Management, Theme Park Creative Development under Vice-President Entertainment Disney Worldwide and Disney Legend Ron Logan, Family Entertainment Film/Television and Theatrical Producer/Director, Animation Producer/Development, Theme Park Production/Development, Music Industry, Motion Picture Composer, Television Composer, Pyrotechnic Symphony Producer, Animation Music Producer, Performer, Executive Management/Development, Executive Producer.

I have been recognized for my work domestically and internationally and have been honored by my original productions being presented to PRESIDENT BUSH, THE DEPARTMENT OF VETERANS AFFAIRS and THE ROYAL FAMILY BUCKINGHAM PALACE, UK., AWARD WINNING ORIGINAL MUSICAL SPECIAL (Rick Silanskas Live From Hard Rock Live Theatre) FOR BRAVO INTERNATIONAL TELEVISION NETWORK AIRED IN 23 COUNTRIES.

I am honored to sit on the Executive Advisory Board/Rosen College Entertainment Management/University of Central Florida with Mr. Ron Logan and a distinguished team of entertainment industry leaders.

As a live Producer, I have created and produced expansive original musical and live theatrical productions including exclusive events for COX BROADCASTING, CELEBRATE AMERICA, WINTER WONDERLAND, INTERNATIONAL FESTIVAL, WELCOME HOME FOR TROOPS FROM DESERT STORM, GREAT AMERICAN SOCK HOP, THE GOLDEN SYMPHONY.

# CAREER EXPERIENCE MARKETING, BRANDING, MEDIA AND THEATRICAL

CORPORATE MANAGEMENT/DEVELOPMENT

DVC Executive Management Development Core Branding/Marketing Creative Development/Execution Producer/Creator Original Symphonic Theatrical Musical Production/Original Scores/Live Theatrical Musical Production Corporate branding and community development (Walt Disney Company, Corporate Domestic Toyota, Vista)

Creative/brand development attractions/productions/integration Development CGI Internationally Award-Winning animation productions Live Theatrical Creative Development/Production Pyrotechnic Symphonic Productions/Creative/Development 1990-Present

CREATIVE DEVELOPMENT/CHINA Specific core brand and creative development for primary corporate entity Elion Beijing, China Theme Park/Entertainment District

CREATIVE DEVELOPMENT/MONGOLIA Specific core brand and creative development for Elion Ordos Region/Theme Park Entertainment

INTERNATIONAL CREATIVE CONSULTANT DEVELOPMENT CHINA Beijing, China corporate Sun Do Corporation Theme Park/Entertainment

PROPRIETARTY CGI ANIMATION EXECUTIVE PRODUCER/MUSICAL COMPOSER Executive Producer/Creative Internationally Award-Winning CGI Animation Short Form

CORPORATE LIVE EVENT CREATIVE DEVELOPMENT/MUSICAL DEVELOPMENT/PRODUCTION COX BROADCASTING Executive Producer/Creative Cox Broadcasting theatrical spectaculars inclusive of Winter Wonderland, Celebrate America, Welcome Troops from Desert Storm

REGIONAL/NATIONAL ADVERTISING PRODUCTION/MUSICAL NATIONAL JINGLE PRODUCTION, BRAND MARKETING AND DEVELOPMENT Corporate clients domestically

ESPN NETWORK SPORTS Producer/Director

CBS TELEVISION AFFILIATE/MARYLAND Promotion and Marketing Director

## AWARDS MEDIA, THEATRICAL AND MUSICAL

NATIONAL TELLY BEST ORIGINAL MUSICAL SCORE Original Documentary for Walt Disney Creative Entertainment

NATIONAL TELLY MUSICAL TELEVISION SPECIAL Worldwide Television Special and Original Musical Score for “The American Freedom Suite” original symphonic composition for President Bush and The Department of Veterans Affairs/Armed Forces Television Network. December 2001

NATIONAL TELLY BEST ORGINAL SCORE Original Development for Tre-Vista Films

NATIONAL TELLY BEST ORIGINAL SCORE Original Motion Picture Score “Third on a Match”

BEST ORIGINAL SCORE/TELLY Motion Picture “Hoover” starring Academy Award Winner Ernest Borgnine/Universal Studios

WORLD WIDE MUSICAL EVENT TELEVISION SPECIAL/HARD ROCK UNIVERSAL STUDIOS THEATRE Bravo International Television Network for “Rick Silanskas In Concert” ranked #2 for ratings period in 23 countries

PRESIDENTIAL ARCHIVES WASHINGTON, DC ORIGINAL SYMPHONY “American Freedom Suite” Original symphony composition/production presented to President Bush May 2002/Presidential Archives/Department of Veterans Affairs/Pentagon

OFFICIAL INTERNATIONAL MUSICAL GIFT UK Presented original music compilation for The Royal Family at Buckingham Palace, UK

WORLDWIDE PERFORMING ARTIST Endorsed by Bosendorfer Austria

## INDUSTRY CREDITS INCLUDE

UNSUNG HERO Executive Producer award winning original animated short feature film

HOOKED Executive Producer original animated short feature film

THE MAGIC OF SPLENDID CHINA Original Musical Score Pyrotechnic Symphony

ONE HORSE Executive Producer documentary

HEARTBREAK Executive Producer feature film live action

HOLLYWOOD CHRISTMAS PARADE Special guest world musical artist

ARABIAN NIGHTS Original theatrical score/theatrical production

MIRACLE IN THE SKY Original Musical Score and Production Pyrotechnic Symphony

CELEBRATE AMERICA Executive Producer live theatrical production/pyrotechnic symphony

## CORPORATE/PERSONAL REFERENCE:

Mr. Ron Logan Executive Vice President Entertainment Worldwide Emeritus Walt Disney Company/Walt Disney Entertainment, Founder and First President of Disney Theatrical Broadway (Beauty and The Beast, Lion King) and Disney Legend Inductee 2007.

Contact:

Rick Silanskas

ricksilanskas@gmail.com

(352) 205-5131

# EXHIBIT 11

LW_024369–LW_024371

**From:** Rick Silanskas <rsilanskas@themansiontheatre.com>
**To:** Larry wilhite <lwilhite@themansiontheatre.com>
**Subject:** MARKETWATCH NEWS MANSION 1-13-22
**Date:** Thu, 13 Jan 2022 16:08:46 -0600
**Importance:** Normal
**Attachments:** MarketWatch_Press_Release_1-13-2022.pdf; Untitled_attachment_20376.txt

---

MarketWatch

Press Release

# Mansion Entertainment Group Unveils Major Film, Television, Animation and Music Expansion in Missouri

Published: Jan. 13, 2022 at 8:30 a.m. ET

## Plans Announced For Major Film Studio Development

*The MarketWatch News Department was not involved in the creation of this content.*

BRANSON, Mo., (BUSINESS WIRE) -- Today marks a major milestone for the future of the film and television industry in Missouri.

This morning, corporate representatives have unveiled the major expansion of the entertainment brand that was born with creation of the iconic “Mansion Theatre” in Branson, Missouri nearly 30 years ago.

Now recognized as “The Mansion Theatre For The Performing Arts”, this historic 3000 seat venue is the home for an array of world class entertainment and an expanded line-up from the world of music to Broadway, defining the Mid West’s Premiere Performing Arts Center and the core of the Mansion Entertainment Group.

Mansion Entertainment Group now encompasses a well defined brand of creative production entities strategically designed to create, produce original content and provide production tech and studio facilities to the industry.

This includes, "Mansion Animation" with teams in Missouri and Europe. The original CGI animation arm is currently in production on a new animated film which will premiere in major film festivals worldwide later this year and is in pre-development for a full length animated musical motion picture.

"Mansion Sound" opening in late Spring 2022 in Branson, Missouri features unique audio production and post production studios for motion pictures/television and music. The new state of the art custom made equipment exclusive to Mansion Sound is currently not available anywhere else in the world making the facility a one-of-a kind destination for the industry.

"Mansion Film and Television" is currently in pre-production for a major world-class musical concert experience which will emanate from "The Mansion Theatre For The Performing Arts" in Branson, featuring a myriad of special musical guests from the world of Broadway, Rock, Country, Gospel and more and a full symphony orchestra. The unique televised special will be syndicated domestically and internationally as a musical gift to the world from the Mansion.

Plans were also announced today for the development of "Mansion Studios" to be located on several hundred acres in Southwest Missouri. The state of the art classically designed motion picture and television studio complex will feature multiple soundstages from 48,000 square feet to 18,000 square feet, expansive motion picture mixing stage for full orchestra, vfx and animation production, full production/post production office centers, multiple mill/flex/construction facilities, full support vendor space, producer cabins and bungalows, classic studio commissary, expansive motion picture screening theatre, backlot locations (suburban, city-scape, western, residential) and full producer amenities.

"Mansion Studios" will also feature a studio tour/attraction allowing guests to experience movie making magic and celebrate the history of motion pictures up close and personal with unique and exciting immersive fun for the entire family.

www.themansiontheatre.com
View source version on
businesswire.com: https://www.businesswire.com/news/home/20220113005179/en/
SOURCE: Mansion Entertainment Group

Kristy Adams, (417) 337-7845

# EXHIBIT 12

GB00128833–GB00128834

Message

**From:** Gene Bicknell [gene.bicknell@marinerwealth.com]
**Sent:** 1/8/2022 10:57:44 AM
**To:** Larry Wilhite [lwilhite@themansiontheatre.com]; Rick Silanskas [rsilanskas@themansiontheatre.com]
**Subject:** Fwd: Potential NE Oklahoma Studio

FYI

Sent from my iPhone

Begin forwarded message:

**From:** Gene Bicknell <gene.bicknell@marinerwealth.com>
**Date:** January 8, 2022 at 11:55:40 AM EST
**To:** Brent Kisling <Brent.Kisling@okcommerce.gov>
**Cc:** Tava Sofsky <Tava.Sofsky@okcommerce.gov>, Jennifer Springer <Jennifer.Springer@okcommerce.gov>
**Subject: Re: Potential NE Oklahoma Studio**

I was born in Picher to a mining family. So Okla is a special place to me. Mickey Mantle Steve and Tinker Owens and many of us grew up in the chat piles. I have the top performing Arts center in Branson. Work with Disney and broadway shows. Just got the largest studio sound board in the world from the UK. Installing it now. This will allow post production on Videos. Our plans are to build some Sound stages to produce film, as you are doing in Okla now. The demand for film is at an all time high. I need the state to have some land (200) acres to build on. We will clear the land and build. I'm looking at land around Peoria or across from the Downstream Casino. Their hotels could house our out of town crews and support teams. Branson is an hour away from that location so Okla or Arkansas are close. Mo Governor hasn't given me the courtesy of a call so that's why I'm looking elsewhere. You have legislation in place with incentives we need. Good for Okla that you "get it". My background is knowledge in film, music and Writing I would like to get the land from you and I'll clear it off for building. Mostly timber land. I salute you for being progressive. Thanks Brent for this communication. Sincerely. Gene

Sent from my iPhone

On Jan 8, 2022, at 11:29 AM, Brent Kisling <Brent.Kisling@okcommerce.gov> wrote:

Mr. Bicknell,

It was truly an honor to speak to you this week. I am so glad Governor Stitt connected us.

Now, I would like to connect you to Tava Sofsky. Tava is the Director for the Oklahoma Film Office here at the Dept of Commerce and will serve as your single point of contact as you consider a decision to invest in a studio in NE Oklahoma. I am also including Jennifer Springer on this note since she is our Business Development Director. I want to make sure she is in the loop.

Tava, Mr. Bicknell lives in Florida but is from Kansas and has significant investments in the Branson area. He is looking for 200 acres in the NE part of Oklahoma to place a new production studio that will support his efforts in Branson. I would like for you to work with him to identify exactly what he needs and then work with community leaders in the region to help him identify potential sites.

I stand ready to jump in and assist at any time, but you are in good hands with Tava. I look forward to meeting you and I am so thankful you are considering an investment in our state.

Brent Kisling

Executive Director

Oklahoma Department of Commerce

# EXHIBIT 13

GB00402203–GB00402208

Message

**From**: Gene Bicknell [gene.bicknell@marinerwealth.com]
**Sent**: 1/25/2022 9:05:08 AM
**To**: Tava Sofsky [Tava.Sofsky@okcommerce.gov]
**Subject**: Re: [EXTERNAL] Re: 200 Acres in NE Oklahoma - Intake Form

Thanks Tava. I'm sorry I forgot your background. I of course can't confirm our employment. I feel that your numbers and payroll are an easy goal, and that seems like an easy commitment, that number would be blown away when we were in operation. Animation alone could beat that number. I am just a person who's word is his bond. My dad always said your word is better than a contract that can be challenged. I do not want to give you a number because Many people will tell you what they want to do without caring as long as they get what they want. You know the business and I feel like Okla can be one of the film capitals in the world. Some film will be shot on location, but the permanent people will still be Okla residents or work out of our operation. I can honestly say that it's going to have a good economic effect for Okla. Taxes are the reward and business is bringing more people to the state. We are installing the new sound board and started animation through Spain illustrators. We will have the biggest and best sound In The world by spring. The benefits from a Okla makes it a win-win. You and I have to meet sometime and tell me about your time in LA. I had a home there for 25 years. Studio City. God be with you. Gene

Sent from my iPhone

On Jan 25, 2022, at 9:36 AM, Tava Sofsky <Tava.Sofsky@okcommerce.gov> wrote:

Dear Mr. Bicknell,

Thank you for your prompt feedback - - I appreciate your thorough notes below and understand your ideal location.

The initial investment of $20 million is helpful and regarding the kind of work and well-paying jobs, I 100% understand the film and television industry. I left Oklahoma after college and worked in Los Angeles for over 15 years in the business working on major motion pictures. While I spent most of my time "on location" around the country - - I most certainly understand and know the film industry like backwards and forwards. Matter of fact, it is the only industry that I've known during my entire professional career until I returned home after 20 years and found this position as our state film commissioner in 2014. In this role, I get to help create a healthy environment for small businesses and our film industry professionals around the state to live, work and create here in Oklahoma.

With our film office being under the Oklahoma Department of Commerce, we know get to play a role to recruit businesses like yours, so your timing is perfect to want to invest and build a major production studio here!

To answer your direct question about the state having land in NE Oklahoma to provide as a gift, at this time, our agency works closely with economic developers statewide in locating properties for investments and developments. If you would allow our team to send an RFP out, as we normally would, to a hand full of our regional partners in the NE corner of the state - - we hope to identify the acreage you desire and someone willing to work with us. Also note, anything we do on your behalf remains **<u>confidential</u>** so only our internal team will know about you and your company.

We can begin the official process with an investment of $20 million and if you have any ball park on annual average wages x a rough estimates on number of permanent jobs for Year 1, Year 2 and Year 3, we can start with that, understanding that you will have gig-workers on various film and TV projects coming and going.

Am I safe to say 10 permanent jobs in Year 1? 25 in Year 2 and 50 in Year 3?
All with average wages of approximately $45,000-$55,000 in range?

Any additional information will be helpful to get started! Thank you again in advance and I, too, pray you're staying well in the world.

Tava

Tava Maloy Sofsky
Director
Oklahoma Film + Music Office
A division of the Oklahoma Department of Commerce

T: 800-766-3456
C: 405-501-4513
E: Tava.Sofsky@okcommerce.gov
W: **www.okfilmmusic.org**

OKLAHOMA
Film + Music

@OKFILMI
#OKIEFILM | #OKIEI




On Jan 24, 2022, at 8:36 AM, Gene Bicknell <gene.bicknell@marinerwealth.com> wrote:

Tava. I am interested in the NE corner closer to Downstream casino and close to Mo line. My total investment will be around the $20mil range inthe beginning. No problem if it goes well to increase beyond and the more we succeed the more we invest  I have invested more than that in Branson. We have the ability to do whatever we want and let the economy guide us. I have invested in several projects that go into $100mil. Jobs: construction jobs of course and crews and support for film productions employment crews actors support people. Sound, sets,  producing supporters, and permanent company personnel. Animation people staff etc. it's not like other business. Busy when filming and staff people when not. Post production. You have to understand making videos. It's not like manufacturing specific products. I've developed several businesses in my career and I could tell you the exact amount of employees because of stability. Disney and other film companies grew and we will too. It may be a continual increase in employees. Talk to some of your people producing film in Okla. That will give you an idea. Most of the jobs pay well. I will hope to be more in the area close to Inter. 44. Hope this helps. Guess the state doesn't own any land in the NE. Don't want this released to the public any more than possible. They are pressing my associates in Mo to know where we're possibly doing this. They want to have holdings close for development. Okla can be the new LA for film. Pray you're well and staying away from Covid. Blessings. Gene

Sent from my iPhone

On Jan 24, 2022, at 8:25 AM, Tava Sofsky <Tava.Sofsky@okcommerce.gov> wrote:

Dear Mr. Bicknell,

I hope you're doing well. I'd like to circle back with you and let you know that I've spoken to a few economic developers in the NE region that you're interested in developing for Mansion Studios and have received positive interest of support from communities such as Miami and Okarche, for example. These communities, among others in the region, have strong interest in the arts and entertainment industries and welcome the opportunity to are confident they can find the land you're wanting however, the economic developers have asked for the same information I previously requested.

By knowing what your projections are to invest and build Mansion Studios in Oklahoma will enable us to be able to do a thorough due-diligence in search of the acreage you're seeking. Please provide the following information:

1. Estimated total investment (development of land, construction and expansive studio phases)
2. Estimated total number of jobs between year 1 through year 5
3. Estimated average wages for those jobs
4. In addition to Miami, we can also extend the search into communities such as Okarche, Bartlesville, Nowata, Tulsa and Okmulgee but are a little further from the tri-border and Branson, MO. Are there any of these cities that are too far for you?

Please let me know if you're able to provide me with the above information, which I can also pass forward to the economic developers in NE Oklahoma as soon as possible.

Kindly,
Tava

Tava Maloy Sofsky
Director
Oklahoma Film + Music Office
A division of the Oklahoma Department of Commerce

T: 800-766-3456
C: 405-501-4513
E: Tava.Sofsky@okcommerce.gov
W: **www.okfilmmusic.org**

On Jan 13, 2022, at 4:16 PM, Tava Sofsky <Tava.Sofsky@okcommerce.gov> wrote:

Yes sir. We are on the search for the acreage but this will take some time. Thanks for your patience.

On Jan 13, 2022, at 4:12 PM, Gene Bicknell <gene.bicknell@marinerwealth.com> wrote:

Tava. I need to know if land is available before k fill out the forms.

Sent from my iPhone

On Jan 13, 2022, at 5:11 PM, Gene Bicknell <gene.bicknell@marinerwealth.com> wrote:

Sent from my iPhone

On Jan 13, 2022, at 5:05 PM, Tava Sofsky <Tava.Sofsky@okcommerce.gov> wrote:

Dear Mr. Bicknell,

It was great to speak to you Tuesday evening. As promised, please find attached an intake form, which most of it is filled out based on our call. The information provided is what I will use internally use to begin your site search. Please fill in any blanks as much as you can and return to me. In the meantime, we have begun our search for some acreage in the area you desire. Let me know if you have questions.

OF+MO, T. Sofsky, Internal Intake Form As Of 1/12/2022

| ***Company Details** | **Data and Specifications** | **Additional Notes:** |
|---|---|---|
| Company Name/Profile | Mansion Studios | ***Company details** are for internal purposes only for Commerce to run an incentive analysis, as well as preparing Briefings for state leadership.<br><br>NAICS Codes:<br>To be determined |
| Total Investment Years 1-5 | Yr 1: | |
| Total # of Jobs Years 1-5 | Yr 1:<br>Yr 2:<br>Yr 3:<br>Yr 4:<br>Yr: 5: | |
| Annual average wages Years 1-5 | Yr 1:<br>Yr 2-3:<br>Yr 4-5: | |
| ////////////////////// | /////////////////////// | ///////////////////////////////////////////// |
| **Site Selection RFP Info:** | | |
| Project Code Name | To be determined | |

| | | |
|---|---|---|
| Due Date | | |
| Industry | Film + Music + Entertainment | |
| Description | Film Production Studio with multiple sound stages | Per attached Press Released from Mr. Bicknell dated 1/13/22. |
| Geographical Preference | Within 10-mile radius of 3-point borderline @OK/KS/MI near Downstream Casinos (Small town nearby, Peoria) | Per GB/TS conversation 1/11/22 |
| Project Manager | Tava Sofsky | OK Film + Music / COMMERCE |
| Site Type (Greenfield only or Building or both) | Greenfield | Building on 1-2 acres, preferably, up to 5 acres acceptable |
| Est. Acreage (Range) | 200 acres | 200 acres |
| Acreage Special Features (Water, etc.) | Basic | Client believes there is wooded and rocky land in that NE area - described above/geographical preference - so he expects to invest in clearing land to make it buildable. |
| Building Size (Range) | Not applicable | Client will build infrastructure. |
| Building or Infrastructure Special Amenities (Ceiling Height, columns, climate controlled, etc.) | Not applicable applicable | Client will build infrastructure. |
| Electric | Standard | Standard or List Specs Here |
| Natural Gas | Standard | Standard or List Specs Here |
| Water | Standard | Standard or List Specs Here |
| Wastewater | Standard | Standard or List Specs Here |
| Interstate/Hwy | N/A | Standard or List Specs Here |
| Rail Access | N/A | Standard or List Specs Here |
| Port Access | N/A | Standard or List Specs Here |
| FDI | N/A | Standard or List Specs Here |
| Internet / Fiber | Fiber Network | Standard or List Specs Here |
| Additional Info | Top 5 Criteria (Must-Haves): | Add any additional information here you want the local eco dev offices to know about your property and/or vision. |
| | | |
| | | |

Best regards,

TMS

Tava Maloy Sofsky
Director
Oklahoma Film + Music Office
A division of the Oklahoma Department of Commerce

T: 800-766-3456
C: 405-501-4513
E: Tava.Sofsky@okcommerce.gov
W: **www.okfilmmusic.org**

# EXHIBIT 14

JW_023909

# Document Produced in Native Format

| Source | Title | Body | Creation | Attachments | Modification | Position | Address |
|---|---|---|---|---|---|---|---|
| Samsung Notes | For my Attorney | ????REDACTED???? | 2025-07-29T21:13:29.167+00:00 | | 2025-07-29T22:00:56.707+00:00 | | |
| Samsung Notes | For My Attorney | ????REDACTED???? | 2025-07-27T23:30:11.431+00:00 | | 2025-07-29T22:01:39.414+00:00 | | |
| Samsung Notes | For My Attorney | ????REDACTED???? | 2025-07-17T05:48:29.084+00:00 | | 2025-07-30T14:21:11.851+00:00 | | |
| Samsung Notes | December 1 2024 | TODAYS WORD-"Fear Not: Trusting God Through the Storm"<br><br>"Cast all your anxiety on Him because He cares for you." – 1 Peter 5:7<br><br>Beloved, you live in a world where fear and worry seem to have the upper hand.<br><br>Uncertainty clouds your paths, and your personal struggles sometimes threaten to overwhelm you.<br><br>But the Holy Spirit reminds you of a timeless truth: God is with you!<br><br>In this hour, you will learn how to release all your fears and worries unto God, trusting Him to transform what you perceive as catastrophes into divine new beginnings!<br><br>The Bible doesn't say, "Cast some of your cares," or "Cast only the small worries." No, it says, "Cast all your anxiety on Him because He cares for you." (1 Peter 5:7).<br><br>God is not burdened by the weight of your concerns—He is honored when you trust Him with them!<br><br>Imagine carrying a heavy load uphill.<br><br>How foolish would it be to keep the load when someone stronger offers to carry it?<br><br>That is what God does! | 2024-12-01T23:13:22.666+00:00 | | 2024-12-01T23:22:10.168+00:00 | | |

| Source | Title | Body | Creation | Attachments | Modification | Position | Address |
|---|---|---|---|---|---|---|---|
| | | God has been preparing this moment for a long time!!!!!!<br><br>Remember....What looks like a miracle in the moment is a sustained movement of God over a long time!! | | | | | |
| Samsung Notes | DEVO Feb 8, 2022 | TODAYS WORDEach word delivered to you must be taken very seriously as the road you are walking is one few will ever tread. Your obedience and action without delay will define a new generation. Heed these words. The determination to finish what each of you have started is critical to see the crucial progress required for completion of this world changing plan God has conceived within each of you. If each of you really want to fulfill the vision you have been given, you cannot enthusiastically start and then give up halfway through or slow down in any way whatsoever. In fact, it is quite the contrary. You must be accelerating more each day for time is of the essence. These are not idle words. In the verse [2 Timothy 4:7], we see Paul declaring that he has finished the race. On the cross, we see Jesus declaring that it is finished [John 19:30].?Some reasons why we may not complete what we begin could be the following:– We allow ourselves to be distracted?– We live in a mindset of constant calculations and reasons why we can't rather than why we can. ?– We are lazy or become lethargic thus procrastinating more each day. Or we look for reasons to pause. ?– We get discouraged due to obstacles?– We do not manage time wiselyWe will not be remembered by how well we began but by how well we finish most assuredly in this journey that each of you are now embarked upon. Gaze very carefully upon these examples of those who did not allow anything to stop or deter exactly what God revealed. God gave Noah the exceptionally large task of building an ark to withstand a global flood. Many biblical scholars believe that it could have taken Noah up to 75 years to build the ark. Nevertheless, he proceeded, and he finished!!!"Build a large boat from cypress wood and waterproof it with tar, inside and out. Then construct decks and stalls throughout its interior. Make the boat 450 feet long, 75 feet wide, and 45 feet high. Leave an 18-inch opening below the roof all the way around the boat. Put the door on the side, and build three decks inside the boat—lower, middle, and upper."Look! I am about to cover the earth with a flood that will destroy every living thing that breathes. Everything on earth will die. But I will confirm my covenant with you. So enter the boat—you and your wife and your sons and their wives. Bring a pair of every kind of animal—a male and a female—into the boat with you to keep them alive during the flood. Pairs of every kind of bird, and every kind of animal, and every kind of small animal that scurries along the ground, will come to you to be kept alive. And be sure to take on board enough food for your family and for all the animals.So Noah did everything exactly as God had commanded him." Genesis 6:14-22 NLTNow look at yet another critical example. Nehemiah set out to rebuild the walls of | 2022-06-13T16:22:24.974+00:00 | | 2022-06-13T16:22:48.390+00:00 | | |

| Source | Title | Body | Creation | Attachments | Modification | Position | Address |
|---|---|---|---|---|---|---|---|
| | | Jerusalem (Nehemiah 2), and he encountered much opposition (Nehemiah 4-6). However, he persevered through it all, and with the help of God he finished the wall in less than 2 months."So on October 2 the wall was finished—just fifty-two days after we had begun. When our enemies and the surrounding nations heard about it, they were frightened and humiliated. They realized this work had been done with the help of our God." Nehemiah 6:15-16 (NLT)For if we are faithful to the end, trusting God just as firmly as when we first believed, we will share in all that belongs to Christ." Hebrews 3:14 (NLT)Remember the examples in scripture, the opposition they faced, and the difficulty of many of their tasks. Yet, they endured and persevered. You have no choice! If they did it, so can you. The vision and clear plan God has shown you MUST be completed without any more delays, questions, doubts, mindless calculations, procrastination or detours of any kind. The same power that was in them resides in you."I also pray that you will understand the incredible greatness of God's power for us who believe him. This is the same mighty power that raised Christ from the dead and seated him in the place of honor at God's right hand in the heavenly realms." Ephesians 1:19 (NLT) | | | | | |
| Samsung Notes | DEVO Feb 9, 2022 | TODAYS WORD<br><br>"Your steadfast love, O Lord, extends to the heavens, your faithfulness to the clouds." —Psalm 36:5<br><br>"Because of the Lord's great love we are not consumed, for his compassions never fail. They are new every morning; great is your faithfulness." —Lamentations 3:22–23<br>"Let us hold fast the confession of our hope without wavering, for he who promised is faithful." —Hebrews 10:23<br><br><br>"God is not human, that he should lie, not a human being, that he should change his mind. Does he speak and then not act? Does he promise and not fulfill?" —Numbers 23:19<br><br>It is hard to think of someone who is always faithful.<br><br>In a world full of people who always look out for themselves, regardless of what we have said or promised, how could there be a person who is true and good no matter what?<br><br>But even in a world that is faithless, God remains faithful!! | 2022-06-13T16:21:35.493+00:00 | | 2022-06-13T16:21:50.851+00:00 | | |

| Source | Title | Body | Creation | Attachments | Modification | Position | Address |
|---|---|---|---|---|---|---|---|
| | | Being faithful is not something He does, it is who He is.<br><br>Faithfulness is essential to His being.<br><br>Without it, He would not be God.<br><br>In fact, for Him to be unfaithful would be to go against Himself.<br><br>When God makes a promise, be encouraged that He WILL fulfill it!!<br><br>When God speaks to you, know that He WILL act!!<br><br>The Bible assures us of that over and over again!<br><br>God never forgets. He doesn't fail. He never falters. He never goes against His word.<br><br>As you now move forward within all God has ordained and revealed..... hesitating or doubting not, be assured you are in a place very few will ever experience.<br><br>Each of you have been chosen because of your faith, talents and desire to see the impossible made possible.<br><br>What you are now doing will define hope for generations.<br><br>Go forth and see the Glory of God.<br><br>His angels are surrounding each of you. | | | | | |
| Samsung Notes | DEVO May 2, 2022 | TODAYS WORDAWAKE MY CHILD. THIS IS A DAY OF GREAT DECISION AND URGENCY. I HAVE SPOKEN TO YOU SO VERY LONG PREPARING YOU FOR THIS JUNCTURE IN TIME. BUT TODAY YOU MUST FINALLY MAKE A CRUCIAL DECISION. NOW YOU HAVE COME TO A DEFINITIVE CROSSROAD. THE QUESTION IS THIS.....Will you finally step out of the boat completely or continue to hold on to the ropes in silent fear with your constant mind wandering questions, doubts, earthly calculations and analysis thus placing obstructions in the path of this most blessed vision?Have I not shown you enough? What will it take My child?How much do you need to see or experience before you trust Me?This mission will not tolerate anything but ABSOLUTE OBEDIENCE and ABSOLUTE CLIFF DIVING FAITH FROM THE HIGHEST MOUNT ABOVE THE SEA. DO YOU | 2022-06-13T16:20:07.468+00:00 | | 2022-06-13T16:20:25.308+00:00 | | |

| Source | Title | Body | Creation | Attachments | Modification | Position | Address |
|---|---|---|---|---|---|---|---|
| | | REALLY UNDERSTAND THE IMPORTANCE AND REALITY OF MY MESSAGES TO EACH OF YOU?I IMPLORE YOU THIS ONE FINAL TIME. REMOVE EVERY THOUGHT OF OPERATING AS YOU HAVE IN THE PAST WITH BUSINESS AND DECISION MAKING. YOUR PAST BUSINESS PRACTICES AND STRATEGY HAVE NO PLACE IN THIS WORK FOR NOW YOU HAVE EXITED THE NATURAL AND ENTERED THE SUPERNATURAL. HOW MUCH MORE MUST I SHOW YOU?I HAVE SHOWN YOU A VISION AND SPECIFIC PLAN FEW WILL EVER BE BLESSED TO EXPERIENCE AND YET YOU SEEK TO PROTECT THE STOREHOUSES RATHER THAN TRUSTING ME!I FILLED YOUR STOREHOUSES OVER THE YEARS FOR THIS MOMENT. I ALONE HAVE BEEN YOUR SOURCE. I ALONE HAVE BEEN YOUR PROVISION. WHATEVER YOU HAVE ACCUMULATED WITHIN THE STOREHOUSES CAME FROM ME ALONE. NOW LISTEN. I AM INSTRUCTING YOU TO EMPTY THE STOREHOUSES AND ACCELERATE THIS MISSION WITHOUT DELAY. STOP DELAYING!The Lord will open for you His good storehouse, the heavens, to give rain to your land in its season and to bless all the work of your handDeuteronomy 28:12IN YOUR OBEDIENCE AND TRUST YOU WILL SEE A MULTIPLICATION OF STOREHOUSES BEYOND ANY EARTHLY CALCULATION AND THUS UNLIMITED RESOURCES AS THE VISION IS FULLY REVEALED!HAVE I NOT SENT YOU SPECIFIC TRUSTED AND GIFTED LEADERS TO COMPLETE THIS WORK?LOOK BY YOUR SIDE SINCE THE MOMENT THIS ALL BEGAN. HOW MANY TIMES MUST I REMIND YOU?Allow those I sent to you to move forward without obstruction or delay. TRUST THEM COMPLETELY AND AVOID INSERTING ANY DISTRACTIONS OR DOUBTFUL QUESTIONS. PONDER THE FOLLOWING WORDS VERY DEEPLY!Too many people are thinking of security instead of opportunity. They seem more afraid of life than death." YOU NOW HAVE A LIFE AFFECTING DECISION. WILL YOU TRUST ALL I HAVE SPOKEN TO YOU OVER THE PAST MONTHS AND YEARS OR WILL YOU RELINQUISH YOUR POSITION AND ALLOW ANOTHER TO FOLLOW MY HEART AND SEE THIS WORK COMPLETED?THE DECISION NOW IS YOURS. THIS IS THE MOST PIVOTAL HOUR OF DIVINE DEFINITION AND REVELATION. PONDER THESE WORDS CAREFULLY. | | | | | |
| Samsung Notes | DEVO June 13, 2022 | Good morning.<br>Here is today's devotion<br>Love you<br><br>Do not allow the following words to go un-heeded.<br><br>Review thy heart in great detail.<br><br>I come to you to be assured you fully understand what you Must do now that you have entered the Extreme realm of the vision thus revealed to each of you. | 2022-06-13T16:18:20.311+00:00 | | 2023-01-23T05:09:45.165+00:00 | | |

| Source | Title | Body | Creation | Attachments | Modification | Position | Address |
|---|---|---|---|---|---|---|---|
| | | Stop now and listen.<br><br>The crucial importance of this message must not go unheeded.<br><br>I will repeat this message each day forward until I am assured each of you fully are following every word.<br><br>I first ask this question?<br><br>Do you fully understand What is Extreme Faith?<br><br>Unless you embrace Extreme Faith, it will be impossible to take the next steps!<br><br>It is the confident assurance that what we hope for is going to happen. It is the evidence of things we cannot yet see.<br>— Hebrews 11:1<br><br>The following definition must be adopted by each of you now without any further delay!<br><br>" Faith is jumping off a cliff blindfolded in the black of night and knowing that someone is there to catch you... every time."<br><br>Extreme Faith means, I believe, that we come to a point in our journey that we fully accept, by faith, the words the Apostle Paul wrote from prison: "... being confident of this, that he who began a good work in you will carry it on to completion until the day of Christ Jesus." ( Philippines 1:6)<br><br>Now pay close attention My child.<br><br>The following are conveyed as critical timely instructions that must be adhered to from this moment forward!<br><br>As I have been imploring you for many months, there is absolutely no place for even a whisper of doubt, question or fear.<br><br>Put away your calculating tendencies and you shall see an abundance unknown in recent history.<br><br>Do not place ANY LIMITS upon the vision thus revealed. | | | | | |

| Source | Title | Body | Creation | Attachments | Modification | Position | Address |
|---|---|---|---|---|---|---|---|
| | | Expand thy territory and dimension of the vision without any delay!<br><br>As a result of your obedience thus far, you have now been given Exceptional Favor to ensure All you will require to see the vision shock the world with a joyous wellspring of hope and joy.<br><br>Whoever you speak to with the vision thus revealed, will respond with anything you ask as My Holy Spirit penetrates the hearts of All you encounter.<br><br>Wait not My child!<br><br>Expedite thy efforts dramatically and move forward with much greater intensity!<br><br>Have you not seen My hand in these past hours and days?<br><br>Then GO FORTH knowing I am your God and heed the instructions I am providing you this very day.<br><br>Mark this day upon thy milestones and from this very moment allow NOTHING to limit thy actions!<br><br>NOTHING!<br><br>I further instruct you to honor the ones sent by your side from the start of this vision with great respect and gratitude.<br><br>From day one you were shown that you could not do anything alone.<br><br>Review thy heart and look directly by your side!<br><br>I alone brought you together.<br><br>It was not of your own doing!<br><br>Trust the one bound as a brother and walk together as one force infilled with My Holy Spirit for I alone allowed your paths to intersect for My Kingdom purposes thus affecting generations.<br><br>Trust others I alone have sent with extreme trust and confidence to complete this vision. | | | | | |

| Source | Title | Body | Creation | Attachments | Modification | Position | Address |
|---|---|---|---|---|---|---|---|
| | | Do not limit or question them for in thy faith shall each be able to Expand the vision exponentially!<br><br>Do not place Any physical, emotional, financial or personal limits upon any of My gifted ones sent to you! This is of extreme importance!<br><br>And remember the following words and allow these words to be branded upon thy heart......<br><br>It is not thy calling to "preach" as one called the "evangelist".<br><br>It is thy calling to exhibit a simple message of extreme joy and hope with all of the talents and gifts I alone have given you through such blessed ones who now surround you.<br><br>Do not allow any confusion of this directive and avoid completely any association of worldly concerns or entities.<br><br>Avoid any immersion within political agendas or worldly government platforms for this is not within the realm of the calling placed upon each of you.<br><br>But this command I gave them: 'Obey my voice, and I will be your God, and you shall be my people. And walk in all the way that I command you, that it may be well with you.<br>Jeremiah 7:23<br><br>Your message must be pure without blemish, prejudice, judgement or personal agenda.<br><br>But I do as the Father has commanded me, so that the world may know that I love the Father. Rise, let us go from here.<br>John 14:31<br><br>It is an intense exhibition of joy as the joy of an innocent child celebrating life itself as given by Me.<br><br>Come to Me as a child with wonder in thy eyes.<br><br>When it comes to My words and promises, seeing is not believing! | | | | | |

| Source | Title | Body | Creation | Attachments | Modification | Position | Address |
|---|---|---|---|---|---|---|---|
| | | You don't have to see it to believe it!<br><br>You must "live by faith not by sight!"<br><br>So go ahead and jump off the cliff... again, confident of a safe landing place in God's arms!!<br><br>And you shall do what is right and good in the sight of the Lord, that it may go well with you, and that you may go in and take possession of the good land that the Lord swore to give to your fathers<br>Deuteronomy 6:18 | | | | | |
| Samsung Notes | Larry Bible verses | | 2021-06-30T16:16:12.672+00:00 | | 2021-06-30T16:17:58.464+00:00 | | |
| Samsung Notes | Daily Word | This came today...I think we both needed it. I love you!TODAYS WORDI AM CALLING YOU to a life of constant communion with Me. Basic training includes learning to live above your circumstances, even while interacting on that cluttered plane of life. You yearn for a simplified lifestyle so that your communication with Me can be uninterrupted. But I challenge you to relinquish the fantasy of an uncluttered world. Accept each day just as it comes, and find Me in the midst of it all.Talk with Me about every aspect of your day, including your feelings. Remember that your ultimate goal is not to control or fix everything around you; it is to keep communing with Me. A successful day is one in which you have stayed in touch with Me, even if many things remain undone at the end of the day. Do not let your to-do list (written or mental) become an idol directing your life. Instead, ask My Spirit to guide you moment by moment. He will keep you close to Me.Pray continually. —1 Thessalonians 5:17In all your ways acknowledge him, and he will make your paths straight. —Proverbs 3:6Since we live by the Spirit, let us keep in step with the Spirit. —Galatians 5:25 | 2020-09-19T04:52:49.465+00:00 | | 2020-09-19T04:52:50.315+00:00 | | |
| Samsung Notes | REFLECTIONS | Reflections on Prayer<br><br>Sometime in my relationship with God, I started to recognize that I can go through the motions of prayer without meeting with God. Even in passionate, emotional prayer, I may not have talked with God. I may have just talked at God... or just talked. | 2020-04-17T01:58:47.157+00:00 | | 2020-04-17T01:58:47.157+00:00 | | |

| Source | Title | Body | Creation | Attachments | Modification | Position | Address |
|---|---|---|---|---|---|---|---|
| | | You don't have to see it to believe it!<br><br>You must "live by faith not by sight!"<br><br>So go ahead and jump off the cliff... again, confident of a safe landing place in God's arms!!<br><br>And you shall do what is right and good in the sight of the Lord, that it may go well with you, and that you may go in and take possession of the good land that the Lord swore to give to your fathers<br>Deuteronomy 6:18 | | | | | |
| Samsung Notes | Larry Bible verses | | 2021-06-30T16:16:12.672+00:00 | | 2021-06-30T16:17:58.464+00:00 | | |
| Samsung Notes | Daily Word | This came today...I think we both needed it. I love you!TODAYS WORDI AM CALLING YOU to a life of constant communion with Me. Basic training includes learning to live above your circumstances, even while interacting on that cluttered plane of life. You yearn for a simplified lifestyle so that your communication with Me can be uninterrupted. But I challenge you to relinquish the fantasy of an uncluttered world. Accept each day just as it comes, and find Me in the midst of it all.Talk with Me about every aspect of your day, including your feelings. Remember that your ultimate goal is not to control or fix everything around you; it is to keep communing with Me. A successful day is one in which you have stayed in touch with Me, even if many things remain undone at the end of the day. Do not let your to-do list (written or mental) become an idol directing your life. Instead, ask My Spirit to guide you moment by moment. He will keep you close to Me.Pray continually. —1 Thessalonians 5:17In all your ways acknowledge him, and he will make your paths straight. —Proverbs 3:6Since we live by the Spirit, let us keep in step with the Spirit. —Galatians 5:25 | 2020-09-19T04:52:49.465+00:00 | | 2020-09-19T04:52:50.315+00:00 | | |
| Samsung Notes | REFLECTIONS | Reflections on Prayer<br><br>Sometime in my relationship with God, I started to recognize that I can go through the motions of prayer without meeting with God. Even in passionate, emotional prayer, I may not have talked with God. I may have just talked at God... or just talked. | 2020-04-17T01:58:47.157+00:00 | | 2020-04-17T01:58:47.157+00:00 | | |

# EXHIBIT 15

LW_048332–LW_048349

**Platform:** Native Messages **Name:** +14177635003 **Timezone:** UTC-0600

| | |
|---|---|
| A | Ashley<br>+1 (417) 763-5003 |
| H | Home<br>+1 (417) 335-2209 |
| J | Julia<br>(417) 545-5101<br>jwilhite2459@gmail.com |
| J | Julia<br>+1 (417) 337-1488<br>jwilhite2459@gmail.com |
| J | Julia<br>+1 (417) 545-5101<br>jwilhite2459@gmail.com |
| | Unknown |

---

2022/06/10

Julia

https://www.oleaessence.com/




10:55:34 pm

J

Unknown

https://www.oleaessence.com/

Sent an attachment
Title: 6725BDF9-DD34-458B-B7E5-10EC5BB61664.jpeg
Type: image/jpeg
10:55:34 pm

2022/06/11

Ashley

We've been at treasure lake for about an hour. Prob will be here until 530 or so. We will stop by and grab sandwich stuff and be at the house a little after 6🤷🏼‍♀️
Sound ok?
04:45:31 pm

We've been at treasure lake for about an hour. Prob will be here until 530 or so. We will stop by and grab sandwich stuff and be at the house a little after 6🤷🏼‍♀️
Sound ok?
04:45:31 pm

We're flexible
04:45:40 pm

We're flexible
04:45:40 pm

A

Julia

Ok! 😊
04:48:43 pm

J

Unknown

Ok! 😊
04:48:43 pm

Ashley

Any special requests for dinner?
05:42:18 pm

A

Any special requests for dinner?
05:42:18 pm

Julia

No
05:42:53 pm

J

Unknown

No
05:42:53 pm

Ashley

👍🏼
05:43:29 pm

👍🏼
05:43:29 pm

A

2022/06/12

Julia

So far..Rick, Stephanie, dad and me, Steve, you and Reuben, Daniel, Brady and Norah, Kristy maybe and waiting to call Amy for their group, so at the most 11 adults and 6 kids
10:30:16 am

J

Unknown

So far..Rick, Stephanie, dad and me, Steve, you and Reuben, Daniel, Brady and Norah, Kristy maybe and waiting to call Amy for their group, so at the most 11 adults and 6 kids
10:30:16 am

Ashley

On our way
02:32:43 pm

A

On our way

02:32:43 pm

2022/06/13

Julia

Good morning.
Here is today's devotion
Love you

Do not allow the following words to go un-heeded.

Review thy heart in great detail.

I come to you to be assured you fully understand what you Must do now that you have entered the Extreme realm of the vision thus revealed to each of you.

Stop now and listen.

The crucial importance of this message must not go unheeded.

I will repeat this message each day forward until I am assured each of you fully are following every word.

I first ask this question?

Do you fully understand What is Extreme Faith?

Unless you embrace Extreme Faith, it will be impossible to take the next steps!

It is the confident assurance that what we hope for is going to happen. It is the evidence of things we cannot yet see.
— Hebrews 11:1

The following definition must be adopted by each of you now without any further delay!

“ Faith is jumping off a cliff blindfolded in the black of night and knowing that someone is there to catch you… every time.”

Extreme Faith means, I believe, that we come to a point in our journey that we fully accept, by faith, the words the Apostle Paul wrote from prison: “… being confident of this, that he who began a good work in you will carry it on to completion until the day of Christ Jesus.” ( Philippines 1:6)

Now pay close attention My child.

The following are conveyed as critical timely instructions that must be adhered to from this moment forward!

As I have been imploring you for many months, there is absolutely no place for even a whisper of doubt, question or fear.

Put away your calculating tendencies and you shall see an abundance unknown in

recent history.

Do not place ANY LIMITS upon the vision thus revealed.

J

Expand thy territory and dimension of the vision without any delay!

As a result of your obedience thus far, you have now been given Exceptional Favor to ensure All you will require to see the vision shock the world with a joyous wellspring of hope and joy.

Whoever you speak to with the vision thus revealed, will respond with anything you ask as My Holy Spirit penetrates the hearts of All you encounter.

Wait not My child!

Expedite thy efforts dramatically and move forward with much greater intensity!

Have you not seen My hand in these past hours and days?

Then GO FORTH knowing I am your God and heed the instructions I am providing you this very day.

Mark this day upon thy milestones and from this very moment allow NOTHING to limit thy actions!

NOTHING!

I further instruct you to honor the ones sent by your side from the start of this vision with great respect and gratitude.

From day one you were shown that you could not do anything alone.

Review thy heart and look directly by your side!

I alone brought you together.

It was not of your own doing!

Trust the one bound as a brother and walk together as one force infilled with My Holy Spirit for I alone allowed your paths to intersect for My Kingdom purposes thus affecting generations.

Trust others I alone have sent with extreme trust and confidence to complete this vision.

Do not limit or question them for in thy faith shall each be able to Expand the vision exponentially!

Do not place Any physical, emotional, financial or personal limits upon any of My gifted ones sent to you! This is of extreme importance!

And remember the following words and allow these words to be branded upon thy

heart......

It is not thy calling to “preach” as one called the “evangelist”.

It is thy calling to exhibit a simple message of extreme joy and hope with all of the talents and gifts I alone have given you through such blessed ones who now surround you.

Do not allow any confusion of this directive and avoid completely any association of worldly concerns or entities.

Avoid any immersion within political agendas or worldly government platforms for this is not within the realm of the calling placed upon each of you.

But this command I gave them: ‘Obey my voice, and I will be your God, and you shall be my people. And walk in all the way that I command you, that it may be well with you.
Jeremiah 7:23

Your message must be pure without blemish, prejudice, judgement or personal agenda.

But I do as the Father has commanded me, so that the world may know that I love the Father. Rise, let us go from here.
John 14:31

It is an intense exhibition of joy as the joy of an innocent child celebrating life itself as given by Me.

Come to Me as a child with wonder in thy eyes.

When it comes to My words and promises, seeing is not believing!

You don’t have to see it to believe it!

You must “live by faith not by sight!”

So go ahead and jump off the cliff... again, confident of a safe landing place in God’s arms!!

And you shall do what is right and good in the sight of the Lord, that it may go well with you, and that you may go in and take possession of the good land that the Lord swore to give to your fathers
Deuteronomy 6:18

11:17:52 am

Unknown

Good morning.
Here is today's devotion
Love you

Do not allow the following words to go un-heeded.

Review thy heart in great detail.

I come to you to be assured you fully understand what you Must do now that you have entered the Extreme realm of the vision thus revealed to each of you.

Stop now and listen.

The crucial importance of this message must not go unheeded.

I will repeat this message each day forward until I am assured each of you fully are following every word.

I first ask this question?

Do you fully understand What is Extreme Faith?

Unless you embrace Extreme Faith, it will be impossible to take the next steps!

It is the confident assurance that what we hope for is going to happen. It is the evidence of things we cannot yet see.
— Hebrews 11:1

The following definition must be adopted by each of you now without any further delay!

“ Faith is jumping off a cliff blindfolded in the black of night and knowing that someone is there to catch you… every time.”

Extreme Faith means, I believe, that we come to a point in our journey that we fully accept, by faith, the words the Apostle Paul wrote from prison: “… being confident of this, that he who began a good work in you will carry it on to completion until the day of Christ Jesus.” ( Philippines 1:6)

Now pay close attention My child.

The following are conveyed as critical timely instructions that must be adhered to from this moment forward!

As I have been imploring you for many months, there is absolutely no place for even a whisper of doubt, question or fear.

Put away your calculating tendencies and you shall see an abundance unknown in

recent history.

Do not place ANY LIMITS upon the vision thus revealed.

Expand thy territory and dimension of the vision without any delay!

As a result of your obedience thus far, you have now been given Exceptional Favor to ensure All you will require to see the vision shock the world with a joyous wellspring of hope and joy.

Whoever you speak to with the vision thus revealed, will respond with anything you ask as My Holy Spirit penetrates the hearts of All you encounter.

Wait not My child!

Expedite thy efforts dramatically and move forward with much greater intensity!

Have you not seen My hand in these past hours and days?

Then GO FORTH knowing I am your God and heed the instructions I am providing you this very day.

Mark this day upon thy milestones and from this very moment allow NOTHING to limit thy actions!

NOTHING!

I further instruct you to honor the ones sent by your side from the start of this vision with great respect and gratitude.

From day one you were shown that you could not do anything alone.

Review thy heart and look directly by your side!

I alone brought you together.

It was not of your own doing!

Trust the one bound as a brother and walk together as one force infilled with My Holy Spirit for I alone allowed your paths to intersect for My Kingdom purposes thus affecting generations.

Trust others I alone have sent with extreme trust and confidence to complete this vision.

Do not limit or question them for in thy faith shall each be able to Expand the vision exponentially!

Do not place Any physical, emotional, financial or personal limits upon any of My gifted ones sent to you! This is of extreme importance!

And remember the following words and allow these words to be branded upon thy

heart......

It is not thy calling to “preach” as one called the “evangelist”.

It is thy calling to exhibit a simple message of extreme joy and hope with all of the talents and gifts I alone have given you through such blessed ones who now surround you.

Do not allow any confusion of this directive and avoid completely any association of worldly concerns or entities.

Avoid any immersion within political agendas or worldly government platforms for this is not within the realm of the calling placed upon each of you.

But this command I gave them: ‘Obey my voice, and I will be your God, and you shall be my people. And walk in all the way that I command you, that it may be well with you.
Jeremiah 7:23

Your message must be pure without blemish, prejudice, judgement or personal agenda.

But I do as the Father has commanded me, so that the world may know that I love the Father. Rise, let us go from here.
John 14:31

It is an intense exhibition of joy as the joy of an innocent child celebrating life itself as given by Me.

Come to Me as a child with wonder in thy eyes.

When it comes to My words and promises, seeing is not believing!

You don’t have to see it to believe it!

You must “live by faith not by sight!”

So go ahead and jump off the cliff... again, confident of a safe landing place in God’s arms!!

And you shall do what is right and good in the sight of the Lord, that it may go well with you, and that you may go in and take possession of the good land that the Lord swore to give to your fathers
Deuteronomy 6:18

11:17:52 am

Ashley

Whoa.........That's like God is speaking via text. It's wild!
Even more, Dad doesn't know how it was sent to him 🤯🤯
01:17:39 pm

Whoa.........That's like God is speaking via text. It's wild!
Even more, Dad doesn't know how it was sent to him 🤯🤯
01:17:39 pm

A

Julia

I know! It is directly from God. This is what we have been praying for so many years.. lead me, guide me direct me, show us your path...
01:20:48 pm

J

Unknown

I know! It is directly from God. This is what we have been praying for so many years.. lead me, guide me direct me, show us your path...
01:20:48 pm

Ashley

Yes!!
It's so wild, it almost feels like we should question, but to have EXTREME FAITH, we must trust that the Lord will be there to catch its and allow us to soar and not fall. ❤️❤️
01:22:16 pm

Yes!!
It's so wild, it almost feels like we should question, but to have EXTREME FAITH, we must trust that the Lord will be there to catch its and allow us to soar and not fall. ❤️❤️
01:22:16 pm

A

✓ Read

Julia

Yes! Everytime I think ?, I immediately turn a 180° and trust...
01:23:50 pm

J

Unknown

Yes!  Everytime I think ?, I immediately turn a 180° and trust...

01:23:50 pm

Sent

# EXHIBIT 16

LW_001908–LW_001958

These are the same keys to victory in each of your lives in this monumental mission!

If you want victory, follow the example set by Nehemiah!

Ask God to deliver you from fear and your constant “over thinking” and worthless calculations!

I am not operating in the worlds standard operating procedure. This is the realm of the heavenly supernatural which defies ALL LOGIC!

Be prepared to stand firm and keep moving forward rapidly no matter what the cost or what other people might say or do!

Don’t just know My Word, but put it into action My child!!

Building the walls, whoah.

Amy C Learning

Shouting Victory and holding my ground. Not just knowing God's word but putting it into action!

Saturday, July 9, 2022 · 12:22 PM

Larry A Wilhite

TODAYS WORD

As each of you are now experiencing a life changing move of God, I must address the issue of “fear”.

I implore you to heed the words this day as you Must avoid allowing any part of fear to affect your lives as this vision now is about to be fully revealed to a longing world.

“I will not fear” is the only acceptable attitude we can have toward fear.

That does not mean that you will never feel fear, but it does mean that we will not allow it to rule our decisions and actions!

The Bible says that God has not given us a spirit of fear.

Fear is not from God; it is the devil’s tool to keep us from completing the mission and making progress!

Fear causes us to run, retreat, or shrink back.

The Bible says in Hebrews 10:38 that we are to live by faith and not draw back in fear—and if we do draw back in fear, God's soul has no delight in us!

That does not mean God does not love us; it simply means He is disappointed because He wants us to experience all of the good things He has in His plan for us!

Just gaze around you this day. Look with awe upon what has already been revealed!

We can receive from God only by faith.

We should strive to do everything with a spirit of faith!

Faith is confidence in God and a belief that His promises are true!

Faith will cause you to go forward, to try new things, and to be joyfully aggressive not allowing ANYTHING to detour or stop you!

Unless we make a firm decision to "fear not," we will never be free from the power of it.

Fear not My child. I am with you and I go before you preparing every path and every encounter to ensure you will receive great favor and grand results!

Now go forth with confidence and a relentless spirit.

Saturday, July 9, 2022 · 3:29 PM

Ashley B Ogle

We own the fearless confidence the Lord gives us...we claim it and use it for the glory of the Lord!

Thanks dad! I'm taking time each day to study this and prayerfully seek the Lord and all He has for us.

.

Sunday, July 10, 2022 · 1:00 PM

What you are embarked upon cannot and will not make sense to even the wisest among you so stop trying to utilize earthly measures to operate each day!

This is a supernatural reflection of Gods unconditional love coming forth through your unwavering faith and immediate action.

Remember....you are now in a position to ask for whatever you need and you will receive unbelievable favor! But your faith Must expand in order to have what it takes to ASK AND RECEIVE!

Where is your faith at this very moment?

It is absolutely crucial that the days and weeks ahead reflect ABSOLUTE FAITH AND NO DELAYS MY CHILD.

Today is a day of prayer and thanksgiving.

Pause all you have planned and bask in the love of your Father seeking a deeper faith far beyond this moment.

What is ahead of you demands instant response and the conclusion of your calculating and earthly planning. Your mission is to trust and obey.

Gods plan is enough.

Period.

Monday, July 18, 2022 · 10:11 AM

Larry A Wilhite

TODAYS WORD

Isaiah 55:9 reminds us, "As the heavens are higher than the earth, so are my ways higher than your ways and my thoughts than your thoughts."

As each of you are experiencing God's ways....Gods ways are always beyond what we can see!

We will never be able to predict God's ways because He works through the impossible!

Just gaze around you as the vision is being fulfilled!

Can you not see this after all that has already been revealed to each of you?

God loves to reveal
Himself in our lives and He does so by doing things beyond what we can think or imagine!

This vision and mission that has been personally revealed to each of you surpasses anything the world could begin to imagine.

The completion of this vision will define generations if you are totally obedient and act with immediacy!!

Ephesians 3:20 says, "Now to him who is able to do immeasurably more than all we ask or imagine, according to his power that is at work within us."

God will not limit himself to our small-minded thinking!

He wants to do miracles in our lives, but we must be willing to follow him even when it doesn't make sense!

We are to walk by faith and not by sight (2 Corinthians 5:7).

If we have been accustomed to making decisions based on our common sense, we must ask ourselves are we really walking by faith?

The worlds "common sense" has no place here.

The width and depth of the work before you will reach lives from one end of the planet to the other! But you Must act with incredible faith and an understanding!

Your position has been vividly defined My child and you Must remember each of you have not been called to "preach" as the evangelist but to shine a simple message of exuberant joy allowing God to speak through such light not by your words.

In this you shall reach the hearts of countless millions who would never enter the sanctuary.

You must completely avoid infusion or discussions of any kind within the worldly platforms of the political realms or business of the world keeping yourselves shining and pure as a clear and simple light of joy and hope!

This is of the utmost importance!

Can you trust Me enough to put aside your own agendas and act with utter obedience to see this vision completed?

This is the definition of the kind of faith it takes to see this done! This is what each of you were called to do.

We read throughout scripture that the people God used all had to take steps of faith and get out of their comfort zone and away from the earthly practices that are not relevant in Gods supernatural realm !

God asked Abraham to leave his home and country to a land he couldn't see!

(Genesis 12:1). David who wasn't trained up as a soldier was able to defeat Goliath, the greatest warrior of his time with just stones and a slingshot (1 Samuel 17:50).

God asked Gideon to bring only 300 men to fight against thousands of Midianites. (Judges 7:7).

God asked them all to do what didn't make sense so that He would have the glory!

Scripture makes it clear that God was with them and it was God who brought them incredible success! This is the God we serve – the God of the impossible!! Matthew 19:26 says, "With man this is impossible, but with God all things are possible."

God will never operate in our common sense ways because He doesn't have to!

If he can move in ways that will blow our minds away, He will do it for His glory!
He requires us to step into the unknown and believe God without question or doubt!

Just as God was with Abraham, David, Gideon, and many others, He is also with us and for us!

No matter what we go through, we can resting knowing God is always working for our good (Romans 8:28). We must remember that we are called to walk blindly with the Lord, trusting that He sees what we don't!

With God It's normal to be moving forward without knowing everything!

God wants us to learn to depend on Him and less on ourselves!

We shouldn't wait until it all makes sense before we follow God and move forward at rapid speed!

It's only when we are willing to surrender our ways to God that we will be able to see Him do wonders in our lives!

May we take steps of faith so that we can say, "Not to us, Lord, but to your name be the glory.."(Psalm 115:1).

Amy C Leaming

I love that God will speak through our light and by our words!! Again so overwhelmed with God speaking to us! It has changed each of my days from the first text we got. It's really a peace I feel each day and utter humility that God is speaking directly to us. Wow! To hum be glorified through every second of my life. Love you all

Amen! I agree, Amy. These were 2 of my everyday word calendars... The width and the depth of the work before you... and Eph 3:20. Wow!

Tuesday, July 19, 2022 · 6:00 PM

Larry A Wilhite

TODAYS WORD

As you traverse the roads paved by God for each of you called to this mission, it is of the utmost importance on this very day that you fully embrace the critical nature of Obedience and immediate response.

For without such obedience the vision cannot be fulfilled.

Thus, if you trust your Father why would you delay even one second?

I remind each of you of this again this day as you are now much further ahead than any of you can begin to imagine. This will become evident very soon.

Your obedience and immediate response is Critical.

To understand this fully, enter the Word and look very closely at those who walked before you in such obedience.

Noah. Abraham. Rahab. Moses. Joshua. David.

What is one thing that all of these people have in common?

While their lives were all incredibly different, the commonality between them was obedience: They were each obedient to the call of the Lord!

When you gather for any reason, you must not engage in any form of doubtful discussions and you must ONLY speak words of EXTREME FAITH to one another. This is a directive not a suggestion.

You MUST not engage in any wasteful discussions regarding the business or political stature of this world.

You are operating outside of this realm and must not involve yourself with such factions in any way whatsoever including voicing your opinions about such matters! And do not seek the assistance of such entities within this vision!

This will keep each of you pure as you become a beacon of light and hope to a world in such great need of hope!

This is a direct instruction My child.

If you do not take My words to heart, you will soon lose My hand of protection and blessing and halt all I have shown you so clearly.

The directive is this.......Advance forward as My servant Noah has shown you so clearly! I have provided instructions...now go forth and Do Not Ignore the Words given to each of you this day.

Please do not allow these words to pass you by like the wind!

Amy C Leaming

Wow, again and again!! Thank you God

Tuesday, July 26, 2022 · 8:49 AM

Larry A Wilhite

Another WOW!!!
TODAYS WORD

Firm and steady is the word for this day!

So that we are no longer children [spiritually immature], tossed back and forth [like ships on a stormy sea] and carried about by every wind of [shifting] doubt.
Ephesians 4:14

Spiritual Stability Is Developed by Pursuing Intimacy with your Father and being a reflection of Christ walking in pure obedience to every instruction brought forth upon your heart.

You may ask why I am constantly revisiting the words brought forth over these many days and months.

The reason is to ensure you are embracing every word of instruction and moving forward without one moment of delay in clear obedience

Take these words most seriously My child. Waste not a second of time.

Your delays based upon your fears and intentional calculating trying to "figure it all out" is an outright defiance of My instructions and defines the very core of disobedience!

This is why I remind each of you over and over to move forward allowing NOTHING to detour your path including your own doubts and fears.

Why do you think I have clearly instructed you to dismiss yourself from engaging in any of the politics or wrangling of this world?

It is for this reason.

You cannot be a part or voice of any faction and must ONLY be a representation of light and hope without being soiled by the world!

It is only in such purity that My heart shall shine forth from each of you like the sun without a word spoken!

Stay out of the fray that divides My child!

Allow NOTHING to hold you back from completing the vision branded upon each of your hearts!

Time is of the essence.

Have I not surrounded your camp and embedded your lives with those who bring forth exceptional talents and gifts far beyond what you could imagine!

No more "Luke warm" attitudes or actions My child.

I have given you the keys of great favor. Whatever you require go forth and ask and it shall be given to you so that you may compete the vision to the fullest. Trust Me in this directive and delay not!

What more do you need to trust Me?

Have I not revealed My unconditional love and trust in each of you?

So STAND FIRM AND STEADY AND THUS VICTORY WILL ARISE!

Truly, I say to you, whoever says to this mountain, 'Be taken up and thrown into the sea,' and does not doubt in his heart, but believes that what he says will come to pass, it will be done for him.
Mark 11:23

Ashley B Ogle

Obedience in each of our lives...right where we are and what we are dealing with. Building our faith and unashamedly following the Lord with full trust in Him, maturing in our walk with Him daily.
I'm so thankful to be on this journey to draw nearer to the Lord and all of us being called to it together!

Thanks Dad for always sharing, I enjoy these SO much and we read them to the girls each day also.

Wednesday, July 27, 2022 · 11:27 AM

Larry A Wilhite

TODAYS WORD

For am I now trying to persuade people, or God? If I were still trying to please people, I would not be a servant of Christ.
Galatians 1:10

Absorb the words of this scripture very deeply and heed each word!

The vision given to each of you was provided as a direct revelation with specific instructions.

It has been made very clear that you must advance forward without delay or obstruction.

It is not for you to impress men or seek their approval for this is a move of the Almighty and cannot be understood by such. This vision was conceived within the heart of your Father.

Allow nothing to leave this vision "stranded" in the desert!

You need not prove anything to those who do not embrace this mission but as you move forward with great faith and boldness, they shall see the Glory of God through what will appear from the earth and rise as beacons of joy and hope to the world.

"Those who trust
in their own reasoning

# EXHIBIT 17

LW_001800–LW_001834

Tuesday · 8:12 AM Jan 17, 2023

Larry A Wilhite

TODAYS WORD

I continue My most crucial words to each of you as My leaders and chosen ones within this vision.

One of the ways you demonstrate your faith in Me is by unquestioning obedience to My commands.

Many disobey My commands for any number of reasons.

But this reason is of critical significance in this moment My child!

There are those who disobey My commands because sometimes My commands just do not make sense to them.

They question whether obeying My commands is the best course of action for them, whether it is beneficial, or even necessary!

Review thy heart as those within this triangle of leadership!

Abraham demonstrated great faith in Me because he obeyed Me without questioning, even when it appeared that he had some very good reasons to perhaps question Me!

Abraham's willingness to sacrifice his own son in response to My command is perhaps the ultimate example of faith and obedience, outside of My son Jesus.

This is what I demand of each of you so chosen.

Pure obedience and trust without allowing ANYTHING or ANYONE to delay thy steps even one centimeter.

Even in those instances when you truly do not understand, I still call you to obey. Proverbs 3:5 says: "Trust in the LORD with all your heart and lean not on your own understanding." (Proverbs 3:5) God says in Isaiah 55: "For my thoughts are not your thoughts, neither are your ways my ways," declares the LORD. 9 "As the heavens are higher than the earth, so are my ways higher than your ways and my thoughts than your thoughts." (Isaiah 55:8-9)

Who are you to question God?

Wednesday · 9:20 AM Jan. 18, 2023

Larry A Wilhite

TODAYS WORD

Underneath the unfailing hope I have assured you of as My chosen leaders within this generational vision, lies the foundation of trust.

Hope is a gift from Me, while trust is generated deep with your being, initiated by the acceptance of My promises and the experience of the fulfillment of those promises in your daily journey!

Hope and trust go hand in hand without question and illustrate My absolute faithfulness as you are now accelerating all before you without any delays or distraction!

Abraham was asked by Me to leave his home and go to another country.

He trusted Me to guide him and show him where he was to go.

Moses heard Me speaking from a burning bush telling him to go back to Egypt, face the Pharaoh and lead his people out of slavery.

I said that he would go with Moses.

Then Joshua was given the responsibility of conquering the Promised Land and settling the Jewish nation there.

And again, I told Joshua that he would go with him into the new land and into a new world.

There are so many men and women who have gone before you as examples of trusting My words as they stepped into the unknown!

You have been chosen exactly as My chosen ones of the past

Ponder this responsibility deeply and allow NOTHING to deter you!

Advance with fervor!

Amy C Leaming

Wow, His chosen as those from the past!! Goosebumps and Praising God!

Ashley B Ogle

Incredibly humbling....in Awe!! Just happy to know you Dad 😂 😂

I agree with both of you. I am just thankful we are 1st of all, God's, 2nd, dad's family.

Amy C Leaming

Haha yes! Glad to be apart of this family!

Ashley B Ogle

Amen!

Larry A Wilhite

You know it all of us!!

And I love you all!!!

Pray for Susan's (housecleaner) husband . She took him to ER, admitted, and his heart is not doing well.

Ashley B Ogle

Praying for him now.

Amy C Leaming

Oh no! Ok Praying for her and healing for her husband

Thank you girls.

Wednesday · 12:29 PM

Micah Wilhite

I'm praying for Susan's husband too. Thank you guys for the daily reminder and encouragement.

Thank you n Micah. 😘

❤

Thursday · 8:50 AM Jan. 19, 2023

129

# EXHIBIT 18

JW_003300–JW_003376

**Platform:** Native Messages **Name:** 2de2dd0a-11cd-4abb-9ee0-eacf9f76011d

**Timezone:** UTC-0600

AL Amy Leaming (417) 294-2446

AL Amy Leaming +1 (417) 294-2446

AO Ashley Ogle +1 (417) 763-5003

LW Larry Wilhite (417) 335-1460

LW Larry Wilhite +1 (417) 335-1460

M Me +1 (417) 337-1488

MW Micah Wilhite (417) 766-8130

MW Micah Wilhite +1 (417) 766-8130

SM System Message

2023/07/20

Larry Wilhite

WOW, WOW and AMEN!!!

TODAYS WORD A DAY OF GREAT BREAKTHROUGH

Thus says the Lord, the Almighty, to My chosen triune leaders:

I have appointed you for a divine purpose in this time and season.

The winds have shifted, and you now stand as My triune leadership, firmly anchored on the rock of My Word.

I have placed a vision within your hearts, and it is time for its fulfillment.

The veil has been lifted, and the world is now witnessing the manifestation of My divine plan through you.

I call upon you to walk in obedience like never before.

My instructions are clear, and you must follow them with great intensity and fervor.

The time for hesitation or delay is over.

You are to move forward with rapid acceleration, for the eyes of the world are upon you!

You carry the symbol of hope that the world desperately craves, and you must not falter!

Let doubt, fear, and delay find no place among you.

Instead, let humility and strength be your guiding lights.

Your actions and words should reflect who I am, and doubt should have no room in your hearts.

As you engage with the tasks I have set before you, waste not a single second of time.

Move with enthusiasm, for this is the hour when My triune leaders will shine.

Every project and effort you have begun must be accelerated without hesitation.

These projects are the living stone pillars that will uphold the greater vision before the world.

Do not allow discussions of doubt or delay among yourselves; instead, rally together and press forward!

Over the past 17 days, I have spoken crucial words to you.

LW

Return to them, read them diligently, and simply obey Me with zeal and fervency.

I demand your unwavering obedience, for the destiny of this vision hinges on your faithfulness!

Remember, you are not alone in this endeavor.

As a triune leadership, rely on each other's strengths and gifts.

Lean on Me for guidance and wisdom.

As you act in unity, the world will witness the manifestation of My power through you!

My triune leaders, the time is now! The veil has been lifted!

You are My chosen vessels, and the world awaits your faithful execution of My divine plan.

Rise to the occasion, for I am with you, and My Spirit empowers you.

Complete this vision without compromise, for it is the hope that the world seeks.

Trust in Me and My timing, for in this obedience, you will find true fulfillment and satisfaction.

The time is Now!

Go forth now with courage and determination.

The world is watching very closely, and you carry My light into the darkness.

May your actions inspire and lead others to Me.

Walk in the fullness of your calling as My triune leaders, and together, we shall transform the world!

I did not choose others. I chose each of you as a triune mountain of faith! Take your calling to heart like never before!

This is the moment!

Understand this clearly!
You now hold a timely position of power and ability to regain the primary platform to speak joy and hope to generations! I promised you this moment and I do not lie. This is the very moment to take position! Waste not one second! Go!

07:32:44 am

Me

M

Whoah! God is blessing you. The winds have shifted.
07:51:37 am

Amy Leaming

AL

Oh Wow!!! Goose bumps. Tears of Joy!!
08:04:46 am

Ashley Ogle

AO

Speechless!!
Dad, you are so deserving of this position, of this blessing.
Thank you for being our father that reflects our Heavenly Father so clearly that HE asked YOU to reflect Him to the WORLD. We are beyond blessed to call you our Daddy ❤️
Mom, you are so deserving of this blessing because you are the encourager and faith-stayer, you are the prayer warrior devoted to upholding your promise to Dad for better and for worse and you both have lived through it all.....PRAISING God and having faith of His goodness ALL of your life. Thank you for being the example we all need to be in this moment and in life.

I feel like the luckiest girl in the world to call you our parents and humbled to be a part of such a calling🙌🏼🙌🏼 PRIASE GOD!!!!🙌🏼🙌🏼
08:26:32 am

Micah Wilhite

MW

It all lines up😍. Absolutely amazing.
09:37:59 am

Me

M

Amen! We must stay the course.
10:36:10 am

✓ Sent

(Participant unknown)

(Empty message)
10:36:15 am

(Participant unknown)

(Empty message)
10:36:15 am

(Participant unknown)

(Empty message)
10:36:23 am

(Participant unknown)

(Empty message)
10:36:23 am

✓ Read

# EXHIBIT 19

GB00117462–GB00117463

Message

**From**: lwilhite@themansiontheatre.com [lwilhite@themansiontheatre.com]
**Sent**: 4/5/2023 6:14:49 PM
**To**: 'Gene Bicknell' [gene.bicknell@marinerwealth.com]; 'Rick Silanskas' [ricksilanskas@gmail.com]
**Subject**: FW: Folder shared with you: "Daily Word March 1-31, 2023"

Julia has compiled the daily word and here is March 1-31. She is working on this from the very start when we first started getting them.

Larry

**From:** J Wilhite (via Google Drive) <drive-shares-dm-noreply@google.com>
**Sent:** Wednesday, April 5, 2023 5:55 PM
**To:** lwilhite@themansiontheatre.com
**Subject:** Folder shared with you: "Daily Word March 1-31, 2023"

# J Wilhite shared a folder



J Wilhite (jwilhite2459@gmail.com) has invited you to **contribute to** the following shared folder:

Daily Word for March

Daily Word March 1-31, 2023

J Wilhite is outside your organization.

Open Open

If you don't want to receive files from this person, block the sender from Drive

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because jwilhite2459@gmail.com shared a file or folder located in Google Drive with you.

# EXHIBIT 20

LW_005144.000001–LW_005144.000141

**Platform:** Native Messages **Name:** 3d59a305-3ff5-49e7-9750-cafba4d66440

**Timezone:** UTC-0600

GB Gene Bicknell
+1 (620) 235-2118

M Me
+1 (417) 335-1460

RS Rick Theatre Silanskas
+1 (352) 205-5131

r__riun__u__s__y__undern__les__p__o__s__va

2024/02/02

Rick Theatre Silanskas

TODAYS WORD-HEARKEN TO MY VOICE!

Hear, O chosen ones of the Triune, for I return even again this morning with an extremely critical and urgent message!

DO YOU NOT TIRE OF THE BURDEN AND SELF INFLICTED STRUGGLE AND WORRY YOU ARE CREATING THROUGH YOUR CONTINUED DELAYED OBEDIENCE?

Delayed obedience is not acceptable! It is very dangerous and defines a lack of respect for your Heavenly Father!

Be well aware! Delayed obedience comes with very serious consequences that affect not only yourself but many who have trusted you!

My heart seriously grieves as you are still seeking your own alternatives to My instructions regarding resources and provision even as you read these words at this moment!

Do you understand that NOTHING but MY INSTRUCTIONS will prove successful! Why are you testing Me?

You have each been called to complete what you have begun in My name!

There is absolutely NO OTHER choice but completion in the divine plan I have ordained!

Why are you ignoring Me and delaying My Vision?

Now I speak with intense and grave urgency To the one within this blessed Triune tasked with resources and provision!

Be extremely and deeply attentive!

You must completely cease your pursuit of alternatives Immediately; your only choice is to follow My exact instructions!

You have wasted precious hours and days seeking alternatives bringing great burdens upon so many who have trusted you! You must end their suffering NOW with your Immediate decision to act in pure obedience to EVERYTHING I HAVE ASKED OF YOU!

Do not be deafened by your own desires, for your alternatives are NOT ACCEPTABLE and WILL NOT prove successful!

HEED THE FOLLOWING WORDS!
Do not be distressed by one close to you entangled in the sins of greed, lust, and pride. He cannot obstruct what I, the Lord of Hosts, have ordained to be opened.

In the battle with Me, he will witness My power prevail, and his years of sin, deceit, and

lies will be exposed as I have already begun to reveal the depths of his deception and soon his tower of shame will fall for all to see! These are the consequences of sin without repentance!

This one so very close must no longer represent you or any of your interests, for his integrity and trust have been sadly breached! Dismiss him without question!

Only through true sincere repentance may he find salvation.

Hear My voice!

Stand boldly with My authority, align yourself immediately with PROPER COUNSEL this very day, and go forth and DEMAND what is rightfully yours, retrieving ALL that was "locked away."

The lies that say you cannot retrieve these resources are falsehoods!

Stand up, advance with My authority, and witness the breaking of chains as you reclaim what is rightfully yours from all you "locked away" from the great wealth you accumulated over decades!

Once you have retrieved ALL as I have instructed, allow those next to you within My blessed Triune to lead the journey forward to completion as you rest in My peace and celebrate the miracles that will ensue!

Now, to the one tasked with administration within the Triune, I command you once again this morning to advance forward with zeal, undeterred by worry, stress, doubt, or fear. My reality is born in the supernatural where faith abounds.

You MUST Speak only hope, joy, and completion, for your path is guided by My Holy Spirit.

DO NOT UTTER A SINGLE WORD OF DOUBT OR FEAR! USE YOUR TIME TO ADVANCE THIS VISION FORWARD NO MATTER WHAT THE CIRCUMSTANCES MAY APPEAR! THIS DEFINES REAL FAITH IN ME!

Be of strong and convincing encouragement to those by your side within My blessed Triune!

Now To the one tasked with many crucial and timely responsibilities, let absolutely NOTHING or NO ONE hinder what I have directed you to do!

I am not speaking lightly My child! Your obedience is critical to My Vision!

Ensure that EVERY project and effort ordained by Me from the beginning is not stopped, delayed, amended, or detoured!

You are to fully utilize your creative gifts I gave you to build GREATER projects that will bless the entire Vision!

Do not wait! These are not just words but a mandate from My throne!

You are to begin building these new projects NOW!

Go forth without hesitation as I open these doors to those I have aligned for you!

DO NOT sit in waiting but GO FORTH TO THEM with great zeal and determination! Do not expect others to come to you! You are My ambassador. GO FORTH!

Wait not, for this defines true faith in Me!

Continue with great fervor in your efforts with the wealth of the world, going forth in humility and obedience!

I am opening the doors, and favor is being granted by My power!

Your absolute obedience will bring forth massive abundant fruit lasting for generations!

When those representing the wealth of the world summon you, GO immediately in humility and with My authority, demanding nothing!

Do not negotiate or mandate anything, for I will lead every single meeting, and the incredible fruits that will emerge will be great among you and will multiply exponentially!

The time is now!

Stand up, advance with My authority, and witness victory!

The completion of My Vision is near, and through your obedience, blessings shall flow to the ends of the earth. Go forth in absolute obedience!

READ THIS WORD MANY TIMES THIS DAY AND MAKE YOUR DECISION TO FOLLOW MY DIRECTIVES WITH NO FURTHER IGNORANCE OR WASTEFUL DELAY!

08:18:40 am

MY VOICE TOWERS ABOVE ALL IN THIS CRUCIAL MOMENT

Your attention is required at this moment as I return with great urgency this day!

My Holy Scripture is full of life instructions.

They're called the commands of God.

I expect you to obey My commands right away, and I expect you to obey them fully!

Imagine if a mother or father tells a child to do something and he or she says, "I'll think about it."

Wouldn't there be consequences?

But you do this to Me all the time!

Just look at this very moment where I am pleading for your obedience!

I say I want you to do something, and you say, "I'll think about it."

But you don't have that kind of authority!

It's no different from a child telling a parent, "I'll think about it."

When I, the Creator of the universe tell you to do something, I expect you to do it—now!

Understand, delayed obedience is disobedience!

I also want you to obey My commands fully!

In many cases, it's your obedience that unlocks your understanding!

So what have I told you to do that you haven't started doing yet?

You know Exactly what I have told you to do regarding My Vision and resources and provision!

What are you waiting for?

I have your best interests at heart!

Go ahead and do what I have told you to do!

Now!

You can't pick and choose, making one list of the instructions you'll follow and another

RS

of those you won't!

Partial obedience is disobedience.l!

My Holy Scripture says, "Without delay I hurry to obey your commands" (Psalm 119:60).

That means you don't pause to question My instructions before you obey them as you are even this very day!

You obey first—and seek understanding later!

In fact, you won't fully understand many of My commands until you've first obeyed them!

01:53:37 pm

# EXHIBIT 21

LW_003514.000001–LW_003514.000107

**Platform:** Native Messages **Name:** 556d9c7d-3c8b-406c-b7bd-10937071bb05

**Timezone:** UTC-0600

| | | |
|---|---|---|
| M | Me | +1 (417) 337-1488 |
| RM | Robert McDuffey | (917) 881-2619 |
| RM | Robert McDuffey | +1 (917) 881-2619 |
| SM | System Message | |
| | Unknown | |
| | Device owner | |

2024/04/15

Me

TODAYS WORD!
DO NOT REFUSE ME WHEN I SPEAK! A CRUCIAL WARNING!

As you have yet to fully hear My voice in obedience, I bring forth these words in great fervency and urgency!

I demand your deepest attention My Triune!

The author of Hebrews warns each of you not to refuse Me when I speak to you!

The author explains that in this way I bring about a shaking in your lives, so that only what is of Me will remain!

"See to it that you do not refuse Him who speaks. If they did not escape when they refused Him who warned them on earth, how much less will we, if we turn away from Him who warns us from heaven? At that time His voice shook the earth, but now He has promised, 'Once more I will shake not only the earth but also the heavens.' The words 'once more' indicate the removing of what can be shaken – that is, created things – so that what cannot be shaken may remain."
Hebrews 12: 25 – 27

Whatever way you choose to respond to My loving correction to your disobedience and delayed obedience, will fall into My hands!

But each of you within My Triune choose how you fall into them!

You can respond in repentance and obedience and fall into them as My hands of mercy and restoration, or you can ignore what I tell you, and fall into them as My hands of judgment instead!

* My hands of mercy and My hands of judgment are the same hands of God, but you choose how you fall into them!

Your Choices Affect Others in the Triune and everyone who surrounds you!

When I speak to you as an individual, my response will affect you as an individual!

But what you choose to do as an individual in response to what I say to you, will also impact others in the My blessed Triune and all who surround you! Take this to heart!

So each of you need to carefully consider when you make your response – Are you going to ignore what I say to you and negatively impact others and the entire Vision?

Or will you respond to My correction by making the changes you need to, and choose to be a blessing to the body of Christ?

It is your choice and the hour is NOW!

I am now again commanding each of you return to each and every Word I sent you since Easter Sunday morning!

EVERY SINGLE MESSAGE!

As you read each word, YOU ARE TO OBEY EVERY SINGLE DIRECTIVE ONCE AND FOR ALL! MY PATIENCE IS NOW EXPIRING!

MY VISION MUST NO LONGER BE DELAYED!

I speak very directly to the one within My Triune tasked specifically with resources and provision! Your battle with Me, your pride, your seeking of alternatives and your return to your old business ways MUST END NOW!! I will not accept any more of your excuses

and self inflicted delays! Do you not respect and honor Me as your Heavenly Father? Do you not realize that I chose you for this generational Vision and everyday you ignore Me and delay your obedience, you affect the future of My Vision! I have given you so many opportunities to finally trust Me! Will this be the day My son? My patience is soon ending!

To the one within My Triune entrusted with administration and leadership. Your wavering and vacillating faith MUST END NOW! You must act, speak and live in pure exuberant faith without exception! Read My Words again and again! Time is fleeting!

And to the one within My Triune entrusted with much....DO NOT ALLOW ANYONE OR ANYTHING TO STOP OR DELAY YOUR OBEDIENCE TO EVERY INSTRUCTION I HAVE GIVEN YOU! YOUR OBEDIENCE MUST MOVE FORTH AT AN ACCELERATED LEVEL TODAY!

EACH OF YOU WITHIN MY TRIUNE ARE TO ACT IN GREAT OBEDIENCE!

I strongly reiterate now again commanding each of you return to each and every Word I sent you since Easter Sunday morning!

EVERY SINGLE MESSAGE! DO NOT JUST READ MY MESSAGES.....OBEY EVERY WORD NOW!

08:31:20 am

THE BLESSING OF MY CORRECTION

“For the moment all discipline seems painful rather than pleasant, but later it yields the peaceful fruit of righteousness to those who have been trained by it”
Hebrews 12:11

Know that My heart of correction comes only from the depth of My heart as your Heavenly Father seeking your obedience, trust and love.

My Words of correction will bring forth great blessings If you will finally act in humility and obedience to Every Word I have spoken to each of you within My blessed Triune!

Allow Every Word I have sent you since Easter morning to be fully embraced and obeyed with humility and true trust in Me.

I love you My Triune and Now you Must proceed in utter obedience before anymore time passes.

My correction emanates directly from My great love for each of you so chosen to complete My Vision!

12:57:49 pm

M

# EXHIBIT 22

LW_005778–LW_005833

**Platform:** Native Messages **Name:** 3d59a305-3ff5-49e7-9750-cafba4d66440

**Timezone:** UTC-0600

GB Gene Bicknell
+1 (620) 235-2118

M Me
+1 (417) 335-1460

RS Rick Theatre Silanskas
+1 (352) 205-5131

r__riun__u__s__y__undern__les__p__o__s__va

Gene Bicknell




GB

06:57:43 pm

2024/05/14

Gene Bicknell

Sent an attachment
Filename: HOPE IN T.amr
Path: HOPE IN T.amr
Size: 459 KB
Type: audio/amr
06:23:33 am



ISAIAH 58 1162

heard on high. [a]Is 3:14, 15 [b]Is 59:2
5 "Is it a fast like this which I choose, a day for a man to humble himself?
Is it for bowing one's head like a reed
And for spreading out [a]sackcloth and ashes as a bed?
Will you call this a fast, even an [a]acceptable day to the LORD? [a]1Ki 21:27 [b]Is 49:8
6 "Is this not the fast which I choose,
To [a]loosen the bonds of wickedness,
To undo the bands of the yoke,
And to let the oppressed go free
And break every yoke? [a]Ne 5:10-12
7 "Is it not to divide your bread with the hungry
And bring the homeless poor into the house;
When you see the [a]naked, to cover him;
And not to [b]hide yourself from your own flesh? [a]Mt 25:35, 36 [b]Dt 22:1-4
8 "Then your light will break out like the dawn,
And your [a]recovery will speedily spring forth;
And your righteousness will go before you;
The glory of the [b]LORD will be your rear guard. [a]Is 30:26 [b]Ex 14:19
9 "Then you will call, and the LORD will answer;

You will cry, and He will say, 'Here I am.'
If you remove the yoke from your midst,
The [a]pointing of the finger and [b]speaking wickedness, [a]Pr 6:13 [b]Ps 12:2
10 And if you give yourself to the hungry
And satisfy the desire of the afflicted,
Then your [a]light will rise in darkness
And your gloom *will become* like midday. [a]Job 11:17
11 "And the LORD will continually guide you,
And satisfy your desire in scorched places,
And give strength to your bones;
And you will be like a [a]watered garden,
And like a [b]spring of water whose waters do not fail. [a]SS 4:15 [b]Jn 4:14
12 "Those from among you will [a]rebuild the ancient ruins;
You will raise up the age-old foundations;
And you will be called the repairer of the [b]breach,
The restorer of the streets in which to dwell. [a]Is 49:8 [b]Is 30:13

***Keeping the Sabbath***

13 "If because of the sabbath, you turn your foot
From doing your *own* pleasure on My holy day,
And call the sabbath a delight, the holy *day* of the LORD honorable,
14

06:29:28 am

GB

Rick Theatre Silanskas

TODAYS WORD-THE PRICE OF VICTORY IN MY NAME

"For the Lord your God is he who goes with you to fight for you against your enemies, to give you the victory"
Deuteronomy 20:4

Be fully alert this morning My blessed chosen Triune as you are approaching the Victory you seek in My Holy name.

My Word is only meant for the ears and eyes of My blessed chosen Triune for all others will not comprehend My utterances written Only for you!

My constant admonishment is only to maintain your steady and immovable place on the course that leads to the goal which is My Vision fulfilled through your Exact Obedience.

This Victory is not an illusion My children.

This is finally the Victory I have promised but it comes with a price. The price of pure and Exact obedience to every Word of instruction I have provided each of you!

To My chosen one within My Triune tasked with resources and provision, Be Not Afraid as you now have taken your stand as I have told you! I am very proud of you My son as you have finally grasped who I Am and the power of Exact Obedience! Fall not back into doubt or fear!

But, hear these words My son....Do Not relent in your actions and stand with even greater intensity and righteous anger upon this morning demanding ALL you once locked away and ALL that was stolen from you as one so very close to you has defiled your trust and deeply dishonored you!

Be Not Afraid and walk in My Authority!

You are not to "settle" for only a portion or morsel! You are to retrieve ALL you locked away from the decades of accumulation of great wealth and dedicate ALL to My Visions completion!

As you are aware, there is a very immediate need of resources this very day!

The resources required this day exceed what you have calculated in the flesh! You MUST take extraordinary means to obtain these resources this very day with a confidence and strength that will not accept the word "No"!

Then as you provide these immediate needs, you are to then stand even stronger with a greater resolve and demanding spirit to retrieve ALL as I have dictated!

You shall provide all resources to the one within My Triune tasked with administration and only this one shall disperse ALL resources as I will direct him.

RS

You must not allow this day to pass without the provision I have spoken to you!

Do Not fall into the “trap” of doubt and depression again!

You have My power at your access! Use it as you stand with conviction “calling out” the one so very close to you who has dishonored you and deceived you with dishonesty born from his darkened heart of lust and greed!

This is the hour to reveal his sins of deception he brought upon you for so many years. This is the hour of reckoning thus retrieving ALL you locked away and provided to others close to you who have also defiled you with pure greed! They deserve nothing and only in seeking repentance to Me shall they have any hope of redemption!

Now to My chosen one within My blessed Triune tasked with administration and leadership.

If you are tossed about by the winds of circumstance, you are not trusting Me. It is that simple My son.

Real trust and faith in Me  does not allow any earthly challenge to affect one’s attitude of such faith!

You cannot be inconsistent in your faith and expect My blessings!

My blessings flow like a raging River when you stand with unmovable visible extreme faith in the midst of a raging storm KNOWING you will not be harmed and you Will see My promises!

True faith speaks Victory to all who surround you no matter what in Trust of Me, your Father without knowing how it will come about!

Have I ever failed you My son? Then why would I fail you now!

You are a crucial part of My blessed Triune and you Must no longer speak with double minded words saying “I believe” in one moment and “desperation” in the next!

You are a true leader chosen by Me and I do not make mistakes My son!

Finally, I speak to the one within My blessed Triune tasked with very much!

Your responsibilities have been written and re-written over the past many days and you MUST now accelerate with incredible tenacity EVERY instruction and directive EXACTLY as I have spoken!

No more hesitancy in fear or doubt! NO MORE HESITANCY!

The others with My Triune are to support you greatly and question not My directives given to you!

ADVANCE FORTH IN EVERY AREA I HAVE DEFINED. EVERY EFFORT! EVERY PROJECT!

Your faith and strength is critical to the foundation of My entire Triune and you Must not allow Anything or Anyone to quench your spirit! Act with Extreme Faith!

My dear Triune, the aroma of Victory fills the very air that you breathe this day! Stand firm and with true conviction!

“Now faith is the assurance of things hoped for, the conviction of things not seen” Hebrews 11:1

08:33:32 am

# EXHIBIT 23

LW_012232–LW_012236

**From:** J Wilhite <jwilhite2459@gmail.com>
**To:** Micah I Wilhite <micahwilhite@gmail.com>, Devin Wilhite <wilhite.w.d@gmail.com>
**Subject:**
**Date:** Sun, 19 May 2024 21:13:32 -0500

---

TODAYS WORD- THE HEAVENS RESOUND IN THIS HOUR OF REVELATION! HEED WITHOUT FAIL THE VOICE OF THE FATHER

Upon this blessed and deeply significant Sabbath, I, your Father have given each of you within My blessed Triune the opportunity to prepare for these words that follow.

May your hearts be as fertile soil to receive these words from My throne without question, argument, doubt or fear.

The words that follow represent the singular most pivotal moment upon thy journey to see My Vision fulfilled.

You must not take these words without great contemplation and seriousness of heart.

My Words to you define this hour of great revelation!

Over the past many days and weeks, I have continued to speak to each of you with a persistent and definitive voice reaffirming My clear and specific directives unto each of you individually!

I have provided you many opportunities to obey Me Exactly.

Today you have reached a pinnacle with Me that completely and utterly demands such Exact Obedience without another failure or argument with Me!

Within this message this day, I will once again and finally define what is required of each of you.

It is fully imperative that you not ignore a single utterance from My mouth this day.

I, the creator of heaven and earth am speaking to you directly from the halls of heaven itself.

This alone should place you in a position of great humility and pure exact obedience upon thy knees.

If you truly recognize Me as God, your Father, you will not struggle with Me or disrespect Me with delayed obedience or disobedience again.

My love for you is the source of My Words to each of you this day.

May you fully hear My voice and ignore Me no longer.

I will address each of you individually.

As each of you act in Exact Obedience to Me without any further failures, then My Triune will become as granite and will not be able to be penetrated or moved!

I first will speak unto the heart of the one within My blessed Triune tasked with administration and leadership.

It is because of My great love for you I speak words of admonition from My heart desiring the very best for you as one of My chosen for this mission.

My heart deeply grieves as I watch you each day struggle heavily with trust and faith in My Word.

You bring such pain, worry, strife, illness and sadness upon yourself as you fight with your desire to "figure out" rather than simply say "I trust you Father".

Somehow you believe that through your worry, wasted calculations and fear, you will achieve more than I in all you see as challenges each day.

All I have asked of you from the first day is to trust Me fully and Obey Me Exactly.

This remains the only answer that will bring you peace and see My Vision fulfilled.

Your peace does not lie in the actions of the others within My Triune.

Your peace only comes from unsurpassed pure trust in Me!

Do not interfere with the directives I have given the others within My Triune.

Only concern yourself with your position and focus totally upon such Exact Obedience!

Support with great encouragement the others by your side without fail!

You are chosen as a leader! I did not choose you without knowing your heart and future!

I now will address directly the one within My blessed Triune tasked with resources and provision.

Listen so very carefully My son and do not interrupt Me with any thoughts of doubt, fear, questions, calculations or ignorance of My Words.

Your task is one of extreme and crucial compliance and My constant and direct persistence upon your heart only emanates from My intense love for you as one chosen for this specific task within My Triune!

I have seen your deep desire to attempt to obey Me over the past days, but you must not keep falling back upon your own desire to control or operate as you did in the business of the world for so long!

You are operating in My supernatural realm and the only choice is EXACT OBEDIENCE to every Word I have spoken to you!

Your wavering faith and trust must Not waver again!

You must act in EXACT OBEDIENCE and not delay in such obedience!

I have told you without question to retrieve ALL you locked away from your great wealth!

If you attempt to retrieve a small portion or what you think is needed, you will be acting in utter disobedience and it will not succeed and only bring forth failure!

My directives are the only directives that will bring forth the blessings and power to see My Vision completed!

Ignore Me not!

I have clearly told you that I am deeply grieved by those so very close to you who have despised you with extreme dishonor and disrespect as their parental elder!

Their abominable greed, lust, selfishness and dishonor will be dealt with and they shall each realize in great suffering the results of their sins!

They hold NO POWER over you!

Their empty words of intimidation upon you are of no power!

These words come forth from hearts of greed that only care about themselves and no one else!

You have MY POWER and AUTHORITY over such evil hearts!

As you have now in the past days Demanded as I have instructed you, it is now EXTREMELY URGENT that you do not allow ANYTHING OR ANYONE to decrease your resolve and demanding spirit with righteous anger!

you MUST NOW act with even greater resolve and DO NOT ALLOW ANY OF YOUR DEMANDS OR MANDATES TO BE PERCEIVED AS EMPTY THREATS!

YOU MUST FOLLOW THROUGH IGNORING ANYTHING THEY SPEAK OR DO!
More coming...

You MUST NOT negotiate with them, converse, discuss or compromise under any circumstances!

Do you hear Me My son?

My Words are here to help you and bless you!

Ignore Me not!

Furthermore My son, you are not to stray from your singular responsibility of resources and provision!

Do not interfere with the work of the others within My Triune.

Do not seek to control!

Do not convene gatherings of My Triune for in these gatherings you are tempted to seek “alternatives”! There are no discussions needed only support in faith for one another!

You must highly encourage and support as they act in obedience to Me within their respective directives!

There is one within My blessed Triune who is by your side as My Voice of great wisdom and strength to the entire Triune!

Hear this one without fail and do not obstruct his work under any circumstances!

His obedience will result is extreme blessings for My Vision and his honor for you will support your heart!

When you have retrieved ALL as I have directed, you will then relinquish full control and future efforts of My Vision to the ones by your side within My blessed triune as you will be a witness of the miracle of My Vision bursting forth from the earth as I have promised!

You will then rest in joy and peace celebrating My promises!

My Words this day are of the greatest importance My son.

Ignore not a single word!

I now finally speak to the one within My blessed Triune tasked with so very much.

I am aware of the great responsibilities I have placed upon you because of your many gifts and talents.

I know you have hesitated at times in your immediate obedience but now I am watching as you are finally acting with Extreme Exact Obedience!

You MUST NOT hesitate again!
Your efforts even in this hour are of the greatest importance to My Vision and I am leading your ever step!

I alone have opened very specific doors to you alone as My singular voice to the wealth of the world and to those whom you Must employ without delay in the specific areas I have defined to you!

Do not delay in any way whatsoever in these engagements!

You are personally responsible to Me to ensure that not one project or effort be stopped, delayed or amended!

You are to expand further many more projects and efforts I have already placed within your mind and heart!

Do not wait or hesitate!

This is very important!

You are My Voice of great spiritual strength of faith to the entire Triune!

Do not allow ANYONE or ANYTHING to quench or quiet your voice!

You are My driving force of extreme faith defining My heart to all who surround you!

PROCEED MY TRIUNE WITHOUT ANOTHER WAVERING MOMENT!

THIS IS THE HOUR OF REVELATION WHICH WILL DEFINE YOUR HEARTS TO ME!

FAIL ME NOT!

Your Heavenly Father

# EXHIBIT 24

LW_004267.000001–LW_004267.000146

**Platform:** Verizon Message+ **Timezone:** UTC-0600

M Me +1 (417) 337-1488

RM Robert McDuffey +1 (917) 881-2619

2024/03/16

Me

TODAYS WORD-HEARKEN TO MY WORDS WITH UNOBSTRUCTED ATTENTION

Listen very closely My Triune chosen ones.

“But be doers of the word, and not hearers only, deceiving yourselves”
James 1:22

I require your undivided and unobstructed attention this morning at the highest level.

I, your Heavenly Father who loves you and chose you specifically for this generational Vision, speak to you this morning from the deepest recesses of My heart.

In recent days and even recent hours, I am watching each of you as you embark upon your individual tasks and responsibilities finally exhibiting the obedience and trust I have sought from each of you for so long.

Each of you know your instructions and directives so very clearly and I am watching very closely as you have finally shown the true desire to serve Me in pure obedience.

Today I speak to each of you with extreme clarity!

I gave each of you very specific and individual instructions and directives and you MUST not allow ANYONE or ANYTHING to distract you from your individual specific instructions and directives!

You each have VERY CRITICAL tasks and you must focus upon YOUR TASK and do not interfere with the tasks of the others within My blessed Triune!

You Must focus and Obey without any further delays or doubts!

Each of you MUST MOVE FORWARD with your specific tasks with EXTREME INTENSITY from this day forward!

DO NOT OBSTRUCT EACH OTHER BUT ENCOURAGE ONE ANOTHER WITH GREAT FAITH AND STRENGTH!

Each of you within this Triune together make up the strongest foundation known on earth!

My Vision was designed to reach the entire world with hope and joy utilizing the talents and gifts I gave you before you were conceived!

“But he said, “Blessed rather are those who hear the word of God and keep it!”
Luke 11:28

To the one specifically tasked with resources and provision, your days of fear, doubt, depression and attempts to seek alternatives to My instructions are over! I see your heart of desire to trust Me completely and NOW is the time to break through!

YOU MUST NOW STAND STRONG WITH MY AUTHORITY IN BOLD SPIRIT AND RETRIEVE ALL I HAVE TOLD YOU WITH NO MORE DELAYS!

I HAVE REMOVED THE OBSTRUCTIONS YOU HAVE FEARED AND ALL YOU NEED DO IS DEMAND WHAT IS RIGHTFULLY YOURS AS I HAVE CLEARLY TOLD YOU!

To the one tasked with administration and leadership, you are transforming into a great man of great faith and power!

ALLOW NOTHING TO BRING DOUBT, FEAR, WORRY, STRESS OR CALCULATIONS FROM YOUR MIND!

WALK IN ABSOLUTE JOYOUS FAITH QUESTIONING NOTHING AND BELIEVING EVEN BEFORE YOU SEE WHAT I HAVE PROMISED!

“And without faith it is impossible to please him, for whoever would draw near to God must believe that he exists and that he rewards those who seek him”
Hebrews 11:6

Finally to the one tasked with so many crucial responsibilities, your faith filled actions even this very day are proof of your desire to trust Me completely!

You MUST NOW EXPEDITE ALL BEFORE YOU AS YOU GO FORTH WITH THE EXUBERANCE AND EXTREME FAITH TO EVERYONE I AM REVEALING TO YOU!

DO NOT RETURN TO YOUR DEN OF “WAITING” THUS DISOBEYING MY COMMAND TO GO FORTH!

THE HOUR IS UPON YOU TO EXPAND YOUR ENCOUNTERS AND YOUR GIFTS AND TALENTS TO NEW LEVELS AND CREATE EVEN MORE THAN YOU CAN IMAGINE!

IN THIS MY VISION WILL HAVE THE STRONGEST FOUNDATION IMAGINABLE AND IT WILL STAND FOR ALL TIME!

Now to My entire blessed Triune, I URGE YOU TO RETURN TO MY WORD FROM THE PAST DAYS AND VERY CAREFULLY AND INTENTLY READ YOUR DIRECTIVES AND INSTRUCTIONS AGAIN ALLOWING MY WORDS TO BE BRANDED UPON YOUR HEARTS AND MINDS!

DO EXACTLY WHAT I HAVE ASKED OF YOU AND DO NOT FALL BACK INTO YOUR DOUBTS, QUESTIONS, DELAYS AND FEARS!

YOU EACH HAVE REACHED A NEW PINNACLE AND I AM OBSERVING WHAT HAPPENS WHEN MY CHILDREN FINALLY REALIZE WHO I AM!

I AM YOUR FATHER WHO HAS ENTRUSTED YOU WITH MY VISION THAT WILL FOREVER CHANGE LIVES FOR GENERATIONS!

YOU HAVE FINALLY RESPONDED TO MY VOICE!

ALLOW NOTHING TO STOP YOU!

10:29:46 am

Another word…

THE INTENSITY OF MY WORD

“For it would have been better for them never to have known the way of righteousness than after knowing it to turn back from the holy commandment delivered to them”
2 Peter 2:21

As each of you absorb My Word brought forth earlier this very morning, remember this….you were chosen by Almighty God and given directives by the hand of God that require no interpretation or amendment nor deletion.

You were chosen to see My Vision fulfilled for the sake of countless lives for generations.

You cannot choose what you will obey and what you will not obey. This is the Word of God of which every Word is perfect.

Remember these words for the hour is upon you.

01:34:38 pm

M

# EXHIBIT 25

LW_011291–LW_011326

**Platform:** Native Messages **Name:** +14173351460 **Timezone:** UTC-0600

H Home
+1 (417) 335-2209

J Julia
+1 (417) 337-1488
jwilhite2459@gmail.com

J Julia
+1 (417) 545-5101
jwilhite2459@gmail.com

LW Larry Wilhite
+1 (417) 335-1460
larrywilhite2010@gmail.com

Unknown

2024/05/16

Julia
I'll call you back.
12:34:55 pm
J

Unknown
I'll call you back.
12:34:55 pm

Larry Wilhite
That's ok
12:35:25 pm

That's ok
12:35:25 pm
LW

Julia
I am on the phone with Amy.
12:35:37 pm
J

Unknown
I am on the phone with Amy.
12:35:37 pm

2024/05/19

Larry Wilhite

PREPARE THY HEARTS FOR MY WORD TO COME FORTH

“Do your best to present yourself to God as one approved, a worker who has no need to be ashamed, rightly handling the word of truth”
2 Timothy 2:15

Prepare thy hearts for My Word of great urgency and great significance to come forth before the sun sets upon this Sabbath day.

Prepare to accept every Word without exception!

Prepare thy hearts My Triune.

06:57:09 am

PREPARE THY HEARTS FOR MY WORD TO COME FORTH

“Do your best to present yourself to God as one approved, a worker who has no need to be ashamed, rightly handling the word of truth”
2 Timothy 2:15

Prepare thy hearts for My Word of great urgency and great significance to come forth before the sun sets upon this Sabbath day.

Prepare to accept every Word without exception!

Prepare thy hearts My Triune.

06:57:09 am

PREPARE THY HEARTS FOR MY WORD TO COME FORTH

“Do your best to present yourself to God as one approved, a worker who has no need to be ashamed, rightly handling the word of truth”
2 Timothy 2:15

Prepare thy hearts for My Word of great urgency and great significance to come forth before the sun sets upon this Sabbath day.

Prepare to accept every Word without exception!

Prepare thy hearts My Triune.

06:57:26 am

PREPARE THY HEARTS FOR MY WORD TO COME FORTH

“Do your best to present yourself to God as one approved, a worker who has no need to be ashamed, rightly handling the word of truth”
2 Timothy 2:15

Prepare thy hearts for My Word of great urgency and great significance to come forth before the sun sets upon this Sabbath day.

Prepare to accept every Word without exception!

Prepare thy hearts My Triune.

LW

06:57:26 am

2024/05/25

Larry Wilhite

TODAYS WORD-MY WORD IS THE ONLY WAY MY TRIUNE!

“The one who rejects me and does not receive my words has a judge; the word that I have spoken will judge him on the last day”
John 12:48

Do you truly respect and honor Me as your Father, the God of the Universe, your creator?

If you recognize Me as God speaking to you with such direct communication, then why must I persist in pleading with you for your pure obedience?

“For his invisible attributes, namely, his eternal power and divine nature, have been clearly perceived, ever since the creation of the world, in the things that have been made. So they are without excuse”
Romans 1:20

If you respect Me as your Lord, why would you force Me to beg you for such obedience and trust?

Do you fully realize the sanctity of the Triune I alone created bringing each of you together giving you such great responsibility of My Vision?

Have you grown weary of My Words brought forth each day?

Is the reality of My Vision not enough to bring you to your knees in humility, obedience, trust and love for Me?

This morning I am approaching you in a crucial moment that has arisen because of delayed obedience and outright disobedience!

You have a choice this morning.

Honor My Word and embrace My heart or continue to ignore Me.

The decision is one of great urgency for there is no more time to waste in such ignorance of My heart!

To the one within My blessed Triune of whom I alone tasked with specific resources and provision, do you truly respect with gratitude and humility the others by your side within My Triune?

Do you realize how honorable they have been to you and the enormity of their respect and sacrifice?

Do you realize how your delayed obedience and battle with Me has affected their ability to complete what is critical for My Vision?

Each of you affects one another! That is the reality of a Triune!

You, My son of whom I tasked with resources and provision have battled with Me and even this day you seek "alternatives" to My exact instructions rather than trusting My Word Exactly!

I need not repeat My instructions to you!

You know exactly what I have told you.

Just return to My Word over the past 7 days! Read every Word!
Then you decide if you are being obedient!

This is an absolute critical hour My son!

One by your side within My Triune tasked with much is on the brink of the evolution of the great miracles I have promised because of his extreme obedience in going forth without question honoring My directives but YOUR obedience is pivotal in order for these miracles to ensue!

I have told you that delayed obedience is absolutely the definition of disobedience in My eyes!

When I tell you something to do, I expect EXACT OBEDIENCE not the seeking of "alternatives" or "other ways" to accomplish the goal!

Time has expired My son and this very morning I am approaching you with intensive clarity!

The delay in providing the Immediate resources has resulted in a disgraceful soiling of the reputation of My Vision to many in the past days!

It is now imperative that you not allow another day to pass without the provision of these Immediate resources to clean the soiled nature of My Vision!

This is not a suggestion My son.

This is a mandate because I assure you can do this If you follow My Word EXACTLY!

Then after you provide these Immediate resources, you MUST then complete immediately the retrieval of ALL you accumulated from your years of wealth!

ALL!

Allow not those so close to you devoured by greed, deception and sin to obstruct you anymore! Allow not fear of these sinful ones to affect you! You have My authority! That is enough!

Do not look upon My Words to you this morning as condemnation My son, I am encouraging you with My heart of discipline so that you will finally know peace and My Vision will prevail!!

Now I speak to the one within My blessed Triune tasked with much!

As you have stood firm and ventured forth in obedience, know that I am with you and you MUST NOT allow anyone or anything to deter you or obstruct you for any reason!

You are to go even further to all of the doors I am opening only to you as the sole voice for My Vision and My Triune!

This is a great responsibility and you must not ignore one word of instruction!

Furthermore, you must not delay securing the employ of the ones I sent to you in specific areas of importance! The time is now!

And finally I speak to the one within My blessed Triune tasked with administration and leadership.

You have fought only one deep battle with Me for so long and this battle must now end.

Your battle of trusting Me implicitly and purely is the only battle that infects your heart.

I know your desire deep within your heart to trust Me and yet each day as challenges come forth, your wavering faith has brought you much stress, worry, doubt, fear and even physical illness.

This morning I am calling you to fall upon your knees with a trust that contradicts the doubts of this world!

I am your Father!

I am God!

You need nothing more!

Allow now only joy and extreme exhibitions of faith and trust to exit your mouth and your mind!

You are not to even whisper another word of doubt or question or calculation!

“It is not what goes into the mouth that defiles a person, but what comes out of the mouth; this defiles a person.”
Matthew 15:11

This is your day to finally experience the freedom
Of trusting Me Alone!

I remind you as My entire Triune:

Do not obstruct, question or interfere with each other in your individual obedience to My Exact instructions! Only highly support and hold one another accountable to My Word!

Today is not as any other day!

This is a day for each of you to do Exactly as I have spoken without one more day of disobedience or delayed obedience!

So it is written!

Your Heavenly Father

08:26:29 am

# EXHIBIT 26

GB00002247–GB00002248

Message

**From:** Gene Bicknell [gene.bicknell@marinerwealth.com]
**Sent:** 1/16/2024 2:09:25 PM
**To:** Larry Wilhite [lwilhite@themansiontheatre.com]; Rick Silanskas [ricksilanskas@gmail.com]
**Subject:** Fwd: Mr Bicknell/Our Novena this day

Fyi
Sent from my iPhone

Begin forwarded message:

**From:** Gene Bicknell <gene.bicknell@marinerwealth.com>
**Date:** January 16, 2024 at 3:04:54 PM EST
**To:** Sister Catherine <catherinesister24@gmail.com>
**Subject: Re: Mr Bicknell/Our Novena this day**

Sisterr Catherine. I'm sobbing from your Novena. It came at a perfect time!…i was awake all night praying and asking for forgiveness for my weakened path. God has chosen me and two brothers in Christ to do His mission to bring oeace, hope, and joy to a troubled world. I have been disobedient in finding the funds to keep the project going. !! Yesterdays message from you and our Father has been prayed over and now your word today has me deeply remorse and more determined to overcome my fear and feeling incapable of doing His mission. Thank you for getting me back to doing my assignment He has spoken to me through you and sister Marie. I'm overcome with emotion and will rise again to get His will be done. Praises to you and your mission. May God continue to bless us all!!! Gratitude to all. Jesus lives!!!! Love and blessings forever. Gene
Sent from my iPhone

On Jan 16, 2024, at 12:56 PM, Sister Catherine <catherinesister24@gmail.com> wrote:

We prayed the Novena in your name this morning Mr Bicknell. God's Holy voice spoke through Sister Marie. He has given you the authority to do what He has asked of you that you have found so difficult. He spoke in heavenly tones. We pray this prayer with you in honor and reverence.

Dear Lord Jesus, I thank You for dying for me on the cruel cross and I praise You Lord, for Your glorious resurrection from the dead and all that it means to me, a sinner who has been saved by grace through faith in Christ.

Help me I pray, to trust You no matter what I am called upon to do. Give me the will to step out in faithful obedience on this specific moment when I am called to say or do something that is outside of my comfort zone and to follow in the path of those like Queen Esther, who was called for such a time as this.

Help me to step out in faith today and not to fear that which I am called upon to undertake fearing no one, knowing that I have not been given the spirit of fear but of power and love and of a sound mind. Keep my heart open to Your promptings help to grow in my faith, and obedience to Your praise and glory. In Jesus' name I pray,

Amen.

Sister Catherine

# EXHIBIT 27

GB00002097

Message

**From**: Gene Bicknell [gene.bicknell@marinerwealth.com]
**Sent**: 1/19/2024 2:46:28 PM
**To**: Larry Wilhite [lwilhite@themansiontheatre.com]; Rick Silanskas [ricksilanskas@gmail.com]
**Subject**: Fwd: Mr Bicknell/MASS OFFERED FOR YOU

Sent from my iPhone

Begin forwarded message:

**From:** Sister Catherine <catherinesister24@gmail.com>
**Date:** January 19, 2024 at 1:34:09 PM EST
**To:** Gene Bicknell <gene.bicknell@marinerwealth.com>
**Subject: Mr Bicknell/MASS OFFERED FOR YOU**

You were placed upon our hearts again this morning as this days Holy Mass was offered in your name. Following Mass as we entered cloistered prayer, this word filled our hearts for you and we share it humbly as sisters of mercy in His service.

The battle you have been fighting within your soul is to end now. You have been given great authority by the Almighty to command what you have been seeking this very day. You must not allow fear to enter thy heart as you take what is truly yours for the Kingdom of The Father. He is awaiting you to move this day.

This prayer from St Therese was offered for you. We remain at your side as messengers from your Father and humble servants.

*Sister Catherine*

Jesus, Almighty King of kings,
You Who obeyed Your Father to the end,
Teach me the meaning of obedience.
My soul burns to comply to Your Will,
Striving to charm Your Divinity.
While my worldly nature seeks one way,
My spiritual nature seeks another.

Bless me with the strength to obey,
That my soul may subdue both natures,
Blending them as a fair aromatic bloom.
I always seek favor in Your eyes,
To always obey You until my last breath!

Amen

# EXHIBIT 28

GB00002005

Message

**From**: Gene Bicknell [gene.bicknell@marinerwealth.com]
**Sent**: 2/5/2024 10:30:08 AM
**To**: Rick Silanskas [ricksilanskas@gmail.com]; Larry Wilhite [lwilhite@themansiontheatre.com]
**Subject**: Fwd: Mr Bicknell/Morning Mass

Today's word
Sent from my iPhone

Begin forwarded message:

**From:** Gene Bicknell <gene.bicknell@marinerwealth.com>
**Date:** February 5, 2024 at 11:29:26 AM EST
**To:** Sister Catherine <catherinesister23@gmail.com>
**Subject: Re: Mr Bicknell/Morning Mass**

I am so blessed I cry out for the way to be obedient. God has touched me and my connection is so overwhelming…i will get it done. Please continue to pray for me. He told me you're His celestial angels….I'm getting Counsel now and changing my will. 🙏🙏🙏😇😇🎶
Sent from my iPhone

On Feb 5, 2024, at 9:13 AM, Sister Catherine <catherinesister23@gmail.com> wrote:

During morning Mass as we prayed, we were compelled to share again the words from Compline prayer several days ago as *revealed through Sister Marie. Our Father is speaking quite strong regarding your immediate active obedience based upon the words He is sending you directly each day. He does not want you to wait but act immediately in all areas He has told you. He spoke specifically of the Counsel you must retain to retrieve All He has told you and the urgency of this which must not be delayed even one more day.*
*Our Lord spoke further of your responsibility to provide immediate urgent resources to those who serve by your side in a Triune who are protecting His Vision as they are responsible to many who you are indebted to. This is quite serious and our Lord spoke with an urgency of spirit. He spoke of resources you have promised in the days ahead that must be provided.*

*We do not understand all we are sharing with you but we speak as Gods cloistered ambassadors of His exact words to us that you must hear and obey today. He is sovereign. May the Lord be with you in the name of the Father, the Son and the Holy Spirit. We remain in His service upon our knees listening for His voice. We will remain until He releases us from your side.*

*Sister Catherine*

# EXHIBIT 29

GB00001858

Message

**From**: Gene Bicknell [gene.bicknell@marinerwealth.com]
**Sent**: 2/14/2024 8:38:04 AM
**To**: Rick Silanskas [ricksilanskas@gmail.com]; Larry Wilhite [lwilhite@themansiontheatre.com]
**Subject**: Fwd: Mr Bicknell/Morning Devotionals

Sent from my iPhone

Begin forwarded message:

**From:** Sister Catherine <catherinesister364@gmail.com>
**Date:** February 14, 2024 at 8:30:21 AM CST
**To:** Gene Bicknell <gene.bicknell@marinerwealth.com>
**Subject: Mr Bicknell/Morning Devotionals**

*As we finished Mass this morning, we entered our morning Devotionals in your name as we have remained in prayer and intercession at the prompting of the Holy Spirit. Again much came forth through Sister Marie. She spoke words from our Lord and Saviors heart for you. There was a great focus regarding our Lord seeking your full obedience as you go forth in following His directives without exception. As you go forth with the counsel God has commanded, He does not want you to allow anything to detract or stop you from doing exactly what He has told you. He does not want you to be intimidated or fearful but strong of spirit. As Sister Marie concluded, she spoke words as God is imploring you to follow His instructions Exactly as He has sent you regarding All you must retrieve. We will be in prayer throughout this day as we kneel in humility as His servants of mercy and grace. We pray you will be fully obedient as our Lord is speaking so clearly. In His precious Holy Name. Amen.*

*Sister Catherine*

# EXHIBIT 30

GB00001850

Message

**From**: Gene Bicknell [gene.bicknell@marinerwealth.com]
**Sent**: 4/30/2024 2:48:07 PM
**To**: Rick Silanskas [ricksilanskas@gmail.com]; Larry Wilhite [lwilhite@themansiontheatre.com]
**Subject**: Fwd: Mr Bicknell/Mid Day Devotionals

Fyi
Sent from my iPhone

Begin forwarded message:

**From:** Sister C <catherinesister444@gmail.com>
**Date:** April 30, 2024 at 2:29:59 PM EDT
**To:** Gene Bicknell <gene.bicknell@marinerwealth.com>
**Subject: Mr Bicknell/Mid Day Devotionals**

*During our mid day Devotionals, we dedicated a period of time only for you Mr Bicknell at the behest of Sister Marie. Our Lord has clearly spoken again within our hearts for you. Our Lord has sent you a very crucial word through someone within His Triune this very day. Our Lord is seeking your acceptance of this word and obedience. Sister Marie also shared....this one who has brought you a word today requires your full support and faith in all God is instructing him regarding the Vision and his responsibilities. Deny him*
*Not your full faith and support in all he speaks to you. Tonight we will be in a vigil on your behalf through the night. We remain His humble servants of mercy.*

*Sister Catherine*

# EXHIBIT 31

GB00001845–GB00001846

Message

**From:** Gene Bicknell [gene.bicknell@marinerwealth.com]
**Sent:** 5/2/2024 12:13:15 PM
**To:** Larry Wilhite [lwilhite@themansiontheatre.com]; Rick Silanskas [ricksilanskas@gmail.com]
**Subject:** Fwd: Mr. Bicknell/God speaking this morning

Sent from my iPhone

Begin forwarded message:

**From:** Sister Catherine XI <catherinesister443@gmail.com>
**Date:** May 2, 2024 at 10:32:21 AM EDT
**To:** Gene Bicknell <gene.bicknell@marinerwealth.com>
**Subject: Mr. Bicknell/God speaking this morning**

*Shortly before 6 AM this morning as we were completing the overnight Vigil for you and preparing to go to Mass, A very powerful and intense Word came forth through the Holy Spirit as Sister Marie was compelled to speak with a strength we have not heard from her for many years. We listened upon our knees. Our Lord is speaking with a great intensity to you this morning Mr. Bicknell. We only relay what we hear as we pray. Our Lord said that this morning you have spoken great words of defeat against His will and instructions! He spoke of your ignoring Him and accepting defeat rather than rising up in His Authority. We have not heard such strong words since we first were inspired to communicate with you. We are only messengers but Gods Word is not to be ignored. A few moments later, Sister Marie stood up from her wheel chair and said God is seeking you to accept and stand in His power and authority to do exactly what He has asked of you without any exceptions or any alternatives. She then sat down and we have been*

*in prayer ever since. We feel this importance and will remain in prayer as His servants of mercy and intercession for you Mr. Bicknell. We urge you not to ignore these words.*

*Sister Catherine*

# EXHIBIT 32

GB00001813–GB00001814

Message

**From**: Gene Bicknell [gene.bicknell@marinerwealth.com]
**Sent**: 5/10/2024 12:09:58 PM
**To**: Larry Wilhite [lwilhite@themansiontheatre.com]; Rick Silanskas [ricksilanskas@gmail.com]; Kristy Adams [kadams@themansiontheatre.com]
**Subject**: Fwd: Mr. Bicknell/Morning Mass

Sent from my iPhone

Begin forwarded message:

**From:** Catherine Sister <catherinesister70@gmail.com>
**Date:** May 10, 2024 at 11:35:27 AM EDT
**To:** Gene Bicknell <gene.bicknell@marinerwealth.com>
**Subject: Mr. Bicknell/Morning Mass**

*I am writing to you following Morning Mass on this blessed Friday. Ever since our Lord revealed you to us, we have never felt more intensity from God than we are this morning. It seems that today is a Very crucial day in your life as God is giving you great attitude of strength, determination and boldness to stand up and finally act with authority. Sister Marie just said that our Lord is directing you to stand up to this one so very close to you who has been very deceitful and dishonest for many years regarding your wealth. He is to be called out! Sister Marie then said that you must not allow this one to use his arrogance, threats or demands to intimidate you in any way! You owe him nothing! Although this one was supposed to honor you since you first provided him much to begin his life, this one has greatly been dishonest and continues to be dishonest even this very morning! Our Lord has given you great strength and boldness Mr. Bicknell and this is the time to use it! Sister Marie finally said*

*that there is one in the Triune who is your great support, wisdom and strength! Listen to this one! You must embrace this one today and encourage him to do Exactly what Gods Word has told him in every area for the foundation of Gods Wisdom. Argue not with this one and do not obstruct Anything he is to do as God has spoken. Our Lord is now securing the foundation of all before you. There are Very Great needs this very day and if you Stand in intense form this day against this one who has been intimidating you, you will be able to release immediate needs today! But you must not make any deals with the devil. Only follow our Lords EXACT instructions to you and you will be victorious in His Precious Holy Name! We remain in prayer as His humble ambassadors of mercy and intercession. Although we truly do not understand all we are speaking to you, be assured we are only speaking the direct words of our Lord being given to us.*

*Sister Catherine*

# EXHIBIT 33

GB00001854–GB00001855

Message

**From:** Rick Silanskas [ricksilanskas@gmail.com]
**Sent:** 2/3/2024 11:15:22 AM
**To:** Larry wilhite [lwilhite@themansiontheatre.com]
**Subject:** Fwd: Mr Bicknell/Communion of the Saints

Begin forwarded message:

**From:** Gene Bicknell <gene.bicknell@marinerwealth.com>
**Date:** 2 February 2024 at 6:44:01 pm GMT-6
**To:** Rick Silanskas <ricksilanskas@gmail.com>
**Subject: Fwd: Mr Bicknell/Communion of the Saints**

Sent from my iPhone

Begin forwarded message:

**From:** Gene Bicknell <gene.bicknell@marinerwealth.com>
**Date:** February 2, 2024 at 7:42:42 PM EST
**To:** Rick Silanskas <ricksilanskas@gmail.com>
**Subject: Fwd: Mr Bicknell/Communion of the Saints**

Sent from my iPhone

Begin forwarded message:

**From:** Sister Catherine <catherinesister24@gmail.com>
**Date:** January 23, 2024 at 12:48:58 PM EST
**To:** Gene Bicknell <gene.bicknell@marinerwealth.com>
**Subject: Mr Bicknell/Communion of the Saints**

Very early this morn before the rays of the sun penetrated the stain glass windows, our intercession for you to our Father dominated our hearts. God again spoke quietly through Sister Marie. I share what we embodied through the Holy Spirit.

Our Father has given you His authority and power to do what He has asked of you and He is grieving over your timid spirit that looks for other ways to the solution rather than His directions. He is calling you today Mr Bicknell to end your timid spirit and act with obedience. Your burdens will then be released immediately.

Thank You, God, that You are my Saviour. Thank You, Father, for Your Word of Truth and thank You, Lord, that You desire to transform all Your children into the image and likeness of the Lord Jesus, as we depend on You for all things. Father, I want to live a godly life and live in humility of heart and in obedience to Your Word.

Lord, the eyes of my heart are on You and my confidence is in Your Word. Inspire, convict, teach and correct me I pray, through the Scriptures, and may I develop a teachable and correctable spirit, in submission to the leading and guidance of Your Holy Spirit.

Help me to look into the mirror of Your Word and let its truth search out areas in me that need to be rooted out. May I grow in humble obedience to Your ways and help me to reflect the love of the Lord Jesus in my walk and word. I ask this in Jesus' name,

Amen.

*Sister Catherine*

# EXHIBIT 34

GB00001849

Message

**From**: Rick Silanskas [ricksilanskas@gmail.com]
**Sent**: 2/3/2024 11:15:38 AM
**To**: Larry wilhite [lwilhite@themansiontheatre.com]
**Subject**: Fwd: Mr. Bicknell/TERCE PRAYER IN YOUR NAME

Begin forwarded message:

**From:** Gene Bicknell <gene.bicknell@marinerwealth.com>
**Date:** 2 February 2024 at 6:43:19 pm GMT-6
**To:** Rick Silanskas <ricksilanskas@gmail.com>
**Subject: Fwd: Mr. Bicknell/TERCE PRAYER IN YOUR NAME**

Sent from my iPhone

Begin forwarded message:

**From:** Sister Catherine <catherinesister24@gmail.com>
**Date:** January 20, 2024 at 3:50:51 PM EST
**To:** Gene Bicknell <gene.bicknell@marinerwealth.com>
**Subject: Mr. Bicknell/TERCE PRAYER IN YOUR NAME**

In humble service to God our Father, I bring you these words laid at the altar during Terce prayer this morning. As His servants of mercy you remain heavily upon our heart Mr Bicknell. God speaks through the mysterious and divine.

This morning we are compelled by our God to bring this message. Your Father is intently seeking your submission and obedience to all he has asked of you without any further challenge or hesitation from you. He spoke within our hearts upon gazing of the cross of salvation. He is speaking with great passion and requires your response this very day.
He wants you to end ignoring the words He has been speaking to you.
We remain in this cloistered realm of prayer and intercession for you. We kneel in solemn prayer as a vigil begins this day offered in your name.

---

Dear heavenly Father, please make me an obedient child. Let me listen and obey your instructions. Give me the ability to do whatever you ask me to do. Do not let me provoke your judgment with disobedience. Enable me to always be conscious that “you see all things and you will appropriately judge all things – either with blessings or disciplines.” For in the name of Jesus Christ I pray.

Amen.

Android
iPhone

# EXHIBIT 35

GB00001847

Message

**From**: Rick Silanskas [ricksilanskas@gmail.com]
**Sent**: 2/3/2024 11:16:00 AM
**To**: Larry wilhite [lwilhite@themansiontheatre.com]
**Subject**: Fwd: Mr Bicknell/Mid Day Reflection

Begin forwarded message:

**From:** Gene Bicknell <gene.bicknell@marinerwealth.com>
**Date:** 2 February 2024 at 6:42:07 pm GMT-6
**To:** Rick Silanskas <ricksilanskas@gmail.com>
**Subject: Fwd: Mr Bicknell/Mid Day Reflection**

Sent from my iPhone

Begin forwarded message:

**From:** Sister Catherine <catherinesister24@gmail.com>
**Date:** February 1, 2024 at 1:46:39 PM EST
**To:** Gene Bicknell <gene.bicknell@marinerwealth.com>
**Subject: Mr Bicknell/Mid Day Reflection**

*I am sending you this letter as we have concluded our mid day reflections in your name. May you accept the direction of our Lord and Savior and fight with Him no longer. We remain in His service as angels of intercession and mercy.*

*Sister Catherine*

# EXHIBIT 36

GB00001857

Message

**From**: Rick Silanskas [ricksilanskas@gmail.com]
**Sent**: 2/14/2024 10:44:50 AM
**To**: Larry wilhite [lwilhite@themansiontheatre.com]
**Subject**: Fwd: Mr Bicknell/Morning Devotionals

Begin forwarded message:

**From:** Gene Bicknell <gene.bicknell@marinerwealth.com>
**Date:** 14 February 2024 at 8:38:17 am GMT-6
**To:** Rick Silanskas <ricksilanskas@gmail.com>, Larry Wilhite <lwilhite@themansiontheatre.com>
**Subject: Fwd: Mr Bicknell/Morning Devotionals**

Sent from my iPhone

Begin forwarded message:

**From:** Sister Catherine <catherinesister364@gmail.com>
**Date:** February 14, 2024 at 8:30:21 AM CST
**To:** Gene Bicknell <gene.bicknell@marinerwealth.com>
**Subject: Mr Bicknell/Morning Devotionals**

*As we finished Mass this morning, we entered our morning Devotionals in your name as we have remained in prayer and intercession at the prompting of the Holy Spirit. Again much came forth through Sister Marie. She spoke words from our Lord and Saviors heart for you. There was a great focus regarding our Lord seeking your full obedience as you go forth in following His directives without exception. As you go forth with the counsel God has commanded, He does not want you to allow anything to detract or stop you from doing exactly what He has told you. He does not want you to be intimidated or fearful but strong of spirit. As Sister Marie concluded, she spoke words as God is imploring you to follow His instructions Exactly as He has sent you regarding All you must retrieve. We will be in prayer throughout this day as we kneel in humility as His servants of mercy and grace. We pray you will be fully obedient as our Lord is speaking so clearly. In His precious Holy Name. Amen.*

*Sister Catherine*

# EXHIBIT 37

LW_048571–LW_048575

**Platform:** Native Messages **Name:** +14058345132 **Timezone:** UTC-0600

BW Betty Winkle
+1 (405) 834-5132
okietravelers@aol.com

J Julia
+1 (417) 337-1488
jwilhite2459@gmail.com

J Julia
+1 (417) 545-5101
jwilhite2459@gmail.com

Unknown

2024/02/03

Betty Winkle

Could you send me your email?
Trying to update info!!
Thank you!! 😘❤️
08:38:22 pm

Could you send me your email?
Trying to update info!!
Thank you!! 😘❤️
08:38:22 pm

BW

Julia

Jwilhite2459@gmail.com. the only thing is it is 99% full and I sometimes don't get emails. I have reverted to mjmcduffey@gmail.com. it is mom's email that is still active.
08:56:30 pm

J

Unknown

Jwilhite2459@gmail.com. the only thing is it is 99% full and I sometimes don't get emails. I have reverted to mjmcduffey@gmail.com. it is mom's email that is still active.
08:56:30 pm

Betty Winkle

Ok, I will add that to what I have!!
Thank you, Love you❤️
Jerry is doing good considering only two days from surgery!
Thank the LORD!
09:05:17 pm

BW

Ok, I will add that to what I have!!
Thank you, Love you❤️
Jerry is doing good considering only two days from surgery!
Thank the LORD!
09:05:17 pm

Julia

I was pumping gas when you texted and I wanted to get an answer to you. I came home and was letting dogs out and feeding them and just now sitting down.
I thought in my scurrying about the house how crazy that I did not ask how Jerry was. I apologize and am so glad he is doing well. I will continue to pray for him. Love you both.
10:09:26 pm

J

Unknown

I was pumping gas when you texted and I wanted to get an answer to you. I came home and was letting dogs out and feeding them and just now sitting down.
I thought in my scurrying about the house how crazy that I did not ask how Jerry was. I apologize and am so glad he is doing well. I will continue to pray for him. Love you both.
10:09:26 pm

Betty Winkle

Thank you Babe, yes, keep prayers going!! Will keep you guys updated!! Love you❤️🙏
10:11:37 pm

Thank you Babe, yes, keep prayers going!! Will keep you guys updated!! Love you❤️🙏
10:11:37 pm

BW

2024/02/04

Betty Winkle

Julia, I sent you an e-card to your email (momo's). They said you had not picked it up so they were supposed to send by text!
Sure hope you get it!!
10:11:25 pm

BW

Julia, I sent you an e-card to your email (momo's). They said you had not picked it up so they were supposed to send by text!
Sure hope you get it!!
10:11:25 pm

Julia

I will check. So sorry. I don't check emails very often. Just got the text. Thank you.
10:13:26 pm

J

Unknown

I will check. So sorry. I don't check emails very often. Just got the text. Thank you.
10:13:26 pm

Julia

Thank you. That was a very sweet card. Love you both.
10:17:14 pm

J

Unknown

Thank you. That was a very sweet card. Love you both.
10:17:14 pm

Betty Winkle

You are welcome!! Love you❤️😘
10:18:12 pm

You are welcome!! Love you❤️😘
10:18:12 pm

BW

2024/02/17

Betty Winkle

Julia, thinking about and praying you are feeling much better!!
Hope you received the valentine e-card I sent to you😘❤️
06:48:02 pm

BW

Julia, thinking about and praying you are feeling much better!!
Hope you received the valentine e-card I sent to you😘❤️
06:48:02 pm

Julia

I am getting better, just running to ballgames. We had 6 today in Branson and Springfield between Nate and Nolan and Cora. Whew! Just got home and Larry is getting better too. I pray you both are better as well.
Yes I received your card and thank you. I love you both.
08:42:24 pm

J

Unknown

I am getting better, just running to ballgames. We had 6 today in Branson and Springfield between Nate and Nolan and Cora. Whew! Just got home and Larry is getting better too. I pray you both are better as well.
Yes I received your card and thank you. I love you both.
08:42:24 pm

Betty Winkle

So glad you are better!! Didn't know Larry was not feeling well.
Pray he gets well SOON! Hugs & Kisses to you both😘😘❤️❤️

Glad you got the card😉
08:46:17 pm

So glad you are better!! Didn't know Larry was not feeling well.
Pray he gets well SOON! Hugs & Kisses to you both😘😘❤️❤️

Glad you got the card😉
08:46:17 pm

BW

2024/05/12

Betty Winkle

Love the picture. Looks like you two are right out of the roaring twenties ‼️ ❤️❤️🙏🙏
03:15:25 pm

BW

Love the picture. Looks like you two are right out of the roaring twenties ‼️ ❤️❤️🙏🙏
03:15:25 pm

Julia

We did have a good time.
04:02:50 pm

J

Unknown

We did have a good time.
04:02:50 pm

✓ Sent

Betty Winkle

Good! 😘
04:03:31 pm

Good! 😘
04:03:31 pm

BW

✓ Read

# EXHIBIT 38

GB00539916–GB00539917

Message

**From**: Jim Robertson [hit-reply@dotloop.com]
**Sent**: 3/30/2017 9:47:38 AM
**To**: Gene O Bicknell [lwilhite@themansiontheatre.com]
**Subject**: You have signed a document

dotloop

You signed a **Listing Contract** for loop:
280-282 Caleb Dr

Share    Review

View document signature verification



Jim Robertson
Keller Williams - Branson Tri-Lakes
4173373794

IN LOOP

280-282 Caleb Dr

dotloop

## The better way to get real estate deals done

Millions of real estate professionals and clients trust dotloop to get deals done. Dotloop reduces complexity and increases security by replacing form creation, e-sign, and transaction management systems with a single end-to-end solution, while helping real estate professionals streamline their business with real-time visibility into their transactions.

700 Pete Rose Way, 4th floor,
Cincinnati, OH 45203
Have questions? Call us at (513) 257-0551

# EXHIBIT 39

GB00537608–GB00537609

Message

**From**: DocuSign System [dse_na2@docusign.net]
on behalf of Jim Robertson via DocuSign [dse_na2@docusign.net]
**Sent**: 7/12/2017 1:47:51 PM
**To**: O. Gene Bicknell [lwilhite@themansiontheatre.com]
**Subject**: Completed: Seller's Disclosure Statement
**Attachments**: Seller's Disclosure Statement.pdf

Your document has been completed

VIEW COMPLETED DOCUMENT

**Jim Robertson**
jim@bransonlistings.com

All parties have completed Seller's Disclosure Statement.

Please sign the Seller's Disclosure Statement. Thank you.

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
9E4D6B6F1CD249E3B20FF65AC0F216962

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Jim Robertson who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

# EXHIBIT 40

GB00530920–GB00530921

Message

**From**: Jim Robertson [hit-reply@dotloop.com]
**Sent**: 3/5/2018 12:41:52 PM
**To**: O Gene Bicknell [lwilhite@themansiontheatre.com]
**Subject**: You have signed Contract Amendment in 280-282 Caleb Dr

dotloop

You signed **Contract Amendment** for loop:
280-282 Caleb Dr

REVIEW

SHARE

View document signature verification



Jim Robertson
Keller Williams - Branson Tri-Lakes
4173373794

IN LOOP

280-282 Caleb Dr

dotloop

The better way to get real estate deals done

Millions of real estate professionals and clients trust dotloop to get deals done. Dotloop reduces complexity and increases security by replacing form creation, e-sign, and transaction management systems with a single end-to-end solution, while helping real estate professionals streamline their business with real-time visibility into their transactions.

700 Pete Rose Way, 4th floor,
Cincinnati, OH 45203
Have questions? Call us at 1(888)-DOTLOOP (368-5667)

# EXHIBIT 41

GB00025230–GB00025232

Message

**From:** Larry wilhite [lwilhite@themansiontheatre.com]
**Sent:** 4/17/2024 11:55:12 AM
**To:** Carl Williams [carlw@megdevteam.com]
**CC:** Kristy Adams [kadams@themansiontheatre.com]; Steve Hedrick [steveh@megdevteam.com]
**Subject:** Re: Mansion Entertainment x Green Family

Carl...I agree with you. I think first step is to speak with Gene and get his thoughts and how he wants to proceed.

Larry

On Wed, Apr 17, 2024, 9:50 AM Carl Williams <carlw@megdevteam.com> wrote:

> All-
>
> If the Greene family wants to be an investor, that is quite different from being a sponsor.
>
> For an investor, we would have a complex deal arrangement including:
> 1) reporting on project progress and the business results
> 2) definition around passive versus active involvement, rights (sell their stake or buy more)
> 3) all of the opposite scenarios - like seniority scenarios (can they force decisions in downside?), can they foreclose with triggers
> 4) do they have equity or debt or preferred debt and does this convert in some scenarios?
> 5) sequence of investment (early, lock step or late) etc.
> 6) Many others
> All of this is perfectly doable, heavy legal fees and time consuming and no infusion would happen until all of the deal terms are negotiated and memorialized. At this point, I believe we do not have enough clarity on the design, timing, investment budget, etc, to do a good job with the plan.
>
> Next, are we clear on the purpose of including another / major investor? Are we moving to address funding capacity? Do we believe this is risk mitigating? Are we willing to cede some level of control to accomplish this?
>
> Finally how does Brian get compensated if an investment does come through?
>
> For a sponsor (assuming we are clear on Brian's compensation) it is much more straightforward, and the timing is much later and close to roll out, when opening date is nailed down.
>
> Perhaps we should have an internal call to discuss so I understand better how to proceed.
>
> Thanks-
>
> Carl
>
> On Wed, Apr 17, 2024 at 8:53 AM Brian Saal <brian@ophir.consulting> wrote:
>
> > Good morning everyone!

Hope we are having a great start to the week. Sorry to pest here but wanted to circle back on the request from the Green Family to sign the attached NDA and review financial documents for the investment they are considering to the project.

Would we be able to share something with them this week or would it be helpful if I buy us a little time?

Thanks in advance.

---

**From:** Brian Saal <brian@ophir.consulting>
**Date:** Thursday, April 11, 2024 at 10:40 AM
**To:** carlw@megdevteam.com <carlw@megdevteam.com>
**Cc:** Steve Hedrick <steveh@megdevteam.com>, Kristy Adams <kadams@themansiontheatre.com>, lwilhite@themansiontheatre.com <lwilhite@themansiontheatre.com>
**Subject:** Re: Mansion Entertainment x Green Family

Hey all,

Quick update: Spoke to the family and they are requesting US to sign THEIR form. Scott and Derek are out of the country so this would expedite their evaluation process.

Not sure who reviews on our end but thought to share in hopes we could send them over all the documents at once.

The NDA has some highlights where they need information (e.g. what type of entity), and the language for confidential information has been added to section 1.5

---

**From:** Brian Saal <brian@ophir.consulting>
**Date:** Thursday, April 11, 2024 at 8:55 AM
**To:** carlw@megdevteam.com <carlw@megdevteam.com>
**Cc:** Steve Hedrick <steveh@megdevteam.com>, Kristy Adams <kadams@themansiontheatre.com>, lwilhite@themansiontheatre.com <lwilhite@themansiontheatre.com>
**Subject:** Mansion Entertainment x Green Family

Carl,

It's a pleasure to introduce myself. I obtained your email from Steve!

I serve the American Heartland project by securing partnerships and potential investors. I helped secure the Pepsi partnership which we are all very excited about.

Last Wednesday we had a good introductory meeting with the Green Family (Hobby Lobby) due to their Oklahoma roots.

They were most impressed with Steve's presentation on the project and have requested to learn more about the financial opportunities as well as spreadsheets and models.

The Green Family is reviewing the NDA and once we receive that signed, we would like to send them the necessary documents for an investment.

I have been told you are the man ☺

Thanks in advance and it's a pleasure to meet you!

Sincerely,

Brian

**Brian Saal**
President, Ophir Consulting

(803) 237-3770 | brian@ophir.consulting

Connect with me on LinkedIN!

# EXHIBIT 42

GB00405298–GB00405299

Message

**From:** Larry wilhite [lwilhite@themansiontheatre.com]
**Sent:** 5/4/2024 7:46:45 AM
**To:** Steve Hedrick [steveh@megdevteam.com]
**Subject:** Re: American Heartland 050324
**Attachments:** 7098E24E-455B-41A5-8786-A1940210C3ED.png

Steve
Yes, if Carl can get more impressive information I think that would be great.
We will check with Gene and make sure Monday's timeline works.
Larry

On Sat, May 4, 2024, 6:49 AM Steve Hedrick <steveh@megdevteam.com> wrote:

Thanks Larry,

Good info.
There may be too many blank spaces in the TIF document to satisfy Marty's doubts. Should we wait to supplement the TIF doc with Carl's analysis of future incentives? The figures will be substantial and impressive.
I don't know how soon you have to respond but if you can wait for Carl's work, it would appear that we have a better grasp of government's contributions. I'm push him to deliver by Monday PM.

Up to you,

Steve

Steve Hedrick
Executive Producer
American Heartland Project
(818) 929-7712

Please consider the environment before printing this email.
This email is confidential and may be legally privileged. Any dissemination, distribution, copying, reproduction, modification or publication of this communication is strictly prohibited by non-intended recipients. In case this email was mistakenly sent to you, please reply to the sender and delete it along with any attachments.

On May 3, 2024, at 7:32 PM, Larry wilhite <lwilhite@themansiontheatre.com> wrote:

Steve,

Here is the documents Kristy has assembled for Marty. If you see anything that needs to be changed or you think of something that needs to be added, please let us know.

Thanks
Larry

**From:** Kristy Adams <kadams@themansiontheatre.com>
**Sent:** Friday, May 3, 2024 8:40 PM
**To:** lwilhite@themansiontheatre.com
**Subject:** American Heartland 050324

Your copy
<American Heartland 050324.pdf><Lazydays x Three Ponies RV Park Term Sheet v2.pdf>

# EXHIBIT 43

GB00021203–GB00021204

Message

**From**: Pamela McKown [pamckown@yahoo.com]
**Sent**: 5/17/2024 1:16:12 PM
**To**: Larry wilhite [lwilhite@themansiontheatre.com]
**CC**: Carl Williams [carlw@megdevteam.com]; Steve Hedrick [steveh@megdevteam.com]
**Subject**: Re: CoAlign & NexTo

Thank you. I will check back with you next week.

Much Appreciated,
*Pamela McKown*
626-625-7231
pamckown@yahoo.com
pamelam@megdevteam.com

CONFIDENTIALITY NOTICE: The contents of this email communication, including any attachments, constitute a private exchange between the sender and the recipient(s) of this email. Unless expressed permission is given within the body of the email, the contents of this email are not to be forwarded or copied in any fashion to any other recipient(s). This email is covered by the Electronic Communication Privacy Act, 18 U.S.C. Section 2510-2521 and is legally privileged.

On Thursday, May 16, 2024 at 01:27:41 PM PDT, Larry wilhite <lwilhite@themansiontheatre.com> wrote:

Pamela,

Let's hold until the first of the week. Waiting on Gene's approval.

Larry

---

**From:** Pamela McKown <pamckown@yahoo.com>
**Sent:** Wednesday, May 15, 2024 8:09 PM
**To:** Larry Wilhite <lwilhite@themansiontheatre.com>
**Cc:** Carl Williams <carlw@megdevteam.com>; Steve Hedrick <steveh@megdevteam.com>
**Subject:** CoAlign & NexTo

Hi Larry,

Steve has asked me to reach out to you regarding the issuance of new contracts to CoAlign and NexTo. Both Oklahoma consultants specialize in incentive strategy consulting including political introductions and connections at the local, state and federal levels, public meetings to advance the project, advisement on financial opportunities and incentives, guidance on tax credits, land acquisition and development, and economic development initiatives and incentives for housing, commercial development, and public/private. Additionally, NexTo specializes in retail development and was the Director of the Department of Commerce for Oklahoma.

Originally both consultants were under ADG Blatt's agreement. ADG Blatt's agreement has concluded and both consultant's services ended 30 April 2024. We would like them to commence working directly for Mansion 01 May 2024. NexTo is $5,000 per month. CoAlign is $8,000 per month. Both have signed NDA's. Please let me know if it is ok to proceed.

Much Appreciated,

*Pamela McKown*

626-625-7231

pamckown@yahoo.com

pamelam@megdevteam.com

CONFIDENTIALITY NOTICE: The contents of this email communication, including any attachments, constitute a private exchange between the sender and the recipient(s) of this email. Unless expressed permission is given within the body of the email, the contents of this email are not to be forwarded or copied in any fashion to any other recipient(s). This email is covered by the Electronic Communication Privacy Act, 18 U.S.C. Section 2510-2521 and is legally privileged.

# EXHIBIT 44

GB00094539–GB00094540

Message

**From:** Larry wilhite [lwilhite@themansiontheatre.com]
**Sent:** 7/10/2024 9:43:11 AM
**To:** Wallace Wilson [wwilson@ryaninsurance.net]
**Subject:** RE: Discussion/Options on Three Ponies

Thank you Wally...let me get this to Gene and see what he wants to do going forward.
Larry

---

**From:** Wallace Wilson <wwilson@ryaninsurance.net>
**Sent:** Wednesday, July 10, 2024 8:22 AM
**To:** Larry wilhite <lwilhite@themansiontheatre.com>
**Subject:** Discussion/Options on Three Ponies

Larry,
Below I am showing some estimates of what cancelling existing coverage looks like.
1. OCIP (Liability/Wrap Up for project): Total limits of $25,000,000 with multiple carriers:
a. Total premium for period 11/1/23 to 11/1/25: $660,000
b. Total Fees charged by placing brokerages: $2,250
c. Total OK Surplus Lines taxes @ 6% of premium & Fes: $39,750
d. Total cost for 2 year construction window: $702,000
2. To cancel this coverage, using July 15. 2024 date:
a. Must use Short Rate tables as cancellation at request of insured
b. Earned Premium Estimate of $255,000
c. Fees were 100% earned at inception, $2,250
d. Tax of $15,435
e. Total cost from 11/1/23 to 7/15/24: $272,685
f. So total refund will be, again, estimated, $429,315
As for Builders Risk Insurance
1. Total premium for limit of coverage at $158,200,000,. From 11/23/23 to 9/30/25 is $546,748
2. There are no fees or tax on this policy
3. Earned premium estimated at $191,000
4. Total Refund will be, estimated, $355,748
Larry,
If, and I have no idea on this, the project is going to restart, and is not being abandoned, the coverage should be kept in place. While you are spending $ monthly, on the OCIP Liability piece, the rate is exceptional, and if we have to replace may not (likely will not) be the same. Same thing, for almost certain, on the Builders Risk. The weather events that have already taken place pretty much guarantee that that rate will increase. Plus, you will have to start over, thus wasting the 7 months of coverage costs you have already paid. I will, of course, do whatever Gene instructs, but if the project is not dead, I suggest we simply request extensions of policy term rather than try to requote. Just my thoughts. I also note that the OCIP policies are in cancellation process and need to be paid ASAP if you want to keep them. Please make the July payment and take some time to work the next steps out.

Wally

***WALLY WILSON***
**President**
**Ryan Insurance**
**2308 S. Broadway, Pittsburg, KS**
**Ph: 620-231-3500 C: 816-797-3336**
wwilson@ryaninsurance.net

www.insurewithryan.com

# EXHIBIT 45

GB00190259–GB00190275

DocuSign Envelope ID: 8CF76659-009B-44FB-B23F-1D271CD08602

# CONSULTANT SERVICES AGREEMENT

This Agreement (this "**Agreement**") is made as of July 26, 2022, by and between Mansion Entertainment, LLC, a limited liability company with offices located a 189 Expressway Lane, Branson, MO 65616 ("**Owner**") doing business as **Mansion Entertainment Group**, and The Hettema Group, Inc., a California corporation with offices located at 67 Valley Street, Pasadena CA 91105 ("**Consultant**") doing business as **THG**.

1) PROJECT.

The project is known as **America's Heartland Theme Park** project.

2) OWNER.

The project Owner and client is **Mansion Entertainment, LLC**.

3) PROJECT DOCUMENTS.

The term "Project Documents" means the plans, specifications, reports, opinions, letters, and other deliverables prepared by or for Consultant, in any medium, including graphic and pictorial representations, which relate to its professional services for the Project and shall include but not be limited to designs, details, schedules, diagrams, scratch tracks, recordings, compositions, sounds and written descriptions which set forth the design intent of the Project.

4) SCOPE OF SERVICES.

a) A description of the Services to be performed by Consultant and any deliverables to be provided under this Agreement is set forth in the Scope of Services attached hereto as **Exhibit A** (the "**Scope of Services**"). The term "**Services**" means the services required by this Agreement, whether completed or partially completed, and includes all other labor, materials, equipment, and services provided or to be provided by the Consultant to fulfill the Consultant's obligations hereunder. The Services may constitute the whole or a part of the Project. **Exclusions** from the Consultant's scope of work are listed as **Exhibit B**.

b) In addition, Owner may, from time to time and at its discretion, add to or deduct from the Services by issuing a Directive (a written document signed by the parties consisting of additions, deletions, or other revisions to this Agreement or other written instructions issued by Owner as to the performance of the Services or the activities of Consultant or of its subcontractors of any tier) to Consultant describing the nature and scope of the change in the Services (a "**Scope Change**"). Unless the Directive indicates that it is for a price quote only, Consultant shall promptly respond with what it believes to be an appropriate dollar amount to add to or subtract from the Compensation (as defined in Exhibit B attached hereto) by reason of the Scope Change. A reasonable fee or a reasonable credit will be established for these Scope Changes. If the parties agree upon the amount of the addition or deduction, a written Change Order to this Agreement will be signed pursuant to Section 9 below. Any Scope Change undertaken by Consultant will be governed by the terms and conditions of this Agreement, as amended by any Change Order signed by Owner and Consultant.

5) COMPENSATION AND PAYMENT TERMS.

a) The Compensation is fully described in **Exhibit A** attached hereto. In addition, if authorized in a Change Order signed by Owner, Consultant will be entitled to Compensation for any Scope Change described in such Change Order that is performed by Consultant.

b) Consultant will submit to Owner invoices as set forth in **Exhibit A**. In addition, any request for payment on any Change Order is to be submitted as part of Consultant's invoice and will be paid as set forth in such Change Order.

6) OWNER'S RESPONSIBILITIES.

a) Furnish Project Information. The Owner shall furnish to Consultant, at no expense to Consultant, accurate and complete information relating to the requirements of the Services, including but not limited to, target budget, drawings, specifications, services, surveys, local codes or ordinances, reports, and programmatic material both current and that preceding engagement of Consultant. Consultant shall be entitled to rely on the accuracy and completeness of all such information. All information must be furnished in a timely fashion and in English and, as appropriate with regards to design documentation, in AutoCAD 2007 or later.

b) Coordinate Project Work. The Owner shall properly and promptly coordinate work on the project and shall facilitate the distribution of necessary project information to and among Consultant and other consultants retained by the Owner for the project to proceed in a timely manner.

c) Review Documents. The Services do not include the review of any design documents for conformance to all local, national, or international code, standard or practice. Should inconsistencies be promptly brought to the attention of Consultant by Owner's licensed consultants, Consultant may recommend changes to the design within the Services and position on the project as design consultant.

d) Contact Information. The Owner shall designate a single address for receipt of all notices, invoices, and project documents. Further, the Owner shall designate a project lead to and from whom Consultant may communicate to receive timely information and approvals as necessary for Consultant to maintain the mutually agreed upon schedule.

e) Owner Response and Deemed Approval. The Owner will respond to design presentations requiring the Owner's approval for Consultant to proceed with design in writing within five (5) business days of presentation thereof. Absent a response from the Owner within that time frame, materials submitted will be deemed approved and Consultant will progress the design work with an assumed "de facto" approval from the Owner. Changes to this approval (whether approval is granted by the Owner or assumed to be granted by the Owner given no response within the 5-day approval period) will result in a Change Order to accommodate revisions to the Services, schedule, or fees.

f) Responsibility for Delay. Failure of the Owner to distribute necessary information, to coordinate work properly and promptly on project and to provide for review of documents, which causes delays or changes in the design work, through no fault of Consultant, shall relieve Consultant of any obligation to meet the Owner's desired project schedule to the extent of any such delay and may result in additional fees if schedule of the Services is accelerated.

2) ASSUMPTIONS.

a) The fee is based on Consultant carrying out the Services in its main office, located in Los Angeles, California, unless otherwise negotiated.

b) At commencement of the Services, the Owner shall provide all design criteria relevant and necessary to the Services, including but not limited to, site base plans and sections and programming parameters.

c) All deliverables shall be in English.

3) PAYMENT. Payments shall be due under the terms set forth in the Exhibit A. Invoices not due upon receipt are due within fifteen (15) calendar days of receipt thereof. Payment of any invoice by the Owner to Consultant shall be affirmation that the Owner is satisfied with the Services through the payment date and is not aware of any deficiencies in such Services.

4) DISPUTED INVOICE. If the Owner objects to any invoice or portion thereof, the Owner shall notify Consultant of such objection in writing within five (5) calendar days of receipt of such invoice. Notwithstanding any such objection, the Owner shall pay the undisputed portion of the invoice in accordance with the payment terms of this Agreement. Any dispute over invoiced amounts due that cannot be resolved within ten (10) calendar days after receipt of invoice by direct, good faith negotiation between Consultant and the Owner shall be resolved within thirty (30) calendar days in accordance with the Dispute Resolution provision of this Agreement set forth below. The Owner shall pay interest on all unpaid disputed invoice amounts that are subsequently resolved in Consultant's favor at the rate of eighteen percent (18%) per annum, or the maximum amount permitted under applicable law to the extent such amount is lower than eighteen percent (18%) per annum and shall accrue as of the due date of the related invoice.

5) SUSPENSION OF SERVICES. If the Owner fails to make payments on undisputed amounts when due or otherwise is in breach of this Agreement, Consultant may suspend performance of the Services upon two (5) business days' notice to the Owner. Consultant shall have no liability whatsoever to the Owner for any costs or damages because of such suspension pursuant to this Agreement. Upon payment in full by the Owner or cure of the breach to the satisfaction of Consultant, Consultant may resume the Services under this Agreement, and the schedule and fees set forth in this Agreement shall be equitably adjusted to compensate for the period of suspension plus any other reasonable time and expense necessary for Consultant to resume the Services.

6) TERMINATION OF SERVICES. In addition to all other rights and remedies available to Consultant under this Agreement or otherwise, if the Owner fails to make payment to Consultant in accordance with the payment terms herein, Consultant may terminate this Agreement upon written notice thereof to the Owner.

DocuSign Envelope ID: 8CF76659-009B-44FB-B23F-1D271CD08602

In addition, either party may terminate this Agreement for cause with ten (10) business days written notice to the other mailed via certified mail, return receipt requested, or overnight courier and shall be considered in effect three (3) days after postmark. Overnight notices shall be considered in effect upon receipt. In the event the Owner acts in any manner to halt the Services or does, by its actions, postpone necessary interaction for the timely continuance thereof, Consultant may determine after written notice to the Owner, a lack of good faith and discontinue the Services.

In the event of termination, suspension or postponement of the Services for any reason, the Owner immediately will pay all sums due to Consultant through the effective date of termination (including the fee, reimbursable expenses, and any non-cancelable commitments incurred related to the Services) and for other incremental direct costs reasonably incurred by Consultant in complying with the termination notice (less any costs that could be mitigated by Consultant) as well as the direct costs associated with any required demobilization efforts. Consultant shall submit the demobilization costs to the Owner as a Change Order prior to being incurred and will include all time and expenses between the effective date of termination and receipt of approval from the Owner to demobilize through to an agreed-upon demobilization date. If the Services are resumed after being suspended or abandoned for more than thirty (30) calendar days, Consultant's compensation shall be subject to renegotiation, if and only if Consultant chooses (at its sole discretion) to continue to provide the Services.

7) MATERIALS OWNERSHIP AND TRANSFER.

a) Work for Hire. For purposes of this Agreement, "Results and Proceeds" includes, but is not limited to, any and all notes, abstracts, summaries, calculations, algorithms, computer programs, concepts, designs, drawings, ideas, processes, procedures, methods, know-how, materials, products, discoveries, inventions, technologies, improvements, models, molds, tools, literary works, musical compositions, pictorial, graphic and sculptural works (including images, artwork, logos and insignia), plans, reports, scripts, sound and special effects, audiovisual displays, multimedia works, plots, themes, characters, story lines, scenes, specifications, sketches, treatments, intangible work product, tangible deliverables, and other results or proceeds of any Work that are accumulated, authored, made, developed, conceived or first reduced to practice by Consultant or its Subcontractors in connection with the performance of the Basic Services under this Agreement, in any format or medium now existing or hereafter developed, including without limitation, any Results and Proceeds which are or may become subject to a patent or copyright.

Subject to the provisions of Sections 7(b-e) below, Consultant and Owner agree that the Results and Proceeds. shall be deemed a "work for hire", and together with all patent, copyright, trade secret, trademark, service mark, trade dress and trade name rights, rights in industrial designs, rights of publicity or privacy, moral rights, rights of attribution or integrity or any other intellectual property or proprietary rights, along with all rights of registration, extension and renewal associated with each of the foregoing and all related rights and causes of action, including, without limitation, for infringement, dilution or misappropriation of any of the foregoing included therein ("Intellectual Property"), shall be the exclusive property of Owner, upon payment in full. Thus, notwithstanding anything that would negate such rights, Consultant irrevocably transfers and assigns to Owner all rights to the Intellectual Property, and waives and agrees never to assert, any "Moral Rights" (as defined below) that Consultant may have in or with respect to the Results and Proceeds, even after termination of Consultant's work on behalf of Owner. "Moral Rights" mean any rights to claim authorship to the Intellectual Property, to object to or prevent any modification of the Intellectual Property, to withdraw from circulation or control the publication or distribution of the Intellectual Property, and any similar right, existing under judicial or statutory law of any country in the world, or under any treaty, regardless of whether such right is called or generally referred to as a "Moral Right".

b) Compliance with Legal and Industry Custom Restrictions. Notwithstanding Section 7(a) above, Consultant and Owner acknowledge that certain use restrictions and/or license fees may apply to certain of the Results and Proceeds where law or customary practice bar the transfer of ownership rights therein. Accordingly, Consultant will use commercially reasonable efforts to obtain ownership rights to all Results and Proceeds to the extent that applicable law and industry custom allow; provided, however, that when any such rights cannot be transferred to Owner, such Results and Proceeds shall not be deemed works for hire, shall remain the property of the third party owning such work, and any fees incurred with respect to securing the use thereof for purposes of this Agreement shall be Owner's responsibility.

c) CONSULTANT's Pre-Existing Materials. In the event that any of the Results and Proceeds developed under this Agreement by Consultant are improvements to or rely upon, for their exploitation, any items owned by Consultant prior to commencement of the Services and protected by any intellectual property rights of Consultant (collectively, "Pre-Existing Material"), Consultant will retain ownership rights to the Pre-Existing Material, provided that these rights are identified by Consultant in advance in writing to the Owner, or that Consultant can clearly demonstrate that it owned such Pre-Existing Material prior to the commencement of the Project. For any Results and Proceeds that relies on Pre-Existing Material owned by Consultant for exploitation, Consultant grants to the Owner and its successors and assigns a royalty-free, perpetual world-wide and irrevocable license to utilize the Pre-Existing Material as part of the Services (including the completion and utilization of the Services), without cost beyond any payments otherwise required by this Agreement. The license granted under this paragraph will survive and continue to remain in effect following any expiration or earlier termination of this Agreement.

d) Third Party Material. In the event that any of the Results and Proceeds developed under this Agreement by Consultant are improvements to or rely upon, for their exploitation, any items owned by a third party (collectively, "Third Party Material"), Consultant will identify such Third Party Material in writing prior to Consultant's use thereof and will use commercially reasonable efforts to have any and all rights to such Third Party Materials transferred and assigned to Owner pursuant to Section 8 above; provided, however, that in the event that Consultant is unable to achieve such transfer and assignment based on industry custom or otherwise, Consultant may be permitted to use such Third Party Material as part of the Results and Proceeds, provided Owner has provided to Consultant its consent in writing, and Consultant has secured all appropriate and necessary licenses relating thereto. In the event any Third-Party Material is licensed and not transferred or assigned to Owner, such Third-Party Material shall not be deemed works for hire for purposes of this Agreement and shall remain the property of the third party owning such Third-Party Material. Notwithstanding anything to the contrary set forth herein, any costs and fees incurred with respect to securing the use of any Third-Party Material, including, without limitation, the transfer, assignment, or licensing of any rights with respect to such Third-Party Material, shall be the responsibility of Owner unless the parties otherwise agree in writing.

For purposes of this Section 7, "third party" shall not include a contractor engaged by Consultant in the ordinary course of Consultant's business (e.g., illustrators, story-board artists, CAD designers, concept writers, architects or the like), but shall include such extraordinary contractors as actors, composers, musicians, performance artists, performers, celebrity/high-profile artists, illustrators, and creative rights related to the endeavors thereof, that Consultant typically would not engage in the ordinary course of its design business.

e) Other Uses. Owner shall not use the Results and Proceeds for any purpose other than construction of the Project without the prior written consent of Consultant.

8) CHANGED CONDITIONS / CHANGE ORDERS. If, during the term of this Agreement, circumstances or conditions that were not originally contemplated by or known to Consultant are revealed, to the extent that they affect the Services, fees, schedule or other material terms of this Agreement, Consultant shall promptly notify the Owner of the changed conditions and request a change order. If, during the term of this Agreement, the Owner requests changes to approved design, and/or requests changes to the agreed upon Services or schedule, one party shall notify the other of the changes necessitating a change order, and Consultant and the Owner shall promptly and in good faith address the changes to the Services, schedule, and fees. In all cases of changes to the agreed upon Services, if terms cannot be agreed to, the parties agree that either party has the absolute right to suspend work under this Agreement, in accordance with the suspension provisions hereof.

9) AIR TRAVEL, HOTEL ACCOMMODATION AND TRANSPORTATION EXPENSES. For domestic travel in North America, airfare will be economy class for Consultant team members; for Consultant's executives, airfare may be economy plus class. Air travel will be business class or better on all flights originating in or bound for destination outside the United States. Hotel accommodation will be International standard 4-star caliber. Customary travel expenses (including meals), transfers to and from the airport, and car rentals are also covered expenses.

10) REIMBURSABLES. Reimbursable expenses will be billed at cost monthly. Expenses not included in the fee for the Services are those items which are extraordinary to the basic design service, including, but not limited to:

a) Shipping, courier, or messenger services
b) Duplication of all drawings, artwork, presentation materials
c) Translation of documents, whether to any language from English or from any language to English
d) Travel, hotels accommodation and transportation expenses, as noted above

11) ELECTRONIC INFORMATION TRANSFER. Consultant shall work with the Owner to facilitate transfer of electronic drawing information via e-mail, FTP site, or CD. Design fees are based upon receipt of all relevant site or architectural base drawings in AutoCAD 2007 or later. Any work to convert hand drawings to electronic format will be billed to the Owner at current hourly rates for such work, in addition to the fees.

12) INDEMNIFICATION/ERRORS AND OMISSIONS. The Owner shall indemnify and hold Consultant and its officer, employees, and agents harmless from and against any claims, demands, loss, cost, liability, damage, or expense, including without limitation reasonable attorneys' fees, of the Owner or any third party in connection with or arising out of any act or omission of the Owner or any such third party. Consultant shall not be responsible for the acts, errors or omissions of the Owner, the project owner and employees or agents thereof. Consultant shall not be responsible for the means, methods, techniques, sequences or procedures on construction, fabrication, procurement, shipping, delivery or installation, or for acts, errors or omissions of the Owner, the project owner, their respective consultants, contractors, subcontractors, or any of their respective agents or employees, or manufacturers, suppliers or shippers of equipment, or any other persons performing any of the work, or for the failure of any person to carry out the work in accordance with the contract documents and specifications.

13) LIABILITY LIMITATIONS. Consultant shall not be responsible for any changes, including but not limited to, substitutions of or by manufacturers, substitutions by contractors, variations in layouts, quality of products. Failure of the Owner to promptly coordinate work scheduling and related information that causes delay or changes in the consultation work will relieve Consultant of its obligations to meet the project schedule to the extent of the resulting delay or change. Notwithstanding anything to the contrary set forth elsewhere in this Agreement, in no event shall Consultant's liability pursuant to this Agreement exceed all amounts paid to Consultant pursuant hereto. In addition, notwithstanding anything to the contrary set forth in this Agreement, in no event shall Consultant be liable for any loss of profits or for special, indirect, consequential, or exemplary damages, even if Consultant has been apprised of the possibility thereof.

14) RELATIONSHIP OF PARTIES. Consultant, in the performance of the Services, is an independent contractor and not an employee, agent, joint venturer or partner of the Owner. Nothing in this Agreement shall be interpreted as creating the relationship of employer and employee between the Owner and Consultant or between any employee or agent of Consultant, and Consultant shall retain the right to perform services for others during the term of this Agreement. Further, the Owner and Consultant acknowledge that Consultant is not an employee of the Owner for state or federal tax purposes and, accordingly, is responsible for paying all required state and federal taxes.

15) DISPUTE RESOLUTION. Any dispute arising out of this Proposal, the performance hereunder, or the interpretation thereof shall be subject to good faith mediation and then arbitration if mediation does not resolve the dispute. If arbitration is necessary, it shall be conducted under rules of the American Arbitration Association (AAA). If the dispute to be arbitrated is brought by the Client, Venue is proper in the Los Angeles County AAA office and all hearings shall take place at said office and hearing rooms or at any other place within Los Angeles County, California, as shall be agreed upon between the Client and Consultant. If the dispute to be arbitrated is brought by the Consultant, Venue is proper in a Taney County AAA office or mutually agreed alternative and all hearings shall take place at said office and hearing rooms or at any other place within Taney County, as shall be agreed upon between the Client and Consultant. The Client and Consultant shall select an arbitrator from a panel from an AAA office. If the Client and Consultant do not agree, the Association shall appoint as an arbitrator a retired jurist or a lawyer who has no less than fifteen (15) years of experience in the architectural design and intellectual property rights, representing architects or adjudicating disputes involving owners and architectural design services.

The arbitration tribunal shall attempt to expedite the proceedings and is authorized to reject evidence that is of slight probative value, cumulative, unimportant, and unreliable or of doubtful validity.

The tribunal is authorized to issue injunctive relief and to appoint a receiver. The tribunal may issue an interim award and retain jurisdiction to modify or enforce the award. The tribunal may pass upon the priority and validity of mechanic's lien claims and order their foreclosure.

DocuSign Envelope ID: 8CF76659-009B-44FB-B23F-1D271CD08602

Should either the Owner or Consultant refuse or neglect to appear at or participate in the proceedings after due notice, the tribunal shall render an award based on the evidence introduced by the party or parties that do appear and participate. The tribunal shall award reasonable attorney's fees to the prevailing party or parties, and the award may include compensation to the prevailing party for the time, trouble, and expense of arbitration. The tribunal is authorized to award interest at the amount of ten percent (10%) per annum, and may award compensatory, consequential, punitive and such other damages as the tribunal deems proper. Judgment may be entered on the award in any other court of competent jurisdiction.

16) SURVIVAL. Notwithstanding completion or termination of this Agreement for any reason, all rights, duties, and obligations of the parties to this Agreement shall survive such termination and remain in full force and effect until fulfilled.

17) ASSIGNMENT. Neither the Owner nor Consultant party shall transfer, sublet, or assign any rights under or interest in this Agreement (including but not limited to monies that are due or monies that may be due) without the prior written consent of the other; provided, however, that subcontracting to sub-consultants normally contemplated by Consultant shall not be considered an assignment for purposes of this Agreement.

18) APPLICABLE LAW. Unless otherwise specified, this Agreement shall be governed by the laws of the State of California.

19) ENTIRE AGREEMENT. This Agreement represents the entire and integrated agreement between the Owner and Consultant and supersedes all prior negotiations, representations, or agreements, either written or oral. This Agreement may be amended only by written instrument signed by both the Owner and Consultant. Where the Agreement conflicts with other documents that form the agreement, whether attached or incorporated by reference, the Agreement controls. If a court of jurisdiction deems any provision invalid, the remainder of the agreement will remain in force.

20) AGREEMENT. By signing below, Owner and Consultant agree as of the date first written above to form a contract and be bound by the terms and conditions of this Agreement.

| Consultant | Owner |
|---|---|
| DocuSigned by: [signature] 9EA696C97E77411... | [signature] |
| Signature | Signature |
| Anthony Pruett | Larry Wilkite |
| Print Name | Print Name |
| Senior Vice President | |
| Title | Title |
| 7/22/2022 | 7-21-22 |
| Date | Date |

## EXHIBIT A CONSULTANT'S SCOPE OF WORK

[See attached proposal.]

DocuSign Envelope ID: 8CF76659-009B-44FB-B23F-1D271CD08602

# Proposal for Design Services

**Date:** July 15, 2022

**Contact:** **Steve Hedrick, VP Project Development**
Mansion Studios
189 Expressway Lane
Branson, MO 65616

**Project:** America's Heartland Theme Park

**Project Location:** Vinita, Oklahoma

**Work:** Concept and Master Plan Development

---

## 1. INTRODUCTION

THG is pleased to have the opportunity to work with Mansion Studios (Mansion) to provide concept and master planning development for a new theme park in Vinita, Oklahoma. America's Heartland Theme Park will include attractions, entertainment, retail, and integrated food and beverage opportunities.

Located on 200 acres in northeastern Oklahoma, America's Heartland Theme Park will feature unique areas designed to inspire and excite guests. Preliminary ideas for themed lands include 'Small Town America,' 'Pioneer Town,' and more. Developed in conjunction with a fully working content studio hub, the park will be built around a wholly artificial lake.

THG is excited to have the opportunity to support Mansion Studios' vision. The efforts stated below are based on information provided by Mansion Studios. With the goal of imagining a one-of-a-kind experience, THG will deliver materials that support the creation of this unique immersive theme park.

## 2. SCOPE OF WORK

The tasks that will be completed under this proposal include the following:

a) Master Plan: Based on site information and operational guidelines, THG will develop a master plan that describes the location of architectural project facilities, attractions, and shows, including all related retail, dining, entertainment venues, public facilities, water features, transportation hubs, and parking.

b) Circulation Plans: THG will provide a concept circulation plan. This plan will include parking access, main entry access, any transportation to and from parking, internal pedestrian circulation, any internal park transportation systems, and proposed circulation to future expansion areas, but only to the extent necessary to describe concept level planning. Primary service access routes will also be shown.

c) Site Massing Sections: THG will provide four to six (4 - 6) key section drawings describing massing and the topography of the theme park. Landscape sections and elevations are not included.

DocuSign Envelope ID: 8CF76659-009B-44FB-B23F-1D271CD08602



d) Visualization:

   i) THG will create up to twelve (12) key color illustrations of street views to establish the look and feel of the park.
   ii) Two (2) Bird's-eye illustrations with one (1) lighting scheme from two different angles
   iii) Up to fifteen (15) black and white line sketches of the attractions and show venues to describe the environmental character and guest experience within each zone.
   iv) The process of developing key illustrations will be progressive. Meaning, we will develop loose forms – be they sketches or 3D Sketch-up models – and use representational imagery to achieve buy-in by Mansion. Each image will be further developed for review (up to three times). Notes from Mansion after each review will be received and then incorporated iteratively.

e) Concept Technical Narrative: THG will develop a concept level narrative description of the proposed specialized show and exhibit systems (e.g., audio-video, controls, special effects, and the like).

f) Written Narrative: THG will develop a written description of the overall guest experience and develop brief descriptions for each individual attraction, as necessary.

g) Show Treatments: THG will develop written show treatments for up to fifteen key ride and show concepts. These treatments are generally one to two (1-2) pages and describe the story, plot, and the key aesthetic elements of a production and thus will provide guidelines for future (and more detailed) show content development.

h) Architectural Program for Schematic Design Phase: THG will develop the spatial program for use to begin schematic design phase and translate creative programming and concept design into architectural designs that describes the specific mix of project elements and planning functions included in the theme park, e.g., attractions, shows, dining, retail, service areas, back-of-house services, parking, etc.

i) Concept Attraction Matrix: In addition to the program, THG will develop an attraction matrix that describes details of the various venues in America's Heartland Theme Park, including queue capacity, duration of stay, theoretical hourly capacity (THC), number of vehicles, and vehicle capacities (if a ride system is involved), and other relevant operational and development information.

j) Preliminary Cost Estimate: THG will develop and provide a concept level cost estimate of the project, including architectural facilities and shows. Infrastructure costs, land cost, finance fees, inflation and related costs will be excluded from this estimate.

k) Preliminary Project Schedule: THG will develop and provide a preliminary project schedule, contractors, vendors and other sources, as necessary.

THG's design team will review the material at intervals as described in the schedule. At the end of the concept and master plan development process, THG will present and review the various creative options with Mansion and assemble all the documents into an electronic file.

DocuSign Envelope ID: 8CF76659-009B-44FB-B23F-1D271CD08602

THG

# Proposal for Design Services

## 3. DELIVERABLE DOCUMENTS

Specific deliverables are as follows:

a) Concept Project Program

b) Concept Attraction Matrix

c) Master Plan

d) Circulation Plans

e) Site Massing Sections - Four to six (4 - 6) key section drawings

f) Visualization 14 Key Art Pieces Total:

   i) 12 key pieces of street views to establish the look and feel of the park.
   ii) 2 Bird's Eye key pieces – same lighting scheme
   iii) Visualizations for the Preview Center will be chosen from these pieces

g) Concept Technical Narrative

h) Written Narrative

i) Show Treatments – one to two (1-2) pages per show

j) Architectural Program for Schematic Design Phase

k) Preliminary Cost Estimate

l) Preliminary Project Schedule

m) Assembled documents provided as an electronic file

DocuSign Envelope ID: 8CF76659-009B-44FB-B23F-1D271CD08602

# Proposal for Design Services

## 4. SCHEDULE

The work will be executed for 22 (Twenty-two) weeks, with work to commence mid-July and conclude at the end of December. Tentative schedule is as follows:

**July 19:** Site Visit

**July 25 (to be scheduled):** Kick-off meeting and charrette

**Weeks 1-6: July 25 – September 2**
Begin Pre-Concept Development: Research; Delivery of relevant CADD files and programming information by Mansion Studios

**Week 7: w/o Sept 5**
Progress Update 1 – Pre-Concept

**Week 8: w/o Sept 12**
Land Planning Meetings

**Weeks 9-14: Sept 19-Oct 28**
Concept Development, Land Areas, and Attractions

**Week 15: w/o Oct 31**
Progress Update 2 - Concept Review

**Weeks 16-20: w/o Nov 7 – Dec 9**
Concept Development Attractions and Land Refinement; Progress Update 3 – Concept Review

**Weeks 21-22: w/o Dec 5 – Dec 23**
Final Revisions and Packaging

## 5. PRICE AND PAYMENT SCHEDULE

a) Price: The following costs listed below are for the services proposed (in USD). Expenses relating to travel are not included:

| | |
|---|---|
| Pre-Concept | **$288,750** |
| Concept | **$536,250** |

Case 4:25-cv-00383-SH Document 211-3 Filed in USDC ND/OK on 10/07/26 Page 235 of 368

DocuSign Envelope ID: 8CF76659-009B-44FB-B23F-1D271CD08602

# Proposal for Design Services

b) Payment Schedule:

| Week | Milestone | Value |
|---|---|---|
| w/o July 25 | Commencement of Services<br>35% – 7 Days Net | $288,750 |
| w/o Sept 5 | 25% – 30 Days Net | $206,250 |
| w/o Oct 31 | 25% – 30 Days Net | $206,250 |
| w/o Dec 24 | Completion of Design Services<br>15% – 30 Days Net | $123,750 |

THG THEMED HOSPITALITY GROUP

# Proposal for Design Services

## 6. ASSUMPTIONS AND EXCLUSIONS

### a) Assumptions

| | |
|---|---|
| 1 | Design documents created during a concept phase and delivered to client form the basis of design for subsequent phases of work. |
| 2 | Client is aware and in agreement that THG's documentation prepared under this proposal is for the purpose of showing concept intent and is for reference only. |
| 3 | The fee is based on THG carrying out the Design Services in its main office, located in Los Angeles, California. |
| 4 | Client shall provide all design criteria relevant and necessary to the Services, including but not limited to, base plans, surveys, sections, and programming parameters. |
| 5 | THG will provide design drawings (e.g., plans, sections, elevations, RCPs, etc.) in CADD and not Revit file formats. |
| 6 | No taxes or processing fees are deducted from the design and planning fees stated in section 5 above. |
| 7 | Client will provide access to the Mansion Team consultants to aid in answering THG's questions in regards to Landscape, Park Operations, Feasibility, Entertainment and Talent. |
| 8 | If the Mansion team is creating its own IP characters or has existing assets or technologies that THG would utilize that the Mansion team would provide that at the beginning of the project. |

### b) Exclusions

| | |
|---|---|
| 1 | Facility construction documentation |
| 2 | Core and shell related structural, mechanical, electrical or plumbing engineering |
| 3 | Tenant improvement structural, mechanical, electrical or plumbing engineering |
| 4 | Site surveying |
| 5 | Facility related procurement or construction of any kind |
| 6 | Procurement of construction permits, inspections, local code compliance of any kind |
| 7 | Direct coordination with concerned state/municipal authorities for licenses, permits and/or any other government related information necessary to execute the project |
| 8 | Media production (including audio, video or film production) |
| 9 | Construction schedules |
| 10 | Civil engineering work |
| 11 | Life safety analysis for egress and occupancy |
| 12 | Stamped construction documents |
| 13 | Cost estimating, except as set forth in this proposal |
| 14 | CGI fly-through |
| 15 | Travel, per diem, lodging and related expenses |
| 16 | Licensing fees for use of intellectual property owned and controlled by others |
| 17 | Economic feasibility studies |
| **18** | Technology Master Planning – Audio/Video, Computer/Server infrastructure, Fiber layouts, wifi and 5G connectivity. |
| **19** | Visual iterations do not extend past 3 rounds. |

DocuSign Envelope ID: 8CF76659-009B-44FB-B23F-1D271CD08602

# Proposal for Design Services

| | |
|---|---|
| **20** | Significant change in creative direction. At the 50% stage of the project if the overall design intent shifts significantly to the point that the majority of the prior work is unusable,THG will issue a change order. For example, if the project's original basis of design is Americana but at the 50% stage it is determined that the park needs to be a sci-fi park based on Mars, we would deem that as a significant change that would necessitate a change order. |
| 21 | Any good or service not expressly included in this proposal |

# EXHIBIT 46

GB00092857–GB00092859

DocuSign Envelope ID: 078C2EE8-11A4-4EDC-B731-69C8D4D5FA11

**EXHIBIT C to Letter of Agreement**
**CHANGE ORDER 02**

This Exhibit A to the Letter of Agreement (the "Agreement") represents the SOW #1 between The Hettema Group ("THG") and Mansion Entertainment, LLC DBA Mansion Entertainment Group ("Client"), as incorporated into the Agreement, as dated July 26, 2022.

| | |
|---|---|
| **Client Name**: | Mansion Entertainment, LLC DBA Mansion Entertainment Group ("MEG") |
| **Project Name & Code**: | Lazyhawk 4652 |

**Scope of Work**:

As part of the 60% Schematic package deliverable MEG has requested that THG contract directly with the technical designers (Radiance Lightworks and TechMD Inc.) for the lighting and Audio/Visual/Controls design packages. THG in collaboration with its vendors shall provide the following:

i) Lighting Design Schematic package per attractions as listed in the base contract:
   (1) Fixture Plans and RCPs with lighting symbols and locations 2D AutoCAD
   (2) CAD Drafting of Lighting positions
   (3) Lighting Fixture and Control Specifications with Manufacturer's Cutsheets
   (4) Facility Requirements for Lighting and Power and Control
   (5) Lighting Drawing Package at Schematic Level in Pdf and .dwg files
   (6) Lighting Cut sheets
   (7) Facility Impacts Document
   (8) 1 submission and 1 minor revision
ii) Audio / Video and Controls (AVC)Schematic package per attraction as listed in the base contract:
   (1) Facility Impact Matrix
   (2) Design Drawings
      (a) Preliminary Location Plans (AVC/ Low Voltage / High Voltage)
      (b) Functional Block Diagram (AV and Show Control)
      (c) AVC Schematic Drawings
      (d) Typical Mounting Details and Panel / Box Details
      (e) Sections and Elevations
   (3) Supporting Documentation
      (a) Initial Video Projections Studies
      (b) Preliminary Equipment List
      (c) ROM Budget
      (d) Preliminary Technical Narrative
      (e) Cut Sheets

**Deliverables**:

- 60% Schematic lighting design package will be included as part of the overall 60% Schematic Package deliverable that will be submitted by THG on June 30th, 2023, to MEG as outlined in the base contract.

DocuSign Envelope ID: 078C2EE8-11A4-4EDC-B731-69C8D4D5FA11

- 60% Schematic Audio/Visual/Controls design package will be included as part of the overall 60% Schematic Package deliverable that will be submitted by THG on June 30th, 2023, to MEG as outlined in the base contract.

**Schedule**:

| Start Date: | End Date: | Duration (Weeks): |
|---|---|---|
| 03/20/23 | 06/30/23 | 14 |

**Fee & Payment Schedule**:
The Fee for the Services and Deliverables per this change order #1 is (One-Million Four-Hundred and Nine thousand eight hundred and eighty U.S. dollars) ($1,409,880.00), and shall be paid in accordance with the schedule below:

| REVISED PAYMENT SCHEDULE | PMT | CUMMULATIVE |
|---|---|---|
| BASE CONTRACT - Master Planning | $ 825,000 | $ 825,000 |
| CO1 - Concept Refinement & 60% Schematic Design | $ 6,554,000 | |
| CO2 - Lighting and Technical Consultants | $ 1,409,880 | |
| **REVISED CONTRACT VALUE** | **$ 8,788,880** | |
| | | |
| PAYMENT 1 - START UP | $ 1,179,720 | $ 1,179,720 |
| PAYMENT 2 WEEK 5 | $ 1,179,720 | $ 2,359,440 |
| PAYMENT 3 WEEK 9 | $ 1,179,720 | $ 3,539,160 |
| PAYMENT 5 WEEK 15 (CO2 START-UP) | $ 361,790 | $ 3,900,950 |
| PAYMENT 6 WEEK 16 | $ 1,633,325 | $ 5,534,275 |
| PAYMENT 7 WEEK 21 | $ 1,633,325 | $ 7,167,600 |
| PAYMENT 8 WEEK 26 | $ 796,400 | $ 7,964,000 |
| **TOTAL** | **$ 7,964,000** | |

**Reimbursements** (*If Applicable*):

None

---

**Acknowledgement**:
This Exhibit A, Change Order 02 is incorporated into the Agreement as of the date above. Whereas THG and Client acknowledge and agree to the terms herein:

**The Hettema Group ("THG")**

By: DocuSigned by: [signature] ECDF7C468BB747C...

Name: Maeve Scanlon

Title: VP, Business Affairs

Date: 5/22/2023

**Mansion Entertainment, LLC DBA Mansion Entertainment Group ("Client")**

By: DocuSigned by: Larry Whilite 34A26D84958E4ED...

Name: Larry Whilite

Title: CEO

Date: 5/19/2023

DocuSign Envelope ID: 078C2EE8-11A4-4EDC-B731-69C8D4D5FA11

**Mansion Entertainment, LLC DBA**
**Mansion Entertainment Group**
**("Client")**

DocuSigned by:
By: Steve Hedrick
31D90321B6DA46B...

Name: Steve Hedrick

Title: VP Project Development

Date: 5/20/2023


Form approved for use as of 10/2012

# EXHIBIT 47

GB00104418–GB00104419

Message

**From**: Larry wilhite [lwilhite@themansiontheatre.com]
**Sent**: 8/21/2023 8:26:59 AM
**To**: Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**Subject**: FW: Reminder: Complete with DocuSign: 4652.LAZYHAWK.Proposal - 100% SD with NTP - FOR SIGNATURE (07.20.2023).pdf

Received this...I though they were going to change the signature line to owner/Gene? Can they do that and resend it to me?

**From:** DocuSign NA3 System <dse_NA3@docusign.net>
**Sent:** Monday, August 21, 2023 3:28 AM
**To:** Larry Whilite <lwhilhite@themansiontheatre.com>
**Subject:** Reminder: Complete with DocuSign: 4652.LAZYHAWK.Proposal - 100% SD with NTP - FOR SIGNATURE (07.20.2023).pdf

Christine Robinson sent you a document to review and sign.

REVIEW DOCUMENT

**Christine Robinson**
crobinson@thehettemagroup.com

Hello Larry and Steve,

Attached please find the Notice to Proceed for 100% SD for 4652: Lazyhawk, for your review and signature.
Please let me know if you have any questions.

Thank you,
Christine Robinson

Powered by

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
F4CB8D532D4C482A8FD9AC94FB22EA7E3

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Christine Robinson who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

# EXHIBIT 48

GB00112744; GB00112771–GB00112772

Message

**From**: Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**Sent**: 8/24/2023 7:03:27 AM
**To**: Larry wilhite [lwilhite@themansiontheatre.com]
**Subject**: Project Controls contract and summary
**Attachments**: Cumming Agreement Professional Services Aug 2023 - Feb 2024.pdf; Untitled attachment 00004.htm; Three Ponies and American Heartland Contracts Approval Meeting Agenda 2023 08 24 FINAL .pdf; Untitled attachment 00007.htm; Steve Hedrick Business Card copy-1.png; Untitled attachment 00010.htm

Morning Larry,

To be added to the pile.
Below is the agreement to keep the Cumming Group, our project controls company going.

Also here, a handy summary of all the costs so that Gene can see at a glance the dollar value of all he is signing today, along with a list of other agreements coming soon.

About $48M today and we'll be committing to contracts valued at about $116M by the end of the month.

Keep in mind that all the above is to keep the project moving forward and does not include the overdue invoices waiting to be paid. We'll have to get Kathy to add them up but it's about $15M.

I can go thru all this with you before you sit down with Gene.

Thanks,
Steve

CUMMING
Building Value Through Expertise

# THREE PONIES RV PARK AND CAMPGROUND & AMERICAN HEARTLAND THEME PARK AND RESORT

## CONTRACTS FOR REVIEW / APPROVAL AGENDA

## 8/24/2023 – 730-830 PST

**AGREEMENTS Requiring Dual Execution (Prioritized)**

1. **Lancaster Log Cabins**
   A) Scope: 300 Premanufactured Cabins
   B) Schedule: Phased Deliveries as Stipulated by Owner
   C) Contract Value: $21,509,750
   *Allowances included @ Freight of $13,000 each*
   D) The Production does not begin until receipt of the deposit for of the cabins, which is approximately **$1,760,975**. *This deposit must be made upon dual execution of the Agreement.

2. **Crossland Construction Company, Inc.**
   A) Scope: Preconstruction Services for Three Ponies RV Park and Campground
   B) Schedule: August 02, 2023 – November 30, 2023
   C) Contract Value: $129,020 (Not to Exceed/Time and Materials)
   D) Billing terms are net 30.

3. **The Hettema Group (THG)**
   A) Scope: Creative Design
   B) Schedule: The Schedule is outlined as 40 weeks commencing on July 03, 2023.
   C) Contract Value:

| | |
|---|---|
| Schematic Design Total (remaining) | $ 4,234,716 |
| Design Development Total | $14,075,000 |
| Travel Expenses Estimate | $ 44,000 |
| Contract Value | $18,353,716 |

   D) Billing terms are net 30.

4. **Cumming Management Group Inc. – Commercial & Program Management Services**
   A) Scope: Scheduling, Controls, Procurement and Contracts, Program Management, Cost
   B) Schedule: August 01, 2023 – February 29, 2024
   C) Contract Price: c. $7,905,000
   D) Billing terms include Lump Sum for authorized individuals, and Time and Materials for other team members at Owner's direction and net 30.

5. **Clear Peak LLC**
   A) Scope: Preconstruction Services/PM Services
   B) Schedule: 8 months
   C) Contract Price: $224,000
   D) Billing terms are net 30.

**TOTAL OVERALL CONTRACT PRICE TABULATION:**

| | | |
|---|---|---|
| 1. | Lancaster Log Cabins | $21,509,750 |
| 2. | Crossland Construction Inc. | $ 129,020 |
| 3. | The Hettema Group | $18,353,716 |
| 4. | Cumming Management Group, Inc. | c. $ 7,905,000 |
| 5. | Clear Peak LLC | $ 224,000 |
| **TOTAL** | | **$48,121,486** |

**Anticipated Agreements week of 8/28/2023**

- ADG Blatt – Three Ponies RV Park and Campground Design Contract $5,764,931
- Forrec – American Heartland Theme Park & Resort Design Contract c. $20,000,000
- Cuningham – American Heartland Theme Park & Resort Design Contract c. $46,000,000
- Porter – PM Services $203,200
- AOA – Cost Estimating Services $31,250
- Whitewater Bigfoot Falls 100% $32,500
- Vekoma 100% $20,020
- MACK 100% 27,500 Euros
- RMC 100% $28,408.50
- Visual Terrain 20% SD Mobilization $42,472.00
- EPS Start Up Payment $49,768
- DeJong & Lebet Inc. Pirate Ship Start Up $5,000
- DeJong & Lebet Inc. Start Up $15,000
- Mobiz IT Inc. $252,000
- Forward Thinking Design $984,150
- Dejong & Lebet Inc. $20,520
- Change Order – Vekoma $98,000
- Change Order – Whitewater $135,000
- Change Order – TWT $90,500

**Anticipated Agreements week of 9/4/2023**

- OpenAire – Design Builder for Roof of Water Park
- NOEC Power

# EXHIBIT 49

GB00102768

Message

**From**: Larry wilhite [lwilhite@themansiontheatre.com]
**Sent**: 8/25/2023 11:01:35 AM
**To**: Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**Subject**: As per our discussion

August 25, 2023

TO: Steve Hedrick
FROM: Larry Wilhite
RE: As per our discussion

Steve,
Thank you for the call this morning regarding current status and progress. To reiterate our discussion, the corporate meeting with Gene yesterday was very productive. As I shared with you, each of the respective contracts on the table were reviewed in great detail and your comprehensive summary doc was very helpful. All of the contracts have been signed and will be scanned and delivered to you.

As we also discussed, Gene is aggressively working on the current liquid funds as required to ensure continuity without deviation. He is working to expedite the required asset realignment creating liquidity to bring all current and avoid this situation in the future. His multiple month illness and recovery affected the timing but he is now moving everything in proper position. This includes all that has been consolidated under the Mansion Entertainment Group umbrella.

Gene does not want this to affect any forward movement or work flow if at all possible. This is a powerful juncture and he is moving at a clear pace to complete what is needed within his respective portfolio as quickly as possible. I will keep you updated.

Please share our deep appreciation for the understanding of the entire team.

Thank you Steve for leading the troops and bringing this dream to life!!

Larry

# EXHIBIT 50

GB00037217–GB00037218

Message

**From**: Steve Hedrick [steveh@megdevteam.com]
**Sent**: 11/6/2023 11:40:10 AM
**To**: Wayne Melnyk [WWMelnyk@pcl.com]
**Subject**: Re: signed LOI

Will do Wayne.

On Nov 6, 2023, at 9:41 AM, Wayne Melnyk <WWMelnyk@pcl.com> wrote:

Steve:

I just spoke to Kristen and she suggested I contact you to see if you can help with getting us the signed LOI back.

She told me that Gene was in Florida ,unavailable to sign a "wet" signature. Apparently they have used a DocuSign before and thought that was a possibility.

I would appreciate any help you can give

Thanks

**Wayne Melnyk**
**Vice President Major Projects**

**PCL Construction Services Inc.**
**655 N. Central Ave Suite 1600**
Glendale Ca. 91203
T: 818-617-9370
M: 425-786-4421
wwmelnyk@pcl.com

www.pcl.com
**TOGETHER WE BUILD SUCCESS**

---

**From:** Wayne Melnyk
**Sent:** Monday, November 6, 2023 7:27 AM
**To:** Jeremy Chaston <jeremyc@megdevteam.com>
**Cc:** MEG Emails <randyp@megdevteam.com>
**Subject:** signed LOI

Jeremy:

We still have not received the signed LOI back

Can you check to see what happened as it was to be signed and returned a few weeks ago.

Thanks

**Wayne Melnyk**
**Vice President Major Projects**

**PCL Construction Services Inc.**
**655 N. Central Ave Suite 1600**
Glendale Ca. 91203
T: 818-617-9370
M: 425-786-4421
wwmelnyk@pcl.com

www.pcl.com
**TOGETHER WE BUILD SUCCESS**

# EXHIBIT 51

GB00024885–GB00024886

Message

**From**: Kimberly Endy [kendy@lehrercumming.com]
**Sent**: 11/15/2023 12:49:10 PM
**To**: Larry wilhite [lwilhite@themansiontheatre.com]; steveh [steveh@megdevteam.com]; Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**CC**: Kristen Pyle [kpyle@cumming-group.com]; Danny Rasib [drasib@cumming-group.com]; Les Andrews [Les.Andrews@cumming-group.com]; jeremyc [jeremyc@megdevteam.com]; Randy Printz [randyp@megdevteam.com]; annettec [annettec@megdevteam.com]; paolam [paolam@megdevteam.com]
**Subject**: Contracts & Change Order Execution - Scanned Signatures (9/21/2023 - 11/02/2023)

Good Afternoon Larry,

I just wanted to follow up with a reminder in regards to the Contracts and Change Order execution scanned signatures from the weeks of 09/21 through 11/02 for the following:

**09/21 - Agreement**

1. DeJong & Lebet, Inc.

**10/12 - Agreements**

1. Technifex
2. PCL Construction
3. Killeen Consulting
4. ADG Blatt

**10/12 - Change Orders**

1. Acomb Ostendorf & Associates ("AOA") – **CO No.1**
2. ADG, PC – **CO No.1**

**10/19 - Change Orders**

1. Acomb Ostendorf & Associates ("AOA") – **CO No.2**
2. Cumming Management Group, Inc. – **CO No.2**

**11/02 - Change Orders**

1. Cumming Management Group, Inc. – **CO No.3**

Please note that all of the Contracts and Change Orders have also been sent through DocuSign.

Please advise.

Regards,
Kim

KIMBERLY ENDY
Document Control Manager
*Pronouns: She/Her/Hers*

kendy@lehrercumming.com
C: +1 (646) 988-9027
Home Office
Remote, GA 99999
lehrercumming.com

The information contained in this electronic message is confidential. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it immediately and please advise the sender.

# EXHIBIT 52

GB00022993–GB00022994

Message

**From:** Kimberly Endy [kendy@lehrercumming.com]
**Sent:** 12/6/2023 12:27:07 PM
**To:** Larry wilhite [lwilhite@themansiontheatre.com]; steveh [steveh@megdevteam.com]; Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**CC:** Kristen Pyle [kpyle@cumming-group.com]; Danny Rasib [drasib@cumming-group.com]; Les Andrews [Les.Andrews@cumming-group.com]; jeremyc [jeremyc@megdevteam.com]; randyp [randyp@megdevteam.com]; annettec [annettec@megdevteam.com]; paolam [paolam@megdevteam.com]
**Subject:** Contracts & Change Order Execution - Scanned Signatures (9/21/2023 - 11/30/2023)

Good Afternoon Larry,

I just wanted to follow up with a reminder in regards to the Contracts and Change Order execution scanned signatures from the weeks of 09/21 through 11/30 for the following:

**09/21 - Agreement**

1. DeJong & Lebet, Inc.

**10/12 - Agreements**

1. Technifex
2. Killeen Consulting
3. ADG Blatt

**10/12 - Change Orders**

1. Acomb Ostendorf & Associates ("AOA") – **CO No.1**
2. ADG, PC – **CO No.1**

**10/19 - Change Orders**

1. Acomb Ostendorf & Associates ("AOA") – **CO No.2**
2. Cumming Management Group, Inc. – **CO No.2**

**11/02 - Change Orders**

1. Cumming Management Group, Inc. – **CO No.3**

**11/16 – Agreements**

1. Big Show Construction Management
2. Salas & O'Brien
3. Green Flash Themed Management

**11/16 - Change Orders**

1. Forrec – **CO No.1**
2. Forrec – **CO No.2**

**11/30 – Agreements**

1. Gisele Sanchez
2. Richard Bullimore

Please note that all of the Contracts and Change Orders have also been sent through DocuSign.

Please advise.

Regards,
Kim

KIMBERLY ENDY
Document Control Manager
*Pronouns: She/Her/Hers*

kendy@lehrercumming.com
C: +1 (646) 988-9027
Home Office
Remote, GA 99999
lehrercumming.com

The information contained in this electronic message is confidential. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it immediately and please advise the sender.

# EXHIBIT 53

GB00115392–GB00115393

Message

**From**: Larry wilhite [lwilhite@themansiontheatre.com]
**Sent**: 11/6/2023 9:13:11 AM
**To**: Gene Bicknell [gene.bicknell@marinerwealth.com]
**Subject**: FW: Reminder: Complete with DocuSign: NOEC-Mansion Electric Service Agreement Final R1.pdf

Gene
This is the contract with NOEC, the electric coop, it is in a DocuSign. Steve said they are pushing to get this to their board so they can order the equipment for the Park.
Please review.
Larry

**From:** DocuSign System <dse@docusign.net>
**Sent:** Saturday, November 4, 2023 4:43 AM
**To:** Larry WILHITE <lwilhite@themansiontheatre.com>
**Subject:** Reminder: Complete with DocuSign: NOEC-Mansion Electric Service Agreement Final R1.pdf

Kimberly Endy sent you a document to review and sign.

REVIEW DOCUMENT

**Kimberly Endy**
kendy@cumming-group.com

Good afternoon Larry,

Attached please find Northeast Oklahoma Electric Coop (NOEC) agreement for execution.

Let me know if you have any questions.

Regards,
Kim Endy

Powered by

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
9DF4BEA141CF435C8B135EB3C19B810D1

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Kimberly Endy who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

# EXHIBIT 54

GB00115772–GB00115773

Message

**From**: Larry wilhite [lwilhite@themansiontheatre.com]
**Sent**: 11/6/2023 5:12:31 PM
**To**: Rick Silanskas [rsilanskas@themansiontheatre.com]
**Subject**: FW: Complete with DocuSign: NOEC-Mansion Electric Service Agreement Final R1.pdf

**From:** DocuSign System <dse@docusign.net>
**Sent:** Monday, November 6, 2023 4:28 PM
**To:** Larry WILHITE <lwilhite@themansiontheatre.com>
**Subject:** Complete with DocuSign: NOEC-Mansion Electric Service Agreement Final R1.pdf

Kimberly Endy sent you a document to review and sign.

REVIEW DOCUMENT

**Kimberly Endy**
kendy@cumming-group.com

Good afternoon Larry,

Attached please find Northeast Oklahoma Electric Coop (NOEC) agreement for execution.

Let me know if you have any questions.

Regards,
Kim Endy

Powered by

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
165A39EE27BF466B9D85446AA526933E1

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Kimberly Endy who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

# EXHIBIT 55

GB00081669–GB00081670

Message

**From**: Larry wilhite [lwilhite@themansiontheatre.com]
**Sent**: 11/6/2023 5:20:37 PM
**To**: Kristy Adams [kadams@themansiontheatre.com]
**Subject**: FW: Complete with DocuSign: NOEC-Mansion Electric Service Agreement Final R1.pdf

**From:** DocuSign System <dse@docusign.net>
**Sent:** Monday, November 6, 2023 4:39 PM
**To:** Larry WILHITE <lwilhite@themansiontheatre.com>
**Subject:** Complete with DocuSign: NOEC-Mansion Electric Service Agreement Final R1.pdf

Kimberly Endy sent you a document to review and sign.

REVIEW DOCUMENT

**Kimberly Endy**
kendy@cumming-group.com

Good afternoon Larry,

Attached please find Northeast Oklahoma Electric Coop (NOEC) agreement for execution.

Let me know if you have any questions.

Regards,
Kim Endy

Powered by

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
797CF2F51E044B429BF7FAA0894236FE1

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Kimberly Endy who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

# EXHIBIT 56

GB00382006

Message

**From**: Kimberly Endy [kendy@lehrercumming.com]
**Sent**: 11/7/2023 10:33:36 AM
**To**: Shane.Burgess@noec.coop
**CC**: Kristen Pyle [kpyle@cumming-group.com]; Ryan Rebsamen [Ryan.Rebsamen@cumming-group.com]; Randy Printz [randyp@megdevteam.com]; jeremyc [jeremyc@megdevteam.com]; randy.printz@gmail.com
**Subject**: Northeast Oklahoma Electric Coop (NOEC) - Final Contract - Dually Executed
**Attachments**: Northeast Oklahoma Electric Coop (NOEC) Agreement - Dually Executed (11 06 2023).pdf

Good Morning Shane,

Attached, please find the dually executed agreement.

Let me know if you need anything else.

Regards,
Kim

**KIMBERLY ENDY**
Document Control Manager
*She/Her/Hers*

CUMMING
Building Value Through Expertise

kendy@cumming-group.com
M: +1 (646) 988-9027
cumming-group.com

The information contained in this electronic message is confidential. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it immediately and please advise the sender.

# EXHIBIT 57

GB00014868

Message

**From**: Steve Hedrick [steveh@megdevteam.com]
**Sent**: 12/4/2023 3:24:42 PM
**To**: Gene Bicknell [gene.bicknell@marinerwealth.com]
**CC**: Larry Wilhite [lwilhite@themansiontheatre.com]
**Subject**: Re: Making a plan

Great. I'm good with 9am EST tomorrow. How about you, Larry?

Steve Hedrick
Executive Producer
American Heartland Project
(818) 929-7712

On Dec 4, 2023, at 2:14 PM, Gene Bicknell <gene.bicknell@marinerwealth.com> wrote:

How about tomorrow 1:00pm Eastern. I'll be in car. Traveling to Jacksonville. I feel better today about us than I have been. I believe we're about ready to break through this struggle. Not sugar coating. Good reasons to believe. No more excuses. I've been sick over circumstances. First time In my life. I am available in the morning too. 9:00 Eastern.
Sent from my iPhone

On Dec 4, 2023, at 4:09 PM, Steve Hedrick <steveh@megdevteam.com> wrote:

Hello Gene,

Is there a time soon that you, me and Larry can talk by phone? We need to put our heads together and map out a plan forward.
Please let me know.

Thanks,
Steve

Steve Hedrick
Executive Producer
American Heartland Project
(818) 929-7712

# EXHIBIT 58

GB00104724

Message

**From**: Larry wilhite [lwilhite@themansiontheatre.com]
**Sent**: 12/11/2023 2:07:24 PM
**To**: Rick Silanskas [rsilanskas@themansiontheatre.com]
**Subject**: contracts
**Attachments**: Reminder: Complete with DocuSign: Amendment to CMGI Agreement - No. 3.pdf; Reminder: Complete with DocuSign: AOA - Amendment No. 2 10-19-2023.pdf; Reminder: Complete with DocuSign: DeJong & Lebet - Steam Launcher Design Letter of Agreement (09-12-2023).pdf; Reminder: Complete with DocuSign: B121 - 2018 - ADG PC Master Agreement - 2023 10 04 - Final.pdf, B221-20...; Reminder: Complete with DocuSign: Technifex SD Special Effects - Letter of Agreement (09-29-2023).pdf; Reminder: Complete with DocuSign: ADG Blatt - G802-2017 Amendment No. 01 (Staff Housing) - 10 12 2023 - F...

Here you go!

# EXHIBIT 59

GB00002212

Message

**From**: Larry wilhite [lwilhite@themansiontheatre.com]
**Sent**: 12/11/2023 3:11:43 PM
**To**: Accounting [accounting@themansiontheatre.com]
**Subject**: FW: From: Gene Bicknell/12-11-23/APPROVAL TO SIGN CONTRACTS

Would you please keep this on file?

-----Original Message-----
From: Rick Silanskas <rsilanskas@themansiontheatre.com>
Sent: Monday, December 11, 2023 2:58 PM
To: Larry wilhite <lwilhite@themansiontheatre.com>
Subject: FWD: From: Gene Bicknell/12-11-23/APPROVAL TO SIGN CONTRACTS

December 11, 2023

I ask you to send and sign all Park contracts on my behalf as I have approved.
O Gene Bicknell
12-11-23

# EXHIBIT 60

GB00001883–GB00001884

Message

**From**: Kimberly Endy via DocuSign [dse@docusign.net]
**Sent**: 12/11/2023 3:16:18 PM
**To**: O Gene Bicknell [lwilhite@themansiontheatre.com]
**Subject**: Completed: Complete with DocuSign: ADG Blatt - G802-2017 Amendment No. 01 (Staff Housing) - 10 12 2023 - F...
**Attachments**: ADG Blatt - G802-2017 Amendment No. 01 (Staff Housing) - 10 12 2023 - Final.pdf; Attachment F - Hourly Billing Rates.pdf; Summary.pdf

CUMMING

Your document has been completed

VIEW COMPLETED DOCUMENTS

**Kimberly Endy**
kendy@lehrercumming.com

All parties have completed Complete with DocuSign: ADG Blatt - G802-2017 Amendment No. 01 (Staff Housing) - 10 12 2023 - F....

Hi Larry,

Attached please find ADG Blatt Amendment No. 1 for execution.

Let me know if you have any questions.

Regards,
Kim Endy

Powered by DocuSign

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
9F185BC2E6334C6DBB97A63745A7C6FF1

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Kimberly Endy who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

# EXHIBIT 61

GB00001864-GB00001865

Message

**From**: Kimberly Endy via DocuSign [dse@docusign.net]
**Sent**: 12/11/2023 3:19:22 PM
**To**: O Gene Bicknell [lwilhite@themansiontheatre.com]
**Subject**: Completed: Complete with DocuSign: Technifex SD Special Effects - Letter of Agreement (09-29-2023).pdf
**Attachments**: Technifex SD Special Effects - Letter of Agreement (09-29-2023).pdf; Summary.pdf

CUMMING

Your document has been completed

VIEW COMPLETED DOCUMENT

**Kimberly Endy**
kendy@lehrercumming.com

All parties have completed Complete with DocuSign: Technifex SD Special Effects - Letter of Agreement (09-29-2023).pdf.

Hi Larry,

Attached please find Technifex Letter of Agreement for execution.

Let me know if you have any questions.

Regards,
Kim Endy

Powered by DocuSign

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
6C67FED1C66B4EE086719FF890DE2C1E1

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Kimberly Endy who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

# EXHIBIT 62

GB00096942-GB00096943

Message

**From**: Kimberly Endy via DocuSign [dse@docusign.net]
**Sent**: 12/11/2023 3:34:09 PM
**To**: O Gene Bicknell [lwilhite@themansiontheatre.com]
**Subject**: Completed: Complete with DocuSign: B121 - 2018 - ADG PC Master Agreement - 2023 10 04 - Final.pdf, B221-20...

Your document has been completed

VIEW COMPLETED DOCUMENTS

**Kimberly Endy**
kendy@lehrercumming.com

All parties have completed Complete with DocuSign: B121 - 2018 - ADG PC Master Agreement - 2023 10 04 - Final.pdf, B221-20....

Hi Larry,

Attached please find ADG Blatt agreement for execution.

Let me know if you have any questions.

Regards,
Kim Endy

Powered by DocuSign

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
DE0073EF769F4218B84F48FF18A835241

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Kimberly Endy who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

# EXHIBIT 63

GB00096940-GB00096941

Message

**From**: Kimberly Endy via DocuSign [dse@docusign.net]
**Sent**: 12/11/2023 3:35:25 PM
**To**: O Gene Bicknell [lwilhite@themansiontheatre.com]
**Subject**: Completed: Complete with DocuSign: DeJong & Lebet - Steam Launcher Design Letter of Agreement (09-12-2023).pdf

CUMMING

Your document has been completed

VIEW COMPLETED DOCUMENT

**Kimberly Endy**
kendy@lehrercumming.com

All parties have completed Complete with DocuSign: DeJong & Lebet - Steam Launcher Design Letter of Agreement (09-12-2023).pdf.

Good Morning Larry,

Attached please find DeJong & Lebet Letter of Agreement for execution.

Let me know if you have any questions.

Regards,
Kim Endy

Powered by DocuSign

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
6B0D003DBFF442619B3D0480F58BB0431

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Kimberly Endy who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

# EXHIBIT 64

GB00001894-GB00001895

Message

**From**: Larry wilhite [lwilhite@themansiontheatre.com]
**Sent**: 12/11/2023 3:43:13 PM
**To**: Accounting [accounting@themansiontheatre.com]
**Subject**: FW: Completed: Complete with DocuSign: AOA - Amendment No. 2 10-19-2023.pdf
**Attachments**: AOA - Amendment No. 2 10-19-2023.pdf; Summary.pdf

One more

**From:** DocuSign System <dse@docusign.net>
**Sent:** Monday, December 11, 2023 3:41 PM
**To:** O Gene Bicknell <lwilhite@themansiontheatre.com>
**Subject:** Completed: Complete with DocuSign: AOA - Amendment No. 2 10-19-2023.pdf

Your document has been completed

VIEW COMPLETED DOCUMENT

**Kimberly Endy**
kendy@lehrercumming.com

All parties have completed Complete with DocuSign: AOA - Amendment No. 2 10-19-2023.pdf.

Hi Larry,

Attached please find Acomb Ostendorf & Associates Amendment No. 2 for execution.

Let me know if you have any questions.

Regards,
Kim Endy

Powered by

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
7A5B413E19AE48B1A9E5FFAA309E26D11

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Kimberly Endy who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

# EXHIBIT 65

GB00001902-GB00001903

Message

**From**: Larry wilhite [lwilhite@themansiontheatre.com]
**Sent**: 12/13/2023 10:14:28 AM
**To**: Accounting [accounting@themansiontheatre.com]
**Subject**: FW: Completed: Complete with DocuSign: AOA - Amendment No. 1 - Final AH.pdf
**Attachments**: AOA - Amendment No. 1 - Final AH.pdf; Summary.pdf

Please file.

**From:** DocuSign System <dse@docusign.net>
**Sent:** Wednesday, December 13, 2023 9:59 AM
**To:** O Gene Bicknell <lwilhite@themansiontheatre.com>
**Subject:** Completed: Complete with DocuSign: AOA - Amendment No. 1 - Final AH.pdf

Your document has been completed

VIEW COMPLETED DOCUMENT

**Kimberly Endy**
kendy@lehrercumming.com

All parties have completed Complete with DocuSign: AOA - Amendment No. 1 - Final AH.pdf.

Hi Larry,

Attached please find Acomb Ostendorf & Associates Amendment No. 1 for execution.

Let me know if you have any questions.

Regards,
Kim Endy

Powered by

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
43D72BB365C34782A4C6A4EC2B8EE8A01

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Kimberly Endy who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

# EXHIBIT 66

GB00002130-GB00002131

Message

**From**: Larry wilhite [lwilhite@themansiontheatre.com]
**Sent**: 12/13/2023 10:17:59 AM
**To**: Accounting [accounting@themansiontheatre.com]
**Subject**: FW: Completed: Complete with DocuSign: Killeen Consult - Professional Services Proposal (10-9-2023).pdf
**Attachments**: Killeen Consult - Professional Services Proposal (10-9-2023).pdf; Summary.pdf

**From:** DocuSign System <dse@docusign.net>
**Sent:** Wednesday, December 13, 2023 10:06 AM
**To:** O Gene Bicknell <lwilhite@themansiontheatre.com>
**Subject:** Completed: Complete with DocuSign: Killeen Consult - Professional Services Proposal (10-9-2023).pdf

Your document has been completed

VIEW COMPLETED DOCUMENT

**Kimberly Endy**
kendy@lehrercumming.com

All parties have completed Complete with DocuSign: Killeen Consult - Professional Services Proposal (10-9-2023).pdf.

Hi Larry,

Attached please find Killeen Consult - Professional Services Proposal for execution.

Let me know if you have any questions.

Regards,
Kim Endy

Powered by

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
6C42010F81564BA1AC00012A47BAA5F41

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Kimberly Endy who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

# EXHIBIT 67

GB00001922-GB00001923

Message

**From**: Larry wilhite [lwilhite@themansiontheatre.com]
**Sent**: 12/13/2023 10:17:36 AM
**To**: Accounting [accounting@themansiontheatre.com]
**Subject**: FW: Completed: Complete with DocuSign: Big Show Construction Management - LOA
**Attachments**: Big Show Construction Management - LOA 11082023.pdf; Summary.pdf

**From:** DocuSign System <dse@docusign.net>
**Sent:** Wednesday, December 13, 2023 10:13 AM
**To:** O Gene Bicknell <lwilhite@themansiontheatre.com>
**Subject:** Completed: Complete with DocuSign: Big Show Construction Management - LOA

Your document has been completed

VIEW COMPLETED DOCUMENT

**Kimberly Endy**
kendy@lehrercumming.com

All parties have completed Complete with DocuSign: Big Show Construction Management - LOA .

Hi Larry,

Attached please find Big Show Construction Management Letter of Agreement for execution.

Let me know if you have any questions.

Regards,
Kim Endy

Powered by

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
3B206CA7DA2043478810A6CE0875F4651

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Kimberly Endy who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

# EXHIBIT 69

GB00023016

Message

**From**: Larry wilhite [lwilhite@themansiontheatre.com]
**Sent**: 3/27/2024 1:56:43 PM
**To**: Pamela McKown [pamckown@yahoo.com]
**CC**: Accounting [accounting@themansiontheatre.com]; Steve Hedrick [steveh@megdevteam.com]; Randy Printz [randyp@megdevteam.com]
**Subject**: RE: American Heartland Close Out Letter

Hi Pamela,

I will get the documents to Gene as soon as possible, once I receive the DocuSign. Most likely it will be after Easter.

With Steve and Randy being in favor with the tasks and are comfortable with the letter, let's proceed as planned.

Thank you, Pamela,

Larry

---

**From:** Pamela McKown <pamckown@yahoo.com>
**Sent:** Wednesday, March 27, 2024 11:52 AM
**To:** Larry Wilhite <lwilhite@themansiontheatre.com>
**Cc:** Accounting <accounting@themansiontheatre.com>; Steve Hedrick <steveh@megdevteam.com>; Randy Printz <randyp@megdevteam.com>
**Subject:** American Heartland Close Out Letter

Good morning, Larry ---

A couple of housekeeping tasks:

1) Need to get Gene's signature on a few outstanding documents to clean up files. You will receive a few agreements that have been completed and paid in full. We have some agreements/change orders that also need to be signed as vendors are asking for them. DocuSign will be used as usual.

2) Would now like to close out agreements where work has not only been completed but also has been completely paid for. An example is Tori Letzler. We paid her a onetime fee of $1,200 to prepare a music demo. May we use the letter sent to you for review in February?

Steve and Randy are okay with both of these tasks and has approved the letter.

Much Appreciated,
*Pamela McKown*
626-625-7231
pamckown@yahoo.com
pamelam@megdevteam.com

CONFIDENTIALITY NOTICE: The contents of this email communication, including any attachments, constitute a private exchange between the sender and the recipient(s) of this email. Unless expressed permission is given within the body of the email, the contents of this email are not to be forwarded or copied in any fashion to any other recipient(s). This email is covered by the Electronic Communication Privacy Act, 18 U.S.C. Section 2510-2521 and is legally privileged.

# EXHIBIT 70

GB00092286-GB00092287

Message

**From**: Pamela McKown [pamckown@yahoo.com]
**Sent**: 4/25/2024 11:37:57 AM
**To**: Larry wilhite [lwilhite@themansiontheatre.com]
**Subject**: Re: DocuSign 2023 Agreement

My pleasure.

Much Appreciated,
*Pamela McKown*
626-625-7231
pamckown@yahoo.com

CONFIDENTIALITY NOTICE: The contents of this email communication, including any attachments, constitute a private exchange between the sender and the recipient(s) of this email. Unless expressed permission is given within the body of the email, the contents of this email are not to be forwarded or copied in any fashion to any other recipient(s). This email is covered by the Electronic Communication Privacy Act, 18 U.S.C. Section 2510-2521 and is legally privileged.

On Thursday, April 25, 2024 at 08:16:58 AM PDT, Larry wilhite <lwilhite@themansiontheatre.com> wrote:

Pamela,

I did receive the DocuSign email and will get these to Gene and get them signed.

Thank you,

Larry

---

**From:** Pamela McKown <pamckown@yahoo.com>
**Sent:** Wednesday, April 24, 2024 11:30 PM
**To:** Larry Wilhite <lwilhite@themansiontheatre.com>
**Subject:** DocuSign 2023 Agreement

Hi,

I sent you via DocuSign 8 agreement signature sheets representing the last page of each agreement for Gene's concurrence. If you do not receive the transmittal, please let me know. I was told that it goes to you for presentation to Gene.

Seven (7) were sent previously prior to the end of the year. **Each of them represents completed and paid for work.** Their services will not be needed again or not for a long period of time.

One (1) sent previously, prior to the end of the year (Scott Miller--Greenflash), is still working on the project. He has asked for the agreement to be executed for his records.

I am just looking to close the files and send a copy to the vendor for their tax keeping records. This is a truing up of paperwork and not a new financial commitment or for any new services/scope except Greenflash's continued work.

At this time, I am unaware of any other documents requiring signature.

If you have any questions, please let me know. Thanks so much.

Much Appreciated,

*Pamela McKown*

626-625-7231

**pamckown@yahoo.com**

**pamelam@megdevteam.com**

CONFIDENTIALITY NOTICE: The contents of this email communication, including any attachments, constitute a private exchange between the sender and the recipient(s) of this email. Unless expressed permission is given within the body of the email, the contents of this email are not to be forwarded or copied in any fashion to any other recipient(s). This email is covered by the Electronic Communication Privacy Act, 18 U.S.C. Section 2510-2521 and is legally privileged.

# EXHIBIT 71

GB00001803-GB00001804

Message

**From**: Larry wilhite [lwilhite@themansiontheatre.com]
**Sent**: 4/28/2024 10:46:56 PM
**To**: Kristy Merritt Adams [kadams@themansiontheatre.com]
**Subject**: Fwd: Completed: Complete with DocuSign: Signed Richard Bullimore LOA 11202023.pdf, Signed Chris Do LOA 01122024...
**Attachments**: Signed Richard Bullimore LOA 11202023.pdf; Signed Chris Do LOA 01122024.pdf; Signed Gisele Sanchez LOA 11252023.pdf; Signed Origin Creative Group LOA 01122024.pdf; Signed Paul Fuery Amendment No 01 12112023.pdf; Signed GreenFlash Agreement 11162023.pdf; Signed Comier Agreement 12232023.pdf; Signed 88 Twenty LOA 12092023.pdf

---------- Forwarded message ---------
From: **Pamela McKown via DocuSign** <dse_NA4@docusign.net>
Date: Sun, Apr 28, 2024, 10:46 PM
Subject: Completed: Complete with DocuSign: Signed Richard Bullimore LOA 11202023.pdf, Signed Chris Do LOA 01122024...
To: Gene Bicknell <lwilhite@themansiontheatre.com>

docusign

Your document has been completed

VIEW COMPLETED DOCUMENTS

**Pamela McKown**
pamckown1962@gmail.com

All parties have completed Complete with DocuSign: Signed Richard Bullimore LOA 11202023.pdf, Signed Chris Do LOA 01122024....

Hi Larry, kindly have Gene sign and return signed documents to me for distribution to Vendor and close out process. Documents were originally sent in 2023 for

signature. Work is complete and/or no further work is needed. All but Greenflash have been paid and contracts will be closed out at value paid. Greenflash aka Scott Miller is still working on the project and has not used his Not-to-Exceed amount. Signed documents will be included int the respective contract file(s). Thanks, Pamela McKown

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
0546F69943F0455996E6307F93B53C967

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Pamela McKown who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

# EXHIBIT 72

GB00091925

Message

**From**: Pamela McKown [pamckown@yahoo.com]
**Sent**: 6/11/2024 7:23:01 PM
**To**: Larry Wilhite [lwilhite@themansiontheatre.com]
**Subject**: Wallace Letter of Agreement Army Core of Engineers Permit Submittal

Hi Larry,

You will receive shortly through DocuSign an agreement needing Gene's signature for the ACOE permit for water and soil erosion. The work has been performed and Wallace is the Vendor. We are waiting to see if any clarifications are needed or whether the ACOE submission for the permit will be accepted as is. I have included the necessary info in the message area.

Much Appreciated,
*Pamela McKown*
626-625-7231
pamckown@yahoo.com

CONFIDENTIALITY NOTICE: The contents of this email communication, including any attachments, constitute a private exchange between the sender and the recipient(s) of this email. Unless expressed permission is given within the body of the email, the contents of this email are not to be forwarded or copied in any fashion to any other recipient(s). This email is covered by the Electronic Communication Privacy Act, 18 U.S.C. Section 2510-2521 and is legally privileged.

# EXHIBIT 73

GB00089094-GB00089095

Message

**From**: Larry wilhite [lwilhite@themansiontheatre.com]
**Sent**: 6/12/2024 12:59:56 PM
**To**: Kristy Adams [kadams@themansiontheatre.com]
**Subject**: FW: Complete with Docusign: Signed Wallace v3 LOA 06032024.pdf

**From:** DocuSign NA4 System <dse_NA4@docusign.net>
**Sent:** Tuesday, June 11, 2024 7:18 PM
**To:** Gene Bicknell <lwilhite@themansiontheatre.com>
**Subject:** Complete with Docusign: Signed Wallace v3 LOA 06032024.pdf

Pamela McKown sent you a document to review and sign.

REVIEW DOCUMENT

**Pamela McKown**
pamckown1962@gmail.com

Scope of Work & Fees: Value of negotiated Professional Services agreement for Army Core of Engineer SWPP and Water Erosion Permit $29,500 USD. $10,000 previously paid to date. Documents have been uploaded and acknowledged as received by the ACOE. Negotiated terms: largest negotiated terms are (two) 2 elements of Indemnification: 1) vendor will hold us harmless for unknowingly infringing on IP. They did not want to grant this, but it is critical considering that we have not paid for all IP with contractors. 2) Wallace does not want to go to court to defend against claims. Wallace would like us to defend, and they will reimburse costs including reasonable attorney fees. Chris Norcross (Mansion Counsel) reviewed this indemnity

language and approved. Wallace has complied with insurance requirements. Your signature is requested.

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
449CFF61B2AE42FB8FBA3D0EB14D70677

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you have trouble signing, visit "How to Sign a Document" on our Docusign Support Center, or browse our Docusign Community for more information.

Download the DocuSign App

This message was sent to you by Pamela McKown who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

# EXHIBIT 74

GB00079599-GB00079600

Message

**From**: Larry wilhite [lwilhite@themansiontheatre.com]
**Sent**: 6/13/2024 1:21:21 PM
**To**: Kristy Merritt Adams [kadams@themansiontheatre.com]
**Subject**: Fwd: Completed: Complete with Docusign: Signed Wallace v3 LOA 06032024.pdf
**Attachments**: Signed Wallace v3 LOA 06032024.pdf

---------- Forwarded message ---------
From: **Pamela McKown via DocuSign** <dse_NA4@docusign.net>
Date: Thu, Jun 13, 2024, 1:19 PM
Subject: Completed: Complete with Docusign: Signed Wallace v3 LOA 06032024.pdf
To: Gene Bicknell <lwilhite@themansiontheatre.com>

docusign

Your document has been completed

VIEW COMPLETED DOCUMENT

**Pamela McKown**
pamckown1962@gmail.com

All parties have completed Complete with Docusign: Signed Wallace v3 LOA 06032024.pdf.

Scope of Work & Fees: Value of negotiated Professional Services agreement for Army Core of Engineer SWPP and Water Erosion Permit $29,500 USD. $10,000 previously paid to date. Documents have been uploaded and acknowledged as received by the ACOE. Negotiated terms: largest negotiated terms are (two) 2 elements of Indemnification: 1) vendor will hold us harmless for unknowingly infringing on IP. They did not want to grant this, but it is critical considering that we have not paid for all IP

with contractors. 2) Wallace does not want to go to court to defend against claims. Wallace would like us to defend, and they will reimburse costs including reasonable attorney fees. Chris Norcross (Mansion Counsel) reviewed this indemnity language and approved. Wallace has complied with insurance requirements. Your signature is requested.

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
35117B07FE1542BBB278EA2B98CECCD67

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you have trouble signing, visit "How to Sign a Document" on our Docusign Support Center, or browse our Docusign Community for more information.

Download the DocuSign App

This message was sent to you by Pamela McKown who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

# EXHIBIT 75

GB00406527-GB00406528

Message

**From**: Accounting [accounting@themansiontheatre.com]
**Sent**: 1/2/2025 11:38:24 AM
**To**: Kristy Adams [kadams@themansiontheatre.com]
**Subject**: Re: Check from Larry
**Attachments**: DOC.pdf

Larry came in & wrote the check. I've attached a copy for your records.

I drive right by the bank on my way home so I'll just drop it off.

Kathy Gause
Accounting

On Thu, Jan 2, 2025 at 11:16 AM Kristy Adams <kadams@themansiontheatre.com> wrote:

If you're already going to the bank. If not you can wait.

Kristy

On Thu, Jan 2, 2025 at 11:04 AM Kristy Adams <kadams@themansiontheatre.com> wrote:

Larry is going to bring you a check for the $18,000 today

Thanks

Kristy

--
Kristy Adams
Senior Executive Vice President Sales & Marketing
Mansion Entertainment Group, LLC
Office: 417-337-7845
www.MansionEntertainmentGroup.com
www.TheMansionTheatre.com
www.AmericanHeartlandThemePark.com

--
Kristy Adams
Senior Executive Vice President Sales & Marketing
Mansion Entertainment Group, LLC
Office: 417-337-7845
www.MansionEntertainmentGroup.com
www.TheMansionTheatre.com

www.AmericanHeartlandThemePark.com

# EXHIBIT 76

JW_012029-JW_012036

**Platform:** Verizon Message+ **Timezone:** UTC-0600

AO Ashley Ogle
+1 (417) 763-5003

M Me
+1 (417) 337-1488

2024/06/10

Ashley Ogle

AO I will try to call later, but just wondering real quick how many dozen eggs you might want?
09:21:26 am

Me

Any amount you want to let go of. I am almost out.
09:45:51 am M

2024/06/15

Ashley Ogle

AO On our way
04:25:59 pm

Not sure if any of that works.  Seems like Uncle Larry set up her phone and it is his info?
03:46:32 pm

His email lemcduffey@hotmail.com
03:48:36 pm

M

Ashley Ogle

AO

Thank you!
03:52:23 pm

Me

You are welcome.
03:53:03 pm

M

2024/06/19

Ashley Ogle

Hi Oma and Opa!

This is Ruby.

This year I am participating in 417 Mavericks Volleyball team and we are looking for businesses that would like sponsor an individual athlete for $100 and we would put your logo on our warm-up jerseys.

I'd love to ask for your support if it would be something you would be interested in, I have an email with more details.
04:05:49 pm

AO

Me

Dad is doing the logo and Kristy will get the logo to you
04:31:06 pm

Does the logo go on just Ruby's warm up or the whole team?
04:31:51 pm

M

Ashley Ogle

The whole team.
04:32:08 pm

AO

Liked “Dad is doing the logo and Kristy will get the logo...”
04:32:12 pm

Me

Got it..
04:32:28 pm

M

2024/06/21

Ashley Ogle

AO

Do you know your timing at all today?
Just trying to make sure I have dinner ready at hopefully the right time for you to take with you
10:15:28 am

Me

We justleft the house to you
10:21:07 am

M

Ashley Ogle

AO

Would it happen to have their swimsuits?
10:23:31 am

Me

Amy is staying overnight so don't worry about dinner.
11:50:31 am

M

Ashley Ogle

AO

Is everything OK?
12:20:07 pm

# EXHIBIT 77

LW_082858


MAVS
MANSION
ENTERTAINMENT GROUP
SUPIRAN
SUPIRAN FARMS
ReeceNichols
REAL ESTATE
Aaron Wilken
R&R FIREWORKS
BIGGER. BETTER. LOUDER.
PRIME inc.
» driven by the best
affiniti
management services, inc.
townhomes • student housing
Prime Capital
FINANCIAL
GingerRoots
DESIGNS
EXPRESS
ROOFING
American
Pool&Spa

# EXHIBIT 78

LW_069573; LW_069680; LW_069682; LW_069713

**Entrust CPAs and Advisors - Tax Pros Inc**
**3046 S Delaware Ave Ste D**
**Springfield, MO 65804-6465**
**417-881-1216**

May 25, 2023

**CONFIDENTIAL**

BACKSTAGE MINISTRIES
1194 BIRD ROAD
BRANSON, MO 65616-9101

For professional services rendered in connection with the preparation of the following tax forms for year ending 12/31/22.

| | | |
|---|---|---|
| Form 990-EZ (Exempt Organization Tax Return) ........................................ | $ | 650.00 |
| Amount due | $ | 650.00 |

PAY TO Steffanie Leigh

FOR Gift

DEPOSITS 6-1… 3300 00

| | | |
|---|---|---|
| TOTAL | 28197 | 91 |
| THIS CHECK | 5000 | 00 |
| OTHER TRANS +/- | | |
| BALANCE | 23197 | 91 |

TAX DEDUCTIBLE ☐

(XPP-1) BLUE

---

LIST SOURCE OF DEPOSITS AND INFORMATION ABOUT EXPENDITURES ON BACK OF PRECEDING STUBS

2004

DATE 6-22-22

PAY TO Larry

FOR Salary

BALANCE BROUGHT FORWARD 23197 91

DEPOSITS Dep Home Sw… 82 34; 6-22-22 3580 00

| | | |
|---|---|---|
| TOTAL | 26,860 | 25 |
| THIS CHECK | 1000 | 00 |
| OTHER TRANS +/- | | |
| BALANCE | | |

TAX DEDUCTIBLE ☐

(XPP-1) BLUE

---

2005

DATE 7-15-22

PAY TO Entrust

FOR 2nd QTR PR

BALANCE BROUGHT FORWARD

DEPOSITS

| | | |
|---|---|---|
| TOTAL | | |
| THIS CHECK | 90 | 00 |
| OTHER TRANS +/- | | |
| BALANCE | 25,770 | 25 |

TAX DEDUCTIBLE ☐

(XPP-1) BLUE

PAY TO Entrust

FOR Taxes 2021

| | |
|---|---|
| DEPOSITS | Dep 8-30 940.00 |
| TOTAL | 23,365.98 |
| THIS CHECK | 650.00 |
| OTHER TRANS +/- | |
| BALANCE | 22,715.98 |

TAX DEDUCTIBLE ☐

(XPP-1) BLUE

LIST SOURCE OF DEPOSITS AND INFORMATION ABOUT EXPENDITURES ON BACK OF PRECEDING STUBS

2010

DATE 10-19-22

PAY TO Jerry Williams Wendy

FOR Gift-

| BALANCE BROUGHT FORWARD | |
|---|---|
| DEPOSITS | Dep 9-27-22 ~~900.00~~ Amazon Smile 29.47 |
| TOTAL | 23645.47 |
| THIS CHECK | 5000.00 |
| OTHER TRANS +/- | |
| BALANCE | 18645.47 |

TAX DEDUCTIBLE ☐

(XPP-1) BLUE

2011

DATE 10-26-22

PAY TO Entrust

FOR 3rd QTR tx Deposits IWV 201843

| BALANCE BROUGHT FORWARD | |
|---|---|
| DEPOSITS | Dep 10-24-22 1000.00 |
| TOTAL | 19645.47 |
| THIS CHECK | 45.00 |
| OTHER TRANS +/- | |
| BALANCE | 19600.47 |

TAX DEDUCTIBLE ☐

(XPP-1) BLUE

# Backstage Ministries Contributions Report

**ContactID:** 714 **Name:** BigTime Productions LLC

**Address:** 189 Expressway Ln Branson MO 65616-

| Date | Check Number | Amount |
|---|---|---|
| 5/19/2022 | 11515 | $2,500.00 |
| 6/6/2022 | 11577 | $2,500.00 |
| 11/22/2022 | 12219 | $5,000.00 |

**Contact Total:** $10,000.00

# EXHIBIT 79

LW_012677

**Platform:** Verizon Message+ **Timezone:** UTC-0600

LW Larry Wilhite +1 (417) 335-1460

+1 (512) 764-4504

2024/12/28

+1 (512) 764-4504

"Therefore you have no excuse, O man, every one of you who judges. For in passing judgment on another you condemn yourself, because you, the judge, practice the very same things"
Romans 2:1

BGEA is a registered 501(c)(3) non-profit organization.

12:05:01 pm

# EXHIBIT 80

LW_013193

**Platform:** Verizon Message+ **Timezone:** UTC-0600

LW Larry Wilhite +1 (417) 335-1460

+1 (704) 368-9781

2024/12/30

+1 (704) 368-9781

We know how much God loves us because
we have felt his love . . .
-1 John 4:16 (TLB)
Never question God's great love, for it is as unchangeable a part of God as is His holiness. Were it not for the love of God, none of us would ever have a chance in the future life. But God is love! And His love for us is everlasting.
The promises of God's love and forgiveness are as real, as sure, as positive, as human words can make them. But, like describing the ocean, its total beauty cannot be understood until it is actually seen. It is the same with God's love. Until you actually possess true peace with God, no one can describe its wonders to you.
Find out how much God loves you.
Lea este devocional en español en es.billygraham.org.
Prayer for the day
Yes, almighty God, I have felt the consolation of Your love!

BGEA is a registered 501(c)(3) non-profit organization.

11:13:19 pm

# EXHIBIT 81

LW_013410

**Platform:** Verizon Message+ **Timezone:** UTC-0600

LW Larry Wilhite
+1 (417) 335-1460

+1 (704) 881-9414

2025/01/02

+1 (704) 881-9414

Have you ever pondered the question, "Who is God?" The answer lies within an unconditional and unchanging love known as agape love.

In this 1999 sermon preached in St. Louis, Missouri, Billy Graham explores God's identity and His agape love.

https://www.facebook.com/share/v/CDpg4zVYLgKGwhDg/?mibextid=wwXIfr

BGEA is a registered 501(c)(3) non-profit organization.

12:58:55 pm

# EXHIBIT 82

LW_013194

**Platform:** Verizon Message+ **Timezone:** UTC-0600

LW Larry Wilhite +1 (417) 335-1460

+1 (704) 259-9740

2025/01/03

+1 (704) 259-9740

Jesus' statement "If any one of you is without sin, let him be the first to throw a stone at her" is found in John 8:7. Jesus was teaching in the temple when the scribes and Pharisees brought to Him a woman who had been caught in the act of adultery, and they asked Him if she should be stoned as required by the Law of Moses.

From this passage we learn that we do not accuse others unless we first thoroughly search our own hearts and minds to make certain that we are pure in every possible aspect (Matthew 7:3).

Likewise, we should use every possible opportunity to forgive and to reach out with the gospel and the love of Christ, always remembering that we, too, are sinners in need of the Savior (Romans 3:23).

"Judge not, that you be not judged. For with the judgment you pronounce you will be judged, and with the measure you use it will be measured to you"
Matthew 7:1-2

BGEA is a registered 501(c)(3) non-profit organization.

07:34:35 am

# EXHIBIT 83

LW_013411–LW_013412

**Platform:** Verizon Message+ **Timezone:** UTC-0600

LW Larry Wilhite
+1 (417) 335-1460

+1 (704) 498-9201

2025/01/04

+1 (704) 498-9201

The Bible says in Psalm 22:3 that He actually lives and dwells in our praises. This is the mystery and the miracle of the breakthrough power and presence of God when we worship! When we worship, we affirm the truth of God's Word, and it is being rooted deep in our hearts.

When we worship, the invisible God is at work doing invisible and powerful things. We get realigned, refreshed and refueled; we find unspeakable joy and indescribable peace. We discover the breakthrough strength of God, which enables us to walk in the truth, live in His presence and see Him fight our battles for us.

It is how we can put the beauty of the Gospel on display, receive His many blessings and at the same time be a blessing to the world.

BGEA is a registered 501(c)(3) non-profit organization.

B BILLY GRAHAM

12:09:49 pm

2025/01/05

+1 (704) 498-9201

Most of us are insensitive to the sufferings of others until we experience them ourselves. We overlook the suffering of those around us-But this isn't God's plan. We are to show our love by bearing one another's burdens. Who do you know who is suffering right now alone, abandoned, judged and forgotten?

When Christ's love fills our hearts, it puts selfishness and judgement on the run.

God hears when we pray, "Lord, give us eyes that see others in need, and hearts moved with compassion to help bear their burdens. Help us to use the strength You will give to help those who are going through seasons of despair."
The Bible says, "Bear one another's burdens"

"Judge not, that you be not judged. For with the judgment you pronounce you will be judged, and with the measure you use it will be measured to you"
Matthew 7:1-2

BGEA is a registered 501(c)(3) non-profit organization.

B BILLY GRAHAM

09:23:35 am

# EXHIBIT 84

LW_013190

**Platform:** Verizon Message+ **Timezone:** UTC-0600

LW Larry Wilhite
+1 (417) 335-1460

+1 (704) 498-3138

2025/01/07

+1 (704) 498-3138

It is impossible to understand the Bible, Christian living, the structure of the church or our own relationship with God without understanding the Holy Spirit. The Holy Spirit is not an "it." The Holy Spirit is a person. The Bible says that He is not something. He is Someone. He is God.

The moment we receive Christ as Savior, the Holy Spirit comes to live in our hearts. The Bible teaches that the Holy Spirit is all-powerful and present everywhere. The Holy Spirit teaches us and takes us deeper into God's truth as we go along in our Christian life.

The Holy Spirit gives you power to serve Christ. "You will receive power when the Holy Spirit comes on you; and you will be my witnesses" (Acts 1:8). Christ is coming back again, and He is ready to come into your heart by the Holy Spirit and make you a new person.

BGEA is a registered 501(c)(3) non-profit organization.

B BILLY GRAHAM

11:33:14 am

# EXHIBIT 85

LW_012675

**Platform:** Verizon Message+ **Timezone:** UTC-0600

LW Larry Wilhite
+1 (417) 335-1460

+1 (828) 220-9356

2025/01/08

+1 (828) 220-9356

God's forgiveness is not just a casual statement; it is the complete blotting out of all dirt and degradation of our past, present and future.

The question remains. Can you forgive as you have been forgiven?

When God forgives us and purifies us of our sin, He also forgets it. Forgiveness results in God dropping the charges against us. Can you too forgive in such a manner?

When God forgives, there is an immediate and complete change in relationship. Instead of hostility, there is love and acceptance. Instead of enmity, there is friendship.

BGEA is a registered 501(c)(3) non-profit organization.

01:36:03 pm

# EXHIBIT 86

LW_013192

**Platform:** Verizon Message+ **Timezone:** UTC-0600

LW Larry Wilhite +1 (417) 335-1460

+1 (704) 925-4619

2025/01/09

+1 (704) 925-4619

Love "thinks no evil" (1 Corinthians 13:5). It never holds a grudge-never has malice. It rejoices not in iniquity, but in the truth (1 Corinthians 13:6). It is never glad when another falls. Many, when they hear that another Christian has fallen, say, "Isn't that too bad?" but they don't mean it!

Then the Bible says that this love "bears all things, believes all things, hopes all things, endures all things" (1 Corinthians 13:7). It is slow to expose the evils and faults in others. It is eager to believe the best, and it is always hopeful and optimistic concerning the future.

The Bible teaches that love is greater than faith and hope (1 Corinthians 13:13). Love is the greatest thing in all the world. Without such love call not yourself a "Christian".

"By this all will know that you are My disciples, if you have love for one another" (John 13:35).

BGEA is a registered 501(c)(3) non-profit organization.

12:42:06 pm

# EXHIBIT 87

LW_012673–LW_012674

**Platform:** Native Messages **Name:** 1c02b1c7-5966-4b21-a532-a4c3d65f2b2c

**Timezone:** UTC-0600

M Me
+1 (417) 335-1460

(704) 601-9576

2025/01/10

(704) 601-9576

"Forgive us our sins as we forgive those who have sinned against us"

Asking forgiveness allows us to let go of our control and allow God to handle our problems if we are able to offer such forgiveness to others in the same way.

Wait. If we're going to tell God that we forgive everyone, then that means - we're going to have to forgive everyone.
In His prayer, Jesus is not giving us much room for exceptions.

Who are you holding in such bondage of unforgiveness and judgement?

"When you stand praying," Jesus said, "if you hold anything against anyone, forgive him, so that your Father in heaven may forgive you your sins" (Mark 11:22-25).

BGEA is a registered 501(c)(3) non-profit organization.

11:42:33 am

2025/01/11

(704) 601-9576

Power belongs to God" (Psalm 62:11). The great reservoir of the power that belongs to God is His own Word-the Bible. If we wish to make it ours, we must go to that book. Yet people abound in the church who are praying for power and neglecting the Bible. They long to have power to melt the cold heart and break the stubborn will, but they forget that God has said: "'Is not My word like a fire?' says the Lord, 'And like a hammer that breaks the rock in pieces?'" (Jeremiah 23:29).
If we are to obtain fullness of power in life and service, we must feed upon the Word of God.

There is no other food so strengthening.

If we will not take time to study the Bible, we cannot have power, any more than we can have physical power if we will not take time to eat nutritious food.

BGEA is a registered 501(c)(3) non-profit organization.

12:21:47 pm

Read

# EXHIBIT 88

LW_013408–LW_013409

**Platform:** Verizon Message+ **Timezone:** UTC-0600

LW Larry Wilhite +1 (417) 335-1460

+1 (704) 881-9698

2025/01/12

+1 (704) 881-9698

Lamentations 3:22-23 says: "The steadfast love of the Lord never ceases; His mercies never come to an end; they are new every morning; great is Your faithfulness."

Think about that last word, "faithfulness."

That means that God pulls through. He's loyal. He's always here for us. He hears us, sees us and loves us unconditionally. Isaiah 49:23 says that those who hope in Him "will not be disappointed."

The question that remains...as we close our eyes and gaze upon the Son of God hanging upon the cross for our sins....will we love each other "unconditionally" as God loves us?

This is the most important question you will ever answer.

BGEA is a registered 501(c)(3) non-profit organization.

12:23:51 pm

2025/01/13

+1 (704) 881-9698

The most important thing I can say to you is that God loves you - and because He loves you, He does not want your life to be poisoned any longer by hatred and bitterness.

And that's what they are: poisons that will eat away at your soul and turn you into an unhappy, sour person who never knows any lasting joy or peace.

The Bible warns, "See to it that no one misses the grace of God and that no bitter root grows up to cause trouble and defile many" (Hebrews 12:15).

Bitterness, anger, hatred, judgement and unforgiveness - they all will twist your soul and cut you off from others, and from God.

He wants to heal those hurts now, and He wants to cleanse your soul of these poisons and fill you with His peace.

Jesus said, "Peace I leave with you; my peace I give you" (John 14:27).

BGEA is a registered 501(c)(3) non-profit organization.

B BILLY GRAHAM

12:10:24 pm

# EXHIBIT 89

LW_013206

**Platform:** Verizon Message+ **Timezone:** UTC-0600

LW Larry Wilhite
+1 (417) 335-1460

+1 (743) 910-7978

2025/01/14

+1 (743) 910-7978

"You're a temple, not a courtroom. Don't judge."

Is the pain and suffering you are encountering the result of such judgement?

We all judge each other when we know we should not. James 4:12 poses the sobering question: "But you-who are you to judge your neighbor?"

We become judgmental when we see our personal weaknesses mirrored in someone else. Oh, how irritating that speck of sawdust (Matthew 7:3) in the other person's eye makes us! What we can't bear to see in ourselves, we judge in others.

We "have eyes to see but do not see, and ears to hear but do not hear," for we are a rebellious people when it comes to recognizing our faults (Ezekiel 12:2). We need to take off the blinders of pride that make us assume we are in a position to comment on the weaknesses of others.

BGEA is a registered 501(c)(3) non-profit organization.

11:19:40 am

# EXHIBIT 90

**Pinger Comparison Chart - Wilhite**

| From Pinger Account (PINGER_LW_000050) | | | | | From Wilhite's Samsung User.Table (LW_04036) | | From Wilhite Chat Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| Assigned Number | Start Date | Start Time | End Date | End Time | Usert.Table MDN # | User.Table ID # | From | Date Received | Bates |
| 15054415756 | 8/20/2023 | 4:48:09 | 8/21/2023 | 14:56:17 | 15054415756 | 533 | | | |
| 13608046984 | 8/21/2023 | 14:56:17 | 9/18/2023 | 3:09:21 | 13608046984 | 534 | | | |
| 16087109805 | 9/18/2023 | 3:09:21 | 9/19/2023 | 13:31:33 | 16087109805 | 547 | | | |
| 14753073422 | 9/19/2023 | 13:31:33 | 9/20/2023 | 14:32:50 | 14753073422 | 549 | | | |
| 13653635229 | 9/20/2023 | 14:32:50 | 9/21/2023 | 15:51:10 | 13653635229 | 550 | | | |
| 12123473553 | 9/21/2023 | 15:51:10 | 9/22/2023 | 18:32:02 | 12123473553 | 552 | | | |
| 16076014097 | 9/22/2023 | 18:32:02 | 9/23/2023 | 23:27:54 | 16076014097 | 553 | | | |
| 12312816912 | 9/23/2023 | 23:27:54 | 9/25/2023 | 14:35:05 | 12312816912 | 554 | | | |
| 16097760608 | 9/25/2023 | 14:35:05 | 9/26/2023 | 14:38:25 | 16097760608 | 556 | | | |
| 17189144736 | 9/26/2023 | 14:38:25 | 9/27/2023 | 16:56:30 | 17189144736 | 557 | | | |
| 12155395231 | 9/27/2023 | 16:56:30 | 9/28/2023 | 19:30:40 | 12155395231 | 558 | | | |
| 12135973892 | 9/28/2023 | 19:30:40 | 9/30/2023 | 2:53:22 | 12135973892 | 559 | | | |
| 14183173840 | 9/30/2023 | 2:53:22 | 10/2/2023 | 1:53:07 | 14183173840 | 560 | | | |
| 14149661512 | 10/2/2023 | 1:53:07 | 10/3/2023 | 14:23:33 | 14149661512 | 562 | | | |
| 19098924379 | 10/3/2023 | 14:23:33 | 10/4/2023 | 17:09:35 | 19098924379 | 563 | | | |
| 12027034840 | 10/4/2023 | 17:09:35 | 10/5/2023 | 17:21:03 | 12027034840 | 564 | | | |
| 12232453043 | 10/5/2023 | 17:21:03 | 10/6/2023 | 18:57:32 | 12232453043 | 565 | | | |
| 16139174665 | 10/6/2023 | 18:57:32 | 10/8/2023 | 16:53:22 | 16139174665 | 566 | | | |
| 14755010132 | 10/8/2023 | 16:53:22 | 10/9/2023 | 18:11:47 | 14755010132 | 567 | | | |
| 12029954158 | 10/9/2023 | 18:11:47 | 10/10/2023 | 18:26:49 | 12029954158 | 568 | | | |
| 18023078576 | 10/10/2023 | 18:26:50 | 10/11/2023 | 19:16:52 | 18023078576 | 569 | | | |
| 17086303795 | 10/11/2023 | 19:16:52 | 10/12/2023 | 20:14:51 | 17086303795 | 572 | | | |
| 12036703576 | 10/12/2023 | 20:14:51 | 10/13/2023 | 20:19:42 | 12036703576 | 573 | | | |
| 19137866443 | 10/13/2023 | 20:19:42 | 10/14/2023 | 23:38:46 | 19137866443 | 574 | | | |
| 14253313768 | 10/14/2023 | 23:38:46 | 10/16/2023 | 13:30:19 | 14253313768 | 575 | | | |
| 12027339073 | 10/16/2023 | 13:30:19 | 10/18/2023 | 21:54:20 | 12027339073 | 576 | | | |
| 16176214029 | 10/18/2023 | 21:54:20 | 10/20/2023 | 17:24:40 | 16176214029 | 580 | | | |
| 13614877851 | 10/20/2023 | 17:24:40 | 10/21/2023 | 17:26:30 | 13614877851 | 582 | | | |
| 12029954472 | 10/21/2023 | 17:26:30 | 10/23/2023 | 15:21:17 | 12029954472 | 584 | | | |
| 15155678858 | 10/23/2023 | 15:21:17 | 10/25/2023 | 13:16:09 | 15155678858 | 585 | | | |
| 19097156946 | 10/25/2023 | 13:16:09 | 10/26/2023 | 14:30:14 | 19097156946 | 589 | | | |
| 17255871286 | 10/26/2023 | 14:30:14 | 10/27/2023 | 16:14:07 | 17255871286 | 592 | | | |

**Pinger Comparison Chart - Wilhite**

| From Pinger Account (PINGER_LW_000050) | | | | | From Wilhite's Samsung User.Table (LW_04036) | | From Wilhite Chat Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| Assigned Number | Start Date | Start Time | End Date | End Time | Usert.Table MDN # | User.Table ID # | From | Date Received | Bates |
| 17707647969 | 10/27/2023 | 16:14:07 | 10/28/2023 | 16:57:47 | 17707647969 | 593 | | | |
| 14195198166 | 10/28/2023 | 16:57:47 | 10/29/2023 | 17:04:36 | 14195198166 | 594 | | | |
| 15054414515 | 10/29/2023 | 17:04:36 | 10/31/2023 | 13:19:14 | 15054414515 | 595 | | | |
| 12099362913 | 10/31/2023 | 13:19:14 | 11/2/2023 | 12:53:44 | 12099362913 | 596 | | | |
| 18177364630 | 11/2/2023 | 12:53:44 | 11/3/2023 | 18:24:50 | 18177364630 | 598 | | | |
| 14068402469 | 11/3/2023 | 18:24:50 | 11/5/2023 | 16:27:37 | 14068402469 | 599 | | | |
| 12535448189 | 11/5/2023 | 16:27:37 | 11/6/2023 | 18:23:45 | 12535448189 | 600 | | | |
| 17076279238 | 11/6/2023 | 18:23:45 | 11/7/2023 | 21:09:54 | 17076279238 | 601 | | | |
| 14388990971 | 11/7/2023 | 21:09:54 | 11/8/2023 | 23:20:03 | 14388990971 | 602 | | | |
| 19083142913 | 11/8/2023 | 23:20:03 | 11/10/2023 | 1:12:49 | 19083142913 | 603 | | | |
| 13105913402 | 11/10/2023 | 1:12:49 | 11/11/2023 | 14:05:15 | 13105913402 | 604 | | | |
| 13047174673 | 11/13/2023 | 18:17:10 | 11/14/2023 | 18:19:48 | 13047174673 | 608 | | | |
| 15702584106 | 11/14/2023 | 18:19:48 | 11/15/2023 | 19:33:17 | 15702584106 | 609 | | | |
| 13513770237 | 11/15/2023 | 19:33:17 | 11/16/2023 | 20:20:41 | 13513770237 | 610 | | | |
| 12029955191 | 11/16/2023 | 20:20:41 | 11/18/2023 | 17:30:29 | 12029955191 | 611 | | | |
| 14308101659 | 11/18/2023 | 17:30:29 | 11/19/2023 | 21:02:31 | 14308101659 | 612 | | | |
| 14065334924 | 11/19/2023 | 21:02:31 | 11/20/2023 | 22:18:19 | 14065334924 | 613 | | | |
| 16028741051 | 11/20/2023 | 22:18:19 | 11/22/2023 | 13:14:38 | 16028741051 | 614 | | | |
| 16187881598 | 11/22/2023 | 13:14:38 | 11/23/2023 | 15:19:54 | 16187881598 | 615 | | | |
| 14197515401 | 11/23/2023 | 15:19:54 | 11/24/2023 | 16:21:01 | 14197515401 | 616 | | | |
| 15189724842 | 11/25/2023 | 20:29:04 | 11/27/2023 | 3:54:01 | 15189724842 | 617 | | | |
| 17727894240 | 11/27/2023 | 3:54:01 | 11/28/2023 | 15:51:47 | 17727894240 | 618 | | | |
| 18023078839 | 11/28/2023 | 15:51:47 | 11/29/2023 | 22:32:36 | 18023078839 | 621 | | | |
| 12703238615 | 11/29/2023 | 22:32:36 | 12/1/2023 | 15:27:34 | 12703238615 | 622 | | | |
| 13094427434 | 12/1/2023 | 15:27:34 | 12/2/2023 | 17:00:24 | 13094427434 | 624 | | | |
| 13163696486 | 12/2/2023 | 17:00:24 | 12/5/2023 | 12:57:27 | 13163696486 | 625 | | | |
| 16139032948 | 12/5/2023 | 12:57:27 | 12/6/2023 | 16:50:24 | 16139032948 | 626 | | | |
| 19098197445 | 12/6/2023 | 16:50:24 | 12/7/2023 | 18:19:53 | 19098197445 | 627 | | | |
| 17078315386 | 12/7/2023 | 18:19:53 | 12/8/2023 | 19:41:26 | 17078315386 | 629 | | | |
| 18145088006 | 12/8/2023 | 19:41:26 | 12/10/2023 | 18:02:10 | 18145088006 | 630 | | | |
| 15136562827 | 12/10/2023 | 18:02:10 | 12/11/2023 | 18:15:36 | 15136562827 | 631 | | | |
| 13069125799 | 12/11/2023 | 18:15:36 | 12/13/2023 | 13:56:18 | 13069125799 | 632 | | | |

**Pinger Comparison Chart - Wilhite**

| From Pinger Account (PINGER_LW_000050) | | | | | From Wilhite's Samsung User.Table (LW_04036) | | From Wilhite Chat Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| Assigned Number | Start Date | Start Time | End Date | End Time | Usert.Table MDN # | User.Table ID # | From | Date Received | Bates |
| 18019095729 | 12/13/2023 | 13:56:18 | 12/14/2023 | 18:53:15 | 18019095729 | 633 | | | |
| 12072098654 | 12/14/2023 | 18:53:15 | 12/15/2023 | 19:19:00 | 12072098654 | 634 | | | |
| 15175533943 | 12/15/2023 | 19:19:00 | 12/16/2023 | 20:27:43 | 15175533943 | 635 | | | |
| 12184039041 | 12/16/2023 | 20:27:43 | 12/17/2023 | 21:24:05 | 12184039041 | 637 | | | |
| 16028464892 | 12/17/2023 | 21:24:05 | 12/19/2023 | 15:45:19 | 16028464892 | 638 | | | |
| 18128721652 | 12/19/2023 | 15:45:19 | 12/20/2023 | 15:51:53 | 18128721652 | 639 | | | |
| 14066042528 | 12/20/2023 | 15:51:53 | 12/21/2023 | 16:56:44 | 14066042528 | 640 | | | |
| 13193176722 | 12/21/2023 | 16:56:44 | 12/22/2023 | 21:59:31 | 13193176722 | 641 | | | |
| 19069015609 | 12/22/2023 | 21:59:31 | 12/23/2023 | 22:35:40 | 19069015609 | 643 | | | |
| 12606271576 | 12/23/2023 | 22:35:40 | 12/25/2023 | 3:02:19 | 12606271576 | 644 | | | |
| 17707646691 | 12/25/2023 | 3:02:19 | 12/26/2023 | 16:35:32 | 17707646691 | 645 | | | |
| 12079870908 | 12/26/2023 | 16:35:32 | 12/27/2023 | 17:14:47 | 12079870908 | 646 | | | |
| 18048510189 | 12/27/2023 | 17:14:47 | 12/28/2023 | 17:23:58 | 18048510189 | 648 | | | |
| 16602974076 | 12/28/2023 | 17:23:58 | 12/29/2023 | 17:42:45 | 16602974076 | 649 | | | |
| 17707645084 | 12/29/2023 | 17:42:45 | 12/30/2023 | 17:45:07 | 17707645084 | 650 | | | |
| 12203869577 | 12/30/2023 | 17:45:07 | 1/2/2024 | 13:04:08 | 12203869577 | 653 | | | |
| 16029699480 | 1/2/2024 | 13:04:08 | 1/3/2024 | 18:58:59 | 16029699480 | 666 | | | |
| 12203869577 (duplicate) | 1/3/2024 | 18:58:59 | 1/4/2024 | 22:25:12 | 12203869577 | 653 | | | |
| 14808172172 | 1/4/2024 | 22:25:12 | 1/6/2024 | 1:32:16 | 14808172172 | 667 | | | |
| 15096163278 | 1/6/2024 | 1:32:16 | 1/7/2024 | 2:04:14 | 15096163278 | 669 | | | |
| 13068059885 | 1/9/2024 | 18:48:15 | 1/11/2024 | 14:20:46 | 13068059885 | 673 | | | |
| 17188415545 | 1/11/2024 | 14:20:46 | 1/12/2024 | 16:16:27 | 17188415545 | 674 | | | |
| 16099618214 | 1/12/2024 | 16:16:27 | 1/13/2024 | 19:24:46 | 16099618214 | 675 | | | |
| 12205779284 | 1/13/2024 | 19:24:46 | 1/15/2024 | 11:22:27 | 12205779284 | 676 | | | |
| 13096195852 | 1/15/2024 | 11:22:27 | 1/16/2024 | 13:24:49 | 13096195852 | 677 | | | |
| 13186385153 | 1/16/2024 | 13:24:49 | 1/17/2024 | 14:15:33 | 13186385153 | 678 | | | |
| 15099186786 | 1/17/2024 | 14:15:33 | 1/18/2024 | 14:24:04 | 15099186786 | 679 | | | |
| 12254870236 | 1/18/2024 | 14:24:04 | 1/19/2024 | 16:09:38 | 12254870236 | 680 | | | |
| 15175533946 | 1/19/2024 | 16:09:38 | 1/20/2024 | 19:12:52 | 15175533946 | 681 | | | |
| 14198866540 | 1/20/2024 | 19:12:52 | 1/21/2024 | 20:26:22 | 14198866540 | 682 | | | |
| 16186368045 | 1/21/2024 | 20:26:22 | 1/22/2024 | 21:07:28 | 16186368045 | 683 | | | |

**Pinger Comparison Chart - Wilhite**

| From Pinger Account (PINGER_LW_000050) | | | | | From Wilhite's Samsung User.Table (LW_04036) | | From Wilhite Chat Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| Assigned Number | Start Date | Start Time | End Date | End Time | Usert.Table MDN # | User.Table ID # | From | Date Received | Bates |
| 12095156059 | 1/22/2024 | 21:07:28 | 1/23/2024 | 21:14:57 | 12095156059 | 684 | | | |
| 13152905446 | 1/23/2024 | 21:14:57 | 1/24/2024 | 21:28:53 | 13152905446 | 685 | | | |
| 18179692841 | 1/24/2024 | 21:28:53 | 1/25/2024 | 21:40:57 | 18179692841 | 686 | | | |
| 12038842614 | 1/25/2024 | 21:40:57 | 1/27/2024 | 17:17:18 | 12038842614 | 687 | | | |
| 17706598296 | 1/27/2024 | 17:17:18 | 1/28/2024 | 19:11:29 | 17706598296 | 689 | | | |
| 14093457791 | 1/28/2024 | 19:11:29 | 1/29/2024 | 19:17:47 | 14093457791 | 690 | | | |
| 16126332729 | 1/29/2024 | 19:17:47 | 1/30/2024 | 19:37:21 | 16126332729 | 691 | | | |
| 16204815648 | 1/30/2024 | 19:37:21 | 1/31/2024 | 21:45:09 | 16204815648 | 692 | | | |
| 18156970137 | 1/31/2024 | 21:45:10 | 2/1/2024 | 23:19:19 | 18156970137 | 693 | | | |
| 19098196770 | 2/1/2024 | 23:19:19 | 2/4/2024 | 17:44:59 | 19098196770 | 694 | | | |
| 14183174373 | 2/4/2024 | 17:44:59 | 2/5/2024 | 19:34:39 | 14183174373 | 696 | | | |
| 13309603269 | 2/5/2024 | 19:34:39 | 2/7/2024 | 13:58:25 | 13309603269 | 697 | | | |
| 15077096160 | 2/7/2024 | 13:58:25 | 2/8/2024 | 20:53:28 | 15077096160 | 698 | | | |
| 18102541055 | 2/8/2024 | 20:53:28 | 2/10/2024 | 21:18:02 | 18102541055 | 699 | | | |
| 17705235383 | 2/10/2024 | 21:18:02 | 2/12/2024 | 16:31:14 | 17705235383 | 702 | | | |
| 13204663034 | 2/12/2024 | 16:31:14 | 2/13/2024 | 17:35:36 | 13204663034 | 703 | | | |
| 14808176625 | 2/13/2024 | 17:35:36 | 2/16/2024 | 13:59:16 | 14808176625 | 705 | | | |
| 13072914801 | 2/16/2024 | 13:59:16 | 2/18/2024 | 2:58:32 | 13072914801 | 707 | | | |
| 12099362158 | 2/18/2024 | 2:58:32 | 2/19/2024 | 14:28:23 | 12099362158 | 708 | | | |
| 13072914801 (duplicate) | 2/19/2024 | 14:28:23 | 2/21/2024 | 13:49:37 | 13072914801 | 707 | | | |
| 12099362158 (duplicate) | 2/21/2024 | 13:49:37 | 2/22/2024 | 18:26:13 | 12099362158 | 708 | | | |
| 14016525516 | 2/22/2024 | 18:26:13 | 2/23/2024 | 22:32:21 | 14016525516 | 710 | | | |
| 12099362158 (duplicate) | 2/23/2024 | 22:32:21 | 2/24/2024 | 22:51:04 | 12099362158 | 708 | | | |
| 16199673650 | 2/24/2024 | 22:51:04 | 2/25/2024 | 23:57:40 | 16199673650 | 711 | | | |
| 14037682793 | 2/25/2024 | 23:57:40 | 2/27/2024 | 19:43:19 | 14037682793 | 712 | | | |
| 12074133626 | 2/27/2024 | 19:43:19 | 2/29/2024 | 14:15:20 | 12074133626 | 713 | | | |
| 19126968670 | 2/29/2024 | 14:15:20 | 3/1/2024 | 20:15:51 | 19126968670 | 717 | | | |
| 16412223216 | 3/1/2024 | 20:15:51 | 3/3/2024 | 16:42:11 | 16412223216 | 718 | | | |
| 13025925552 | 3/3/2024 | 16:42:11 | 3/4/2024 | 19:18:58 | 13025925552 | 720 | | | |

**Pinger Comparison Chart - Wilhite**

| From Pinger Account (PINGER_LW_000050) | | | | | From Wilhite's Samsung User.Table (LW_04036) | | From Wilhite Chat Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| **Assigned Number** | **Start Date** | **Start Time** | **End Date** | **End Time** | **Usert.Table MDN #** | **User.Table ID #** | **From** | **Date Received** | **Bates** |
| 17706785966 | 3/4/2024 | 19:18:58 | 3/6/2024 | 15:52:11 | 17706785966 | 721 | | | |
| 15128803233 | 3/6/2024 | 15:52:11 | 3/9/2024 | 18:19:02 | 15128803233 | 722 | | | |
| 14027888021 | 3/12/2024 | 17:32:57 | 3/13/2024 | 23:36:25 | 14027888021 | 728 | | | |
| 17705202859 | 3/13/2024 | 23:36:25 | 3/16/2024 | 12:34:52 | 17705202859 | 730 | | | |
| 15078607172 | 3/16/2024 | 12:34:52 | 3/17/2024 | 15:38:51 | 15078607172 | 731 | | | |
| 12407687278 | 3/17/2024 | 15:38:51 | 3/18/2024 | 18:18:49 | 12407687278 | 732 | | | |
| 15078607172 (duplicate) | 3/18/2024 | 18:18:49 | 3/19/2024 | 18:33:39 | 15078607172 | 731 | | | |
| 12407687278 (duplicate) | 3/19/2024 | 18:33:40 | 3/20/2024 | 22:23:59 | 12407687278 | 732 | | | |
| 19143012202 | 3/20/2024 | 22:23:59 | 3/22/2024 | 13:14:28 | 19143012202 | 733 | | | |
| 17727894025 | 3/22/2024 | 13:14:28 | 3/23/2024 | 19:29:33 | 17727894025 | 736 | | | |
| 16603865169 | 3/23/2024 | 19:29:33 | 3/24/2024 | 21:43:15 | 16603865169 | 739 | | | |
| 19169386512 | 3/24/2024 | 21:43:15 | 3/26/2024 | 13:16:02 | 19169386512 | 740 | | | |
| 14409732510 | 3/26/2024 | 13:16:02 | 3/27/2024 | 15:39:44 | 14409732510 | 743 | | | |
| 19016567024 | 3/27/2024 | 15:39:44 | 3/29/2024 | 15:12:27 | 19016567024 | 745 | | | |
| 12077193290 | 3/29/2024 | 15:12:27 | 3/30/2024 | 16:23:31 | 12077193290 | 746 | | | |
| 17727769194 | 3/30/2024 | 16:23:31 | 3/31/2024 | 20:32:55 | 17727769194 | 747 | | | |
| 16602082810 | 3/31/2024 | 20:32:55 | 4/1/2024 | 22:12:49 | 16602082810 | 748 | | | |
| 15413735487 | 4/1/2024 | 22:12:50 | 4/3/2024 | 12:49:18 | 15413735487 | 749 | | | |
| 12098661547 | 4/3/2024 | 12:49:18 | 4/4/2024 | 15:37:07 | 12098661547 | 751 | | | |
| 17722539125 | 4/4/2024 | 15:37:07 | 4/5/2024 | 17:58:48 | 17722539125 | 752 | | | |
| 12254792246 | 4/5/2024 | 17:58:48 | 4/6/2024 | 18:00:20 | 12254792246 | 753 | | | |
| 13312803096 | 4/6/2024 | 18:00:20 | 4/7/2024 | 20:42:15 | 13312803096 | 755 | | | |
| 18102970697 | 4/7/2024 | 20:42:15 | 4/8/2024 | 22:05:25 | 18102970697 | 757 | | | |
| 17723078110 | 4/8/2024 | 22:05:25 | 4/10/2024 | 12:47:36 | 17723078110 | 758 | | | |
| 15096166021 | 4/10/2024 | 12:47:36 | 4/11/2024 | 13:06:30 | 15096166021 | 761 | | | |
| 16178702929 | 4/11/2024 | 13:06:30 | 4/12/2024 | 13:10:02 | 16178702929 | 762 | | | |
| 17723078870 | 4/12/2024 | 13:10:02 | 4/14/2024 | 22:26:16 | 17723078870 | 763 | | | |
| 15174574462 | 4/14/2024 | 22:26:16 | 4/15/2024 | 23:29:11 | 15174574462 | 764 | | | |
| 13136392703 | 4/15/2024 | 23:29:11 | 4/17/2024 | 13:23:07 | 13136392703 | 766 | | | |
| 14423574380 | 4/17/2024 | 13:23:07 | 4/19/2024 | 14:48:21 | 14423574380 | 767 | | | |

**Pinger Comparison Chart - Wilhite**

| From Pinger Account (PINGER_LW_000050) | | | | | From Wilhite's Samsung User.Table (LW_04036) | | From Wilhite Chat Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| Assigned Number | Start Date | Start Time | End Date | End Time | Usert.Table MDN # | User.Table ID # | From | Date Received | Bates |
| 17707709148 | 4/19/2024 | 14:48:21 | 4/20/2024 | 17:12:52 | 17707709148 | 768 | | | |
| 13193813155 | 4/20/2024 | 17:12:52 | 4/21/2024 | 17:34:05 | 13193813155 | 769 | | | |
| 12205771396 | 4/21/2024 | 17:34:05 | 4/23/2024 | 17:35:28 | 12205771396 | 770 | | | |
| 16096644306 | 4/23/2024 | 17:35:28 | 4/24/2024 | 19:06:25 | 16096644306 | 772 | | | |
| 14195198793 | 4/24/2024 | 19:06:25 | 4/25/2024 | 23:20:29 | 14195198793 | 774 | | | |
| 19453268489 | 4/25/2024 | 23:20:29 | 4/28/2024 | 17:17:09 | 19453268489 | 776 | | | |
| 12164776359 | 4/28/2024 | 17:17:09 | 4/29/2024 | 18:49:41 | 12164776359 | 777 | | | |
| 19208987051 | 4/29/2024 | 18:49:41 | 4/30/2024 | 21:07:20 | 19208987051 | 778 | | | |
| 17739205609 | 4/30/2024 | 21:07:20 | 5/2/2024 | 1:07:24 | 17739205609 | 781 | | | |
| 14452280647 | 5/2/2024 | 1:07:24 | 5/3/2024 | 5:01:14 | 14452280647 | 782 | | | |
| 17705886394 | 5/3/2024 | 5:01:14 | 5/4/2024 | 15:12:39 | 17705886394 | 785 | | | |
| 13312765864 | 5/4/2024 | 15:12:39 | 5/6/2024 | 10:09:28 | 13312765864 | 787 | | | |
| 17722551152 | 5/6/2024 | 10:09:28 | 5/7/2024 | 19:20:10 | 17722551152 | 788 | | | |
| 16627629024 | 5/7/2024 | 19:20:10 | 5/8/2024 | 20:15:10 | 16627629024 | 789 | | | |
| 12288288203 | 5/11/2024 | 15:44:53 | 5/13/2024 | 14:59:35 | 12288288203 | 795 | | | |
| 17076275504 | 5/13/2024 | 14:59:35 | 5/14/2024 | 17:45:38 | 17076275504 | 796 | | | |
| 19094041321 | 5/14/2024 | 17:45:38 | 5/15/2024 | 20:56:26 | 19094041321 | 798 | | | |
| 18312663590 | 5/15/2024 | 20:56:26 | 5/17/2024 | 0:45:16 | 18312663590 | 799 | | | |
| 17787255674 | 5/17/2024 | 0:45:16 | 5/18/2024 | 13:52:42 | 17787255674 | 801 | | | |
| 16028538405 | 5/18/2024 | 13:52:42 | 5/20/2024 | 12:44:29 | 16028538405 | 805 | | | |
| 12282128428 | 5/20/2024 | 12:44:29 | 5/21/2024 | 13:20:15 | 12282128428 | 807 | | | |
| 17089197241 | 5/21/2024 | 13:20:15 | 5/22/2024 | 19:18:45 | 17089197241 | 809 | | | |
| 19127505309 | 5/22/2024 | 19:18:45 | 5/24/2024 | 13:12:51 | 19127505309 | 810 | | | |
| 16505192568 | 5/24/2024 | 13:12:51 | 5/25/2024 | 16:26:39 | 16505192568 | 812 | | | |
| 13048780268 | 5/25/2024 | 16:26:39 | 5/26/2024 | 20:36:48 | 13048780268 | 813 | | | |
| 15067150327 | 5/26/2024 | 20:36:48 | 5/28/2024 | 14:27:10 | 15067150327 | 814 | | | |
| 14808176471 | 5/28/2024 | 14:27:10 | 5/29/2024 | 16:34:49 | 14808176471 | 815 | | | |
| 13309101269 | 5/29/2024 | 16:34:49 | 5/30/2024 | 20:12:10 | 13309101269 | 817 | | | |
| 17194317660 | 5/30/2024 | 20:12:10 | 6/1/2024 | 14:54:23 | 17194317660 | 818 | | | |
| 15038322731 | 6/1/2024 | 14:54:23 | 6/2/2024 | 22:50:14 | 15038322731 | 819 | | | |
| 19036157114 | 6/2/2024 | 22:50:14 | 6/4/2024 | 12:45:37 | 19036157114 | 820 | | | |
| 12066384028 | 6/4/2024 | 12:45:37 | 6/5/2024 | 17:37:46 | 12066384028 | 821 | | | |

**Pinger Comparison Chart - Wilhite**

| From Pinger Account (PINGER_LW_000050) | | | | | From Wilhite's Samsung User.Table (LW_04036) | | From Wilhite Chat Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| Assigned Number | Start Date | Start Time | End Date | End Time | Usert.Table MDN # | User.Table ID # | From | Date Received | Bates |
| 14708037790 | 6/5/2024 | 17:37:46 | 6/6/2024 | 18:14:13 | 14708037790 | 822 | | | |
| 12254621986 | 6/6/2024 | 18:14:13 | 6/7/2024 | 20:15:37 | 12254621986 | 823 | | | |
| 17608528549 | 6/7/2024 | 20:15:37 | 6/9/2024 | 16:08:23 | 17608528549 | 825 | | | |
| 15099188816 | 6/9/2024 | 16:08:23 | 6/10/2024 | 23:50:53 | 15099188816 | 826 | | | |
| 17722550255 | 6/10/2024 | 23:50:53 | 6/12/2024 | 14:02:56 | 17722550255 | 828 | | | |
| 12702571498 | 6/12/2024 | 14:02:56 | 6/13/2024 | 14:16:07 | 12702571498 | 829 | | | |
| 13069124903 | 6/13/2024 | 14:16:07 | 6/14/2024 | 14:31:02 | 13069124903 | 830 | | | |
| 17194028182 | 6/14/2024 | 14:31:02 | 6/15/2024 | 14:43:25 | 17194028182 | 831 | | | |
| 16609922273 | 6/15/2024 | 14:43:25 | 6/16/2024 | 14:48:41 | 16609922273 | 832 | | | |
| 12089374536 | 6/16/2024 | 14:48:41 | 6/17/2024 | 15:11:38 | 12089374536 | 833 | | | |
| 15096163732 | 6/17/2024 | 15:11:38 | 6/18/2024 | 16:19:50 | 15096163732 | 835 | | | |
| 13097707541 | 6/18/2024 | 16:19:50 | 6/19/2024 | 17:01:57 | 13097707541 | 836 | | | |
| 17705236293 | 6/19/2024 | 17:01:57 | 6/20/2024 | 22:43:30 | 17705236293 | 837 | | | |
| 15029185572 | 6/20/2024 | 22:43:30 | 6/22/2024 | 17:31:40 | 15029185572 | 838 | | | |
| 17706785808 | 6/22/2024 | 17:31:40 | 6/23/2024 | 19:45:49 | 17706785808 | 839 | | | |
| 13077768130 | 6/23/2024 | 19:45:49 | 6/24/2024 | 20:02:51 | 13077768130 | 840 | | | |
| 14582511161 | 6/24/2024 | 20:02:51 | 6/26/2024 | 12:44:36 | 14582511161 | 842 | | | |
| 17193416052 | 6/26/2024 | 12:44:36 | 6/27/2024 | 12:45:55 | 17193416052 | 843 | | | |
| 13307090977 | 6/27/2024 | 12:45:55 | 6/28/2024 | 12:54:54 | 13307090977 | 844 | | | |
| 14097969654 | 6/28/2024 | 12:54:54 | 6/30/2024 | 10:35:31 | 14097969654 | 846 | | | |
| 12405748542 | 6/30/2024 | 10:35:31 | 7/1/2024 | 12:53:49 | 12405748542 | 847 | | | |
| 15024317786 | 7/1/2024 | 12:53:49 | 7/3/2024 | 17:45:51 | 15024317786 | 848 | | | |
| 17705237442 | 7/3/2024 | 17:45:51 | 7/5/2024 | 11:24:17 | 17705237442 | 850 | | | |
| 12409348870 | 7/5/2024 | 11:24:17 | 7/6/2024 | 11:36:37 | 12409348870 | 851 | | | |
| 18147704879 | 7/8/2024 | 12:49:38 | 7/9/2024 | 16:16:27 | 18147704879 | 854 | | | |
| 12254223240 | 7/9/2024 | 16:16:27 | 7/11/2024 | 2:31:27 | 12254223240 | 855 | | | |
| 16609923904 | 7/11/2024 | 2:31:27 | 7/13/2024 | 14:53:30 | 16609923904 | 856 | | | |
| 16204162127 | 7/13/2024 | 14:53:30 | 7/15/2024 | 12:45:00 | 16204162127 | 858 | | | |
| 13322636346 | 7/15/2024 | 12:45:00 | 7/17/2024 | 12:54:13 | 13322636346 | 859 | | | |
| 12267745617 | 7/17/2024 | 12:54:13 | 7/19/2024 | 12:50:59 | 12267745617 | 860 | | | |
| 16509553867 | 7/19/2024 | 12:50:59 | 7/21/2024 | 16:25:58 | 16509553867 | 861 | | | |
| 18084618780 | 7/21/2024 | 16:25:58 | 7/23/2024 | 13:13:34 | 18084618780 | 862 | | | |

**Pinger Comparison Chart - Wilhite**

| From Pinger Account (PINGER_LW_000050) | | | | | From Wilhite's Samsung User.Table (LW_04036) | | From Wilhite Chat Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| Assigned Number | Start Date | Start Time | End Date | End Time | Usert.Table MDN # | User.Table ID # | From | Date Received | Bates |
| 14434263023 | 7/23/2024 | 13:13:34 | 7/25/2024 | 12:55:15 | 14434263023 | 863 | | | |
| 15095181153 | 7/25/2024 | 12:55:15 | 7/26/2024 | 13:31:55 | 15095181153 | 864 | | | |
| 17745937366 | 7/26/2024 | 13:31:55 | 7/28/2024 | 14:59:09 | 17745937366 | 865 | | | |
| 17792353418 | 7/28/2024 | 14:59:09 | 8/14/2024 | 0:37:25 | 17792353418 | 867 | | | |
| 13322883796 | 8/14/2024 | 0:37:25 | 8/17/2024 | 20:48:15 | 13322883796 | 868 | | | |
| 17722550064 | 8/17/2024 | 20:48:15 | 8/19/2024 | 13:03:56 | 17722550064 | 869 | | | |
| 14407413460 | 8/19/2024 | 13:03:56 | 8/20/2024 | 14:29:40 | 14407413460 | 870 | | | |
| 12206991481 | 8/20/2024 | 14:29:40 | 8/21/2024 | 14:41:28 | 12206991481 | 871 | | | |
| 19099989957 | 8/21/2024 | 14:41:28 | 8/22/2024 | 22:07:55 | 19099989957 | 872 | | | |
| 12243958520 | 8/22/2024 | 22:07:55 | 8/26/2024 | 18:25:57 | 12243958520 | 874 | | | |
| 13343739103 | 8/26/2024 | 18:25:57 | 8/27/2024 | 18:59:52 | 13343739103 | 875 | | | |
| 12266056145 | 8/27/2024 | 18:59:52 | 8/29/2024 | 15:20:28 | 12266056145 | 876 | | | |
| 19099684883 | 8/29/2024 | 15:20:29 | 8/30/2024 | 19:19:12 | 19099684883 | 877 | | | |
| 16628790165 | 8/30/2024 | 19:19:12 | 9/1/2024 | 2:48:03 | 16628790165 | 878 | | | |
| 16139172033 | 9/1/2024 | 2:48:03 | 9/5/2024 | 18:44:01 | 16139172033 | 879 | | | |
| 12244967005 | 9/5/2024 | 18:44:01 | 9/6/2024 | 19:59:42 | 12244967005 | 880 | | | |
| 13349400814 | 9/6/2024 | 19:59:43 | 9/9/2024 | 15:40:18 | 13349400814 | 881 | | | |
| 16282819253 | 9/9/2024 | 15:40:18 | 9/10/2024 | 17:05:41 | 16282819253 | 882 | | | |
| 14244832071 | 9/10/2024 | 17:05:41 | 9/12/2024 | 13:00:14 | 14244832071 | 883 | | | |
| 17787156331 | 9/12/2024 | 13:00:14 | 9/14/2024 | 20:44:11 | 17787156331 | 896 | | | |
| 16604647598 | 9/14/2024 | 20:44:11 | 9/18/2024 | 15:48:13 | 16604647598 | 897 | | | |
| 15123254524 | 9/18/2024 | 15:48:13 | 9/19/2024 | 18:43:09 | 15123254524 | 899 | | | |
| 14248501112 | 9/19/2024 | 18:43:09 | 9/21/2024 | 16:21:04 | 14248501112 | 900 | | | |
| 17705234351 | 9/21/2024 | 16:21:04 | 9/22/2024 | 20:10:29 | 17705234351 | 902 | | | |
| 12244454296 | 9/22/2024 | 20:10:29 | 9/23/2024 | 21:27:23 | 12244454296 | 903 | | | |
| 13093276751 | 9/23/2024 | 21:27:23 | 9/24/2024 | 23:30:43 | 13093276751 | 904 | | | |
| 17743497409 | 9/24/2024 | 23:30:43 | 9/26/2024 | 17:05:58 | 17743497409 | 907 | | | |
| 16622710438 | 9/26/2024 | 17:05:58 | 9/27/2024 | 17:20:12 | 16622710438 | 909 | | | |
| 13392324366 | 9/27/2024 | 17:20:12 | 9/29/2024 | 16:22:33 | 13392324366 | 910 | | | |
| 12255479712 | 9/29/2024 | 16:22:33 | 9/30/2024 | 17:28:09 | 12255479712 | 911 | | | |
| 17722551633 | 9/30/2024 | 17:28:09 | 10/1/2024 | 20:23:02 | 17722551633 | 912 | | | |
| 15014527717 | 10/2/2024 | 21:15:49 | 10/4/2024 | 16:43:53 | 15014527717 | 914 | | | |

**Pinger Comparison Chart - Wilhite**

| From Pinger Account (PINGER_LW_000050) | | | | | From Wilhite's Samsung User.Table (LW_04036) | | From Wilhite Chat Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| Assigned Number | Start Date | Start Time | End Date | End Time | Usert.Table MDN # | User.Table ID # | From | Date Received | Bates |
| 16604242556 | 10/4/2024 | 16:43:55 | 10/9/2024 | 12:13:35 | 16604242556 | 916 | | | |
| 17144779634 | 10/11/2024 | 15:09:26 | 10/13/2024 | 18:24:13 | 17144779634 | 922 | | | |
| 13378323794 | 10/13/2024 | 18:24:13 | 10/15/2024 | 15:33:57 | 13378323794 | 923 | | | |
| 14302761589 | 10/15/2024 | 15:33:57 | 10/18/2024 | 12:15:34 | 14302761589 | 924 | | | |
| 12603903960 | 10/18/2024 | 12:15:34 | 10/19/2024 | 17:51:07 | 12603903960 | 928 | | | |
| 16627270235 | 10/19/2024 | 17:51:07 | 10/20/2024 | 21:05:07 | 16627270235 | 930 | | | |
| 17722551608 | 10/20/2024 | 21:05:07 | 10/22/2024 | 1:00:39 | 17722551608 | 932 | | | |
| 12282128934 | 10/22/2024 | 1:00:39 | 10/23/2024 | 12:03:49 | 12282128934 | 934 | | | |
| 15598073535 | 10/23/2024 | 12:03:49 | 10/24/2024 | 12:51:55 | 15598073535 | 936 | | | |
| 17137697601 | 10/25/2024 | 12:59:25 | 10/26/2024 | 19:12:39 | 17137697601 | 937 | | | |
| 13323788892 | 10/26/2024 | 19:12:39 | 10/27/2024 | 21:30:16 | 13323788892 | 938 | | | |
| 16627629238 | 10/27/2024 | 21:30:16 | 10/28/2024 | 23:44:09 | 16627629238 | 939 | | | |
| 15095148468 | 10/28/2024 | 23:44:09 | 10/30/2024 | 12:13:48 | 15095148468 | 941 | | | |
| 13322542214 | 10/31/2024 | 12:50:37 | 11/1/2024 | 14:39:34 | 13322542214 | 943 | | | |
| 15065032451 | 11/1/2024 | 14:39:34 | 11/2/2024 | 17:42:49 | 15065032451 | 944 | | | |
| 17722627562 | 11/2/2024 | 17:42:49 | 11/3/2024 | 18:16:15 | 17722627562 | 945 | | | |
| 14066046602 | 11/3/2024 | 18:16:15 | 11/5/2024 | 13:14:38 | 14066046602 | 947 | | | |
| 12209469027 | 11/5/2024 | 13:14:38 | 11/6/2024 | 14:15:53 | 12209469027 | 949 | | | |
| 19016567342 | 11/6/2024 | 14:15:53 | 11/7/2024 | 15:38:07 | 19016567342 | 950 | | | |
| 15076501906 | 11/7/2024 | 15:38:07 | 11/8/2024 | 16:06:12 | 15076501906 | 951 | | | |
| 16096161587 | 11/10/2024 | 17:26:47 | 11/11/2024 | 18:31:20 | 16096161587 | 953 | | | |
| 15175218498 | 11/12/2024 | 19:09:17 | 11/13/2024 | 19:53:24 | 15175218498 | 954 | | | |
| 16624833553 | 11/14/2024 | 21:46:19 | 11/15/2024 | 22:14:59 | 16624833553 | 957 | | | |
| 13082524492 | 11/15/2024 | 22:14:59 | 11/17/2024 | 11:05:02 | 13082524492 | 959 | | | |
| 17088202659 | 11/17/2024 | 11:05:02 | 11/18/2024 | 11:14:21 | 17088202659 | 960 | | | |
| 14192719140 | 11/22/2024 | 19:34:26 | 11/24/2024 | 13:16:45 | 14192719140 | 961 | | | |
| 12099724452 | 11/29/2024 | 21:12:44 | 12/1/2024 | 16:08:25 | 12099724452 | 962 | | | |
| 19094041565 | 12/1/2024 | 16:08:25 | 12/2/2024 | 16:11:26 | 19094041565 | 963 | | | |
| 17146987291 | 12/26/2024 | 19:42:35 | 12/28/2024 | 1:51:53 | 17146987291 | 979 | | | |
| 15127644504 | 12/28/2024 | 1:51:53 | 12/29/2024 | 20:24:13 | 15127644504 | 980 | 1 (512) 764-4504 | 12/28/2024 | LW_012677 |
| 17043689781 | 12/29/2024 | 20:24:13 | 12/31/2024 | 5:14:22 | 17043689781 | 981 | 1 (704) 368-9781 | 12/31/2024 | LW_013193 |
| 17048819414 | 12/31/2024 | 5:14:22 | 1/2/2025 | 18:59:43 | 17048819414 | 982 | 1 (704) 881-9414 | 1/2/2025 | LW_013410 |

**Pinger Comparison Chart - Wilhite**

| From Pinger Account (PINGER_LW_000050) | | | | | From Wilhite's Samsung User.Table (LW_04036) | | From Wilhite Chat Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| Assigned Number | Start Date | Start Time | End Date | End Time | Usert.Table MDN # | User.Table ID # | From | Date Received | Bates |
| 17042599740 | 1/2/2025 | 18:59:43 | 1/3/2025 | 19:24:54 | 17042599740 | 983 | 1 (704) 259-9740 | 1/3/2025 | LW_013194 |
| 17044989201 | 1/3/2025 | 19:24:54 | 1/5/2025 | 15:23:39 | 17044989201 | 984 | 1 (704) 498-9201 | 1/4/2025 | LW_013411 |
| 17044983138 | 1/5/2025 | 15:23:39 | 1/7/2025 | 17:33:41 | 17044983138 | 986 | 1 (704) 498-3138 | 1/7/2025 | LW_013190 |
| 18282209356 | 1/7/2025 | 17:33:41 | 1/8/2025 | 19:36:13 | 18282209356 | 987 | 1 (828) 220-9356 | 1/8/2025 | LW_012675 |
| 17049254619 | 1/8/2025 | 19:36:13 | 1/9/2025 | 20:03:24 | 17049254619 | 988 | 1 (704) 925-4619 | 1/9/2025 | LW_013192 |
| 17046019576 | 1/9/2025 | 20:03:24 | 1/11/2025 | 18:21:58 | 17046019576 | 990 | 1 (704) 601-9576 | 1/10/2025 | LW_013188 |
| 17048819698 | 1/11/2025 | 18:21:58 | 1/13/2025 | 21:45:08 | 17048819698 | 991 | 1 (704) 881-9698 | 1/12/2025 | LW_013408 |
| 17439107978 | 1/13/2025 | 21:45:08 | 1/14/2025 | 23:20:45 | 17439107978 | 994 | 1 (743) 910-7978 | 1/14/2025 | LW_013206 |
| **Bottom Line for Wilhite:** | | | | | **284 Unique Matching Numbers in User Table** | | **11 Text Messages Matching User Table and Pinger Account** | | |

# EXHIBIT 91

LW_082857

**Platform:** Verizon Message+ **Timezone:** UTC-0600

LW Larry Wilhite +1 (417) 335-1460

R Reuben +1 (417) 834-0772

2025/07/26

Reuben

App is called "sms backup and restore".

Directions
To print text message threads from SMS Backup & Restore, you need to first back up your messages, then either print the conversation directly within the app or export it as a PDF and print from there.

Here's a step-by-step guide:

1. Backup your messages:
    - Open the SMS Backup & Restore app.
    - Tap "Set Up a Backup".
    - Choose what to back up (messages, call logs, etc.).
    - Select a storage location (Google Drive, Dropbox, etc.).
    - Tap "Back Up Now".
    2. Print directly from the app (if supported):
    - Go to "View Details" under the "Backed up" section.
    - Select your backup.
    - Choose the conversation you want to print.
    - Tap the three-dot menu and select "Print Conversation".
    - Choose your printer and print settings.
3. Export and print as PDF:
    - Follow steps 1 and 2 to locate the desired conversation.
    - Instead of selecting "Print Conversation", choose the option to save as a PDF.
    - Locate the PDF file on your device or in your cloud storage.
    - Open the PDF and print it using your computer's printer settings.

R 02:25:56 pm