IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

O. GENE BICKNELL, )
)
Plaintiff, )
)
v. ) No. 25-cv-00383-SH
)
RICHARD M. SILANSKAS JR., )
LARRY K. WILHITE, AND )
STEPHEN D. HEDRICK, )
)
Defendants. )

Video Deposition of Richard Silanskas, Jr.

June 16, 2026

Reporter: Jude Arndt, CSR, CCR, RPR
CSR No. 084-004847
CCR No. 1450

EXHIBIT
F

Deposition of Richard Silanskas, Jr., taken pursuant to Notice of Taking Deposition, before Jude Arndt, a Certified Shorthand Reporter and Certified Court Reporter, at Spencer Fane LLP, 2144 East Republic Road, Suite B300, Springfield, Missouri, on June 16, 2026.

APPEARANCES OF COUNSEL

On Behalf of Plaintiff:
McDermott Will & Schulte LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
202-756-8000
By: MICHAEL S. NADEL
SAGAR K. RAVI
RACHEL M. PELTZER (via Zoom)
THERESA M. BABENDREIER (via Zoom)
mnadel@mcdermottlaw.com
sravi@mcdermottlaw.com
rpeltzer@mcdermottlaw.com
tbabendreier@mcdermottlaw.com

On Behalf of Defendant Larry K. Wilhite:
Crowe & Dunlevy, P.C.
222 North Detroit Avenue, Suite 600
Tulsa, OK 74120
918-592-9800
By: DERIC J. MCCLELLAN
deric.mcclellan@crowedunlevy.com
Crowe & Dunlevy, P.C.
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102
405-235-7700
By: GALEN N. THORP (via Zoom)
galen.thorp@crowedunlevy.com

APPEARANCES OF COUNSEL
(continued)

On Behalf of Defendant Stephen Hedrick:
Liz George & Associates
8101 South Walker, Suite F
Oklahoma City, OK 73139
405-689-5502
By: JENNIFER JACKSON
contact@georgelawok.com

Also present: Shira Nash
Caroline Sherrard (via Zoom)
Caleb Arndt, videographer

And he said -- and Gene just looked at him -- I'll never forget it, and he just looked at him, leaning up, and looked right in his face, and he just said, I can do this.

And Ron said, okay. He said there is -- and that's when he first mentioned Steve Hedrick to Gene.

He suggested that if he would be up to it, or if he would be willing to it, he said your guy to put this together and work with you was my right hand man for many years, on many park projects.

And he said, Steve Hedrick.

And that was -- that was that. And they talked quite a bit more about various things.

And the very last thing -- and it was interesting, because it sort of sticks with me even now, a little blurry, but I remember it, is that at the very end of -- before we were shaking hands to leave, Ron asked Gene again about the money, because he didn't want to get involved in something that couldn't be funded.

Because they wanted -- Gene wanted Ron to be a creative force in this.

And he was insistent on this, because -- and Gene just looked at him and he went over and he just shook his hand, and he said, I got this, and I can do this.

And he said okay.

And then it was from then on, and then the next thing that happened was the introduction with Steve Hedrick.

Q. So at this meeting with you and Larry Wilhite and Gene Bicknell and Ron Logan --

A. Yes, sir.

Q. -- Ron Logan says constructing a Disney-style theme park will cost billions of dollars?

A. Potentially.

Q. Potentially, and Gene Bicknell says he can do that, not a problem?

A. Oh, not -- didn't just say he could do it; he insisted. He said I absolutely can do this, and he says, don't worry about the money.

Q. Right. Did you believe him?

A. I -- I had no reason not to. I mean, I knew a little bit, just from historically about his

BY MR. NADEL:

Q. When you recruited Steve Hedrick to work for the American Heartland project, as far as you knew other than DreamVision, he hadn't even worked for an American company for about 20 years. Correct?

MS. JACKSON: Object to form.

A. I have no knowledge of that at all.

BY MR. NADEL:

Q. Well, you recruited him to work for the American Heartland project. Right, sir?

MS. JACKSON: Object to form.

A. I -- let me -- let me -- let me answer that.

Ron Logan suggested that Steve Hedrick work on the project when we were at the meeting in Florida.

Ron Logan defined Steve's background in great detail in that meeting, to Gene, and spoke about all -- not all of them, I'm sure, but a multitude of projects that he had done with Steve, including building pavilions, creating -- he talked about in Japan something about the volcano and all of the things that Steve was overseeing that was there.

And Gene hired Steve. I didn't hire Steve.
Q. You went to Steve's house in Prescott, Arizona?
A. Yes, I did.
Q. And you recruited him to work on the American Heartland project. Correct?
A. As a follow-up to Ron Logan calling Steve and suggest -- telling him what was going on.
Q. Right.
A. I went to just give him the information of what we were doing with face-to-face.
Q. Well, you were working on the American Heartland project. Correct?
A. It had just come into fruition.
Q. Right.
A. I mean, I was not -- I mean, I was putting the people together at Gene's behest.
Q. And you actually had a title. Correct?
A. At the -- at the theater?
Q. At the theater.
A. Yeah, I did.
Q. What was the title?

A. Senior executive vice president, I believe.

Q. Okay. So you're the senior executive vice president, and Ron Logan --

A. Of the --

Q. Of the Mansion Theatre?

A. Of the Mansion Entertainment Group.

Q. Of Mansion Entertainment Group. Right.

A. Right.

Q. And Ron Logan didn't work for Mansion Entertainment Group at all. Right?

A. No, he did not.

Q. You're the one from Mansion Entertainment Group who went out to Arizona and recruited Steve Hedrick to come and work on the American Heartland project?

A. Requested Steve Hedrick to come and meet with Gene.

Q. Okay.

[Interruption by the reporter.]

BY MR. NADEL:

Q. And when you did that, you're saying you

I worked for the roller derby people for several years. Yeah, several years, doing all the post-production work.

And then I had clients.

Q. Right. So you didn't have a job as a salaried employee in the 1990s. Correct?

A. Not that I can -- no, I mean, just project to project.

Q. Or in the 2000s. Right?

A. Not -- no.

Q. Or in the 2010s. Correct?

A. No.

Q. How was your salary at the Mansion Theatre set?

A. Just discussed it with Gene, Gene and -- based upon the work I was getting ready to do, or I was doing, including the development of the PBS television special, including the full development of animation, music, all of that.

And he actually gave that number.

Q. Whose idea was it to locate the American Heartland project in Vinita, Oklahoma?

A. Gene Bicknell. In fact, originally it was going to be in Branson on that property, but Gene was having great difficulty with the State of Missouri in getting tax breaks in communication with the governor, and Gene became very, very angry. That's an understatement.

And he was -- he was trying to get a meeting with the governor, and trying to get things done.

And then one day -- and I don't remember exactly when it was, shortly after that, Gene contacted Larry and said, hey, we're building the park in Oklahoma. I bought the land.

And there was no discussion about it. It was just like, this is what we're doing.

And he continued to buy land as this was going on, and then that was when the decision was made that everything would be in Vinita.

Q. Were you involved in that decision?

A. No, sir. I was notified, but I was not involved in the decision.

Q. Did you meet with Oklahoma legislators concerning the American Heartland project?

A. Let me go back to that and answer that.
Q. When you just said, "Did I send some of these? Yes, sir, I did," I know you did.
A. Yeah. I knew --
Q. My question is how did you get them to send them?
A. Those -- sometimes -- I would find for instance just devotionals.
You know how many devotionals you get when you're involved in anything to do with -- with anything to do with church?
Q. But right now we're talking about the ones that were specific to the project and the Triune. Right?
A. Which Gene created. Gene -- I didn't create the Triune. Gene created the Triune.
Q. Well, the messages talk about the Triune. Right?
A. Yes, and I go all the way back --
Q. And you sent the messages about the Triune to Larry Wilhite and Gene Bicknell, and that's what you were referring to when you just said, did I send some

of those messages, yes, I did. Right?
A. Those -- yeah, at Gene's behest.
Q. Okay. So how did you get them in order to send them?
A. They were combinations of devotionals online.
Q. Were you writing them?
A. I couldn't -- I couldn't -- read them. I couldn't have written most of those.
Q. Were you composing them?
A. I was -- I was -- I was adding stuff to some of them.
Q. Okay.
A. So make sure they were following -- to keep Gene's head straight, where he was going, because he asked me to do it.
Q. Okay. So you were finding devotionals online, adding things to them, and then sending them to Gene Bicknell and Larry Wilhite?
A. At Gene's behest.
Q. At Gene's behest?
A. Not just at his behest, at his demand.

Q. He demanded that you keep sending these and --
A. That he keeps getting them.
Q. That he keeps getting them?
A. "I need them to keep coming."
Q. Did he know who they were coming from?
A. The way he would look at me, it was like, you're doing this for me, and I know you're doing this for me. And he never said those words to me, but he looked at me, and it was that's what he wanted.
Q. He wanted to keep receiving the Today's Word messages from you?
A. So he said -- because exactly what -- because he -- here we go.
Because exactly what he said to me was, you know, I need these words.
And I didn't know what he meant at this one point, in 2024. I did not know exactly what he meant when he said that to me.
But as money was disappearing, and he couldn't get his bills paid -- because remember -- and I go back to Mr. Bicknell's deposition, and I go back to that,

because I think it's relevant right here -- is that in that deposition, you painted his character a certain way in your questions of him.

I kept my notes. I couldn't afford to get the video. So I go by my notes, but I was there. And you painted this picture of a man in a certain way, and I'll leave it at that.

I didn't know there was another man. I didn't -- I did not know, until things started going bad, and he was looking for ways out. I didn't know.

And it was a horrible situation for me, because I shouldn't have done it. But the reality is, he demanded it, and then would threaten me.

And I didn't know whether it was against -- he would hurt me or have someone hurt my family. I didn't know that, because he would -- he would constantly make references to like The Godfather and stuff.

And I'm thinking, man, I'm Italian, and I said, you know, it scares me.

So as that went on, you got to realize that he was -- he said to me -- and this was in -- was it September 2024, or was it after -- no, it was October

2024 -- yes. After the Belcher meeting that went bad.

And he looked at me -- and I don't want to be repeating myself, but if I am, I am. And I went to his house to talk with him, to try to work things out, why is this happening? What's going on here?

And I -- I didn't understand. I even said to him, why are you turning on all of us? Why are you doing this?

And he looks at me, sitting in his chair by the door in Kansas, where it looks out the back where the pool was. And he looks at me, and he says -- and he smiled like this, he goes, "Life's a bitch. Life's a bitch."

And I got scared to death. And I got up and left.

And it was only a few days later, whatever, that he let us go, by text.

Q. So is it your testimony, sir, that you were composing the Today's Word messages --

A. Not in the beginning.

Q. Right, when they became more specific and talked about the Triune and theme park?

A. In addition, Gene sends me -- go find it, because you'll find it -- go find where Gene originated Sister Catherine.

Q. Yeah, we'll come to Sister Catherine.

A. But --

Q. I want to talk about the text messages and make sure I understand what you were saying.

Is your testimony that you composed the Today's Word messages that became more specific, and you found them from various source and added in your own language, and then you texted them to Gene Bicknell and Larry Wilhite, because Gene Bicknell demanded that he keep receiving those messages?

A. And I'm going to quote him here, because Mr. Bicknell said, yes, sir, I -- yes, I did, and out of fear.

Q. Right, you did it out of fear?

A. Major fear. Because the next thing, what he said to me in the fall of 2024, he said, "I'm using these words to avoid paying my bills."

Q. Right, but you had already been sending the text messages to Gene Bicknell that you had been

Q. At this time, sir, in August 27th, 2023, the Today's Word messages were already referring to the Triune and were already specific to the project, weren't they?
A. And the Triune which was developed by Gene.
Q. Right, but the messages were written by you, correct?
A. I don't know exactly when. I do not know.
Q. The messages that had the Triune in them were written by you. Correct?
A. Maybe some of them.
Q. Well, who else was writing about the Triune?
A. I can't answer that question. I would like to know.
Q. Do you have any ideas?
A. No, I don't.
Q. Was it Larry Wilhite?
MR. MCCLELLAN: Object to form.
A. No, I don't believe it was Larry Wilhite.
BY MR. NADEL:

A. Keep them coming.
Q. And to keep them coming, you had to create them and send them. Correct?
A. Yes, or look at one from before and just update it. They were the same message, basically. And that's what Gene wanted.
Q. If you look back at the Exhibit 301, which is in front of you, you see on August 24th, Gene says I am totally at peace, and then on August 27th, three days later, you send this message, suggesting that the Today's Word message is from God.
Why did you do that?
A. Because Gene wanted these messages, quote, from God to keep coming to him with the same message.
Q. He told you that?
A. He told me that.
Q. When?
A. Well, he told me that on multiple occasions.
Q. When was the first time?
A. Oh, this would have been back -- in the original ones that came, they weren't -- there was --

and I don't remember the exact one, but there was one that was fairly pointed. It sounded like it could be part of what was going on in his life.

But it might have -- it may have been back then, but I don't remember the exact time.

Q. He told you to keep them coming.

Did he know that you were the one composing it?

A. He just winked at me.

Q. Do you believe he knew that you were --

A. I believe -- yes, I do.

Q. Let me ask the question and get an answer.

A. I'm sorry. I'm sorry.

Q. Do you believe he knew that you were the one composing the Today's Word messages?

A. Yes, I do.

Q. Did Larry Wilhite know that you were the one composing the Today's Word messages?

A. No, he did not.

Q. Did you discuss the Today's Word messages with Larry Wilhite?

A. As they came in, yes, we would, and it was horrible. Because at times, I felt like I should be

telling Larry what's going on here.
Q. You knew that he believed that they were coming from God, correct?
A. Well, I think everyone questioned them at times.
Q. Well, he has said in sworn statements and at his deposition that he believed that the messages were coming from God.
A. And I believe that, and that's -- yes.
Q. And you knew that. Right?
A. I -- I assume, yes, I did.
Q. And you let him continue to believe that even though you were composing them?
A. Under threat from Gene.
Q. What was the threat?
A. The veiled constant threats that he would make to me about hurting me, or my -- or making -- he said quote, you will forever regret if you say anything about all of this, because -- and he said those words to me.
Q. If you say anything about all of this.
All of what?

praising God today for you both. Honored to be a part of God's vision/mission with you both, love you both," and you replied, "I love you, Larry. Hallelujah, amen. I love you both with all of my heart."

Do you see that?

A. I do.

Q. And so you knew from what Larry Wilhite was saying that he believed that he was honored to be a part of God's vision/mission, and that's because of the Today's Word messages that he believed then. Right?

A. Yes, I believe so.

Q. And you were actually the one sending that and letting him believe that the mission was from God? Is that --

A. Not originally.

Q. But at this --

A. Yes, at that point I was sending some.

Q. And you were letting Larry Wilhite believe that the American Heartland project was a mission from God, right?

A. I didn't want to. I didn't want to. But when you look at my notes and you read them, look at

specifically recall this exactly, so I can't answer that right this second.

Q. You said you read the word and you felt the same way, meaning the same way Larry did, that God was commanding you not to meet today?

A. That's what I was referring to, sure.

Q. Right, but you didn't actually feel that God was telling you not to meet today, because you knew that these messages weren't coming from God, but rather from you. Right?

A. Yeah.

MS. JACKSON: Is this a good time for a quick break?

MR. NADEL: Sure.

THE VIDEOGRAPHER: We are going off the record at 12:52 PM.

[A recess was taken.]

THE VIDEOGRAPHER: We are back on the record at 1:07 PM.

BY MR. NADEL:

Q. Sir, what's your understanding of what Gene Bicknell's purpose was in texting back to you and

to Larry Wilhite that he believed the Today's Word messages were coming from God?

A. My opinion?

Q. Yeah. I would like to understand why you think Gene was doing that.

A. He wanted to -- he wanted to build a foundation and emphasized the fact that he believed this, and that it was -- it was like -- I mean, that's basically it.

He wanted to have some kind of -- something that he believed it that, you know, that that's what he was -- that's what he was following.

Q. He wanted to have something that he believing in and was following.

Is that right?

A. He wanted to -- he wanted others to believe it.

Q. And in this case, the others would just be Larry Wilhite, right, because --

A. Yeah, I think he -- I'm not sure, but I think he shared it with other people.

Q. But on this text chain, where Gene would

comment about God sending these messages, the only other people on the chain were you and Larry Wilhite?

A. Oh, but I'm -- I know that Gene sent it to other -- those comments -- some of these comments to other people.

Q. How do you know that?

A. He told me.

Q. What did he tell you?

A. It was -- not -- I'm trying to think of a specific one, if that will help you.

I think it was either one of his friends in Kansas or his family, or something. But I do believe that he did share them outside of that string.

Q. Larry Wilhite has stated under oath that he believes that you likely drafted the Today's Word messages and sent them to him throughout the time that Larry Wilhite received those messages.

And you're saying today he is correct. Right?

A. Oh, no, I'm not saying he's correct.

I'm saying that I did not originate that Today's Word?

Q. That concept of Today's Word?

A. Or any of the earlier ones.

Q. Once they started talking about the Triune and were specific to the American Heartland project, at that point you were the one who was drafting them and sending them. Correct?

A. Yes.

Q. Larry Wilhite has also stated under oath that he believes you likely drafted the Sister Catherine messages.

Is that right?

A. Again, here we go.

The original -- Sister Catherine was created by Gene. In fact, I'm surprised I don't see an e-mail where he originally sent it to me, because they came from Gene to me.

I shared them with Larry, but they came to me, originally. And then as time went on and things got heated up, Gene wanted those messages, quote, to continue.

So I just followed that vein of what they were. Didn't change them very much. And there were -- there weren't as many of those.

And then Gene would share them, but he shared them, interestingly enough, only to me. And then I would share them with Larry.

So why would Gene do that? I don't know. But that's what he did. And those messages came from Gene to Rick.

Q. So when Larry Wilhite says he thinks you likely drafted the Sister Catherine messages, he is right about that, too?

A. But not in the beginning.

Q. In the beginning, you say they were drafted by Gene?

A. I don't know if it was him or whoever, but it came from Gene to me.

Q. Did he send them to your work account or your personal account?

A. Everything was to my work account.

Q. Did you create the Sister Catherine e-mail accounts that were sending the Sister Catherine messages?

A. Yes, I did.

Q. You used the e-mail account

ricksilanskas@gmail.com in connection with the American Heartland project. Correct?

A. Not very often. I can't remember -- no, not very often, if at all. Maybe I did, but I don't remember doing that.

Q. You used ricksilanskas@gmail.com to communicate with Larry Wilhite. Correct?

A. At times, yes.

Q. And you subsequently --

A. But mostly the Mansion account.

Q. You subsequently deleted all of your communications with Larry Wilhite from ricksilanskas@gmail.com. Correct?

A. I don't know. I know I cleaned my accounts out when I left.

Q. No, I'm talking about your personal e-mail account, ricksilanskas@gmail.com.

You deleted your e-mails with Larry Wilhite from that account. Right?

A. Possibly.

Q. And why did you do that?

A. When I was cleaning my accounts, when I

left.

Q. What do you mean?

A. Just cleaning my accounts out.

Q. When you left the Mansion Theatre, you went into your personal e-mail accounts and deleted e-mails?

A. I believe so.

Q. And then you went into your deleted folder, and you deleted the e-mails from your deleted folder. Right?

A. I don't recall.

Q. And you also deleted the e-mails from your sent mail folder. Correct?

A. I don't recall.

Q. Well, sir, you know that we were able to forensically collect your e-mails from ricksilanskas@gmail.com --

A. Yes.

Q. -- right?

A. Yes.

Q. So what is your explanation for the fact that all of your communications from that account with

Larry Wilhite and Steve Hedrick and Gene Bicknell are all gone?

A. Other than just cleaning them out and not having them.

Q. mountainfreshmusic@gmail.com is a gmail account that you created and operated. Correct?

A. Yes.

Q. Have you ever had a Pinger account?

A. Pinger? I don't know that name.

Q. What about TextFree?

A. Possibly, yes.

Q. What's your understanding of what a TextFree account is?

A. Alternate -- alternate text account.

[Exhibit 306 marked for identification.]

BY MR. NADEL:

Q. Sir, Plaintiff's Exhibit 306 is a document produced by Pinger, which is the company that operates TextFree. It's Bates-labeled Pinger 5.

This is information for a Pinger account using the address mountainfreshmusic@gmail.com?

You are mountainfreshmusic@gmail.com, correct?

A. Yes.
Q. And there is a Pinger username which is mountainfreshmusic.
What was your username. Right?
A. Yes.
Q. Why did you use the TextFree app?
A. Remember when I was doing -- it could have been all of my music promotion.
Q. You used it in connection with the Today's Word messages, didn't you?
A. I don't -- I don't know.
I mean, I -- did I use an alternate -- did I use TextFree or whatever to send some of those messages?
Q. Yes.
A. Yes, I did.
Q. Why did you do that?
A. The messages weren't coming from me.
As Gene wanted those messages out, that's why I did it.
Q. Gene told you to set up alternate phone numbers to send out the text messages?
A. He knew -- he assumed that that's what

would happen.
Q. What did he say that lets you conclude that he assumed that that's what would happen?
A. Because he knew -- I think his attitude to me was basically, "You can do this, you know how to do this, and just keep them coming."
And that was -- what other way could you do it?
Q. Well, besides him saying that you should keep the Today's Word messages coming, what did he say about you sending the Today's Word messages?
A. That he needed those messages to protect his character.
Q. Did he ever tell you that he knew you were the one who was composing them?
A. I told you that he winked, in a way that only Gene could, and it was his way -- he would do it on other occasions as well where he would just -- "You know what I'm talking about. We'll leave it there."
Q. So when you say that Gene knew you were the one who was composing the Today's Word messages, you are relying on a wink, not anything that he said verbally.

Is that right?
A. Oh, with Mr. Bicknell, a wink is about as strong a communication as you can get with his business talk.
It's pretty definitive. And I have seen him do it with other people.
Q. Wink?
A. Oh, like be in a meeting and look over at something that was going on, and give the wink of like "You know what to do."
Q. So Gene Bicknell winked at you, and you interpreted from that wink that you were meant to send the Today's Word message -- compose it, and send it from various accounts.
Is that right?
A. However. I don't know if he ever thought about the various accounts, but to keep them coming.
Q. All he said was, "Keep them coming." Right?
A. Right. Because he said -- he said, "You know damn well I don't believe any of these gospel words."

Q. Was that the same conversation?

A. No, I don't think it was exactly the same conversation, but he brought that up. He said, "You know -- but I need these words."

Q. Why did you keep sending the Today's Word messages from different phone numbers using the TextFree app?

A. I don't even know why. I don't know. I honestly don't. I don't have any idea. I could have just left it on one.

Q. You could have, but you changed it almost every day.

A. Yeah, I don't know why. Because I also used them for promotional stuff as well.

Q. What do you mean by that?

A. Promo work for the theater. PR.

[Exhibit 307 marked for identification.]

BY MR. NADEL:

Q. Sir, I'm showing you Plaintiff's Exhibit 307 which is Bates-numbered GB2213.

Second e-mail on the page is an e-mail from you to Larry Wilhite, dated December 11, 2023.

A. No.
Q. So because Gene Bicknell had been making these threats to you, that is why you deleted the Today's Word messages from your Mansion Theatre e-mail account as you were departing the Mansion Theatre?
A. Yeah.
Q. Can you draw that connection for me?
A. Fear.
Q. Fear of?
A. Fear of what he would say, or how this all would turn -- how this all would come out.
Q. So why is it that you're willing to testify about these matters today when you weren't willing to previously discuss them?
A. The very reason, because I can't take it anymore, because I'm scared of him, and I'm saying this now on the record.
I'm sitting here with all of you, and I'm doing this, but I'm letting you know, I don't trust him, and yet I'm out there on my own.
So all I know is I don't know what I have done, but I know one thing for sure, I should -- I'm being

very clear.

I should have never hurt Larry like that. I should have told him what Gene -- how Gene felt about him and what was going and just left the company. That's what I should have done, but I didn't.

Q. After you had deleted the Today's Mail messages (sic) from your own e-mail files, you went into the deleted folders and you deleted the messages from there, too.

Right, sir?

A. Yes, just to clean it out, yes, so they were gone.

Q. And your explanation for why you did that is because you were afraid of Gene Bicknell at that point?

A. Retribution.

Q. For having the Today's Word messages in your e-mail?

A. And having to reveal what I have revealed to you today.

[Exhibit 308 marked for identification.]

BY MR. NADEL:

A. Because I assumed that that's what Gene wanted.

Q. Gene wanted you to --

A. Because --

Q. Gene wanted you to forward sister -- his responses to Sister Catherine to Larry Wilhite?

A. I would assume that, because remember what I said earlier, is that on more than one occasion Gene said that he did not want Larry to know that he didn't believe the spiritual words.

He wanted him to believe that he did.

And that was very important to Gene. Very important. And so that's why I did that. I felt I could share them with him, because Gene was sending them to me.

Q. Why was it important to Gene that Larry not know that Gene didn't believe the spiritual words?

A. I don't know, other than the fact that, you know, he -- when he told me that he was using them as a buffer and also as a -- what's the word -- diversion for the -- when money was due and issues that came up, because Gene would -- he had -- I mean, I gave

Larry total authority to DocuSign, and to do -- I mean, I heard Gene tell him he had permission.

And that really made Larry nervous. He didn't want to do that. He didn't want to sign for Gene, and yet Gene assured him that it wasn't an issue, and because he wasn't there every day and couldn't deal with everything every day.

But Gene was aware of everything that was done. I know Larry specifically made him aware.

I was not in the bookkeeping department. That's not what I did. But I know that I watched Larry on multiple occasions giving Gene and sending him every invoice, everything that was being done for the park.

But I'm not sure why he -- but he did not want Larry to know that he didn't believe the words.

Q. And so that's why you forwarded Gene's responses to Sister Catherine to Larry?

A. Because they came from Gene to me.

Q. And you thought they would make it look like Gene believed that Sister Catherine was conveying the word of God, and you wanted Larry to believe that Gene believed that?

Q. And all of the Sister Catherine accounts that were used after January 16th, 2024, were created --
A. By phone.
Q. You also might have used your phone?
A. Oh, no, no. I'm sorry.
Probably still my computer.
Q. I was going to ask, sir.
All of the Sister Catherine accounts that were used after January 16th, 2024, were created by you. Correct?
A. Not the original ones. No.
Q. After --
A. But after -- after Gene -- yes.
Q. Right. And the first one we saw I think that you forwarded "FYI," you said --
A. Was January.
Q. Right. You wrote that?
A. Right.
And also, to answer a question from earlier that I thought about, you -- when I was at Gene's house that day, in Kansas, in Pittsburg at his home, it was that

lull, and I don't remember. But it was 2024.

There was a lull of just a bit of time where there were no messages -- I just didn't send them -- and that's when he took me into the dining room, or outside of the dining room, and he said, you know, "Where are my Sister Catherine messages?"

And that's when I sent more.

Q. Right. So after January 16th, 2024, all of the Sister Catherine gmail and yahoo accounts that sent messages to Gene were created by you. Right?

A. I believe so.

Q. And those were operated by you. Correct?

A. Yes.

Q. And then ultimately they were terminated by you. Right?

A. Yes.

Q. This is what's previously been marked as Plaintiff's Exhibit 14.

This is a Sister Catherine e-mail, and this one is from susanloveshorses789@gmail.com to Gene Bicknell on January 15th, 2024.

This one was also sent by you. Correct?

C E R T I F I C A T E

I, Jude Arndt, a Certified Shorthand Reporter and Certified Court Reporter, do hereby certify that RICHARD SILANSKAS, JR., prior to the commencement of the examination, was sworn by me on June 16, 2026, to testify the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a true and accurate transcript of the proceedings as taken stenographically by and before me at the time, place and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in this action.

JUDE ARNDT, CSR, CCR, RPR
CSR NO. 084-004847
CCR NO. 1450