**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| O. GENE BICKNELL,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD M. SILANSKAS, JR.,<br>LARRY K. WILHITE, and<br>STEPHEN D. HEDRICK,<br><br>Defendants. | ) | Case No.: 25-cv-00383-SH |

**DECLARATION OF STEPHEN D. HEDRICK**

I, Stephen D. Hedrick, declare as follows:

1. I am an entertainment industry consultant, specializing in theme parks and other major entertainment projects. My experience includes 20 years with the Disney Company, contributing to the company's creative development of theme parks in Orlando, Florida; Paris, France; and Tokyo, Japan. After Disney, I consulted with companies on entertainment and theme park design in the United States, China and South Africa.

2. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify to these facts under oath.

3. Throughout my involvement in the American Heartland Theme Park and Three Ponies RV Park (collectively, the "Project"), I understood the Project to be owned and under the direction of Plaintiff O. Gene Bicknell ("Bicknell"). In this declaration, I primarily address key interactions with Bicknell and information I presented to him.

4. I was contacted by my former Disney boss and mentor, Ron Logan, in late 2021 to ask if I would consider doing a theme park project in Missouri or Oklahoma. He said the



EXHIBIT G

project had the potential to become something great, and that he wanted to be involved. I was hesitant because Richard Silanskas ("Silanskas") was involved.

5. Next, Silanskas came to my home in Prescott, Arizona on December 20, 2021 to give me more details and ask me to participate. He described a movie studio and theme park project in Branson, MO. After that meeting, Silanskas continued to reach out to me to request my participation.

6. In a follow up call on April 1, 2022, and an email on April 4, 2022, Silanskas stated that Bicknell had decided to pursue development of the studio and theme park project in Oklahoma based on a comparison of Missouri and Oklahoma tax incentives. He stated that Bicknell had spoken with Oklahoma governor Kevin Stitt and had located a possible parcel of land in Oklahoma. *See* Ex. 1, GB00352082.

7. I agreed to attend an initial set of meetings at the Mansion Theatre in Branson, Missouri in late April 2022. During my visit from April 27-30, 2022, I visited the site that had been selected near Vinita, Oklahoma, met with Gene Bicknell in Branson, and conducted blue sky brainstorming sessions there. In addition to Silanskas, other participants in the meetings included Larry Wilhite ("Wilhite"), the general manager of the Mansion Theatre, and Bicknell.

8. When I first met him, Bicknell gave me a bear hug and gathered us in Wilhite's office. Bicknell kicked off the meetings by telling us he wanted an enduring legacy, something patriotic and good for America. He talked about wanting a movie studio but spent most of the time talking about how Disney had lost its way. He wanted a theme park, bigger and better. He also spoke about how he grew up poor in Oklahoma and his vision to do something great for the people there.

9. Over the course of the April meetings, Bicknell would come into our blue sky discussions occasionally to see how it was going and to offer encouragement. During these meetings, Bicknell told me wanted to move quickly to build the studio and theme park. I responded that it takes Disney 5 to 7 years to plan, design and build a theme park. He responded that he was 89 years old and wanted it all built much sooner. I told him we'd have to look into how that would be possible and I would need a relatively small budget to explore that. He agreed. I subsequently submitted a $200,000 Initial Allowance Budget which Bicknell approved.

10. The discussion concerned two profit centers—(1) film studios with sound stages and related facilities, and (2) a theme park—and an initial investment target of $1.5 billion. Before the end of my visit, I began to sketch out the required development stages, suggested the name America's Heartland Theme Park, and began to sketch rough estimates of potential expenses and profit.

11. Based on these meetings, and encouraged by Bicknell's confidence, I overcame my initial skepticism about working with Silanskas and was happy to support the development of the Project. While I initially expected to consult for only a few months, Bicknell encouraged me to stay on and to take the lead in hiring an experienced team of former Disney people.

12. I proposed an "3 Month Initial Phase" to explore interest from companies and talented individuals who are experienced in theme park and large-scale design. If these talents were not interested or available, the aggressive timeline demanded by Bicknell would be difficult. Among other things, I developed a request for proposal to solicit bids from design firms and took a trip to Los Angeles to meet with prospective vendors. The results were encouraging. The allowance approved by Bicknell for this phase was $200,000 and was completed under budget.

13. After the Initial Phase, I considered July to December 2022, to be Phase 1 of the Project. I presented the budget for Phase 1 on June 24, 2022, outlining a cost of $3,105,850 which was approved by Bicknell. With the aggressive timeline demanded by Bicknell, the process had to be streamlined as much as possible. For this phase, we were developing the concept, land planning, assessing feasibility, and onboarding design firms including the NADI Group (an RV Park design firm) and other key personnel.

14. I made numerous trips to Branson and/or Vinita throughout the rest of 2022, often to accompany architects and designers who needed to see the site. On my second trip to Branson and Vinita from June 7-11, 2022, I met with Bicknell and presented an update on our progress. He was very impressed and agreed with our timeline to open the RV park a year earlier than the theme park.

15. On June 16, 2022, I attended a meeting with Oklahoma Governor Kevin Stitt along with Bicknell, Wilhite, and McComb. Bicknell was actively involved in the discussion with the governor and his staff, and I presented an overview of the Project. After the meeting, I sent Bicknell a copy of the presentation that we presented to the governor. *See* Ex. 2, GB00012780; Ex. 3, Hedrick043072 (Mansion TP and StudiosGOV.pdf)

16. On August 3, 2022, I led a Zoom meeting which Bicknell and his son Marty Bicknell attended from the Mansion Theatre in Branson. During the meeting, I used three separate slide decks, which I emailed to Wilhite the next day. *See* Ex. 4, GB00423736; Ex. 5, Hedrick043459 (Heartland TP MB.pdf); Ex. 6, Hedrick043175 (Mansion Studios MB pres.pdf); Ex. 7, Hedrick055911 (RV Park Phase One MB.pdf). The presentations estimated the initial cost of ~~the~~ projects to be about $1.1 billion for the theme park, about $450 million for the studios, and about $20 million for the first phase of the RV park.

17. On August 7, 2022, I forwarded to Wilhite and Silanskas the first full draft feasibility study conducted by Peter Alexander. I had sent portions of the study to the team previously and described it in my August 3rd meeting with Bicknell and his son.

18. In September 2022, I had a couple of calls with Bicknell and a Zoom meeting him at which I presented an update on the Project, including the RV park plans thus far and proposed logos.

19. On September 25, 2022, I sent Wilhite and Silanskas the completed feasibility study. *See* Ex. 8, GB00119911.

20. On November 28, 2022, I sent Wilhite the two presentations I planned to use in a meeting the next day with Bicknell. *See* Ex. 9, GB00120796; Ex. 10, LW_015669 (Lazy Hawk Gene B Presentation1.pdf); Ex. 11, LW_016028 (221125 Gene B Update.pdf).

21. On November 29, 2022, I met with Bicknell in Florida in order to present the nearly completed concept phase. Wilhite, Silanskas, and McComb also attended the meeting. For my first presentation, I walked through about 100 slides illustrating the creative development of the RV park, theme park, and studios. *See* Ex. 10, LW_015669. My second presentation addressed the current status of the project, budget, and schedule, with a specific focus on what would be completed by December 2022 and what was upcoming from January-June 2023. *See* Ex. 11, LW_016028.

22. At the November 29, 2022 meeting, I specifically explained to Bicknell that the projected costs for the whole Project was currently $1.66 billion. *See* Ex. 11, LW_016028 at LW_016029. I also explained that about $2 million had been spent in 2022, and that about $72 million was needed for the first two quarters of 2023. *Id.* at LW_016041. The plan for the next phase included preparing documentation for capital funding presentations by April 2023, and I

emphasized that to stay on track, the additional capital funding was required by August 2023. *See id.* at LW_016045. I also explained that the Peter Alexander feasibility study did not address the movie studios and soundstages which would need a separate feasibility study. *See id.* at LW_016029, LW_016033. Bicknell told me to keep going forward with the Project. *See* Ex. 12, GB00172990 ("[Bicknell] didn't blink when I gave him the big number for the next phase. Waiting for the bank transfer."). The next day, Bicknell emailed me "Thank you for yesterday. Was sooo impressed!!!" Ex. 13, GB00013556.

23. On December 10, 2022, I made a follow up presentation in a Zoom meeting with Bicknell. I addressed the schedule for "Phase II," January to June 2023. *See* Ex. 14, Hedrick035265 (Gene B phase II Presentation1.pdf). I explained that this stage would transition from pretty pictures to detailed design. *See id.* at Hedrick035271-72. I also explained that we proposed to engage 1) Cuningham, a firm often used by Disney for theme park design, as the architects for a portion of the theme park, 2) FORREC as the architects for the remainder of the park and hotel, along with development of the master plan for all resort areas, and 3) local Oklahoma City architect ADG Blatt for the RV park and campgrounds. *See id.* at Hedrick035278. Finally, I explained that the cash flow required included $6 million in January, $ 8 million in February, $10 million in March, $12 million in April, and $18 million in both May and June. *See id.* at Hedrick035281.

24. On December 18, 2022, I provided the updated feasibility study to Wilhite and Silanskas, which incorporated the latest design and attraction information.

25. I considered January 2023 to May 2023, to be Phase II of the Project. As explained in my December 10, 2022 presentation, we needed to begin the design stage as soon as

possible to stay on schedule. This phase included several additional meetings with Bicknell and preparation to make requests to the State of Oklahoma for infrastructure support.

26. In March 2023, I reached out to a movie production studio consultant, Britt Penrod, Giant Entertainment and Management to evaluate the feasibility of the studio and soundstage idea. On April 10, 2023, the Film and Television Studio Development Assessment was completed and I emailed a copy to Wilhite. *See* Ex. 15, GB00113318. I pointed out that the assessment was "not so rosy for our location." *See id.* at GB00113318. The assessment concluded that "the combination of available incentives, current inventory of stage space, proposed remote location, absence of crew and lifestyle amenities at the proposed location, cost to build compared with assumed operating income, all suggest exercising caution before committing to development." *See id.* at GB00113323. After further discussion with Bicknell and Wilhite, this report led to the deferral of any studio development.

27. On May 16, 2023, I met with Bicknell at his home in Pittsburg, KS. Also present were Willhite, Silanskas, and McComb. I made a lengthy presentation to Bicknell regarding the status of the Project and next steps. *See* Ex. 16, Hedrick027484 (2023-05 Gene Presentation May 2023.pptx). I showed him an early version of the fly-through video of the theme park. *See* https://www.youtube.com/watch?v=VGUQHhfN8no. I told him, once again, that planning, design and construction of a theme park typically takes years longer than the two and a half years he was demanding. Such a tight schedule would only be possible if there was "a river of money" to move the design along quickly. He told everyone that he had the money. He said also that he had a group of rich friends who were going to invest. I asked something to the effect of, "What's your Plan B if your wealthy friends don't come through." He responded "I'm your Plan B."

28. On July 19, 2023, I participated in the public announcement of the Project with Bicknell, Wilhite, and others. *See* https://www.youtube.com/watch?v=-AUxohYY8xA.

29. On July 26, 2023, after Cuningham had sent a letter warning that they would stop work without immediate payment, I sent an email outlining three scenarios based on whether the amounts past due could be paid that week and whether the $100 million needed for the next quarter would be available. *See* Ex. 17, GB00109899. I suggested that unless Bicknell was confident about funding, the Project should be paused. *See id.* Bicknell responded "This is receiving so much press that we will have all financing within the t[i]me frame. We do have a plan and we have the necessary contacts. The $10 mil today and the first branding in place. Think positive.! Steve, please include me on all matters. We work as a trio and you are an amazing developer. We will hope not to put you in this position again." *Id.* I responded, "Thank you, Gene. It's very encouraging to know a plan is in place and we can move forward with this amazing project. I'll keep you in the loop." *Id.*

30. After Bicknell made the payments necessary to keep the architects and consultants moving forward, on July 29, 2023, I sent an email to Bicknell and Wilhite outlining the expenses to date, and an estimate of what was needed for the rest of the year. *See* Ex. 18, LW_017960. I explained that the costs from April-July were over $20 million, and that expected costs for August to December were over $118 million. *Id.* The charts in the email included a monthly breakdown of the amounts needed through the end of the year. *Id.* The same day, Bicknell responded "Steve. I'm not concerned about the funding." Ex. 19, GB00013977.

31. Based on Bicknell's assurances, I continued to move forward, assigning additional work to vendors and forwarding material to Bicknell explaining various issues, including the

need for more design work from FORREC, the need for a contract with Crossland Construction, and a proposal from The Hettema Group.

32. On August 6, 2023, I sent Bicknell and Wilhite an email explaining that outstanding invoices from architects, consultants, and vendors totaled about $6.5 million, of which about $3 million were months overdue. *See* Ex. 20, GB00014002. I also made sure to remind them that "[w]e will soon be signing the contract for construction of the RV Park, as well as contracts for the architects, sub consultants and ride vendors to complete their designs. As before, I'm still anticipating $118M through the end of the year and need $25M for the month of August." *Id.*

33. On August 11, 2023, I sent an email to Bicknell and Wilhite with the subject line "Good news and urgent needs." *See* Ex. 21, GB00000253. In the email I reiterated that "to make our 2026 opening, it's very important that we have a river of money, as shown on the cash flow chart I shared with you in May." *Id.* I noted that we were "millions behind on overdue invoices, and the word is getting out that MEG are 'slow payers,'" and that there were "dozens of contracts waiting to be signed, totaling tens of millions of dollars." *Id.* I listed the work that needed to be funded immediately, including construction of the RV park, detailed design of the theme park, ride engineering, and theme park operations experts. *Id.* I stated that "[o]ur burn rate is hot [and] will get even hotter to get American Heartland built." I concluded by asking Bicknell "Please let me know how to proceed." *Id.*

34. The same day, Bicknell responded "Working hard to get state tax exemptions Financing coming sorry to lay this on you…its timing that we didn't expect. We are not fraudulant just didn't plan on peoples schedules. Vacations illnesses family issues. Please don't

think we'll let you down. We are very positive about this. We have waited for two months for paperwork to get done." *See* Ex. 22, Hedrick006374.

35. On August 24, 2023, I understood that Bicknell would be signing pending contracts in person in Branson. I emailed Wilhite a summary of the cost of each contract for signature "so that Gene can see at a glance the dollar value of all he is signing today, along with a list of other agreements coming soon." *See* Ex. 23, GB00112744 [attach GB00112771]. I noted that the total was "[a]bout $48M today and we'll be committing to contracts valued at about $116M by the end of the month." *See id.* at GB00112744. I also noted that there was still about $15 million in "overdue invoices waiting to be paid." *See id.*

36. Bicknell texted and emailed me several times in September with reassurances that the unexpected payment delays would soon be over. *See, e.g.,* Ex. 24, Hedrick_000227 at Hedrick_000228-29.

37. On October 30, 2023, I attended the groundbreaking for the RV park and campground with Bicknell and others. *See* https://www.youtube.com/watch?v=VZQZF5Uukfk. Bicknell had pressed us to have the RV Park and Campground groundbreaking ceremony as soon as possible, stating that it would draw his wealthy friend-investors to the project.

38. By early November 2023, additional contracts and change orders began stacking up because Bicknell had not signed any since August. Some contractors asked about using DocuSign after being informed that Bicknell was in Florida and unavailable for a "wet" signature. *See* Ex. 25, GB00037217 (Nov. 6, 2023). At my request, Cumming, our contracts and procurement manager, organized the pending documents and began sending weekly reminders to Wilhite and myself about the needed signatures.

39. On November 7, 2023, I asked Bicknell by text "How confident are we that you'll not be eating your hat this week? I'm in danger of losing companies and staff members to other jobs." *See* Ex. 24, Hedrick_000227 at Hedrick_000230. He responded at length:

> Steve i'm positive that the financing is coming. It's a no brainer. But yes its tight. Honestly I think we will have a letter of intent this week but I'm also realistic. I have another company wanting in and more inquiries daily. The intensitive reaction to group so far for the group ground breaking is alive… I feel very positive of succeeding. Will know more soon and again I apologize to you personally. I've never been in a position of owing invoices before. A couple of disappointing fall outs from promises that surprised me left me in this position. I can honestly say that this will happen. If the people we owe won't let us have a. Few more days, then they will be disappointed going forward, but I don't blame them...larry and you are under pressure but I am really suffering for this debockle. Stephanie getting medical care has delayed us again. But it's happening and will not be soon enough..i have a person that could solve this quick but he is searching for details. This is an opportunity for ownership and easy to see the reward. So I'm feeling if it doesn't happen in the next few days then we'll discuss going forward. Point is this. We have land worth $5-600 million with the park building. A$45million performing Arts Center a d best sound In the world. Paid contractors a big amount up to now. About a total of 125 million. We can give liens on that to cover the interim but will know more this week...believe me I am kicking ass and taking names. Once the letter of intent is signed and funds to secure the position of intent, it will be Free sailing ahead. I Am soooo embarrassed and frustrated by those who backed out on me and left me bare and rushed to get this done. Just as Walt Disney did. ..i'm determined and I will win with my two triune brothers and a special guy named Steve Hedrick..who I respect tremendously now I've bared myself. Onward and forward. It's up to the rear in sorrow for you and Larry Gene

*Id.* at Hedrick_000230.

40. On November 16, 2023, in response to another text from me, Bicknell again reassured me "Time to get it done. The wait (patience, which i dont have) will bring future projects. People reneging didn't help. But I'm very very positive. Thanks for understanding. I don't have any doubts. You are amazing!!!" *Id.* at Hedrick_000231.

41. On December 4, 2023, I sent a follow up email to Bicknell and Wilhite, again asking for "a time soon that you, me and Larry can talk by phone? We need to put our heads together and map out a plan forward." Ex. 26, GB00014868. Bicknell responded "I feel better

today about us than I have been. I believe we're about ready to break through this struggle. Not sugar coating. Good reasons to believe. No more excuses. *Id.*

42. However, Bicknell was unable to make the payments required to keep vendors working, and by January 2024 we took steps to pause the Project, at least temporarily, and reduce staff and expenses. However, because Bicknell assured us that the Project would resume, we also continued certain work to ensure that resuming would be feasible. This included keeping the U.S. Army Corps of Engineers and Federal Emergency Management Administration ("FEMA") flood zone review going, identifying what immediate funds would be required for a Project restart, and assessing the severe impact on the schedule due to funding delays, and attending a meeting with State officials in March regarding the Project's infrastructure needs. For a time, ADG Blatt continued working on RV Park revisions as well as the TIFF consultants requirements (for a proposed special taxing district).

43. In September and early October 2024, I received several communications from Bicknell that continued his hopeful and appreciative tone. But on October 28, 2024, Bicknell texted me along with Wilhite, Silanskas, and Adams expressing anger about the amount paid to vendors and stating "Please send me justification." *See* Ex. 27, LW_006087. I responded by email, explaining again that "unlike building a hospital or other type of project, a theme park and resort requires a massive amount of master planning, comprehensive design, guests safety requirement, government coordination and interior design work." *See* Ex. 28, GB00021254. I proposed to send him a hard drive with over 1 TB of information, including thousands of architectural plans and designs. *See id.*

44. On October 29, 2024, in response to another email from Bicknell, I reminded him that I brought onboard "the most talented and experienced theme park builders" and "[i]nstead of

allowing a design / build period of 5 to 7 years, as Disney does, I pushed them to do the work in a third of that time, demanding as you desired, a 2026 opening" which "caused them to bring on more staff and to work overtime to meet our demanding schedule." Ex. 29, GB00021252.

45. On January 18, 2025, I wrote a text message to Bicknell:

> Hello Gene. I've been told that you do not intend to pay MEG's debts because you feel you've been overcharged for work on the American Heartland project. Someone needs to be honest with you. I suppose that's me.
>
> First of all, it's not true. The team that was assembled to design and build the theme park and resort are the finest in the industry. Every team member on the project was excited and inspired by your dream of an America park of a quality unlike any on this earth.
>
> They worked tirelessly to deliver your dream and to open the resort, as you desired, by the year 2026. Many went beyond the call, keeping employees working on the promise that they would be paid. As late as a month ago, you were on the phone assuring them of this. Unfortunately, their good faith and your assurances left them millions of dollars in debt.
>
> Perhaps your recent change of attitude was like hitting a wall, the realization that you could not access the monies you'd hoped for. Whatever the reason, you need to make good on your promises.
>
> Were you overcharged? Again, no. Was the project mismanaged? No. Larry worked diligently and is one of the most decent and honest people I've ever met. You reviewed and signed all the contracts.
>
> You may claim you've been wronged but no one is going to buy it. There are 55 reputable companies and consultants owed approximately $21,000,000 in total. These were managed and the contracts, the scopes of work and the payments were negotiated extremely well, to the point where MEG enjoyed quality work for a fraction of what Disney and other theme park companies would have paid.
>
> You can be proud of your incredible career. However, when many of these 55 companies file liens and court papers, the word will be out and your legacy will be at risk.
>
> If you ever again want to attract quality design and construction people for any future projects, none will come with this cloud over your head.
>
> I appeal to your better angels. Find a way to clear up this mess. May God bless you.

*See* Ex. 24, Hedrick_000227 at Hedrick_000232-233. I received no response from Bicknell. I stand by that summary of the work done and coordinated by the team I led.

* * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: Prescott, Arizona
October 7, 2026

Steve Hedrick

# EXHIBIT 1

April 4, 2022 Email from Richard Silanskas to Stephen Hedrick

GB00352082-GB00352083

Message

**From**: Rick Silanskas [rsilanskas@themansiontheatre.com]
**Sent**: 4/4/2022 10:40:02 AM
**To**: stevehedrick99@icloud.com
**Subject**: TO: Steve Hedrick FROM: Rick Silanskas RE: Summary 4-4-22

April 4, 2022

TO: Steve Hedrick
FROM: Rick Silanskas
RE: Summary

Good morning Steve. I wanted to summarize our brief call on Friday so that you are up to date regarding all relevant progress for the Mansion Studios development.

As I shared with you, the State of Missouri has yet to pass a revised tax incentive bill for film and television production. Without this incentive program, the development of our 600 acre parcel for Mansion Studios would not make business sense. The bill remains on the house floor and our lobbyists and representatives are keeping us updated.

As a result of the delay, Gene made a decision to speak directly to the Governor of Oklahoma regarding a more immediate development option based upon the lucrative Oklahoma tax incentives currently in place and expanding. The communication was successful and Gene has located a possible parcel outside of Tulsa that may prove to be perfect for our development plans.

I will be flying with Gene and Larry on Wednesday April 6, 2022 to Oklahoma for meetings regarding this specific parcel.

Based upon the results of this meeting, we will then meet with the State of Oklahoma representatives the week of April 18th to expedite the acquisition of the property and avoid any delays.

I will keep you fully updated and please know it is Gene's firm plan to move this forward accordingly.

Thanks so much Steve and I am very much looking forward to working together.

Please have a wonderful week ahead.

Sincerely,

Rick Silanskas
Senior Executive Vice President
Executive Producer
(417) 337-7850

MEG MANSION ENTERTAINMENT GROUP

TheMansionTheatre.com

# EXHIBIT 2

June 16, 2022 Email from Stephen Hedrick to O. Gene Bicknell
Transmitting Governor Presentation

GB00012780

Message

**From**: Steve Hedrick [stevehedrick99@icloud.com]
**Sent**: 6/16/2022 2:32:37 PM
**To**: Gene Bicknell [gene.bicknell@marinerwealth.com]
**Subject**: Studios and theme park presentation attached

Attachment available until Jul 16, 2022

Gene,

Things went so well today. Thank you for all you do!

Click to Download
Mansion TP and StudiosGOV.pdf
30.3 MB

Steve Hedrick
www.stevehedrick.com

# EXHIBIT 3

Mansion Theme Park and Studios Presentation to Governor Kevin Stitt
(Mansion TP and StudiosGOV.pdf)

Hedrick043072-Hedrick043116

MANSION™
STUDIOS

PROJECT

# Movie Soundstages And Theme Park

Dual Profit Centers



Wichita
Springfield
Branson
Vinita
Tulsa
CHEROKEE NATION
OKLAHOMA
Oklahoma City
Amarillo
CHOCTAW NATION
ARKANSAS
CHICKASAW NATION
Lubbock
Dallas
Fort Worth
Abilene
Map data ©2022 Google


Wichita
3 hrs
1 hr 55 mins
Springfield
Branson
Vinita
Tulsa
CHEROKEE NATION
OKLAHOMA
1 hr
Oklahoma City
2 hrs 30 mins
Amarillo
CHOCTAW NATION
CHICKASAW NATION
ARKANSAS
Lubbock
Dallas
Fort Worth
Abilene
5 hrs
Map data ©2022 Google



# 300-Mile Radius Report for Vinita city, Oklahoma

**This region includes 393 counties:** Arkansas, AR; Baxter, AR; Benton, AR; Boone, AR; Bradley, AR; Calhoun, AR; Carroll, AR; Clark, AR; Clay, AR; Cleburne, AR; Cleveland, AR; Columbia, AR; Conway, AR; Craighead, AR; Crawford, AR; Crittenden, AR... plus 377 more counties. Download County-level Detail Data

Population in 2021:

**24,429,473**

10-Year Growth:

**7.7%**




Hedrick043077




| | |
|---|---|
| Site USGS | |
| Satellite (2022.04.07) | |
| | |
| Rev. 4.0 \| 2022.06.13 | |

MEG MANSION ENTERTAINMENT GROUP


N
Phase 1
County Rd
HWY 60
SOON TO BE 4 LANES
New Traffic Control


N
BLUFF +25’
Cliff Wall
Natural Drainage
Under HWY Drainage


N
Cliff Wall
Bluff


Future
1000 Acres
RV Park Resort
Future
300 Acres
Phase 1
320 Acres
New Service Road
Studio Soundstages
Icon
TP Service
Area
Parking
Existing County Road
Theme Park
200 Acres
Main St.
Buses
Tickets
Parking Entrance
Exit
Studios Entrance



N
Phase 2 Access Road
Studio Lot
Parking Lot (5,000 Cars)
44.2 Acres
Park Centerline to Icon
2283'-2"
MEG Icon
Contour Line +750'
(Base of Bluff)
551'-11"
1601'-4"
County Road
Ticket/Turnstiles
(Under Train Station)
2231'-3"
Bridgeport Lake
(54 Acres)
Park Exit
Park Entrance
Phase 1 Site
335.7 Acres
Rev. 3.1 | 2022.06.10
MEG
MANSION
ENTERTAINMENT GROUP


Park Centerline to Icon
2283'-2"
MEG
551'-11"
1601'-4"
Ticket/Turnstiles
(Under Train Station)
2231'-3"
New Traffic Control
Bridgeport Lake
(54 Acres)
4 Lanes + Turn Lane
Park Exit
4 Lanes + Turn Lane
Park Entrance
HWY 60
Soon to be 4 Lanes
82
Phase 1 Site




Hedrick043085


MANSION STUDIOS
STAGE 27
MANSION STUDIOS

# Studios Plan View




Hedrick043087

# Preliminary
# Architectural Program
# Studio Lot - 32.5 acres

**Tower Icon**
**- 180 ft tall - possible nighttime spectacular**

**Soundstages - (2) 48,000 sq ft and (2) 36,000 sq ft - with dividing walls**
***Volume Stages, (1) 18,000 sq ft. (2) 10,000 sq ft. (1) 7,000 sq ft.**
https://www.youtube.com/watch?v=gUnxzVOs3rk
**Animation building 14,900 sq.ft.**
**Outdoor Flex Space 37,000 sq. ft. Open, Partially Covered**
**Mill Shop 31,200 sq.ft.**
**Prop Shops 10,000**
**Wardrobe 10,000**
**Recording Studio 24,000**
**Offices - production (2) @ 9600 ea. - divided spaces**
***Commissary 4500 – dbl as bunker**
**2 Screening Rooms - theater style buildings 1000 ea.**
**Post Production Area 1500**
**Outdoor Vendor Pad Area - 50,000**
**6 Bungalows 1500 sq ft ea. classic cabins - with neighborhood feel**
**Gym building 2000**

# Soundstage1 & 2




Designed to be divisible into two 23,400 Sq Ft Stages
50' Clearance to Steel
8400 Amp Three Phase Power
(36) 400 Amp Three Phase Cam-Loc Distribution Panels

Two 277/480V 1200 Amp Three Phase Panels
80 Ton House HVAC
Up to 600,000 Pounds suspended Live Load from Steel
Two 30' x 25' Elephant Doors
20 psi Fire Hose Bibs and Drains on each end

| | |
|---|---|
| Sound Stages 1 & 2 | MEG MANSION ENTERTAINMENT GROUP |
| 50,000 Sq Ft | |
| | |
| Rev. 2.1 \| 2022.06.19 | |

# Soundstage 3 & 4




| | | | |
|---|---|---|---|
| Designed to be divisible into two 16,250 Sq Ft Stages<br>40' Clearance to Steel<br>8400 Amp Three Phase Power<br>(36) 400 Amp Three Phase Cam-Loc Distribution Panels | Two 277/480V 1200 Amp Three Phase Panels<br>80 Ton House HVAC<br>Up to 600,000 Pounds suspended Live Load from Steel<br>Two 30' x 25' Elephant Doors<br>20 psi Fire Hose Bibs and Drains on each end | Sound Stages 3 & 4<br>35,300 Sq Ft<br><br>Rev. 2.1 \| 2022.06.19 | MEG MANSION ENTERTAINMENT GROUP |

# Volume Soundstage 5




| | | |
|---|---|---|
| 40' Clearance to Steel<br>8400 Amp Three Phase Power<br>(36) 400 Amp Three Phase Cam-Loc Distribution Panels<br>70' Diameter Turntable | Two 277/480V 1200 Amp Three Phase Panels<br>80 Ton House HVAC<br>Up to 600,000 Pounds suspended Live Load from Steel<br>One 21' x 25' Elephant Doors<br>20 psi Fire Hose Bibs and Drains on each end | Volume Stage 5<br>23,100 Sq Ft<br><br>Rev. 2.1 \| 2022.06.19 |

MEG MANSION ENTERTAINMENT GROUP

# Volume Soundstage 6




40' Clearance to Steel
8400 Amp Three Phase Power
(36) 400 Amp Three Phase Cam-Loc Distribution Panels

Two 277/480V 1200 Amp Three Phase Panels
80 Ton House HVAC
Up to 600,000 Pounds suspended Live Load from Steel
One 21' x 25' Elephant Doors
20 psi Fire Hose Bibs and Drains on each end

| |
|---|
| Volume Stage 6 |
| 16,000 Sq Ft |
| |
| Rev. 2.1 \| 2022.06.19 |

MEG™ MANSION ENTERTAINMENT GROUP




15' Clearance to Steel Studio's A & B
25' Clearance to Steel Live Room

-

| Recording Studio |
|---|
| 14,400 Sq Ft |
| |
| Rev. 2.1 \| 2022.05.29 |

MEG MANSION ENTERTAINMENT GROUP

# Production Offices




-

-

| Production Offices |
|---|
| 13,800 Sq Ft |
| |
| Rev. 4.0 \| 2022.06.19 |

MEG MANSION ENTERTAINMENT GROUP

# Animation Building




12' Clearance to Steel (Office Space & Outdoor Patio) -
15' Clearance to Steel (Stop Motion Studio, Screening Room and Canteen)

| | |
|---|---|
| Animation Building | MEG MANSION ENTERTAINMENT GROUP |
| 24,400 Sq Ft | |
| | |
| Rev. 3.0 \| 2022.06.20 | |

# Studios Plan View




| - | - | Studio Lot | MEG MANSION ENTERTAINMENT GROUP |
|---|---|---|---|
| | | - | |
| | | | |
| | | Rev. 4.0 \| 2022.06.2013 | |

Studios 3D




| | |
|---|---|
| Phase 1 Site | MEG MANSION ENTERTAINMENT GROUP |
| Movie Lot | |
| | |
| Rev. 3.1 - 2022.05.31 | |







ICON

# Studios 3D



Phase 1 Site

Movie Lot

Rev. 3.1 - 2022.05.31

MEG MANSION ENTERTAINMENT GROUP




| Phase 1 Site |
|---|
| 335.7 Acres |
| |
| Rev. 3.1 \| 2022.06.10 |

MEG MANSION ENTERTAINMENT GROUP

# THEME PARK

15,000 Guests Per Day

5 million visits / year

Design Day 20k Guests

The Theme of the Park is…

Not Another Movie Theme Park

We’re in America’s Heartland

MANSION STUDIOS™

PRESENTS

# AMERICA'S HEARTLAND

## THEME PARK

# NOT A CONCRETE PARK











Attractions have a folky feel












Future Theme Park Expansion
ICON
UPPER SOUNDSTAGE LOT 32.5 ACRES
SERVICE AREA
PARKING 30 ACRES
Man-made Lake
THEME PARK 200 Acres
TICKETING
ENTRY


Rides, Attractions, Restaurants, Merchandise Shops and Shows Surround the Waterways



ycling, Terrain, Directions
California Pizza Kitchen at Valencia
Valley Produce Market
Undergrounds Coffeehouse
Diva Body Art
Sun Diva Tanning
Real Life Church
Walgreens
Panera Bread
Pat's Embroidery
Bridgeport Elementary School
Newhall Ranch Rd
Bouquet Canyon Trail
McBean Pkwy
Baywood Ln
Channel Ln
Clarence Ct
Victoria Ln
Edgewater Ln
Windward Ln
Island Rd
Lakeside Rd
Bridgeport Ln
Waterside Ct
Bayside Ln
Google
Map data ©2015 Google Terms Privacy Report a problem 200 ft


UPPER
SOUNDSTAGE LOT
32.5 ACRES
ICON
SERVICE
AREA
PARKING
30 ACRES
THEME PARK
200 ACRES
Actual Scale of
Bridgeport Lake
Inverted
TICKETING
ENTRY


SERVICE AREA
Future Theme Park Expansion
Studio Lot
ICON
SERVICE AREA
Attraction
Theatre
Land
Garden Walk/Maze
Attraction
Land
PARKING 44 ACRES
Water Parade Marina
Ent. Venue
Lake
Land
Attraction
Land
Attraction
Main St.
Theatre
Theatre
Attraction
TICKETING
ENTRY
Land
Land
Train Station
Attraction


Rides, Attractions, Restaurants, Merchandise Shops and Shows Surround the Waterways

# INITIAL SCOPE

**Theme Park 200 acres**

**Theme - America's Heartland**

**Park entry - Main Street USA-like**
**Lakes and Rivers weave throughout park, attractions, F&B, retail**

**Themed Lands - also serve as backlots for film production**
**Major Attractions within each land**

**- Pioneer / Old West Town**
**- Early 20th Century Machine Age Town - Nikola Tesla, Thomas Edison, All Steam Powered**
**- Route 66 Highway / Town**
**- Harbor Street (Fishing Village)**
**- Small Town America (Mayberry - Petticoat Junction) ME TV**
**- Down on the Bayou – Stilt House Village – Bourbon Street**

**Steam Train Encircles Park**
**Sky Bucket Ride Over Park**


AMERICA'S
HEARTLAND
JAIL
ROCK SHOP
66


AMERICA'S
HEARTLAND
AMBLER
STANDARD SERVICE





MANSION STUDIOS™

# EXHIBIT 4

August 4, 2022 Email from Stephen Hedrick to Larry Wilhite
Transmitting Three Presentations

GB00423736-GB00423737

Message

**From:** Steve Hedrick [stevehedrick99@icloud.com]
**Sent:** 8/4/2022 10:34:23 AM
**To:** lwhilhite@themansiontheatre.com
**Subject:** 3 presentations

Download full resolution images
Available until Sep 3, 2022

Hi Larry,
fyi
Below are the 3 presentations I showed to Gene and Marty yesterday.

BTW, I'm having to use my old email address because the Mansion email server cannot accept large files.
Should we have Kristy look into this?
Thanks,
Steve

Click to Download
Heartland TP MB.pdf
30.1 MB

Click to Download
Mansion Studios MB pres.pdf
26.7 MB

Click to Download
RV Park Phase One.pdf
4.1 MB

Steve Hedrick
Vice President Project Development
MEG MANSION ENTERTAINMENT GROUP
(818) 929-7712
TheMansionTheatre.com
MansionEntertainmentGroup.com

Steve Hedrick
www.stevehedrick.com

# EXHIBIT 5

Heartland Theme Park Presentation (Heartland TP MB.pdf)

Hedrick043459-Hedrick043494

MANSION ™

STUDIOS


Wichita
Springfield
Branson
Vinita
Tulsa
CHEROKEE NATION
OKLAHOMA
Oklahoma City
Amarillo
CHOCTAW NATION
CHICKASAW NATION
ARKANSAS
Lubbock
Dallas
Fort Worth
Abilene
Map data ©2022 Google


Wichita
3 hrs
1 hr 55 mins
Springfield
Branson
Vinita
Tulsa
CHEROKEE NATION
OKLAHOMA
1 hr
Oklahoma City
Amarillo
2 hrs 30 mins
CHOCTAW NATION
ARKANSAS
CHICKASAW NATION
Lubbock
Dallas
Fort Worth
Abilene
5 hrs
Map data ©2022 Google



# 300-Mile Radius Report for Vinita city, Oklahoma

**This region includes 393 counties:** Arkansas, AR; Baxter, AR; Benton, AR; Boone, AR; Bradley, AR; Calhoun, AR; Carroll, AR; Clark, AR; Clay, AR; Cleburne, AR; Cleveland, AR; Columbia, AR; Conway, AR; Craighead, AR; Crawford, AR; Crittenden, AR... plus 377 more counties. Download County-level Detail Data

Population in 2021:

**24,429,473**

10-Year Growth:

**7.7%**


Vinita Lake Park
Saint Francis
Hospital Vinita
Vinita High School
Northeast Ok
Correctional Center
Vinita
Will Rogers Turnpike
Will Rogers Turnpike
Will Rogers Turnpike
Will Rogers Turnpike
Will Rogers




Site USGS

Satellite (2022.04.07)

Rev. 4.0 | 2022.06.13

MEG MANSION ENTERTAINMENT GROUP


N
BLUFF +25'
Cliff Wall
Phase 1
County Rd
Under HWY Drainage
HWY 60 SOON TO BE 4 LANES
New Traffic Control


N
Cliff Wall
Bluff
Positive Geotechnical Report







Future
1200 Acres
Future
450 Spaces
RV Resort
300 Spaces
PHASE 1 A
Phase 1
320 Acres
New Service Road
320 Acres
Studio Soundstages
Icon
Parking
TP Service
Area
Existing County Roads
Theme Park
200 Acres
Main St.
Buses
Tickets
Entrance
Exit
Studios Entrance


Scale Study Only
Phase 2 Access Road
Studio Lot
Parking Lot (5,000 Cars)
44.2 Acres
Park Centerline to Icon
2283'-2"
MEG Icon
Contour Line +750'
(Base of Bluff)
551'-11"
1601'-4"
County Road
Ticket/Turnstiles
(Under Train Station)
2231'-3"
Bridgeport Lake
(54 Acres)
Park Exit
Park Entrance
Phase 1 Site
335.7 Acres
Rev. 3.1 | 2022.06.10
MEG MANSION ENTERTAINMENT GROUP

# MANSION TEAM

Steve Hedrick – VP Project Development – 22 years Disney

Tom Turley – Park Operations Development – 35 years Disney

John Sorenson – Land Planning/Landscaping – 30 years Disney

Peter Alexander – Feasibility Study – 10 years Disney, 15 years Universal

Ronnie Rodriquez – Entertainment and Talent Booking – 38 years Disney

Andy Burden – CAD Tech Design – 10 years Disney

Tim Kirk – Concept Designer – 30 years Disney

Project Director/ Construction Project Manager – 36 years Disney

The Hettema Group (THG) Theme Park Design Firm – 40 years experience

# *A DISNEY STYLE*
# THEME PARK

In the Heartland of the Country

15,000 Guests Per Day
5 million visits / year

The Theme of the Park is…

MANSION STUDIOS™

PRESENTS

# AMERICA'S HEARTLAND

## THEME PARK


A BEAUTY PARK

Attractions have a folky feel












Future Theme Park
Expansion
60 ACRES
ICON
UPPER
SOUNDSTAGE LOT
32.5 ACRES
SERVICE
AREA
Man-made Lake
THEME PARK
200 Acres


Inspiration
Bridgeport Lake
Valencia, CA
California Pizza Kitchen at Valencia
Valley Produce Market
Panera Bread
Pat's Embroidery
Undergrounds Coffeehouse
Diva Body Art
Sun Diva Tanning
Real Life Church
Walgreens
Bridgeport Elementary School
Newhall Ranch Rd
Bouquet Canyon Trail
McBean Pkwy
Windward Ln
Edgewater Ln
Baywood Ln
Channel Ln
Clarence Ct
Victoria Ln
Island Rd
Lakeside Rd
Bridgeport Ln
Waterside Ct
Bayside Ln
Cycling, Terrain, Directions
Google
Map data ©2015 Google
Terms
Privacy
Report a problem
200 ft


Rides, Attractions, Restaurants, Merchandise Shops and Shows Surround the Waterways


Future
Theme Park Expansion
ICON
UPPER
SOUNDSTAGE LOT
32.5 ACRES
SERVICE
AREA
THEME PARK
200 ACRES
Bridgeport Lake
Inverted


SERVICE AREA
Future Theme Park Expansion
ICON
Studio Lot
SERVICE AREA
NOT TO SCALE
Attraction
Theatre
Land
Garden Walk/Maze
Attraction
Land
PARKING 44 ACRES
Water Parade Marina
Ent. Venue
Lake
Land
Attraction
Land
Attraction
Main St.
Theatre
Theatre
Attraction
TICKETING
ENTRY
Land
Land
Train Station
Attraction




Rides, Attractions, Restaurants, Merchandise Shops and Shows Surround the Waterways

INITIAL SCOPE

**Theme Park 200 acres**

**America's Heartland**

**Park entry - Main Street USA-like**
**Lakes and Rivers weave throughout park, attractions, F&B, retail**

**Themed Lands - also serve as backlots for film production**
**Major Attractions within each land**

**Prelim Land Ideas**

- **Small Town America (Mayberry - Petticoat Junction) ME TV**
- **Pioneer Town**
- **Heartland Harbor Fishing Village**
- **Early 20th Century Machine Age Town - Nikola Tesla, Thomas Edison, All Steam Powered**
- **Route 66 Highway / Town**
- **Bayou Bay – Stilt House Village – Bourbon Street**

**Steam Train Encircles Park**

**Sky Bucket Ride Over Park**


AMERICA'S
HEARTLAND
ROCK
SHOP
66


AMERICA'S
HEARTLAND
AMBLER
STANDARD SERVICE



MANSION STUDIOS™

PRESENTS

# AMERICA'S HEARTLAND

## THEME PARK

# Feasibility Study Highlights

**1. Appeal:**
America's Heartland plans a more Disney-style "family" experience with attractions based on American culture, it will attract overnight visitors, provided there is a place for them to stay.

**2. Weather and Location:**
The annual Best Places Comfort Index for Vinita is 7.3 (10=best), which means it is more comfortable than most places in Oklahoma. Vinita is a better location than most theme parks in the Midwest.

**3. The Market:**
The total Primary Resident Market is 5.3 million; the Secondary Resident Market is 9.4 million, for a total of 14.7 million person within a day's drive of the park.

**4. Visitor Income Qualification:**
There are sufficient areas of high income to justify the construction and operation of a Disney style park.

**5. Attendance Projection:**
Based on Dollywood and Silver Dollar City, the park's attendance will be a low-case of 3.1 million per year, a mid-case of 3.7 million per year and a high case of 4.2 million per year. However…

**6. Attendance Caveat:**
If America's Heartland design team can create a park that offers Disney-style entertainment, the attendance is likely to exceed the feasibility study's estimates. This phenomenon cannot be quantified, but it is a possibility.

MANSION STUDIOS™

PRESENTS

# AMERICA'S HEARTLAND

THEME PARK

# DAILY PER CAPITA SPENDING

DISCOUNTED TICKET + FOOD & MERCHANDISE
PER CAP IS A DOLLAR AMOUNT FOR EACH GUEST PER DAY

Example DOLLYWOOD FP Ticket $84 – Food $ 25 – Merch $25 = $134 Total Spending

However

- More Than Half of All Tickets Will be Discounted –
- Seasonal Discounts or Multi-Day Discounts –

Dollywood Example Single Day $84 – 3 Day Pass = $114

Therefore

Average Both Single Day and Discounted Tickets + Food and Merchandise = Per Cap

DOLLYWOOD $84 – PC = $105
SILVER DOLLAR CITY $80 – PC = $100
DISNEY WORLD MAGIC KINGDOM $109 – PC = $150 - OUTLIER

DOLLYWOOD $84 – PC = $105

SILVER DOLLAR CITY $80 – PC = $100

DISNEY WORLD MAGIC KINGDOM $109 – PC = $150

AMERICA'S HEARTLAND ASSUMPTIONS

CONSERATIVE PER CAPS AT $92 PER GUEST

ATTENDANCE REDUCED FROM 5M TO 4.5M VISITS PER YEAR

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | COMPS | | | | | | | | | | | | |
| 2 | SINGLE DAY ADMISSION | | | DOLLYWOOD $84 - PC =$105 | SILVER DOLLAR CITY $80 - PC =$100 | | DISNEYWORLD MK $109 - PC=$150 | | | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | **AMERICA'S HEARTLAND THEME PARK** | | | | | | | | | | | | |
| 5 | | Goal 15,000 quests per day and 5M visits per year | | | | | | | | | | | |
| 6 | | | | | Each | | | # of | | | | | |
| 7 | | | | | | | | | | | sales tax | | |
| 8 | PER CAP/ TICKET /FOOD /MERCH AVG. | | | | $ 92.00 | (low) | (5M yr.) | 4,500,000 | (low) | $ 414,000,000 | 8.96% | $ 37,094,400 | |
| 9 | | | | | | | | | | | | | |
| 10 | PARKING AVG/CAR | | | $ 25.00 | 3,500 | $ 87,500 | | 355 | days | 31,062,500 | | Preferred Parking $35-$40 | |
| 11 | | | | | | | | | | | | | |
| 12 | **REVENUE** | | | | | | | | | **$ 445,062,500** | | | |
| 13 | | | | | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **THEME PARK EXPENSES** | | | | E.B @28% | w/E.B. | # of emp. | | | |
| Executive Level Staff Labor / year | | | 70,000 | 19,600 | 89,600 | 500 | 44,800,000 | | |
| Skilled Labor / year | | | 45,000 | 12,600 | 57,600 | 1500 | 86,400,000 | | |
| Hourly Labor | $ 600 | /weeks x 52 | 31,200 | 8,736 | 39,936 | 3000 | 119,808,000 | | |
| | | | | | | | | | |
| Maintenance Cost | | /week | 20,000 | | | 52 | 1,040,000 | | |
| | | | | | | | | | |
| Upgrades/ Replacement Costs | | | | | | | 30,000,000 | | Allowance |
| Utilities Costs | | /month | 100,000 | | | 12 | 1,200,000 | | Assumes Solar Farm |
| | | | | | | | | | - 1MW $1M = 200 homes |
| Corporate taxes @ 4% | | | | | | | 17,802,500 | | |
| Marketing | | /year | | | | | 25,000,000 | | |
| Cost of Financing | | /year | | | | | 12,000,000 | | |
| Unforseen Item #1 | | | | | | | 6,000,000 | | |
| Unforseen Item #2 | | | | | | | 7,500,000 | | |
| | | | | | | | | | |
| **Expense Total** | | | | | | | **$ 338,050,500** | | |
| | | | | | | | | | |
| **NET PROFIT** | | | | | | | **$ 107,012,000** | | |
| | Sales Tax Exemption | | | | | | $ 37,094,400 | | |
| | | | | | | | $ 144,106,400 | | |
| | | | | | | | | | |
| **CONSTRUCTION COSTS** | | | **$ 1,100,000,000** | | **$107,012,000** | **Net per yr** | **10.28** | **Years to recoop investment** | |
| | | | $ 1,100,000,000 | | $144,106,400 | w/ tax exemption | 7.63 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| COMPS | | | | | | | | | |
| SINGLE DAY ADMISSION | DOLLYWOOD $84 - PC ≈$105 | SILVER DOLLAR CITY $80 - PC ≈$100 | | DISNEYWORLD MK $109 - PC≈$150 | | | | | |
| | | | | | | | | | |
| **AMERICA'S HEARTLAND THEME PARK** | | | | | | | | | |
| Goal 15,000 quests per day and 5M visits per year | | | | | | | | | |
| | | Each | | | # of | | | | |
| | | | | | | | | sales tax | |
| PER CAP/ TICKET /FOOD /MERCH AVG. | | $ 92.00 | (low) | (5M yr.) | 5,000,000 | (low) | $ 460,000,000 | 8.96% | $ 41,216,000 |
| | | | | | | | | | |
| PARKING AVG/CAR | $ 25.00 | 3,500 | $ 87,500 | | 355 | days | 31,062,500 | | Preferred Parking $35-$40 |
| | | | | | | | | | |
| **REVENUE** | | | | | | | **$ 491,062,500** | | |

| | | | | | |
|---|---|---|---|---|---|
| **NET PROFIT** | | | | **$ 151,172,000** | |
| Sales Tax Exemption | | | | $ 41,216,000 | |
| | | | | $ 192,388,000 | |
| | | | | | |
| **CONSTRUCTION COSTS** | **$ 1,100,000,000** | **$151,172,000** | **Net per yr** | **7.28** | **Years to recoop investment** |
| | **$ 1,100,000,000** | $192,388,000 | w/ tax exemption | 5.72 | |



# EXHIBIT 6

Mansion Studios Presentation (Mansion Studios MB pres.pdf)

Hedrick043175-Hedrick043215

TM

MANSION

STUDIOS

PROJECT

# Movie Studio Soundstages


Wichita
Springfield
Branson
Vinita
Tulsa
CHEROKEE NATION
OKLAHOMA
Oklahoma City
Amarillo
CHOCTAW NATION
CHICKASAW NATION
ARKANSAS
Lubbock
Dallas
Fort Worth
Abilene
Map data ©2022 Google


Wichita
3 hrs
1 hr 55 mins
Springfield
Branson
Vinita
Tulsa
CHEROKEE NATION
OKLAHOMA
1 hr
Oklahoma City
Amarillo
2 hrs 30 mins
CHOCTAW NATION
CHICKASAW NATION
ARKANSAS
Lubbock
Dallas
Fort Worth
Abilene
5 hrs
Map data ©2022 Google


Vinita Lake Park
Saint Francis
Hospital Vinita
Vinita High School
Northeast Ok
Correctional Center
Vinita
Will Rogers Turnpike
Will Rogers Turnpike
Will Rogers Turnpike
Will Rogers Turnpike




| | |
|---|---|
| Site USGS | |
| Satellite (2022.04.07) | |
| | |
| Rev. 4.0 \| 2022.06.13 | |

MEG MANSION ENTERTAINMENT GROUP


N
Phase 1
County Rd
HWY 60
SOON TO BE 4 LANES
New Traffic Control


N
BLUFF +25'
Cliff Wall
Natural Drainage
Under HWY
Drainage


N
Cliff Wall
Bluff



Future
1000 Acres
RV Park Resort
Future
300 Acres
Phase 1
320 Acres
New Service Road
Studio Soundstages
Icon
TP Service Area
Parking
Existing County Road
Theme Park
200 Acres
Main St.
Buses
Tickets
Parking Entrance
Exit
Studios Entrance




| | |
|---|---|
| Phase 1 Site | MEG MANSION ENTERTAINMENT GROUP |
| 335.7 Acres | |
| | |
| Rev. 3.1 \| 2022.06.10 | |


Mansion Studios Program
Studio Icon
Studio Lot
Production
Animation Building
24.4K sqft
Mix Stage
6.1K sqft
Post Production
Post Production (Option A)
22.8K sqft
Post Production (Option B)
25.8K sqft
Recording Studio
15.7K sqft
Screening Rooms
2.1K sqft
Screening Room 1
Screening Room 2
Sound Stages
Traditional
Stage 1
60K sqft
Stage 2
50K sqft
Stage 3
35.3K sqft
Stage 4
35.3K sqft
Volume Stage
Stage 5
23.1K sqft
Stage 6
18K sqft
Stage 7
5.9K sqft
Stage 8
10K sqft
Outdoor Flex Stage 9
37.5K sqft
Support
Mill Shop
34.9K sqft
Prop Shop
10K sqft
Wardrobe Shop
10K sqft
Receiving Warehouse
10K sqft
Security Gate
External Vendor Pad
62.6K sqft
Offices
Commissary
7.8K sqft
Gym / Rehearsal Studios
14.9K sqft
Production Offices
13.8K sqft
Offices 1 & 2
Offices 3 & 4
Bungalows
2K sqft
Bungalow 1
Bungalow 2
Bungalow 3
Bungalow 4
Bungalow 5
Bungalow 6

# Preliminary
# Architectural Program
# Studio Lot - 32.5 acres

**Tower Icon**
**- 180 ft tall - possible nighttime spectacular**

**Soundstages - (2) 48,000 sq ft and (2) 36,000 sq ft - with dividing walls**
**4 Volume Stages, 23,000 sq ft. - 16,000 sq ft. - 5,900 sq ft. – 3,000 sq ft**
**Animation building 24,000 sq.ft.**
**Outdoor Flex Space 37,500 sq. ft. Open, Partially Covered**
**Mill Shop 35,000**
**Prop Shops 10,000**
**Wardrobe 10,000**
**Recording Studio 15,700**
**Mix Stage 6,100**
**Offices - Production (2) @ 13,800 ea.**
**Commissary 7,800**
**2 Screening Rooms - theater style buildings 2100 ea.**
**Post Production Area 22,800**
**Outdoor Vendor Pad Area - 52,500**
**6 Bungalows 1200 sq ft ea. classic cabins - with neighborhood feel**
**Gym building 13,500**




| Studio Lot |
|---|
| Phase 1 |
| |
| Rev. 7.3 \| 2022.07.06 |

MEG MANSION ENTERTAINMENT GROUP

# Soundstage 1 & 2







| | | | |
|---|---|---|---|
| Designed to be divisible into two 23,400 Sq Ft Stages<br>50' Clearance to Steel<br>8400 Amp Three Phase Power<br>(36) 400 Amp Three Phase Cam-Loc Distribution Panels | Two 277/480V 1200 Amp Three Phase Panels<br>80 Ton House HVAC<br>Up to 600,000 Pounds suspended Live Load from Steel<br>Two 30' x 25' Elephant Doors<br>20 psi Fire Hose Bibs and Drains on each end | Sound Stages 1 & 2<br>50,000 Sq Ft<br><br>Rev. 2.2 \| 2022.06.24 | MEG MANSION ENTERTAINMENT GROUP |

# Soundstage 3 & 4







Designed to be divisible into two 16,250 Sq Ft Stages
40' Clearance to Steel
8400 Amp Three Phase Power
(36) 400 Amp Three Phase Cam-Loc Distribution Panels

Two 277/480V 1200 Amp Three Phase Panels
80 Ton House HVAC
Up to 600,000 Pounds suspended Live Load from Steel
Two 30' x 25' Elephant Doors
20 psi Fire Hose Bibs and Drains on each end

| |
|---|
| Sound Stages 3 & 4 |
| 35,300 Sq Ft |
| |
| Rev. 2.2 \| 2022.06.24 |

MEG MANSION ENTERTAINMENT GROUP







| | | |
|---|---|---|
| 40' Clearance to Steel<br>8400 Amp Three Phase Power<br>(36) 400 Amp Three Phase Cam-Loc Distribution Panels<br>70' Diameter Turntable | Two 277/480V 1200 Amp Three Phase Panels<br>80 Ton House HVAC<br>Up to 600,000 Pounds suspended Live Load from Steel<br>One 21' x 25' Elephant Doors<br>20 psi Fire Hose Bibs and Drains on each end | Volume Stage 5<br>23,100 Sq Ft<br><br>Rev. 2.2 \| 2022.06.24 |

MEG™
MANSION
ENTERTAINMENT GROUP







40' Clearance to Steel
8400 Amp Three Phase Power
(36) 400 Amp Three Phase Cam-Loc Distribution Panels

Two 277/480V 1200 Amp Three Phase Panels
80 Ton House HVAC
Up to 600,000 Pounds suspended Live Load from Steel
One 21' x 25' Elephant Doors
20 psi Fire Hose Bibs and Drains on each end

| |
|---|
| Volume Stage 6 |
| 16,000 Sq Ft |
| |
| Rev. 2.2 \| 2022.06.24 |

MEG MANSION ENTERTAINMENT GROUP




Isometric View




| | | | |
|---|---|---|---|
| 35' Clearance to Steel<br>4200 Amp Three Phase Power<br>(18) 400 Amp Three Phase Cam-Loc Distribution Panels | Two 277/480V 1200 Amp Three Phase Panels<br>40 Ton House HVAC<br>Up to 300,000 Pounds suspended Live Load from Steel<br>20 psi Fire Hose Bibs and Drains on each end | Volume Stage 7<br>5,900 Sq Ft<br><br>Rev. 2.2 \| 2022.06.24 | MEG MANSION ENTERTAINMENT GROUP |







| | | | |
|---|---|---|---|
| 30' Clearance to Steel<br>4200 Amp Three Phase Power<br>(18) 400 Amp Three Phase Cam-Loc Distribution Panels | Two 277/480V 1200 Amp Three Phase Panels<br>40 Ton House HVAC<br>Up to 300,000 Pounds suspended Live Load from Steel<br>20 psi Fire Hose Bibs and Drains on each end | Volume Stage 8<br>3,000 Sq Ft<br><br>Rev. 2.2 \| 2022.06.24 | MEG MANSION ENTERTAINMENT GROUP |







50' Clearance to Steel (Production Area
8400 Amp Three Phase Power
(36) 400 Amp Three Phase Cam-Loc Distribution Panels

Two 277/480V 1200 Amp Three Phase Panels
Up to 600,000 Pounds suspended Live Load from Steel
20 psi Fire Hose Bibs and Drains on each end

Outdoor Flex Stage 9

37,500 Sq Ft

Rev. 2.2 | 2022.06.24

MEG™ MANSION ENTERTAINMENT GROUP

# Mixing & Recording Studio A



Isometric View




12' Clearance to Steel (Studio's A & B) -
20' Clearance to Steel (Live Room)

| | |
|---|---|
| Mixing & Recording Stage A | |
| 15,700 Sq Ft | |
| | |
| Rev. 3.2 \| 2022.06.24 | |

MEG™ MANSION ENTERTAINMENT GROUP

# Animation Building



Isometric View




Ground Floor




Rooftop Patio

12' Clearance to Steel (Office Space & Outdoor Patio) -
15' Clearance to Steel (Stop Motion Studio, Screening Room and Canteen)
Rooftop Patio for Special Events

| | |
|---|---|
| Animation Building | |
| 24,400 Sq Ft | |
| | |
| Rev. 3.2 | 2022.06.24 |

MEG MANSION ENTERTAINMENT GROUP

# Production Offices x 2



Isometric View




- -

| Production Offices |
| --- |
| 13,800 Sq Ft |
| |
| Rev. 4.3 \| 2022.06.24 |

MEG MANSION ENTERTAINMENT GROUP

Hedrick043198







12' Clearance to Steel (Post Production Bays)
15' Clearance to Steel (Foley Stage and Screening Room)

14x Production Bays
- 2x Film Post Production
- 2x TV Post Production
- 4x Digital Editing Bays
- 2x Sound Editing Bays
- 4x Computer Work Spaces

Post Production Facility

22,800 Sq Ft

Rev. 3.2 | 2022.06.24

MEG MANSION ENTERTAINMENT GROUP

# Mix Stage







| | | |
|---|---|---|
| 15' Clearance to Steel (Mix Stage) | - | Mix Stage |
| | | 6,100 Sq Ft |
| | | |
| | | Rev. 3.3 \| 2022.07.06 |

MEG MANSION ENTERTAINMENT GROUP







| | | |
|---|---|---|
| 12' Clearance to Steel - | Screening Room | MEG MANSION ENTERTAINMENT GROUP |
| | 2,100 Sq Ft | |
| | | |
| | Rev. 3.2 \| 2022.06.24 | |

# Mill Shop







25' Clearance to Steel
8400 Amp Three Phase Power
Two 400 Amp Three Phase Cam-Lock Distribution Panels
Drive In Access
(12) Dock Height Loading Bays

Two 277/480V 1200 Amp Three Phase Panels
20 psi Fire House Bibs and Drains on each end
3x Offices

Mill Shop

34,900 Sq Ft

Rev. 2.3 | 2022.06.24

MEG MANSION ENTERTAINMENT GROUP

Hedrick043202

# Prop Shop



Isometric View




15' Clearance to Steel
4200 Amp Three Phase Power
One 400 Amp Three Phase Cam-Lock Distribution Panels
(2) Dock Height Loading Bays

One 277/480V 1200 Amp Three Phase Panels
20 psi Fire House Bibs and Drains on each end

| | |
|---|---|
| Prop Shop | MEG MANSION ENTERTAINMENT GROUP |
| 10,000 Sq Ft | |
| | |
| Rev. 2.3 \| 2022.06.24 | |

# Wardrobe







15' Clearance to Steel
4200 Amp Three Phase Power
One 400 Amp Three Phase Cam-Lock Distribution Panels
(2) Dock Height Loading Bays

One 277/480V 1200 Amp Three Phase Panels
20 psi Fire House Bibs and Drains on each end
Garment Rail System
Wardrobe Cleaing Equipment (TBD)

| |
|---|
| Wardrobe Shop |
| 10,000 Sq Ft |
| |
| Rev. 2.3 \| 2022.06.24 |

MEG MANSION ENTERTAINMENT GROUP







| | |
|---|---|
| - - | Commissary |
| | 7,750 Sq Ft |
| | |
| | Rev. 4.3 \| 2022.06.24 |

MEG MANSION ENTERTAINMENT GROUP



# Trailer Shed







18' Clearance to Steel
4200 Amp Three Phase Power
One 400 Amp Three Phase Cam-Lock Distribution Panels
One 277/480V 1200 Amp Three Phase Panels
20 psi Fire House Bibs and Drains on each end

| |
|---|
| Trailer Shed |
| 11,000 Sq Ft |
| |
| Rev. 2.4 \| 2022.06.27 |

MEG™ MANSION ENTERTAINMENT GROUP

# Bungalows and Gym/Rehearsal Space




Bungalow

1,950 Sq Ft

Rev. 1.4 | 2022.06.17

MEG MANSION ENTERTAINMENT GROUP




12' Clearance to Beams (Workout Areas)
15' Clearance to Beams (Lap Pools)

Gym / Rehearsal Studios

14,900 Sq Ft

Rev. 4.3 | 2022.06.24

MEG MANSION ENTERTAINMENT GROUP

# Vendor Pads







(90) External Vendor Spaces
(90) Stub-ups with Power (TBD)
20 psi Fire House Bibs and Drains on each end

| |
|---|
| External Vendor Pad |
| 52,500 Sq Ft |
| |
| Rev. 2.3 \| 2022.06.24 |

MEG MANSION ENTERTAINMENT GROUP


Mansion Studios
Production Trailer Shed
Wardrobe Shop
External Vendor Pad
Security Gate
Receiving Warehouse
External Parking Lot
Sound Stages
Bungalows
Production Trailer Shed
Prop Shop
Mill Shop
Sound Stages
Volume Stages
Outdoor Flex Stage
Production Trailer Shed
Post Production Facility
Mixing & Recording Stage A
Production Offices
Studio Icon
Screening Rooms
Animation Building
Production Offices
Commissary
Gym / Rehearsal Studios
0 100' 250' 500'
Studio Lot
Phase 1
Rev. 7.3 | 2022.07.06
MEG
MANSION
ENTERTAINMENT GROUP

# Studios 3D




| | |
|---|---|
| Studio Lot | MEG™ MANSION ENTERTAINMENT GROUP |
| Phase 1 (Isometric View) | |
| | |
| Rev. 7.2 \| 2022.07.04 | |









ICON


MANSION STUDIOS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **MANSION STUDIOS SOUNDSTAGES ROUGH REVENUE** | | | | # of weeks | | | |
| | | | | | | | |
| Soundstage #1 Rental | | $ 95,000 | / per week | 46 | $ 4,370,000 | | |
| Soundstage #2 Rental | | 95,000 | | 48 | 4,560,000 | | |
| Soundstage #3 Rental | | 72,000 | | 40 | 2,880,000 | | |
| Soundstage #4 Rental | | 72,000 | | 40 | 2,880,000 | | |
| Xr Stage #1 | 23k sq ft | 90,000 | / per day | 195 | 17,550,000 | | |
| Xr Stage #2 | 16k sq ft | 70,000 | " | 125 | 8,750,000 | | |
| Xr Stage # 3 | 6k sq ft | 40,000 | " | 135 | 5,400,000 | | |
| Xr Stage #4 | 3k sq ft | 25,000 | " | 100 | 2,500,000 | | |
| Mansion Sound Recording Studios | | 28,000 | / per week | 44 | 1,232,000 | | |
| Equipment Rental | | 55,000 | | 44 | 2,420,000 | | |
| Office Space #1 | | 17,000 | | 50 | 850,000 | | |
| Office Space #2 | | 17,000 | | 49 | 833,000 | | |
| Office Space #3 | | 17,000 | | 40 | 680,000 | | |
| Storage | | 12,000 | | 55 | 660,000 | | |
| Post Production | | 55,000 | | 36 | 1,980,000 | | |
| VFX Animation | | 72,000 | | 25 | 1,800,000 | | |
| Vendor Leasing | | 14,000 | | 100 | 1,400,000 | | |
| Mill Shop | | 55,000 | | 40 | 2,200,000 | | |
| Prop shop | | 35,000 | | 35 | 1,225,000 | | |
| Wardrobe | | 40,000 | | 30 | 1,200,000 | | |
| | | | | | | | |
| **POTENTIAL PROFIT** | | | | | **$ 65,370,000** | $ 2,614,800 | 4% tax |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MANSION STUDIOS SOUNDSTAGES Expenses** | | | | | | | | |
| | | | | E.B | w/ E.B | | | |
| Executive Level Staff Labor / year | | | 70,000 | 19,600 | 89,600 | 15 | 1,344,000 | |
| Skilled Labor / year | | | 45,000 | 12,600 | 57,600 | 75 | 4,320,000 | |
| Hourly | $ 600 | /weeks x 52 | 31,200 | 8,736 | 39,936 | 80 | 3,194,880 | |
| Upgrade/ Replacement Costs | | | | | | | $ 1,500,000 | |
| Maintenance | | /week | 12,000 | | | 52 | 624,000 | |
| Corporate Tax | | | | | | | 2,614,800 | 4% From Above |
| Mansion Sound Expense | | | | | | | 500,000 | |
| Cost of Financing | | /yr | | | | | 5,500,000 | |
| Utilities Costs | | /week | 100,000 | | | 12 | 1,200,000 | Assumes Solar Farm |
| | | | | | | | | - 1MW $1M = 200 homes |
| **Expense Total** | | | | | | | **$ 20,797,680** | |
| | | | | | | | | |
| **POTENTIAL NET PROFIT** | | | | | | | **$ 44,572,320** | |
| | | | | | | | | |
| **CONSTRUCTION COSTS** | | | **$ 450,000,000** | | **$ 44,572,320** | **Net per yr** | **10.10** | **Years to recoop investment** |


MANSION STUDIOS

# EXHIBIT 7

RV Park Phase One Presentation (RV Park Phase One MB.pdf)

Hedrick055911-Hedrick055920

# PROPOSAL

## Build 300 RV Park Spaces

## Before the Theme Park Opens

## REASONS:

Premiere RV Campsites Are Popular - Pent Up Demand Nationwide

Early Revenue Stream While Theme Park is Being Constructed

Overnight Stays Important to Theme Park Attendance




| | |
|---|---|
| Site USGS | MEG MANSION ENTERTAINMENT GROUP |
| Satellite (2022.04.07) | |
| | |
| Rev. 4.0 \| 2022.06.13 | |




| | |
|---|---|
| Site Map | MEG MANSION ENTERTAINMENT GROUP |
| 10' Topographic (USGS) | |
| | |
| Rev. 3.3 - 2022.06.02 | |




Hedrick055914

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **PRE-THEME PARK RV PARK** | | | | | | | |
| 2 | | | | | | | | |
| 3 | **Budget Assumptions:** | | | | | | | |
| 4 | Immediate construction of an RV Park | | | | | | | |
| 5 | Construction begins Spring 2023, RV Park opens to public Spring 2024 | | | | | | | |
| 6 | 300 of the proposed 750 RV spaces developed early | | | | | | | |
| 7 | Profitable Business due to Pent Up Demand, RV Spaces Nationwide Currently Overbooked | | | | | | | |
| 8 | Immediate Revenue Stream | | | | | | | |
| 9 | RV Spaces can be used for Management Housing During Construction | | | | | | | |
| 10 | Construcion Workers with RVs able to Rent Space | | | | | | | |
| 11 | Avg. Costs High End RV Space with Amminities $50K ea. (Roads, Hook Ups) | | | | | | | |
| 12 | Site Escavation / preperation per 1 acre (43,560 sq ft X $1.50 ea.) = $65,340 per acre | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |

| A | C | F | I |
|---|---|---|---|
| | # OF UNITS | Cost per | Sub |
| Acres of Site Prep | 35 | $ 65,340 | $ 2,286,900 |
| Utilities to Site | | | 350,000 |
| | | | - |
| Sewage Treatment | | | 275,000 |
| General Store | | | 250,000 |
| | | | - |
| Pool and Rest Rooms Building | | | 200,000 |
| Recreation Building | | | 200,000 |
| RV Spaces | 300 | 50,000 | 15,000,000 |
| https://www.profitableventure.com/cost-build-rv-park-scratch/ | | | - |
| Park Models Homes | 10 | 125,000 | 1,250,000 |
| | | | - |
| Eco Development and Landscaping | | | 450,000 |
| | | | - |
| Total Phase One Construction Costs | | | $ 20,261,900 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | | | | | | | | | | |
| 37 | **ANNUAL REVENUE AND OPERATING COSTS** | | | | | | | | | |
| 38 | | | | | | | | | | |
| 39 | **Assumptions:** | | | | | | | | | |
| 40 | RV Park Occupancy projected at 75% before and 95% after theme park opens | | | | | | | | | |
| 41 | Average Nightly Rate in Local Area $30 to $40 a night - Nationwide $41 to $80 | | | | | | | | | |
| 42 | | https://camperadvise.com/koa-campgrounds-prices/ | | | | | | | | |
| 43 | Mansion Nightly Rate will be $50 before and $85 after theme park opens | | | | | Note: Disney RV spaces range from $123 to $228 per night | | | | |
| 44 | | | | | | | | | | |
| 45 | **Before TP First Year** | | Nightly Rentals | | # Spaces Avg | | Daily | | 365 Days | |
| 46 | Rentals | | $ 50 | | 225 | @75% Oc. | $ 11,250 | | $ 4,106,250 | |
| 47 | | | | | | | | | | |
| 48 | | | | | | | | | | |
| 49 | **After Theme Park Opening** | | | | | | | | | |
| 50 | RV Space Rentals | | $ 85 | | 285 | @95% Oc. | 24,225 | | $ 8,842,125 | |
| 51 | General Store Net Sales | | | | | | 1,500 | | 547,500 | |
| 52 | Propane Sales | | | | | | 550 | | 200,750 | |
| 53 | **Total Revenue** | | | | | | | | $ 9,590,375 | |
| 54 | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 | Yearly Operating Costs | | | # | | Costs Ea. | | | Sub total | |
| 56 | | | | | | | | | | |
| 57 | | Employees | | 20 | | $ 51,200 | /w 28% E.B. | | $ 1,024,000 | |
| 58 | | Garbage disposal | | 12 | | 500 | | | 6,000 | |
| 59 | | Sewage Maintenance | | 12 | | 750 | | | 9,000 | |
| 60 | | Utilities (RV Spaces Metered) | | 12 | | 25,000 | | | 300,000 | |
| 61 | | Cleaning supplies | | 12 | | 350 | | | 4,200 | |
| 62 | | Propane | | 12 | | 3,500 | | | 42,000 | |
| 63 | | Gas for vehicles | | 12 | | 1,700 | | | 20,400 | |
| 64 | | Vehicle Maintenance | | 12 | | 750 | | | 9,000 | |
| 65 | | Road Repair | | 12 | | 2,000 | | | 24,000 | |
| 66 | | Live Entertainment | | 12 | | 8,000 | | | 96,000 | |
| 67 | | | | | | | | | | |
| 68 | Yearly Operating Costs | | | | | | | | $ 1,534,600 | |
| 69 | | | | | | | | | | |
| 70 | **Net Profit First Year** | | 225 Spaces @ $50 | $ 4,106,250 | Revenue | $ 1,534,600 | Exp. | | **$ 2,571,650** | |
| 71 | | | | | | | | | | |
| 72 | **Net Profit After TP Opens** | | 285 Spaces @ $85 | $ 9,590,375 | Revenue | $ 1,534,600 | Exp. | | **$ 8,055,775** | |
| 73 | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 73 | | | | | | | | | | |
| 74 | | | | | | | | | | |
| 75 | **BUILD OUT** | | | | | | | | | |
| 76 | RV Phase One and Two comprised of 750 RV Spaces | | | | | | | | | |
| 77 | **Phase Two Assumes another $20M to develop 450 more RV Spaces** | | | | | | | | | |
| 78 | | | | | | | | | | |
| 79 | RV Spaces | | $ 85 | | 712 | @ 95% Oc. | $ 60,520 | | $ 22,089,800 | |
| 80 | General Store Net Sales | | | | | | 3,500 | | 1,277,500 | |
| 81 | Propane Sales | | | | | | 2,000 | | 730,000 | |
| 82 | **750 Spaces - Total Revenue** | | | | | | | | $ 24,097,300 | |
| 83 | | | | | | | | | | |
| 84 | Operating Costs Above X 2.5: | | | | | | | | 3,836,500 | |
| 85 | | | | | | | | | | |
| 86 | **Ongoing Yearly Net Revenue RV Park** | | | | | | | | **$ 20,260,800** | |
| 87 | Note: | | | | | | | | | |
| 88 | **Total Investment of $40M recovered after 2 years of full operation** | | | | | | | | | |
| 89 | | | | | | | | | | |

# CONCUSION:

Building 300 RV Park Spaces Before the Theme Park Opens

Low Risk Due to Demand and High Profit Potential

Overnight Stays Important to Theme Park Attendance

During TP Construction RV Park Used for Managements/Construction Housing

After TP Opens – Compensates for Lack of Area Hotels



# EXHIBIT 8

September 25, 2022 Email from Stephen Hedrick to
Larry Wilhite and Richard Silanskas with Completed Feasibility Study

GB00119911-GB00120002

Message

**From**: Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**Sent**: 9/25/2022 6:03:59 AM
**To**: Larry wilhite [lwilhite@themansiontheatre.com]; Rick Silanskas [rsilanskas@themansiontheatre.com]
**Subject**: Feasibility Study
**Attachments**: Americas Heartland Final Feasibility Study--Rev 1.pdf; Untitled attachment 00051.txt; image001.png; Untitled attachment 00054.txt

Larry and Rick,

Weekend reading.
Below is the final Feasibility Study. Really good.

Steve

TFC

THEMED FUTURE CONCEPTS

# America's Heartland

# Feasibility Study

**25 September 2022**

859 Seddon Cove Way, Tampa, Fl 33602
813-505-6520

GB00119912

**This Report was prepared by Peter N. Alexander, CEO, and the Staff of Themed Future Concepts & Totally Fun Company, during June through August 2022. Please see shaded areas for Revision 1 Changes of 25 September 2022.**

# Table of Contents

## Revision 1


| | Page No. |
|---|---|
| Executive Summary…………………………………………………… | 3 |
| 1--Site & Competition…………………………………………….. | 6 |
| 2—Market and Demographics………………………………………… | 21 |
| 3—Project Description…………………………………………………… | 38 |
| 4—Attendance Analysis…………………………………………….. | 44 |
| 5--Physical Planning Data………………………………………………… | 61 |
| 6—Preliminary Financial Analysis…………………………………….. | 75 |

# EXECUTIVE SUMMARY

Major conclusions of Themed Future Concepts analysis of the proposed America's Heartland Theme Park and Resort are briefly highlighted in this section of the report. Other than specifying certain critical assumptions, no attempt is made here to describe findings or rationale in detail or to present supporting documentation, which is fully contained in the main body of the report.

- America's Heartland will appeal to a broad family market. Steve Hedrick's concept of a theme park that celebrates small town America and traditional values should attract families from around the Midwest.

- Given a well-orchestrated marketing campaign an enthusiastic public response can be expected. The site, near Interstate 44 and the town of Vinita, Oklahoma is of sufficient size to allow for the addition of post opening day attractions, ensuring continued attendance growth.

- The total **market** available to the project will approximate **5.3 million primary market residents within a 2 ½ hour drive, plus 9.4 million secondary market residents within a 4-hour drive**.

- Among key assumptions underlying attendance models for the America's Heartland are that it will be developed and maintained at high standards.

Additionally, it is assumed the facility will be aggressively promoted in the Midwest market and on national television on the ME TV network.

- Based on the foregoing assumptions, the experience of comparable attractions, and other considerations delineated in this report, the assumed **gross market capture rate** of the America's Heartland **will be 25 percent** of combined primary and secondary markets **by the third year of operation.**

- Capture rates of this magnitude translate into **a mid-case yearly attendance of 3.7 million per year guests in the third year of operation.** It should be noted that on several occasions, notably EPCOT Center at Disney and Universal Studios Florida, "Disney-level" designed theme parks have exceeded their predicted high attendance estimates by 10-20%. If America's Heartland achieves this level of design, attendance could be as much as 20% more than the high-case prediction of 4.2 million, or around 5.0 million per year.

- **Gross theme park revenue is estimated at approximately $297 million** in the third year of operation from operations of America's Heartland Theme Park. In addition, the **hotel and campground are expected to generate an additional $47 million, bringing the total gross revenue to $344 million.**

- **Operating Costs of $224 million,** including hotel and campground, are predicted for the third year of operation, providing an **operating profit of $120 million.**

- Based on a multiple of 10X EBITDA **capital expenditures of $1.3 billion** are justified.

- A long range financial forecast results in a **73% Return on Investment**. This represents a 35% EBITDA, which should be sufficient to cover debt and taxes.

- **Based on the above, the project is financially feasible in our judgment.**

# Chapter 1
# Competition & Site Evaluation

## Introduction

America's Heartland Theme Park, RV Park and Hotel will be designed to appeal to traditional Americans and their values. It will feature gardens, waterways, and a themed environment evocative of traditional America, combined with family-friendly rides, shows and dining facilities. America's Heartland will be located near Vinita, Oklahoma, close to Interstate 44 and about an hour's drive from Tulsa. Mansion Studios, a working film studio, will be adjacent the Theme Park but is not part of the entertainment offerings.

The purpose of this study is to determine the content and financial feasibility of the theme park, hotel, and RV campground.

## Theme Park Site Analysis

Location is a fundamental and critical ingredient in the success of any recreation attraction. Key location characteristics of the America's Heartland project are consequently examined in subsequent paragraphs, including accessibility, weather conditions, and the existing inventory of competitive facilities.

## Location:

America's Heartland will be located in Vinita, Oklahoma as shown in Figure 1 (below):

## Figure 1—Location v. Potential Markets & Competition




As shown in Figure 1, the proposed park is a 55-minute drive from Tulsa, a 1 hour 43-minute drive from Springfield, Missouri, and a 2 hour and 22-minute drive from Oklahoma City. (It is a general 'rule of thumb' that a 2 ½ hour drive represents the limit of a 'day trip' in the theme park industry, i.e., five hours total drive time plus seven to eight hours at the theme park, equals a 12-13-hour day, about the limit for most families.) Thus, the metropolitan areas of Tulsa, Oklahoma City, Springfield, Missouri, and Fort Smith Arkansas (and the rural areas along the transportation corridors of Interstate 44 and 49) would be considered the primary market for America's Heartland.

Most travel experts agree that a 500-mile drive, about eight hours on open highways, is the limit of a safe one-day drive. Thus, we would consider metropolitan areas beyond a

2 ½ hour drive, but less than a four-hour one-way drive, to be 'outer markets,' i.e., guests could still visit America's Heartland as a 'day trip,' although they might be less likely to do so. Two major metropolitan areas within this "outer market" area are Wichita, Kansas and Kansas City, Missouri, each about three hours away.

Visitors from outside these primary and outer markets would require an overnight stay in either Vinita or Tulsa and would be classified as tourists.

Figure 2 shows the Vinita area in some detail with the property owned by The Mansion Company highlighted in red. As can be seen, there are three adjacent properties, with Phase I's theme park slated for the southern-most 320 acres and the RV park planned for the 300-acre plot to the east.

**Figure 2—America's Heartland vs. Vinita**



Figure 3 (below) shows the natural drainage which will be utilized in the creation of man-made lakes, the cliff wall and plateau on which the movie studio will stand, and the boundaries of the project.

**Figure 3—Site Topography**




## Site Analysis

The site is located just off an Interstate Highway that connects St. Louis with Oklahoma City, on the outskirts of the rapidly growing Tulsa Metropolitan Statistical Area, whose 2020 population was over one million residents per the US Census Bureau. Provided iconic structures are built, as suggested by Mr. Hedrick, there will be ample visibility from the highway to the park.  Guests from Oklahoma City (another one million

residents) are close enough to make the drive to the park and return to their homes in the same day.

## Weather

Weather characteristics of Oklahoma will have an impact on the performance of the America's Heartland Theme Park to the extent that they influence the pattern of recreational activity and are particularly important in the context of their effect on the seasonal distribution of tourist visitation to the region. In **Table 1,** temperature and precipitation norms for the Vinita area are indicated.

**Table 1-Vinita Weather**

| | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| Average high in °F | 45 | 52 | 62 | 72 | 78 | 87 |
| Average low in °F | 24 | 29 | 38 | 46 | 56 | 65 |
| Av. precipitation in inch | 1.89 | 2.05 | 3.94 | 3.94 | 5.47 | 4.65 |

| | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| Average high in °F | 92 | 92 | 84 | 73 | 59 | 49 |
| Average low in °F | 69 | 67 | 60 | 48 | 37 | 27 |
| Av. precipitation in inch | 3.27 | 3.23 | 5.43 | 3.98 | 4.49 | 2.87 |

**In summary:** Vinita, Oklahoma gets 45 inches of rain, on average, per year. The US average is 38 inches of rain per year. Vinita averages 8 inches of snow per year. The US average is 28 inches of snow per year. On average, there are 226 sunny days per year in Vinita. The US average is 205 sunny days. Vinita gets some kind of precipitation, on average, 84 days per year. The annual Best Places Comfort Index for Vinita is 7.3 (10=best).

## Weather Analysis:

The weather in Vinita is suitable for outdoor recreation from late March through October, plus during Thanksgiving and Christmas vacations in November and December, due to the low level of snowfall. Thus, Vinita is a better location than most theme parks in the Midwest from a weather standpoint because it has less snowfall. In terms of its direct competition, Vinita's weather is very similar to competitors Frontier City in Oklahoma City and Silver Dollar City in Branson.

## Competition:

The only current competition in Tulsa is the State Fair which runs from late September through October of each year. There was an amusement park called Bell's Amusement Park which closed in 2006. It has announced plans to re-open in Broken Arrow, OK, a suburb of Tulsa about 20 minutes-drive southeast of the city. Due to its small size and scope, we would not expect the new park to be much competition.

The only park in Oklahoma that could represent competition is Frontier City in Oklahoma City. This park is operated by Six Flags and is large enough to be competitive with America's Heartland. We will therefore examine it in detail.

## Frontier City

**Frontier City** is a western-themed amusement park in Oklahoma City. It is owned by EPR and operated by Six Flags. The park originally opened in 1958. It's rides and attractions are listed in Table 1 (below):

## Table 1—Rides at Frontier City

| Roller Coasters | Opened | Manufacturer | Model | Comment |
|---|---|---|---|---|
| **Diamond Back** | 1994 | Arrow Dynamics | Launched Shuttle Loop | Relocated from Six Flags Great Adventure to in 1993. |
| **Frankie's Mine Train** | 2019 | Zamperla | Steel Junior - Single Helix | |
| **Steel Lasso** | 2008 | Chance Rides / Vekoma | Suspended Family Coaster | |
| **Silver Bullet** | 1986 | Anton Schwarzkopf | Looping Star | Relocated from Jolly Roger Amusement Park |
| **Wildcat** | 1991 | NAD | Wildcat's track has been modified several times. | Relocated from Fairyland Park (Kansas City, MO) in 1991. |
| **Thrill Rides** | | | | |
| **Brain Drain** | 2015 | Larson International | 22m Super Loop | |
| **Gunslinger** | 2016 | Zamperla | Power Surge | |
| **Soaring Eagle** | 2018 | Soaring Eagle | Zipline | |
| **Family Rides** | | | | |
| **Casino** | 2000 | Chance Rides | Trabant | |
| **Dodge 'Ems** | 1998 | Duce | Bumper Cars | |
| **Grand Carousel** | 1998 | Chance Rides | 50 ft. Grand Carrousel | A classic carousel |
| **Grand Centennial Ferris Wheel** | 1993 | Chance Rides | 90' Giant Wheel | |
| **Old' 89er Express** | | Chance Rides | C.P. Huntington | |
| **Prairie Schooner** | | Intamin | Bounty | |
| **Quick Draw** | 2008 | Sally Corporation | The Great Pistolero Roundup | Interactive dark ride revamped in 2007 |
| **Sidewinder** | | Eli Bridge Company | Scrambler | |
| **Tin Lizzy's** | | Chance Rides | Electric Cars | |
| **Tina's Tea Party** | 1997 | Zamperla | Mini Teacup | |
| **Tornado** | | Sellner Manufacturing | Tilt-A-Whirl | |
| **Winged Warrior** | 2014 | Larson International | Flying Scooter | |
| **Kids' Rides** | | | | |
| **Billy's Frog Hopper** | | | | |
| **Bubba's Honey Swings** | 1999 | Zamperla | Mini Swings | Relocated from Funtricity Entertainment Park |
| **Bucky's Whistlestop Depot** | 1996 | Zamperla | Rio Grande Train | |
| **Hootie's Tree House** | 1991 | | | |
| **Rocky's Ranger Planes** | 2001 | Zamperla | Mini Jet | |
| **Sheldon's Balloon Race** | | | | |

| | | | | |
|---|---|---|---|---|
| **Water Park Rides** | | | | |
| **Gully Washer** | 2017 | ProSlide Technology | TurboTwister custom | |
| **Mystery River Log Flume** | | Hopkins Rides | Log Flume | |
| **Renegade Rapids** | | Hopkins Rides | River Raft | |
| **Wild West Water Works** | 2012 | WhiteWater West | AquaPlay RainFortress | Five stories tall and features a 1000-gallon tipping bucket, 8 slides and a lounging deck |

As reflected in Table 1, the park offers 31 rides, seven of which have been added in the last ten years. There is one “story telling” ride, “The Great Pistolero Roundup,” a “shooting ride” by Sally Corporation.

In terms of the park experience, like a lot of regional parks, Frontier City’s landscape has become dominated by “iron rides” over time, as shown in Figure 4 & 5 (the original themed entrance and “main street”) and Figure 6 (today’s park).

**Figure 4—Frontier City Main Gate**



# Figure 5—Original Theme



# Figure 6—Present Day Frontier City



## Silver Dollar City

A second park that could be considered competition is Branson's Silver Dollar City. That park is a 3-hour 20-minute drive from Kansas City, Missouri; 3 hours and 13 minutes from Tulsa and 53 minutes from Springfield, Missouri. Tulsa and Springfield are included in America's Heartland's primary market, and Kansas City in its 'outer market,' so Silver Dollar City is worthy of study.

Silver Dollar City is owned and operated by Herschend Family Entertainment and is considered to be one of the better regional theme parks in North America. The park is an 1880s-themed experience that fits Branson's vision as a family-friendly vacation destination. Silver Dollar City's operating season runs from March until December, with the park closed for two months.

The park is divided into eleven "Districts" or lands, and includes a number of demonstrations of old-time crafts as well as recurring shows, as show in Table 2:

**Table 2—Districts, Demonstrations and Shows**

| Districts or Lands | Demonstrations | Recurring Shows |
|---|---|---|
| Park Entrance | Brown's Candy Factory | Horse Creek Band |
| Main Street | Carrie's Candles | Old-Time Story Time |
| Homestead Ridge | Duplicating Lathe | Pure Heart |
| Midtown | Hazel's Blown & Cut Glass | The Homestead Pickers |
| Valley Road | Heartland Home Furnishings | Saloon |
| The Grand Exposition | Hill creek Pottery | |
| Riverfront | Mountain Leather | |
| Rivertown | Mountain Outfitter's Knives | |
| Wilson's Farm | Sullivan's Mill | |
| Hugo's Hill Street | Valley Road Woodcarvers | |
| Fireman's Landing | Wilderness Road Blacksmith | |

The park is home to an extensive number of rides. A few of the original rides were themed, but over time, many non-themed 'iron rides' have been added. Table 3 shows the current rides at Silver Dollar City:

**Table 3—Silver Dollar City Rides**

| Coasters | Opened | Model | Comments |
|---|---|---|---|
| Fire in the Hole | 1973 | Enclosed Powered Coaster | The park's first and oldest roller coaster. Partial dark ride. |
| Thunderation | 1993 | Mine Train Coaster | Steel Mine Train Coaster |
| Wildfire | 2001 | Sitting Coaster | Based on an 1880s Ozarks tale of an inventor working on a flying machine. |
| Powder Keg | 2005 | Air Launched Coaster | Modification and extension of the park's former Buzzsaw Falls water coaster (1999). |
| Grand Exposition Coaster | 2006 | Family Gravity Coaster | The park's kid coaster. |
| Outlaw Run | 2013 | Wood/Topper Track Coaster | The world's second steepest wooden coaster and the first featuring multiple inversions. |
| Time Traveler | 2018 | Spinning Coaster | |
| **Other Rides** | **Year** | **Model** | **Comments** |
| American Plunge | 1981 | Log Flume | |
| Electro Spin | 2006 | Mega Disk'O | |
| Elephant March | 2006 | | |
| Firefall | 2015 | Double Shot | Relocated from Celebration City. |
| Fireman's Flyer | 2015 | | |
| Fire Spotter | 2015 | | |
| Fire Wagon Frenzy | 2015 | | |
| Flooded Mine | 1968 | Indoor Float-Through | |
| Silver Dollar Steam Train | 1962 | Narrow-Gauge Steam Railroad | Heritage railroad. A train robbery skit is held halfway through the 1.6-mile ride. |
| Giant Barn Swing | 2007 | Screamin' Swing | |
| Grandfather's Mansion | 1960 | Anti-Gravity House | |
| Happy Frogs | 2006 | Jump Around | |
| High-Low Silos | 2007 | | |
| Hugo and Mary's Carousel | 2006 | | |
| Ladybugs | 2006 | Jump Around | |

| | | | |
|---|---|---|---|
| Lucky's Dizzy Dogs | 2015 | | |
| Magnificent Wave Carousel | 2006 | Flying Carousel | |
| Mystic River Falls | 2020 | River Rapids | Tallest rapids drop in western hemisphere. |
| Racing Regatta | 2006 | Regatta | |
| Royal Tea Party | 2006 | Teacups | |
| Mighty Galleon | 2006 | Galleon | |
| Tom & Huck's River Blast | 2010 | River Battle | |
| Up the Ladder | 2015 | | |
| Wings of Wonder | 2006 | Jump Around | |

**Other Attractions include:**

| |
|---|
| Bridles' Cabin - An authentic log cabin with displays about pioneer life. |
| Elsie the Milk Cow – A fake cow with udders that allows guests to pull and retrieve their own "milk". |
| Half Dollar Holler – A kids' play and ride area. |
| Homestead Animal Barnyard – A petting zoo with animals such as goats, chickens, hens, and other farm animals. |
| Marvel Cave – Two tours: The Traditional Cave Tour (1 hr). The Lantern Light Tour is a 1 1/2 hr. tour. |
| Funicular railway takes visitors from the far end of the cave back to surface level. |
| McHaffie's Homestead – A real, hewn-log cabin built in 1843. |
| Oak Trail School – A 19th-century schoolhouse where guests pick a desk and learn about school in the 1800s. |
| Swinging Bridge |
| Wilderness Church – An old-time church with a view of the Ozark and Boston Mountains. Services are held on Sundays. |
| Case Traction Engine - A 1915 propane-fired steam traction engine used in a sawmill during the Harvest Festival. |

In terms of the look and feel of the park, partially because of the wooded, rolling hills of Branson, the park has maintained its themed character despite the addition of many roller coasters, as shown in Figures 7 & 8 Below:

## Figure 7—Silver Dollar City Fireman's Landing



## Figure 8—Roller Coaster @ Silver Dollar City



## Summary & Analysis

Within the state of Oklahoma, the only real competition for America's Heartland is Frontier City. Since that park is located in an urban area, and America's Heartland is in rural Vinita, the new park will need to have enough "mass of attraction" to draw Oklahoma City residents, i.e., it needs to be perceived in the guest's mind as worth the 2 ½ hour drive. We believe the design intent of America's Heartland reflects this understanding and thus will favorably compete with Frontier City. Our opinion stems, in part, from the low guest ratings received by Frontier City. The park only garners of 3.5 (out of 5) rating on Trip Advisor, with many guests complaining about broken down rides and long lines. Complaints were also frequent about high prices in exchange for poor quality, and poor service.

Silver Dollar City, on the other hand, has a rating of 4.5 on Trip Advisor, the same rating as Disney's Magic Kingdom. It represents real competition for the eastern part of America's Heartland's market and may be perceived by the guests to have a similar theme. Therefore, America's Heartland will need to "counter program" vs. Silver Dollar City to be sure the guests see the difference between the two. This is similar to what Universal Studios did in designing Universal Studios Florida to successfully compete with the Disney MGM Tour, which had already opened a few miles away in Orlando. Universal offered guests' intellectual properties and types of rides that Disney did not. With this approach, even though the two parks were of the same theme and close together, Universal thrived. If America's Heartland successfully counter programs vs.

Silver Dollar City, travelers may perceive it as adding to the "mass of attraction" of the Oklahoma-Missouri area and increase tourism to this part of the Midwest.

# Chapter 2
# Market and Demographics

An examination of the magnitude and quality of available market support is a prerequisite to a determination of attendance volume at America's Heartland. The two components of the market are the regional resident population and the nonresident tourist population, the size, and characteristics of which are analyzed in this section of the report.

## AVAILABLE RESIDENT MARKET

In the recreation industry, the standard definition of the resident market for a major theme park is a 100-mile radius of the site. This is about two hours in driving time given typical urban traffic conditions, with attendees originating beyond this limit classed as tourists (including excursionists within a day's drive and long-distance travelers usually remaining overnight or longer). Because Vinita is located in a rural area near Interstate 44, a major transportation corridor connecting to Interstate 49, another major transportation corridor, a simple 100-mile radius does not define the local market. Further, guest surveys for parks like Six Flags Over Texas have shown that the primary resident market can extend to two and a half hours drive across rural country, and a secondary market may even extend to as far as a four-hour drive, provided there is enough "mass of attraction" to draw those visitors. Accordingly, it is necessary to map

drive-times to Vinita to determine the local market. Figure 1 shows the primary resident market within a 2 ½ hour drive of Vinita, and the secondary market within a four-hour drive.

**Figure 1—Primary & Secondary Market Map**




Figure 2 (below) shows the cities and counties in the primary and secondary markets whose population we will calculate in Tables 1&2 (below) to determine the resident market size.

## Figure 2—Cities and Counties in Primary & Secondary Markets




Table 1 lists the primary market resident population in the counties indicated in Table 2 (above) in 2022 according to the World Population Review.

### Table 1—Primary Market Resident Population

| Primary Market | 2022 Population | Total |
|---|---|---|
| **Oklahoma Counties** | | |
| Adair | 22,104 | |
| Canadian | 159,946 | |
| Cherokee | 48,807 | |
| Cleveland | 292,558 | |
| Craig | 13,668 | |
| Creek | 70,898 | |

| | | |
|---|---|---|
| Delaware | 43,594 | |
| Garfield | 60,939 | |
| Grant | 4,369 | |
| Haskell | 12,600 | |
| Hughes | 13,201 | |
| Kay | 42,320 | |
| Kingfisher | 15,618 | |
| Latimer | 9,767 | |
| Le Flore | 49,133 | |
| Lincoln | 34,997 | |
| Logan | 50,300 | |
| Mayes | 40,770 | |
| McIntosh | 19,149 | |
| Muskogee | 67,016 | |
| Noble | 10,687 | |
| Nowata | 9,470 | |
| Oklahoma | 817,957 | |
| Okmulgee | 38,897 | |
| Okfuskee | 11,729 | |
| Osage | 46,489 | |
| Ottawa | 30,551 | |
| Pawnee | 16,436 | |
| Payne | 80,620 | |
| Pittsburg | 43,006 | |
| Pottawatomie | 72,829 | |
| Rogers | 94,433 | |
| Seminole | 23,472 | |
| Sequoyah | 41,521 | |
| Tulsa | 663,159 | |
| Washington | 50,735 | |
| Wagoner | 84,787 | |
| **Oklahoma Subtotal** | | **3,208,532** |
| **Kansas Counties** | | |
| Allen | 11,973 | |
| Anderson | 7,888 | |
| Bourbon | 14,510 | |
| Chautauqua | 3,088 | |
| Cherokee | 19,651 | |
| Cowley | 34,185 | |
| Crawford | 38,539 | |
| Elk | 2,668 | |
| Labette | 18,754 | |
| Greenwood | 5,895 | |

| | | |
|---|---|---|
| Linn | 9,499 | |
| Montgomery | 31,043 | |
| Neosho | 15,953 | |
| Sumner | 22,287 | |
| Wilson | 8,102 | |
| Woodson | 3,000 | |
| Kansas Subtotal | | **247,035** |
| **Missouri Counties** | | |
| Barry | 36,020 | |
| Barton | 11,646 | |
| Bates | 15,776 | |
| Cedar | 14,988 | |
| Christian | 93,328 | |
| Dade | 7,552 | |
| Dallas | 17,166 | |
| Douglas | 12,663 | |
| Greene | 299,182 | |
| Henry | 21,872 | |
| Hickory | 9,802 | |
| Jasper | 123,947 | |
| Laclede | 36,104 | |
| Lawrence | 38,628 | |
| McDonald | 22,459 | |
| Newton | 58,470 | |
| Polk | 31,954 | |
| Stone | 32,705 | |
| St. Clair | 9,421 | |
| Taney | 56,555 | |
| Vernon | 20,776 | |
| Webster | 40,831 | |
| Wright | 18,595 | |
| **Missouri Subtotal** | | **1,030,440** |
| **Arkansas Counties** | | |
| Benton | 299,766 | |
| Boone | 37,573 | |
| Carroll | 29,229 | |
| Crawford | 62,891 | |
| Franklin | 17,568 | |
| Madison | 17,218 | |
| Sebastian | 128,598 | |
| Washington | 246,915 | |
| Arkansas Subtotal | | **839,758** |
| **Primary Resident Market** | | **5,325,765** |

As noted in Table 1, the primary resident market includes the most heavily populated portions of Oklahoma (Oklahoma City and Tulsa) with about 3.3 million residents; the lightly populated rural portion of southeast Kansas (250,000); the southwest section of Missouri (Springfield) (1.0 million) and the northwest corner of Arkansas (Fayetteville, Fort Smith) with more than 800,000, producing a total **primary resident market of about 5.3 million.**

The secondary resident market is shown in Table 2 (below):

**Table 2—Secondary Resident Market**

| Secondary Market | 2022 Population | Total |
|---|---|---|
| **Oklahoma** | | |
| State Population | 4,007,179 | |
| Less Primary Market | (3,208,542) | |
| | | |
| **Secondary OK Market** | **798,637** | **798,637** |
| **Kansas Counties** | | |
| Harper | 5,220 | |
| Barber | 4,313 | |
| Sedgwick | 523,716 | |
| Kingman | 6,948 | |
| Reno | 60,999 | |
| Harvey | 35,167 | |
| Rice | 9,699 | |
| McPherson | 28,584 | |
| Saline | 53,735 | |
| Marion | 11,767 | |
| Butler | 67,145 | |
| Morris | 5,809 | |
| Chase | 2,792 | |
| Lyon | 32,880 | |
| Dickinson | 17,818 | |
| Waubonsee | 6,988 | |
| Coffey | 8,020 | |
| Osage | 15,982 | |
| Shawnee | 175,630 | |

| | | |
|---|---|---|
| Jackson | 12,874 | |
| Franklin | 25,301 | |
| Douglas | 125,709 | |
| Jefferson | 19,604 | |
| Atchison | 15,773 | |
| Doniphan | 7,426 | |
| Leavenworth | 82,541 | |
| Johnson | 615,223 | |
| Miami | 35,737 | |
| **Kansas Subtotal** | **2,812,037** | **2,812,037** |
| **Missouri Counties** | | |
| De Kalb | 12,643 | |
| Clinton | 20,243 | |
| Clay | 260,712 | |
| Jackson | 709,692 | |
| Cass | 108,813 | |
| Johnson | 55,385 | |
| Lafayette | 33,206 | |
| Ray | 23,237 | |
| Caldwell | 8,867 | |
| Carroll | 8,538 | |
| Saline | 22,374 | |
| Pettis | 42,033 | |
| Benton | 19,881 | |
| Camden | 47,481 | |
| Morgan | 21,266 | |
| Cooper | 17,958 | |
| Howard | 9,827 | |
| Andrew | 17,682 | |
| Randolph | 24,796 | |
| Boone | 184,669 | |
| Moniteau | 15,970 | |
| Cole | 76,820 | |
| Miller | 26,531 | |
| Pulaski | 54,437 | |
| Shannon | 8,097 | |
| Dent | 15,651 | |
| Phelps | 44,639 | |
| Maries | 8,478 | |
| Osage | 13,504 | |
| Callaway | 44,110 | |
| Audrain | 25,283 | |
| Montgomery | 11,740 | |

| | | |
|---|---|---|
| Gasconade | 14,784 | |
| Franklin | 104,720 | |
| Crawford | 23,776 | |
| Washington | 24,121 | |
| Iron | 9,939 | |
| Reynolds | 6,234 | |
| Ozark | 9,486 | |
| Howell | 40,090 | |
| Oregon | 10,442 | |
| Buchanan | 84,967 | |
| Platte | 109,380 | |
| Chariton | 7,333 | |
| **Missouri Subtotal** | **5,251,872** | **5,251,872** |
| **Arkansas** | | |
| Fulton | 12,894 | |
| Baxter | 42,856 | |
| Marion | 16,781 | |
| Izard | 13,770 | |
| Stone | 12,662 | |
| Searcy | 7,734 | |
| Newton | 7,612 | |
| Johnson | 26,335 | |
| Pope | 65,506 | |
| Van Buren | 16,275 | |
| Cleburne | 24,694 | |
| Faulkner | 128,614 | |
| Conway | 20,909 | |
| Logan | 20,845 | |
| Yell | 20,978 | |
| Perry | 10,680 | |
| Scott | 10,107 | |
| Montgomery | 9,214 | |
| Polk | 20,662 | |
| **Arkansas Total** | **489,128** | **489,128** |
| **Secondary Market Total** | | **9,351,674** |

As noted in Table 2, the secondary market includes lightly populated, rural sections of Oklahoma, the Kansas City metropolitan area on both the Kansas and Missouri sides of

the border, and the suburbs of Little Rock. The result is a **secondary market of around 9.4 million residents.**

**Thus, the total Primary Resident Market is 5.3 million; the Secondary Resident Market is 9.4 million, for a total of 14.7 million person within a day's drive of the park.**

## Primary Resident Market Demographics

One of the key factors in determining attendance at a theme park or hotel is income level. A day at a theme park can cost anywhere from $40 to $100 per person depending on the park. This level of expense eliminates lower income visitors, so median household income is crucial. (Note: The market penetration rate calculations in Chapter 4 used to determine attendance estimates are based on total population figures noted above because the comparative theme park markets also include all demographics.)

Our study of Oklahoma indicates that eleven of the top fifteen counties as measured by median household income are in the primary market. These include Canadian County, a suburb of Oklahoma City, the state's richest with a median household income of $72,056 in 2019 (36% above the state median). Other top-rated counties include the suburbs of Tulsa (Rogers (#3) and Wagoner (#6)) and additional suburban counties of Oklahoma City (Logan (#4) and Cleveland (#5)), while Tulsa and Oklahoma City themselves ranked 14th and 15th in terms of median household income.

Similarly, the northwest corner of Arkansas includes Benton County, richest in the state at $66,132 median household income and adjacent Washington County, ranked #7. On the other hand, none of the lightly populated rural Missouri or Kansas counties in the primary area ranked in that state's top fifteen. (In those states most of the wealth is concentrated around Kansas City (part of the secondary market) and west of St. Louis (outside the market)). In summary, there are sufficient areas of high income to justify the construction and operation of a Disney style park.

There are other demographic factors that affect attendance at a theme park, but in order to better understand them it is necessary to first explore the several types of theme parks and their market appeal. The following section discusses this subject.

## Theme Park Demographics

Theme parks and their associated demographics can be divided into three categories: 1) Thrill ride parks like Six Flags; 2) Family parks like Disney's Magic Kingdom or Universal Studios; and 3) Cultural theme parks like Disney's EPCOT Center. The author was a member of management at each of these types of parks and is familiar with their demographics through exit surveys obtained from thousands of guests. The following discussion is based on that data.

1) **Thrill Parks**: (Present day Six Flags Over Texas and Frontier City): Despite their constant public relations campaigns that they are "family" theme parks, these thrill parks appeal to primarily 12-29 age group, who may comprise 60-70% of attendance. (The "adults" who attend these parks are called "drivers" by theme

park management, i.e., they drive the kids to the parks.) Thus, these parks rely heavily on teenagers and young adults for their gross revenues. As young adults do not have as much disposable income as families, the per capita spending at these "thrill parks" is in the range of $40-45, as opposed to per capita spending at the family Disney and Universal parks in the range of $85-100. This wide disparity in per capita income is a function of the more affluent nature of family age people in the 25–64-year-old age group, as shown below in Table 3:

**Table 3—Oklahoma Income by Age Group**

| Oklahoma | Median Household Income |
|---|---|
| Householder under 25 years | $31,349 |
| Householder 25 to 44 years | $59,718 |
| Householder 45 to 64 years | $63,878 |
| Householder 65 years and over | $43,658 |

As shown in Table 3, the income in the 25-64 age group is nearly double that of young people under 25 years of age. In terms of America's Heartland's primary market, Oklahoma has a slightly younger population, averaging 36 years old, than the United States, which averages close to 39. The age distribution of the population is shown in Table 4 below.

**Table 4—Age Distribution of Oklahoma vs. USA**

| Age Group | USA 2019 | Oklahoma 2019 |
|---|---|---|
| Under 15 years old | 18.7% | 20.1% |
| 15-19 | 4.0% | 6.9% |
| 20-24 | 3.7% | 6.8% |
| 25-44 | 31.9% | 26.3% |
| 45-64 | 25.4% | 23.8% |
| 65+ | 16.3% | 16.1% |
| Total | 100.00% | 100.0% |

The table shows Oklahoma has a somewhat higher percentage of teenagers and young adults. However, this slight increase in "thrill park" demographics is not enough to affect park design as the financial benefits of appealing to a family audience far outweigh them.

2) **"Family" Theme Parks:** (Disney, Universal Studios, Silver Dollar City to some extent). Unlike the stark landscape of giant iron roller coasters which dominate the current version of a Six Flags theme park; Disney and Universal are real theme parks. **A "real" theme park is more like a three-dimensional movie, as seen from the guest's point of view, which tells a story from the moment the guest walks up to the Main Gate until the moment they leave the park. In a Disney park, each area is designed to evoke a theme or period and there are no visual distractions to break the illusion that one has stepped into the future of Tomorrowland or New Orleans Square. These parks are designed to be "female friendly" in that they are pleasing, safe, organic environments which appeal to women and particularly mothers looking after the safety of their children. Rather than the pounding noise of roller coasters and screams of guests, family theme park visitors are treated to theme music which reinforces the story told by the architecture and stroller characters.**

   There is no park in Oklahoma designed with the principles described above that appeals to this family demographic. The nearest park even close to Disney in

design principles is Silver Dollar City in Branson. This park began its life as a family theme park based on traditional American culture, but over time has devolved into more of a roller coaster park. This slow evolution has created a family theme park niche in the Midwest market for America's Heartland.

**3) Scientific or Cultural Theme Park:** EPCOT Center is the primary example of this kind of park. EPCOT is composed of two areas. The first is a World's Fair-like Future World with pavilions telling the story of Energy, The Sea, The Land etc., sponsored by major corporations. The second is called World Showcase, which features themed pavilions representing various countries of the world including the USA, China, Japan, Germany, France, Italy, Mexico and many more.

When it opened in 1983, EPCOT's demographics surprised Disney management because it was the first theme park ever created which appealed primarily to adults. The average age of an EPCOT guest is over forty years old, older than both the national average and guests at the other Disney parks. Guest surveys show that these older guests like the feeling that they have visited an authentic reproduction of the various countries. Not only do they appreciate the themed environments, but they enjoy authentic cuisine from such places and France and Italy.

Based on the ethnic demographics of Oklahoma, America's Heartland has an opportunity to appeal to this older "EPCOT" market, while still providing enough thrills for younger guests. According to the 2020 US Census, Oklahoma is the most diverse state in the United States. 11% of the total population of Oklahoma identifies as Hispanic, the majority of whom are of Mexican descent. Native Americans composed 8.3% of the total population of the state. The highest concentration of Native Americans is located in the Tulsa-Broken Arrow metropolitan area. The Oklahoma City-Norman metropolitan region is home to the largest concentration of Pacific Islanders and Asian Americans. There are sizeable populations of people of Indian, Korean, and Vietnamese descent in Oklahoma and Cleveland counties. African Americans make up the third-largest demographic in Oklahoma. African Americans or black Americans make up at least 10% of the total population. Thus, a theme park which, in part, celebrates these various cultures could be a "fit" in America's Heartland's primary market.

## AVAILABLE TOURIST MARKET

Before proceeding further, we should note that there are some analysts who do not consider tourist markets at all when evaluating regional theme park markets, as they feel these parks only have local appeal. However, because America's Heartland plans a more Disney-style "family" experience with attractions based on American culture, it will attract overnight visitors, provided there is a place for them to stay.

Based on our previous experience at Six Flags Over Texas, the application of Disney design principles described above expanded the market for that park from the original 100-mile radius to as far as a four-hour drive. As this market is covered in the "secondary resident market," we will not include a Tourist Market per se but will instead analyze factors that may attract some portion of the secondary market to spend the night and thus be classed as tourists. (Note: Our experience in the Midwest is that secondary market guests do not require a hotel stay to make the drive to a top-flight attraction, although the presence of lodging opportunities does tend to extend the time they spend in the park and thus increase food and beverage income.)

## Secondary Market Tourism

According to information provided by Steve Hedrick and verified by Trip Advisor and other travel websites, the current accommodations in the immediate Vinita area are shown in Table 4. They amount to some 487 lodging units, including hotel and motel rooms, cabins, and RV campground spaces.

**Table 4—Vinita Lodging**

| Location | Number of Rooms | Drive Time To Site | Comment |
|---|---|---|---|
| Vinita | 82 | 6 min | Modest Accommodations |
| Big Cabin | 60 | 15 min | " |
| Afton | 178 | 9 min | " |
| Water's Edge | 107 | 11 min | 98 RV sites, 9 cabins @ Lake of Cherokees |
| Park Hills | 60 | 10 min | 20 rooms, about 40 RV sites |
| **Total** | **487** | | |
| | | | |

In comparison to these 487 lodging units, Branson, Missouri, home of Silver Dollar City has about 24,000 hotel rooms. Thus, it is safe to assume that the supply of overnight lodging capacity could limit America's Heartland's tourism market. That limit, i.e., current market, can be calculated as follows: 487 rooms x 365 days = 177,775 room nights potentially available each year. If we assume the existing Oklahoma statewide average occupancy rate of 67% (Per STR Forecasting Report 2018, last pre-pandemic year available), this theoretically leaves 33% of the room nights available for new tourists. However, based on experience in Orlando and Six Flags Over Texas in Arlington (when "Disney Lite" design principles were employed) we cannot assume that more than 85% year-round occupancy rate is possible. Thus, the hotel capacity for new tourists is about 85%-67% = 18% x 177,775 = 32,000 room nights. Some of these lodging units are large cabins accommodating up to eighteen guests, so the average number of guests would be about 3.5 per unit x 32,000 room night = **112,000-person local lodging capacity and current tourist market.**

(Note: If the park develops enough "mass of attraction" it could also attract visitors from beyond the secondary market, possibly even a "fly in" tourist market, but until the park is better defined we cannot assume that this will occur.

## TOTAL MARKET SUPPORT

Based on our analysis, the total market for America's Heartland's Theme Park is **about 5.3 million primary market residents within a 2 ½ hour drive, plus 9.4 million secondary market residents within a four-hour drive**, **approximately 112,000** of

whom could potentially spend the night in or near Vinita, and thus be classified as **tourists.**

# Chapter 3

# Project Description

## Summary

America's Heartland Theme Park, RV Park and Hotel will be designed to appeal to traditional Americans and their values. It will feature botanical gardens, waterways, and a themed environment evocative of traditional America, combined with family-friendly rides, shows and dining facilities. America's Heartland will be located near Vinita, Oklahoma, close to Interstate 44 and about an hour's drive from Tulsa. Mansion Studios, a working film studio, will be adjacent the Theme Park but not part of the entertainment offerings.

As of this writing, the concept design is still in development, so we will use the pre-concept notions and sketches of Steve Hedrick as the basis for this Project Description. (In addition, Mr. Hedrick has provided a proposed list of "E-Ticket" attractions, which we will use to compute yearly attendance in the next chapter.)

## Theme Park

The theme park will include several "lands" that reflect traditional American history and culture, as reflected in Mr. Hedrick's "Scope of Work" shown below in Figure 1:

## Figure 1—Initial Scope of Work

INITIAL SCOPE
Theme Park 200 acres
America's Heartland

Park entry - Main Street USA-like
Lakes and Rivers weave throughout park, attractions, F&B, retail

Themed Lands - also serve as backlots for film production
Major Attractions within each land

Prelim Land Ideas

- Small Town America (Mayberry - Petticoat Junction) ME TV
- Pioneer Town
- Heartland Harbor Fishing Village
- Early 20th Century Machine Age Town - Nikola Tesla, Thomas Edison, All Steam Powered
- Route 66 Highway / Town
- Bayou Bay – Stilt House Village – Bourbon Street

Steam Train Encircles Park
Sky Bucket Ride Over Park

The park will be designed with a very organic feel, like a botanical garden, using landscape and water features, including a manmade lake, to tell the story as shown in Figures 2 & 3.

## Figure 2—Rough Layout Around the Lake



## Figure 3—Landscape Concept




The attractions will be arranged along the shores of the manmade lake, as shown in Figures 4 & 5 (below).

## Figure 4—Manmade Lake



**Figure 5—Attractions on Lake**




The rides and shows will be fully themed in the Disney style as shown in Figure 6 below.

**Figure 6—Attractions**




While not a part of the theme park itself, Mansion Studios icon (Figure 7), will mark America's Heartland location for passing motorists on Interstate 44.

**Figure 7—America's Heartland Icon Concepts**




## Hotel & Campground

The hotel design has not yet commenced but will be themed in the same manner as the park. The RV campground has already been authorized to proceed. It will grow from an initial 300 spaces to as many as 750 spaces as demand materializes. The concept is similar to the Fort Wilderness Campground at Disney shown in Figure 8.

**Figure 8—Campground**



**In summary, America's Heartland will be a fully themed park that evokes the sights, sounds and fun of traditional America.**

# Chapter 4
# Theme Park Attendance Analysis

## Introduction

The standard analytical approach to estimating the probable attendance of a theme or recreational attraction is to evaluate the project's market appeal and then compare it to existing attractions in other markets. In cases where the scope is defined, TFC compares the list of planned attractions to those at other parks in order to obtain a more accurate attendance analysis.

For America's Heartland, Steve Hedrick has prepared a preliminary list of "E-Ticket" (signature) attractions, which will be supplemented by supporting rides to handle crowd capacity. Additionally, America's Heartland plans an extensive marketing campaign, similar to that used to build momentum for the original Disneyland. Both of these factors impact yearly attendance, so we will briefly discuss each.

Mr. Hedrick's list of attractions and planned marketing campaigns is as follows:

**Pioneer/Western Land**
**The Haunted Cursed (oh no) Deadly Mine Car Ride**--White-knuckled but Not-Too-Scary Dark Ride. (Haunted Mansion)
**Lumberjack Mountain River Adventure**--Buzz saws, Flying Axes, Bursting Log Jam Spinning Boat Ride (Splash Mountain)

**Route 66 Land**--**Get Your Kicks** Downhill Oops No Brakes! Classic Car Ride (Radiator Springs Racers)
**Junkyard Crusher**--Bulldozer Car Crusher Adventure (Indiana Jones Ride)

**Steam Town Land**
**Nikola Tesla's High Voltage Adventure**--Slightly Unstable Floating Disk Ride (Buzz Lightyear's Space Ranger Spin)
**Steam Powered Roller Coaster**--(Space Mountain)

**Bayou Bay Land**--**Mighty Dangerous Gator Hunt** (Jungle Cruise)
**The Battle of New Orleans**--(Pirates of the Caribbean)

**Small Townsville Land**
**Barnstormer**--(Soarin Over California)
**Sea to Shining Sea**--(EPCOT'S American Adventure)
**Heartland Harbor Land**--**Tawdry Tales of the Sea**
(Country Bear Jamboree)
**The Outboard Bathtub Stunt Show**--(Water World Stunt Spectacular - Universal Hollywood)

**Disney-Style Marketing Campaign**
ME TV Network Cross-promotion to 29 M viewers a week.

State of Oklahoma $50M a year Tourist Commission Ads.

Theme Park will be the featured finale Float in the New Year Day Rose Parade for the next 3 years.

Theme Park's robust yearly marketing budget exceeds $25M.

## Summary

We conclude from the above that America's Heartland will be a 'first' in the theme park industry: a park that is designed to Disney standards located in the American Midwest. The following section discusses the means by which we will estimate yearly attendance for this very unique concept.

## Show Value Estimating Technique

One method to estimate yearly attendance is to use the list of rides shown above to compute the "show value" of America's Heartland. "Show value" is a copyrighted technique employed by TFC which rates attractions in terms of guest satisfaction and marketability. The guest satisfaction component is derived from online surveys by guests to various theme parks. In addition, we consider guest surveys of the overall park experience. We multiply these figures by a "marketing factor" based on the potential of the attraction to draw new guests, in order to calculate the "show value."

For example, a Disney "E-Ticket" (signature attraction) ride or show generally receives a "9 out of 10" rating from guests, and the marketing impact is usually "10 out of 10"—i.e., meaning the new ride or show will have enough marketing appeal to maintain or increase attendance. The "show value" of such an attraction would be 9 x10 =90 points. Supporting attractions, such as "flat rides" (i.e., "Dumbo" at Disney) may rate high with guests but have very little impact on attendance. Thus, a flat ride might receive a rating of "8" but only have a marketing impact of one out of ten. The "show value" of such an attraction would be 8 x 1 = 1. Based upon the list of attractions provided by Steve Hedrick, and our estimate of the number and type of supporting attractions required, the show value of America's Heartland is estimated in Table 1:

**Table 1—Show Value**

| Land/Attraction | Survey | Market | Show Value | Comment/Source |
|---|---|---|---|---|
| **Main Street** | 9 | 3 | 27 | Disney Quality |
| **Pioneer/Western Land** | 9 | 3 | 27 | Botanical Garden |
| Haunted Mine Car--(Haunted Mansion) | 9 | 9 | 81 | Per Trip Advisor |
| Lumberjack Mtn. (Splash Mountain) | 9 | 9 | 81 | Per Trip Advisor |
| Minor Ride (TBD) | 8 | 2 | 16 | TFC Estimate |
| Minor Ride (TBD) | 8 | 1 | 8 | TFC Estimate |
| Show (TBD) | 8 | 2 | 16 | Disney quality |
| Interactive Area | 8 | 2 | 16 | Crafts/Guest Involvement |
| **Route 66 Land** | 9 | 3 | 27 | Botanical Garden |
| Get Your Kicks--(Rad. Springs Racers) | 9 | 10 | 90 | All Ears |
| Junkyard Crusher--(Indiana Jones Ride) | 8.7 | 9 | 78.3 | All Ears |
| Minor Ride (TBD) | 8 | 2 | 16 | TFC Estimate |
| Minor Ride (TBD) | 8 | 1 | 8 | TFC Estimate |
| Minor Ride (TBD) | 7 | 1 | 7 | TFC Estimate |
| Show (TBD) | 8 | 2 | 16 | Disney quality |
| Interactive/Play Area | 8 | 2 | 16 | Guest Involvement |
| **Steam Town Land** | 9 | 3 | 27 | Botanical Garden |
| Tesla's Adventure--(Buzz Lightyear) | 9 | 10 | 90 | Trip Advisor/Interactive |
| Steam Powered Coaster--(Space Mtn.) | 9 | 10 | 90 | Trip Advisor/Themed coaster |
| Minor Ride (TBD) | 8 | 2 | 16 | TFC Estimate |
| Minor Ride (TBD) | 8 | 1 | 8 | TFC Estimate |
| Minor Ride (TBD) | 7 | 1 | 7 | TFC Estimate |
| Show (TBD) | 8 | 2 | 16 | Disney quality |

| | | | | |
|---|---|---|---|---|
| Interactive Area | 9 | 3 | 27 | AR/VR Possibility |
| **Bayou Bay Land** | 9 | 3 | 27 | Botanical Garden |
| Gator Hunt (Jungle Cruise) | 9 | 8 | 72 | Trip Advisor |
| Battle of New Orleans--(Pirate Ride) | 9.25 | 10 | 92.5 | All Ears |
| Minor Ride (TBD) | 8 | 2 | 16 | TFC Estimate |
| Minor Ride (TBD) | 8 | 1 | 8 | TFC Estimate |
| Minor Ride (TBD) | 7 | 1 | 7 | TFC Estimate |
| Show (TBD) | 8 | 2 | 16 | Disney quality |
| Interactive/Play Area | 8 | 2 | 16 | Guest Involvement |
| **Small Townsville Land** | 9 | 3 | 27 | Botanical Garden |
| Barnstormer--(Soarin Over California) | 9.5 | 10 | 95 | All Ears |
| Sea to Shining Sea--(American Adv.) | 8.5 | 9 | 76.5 | All Ears |
| Minor Ride (TBD) | 8 | 2 | 16 | TFC Estimate |
| Minor Ride (TBD) | 8 | 1 | 8 | TFC Estimate |
| Show (TBD) | 8 | 2 | 16 | Disney quality |
| Interactive Area/Playground | 8 | 2 | 16 | Guest Involvement |
| Major Kids Ride, i.e., kiddy coaster | 8 | 2 | 16 | TFC Estimate |
| Kids Ride | 7 | 1 | 7 | Rated by adults |
| Kids Ride | 7 | 1 | 7 | Rated by adults |
| Kids Ride | 7 | 1 | 7 | Rated by adults |
| Kids Ride | 7 | 1 | 7 | Rated by adults |
| Kids Ride | 7 | 1 | 7 | Rated by adults |
| Kids Ride | 7 | 1 | 7 | Rated by adults |
| **Heartland Harbor Land** | 9 | 3 | 27 | Botanical Garden |
| **Tawdry Tales of the Sea--**(Bear Jamboree) | 7 | 7 | 49 | All Ears |
| **Outboard Bathtub Stunts**--(Waterworld) | 9 | 8 | 72 | Trip Advisor |
| **Water Ride (TBD)** | 8 | 2 | 16 | TFC Estimate |
| **Water Ride (TBD)** | 8 | 2 | 16 | TFC Estimate |
| **Show (TBD)** | 8 | 2 | 16 | Assuming pro talent |
| **Interactive Area/Water Playground** | 9 | 3 | 27 | TFC Estimate |
| **Steam Train** | 9 | 1 | 9 | Trip Advisor |
| **Sky Ride** | 7 | 1 | 7 | TFC Estimate |
| | | | | |
| **Park Total** | | | **1617.3** | |

Table 1 indicates that if Mr. Hedrick's plan is implemented at Disney standards, a show value of 1,617.3 points can be expected.

In order to use this "show value" estimate to calculate yearly attendance, it will be necessary to compare America's Heartland with other, similar theme parks.

## Comparative Park Analysis

There is, at present, no Disney-level park in the Midwest, however, there are two theme parks with a similar theme to America's Heartland: Silver Dollar City and Dollywood. These parks are also considered two of the best regional theme parks in the United States and both are rated 4.5/5 on Trip Advisor. We will therefore use them as points of comparison.

## Silver Dollar City, Branson MO

This park features seven roller coasters as well as exhibits of traditional Ozark Mountain crafts and many children's and family rides. Figure 1 (below) shows an aerial map of the theme park.

**Figure 1—Silver Dollar City Map**



Silver Dollar City attracted about 2.22 million visitors in the last pre-pandemic year of 2019, according to a park spokesperson. About nine million tourists visited Branson in that year. Since the local population is small, and visitors from nearby Springfield, Missouri are included in the 9.0 million figure, this figure represents the primary market. (Using the 2.22 million park attendance/9.0 million market produces a market penetration rate of 25%.) The show value of Silver Dollar City is calculated in Table 2 (below):

**Table 2—Silver Dollar City Show Value**

| Attraction | Model | Survey | Market | Show Value |
|---|---|---|---|---|
| Fire in the Hole | Enclosed Powered Coaster | 7.4 | 4 | 29.6 |
| Thunderation | Mine Train Coaster | 8.1 | 4 | 32.4 |
| Wildfire | Sitting Coaster | 9 | 5 | 45 |
| Powder Keg | Air Launched Coaster | 6.5 | 4 | 26 |
| Grand Exposition Coaster | Kiddy Coaster | 6 | 2 | 12 |
| Outlaw Run | Wood Looping Coaster | 9 | 7 | 63 |
| Time Traveler | Xtreme Spinning Coaster | 9 | 7 | 63 |
| Steam locomotive #14 | Steam Train from 1938 | 6 | 1 | 6 |
| American Plunge | Log Flume | 7.1 | 2 | 14.2 |
| Electro Spin | Mega Disk'O | 7 | 3 | 21 |
| Elephant March | Dumbo Flying Elephants | 6 | 2 | 12 |
| FireFall | Double Shot | 6 | 3 | 18 |
| Fireman's Flyer | Kids Swing Ride | 6 | 1 | 6 |
| Fire Spotter | Kids Balloon Ride | 6 | 1 | 6 |
| Fire Wagon Frenzy | Magic Carpet Ride | 6 | 1 | 6 |
| Flooded Mine | Indoor Float-Through Shooter | 8.5 | 5 | 42.5 |
| Frisco Silver Dollar Line Steam Train | Narrow-Gauge Train | 6.5 | 1 | 6.5 |
| Giant Barn Swing | Screamin' Swing--arm swing | 8 | 4 | 32 |
| Grandfather's Mansion | Themed Fun House | 7 | 2 | 14 |
| Happy Frogs | Jump Around | 6 | 1 | 6 |
| Ladybugs | Jump Around | 6 | 1 | 6 |
| Magnificent Wave Carousel | Wave Swinger | 7 | 3 | 21 |
| Mystic River Falls | New River Rapids-82-foot drop | 8.5 | 6 | 51 |
| Racing Regatta | Spinner like a Scrambler | 7 | 2 | 14 |
| Royal Tea Party | Teacups | 6 | 1 | 6 |
| Mighty Galleon | Pirate Swing Ride | 7 | 3 | 21 |
| Tom & Huck's River Blast | River Battle | 8 | 4 | 32 |
| Wings of Wonder | Jump Around | 6 | 1 | 6 |
| **Lands** | | | | |
| Main Street | | 8 | 1 | 8 |

| | | | | |
|---|---|---|---|---|
| Homestead Ridge | | 8 | 2 | 16 |
| Midtown | | 8 | 1 | 8 |
| Valley Road | | 8 | 1 | 8 |
| The Grand Exposition | | 8 | 1 | 8 |
| Riverfront | | 8 | 1 | 8 |
| Rivertown | | 9 | 3 | 27 |
| Wilson's Farm | | 8 | 1 | 8 |
| Hugo's Hill Street | | 8 | 1 | 8 |
| Fireman's Landing | | 9 | 3 | 27 |
| Total | | | | **744.2** |
| Total Attendance 2019 | | | | **2,220,000** |
| Attendance per show value point | | | | **2,983** |

As shown in Table 2, Silver Dollar City has a show value of 744.2. If we compare this to the proposed park, we can derive the ratio of 1617.3 for America's Heartland/744.2 Silver Dollar City = 2.17. In other words, provided the rides and shows are built to Disney standards, the proposed park should have more than twice the entertainment value of Silver Dollar City. Based on Tables 1 and 2, if America's Heartland were located in Branson, it would attract 2.17 x 2,220,000 = 4,825,000 guests per year. However, America's Heartland is located in Vinita, whose primary market is 5.3 million, and so this estimate must be reduced by a factor of 5.3 million/9.0 = 60% x 4,825,000. Making this adjustment yields a yearly visitation estimate of about 2.8 million guests per year. In other words, if America's Heartland only attracted guests from its primary market, its yearly attendance would be about 2.8 million.

In order to estimate the market penetration rate of the secondary market, we have the benefit of the author's experience during the mid-late 1990's when "Disney-lite" design principles were utilized at Six Flags Over Texas (Dallas-Fort Worth area). The "Disney-lite" makeover began in 1993, when Six Flags Over Texas added the Batman Stunt Show, themed merchandise stores and a themed dark ride. In that year, the park's attendance jumped 10% from 2.7 million to 3.0 million. In subsequent

years, the park added more "Disney-lite" attractions and maintained this three million level (ranging from 2.9-3.1 million guests each year). More importantly, during this period, per capita income rose 10% each year. Studies showed that this increase was caused by "outer market" guests (from beyond a 2 ½ hour drive). Because they stayed longer and as a result purchased more food and merchandise than local guests, they increased per capita. (The Batman Stunt Show, a "Disney Lite" attraction that provided top-level theme park entertainment for a capital budget (including the arena) of $3 million (as opposed to the $30 million spent by Universal and around $60 million by Disney in that era for a signature attraction) is pictured below.

**Six Flags Batman Stunt Show**



By 1997, when Time Warner sold the Six Flags chain to Boston Ventures, surveys showed about 15% of the guests, or 450,000 per year, came from the areas we term the "secondary market" in this report. Most of these guests came from Houston and Austin Texas, Oklahoma City and Shreveport, LA. The population of these secondary markets was about 5 million in 1994, which means the market penetration rate for this "outer market" was about 450,000/5,000,000 = 9%.

Based on the list of rides and shows proposed for America's Heartland, and Steve Hedrick's assurance that the budget for the park, hotel and campground will be in the range of $1.3 billion, enough to build "Disney-level" attractions, it is logical to assume that the proposed park will achieve a higher "secondary" market penetration rate than the modest improvements made by Six Flags. Accordingly, we will use this 9% factor as the "low case" secondary market penetration rate and postulate a mid-case of 12% and a high case of 15%. Multiplying these factors by the 9.4 million secondary market produces a low case estimate of 846,000 visitors, a mid-case of 12% x 9.4 million = 1.1 million, and a high case of 15% x 9.4 million =1.4 million. When added to the 2.8 million primary market attendance estimate, we can derive a low-case of 2.8 + .9 = 3.7 million; a mid-case of 2.8 + 1.1 = 3.9 million; and a high-case of 2.8 +1.4 = 4.2 million visitors per year.

In summary, we estimate, based on comparison to Silver Dollar City, America's Heartland will attract between 3.7 and 4.2 million visitors per year, with a mid-case of 3.9 million in the third, mature year of operation.

## Dollywood

Our second comparative park is Dollywood. This park is located in the Knoxville metropolitan area in Pigeon Forge, Tennessee, the gateway to The Great Smoky Mountains. The park features

traditional crafts and music of the Smoky Mountain area. By 2022, nine roller coasters had been added to make it more of a "thrill park" while still retaining some of the original theme park flavor. According to Dollywood management, park attendance was 3.2 million in 2019, the last full pre-pandemic year. As with Branson and its nearby metro area of Springfield, local residents in the Knoxville area are included in the tourism statistics compiled by the National Park Service for the adjacent Great Smokey Mountain National Park. According to National Park Service records, 12,547,743 people visited the park for recreational purposes 2019. Using this figure as the total market produces a market penetration rate of 3,200,000/12,547,743 = 26% for Dollywood. The park's show value is estimated in Table 3 (below):

**Table 3—Dollywood Show Value**

| Attraction | Survey | Market | Show Value | Comment |
|---|---|---|---|---|
| Chasing Rainbows | 7 | 2 | 14 | Dolly's story |
| Dolly's Home-On-Wheels | 6 | 1 | 6 | Dolly's Tour Bus |
| Amazing Flying Elephants | 6.2 | 1 | 6.2 | Elephant-themed kids ride |
| Busy Bees | 5.6 | 1 | 5.6 | Bee-themed kids ride |
| Dizzy Disk | 6.6 | 3 | 19.8 | Disk-O ride |
| Demolition Derby | 6.8 | 1 | 6.8 | Bumper cars |
| Lemon Twist | 7 | 1 | 7 | Teacups ride |
| Lucky Ducky | 6 | 1 | 6 | Duck-themed kids ride |
| Piggy Parade | 6.4 | 1 | 6.4 | Pig-themed kids jumping ride |
| Scrambler | 6.4 | 2 | 12.8 | Spinning scrambler ride |
| Shooting Star | 6.8 | 1 | 6.8 | Kids drop tower |
| Sky Rider | 6.8 | 3 | 20.4 | Elevating spinning ride |
| Waltzing Swinger | 6.4 | 2 | 12.8 | Elevated spinning ride |
| Blazing Fury | 7.4 | 5 | 37 | Indoor roller coaster with dark ride |
| Daredevil Falls | 7.6 | 3 | 22.8 | Log flume that can seat two across |
| Tennessee Tornado | 7.8 | 6 | 46.8 | Multi-looping roller coaster |
| Barnstormer | 7.2 | 4 | 28.8 | Screamin Swing ride |
| Mountain Slidewinder | 7.8 | 3 | 23.4 | Water toboggan ride |
| Rockin' Roadway | 6.4 | 1 | 6.4 | Car ride |
| Lightning Rod | 8.4 | 8 | 67.2 | Launched Wooden Roller Coaster |
| Pines theater | 7 | 2 | 14 | Live Theater |

| | | | | |
|---|---|---|---|---|
| Smoky Mtn River Rampage | 7 | 4 | 28 | rapids ride |
| Southern Gospel Museum | 6 | 1 | 6 | Museum |
| Dollywood Celebrity Theat. | 7 | 2 | 14 | Live Theater |
| Showstreet Palace Theater | 7 | 2 | 14 | Live Theater |
| Drop Line | 7 | 4 | 28 | Drop tower--200 ft |
| Lumberjack Lifts | 6.4 | 2 | 12.8 | Self-propelled Tower ride |
| Mystery Mine | 7.4 | 6 | 44.4 | Euro-fighter roller coaster |
| Thunderhead | 7.4 | 6 | 44.4 | Wooden roller coaster |
| Whistle Punk Chaser | 8 | 5 | 40 | Family Gravity Coaster |
| Dollywood Express | 7.8 | 1 | 7.8 | train ride around park--2.5 miles |
| Village Carousel | 7.2 | 2 | 14.4 | carousel |
| Heartsong Theater | 8 | 3 | 24 | Live Theater |
| FireChaser Express | 8.4 | 9 | 75.6 | Family coaster two launches |
| Wild Eagle | 7.4 | 8 | 59.2 | wing roller coaster |
| Dragonflier | 9 | 6 | 54 | Family Suspended coaster |
| Black Bear Trail | 7.6 | 1 | 7.6 | Track ride--on back of bear |
| Treetop Tower | 7.5 | 1 | 7.5 | Spinning tower |
| Mad Mockingbird | 6.8 | 1 | 6.8 | Spinning flat ride-- Tenn. St. bird |
| Great Tree Swing | 7.4 | 1 | 7.4 | Swinging ship--sycamore leaf |
| Frogs and Fireflies | 7 | 1 | 7 | |
| General Environment | 40 | 2 | 80 | Simple, rustic themes in forest |
| Total | | | 959.9 | |

Table 3 calculates Dollywood's show value at 959.9 points. Thus, America's Heartland at 1617.3 points would be 1617/960 = about 1.7X the show value of Dollywood. This would mean that if America's Heartland were located in Pigeon Forge, it's annual attendance would be 3.2 million x 1.7 = 5.4 million visitors per year.

However, the Pigeon Forge market amounts to some 12.5 million guests, whereas the primary market for America's Heartland is about 5.3 million. Thus, adjusting for market size, we estimate that America's Heartland's primary market attendance would be 5.3/12.5 million x 5.4 million = 2.3 million visitors per year. In addition to this 2.3 million per year primary market attendance, we must add a low case secondary market penetration rate of 9% x 9.4 million = 846,000, producing a total

attendance of close to 3.2 million; a mid-case of 12% x 9.4 million = 1.1 million, producing a total attendance of 3.4 million; and a high case of 15% x 9.4 million = 1.4 million, producing a total attendance of close to 3.7 million persons per year.

## America's Heartland Attendance Estimate

If we use the Dollywood as the low case and the Silver Dollar City as the high case, then average the two to determine a mid-case, yearly attendance for America's Heartland can be estimated as shown in Table 4 (below):

**Table 4—America's Heartland Yearly Attendance**

| High-Median-Low Projections | Primary Market | Secondary Market | Total |
|---|---|---|---|
| Market Size | 5,300,000 | 9,400,000 | 14,700,000 |
| High Penetration Rate | 53% | 15% | |
| High Attendance Projection | 2,809,000 | 1,410,000 | 4,219,000 |
| | | | |
| Median Penetration Rate | 48% | 12% | |
| Median Attendance Projection | 2,544,000 | 1,128,000 | 3,672,000 |
| | | | |
| Low Penetration Rate | 43% | 9% | |
| Low Attendance Projection | 2,286,000 | 846,000 | 3,132,000 |

It should be noted that these figures represent an estimate of the total number of paid admissions, not the total number of individual guests. This is because many guests will purchase a season pass. A season pass holder might visit the park five or more times a year. (For example, about half of Six Flags attendance is by season pass holders and the same is true for Disneyland in Anaheim.) Thus, the park's marketing campaign does not have to actually induce 43-53% of the primary market residents to visit, it just needs to be perceived as enough of a value to induce a high percentage of guests to purchase a season pass. (For example: If the park achieves a Disney-level of design sophistication, season pass holders in the Tulsa and Oklahoma City metropolitan areas may visit the

park about four or five times a year on average. In our calculations, we assumed that season passes represented 10% of the guests. Accordingly, the season pass holder attendance would be 40%-50% of the total. At the median attendance projection level, this would mean that the number of individual primary market attendees the would actually be about 1.5-1.7 million (instead of the 2.5 million paid persons passing through the gate) and thus the actual primary market penetration rate would be 29-33%, rather than the 48% noted above.)

This projection is accordingly based upon the park being perceived as having a similar entertainment value as Disney or Universal. It is also based on the park being operated and maintained at a high level and promoted by the aggressive, effective marketing campaign outlined by Mr. Hedrick.

If those conditions are met, based on the above, **the park's attendance in the third year of operation will be a low-case of 3.1 million per year, a mid-case of 3.7 million per year and a high case of 4.2 million per year.**

## Possibility of Exceeding Feasibility Study Estimate

The attendance estimates discussed above are based on comparison to existing parks and their attractions. However, as previously stated, there has never been a Disney-quality theme park built in the Midwest of the United States, so there is really no direct precedent for America's Heartland. Thus, there is an additional factor that must be recognized—the unknown potential of a top-quality project being built in an area that has not seen one before. The author calls this the "Field of Dreams" phenomena, based on the film starring Kevin Costner, who built a baseball stadium in the

middle of a cornfield, only to have the greatest baseball players of all time materialize and magically take the field. Interestingly, while Babe Ruth has yet to materialize, this phenomena of high-quality theme parks greatly exceeding their feasibility estimates has occurred several times, including twice when the author was involved in design and construction.

The first "If you build it they will come," theme park was Disney World's Magic Kingdom in Orlando, Florida. When it opened, the Orlando Metropolitan population was about 522,000 (as opposed to 2.7 million today), the number of hotel rooms on property was 1013 plus 500 sites at the Fort Wilderness Campground. (Today, Disney says there are about 36,000 hotel rooms on the WDW property.) More importantly, the number of hotel rooms in Central Florida was about 5,800 in 1971. (This has increased to over 123,000 in 2022.) Thus, Walt Disneyworld was essentially a "Field of Dreams" project—a $425 million dollar investment in a small town's swamp. In terms of location, at the time, about all the Lake Buena Vista site had to recommend itself was that it was near to Interstate 4.

When it first opened, some thought Disneyworld would be a failure. Disney reported attendance of 10,422 on its first day of operation, October 1, 1971. Since Disney had hired 5,000 employees to staff the park, this level of attendance was disappointing to say the least. Initially attendance was limited by hotel capacity. Based on our calculations, the available, "off property" hotel capacity in 1971 was about one million tourists per year, while hotels on the Disney could handle another 1.75 million, for a total of 2.75 million. Disneyland in Anaheim drew about 10.3 million guests per year at that time, so based on hotel capacity, Disneyworld in Florida was not capable of matching the California park.

Fortunately, the hotel industry saw the opportunity Disneyworld afforded them. They expanded quickly, and by the end of 1972, the original 5,800 rooms had grown to 22,700 rooms either completed or under construction (per the Disney Annual Report of 1972). As hotel capacity expanded, attendance picked up and in 1972, the first full year of operation, Disneyworld attracted 10.7 million guests.

Thus, Disney's Magic Kingdom became the first theme park to establish its own market rather than drawing from an existing tourism base.

A similar phenomena occurred in 1983, when EPCOT Center became Walt Disney World's second gate. EPCOT had been predicted to attract eight million guests in its first year of operation. However, Disney's feasibility study by Harrison Price also estimated that the Magic Kingdom's fourteen million attendance would be reduced by two million, producing a combined Magic Kingdom-EPCOT yearly attendance of 20 million guests.

Instead, EPCOT attracted about ten million guests in the first year of operation, while the Magic Kingdom only dropped 1.3 million, producing a combined attendance of 22.7 million. As EPCOT added pavilions like "The Living Seas," the park continued to increase attendance until it reached about twelve million in 1991, according to the park's general manager. (After that, Disney management began "borrowing" some of EPCOT's attendance and attributing it to the Disney MGM Studio Tour, which was not competing favorably with the Orlando's then newest addition, Universal Studios Florida.)

Thus, for a second time, the development of a top-flight theme park, commanding a budget of $800,000,000, expanded Disney's attendance beyond the feasibility study's estimate. The author was a part of the WED (Design) Executive Committee during this period and can therefore state that no one in Disney management, nor the feasibility analyst Harrison Price, predicted the level of success that EPCOT achieved as there was simply no data upon which to base such an estimate.

The last time the author is aware of this "Field of Dreams" factor influencing attendance projections was when he served as part of the Core Design Team for Universal Studios Florida from 1987-1991. Designing Universal Studios was a particular challenge, because the budgets available at Universal were between 40-50% of the budgets at Disney, yet, because Universal Studios Florida was located only ten miles from Disneyworld, the quality level had to be the same in the public's eye. The design team developed many new design principles to achieve the necessary cost efficiency and yet preserve quality. One of these principles was to focus expensive theme architecture in the most popular areas of the park, rather than indiscriminately designing every square foot of the property at the same level. The success of this, and other principles was proven by the attendance. The Universal Studios Florida feasibility study predicted a first-year attendance of between 4.5-5.5 million, and a maximum attendance (95% probability) of six million guests in the third year of operation. This six million attendance goal was achieved in the first full year of operation, and by the third-year attendance was close to eight million. In other words, despite the fact that it cost half as much, Universal Studios Florida competed favorably with Disney, and exceeded its feasibility study attendance estimate.

What this means for America's Heartland is that if the design team can create a park that offers Disney-style entertainment (even though, like Universal, it may cost less 'per square foot'), the

attendance is likely to exceed the feasibility study's estimates. In the event that America's Heartland repeats the EPCOT Center and Universal Studios Florida experience, then it is possible that **attendance could exceed the "high case" prediction of 4.2 million by as much as 10-20%, in which case the yearly attendance could possibly reach as high as 5.0 million per year.**

# Chapter 5—Theme Park

# Physical Planning Guidelines

Chapter 4's analysis of probable patterns of attendance is necessary to derive physical sizing guidelines for the subject theme park. The following paragraphs convert the 3.7 million third-year attendance model just developed into demand for basic visitor facilities and services for the theme park. An addendum addresses the physical plant required for the "If You Build It They Will Come" estimate of a maximum of five million. A final section is included for the proposed hotel and RV campground.

## Operating Schedule

In order to determine the operating schedule for America's Heartland, we must analyze seasonal attendance patterns of similar parks in the Midwest. The most comparable in terms of weather and content is Silver Dollar City in Branson, MO. It's 2022 schedule, and an estimate of attendance by month, reflecting both weather and travel patterns, is shown in Table 1 (below):

**Table 1—Silver Dollar City Attendance By Month**

| Silver Dollar City 2022 Sched | Days Open | % of Year | Weather/Travel | % of Yearly Attend |
|---|---|---|---|---|
| March | 11 | 5.0% | 0.6 | 2.7% |
| April | 17 | 7.7% | 0.6 | 4.6% |
| May | 22 | 9.9% | 1.0 | 9.9% |
| June | 30 | 13.5% | 1.5 | 20.3% |
| July | 31 | 14.0% | 1.8 | 25.1% |
| August | 26 | 11.7% | 1.3 | 15.3% |
| September | 21 | 9.5% | 0.7 | 6.6% |
| October | 23 | 10.4% | 0.5 | 5.2% |
| November | 18 | 8.1% | 0.5 | 4.1% |
| December | 23 | 10.4% | 0.6 | 6.2% |
| Total | 222 | 100.0% | | 100.0% |

Given its similar weather and location, America's Heartland would have a similar operating schedule, with around 200-220 days of operation each year, and an expectation that July would be the most popular month for visitation.

## Design Day

Except for parking, it is neither economical nor necessary to plan a physical plant to accommodate absolute peaks in attendance; rather, a good balance is achieved if facilities are planned for the "design day," a term referring to the average of attendance on the top 15 to 20 days of the year. The result is a facility large enough to handle the heavy volume of visitors on the three or four highest days, albeit with some crowding, but at the same time, the facility is not so large as to appear empty during the slack periods that inevitably occur. The design day for America's Heartland can be determined as follows: As shown in Table 1 (above) July can be expected to account for about 25% of yearly attendance. If we apply that factor to the mid-case attendance projection of 3.7 million, as many as 925,000 guests may attend that month. The peak week typically accounts for 25% of monthly attendance, so in this case would total 231,250 guests. Saturday is usually the peak day of the week, during which about 20% of the peak week's attendance may be incurred. This would mean about 46,000 people would visit the park on a Saturday in July. Accordingly, the **design day for America's Heartland is estimated at 46,000 visitors.**

## Peak Number of Guests In Park

Based on Chapter 3's Project Description, **America's Heartland** should generate visitor stay times ranging from 7-8 hours. This is typical for a major theme park. Assuming a 12-hour daily operating schedule during peak attendance periods, **Table 2** contains typical arrival and departure patterns for

the design day. A study of Table 2 reveals that the peak arrival hour, which is between 11AM and noon for most theme parks, will be spread over the time between noon and 2PM for America's Heartland due to the longer than normal drive times to reach Vinita. As indicated, the on-site crowd typically increases quite rapidly during the first several hours of operation and would reach a peak of about 80 percent of the day's total between 3 and 4 pm. Since most visitors already have arrived at this hour and relatively few have departed, the midafternoon hours are the period of greatest strain on facilities.

Based on a peak on-site factor equal to 80 percent, the average maximum number of people on site would amount to approximately 36,800 persons. This represents the simultaneous holding capacity requirement of the attraction: the sum of all entertainment and visitor service facilities, general circulation, and other spaces open to the public. A longer average stay time, it should be recognized, would increase the on-site count, whereas extended operating hours would marginally reduce the on-site crowd.

**Table 2**

**HOURLY ARRIVAL AND DEPARTURE PATTERNS**

| 7/8-hour stay time | Hourly Arrivals | Cum. Arrivals | Hourly Departure | Cum. Departures | Onsite % |
|---|---|---|---|---|---|
| 10-11 am | 12% | 12% | 0% | 0% | 12% |
| 11-12 Noon | 18% | 30% | 0% | 0% | 30% |
| 12-1 pm | 20% | 50% | 0% | 0% | 50% |
| 1-2 pm | 18% | 68% | 0% | 0% | 68% |
| 2-3 pm | 12% | 80% | 2% | 2% | 78% |
| 3-4 pm | 6% | 86% | 4% | 6% | 80% |
| 4-5 pm | 5% | 91% | 6% | 12% | 79% |
| 5-6 pm | 4% | 95% | 10% | 22% | 73% |
| 6-7 pm | 3% | 98% | 18% | 40% | 58% |
| 7-8 pm | 2% | 100% | 20% | 60% | 40% |
| 8-9 pm | 0% | 100% | 20% | 80% | 20% |
| 9-10pm | 0% | 100% | 20% | 100% | 0% |
| Total | 100% | 100% | 100% | 100% | |
| Design Day Attend | | | | | 46000 |
| Peak On Site | | | | | 36800 |

# Entertainment Capacity Requirements

All rides, shows, and other attractions within a theme park may be rated in terms of the number of visitors they are theoretically able to handle per hour. This theoretical hourly capacity is referred to as "entertainment units." It is TFC's observation that parks of the size and program scope of the **America's Heartland** should be planned to offer an average of 1.2 guest experiences per hour. (This would mean the typical guest would experience between 8 to 10 rides and/or shows during their visit.) These factors have been applied to the on-site crowd estimate of 36,800 in **Table 2**. The result is 1.2 x 36,800 = a requirement for 44,160 entertainment capacity units. This should be enough to ensure adequate entertainment value commensurate with the price of admission. **Table 3** (below) shows the ride capacity of the list of pre-concept attractions from the project description chapter.

**Table 3—Entertainment Capacity**

| Land/Attraction | Capacity Per Hour | Comment |
|---|---|---|
| **Main Street** | | |
| **Pioneer/Western Land** | | |
| Haunted Mine Car--(Haunted Mansion) | **2400** | **Omni mover or similar** |
| Lumberjack Mtn. (Splash Mountain) | **2400** | **8 pass boat x 30 sec dispatch** |
| Minor Ride (TBD) | **800** | **Typical** |
| Minor Ride (TBD) | **800** | **Typical** |
| Show (TBD) | **400** | **Music/Saloon Stunts alt ea. 45 min.** |
| Interactive Area | **250** | **Typical** |
| **Route 66 Land** | | |
| Get Your Kicks--(Rad. Springs Racers) | **1500** | **Like Test Track** |
| Junkyard Crusher--(Indiana Jones Ride) | **2400** | **Like Disneyland's** |
| Minor Ride (TBD) | **800** | **Typical** |
| Minor Ride (TBD) | **800** | |
| Minor Ride (TBD) | **800** | |
| Show (TBD) | **1000** | **40's bands & "Radio show"** |
| Interactive/Play Area | **250** | **Typical** |
| **Steam Town Land** | | |
| Tesla's Adventure--(Buzz Lightyear) | **1200** | |
| Steam Powered Coaster--(Space Mtn.) | **2000** | |

| | | |
|---|---|---|
| Flat Ride (TBD) | **800** | |
| Flat Ride (TBD) | **800** | |
| Flat Ride (TBD) | **800** | |
| Show (TBD) | **500** | **Ragtime & Vaudeville** |
| Interactive Area | | |
| **Bayou Bay Land** | | |
| Gator Hunt (Jungle Cruise) | **1800** | |
| Battle of New Orleans--(Pirates Ride) | **3000** | **Dual load/unload** |
| Minor Ride (TBD) | **800** | |
| Minor Ride (TBD) | **800** | |
| Minor Ride (TBD) | **800** | |
| Show (TBD) | **500** | **Jazz & Mardi Gras** |
| Interactive/Play Area | | |
| **Small Townsville Land** | | |
| Barnstormer--(Soarin Over California) | **2000** | **Like Disney** |
| Sea to Shining Sea--(American Adv.) | **2000** | **2 shows/hour** |
| Minor Ride (TBD) | **800** | |
| Minor Ride (TBD) | **800** | |
| Show (TBD) | **500** | **50's TV** |
| Interactive Area/Playground | **250** | |
| Major Kids Ride, i.e., coaster | **800** | |
| Kids Ride | **400** | |
| Kids Ride | **400** | |
| Kids Ride | **400** | |
| Kids Ride | **400** | |
| Kids Ride | **400** | |
| Kids Ride | **400** | |
| **Heartland Harbor Land** | | |
| **Tawdry Tales of the Sea--**(Bear Jamboree) | **1000** | |
| **Outboard Bathtub Stunts**--(Waterworld) | **1500** | |
| **Water Ride (TBD)** | **1200** | |
| **Water Ride (TBD)** | **1200** | |
| **Show (TBD)** | **500** | |
| **Interactive Area/Water Playground** | **250** | |
| **Steam Train** | **1000** | |
| **Sky Ride** | **1000** | |
| | | |
| **Park Total** | **45,600** | |

As noted in Table 3, there is sufficient ride capacity to meet design day requirements in the current pre-concept list of ride and attractions.

# Food Service Requirements

Using Design Day planning parameters, demand for food service facilities at the **America's Heartland** can be estimated as shown in **Table 4. The** table is based on the highest demand for food service occurring at dinner time, between about five to seven pm. If 90 percent of all visitors on-site during these hours wish to eat at the park and, further, this demand is evenly spread over the two-hour period, maximum hourly demand would be equivalent to 45 percent of the on-site population during those hours.

**Table 4—Food Service Requirements**

| | | | |
|---|---|---|---|
| **Peak On Site Attendance** | | 80% | 36,800 |
| **5-7 PM Avg. Attendance** | | 67% | 24,656 |
| **Maximum Hourly Demand for Food Service (at 45 percent)** | | **11,095** | |
| | | | |
| **Estimated Distribution of Hourly Demand by Type of Service** | | | |
| | Restaurant (15 percent) | 1664 | |
| | Cafeteria (25%) | 2774 | |
| | Snack Stands (60 percent) | 6,657 | |
| | | | |
| **Seating Capacity Required** | | | |
| | Restaurant (1 turn per hour) | 1664 | |
| | Cafeteria (2 turns per hour) | 1387 | |
| | Snack Stands (3 turns per hour) | 2219 | |
| | | | 5,270 |
| **Food Service Area Required (square feet)** | | | |
| | Restaurant (at 25 sf per seat) | 41,607 | |
| | Cafeteria (@ 20 sf per seat) | 27,738 | |
| | Snack Stands (at 15 sf per seat) | 33,286 | |
| | | | |
| | **Total Square Feet of Restaurants** | | **102,631** |

The table shows a requirement to prepare a little more than 11,000 meals or snacks each hour. It has also been assumed that this demand will be allocated between three basic types of food service facilities: full-service restaurants (15 percent of total), self-service cafeteria or convenience food facilities (25 percent of total), and various snack stands dispensing beverages, ice cream, hot dogs, fried chicken, pizza, hamburgers, and other similar items (60 percent of total). This distribution is subject to fine-tuning as park plans are finalized but will suffice for preliminary planning purposes.

Using seat turnover ratios of one turn per hour for restaurants, two turns per hour for convenience food operations, and three turns per hour for snack stands as consistent with industry experience, restaurant capacity required is estimated at 5,270 seats. This seating requirement translates into building area of about 102,600 square feet.

## Merchandise Sales Space Requirements

The financial analysis in the next section of this report will establish that potential visitor spending on retail items at the subject attraction are expected to average some $8 per capita (constant 2022 dollars). Given the third year 3.672 million annual attendance model, total gross merchandise sales will accordingly come to $29.4 million. The typical sales objective for operations of this type would be $350 per square foot, yielding demand for about 84,000 square feet of sales area.

## Parking Requirements

The one component in a recreation enterprise that must be planned for absolute peaks in visitor volume is parking since availability of a place to park is a prerequisite to attendance. A preliminary estimate of parking spaces needed at **America's Heartland** is shown in **Table 5.**

A 10 percent increment (representing the difference between design day and absolute peak attendance) has been added, which yields a probable peak crowd of approximately 40,000 persons. We assume that ninety per cent of these visitors arrive by private auto in parties averaging 3.5 persons in size as suggested by comparable experience, auto capacity required amounts to roughly 10,900 spaces. Table 5 estimates that the remaining 10 percent of all park guests will arrive via tour or group charter bus, which, at an average of 40 persons per vehicle, translates, into a need for about 100 bus spaces. Employee parking spaces must also be added to these totals at 15% of guest parking. (Some employees may need to be bussed to the site from Tulsa.) At 125 cars and 25 busses per acre, this produces **a requirement for about 97 acres of parking.**

**Table 5—Parking Requirements**

| | | |
|---|---|---|
| **Estimated Design Day, Peak On-Site Attendance** | 36,800 | |
| | | |
| **Add: Allowance for Absolute Peak in Attendance (at 10 percent)** | 40,480 | |
| | | |
| **Estimated Distribution by Mode of Arrival** | | |
| | Auto (90 %) | 36,432 |
| | Charter Bus (10 %) | 4,048 |
| | | |
| **Number of Parking Spaces Required** | | |
| | Auto (3.5 per car) | 10409 |
| | Tour Bus (40 per bus) | 101 |
| | | |
| **Add: Employee Parking (at 15 percent of visitor auto spaces)** | | 1561 |
| | | |
| **Rounded Total Requirements** | | |
| | Auto Spaces | 10409 |
| | Bus Spaces | 101 |
| | Employee | 1561 |
| | Total | 12,072 |
| Total Acres Required | | 96.9 |



GB00119979

# Total Theme Park Land Requirements

Based on sizing parameters for major component facilities of the **America's Heartland** as just described, **Table 6** contains a summary of total land area required for the attraction.

**Table 6—Total Theme Park Land Requirements**

| | | |
|---|---|---|
| **Estimated Design Day, Peak On-Site Attendance** | | 36,800 |
| | | |
| **Land Area Requirements (acres)** | | |
| | Basic Entertainment and | |
| | Visitor Service Facilities | |
| | (at 300 persons per acre) | 120 |
| | | |
| | Administration, Maintenance, | |
| | & Support Facilities | |
| | (at 20 percent of entertainment) | 24 |
| | | |
| | Parking Area | 97 |
| | | |
| | Subtotal | 241 |
| | | |
| | Reserve for Expansion (25%) | 60 |
| | | |
| | Total Land Area--acres | 302 |

As shown, an appropriate crowd density for a theme park with large rides like Disney or Universal would be 300 peak attendees per acre (or about one person per 150 square feet), producing a basic requirement of 120 acres of core entertainment area, including buildings and outdoor entertainment venues.

An area equivalent to about 20 percent of the entertainment core, or 24 acres, will provide for necessary support functions, including administration, maintenance, storage, and other park service facilities. Finally, addition of parking at 97 acres, plus a standard factor of 25% for expansion adds another 60 acres, bringing the **total land area requirements to 302 acres.**

## Hotel and RV Campground Planning

The mid-case attendance analysis of Chapter 4 estimates a secondary market attendance of about 1.128 million guests per year. As noted in Chapter 2, there is only lodging for about 112,000 of these guests in the Vinita area. Past experience with Six Flags Over Texas showed that a “Disney-lite” park would attract “outer market” guests and that about 80% of those guests chose to spend the night in some form of lodging or with friends and relatives.

Using this history as a benchmark, the potential hotel and RV Campground market for America’s Heartland would be 1.128 million – 112,000 = about 1.0 million x 80% = about 800,000 guests per year. This is the number that would stay in the Vinita area if they could. Based on statistics obtained from the RV industry, about 20% of these guests could be expected to patronize the RV Campground, while the remaining 80% or 640,000 would likely prefer to be hotel guests.

## Hotel Requirements

In order to calculate the number of rooms required to accommodate these 640,000 guests, we must first establish both the “party” size and the hotel room guest capacity. Most resort hotel rooms are large enough (around 500 square feet) to accommodate four guests, but considering couples and

smaller families, an estimate of 3.5 guests per room on average is reasonable. This would produce a need for 640,000/3.5 guests per room = 183,000 room nights.

It is not practical to design a hotel to handle a peak day, week or even month, so in order to make it economically viable, the hotels should be designed to operate at essentially full capacity during nine of the ten months the park is open. In these months, park attendance averages about 5% (or so—see Table 1) of yearly attendance, which would mean the design goal should be to provide lodging for 183,000 x 5% = 9,000 room nights per month. Dividing this by an average month of 30 days would **produce a need for a 300-room hotel.**

It is, however, not practical to construct a hotel whose sole market is a theme park that is open 220 days a year, since that hotel will be largely vacant 145 days a year, and thus can never exceed a yearly occupancy of 220/365 = 60%, which is marginal in the hotel industry. Accordingly, the resort will need to develop indoor/winter activities such as an indoor water park adjacent the hotel, sledding hills, a "snow park" with snow slides, ice skating, a "mountain coaster," bobsled rides etc. If this is done, we expect that yearly occupancy would average 70% and thus the hotel would be a profitable venture.

Accordingly, we **estimate the requirement for a 300-room hotel on the property,** provided some form of winter activities are added to the scope of work to make year-round operation viable.

## RV Campground Requirements

Based on the above analysis, we would need to provide for about 160,000 guests per year in the new RV Campground. Given the lower capital cost of developing an RV space (about $50-60,000 per

space for a fully landscaped campground), it would be economically viable to plan this facility for the peak months of May through August. This would require accommodating an average of about 20% of the yearly guests in each month, or about 32,000. At an average of 3.5 guests per space, this would produce a total **requirement for about 300 spaces.**

If we adopted Disney's approach at Fort Wilderness Campground in Orlando, we could supplement the market for guests who do not wish to buy or rent and RV, but wish to stay the night, by also offering stationary trailers that could sleep four to six guests. This could absorb some of the guests who might have preferred a hotel but would be turned away during the busy summer months. Given the lower capital cost of a campground space and single-wide trailer (about $130-$150,000 per unit), compared to a hotel room (about $250-300,000 per room for a full-service hotel), trailers could be economically viable. If so, a planning goal would be to absorb an additional 5% of secondary market guests, creating a requirement for as many as 300 of these trailers, bringing the **total RV campground to 600 spaces.**

**Note: These lodging requirements will be confirmed and/or refined in the financial analysis section to follow.**

## Total Lodging Requirements

Based on the above analysis, the mid-case attendance projection will require a 300-room hotel, 300 space RV campground, and possibly another 300 spaces occupied by stationary, single-wide guest trailers.

## Lodging Land Requirements

Resort hotels can vary widely in terms of square footage, but for planning purposes we will use an industry average of 900 square feet per room, which would yield a total requirement of 300 rooms x 900 square feet/ room = 270,000 square feet for built up area. Assuming this is distributed over four floors, this translates into a building “footprint” of about 68,000 square feet or 1.5 acres, plus room for a pool and other outdoor amenities, bringing the total requirement to about **2.5 acres.**

With respect to the RV Campground, the typical design standard calls for 10 spaces per acre. In a fully landscaped “Disney” style facility, we would reduce this to 8 spaces per acre. Accordingly, we would need about 300 spaces/8 = 37.5 acres. To this, we would add about 12.5 acres for circulation, recreational activities, a store, pool, bathrooms/showers, office, and backstage facilities, producing a **total requirement of 50 acres.**

If the financial analysis justifies the addition of the **300 trailer spaces, an additional 50 acres** would be required for that purpose, bringing **the total RV/Trailer requirement to 100 acres.**

Finally, a hotel parking lot is required. The parking lot should accommodate 300 guest cars + 75 employee vehicles = 375/125 cars per acre = 3 acres. Adding this to the 2.5-acre hotel and 100-acre RV + trailer campground produces a total requirement of **105.5 acres + 25% for expansion = 130 acres’ total land requirement.**

## Planning Requirements for Five Million Attendance Projection

We have been requested to estimate the planning requirements if the attendance exceeds the 3.7 million projection and achieves 5 million per year. Should this occur, the planning requirements would be as shown in Table 7 (below):

### Table 7—5.0 M Attendance Planning Requirements

| Planning Requirement | 3.7 M Attend Req. | 5.0 M Attend Req. |
|---|---|---|
| Design Day | 46,000 | 62,000 |
| Peak In Park | 36,800 | 49,730 |
| Entertainment Capacity | 44,160 | 59,700 |
| Food Service--square footage | 75,000 | 100,000 |
| Merchandise--square footage | 74,000 | 100,000 |
| Parking Spaces | 12,072 | 16,314 |
| Theme Park Land--Acres | 302 | 408 |
| Onsite Hotel Rooms | 300 | 405 |
| RV Campground Spaces | 300 | 405 |
| Trailer Campground Spaces | 300 | 405 |
| Hotel & RV Land--Acres | 130 | 176 |

# Chapter 6

# Preliminary Financial Analysis

The revenue and profit potential of the America's Heartland project is assessed in this section of the report, incorporating the 3.7 million third year attendance model. Additionally, the "Breakeven" Analysis of Table 4 shows per capita income, gross revenue, and operating expenses for the potential five million attendance projection. Except where indicated, all amounts are expressed in constant 2022 dollars and do not consider inflation. While every effort has been made to ensure a conservative, realistic appraisal of the project's economic performance, certain independent assumptions have nevertheless been made that influence financial results. These assumptions, described where applicable as the analysis unfolds, are subject to change and/or refinement as planning reaches successively more definitive stages.

## THEME PARK OPERATING REVENUE

Operating revenues at America's Heartland will be generated primarily from visitor expenditures at the site. Accordingly, this analysis will be concerned only with spending by park guests, and not corporate sponsorships or government support.

### Theme Park Admission Revenue

In order to establish an admission price, it is necessary to review the prices of similar tourist attractions. **Table 1 (below)** summarizes these prices:

**Table 1—Admission Prices for Selected Theme Attractions 2022**

| Theme Park | Adult Price | Child Price | Seniors | Season Pass | Comment |
|---|---|---|---|---|---|
| Silver Dollar City | $ 79.00 | $ 69.00 | $ 69.00 | $ 150.00 | Theme Park only |
| Dollywood | $ 89.00 | $ 79.00 | $ 79.00 | $ 159.00 | Theme Park only |
| Six Flags Over Texas | $ 39.99 | $ 39.99 | $ 39.99 | $ 79.99 | Started year @ $79.99 |
| Universal Studios Florida | $ 109.00 | $ 104.00 | N/A | $ 439.00 | One Day, One Park Pass |
| SeaWorld & Busch FL | $ 89.99 | $ 89.99 | N/A | $ 204.00 | Florida Parks not based on IP's |
| America's Heartland | $ 84.00 | $ 79.00 | $ 79.00 | $ 200.00 | Better Value that Midwest Parks |
| 35% discount | $ 54.60 | | | | |
| x 3,672,000 3rd yr. attend | $200,491,200 | | | | Admission Gross Revenue |

An analysis of Table 1 shows that the closest theme park in terms of distance, and with a similar theme, is Silver Dollar City in Branson. Their "one-day" theme park (only—not including the water park) adult admission price is $79, while season passes are close to double that, or $150. Dollywood, which also has a similar theme, began the summer of 2022 by offering an adult ticket for $89, but as attendance softened, is now advertising "everyone pays the child price" tickets of $79 for adults. Six Flags heavily discounted their admission prices and season passes this year, only to experience violence at several of their parks. The new CEO has vowed to raise admission prices, saying that the parks are not "cheap baby-sitting services," so we have excluded Six Flags Over Texas from the analysis.

In Florida, 2022 theme park attendance has remained strong, reflected in the Universal Studios Florida admission price of $109. The strength of Universal's parks is further demonstrated in the Universal Season Pass price of $439, which is about 4X the one day, one park ticket price. In comparison, the nearby but less successful SeaWorld Orlando and Busch Garden's Tampa offer an $89.99 admission price and a season pass about 2X that amount. Considering all of the above, we recommend offering a one-day adult ticket price of $84 and season passes at $200, reflecting the higher "show value" of America's Heartland versus Silver Dollar City.

It is a standard industry practice to discount theme park admission prices. Even a successful park usually only realizes about 65% of the advertised admission price, and at parks like Six Flags it can be 50% or less. Therefore, for purposes of calculating gross revenue, we estimate an average discount to about 65% of the adult price, which results in a realized admission price of $54.60 per capita. The price reflects the lower child and senior prices, the effect of season passholders making three, four or more visits, and a certain percentage of promotional discounts, group sales and hotel packages. This discounted price may change over time depending on many factors, including the economy and the season pass pricing strategy. (Since each paid guest who passes through the front gate counts as another attendee, a season pass holder who visits four times is counted as four people. Thus, if the season pass is sold at 2X the one- day price and the passholder visits four times a year, the admission price has essentially been discounted to 50%. However, if the park proves successful like Universal Orlando, the season pass price may increase vs. the one-day price to 4X or more, resulting in a higher realized admission price.)

Using the third-year discounted prices we would calculate yearly **admission revenue** of $54.60 x 3,672,000 attendance = $200,491,200 as shown in **Table 1.**

## Food Service, Retail & Parking Revenue

Food service revenue is generally a function of the guest stay-time and level of affluence. America's Heartland will attract more families than Six Flags or Cedar Fair, who according to annual reports, averaged around $9-10 per capita in pre-pandemic years, so we can expect higher food service revenue. Accordingly, we estimate food service per capita at about $11 per capita, producing a gross revenue estimate of about $40.4 million in the third year of operation, as shown in Table 2 (below).

As a cross check, we can analyze food service revenue on a square foot basis. If the $40.4 million revenue is divided by the approximately 102,600 square feet of restaurant space, a figure of about $390 per square foot per year is derived. This would be the equivalent of about $300 per square foot for the sit-down (table service) restaurants, $400 per square foot for cafeterias and $500 per square foot for fast food, all of which are within industry standards for those types of food service.

The retail per capita of $8.00 equals $350 per square foot of sales area, which is a mid-case sales target for unique, branded merchandise in a theme park, impulse-buy environment. Given recent retail trends, we assume that a portion of this retail space would be "experience" oriented, allowing guests to "try out" and experience the merchandise and then either purchase it on site or order it delivered to their home through online services.

Parking estimates of about $5.14 per guest are derived by comparison to Six Flags and Cedar Fair at $20 per car and 3.5 guests per vehicle, reduced 10% for (free) bus parking and hotel guest parking (estimated elsewhere). Games and low-capacity rides offered for additional charges are estimated at $2.00 per capita.

## Theme Park Gross Yearly Revenue

Adding admission, food service, retail and games and parking revenue, **gross revenue for the third year of operation is estimated at $296.5 million, with a per capita income of nearly $81 per guest, as shown in Table 2 (below):**

**Table 2—Gross Revenue**
**3rd Year of Operation--$2022**

| Category | Attendance | Per Capita | Gross Revenue | Comment |
|---|---|---|---|---|
| Theme Park Admissions | 3,672,000 | $ 54.60 | $ 200,491,200 | See Table 1 |
| | | | | |
| Theme Park Food Service | 3,672,000 | $ 11.00 | $ 40,392,000 | About $390/SF |
| | | | | |
| Theme Park Retail | 3,672,000 | $ 8.00 | $ 29,376,000 | $350 per sf x 84,000 sf |
| | | | | |
| Games & Upcharge Rides | 3,672,000 | $ 2.00 | $ 7,344,000 | Typical |
| | | | | |
| Parking | 3,672,000 | $ 5.14 | $ 18,884,571 | 90% x $20 per car @ 3.5 guest/car |
| | | | | |
| **Gross Operating Revenue** | **3,672,000** | **$ 80.74** | **$ 296,487,771** | |

## Theme Park Pro Forma & CAPEX

Based on the preceding itemization of visitor spending, **Table 3 below** reflects gross revenues, operating costs, earnings before interest, taxes and depreciation, and capital expenditures justified by earnings for America's Heartland. These figures are based on either industry standards, Six Flags, Cedar Fair, Disney, and Universal experience or TFC experience and are subject to revision as the project matures.

Table 3 shows yearly operating costs of $191.3 million, resulting in an EBITDA (Earnings before interest, tax, and depreciation) or operating profit of $105.2 million for the theme park. This represents 35% EBITDA which is about mid-way between the 24% achieved by Cedar Fair and the 44% achieved by Universal Studios, per their Annual Reports during pre-pandemic years.

An application of 10X EBITDA would provide for a **capital estimate of $1.05 billion**, which should be sufficient to design and construct the attraction as described in the Project Description section, provided cost effective management techniques consistent with TFC experience are applied.

**Table 3—Pro Forma & Capital**
**2022 US$**

| Line of Business | Revenue | Op. Cost | EBITDA | CAPEX | Comment |
|---|---|---|---|---|---|
| Admissions | $200,491,200 | $130,319,280 | $ 70,171,920 | $ 701,719,200 | 65% operating cost, like Cedar Fair |
| | | | | | CAPEX @ 10 x EBITDA |
| Food Service | $ 40,392,000 | $ 30,294,000 | $ 10,098,000 | $ 100,980,000 | 75% operating cost--industry std. |
| | | | | | CAPEX @ 10 x EBITDA |
| Retail | $ 29,376,000 | $ 14,688,000 | $ 14,688,000 | $ 146,880,000 | 50% operating cost (no owner |
| | | | | | draw) CAPEX @ 10x EBITDA |
| Games & Upcharge | $ 7,344,000 | $ 3,672,000 | $ 3,672,000 | $ 36,720,000 | 50% operating cost |
| | | | | | |
| Parking | $ 18,884,571 | $ 12,274,971 | $ 6,609,600 | $ 66,095,999 | 65% operating cost, like Cedar Fair |
| | | | | | |
| Total Project | $296,487,771 | $191,248,251 | $105,239,520 | $1,052,395,199 | |
| Per Capita Revenue | $ 80.74 | | | | |
| Op Cost/EB ITDA | | 65% | 35% | | Average EBITDA |

## Estimated Breakeven Point

America's Heartland Theme Park will have a fairly high incidence of fixed operating costs, although it is difficult to be precise at this stage of planning. General and administrative expenses (including basic marketing), an appreciable amount of operating labor, energy costs necessary for basic operations and essential maintenance are among principal fixed costs.

TFC estimates that the distribution of the total operating expense will be approximately 50 percent fixed and 50 percent variable, the latter expenses encompassing cost of goods sold, the remainder of operating payroll, energy costs above basic operation and other items that are sensitive to volume.

Table 4 (below) also reflects the correlation between attendance and per capita income. Based on past history, when attendance declines, management combats the decline by offering further discounts.

These lower the per capita. Conversely, if attendance exceeds projections, per capita will rise as the constant dollar ticket prices and particularly the season passes are priced more favorably.

On this basis, Table 4 calculates the theoretical breakeven point, using gross revenue and operating expense, which comes at a little more than two million yearly attendance. The table also highlights the probable first year attendance of three million and the five million attendance scenario discussed previously.

**Table 4--THEORETICAL BREAKEVEN POINT**

| Attendance | Per Capita | Gross Revenue | Fixed Costs | Variable Cost | Net Profit |
|---|---|---|---|---|---|
| 1,000,000 | $ 65.00 | $ 65,000,000 | $ 105,186,538 | $ 23,437,286 | $ (63,623,824) |
| 1,500,000 | $ 70.00 | $ 105,000,000 | $ 105,186,538 | $ 35,155,928 | $ (35,342,467) |
| 2,000,000 | $ 75.00 | $ 150,000,000 | $ 105,186,538 | $ 46,874,571 | $ (2,061,109) |
| 2,039,973 | $ 75.00 | $ 152,997,975 | $ 105,186,538 | $ 47,811,430 | Breakeven |
| 2,500,000 | $ 77.00 | $ 192,500,000 | $ 105,186,538 | $ 58,593,214 | $ 28,720,248 |
| 3,000,000 | $ 79.00 | $ 237,000,000 | $ 105,186,538 | $ 70,311,857 | $ 61,501,605 |
| 3,500,000 | $ 80.00 | $ 280,000,000 | $ 105,186,538 | $ 82,030,500 | $ 92,782,962 |
| 3,672,000 | $ 80.74 | $ 296,487,771 | $ 105,186,538 | $ 86,061,713 | $ 105,239,520 |
| 4,000,000 | $ 81.00 | $ 324,000,000 | $ 105,186,538 | $ 93,749,143 | $ 125,064,319 |
| 4,250,000 | $ 81.50 | $ 346,375,000 | $ 105,186,538 | $ 99,608,464 | $ 141,579,998 |
| 4,500,000 | $ 82.00 | $ 369,000,000 | $ 105,186,538 | $ 105,467,785 | $ 158,345,676 |
| 5,000,000 | $ 82.50 | $ 412,500,000 | $ 105,186,538 | $ 117,186,428 | $ 190,127,034 |

## HOTEL FINANCIAL ANALYSIS

As noted in Chapter 5, there is a requirement for a 300-room hotel, a 300-space campground and another 300 permanent guest trailers. In order to compute the gross yearly hotel revenue and expenses, we must first estimate the hotel occupancy rate and multiply this by the average room rate, and then add food, beverage, and other revenues.

## Lodging Occupancy & Average Room Rates

As noted Chapter 5, the hotel will be limited to 300 rooms, which should allow it to operate at "full" (90% occupancy) during the 220 days of the year when the theme park is open. We would estimate that the balance of the year, since it includes an indoor water park, the hotel would operate at about 40% of potential capacity (full on the weekends). Due to the increase in RVing during the pandemic, we expect that the RV campground would run at similar figures. The campground's permanent trailers, designed to absorb guests the hotel cannot accommodate, would probably achieve about 80% occupancy during theme park operation and probably 20% during cold months. These figures result in a year-round occupancy estimate for the hotel and RV campground of 70%, and 56% for the trailer campground, as shown below in Table 5.

**Table 5—Lodging Occupancy**

| Lodging Element | Theme Park Days Open | Balance of Year | Total Year |
|---|---|---|---|
| | 220 | 145 | 365 |
| Hotel nights (300 rooms) | 66,000 | 43,500 | 109,500 |
| Occupancy | 90% | 40% | 70% |
| Occupied Rooms | 59,400 | 17,400 | 76,800 |
| | | | |
| Campground nights (300 spaces) | 66000 | 43500 | 109500 |
| Occupancy | 90% | 40% | 70% |
| Occupied Spaces | 59400 | 17400 | 76,800 |
| | | | |
| Trailer nights (300 spaces) | 66,000 | 43,500 | 109,500 |
| Occupancy | 80% | 20% | 56% |
| Occupied Trailers | 52,800 | 8,700 | 61,500 |

In order to establish an average room rate for the hotels, we must study comparable hotels.

# Comparable Theme Park Hotels & Campgrounds

### DreamMore Resort, Dollywood, Pigeon Forge TN

Located adjacent to Dollywood's Splash Country Water Park and a short distance from Dollywood's main gate, this resort offers indoor and outdoor pools, a kid's playground and activity center, a spa and free parking. Rates vary from $180-$250 in low season, to $350-$440 in high season.



### Great Escape Lodge, Lake George NY

Another comparison would be the Six Flags Great Escape Lodge, next to Six Flags Great Escape Theme Park in Lake George, NY. The Great Escape Lodge is similar to America's Heartland in that it is located across the street from the park. Its room rates vary from $379 in high season to $179 in low season.

Figure 1—Great Escape Lodge and Theme Park in Background



Figure 2—Great Escape Water Park



**Hershey Lodge, Hershey PA**

A third comparable regional theme park resort hotel is Hershey Lodge next to Hersheypark in Pennsylvania. (There is also a Hershey Hotel nearby, but this is an older property not designed as either a theme park or convention hotel and so not as valid a comparison.) Despite the rooms being small by current resort hotel standards (305 to 329 square feet vs. the more typical 550 square feet), room rates vary between $499 in high season and $199 in low season. (This does not consider group-rate convention bookings, typically about 25% less than individual bookings in low season.) The Hershey Lodge is shown in Figure 3.

**Figure 3—Hershey Lodge**



Like the Great Escape Lodge, the Hershey Lodge also has its own indoor water play area with a few slides called "Hershey Water Works," shown in Figure 4 (below):

**Figure 4-Hershey Water Works**



Using the above-described comparable data, Table 6 (below) computes the probable average daily rate at $300 per night, including the effect of group rates. Based on these calculations a **gross yearly room revenue of $22 million per year is estimated.**

**Table 6—Gross Yearly Room Revenue $2022**

| Hotel | High | Low | Avg Daily Rate | Comment |
|---|---|---|---|---|
| **Six Flags Great Escape Lodge** | $379.00 | $179.00 | $279.00 | Extensive Indoor Water park |
| | | | | |
| **Hershey Lodge** | $499.00 | $199.00 | $349.00 | Indoor Water Play Area |
| | | | | |
| **DreamMore Resort** | $390.00 | $215.00 | $302.50 | No water park, indoor/outdoor pools |
| | | | | |
| **Average** | $422.67 | $197.67 | $310.17 | |
| | | | | |
| **America's Heartland ADR** | | | **$300.00** | **Distance factor** |
| | | | | |
| **Total Available Rooms X Year** | | | 109,500 | See Table 5--300 rooms |
| **Occupied Rooms** | | | 76,650 | 70% occupancy |
| **Group Rate/Theme Pk Package** | | | 15,330 | 20%-- Estimate |
| **Group Room Rate--Avg.** | | | $240.00 | 20% year-round discount |
| **Group Room Revenue** | | | **$3,679,200** | |
| **Standard Rate Rooms** | | | 61,320 | 80% Estimate |
| **Standard Room Rate** | | | **$300** | |
| **Standard Room Revenue** | | | **$18,396,000** | |
| | | | | |
| **Total Room Revenue** | | | **$22,075,200** | |

## Non-Room & Total Hotel Revenue

According to the pre-pandemic CBRE Hotels Americas Research Report “Trends in the Hotel Industry”, about 68% of the total revenues of American hotels are generated by room revenue, with most of the remaining 32% coming from Food and Beverage. If we assume that America’s Heartland performs similarly, then **the non-room revenue would amount to .32/.68 x $22.075 million = $10.4 million,**

**bringing total hotel revenues to $32.5 million in the third year of operation.** (This includes food service and banquets for conventions and meetings.)

## Hotel Pro Forma And CAPEX

Our estimate is based on an average of US/Americas hotel performance for Hilton, Hyatt and IHG (Holiday Inn, Intercontinental Hotels), which calculates operating expenses at about 73% of gross revenue. Using this figure, we predict yearly **operating costs of $23.7 million** per year, producing an **EBITDA of $8.8 million**. This justifies a capital expenditure of $88 million which would mean a per room cost of $292,000 for the 300-room hotel. In comparison, according to the 2020 HVS Hotel Development Cost Report, the median cost per room (excluding land costs) of a full-service hotel built in 2019 was about $325,000 per room. According to construction industry sources, construction costs in Oklahoma are about 15-20% less than the U. S. average, so America's Heartland should be able to construct a full-service hotel with indoor waterpark elements within the $88 million or $292,000 per room estimate, providing cost effective design measures are employed.

## RV and Trailer Campground Analysis

RV camping was one of the few sectors of the travel industry that actually benefitted from the pandemic. According to the KOA 2022 National Survey, 40% of all trips during 2021 involved camping, up sharply from pre-pandemic figures.

Based on the occupancy rates established in Table 5, Table 6 below estimates the Pro-forma and CAPEX for the RV Park and Trailer Park. The table shows a gross revenue of **$5.3 million,**

**operating expenses of $2.8 million, and an operating profit of $2.5 million for the RV campground.** It also shows gross revenue of **$9.4 million, operating expenses of $6.3 million, and an operating profit of $3.1 million for the Trailer Campground.**

It should be noted that both sets of figures are for the mature, third year of operation. These figures are based on industry standards and/or TFC experience and will be updated as additional data is received.

**Table 6—RV Campground & Trailer Campground Pro Forma $2022**

| Lodging Element | Yearly Nights | ADR | Gross Rev. | Ops. Exp | Ops. Profit | Capital |
|---|---|---|---|---|---|---|
| RV Site Rental--220 Peak Days | 59,400 | $ 75.00 | $ 4,455,000 | $ 2,227,500 | $ 2,227,500 | |
| RV Site Rental--145 days | 17,400 | $ 50.00 | $ 870,000 | $ 565,500 | $ 304,500 | |
| RV Campground Total | 76,800 | | $ 5,325,000 | $ 2,793,000 | $ 2,532,000 | $25,320,000 |
| | | | | | | |
| Rental Units--220 Peak Days | 52,800 | $ 150.00 | $ 7,920,000 | $ 5,148,000 | $ 2,772,000 | |
| Rental Units--145 days winter | 13,200 | $ 110.00 | $ 1,452,000 | $ 1,161,600 | $ 290,400 | |
| Total Trailers | 66,000 | | $ 9,372,000 | $ 6,309,600 | $ 3,062,400 | $30,624,000 |
| | | | | | | |
| Total | 206,400 | | $ 14,697,000 | $ 9,102,600 | $ 5,594,400 | $55,944,000 |

## Consolidated Long Range Revenue and Expense Statement

As a further aid in financial planning, **Table 7** contains an illustrative financial forecast for the theme park attendance projection of 3.7 million visitors and the lodging analysis discussed above, in constant 2022 dollars. In this table, we make the conservative assumption that the market maintains its current size. Additionally, we assume the project is professionally operated and marketed at a Disney level. Given these assumptions, the third year's **25%** market penetration rate should increase over time as new attractions are added.

The demonstration shows a **capital expenditure of $1.3 billion**, considering $1.05 billion for the theme park's opening day scope of work, $90 million for added attractions in the out-years and balance for the lodging elements.

Per Table 7, the project would generate a **total operating profit of $935 million** in the seven and one-half years of operation, representing an **EBITDA of 35%**, which should be sufficient to cover debt and taxes. This operating profit represents **a 73% return on the total investment.**

**In consideration of the above, and provided conditions noted in this report are met, we find that the project is financially feasible.**

| Table 7—Long Range Forecast | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **$2022 US Dollars in thousands** | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2023-33 |
| | **Design** | **Design/Const.** | **Construction** | **Const/6 mos. op** | **2nd Yr Ops** | **3rd Yr Ops** | **4th Yr Ops** | **5th Yr Ops** | **6th Yr Ops** | **7th Yr Ops** | **8th Yr Ops** | **Total** |
| **Theme Park Capital** | $ 52,395 | $ 250,000 | $ 500,000 | $ 250,000 | $ - | $ - | $ - | $ - | | $ - | | **$ 1,052,395** |
| **Post Opening Attractions** | $ - | $ - | $ - | $ - | $ - | $ 30,000 | $ - | $ 30,000 | $ - | $ 30,000 | $ - | **$ 90,000** |
| **Hotel Capital** | $ 6,160 | $ 45,000 | $ - | $ 36,840 | $ - | $ - | $ - | $ - | | $ - | | **$ 88,000** |
| **Campground Capital** | $ 1,000 | $ 25,000 | $ - | $ 29,944 | $ - | $ - | $ - | $ - | | $ - | | **$ 55,944** |
| **Total Capital** | **$ 59,555** | **$ 320,000** | **$ 500,000** | **$ 316,784** | **$ -** | **$ 30,000** | **$ -** | **$ 30,000** | **$ -** | **$ 30,000** | **$ -** | **$ 1,286,339** |
| | | | | | | | | | | | | |
| **Market Size-000's** | | | | 14,700 | 14,700 | 14,700 | 14,700 | 14,700 | 14,700 | 14,700 | 14,700 | |
| **Penetration Rate** | | | | 12.0% | 24.0% | 25.0% | 26.0% | 26.0% | 27.00% | 27.0% | 28.0% | |
| **Yearly Attend-000's** | | | | 1,764 | 3,528 | 3,672 | 3,822 | 3,822 | 3,969 | 3,969 | 4,116 | |
| **Per Capita Income** | | | | $ 80.50 | $ 80.50 | $ 80.74 | $ 81.00 | $ 81.00 | $ 81.00 | $ 81.00 | $ 81.00 | |
| **Theme Park Revenue** | | | | $ 142,002 | $ 284,004 | $ 296,488 | $ 309,582 | $ 309,582 | $ 321,489 | $ 321,489 | $ 321,489 | **$ 2,306,125** |
| **Hotel Gross Revenue** | | | | $ 15,600 | $ 31,200 | $ 32,500 | $ 33,800 | $ 33,800 | $ 35,100 | $ 35,100 | $ 36,400 | **$ 253,500** |
| **Campground Revenue** | | | | $ 7,055 | $ 14,109 | $ 14,697 | $ 15,285 | $ 15,285 | $ 15,873 | $ 15,873 | $ 16,461 | **$ 114,637** |
| **Total Gross Revenue** | | | | $ 164,657 | $ 329,313 | $ 343,685 | $ 358,667 | $ 358,667 | $ 372,462 | $ 372,462 | $ 374,350 | **$ 2,674,262** |
| | | | | | | | | | | | | |
| **Operating Expense** | | | | $ 107,232 | $ 214,464 | $ 224,051 | $ 233,013 | $ 233,013 | $ 243,257 | $ 243,257 | $ 245,145 | **$ 1,743,433** |
| | | | | | | | | | | | | |
| **Operating Profit** | | | | **$ 57,424** | **$ 114,849** | **$ 119,634** | **$ 125,654** | **$ 125,654** | **$ 129,205** | **$ 129,205** | **$ 133,990** | **$ 935,614** |
| | | | | | | | | | | | | |
| **Return on Investment** | | | | | | | | | | | | **73%** |

**Prepared by:**

**Peter N. Alexander**
**CEO**
**Themed Future Concepts**
**859 Seddon Cove Way**
**Tampa, FL 33602**

# EXHIBIT 9

November 28, 2022 Email from Stephen Hedrick to Larry Wilhite Transmitting Presentations

GB00120796

Message

**From**: Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**Sent**: 11/28/2022 4:34:23 PM
**To**: Larry wilhite [lwilhite@themansiontheatre.com]
**Subject**: presentations

Attachments available until Dec 28, 2022

Click to Download
10221128 Lazy Hawk Gene B Presentation1.pdf
73.6 MB

Click to Download
221125 Gene B Update.pdf
3.4 MB

# EXHIBIT 10

Lazy Hawk Gene B Presentation (Lazy Hawk Gene B Presentation1.pdf)

LW_015669-LW_015769

MANSION™ STUDIOS



MANSION'S AMERICAN HEARTLAND THEME PARK

ROUTE 66

THREE PONIES RV PARK & CAMPGROUND

## Mansion Creative Staff

★Disney Experience WDI (Walt Disney Imagineering)

Steve Hedrick – WDI Disney Executive 22 yrs (TP Industry 40 yrs)
John Sorenson - WDI Land Planner 30 yrs
Tom Turley - DLI Ops Development 45 yrs
Don Hilsen - WDI Ride Engineer - 30 yrs
Ronnie Rodriquez - WDC Creative Entertainment - 35 yrs
John Polk - WDI Special Effects 20 yrs
Tim Kirk - WDI Concept Artist 35 yrs`
John Lindsay WDI Project Mgr 20 yrs
Andy Burden - WDI CAD Design 20 yrs
Jason Rubnek - WDI Landscape Architect 7 yrs
Ted Carlsson - WDI VP of Technical Design - 35 yrs
Phil Hettema - Theme Park Design -10 yrs Disney + 14 yrs Universal
Scott Sinclair - DL & WDI Theme Park Designer - 20 yrs
Peter Alexander - WDI Feasibility Study - 10 yrs + 12 yrs Universal


Vinita Lake Park
Will Rogers
44
Will Rogers Turnpike
Saint Francis Hospital Vinita
Northeast Ok Correctional Center
Vinita High School
44
Will Rogers Turnpike
Vinita
44
ROUTE 66
Will Rogers Turnpike
44




| | |
|---|---|
| - - | Site USGS |
| | Satellite (2022.04.07) |
| | |
| | Rev. 4.0 \| 2022.06.13 |

MEG MANSION ENTERTAINMENT GROUP


KESIDE CABINS
HOTEL
HOTEL
CULTURAL PARK
HOTEL
HOTEL
ADMIN.
HOTEL
RESORT RECREATION CENTER
NEW PL
RV PARK
(85acres)
RV EXPANSION OR STAFF HOUSING
RESORT ENTRY
E 250 RD
E 260 RD
POTENTIAL RESORT ENTRY FROM I44
TRAM STOP
OPEN SPACE HILLTOP WITH TREES
CAMPGROUND
(80acres)
THEME PARK EXPANSION AREA AND SECOND IN BERM HOTEL
TOLL BOOTHS
RESORT SERVICE AREA
(75 acres)
(P)
HILLTOP / OVERLOOK HOTEL
NEW PL
STUDIO EXPANSION
STUDIO
SERVICE AREA
BOH
(33 acres)
THEME PARK
(105 acres)
(P)
(37 acres)
BUFFER AND FUTURE DEVELOPMENT
TRAM STOP
(P)
HOTELS
(P)
(22 acres)
(P)
(22 acres)
S 4440 RD
S 4440TH RD
RDE
TRAM STOP
TRAM BRIDGE
IN BERM HOTEL
PRIMARY ACCESS TO RESORT



E 250 RD
KESIDE CABINS
CULTURAL PARK
HOTEL
HOTEL
HOTEL
HOTEL
ADMIN.
HOTEL
RESORT RECREATION CENTER
NEW PL
RV PARK
(85acres)
RV EXPANSION OR STAFF HOUSING
RESORT ENTRY
E 260 RD
POTENTIAL RESORT ENTRY FROM I44
TRAM STOP
OPEN SPACE HILLTOP WITH TREES
CAMPGROUND
(80acres)
THEME PARK EXPANSION AREA AND SECOND IN BERM HOTEL
TOLL BOOTHS
RESORT SERVICE AREA
(75 acres)
(P)
S 4440 RD
HILLTOP / OVERLOOK HOTEL
NEW PL
STUDIO EXPANSION
STUDIO
SERVICE AREA
BOH
(33 acres)
THEME PARK
(105 acres)
(P)
(37 acres)
BUFFER AND FUTURE DEVELOPMENT
TRAM STOP
(P)
HOTELS
(P)
(22 acres)
(P)
(22 acres)
S 4440TH RD
RDE
TRAM STOP
TRAM BRIDGE
IN BERM HOTEL
PRIMARY ACCESS TO RESORT

THREE PONIES

RV PARK & CAMPGROUND


THREE PONIES
RV PARK &
CAMPGROUND


FIRE PIT, TYP
HORSESHOES, TYP
13 CABIN LOTS
50 CABIN LOTS
54 CABIN LOTS
S4460 ROAD
EXPANSION AREA
EXPANSION AREA
FOOD TRUCKS WITH OPEN PAVILION
AMPHITHEATER
S4470 ROAD
FOUNTAIN
MULTI-PURPOSE FIELDS/COURTS
HOT TUB/JACUZZI
ADULT POOL
POOL HOUSE
CLUBHOUSE
-FITNESS CENTER
-BUSINESS CENTER
-BATHROOMS
-CAFE BAR
-STORM SHELTER
FOOD TRUCKS WITH OPEN PAVILION
OPEN SPACE
WATER FEATURE
WATER FEATURE
120 CABINS
13 CABIN LOTS
S4460 ROAD
S4470 ROAD
BOH
THEME PARK


300 RV SPACES
450 RV SPACES
FIRE PIT, TYP
HORSESHOE, TYP
EXPANSION AREA
FOOD TRUCKS WITH OPEN PAVILION
AMPHITHEATER
S4460 ROAD
S4470 ROAD
FOUNTAIN
MULTI-PURPOSE FIELDS/COURTS
HOT TUB/JACUZZI
ADULT POOL
POOL HOUSE
CLUBHOUSE
-FITNESS CENTER
-BUSINESS CENTER
-BATHROOMS
-CAFE BAR
-STORM SHELTER
FOOD TRUCKS WITH OPEN PAVILION
OPEN SPACE
120 CABINS
BOH
THEME PARK

LW_015678






FIRE PIT, TYP
HORSESHOES, TYP
50 CABIN LOTS
54 CABIN LOTS
S4460 ROAD
EXPANSION AREA
EXPANSION AREA
FOOD TRUCKS WITH OPEN PAVILION
AMPHITHEATER
S4470 ROAD
FOUNTAIN
MULTI-PURPOSE FIELDS/COURTS
HOT TUB/JACUZZI
300 CABINS
ADULT POOL
POOL HOUSE
CLUBHOUSE
-FITNESS CENTER
-BUSINESS CENTER
-BATHROOMS
-CAFE BAR
-STORM SHELTER
FOOD TRUCKS WITH OPEN PAVILION
OPEN SPACE
120 CABINS
BOH
THEME PARK

LW_015680


43 CABIN LOTS
50 CABIN LOTS
54 CABIN LOTS
120 CABINS
33 CABIN LOTS




54 CABIN LOTS
PIONEER HALL DINNER SHOW
WATER FEATURE
AMENITIES
FOUNTAIN
MULTI-PURPOSE FIELDS/COURTS
HOT TUB/JACUZZI
ADULT POOL
POOL HOUSE
CHECK IN
WATER FEATURE
CLUBHOUSE
-FITNESS CENTER
-BUSINESS CENTER
-BATHROOMS
-CAFE BAR
-STORM SHELTER
FOOD TRUCKS WITH OPEN PAVILION
OPEN SPACE
120 CABINS

# Amenity Distribution

## Clubhouse (Quiet Zone)

- **Campground**: Business Center; Country Kiosk; Storm Shelter; Toilets & Showers
- **Food & Beverage**: Coffee Café / Bar
- **Entertainment**: TVs
- **Sport**: Fitness Center; Multi-Purpose Fields / Courts; Swimming Pool (Adult)

## General Store

- **Campground**: General Store; Storm Shelter; Toilets

## Open Play (Family Zone)

- **Campground**: Dog Park; Laundry Facilities; Storm Shelter; Toilets & Showers
- **Food & Beverage**: Snack Bar / Pizza Kitchen
- **Entertainment**: Game Room; TVs
- **Sport**: Playground; Swimming Pool (Family)

## Amphitheatre

- **Campground**: Storm Shelter (Employees); Toilets
- **Food & Beverage**: Food Truck / Event Pads
- **Entertainment**: Amphitheatre Stage; LED Wall (Sporting Events)

## Beer Garden

- **Campground**: Toilets
- **Food & Beverage**: Beer Garden
- **Entertainment**: Live Music

## Pioneer Hall

- **Campground**: Storm Shelter; Toilets
- **Food & Beverage**: Central Kitchen; Dinner Theatre
- **Entertainment**: Dinner Theatre; LED Wall (Sporting Events)

## RV Pods

- **Campground**: Comfort Stations; Firepit(s)
- **Food & Beverage**: Food Truck / Event Pads; Picnic Pavilions
- **Sport**: Corn Toss; Horse Shoes; Playground




LW_015683


FIRE PIT, TYP
HORSESHOES, TYP
43 CABIN LOTS
50 CABIN LOTS
54 CABIN LOTS
S4460 ROAD
EXPANSION AREA
EXPANSION AREA
FOOD TRUCKS WITH OPEN PAVILION
AMPHITHEATER
WATER FEATURE
FOUNTAIN
MULTI-PURPOSE FIELDS/COURTS
HOT TUB/JACUZZI
ADULT POOL
WATER FEATURE
OPEN SPACE
120 CABINS
33 CABIN LOTS
S4460 ROAD
PRESERVE NATURAL SETTING




Opens 2024
THREE PONIES
RV PARK & CAMPGROUND


CULTURAL PARK
HOTEL
HOTEL
KESIDE CABINS
HOTEL
HOTEL
ADMIN.
HOTEL
RESORT RECREATION CENTER
NEW PL
RV PARK
(85acres)
RV EXPANSION OR STAFF HOUSING
RESORT ENTRY
RESORT SERVICE AREA
(75 acres)
(P)
POTENTIAL RESORT ENTRY FROM I44
TRAM STOP
OPEN SPACE HILLTOP WITH TREES
CAMPGROUND
(80acres)
THEME PARK EXPANSION AREA AND SECOND IN BERM HOTEL
TOLL BOOTHS
BUFFER AND FUTURE DEVELOPMENT
HILLTOP / OVERLOOK HOTEL
NEW PL
STUDIO EXPANSION
STUDIO
SERVICE AREA
BOH
(33 acres)
THEME PARK
(105 acres)
(P)
(37 acres)
TRAM STOP
(P)
HOTELS
(P)
(22 acres)
(P)
(22 acres)
RDE
TRAM STOP
TRAM BRIDGE
IN BERM HOTEL
PRIMARY ACCESS TO RESORT
E 250 RD
E 260 RD
S 4440 RD
S 4440TH RD

MANSION'S
AMERICAN
HEARTLAND
THEME PARK

ROUTE 66


AMERICAN HEARTLAND
MANSION'S
AMERICAN
HEARTLAND
THEME PARK
66


HOMETOWN USA
AMERICAN HEARTLAND
MANSION'S
AMERICAN
HEARTLAND
THEME PARK
66
USA


AMERICAN HEARTLAND
GREAT PLAINS
MANSION'S
AMERICAN
HEARTLAND
THEME PARK
66


BAYOU BAY
AMERICAN HEARTLAND
MANSION'S
AMERICAN
HEARTLAND
THEME PARK
66


BIG TIMBER FALLS
AMERICAN HEARTLAND
MANSION'S AMERICAN HEARTLAND THEME PARK
66


LIGHTHOUSE COVE
AMERICAN
HEARTLAND
MANSION'S
AMERICAN
HEARTLAND
THEME PARK
66


BOARDWALK & HOTEL
AMERICAN HEARTLAND
MANSION'S
AMERICAN
HEARTLAND
THEME PARK
66


ELECTRO CITY
AMERICAN HEARTLAND
MANSION'S
AMERICAN
HEARTLAND
THEME PARK
66



RETAIL
CHEROKEE TALES
F&B
BAYOU PLAYAREA
RETAIL specialty
RETAIL
ROADHOUSE
SNACK
BOH
ROUTE 66 RETAIL & SNACK
F&B MALT
DINING
POOH
ROUTE 66 STATION 1
TOWER
BANDSTAND
SM RETAIL
GUEST SERVICES
SNACK
RR
THEME PARK ENTRY
GENERATOR
ELECTRO THEATRE
LG RETAIL
OUTDOOR STAGE
GUEST SERVICES
AMERICA
RETAIL
RR
ENTRY SEQUENCE
SPARK
F&B
REVOLUTION QUEUE


AMERICAN
HEARTLAND
Welcome to
USA
San Francisco

AMERICAN HEARTLAND THEME PARK



# AMERICAN HEARTLAND
## Front Entry

A grand portal welcomes guests from every corner of the map. Digital banners celebrate iconic scenes of American travel and culture, promising a fun filled day in American Heartland.




THG MEG MANSION ENTERTAINMENT GROUP


ROUTE 66
RIDE
40' WIDE PERIMETER ROAD
BOH
MARINA
EVENT BARN
LEGENDS OF THE SEA
HAUNTED LIGHTHOUSE
RR
MUSIC HALL
SEAFOOD TERRACE
SHOW PIT
LIGHTHOUSE
UNDERSEA PLAYAREA
SNACK
SCHOONER
RETAIL
F&B GUILDED AGE
CAROUSEL
BOARDWALK AMPHITHEATRE
FUTURE HOTEL-SIZE TBD
CONFERENCE/ SEASONAL EVENT SPACE
POSSIBLE EXPANSION SITE SIZE TBD
POSSIBLE EXPANSION SITE SIZE TBD
FOUNTAIN SHOW
TOWER
F&B
GENERATOR
ELECTRO THEATRE
OUTDOOR STAGE
RETAIL
RR
SPARK
F&B
REVOLUTION QUEUE
INDUSTRIALREVOLUTION COASTER LOCATION
RETAIL
LOG FLUME
LUMBERJACK SHOW
F&B
BAYOU PLAYAREA
ROUTE 66 RETAIL & SNACK
ROUTE 66 STATION 2
RUM RUNNERS STUNT SHOW
VOODOO HOUSE
SWAMP BOAT
RETAIL attraction
MEAL KIOSK
CAJUN buffeteria
SNACK
RETAIL specialty
RETAIL general
CRITTER TALES
RETAIL specialty
JUKE JOINT Lg QSR
BUFFALO STAMPEDE
BUFFALO QUEUE
EVENT BARN
BBQ
BARNSTORMER
BARNYARD PLAYAREA
RETAIL
RR
CHEROKEE TALES
RETAIL
RETAIL
ROADHOUSE
SNACK
BOH
ROUTE 66 RETAIL & SNACK
ROUTE 66 STATION 1
DINING
BANDSTAND
F&B MALT
POOH
SM RETAIL
RR
SNACK
LG RETAIL
GUEST SERVICES
GUEST SERVICES
AMERICA
ENTRY SEQUENCE






ROUTE 66
RIDE VEHICLES

AMERICAN HEARTLAND THEME PARK

# ROUTE 66




**Route 66:** Westbound and eastbound lanes travel in opposite directions around the park for two fun filled, memorable experiences.

THG MEG MANSION ENTERTAINMENT GROUP

# ROUTE 66

Wacky roadside attraction and characters keep the family laughing and make memorable pics to share with friends.

























THG MEG MANSION ENTERTAINMENT GROUP



LW_015703


NEXT EXIT
ROUTE 66
PREPARE TO BE AMAZED!
ELECTRA
ELECTRIC CITY
TESLA
EDISON
THE WONDER METROPOLIS OF THE AGE


OPALINE
Motor Oil
15¢
AIR


66
Saint Louis
Amarillo


HISTORIC
OKLAHOMA
US
66
ROUTE

# ROUTE 66




US
66
NATIONAL ROUTE 66 MUSEUM


OLD FATEFUL
GEYSER
GEYSERS LIFT
CAR AND TRAILER

AMERICAN HEARTLAND THEME PARK

# ROUTE 66

All along Route 66, hilarious billboards promote real and imagined products and destinations.















LW_015706


HOMETOWN USA
AMERICAN HEARTLAND
MANSION'S
AMERICAN
HEARTLAND
THEME PARK
66
USA


THIS IS AMERICA THEATER
BANDSTAND
WINNIE THE POOH
MALT SHOP
SHOPS AND RESTAURANTS
HOMETOWN USA
AMERICAN HEARTLAND
USA
MANSION'S AMERICAN HEARTLAND THEME PARK
66




# AMERICAN HEARTLAND

AMERICAN HEARTLAND THEME PARK

# HOMETOWN USA



THG MEG MANSION ENTERTAINMENT GROUP

*Work hard, play hard, dream big*

AMERICAN HEARTLAND THEME PARK

# HOMETOWN USA













**Hometown USA:** The guest's experience at American Heartland begins and ends in Hometown USA. A small town of tree-lined avenues and timeless charm, where big dreams get their start.














THG MEG MANSION ENTERTAINMENT GROUP


GREAT PLAINS
MANSION'S
AMERICAN
HEARTLAND
THEME PARK

Case 4:25-cv-00383-SH Document 211-7 Filed in USDC ND/OK on 10/07/26 Page 299 of 648







The dramatic landscape where America's family spirit grows strong





LW_015713

AMERICAN HEARTLAND THEME PARK

# GREAT PLAINS

Great Plains: Barns, windmills, and simple, sturdy structures define the no nonsense, rugged individualism of the Great Plains





















THG MEG MANSION ENTERTAINMENT GROUP

LazyHawk Progress Update 3 • Public Domain • Charlotte's Web • Reference Imagery






CHARLOTTE'S WEB
WOODEN ROLLER COASTER
ATTRACTIONS
CHEROKEE TALES
GREAT PLAINS
MANSION'S
AMERICAN
HEARTLAND
THEME PARK


BAYOU BAY
MANSION'S
AMERICAN
HEARTLAND
THEME PARK
66


BAYOU BAY
VOODOO HOUSE
STUNT SHOW
SWAMP RIDE ADVENTURE
MANSION'S
AMERICAN
HEARTLAND
THEME PARK
66

AMERICAN HEARTLAND THEME PARK

# BAYOU BAY

The eclectic sheds and shacks of Bayou Bay promise incredible home cooking, timeless stories, and unexpected discovery in every nook and cranny.










Critter Tales • Concept Sketch




THG

AMERICAN HEARTLAND THEME PARK

# BAYOU BAY



*Home of moss-covered trees and hidden waterways, lively libations, and spooky spirits*

THG MEG MANSION ENTERTAINMENT GROUP

AMERICAN HEARTLAND THEME PARK

# BAYOU BAY

The whole family can explore the former hideout of smugglers and privateers. A variety of playful, interactive artifacts and contraptions inspire discovery and imagination.

























THG MEG MANSION ENTERTAINMENT GROUP

# PIRATE STUNT SHOW




BIG TIMBER FALLS
AMERICAN HEARTLAND
MANSION'S
AMERICAN
HEARTLAND
THEME PARK
66

American Heartland Theme Park

# TIMBER FALLS



*The misty mountains of the northwest, where heroes swing axes and myths are very much alive*

THG MEG Mansion Entertainment Group


LOG FLUME WATER RIDE
LUMBERJACK SHOW


LEGENDS COME TO LIFE

AMERICAN HEARTLAND THEME PARK

# TIMBER FALLS

**Timber Falls** • The thrills keep coming throughout Timber Falls. Raptors soar overhead and water cascades through the trees as guests explore the mystery shrouded slopes.














LIGHTHOUSE COVE
AMERICAN HEARTLAND
MANSION'S
AMERICAN
HEARTLAND
THEME PARK
66


AMERICAN HEARTLAND THEME PARK
LIGHTHOUSE COVE
THG
MEG MANSION ENTERTAINMENT GROUP
The American waterfront of brave voyages and tall tales
19

AMERICAN HEARTLAND THEME PARK

# LIGHTHOUSE COVE

From humble fishing shacks to a soaring Victorian lighthouse, the waterfront Boardwalk and Lighthouse Cove borrow from the rich textures and histories of American resorts, marinas, and harbors.
































THG MEG MANSION ENTERTAINMENT GROUP


J STAGE
J STAGE
K STAGE
LASER LIGHT & DRONE SHOW
PARKWIDE VIEWING - ONE PERFORMANCE NIGHTLY


BOARDWALK & HOTEL
MANSION'S
AMERICAN
HEARTLAND
THEME PARK
66

AMERICAN HEARTLAND THEME PARK

# LIGHTHOUSE COVE

Lighthouse Cove and the seaside Boardwalk welcome strollers and sailors to breathe the salt air and savor the stories of the American coast.










THG MEG MANSION ENTERTAINMENT GROUP



LW_015734


ELECTRO CITY
AMERICAN HEARTLAND
MANSION'S
AMERICAN
HEARTLAND
THEME PARK
66


AMERICAN
HEARTLAND
THEME PARK
ELECTRO CITY
Spirit of Invention in America's most electric age
THG
MEG
MANSION
ENTERTAINMENT GROUP
15

AMERICAN HEARTLAND THEME PARK

# ELECTRO CITY










THG MEG MANSION ENTERTAINMENT GROUP

# Electric City • Tesla Tower



THG



AMERICAN HEARTLAND THEME PARK

# ELECTRO CITY

Electro City celebrates the daring and hopeful architecture of the great worlds fairs and the dawn of the machine age.














THG MEG MANSION ENTERTAINMENT GROUP


Opens 2026
MANSION'S
AMERICAN
HEARTLAND
THEME PARK
66


INCREASED CAPACITY
17 Live Entertainment Facilities and Performance Locations
MARINA
POSSIBLE EXPANSION SITE SIZE TBD
BACK OF HOUSE
A MUSIC HALL INDOOR THEATRE 1200 SEATS
B PERFORMANCE PLAZA OUTDOOR STANDING ROOM
B SEASONAL EVENTS INDOOR BARN SEATING DETERMINED BY USE
LEGENDS OF THE SEA
F&B SEAFOOD
HAUNTED LIGHTHOUSE
SHOW PIT
LIGHTHOUSE
SNACK
RETAIL
SCHNOOZER
F&B GUILDED
CAROUSEL
FUTURE HOTEL SIZE TBD
POTENTIAL TRAIN STATION
A RUM RUNNER STUNT SHOW OUTDOOR THEATRE 2000 SEATS
ROUTE 66 STATION 2
SWAMP BOAT
POTENTIAL TRAIN STATION
ROUTE 66 ATTRACTION LOOP
TRAIN LOOP POTENTIALLY GOES TO RD&E AND FUTURE BOARDWALK HOTEL
C LUMBERJACK SHOW OUTDOOR 160 SEATS
LOG FLUME
C JUKE JOINT INDOOR F&B SEATS TBD
F&B CAJUN
MEAL KIOSK
VOODOO HOUSE
B BOARDWALK AMPITHEATER OUTDOOR AMPHITEHATRE 1000 SEATS
B FOUNTAIN PLAZA OUTDOOR WATERPLAY 400 THRC
B SEASONAL CONFERENCE INDOOR BARN SEATING DETERMINED BY USE
TREEHOUSE
CRITTER TALES
SM RETAIL
SNACK
PLAYAREA
F&B BBQ
B PERFORMANCE PLAZA OUTDOOR STANDING ROOM
B SEASONAL EVENTS INDOOR BARN SEATING DETERMINED BY USE
BARNSTORMER
POSSIBLE EXPANSION SITE SIZE TBD
TOWER
DINING
C BANDSTAND OUTDOOR BANDSHELL 300 SEATS
C MALT SHOP INDOOR F&B SEATS TBD
F&B ROADHOUSE
A CHEROKEE TAILS INDOOR THEATRE 1200 SEATS
C LASERMAN STAGE OUTDOOR STANDING
B ELECTIC CITY THEATRE INDOOR THEATRE 360 SEATS
F&B
SPARK
LG RETAIL
FAIR
SM RETAIL
MATINEE
ROUTE 66 STATION 1
GUEST SERVICES
INDUSTRIAL REVOLUTION COASTER OUTLINE
REVOLUTION QUEUE
A SEA TO SHINING SEA INDOOR THEATRE 1200 SEATS
LG RETAIL
ENTRY

# ENTERTAINMENT VENUES

- MUSIC HALL / THEATER – 1200 SEATS X 7 SHOWS
- SEA TO SHINING SEA – 750 X 5
- LUMBERJACK SHOW – 500 X 7
- CHEROKEE THEATER – 1200 X 5
- DAYTIME PARADE – 12,000 X 1
- STUNT SPECTACULAR - 2000 X 8
- BOARDWALK STAGE – 1000 SEATS X 5
- NIGHT SPECTACULAR – PARKWIDE X 1
- CHARACTER AND ATMO - PARKWIDE

1200 SEAT MUSIC HALL
7 PERFORMANCES





# WHACKY BOAT PARADE
# 12000 ONCE DAILY














BAYOU BAY



ELECTROPOLIS
/ELECTRIC CITY



BAYOU BAY
-PEDAL DRIVEN AIRBOAT



ROCKY POINT:
SINKING BOAT (CAPTAIN IS PILOT)


ALIEN
LANDING






SAW BLADE TRAVELS BACK AND FORTH, ROTATES
LUMBERJACKS ON ROLLING LOGS
LUMBERJACKS/NORTH WOODS








AMERICAN BIRDS OF PREY SHOW

# PIRATE STUNT SHOW




CHEROKEE TALES
1200 – 5 PERFORMANCES


STORIES OF THE FIRST PEOPLE




# ATMOSPHERE ENTERTAINMENT

- STREET THEATER
- MARCHING BAND
- DAPPER DANS
- BANJO KINGS
- DRUM CORP
- CHARACTERS
- PLUS PLUS













LASER LIGHT & DRONE SHOW
PARKWIDE VIEWING - ONE PERFORMANCE NIGHTLY


PRIME VIEWING AREA = 29,173 SQ FT
6,483 guests at 4.5 sq ft per person
PARTIALLY OBSTRUCTED = 21,351 SQ FT
4,744 guests at 4.5 sq ft per person
OBSTRUCTED = 9,804 SQ FT
2,178 guests at 4.5 sq ft per person
TOTAL GUEST CAPACITY: 13,405
PRIME/ PARTIALLY OBSTRUCTED: 11,227

# INCREASED CAPACITY 17 Live Entertainment Facilities and Performance Locations




MANSION STUDIOS


BLUFF




Contour Lines at 2' Elevation Change

Studio Lot Parking - 685
External Parking - 168

Mansion Entertainment Group Master Plan

Studio Lot

Northeast Option (Small)

Rev. 8.13 | 2022.11.13

MEG™
MANSION
ENTERTAINMENT GROUP

# 30K Soundstages X 2






50' Clearance to Steel
8400 Amp Three Phase Power
(36) 400 Amp Three Phase Cam-Loc Distribution Panels

Two 277/480V 1200 Amp Three Phase Panels
80 Ton House HVAC
Up to 600,000 Pounds suspended Live Load from Steel
One 22' wide X 20' tall Elephant Door
20 psi Fire Hose Bibs and Drains on each end

| |
|---|
| Large Sound Stage |
| 30,000 Sq Ft |
| |
| Rev. 2.3 \| 2022.11.14 |

MEG™ MANSION ENTERTAINMENT GROUP

# 15K Soundstages X 2






| | | | |
|---|---|---|---|
| 40' Clearance to Steel<br>8400 Amp Three Phase Power<br>(36) 400 Amp Three Phase Cam-Loc Distribution Panels | Two 277/480V 1200 Amp Three Phase Panels<br>80 Ton House HVAC<br>Up to 600,000 Pounds suspended Live Load from Steel<br>One 22' wide X 20' tall Elephant Door<br>20 psi Fire Hose Bibs and Drains on each end | Sound Stage<br>15,000 Sq Ft<br><br>Rev. 2.3 \| 2022.11.13 | MEG™ MANSION ENTERTAINMENT GROUP |

# 15K XR Soundstage






| | | |
|---|---|---|
| 40' Clearance to Steel<br>8400 Amp Three Phase Power<br>(36) 400 Amp Three Phase Cam-Loc Distribution Panels | Two 277/480V 1200 Amp Three Phase Panels<br>80 Ton House HVAC<br>Up to 600,000 Pounds suspended Live Load from Steel<br>One 22' wide X 20' tall Elephant Door<br>20 psi Fire Hose Bibs and Drains on each end | XR Sound Stage<br>16,000 Sq Ft<br><br>Rev. 2.3 \| 2022.11.13 |

MEG™
MANSION
ENTERTAINMENT GROUP

# 20K Studios Support Building







30' Clearance to Steel
(6) Dock Height Loading Bays

-

| |
|---|
| Studio Support Building |
| 20,000 Sq Ft |
| |
| Rev. 2.5 \| 2022.11.13 |

MEG™ MANSION ENTERTAINMENT GROUP

# 5K Production Office Space



Isometric View




| | | |
|---|---|---|
| - | - | Production Offices |
| | | 5,000 Sq Ft |
| | | |
| | | Rev. 4.4 \| 2022.11.13 |

MEG MANSION ENTERTAINMENT GROUP



# Trailer Shed







18' Clearance to Steel
4200 Amp Three Phase Power
One 400 Amp Three Phase Cam-Lock Distribution Panels

One 277/480V 1200 Amp Three Phase Panels
20 psi Fire House Bibs and Drains on each end

| | |
|---|---|
| Trailer Shed | |
| 11,000 Sq Ft | |
| | |
| Rev. 2.4 | 2022.06.27 |

MEG™ MANSION ENTERTAINMENT GROUP


Flex Space
Back Lot (3 Acres)


Opens 2025
MANSION STUDIOS

66

MANSION'S AMERICAN HEARTLAND

THEME PARK

MANSION™
STUDIOS



MANSION'S
AMERICAN
HEARTLAND
THEME PARK

ROUTE 66

THREE
PONIES
RV PARK &
CAMPGROUND

# EXHIBIT 11

November 25, 2022 Gene B Update Presentation
(221125 Gene B Update.pdf)

LW_016028-LW_016045

# American Heartland Resort

## Mansion Executive Update

## November 2022

# Overall Resort

Feasibility Study by Themed Future Concepts suggests these business will be successful:

**Theme Park – Hotel with Indoor Waterpark - RV Park & Campground Cabins**

| | |
|---|---|
| American Heartland Theme Park - | **$ 1,050 M** |
| 300 Room Theme Park Hotel - | **$ 104 M** |
| Indoor Waterpark Attached to Hotel - | **$ 50 M** |
| RV Park 300 Spaces & 300 Cabins - | **$ 58 M** |
| **total Warranted Investment** | **$ 1.3 Billion** |

The Movie Studios and Soundstages are not a part of the study.

A Business Plan is required to confirm Studios feasibility.

ROM Estimate for the Studios at 278,000 sq ft with recommended Hotel - $ 400 M

**Total For Overall Resort = $ 1.66B**

# Concept Phase Deliverable – Dec. 30, 2022




- Feasibility Study Complete / Being Refined
- Desktop Geo Tech Surveys – No Problems
- Desktop Environmental Study – No Problems
- Cash Flow

- Refine Master Plan
- Creative Narratives
- Conceptual Artwork
- Operational Program
- Architectural Program
- Entertainment Program
- Ride Vendor Strategy
- Milestones Defined
- Architectural Firms Identified
- Operations Business Model
- Budget
- Cost Estimate

# Deliverables January 1 – June 30, 2023




- Traffic Impact Study
- Economic Impact Analysis on NE Oklahoma
- Infrastructure and Utilities "Ask", State of Oklahoma
- Form Mansion Entertainment Development Company
- Present Capital Authorization Request – April 1
- Capital Authorization Approval – April 14
- Capital Authorization Funded – June 15

- Integrate Rides and Attractions into Design
- Begin Schematic Design
- Refine Budgets and Schedules
- Delivery Strategy
- Hire Architectural Firms
- Hire Operational, Show Creative and Design Staffs
- Prepare Long-lead (36 Month) Theme Park Rides
- Prepare (long lead) Construction Companies

# Concept Phase Deliverable – Dec. 30, 2022




- RV & Cabins Master Plan
- Facility Program
- Feasibility Study
- Cost Estimate
- Project Schedule




- Studio (Amazon-Netflix) Meetings
- Identified Industry Experts
- Right-size studio and hotel
- Industry guidance cost appraisal
- Project Schedule

# January 1 – June 30, 2023 Deliverable




- On-board architect & engineering firm(s)
- Refine master plan and program
- Refine Feasibility Study
- Operations Plan
- Civil design
- Landscape design
- Facility design and engineering
- Assess design-build strategy
- Prepare to award design-build construction
- Delivery Plan




- Develop Business Plan
- Engage Industry Experts
- Program Studio
- Deliver Concept Design
- Cost Estimate
- Delivery Plan

# Budget Methodology

The budgets were developed for design guidance by applying historical percentages to the warranted investments noted in:

- Themed Future Concepts Feasibility Study: Theme Park, Theme Park Hotel & Water Park, RV Park & Cabins.
- Engaged studio industry expert for scale of project. Will prepare a business plan at the start of the next phase to confirm the warranted investment.

Land is excluded from the budget.

The budgets are indicative allocations which will be refined as the project design matures.

Feasibility Study is being updated for delivery the week of December 12th.




| Division of Work | 2. ThemePark | 3A. Studio | 3B. Studio Hotel | 4. Hotel | 4. Indoor water park | 5. RV Park | Resort |
|---|---|---|---|---|---|---|---|
| 1. Land / Entitlements | $ 1,265,000 | $ 362,000 | $ 121,000 | $ 125,000 | $ 60,000 | $ 67,000 | $ 2,000,000 |
| 2. Corporate | $ 13,125,000 | $ 3,750,000 | $ 1,250,000 | $ 1,300,000 | $ 625,000 | $ 700,000 | $ 20,750,000 |
| 3. Owner's PM Costs | $ 19,843,000 | $ 5,669,000 | $ 1,890,000 | $ 1,965,000 | $ 945,000 | $ 1,058,000 | $ 31,370,000 |
| 4. Professional Fees | $ 134,755,000 | $ 41,160,000 | $ 12,000,000 | $ 12,608,000 | $ 7,012,000 | $ 7,854,000 | $ 215,389,000 |
| 5. Site Development | $ 63,000,000 | $ 30,492,000 | $ 8,000,000 | $ 7,280,000 | $ 6,000,000 | $ 6,720,000 | $ 121,492,000 |
| 6. Area Development | $ 98,662,000 | $ 25,970,000 | $ 9,000,000 | $ 8,733,000 | $ 2,198,000 | $ 9,579,000 | $ 154,142,000 |
| 7. Facility, Show and Ride | $ 547,300,000 | $ 139,555,000 | $ 44,627,000 | $ 46,412,000 | $ 23,750,000 | $ 21,280,000 | $ 822,924,000 |
| 8,9 Pre-Operations | $ 34,650,000 | $ 15,763,000 | $ 11,100,000 | $ 13,000,000 | $ 2,500,000 | $ 1,408,000 | $ 78,421,000 |
| 10. Contingency | $ 137,400,000 | $ 37,279,000 | $ 12,012,000 | $ 12,577,000 | $ 6,910,000 | $ 7,334,000 | $ 213,512,000 |
| Total | $ 1,050,000,000 | $ 300,000,000 | $ 100,000,000 | $ 104,000,000 | $ 50,000,000 | $ 56,000,000 | $ 1,660,000,000 |



LW_016034

# Theme Park Budget Methodology

Cost estimate is being prepared based upon the facility program of November 11th and associated concept designs.

Feasibility Study is being re-evaluated to bring in alignment with creative concept for review the week of December 12th.

Draft estimate to be reviewed the week of December 12th.

Scope and Estimate to be aligned to the Feasibility Study in Q1 2023.

| Division of Work | 2. ThemePark |
|---|---|
| 1. Land / Entitlements | $ 1,265,000 |
| 2. Corporate | $ 13,125,000 |
| 3. Owner's PM Costs | $ 19,843,000 |
| 4. Professional Fees | $ 134,755,000 |
| 5. Site Development | $ 63,000,000 |
| 6. Area Development | $ 98,662,000 |
| 7. Facility, Show and Ride | $ 547,300,000 |
| 8,9 Pre-Operations | $ 34,650,000 |
| 10. Contingency | $ 137,400,000 |
| Total | $ 1,050,000,000 |

# RV Park & Hotel Budget Methodology

Estimate is being prepared based up the master plan provided on November 11th

The Feasibility Study notes 300 RV sites & 300 trailers which is reflected in the budget below.

The estimate will be on a Program of 750 RV sites & 300 cabins which will have an increased value. ($30M)

The Hotel and Water Park are based upon comparables with 300 keys and an attached small indoor water park.

| Division of Work | 4. Hotel | 4. Indoor water park | 5. RV Park |
|---|---|---|---|
| 1. Land / Entitlements | $ 125,000 | $ 60,000 | $ 67,000 |
| 2. Corporate | $ 1,300,000 | $ 625,000 | $ 700,000 |
| 3. Owner's PM Costs | $ 1,965,000 | $ 945,000 | $ 1,058,000 |
| 4. Professional Fees | $ 12,608,000 | $ 7,012,000 | $ 7,854,000 |
| 5. Site Development | $ 7,280,000 | $ 6,000,000 | $ 6,720,000 |
| 6. Area Development | $ 8,733,000 | $ 2,198,000 | $ 9,579,000 |
| 7. Facility, Show and Ride | $ 46,412,000 | $ 23,750,000 | $ 21,280,000 |
| 8,9 Pre-Operations | $ 13,000,000 | $ 2,500,000 | $ 1,408,000 |
| 10. Contingency | $ 12,577,000 | $ 6,910,000 | $ 7,334,000 |
| Total | $ 104,000,000 | $ 50,000,000 | $ 56,000,000 |

# Study Budget Methodology

The Studio Program proposed last summer has been updated with input from Amazon and industry experts.

The programmatic scope has been scaled to 275,000 sqft with the addition of a 200 key hotel.

ROM cost appraisal was prepared based on program.

| Division of Work | 3A. Studio | 3B. Studio Hotel |
|---|---|---|
| 1. Land / Entitlements | $ 362,000 | $ 121,000 |
| 2. Corporate | $ 3,750,000 | $ 1,250,000 |
| 3. Owner's PM Costs | $ 5,669,000 | $ 1,890,000 |
| 4. Professional Fees | $ 41,160,000 | $ 12,000,000 |
| 5. Site Development | $ 30,492,000 | $ 8,000,000 |
| 6. Area Development | $ 25,970,000 | $ 9,000,000 |
| 7. Facility, Show and Ride | $ 139,555,000 | $ 44,627,000 |
| 8,9 Pre-Operations | $ 15,763,000 | $ 11,100,000 |
| 10. Contingency | $ 37,279,000 | $ 12,012,000 |
| Total | $ 300,000,000 | $ 100,000,000 |

# Project Schedule

Target schedule will be validated as the designs are being developed.



# Indicative Project Life-cycle Cashflow

The cashflow for the project will be built once the business plans are refined and the cost estimate of scope is completed.

At this time, we are using an indicative Cashflow by applying historical percentages to each phase.

Q4/2022 captures cost through December 2022 (excluding land acquisition cost).

Cashflow provides context to cross check bottom-up costs for Q1 and Q2.



# Six-month activities






LW_016040

# Six-month costs

Bottom-up cost appraisal for Q1 and Q2 below summarizes by DOW.

Costs may shift between DOWs as necessary to mange to the bottom line.

Note cost to date is $2 million, not included below as it is consumed in 2022.

January 2023

| DOW | Q1 | Q2 | Contingency | % | Total |
|---|---|---|---|---|---|
| 1. Land / Entitlements | 730,000 | 580,000 | 270,000 | 20% | 1,580,000 |
| 2. Corporate | 7,500,000 | 7,500,000 | 1,500,000 | 10% | 16,500,000 |
| 3. Owner's PM Costs | 1,280,000 | 1,920,000 | 350,000 | 11% | 3,550,000 |
| 4. Professional Fees | 13,900,000 | 21,540,000 | 7,090,000 | 20% | 42,530,000 |
| 5. Site Development | - | 1,010,000 | 200,000 | 20% | 1,210,000 |
| 6. Area Development | - | - | - | | - |
| 7. Facility, Show and Ride | - | 5,250,000 | 1,050,000 | 20% | 6,300,000 |
| 8,9 Pre-Operations | 140,000 | 140,000 | 50,000 | 20% | 330,000 |
| 10. Contingency | 3,800,000 | 6,660,000 | | | |
| | **$ 27,400,000** | **$ 44,600,000** | | **17%** | **$ 72,000,000** |

# Six-month costs

Bottom-up cost appraisal for Q1 and Q2 below summarizes by DOW.

Costs may shift between DOWs as necessary to mange to the bottom line.

Note cost to date is $2 million, not included below as it is consumed in 2022.

January 2023

| DOW | Q1 | Q2 | Contingency | % | Total |
|---|---|---|---|---|---|
| 1. Land / Entitlements | 730,000 | 580,000 | 270,000 | 20% | 1,580,000 |
| 2. Corporate | 7,500,000 | 7,500,000 | 1,500,000 | 10% | 16,500,000 |
| 3. Owner's PM Costs | 1,280,000 | 1,920,000 | 350,000 | 11% | 3,550,000 |
| 4. Professional Fees | 13,900,000 | 21,540,000 | 7,090,000 | 20% | 42,530,000 |
| 5. Site Development | - | 1,010,000 | 200,000 | 20% | 1,210,000 |
| 6. Area Development | - | - | - | | - |
| 7. Facility, Show and Ride | - | 5,250,000 | 1,050,000 | 20% | 6,300,000 |
| 8,9 Pre-Operations | 140,000 | 140,000 | 50,000 | 20% | 330,000 |
| 10. Contingency | 3,800,000 | 6,660,000 | | | |
| | **$ 27,400,000** | **$ 44,600,000** | | **17%** | **$ 72,000,000** |



LW_016042

# Six-month costs

Bottom-up cost appraisal for Q1 and Q2 below summarizes by DOW.

Costs may shift between DOWs as necessary to mange to the bottom line.

Note cost to date is $2 million, not included below as it is consumed in 2022.

January 2023

| DOW | Q1 | Q2 | Contingency | % | Total |
|---|---|---|---|---|---|
| 1. Land / Entitlements | 730,000 | 580,000 | 270,000 | 20% | 1,580,000 |
| 2. Corporate | 7,500,000 | 7,500,000 | 1,500,000 | 10% | 16,500,000 |
| 3. Owner's PM Costs | 1,280,000 | 1,920,000 | 350,000 | 11% | 3,550,000 |
| 4. Professional Fees | 13,900,000 | 21,540,000 | 7,090,000 | 20% | 42,530,000 |
| 5. Site Development | - | 1,010,000 | 200,000 | 20% | 1,210,000 |
| 6. Area Development | - | - | - | | - |
| 7. Facility, Show and Ride | - | 5,250,000 | 1,050,000 | 20% | 6,300,000 |
| 8,9 Pre-Operations | 140,000 | 140,000 | 50,000 | 20% | 330,000 |
| 10. Contingency | 3,800,000 | 6,660,000 | | | |
| | **$ 27,400,000** | **$ 44,600,000** | | **17%** | **$ 72,000,000** |



LW_016043

# Way Forward

**January - Q1 Funding $ 27.4 M**

**April – Q2 Funding $ 44.6 M**

**Project Team**

- Maintain continuity of work and talent.
- Align scope, schedule, and costs to the creative vision and business model.
- Submit Capital Authorization Request (CAR) in April, in support of funding in June.

**Establish New Company - Mansion Entertainment Development**

- Complete land acquisition in support of starting next phase in January.
- Pace establishment and funding of “New Co” in support of team on-boarding and 36-month lead time.

# Progress Update

**December ends the creative concept phase for the Theme Park and RV Park.**

The cost estimate is being developed at this time. The alignment of budget and creative intent is planned for the start of the next phase.

The economic feasibility consultant is reviewing the creative intent to update the study's warranted investment to align with the vision.

**January to June, the next phase –** alignment of scope, cost, and delivery plan; preparing documentation for Project Capital Funding in April; and included two additional months of funding to provide continuity of work.

Planned hand-over to operations in August 2026 for two months of training prior to opening.

Capital funding is required for the large procurement packages, 36 months, requires funding by August of 2023.

**Top-Down Budget** - In anticipation of the next phase, January 2023, we have assessed the order of magnitude costs.

Top-down budget applies historical percentages to the warranted investment.

Building the costs up from the bottom up for Q1 & 2 yields $72 million, within the top down historical cashflow of $74 million.

**Bottom-up Costs** for the next phase utilize existing consultancy proposals combined with estimates for services to be engaged.

Note initial phase vary in maturity and completion dates vary by component, yielding staggered schedules.

**The Way Forward** seeks continuity of work to maintain momentum and consistency of talent .

**Approved funding to enable getting a jump start on talent starting mid-December.**

Grow staff of existing team and on-board architects & engineers (several hundred staff) in play by June

Secure land and **confirm terms with government in Q1.**

# EXHIBIT 12

December 5, 2022 Email from Stephen Hedrick to Tom Turley
Regarding November 29, 2022 Presentation to O. Gene Bicknell

GB00172990-GB00172991

Message

**From**: Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**Sent**: 12/5/2022 11:47:29 AM
**To**: Tom Turley [tncturley@sbcglobal.net]
**Subject**: Re: march ideas

All MEG folks flew to Florida with me on Gene's jet. All were there when I presented. All are good with it.

On Dec 5, 2022, at 10:11 AM, Tom Turley <tncturley@sbcglobal.net> wrote:

This is like waiting for OLC to decide whether to move to the next phase for a project. The team does it's presentation, waits for reactions to the creative and content and then for the money to drop. Were the MEG people active participants or was it just Gene who responded?

Tom

On Monday, December 5, 2022, 09:05:07 AM PST, Steve Hedrick <stevevp@mansionentertainmentgroup.com> wrote:

Glad you're negative - and I mean that in a positive way.

A Merch consultant is a good idea. A lot hangs on that ops income.

Gene, the big boss, was very impressed with all the former Disney folks we have on the project. Also please with the visuals I showed him. He didn't blink when I gave him the big number for the next phase.
Waiting for the bank transfer.

Onward,

Steve

On Dec 5, 2022, at 9:58 AM, Tom Turley <tncturley@sbcglobal.net> wrote:

Hello Steve,
I've tested negative twice with 48 hours between tests so I'm making progress. I still feel a bit washed out and Claudia is still positive so we're taking it easy and staying home.

I've made good progress in finishing up revision 5 of the program. Lot's of changes to incorporate. Plus, I did a one pager just for John. Don Hilsen and I have a call this afternoon to talk ride maintenance areas and to take a first pass at our preferred vendors for each of the rides.

The graphics are well done and can be a significant part of a logo program not only for apparel but for other small items like key chains, pins, etc. At some point, perhaps in the next phase, we need to consider bringing on a merchandise development person to begin work on product development. I'm not sure what the lead times for development are these days but we will likely have plenty of time to have park specific product developed in time for opening.

Can you reveal how the presentation to the MEG and owners went last week?

Thanks for checking in,

Tom

On Monday, December 5, 2022, 03:19:07 AM PST, Steve Hedrick <stevevp@mansionentertainmentgroup.com> wrote:

Morning Tom,

First off, how's your covid coming along? Left the building, I hope.

I don't remember if I sent you this earlier. I've had a graphic artist sketch up some merchandise ideas. I know it's early but I want to get a feel for where we are and what we need.

Just FYI.

Steve

# EXHIBIT 13

November 30, 2022 Email from O. Gene Bicknell to Stephen Hedrick

GB00013556

Message

**From**: Gene Bicknell [gene.bicknell@marinerwealth.com]
**Sent**: 11/30/2022 7:01:56 AM
**To**: Steve Hedrick [stevehedrick99@icloud.com]
**Subject**: Yesterday

Thank you for yesterday. Was soooo impressed!!! The longer I know you. The more k feel the brotherhood. You are an Amazjng man.!!! I am honored Beyond explanation with our relationship. You really ROCK!!! How fun to watch the glory of creation. I admire you tremendously. Bless you. Your pal. G

Sent from my iPhone

# EXHIBIT 14

Gene B Phase II Presentation (Gene B phase II Presentation1.pdf)

Hedrick035265-Hedrick035283




Phase II
Jan – June 2023







THREE PONIES
RV PARK &
CAMPGROUND


THREE PONIES
RV PARK &
CAMPGROUND




Hedrick035268


KESIDE CABINS
HOTEL
HOTEL
CULTURAL PARK
HOTEL
HOTEL
ADMIN.
HOTEL
RESORT RECREATION CENTER
NEW PL
RV PARK
RV EXPANSION OR STAFF HOUSING
RESORT ENTRY
RESORT SERVICE AREA
(P)
POTENTIAL RESORT ENTRY FROM I44
TRAM STOP
OPEN SPACE HILLTOP WITH TREES
CAMPGROUND
THEME PARK EXPANSION AREA AND SECOND IN BERM HOTEL
TOLL BOOTHS
THEME PARK
(P)
BUFFER AND FUTURE DEVELOPMENT
HILLTOP / OVERLOOK HOTEL
NEW PL
STUDIO EXPANSION
STUDIO
SERVICE AREA
TRAM STOP
HOTELS
(P)
(P)
(P)
RDE
TRAM STOP
TRAM BRIDGE
IN BERM HOTEL
PRIMARY ACCESS TO RESORT


AMERICAN
HEARTLAND
THEME PARK


AMERICAN HEARTLAND THEME PARK
Transition from pretty pictures…
GREAT PLAINS
The dramatic landscape where America's family spirit grows strong
THG
MEG



to detailed design

# Cuningham




Strategy for Professional Services for

## U.S. Theme Park Project

Presented to:
Steve Hedrick
Chief Creative Officer
Mansion Entertainment Group
189 Expressway Lane
Branson, Missouri 65616

Prepared by:
Cuningham
8665 Hayden Place
Culver City, California 902324

Contact:
Tim Davis AIA, LEED AP
Associate Principal
tdavis@cuningham.com
310 895 2210

December 5, 2022

# Disney's California Adventure

## Intricate Buildings and Facades





Disney's Star Wars Galaxy's Edge
Disneyland and Disney World


Beautiful Interior Design

# Cuningham



Cuningham Architects are in Demand.
We want to contract them for our project ASAP

Strategy for Professional Services for

## U.S. Theme Park Project

Presented to:
Steve Hedrick
Chief Creative Officer
Mansion Entertainment Group
189 Expressway Lane
Branson, Missouri 65616

Prepared by:
Cuningham
8665 Hayden Place
Culver City, California 902324

Contact:
Tim Davis AIA, LEED AP
Associate Principal
tdavis@cuningham.com
310 895 2210

December 5, 2022

# Phase II

## Early January – June 30, 2023
## We Need to Engage:

- Cuningham (Disney) Architects – Theme Park Design
- FOREC Architects – Master Plan and Resort Areas
- Oklahoma City Architects ADG/Blatt – RV Park and Campgrounds
- Commission a Detailed Geotechnical Study, Ready for Construction
- Engage Utilities and Infrastructure Engineering Firms
- Launch the Mansion Studios Business Plan and Architectural Design
- Order Rides and Attractions from Builders (34 months lead time required)

# CONTINUE MOMENIUM
# with the
# Mansion Creative Staff

Disney Experience WDI (Walt Disney Imagineering)

Steve Hedrick – WDI Disney Executive 22 yrs (TP Industry 40 yrs)
John Sorenson - WDI Land Planner 30 yrs
Tom Turley - DLI Ops Development 45 yrs
Don Hilsen - WDI Ride Engineer - 30 yrs
Ronnie Rodriquez - WDC Creative Entertainment - 35 yrs
John Polk - WDI Special Effects 20 yrs
Tim Kirk - WDI Concept Artist 35 yrs`
John Lindsay WDI Project Mgr 20 yrs
Andy Burden - WDI CAD Design 20 yrs
Jason Rubnek - WDI Landscape Architect 7 yrs
Ted Carlsson - WDI VP of Technical Design - 35 yrs
Phil Hettema - Theme Park Design -10 yrs Disney + 14 yrs Universal
Scott Sinclair - DL & WDI Theme Park Designer - 20 yrs
Peter Alexander - WDI Feasibility Study - 10 yrs + 12 yrs

# Six-month costs

Bottom-up cost appraisal for Q1 and Q2 below summarizes by DOW.

Costs may shift between DOWs as necessary to mange to the bottom line.

Note cost to date is $2 million, not included below as it is consumed in 2022.

January 2023

| DOW | Q1 | Q2 | Contingency | % | Total |
|---|---|---|---|---|---|
| 1. Land / Entitlements | 730,000 | 580,000 | 270,000 | 20% | 1,580,000 |
| 2. Corporate | 7,500,000 | 7,500,000 | 1,500,000 | 10% | 16,500,000 |
| 3. Owner's PM Costs | 1,280,000 | 1,920,000 | 350,000 | 11% | 3,550,000 |
| 4. Professional Fees | 13,900,000 | 21,540,000 | 7,090,000 | 20% | 42,530,000 |
| 5. Site Development | - | 1,010,000 | 200,000 | 20% | 1,210,000 |
| 6. Area Development | - | - | - | | - |
| 7. Facility, Show and Ride | - | 5,250,000 | 1,050,000 | 20% | 6,300,000 |
| 8,9 Pre-Operations | 140,000 | 140,000 | 50,000 | 20% | 330,000 |
| 10. Contingency | 3,800,000 | 6,660,000 | | | |
| | **$ 27,400,000** | **$ 44,600,000** | | **17%** | **$ 72,000,000** |

# PHASE II COSTS

Beginning January 2023

Cash Flow Required

- January $6M
- February $ 8M
- March $10M
- April $12M
- May $18M
- June $18M






Phase II
Jan – June 2023






# EXHIBIT 15

April 10, 2023 Email from Stephen Hedrick to Larry Wilhite
with Film & Television Studio Development Assessment

GB00113318- GB00113401

Message

**From**: Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**Sent**: 4/10/2023 11:39:47 AM
**To**: lwilhite@themansiontheatre.com
**Subject**: Movie Studios in Vinta, OK evaluation
**Attachments**: Mansion Ent Assessmnent 4.10.2023.pdf; Untitled attachment 00007.htm; image001.png; Untitled attachment 00010.htm

Hi Larry,

I've had a studio planning professional evaluate our plans for movie soundstages in NE Oklahoma.

Below is an extensive look at the growing industry. However, not so rosy for our location. Focus on the executive summary, pages 31 and 44.
Give it a read and let's discuss.

Steve

# GIANT Entertainment & Management Inc.




*Mansion Entertainment Group*

*Film & Television Studio*

*Development Assessment*

*April 10, 2023*

To: Steve Henrick

VP Project Development; Mansion Entertainment Group

Re: Proposed Film & Television Studio Development; Oklahoma

Dear Steve,

Thank you for considering Giant Entertainment & Management Inc. (GEM) in the proposed development of a Film & Television Studio Property in Oklahoma.

I have had the pleasure of working with numerous shareholders on ground-up Studio development projects in the United States, Canada, Hungary, Singapore, Indonesia, and China. In addition, I have developed numerous entertainment property evaluations and business plans for investors contemplating acquisitions in the United States and Europe.

Combined, the experience spans thirty years, twenty film & television studio development projects, more than eighty constructed soundstages, three million square feet of office and support space in eleven countries.

I trust the experienced-based assessment of the proposed studio development will be helpful in your company's deliberations.

Respectfully,

Britt Penrod

President; Giant Entertainment & Management Inc. (GEM)

# Segments


Executive Summary — Page 4

Section 1 — Development Assessment — Page 5

Entertainment & Media Statistics
Global
United States
Oklahoma
Industry Status Summary
Production Incentives
Production Incentives Summary
Studio / Production Services
Proposed Studio Location

Section II — Programming & Development — Page 36

Programming Considerations
Development Cost & Operating Income Overview

Section III — Summary — Page 45

Appendix — Page 49

## *Executive Summary*

For review is an initial assessment of the entertainment industry with observations relaying status, opportunities, and challenges of developing a film and television studio near Vinita, Oklahoma.

A summary of sections in this review are as follows:

**Section I:** Development Assessment; The stage-based entertainment industry is vibrant, trending upwards in activity and spend for several years due to the advent of streaming platforms. Covid-19 disrupted that trend with recovery to pre-pandemic levels yet to be achieved. Current market conditions further slowed recovery, now expected to resolve in a continuing upward trend by Q1, 2024. Production incentives are the primary demand driver of production activity. 9 soundstages (most in OKC) have been developed to address demand, recording $100m+ annually in the last two years. Additional supply of soundstages may exceed current and future demand and are at a competitive disadvantage outside the major city of OKC, if developed. Professional crew levels, production support businesses, lifestyle amenities are in short supply or do not exist near the proposed studio location, a significant obstacle to overcome, illustrating the disadvantages when comparing to larger population centers (OKC).

**Section II:** Programming & Development; Programming considerations should be based on researched and identified demand, which dictates size, scale, structures, and amenities. Without which, programming decisions are subjective and represent millions of dollars in variance. Two cost and income references, based on the current conceptual site plan, show a high-level view of two scenarios; Scenario 1: state-of-the-art studio facility development, and Scenario 2: minimum standard studio development. Both result in a cap rate of less than 6% when at 90% occupancy and if reasonably accurate, the project is likely unfinanceable as a stand-alone business.



GB00113322

**Summary;** Absent an owner/user studio, where the owner is developing a studio for internal productions, the combination of available incentives, current inventory of stage space, proposed remote location, absence of crew and lifestyle amenities at the proposed location, cost to build compared with assumed operating income, all suggest exercising caution before committing to development.

## *Sources*

Sources used throughout this document:

Digital Entertainment Group

Film L.A.

Fluent, LLC Media Consumption Study

Gower Street Analytics

Leichtman Research Group, Inc

Motion Picture Association Of America

News Check Media LLC

Oklahoma Film + Music Office

PwC Outlook Insights: An Analysis of the Global Entertainment & Media Outlook 2022-2026

PwC's Strategy + Business

Statistica; U.S. consumer spending on digital home entertainment

The Business Research Company; Film And Video Global Market Report 2022

The World Bank; Households and NPISH's Final Consumption Expenditure Per Capita

United Nations Population Division; Statistics

A Competitive Market Analysis is necessary in determining the production type and probability of achieving studio occupancy, assessing opportunities and challenges in establishing a sustainable ecosystem.

Areas of research to determine the level of demand include industry spend, trends, availability of crew, services, and production incentives. The outcome informs appropriate scale, scope, staff, services, capital requirements, and operating financial projections.

The following information is intended to provide a high-level view of the film and television industry and notable trends.

## ENTERTAINMENT & MEDIA STATISTICS

### Global

Global entertainment and media (E&M) revenue rebounded 10.4% from 2020 to 2021, from $2.12t to $2.34t. Sustained recovery from the global pandemic is anticipated to achieve a 7.3% global year-on-year increase with a CAGR of 4.6% to 2026 will take global E&M revenue to $2.93t.

Internet advertising stands as the primary driver of advertising's recovery. For reference, the 2021 figure for the US internet advertising market is $189.3b, nearly $40b more than global broadcast TV advertising. This remarkable growth has caused a shake-up in the balance between advertising, consumer, and access revenue.

Other positive highlights in the internet advertising segment include mobile apps, a core component of the growth in mobile media consumption and associated ad revenue. TV advertising revenue growth will continue as more broadcasters pay greater attention to their OTT video app offerings and launch new AVOD services, and as more subscription-based video services turn to hybrid business models in search of profitability. By comparison, non-digital advertising will see only a 1.5% CAGR to 2026 and declining from 2025 onward after a moderate recovery from COVID impacts.

The global film and video market (sub-sector of global E&M) grew from $244b in 2021 to $273b in 2022 at a CAGR of 11.8%. The growth is mainly due to companies rearranging operations and recovering from COVID-19' measures including social distancing, remote working, and the closure of commercial activities. The market is expected to reach $409b in 2026 at a CAGR of 10.6%.

"Overall, what is emerging is an environment where consumers regard any distinction between 'digital' and 'non-digital' as irrelevant. Instead of favoring one or the other, they have taken on board the proliferation of content and access options enabled by digital and are exploiting it to seek more flexibility and freedom in what, when and how they consume. They are migrating to offerings that combine relevance and convenience - attractive content, easy discovery, social community -with an inspiring, personalized experience, however it is delivered." -Outlook Insights: An Analysis of the Global Entertainment & Media Outlook–PwC

**United States**

While the US will remain, by far, the largest entertainment and media market through 2026, Mainland China overtook the US to become the largest cinema market in 2020. Both Latin America and Africa are expected to be the fastest growing regions in the next

5 years among Asia-Pacific, Western Europe, Eastern Europe, North America, South America, and Middle East territories.

Mobile video viewing has increased significantly in recent years and is expected to grow further, driven by the rise in internet penetration and growth in smartphones usage. According to a 2020 Hootsuite study, 4.18 billion individuals (more than half of the global population) utilize mobile internet, and 57 percent of global video is watched on mobile devices. Adult Americans spend 30 minutes a day on average watching videos on their phones. Thus, a rapid increase in mobile video consumption is expected to drive the film and video market during the forecast period.

Global cinema box office revenue weighed in at $26b in 2022, a 27% improvement compared to 2021, but short of pre-pandemic levels. In its final estimate of the full year to Dec. 31, 2022, research firm Gower Street Analytics calculated that global gross box office takings reached $25.9b compared with $21.4b in 2021.

The 2022 number is 35% below the 2017-19 average in the three years before COVID-19 upended the global film industry. Gower Street estimates that the 2022 number represents an annual loss of $14b in gross revenue.

The international market (excluding China and North America) is estimated to have finished around $14b in 2022, representing a 55% gain compared with 2021 and a 29% deficit against the 2017-2019 average. All three key regions performed better compared to the three-year average than the North American or Chinese markets.



Source: PwC's Global Entertainment & Media Outlook 2022–2026, Omdia

The outbreak of Coronavirus restrained film and video markets in 2020 with lockdowns halting production and restricted movement of goods and services. However, media markets have been largely unaffected and, in some cases, benefited from OTT delivery during lockdowns. Since 2021, entertainment and media is trending upward again with a continued positive outlook for the foreseeable future.

The over-the-top market is expected to increase at an 11% CAGR over the next five years. While this represents a significant cooling, the Latin American OTT market is poised to grow faster than any other worldwide, offering significant opportunity for US-based companies. In the next chapter of the streaming wars, free ad-supported TV (FAST) will likely be a key battlefield. The FAST market is expected to grow at a 25% CAGR from 2021 to 2023, driven by demand for low-cost content.

E-commerce will likely continue to expand internet advertising as retailers launch services to sell ad space in their own digital platforms. Shoppable ads also unlock new buying motions and are expected to add growth. As TV cord-cutting continues, ad supported streaming is expected to increase along with ad-supported streaming music, video games and podcasts.




Swell in consumer demand for streaming video content is yielding significant investment in production; Netflix reportedly spent $450m for the rights to Knives Out 2 and 3, the sequels to the 2019 murder mystery that grossed $312m at the box office. Peacock (NBCUniversal) in partnership with Blumhouse and Morgan Creek, signed a $400m deal to purchase the worldwide rights for a new franchise of The Exorcist. Viacom/CBS $3b stock sale to fuel content for Paramount+ including $900m for six seasons of South Park and 14 movies set in the fictional South Park universe.



An estimated industry spend of $230b in 2022, megadeals have become routine salvos in the fight for streaming customers. Global spending on streaming services is continuing to grow but competition is growing as new services proliferate.

In 2021, the spending on entertainment increased by 22.7% from 2020, 15.5% from pre-pandemic 2019. The growth was primarily driven by expenditures on entertainment equipment and services (including streaming), which was up by 60.6% year-over-year. US Consumer spending on digital home entertainment reached $30b in 2021, roughly 12 times more than recorded a decade ago.




Digital home entertainment expenditure has grown consistently as spending on physical formats has fallen, highlighting the popularity of SVOD (which accounts for the majority of digital entertainment spending).

Consumer spending on digital home entertainment in the United States amounted to $29.5b in 2021. SVOD spending grew by approximately $4b between 2020 and 2021,

reflecting the consistent and growing demand for content available on platforms using this model.




The U.S. media and entertainment (M&E) industry is the largest in the world; one-third the global M&E industry, including motion pictures, television series, commercials, streaming content, music and audio recordings, broadcast, radio, book publishing, video games, and ancillary services and products.

Since 2005, the number of 1-hour TV series produced rose 95% industry-wide. Feature Film Production activity decreased to a 57% share amongst international locations (Based on the top 100 domestic productions produced annually).

In 2011, a total of 198 TV series were released, mostly broadcast and cable shows. This number grew 1287% to 452 by 2020, driven by the advent of TV streaming services which grew their original series count by more than 2400% since 2011. Overall, the average number of series aired on streaming platforms grew at an average annual rate of 35.4% compared to 2.2% for broadcast series. Production of cable shows declined at an annual rate of -1.8%.




Because of the COVID shutdown and sporadic production restarts, the number of series available for viewing in 2021 was 331, -26.8%. Some series slated for production were un-renewed because of COVID-related impacts, shorting inventories further down the line.

Looking at the proportion of series by platform over the past ten years, broadcast shows declined 10% by 2021. Cable series experienced an even greater decline from 63% to 33% share by 2021. Streaming platforms grew to 43% by 2021. In terms of sheer numbers, streaming services now dominate the television industry.



Jurisdictions outside California continue to capture market share of film and television productions. Aggregating the locations data for 215 new projects in 2020 (146 one-hour/69 half-hour) the top 10 locations accounted for 80% of the total. California leads with a market share of 31.2%, followed by New York, British Columbia, Georgia, Ontario, and the U.K.

According to Comscore Movies, the North American market achieved an estimated $7.4b in 2022; up 65% from 2021 but down 35% form the 2017-2019 average.

As of mid-2022, all of the most expensive film productions in history were either made by or in collaboration with studios in the U.S. This includes the most recent iterations of successful franchises such as Pirates of the Caribbean, the Marvel Cinematic Universe, and Star Wars.




There were nearly 180 original films exclusive to online services released in 2021, comparable to 2020 and an over 90% increase from 2017. As of 2021, approximately 80% of U.S. adults watch movies and shows/series via traditional television services and online subscription services, the highest proportion of the home/mobile viewing methods.






Viewing via online Electronic Sell-Through (EST)/video-on-demand (VOD) services decreased in 2021, with 52% of U.S. adults watching movies on EST/VOD in 2021, down from 54% in 2020. In 2021, 60% of adults who viewed movies via EST/VOD also paid to rent movies not released or newly released in movie theaters (PVOD).

In 2021, the estimated number of U.S. films that entered into production was 943, an increase of 111% compared to 2020 when production was shut down due to the COVID-19 pandemic. Of these films, 226 films had an estimated budget greater than $15m, a 124% increase compared to 2020 and a 40% increase compared to 2017.




In 2021, 202 MPA member studio films entered into production, a 135% increase compared 2020, while 741 non-MPA member studio films entered into production, a 105% increase compared to 2020.

Eric Handler of MKM Partners: “2022 showed us that people are willing to come back to the cinema, especially for blockbusters and event films. There just wasn’t enough of them. The number of wide releases was down 35% from pre-pandemic times.”, projecting a 10% bump in domestic revenue in 2023, to $8.1 billion.

Even though distribution outlets are multiplying, disrupting typical ad-based revenue models, the manner in which content is created remains the same. Content creation involves utilization of controlled environments to economically capture sound and images, requiring trained crew and various crafts (construction, editing, writing, administration, etc.) This production process is not anticipated to change in the next decade.

**Oklahoma**

Since 2014, each year has brought more productions to Oklahoma than the year before for a total of 140 productions, 34 in 2020 with $32m in in-state production expenditures for the year.

In May of 2021, a new rebate program raised the annual cap from $8m to $30m with a sunset date of 2031. The new rebate program is designed with a base of up to 20% and uplifts up to 38% by meeting different criteria designed to promote economic impact and foster infrastructure and workforce development.

Recent studio and infrastructure developments include Green Pastures Studios (North OKC), Prairie Surf Studios (OKC), Owasso Studios (Owasso), Castle Row Studios (OKC). According to the Oklahoma Film + Music Office, 3 of the combined 9 soundstages are considered “certified” soundstages.




## Summary

Prior to the pandemic, production activity reached levels never before realized, driven by a growing streaming boom that required significant amounts of content for their respective platforms.

Studies indicate an industry still recovering from the impacts of the global COVID-19 pandemic, a two-year downward trend starting 2019, now trending upwards from the 2020 low point, although not yet at pre-pandemic levels.

Demand for studio and soundstage space have outpaced supply and is expected to continue for the next five years (2027) and possibly beyond, depending on actual construction of announced studio projects. Currently, US production centers maintain 90%+ occupancies on available stages in Los Angeles, New York, Georgia, New Mexico, and recently, New Jersey.

Not reflected in the information provided are recent market conditions (bank interest rate increases, bank closures, looming WGA contract negotiations) that are resulting in multi-national media conglomerate restructuring and contraction of production activity. This is expected to resolve by Q4, 2023 and trending upwards starting Q1, 2024.

Oklahoma's incentive program has resulted in an uptick in production spend of $169m in 2021 and $104m in 2022, primarily driven by low budget live-action feature films and a small number of series productions. The activity has resulted in the development of 9 soundstages, 8 of which in the Oklahoma City area.

## PRODUCTION INCENTIVES

Production incentives are the primary driver of studio occupancy. The level of financial incentives offered correlates with the level of regional demand. From that regional pool of demand, studios compete for the same production tenants.

Governments have long used incentives to foster economic growth, build infrastructure, and create jobs. Incentives are used to attract industries viewed as important to the local community as they are to film and television productions.

Production Incentives are offered as cash rebates, tax credits, or up-front/back-end production funding. In addition, numerous jurisdictions offer sales, use, excise, and gross receipts tax relief in the forms of deductions, credits, exemptions, and waivers.

The federal government and most U.S. states offer production incentives for motion picture and television productions. A number of jurisdictions also offer incentives for commercial advertisement, digital programming, post-production, video game production, and animation. More than a dozen international locations offer production incentives for foreign producers. Production incentive programs are now a primary determining factor in filming locations, offering one of the following;

Production Rebate: A cash rebate or grant is a sum of money paid to a qualifying production company based on the amount of qualifying expenditures or jobs created in the jurisdiction on a qualifying project. These funds do not require a tax return to be filed. They are often administered by the Departments of Trade and Industry, Commerce, or Economic Development.

Tax Credits: Tax credits can be refundable or non-refundable, and transferable or non-transferable.

Refundable Tax Credits: A refundable tax credit functions in the same way as a production rebate, but it is administered by the local taxing authority, and claimed by filing a tax return. The production company must file a tax return regardless of whether it has any income or owes any tax in the jurisdiction. If the production company does owe tax, a refund will be granted for the excess of the credit over the amount of tax owed. In some cases, banks or other lenders can monetize refundable tax credits so that the production company can get the money earlier.

Non-Refundable, Non-Transferable Tax Credits: A non-refundable, non-transferable tax credit can generally be carried forward and used to reduce taxes in subsequent years if the production company has no current tax liability. Each jurisdiction sets forth the period of time within which the tax credit can be carried forward.

Transferable Tax Credits: A non-refundable tax credit may be transferable or non-transferable. A transferable tax credit is one that may be sold or assigned to a local taxpayer. This transfer can be handled directly by the production company or indirectly through the use of brokers. Brokers will generally charge a commission. In addition, the production company will need to discount the credit from its face value to entice local taxpayers to purchase them. Lastly, tax credits may be recaptured by states after audit. Some states have recapture provisions with recourse to the buyer of a credit. Jurisdictions vary in how they regulate these transfers. Some jurisdictions permit a single credit to be divided among multiple transferees. Others permit multiple transfers, allowing transferees to sell all or a part of the credit they purchased to another taxpayer.

Up Front & Back End Funding: These funds are made available to qualifying productions from local taxpayers in exchange for advantageous tax treatment from the local jurisdiction.




Most U.S. states provide some level of production incentive to drive economic impact. By 2009, 44 states had a film tax incentive in place. In 2014, 38 states had an active film tax incentive in place. Current incentivized States and type of Production Incentive offered.

In competing locations, film incentive programs cover both Above The Line (ATL) and Below The Line (BTL) costs. ATL costs average 30% of the total physical production budget and vary by production. As a result, demand is significant in locations where ATL expenditures qualify for incentive programs, much less so in locations where only BTL expenditures qualify.




Outside Los Angeles, and to a lesser degree, New York City, the level of in-state spend is directly related to, and dependent on, production incentive caps and the percentage of expenditures that qualify for rebates or credits. In locations where there are no caps on program funds, the amount of annual production spend is in the billions in Georgia and $700m (and growing) in Illinois. There are now more than 100 soundstages in and around Atlanta and more than 40 soundstages in Chicago.

Higher spend caps (or no cap) and higher percentages of rebates on qualified expenditures experience higher number of productions, larger budgeted productions, and for longer periods of time. The consistency and higher amounts of in-state production spend encourages sustained industry development in physical infrastructure and support businesses. Similar to retail and commercial sectors; increased population results in a greater number and greater variety of regional businesses accessing demand.

Each incentivized location demonstrates growth of an industry and opportunities for studio development projects to be successful. They also reflect a growing competitive market where regional studios compete for studio occupancy. Since all productions are able to access the incentive program, studios will need to provide a competitive advantage in order to secure occupancy. Traditionally, barring location specific requirements,

producers will first explore the most financially advantageous location to lens their production.

Oklahoma has experienced an increase in production spend north of $100m/year since 2020 and is expected to continue trending upwards as more infrastructure is developed resulting in more of a production dollars spent in the state.

The program cap of $30m is a predictor of in-state production spend and is expected to hover in the $200m +/- range on an annual basis (Assuming the $30m cap is equal to a minimum 38% of production spend, the amount spent in the state would equal $186m – however, not all productions will achieve a 38% rebate on expenditures so the total amount spent in the state could easily exceed $200m annually).

For reference, $200m in BTL production spend is equivalent to 4 median budgeted series productions or 40 average budgeted feature film productions.

The impact of production incentive programs on studio facilities is significant, if not necessary for financial solvency. Even so, the direct spend on studio infrastructure pales in comparison to the amount spent in the state. The following examples show studio developments resulting from production incentive programs and resulting revenues to both the studio and state. In each case, qualified production expenditures are made available to the public, typically in categories and without breach of prior confidentiality agreements. For example, "Production Location Rental" will be identified, without divulging details of studio rates, what's included, excluded, etc.).

Less known are studio revenues derived from production tenants. The examples referenced are sourced from both studio owners and production executives and are consistent with most independent studio operations around the world as it relates to studio revenues as a percentage of BTL expenditures.




The primary beneficiary of production activity is the State. As reflected above, approximately 90% of qualified expenditures are spent outside the studio, with the studio averaging less than 10% of a production's BTL expenditures.

Numerous independent studies indicate significant economic impact when incentive programs are well conceived, easily administered, and consistent. This is, in no small part, the result of investment in physical infrastructures (stages, studios) that result in retaining production in its entirety. Without the infrastructure, production spend is generally limited to location filming, a minor percentage of a production budget.

Further complicating studio development, as shown in locations such as Michigan, Louisiana, Hungary, and others, sole reliance on production incentives is a risk, absent long-term commitment from governments sponsoring these programs. In each of the locations mentioned, incentive programs were paused or eliminated, decimating the

demand, resulting in studio closures and losses in the tens, if not hundreds of millions of dollars previously committed for development.

Incentive program volatility or uncertainty results negative impacts production demand, a financial risk beyond studio owner control. Like most brick-and-mortar businesses, obtaining adequate returns over a long period of time is necessary and uncertainty or discontinuation of the primary demand driver jeopardizes the investment.

Addressing the risks associated with the potential loss of a primary demand driver is strongly suggested. Examples of mitigating risk includes:

- Infrastructure Rebates (Tax incentives for physical infrastructure investment/job creation)
- Entertainment Zones (Designated zones with infrastructure investment that incur additional tax incentives)
- Business Incentives (Tax incentives for businesses that relocate or expand in designated Entertainment Zones)
- Diversified income via mixed use development

Some measure of risk is mitigated with the abovementioned programs and development schemes. Even so, a studio's financial solvency is predicated on consistent occupancy at an advantageous rate over long periods of time. Without which, risk of financial loss is to be expected, even with incorporating measures mentioned above.

## Summary

International film and television production incentives are the primary demand driver for incentivized locations and studio occupancy.

Regional jurisdictions (countries, states, cities) are the largest beneficiary of production spend as 90% or more of production dollars spent in the area are spent outside the studio environment. Even though investment in studios allows more production dollars to be spent in the state by hosting production in their entirety, studios themselves capture 10% or less of the total amount.

Oklahoma's incentive program is not competitive with more established jurisdictions and estimated to result in the equivalent of 4 series productions ($50m BTL Ea.) or 40 average budgeted feature films ($5m BTL Ea.) or some combination of both. For reference, 4 series productions would be expected to require 12 soundstages (Each utilizing 3 soundstages totaling 40,000 +/- SF). Medium/Low Budget Live Action Feature Films would be expected to require 10 soundstages annually (averaging 1 soundstage per production for less than 3 months each). This is nearly equivalent to the existing soundstage availability in the state.

## STUDIO / PRODUCTION SERVICES

Goods and services provided by studios and independent companies are as vast as they are numerous and integral to the production process. Just a sampling (below):

| | |
|---|---|
| Audio/Video Equipment & Services | Property |
| Camera Equipment & Services | Costume & Wardrobe |
| Construction Materials | Set Construction |
| Grip Equipment | Special Effects & Services |
| Heavy Equipment | Practical Effects |
| Transportation Equipment (Trucks) | Security Services |
| Star Trailers / Honey Wagons | Casting Services |
| IT Equipment & Services | Catering |
| Set Lighting Equipment & Services | Logistics Services |
| Location Lighting Equipment & Services | Set Design |
| New Media Technology Equipment & Services | Fabrication |
| | Accounting |
| Post Production Equipment & Services | Scenic |
| Production Crew | Hair & Make-Up |

Each of the above represents not only a business in and of itself with necessary equipment, human and infrastructure investments, but a necessity to stage-based productions.

All of these goods and service providers operate on the studio lot throughout the production process. This means all need to be in close proximity to the studio and with sufficient capacity to accommodate demand. If demand justifies a studio with a capacity of three simultaneous productions, the availability of crew will number 1,000+, including those employed in the aforementioned production support businesses. If not available

locally, cast, crew, goods and services will need to be temporarily set up at the location, incurring additional cost for accommodations, transportation, and per-diem. The cost to do so has the potential to negate financial incentives provided by the state.

Established production support businesses in Oklahoma are limited in comparison to states with more robust and longer tenured incentive programs. This results in larger budgeted productions relying on out-of-state providers transporting goods and related services to an Oklahoma location on an as needed basis, incurring additional cost to the in-state production. On the one hand, it presents an opportunity for a studio to incorporate support businesses within the studio at a cost savings to the tenant. However, absent consistent demand and revenues, the studio runs the risk of operating at a deficit and/or not realizing a return on investment.

The capital necessary to start a production service business can be significant. For example, adequate supply of lighting equipment for a studio lamp dock is equal to $1m per stage. In addition, adequately trained staff will be required, along with physical infrastructure; lamp dock, hardware, software, high voltage electricity, paint booth(s), repair shop, trucks, carts, etc., further increasing up front cost. Ongoing capital expense for upgrades, new equipment and full-time staff further add to the capital commitment.

Identifying the studio's role in supporting the production tenant(s) is reliant on a reasonable expiation of consistent occupancy, profitability, and in some cases, goods and services necessary in obtaining business (security, IT, facility maintenance, studio labor, etc.) if not available nearby.

The outcome of diligent research in what services to provide by the studio and/or what physical infrastructure will need to be developed on the property will be translated into site plans, construction costs, and operating financial projections.



GB00113347

It is important to note the gradient level of tenant needs. 80% of live-action feature films have a budget less than $5m and are unable to afford large numbers of crew, large sets, or long studio stays. In those cases, a modest studio with equally modest services would suffice. At the other end of the spectrum are typical series production with budgets of $50m per year and feature films with budgets exceeding $100m, both requiring higher production value, greater equipment requirements and a much broader array of supporting, experienced service providers not currently established in the state. As such, lower budget productions would be expected to make up the majority of production activity in the state. For the studio this usually equates to lower services requirements, lower rate expectations, and higher turnover (short studio stays). Opportunities to generate revenue via services would be limited.

## PROPOSED STUDIO LOCATION

An ideal studio location includes the following attributes;

- Sufficient area for multiple studio structures and surface area parking & staging
- Contiguous land mass that can be secured and allow traversing the studio lot
- Sufficient level topography to access stage and workshop structures via slab on grade with minimal slope
- Nearby support businesses (lumber, materials, fabric, lighting & grip, props, hotels, housing, car rental, transportation, heavy equipment, cast, crew, etc.)
- Nearby restaurants, leisure activities
- Nearby airport(s)
- Easily accessible via freeway(s)




An initial observation of the proposed location is that the remote location is a probable deterrent to potential studio tenants.

Production talent originating from Los Angeles or New York will first need to fly for 3+ hours for a direct flight to OKC. This is not a deterrent, in an of itself. But, it is a marketing hurdle that will need to be overcome.

Once at the airport, producers and talent will then need to drive approximately 180 miles to the studio, adding both expense to the production and another marketing hurdle.

Vinita, with a population of 6,000 is the closest city to the studio and as such, is limited in lifestyle amenities beneficial in selling the location. Restaurants, bars, shopping, resort/leisure locations are all helpful when courting production intending to employ hundreds of crew and cast members for long periods of time at the studio (several months, if not longer).

Options for additional leisure during time off (which can be days or weeks) would involve driving 65 miles to Tulsa, 180 miles to OKC, or in the case of several days of time off, driving to Tulsa or OKC for flights home.

Combined, these lifestyle/leisure issues represent a significant obstacle in obtaining long-term tenancy. Lower budget, short term tenancy is less concerned with these types of issues, but they are also less able to afford premium rates for studio space and production services.

Equally important is the availability of qualified, professional production crew employed by the businesses referenced previously or available on a freelance basis. Given the surrounding population and fledgling status of the industry in the state, it is unlikely that crew would be available in the immediate term.

Educational and apprenticeship programs could be established to cultivate future industry professionals, but represent a long-term commitment from both the public and private sectors.




A cursory view of the immediate area around the proposed studio location indicates an absence of existing service providers. The absence of production support infrastructure represents a significant obstacle to studio marketability and tenancy. To develop these human and physical infrastructures would likely take years and significant capital, whether by third party vendors or the studio operation.

Prior experience and analysis of remotely located studio facilities indicate a disadvantaged environment where the more developed and experienced support services are located in more densely populated areas. Remote independent studios rarely have the operating capital to compete with existing businesses and experience difficulty offering comparable services.



The site plan indicates an intention to develop leisure activities and accommodations, which would aid in marketing the studio for longer term productions. However, travel time to the location, availability of experienced crew and nearby production services are still significant concerns to question viability of a studio in such a remote location.




Further risk to sustainability of a studio business is the potential for additional studio developments that may occur in OKC, which has added soundstage inventory in the last two years. Given the opportunity to film in or near the larger city, closer to numerous hotels, activities, crew base, access to direct flights, etc., not to mention additional cost to temporarily relocate crew, an OKC studio development would be a first choice for a majority of incoming productions. Any future, modest new studio in OKC would have a strategic and logistical advantage over a studio in Vinita.

Prior experience in 2nd tier markets include studios in Louisiana (Baton Rouge), Georgia (Senoia), and Hungary (Budapest), among others. In each case, occupancies and rental rates were markedly lower than competing studios in the nearby, more densely populated

cities (New Orleans, Atlanta, Budapest) where more production service providers, crew, supplies, airports, and varied off-lot locations were readily available – irrespective of the quality of the studio and its available amenities.

## PROGRAMMING CONSIDERATIONS

Effective studio programming is a response to previously conducted market analysis identifying end user demand and requirements necessary to achieve occupancy.

Assuming there is a reasonable expectation of studio occupancy, the physical plant will reflect the needs of the production type(s) identified, including number of stages, sizes, amount of office space, flex space, workshop space, parking, staging, storage, surface area, etc. Physical components within each structure also address identified end users and marketability, such as IT/technology infrastructures, power and HVAC distribution, grid systems, dust collection systems, and so on. Collective decisions on programming details represent millions of dollars of capital, the basis of which should be from a demonstrated need.

A film and television studio is vital to the production process. A marketable studio provides a controlled environment where productions are able to control sound, climate, security, privacy, and workflows. Production specific infrastructure includes high-voltage electricity, IT infrastructure, light-industrial workshops with medium-voltage electricity, office and flex space, as well as exterior surface area beyond that necessary for crew/employee parking. Combined, studio infrastructures facilitate speed, which translates to cost savings, especially when compared to location filming.

Cost savings to production is realized in many areas; eliminating interruptions from ambient noise, common on location; close proximity to production departments, such as costume, wardrobe, property, lighting, grip, etc., eliminate transportation from shops to

filming locations on a daily basis, and utilization of temporary power, HVAC, security, permitting, and so on.

Programming the studio environment contemplates anticipated demand and studio business units necessary to address the demand, further described below.

The creation of distributable content requires numerous goods and services to be available and deployed throughout the production process. Several of these services are consistently utilized and can best be provided by the studio, as opposed to a 3rd party vendor. Whether or not to create a business unit within the studio operation is determined by the following; a) The services is necessary regardless of profitability, such as manned security, b) The service is likely to be profitable, considering any potential competition, c) The capital required to create the business unit is commensurate with anticipated returns.

As a general rule, caution should be exercised in the use of capital to compete with existing service providers, as the most successful providers of production related equipment and services have developed extensive histories with decision makers; producers, line producers, and department heads, spanning years and numerous productions. Often, it is more advantageous to enter into commission agreements with reputable production service providers rather than expending capital to compete for clientele. 3rd party service provider arrangements still may require physical infrastructures and reflected in development plans, costs and financial projections.

A decision on whether or not to establish a studio service can be made at any time in the future, in response to production demand and potential profitability.

Studio structures, sizes and numbers are derived from statistical averages and most recent production requests for series and feature productions, taking into account the

estimated amount of production activity derived from the newly created incentive program.

Using median budgeted TV series statistics as a basis, each production would begin with 40,000+ sf stage space between 3 soundstages. The typical need is for 2 stages containing main sets and an additional, smaller stage for "swing sets"; sets that are filmed, disassembled and replaced with another set over the course of the season.

Most productions will require approximately 20,000 sf of office space for production administration and an additional 10,000 sf for "flex space"; art department, costume, wardrobe, production design, set design, rehearsal space, etc. In addition, most productions require dressing rooms, hair & make-up rooms, green rooms, and conference rooms. Combined these total approximately 4,000 sf per production. Most common workshop space reflects 10,000 sf for construction mills, 6,000 sf for storage space, 3,000 sf for catering space and accommodations for set lighting equipment that can be accommodated via a central area or by smaller areas dedicated to each individual production. Required workshop space is typically to 30,000 sf.

Feature production requirements are slightly different with an average 50,000 sf between two stages, 15,000 sf of office space, and similar requirements for flex space, talent rooms and workshop space. Live-Action Features are more "nomadic" than series production, utilizing studio settings for shorter periods of time and transporting goods to the studio, rather than establishing on-lot production departments, as is the case with series production. As such, greater amounts of surface area are required for feature film transportation equipment.

To provide an efficient working environment, structures should be designed to accommodate appropriate access to support rooms, workshops and soundstages and avoid congestion between productions.

Most productions do require varying amounts of stage space and typically, multiple stages that afford filming on one stage while simultaneously prepping and set construction on others. As a result, large converted spaces are less desired.

In the absence of stage space, only location filming is anticipated and represents a smaller percentage of physical production (30% on average).




Average stage sizes vary across the country with a combined national average of 15,843 SF. In highly concentrated locations, the average stage size is 14,014 SF (Los Angeles) and 11,153 SF (New York). Georgia average stage size (24,182 SF) is skewed by a converted manufacturing facility with 450,000 SF under roof.

Similarly, Pennsylvania and Louisiana are skewed by converted manufacturing facilities with 150,000 square feet under roof.

All of the above should be taken into consideration when devising a demand driven site plan, which is not provided in this report.

## DEVELOPMENT COST & OPERATING INCOME OVERVIEW

Using the conceptual site plans provided, a capital and annual operating income assessment references typical development costs and operating revenues that flow to an assumed operating EBITDA.

In the first scenario, construction costs are at the low end of the spectrum for newly constructed, state-of-the-art facilities.

- Stage construction consists of concrete walls, NC-25, STC-60 acoustic ratings, wood grid & catwalk systems with standard weight load limits, interior and exterior concrete elephant doors, recessed wood floor systems, sound trap vestibules with acoustic rated doors, interior power distribution, HVAC distribution, convenience power and IT connections.
- Office structures consist of structural steel with standard production office T.I.'s, including office suites, green rooms, dressing rooms, hair & make-up rooms & editorial suites, common area restrooms.
- Workshop construction consists of pre-engineered metal structures with interior insulation, medium voltage power distribution, pedestrian and loading doors, standard workshop lighting, floor load limits, and HVAC systems.
- Soft Costs estimated @ 15% combined for Architecture, Engineering, Permitting, Project Management, GC & Developer Fees
- Separate allocations for FF&E inclusive of studio operations furniture, fixtures and equipment not included.

Revenue assumptions are based on current market rates in similar locations and using OKC premium office rates as a basis. The revenue shown is based on 90% annual occupancy for all areas.

Studio Services and Operating Expenses are based on typical percentages of revenue in independent studio environments (studio and 3rd party commission agreements)

Annual Debt Reference indicates hypothetical cost of debt if 100% financed at 30-year fixed interest rate of 5%.

**COST ESTIMATE: STATE OF THE ART**

| AREA | # | SF | $/SF | EXTENDED |
|---|---|---|---|---|
| Soundstages | 7 | 136,000 | $475 | $64,600,000 |
| Production Offices | 4 | 20,000 | $275 | $5,500,000 |
| Production Support | 9 | 77,000 | $275 | $21,175,000 |
| Workshops | 2 | 40,000 | $120 | $4,800,000 |
| Backlot | 1 | 130,680 | $0 | $0 |
| Surface Area/Parking | 1 | 82,200 | $15 | $1,233,000 |
| Sub Total | | 485,880 | | $97,308,000 |
| Sitework/Utilities | 1 | 485,880 | $8 | $3,887,040 |
| Site MEP | 1 | 403,680 | $10 | $4,036,800 |
| Misc Landscaping | 1 | 485,880 | $5 | $2,429,400 |
| Sub Total | | | | $10,353,240 |
| Soft Costs (15%) | | | | $16,149,186 |
| **DEVELOPMENT COST ESTIMATE** | | | | **$123,810,426** |

**EBITDA ESTIMATE: STATE OF THE ART**

| AREA | # | SF | $/SF/YR | EXTENDED |
|---|---|---|---|---|
| Soundstages | 7 | 136,000 | $36.00 | $4,896,000 |
| Production Offices | 4 | 20,000 | $36.00 | $720,000 |
| Production Support | 9 | 77,000 | $24.00 | $1,848,000 |
| Workshops | 2 | 40,000 | $24.00 | $960,000 |
| Backlot | 1 | 130,680 | $6.00 | $784,080 |
| Surface Area/Parking | 1 | 82,200 | $12.00 | $986,400 |
| Sub Total | | 485,880 | | $10,194,480 |
| Studio Services (10%) | | | | $1,019,448 |
| Vacancy (10%) | | | | ($1,121,393) |
| Annual Gross Revenue | | | | $10,092,535 |
| Operating Expenses (30%) | | | | ($3,027,761) |
| **ANNUAL EBITDA ESTIMATE** | | | | **$7,064,775** |
| *Cap Rate* | | | | *5.7%* |
| *Annual Debt Reference (100% financed; 30 Yr Fixed @ 5% Interest)* | | | | *($7,975,694)* |

In the second scenario, construction costs reflect a minimum standard studio development with fewer amenities, lower T.I. allowances, and minimum standard basis of design, intended to address lower budget productions.

- Stage construction consists of steel frame with "box in a box" construction for sound mitigation, NC-35, STC-45 acoustic ratings, open truss for pipe & chain/box truss, minimum weight load limits, interior and exterior metal elephant doors, laser level concrete floors, sound trap vestibules with acoustic rated doors, interior power distribution, HVAC distribution, convenience power and IT connections.
- Office structures consist of structural steel with standard production office T.I.'s, including office suites, green rooms, dressing rooms, hair & make-up rooms, common area restrooms, and minimal fixtures.
- Workshop construction consists of pre-engineered metal structures with minimum interior insulation, medium voltage power distribution, pedestrian and loading doors, standard workshop lighting, floor load limits, and minimum HVAC systems.
- Soft Costs estimated @ 15% combined for Architecture, Engineering, Permitting, Project Management, GC & Developer Fees
- Separate allocations for FF&E inclusive of studio operations furniture, fixtures and equipment not included.

Revenue assumptions are based on current market rates in similar locations and using OKC median office rates as a basis. The revenue shown is based on 90% annual occupancy for all areas.

Studio Services and Operating Expenses are based on typical percentages of revenue in independent studio environments. (studio and 3rd party commission agreements)

Annual Debt Reference indicates hypothetical cost of debt if 100% financed at 30-year fixed interest rate of 5%.

**COST ESTIMATE: MINIMUM STANDARD**

| AREA | # | SF | $/SF | EXTENDED |
|---|---|---|---|---|
| Soundstages | 7 | 136,000 | $300 | $40,800,000 |
| Production Offices | 4 | 20,000 | $200 | $4,000,000 |
| Production Support | 9 | 77,000 | $200 | $15,400,000 |
| Workshops | 2 | 40,000 | $120 | $4,800,000 |
| Backlot | 1 | 130,680 | $0 | $0 |
| Surface Area/Parking | 1 | 82,200 | $15 | $1,233,000 |
| Sub Total | | 485,880 | | $66,233,000 |
| Sitework/Utilities | 1 | 485,880 | $8 | $3,887,040 |
| Site MEP | 1 | 403,680 | $8 | $3,229,440 |
| Misc Landscaping | 1 | 485,880 | $3 | $1,457,640 |
| Sub Total | | | | $8,574,120 |
| Soft Costs (15%) | | | | $11,221,068 |
| **DEVELOPMENT COST ESTIMATE** | | | | **$86,028,188** |

**EBITDA ESTIMATE: MINIMUM STANDARD**

| AREA | # | SF | $/SF/YR | EXTENDED |
|---|---|---|---|---|
| Soundstages | 7 | 136,000 | $24.00 | $3,264,000 |
| Production Offices | 4 | 20,000 | $24.00 | $480,000 |
| Production Support | 9 | 77,000 | $18.00 | $1,386,000 |
| Workshops | 2 | 40,000 | $12.00 | $480,000 |
| Backlot | 1 | 130,680 | $6.00 | $784,080 |
| Surface Area/Parking | 1 | 82,200 | $12.00 | $986,400 |
| Sub Total | | 485,880 | | $7,380,480 |
| Studio Services (10%) | | | | $738,048 |
| Vacancy (10%) | | | | ($811,853) |
| Annual Gross Revenue | | | | $7,306,675 |
| Operating Expenses (30%) | | | | ($2,192,003) |
| **ANNUAL EBITDA ESTIMATE** | | | | **$5,114,673** |
| *Cap Rate* | | | | *5.9%* |
| *Annual Debt Reference (100% financed; 30 Yr Fixed @ 5% Interest)* | | | | *($5,541,815)* |

In the above scenario, construction costs are in a median range for studio facilities with lower design criteria (not NC-25, not STC-60, no wood grid/catwalk system, core & shell offices, etc.)

Revenue assumptions are based on median market rates in similar locations for similar studio amenities, generally; lower budget productions.

The cursory operating financial views, if reasonably accurate, would indicate the project is likely unfinanceable with a 5.9% cap rate, even at 90% occupancy and an interest rate below current market rates.

## III. Summary

The entertainment industry is now and has historically been robust, resistant to recession and economic downturns. Studies indicate 10 years of significant increases in global activity and spend primarily driven by the advent of and competition among streaming platforms (Netflix, Amazon, Apple, Disney+, Peacock, Paramount+, Hulu, etc.) As such, demand has outpaced supply of available, international and US soundstages and studio space. Demand is focused on locations offering film and television production incentives with those providing the greatest amount of financial benefit receiving the greatest amount of production activity and spend.

Covid-19 and current market conditions are near term detriments to production activity and spend but is expected to resolve by end of year with upward trends continuing by Q1, 2024.

Oklahoma's film and television incentive program incurs a current spend level of $100m+ and is assumed to increase to $200m as more infrastructures is developed (stages, production support businesses). This is equivalent to 4, median budgeted series productions (or 40 mid/low budget feature productions) with infrastructure requirements slightly exceeding current supply of stage and studio space.

The proposed studio development in Vinita is believed to face difficulties in obtaining consistent production occupancies resulting from the remote location. Travel time to the studio, absence of crew, production support businesses, and lifestyle amenities, represent significant disadvantages to competing studio facilities in OKC. Even if that were not the case, estimated development and construction costs would require a long runway to realize returns, based on current market rates, even when at extremely high (unrealistic) occupancy levels.

Absent an owner/user studio, where the owner is developing a studio for internal productions, the combination of available incentives, current inventory of stage space, proposed remote location, absence of crew and lifestyle amenities at the proposed location, cost to build compared with assumed operating income, all suggest exercising caution before committing to development.

## Disclaimer

INVESTMENT RISKS: All investments, including real estate, is speculative in nature and involves substantial risk of loss. As such, independent investigations by real estate, accounting, legal and financial investment professionals before acting on information published in this document is recommended. Information contained in this document is derived directly from information published by companies or submitted to governmental agencies believed reliable but are without independent verification. Therefore, no assurances can be made that this information is accurate or complete. No warrant or guarantee of success is nor can be made for any action taken in reliance on information provided in this document. Past performance is not necessarily indicative of future results. All investments carry risk and all investment decisions of an individual remain the responsibility of that individual. There is no guarantee that systems, indicators, or signals will result in profits or that they will not result in losses. All investors are advised to fully understand all risks associated with any kind of investing they choose to do. Hypothetical or simulated performance is not indicative of future results. No representations or warranties that any investor will, or is likely to, achieve profits similar to those shown is made, as hypothetical or simulated performance is not necessarily indicative of future results.

FORWARD LOOKING STATEMENTS: Various statements contained in this presentation, including those that express a belief, expectation or intention, as well as those that are not statements of historical fact, are forward-looking statements. These

forward-looking statements may include projections and estimates concerning the timing and success of strategies, plans or intentions. Forward-looking statements are based on current expectations and assumptions about future events. These assumptions include, among others, projections and expectations regarding market trends, general economic, market and real estate conditions that may impact the contemplated business. While these expectations and assumptions are believed reasonable, they are inherently subject to significant business, economic, competitive, regulatory and other risks, contingencies and uncertainties, most of which are difficult to predict and many of which are beyond control and could cause actual results to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements. Investors should not place undue reliance on these forward-looking statements. No obligation to update any forward-looking statements to conform to actual results or changes in our expectations is undertaken, unless required by applicable law.

RISKS RELATED TO THE REAL ESTATE INDUSTRY: An investor's performance and the value of properties are subject to general economic conditions and risks associated with real estate assets. There are significant expenditures associated with an investment in real estate (such as debt service, real estate taxes, and insurance maintenance costs) that generally do not decline when circumstances reduce the income from the property. Income from and the value of the properties acquired may be adversely affected by the following factors: downturns in international, national, regional and local economic conditions, attractiveness of the property acquired to potential tenants and competition from other properties, increases in the supply of or decreases in the demand for similar or competing properties in target markets, bankruptcies, financial difficulties or lease defaults by tenants, changes in interest rates, availability and terms of debt financing, changes in operating costs and expenses, changes in, or increased costs of compliance with, governmental laws, rules, regulations and fiscal policies, including changes in tax, real estate, environmental and zoning laws, and potential liabilities thereunder, civil unrest, acts of God, including earthquakes, floods and other natural disasters, which may

result in uninsured losses, and acts of war or terrorism, among others. For these and other reasons, no guarantees of income or profits or investor performance can be made nor is implied.

*Appendix*

- ALTERNATE LOCATION (Branson MO)
- STUDIO CONSTRUCTION COST REFERENCE
- GEM INFORMATION

## Branson, Missouri

A cursory view contemplating studio development in Branson, Missouri would likely result in a similar conclusion but with slightly different reasons.

Branson is a more populated region (12,638 in the 2020 Census), some of which include industry professionals as a result of the existing entertainment destination industry. Lifestyle amenities are sufficient to attract incoming productions.

The obstacles to a successful studio operation include travel distance and time from L.A. or N.Y. originated ABL talent, shortage of television and film related production equipment and providers.

The primary obstacle is an absence of Missouri film and television production incentives, which is a non-starter for nearly any US based production.

Unless contemplating building a studio for internal purposes and not as a for-profit business, as was the case for Tyler Perry Studios in Atlanta where the studio was developed over time for his productions and to avoid paying rent to another property owner, modest occupancy levels at advantageous rates would seem unlikely.

GIANT ENTERTAINMENT & MANAGEMENT INC.



# GIANT ENTERTAINMENT & MANAGEMENT INC.




**Giant Entertainment & Management Inc. (G.E.M.)** is a Los Angeles based Film & Television Studio design and development company with in-depth experience in the United States, Europe and Asia.

G.E.M. delivers knowledgeable business foundations to Studio development projects via Market Analysis, Programming, Site Planning, Operating Financial Analysis, Construction & MEP Consulting, Value Engineering, Start-up of Operations & Studio Services, and ongoing Management Services for stage-based entertainment properties.

# PROFILE

## Clients

Amazon Studios, US/UK
NBCUniversal Studios, Hollywood
Paramount Pictures, Hollywood
Hudson Pacific Properties, International
Raleigh Studios, Hollywood
Tyler Perry Studios, Atlanta
Utah Film Studios, Park City
Bray Film Studios UK
Wuxi Studios, China
Infinite Studios, Singapore
Infinite Studios, Indonesia
New Regency Productions
Tishman Speyer L.A. & N.Y.
Calgary Economic Development, Canada
State University of New York
Georgia State University
Shanghai University, China

## Planning

- International market, financial and operations analysis, programming and site planning for media conglomerates, independent studio owners, shareholders, financial institutions, and government agencies
- Short and Long-Term business plans defining business opportunities, strategic objectives, operational requirements, and financial implications

## Development

- Design and construction consulting including formulating the basis of design, performance specifications, methods and materials, value engineering that to date, represents approximately three million square feet of constructed stage, office and supporting industrial space, over sixty constructed soundstages in six countries; United States, United Kingdom, Canada, China, Indonesia and Singapore
- Establishing international service partnerships to define and achieve studio-based service standards, income and strategic relationship objectives

## Operations

- Executive oversight of film and television studios; policies, procedures, job descriptions, staffing, training, evaluations, operational audits, process improvements, development of studio services and annual operating budgets
- Contract negotiations with multi-national conglomerates and individual productions for leasing of real property; labor, equipment and services

GIANT ENTERTAINMENT & MANAGEMENT INC.




# FILM & TELEVISION STUDIO DEVELOPMENT & OPERATIONS HIGHLIGHTS

# GIANT ENTERTAINMENT & MANAGEMENT INC.




## NBCUniversal Studios

Studio Operations Master Plan
Studio Business Analysis
International Property Analysis
International Market Analysis
NBC News Field Shop Design
Screening Room Renovations
Project Management

## Paramount Pictures Studios

Property Analysis (*United States*)
Stage Conversion (*Paramount +*)

## Amazon Studios

Conceptual Site Planning
Design & Construction Consulting
Studio Operations
Production Contract Negotiations

## Tishman Speyer L.A.

Studio Service Analysis
Programming
Conceptual Site Planning
Operating Financial Analysis

## Tishman Speyer N.Y.

Studio Business Analysis
Programming
Operating Financial Analysis

# GIANT ENTERTAINMENT & MANAGEMENT INC.




Operating Financial Analysis
Design Consulting
Studio Services Development
Annual Operating Budgets
Studio Management




Construction Financial Analysis
Project Development
Design & Construction Consulting
Value Engineering




Construction Financial Analysis
Development Team Management
Design Criteria
Design & Construction Consulting
Value Engineering




Property Analysis
Programming
Operating Financial Analysis
Conceptual Site Planning
Design & Construction Consulting
Studio Operations
Production Contract Negotiations
Studio Services Development
Staffing & Training
Annual Operating Budgets




Studio Business Analysis
Operating Financial Analysis
Conceptual Site Planning
Design & Construction Consulting
Studio Operations
Staffing & Training
Annual Operating Budgets

# GIANT ENTERTAINMENT & MANAGEMENT INC.

Studio Business Analysis
Programming
Operating Financial Analysis
Conceptual Site Planning
Design & Construction Consulting
Value Engineering


Utah Film Studios, Park City

Design & Construction Consulting
Value Engineering


Calgary Film Centre, Canada

Design & Construction Consulting
Value Engineering
Studio Operations Consulting


Infinite Studios, Indonesia

Studio Business Analysis
Operating Financial Analysis
Programming
Design & Construction Consulting


Infinite Studios Singapore

Studio Business Analysis
Operating Financial Analysis
Programming
Conceptual Site Planning
Design & Construction Consulting
Studio Operations
Studio Services Development
Annual Operating Budgets



Celtic Media Centre, Louisiana

# GIANT ENTERTAINMENT & MANAGEMENT INC.

Property Analysis
Studio Business Analysis
Programming
Operating Financial Analysis
Conceptual Site Planning
Design & Construction Consulting
Studio Operations
Annual Operating Budgets

Design & Construction Consulting
Value Engineering

Studio Business Development
Property Analysis
Operating Financial Analysis
Annual Operating Budgets
Long Term Planning
Studio Services Development
Studio Operations

Studio Business Analysis
Operating Financial Analysis
Studio Services Development
Studio Operations
Annual Operating Budgets

Financial Analysis
Studio Services Development
Studio Operations
Annual Operating Budgets


*MMP Studios, Michigan*


*Syracuse Studios, New York*


*Raleigh Studios, Hollywood*


*Hercules Studios, Playa Vista*


*MBS Studios, Manhattan Beach*

# GIANT ENTERTAINMENT & MANAGEMENT INC.

## STUDIO DEVELOPMENT & OPERATIONS



*United States*

*Canada*

*United Kingdom*

*Hungary*

*Singapore*

*Indonesia*

*China*

WWW.GIANT-GEM.COM

GIANT ENTERTAINMENT & MANAGEMENT INC.




## *NBCUniversal Studios, Hollywood California*

### *Planning*

Studio Operations Master Plan
International Studio Property Analysis
International Market Analysis
Infrastructure Design Consulting

### *Development*

Stage & Production Office Design & Construction Consulting
Design Project Management
Value Engineering
NBC News Field Shop Design
Post Production & Executive Screening Room Renovations











GIANT ENTERTAINMENT & MANAGEMENT INC.




## *Raleigh Studios, Hollywood California*

### *Planning*

Short & Long-Term Business Planning
International Studio/Production Market Analysis
Property Evaluations & Site Planning
Studio Business Financial Analysis

### *Development*

International Studio Design, Development & Business Expansion
Design & Construction Consulting

### *Operations*

Studio Services Development
International Studio Staffing & Training
Annual Operating Budgets
Production Contract Negotiations














## *Celtic Media Centre, Baton Rouge Louisiana*

### *Planning*

Studio/Production Market Analysis
Programming
Conceptual Site Planning
Operating Financial Analysis

### *Development*

Studio Design & Construction Consulting
Value Engineering

### *Operations*

Staff Training
Studio Services Development
Annual Operating Budgets














## *MMP Studios, Pontiac Michigan*

### *Planning*

Studio/Production Market Analysis
Site Evaluations
Conceptual Site Planning
Operating Financial Analysis

### *Development*

Design & Construction Consulting
Value Engineering
Studio Services Development

### *Operations*

Organizational Structures
Staff Training













## *Syracuse Studios, Syracuse New York*

### *Development*

Studio Design & Construction Consulting
Performance Specifications
Design Criteria
Value Engineering









## Utah Film Studios, Park City Utah

### Planning

Production Market Analysis
Conceptual Site Planning
Operating Financial Evaluation

### Development

Design & Construction Consulting
Design Criteria
Performance Specifications
Value Engineering













## Calgary Film Centre, Alberta Canada

### Development

Studio Design Criteria
Design & Construction Consulting
Value Engineering







# GIANT ENTERTAINMENT & MANAGEMENT INC.




## *Bray Film Studios, Windsor United Kingdom*

### *Planning*

Short & Long-Term Business Planning
Conceptual Site Planning
Operating Financial Analysis

### *Development*

Design & Construction Consulting
Design Criteria
Performance Specifications
Value Engineering

### *Operations*

Staff Training
Annual Operating Budgets
Production Contract Negotiations














## *Origo Studios, Budapest Hungary*

### *Planning*

Studio/Production Market Analysis
Conceptual Site Planning
Operating Financial Analysis

### *Development*

Design & Construction Consulting
Value Engineering

### *Operations*

Organizational Structures
Staffing & Training
Executive Oversight
Contract Negotiations
Annual Operating Budgets













GB00113386




## *Infinite Studios, Singapore Singapore*

### *Planning*

Studio/Production Market Analysis
Studio Service Analysis
Conceptual Site Planning
Operating Financial Analysis

### *Development*

Design & Construction Consulting
Studio Design Criteria
Performance Specifications
Value Engineering











GIANT ENTERTAINMENT & MANAGEMENT INC.



## Infinite Studios, Batam Indonesia

### Planning

Site Evaluation
Conceptual Site Planning

### Development

Studio Design Criteria
Design & Construction Consulting
Value Engineering

### Operations

Organizational Structures
Staffing Requirements













GB00113388



## Wuxi Studios, Wuxi China

### Planning

Studio/Production Market Analysis
Operating Financial Analysis
Conceptual Site Planning

### Development

Design & Construction Consulting

### Operations

Studio Organizational Structures
Staffing & Training
Annual Operating Budgets
Operational Audits











# INTERNATIONAL CONSULTING LOCATIONS



United States

United Kingdom

France

Kazakhstan

China

Korea



### Arizona

Site evaluation for proposed studio development in Phoenix. Advised developer, elected officials and universities on production incentives, infrastructures, training, and financial implications of a studio-based business.

### California

Numerous Comprehensive Southern California market and infrastructure analysis, conceptual site planning, consulting local universities, developers and potential investors on development and/or acquisitions of multiple studio properties. Clients include multi-national media conglomerates (NBCU, Paramount), capital firms (Tishman Speyer, Westport Capital Partners) and independent studios (Hudson Pacific, Raleigh)

### Florida

Site evaluations to repurpose existing facilities in both Miami and Sarasota. Advised media companies, government officials, city managers, developers and local Universities on viability of infill and the conversion of existing structures as well as potential operating and financial impacts.













*Georgia*

Site Evaluations, programming, conceptual site plans and Financial Analysis of multiple film and television studios for multiple clients regarding acquisition of studios in Atlanta, Savannah and Senoia. Clients and properties include Tyler Perry Studios, (Greenbriar & Fort McPherson), Riverwood Studios and the State University of Georgia,

*Montana*

Warehouse stage conversion for Paramount Pictures streaming series “Yellowstone” relocation to Montana. Construction consulting included renovation recommendations, utility upgrades, acoustical upgrades.

*New Jersey*

Comprehensive Market & Studio Service Analysis for two projects that included conceptual site planning, programming, operating financial analysis, design consulting, production/tenant contract negotiations for ground-up studio projects.

*New Mexico*

Analysis of existing studio including; business and operating financial analysis for acquisition, as well as advising government officials, Union officers and local producers of potential benefit.











GIANT ENTERTAINMENT & MANAGEMENT INC.



*New York*

Engaged by media conglomerates and capital firms to provide market, design, and financial evaluations on several confidential studio projects, and production/post-production utilization of NY based College of Nanoscale Science and Engineering discoveries.

*North Carolina*

Commissioned on a proposed studio development in Charlotte to provide site evaluations, market analysis and advise elected officials and local business leaders on incentives and infrastructures.

*Ohio*

Engaged to provide site analysis and recommendations for two separate studio propositions in Cleveland for interested developers, investors and local government officials.

*Pennsylvania*

Comprehensive Market, Studio Service, Site Planning and Financial Analysis for a proposed studio in Philadelphia. Advised developer and elected officials on scope and financial impacts.

*Washington D.C.*

Commissioned to provide Operating Financial Overviews, Design Criteria and Site Planning for a proposed studio-based project in downtown Washington D.C.











GIANT ENTERTAINMENT & MANAGEMENT INC.



### *England*

Multiple confidential engagements to analyze various properties for potential development and/or acquisitions. Extensive evaluations have been and re currently being conducted for studio properties in and around London, Cardington, Iver Heath, Shepperton, Teddington, Manchester and Windsor. Engagement include market analysis, defining operating structures, studio services and subsequent operating financial models in order to assess value.

Previous and current development plans include programming, conceptual site planning and studio service development for individual productions, studio owners and media conglomerates in and around London.

### *Wales*

Provided analysis of an existing studio outside Cardiff for potential acquisition and included site evaluations, market analysis, operating financial analysis as well as advising government officials on potential financial impacts.









GB00113394

GIANT ENTERTAINMENT & MANAGEMENT INC.



*France*

Comprehensive market and studio service analysis, conceptual site planning, operating financial analysis to repurpose a former air base in Toulouse. Extensive work with local developers, Film France in Paris, as well as elected officials, producers, service providers and universities.

Engaged to advise on an independent studio development in Marseille that included multiple site evaluations, advising local officials, economic development departments, investors, and new media technology companies on potential financial and operating impacts of the project, sponsored by Provence Promotion.

*Kazakhstan*

Comprehensive market and studio service analysis, conceptual site planning and operating financial analysis for a proposed studio development project in Almaty. The engagement included working with investors, construction companies, and government officials of operating and financial impacts.











GIANT ENTERTAINMENT & MANAGEMENT INC.



*China*

Extensive work in China includes engagements with the City of Shanghai on the expansion of the Shanghai Film Studio and speaking engagements with government officials, Shanghai University faculty and students on various topics, highlighting integration of new media technologies into studio environments and their subsequent impacts.

Engaged to review construction plans of the newly developed Beijing Film Studio and provide framework for a content investment facility between contracted US investors and the Beijing based studio.

*Korea*

Review of a proposed film and television studio development in Seoul. Inclusive was an initial site evaluation, assessment of local and national infrastructures, advising government officials, universities, investors, developers on project scope and viability.











# Britt Penrod

PRESIDENT; GIANT ENTERTAINMENT & MANAGEMENT INC.

## CAREER HIGHLIGHTS

### *Giant Entertainment & Management Inc.*

1m SF Studio Development & Construction
$200m Developed Stage/Office Structures
$2.4b Stage/Office Construction 2022-2023
UK Studio Operations GEM Ltd (2021)

### *Amazon Studios*

UK Studio Master Plan
UK Studio Management/Operations
UK Stage Design & Construction Consulting
LOTR UK Production Contract

### *NBCUniversal Studios*

Studio Operations Master Plan
International Market/Property Analysis
200,000 SF in Stage/Office Construction
Executive & Post-Production Theater Renovations

### *Raleigh Studios, Hollywood*

950,000 SF Studio Development & Construction
International Studio Services Development
Start Up of Operations in 4 Countries

## *Biography*

An entertainment industry career spanning 30 years between Warner Brothers Studios, Burbank; Raleigh Studios, Hollywood; and Giant Entertainment & Management Inc.

Expertise in international entertainment studio development derived from extensive, site-specific analysis, acute understanding of physical infrastructures, studio operations and operating financial outcomes.

Extensive studio development and operations experience in the United States; California, New York, Florida, Louisiana, Georgia, Pennsylvania, New Jersey, Michigan, New Mexico, Utah, as well as international properties; Canada, France, England, Wales, China, South Korea, Singapore, Indonesia and Kazakhstan.

Executive oversight of plan execution, including design, development and construction, working with project owners, architects, engineers and contractors to achieve the highest and best use for each facet of the venture and within a defined budget. Projects undertaken from concept to completion are located in California, New York, Louisiana, Michigan, Utah, United Kingdom, China, Hungary, Singapore and Indonesia.

Property development includes twenty studio-based development projects, three million square feet of constructed office, support and stage space, over seventy constructed soundstages, thirteen ground-up developments in eleven countries for individual investors, governments and multi-national media conglomerates.

Experienced Executive in start-up and/or ongoing studio operations, including defining organizational structures, studio departments, job descriptions, staffing & training, human resources, vendors, service providers, client relations, negotiating tenant contracts, and day-to-day operations for studio properties in California (Hollywood, Manhattan Beach, Playa Vista); Louisiana (Baton Rouge); Hungary (Budapest); England (Windsor); and China (Wuxi, Shanghai).

# GIANT ENTERTAINMENT & MANAGEMENT INC.




WWW.GIANT-GEM.COM (805)201-3200 INFO@GIANT-GEM.COM


Large Scale Film Facilities

# Large Scale Film Facilities



## Stages:

**$475/GSF - $575/GSF**

**Primary Variables:**

HVAC Strategy / Capacity and Local versus Central Systems

- Stages will be constructed in buildings approximately 36,000 SF ea. and have 35'-0" clear height.
- Stages are constructed using tilt-up concrete construction or precast concrete. The roof structure is assumed to be steel truss.
- Stages have wood framed catwalks, elephant stage doors, sound locks/vestibules at the stages entries.
- Budget assumes construction of multiple Stages.



## Production Support Buildings:

**$430/GSF - $565/GSF**

**Primary Variables:**

Fit-Out Level of Quality / Façade Design

- Production Flex Building budget assumes a 3-story structural steel building with punched windows and Plaster articulation.
- Budget includes all the tenant improvements, including dressing rooms, showers, make up rooms, green rooms, open office space and some individual offices/conference rooms, and restrooms.
- Budget assumes a 30 - 40K GSF building.



## Production Office Base Building:

**$275/GSF - $350/GSF**

**Primary Variables:**

Fit-Out Level of Quality / Façade Design

- Budget based on a 4-story structural steel framed building with punched windows and plaster articulation.



## Production Office Interiors:

**$125/USF - $175/USF**

**Primary Variables:**

Fit-Out Level of Quality / Closed versus Open Office Plan / Office Fronts

- Budget includes open office space and some individual offices/conference rooms, and restrooms.
- Level of finish and amenities along with proportion of open and closed workspace will affect final cost.



## Onsite Parking:

**$15/SF - $25/SF**

**Primary Variables:**

Green Space / Stormwater Requirements / Site Lighting and Power

- On-grade parking to allow for parking for the talent trailer/module buildings, including drainage & site lighting.
- Budget assumes a combined Basecamp and parking of approx. 200,000 sf.



## Mill Building:

**$125/SF - $200/SF**

**Primary Variables:**

Interior Service Areas / Mezzanines / Façade Design

- Budget based on using Pre-Engineered Building (Butler type) for the building structure, exterior wall metal panels & Roof panels.

Read the Stage Benchmark Study



GB00113400



# Outlook By Location

**Baseline City Index:** 100

**Source:** RSMeans City Cost Index Q4-2022

To index the estimated cost between cities, divide the current city index by the proposed city index.

**For example; NYC to LA = 129.1/113.2 = 1.14. NYC Project Cost divided by 1.08 equals LA Project Cost.**




MAJOR CONCLUSION

*"A focused and strategic approach to procurement that engages designers, contractors, suppliers, manufacturers and clients reduces the risk of price escalation and produces the most competitive results for our clients."*

Attilio Rivetti Vice President – Turner Construction Company

# EXHIBIT 16

May 2023 Presentation to O. Gene Bicknell
(2023-05 Gene Presentation May 2023.pptx)

Hedrick027484-Hedrick027603

# American Heartland Resort

Review

May 2023

# Timeline – April 2022 to May 2023

**April 2022 – Original Concept**

- Movie Soundstages – Assumes 10 Year Lease by Amazon or Netflix
- A Movie Studio Theme Park

**May 2022**

- American Heartland Theme Park Concept Approved
- Soundstages
- RV Park with 300 Spaces

**June 2022**

- Meeting with Oklahoma Governor

**July 2022**

- Theme Park Concept Development Begins

**September 2022**

- First Feasibility Study Completed – Predicts 3.7M visits – Investment $1.3B
- Suggests Theme Park – RV Park 300 Spaces - 300 Cabins - 300 Room Hotel & Water Park

# Timeline

**December 2022 Updated Feasibility Study suggests the following will be profitable.**

- Theme Park for 3.9 to 5.0 million visits per year
- An RV Park with 750 RV Spaces and 300 cabins
- A 300 Room Hotel and Water Park
- Warranted Investment = $1.6B

**January 2023**

- Design Begins

**April 2023**

- In-Progress Design Submitted for Updated Feasibility Evaluation

**May 2023 – 3rd Feasibility Study based on the following creative**

# PROJECT LAZY HAWK

Case … (filing header, illegible)

# Project Lazy Hawk Creative Staff

## Walt Disney Imagineering – The Creative Years

Steve Hedrick – WDE Disney Executive 22 yrs (TP Industry 40 yrs)
John Sorenson - WDI Land Planner 30 yrs
Tom Turley - DLI Ops Planning & Development 45 yrs
Don Hilsen - WDI Ride Engineer - 30 yrs
John Polk - WDI Special Effects 20 yrs
Tim Kirk - WDI Concept Artist 35 yrs`
John Lindsay WDI Project Mgr 20 yrs
Annette Crump - WDI Planner/Scheduler 11 yrs
Andy Burden – WDE/DLI Technical Design 12 yrs
Rick Allen – WDW Operations 24 yrs
Craig Hodges – WDW Operations - 42 yrs
Dave Vermeulen – Disneyland International 40 yrs
Ted Carlsson – Disneyland/WDI VP of Technical Design - 35 yrs
Scott Sinclair – Disneyland & WDI Theme Park Designer - 20 yrs
Ronnie Rodriquez – Disney Creative Entertainment - 35 yrs
Reggie Jarrett – Disney Entertainment – 35 yrs

## Figure 2.1 Vinita, Oklahoma and the Grand Lake Region




Vinita Lake Park
Saint Francis
Hospital Vinita
Vinita High School
Northeast Ok
Correctional Center
Vinita
Will Rogers Turnpike
Will Rogers Turnpike
Will Rogers Turnpike
Will Rogers Turnpike
Will Rogers
ROUTE
66

# Master Plan – Full Buildout - Points of Connection




04.21.20
23

exp

Hedrick027491

# Master Plan – Full Buildout - Points of Connection



# Master Plan – Full Buildout - Points of Connection




04.21.20
23

# Master Plan – Full Buildout - Points of Connection




04.21.20
23

# Master Plan – Full Buildout - Points of Connection






Hedrick027495


THREE PONIES
RV PARK &
CAMPGROUND


THREE
PONIES
RV PARK &
CAMPGROUND


750 RV SPACES
THREE PONIES
RV PARK &
CAMPGROUND


300 CABINS
THREE PONIES
RV PARK & CAMPGROUND


FRONTIER HALL
DINNER THEATER
THREE PONIES
RV PARK & CAMPGROUND




# LANDSCAPE
## AMENITY AREA PLAN




FRONT ELEVATION
SCALE 1/16" = 1'-0"




3D VIEW

INSPIRATION IMAGES










POOL SIDE ELEVATION

SCALE 1/16" = 1'-0"




SIDE ELEVATION

SCALE 1/16" = 1'-0"




PARKING SIDE ELEVATION

SCALE 1/16" = 1'-0"




SIDE ELEVATION

SCALE 1/16" = 1'-0"



POOL SIDE 3D VIEW



PARKING SIDE 3D VIEW

04.03.2023

# RECREATION BUILDING
## ELEVATIONS









04.03.2020

# CLUBHOUSE
3D VIEW



MAIN ENTRY VEIW



MAIN ENTRY VEIW











SERVICE AND LAKE SIDE VEIW

04.03.2020

# DINNER THEATER
## 3D VIEWS


Three Ponies
RV Park & Campground
Opens 2024

AMERICAN HEARTLAND

THEME PARK

ROUTE 66

Resort Wide & BOH

# Master Plan




AMERICAN
HEARTLAND
THEME PARK


LIBERTY VILLAGE
AMERICAN
HEARTLAND
THEME PARK




Hedrick027511


BAYOU BAY
AMERICAN
HEARTLAND
THEME PARK


BIG TIMBER FALLS
AMERICAN
HEARTLAND
THEME PARK




Hedrick027514


4 STAR HOTEL
& WATER PARK
AMERICAN
HEARTLAND
THEME PARK


ELECTROPOLIS
AMERICAN
HEARTLAND
THEME PARK


THEME PARK ENTRY
ENTRY SEQUENCE
GUEST SERVICES
GUEST SERVICES
LG RETAIL
AMERICA
POOH
ROADHOUSE
SNACK
DINING
BANDSTAND
TOWER
GENERATOR
ELECTRO THEATRE
OUTDOOR STAGE
RETAIL
SPARK
F&B
REVOLUTION QUEUE
SNACK


AMERICAN
HEARTLAND
THEME PARK
ENTRY


AMERICAN
HEARTLAND


LIBERTY VILLAGE
AMERICAN HEARTLAND
AMERICAN
HEARTLAND
THEME PARK


HEARTLAND
THG
MEG
HOMETOWN, USA
Work hard, play hard, dream big
7








GREAT PLAINS
AMERICAN
HEARTLAND
THEME PARK


AMERICAN
HEARTLAND
THEME PARK
GREAT PLAINS
The dramatic landscape where America's family spirit grows strong
THG
MEG



Great Plains: Barns, windmills, and simple, sturdy structures define the no nonsense, rugged individualism of the Great Plains





















JACKALOPE RUN




Hedrick027530


BARNSTORMERS


FIRST STORIES THEATER


SWAMP THRILL RIDE
PIRATE STUNT SHOW
VOODOO HOUSE
CRITTER TALES



AMERICAN HEARTLAND
Bayou Bay
BAYOU BAY
Home of moss-covered trees and hidden waterways,
lively libations, and spooky spirits
THG
MEG

# Bayou Bay





Hedrick027535

## PIRATE STUNT SHOW






LAND HO! STUNT SHOW · ENTRANCE CONCEPT ELEVATION ·





Hedrick027538


New Orleans
BELCHER
PARIS
GUMBO SHACK




BIG TIMBER FALLS
AMERICAN
HEARTLAND
THEME PARK




Hedrick027542


Project Lazy Hawk • Big Foot Falls
THG
BIG FOOT FALLS
183


STONY POINT HARBOR
AMERICAN
HEARTLAND
THEME PARK

# Stony Point Harbor





# HAUNTED LIGHTHOUSE

THG





STONY POINT HARBOR
The American waterfront of brave voyages and tall tales




HOTEL & WATER PARK
AMERICAN HEARTLAND THEME PARK







# WATER PARK SECTION (REVIT IN PROGRESS)











ELECTROPOLIS
AMERICAN
HEARTLAND
THEME PARK




Terminal Velocity



Hedrick027559

# Terminal Velocity

**LOAD & LOCK**

- Load: Excited butterflies kick in: guests move into loading corrals; final checks can be heard and seen as live crew matching the automata's garb help riders to their vehicle.
- Lock: Valiant riders board and a chain of "thumbs ups" ripples from on-deck operators to the automata Launch Commander manning the Command Center; with a clearance klaxon, the train shutters onto a jostling switch track to the launch platform.
- Sound




THG


America's
Heartland
Theme Park
DynaTron
THG
MEG
MANSION
17


AMERICAN
ROUTE
66
HEARTLAND
ROUTE 66 RIDE


ROUTE 66
Great American Road Trip!
HEARTLAND MOTORS
GAS
20¢
SER
ROUTE 66
Great American Road Trip!
HEARTLAND MOTORS


HEARTLAND
THG

American Heartland • Route 66 Reference Imagery
























Case 4:25-cv-00383-SH Document 211-7 Filed in USDC ND/OK on 10/07/26 Page 568 of 648



All along Route 66, hilarious billboards promote real and imagined products and destinations.














NO PARKING
OKLAHO
HIGH
PAT








HISTORIC
OKLAHOMA
US
66
ROUTE


THE HEART OF THE HEARTLAND
We the People
Stony Point Harbor
Big Timber Falls
Electropolis
Liberty Village
Great Plains
Bayou Bay


THE HEART OF THE HEARTLAND
We the People
Stony Point Harbor
Big Timber Falls
Electropolis
Liberty Village
Great Plains
Bayou Bay















Hedrick027574




We Can Do It!


Opens Oct 2026
AMERICAN
HEARTLAND
THEME PARK
AMERICAN
ROUTE
66
HEARTLAND

# Master Plan




**LEGEND**

MEG Road Continuation

**Road – Government Scope**
- Road Construction and maintenance
- Utility corridor along road

## Master Plan




**LEGEND**

MEG Road Continuation

**Road – Government Scope**
- Road Construction and maintenance
- Utility corridor along road



Hedrick027579

## American Heartland Project

Feb. 22, 2023

RegionTrack economists are currently reviewing the feasibility study and development plan for the proposed American Heartland resort in northeast Oklahoma (Vinita). The $1.5 billion development includes an upper-tier theme park with accompanying hotel and water park, film studio, RV park with cabins, and other entertainment venues. The project is under review from several perspectives, including general feasibility, market assumptions, and potential economic impacts.

Our primary conclusions to date are:

1. **The planned project is of transformative quality.** Our view is that the scale and quality of the proposed development introduces a new category of entertainment experience to Oklahoma and the broader market area. The defining characteristic of the project is a visitor experience rivaling that of Disney resort destinations. This distinguishes it marketwise from other tourism-related attractions in the region.
2. **There is a clear market o**… market hub with limited … the resort is consistent w… destinations are increasin…
3. **The development's them**… Heartland theme will pro… family-friendly image and…
4. **The resort would become one of the state's anchor tourist destinations.** At full development, the resort would quickly become the state's most significant single visitor destination. The state has no anchor attraction or destination capable of attracting 2+ million out-of-state visitors per year. Such an anchor destination woul… visitor spending …
5. **The proposed lo**… what we view as… surrounding dev… and is less than a… outdoor activities…
6. **Potential economic contributions to the region and state are sizeable.** The project is expected to set off a long-lived stream of economic impacts in the state. The $1.5 billion in initial capital spending will produce outsized construction impacts. At full operation, the facility will generate approximately $500 million in annual spending. Significant ongoing state and local government tax and non-tax revenue is expected from the operations of the facility.
7. **Economic spillovers extend beyond Vinita to the region and state.** From a future economic development perspective, our expectation is that a resort of this caliber would transform the Vinita area, spark extensive development in the Tulsa/Grand Lake corridor, and bring a notable boost to tourism and exposure for the state. These outcomes extend beyond the expected contribution of the facility itself.

In short, we view the proposed American Heartland resort as a market-altering development capable of shifting family entertainment spending patterns in the region. The resort carries the potential to act as a catalyst for long-run growth in northeast Oklahoma and serve as a key source of identity for the state upon full development. The scale of the development and its out-of-state pull ensure that it will produce significant direct and spillover economic contributions to the local, regional, and state economies.

*For more information, contact Mark Snead (mark.snead@regiontrack.com or 800.762.0570)*

At full development, the resort would quickly become <u>the state's most significant single visitor destination.</u>

The state has no anchor attraction or destination capable of <u>attracting 2+ million out-of-state visitors per year.</u>




Mark C. Snead

RegionTrack Inc

Regional economics   oil and gas   local area forecasting


**The planned project is of transformative quality.**

**…y for the project**

**The development's theme resonates with the populace of the region**

**…tate's anchor**

**The proposed location can support the resort and market.**

**Potential economic contributions to the region and state are sizeable**

**Economic spillovers extend beyond Vinita to the region and state**

# Resort Context Plan

Planned Development District






Hedrick027581


NOW
JESSE WHITE
ARCHIE


LAZY HAWK PROJECT SCHEDULE
MOU May 2023
PUBLIC
Needed by Aug 2023
Initial Permitting
Needed by Q2 2024
RV Park Permanent Utilities & Road Access Design & Construction
12 months
Needed by Q1 2025
Resort & Theme Park Permanent Utilities & Road Improvements Design & Construction
24 months
Needed by Q2 2026
Resort Overall Road Improvements Design & Construction
36 months
2023
2024
2025
2026
Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4
PRIVATE
RV Park Design
* RV Park Construction
RV Park PH 1 Opening Q4 2024
RV Park PH 2 Opening Q3 2025
Resort Overall, Hotel & Theme Park Design
* Resort Overall, Hotel & Theme Park Construction
Theme Park Show & Ride Testing
Theme Park Opening Q4 2026
* Assumes expedited Permits and Applications


HEARTLAND
AMERICAN
ROUTE
66
HEARTLAND
THC
THREE
PONIES
RV PARK & CAMPGROUND

# Relationships for Success

- **Theme Park and Lodging**

To achieve 5M visits per year, <u>the theme park requires available rooms nights.</u>

Recommend <u>300 Room Theme Park Hotel</u>, <u>750 RV Spaces</u> and <u>300 Campground Cabins</u>

The longer visitors stay, the more they will enjoy the experience - and the more they will spend at our resort.







# Relationships for Success

- **Hotel and Water Park**

**The hotel business model requires year-round occupancy.**

With an <u>impressive year-round indoor water park</u> the hotel will attract regional guests, even during cold months when the theme park may be closed.





# Relationships for Success

- **Employee Housing**

Used during construction and operations of the resort, housing will be required in this relatively remote area of Oklahoma.

Recommend building 1000 two bedroom apartments. These apartments will likely be at full capacity and generate a return on the investment as soon as they can be occupied.

The expense for these units is not included in our pro forma. Cost approximately $100M



# LAZY HAWK PROJECT SCHEDULE




* Assumes expedited Permits and Applications

# Government Support

The list of support the project is seeking has been sent to Government and awaiting response.

- Land
  - Land zoning and entitlements for permitted use.

- Adjacent development
  - The surrounding area with complimentary look and feel.
  - Restrictions on use with design guidelines to ensure compatibility.

- Government's role
  - Roads, bridges, infrastructure, water & sewer
  - Facilitator of permits and entitlements
  - Facilitator of public services: police, fire, and first aid

# Master Plan




**LEGEND**

MEG Road Continuation

**Road – Government Scope**
- Road Construction and maintenance
- Utility corridor along road



Hedrick027590

# Master Plan

To Open Oct 2026
Need support from the State of Oklahoma

- Roads, Bridges, Drainage
- Sewer, Water, Infrastructure
- Resort District Zoning & Permitting
- Public Safety




**LEGEND**

MEG Road Continuation

**Road – Government Scope**
- Road Construction and maintenance
- Utility corridor along road

## American Heartland Project

Feb. 22, 2023

RegionTrack economists are currently reviewing the feasibility study and development plan for the proposed American Heartland resort in northeast Oklahoma (Vinita). The $1.5 billion development includes an upper-tier theme park with accompanying hotel and water park, film studio, RV park with cabins, and other entertainment venues. The project is under review from several perspectives, including general feasibility, market assumptions, and potential economic impacts.

Our primary conclusions to date are:

1. **The planned project is of transformative quality.** Our view is that the scale and quality of the proposed development introduces a new category of entertainment experience to Oklahoma and the broader market area. The defining characteristic of the project is a visitor experience rivaling that of Disney resort destinations. This distinguishes it marketwise from other tourism-related attractions in the region.
2. **There is a clear market o**… market hub with limited … the resort is consistent w… destinations are increasin…
3. **The development's them**… Heartland theme will pro… family-friendly image and…
4. **The resort would become one of the state's anchor tourist destinations.** At full development, the resort would quickly become the state's most significant single visitor destination. The state has no anchor attraction or destination capable of attracting 2+ million out-of-state visitors per year. Such an anchor destination woul… visitor spending …
5. **The proposed lo**… what we view as… surrounding dev… and is less than a… outdoor activities …
6. **Potential economic contributions to the region and state are sizeable.** The project is expected to set off a long-lived stream of economic impacts in the state. The $1.5 billion in initial capital spending will produce outsized construction impacts. At full operation, the facility will generate approximately $500 million in annual spending. Significant ongoing state and local government tax and non-tax revenue is expected from the operations of the facility.
7. **Economic spillovers extend beyond Vinita to the region and state.** From a future economic development perspective, our expectation is that a resort of this caliber would transform the Vinita area, spark extensive development in the Tulsa/Grand Lake corridor, and bring a notable boost to tourism and exposure for the state. These outcomes extend beyond the expected contribution of the facility itself.

In short, we view the proposed American Heartland resort as a market-altering development capable of shifting family entertainment spending patterns in the region. The resort carries the potential to act as a catalyst for long-run growth in northeast Oklahoma and serve as a key source of identity for the state upon full development. The scale of the development and its out-of-state pull ensure that it will produce significant direct and spillover economic contributions to the local, regional, and state economies.

*For more information, contact Mark Snead (mark.snead@regiontrack.com or 800.762.0570)*



Mark C. Snead

RegionTrack Inc

Regional economics · oil and gas · local area forecasting

**The planned project is of transformative quality.**

At full development, the resort would quickly become the state's most significant single visitor destination.

**…y for the project**

**The development's theme resonates with the populace of the region**

The state has no anchor attraction or destination capable of attracting 2+ million out-of-state visitors per year.

**…tate's anchor**

**The proposed location can support the resort and market.**

**Potential economic contributions to the region and state are sizeable**

**Economic spillovers extend beyond Vinita to the region and state**

# Resort Context Plan




STANDA
RESTAU
NOW
HEAVEN
JESSE WHITE
ARCHIE

# Theme Park Breakeven

**Feasibility study: "Attendance in the third year of operation will be a low-case of 3.3 million per year, a mid-case of 3.9 million per year and a high case of 4.5 million per year.**

On several occasions, EPCOT Center at Disney and Universal Studios Florida, "Disney-level" designed theme parks have exceeded their predicted high attendance estimates by 10-20%. If American Heartland achieves this level of design, <u>attendance could be 10% more than the high-case prediction of 4.5 million, or around 5.0 million per year."</u>

Attendance Range

Breakeven →

Mid-point →

High →

Table 4--THEORETICAL BREAKEVEN POINT

| Attendance | Per Capita | Gross Revenue | Fixed Costs | Variable Cost | Net Profit |
|---|---|---|---|---|---|
| 1,000,000 | $ 83.00 | $ 83,000,000 | $ 127,550,991 | $ 26,666,642 | $ (71,217,633) |
| 1,500,000 | $ 85.00 | $ 127,500,000 | $ 127,550,991 | $ 39,999,962 | $ (40,050,954) |
| 2,000,000 | $ 86.50 | $ 173,000,000 | $ 127,550,991 | $ 53,333,283 | $ (7,884,274) |
| **2,114,105** | **$ 87.00** | **$ 183,927,135** | **$ 127,550,991** | **$ 56,376,080** | **$ 64** |
| 2,500,000 | $ 88.00 | $ 220,000,000 | $ 127,550,991 | $ 66,666,604 | $ 25,782,405 |
| 2,940,000 | $ 89.50 | $ 263,130,000 | $ 127,550,991 | $ 78,399,926 | $ 57,179,083 |
| 3,528,000 | $ 91.00 | $ 321,048,000 | $ 127,550,991 | $ 94,079,912 | $ 99,417,097 |
| [illegible] | $ [illegible] | $ [illegible] | $ 127,550,991 | $ [illegible] | $ [illegible] |
| 4,109,000 | $ 93.00 | $ 382,137,000 | $ 127,550,991 | $ 109,573,230 | $ 145,012,779 |
| 4,315,000 | $ 93.50 | $ 403,452,500 | $ 127,550,991 | $ 115,066,558 | $ 160,834,950 |
| 4,530,000 | $ 94.00 | $ 425,820,000 | $ 127,550,991 | $ 120,799,886 | $ 177,469,122 |
| 5,000,000 | $ 95.00 | $ 475,000,000 | $ 127,550,991 | $ 133,333,208 | $ 214,115,801 |

*NOTE: excludes cost of financing and Studio Soundstages*



Hedrick027595

# Project Investment 3.9 vs 5M Attendance

**Table 6—Five Million Planning & Capital Requirements**

| Planning Requirement | 3.9 M Attend Req. | 5.0 M Attend Req. | Comment |
|---|---|---|---|
| Design Day | 49,000 | 63,000 | |
| Peak In Park | 39,200 | 53,000 | |
| Entertainment Capacity | 47,000 | 60,000 | |
| Food Service--square footage | 142,000 | 182,000 | |
| Merchandise--square footage | 89,000 | 114,000 | |
| Parking Spaces | 12,900 | 17,400 | |
| Theme Park Land--Acres | 328 | 443 | |
| Onsite Hotel Rooms | 300 | 405 | |
| Theme Park CAPEX--Justified | $ 1,355,541,000 | $ 1,732,100,000 | Capex @ 10x EBITDA |
| Hotel & Waterpark CAPEX | $ 140,222,000 | $ 179,175,000 | Percentage increase in EBITDA |
| RV Campground & Amenities | $ 139,259,000 | $ 178,000,000 | Percentage increase in EBITDA |
| Outyear TP Attractions | $ 60,000,000 | $ 60,000,000 | |
| Total Capital Justified | $ 1,695,022,000 | $ 2,149,275,000 | |



Hedrick027596

# WHERE WE ARE – ESTIMATE vs INVESTMENT – EBITDA 10X

EBITDA Earnings before interest, taxes, depreciation and amortization

## RESORT CREATIVE AS PRESENTED

THEME PARK – RV PARK – CAMPGROUND – HOTEL & WATER PARK – EMPLOYEE HOUSING

WARRANTED INVESTMENT – EBIDTA 10X - 3.9M Attendance = $1.7B *

WARRANTED INVESTMENT – EBIDTA 10X - 5.0M Attendance = $2.1B *

CURRENT TREND ESTIMATE = $2.3B (to be confirmed after schematic design)

DELTA - 3.9M Attendance = $600M OVER TARGET

DELTA - 5.0M Attendance = $200M OVER TARGET

**Theme park. The 10-year financial analysis shows a capital expenditure of $1.7 billion, a total operating profit of 1.5 billion in the seven and one-half years of operation, representing an EBITDA of 40%, which should be sufficient to cover debt and taxes. This operating profit represents an 89% return on the total investment.**

(* Per Feasibility Study Update 5/10/2023)

# WHERE WE ARE – ESTIMATE vs INVESTMENT – EBITDA 12X

Earnings before interest, taxes, depreciation and amortization

## RESORT CREATIVE AS PRESENTED

THEME PARK – RV PARK – CAMPGROUND – HOTEL & WATER PARK – EMPLOYEE HOUSING

WARRANTED INVESTMENT – EBIDTA 12X - 3.9M Attendance = $2.0B

WARRANTED INVESTMENT – EBIDTA 12X - 5.0M Attendance = $2.3B

CURRENT TREND ESTIMATE = $2.3B (to be confirmed after schematic design)

DELTA - 3.9M Attendance = $300M OVER TARGET

DELTA - 5.0M Attendance = NO DELTA – ON TARGET

(*Per Feasibility Study Update 5/10/2023)



Hedrick027598

# HEARTLAND EMPLOYEE HOUSING

| | A | B | D | F | H | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Heartland Housing 1000 Units - 2000 bedrooms** | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | Units | Avg Each | Sub | Occupancy | Per month * | | Notes | | |
| 4 | | 2000 | 700 | $ 1,400,000 | 0.9 | $ 1,260,000 | | Avg rents f usa $1,300 per month | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | Maintenance | 1000 | 50 | 50,000 | 1 | 50,000 | | | | |
| 8 | | | | | | | | | | |
| 9 | Labor FTEs | 6 | 12,000 | 72,000 | | 72,000 | | 6 employees @ 2000 ea | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | **Total Monthly** | | | | | $ 1,138,000 | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | Development Cost | | | | | $ 120,000,000 | | | | |
| 16 | | | | | | | | | | |
| 17 | **Net rev per month** | | | | | 1,138,000 | | | | |
| 18 | | | | | | | | | | |
| 19 | **Months/years for Return** | | | | | 105.45 | Months | **8.787346** | **Years** | @$900 per BR = 10.5 yrs |
| 20 | *Broad assumptions to be verified | | | | | | | | | |



Hedrick027599


HEARTLAND
AMERICAN
ROUTE
66
HEARTLAND
THC
THREE
PONIES
RV PARK & CAMPGROUND

# Master Plan






Hedrick027601

# Studio Soundstages

GIANT Entertainment & Management Inc.

*Current inventory of stage space, proposed remote location, absence of crew and lifestyle amenities at the proposed location, cost to build compared with assumed operating income, all suggest exercising caution before committing to development.*


HEARTLAND
AMERICAN
ROUTE
66
HEARTLAND
THREE PONIES
RV PARK & CAMPGROUND

# EXHIBIT 17

July 26, 2023 Email Chain Between Stephen Hedrick and O. Gene Bicknell

GB00109899-GB00109900

Message

**From:** Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**Sent:** 7/26/2023 8:55:02 AM
**To:** Gene Bicknell [gene.bicknell@marinerwealth.com]
**CC:** lwilhite@themansiontheatre.com; Rick Silanskas [rsilanskas@themansiontheatre.com]
**Subject:** Re: Reactive Project Plans

Thank you, Gene.

It's very encouraging to know a plan is in place and we can move forward with this amazing project.
I'll keep you in the loop.

Steve

On Jul 26, 2023, at 6:03 AM, Gene Bicknell <gene.bicknell@marinerwealth.com> wrote:

This is receiving so much press that we will have all financing within the tome frame. We do have a plan and we have the necessary contacts. The $10 mil today and the first branding in place. Think positive.! Steve, please include me on all matters. We work as a trio and you are an amazing developer. We will hope not to put you in this position again.
Gene
Sent from my iPhone

On Jul 26, 2023, at 7:50 AM, lwilhite@themansiontheatre.com wrote:

Got this from Steve this morning…I have not called him, he does not know about the funds for today.
???

**From:** Steve Hedrick <stevevp@mansionentertainmentgroup.com>
**Sent:** Wednesday, July 26, 2023 7:23 AM
**To:** Larry Wilhite <lwilhite@themansiontheatre.com>
**Subject:** Reactive Project Plans

Hi Larry,

We need to have a plan, should the money arrive, or not arrive, by Friday of this week. Here's 3 scenarios to consider:

1. Money arrives Friday, all is good. We also have a good feeling that the $100M or so we need in the next quarter will be available. Terrific. We stay on schedule and move forward to build the best darn theme park and resort in the USA.

2. Money does not arrive by Friday and architects stop all work. I push the pause button on the project, asking the team to submit their invoices to date and not proceed with their assigned task. Kathy can then update our unpaid invoices spreadsheet, best guess approximately $15M. We should make every effort to pay this amount until we get can restart.

3. We receive approximately $8M to pay some of our outstanding expenses by Friday but there is no indication there will be funds to go forward with the major expenses we have coming up, i.e. RV Park construction, architects, sub consultants, millions in down payments to begin ride construction. Again, it would be wise to push the pause button as outlined above.

# 2 and # 3 above, depending on the length of the pause, we'll rework the design and construction schedule and suggest a new opening date for the project.

Let's discuss the details when you have time.

Steve

<Steve Hedrick Business Card copy-1.png>

<Steve Hedrick Business Card  copy-1.png>

# EXHIBIT 18

July 29, 2023 Email from Stephen Hedrick to O. Gene Bicknell and Larry Wilhite

LW_017960-LW_017961

**From:** Steve Hedrick <stevevp@mansionentertainmentgroup.com>
**To:** Gene Bicknell <gene.bicknell@marinerwealth.com>, Larry wilhite <lwilhite@themansiontheatre.com>
**Subject:** American Heartland Resort Costs going forward
**Date:** Sat, 29 Jul 2023 08:58:37 -0700
**Importance:** Normal
**Inline-Images:** Screenshot_2023-07-29_at_8.44.35_AM.png; Screenshot_2023-07-29_at_8.45.00_AM.png; Steve_Hedrick_Business_Card_copy-1.png

---

Hello Larry and Gene,

Good news on getting payments to the architects and consultants. Thank you Gene. You made them very happy.

I want to share our next steps to keep the American Heartland project moving forward and on schedule:
Below is an evaluation of where we are and where we're going by the end of the year, measured against our original cash flow estimate. It shows we'll be spending about $80M less than we first anticipated.

Following that, you'll find the estimate going forward, August through December. And finally, a schedule of when money is needed per month.

I hope this gives you a good look ahead for what's needed for the remainder of the year.

All the best,
Steve

**AMERICAN HEARTLAND PROJECT COSTS**
**Submitted July 29, 2023**




| | | |
|---|---|---|
| Projected Cash Flow amounts above Q2, Q3, Q4 = | $ 220,657,594 | |
| Costs to Date - April thru July | (20,378,000) | |
| Costs Going Forward - August thru December - see below | (118,146,000) | |
| | $ 82,133,594 | Under Cash Flow Projection Budget |

**AMERICAN HEARTLAND PROJECT COST GOING FORWARD**

**August 2023 - December 2023**

| | | |
|---|---|---|
| **TOTAL Aug - Dec** | | **$ 118,146,000** |

**Funding Schedule**

| | |
|---|---|
| **August** | **$ 24,810,660** |
| **September** | **$ 27,173,580** |
| **October** | **$ 24,810,660** |
| **November** | **$ 21,266,280** |
| **December** | **$ 20,084,820** |
| | |
| **Total** | **$ 118,146,000** |

Steve Hedrick
Executive Producer Project Development

818-929-7712 | SteveVP@MansionEntertainmentGroup.com

AmericanHeartlandThemePark.com ThreePoniesRVParkandCampground.com
MansionEntertainmentGroup.com

# EXHIBIT 19

July 29, 2023 Email from O. Gene Bicknell to Stephen Hedrick

GB00013977-GB00013979

Message

**From:** Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**Sent:** 7/29/2023 1:08:29 PM
**To:** Gene Bicknell [gene.bicknell@marinerwealth.com]
**CC:** Larry wilhite [lwilhite@themansiontheatre.com]
**Subject:** Re: American Heartland Resort Costs going forward

No problem, Gene.

We have the dream team of all dream teams working on this project. I'm truly amazed at the talent we have so far, with more coming onboard each day.

Will keep you updated.
Steve

On Jul 29, 2023, at 10:43 AM, Gene Bicknell <gene.bicknell@marinerwealth.com> wrote:

Steve. I'm not concerned about the funding. Just hope attorneys and transfers don't happen again. Moving assets can run into toad blocks. Sorry for the position I put you in.

Sent from my iPhone

On Jul 29, 2023, at 11:04 AM, Larry wilhite <lwilhite@themansiontheatre.com> wrote:

Thanks Steve...

On Sat, Jul 29, 2023, 10:58 AM Steve Hedrick <stevevp@mansionentertainmentgroup.com> wrote:

> Hello Larry and Gene,
>
> Good news on getting payments to the architects and consultants. Thank you Gene. You made them very happy.
>
> I want to share our next steps to keep the American Heartland project moving forward and on schedule:
> Below is an evaluation of where we are and where we're going by the end of the year, measured against our original cash flow estimate. It shows we'll be spending about $80M less than we first anticipated.
>
> Following that, you'll find the estimate going forward, August through December. And finally, a schedule of when money is needed per month.

I hope this gives you a good look ahead for what's needed for the remainder of the year.

All the best,
Steve

The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

<Screenshot 2023-07-29 at 8.44.35 AM.png><Screenshot 2023-07-29 at 8.45.00 AM.png>
<Steve Hedrick Business Card copy-1.png>

# EXHIBIT 20

August 6, 2023 Email from Stephen Hedrick to O. Gene Bicknell and Larry Wilhite

GB00014002

Message

**From**: Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**Sent**: 8/6/2023 9:34:21 AM
**To**: Larry Wilhite [lwilhite@themansiontheatre.com]; Gene Bicknell [gene.bicknell@marinerwealth.com]
**Subject**: Outstanding and upcoming Invoices

Larry and Gene,

I've asked our expense trackers to calculate the outstanding invoices submitted by our architects, consultants and vendors to date. The amount we need to pay this week is approximately $6.5M.

About $3M of this amount was not paid last go-around and are now months overdue.
We will soon be signing the contract for construction of the RV Park, as well as contracts for the architects, sub consultants and ride vendors to complete their designs. As before, I'm still anticipating $118M through the end of the year and need $25M for the month of August.

Thank you for your incredible support to make all the magic happen.

All the best,
Steve

Sent from my iPad

# EXHIBIT 21

August 11, 2023 Email from Stephen Hedrick to O. Gene Bicknell and Larry Wilhite, "Good news and urgent needs"

GB00000253- GB00000254

Message

**From:** Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**Sent:** 8/11/2023 8:10:19 AM
**To:** Gene Bicknell [gene.bicknell@marinerwealth.com]; Larry Wilhite [lwilhite@themansiontheatre.com]
**Subject:** Good news and urgent needs

Gene and Larry,

Really good news.

Yesterday I met with PCL Construction who recently acquired Nassal Scenic. PCL is the leading general contractor and theme park construction company in the world, the go-to company for Disney and Universal when they build new lands and theme parks. Nassal Scenic is the premier company in the industry for complex and beautiful building facades and attractions interiors.

They made a pitch yesterday to partner with our design company, THG, and build American Heartland. What impressed me was all the talent they have on staff with decades of experience. There would be no learning curve to build our project because they've built the most successful and beautiful theme parks in the country.

As a part of doing our job, they would bring on seasoned professionals to fill many of the positions we would have to find and hire. I know many of the people they mentioned. They are the best.

The second uncomfortable item is funding. At the pace we're running, to make our 2026 opening, it's very important that we have a river of money, as shown on the cash flow chart I shared with you in May.

We are millions behind on overdue invoices and the word is getting out that MEG are "slow payers". This is not the buzz we want to attract the best companies to our project.

I respect and know you guys are working on this.

Here's a list of work that needs to be funding now.

Log Cabins for the RV Park. Saws, lumber and workers are standing by to begin work but cannot until they receive their first payment.

Crossland Construction. Ready to begin moving dirt on the RV site but cannot for the same reason.

THG, Forrec, ADG Blatt and Cuningham Architects are ready to begin they next phase of detailed design.

Ride Engineering is behind schedule.

Theme Park Operations experts, food and beverage, maintenance, merchandising, warehousing, laundry, costuming, etc., are needed now or our designs will be incomplete and will cost us, once we open the park.

More experts are needed every day. Our burn-rate is hot will get even hotter to get American Heartland built. There are dozens of contracts waiting to be signed, totaling tens of millions of dollars.

Please let me know how to proceed.

Steve

# Steve Hedrick
Executive Producer Project Development

818-929-7712 | SteveVP@MansionEntertainmentGroup.com


AMERICAN HEARTLAND THEME PARK    MANSION ENTERTAINMENT GROUP    THREE PONIES RV PARK & CAMPGROUND

AmericanHeartlandThemePark.com    ThreePoniesRVParkandCampground.com
MansionEntertainmentGroup.com

# EXHIBIT 22

August 11, 2023 Email from O. Gene Bicknell to Stephen Hedrick

Hedrick006374-Hedrick006375

# Re: Good news and urgent needs

**From: Steve Hedrick <stevevp@mansionentertainmentgroup.com>** Fri, Aug 11, 2023 at 2:04 PM CDT (GMT-05:00)
To: Gene Bicknell <gene.bicknell@marinerwealth.com>
Cc: Larry Wilhite <lwilhite@themansiontheatre.com>

Ok, thanks.
Steve

On Aug 11, 2023, at 7:54 AM, Gene Bicknell <gene.bicknell@marinerwealth.com> wrote:

Working hard to get state tax exemptions   Financing coming sorry to lay this on you…its timing that we didn't expect. We are not fraudulant just didn't plan on peoples schedules. Vacations illnesses family issues.  Please don't think we'll let you down. We are very positive about this. We have waited for two months for paperwork to get done.

Sent from my iPhone

On Aug 11, 2023, at 9:10 AM, Steve Hedrick <stevevp@mansionentertainmentgroup.com> wrote:

Gene and Larry,

Really good news.

Yesterday I met with PCL Construction who recently acquired Nassal Scenic. PCL is the leading general contractor and theme park construction company in the world, the go-to company for Disney and Universal when they build new lands and theme parks. Nassal Scenic is the premier company in the industry for complex and beautiful building facades and attractions interiors.

They made a pitch yesterday to partner with our design company, THG, and build American Heartland. What impressed me was all the talent they have on staff with decades of experience. There would be no learning curve to build our project because they've built the most successful and beautiful theme parks in the country.

As a part of doing our job, they would bring on seasoned professionals to fill many of the positions we would have to find and hire. I know many of the people they mentioned. They are the best.

The second uncomfortable item is funding. At the pace we're running, to make our 2026 opening, it's very important that we have a river of money, as shown on the cash flow chart I shared with you in May.

We are millions behind on overdue invoices and the word is getting out that MEG are "slow payers". This is not the buzz we want to attract the best companies to our project.

I respect and know you guys are working on this.

Here's a list of work that needs to be funding now.

Log Cabins for the RV Park. Saws, lumber and workers are standing by to begin work but cannot until they receive their first payment.

Crossland Construction. Ready to begin moving dirt on the RV site but cannot for the same reason.

THG, Forrec, ADG Blatt and Cuningham Architects are ready to begin they next phase of detailed design.

Ride Engineering is behind schedule.

Theme Park Operations experts, food and beverage, maintenance, merchandising, warehousing, laundry, costuming, etc., are needed now or our designs will be incomplete and will cost us, once we open the park.

More experts are needed every day. Our burn-rate is hot will get even hotter to get American Heartland built. There are dozens of contracts waiting to be signed, totaling tens of millions of dollars.

Please let me know how to proceed.

Steve

<Steve Hedrick Business Card copy-1.png>

<Steve Hedrick Business Card  copy-1.png>

# EXHIBIT 23

August 24, 2023 Email from Stephen Hedrick to Larry Wilhite
with Summary of the Cost of Each Contract for Signature

GB00112744 [attach GB00112771- GB00112772]

Message

**From**: Steve Hedrick [stevevp@mansionentertainmentgroup.com]
**Sent**: 8/24/2023 7:03:27 AM
**To**: Larry wilhite [lwilhite@themansiontheatre.com]
**Subject**: Project Controls contract and summary
**Attachments**: Cumming Agreement Professional Services Aug 2023 - Feb 2024.pdf; Untitled attachment 00004.htm; Three Ponies and American Heartland Contracts Approval Meeting Agenda 2023 08 24 FINAL .pdf; Untitled attachment 00007.htm; Steve Hedrick Business Card copy-1.png; Untitled attachment 00010.htm

Morning Larry,

To be added to the pile.
Below is the agreement to keep the Cumming Group, our project controls company going.

Also here, a handy summary of all the costs so that Gene can see at a glance the dollar value of all he is signing today, along with a list of other agreements coming soon.

About $48M today and we'll be committing to contracts valued at about $116M by the end of the month.

Keep in mind that all the above is to keep the project moving forward and does not include the overdue invoices waiting to be paid. We'll have to get Kathy to add them up but it's about $15M.

I can go thru all this with you before you sit down with Gene.

Thanks,
Steve

CUMMING
Building Value Through Expertise

# THREE PONIES RV PARK AND CAMPGROUND & AMERICAN HEARTLAND THEME PARK AND RESORT

# CONTRACTS FOR REVIEW / APPROVAL AGENDA

# 8/24/2023 – 730-830 PST

**AGREEMENTS Requiring Dual Execution (Prioritized)**

1. **Lancaster Log Cabins**
   A) Scope: 300 Premanufactured Cabins
   B) Schedule: Phased Deliveries as Stipulated by Owner
   C) Contract Value: $21,509,750
   *Allowances included @ Freight of $13,000 each*
   D) The Production does not begin until receipt of the deposit for of the cabins, which is approximately **$1,760,975**. *This deposit must be made upon dual execution of the Agreement.

2. **Crossland Construction Company, Inc.**
   A) Scope: Preconstruction Services for Three Ponies RV Park and Campground
   B) Schedule: August 02, 2023 – November 30, 2023
   C) Contract Value: $129,020 (Not to Exceed/Time and Materials)
   D) Billing terms are net 30.

3. **The Hettema Group (THG)**
   A) Scope: Creative Design
   B) Schedule: The Schedule is outlined as 40 weeks commencing on July 03, 2023.
   C) Contract Value:

| | |
|---|---|
| Schematic Design Total (remaining) | $ 4,234,716 |
| Design Development Total | $14,075,000 |
| Travel Expenses Estimate | $ 44,000 |
| Contract Value | $18,353,716 |

   D) Billing terms are net 30.

4. **Cumming Management Group Inc. – Commercial & Program Management Services**
   A) Scope: Scheduling, Controls, Procurement and Contracts, Program Management, Cost
   B) Schedule: August 01, 2023 – February 29, 2024
   C) Contract Price: c. $7,905,000
   D) Billing terms include Lump Sum for authorized individuals, and Time and Materials for other team members at Owner's direction and net 30.

5. **Clear Peak LLC**
   A) Scope: Preconstruction Services/PM Services
   B) Schedule: 8 months
   C) Contract Price: $224,000
   D) Billing terms are net 30.

**TOTAL OVERALL CONTRACT PRICE TABULATION:**

| | | |
|---|---|---|
| 1. | Lancaster Log Cabins | $21,509,750 |
| 2. | Crossland Construction Inc. | $ 129,020 |
| 3. | The Hettema Group | $18,353,716 |
| 4. | Cumming Management Group, Inc. | c. $ 7,905,000 |
| 5. | Clear Peak LLC | $ 224,000 |
| **TOTAL** | | **$48,121,486** |

**Anticipated Agreements week of 8/28/2023**

- ADG Blatt – Three Ponies RV Park and Campground Design Contract $5,764,931
- Forrec – American Heartland Theme Park & Resort Design Contract c. $20,000,000
- Cuningham – American Heartland Theme Park & Resort Design Contract c. $46,000,000
- Porter – PM Services $203,200
- AOA – Cost Estimating Services $31,250
- Whitewater Bigfoot Falls 100% $32,500
- Vekoma 100% $20,020
- MACK 100% 27,500 Euros
- RMC 100% $28,408.50
- Visual Terrain 20% SD Mobilization $42,472.00
- EPS Start Up Payment $49,768
- DeJong & Lebet Inc. Pirate Ship Start Up $5,000
- DeJong & Lebet Inc. Start Up $15,000
- Mobiz IT Inc. $252,000
- Forward Thinking Design $984,150
- Dejong & Lebet Inc. $20,520
- Change Order – Vekoma $98,000
- Change Order – Whitewater $135,000
- Change Order – TWT $90,500

**Anticipated Agreements week of 9/4/2023**

- OpenAire – Design Builder for Roof of Water Park
- NOEC Power

# EXHIBIT 24

Text Messages Between Stephen Hedrick and O. Gene Bicknell

Hedrick_000227-Hedrick_000234

iMessage

Sep 1, 2022 at 6:55 AM

Good morning Steve. Have you compiled the numbers for sound stages? Just curious. No hurry. Thanks for doing this with us. I admire and appreciate you. I was blessed to have you enter my life. As we go forward, I have my full trust I. You and our Maker. Gene

A very good morning to you Gene. First of all. Thank you for these kind words. I left you a voice mail re the soundstages. We're at a crossroad.

Thanks Steve

Sep 3, 2022 at 12:08 PM

Gene, when you get a chance, please take a picture of the 4 horses sculpture you told me about and send to me. I would love to see it. Thanks. Steve

Yes. I have them in the hanger. I'll send pic.

👍

Sep 6, 2022 at 10:04 AM

I spoke with Larry. He says the 4 horsemen statue is in pieces at your hanger. He thinks he can find a picture of it assembled when it was at the theater.

Yes they set on a solid cast. Side by side and they appear that way where they are stored. Look as if they're riding together.

Sep 12, 2022 at 1:36 PM

Excellent! Thank you.

Hope you day and weekend were good

👍

Jun 30, 2023 at 3:01 PM

Some good news coming your way. Standby.

Standing by!!!!

Sep 15, 2023 at 3:03 PM

Thanks Steve. Hope to get rid of all the back invoices soon. You have hung with us. Didn't expect the long delay. The firms doing the work are getting a good profit so we need to get them paid   Pray your weekend is good. Bless you. Gene

Good news, Gene. I feel like a vaudeville plate spinner. No broken dishes yet!

Keep spinning.....youre appreciated.

Sep 28, 2023 at 7:58 AM

Good morning Gene. Is there any update if the $12M will be arriving today or tomorrow? The wolves are at my door growling as they are expecting a partial payment this week. Thanks.

Sep 28, 2023 at 10:31 AM

Think it may be tomorrow. Believe me Steve I'm sick of this delay. I am on it with all my prowess. You are so appreciated. Didn't expect this. Delay of 6 months was not pleasant. They will all be glad they hung with us because this is just the beginning. Let you know asap.

Thanks Gene.

Sep 29, 2023 at 6:39 AM

I'm feeling that today or depending on transfers. Monday at the latest.

That's good news. Thanks Gene.

Oct 2, 2023 at 11:48 AM

Please let me know if the transfer is coming in today. Thanks.

Oct 2, 2023 at 2:16 PM

Checking now. Haven't heard anything. Sorry.

Ok thanks Gene. Fingers crossed.

Im trying hard to get the trusts from estate planning to get through the legal work. Very embarrassing

I know you're doing your very best. Thanks Gene.

Oct 3, 2023 at 8:41 AM

Its coming Steve. Lawyers are moving too slow.



I have faith.

Nov 7, 2023 at 5:34 AM

Morning Gene. Hope you're doing dandy. Question: How confident are we that you'll not be eating your hat this week? I'm in danger of losing companies and staff members to other jobs.

Steve i'm positive that the financing is coming. It's a no brainer. But yes its tight. Honestly I think we will have a letter of intent this week but I'm also realistic. I have another company wanting in and more inquiries daily. The intensitive reaction to group so far for the group ground breaking is alive... I feel very positive of succeeding. Will know more soon and again I apologize to you personally. I've never been in a position of owing invoices before. A couple of disappointing fall outs from promises that surprised me left me in this position. I can honestly say that this will happen. If the people we owe won't let us have a. Few more days, then they will be disappointed going forward, but I don't blame them...larry and you are under pressure but I am really suffering for this debockle. Stephanie getting medical care has delayed us again. But it's happening and will not be soon enough..i have a person that could solve this quick but he is searching for details. This is an opportunity for ownership and easy to see the reward. So I'm feeling if it doesn't happen in the next few days then we'll discuss going forward. Point is this. We have land worth $5-600 million with the park building. A$45million performing Arts Center a d best sound In the world. Paid contractors a big amount up to now. About a total of 125 million. We can give liens on that to cover the interim but will know more this week...believe me I am kicking ass and taking names. Once the letter of intent is signed and funds to secure the position of intent, it will be Free sailing ahead. I Am soooo embarrassed and frustrated by those who backed out on me and left me bare and rushed to get this done. Just as Walt Disney did. ..i'm determined and I will win with my two triune brothers and a special guy named Steve Hedrick..who I respect tremendously now I've bared myself. Onward and forward. It's up to the rear in sorrow for you and Larry Gene

Understood. Thank you Gene. Hopefully things will come about this week and we can move ahead to create such incredible magic, the likes the world has never seen before.



Nov 13, 2023 at 6:36 AM

Starting to see daylight

Sunrise the favorite part of my day! Bring it on.

Nov 16, 2023 at 5:27 AM

Any news on when the money is coming in? My cage is being rattled hard by people we owe.

Can't say definitely. Getting close but don't want to make excuses. Thjnk its soon and we are busting our butts. Getting many more wanting in but getting the process fights with attorneys. But we are giving ultimatums . Time to get it done. The wait (patience, which i dont have) will bring future projects. People reneging didn't help. But I'm very very positive. Thanks for understanding. I don't have any doubts. You are amazing!!!.

Thanks Gene.

Mar 5, 2024 at 2:32 PM

Heard you were asuler star today. Love and bless you!!!You are special to me and I'm sorry to out you through this almost there.......

Thank you, Gene. After some squabbling, it turned out to be a good meeting. I think they now understand that MEG is not going to pay for infrastructure. They're going to have some internal meetings and perhaps get the legislature involved while they're in session. Stay tuned. Hope the money side is coming along. Love you man.

It's been an emotional nightmare involving my family. So unnecessary sorry I let you down. You are a great friend. I'm honored.

Thanks Gene

Mar 5, 2024 at 5:07 PM

Here's a good point for you to share. Once this theme park is built it will be a money engine for generations to come.



My share all goes to Charity after my debt is paid. Not a

My share all goes to Charity after my debt is paid. Not a penny for me except for loans I have made. There will be many more developed after ours. Im doing this expecting nothing but the glory of doing it for others

Amen

Sat, Jan 18 at 7:16 AM

Hello Gene. I've been told that you do not intend to pay MEG's debts because you feel you've been overcharged for work on the American Heartland project. Someone needs to be honest with you. I suppose that's me.

First of all, it's not true. The team that was assembled to design and build the theme park and resort are the finest in the industry. Every team member on the project was excited and inspired by your dream of an America park of a quality unlike any on this earth.

They worked tirelessly to deliver your dream and to open the resort, as you desired, by the year 2026. Many went beyond the call, keeping employees working on the promise that they would be paid. As late as a month ago, you were on the phone assuring them of this. Unfortunately, their good faith and your assurances left them millions of dollars in debt.

Perhaps your recent change of attitude was like hitting a wall, the realization that you could not access the monies you'd hoped for. Whatever the reason, you need to make good on your promises.

Were you overcharged? Again, no. Was the project mismanaged? No. Larry worked diligently and is one of the most decent and honest people I've ever met. You reviewed and signed all the contracts.

You may claim you've been wronged but no one is going to buy it. There are 55 reputable companies and consultants owed approximately $21,000,000 in total. These were managed and the contracts, the scopes of work and the payments were negotiated extremely well, to the point where MEG enjoyed quality work for a fraction of what Disney and other theme park companies would have paid.

You can be proud of your incredible career. However, when many of these 55 companies file liens and court papers, the word will be out and your legacy will be at risk.

word will be out and your legacy will be at risk.

If you ever again want to attract quality design and construction people for any future projects, none will come with this cloud over your head.

I appeal to your better angels. Find a way to clear up this mess. May God bless you.

Sat, Jan 18 at 8:32 AM

Bizarre press conference for $3.5 billion Muscle Shoals theme park only raises more questions

Elizabeth BeShears

—

February 11, 2015

Listen with Speechify...

Steve. The conspiracy by Rick and others is being unfolded. I am not an idiot. I have been building for 70 years. I know something. ...Drawings and design is a replica of Many years of previous work. Professionals have looked at what was done and $73 million Paid is not backed up by what we got. You were quick to spend also. I admire you Steve but I was never told what you and Rick and Larry were spending. No contracts were shared. Info was kept from me. I was in Fla and fighting illness and received Nothing when most was happening and didn't sign any of the contracts except for mansion which I didn't release. these desk charges are hundreds of hours and filed were filled with identical work done for years by contractors who didn't have to reinvent the wheel the year you spent in Pasadena was an example of excessive spending. The conspiracy provoked by using technology to make me think it was from an unknown Power. Was really ingenious thanks to Rick. No I am not going to pay for the charges that are over what they did. $ 8,000,000 to Forecc and they wsny $5 mil more. I have nothing but repetition Im sorry to lose your friendship but I'm the victim. Stress anxiety and strike from this. I feel like I've been swindled not saying by whom but investigation is on. When I came back and y hit ou'd created $22 mil in invoices I was dumbfounded. I never!!!! Went in debt and didn't create this debt by choice. All involved will be questioned. Mansion Entertainment is closing out. What was done was criminal? Respectively G

Tue, Jan 28 at 6:40 AM

Hello Gene. It seems your biggest issue is with the architectural firms. Could I appeal to you to pay me and the MEG staff the money owed them? These are the hard working low level individuals who went above and beyond the call. I estimate the cost to pay everyone who worked directly for MEG is about $380K. Would you please consider this?

Wed, Mar 12 at 11:38 AM

Hi Gene. You've not responded to my last text about paying the staff directly employees by MEG. Would you please consider doing this. It would very much appreciate by all. Thank you.

Read 3/12/25

Rick Silanksas is The con man. He spent and expected someone to pay. No I'm not paying for someone's spending. He ruined my life caused me to have a stroke and everyone was spending frivolously including you. So no I'm not paying his bills $
80 million spent and I didn't do any of it I was swindled and was not aware of it. Con man suppreme

# EXHIBIT 25

November 6, 2023 Email Regarding DocuSign

GB00037217- GB00037218

Message

**From**: Steve Hedrick [steveh@megdevteam.com]
**Sent**: 11/6/2023 11:40:10 AM
**To**: Wayne Melnyk [WWMelnyk@pcl.com]
**Subject**: Re: signed LOI

Will do Wayne.

On Nov 6, 2023, at 9:41 AM, Wayne Melnyk <WWMelnyk@pcl.com> wrote:

Steve:

I just spoke to Kristen and she suggested I contact you to see if you can help with getting us the signed LOI back.

She told me that Gene was in Florida ,unavailable to sign a "wet" signature. Apparently they have used a DocuSign before and thought that was a possibility.

I would appreciate any help you can give

Thanks

**Wayne Melnyk**
**Vice President Major Projects**

**PCL Construction Services Inc.**
**655 N. Central Ave Suite 1600**
Glendale Ca. 91203
T: 818-617-9370
M: 425-786-4421
wwmelnyk@pcl.com

www.pcl.com
**TOGETHER WE BUILD SUCCESS**

---

**From:** Wayne Melnyk
**Sent:** Monday, November 6, 2023 7:27 AM
**To:** Jeremy Chaston <jeremyc@megdevteam.com>
**Cc:** MEG Emails <randyp@megdevteam.com>
**Subject:** signed LOI

Jeremy:

We still have not received the signed LOI back

Can you check to see what happened as it was to be signed and returned a few weeks ago.

Thanks

**Wayne Melnyk**
**Vice President Major Projects**

**PCL Construction Services Inc.**
**655 N. Central Ave Suite 1600**
Glendale Ca. 91203
T: 818-617-9370
M: 425-786-4421
wwmelnyk@pcl.com

www.pcl.com
**TOGETHER WE BUILD SUCCESS**

# EXHIBIT 26

December 4, 2023 Email Chain Between Stephen Hedrick, O. Gene Bicknell, and Larry Wilhite

GB00014868

Message

**From:** Steve Hedrick [steveh@megdevteam.com]
**Sent:** 12/4/2023 3:24:42 PM
**To:** Gene Bicknell [gene.bicknell@marinerwealth.com]
**CC:** Larry Wilhite [lwilhite@themansiontheatre.com]
**Subject:** Re: Making a plan

Great. I'm good with 9am EST tomorrow. How about you, Larry?

Steve Hedrick
Executive Producer
American Heartland Project
(818) 929-7712

On Dec 4, 2023, at 2:14 PM, Gene Bicknell <gene.bicknell@marinerwealth.com> wrote:

How about tomorrow 1:00pm Eastern. I'll be in car. Traveling to Jacksonville. I feel better today about us than I have been. I believe we're about ready to break through this struggle. Not sugar coating. Good reasons to believe. No more excuses. I've been sick over circumstances. First time In my life. I am available in the morning too. 9:00 Eastern.
Sent from my iPhone

On Dec 4, 2023, at 4:09 PM, Steve Hedrick <steveh@megdevteam.com> wrote:

Hello Gene,

Is there a time soon that you, me and Larry can talk by phone? We need to put our heads together and map out a plan forward.
Please let me know.

Thanks,
Steve

Steve Hedrick
Executive Producer
American Heartland Project
(818) 929-7712

# EXHIBIT 27

October 28, 2024 Text Message from O. Gene Bicknell to
Stephen Hedrick, Larry Wilhite, Richard Silanskas, and Kristy Adams

LW_006087

**Platform:** Native Messages **Name:** dbf400f0-02d0-4677-8199-737343a66379

**Timezone:** UTC-0600

GB Gene Bicknell +1 (620) 235-2118

KA Kristy Theatre Adams +1 (417) 840-9858

M Me +1 (417) 335-1460

RS Rick Theatre Silanskas +1 (352) 205-5131

SH Steve Hedrick/Disney +1 (818) 929-7712

SM System Message

2024/10/28

Gene Bicknell

I have been reviewing numbers that I got after years requests And I'm shaking my head!!!!! No challenges.... You have let them charge for ridiculous numbers. And charges I've never heard of. Consulting for everything they can think of.. Would like to see what we got for it. Do you know??? Millions of dollars..... I am in defensive mode. The business logic is missing. IM actually angry. This has been difficult to justify. Pray you have some answers. Otherwise I have to take measures to correct this!! Please send me justification gene

12:46:25 pm

GB

Understand Steve. ADA is similar in all cases.

01:25:06 pm

✓ Read

2025/08/12

System Message

SM

+14173351460 created this group MMS with +14178409858, +18189297712, +13522055131, +16202352118

05:11:49 pm

# EXHIBIT 28

October 28, 2024 Email from Stephen Hedrick to O. Gene Bicknell
Re: Response to your text

GB00021254

Message

**From**: Steve Hedrick [steveh@megdevteam.com]
**Sent**: 10/28/2024 1:18:52 PM
**To**: O. Gene BicKnell [gene.bicknell@Mansionentertainmentgroup.com]
**CC**: <lwilhite@themansiontheatre.com> [lwilhite@themansiontheatre.com]; Rick Silanskas [rsilanskas@themansiontheatre.com]
**Subject**: response to your text

Hello Gene,
I received your text regarding the cost of the project thus far.

Please know that, unlike building a hospital or other type of project, a theme park and resort requires a massive amount of master planning, comprehensive design, guests safety requirement, government coordination and interior design work.

To help you understand the amount of work performed so far, I would suggest I send you a hard drive, over a terabyte, with the thousands of architectural plans and designs.

Once received, I would be most willing to go through them with you.

Let me know if you agree.

Regards,

Steve

# EXHIBIT 29

October 29, 2024 Email Chain between Steve Hedrick and O. Gene Bicknell Re: Response to your text

GB00021252- GB00021253

Message

**From:** Steve Hedrick [steveh@megdevteam.com]
**Sent:** 10/29/2024 6:49:37 AM
**To:** O. Gene BicKnell [gene.bicknell@mansionentertainmentgroup.com]
**CC:** <lwilhite@themansiontheatre.com> [lwilhite@themansiontheatre.com]; Rick Silanskas [rsilanskas@themansiontheatre.com]
**Subject:** Re: response to your text

Hi Gene,

To avoid such expenses, here's what I suggest we do going forward.

1. I may have made a mistake bringing on the most talented and experienced theme park builders, the best I've ever worked with in my 40 year career. They came onboard because of my assurances that we were building a theme park and resort to rival, or even best, a Disney Resort.
2. Instead of allowing a design / build period of 5 to 7 years, as Disney does, I pushed them to do the work in a third of that time, demanding as you desired, a 2026 opening. This caused them to bring on more staff and to work overtime to meet our demanding schedule .
3. We could adjust our goals and expectations away from building a resort that will attract visitors from around the country and the world. We can instead pull back and build an excellent regional theme park and resort, much like a Dollywood or Silver Dollar City.

The adjustments above will bring expenses down considerably.

Steve

On Oct 28, 2024, at 4:09 PM, Gene Bicknell <gene.bicknell@mansionentertainmentgroup.com> wrote:

I'm sure parks are different but logic and business accruals and are't that different. … value received and value costs are flexible. But must be fair. Desk hours are easy to multiply and these are inflated. Man hours are massive.

On Oct 28, 2024, at 1:19 PM, Steve Hedrick <steveh@megdevteam.com> wrote:

Hello Gene,
I received your text regarding the cost of the project thus far.

Please know that, unlike building a hospital or other type of project, a theme park and resort requires a massive amount of master planning, comprehensive design, guests safety requirement, government coordination and interior design work.

To help you understand the amount of work performed so far, I would suggest I send you a hard drive, over a terabyte, with the thousands of architectural plans and designs.

Once received, I would be most willing to go through them with you.

Let me know if you agree.

Regards,

Steve