IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

O. GENE BICKNELL,

Plaintiff,

vs. No. 25-CV-00383-SEH-SH

RICHARD M. SILANSKAS, JR.,
LARRY K. WILHITE, and
STEPHEN D. HEDRICK,

Defendants.

AUDIO TRANSCRIPTION

WATTS INTERVIEW WITH K. ADAMS

TRANSCRIBED AUGUST 13, 2026

EXHIBIT
J

TRANSCRIBED BY: Lindsey L. Dickerson, CSR

KRISTY ADAMS: They had their separate LLCs to protect the theater. So they were -- we established an LLC for American Heartland Theme Park and for Three Ponies RV Park, so they had a separate LLC. But they didn't have a separate bank account. It was kind of odd but...

RACHEL PELTZER: Okay. And of the entities that we kind of talked about, which ones are still in existence or used today?

KRISTY ADAMS: Mansion Theatre for the Performing Arts and Mansion Sound.

RACHEL PELTZER: And during the time that Larry was the GM of the theater, what was his role with kind of all of these other projects or companies?

KRISTY ADAMS: Well, he -- I mean, he was -- he was the decision maker, although I don't really think he truly made the decisions, but he -- that was his job was the decision maker. So as we would -- like theme park related, as we would vet different companies to be involved that would, they would sign an NDA. There would always be a meeting held. As we would vet them to design things or whatever, he was involved in that process and then he would take -- once Steve Hedrick gave the green

light or Rick, depending on the instance or what we were talking about, then Larry would then bring the contract to Gene for signature. And if Gene wasn't available, there were multiple ways that we had that signed so.

RACHEL PELTZER: Tell me about that.

KRISTY ADAMS: Well, sometimes I would sign them. Gene knew that I signed them. I mean, I would -- I would call Gene. But in the beginning, honestly, I was given documents for Gene's signature without being on the phone with Gene. After I caught on to what was going on, I always called Gene. But they would give me a stack sometimes at a time of things that Gene had approved that needed to go back to the companies with Gene's signature on it. And we didn't have a stamp for Gene's signature, so they would say Gene's approved for these to be signed and I would sign them.

They're not very many like that, but I can always tell, when I look at a document, if it's me or Gene. A lot of times Gene would come in, and Gene would sign them at that point. But about probably three or four months into the project, I would call Gene and I would say, you know, just be aware. I've got X, Y, Z in front of me, and this is

what I'm signing. You're okay with me going ahead with that? And he would -- he would give me permission that way to sign them. But there are a few that probably I signed that I'm not one hundred percent positive that Gene knew I was signing.

RACHEL PELTZER: And did Larry have authority to sign for Gene?

KRISTY ADAMS: I don't know that. I know he was scared to do it. He didn't want to be blamed for anything probably, and so he had me do it.

RACHEL PELTZER: And what was the chain of command while Rick and Larry were still with the company?

KRISTY ADAMS: It was Larry and then Rick and I were on the same level on the organizational chart with different people underneath us. So under me everything theater fell so accounting, sound production, mansion. Anything that happened at the theater fell under me. And then on Rick's side, Kelly answered to him and Mansion Sound answered to him. So we had an engineer down there that answered to him.

RACHEL PELTZER: And who was responsible for Mansion Animation?

KRISTY ADAMS: Rick.

RACHEL PELTZER: What about Distribution?

KRISTY ADAMS: Rick.

RACHEL PELTZER: Film and Television?

KRISTY ADAMS: Rick.

RACHEL PELTZER: And then Mansion Studios?

KRISTY ADAMS: That's Mansion Sound. It's the same.

RACHEL PELTZER: Okay.

KRISTY ADAMS: So that would fall under Rick as well.

RACHEL PELTZER: Got it. And then on the theme park side, what was that chain of command like?

KRISTY ADAMS: Larry and then I would say Steve Hedrick wasn't part of our corporation. Neither was Gene McComb. They were paid like contract labor, so they weren't really part of the organizational chart. So it was Larry, Gene, kind of I guess equal really, and then myself, and then nobody really fell underneath us because there weren't other employees for that organization.

Now, decision-wise it went Steve Hedrick made decisions and Larry followed those. And if it were PR related, Rick was involved with those and myself and Gene. Those are the people who would

make decisions based on the theme park. Although on my level, it was more they would have the meeting, and then I would be given the work.

RACHEL PELTZER: And who was in charge of like overseeing the independent contractors that were working on the project?

KRISTY ADAMS: Steve Hedrick.

RACHEL PELTZER: And who was in charge of Steve? I know he wasn't part of the formal corporate structure, but who -- who did he have to get approval for things from, from a corporate perspective?

KRISTY ADAMS: Gene and Larry. And he would go through Larry to get those, and then usually Larry would have a conversation with Gene. Sometimes Steve Hedrick would have a conversation directly with Gene. But Larry would be the person making those decisions.

RACHEL PELTZER: And tell me a little bit about Rick's abilities to use technology.

KRISTY ADAMS: He's pretty tech savvy. He dabbled in AI and, for our videos here in the theater, you know, he would play with having an AI person do announcements and things like that. He operated off of a personal Mac. He liked to play in

the digital world, so he could do that. He -- I mean, he was tech savvy, email savvy. He had -- he had different ways of communicating with people. Like he had false email accounts that he would use to communicate things with people that he didn't want under his name. He had a false Facebook account as well. And I mean, I would say he's technical savvy. Larry is not technical savvy so he would come to me for almost everything. But Rick usually operated independently, and what he couldn't get done on his own, his son would help him with so.

RACHEL PELTZER: His son. Which son?

KRISTY ADAMS: Tony. And he has another one that would help him to. What was his name?

RACHEL PELTZER: Andrew?

KRISTY ADAMS: Andrew. That's him.

RACHEL PELTZER: What about Larry's technology use? What can you tell me about that?

KRISTY ADAMS: Zero. He had none. He -- and he's very paranoid, so like he would always cover up, if there was a camera on his computer, he kept a Post-it over it. He couldn't operate his phone very well. He had trouble sometimes with emails. I mean, he -- mostly he would come to me for tech help.

KRISTY ADAMS: No. I always assumed that Larry and Gene received it directly. And it was then forwarded to Rick and whoever -- like some of Larry's family members got it. I think there was a period of time, and maybe daily, that his kids received it. Julia always received it. I saw emails or Julia would refer to certain things in the word. When I questioned Rick with Julia about how she believed the word was real because certain things in their daughter's life would correspond with that, and she believed that only God would know that, and she would research the word at home and dig into it.

But I think -- I know for sure Larry received it direct. I don't know if Gene was receiving it direct or if it was forwarded to him.

RACHEL PELTZER: Got it. And were -- were the daily word messages or today's word messages, were they frequently discussed amongst people on the project?

KRISTY ADAMS: Not amongst people on the project, but between Rick, Larry, myself, Gene, of course, and then a few meetings. Larry would sometimes read the word. Like he would say, look what I got, you know, and he -- he would read. And

they were very long. So he would read that sometimes in a meeting. Sometimes he would read them like as a motivational before a project or at the end of a project. I think he read one when we were getting ready to do the announcement of the theme park. I think he read one during the filming of the PBS special.

But as to just like publicly talking about it, I don't -- he didn't. And I don't know if that's because he thought people would think he was nuts or -- I don't know. I know that's why they didn't share it with Steve Hedrick. They didn't feel like he would think that that was a legit source. And I'm sure also they didn't want to -- want him to think that they were running out of funding.

RACHEL PELTZER: Got it. So they told you that they weren't sharing it with Steve?

KRISTY ADAMS: Correct. I was told directly, and I believe it was by Larry, that we were not -- that Gene did not want us to share that with everybody so, and they were referring to Steve.

RACHEL PELTZER: When was the first time you recall Larry either discussing today's word or like saying that he received it? To your knowledge,

when was the first time Larry started getting them?

KRISTY ADAMS: After Rick appeared although, when I questioned him about that, he said he received them before Rick, but I don't remember him talking about them until after Rick appeared. But I also believe that Rick was baiting him before he worked here.

RACHEL PELTZER: And before Rick worked at the theater, did the two of them ever talk on the phone? Like do you have any reason to believe that Rick had Larry's phone number if he was just showing up at the theater to try to get in contact with him?

KRISTY ADAMS: No. I think McSpadden probably introduced them and put them together, and I think he had contact with him prior to him being here. I don't know that for sure. I never overheard a conversation or was present or anything like that. But Larry was -- if you come to the theater to meet with Larry, you meet with me. He was very hidden here at the theater.

RACHEL PELTZER: And what did Larry tell you about the source of the today's word?

KRISTY ADAMS: He didn't know where it came from. And when I said, I think it comes from Rick, he said, But I got these before I was involved

with Rick. He said he didn't know what -- and I even said to him, There are programs out there where you can write an email or a text message and send it to people through a number that they -- you know, an anonymous number. And I even showed him the program, I think it's called Angels from Heaven or something like that, where loved ones can send a message from heaven supposedly to a grieving person. And I was like, just like this. You can send, you know, and he -- he just did not believe it.

RACHEL PELTZER: And so he was getting these from text messages. Did he ever talk about the phone numbers that were used?

KRISTY ADAMS: He didn't, but I asked him to give me the phone number and I would try to look them up and everything, and I wouldn't find anything but...

RACHEL PELTZER: Was it the same number?

KRISTY ADAMS: No. Huh-uh. But those programs are developed to use different numbers that kind of -- I think they call it spoofing, but it kind of rotates through random numbers. I do know that some of -- the reason I think Larry forwarded them to everybody is because sometimes Larry would read them to me, and then I would get them later

from Gene.

So Larry must have forwarded it to Gene, but then Gene was really -- I mean Gene didn't try to hide it. You know, Gene's very spiritual. He connected that way, and he would send it to masses of people. Like you would get a text, and it would have like maybe 20 numbers on it. And a lot of them I didn't know the number. I could see the number, but I didn't have them in my phone so it'd just be a phone number, but he would have forwarded it to a mass amount of people. And it was the same message so.

RACHEL PELTZER: If Larry had been getting these messages in 2022, given your relationship with him and just kind of your years of time with him, would you have expected to have heard about it?

KRISTY ADAMS: Yeah. I would have.

RACHEL PELTZER: When he first told you about it or first started talking about it, did he make it sound like it was a new thing or something he'd been receiving for a long time?

KRISTY ADAMS: I don't specifically remember. I do remember that when -- when they started becoming very pointed, and by that I mean like, if we had a specific problem, the word would

address the specific problem. And he'd be like, Can you believe this? And I'd be like, Okay, that's weird. Obviously the person sending it to you knows about the problem. But not to him. It was not that way to him. It was a message.

RACHEL PELTZER: And was that when you stopped receiving them?

KRISTY ADAMS: Not specifically. I received them for a good amount of time. I think I've sent you like the follow-up until where I stop receiving them, but the more we went on, the more negative I got, the more -- I don't want to really call it disgruntled but kind of disgruntled that I got with the situation, the more honest I was about how it was kind of ridiculous. And the more I doubted it, that's when I was cut off from it.

But I would ask periodically. I would say, Are you still receiving the word? I haven't gotten one in a long time or something like that just to see if it was still going out because I felt like they were playing Gene by -- by doing that. You know, because Rick got very aggressive when we started running out of funds, very aggressive about -- because people would frequently contact me wanting to fund things. And I would say, do you

was doing what he called a deep dive on the internet. That's what he always called it. I'm gonna do a deep dive. And he would come up with this stuff so.

RACHEL PELTZER: Could Larry have done a deep dive on the internet on somebody?

KRISTY ADAMS: No. He can't Google. I mean, he can. I mean, I'm just -- but no, I don't -- not by himself. Now, he could have enlisted help.

RACHEL PELTZER: Uh-huh.

KRISTY ADAMS: You know, there was a file I sent you one time that I found in his email where the word was all organized out into a nice document, and we all know the word came by text. Larry could have never done that. He could have never transferred those text messages to any kind of a program and laid it out nice and neat like that. It was almost like it was in that format and almost like someone was copying it and putting it into a text. I don't know that, but I mean I'm just -- he did not have those skills at all.

RACHEL PELTZER: And that's the email compilations he sent to Julia?

KRISTY ADAMS: Yes. Uh-huh.

KRISTY ADAMS: The emails? One or two.
RACHEL PELTZER: How'd you see them?
KRISTY ADAMS: I could see them through Gene's email account when he gave me access to that, and I think I also saw one on Larry's email maybe that was forwarded to him from Gene. Like Gene would sometimes say I received this information from Sister Catherine and forward the email.
RACHEL PELTZER: Got it. What did Larry think about the Sister Catherine messages?
KRISTY ADAMS: He thought she was real too, or he appeared to think that she was real.
RACHEL PELTZER: Were you aware of the triune?
KRISTY ADAMS: I am. At one point I asked who the triune was because it was always explained to me, when Rick came aboard, that it was the three of us. It was Larry, myself, and Rick. We were gonna be making all these decisions. We were gonna be changing the world, you know. But the triune was Gene, Rick, and Larry. As time progressed and Rick kept driving that wedge, you know, I said something about the triune one day. And I said it's clearly I am not part of the triune and, no, it was Rick, Larry, and Gene.

it like it was the three of them as one like making the decisions as one. So I don't know that they had a hierarchy above each other within the triune.

RACHEL PELTZER: Got it. Did Rick ever impersonate people or use fake emails to your knowledge?

KRISTY ADAMS: Yes, he did. He had two. He had a fake email account, and he had a fake Facebook account. The fake email account he used -- he said -- when I first met him, he said, oh, I have this account and I've got a good data base built on it, and I use it to send out things in the community so that we can talk about things we're doing without being boastful and being like, look what we're doing. It's like other people talking about, hey, did you see what the Mansion Theater is doing?

And people in the community like Clay Cooper, you know, movers and shakers, people like that, were on the list. And we had an event here. I knew about the email. And I knew he used it in that format. But I'd never seen him use it in a negative format until we had an event here called Reawaken. And Reawaken was a huge Trump rally without calling it a Trump rally.

And even though Rick went along with the

you kind of expand on that? Like had you been given approval to sign Gene's name to anything prior to the expansion of the theater or the project in Oklahoma?

KRISTY ADAMS: Yes.

JEFF WATTS: Okay.

KRISTY ADAMS: Sometimes Gene would have me, because he wasn't on property, he would say, you know, write this letter for me and sign it or he would have me sign things, not really for the bank or anything like that but like memberships or, if you had a credit card processor in house, they would want the owner's signature. He would have me sign things like that with his approval in the past, yes.

And generally when I would sign from that stack of things, I should clarify, they were generally things that had been sitting on the desk for a while and, for whatever reason, they hadn't gotten Gene's signature. Gene hadn't been here or Gene had been in the hospital or something like that, and the companies themselves were sending them back for signature.

JEFF WATTS: Okay.

RACHEL PELTZER: And they told you that Gene had approved them?

KRISTY ADAMS: Yes.

RACHEL PELTZER: Who was it? Was it Larry or Rick?

KRISTY ADAMS: Larry.

RACHEL PELTZER: At some point, did you stop doing that?

KRISTY ADAMS: Yeah. When I -- well, I stopped doing it without actually speaking to Gene at the time I was signing them at some point. I would call, and I would say, now, you know today I'm signing X, Y, and Z and, you know, I would go over it with him, yeah.

RACHEL PELTZER: And did Rick and Larry know that you were calling Gene before signing them?

KRISTY ADAMS: Maybe not in the beginning, but after they started pushing more and more things to me, I would say, Yes, I know. I spoke to Gene, letting them know that I was doing this.

RACHEL PELTZER: Pushing is basically if they started this by kind of having you sign things maybe that Gene hadn't approved by telling you he had approved them, and then you start calling Gene. You're no longer the source to sign contracts if they haven't been approved. So at some point they would have known, if they wanted to sign something

JEFF WATTS: Okay.

RACHEL PELTZER: So if you pull up the second check --

JEFF WATTS: Okay.

RACHEL PELTZER: -- version of the complaint, you should be able to locate it that way.

JEFF WATTS: Perfect.

RACHEL PELTZER: But yeah, we do have Kristy's -- there's one where Kristy announces, everybody, this is Gene's new email. Please use this going forward.

JEFF WATTS: Okay. Perfect. Thank you.

KRISTY ADAMS: I did something good.

JEFF WATTS: You did. Yes. You did lots of good.

KRISTY ADAMS: Oh, I don't know yet.

JEFF WATTS: You had tell Rachel that you tried to grab Rick's emails after he left, but they were all deleted. And then you talked about something about an IT person maybe coming in. What -- so tell me about that.

KRISTY ADAMS: We used -- so there were two sources we used. We used one source through the firm, through Rachel's firm, that helped me come in, and they got into my computer and helped bring a lot

of things out that way. But we have an internal IT company, and the type of Google account that we were set up on was set up I archived their emails when they left. And for whatever reason we were set up in Google, it could only go back so far, but it could see that some were deleted. But he pulled -- our IT person pulled all of that into a file and gave it to someone on the attorney's side that was more forensic in that. They could pull it apart.

I could never open the -- he sent the files to me as well, but I couldn't open them. I don't know if they were too large or whatever, but I still have access to their old email accounts. But I archived them so that they didn't charge me for them anymore.

JEFF WATTS: Uh-huh.

KRISTY ADAMS: But like, when needed, I can unarchive them and I reestablished a password where I can get into them and sometimes search for stuff. So I still have them, but all the deleted things, those files were empty.

JEFF WATTS: Okay. I just wanted to make sure, and it sounds like we've done everything we can to try to recover those and whatever's been deleted's been deleted.

KRISTY ADAMS: Yeah. And I think Rick probably went to Larry because Larry didn't know how to do that. I think Rick probably worked strategically with Larry during those last little bit.

JEFF WATTS: Uh-huh.

KRISTY ADAMS: He also had Kelly, his assistant, print off all sorts of things and put in binders for him, which I'm sure he took with him because he was probably onto his next person, you know.

JEFF WATTS: Uh-huh.

KRISTY ADAMS: Victim, his next victim.

JEFF WATTS: You had said that when Daniel worked at the Oak Ridge Boys Theatre, that there were some gray things and that there was an employee who reported seeing Daniel being involved in some of the potential thefts there. What was that employee's name?

KRISTY ADAMS: Mike Johnson.

JEFF WATTS: Okay.

KRISTY ADAMS: He was our security officer at that time.

JEFF WATTS: Okay. I'm assuming he no longer works there?

CERTIFICATE OF TRANSCRIPTION

I, Lindsey L. Dickerson, CSR, state that the above and foregoing transcript was transcribed by me to the best of my ability from all audible portions of the audio recording and that I am neither attorney for nor relative of any of said parties or otherwise interested in the event of said action.

_______________________________,

Lindsey L. Dickerson, CSR

CSR No. 1937