IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| O. GENE BICKNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) 25-cv-00383-SH |
| RICHARD M. SILANSKAS JR., | ) |
| LARRY K. WILHITE, AND | ) |
| STEPHEN D. HEDRICK, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

Video Deposition of Gene McComb

September 23, 2026

Reporter: Mark Arndt, CSR, CCR, CRR
CSR No. 084-004711
CCR No. 1398

**EXHIBIT**
**K**

Deposition of Gene McComb, taken pursuant to Notice of Taking Deposition, before Mark Arndt, a Certified Shorthand Reporter and Certified Court Reporter, at 401 South Boston Avenue, Suite 3200 Tulsa, Oklahoma, on September 23, 2026.

APPEARANCES OF COUNSEL

On Behalf of Plaintiff:
McDermott Will & Schulte LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
202-756-8000
By: Michael Nadel
Mnadel@mwe.com
Sagar Ravi (via videoconference)
Sravi@mwe.com
Rachel Peltzer (via videoconference)
Theresa Babendreier

On Behalf of Larry K. Wilhite:
Crowe & Dunlevy, P.C.
222 North Detroit Avenue, Suite 600
Tulsa, OK 74120
918-592-9833
By: Chris Davis
Chris.davis@crowedunlevy.com
By: Galen Thorp (via videoconference)
Galen.thorp@crowedunlevy.com

On Behalf of Stephen D. Hedrick:
Liz George and Associates
8101 South Walker, Suite F
Oklahoma City, OK 73139
405-689-5502
By: Jennifer Jackson, Esq.
Jennifer@georgelawok.com

On Behalf of Gene McComb:
Norman Wohlgemuth
401 South Boston Avenue
Suite 3200
Tulsa, OK 74103
918-732-1131
By: Jo Lynn Jeter
Jjeter@nwlawok.com

Also present:
Stephen Hedrick (via videoconference)
Caleb Arndt, videographer

**that you read.**

**Are you remembering it from the complaint?**

A. Maybe so. Maybe that's where I heard it -- or saw it. Sorry.

**Q. Do you know anything about Steve Hedrick's compensation related to the American Heartland project?**

A. No.

**Q. Do you know anything about Gene Bicknell's plans for how to dispense the ownership of the American Heartland project once it was completed?**

A. All I know is he had told me that I was going to get -- originally told me I was going to get five percent.

That's the only person that I knew anything about.

That was the only person -- the rest of them I didn't have a clue.

**Q. So --**

A. I assume they were getting something, but I don't know what something was.

**Q. So fair to say you didn't know whether Gene Bicknell intended to give a share of the American**

long it would take to complete it, yes.

**Q. And what do you remember about who was saying what in terms of how long it would take to complete?**

A. I believe -- I believe they was indicating it was two-and-a-half years, maybe. That's what I remember. I mean -- what I recall.

**Q. That -- that's what Steve Hedrick was saying or somebody else?**

A. Well, Steve and Larry -- I mean, but the only person that really knew anything about building a theme park would have been Steve.

**Q. And was Gene Bicknell resistant to the idea that it would take two-and-a-half years to complete?**

A. I don't remember him being resistant to that.

**Q. Do you remember Gene Bicknell being told that building the American Heartland project would require a river of money?**

A. Yes.

**Q. Who told him that?**

A. Steve.

**Q. What did Gene Bicknell say in response?**

A. I'd like to recite what I remember of the conversation.

So Gene was talking about getting a partner or a backer or something at the time.

And Steve said, "So if this partner doesn't come along or a bank or a backer or loan or whatever doesn't come along, is it over?"

And I remember Gene saying -- he pointed to himself and he said, "I'm the back-up plan. If they -- if that doesn't happen, I will do it."

And I remember kind of the comment of him making, "There's more zeros in my estate or trust," or something like that, "than you can imagine."

And in the words of Forrest Gump, I just thought, well, that's one less thing to worry about.

I'm joking. But that was the conversation.

**Q. So Gene Bicknell told the assembled group that he had the money to complete the theme park if other options fell through?**

A. Yes.

financial payday at the end of the day was part of it, but sounds like it was pretty vague as to what that would actually look like?

A. Okay. Yes.

Q. I mean, is that right or not?

A. Well, he had told me I think five percent or something like that originally, is what we talked about.

And I mean -- but there again, I don't know what the value -- you know, what part.

So I guess, yes, it would have been vague.

Q. Five percent of what, by the way?

A. The project, is what he would say.

Q. Okay.

A. The project. So --

Q. And was the project -- I mean, you're a businessman. Was the project going to be housed in some sort of like an LLC or something?

A. I don't remember discussing how that was going to be.

Q. Okay. Was there any discussions ever advanced to the level that your -- your five percent

was going to be memorialized or documented, it was going to be shares of stock? Or did conversations ever mature to that level?
A. Never matured to that level.
Q. Okay. Okay.
As we sit here to this day, if somebody other than the Bicknell family -- maybe some other group of investors -- real investors with real money -- decided to take on the project, do you personally still believe this project -- the idea of a theme park -- could be viable in Vinita?
A. I don't see why not.
Q. My -- my guess is you probably feel a bit burned by the whole experience.
But would you be willing to sign on if it was a different group of people that you learned to trust and they had the money?
A. I think my marriage is more important than that, so I probably would say no.
Q. Right on.
So at what point -- at what point in time did you personally conclude this project is dead; it's not

**didn't believe in the project?**

A. Yes.

**Q. And felt that maybe -- and felt that maybe Gene was getting senile or losing it?**

A. Gene told me that that statement was made.

I don't remember if that was from the family or somebody, but I remember a -- he told me there was a statement about something like that, yes.

But I don't remember if it's family or somebody closely related.

**Q. Going back to the -- that early meeting with Steve Hedrick and talking about how expensive it was going to be to build the theme park --**

**And you've never been part of a theme park build before?**

A. No.

**Q. The idea that it would cost $2 billion, or that's a projected cost --**

**Did that sound crazy to you?**

A. Yes.

**Q. When -- when Mr. Bicknell then stood up and was answering questions for Mr. Hedrick -- you said**

Mr. Hedrick asked him if these other investors don't come through or these other interested parties don't come through, is this thing dead?

And you recounted to us today --

A. Yes.

Q. -- how Mr. Bicknell said, "I'm Plan B"?

A. Yes, that's what he said. Exactly.

Q. "I'm Plan B"?

When you heard that, did you get the idea that Mr. Bicknell felt like he was worth $2 billion?

A. Yes.

Q. And so if need be, if nobody else can come in and invest this thing, "I can fund $2 billion if that's what it takes"?

Did you have that idea at that time?

A. That -- yes, that was my indication.

Q. Did you get the idea at some point along the way then that the family of Marty concluded that they were not going to have $2 billion of the family money go into this theme park?

A. Gene told me that, yes.

Q. And so (indicating), cut off the supply of

**Number 1, you wanted to do good for your community and its people?**

**And Number 2, you also eventually hoped to profit from it personally?**

A. Yeah.

**Q. And Mr. Bicknell had told you that you would get a five percent share of the project, correct?**

A. That was what he originally said, yes.

And then later he come back and said, "Well, I may have to adjust it a little bit because I'm going to put Kristy Adams in."

And -- whatever.

**Q. So it was never specific and never clear exactly how you would end up getting that five percent, right?**

A. All he said was Marty knew about it and Marty agrees that you need to be taken care of, and we'll take care of it.

And I -- maybe I'm an idiot, but I trusted him.

**Q. That's certainly not where I was going with it.**

A. Okay. Well --

C E R T I F I C A T E

I, Mark Arndt, a Certified Shorthand Reporter and Certified Court Reporter, do hereby certify that GENE MCCOMB, prior to the commencement of the examination, was sworn by me on September 23, 2026, to testify the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a true and accurate transcript of the proceedings as taken stenographically by and before me at the time, place and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in this action.

MARK ARNDT, CSR, CCR, CRR

CSR NO. 084-004711

CCR NO. 1398