UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

O. GENE BICKNELL,

Plaintiff,

vs.

Case No: 4:25-cv-000383-SH

RICHARD M. SILANSKAS, JR., LARRY K. WILHITE, and STEPHEN D. HEDRICK,

Defendants.
_____________________________/

PLACE: Englewood, Florida

DATE TAKEN: Thursday February 12, 2026

TIME: 10:00 a.m. - 11:35 a.m.

REPORTER: Anne W. Fox, CSR
Notary Public - State of Florida

---

VIDEOTAPED DEPOSITION OF O. GENE BICKNELL
- Continued -

---

Vol. 2 of 2

EXHIBIT
L

APPEARANCES

On Behalf of Plaintiff, O. Gene Bicknell:

Jennifer B. Routh, Esq.
Michael S. Nadel, Esq.
Sagar K. Rivi, Esq.
Theresa M. Babendreier, Esq. (Via Zoom)
Rachel Peltzer, Esq. (Via Zoom)
MCDERMOT WILL & SCHULTE
500 North Capitol Street, NW
Washington, DC 20001
Tel: 202.756.8000
Jrouth@mwe.com
Mnadel1@mwe.com
Tbabendreier@mwe.com
Sravi@mwe.com
Rpeltzer@mwe.com

Appeared Live unless otherwise designated

On Behalf of Defendant, Silanskas:

Richard M. Silanskas, Jr., pro se
1338 Peace in the Valley Road
Blue Eye, MO 65611

Appeared Live unless otherwise designated

On Behalf of Defendant Hedrick:

Lysbeth Lou George, Esq. (Via Zoom)
LAW OFFICE OF LIZ GEORGE, PLLC
8101 South Walker, Suite F
Oklahoma City, OK 73139
Tel: 405.689.5502
Liz@georgelawok.com

APPEARANCES
(Continued)

On Behalf of Defendant Wilhite:
Evan G.E. Vincent, Esq.
CROWE & DUNLEVY
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102
Tel: 405.235.7700
Evan.vincent@crowedunlevy.com
-and-
Deric McClellan, Esq.
CROW & DUNLEVY
222 North Detroit Avenue, Suite 600
Tulsa, OK 74120
Tel: 918.592.9800
Deric.mcclellan@crowedunlevy.com

ALSO PRESENT:
Mary Scott, Videographer with DEG
Larry Wilhite (Via Zoom)

trying to swindle me.

So, you know, I -- I never had any intentions of building a park. And I just have to take my life as it stands now.

Q. After you have your wake-up moment, did you have a conversation with Mr. Wilhite about that?

A. Yeah. I told Rick and Larry both that I was estranged from my family and they won't give any -- give me any more.

Q. No, sir. I mean, the -- I -- I don't know that we're talking about the same thing. I -- the moment you told me where you woke up and realized that you'd been, I think "swindled" was the word you used. It's not my word. It's -- I'm trying to use yours.

But after you have that moment, do you have a conversation with Mr. Wilhite saying, I believe you've swindled me, and laying it out there?

A. Well, I don't remember that.

Q. Why not?

A. Well, because I can't.

Q. No. But do you think you may -- had that conversation?

A. I -- I'm not -- I'm not -- I'm telling you the truth. I don't remember the conversations about that specifically.

And Rick and Larry knew that, too, but...

Anyway, to answer your question, I think my heart's bigger than my head.

Q. Mr. Bicknell, you testified before about the effect that the Today's Word and Sister Catherine messages had on you. Why were the messages so stressful for you?

A. Well, primarily because I always want to be obedient to God. And they kept telling me that I was -- you know, half obedience is disobedience. And about the time I would question the fact that I didn't have anymore money to get, they would still press me to go get it, and: God said just go get it anyway.

And I said, I don't how to just go get it. My family won't turn loose of it.

So I -- I've suffered a lot of agony. And I've lost a lot of sleep over trying to figure out how I could satisfy God's word.

Q. Mr. Bicknell, on the first day of your deposition, we talked about a reference letter that you received that you thought was written by Ron Logan. And I'm going to show you a document.

MS. ROUTH: We'll mark this as Plaintiff's Exhibit 8.

(Plaintiff's Exhibit No. 8 is marked for

CERTIFICATE OF REPORTER

STATE OF FLORIDA )
COUNTY OF SARASOTA )

I, ANNE W. FOX, Certified Shorthand Reporter, certify that I was authorized to, and did stenographically report, the forgoing deposition, and that a review of the transcript was requested, and that the transcript is a true record of my stenographic notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

THIS 23RD DAY OF FEBRUARY, 2026.

_______________________________

ANNE WHITNEY FOX, CSR
NOTARY PUBLIC - STATE OF FLORIDA