# PINGER CUSTOMER INFORMATION SHEET
## Application: Textfree

| Name | |
|---|---|
| "iPad" | |
| **IP Address at Account Creation** | **Captured to Our Servers On (UTC)** |
| N/A | N/A |
| **Third Party Email Address** | **Email Verified? Y/N** |
| mountainfreshmusic@gmail.com | No |
| **Registered Phone Number** | **Pinger Username** |
| N/A | mountainfreshmusic |
| **Pinger Account ID** | **Date Account Created (UTC)** |
| 1662940621 | 2023-08-20 00:00:00 |
| **Pinger Phone Number** | **Pinger Phone Number Assigned (UTC)** |
| 13367439582 | 2025-01-14 23:20:45 - 2025-03-05 04:37:38 |
| 17439107978 | 2025-01-13 21:45:08 - 2025-01-14 23:20:45 |
| 17048819698 | 2025-01-11 18:21:58 - 2025-01-13 21:45:08 |
| 17046019576 | 2025-01-09 20:03:24 - 2025-01-11 18:21:58 |
| 17049254619 | 2025-01-08 19:36:13 - 2025-01-09 20:03:24 |
| 18282209356 | 2025-01-07 17:33:41 - 2025-01-08 19:36:13 |
| 17044983138 | 2025-01-05 15:23:39 - 2025-01-07 17:33:41 |
| 17044989201 | 2025-01-03 19:24:54 - 2025-01-05 15:23:39 |
| 17042599740 | 2025-01-02 18:59:43 - 2025-01-03 19:24:54 |
| 17048819414 | 2024-12-31 05:14:22 - 2025-01-02 18:59:43 |
| 17043689781 | 2024-12-29 20:24:13 - 2024-12-31 05:14:22 |
| 15127644504 | 2024-12-28 01:51:53 - 2024-12-29 20:24:13 |
| 17146987291 | 2024-12-26 19:42:35 - 2024-12-28 01:51:53 |
| 17048819256 | 2024-12-25 19:17:25 - 2024-12-26 19:42:35 |
| 12202356621 | 2024-12-23 04:34:33 - 2024-12-25 19:17:25 |
| 17099073469 | 2024-12-21 22:27:47 - 2024-12-23 04:34:33 |
| 13322524348 | 2024-12-20 19:11:07 - 2024-12-21 22:27:47 |
| 15058956553 | 2024-12-18 02:33:31 - 2024-12-20 19:11:07 |
| 16232793461 | 2024-12-17 02:22:41 - 2024-12-18 02:33:31 |
| 13259017535 | 2024-12-15 20:48:02 - 2024-12-17 02:22:41 |
| 15128803206 | 2024-12-13 23:17:38 - 2024-12-15 20:48:02 |
| 17706784237 | 2024-12-12 00:17:55 - 2024-12-13 23:17:38 |
| 14092606374 | 2024-12-09 16:59:39 - 2024-12-12 00:17:55 |
| 19199847399 | 2024-12-07 16:46:32 - 2024-12-09 16:59:39 |
| 18023053173 | 2024-12-05 18:49:21 - 2024-12-07 16:46:32 |
| 17125613133 | 2024-12-04 17:24:21 - 2024-12-05 18:49:21 |

| | |
|---|---|
| 16103406178 | 2024-12-03 16:45:55 - 2024-12-04 17:24:21 |
| 13084857950 | 2024-12-02 16:11:26 - 2024-12-03 16:45:55 |
| 19094041565 | 2024-12-01 16:08:25 - 2024-12-02 16:11:26 |
| 12099724452 | 2024-11-29 21:12:44 - 2024-12-01 16:08:25 |
| 16124955044 | 2024-11-28 13:52:42 - 2024-11-29 21:12:44 |
| 18108424041 | 2024-11-26 15:01:14 - 2024-11-28 13:52:42 |
| 13069108081 | 2024-11-25 14:05:46 - 2024-11-26 15:01:14 |
| 15056059659 | 2024-11-24 13:16:45 - 2024-11-25 14:05:46 |
| 14192719140 | 2024-11-22 19:34:26 - 2024-11-24 13:16:45 |
| 17083219393 | 2024-11-21 15:44:52 - 2024-11-22 19:34:26 |
| 16464756579 | 2024-11-20 15:39:33 - 2024-11-21 15:44:52 |
| 17253318371 | 2024-11-19 14:01:09 - 2024-11-20 15:39:33 |
| 14502317953 | 2024-11-18 11:14:21 - 2024-11-19 14:01:09 |
| 17088202659 | 2024-11-17 11:05:02 - 2024-11-18 11:14:21 |
| 13082524492 | 2024-11-15 22:14:59 - 2024-11-17 11:05:02 |
| 16624833553 | 2024-11-14 21:46:19 - 2024-11-15 22:14:59 |
| 13317250995 | 2024-11-13 19:53:24 - 2024-11-14 21:46:19 |
| 15175218498 | 2024-11-12 19:09:17 - 2024-11-13 19:53:24 |
| 19196749769 | 2024-11-11 18:31:20 - 2024-11-12 19:09:17 |
| 16096161587 | 2024-11-10 17:26:47 - 2024-11-11 18:31:20 |
| 17705234545 | 2024-11-09 17:23:49 - 2024-11-10 17:26:47 |
| 16629876003 | 2024-11-08 16:06:12 - 2024-11-09 17:23:49 |
| 15076501906 | 2024-11-07 15:38:07 - 2024-11-08 16:06:12 |
| 19016567342 | 2024-11-06 14:15:53 - 2024-11-07 15:38:07 |
| 12209469027 | 2024-11-05 13:14:38 - 2024-11-06 14:15:53 |
| 14066046602 | 2024-11-03 18:16:15 - 2024-11-05 13:14:38 |
| 17722627562 | 2024-11-02 17:42:49 - 2024-11-03 18:16:15 |
| 15065032451 | 2024-11-01 14:39:34 - 2024-11-02 17:42:49 |
| 13322542214 | 2024-10-31 12:50:37 - 2024-11-01 14:39:34 |
| 12097480347 | 2024-10-30 12:13:48 - 2024-10-31 12:50:37 |
| 15095148468 | 2024-10-28 23:44:09 - 2024-10-30 12:13:48 |
| 16627629238 | 2024-10-27 21:30:16 - 2024-10-28 23:44:09 |
| 13323788892 | 2024-10-26 19:12:39 - 2024-10-27 21:30:16 |
| 17137697601 | 2024-10-25 12:59:25 - 2024-10-26 19:12:39 |
| 12245908060 | 2024-10-24 12:51:55 - 2024-10-25 12:59:25 |
| 15598073535 | 2024-10-23 12:03:49 - 2024-10-24 12:51:55 |
| 12282128934 | 2024-10-22 01:00:39 - 2024-10-23 12:03:49 |
| 17722551608 | 2024-10-20 21:05:07 - 2024-10-22 01:00:39 |
| 16627270235 | 2024-10-19 17:51:07 - 2024-10-20 21:05:07 |
| 12603903960 | 2024-10-18 12:15:34 - 2024-10-19 17:51:07 |
| 14302761589 | 2024-10-15 15:33:57 - 2024-10-18 12:15:34 |
| 13378323794 | 2024-10-13 18:24:13 - 2024-10-15 15:33:57 |
| 17144779634 | 2024-10-11 15:09:26 - 2024-10-13 18:24:13 |
| 13302494900 | 2024-10-10 12:47:02 - 2024-10-11 15:09:26 |

| | |
|---|---|
| 12254641045 | 2024-10-09 12:13:35 - 2024-10-10 12:47:02 |
| 16604242556 | 2024-10-04 16:43:55 - 2024-10-09 12:13:35 |
| 15014527717 | 2024-10-02 21:15:49 - 2024-10-04 16:43:53 |
| 19098196138 | 2024-10-01 20:23:02 - 2024-10-02 21:15:49 |
| 17722551633 | 2024-09-30 17:28:09 - 2024-10-01 20:23:02 |
| 12255479712 | 2024-09-29 16:22:33 - 2024-09-30 17:28:09 |
| 13392324366 | 2024-09-27 17:20:12 - 2024-09-29 16:22:33 |
| 16622710438 | 2024-09-26 17:05:58 - 2024-09-27 17:20:12 |
| 17743497409 | 2024-09-24 23:30:43 - 2024-09-26 17:05:58 |
| 13093276751 | 2024-09-23 21:27:23 - 2024-09-24 23:30:43 |
| 12244454296 | 2024-09-22 20:10:29 - 2024-09-23 21:27:23 |
| 17705234351 | 2024-09-21 16:21:04 - 2024-09-22 20:10:29 |
| 14248501112 | 2024-09-19 18:43:09 - 2024-09-21 16:21:04 |
| 15123254524 | 2024-09-18 15:48:13 - 2024-09-19 18:43:09 |
| 16604647598 | 2024-09-14 20:44:11 - 2024-09-18 15:48:13 |
| 17787156331 | 2024-09-12 13:00:14 - 2024-09-14 20:44:11 |
| 14244832071 | 2024-09-10 17:05:41 - 2024-09-12 13:00:14 |
| 16282819253 | 2024-09-09 15:40:18 - 2024-09-10 17:05:41 |
| 13349400814 | 2024-09-06 19:59:43 - 2024-09-09 15:40:18 |
| 12244967005 | 2024-09-05 18:44:01 - 2024-09-06 19:59:42 |
| 16139172033 | 2024-09-01 02:48:03 - 2024-09-05 18:44:01 |
| 16628790165 | 2024-08-30 19:19:12 - 2024-09-01 02:48:03 |
| 19099684883 | 2024-08-29 15:20:29 - 2024-08-30 19:19:12 |
| 12266056145 | 2024-08-27 18:59:52 - 2024-08-29 15:20:28 |
| 13343739103 | 2024-08-26 18:25:57 - 2024-08-27 18:59:52 |
| 12243958520 | 2024-08-22 22:07:55 - 2024-08-26 18:25:57 |
| 19099989957 | 2024-08-21 14:41:28 - 2024-08-22 22:07:55 |
| 12206991481 | 2024-08-20 14:29:40 - 2024-08-21 14:41:28 |
| 14407413460 | 2024-08-19 13:03:56 - 2024-08-20 14:29:40 |
| 17722550064 | 2024-08-17 20:48:15 - 2024-08-19 13:03:56 |
| 13322883796 | 2024-08-14 00:37:25 - 2024-08-17 20:48:15 |
| 17792353418 | 2024-07-28 14:59:09 - 2024-08-14 00:37:25 |
| 17745937366 | 2024-07-26 13:31:55 - 2024-07-28 14:59:09 |
| 15095181153 | 2024-07-25 12:55:15 - 2024-07-26 13:31:55 |
| 14434263023 | 2024-07-23 13:13:34 - 2024-07-25 12:55:15 |
| 18084618780 | 2024-07-21 16:25:58 - 2024-07-23 13:13:34 |
| 16509553867 | 2024-07-19 12:50:59 - 2024-07-21 16:25:58 |
| 12267745617 | 2024-07-17 12:54:13 - 2024-07-19 12:50:59 |
| 13322636346 | 2024-07-15 12:45:00 - 2024-07-17 12:54:13 |
| 16204162127 | 2024-07-13 14:53:30 - 2024-07-15 12:45:00 |
| 16609923904 | 2024-07-11 02:31:27 - 2024-07-13 14:53:30 |
| 12254223240 | 2024-07-09 16:16:27 - 2024-07-11 02:31:27 |
| 18147704879 | 2024-07-08 12:49:38 - 2024-07-09 16:16:27 |
| 12209019488 | 2024-07-07 12:40:31 - 2024-07-08 12:49:38 |

| | |
|---|---|
| 15126780951 | 2024-07-06 11:36:37 - 2024-07-07 12:40:31 |
| 12409348870 | 2024-07-05 11:24:17 - 2024-07-06 11:36:37 |
| 17705237442 | 2024-07-03 17:45:51 - 2024-07-05 11:24:17 |
| 15024317786 | 2024-07-01 12:53:49 - 2024-07-03 17:45:51 |
| 12405748542 | 2024-06-30 10:35:31 - 2024-07-01 12:53:49 |
| 14097969654 | 2024-06-28 12:54:54 - 2024-06-30 10:35:31 |
| 13307090977 | 2024-06-27 12:45:55 - 2024-06-28 12:54:54 |
| 17193416052 | 2024-06-26 12:44:36 - 2024-06-27 12:45:55 |
| 14582511161 | 2024-06-24 20:02:51 - 2024-06-26 12:44:36 |
| 13077768130 | 2024-06-23 19:45:49 - 2024-06-24 20:02:51 |
| 17706785808 | 2024-06-22 17:31:40 - 2024-06-23 19:45:49 |
| 15029185572 | 2024-06-20 22:43:30 - 2024-06-22 17:31:40 |
| 17705236293 | 2024-06-19 17:01:57 - 2024-06-20 22:43:30 |
| 13097707541 | 2024-06-18 16:19:50 - 2024-06-19 17:01:57 |
| 15096163732 | 2024-06-17 15:11:38 - 2024-06-18 16:19:50 |
| 12089374536 | 2024-06-16 14:48:41 - 2024-06-17 15:11:38 |
| 16609922273 | 2024-06-15 14:43:25 - 2024-06-16 14:48:41 |
| 17194028182 | 2024-06-14 14:31:02 - 2024-06-15 14:43:25 |
| 13069124903 | 2024-06-13 14:16:07 - 2024-06-14 14:31:02 |
| 12702571498 | 2024-06-12 14:02:56 - 2024-06-13 14:16:07 |
| 17722550255 | 2024-06-10 23:50:53 - 2024-06-12 14:02:56 |
| 15099188816 | 2024-06-09 16:08:23 - 2024-06-10 23:50:53 |
| 17608528549 | 2024-06-07 20:15:37 - 2024-06-09 16:08:23 |
| 12254621986 | 2024-06-06 18:14:13 - 2024-06-07 20:15:37 |
| 14708037790 | 2024-06-05 17:37:46 - 2024-06-06 18:14:13 |
| 12066384028 | 2024-06-04 12:45:37 - 2024-06-05 17:37:46 |
| 19036157114 | 2024-06-02 22:50:14 - 2024-06-04 12:45:37 |
| 15038322731 | 2024-06-01 14:54:23 - 2024-06-02 22:50:14 |
| 17194317660 | 2024-05-30 20:12:10 - 2024-06-01 14:54:23 |
| 13309101269 | 2024-05-29 16:34:49 - 2024-05-30 20:12:10 |
| 14808176471 | 2024-05-28 14:27:10 - 2024-05-29 16:34:49 |
| 15067150327 | 2024-05-26 20:36:48 - 2024-05-28 14:27:10 |
| 13048780268 | 2024-05-25 16:26:39 - 2024-05-26 20:36:48 |
| 16505192568 | 2024-05-24 13:12:51 - 2024-05-25 16:26:39 |
| 19127505309 | 2024-05-22 19:18:45 - 2024-05-24 13:12:51 |
| 17089197241 | 2024-05-21 13:20:15 - 2024-05-22 19:18:45 |
| 12282128428 | 2024-05-20 12:44:29 - 2024-05-21 13:20:15 |
| 16028538405 | 2024-05-18 13:52:42 - 2024-05-20 12:44:29 |
| 17787255674 | 2024-05-17 00:45:16 - 2024-05-18 13:52:42 |
| 18312663590 | 2024-05-15 20:56:26 - 2024-05-17 00:45:16 |
| 19094041321 | 2024-05-14 17:45:38 - 2024-05-15 20:56:26 |
| 17076275504 | 2024-05-13 14:59:35 - 2024-05-14 17:45:38 |
| 12288288203 | 2024-05-11 15:44:53 - 2024-05-13 14:59:35 |
| 17706785065 | 2024-05-09 21:58:47 - 2024-05-11 15:44:53 |

| | |
|---|---|
| 19098977408 | 2024-05-08 20:15:10 - 2024-05-09 21:58:47 |
| 16627629024 | 2024-05-07 19:20:10 - 2024-05-08 20:15:10 |
| 17722551152 | 2024-05-06 10:09:28 - 2024-05-07 19:20:10 |
| 13312765864 | 2024-05-04 15:12:39 - 2024-05-06 10:09:28 |
| 17705886394 | 2024-05-03 05:01:14 - 2024-05-04 15:12:39 |
| 14452280647 | 2024-05-02 01:07:24 - 2024-05-03 05:01:14 |
| 17739205609 | 2024-04-30 21:07:20 - 2024-05-02 01:07:24 |
| 19208987051 | 2024-04-29 18:49:41 - 2024-04-30 21:07:20 |
| 12164776359 | 2024-04-28 17:17:09 - 2024-04-29 18:49:41 |
| 19453268489 | 2024-04-25 23:20:29 - 2024-04-28 17:17:09 |
| 14195198793 | 2024-04-24 19:06:25 - 2024-04-25 23:20:29 |
| 16096644306 | 2024-04-23 17:35:28 - 2024-04-24 19:06:25 |
| 12205771396 | 2024-04-21 17:34:05 - 2024-04-23 17:35:28 |
| 13193813155 | 2024-04-20 17:12:52 - 2024-04-21 17:34:05 |
| 17707709148 | 2024-04-19 14:48:21 - 2024-04-20 17:12:52 |
| 14423574380 | 2024-04-17 13:23:07 - 2024-04-19 14:48:21 |
| 13136392703 | 2024-04-15 23:29:11 - 2024-04-17 13:23:07 |
| 15174574462 | 2024-04-14 22:26:16 - 2024-04-15 23:29:11 |
| 17723078870 | 2024-04-12 13:10:02 - 2024-04-14 22:26:16 |
| 16178702929 | 2024-04-11 13:06:30 - 2024-04-12 13:10:02 |
| 15096166021 | 2024-04-10 12:47:36 - 2024-04-11 13:06:30 |
| 17723078110 | 2024-04-08 22:05:25 - 2024-04-10 12:47:36 |
| 18102970697 | 2024-04-07 20:42:15 - 2024-04-08 22:05:25 |
| 13312803096 | 2024-04-06 18:00:20 - 2024-04-07 20:42:15 |
| 12254792246 | 2024-04-05 17:58:48 - 2024-04-06 18:00:20 |
| 17722539125 | 2024-04-04 15:37:07 - 2024-04-05 17:58:48 |
| 12098661547 | 2024-04-03 12:49:18 - 2024-04-04 15:37:07 |
| 15413735487 | 2024-04-01 22:12:50 - 2024-04-03 12:49:18 |
| 16602082810 | 2024-03-31 20:32:55 - 2024-04-01 22:12:49 |
| 17727769194 | 2024-03-30 16:23:31 - 2024-03-31 20:32:55 |
| 12077193290 | 2024-03-29 15:12:27 - 2024-03-30 16:23:31 |
| 19016567024 | 2024-03-27 15:39:44 - 2024-03-29 15:12:27 |
| 14409732510 | 2024-03-26 13:16:02 - 2024-03-27 15:39:44 |
| 19169386512 | 2024-03-24 21:43:15 - 2024-03-26 13:16:02 |
| 16603865169 | 2024-03-23 19:29:33 - 2024-03-24 21:43:15 |
| 17727894025 | 2024-03-22 13:14:28 - 2024-03-23 19:29:33 |
| 19143012202 | 2024-03-20 22:23:59 - 2024-03-22 13:14:28 |
| 12407687278 | 2024-03-19 18:33:40 - 2024-03-20 22:23:59 |
| 15078607172 | 2024-03-18 18:18:49 - 2024-03-19 18:33:39 |
| 12407687278 | 2024-03-17 15:38:51 - 2024-03-18 18:18:49 |
| 15078607172 | 2024-03-16 12:34:52 - 2024-03-17 15:38:51 |
| 17705202859 | 2024-03-13 23:36:25 - 2024-03-16 12:34:52 |
| 14027888021 | 2024-03-12 17:32:57 - 2024-03-13 23:36:25 |
| 16292506168 | 2024-03-11 01:12:13 - 2024-03-12 17:32:57 |

| | |
|---|---|
| 19138992347 | 2024-03-09 18:19:02 - 2024-03-11 01:12:13 |
| 15128803233 | 2024-03-06 15:52:11 - 2024-03-09 18:19:02 |
| 17706785966 | 2024-03-04 19:18:58 - 2024-03-06 15:52:11 |
| 13025925552 | 2024-03-03 16:42:11 - 2024-03-04 19:18:58 |
| 16412223216 | 2024-03-01 20:15:51 - 2024-03-03 16:42:11 |
| 19126968670 | 2024-02-29 14:15:20 - 2024-03-01 20:15:51 |
| 12074133626 | 2024-02-27 19:43:19 - 2024-02-29 14:15:20 |
| 14037682793 | 2024-02-25 23:57:40 - 2024-02-27 19:43:19 |
| 16199673650 | 2024-02-24 22:51:04 - 2024-02-25 23:57:40 |
| 12099362158 | 2024-02-23 22:32:21 - 2024-02-24 22:51:04 |
| 14016525516 | 2024-02-22 18:26:13 - 2024-02-23 22:32:21 |
| 12099362158 | 2024-02-21 13:49:37 - 2024-02-22 18:26:13 |
| 13072914801 | 2024-02-19 14:28:23 - 2024-02-21 13:49:37 |
| 12099362158 | 2024-02-18 02:58:32 - 2024-02-19 14:28:23 |
| 13072914801 | 2024-02-16 13:59:16 - 2024-02-18 02:58:32 |
| 14808176625 | 2024-02-13 17:35:36 - 2024-02-16 13:59:16 |
| 13204663034 | 2024-02-12 16:31:14 - 2024-02-13 17:35:36 |
| 17705235383 | 2024-02-10 21:18:02 - 2024-02-12 16:31:14 |
| 18102541055 | 2024-02-08 20:53:28 - 2024-02-10 21:18:02 |
| 15077096160 | 2024-02-07 13:58:25 - 2024-02-08 20:53:28 |
| 13309603269 | 2024-02-05 19:34:39 - 2024-02-07 13:58:25 |
| 14183174373 | 2024-02-04 17:44:59 - 2024-02-05 19:34:39 |
| 19098196770 | 2024-02-01 23:19:19 - 2024-02-04 17:44:59 |
| 18156970137 | 2024-01-31 21:45:10 - 2024-02-01 23:19:19 |
| 16204815648 | 2024-01-30 19:37:21 - 2024-01-31 21:45:09 |
| 16126332729 | 2024-01-29 19:17:47 - 2024-01-30 19:37:21 |
| 14093457791 | 2024-01-28 19:11:29 - 2024-01-29 19:17:47 |
| 17706598296 | 2024-01-27 17:17:18 - 2024-01-28 19:11:29 |
| 12038842614 | 2024-01-25 21:40:57 - 2024-01-27 17:17:18 |
| 18179692841 | 2024-01-24 21:28:53 - 2024-01-25 21:40:57 |
| 13152905446 | 2024-01-23 21:14:57 - 2024-01-24 21:28:53 |
| 12095156059 | 2024-01-22 21:07:28 - 2024-01-23 21:14:57 |
| 16186368045 | 2024-01-21 20:26:22 - 2024-01-22 21:07:28 |
| 14198866540 | 2024-01-20 19:12:52 - 2024-01-21 20:26:22 |
| 15175533946 | 2024-01-19 16:09:38 - 2024-01-20 19:12:52 |
| 12254870236 | 2024-01-18 14:24:04 - 2024-01-19 16:09:38 |
| 15099186786 | 2024-01-17 14:15:33 - 2024-01-18 14:24:04 |
| 13186385153 | 2024-01-16 13:24:49 - 2024-01-17 14:15:33 |
| 13096195852 | 2024-01-15 11:22:27 - 2024-01-16 13:24:49 |
| 12205779284 | 2024-01-13 19:24:46 - 2024-01-15 11:22:27 |
| 16099618214 | 2024-01-12 16:16:27 - 2024-01-13 19:24:46 |
| 17188415545 | 2024-01-11 14:20:46 - 2024-01-12 16:16:27 |
| 13068059885 | 2024-01-09 18:48:15 - 2024-01-11 14:20:46 |
| 12099367631 | 2024-01-08 02:23:34 - 2024-01-09 18:48:15 |

| | |
|---|---|
| 14808172172 | 2024-01-07 02:04:14 - 2024-01-08 02:23:34 |
| 15096163278 | 2024-01-06 01:32:16 - 2024-01-07 02:04:14 |
| 14808172172 | 2024-01-04 22:25:12 - 2024-01-06 01:32:16 |
| 12203869577 | 2024-01-03 18:58:59 - 2024-01-04 22:25:12 |
| 16029699480 | 2024-01-02 13:04:08 - 2024-01-03 18:58:59 |
| 12203869577 | 2023-12-30 17:45:07 - 2024-01-02 13:04:08 |
| 17707645084 | 2023-12-29 17:42:45 - 2023-12-30 17:45:07 |
| 16602974076 | 2023-12-28 17:23:58 - 2023-12-29 17:42:45 |
| 18048510189 | 2023-12-27 17:14:47 - 2023-12-28 17:23:58 |
| 12079870908 | 2023-12-26 16:35:32 - 2023-12-27 17:14:47 |
| 17707646691 | 2023-12-25 03:02:19 - 2023-12-26 16:35:32 |
| 12606271576 | 2023-12-23 22:35:40 - 2023-12-25 03:02:19 |
| 19069015609 | 2023-12-22 21:59:31 - 2023-12-23 22:35:40 |
| 13193176722 | 2023-12-21 16:56:44 - 2023-12-22 21:59:31 |
| 14066042528 | 2023-12-20 15:51:53 - 2023-12-21 16:56:44 |
| 18128721652 | 2023-12-19 15:45:19 - 2023-12-20 15:51:53 |
| 16028464892 | 2023-12-17 21:24:05 - 2023-12-19 15:45:19 |
| 12184039041 | 2023-12-16 20:27:43 - 2023-12-17 21:24:05 |
| 15175533943 | 2023-12-15 19:19:00 - 2023-12-16 20:27:43 |
| 12072098654 | 2023-12-14 18:53:15 - 2023-12-15 19:19:00 |
| 18019095729 | 2023-12-13 13:56:18 - 2023-12-14 18:53:15 |
| 13069125799 | 2023-12-11 18:15:36 - 2023-12-13 13:56:18 |
| 15136562827 | 2023-12-10 18:02:10 - 2023-12-11 18:15:36 |
| 18145088006 | 2023-12-08 19:41:26 - 2023-12-10 18:02:10 |
| 17078315386 | 2023-12-07 18:19:53 - 2023-12-08 19:41:26 |
| 19098197445 | 2023-12-06 16:50:24 - 2023-12-07 18:19:53 |
| 16139032948 | 2023-12-05 12:57:27 - 2023-12-06 16:50:24 |
| 13163696486 | 2023-12-02 17:00:24 - 2023-12-05 12:57:27 |
| 13094427434 | 2023-12-01 15:27:34 - 2023-12-02 17:00:24 |
| 12703238615 | 2023-11-29 22:32:36 - 2023-12-01 15:27:34 |
| 18023078839 | 2023-11-28 15:51:47 - 2023-11-29 22:32:36 |
| 17727894240 | 2023-11-27 03:54:01 - 2023-11-28 15:51:47 |
| 15189724842 | 2023-11-25 20:29:04 - 2023-11-27 03:54:01 |
| 16036857424 | 2023-11-24 16:21:01 - 2023-11-25 20:29:04 |
| 14197515401 | 2023-11-23 15:19:54 - 2023-11-24 16:21:01 |
| 16187881598 | 2023-11-22 13:14:38 - 2023-11-23 15:19:54 |
| 16028741051 | 2023-11-20 22:18:19 - 2023-11-22 13:14:38 |
| 14065334924 | 2023-11-19 21:02:31 - 2023-11-20 22:18:19 |
| 14308101659 | 2023-11-18 17:30:29 - 2023-11-19 21:02:31 |
| 12029955191 | 2023-11-16 20:20:41 - 2023-11-18 17:30:29 |
| 13513770237 | 2023-11-15 19:33:17 - 2023-11-16 20:20:41 |
| 15702584106 | 2023-11-14 18:19:48 - 2023-11-15 19:33:17 |
| 13047174673 | 2023-11-13 18:17:10 - 2023-11-14 18:19:48 |
| 15099186517 | 2023-11-12 18:09:32 - 2023-11-13 18:17:10 |

| | |
|---|---|
| 19098195861 | 2023-11-11 14:05:15 - 2023-11-12 18:09:32 |
| 13105913402 | 2023-11-10 01:12:49 - 2023-11-11 14:05:15 |
| 19083142913 | 2023-11-08 23:20:03 - 2023-11-10 01:12:49 |
| 14388990971 | 2023-11-07 21:09:54 - 2023-11-08 23:20:03 |
| 17076279238 | 2023-11-06 18:23:45 - 2023-11-07 21:09:54 |
| 12535448189 | 2023-11-05 16:27:37 - 2023-11-06 18:23:45 |
| 14068402469 | 2023-11-03 18:24:50 - 2023-11-05 16:27:37 |
| 18177364630 | 2023-11-02 12:53:44 - 2023-11-03 18:24:50 |
| 12099362913 | 2023-10-31 13:19:14 - 2023-11-02 12:53:44 |
| 15054414515 | 2023-10-29 17:04:36 - 2023-10-31 13:19:14 |
| 14195198166 | 2023-10-28 16:57:47 - 2023-10-29 17:04:36 |
| 17707647969 | 2023-10-27 16:14:07 - 2023-10-28 16:57:47 |
| 17255871286 | 2023-10-26 14:30:14 - 2023-10-27 16:14:07 |
| 19097156946 | 2023-10-25 13:16:09 - 2023-10-26 14:30:14 |
| 15155678858 | 2023-10-23 15:21:17 - 2023-10-25 13:16:09 |
| 12029954472 | 2023-10-21 17:26:30 - 2023-10-23 15:21:17 |
| 13614877851 | 2023-10-20 17:24:40 - 2023-10-21 17:26:30 |
| 16176214029 | 2023-10-18 21:54:20 - 2023-10-20 17:24:40 |
| 12027339073 | 2023-10-16 13:30:19 - 2023-10-18 21:54:20 |
| 14253313768 | 2023-10-14 23:38:46 - 2023-10-16 13:30:19 |
| 19137866443 | 2023-10-13 20:19:42 - 2023-10-14 23:38:46 |
| 12036703576 | 2023-10-12 20:14:51 - 2023-10-13 20:19:42 |
| 17086303795 | 2023-10-11 19:16:52 - 2023-10-12 20:14:51 |
| 18023078576 | 2023-10-10 18:26:50 - 2023-10-11 19:16:52 |
| 12029954158 | 2023-10-09 18:11:47 - 2023-10-10 18:26:49 |
| 14755010132 | 2023-10-08 16:53:22 - 2023-10-09 18:11:47 |
| 16139174665 | 2023-10-06 18:57:32 - 2023-10-08 16:53:22 |
| 12232453043 | 2023-10-05 17:21:03 - 2023-10-06 18:57:32 |
| 12027034840 | 2023-10-04 17:09:35 - 2023-10-05 17:21:03 |
| 19098924379 | 2023-10-03 14:23:33 - 2023-10-04 17:09:35 |
| 14149661512 | 2023-10-02 01:53:07 - 2023-10-03 14:23:33 |
| 14183173840 | 2023-09-30 02:53:22 - 2023-10-02 01:53:07 |
| 12135973892 | 2023-09-28 19:30:40 - 2023-09-30 02:53:22 |
| 12155395231 | 2023-09-27 16:56:30 - 2023-09-28 19:30:40 |
| 17189144736 | 2023-09-26 14:38:25 - 2023-09-27 16:56:30 |
| 16097760608 | 2023-09-25 14:35:05 - 2023-09-26 14:38:25 |
| 12312816912 | 2023-09-23 23:27:54 - 2023-09-25 14:35:05 |
| 16076014097 | 2023-09-22 18:32:02 - 2023-09-23 23:27:54 |
| 12123473553 | 2023-09-21 15:51:10 - 2023-09-22 18:32:02 |
| 13653635229 | 2023-09-20 14:32:50 - 2023-09-21 15:51:10 |
| 14753073422 | 2023-09-19 13:31:33 - 2023-09-20 14:32:50 |
| 16087109805 | 2023-09-18 03:09:21 - 2023-09-19 13:31:33 |
| 13608046984 | 2023-08-21 14:56:17 - 2023-09-18 03:09:21 |
| 15054415756 | 2023-08-20 04:48:09 - 2023-08-21 14:56:17 |

pinger

| Device Advertising ID | |
|---|---|
| **Google (Android)** | N/A |
| **Apple (iOS)** | 32C9C73B-379B-43C7-A450-76A52A988119 |
| **Device Token** | |
| **Google (Android)** | N/A |
| **Apple (iOS)** | 922aa60bb402bf0acb4768915f937f832b1c7b39009ca2e3a5b1e016743a9fa3<br><br>94a85c1c167e8bfda488468e7d694b1ad9e32ca5e2edb15a53f28cc219fef0cd |

*All available basic subscriber information has been provided for this account.*