**RS00156874.CSV**

**(Filtered for Item Descriptions containing "text" or "call)**

| Apple Account Nu | Item Purchased Date | Content Type | Item Reference Numb | Item Description | Container Refe | Container Description | Invoice Ite | Invoice Sul | Device Details |
|---|---|---|---|---|---|---|---|---|---|
| 51390219 | 2025-04-23T16:06:40.769Z | iOS and tvOS Apps | 448142450 | Truecaller: Premium Caller ID | | | | | AppStore/3.0 iOS/18.3.2 model/iPhone17,1 hwp/t8140 build/22D82 (6; dt:331) AMS/1 |
| 51390219 | 2025-03-14T01:16:29Z | Movie Purchases | 306206405 | A Man Called Peter | | | $9.99 | $9.99 | com.apple.tv/1.0 iOS/18.3.1 model/iPhone17,1 hwp/t8140 build/22D72 (6; dt:331) AMS/1 |
| 51390219 | 2024-12-23T04:29:26Z | In-App Subscription | 1191648824 | Text Free Plus | 399355755 | Text Free: Second Phone Number | $9.99 | $9.99 | com.apple.Preferences/1 iOS/18.2 model/iPhone17,1 hwp/t8140 build/22C152 (6; dt:331) AMS/1 |
| 51390219 | 2024-11-21T15:29:20Z | In-App Subscription | 1191648824 | Text Free Plus | 399355755 | Text Free: Second Phone Number | $9.99 | $9.99 | com.apple.Preferences/1 iOS/18.1 model/iPhone17,1 hwp/t8140 build/22B83 (6; dt:331) AMS/1 |
| 51390219 | 2024-10-19T17:37:25Z | In-App Subscription | 1191648824 | Text Free Plus | 399355755 | Text Free: Second Phone Number | $9.99 | $9.99 | com.apple.Preferences/1 iOS/18.0.1 model/iPhone11,8 hwp/t8020 build/22A3370 (6; dt:194) AMS/1 |
| 51390219 | 2024-09-18T01:43:44Z | In-App Subscription | 1191648824 | Text Free Plus | 399355755 | Text Free: Second Phone Number | $9.99 | $9.99 | com.apple.Preferences/1 iOS/17.6.1 model/iPhone11,8 hwp/t8020 build/21G93 (6; dt:194) AMS/1 |
| 51390219 | 2024-08-14T00:36:07Z | In-App Subscription | 1191648824 | Text Free Plus | 399355755 | Text Free: Second Phone Number | $9.99 | $9.99 | com.apple.Preferences/1 iOS/17.5.1 model/iPhone11,8 hwp/t8020 build/21F90 (6; dt:194) AMS/1 |
| 51390219 | 2024-07-03T17:45:09Z | In-App Subscription | 1191648824 | Text Free Plus | 399355755 | Text Free: Second Phone Number | $9.99 | $17.98 | com.apple.Preferences/1 iOS/17.5.1 model/iPhone11,8 hwp/t8020 build/21F90 (6; dt:194) AMS/1 |
| 51390219 | 2024-06-08T20:42:47.945Z | iOS and tvOS Apps | 6448094998 | Text Num: 2nd Phone Number App | | | | | AppStore/3.0 iOS/17.5.1 model/iPhone11,8 hwp/t8020 build/21F90 (6; dt:194) AMS/1 |
| 51390219 | 2024-05-30T20:10:05Z | In-App Subscription | 1191648824 | Text Free Plus | 399355755 | Text Free: Second Phone Number | $9.99 | $9.99 | com.apple.Preferences/1 iOS/17.4.1 model/iPhone11,8 hwp/t8020 build/21E236 (6; dt:194) AMS/1 |
| 51390219 | 2024-04-28T17:16:13Z | In-App Subscription | 1191648824 | Text Free Plus | 399355755 | Text Free: Second Phone Number | $9.99 | $9.99 | com.apple.Preferences/1 iOS/17.4.1 model/iPhone11,8 hwp/t8020 build/21E236 (6; dt:194) AMS/1 |
| 51390219 | 2024-03-26T13:15:15Z | In-App Subscription | 1191648824 | Text Free Plus | 399355755 | Text Free: Second Phone Number | $9.99 | $9.99 | com.apple.Preferences/1 iOS/17.3.1 model/iPhone11,8 hwp/t8020 build/21D61 (6; dt:194) AMS/1 |
| 51390219 | 2024-02-24T22:50:08Z | In-App Subscription | 1191648824 | Text Free Plus | 399355755 | Text Free: Second Phone Number | $9.99 | $9.99 | com.apple.Preferences/1 iOS/17.3.1 model/iPhone11,8 hwp/t8020 build/21D61 (6; dt:194) AMS/1 |
| 51390219 | 2024-02-09T20:11:39.109Z | iOS and tvOS Apps | 775837930 | Funcall - Voice Changer & Rec | | | | | AppStore/3.0 iOS/17.3 model/iPhone11,8 hwp/t8020 build/21D50 (6; dt:194) AMS/1 |
| 51390219 | 2024-01-23T21:14:00Z | In-App Subscription | 1191648824 | Text Free Plus | 399355755 | Text Free: Second Phone Number | $9.99 | $9.99 | com.apple.Preferences/1 iOS/17.2.1 model/iPhone11,8 hwp/t8020 build/21C66 (6; dt:194) AMS/1 |
| 51390219 | 2023-12-22T17:17:11Z | In-App Subscription | 1191648824 | Text Free Plus | 399355755 | Text Free: Second Phone Number | $9.99 | $9.99 | com.apple.Preferences/1 iOS/17.1.2 model/iPhone11,8 hwp/t8020 build/21B101 (6; dt:194) AMS/1 |
| 51390219 | 2023-11-20T18:20:05Z | In-App Subscription | 1191648824 | Text Free Plus | 399355755 | Text Free: Second Phone Number | $9.99 | $9.99 | com.apple.Preferences/1 iOS/17.0.3 model/iPhone11,8 hwp/t8020 build/21A360 (6; dt:194) AMS/1 |
| 51390219 | 2023-10-19T14:32:41Z | In-App Subscription | 1191648824 | Text Free Plus | 399355755 | Text Free: Second Phone Number | $9.99 | $9.99 | com.apple.Preferences/1 iOS/17.0.3 model/iPhone11,8 hwp/t8020 build/21A360 (6; dt:194) AMS/1 |
| 51390219 | 2023-09-18T03:08:37Z | In-App Subscription | 1191648824 | Text Free Plus | 399355755 | Text Free: Second Phone Number | $9.99 | $9.99 | com.apple.storekitd/3.0 iOS/16.2 model/iPad7,6 hwp/t8010 build/20C65 (5; dt:171) AMS/1 |
| 51390219 | 2023-09-15T02:41:08.879Z | iOS and tvOS Apps | 6443738918 | Text & Call - Second Number | | | | | AppStore/3.0 iOS/16.6.1 model/iPhone11,8 hwp/t8020 build/20G81 (6; dt:194) AMS/1 |
| 51390219 | 2023-09-15T02:40:13.146Z | iOS and tvOS Apps | 1620385942 | Text Us â„¢ Texting For Me Now | | | | | AppStore/3.0 iOS/16.6.1 model/iPhone11,8 hwp/t8020 build/20G81 (6; dt:194) AMS/1 |
| 51390219 | 2023-09-14T03:28:06.869Z | iOS and tvOS Apps | 1134958279 | Free Text Message | | | | | AppStore/3.0 iOS/16.6.1 model/iPhone11,8 hwp/t8020 build/20G81 (6; dt:194) AMS/1 |
| 51390219 | 2023-05-29T22:13:48Z | In-App Subscription | 1533040487 | Incoming and Outgoing calls | 463926997 | magicApp Calling & Messaging | $3.99 | $3.99 | com.apple.storekitd/3.0 iOS/16.4.1 model/iPhone11,8 hwp/t8020 build/20E252 (6; dt:194) AMS/1 |
| 51390219 | 2023-05-29T22:08:30.088Z | iOS and tvOS Apps | 463926997 | magicApp Calling & Messaging | | | | | AppStore/3.0 iOS/16.4.1 model/iPhone11,8 hwp/t8020 build/20E252 (6; dt:194) AMS/1 |
| 51390219 | 2023-05-27T16:56:08.202Z | iOS and tvOS Apps | 863809868 | TalkU: Unlimited Calls + Texts | | | | | AppStore/3.0 iOS/16.4.1 model/iPhone11,8 hwp/t8020 build/20E252 (6; dt:194) AMS/1 |
| 51390219 | 2023-01-13T06:40:52.901Z | iOS and tvOS Apps | 444741112 | Pinger: Call Plus Texting App | | | | | AppStore/3.0 iOS/16.2 model/iPhone11,8 hwp/t8020 build/20C65 (6; dt:194) AMS/1 |
| 51390219 | 2023-01-13T04:41:22.877Z | iOS and tvOS Apps | 1520157136 | CallsUp - 2nd Phone Number&sms | | | | | AppStore/3.0 iOS/15.7.1 model/iPhone11,8 hwp/t8020 build/19H117 (6; dt:194) AMS/1 |
| 51390219 | 2023-01-13T04:01:05.695Z | iOS and tvOS Apps | 1598522148 | Insta Texting - Unlimited Call | | | | | AppStore/3.0 iOS/15.7.1 model/iPhone11,8 hwp/t8020 build/19H117 (6; dt:194) AMS/1 |
| 51390219 | 2023-01-13T02:31:45.401Z | iOS and tvOS Apps | 1531644835 | Second Phone Number: Text Call | | | | | AppStore/3.0 iOS/15.7.1 model/iPhone11,8 hwp/t8020 build/19H117 (6; dt:194) AMS/1 |
| 51390219 | 2023-01-13T01:58:19.037Z | iOS and tvOS Apps | 1179714937 | Whisper - Text and Video Chat | | | | | AppStore/3.0 iOS/15.7.1 model/iPhone11,8 hwp/t8020 build/19H117 (6; dt:194) AMS/1 |
| 51390219 | 2023-01-12T23:14:42Z | iOS and tvOS Apps | 338088432 | Free Tone - Calling & Texting | | | $1.99 | $1.99 | StoreKitUIService/1.0 iOS/15.7.1 model/iPhone11,8 hwp/t8020 build/19H117 (6; dt:194) |
| 51390219 | 2023-01-12T19:36:51.465Z | iOS and tvOS Apps | 1186010974 | Text Vault - Texting App | | | | | AppStore/3.0 iOS/15.7.1 model/iPhone11,8 hwp/t8020 build/19H117 (6; dt:194) AMS/1 |
| 51390219 | 2023-01-12T15:31:42.872Z | iOS and tvOS Apps | 1274216319 | Second Texting Number | | | | | AppStore/3.0 iOS/15.7.1 model/iPhone11,8 hwp/t8020 build/19H117 (6; dt:194) AMS/1 |
| 51390219 | 2022-10-21T17:08:38.429Z | iOS and tvOS Apps | 397648381 | Talkatone: WiFi Text & Calls | | | | | AppStore/3.0 iOS/15.4.1 model/iPhone11,8 hwp/t8020 build/19E258 (6; dt:194) AMS/1 |
| 51390219 | 2022-09-14T21:39:20.737Z | iOS and tvOS Apps | 1619656753 | Text Scanner AI - OCR Scan | | | | | AppStore/3.0 iOS/15.4.1 model/iPhone11,8 hwp/t8020 build/19E258 (6; dt:194) AMS/1 |
| 51390219 | 2022-09-12T00:42:36.276Z | iOS and tvOS Apps | 588937297 | Dingtone: Phone Calls + Texts | | | | | AppStore/3.0 iOS/15.4.1 model/iPhone11,8 hwp/t8020 build/19E258 (6; dt:194) AMS/1 |
| 51390219 | 2022-09-12T00:35:17.106Z | iOS and tvOS Apps | 1523174587 | WiFi Text - Send & Receive SMS | | | | | AppStore/3.0 iOS/15.4.1 model/iPhone11,8 hwp/t8020 build/19E258 (6; dt:194) AMS/1 |
| 51390219 | 2022-04-15T16:54:44.141Z | iOS and tvOS Apps | 1507375125 | Text App: Wifi Calling+Texting | | | | | AppStore/3.0 iOS/15.3.1 model/iPhone11,8 hwp/t8020 build/19D52 (6; dt:194) AMS/1 |
| 51390219 | 2022-04-15T15:01:53.886Z | iOS and tvOS Apps | 1523061598 | Phone Number-Texting+Call Now | | | | | AppStore/3.0 iOS/15.3.1 model/iPhone11,8 hwp/t8020 build/19D52 (6; dt:194) AMS/1 |
| 51390219 | 2022-04-15T14:59:21.669Z | iOS and tvOS Apps | 1528954259 | Textr - Private Texting Number | | | | | AppStore/3.0 iOS/15.3.1 model/iPhone11,8 hwp/t8020 build/19D52 (6; dt:194) AMS/1 |
| 51390219 | 2022-04-15T14:49:21.631Z | iOS and tvOS Apps | 883312358 | Private Texting SMS Phone Text | | | | | AppStore/3.0 iOS/15.3.1 model/iPhone11,8 hwp/t8020 build/19D52 (6; dt:194) AMS/1 |
| 51390219 | 2022-04-15T14:42:03.914Z | iOS and tvOS Apps | 1473442501 | Text â–¹ | | | | | AppStore/3.0 iOS/15.3.1 model/iPhone11,8 hwp/t8020 build/19D52 (6; dt:194) AMS/1 |
| 51390219 | 2020-09-15T21:37:52Z | iOS and tvOS Apps | 1435773823 | Call recorder - Rink | | | | | AppStore/3.0 iOS/13.7 model/iPhone11,8 hwp/t8020 build/17H35 (6; dt:194) AMS/1 |
| 51390219 | 2020-09-09T17:09:40Z | iOS and tvOS Apps | 1324524338 | MagicCall - Voice Changer App | | | | | AppStore/3.0 iOS/13.6.1 model/iPhone11,8 hwp/t8020 build/17G80 (6; dt:194) AMS/1 |
| 51390219 | 2020-08-22T00:37:22Z | iOS and tvOS Apps | 1083676922 | TextingStory Chat Story Maker | | | | | AppStore/3.0 iOS/13.6 model/iPhone11,8 hwp/t8020 build/17G68 (6; dt:194) AMS/1 |



EXHIBIT
O

**RS00156874.CSV**

**(Filtered for Item Descriptions containing "text" or "call)**

| Apple Account Nu | Item Purchased Date | Content Type | Item Reference Numb | Item Description | Container Refe | Container Description | Invoice Ite | Invoice Sul | Device Details |
|---|---|---|---|---|---|---|---|---|---|
| 51390219 | 2020-08-04T20:36:27Z | iOS and tvOS Apps | 1022831885 | Robokiller: Spam Call Blocker | | | | | AppStore/3.0 iOS/13.5.1 model/iPhone11,8 hwp/t8020 build/17F80 (6; dt:194) AMS/1 |
| 51390219 | 2020-05-15T21:16:53Z | iOS and tvOS Apps | 1085777076 | Type Art: Animated Text Videos | | | | | AppStore/3.0 iOS/13.4.1 model/iPhone11,8 hwp/t8020 build/17E262 (6; dt:194) AMS/1 |
| 51390219 | 2020-05-11T21:35:45Z | iOS and tvOS Apps | 1030635559 | 3D Text-AI Art Word Font Maker | | | | | AppStore/3.0 iOS/13.4.1 model/iPhone11,8 hwp/t8020 build/17E262 (6; dt:194) AMS/1 |
| 51390219 | 2020-05-11T19:13:15Z | iOS and tvOS Apps | 1042169162 | Fancy Text - Keyboard Fonts | | | | | AppStore/3.0 iOS/13.4.1 model/iPhone11,8 hwp/t8020 build/17E262 (6; dt:194) AMS/1 |
| 51390219 | 2020-04-05T02:39:28Z | iOS and tvOS Apps | 573751328 | TapeACall: Call Recorder | | | | | AppStore/3.0 iOS/13.3.1 model/iPhone11,8 hwp/t8020 build/17D50 (6; dt:194) AMS/1 |
| 51390219 | 2020-04-05T02:35:33Z | iOS and tvOS Apps | 1377904267 | Phone Call Recorder Free of Ad | | | | | AppStore/3.0 iOS/13.3.1 model/iPhone11,8 hwp/t8020 build/17D50 (6; dt:194) AMS/1 |
| 51390219 | 2019-12-23T17:34:42Z | iOS and tvOS Apps | 1283337558 | Live Voice Changer - Prankcall | | | | | AppStore/3.0 iOS/13.1 model/iPhone11,8 hwp/t8020 build/17A844 (6; dt:194) AMS/1 |
| 51390219 | 2019-11-22T21:12:58Z | In-App Subscription | 1471459757 | Premium Robo Call Blocker | 1454299300 | Robo Shield: AI Spam Filter | $0.00 | | itunesstored/1.0 iOS/13.1 model/iPhone11,8 hwp/t8020 build/17A844 (6; dt:194) |
| 51390219 | 2019-08-04T02:37:11Z | iOS and tvOS Apps | 1378023162 | AlibiCall: environmental noise | | | $2.99 | $2.99 | AppStore/3.0 iOS/12.3.1 model/iPhone11,8 hwp/t8020 build/16F203 (6; dt:194) |
| 51390219 | 2019-02-26T03:42:21Z | iOS and tvOS Apps | 680063805 | Voice Changer for Callsï¼‹ | | | | | AppStore/3.0 iOS/12.1.4 model/iPhone11,8 hwp/t8020 build/16D57 (6; dt:194) |
| 51390219 | 2018-10-26T03:08:13Z | iOS and tvOS Apps | 1214388776 | Talking Emojis for Texting | | | | | AppStore/3.0 iOS/12.0 model/iPhone8,1 hwp/s8000 build/16A366 (6; dt:120) |
| 51390219 | 2017-11-28T19:42:57Z | iOS and tvOS Apps | 1145815975 | Scheduled - Send text later | | | | | com.apple.appstored/1.0 iOS/11.1.2 model/iPhone8,1 hwp/s8000 build/15B202 (6; dt:120) |
| 51390219 | 2017-11-04T03:58:48Z | iOS and tvOS Apps | 1081494198 | Call Simulator-Speech Practice | | | | | com.apple.appstored/1.0 iOS/11.0.3 model/iPhone7,2 hwp/t7000 build/15A432 (6; dt:106) |
| 51390219 | 2016-09-17T16:52:12Z | iOS and tvOS Apps | 392640258 | Funny Call: Phone Prank Calls | | | | | |
| 51390219 | 2016-04-30T17:25:53Z | iOS and tvOS Apps | 486189011 | Fake Call !! | | | $0.99 | $0.99 | AppStore/2.0 iOS/9.3.1 model/iPhone7,2 hwp/t7000 build/13E238 (6; dt:106) |
| 51390219 | 2016-04-28T21:05:20Z | iOS and tvOS Apps | 486374028 | Fake Call Free !! | | | | | |
| 51390219 | 2016-04-28T21:01:13Z | iOS and tvOS Apps | 598574928 | Phone Booth Free â€“ Fake a Prank Call with your iPhone | | | | | |
| 51390219 | 2016-01-06T18:47:31Z | iOS and tvOS Apps | 411046383 | PRANK ME! 2 - Funny Free Practical Joke Fake A Call & Trick Your Friends App for iPhone, iPod Touch & iPad | | | | | |
| 51390219 | 2016-01-02T01:39:11Z | iOS and tvOS Apps | 766315912 | Write Behind Text On Photo.s | | | | | |
| 51390219 | 2015-12-26T21:07:42Z | iOS and tvOS Apps | 907208943 | AT&T DriveMode â€“ Donâ€™t Text & Drive, It Can Wait | | | | | |
| 51390219 | 2015-04-23T17:38:07Z | iOS and tvOS Apps | 598798210 | NaturalReader Text to Speech | | | | | |
| 51390219 | 2015-03-27T23:41:24Z | iOS and tvOS Apps | 316394718 | God Calling Devotional | | | $2.99 | $12.98 | AppStore/2.0 iOS/8.1 model/iPhone7,2 build/12B411 (6; dt:106) |
| 51390219 | 2014-10-24T20:48:05Z | iOS and tvOS Apps | 534524376 | Mo+ - Calling & Texting App | | | | | |
| 51390219 | 2014-10-24T20:16:37Z | iOS and tvOS Apps | 514485964 | Text Me - Phone Call + Texting | | | | | |
| 51390219 | 2014-10-21T01:35:38Z | iOS and tvOS Apps | 609133837 | TextNow with 1 Month No Ads | | | | | |
| 51390219 | 2014-08-21T23:01:58Z | iOS and tvOS Apps | 868431189 | Silent Text 2 | | | | | |
| 51390219 | 2014-02-05T05:20:47Z | iOS and tvOS Apps | 322329515 | Text to Speech - | | | | | |
| 51390219 | 2013-08-24T16:41:56Z | Songs | 343154423 | Life Short Call Now | 343154393 | Buffet Hotel | $1.29 | $1.29 | iTunes-iPhone/5.1.1 (6; 32GB; dt:73) |
| 51390219 | 2013-02-02T20:38:49Z | iOS and tvOS Apps | 442787433 | Destructible Text | | | | | |
| 51390219 | 2012-07-20T04:26:10Z | iOS and tvOS Apps | 541826184 | TextOnPhoto+ | | | $0.99 | $7.92 | iTunes-iPhone/5.1.1 (6; 32GB; dt:73) |
| 51390219 | 2012-06-30T02:52:35Z | iOS and tvOS Apps | 371961521 | TextBomb | | | $1.99 | $4.96 | iTunes-iPhone/5.0.1 (6; 32GB) |
| 51390219 | 2012-06-15T13:32:47Z | iOS and tvOS Apps | 444553118 | Jesus Calling Devotional | | | $0.00 | $0.00 | iTunes-iPhone/5.0.1 (6; 32GB) |
| 51390219 | 2012-06-03T18:42:40Z | iOS and tvOS Apps | 415265701 | Global Talk-Free phone calls | | | | | |
| 51390219 | 2012-06-03T00:24:42Z | iOS and tvOS Apps | 399355755 | Text Free: Second Phone Number | | | | | |
| 51390219 | 2012-05-20T02:44:21Z | iOS and tvOS Apps | 444553446 | Jesus Calling Devotional by Sarah Young Lite | | | | | |
| 51390219 | 2012-02-13T19:58:51Z | iOS and tvOS Apps | 383812222 | Funny Call | | | | | |
| 51390219 | 2012-02-04T04:58:34Z | iOS and tvOS Apps | 314487667 | textPlus: Text Message + Call | | | $0.00 | | iTunes-iPhone/5.0.1 (6; 32GB) |
| 51390219 | 2011-05-22T16:35:18Z | iOS and tvOS Apps | 314716233 | TextNow: Call + Text Unlimited | | | | | |
| 51390219 | 2010-01-08T21:04:52Z | iOS and tvOS Apps | 328953873 | FunMailâ„¢ Free Texting | | | | | |
| 51390219 | 2009-12-11T02:59:33Z | iOS and tvOS Apps | 305315060 | PrankCaller | | | $4.99 | $7.96 | iTunes-iPhone/3.1 (3) |
| 51390219 | 2009-10-26T00:14:26Z | iOS and tvOS Apps | 292808957 | Conference Call | | | | | |

**RS00156874.CSV**

**(Filtered for Item Descriptions containing "text" or "call)**

| Apple Account Nu | Item Purchased Date | Content Type | Item Reference Numb | Item Description | Container Refe | Container Description | Invoice Ite | Invoice Su | Device Details |
|---|---|---|---|---|---|---|---|---|---|
| 51390219 | 2009-10-22T20:43:53Z | iOS and tvOS Apps | 291473312 | Fake Caller â„¢ - Premium Edition | | | $0.99 | $39.80 | iTunes-iPhone/3.1 (3) |
| 51390219 | 2007-07-15T22:46:13Z | Albums | 251808247 | A Phone Call from God | | | $5.99 | | |
| 51390219 | 2007-07-10T22:30:13Z | Songs | 5305965 | Calling Occupants of Interplanetary Craft (The Recognized Anthem of World Contact Day) [1989 Remix] | | | $0.99 | | |