IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| O. GENE BICKNELL, | ) | |
| | ) | Case No. 25-cv-00383-SH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD M. SILANSKAS JR., | ) | |
| LARRY K. WILHITE, and | ) | |
| STEPHEN HEDRICK, | ) | |
| | ) | |
| Defendants. | ) | |

**EXPERT REPORT OF JEFF WATTS**

EXHIBIT
P

# CONTENTS


INTRODUCTION ... 1
QUALIFICATIONS ... 1
RESERVATION OF RIGHTS ... 4
SUMMARY OF OPINIONS ... 5
FACTS CONSIDERED BASED ON MY INVESTIGATION ... 5
I. Background on the Parties ... 6
II. Silanskas's Prior Failed Theme Park Efforts ... 7
III. Wilhite Introduced Silanskas to Bicknell and Hires Him ... 10
IV. The American Heartland Theme Park ... 14
V. Religious Messages to Bicknell ... 21
A. Todays Word Messages ... 22
1. Silanskas and the Todays Word Messages ... 22
*i. Silanskas Sent Draft Todays Word Messages to Himself* ... 22
*ii. Silanskas Sent Religious Themed Messages to Business Partners in The Past* ... 24
*iii. Silanskas Admitted to Creating the Email Account Used to Send Todays Word Messages* ... 26
*iv. The Phone Numbers Used to Send Todays Word Messages are Connected to Silanskas* ... 27
2. Wilhite and the Todays Word Messages ... 31
3. Hedrick and the Todays Word Messages ... 33
B. Sister Catherine Messages ... 34
VI. Silanskas Creates Email PR Accounts ... 40
VII. Wilhite DocuSigns as Bicknell ... 42
VIII. Bicknell Uncovers the Truth ... 43
OPINIONS ... 44
I. Opinion 1: The Defendants' Conduct Toward Bicknell Was Consistent with the Typical Elements of Elder Exploitation ... 44
A. Elements of Elder Exploitation ... 44
B. Bicknell Was a Victim of Elder Exploitation ... 45
1. Trust ... 46
2. Victim Vulnerability ... 49
3. Isolation From Family ... 53
4. Financial Benefit ... 55
II. Opinion 2: The Pattern of Communications Between Silanskas and Wilhite Is Consistent with Patterns of Communications Involving Co-Conspirators and Coordinated Conduct in Other Cases I Have Investigated ... 57
A. Silanskas Forwarded Sister Catherine Messages to Wilhite ... 58
B. Silanskas and Wilhite Changed the Subject Lines of the Sister Catherine Messages ... 60
C. Silanskas's and Wilhite's Pattern of Communications Is Consistent with Patterns of Communications Involving Co-Conspirators and Coordinated Conduct in Other Cases ... 61

III. Opinion 3: The Defendants' Deletions and Production Gaps Are Consistent with Patterns of Deliberate Evidence Loss Commonly Seen in Other Investigations.. 65
A. Silanskas ........ 66
B. Wilhite........ 68
C. Hedrick........ 72
CONCLUSION........ 73

## INTRODUCTION

This expert report provides my opinions and the bases for these opinions as they relate to the case captioned O. Gene Bicknell ("Bicknell") v. Richard M. Silanskas Jr. ("Silanskas"), Larry K. Wilhite ("Wilhite"), and Stephen Hedrick ("Hedrick"), Case No. 25-cv-00383-SH, pending in the U.S. District Court for the Northern District of Oklahoma.

I have been engaged by Bicknell to perform an investigation into the facts surrounding the attempted development of the American Heartland Project (a theme park, R.V. park, and resort that was to be built in Vinita, Oklahoma) and to render the opinions set forth herein. I also expect to be a fact witness based on my investigation and familiarity with the facts of this matter.

## QUALIFICATIONS

I am currently a licensed private investigator based in Stillwater, Oklahoma. I have over 32 years of law enforcement experience with the Stillwater Police Department, serving as a police officer, detective, supervisor, and Chief of Police. My experience includes investigating complex crimes and fraud schemes against vulnerable victims.

As a law enforcement officer, I have testified more than one hundred times in criminal and administrative proceedings, including jury trials, preliminary hearings, and administrative matters. In many of these cases I testified as the lead investigator.

During my career, I spent ten years as a detective sergeant in the Criminal Investigations Division of the Stillwater Police Department. In this role, I investigated serious felony offenses and supervised a team of detectives. I developed specialized expertise in investigating a wide range of criminal activity including internet and computer crimes; elder abuse and exploitation crimes; and white-collar crimes such as fraud, forgery, embezzlement, and other financial schemes. My investigative experience also includes violent crimes, property crimes, and evidence management.

As a lieutenant in the Criminal Investigations Division, I reviewed all major case investigations conducted by detectives, provided investigative guidance, and supervised numerous detectives.

In my final five years of service as Chief of Police, I oversaw a department of approximately 125 personnel, including sworn officers and civilian staff. I reviewed all formal criminal and administrative complaints for legal sufficiency, accuracy, and compliance with applicable standards. I also directed and oversaw all internal investigations involving alleged misconduct.

I hold a Master of Arts in Leadership (2016) and a Bachelor of Science in Criminal Justice Management (2005) from the Mid America Christian University. In addition, I am a graduate of the FBI National Academy, Quantico, Virginia, Session 262 (2015), where I also earned a Graduate Certificate of Achievement in Criminal Justice Education from the University of Virginia (2015). I am also a graduate of the Oklahoma State Bureau of Investigation — Investigator's Academy (2007). Finally, I hold an Associate Degree in Applied Science (1989) and Certificate of Law Enforcement (1989) from Seminole State College.

Throughout my career, I have accumulated over 4,000 hours of specialized law enforcement training, including training in financial crimes against the elderly, interview and interrogation techniques, homicide investigation, and deceptive detection. I hold Basic, Intermediate, and Advanced certificates from the Council on Law Enforcement Education & Training ("CLEET") and I am certified to instruct law enforcement training in several disciplines.

Since retiring from law enforcement in March 2024, I have established and operated a private investigations practice, where I conduct investigations in support of individuals and

attorneys in both criminal and civil matters, including financial fraud investigations. My further qualifications are listed in my curriculum vitae, which is attached as Appendix 1.

I have been engaged by McDermott Will & Schulte LLP ("McDermott") on behalf of its client, Bicknell, to provide expert analysis in the matter of *Bicknell v. Silanskas et al*., Case No. 25-cv-00383-SH. I am being compensated at a rate of $100 per hour for my work performed in connection with this matter. My compensation does not depend on the contents of this report, any testimony I may provide, or the ultimate outcome of this case. Although I have not previously testified as an expert, I have extensive experience testifying in a law enforcement capacity and as noted above I have testified more than one hundred times in criminal and administrative proceedings.

In reaching my opinions set forth herein, I employed the same methodology I used during more than 30 years of law-enforcement investigations. That methodology includes reviewing documentary and physical evidence; comparing statements made by targets and witnesses against objective records; evaluating the chronology of a factual record and identifying what inferences can reasonably be drawn; assessing consistency between communications; examining electronic evidence; considering alternative explanations; and in particular in the context of elder exploitation and financial crime investigations, comparing observed conduct to patterns repeatedly encountered in training and in similar types of investigations.

In rendering my opinions stated herein, I have relied upon the documents and materials cited in this report. In addition, I have been provided with access to an electronic database containing all materials produced in this case by any party and any third party. I attended the depositions of Larry Wilhite and Julia Wilhite ("Julia"), reviewed the video recording of the February 19, 2026 deposition of Silanskas, and reviewed the transcripts of, among other

depositions, the February 19, 2026 and June 16, 2026 depositions of Silanskas and the June 3, 2026 deposition of Hedrick. I have also been provided with final transcripts and exhibits of all depositions taken in this action to date.[1] I examined these documents in much the same way I evaluated oral and written statements and evidence when I was a law enforcement officer with the Stillwater Police Department. I also conducted an interview of Gene Bicknell on April 29, 2026, Kristy Adams on April 24, 2026, and Kelly Holman on April 23, 2026, and had a brief discussion with Cindy Morris on April 29, 2026. Further, I visited the location of the attempted development of the American Heartland theme park. I was also provided with responses to interrogatories and requests for admissions served by every Defendant in this matter.

This report and my opinions and conclusions are based on my understanding of the issues involved in this matter derived from documents and other materials that I have reviewed, together with my training, education, and experience. All opinions stated herein are set forth on my own personal knowledge based on my experience, training, and the documents I have reviewed. If called to testify (as both an expert and fact witness) in this matter, I would competently do so.

**RESERVATION OF RIGHTS**

I reserve the ability to update this report and attachments as additional documentation is received, reviewed, and/or considered. I understand that additional discovery productions, expert reports and at least one additional deposition are forthcoming, and I reserve the right to supplement my findings and opinions accordingly.

---

[1] I understand that Larry Wilhite took the depositions of Debbie Lindquist, Bethanie Schmelig, Mansion Entertainment Group, LLC, and OGB Holdings, LLC. The transcripts from these depositions are not available yet, but I intend to review these transcripts once they are available.

## SUMMARY OF OPINIONS

Based on my review of the aforementioned materials, and for the reasons described below, it is my opinion that:

- Based on my training and experience and my investigation of this matter, the defendants' conduct toward Bicknell as set forth herein, and in particular the conduct of Silanskas and Wilhite, is consistent with the typical elements of an elder exploitation scheme, which involves abuse of trust, a vulnerable victim, social isolation of the victim, and financial benefit for the perpetrator(s).
- Based on my training and my experience in other cases involving co-conspirators engaged in coordinated conduct that I have investigated throughout my career, Silanskas's forwarding of Bicknell's responses to "Sister Catherine" to Wilhite without any message, and Wilhite's lack of any response to these messages, is consistent with patterns of communications in such cases where co-conspirators who send and receive such messages without any additional content already understand why they are being sent and what they mean.
- Based on my training and my experience in other cases I have investigated throughout my career, including those involving fraud, the pattern of missing, deleted, and selectively produced communications by the defendants is more consistent with deliberate deletions than with ordinary technology turnover, routine deletions or incidental gaps in production.

## FACTS CONSIDERED BASED ON MY INVESTIGATION

This case involves the attempted development of a theme park, R.V. park, and resort that was to be built in Vinita, Oklahoma (the "Project"). Bicknell alleges that Defendants Silanskas, Wilhite, and Hedrick orchestrated a scheme to defraud Bicknell out of tens of millions of dollars

by convincing him to fund the Project through a campaign of psychological manipulation, religious deception, and impersonation. More specifically, Bicknell alleges that the Defendants used coercive and fraudulent religious messages, including "Todays Word" emails and text messages purporting to come from God and emails from a fictional nun named "Sister Catherine," to manipulate Bicknell's devout Christian faith and coerce, deceive, and intimidate him to provide funding for the Project and to share ownership of the completed Project with Silanskas and Wilhite.

## I. Background on the Parties

Bicknell was born on September 24, 1932, in Pitcher, Oklahoma.[2] Despite growing up poor, Bicknell became the world's largest Pizza Hut franchisee, building an 800-store franchise and accumulating a substantial personal fortune.[3]

Bicknell met Wilhite, a preacher from Branson, Missouri, over 20 years ago, when Wilhite went to Pittsburg, Kansas to meet Bicknell.[4] Wilhite ran a ministry in Branson, Missouri called Backstage Ministries and Bicknell gave Wilhite a $1,000 donation for the ministry.[5] Subsequently, Bicknell needed a manager for a theater he owned in Branson, Missouri called the Mansion Theatre for the Performing Arts (the "Mansion Theatre") and hired Wilhite to manage the theater in 2004.[6] Wilhite worked for Bicknell until December 31, 2024.[7]

In the fall of 2019, Wilhite met Silanskas through a pastor, Gary McSpadden.[8] In around January 2020, Silanskas and Wilhite met in person and Wilhite provided Silanskas with his email

---

[2] O. Bicknell Dep. 134:18-21.
[3] O. Bicknell Dep. 134:23-135:6, 140:1-11.
[4] O. Bicknell Dep. 11:8-12:9.
[5] O. Bicknell Dep. 11:8-12:9; LW_016935 (rows 28 and 426); LW_016937 (rows 121, 122, 304, 1654, 1697, 1741).
[6] O. Bicknell Dep. 11:8-12:9; L. Wilhite Dep. 17:17-19:1.
[7] *See* LW_006883 at p.8.
[8] L. Wilhite Response to Interrogatory No. 16.

address.[9] Silanskas had a religious upbringing, including attending Catholic school from elementary school to high school.[10] Silanskas's father ran a television ministries company, called Jesus is Lord, Television Ministries, Inc., of which Silanskas eventually became an officer or director.[11] Silanskas and Wilhite both come from religious backgrounds.[12] Wilhite later recommended that Silanskas be hired to work at the Mansion Theatre.[13]

Silanskas in turn recruited Hedrick, who had worked together with Silanskas on prior failed theme park developments, to work on the Project, as described below.

## II. Silanskas's Prior Failed Theme Park Efforts

Before Silanskas met Wilhite and Bicknell and before he became involved in the Mansion Theatre, Silanskas operated a company called DreamVision from at least 2011 to 2015, which sought to open theme parks in Fort Worth, Texas and Muscle Shoals, Alabama.[14] While Silanskas was running DreamVision, he met Hedrick in connection with a theme park project called Music

---

[9] L. Wilhite Response to Interrogatory No. 16; LW_004911 (row 3981).
[10] R. Silanskas Dep. (6/16/2026) 11:17-20; V. Silanskas Dep. 42:21-43:25.
[11] *Pioneers of Christian TV Episode 1 "Jesus Is Lord TV" 1975-1981 Part 1* (YouTube, Aug. 2, 2009), https://www.youtube.com/watch?v=fXHGomrxqfs&t=2s ("In 1975, the Silanskas family of Newark, Delaware pioneered christian television with little experience and a prayer. Within 3 years, they had established the Jesus Is Lord TV Network and were broadcasting 24 hours per day to the Delaware, Maryland and Pennsylvania region. Their story is inspirational and led to an incredible journey some 30 years later. A part of this story was told in the book 'UNSHAKABLE' by 'Paula Felps'."); R. Silanskas Dep. (6/16/2026) 12:3-13:14; V. Silanskas Dep. 44:7-46:11; Florida Division of Corporations, *Jesus is Lord, Television Ministries, Incorporated*, https://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNameOrder=JESUSISLORDTELEVISIONMINISTRIE%20P141710&aggregateId=fornp-p14171-70f5d2e4-7cde-4009-b17f-18962a4744c5&searchTerm=Jesus%20is%20Lord%2C%20Television%20Ministries%2C%20Inc.&listNameOrder=JESUSISLORDTELEVISIONMINISTRIE%20P141710.
[12] *See* R. Silanskas Dep. (6/16/2026) 11:17-20; V. Silanskas Dep. 42:21-43:25; L. Wilhite Dep. 30:6-33:11.
[13] *See* L. Wilhite Dep. 72:3-73:17.
[14] ASC00000087 at p. 55-65, 77-89; ASC00000176 at p. 8-14; Wyoming Secretary of State, *The DreamVision Company, LLC*, https://wyobiz.wyo.gov/business/FilingDetails.aspx?eFNum=012147217084192129148124018048210062095029035114 (showing initial filing on July 19, 2011); R. Silanskas Dep. (6/16/2026) 18:2-19:7, 31:3-32:20.

City.[15] The two men worked together on various projects or potential projects starting in at least October 2012.[16] Hedrick worked with Silanskas on a DreamVision theme park and by September 4, 2013, Hedrick even participated in the "charrette" for the DreamVision park in Fort Worth (a conceptualization, design, and planning workshop).[17] By April 19, 2015, Hedrick served as "Executive Producer, Theme Parks and Resorts" for the DreamVision Company.[18] While Hedrick was involved in DreamVision, Silanskas claimed to have received religious messages via text.[19] On August 2, 2015, Silanskas told one of his business partners, Bryan Robinson, that he had received a text message stating: [20]

---

[15] S. Hedrick Response to Interrogatory No. 1.
[16] S. Hedrick Response to Interrogatory No. 2. At his deposition, Vincent Silanskas, Silanskas's younger brother and "President" of DreamVision, testified that to the best of his recollection, Hedrick first became involved with DreamVision in the 2009 to 2010 timeframe. V. Silanskas Dep. 72:16-25.
[17] Robinson00000915; V. Silanskas Dep. 73:21-76:17, 98:6-102:15.
[18] Robinson00001256 at p. 10-12.
[19] Robinson00000703; R. Silanskas Dep. (6/16/2026) 66:6-15; V. Silanskas Dep. 106:14-108:5; B. Robinson Dep. 150:9-155:5.
[20] Robinson00000703; B. Robinson Dep. 150:25-152:8.

Message

**From:** Rick Silanskas [rsdvs2@dreamvision1.com]
on behalf of Rick Silanskas <rsdvs2@dreamvision1.com> [rsdvs2@dreamvision1.com]
**Sent:** 8/2/2015 12:38:46 PM
**To:** Bryan Robinson [bryankrobinson@yahoo.com]
**Subject:** SMS Fwd:Bryan Robinson/From:Rick

Just received.......

STOP AND LISTEN MY SON AND HEAR MY VOICE WITHIN YOU THIS DAY. I AM PERPETUALLY WITH YOU, taking care of you. That is the most important fact of your existence. I am not limited by time or space; My Presence with you is a forever-promise. You need not fear for I am already there. When you make that quantum leap into eternity, you will find Me awaiting you in heaven. Your future is in My hands; I release it to you day by day, moment by moment.

I want you to live this very day abundantly fulfilling all you have committed in faith by the relinquishing of every storehouse for I am your provision alone, seeing all there is to see, doing all there is to do. Each day of life is a glorious gift, but so few people know how to live within the confines of today. Much of their energy for abundant living spills over the time line into worries or past regrets. Their remaining energy is sufficient only for limping through the day, not for living it to the full. I am training you to keep your focus on My Presence in the present. This is how to receive abundant Life, which flows freely from My throne of grace. Hold back nothing My son as those who do not trust Me.

I AM ALL AROUND YOU MY SON, hovering over you even as you seek My Face. I am nearer than you dare believe, closer than the air you breathe. If My children could only recognize My Presence. *I know every thought before you think it, every word before you speak it.* My Presence impinges on your innermost being.

I DESIGNED YOU to live in union with Me My son. This union does not negate who you are; it actually makes you more fully yourself. When you try to live independently of Me, you experience emptiness and dissatisfaction. You may *gain the whole world* and yet lose everything that really counts.

Find fulfillment through living close to Me, yielding to My purposes for you. Though I may lead you along paths that feel alien to you, trust that I know what I am doing. If you follow Me wholeheartedly, you will discover facets of yourself that were previously hidden. I know you intimately—far better than you know yourself. In union with Me, you are complete. In closeness to Me, you are transformed more and more into the one I designed you to be. Now fulfill all you have spoken in My most Holy Name. I am with you.

The DreamVision project fell apart in 2016, after the Alabama Securities Commission posted a "cease and desist" order against Bryan Robinson.[21] In addition, criminal charges were filed against Robinson in Lauderdale County Circuit Court in Alabama.[22] In 2018, Robinson pleaded guilty to one count of securities fraud and was sentenced to 10 years in prison.[23] Robinson was also ordered to repay more than $7 million to investors he duped over the theme park

[21] GB00002932; GB00002926.
[22] GB00002582; GB00002932.
[23] GB00002582; GB00002932.

scheme.[24] Based on my research, DreamVision never broke ground on either theme park. At the conclusion of the DreamVision theme park development efforts, Hedrick was owed approximately $11,000.[25]

At his deposition, Robinson testified that Silanskas lied to him about what was going on with DreamVision, including where the money that he gave Silanskas was going.[26]

## III. Wilhite Introduced Silanskas to Bicknell and Hires Him

After Silanskas and Wilhite met in 2019, they continued to remain in contact. On January 8, 2020, based on a "promise" he appears to have given to Wilhite, Silanskas shared with Wilhite an audio recording of "THE AMERICAN FREEDOM SYMPHONY," "the brief documentary sharing the miracle of [Silanskas's] daughter Nadia," and "the final movement from [Silanskas's] GOLDEN SYMPHONY."[27] On January 14, 2020, Wilhite shared technical specifications for the Mansion Theatre with Silanskas.[28] On January 28, 2020, Silanskas and Wilhite had a meeting, after which Silanskas provided Wilhite with his resume.[29]

Silanskas presented himself as an experienced entertainment industry professional, claiming to have worked for the Walt Disney Company, as a marketing director for a CBS Television Affiliate, a producer for ESPN Television Network, and a creative developer of various theme parks in Asia.[30] On November 18, 2020, Silanskas provided Wilhite with an "updated core bio profile," and specifically asked him to share it with Bicknell and stated his belief that "there is

---

[24] GB00002932.
[25] S. Hedrick Dep. 38:5-11.
[26] B. Robinson Dep. 128:16-129:22.
[27] GB00002192; GB00002180; GB00002191; GB00002179.
[28] GB00525496; GB00525497; GB00525498; GB00525499; GB00525500; GB00525501.
[29] GB00002184; GB00002185.
[30] GB00002185.

a very special path ahead."[31] On November 5, 2020, just days before Silanskas first asked Wilhite to share his resume with Bicknell,[32] the email account heavendirectword@gmail.com was created.[33] On January 1, 2021, Silanskas shared his "updated 2021 biographical profile" with Wilhite and again asked that it be shared with Bicknell.[34]

In January 2021, Silanskas and Wilhite met to discuss the future development of the Mansion Theatre.[35] After their meeting, on January 8, 2021, Silanskas summarized the goals for the Mansion Theatre.[36] The "base goal" was "expanded and defined branding of The Mansion Theatre as a regional family entertainment destination venue without deviation."[37] Silanskas also attached "an additional document uploading [Silanskas's] core biographical comprehensive profile" per Wilhite's request.[38] On January 18, 2021, Silanskas provided a link to a short compilation from a symphony Silanskas purportedly composed "to share with Mr. Bicknell."[39] That day, Wilhite forwarded Silanskas's email to Bicknell, noting "Rick is the gentleman I was talking about."[40] He told Bicknell that he and Silanskas "started working on producing the Disney production along with other concepts and ideas last year."[41] He also provided Bicknell with Silanskas's January 8, 2021 updated resume.[42] By February 26, 2021, Wilhite brought Silanskas

---

[31] GB00002157.
[32] GB00002157.
[33] Google00000064.
[34] GB00138535.
[35] GB00002141.
[36] GB00002141.
[37] GB00002141.
[38] GB00002141.
[39] GB00002148.
[40] GB00002148.
[41] GB00002148.
[42] GB00011872; GB00011874.

to the Mansion Theatre for a meeting.[43] And by March 6, 2021, Wilhite had hired Silanskas to work for the Mansion Theatre.[44]

Silanskas's employment with the Mansion Theatre was through BigTime Productions ("Big Time Productions" or "Big Time"), an entity controlled by Wilhite that initially ran the operations of the Mansion Theatre.[45] At the start, Silanskas was earning $500 per week from Big Time.[46] With Wilhite's endorsement, Silanskas became a full-time Mansion Theatre employee.[47]

To further push the goal of expanding the Mansion Theatre, Silanskas facilitated a meeting on June 8, 2021 between himself, Wilhite, Bicknell, and Ron Logan, a retired Disney executive whose credibility in the entertainment industry Silanskas sought to leverage.[48] The meeting was to introduce Bicknell and Logan.[49] At the meeting, Logan expressed his support of expanding the Mansion Theatre.[50] The discussion centered on the entertainment industry, film, sound studios, and sound stages.[51]

On June 10, 2021, Silanskas drafted a recommendation letter for himself and emailed it to Ron Logan for approval.[52] On the same day, Silanskas created the email account ronlogan909@gmail.com, which he claims to have created for Logan to send emails on Logan's behalf.[53] The following day, on June 11, 2021, the email account, ronlogan909@gmail.com, sent

---

[43] GB00143063.
[44] GB00001825.
[45] O. Bicknell Dep. 39:20-40:17; GB00005740.
[46] GB00005740; *see also* O. Bicknell Dep. 12:10-21.
[47] GB00001826; GB00001825.
[48] GB00002541; L. Wilhite Dep. 63:16-64:21.
[49] L. Wilhite Dep. 63:16-64:11.
[50] L. Wilhite Dep. 64:5-11.
[51] L. Wilhite Dep. 63:16-64:21; 100:12-101:6.
[52] GB00002536.
[53] Google00000158; R. Silanskas Dep. (2/19/2026) 117:5-8.

a PDF letter recommending Silanskas to Bicknell.[54] The letter was almost identical to the recommendation letter Silanskas had drafted for himself the day before. Bicknell responded to the email and said, "It will be a great comfort to have you involved."[55] Bicknell received no response. On August 31, 2021, Silanskas became an "Executive Producer" at the Mansion Theatre with a base salary of $110,000.[56] Wilhite's salary also increased to $110,000 at this time.[57]

Shortly thereafter, Kristy Adams, an executive at the Mansion Theatre for the Performing Arts, met with Wilhite and shared that she had researched Silanskas and that he did not seem to be on the up and up.[58] Adams informed Wilhite of , among other things, Silanskas's background and failed theme park attempts and the fact that one of Silanskas's former theme park business partners had gone to jail.[59] Wilhite knew about Silanskas's previous failed projects, but told Adams that Silanskas had not done anything wrong and that Wilhite trusted Silanskas.[60] Wilhite does not appear to have shared this information with Bicknell; when Adams referenced Silanskas's past to Bicknell in approximately July 2023, Bicknell looked surprised.[61]

On September 23, 2021, Silanskas again used the ronlogan909@gmail email account to push plans for the Project forward by, per his admission, sending himself an email and copying Bicknell and Wilhite.[62] This email used Silanskas's distinctive subject line: "To: Rick Silanskas From: Ron Logan Re: Rosen."[63]

---

[54] GB00002139; GB00002140; R. Silanskas Dep. (2/19/2026) 117:9-123:21.
[55] GB00000004.
[56] GB00002128.
[57] GB00401992.
[58] Interview of K. Adams.
[59] Interview of K. Adams.
[60] Interview of K. Adams.
[61] Interview of K. Adams.
[62] GB00002127.
[63] GB00002127.

Silanskas then connected with Hedrick on December 20, 2021 regarding the Project.[64] Silanskas traveled to Prescott, Arizona, met with Hedrick in his home, and asked him to assist with a movie studio, production, and theme park project to be developed by Bicknell.[65]

## IV. The American Heartland Theme Park

In mid-January 2022, the Mansion Theatre issued a press release that announced a "major expansion" for "Mansion Entertainment Group," including a "state of the art classically designed motion picture and television studio complex" with "soundstages from 48,000 square feet to 18,000 square feet, expansive motion picture mixing stage for full orchestra, vfx, and animation productions, full production/post production office centers, multiple mill/flex/construction facilities, full support vendor space, producer cabins and bungalows, classic studio commissary, expansive motion picture screening theatre, backlot locations (suburban, city-scape, western, residential) and full producer amenities."[66] At this time, the scope of the expansion focused on film, television, animation, and music in Missouri, not a theme park.[67] The focus of the Mansion Entertainment Group (a d/b/a for Big Time[68]) announcement was a "major film studio development" "located on several hundred acres in Southwest Missouri."[69] Included in this expansion was the development and construction of a "studio tour / attraction"—a "classic studio tour attraction allowing guests to enter an immersive and fun journey into the world of motion pictures."[70]

---

[64] GB00361479; S. Hedrick Dep. 44:4-12.
[65] S. Hedrick Dep. 44:4-12.
[66] GB00001820; GB00001821.
[67] GB00001821.
[68] LW_069961.
[69] GB00001821.
[70] GB00001821; GB00206427; GB00129671.

At the same time, Bicknell was inquiring into land in Northeast Oklahoma for the soundstage project.[71] By March 8, 2022, the proposed location for the soundstages changed from southwest Missouri to Oklahoma, due to the incentives available in Oklahoma.[72] On April 1, 2022, Wilhite followed up with Oklahoma House Representative, Danny Sterling—a high school friend of Wilhite's—regarding the project they had "been discussing."[73] On April 10, 2022, Wilhite's mother sent him a property listing on realtor.com in Vinita, Oklahoma.[74]

In late April 2022, Silanskas brought in Hedrick to perform consulting work on the Project, at a starting rate of $1,200 per day.[75] Bicknell was told that Hedrick "built every park that Disney built except for the first one."[76] On April 30, 2022, Hedrick proposed a "Cherokee park" to Wilhite and Silanskas.[77] On May 6, 2022, Wilhite emailed Bicknell an updated project development plan.[78] The project development plan now encompassed movie studio soundstages and a theme park, complete with detailed plans and aerial images of a proposed location in Vinita, Oklahoma,[79] a small town with a population of less than 6,000 people located about an hour's drive northeast of Tulsa along U.S. Route 66.[80] The plans included soundstage attractions and a "Cherokee Nation Theme Park."[81] The idea to develop a theme park came from Silanskas.[82] Bicknell understood that

---

[71] GB00128833; GB00402164; GB00402244.
[72] GB00140810; GB00126214.
[73] GB00126339; Sterling00001251; D. Sterling Dep. 56:1-11.
[74] GB00482917; J. Wilhite Dep. 38:12-14.
[75] GB00352080; GB00378528; GB00378523; Hedrick058068; O. Bicknell Dep. 58:16-59:16, 63:3-9; S. Hedrick Response to Interrogatory No. 14.
[76] O. Bicknell Dep. 55:9-14, 59:17-23.
[77] GB00124897.
[78] GB00002216; GB00002217.
[79] GB00002216; GB00002217.
[80] United States Census Bureau, *Vinita city, Oklahoma*, https://www.census.gov/quickfacts/fact/table/vinitacityoklahoma/PST045224; City of Vinita Oklahoma, *About Vinita*, https://www.cityofvinita.com/169/About-Vinita.
[81] GB00002217.
[82] O. Bicknell Dep. 15:7-16:1.

he was to provide the seed money for the Project and then financiers would come on board and provide the remainder of the financing for the Project.[83]

Silanskas, Wilhite, and Hedrick were already working on a request for proposal ("RFP") for a design company, primarily focusing on the development of the "America's Heartland Theme Park."[84] The May 2, 2022 RFP stated that the theme park was to have five million visits per year, with a daily capacity of 20,000 visitors.[85] No feasibility study had been completed yet. Nevertheless, the Project was underway. In June 2022, Bicknell, through a holding company, bought more than 1,600 acres of land in Vinita, Oklahoma, for the Project at a cost of almost $7 million.[86]

Development of the Project continued throughout 2022 and 2023. Hedrick, Wilhite, and Silanskas engaged a number of consultants and vendors to design and construct the theme park. The focus of the Project shifted from soundstages/film studios and a Cherokee park to the American Heartland theme park, R.V. park, and resort. In early 2023, at the direction of Silanskas and Wilhite, Bicknell spent almost $5.5 million on approximately 1,200 additional acres of lakefront land on Grand Lake, near the location of the planned theme park.[87]

Throughout this time, Silanskas and Wilhite became incredibly close, often spending time together and having closed door meetings at the Mansion Theatre.[88] The two men referred to themselves as brothers.[89] On March 16, 2023, Silanskas emailed Wilhite a story called "THE

---

[83] O. Bicknell Dep. 15:7-13.
[84] LW_013431; Hedrick046332; GB00344522; GB00139986.
[85] LW_013431; Hedrick046332.
[86] GB00001018; GB00000011.
[87] GB00001018.
[88] Interview of K. Adams; Interview of K. Holman.
[89] Interview of K. Adams.

BALLAD OF RICK AND LARRY (A True Legend)" fictionalizing their relationship.[90] The story stated: "Larry and Rick shared a deep bond. . . . they set out together on a journey that would take them to the farthest reaches of the frontier. . . . . Finally, after many months of travel, Larry and Rick reached their destination; a vast, uncharted territory deep in the heart of the frontier. Together, they set out to explore this new land, to conquer it, and to make it their own. Over the years, Larry and Rick built a life for themselves on this new land. They became respected members of the community, known for their bravery and their determination. And through it all, they remained the best of friends, united by their love of adventure and their deep bond of friendship."[91] Bicknell was not a part of this ballad.

Bicknell continued to contribute money into the development of the Project, but by early 2023, Bicknell expressed concerns about funding.[92] On May 1, 2023, Bicknell emailed Wilhite (with Silanskas copied) about cash flow problems.[93] Wilhite responded with "Yes…God we pray for your Divine intervention!!! And we will give You All the glory and praise!!!"[94]

On May 16, 2023, Hedrick provided Bicknell with information that a feasibility study consultant he had hired concluded that the American Heartland Theme Park would be "classified as a destination park, drawing visitors from all over the country."[95] That consultant, Peter Alexander, denied telling Hedrick that the park would draw visitors from all over the country.[96]

---

[90] GB00001988.
[91] GB00001988.
[92] GB00421237; GB00421233.
[93] GB00001978; *see also* GB00421237.
[94] GB00001975.
[95] GB00000016.
[96] P. Alexander Dep. 108:3-109:16.

Around June 9, 2023, Hedrick requested that his title be changed from Vice President Project Development to "Executive Producer" for the Project.[97] He noted that "[t]ypically, once a project goes into production / construction, the development guy steps back and hands it off to the delivery guy. I've always wanted to be a delivery man."[98] Approximately an hour later, Hedrick sent Silanskas and Wilhite photos of a model of the park and then Silanskas forwarded these photos to Bicknell.[99] Bicknell continued to contribute more money for the development of the Project.

On July 19, 2023, Wilhite, Silanskas, and Hedrick publicly unveiled the Project both during a live announcement event and in a press release: "American Heartland Announced $2 Billion Theme Park and Resort Development in Northeast Oklahoma."[100] The press release claimed that American Heartland will be a 1,000-acre development with a 125-acre theme park.[101] The press release also included a quote from "American Heartland CEO Larry Wilhite."

On July 20, 2023, Silanskas emailed Bicknell a copy of an "official" feasibility study that included many claims, including that (i) the American Heartland Project would have the same market appeal as Universal Studios Orlando; (ii) it would have yearly attendance of 4.9 million annual guests and gross revenue of $585 million by its third year; and (iii) it would have an 81% return on investment over a 10-year period.[102] This study was based on various assumptions provided by Hedrick to the feasibility consulted Peter Alexander, including "if you build it, they will come."[103]

---

[97] GB00001979.
[98] GB00001979.
[99] GB00000017.
[100] GB00002901; GB00161217; YouTube, *American Heartland Amusement Park coming to Oklahoma*, https://www.youtube.com/watch?v=-AUxohYY8xA&t=11s (video dated July 19, 2023).
[101] GB00002901.
[102] GB00000098; GB00000099.
[103] P. Alexander Dep. 58:12-20, 115:1-4; GB00000099 at p. 26.

On July 29, 2023, Hedrick informed Bicknell that the anticipated costs of the Project from August to December 2023 would exceed $118 million.[104] Bicknell responded that he was not concerned about the funding.[105] On August 11, 2023, Hedrick told Bicknell and Wilhite that they needed a "river of money" and the Project was already "millions behind on overdue invoices."[106]

On September 26, 2023, the American Heartland Project team prepared a media interview brief that downplayed Silanskas's involvement in the Project by falsely claiming that Silanskas was not part of any American Heartland entity or project.[107] The document outlined the question: "Rick Silanskas with Mansion Theatre was involved in two failed proposals for large theme parks in Texas and Alabama. Tell me about his involvement with the RV park and theme park."[108] The answer stated: "Rick has done some work on the film and production side of Mansion, but he is not part of American Heartland or Three Ponies, nor is he involved in the development of these projects."[109]

On October 3, 2023, Bicknell texted Silanskas and Wilhite: "$5 million from sales will come this week. Bank loan next week $10 mil. That's all I can do. If it needs any more I'm out of options... I'm basically broke. If this goes on without revenue. I'm bankrupt just letting you know."[110]

---

[104] GB00002196.
[105] GB00002196.
[106] GB00000253.
[107] GB00000840.
[108] GB00000840.
[109] GB00000840.
[110] GB00001575.

On October 30, 2023, ground was broken on the Three Ponies R.V. Park and Campground.[111] This groundbreaking was essentially the beginning and end of construction on the entire Project.

On November 7, 2023, Adams emailed an alert to Wilhite, Silanskas, Hedrick, and Bicknell that a news article about the Project was published and that "it's not good that [Silanskas] is in the photo."[112]

On December 4, 2023, Hedrick emailed Bicknell and Wilhite wrote "We need to put our heads together and map out a plan forward."[113] Bicknell responded: "I feel better today about us than I have been. I believe we're about ready to break through this struggle. Not sugar coating. Good reasons to believe. No more excuses. I've been sick over circumstances. First time in my life."[114]

In an effort to acquire more money for the Project, on March 1, 2024, Bicknell instructed his lawyer, Theron E. Fry of Triplett Woolfe Garrettson, LLC, to make substantial changes to his estate plan. Attorney Fry emailed an employee of 1248 Management LLC that Bicknell was making substantial changes to his estate plan including naming a new executor, naming a new successor trustee, and had revoked the power of attorney previously granted to his son.[115] Nevertheless, efforts to raise more money for the Project failed and the attempted development of the Project halted.

[111] GB00001815.
[112] GB00001755.
[113] GB00001748.
[114] GB00001748.
[115] GB00002573.

## V. Religious Messages to Bicknell

Based on the factual records before me and my investigation, Bicknell funded the Project because he believed God was ordering him to do so and to work with and trust Silanskas and Wilhite to develop the Project. Beginning at least as early as February 8, 2022, before Bicknell purchased the land for the Project, Bicknell received daily devotional messages purportedly from God called "Todays Word" and then, in 2024, messages from a nun named Sister Catherine, asserting that the Project was ordered by divine forces.[116] It was because of these religious messages that Bicknell provided funding for the Project.[117] At his deposition, Bicknell testified that the Todays Word and Sister Catherine messages caused him to invest in the Project.[118] The Todays Word messages continued until at least December 1, 2024.[119]

Importantly, the Todays Word messages introduced the concept of the "triune," built around the Christian idea of the Holy Trinity.[120] The "triune" referred to Silanskas, Wilhite, and Bicknell as divinely chosen leaders of the Project.[121] The "triune" concept was used to coerce Bicknell into sharing equal ownership of the Project with Silanskas and Wilhite, whereby each would have one-third ownership of a venture they believed would be worth billions, without Silanskas or Wilhite investing any money themselves.[122] The concept of the "triune" was first introduced in a Todays Word message dated December 26, 2022.[123] The "triune" concept was also reinforced by the subsequent Sister Catherine messages.

---

[116] O. Bicknell Dep. 17:2-4, 17:13-20, 17:25-18:16, 18:25-19:19; Plaintiff Exs. 1-6.
[117] O. Bicknell Dep. 16:5-20, 19:20-20:18.
[118] O. Bicknell Dep. 16:5-20, 19:20-20:18.
[119] JW_016687.
[120] *See, e.g.*, GB00000026; GB00000030; GB00000040.
[121] O. Bicknell Dep. 20:19-21:6, 24:20-25:10.
[122] O. Bicknell Dep. 20:19-21:6, 24:20-25:10; GB00000025.
[123] GB00003990.

Silanskas initially denied under oath any involvement in drafting the Todays Word and Sister Catherine messages at a February 19, 2026 deposition.[124] However, during a second deposition held on June 16, 2026, Silanskas, for the first time, admitted to drafting the religious messages in this case and lying at his earlier deposition.[125] But, even in his later deposition, Silanskas stated that he did not draft "the earlier ones," referring to the first religious messages that Bicknell received.[126] As discussed below, however, based on my review of the factual record, Silanskas controlled the email accounts and phone numbers used to the send the messages to Bicknell from the start.

### A. Todays Word Messages

Bicknell received Todays Word messages from two primary mediums: email and text messages. The email account that sent the Todays Word messages was heavendirectword@gmail.com.[127] The text messages would come from various phone numbers, switching almost daily.[128]

#### 1. Silanskas and the Todays Word Messages

##### *i. Silanskas Sent Draft Todays Word Messages to Himself*

On at least three occasions, Silanskas drafted Todays Word messages and sent them to himself, with the subject line of the email indicating the day of the week he would send the Todays Word to Bicknell. On October 20, 2023, a Friday, Silanskas sent a Todays Word message draft from his Mansion Theatre email account to his personal Gmail account with the email subject line:

---

[124] R. Silanskas Dep. (2/19/2026) 97:17-98:1, 142:143:2.
[125] R. Silanskas Dep. (6/16/2026) 293:8-301:4-7.
[126] R. Silanskas Dep. (6/16/2026) 203:14-204:6.
[127] *See* Plaintiff Ex. 1.
[128] *See* Plaintiff Ex. 1.

"SUNDAY."[129] Silanskas claims that this is not a draft of a Todays Word message but rather a "spiritual message."[130] On October 22, 2023, a Sunday, heavendirectword@gmail.com sent Bicknell a nearly identical message.[131] Both Silanskas's draft and the Todays Word message Bicknell received instructed Bicknell to distribute the wealth equally among triune members.[132] When asked about these emails in a deposition, Silanskas had "no explanation for this."[133]

On February 13, 2024, a Tuesday, Silanskas sent another Todays Word message draft from his Mansion Theatre email account to his personal Gmail account with the email subject line "WEDNESDAY WORD."[134] The next day, a Wednesday, Silanskas sent a very similar Todays Word message to Wilhite and Bicknell via text message.[135] Wilhite and Silanskas have both claimed to have received Todays Word messages via text message from unknown sources and at times would share the Todays Word messages they "received" with Bicknell.[136]

On February 19, 2024, a Monday, Silanskas sent another Todays Word message draft from his Mansion Theatre email account to his personal Gmail account with the email subject line "TUESDAY."[137] The next day, a Tuesday, Silanskas sent a near-identical Todays Word message to Wilhite and Bicknell via text message.[138]

---

[129] GB00002489.
[130] R. Silanskas Dep. (2/19/2026) 140:13-141:21.
[131] GB00000818.
[132] GB00002489; GB00000818.
[133] R. Silanskas Dep. (2/19/2026) 142:17-143:2.
[134] GB00002473.
[135] LW_005144 at p.134-35.
[136] L. Wilhite Dep. 155:9-164:12; L. Wilhite Response to Interrogatory Nos. 2 & 4; R. Silanskas Dep. (6/16/2026) 146:6-151:22.
[137] GB00002484.
[138] LW_002846.

### *ii. Silanskas Sent Religious Themed Messages to Business Partners in The Past*

Silanskas has also sent religious themed messages to at least two business partners in the past. In 2015, Silanskas was involved in a venture called "DreamVision" with his parter, Robinson. On August 2, 2015, Silanskas told Robinson he had "[j]ust received" a religious message via SMS and purported to forward it to Robinson.[139] From the email, there is no evidence that Silanskas received the religious message from a third party; instead it appears that Silanskas added his distinctive subject line to make it appear that the email was forwarded: "SMS Fwd:Bryan Robinson/From:Rick."[140] The contents of the message include many similarities to the Todays Word messages sent to Bicknell, including:

- The message sent to Robinson begins with, "STOP AND LISTEN MY SON AND HEAR MY VOICE WITHIN YOU THIS DAY."[141] Numerous Todays Word messages open with similar commands.[142] For example, the Todays Word message on May 4, 2022 began with, "STOP AND LISTEN THIS DAY AND HEAR MY VOICE THROUGH THESE SACRED DIRECTIVES MY CHILD."[143] And on June 6, 2022, the Todays Word message began with, "Listen My child!"[144]

- The message sent to Robinson emphasized avoiding fear and placing trust that the reader's future is in God's hands. The message to Robinson stated: "You need not fear for I am already there" and "Your future is in My hands."[145] Similarly, the February 10, 2022 Todays Word message stated: "You must fully release any desire for control or any concern for the future as the future is in My hands not yours!"[146] And later, the February 20, 2022 Todays Word message stated: "remove all doubt, fear or desire to control or decipher what is before you."[147]

---

[139] Robinson00000703.
[140] Robinson00000703.
[141] Robinson00000703.
[142] *See e.g.*, GB00002036; LW_002148.
[143] GB00002036.
[144] LW_002167.
[145] Robinson00000703.
[146] GB00003838.
[147] GB00002099.

- The message Silanskas forwarded to Robinson also purported to know the reader's "every thought before you think it, every word before you speak it."[148] The Todays Word message sent to Bicknell on July 21, 2023 stated: "I hear every word. I know every thought. I listen for every whisper."[149]

- The message sent to Robinson includes a statement that the reader should be "committed in faith by the relinquishing of every storehouse. . . ."[150] The concept of relinquishing or opening the "storehouse[s]" appears frequently in the Todays Word messages sent to Bicknell.[151]

- The message Silanskas forwarded to Robinson concludes: "I am with you."[152] The phrase "I am with you" appears routinely in the Todays Word messages.[153]

There are thus many similarities between the 2015 message Silanskas sent to Robison and the Todays Word messages.

Silanskas also sent religious messages to Logan, the retired Disney executive who was also involved in the DreamVision venture. Again, there are number of similarities between the messages Silanskas authored and sent to Logan and the Todays Word messages:

- Both the messages Silanskas sent to Logan and the Todays Word messages emphasize obedience to God. On July 7, 2020, Silanskas wrote to Logan, "[w]e

---

[148] Robinson00000703.
[149] GB00000151.
[150] Robinson00000703.
[151] *See, e.g.*, GB00002006 ("Empty the storehouses you have held for your own security.); GB00000009 ("I AM INSTRUCTING YOU TO EMPTY THE STOREHOUSES AND ACCELERATE THIS MISSION."); GB00002036 ("Now is the very time to empty the storehouses once and for all for this is the moment for which each of you were conceived on this earth."); LW_002167 ("Until You completely empty the storehouses you will never know the true provision of God and the completion of what is before you!"); GB00003702 ("I have told you time and time again to empty the storehouses completely and yet you keep many doors locked from Me in fear of loss and a desire to control your own security."); GB00000084 ("You have not yet emptied your storehouses completely, nor have you reached out to all of those whom I have instructed you to offer positions for investment with great return."); GB00001097 ("Return to the storehouse of abundance, and retrieve what is required in this critical hour. Release all that has been accumulated, and in that surrender, witness the miraculous replenishment that transcends human comprehension!").
[152] Robinson00000703.
[153] *See, e.g.*, GB00000030 ("Walk in faith and confidence, knowing that I am with you."); GB00000076 ("Move forward with unwavering trust, knowing that I am with you, guiding and providing every step of the way."); GB00000157 ("I am with you, and in this revelation, I bestow upon you a triune foundation of leadership, united in purpose and love."); GB00000184 (subject line "I AM WITH YOU" and later stating "I am with you My triune blessed ones").

should rejoice in God and desire to walk in obedience."[154] On July 16, 2022, Silanskas wrote to Logan: "[e]very time we take a step of obedience, He sheds more light on our path. . . . Waiting times are opportunities for growth in character, obedience, and faith."[155] The concept of obedience to God is a central theme in the Todays Word messages.[156] The words "obedience" and "disobedience" appear frequently in the Todays Word messages.

- Both the messages Silanskas sent to Logan and the Todays Word messages quote many of the same Bible passages. For example, on March 23, 2020, Silanskas sent a message to Logan that quoted Proverbs 3:5-6 twice; that passage directs the reader to "Trust in the Lord with all your heart, and do not lean on your own understanding. In all your ways acknowledge Him, and He will make your paths straight."[157] The Todays Word messages include the same quote from Proverbs 3:5-6 many times.[158]

- One of the messages Silanskas sent to Logan referenced a "new horizon that is just ahead . . . and I pray it blesses you with true hope and peace."[159] A similar phrase appears in the Todays Word messages: "MY VISION SHALL REACH THE WORLD WITH A NEW HORIZON OF HOPE AND JOY."[160]

#### *iii. Silanskas Admitted to Creating the Email Account Used to Send Todays Word Messages*

Silanskas admitted to creating the email account heavendirectword@gmail.com, which was used to send many Todays Word messages[161] That email account was created on November 5, 2020, around the same time that Silanskas sought to develop a closer relationship with Bicknell.[162] Approximately two weeks later, on November 18, 2020, Silanskas asked Wilhite to share his resume with Bicknell for the first time.[163] Thus, even prior to when he had met Bicknell,

---

[154] UCF00000008.
[155] UCF00000005.
[156] *See, e.g.*, GB00002006 ("The Bible says a lot about obedience."); GB00002036 ("Instant obedience is the only kind of obedience there is, for delayed obedience is disobedience."); LW_001908 ("Your obedience and immediate response is Critical."); LW_001559 ("Obedience and immediate action is your only directive.").
[157] UCF00000238.
[158] *See, e.g.*, JW_013856; GB00003838; JW_014027; GB00004020; LW_005025.
[159] UCF00000248.
[160] LW_004143.
[161] R. Silanskas Dep. (6/16/2026) 299:12-300:17; Plaintiff Ex. 1.
[162] Google00000064.
[163] GB00002157.

Silanskas had created the heavendirectword@gmail.com email account[164] that was used to send the Todays Word messages to Bicknell.

#### *iv. The Phone Numbers Used to Send Todays Word Messages are Connected to Silanskas*

Silanskas is also connected to the phone numbers that sent Todays Word messages. First, a few of the phone numbers that sent Bicknell Todays Word messages also sent Bicknell "BIZ NEWS NET" updates.[165] For instance, the phone number (203)-670-3576 sent Bicknell a BIZ NEWS NET update and then about an hour later sent Bicknell a Todays Word message.[166] The formatting of the "BIZ NEWS NET" text messages mirrors the formatting used by the PR email accounts Silanskas admitted to creating and running.[167]

Second, records produced by Pinger Inc. connect phone numbers that sent Bicknell Todays Word messages and BIZ NEWS NET messages to Silanskas. Pinger is the developer of Text Free—a free text messaging Voice over IP service ("VOIP") that provides users with alternative phone numbers.[168] Based on my experience, use of these types of services can be indicative of attempts to conceal one's identity in connection with fraudulent conduct. Specifically, I know from my experience that using a VOIP number through a third party provider like Pinger can allow the sender to obfuscate their identity and evade detection.

On August 20, 2023, the Pinger account associated with mountainfreshmusic@gmail.com was created for the Text Free application.[169] Silanskas admitted that

---

[164] R. Silanskas Dep. (6/16/2026) 299:12-301:7.
[165] GB00001619; GB00001621; GB00001623; GB00001731; GB00001733.
[166] GB00001623.
[167] *See* R. Silanskas Dep. (2/19/2026) 25:6-26:5; LW_024428; GB00203845; GB00000569; GB00382038.
[168] L. Fleischer Dep. 8:3-15:9.
[169] Pinger00001898.

mountainfreshmusic@gmail.com was his email account and stated that it was possible that he used an iPad in connection with that account.[170] For the 19 phone numbers that sent Bicknell Todays Word messages and/or BIZ NEWS NET messages from September 29, 2023 to October 26, 2023, each was associated with the email account mountainfreshmusic@gmail.com during the time Bicknell received messages from the number. The chart below summarizes the overlap between the date the phone numbers sent text messages to Bicknell and the date the numbers were associated with Silanskas's email account mountainfreshmusic@gmail.com.

**Table 1: Pinger Number Analysis**

| Number | Date Bicknell Received Message | Bates for Message to Bicknell | Period Pinger Phone Number Assigned (UTC) to MountainFreshMusic | Bates for Pinger Record |
|---|---|---|---|---|
| (213) 597-3892 | 9/29/2023 | GB00001591 | 2023-09-28 19:30:40 - 2023-09-30 02:53:22 | Pinger00001898 |
| (414) 966-1512 | 10/3/2023 | GB00001593 | 2023-10-02 01:53:07 - 2023-10-03 14:23:33 | Pinger00002041 |
| (909) 892-4379 | 10/3/2023 through 10/4/2023 | GB00001597; GB00001599 | 2023-10-03 14:23:33 - 2023-10-04 17:09:35 | Pinger00002604 |
| (202) 703-4840 | 10/4/2023 through 10/5/2023 | GB00001601; GB00001603 | 2023-10-04 17:09:35 - 2023-10-05 17:21:03 | Pinger00001392 |
| (223) 245-3043 | 10/5/2023 | GB00001605 | 2023-10-05 17:21:03 - 2023-10-06 18:57:32 | Pinger00001919 |
| (613) 917-4665 | 10/6/2023 | GB00001607 | 2023-10-06 18:57:32 - 2023-10-08 16:53:22 | Pinger00002217 |
| (475) 501-0132 | 10/8/2023 through 10/9/2023 | GB00001609; GB00001611 | 2023-10-08 16:53:22 - 2023-10-09 18:11:47 | Pinger00002164 |
| (202) 995-4158 | 10/9/2023 | GB00001613 | 2023-10-09 18:11:47 - 2023-10-10 18:26:49 | Pinger00001644 |
| (802) 307-8576 | 10/10/2023 through 10/11/2023 | GB00001615; GB00001617 | 2023-10-10 18:26:50 - 2023-10-11 19:16:52 | Pinger00002420 |

[170] R. Silanskas Dep. (2/19/2026) 72:18-22, 77:4-78:5.

| Number | Date Bicknell Received Message | Bates for Message to Bicknell | Period Pinger Phone Number Assigned (UTC) to MountainFreshMusic | Bates for Pinger Record |
|---|---|---|---|---|
| (708) 630-3795 | 10/11/2023 through 10/12/2023 | GB00001619; GB00001621 | 2023-10-11 19:16:52 - 2023-10-12 20:14:51 | Pinger00002319 |
| (203) 670-3576 | 10/13/2023 | GB00001623 | 2023-10-12 20:14:51 - 2023-10-13 20:19:42 | Pinger00001803 |
| (425) 331-3768 | 10/15/2023 | GB00001712 | 2023-10-14 23:38:46 - 2023-10-16 13:30:19 | Pinger00002103 |
| (202) 733-9073 | 10/16/2023 through 10/17/2023 | GB00001714; GB00001716 | 2023-10-16 13:30:19 - 2023-10-18 21:54:20 | Pinger00001541 |
| (617) 621-4029 | 10/18/2023 through 10/19/2023 | GB00001718; GB00001720 | 2023-10-18 21:54:20 - 2023-10-20 17:24:40 | Pinger00002265 |
| (361) 487-7851 | 10/20/2023 | GB00001725 | 2023-10-20 17:24:40 - 2023-10-21 17:26:30 | Pinger00001984 |
| (202) 995-4472 | 10/21/2023 through 10/23/2023 | GB00001727; GB00001729 | 2023-10-21 17:26:30 - 2023-10-23 15:21:17 | Pinger00001756 |
| (515) 567-8858 | 10/23/2025 through 10/25/2023 | GB00001731; GB00001733 | 2023-10-23 15:21:17 - 2023-10-25 13:16:09 | Pinger00002185 |
| (909) 715-6946 | 10/25/2023 | GB00001741 | 2023-10-25 13:16:09 - 2023-10-26 14:30:14 | Pinger00002483 |
| (725) 587-1286 | 10/26/2023 | GB00001746 | 2023-10-26 14:30:14 - 2023-10-27 16:14:07 | Pinger00002331 |

Further, the mountainfreshmusic@gmail.com Pinger account was assigned a new phone number almost daily from August 20, 2023 to January 14, 2025.[171] These phone numbers follow no pattern with regard to area code.[172]

In his first deposition, Silanskas was asked about whether he ever used Pinger or Text Free and he denied ever having an account or knowledge of the service.[173] However, Silanskas later

[171] Plaintiff Ex. 207.
[172] *See* Plaintiff Ex. 207.
[173] R. Silanskas Dep. (2/19/2026) 80:3-19.

admitted to having a Text Free account.[174] For a Text Free user to change their number daily, they must purchase a Text Free Plus subscription.[175] Silanskas's in-app purchase history shows that he purchased a Text Free Plus subscription on September 18, 2023 and renewed it monthly through December 13, 2024, just prior to when his employment was ended:

| Item Purchased Date | Content Type | Item Description | Container Description |
|---|---|---|---|
| 2023-09-18T03:08:37Z | In-App Subscription | Text Free Plus | Text Free: Second Phone Number |
| 2023-10-19T14:32:41Z | In-App Subscription | Text Free Plus | Text Free: Second Phone Number |
| 2023-11-20T18:20:05Z | In-App Subscription | Text Free Plus | Text Free: Second Phone Number |
| 2023-12-22T17:17:11Z | In-App Subscription | Text Free Plus | Text Free: Second Phone Number |
| 2024-01-23T21:14:00Z | In-App Subscription | Text Free Plus | Text Free: Second Phone Number |
| 2024-02-24T22:50:08Z | In-App Subscription | Text Free Plus | Text Free: Second Phone Number |
| 2024-03-26T13:15:15Z | In-App Subscription | Text Free Plus | Text Free: Second Phone Number |
| 2024-04-28T17:16:13Z | In-App Subscription | Text Free Plus | Text Free: Second Phone Number |
| 2024-05-30T20:10:05Z | In-App Subscription | Text Free Plus | Text Free: Second Phone Number |
| 2024-07-03T17:45:09Z | In-App Subscription | Text Free Plus | Text Free: Second Phone Number |
| 2024-08-14T00:36:07Z | In-App Subscription | Text Free Plus | Text Free: Second Phone Number |
| 2024-09-18T01:43:44Z | In-App Subscription | Text Free Plus | Text Free: Second Phone Number |
| 2024-10-19T17:37:25Z | In-App Subscription | Text Free Plus | Text Free: Second Phone Number |
| 2024-11-21T15:29:20Z | In-App Subscription | Text Free Plus | Text Free: Second Phone Number |
| 2024-12-23T04:29:26Z | In-App Subscription | Text Free Plus | Text Free: Second Phone Number |

[176]

Silanskas also purchased several other apps during the relevant period, from 2022 through 2024, that he could use to send messages anonymously[177]:

- 2022
    - TXT App Phone Now
    - Textr – Private Texting Number
    - Phone Number – Texting_Call Now
    - Text App: Wifi Calling+Texting
    - Private Texting SMS Phone Text
    - Phoner: Second Phone Number
    - WiFi Text – Send & Receive SMS
    - Dingtone: Phone Calls + Texts
    - Burner: Second Phone Number

---

[174] R. Silanskas Dep. (6/16/2026) 208:8-209:5.
[175] L. Fleischer Dep. 14:21-17:14; Plaintiff Ex. 206.
[176] RS00156874.
[177] *See* RS00156874.

- Talkatone: WiFi Text & Calls
- Pick your phone number

- 2023
  - Second Texting Number
  - Text Vault - Texting App, Free Tone - Calling & Texting
  - Nextplus: Private Phone Number
  - Whisper - Text and Video Chat
  - Second Phone Number: Text Call
  - Hushed: US Second Phone Number
  - CallsUp – 2nd Phone Number&sms
  - Insta Texting – Unlimited Call
  - Pinger: Call Plus Texting App
  - TalkU: Unlimited Calls + Texts
  - Nextline – Second Phone Number
  - Free Text Message
  - Text Us â„¢ Texting For Me Now
  - Text & Call - Second Number
  - 1 week "Phone Number Pack" for Dingtone: Phone Calls + Texts
  - TalkU: Unlimited Calls + Texts and a subscription to TXT Number Now.

- 2024
  - Text Num: 2nd Phone Number App.

**2. Wilhite and the Todays Word Messages**

Wilhite claims to have received the Todays Word messages from unknown phone numbers that changed frequently and appeared random.[178] He testified that he believed the Todays Word messages consisted of guidance directly from God that related to the Project.[179] For example, as early as October 2021, Wilhite wrote to Gene: "[W]e are focused and letting God lead. I do believe this is a God ordained thing and I am glad to be a part of it with you and the team."[180] Wilhite further believed that he was part of the "triune" with Silanskas and Wilhite referenced throughout the Todays Word messages.[181]

---

[178] L. Wilhite Response to Interrogatory No. 2.
[179] L. Wilhite Dep. 156:9-14, 157:17-160:15.
[180] GB00002124.
[181] L. Wilhite Dep. 94:22-95:18.

Wilhite was on a text chain with Bicknell and Silanskas in which Silanskas and Wilhite would regularly circulate the Todays Word messages to the chain and all three of them would comment on the messages and their divine source and meanings.[182] In these messages, Wilhite, Silanskas and Bicknell would also frequently share feelings of affection toward each other as members of the "triune."[183] For example, on December 29, 2023, Wilhite wrote "I too am thankful and humbled to be a part of the Triune and the journey. Honored to stand which [sic] both of you as brothers! May God continue to move and direct us and may we follow His direction! Love you both!"[184]

Silanskas also sent Todays Word messages directly to Wilhite. On August 8, 2023, Bicknell received a Todays Word message from the heavendirectword@gmail.com account, with the subject line "TODAYS WORD-HEED MY HEART."[185] Five minutes later, Silanskas sent a nearly identical Todays Word message to Wilhite via email, with the subject line "TODAYS WORD-HEED MY HEART."[186] The content of these messages is the same, but they are slightly reordered. Wilhite never forwarded Silanskas's email to anyone.

Wilhite claims to have shared Todays Word messages with his wife Julia Wilhite "primarily so that she could compile the messages and print them out for the Project team to look back on later."[187] For example, on January 21, 2023, Wilhite texted Julia Todays Word messages from February, April, May, June, and July of 2022 to compile them.[188] Although he claimed to believe that these messages were from God, Wilhite admitted to deleting them after he sent them

---

[182] Plaintiff Ex. 236.
[183] Plaintiff Ex. 236.
[184] Plaintiff Ex. 236 at p. 67.
[185] GB00000237.
[186] GB00001963.
[187] L. Wilhite Response to Interrogatory No. 8; JW_042810; JW_042783; JW_042724.
[188] J. Wilhite Dep. 266:2-9.

to Julia.[189] Further, Wilhite testified that when sending the Todays Word messages to Julia to be compiled, he did not include the phone numbers from which they were purportedly sent.[190] Wilhite therefore has produced no evidence of his receipt of the Todays Word messages from unknown numbers and he "no longer has the original" Todays Word that he received.[191]

Wilhite was also warned by at least Adams that the Todays Word messages were likely coming from Silanskas.[192] Adams shared her concern with Wilhite that Silanskas was likely behind the Todays Word messages.[193] Adams also informed Wilhite of programs through which a user can send text messages through a fake number.[194] Wilhite was, however, dismissive of Adams' concerns.[195]

### 3. Hedrick and the Todays Word Messages

Hedrick regularly received copies of the Todays Word messages, which closely parallel the religious messages Silanskas claimed to have received while working on DreamVision.[196] Specifically, I know from records produced by Wilhite that he frequently sent Hedrick Todays Word messages.[197] Hedrick, however, deleted the text messages he had with Wilhite, including

---

[189] L. Wilhite Dep. 163:9-166:4, 173:2-7, 174:5-176:1.
[190] L. Wilhite Dep. 175:15-176:1.
[191] L. Wilhite Response to Interrogatory No. 2; *see* L. Wilhite Dep. 163:9-165:4.
[192] Interview of K. Adams.
[193] Interview of K. Adams.
[194] Interview of K. Adams.
[195] Interview of K. Adams.
[196] *See,* LW_002634; LW_002726; LW_012287; LW_012322; LW_012404; LW_012426; LW_012443; LW_012463; LW_012500; LW_012575; LW_002768; LW_002816; LW_012684; LW_012722; LW_012773; LW_012844; LW_012866; LW_012887; LW_012904; LW_012924; LW_012945; LW_013015; LW_013078; LW_013138; L. Wilhite Response to Interrogatory No. 8; Robinson00000703; R. Silanskas Dep. (6/16/2026) 66:6-15; V. Silanskas Dep. 106:14-108:5; B. Robinson Dep. 150:9-155:5.
[197] LW_002634; LW_002726; LW_012287; LW_012322; LW_012404; LW_012426; LW_012443; LW_012463; LW_012500; LW_012575; LW_002768; LW_002816; LW_012684; LW_012722; LW_012773; LW_012844; LW_012866; LW_012887; LW_012904; LW_012924; LW_012945; LW_013015; LW_013078; LW_013138.

those involving Todays Word, even though Hedrick maintained text messages on his phone from as far back as January 13, 2009.[198] Wilhite told Adams that he did not send Hedrick the Todays Word messages because Bicknell did not want Wilhite to share the messages with Hedrick,[199] but Bicknell himself periodically sent Hedrick Todays Word messages.[200]

Based on the discovery produced to date, Hedrick never questioned or raised any concerns about the religious messages.

**B. Sister Catherine Messages**

Bicknell also received messages from a nun purportedly named "Sister Catherine."[201] Bicknell believed that Sister Catherine was a nun in a convent.[202] "Sister Catherine" would tell Bicknell that she and another nun named "Sister Marie" were having long prayers for Bicknell and would tell Bicknell to get the money for the Project,[203] reinforcing the Todays Word messages.[204] The Sister Catherine messages also frequently referred to the Todays Word messages and at times used similar phraseology. For instance, on June 17, 2024, the Sister Catherine message used the phrase "resources and provision."[205] That unique phrase frequently appears in the Todays Word messages.[206]

---

[198] Hedrick068014 (rows 2248-52).
[199] Interview of K. Adams.
[200] S. Hedrick Response to Interrogatory No. 5 (Hedrick states that "[m]ost of the Today's Word text Hedrick received during his time on the project originated from Gene Bicknell," but Wilhite's production shows that Wilhite sent many more Todays Word messages to Hedrick than Bicknell); Hedrick068018; Hedrick068019; Hedrick068020; Hedrick068014.
[201] Plaintiff Ex. 2; JW_043697.
[202] O. Bicknell Dep. 19:7-19.
[203] O. Bicknell Dep. 19:7-19.
[204] *See, e.g.*, JW_005846 (stating, among other things, "God has placed before you a task that requires your immediate and complete attention. No more excuses or alternatives should even be mentioned!"); LW_003427 (stating, among other things "God's provision comes when you align ourselves with His timing and His will. Enough delay and seeking your wasted alternatives to Gods instructions!").
[205] JW_043697.
[206] *See, e.g.*, GB00000454 ("What I have directed to this chosen one within your triune regarding resources and provision serves as the very key that will unlock the boundless treasures of the future.);

As with the Todays Word messages, despite initially denying any involvement in drafting the Sister Catherine messages, Silanskas admitted to drafting them.[207] But, Silanskas stated that he did not draft the Sister Catherine messages "in the beginning."[208] Instead, Silanskas testified that "Gene originated Sister Catherine."[209] As discussed below, however, based on my review of the factual record, Silanskas is linked to the Sister Catherine messages from the start.

On January 2, 2024, the email account susanloveshorses789@gmail.com was created.[210] On January 15, 2024, Silanskas sent an email with the subject "TEST" from rsilanskas@themansiontheatre.com to the Gmail account susanloveshorses@gmail.com.[211] On the same day, the first known Sister Catherine message was sent to Bicknell from susanloveshorses789@gmail.com.[212] This email followed Silanskas's distinctive email formatting.[213] "Sister Catherine" purported to be a nun at "Mission Agape."[214] One day later, on January 16, 2024, the susanloveshorses789@gmail.com email address was deleted.[215]

Throughout 2024, Bicknell received over 100 Sister Catherine emails sent from a variety of different email accounts, including[216]:

susanloveshorses789@gmail.com
catherinesister4@gmail.com
catherinesister12@yahoo.com

---

GB00000458 ("Here, O chosen triune foundation, for the hour has arrived to end your worry, fear, and concerns regarding resources and provision for the vision I alone entrusted to you."); GB00000470 ("In your obedience My precious one, you shall obtain such resources and provision and then I will be able to unleash the next realm of immeasurable resources which will end your struggle forever!").

[207] *See, e.g.*, R. Silanskas Dep. (2/19/2026) 97:17-98:1, 142:3-143:2; R. Silanskas Dep. (6/16/2026) 293:8-301:7.

[208] R. Silanskas Dep. (6/16/2026) 205:7-14.

[209] R. Silanskas Dep. (6/16/2026) 157:1-3; 204:7-205:14.

[210] Google00000168.

[211] GB00002485.

[212] GB00001174.

[213] GB00001174.

[214] GB00001174.

[215] GB00002559; Google00000168.

[216] Plaintiff Ex. 2; JW_043697.

catherinesister23@gmail.com
catherinesister24@gmail.com
catherinesister55@yahoo.com
catherinesister70@gmail.com
catherinesister77@gmail.com
cathetinesister80@yahoo.com
catherinesister364@gmail.com
catherinesister443@gmail.com
catherinesister444@gmail.com
catherinesister780@gmail.com
catherinesister804@gmail.com
catherinesister909@yahoo.com.

The Sister Catherine emails were personalized for Bicknell and the subject lines contained his name "Mr Bicknell" followed by a religious reference such as "TERCE PRAYER IN YOUR NAME," "Devotionals," or "Evening Vespers."[217] The Sister Catherine emails also repeat the "triune" motif found in Todays Word messages.[218]

Bicknell also received Sister Catherine emails to his new email address shortly after it was created, without Bicknell first sharing that account with "Sister Catherine," establishing that the sender knew about Bicknell's new email account as it was created. On February 27, 2024, Adams informed Wilhite, Hedrick, Silanskas, Kelly Holman, and Gene McComb that a new email account had been created for Bicknell.[219] On March 2, 2024, "Sister Catherine" sent an email to Bicknell's old email account, which Bicknell did not respond to.[220] On March 4, 2024, four days after Silanskas and Wilhite were notified of Bicknell's new email, "Sister Catherine" emailed Bicknell's new email account.[221] "Sister Catherine" wrote: "Our blessed Lord and Savior is calling you with great urgency to a pure obedience without disagreement. As Sister Marie spoke, our Father

---

[217] *See, e.g.*, GB00001196; GB00001247; GB00001251.
[218] *See, e.g.*, GB00001242; GB00001281; GB00001296; GB00001295.
[219] GB00001757.
[220] GB00001283.
[221] GB00001284; *see also* GB00001286; GB00001290.

requires complete submission without any return to your past business acumen or any demands or mandates to anyone. There appears to be a great urgency for your obedience to the word He alone has sent you."[222] Bicknell did not provide "Sister Catherine" with his new email account nor did he respond to any message from "Sister Catherine" from this account prior to receiving the email on March 4, 2024.

On May 29, 2024, "Sister Catherine" wrote to Bicknell and continued to implore him to take action against his family to get more money for the Project: "Sister Marie . . . said that you must not allow those so close to you to intimidate you another moment! . . . She said that you are their elder and God has given you the authority to silence their hateful ways! . . . Your alternatives did not work because God told you not to seek alternatives. But in His great Mercy, He is ready to bless you and end this financial battle! ***Today you are David and it is time to slay Goliath!***"[223]

On June 17, 2024, "Sister Catherine" told Bicknell that "Sister Marie" said that God "is wanting [Bicknell] to understand the power and authority He has given [Bicknell] and [Bicknell] cannot keep allowing days to pass without fulfilling His directives regarding resources and provision."[224] This email also discussed "one who is very much by your side in Gods Triune who requires [Bicknell's] aid."[225]

Silanskas had control over the email accounts used to send Sister Catherine emails, which he himself admitted to creating.[226] Further, there are at least two instances early on in which "Sister Catherine" responded to an email Bicknell sent to Silanskas and Wilhite.[227] On January 16, 2024,

---

[222] GB00001284.
[223] GB00001841.
[224] JW_043697.
[225] JW_043697.
[226] R. Silanskas Dep. (6/16/2026) 293:8-301:7.
[227] GB00001269; GB00001272; GB00001273; GB00001180; GB00002247; GB00001187.

"Sister Catherine" sent Bicknell a religious message from catherinesister24@gmail.com, which Bicknell forwarded to only two people at 2:09:25 PM: Silanskas and Wilhite.[228] Bicknell's message read "Fyi Sent from my iPhone."[229] Later that day, the same Sister Catherine email account replied to Bicknell.[230] The message "Sister Catherine" replied to is a message from Bicknell on January 16, 2024 at 2:09 PM that reads "Fyi Sent from my iPhone."[231] This indicates to me that Silanskas and/or Wilhite had control over the catherinesister24@gmail.com account because only Silanskas or Wilhite could reply to that specific email thread.

The same pattern occurred on February 14, 2024, with Bicknell forwarding a Sister Catherine email to only Silanskas and Wilhite, then receiving a reply from "Sister Catherine" on the email chain he forwarded to Wilhite and Silanskas.[232] On February 14, 2024, Bicknell received an email from catherinesister364@gmail.com at 8:32 AM.[233] Bicknell responded to the Sister Catherine email at 8:37 AM, writing "I have hired an attorney to do God's will. Obedience is my goal. Pray for me to make this happen. in Christ I pray. Thank you for the continued vigilance. I'm so blessed."[234] Bicknell then forwarded the Sister Catherine email to Silanskas and Wilhite at 8:38 AM.[235] Bicknell did not forward his response to "Sister Catherine" to Silanskas and Wilhite.[236] "Sister Catherine" never responded to Bicknell's response—instead, the Sister Catherine email account responds only to the message Bicknell forwarded to Wilhite and Silanskas at 1:58 PM,

---

[228] GB00001180; GB00002247.
[229] GB00001180; GB00002247.
[230] GB00001187.
[231] GB00001187.
[232] GB00001269; GB00001272; GB00001273.
[233] GB00001268.
[234] GB00001270.
[235] GB00001269.
[236] GB00001269.

hours after Bicknell sent his response.[237] The body of the email shows that the Sister Catherine email account was responding to an email forwarded by Bicknell at 8:38 AM.[238]

The Sister Catherine email accounts were also deleted as new email accounts were created. For all the Sister Catherine email accounts created through Google, the accounts were created and deleted within a relatively short period—typically the accounts existed for only one to two weeks. For example, the account catherinesister24@gmail.com was created on January 16, 2024 and deleted on February 2, 2024.[239] The account catherinesister23@gmail.com was created on February 3, 2024 and on February 13, 2024.[240] Catherinesister364@gmail.com was created on February 14, 2024 and deleted February 25, 2024.[241] This pattern continues for all of the Sister Catherine accounts created through Google. Additional Sister Catherine email accounts were created through Yahoo. Yahoo was unable to provide the date the various Sister Catherine accounts were deleted, but the Yahoo records do show that all the Yahoo Sister Catherine email accounts were deleted.[242]

As discussed further below, Silanskas sent Wilhite several of Bicknell's responses directly to "Sister Catherine," even though Bicknell did not forward his responses to Silanskas or Wilhite. Wilhite in turn forwarded several of Bicknell's responses to the email account of his deceased mother-in-law, Mary Jean McDuffey. Wilhite contends that he forwarded the Sister Catherine messages to his deceased mother-in-law's email account because Julia's personal email account was full.[243] Throughout January 2024, Wilhite forwarded Sister Catherine messages to

---

[237] GB00001272.
[238] GB00001272.
[239] GB00002549.
[240] GB00002547.
[241] GB00002551.
[242] Yahoo00000001.
[243] L. Wilhite Response to Interrogatory No. 7.

mjmcduffey@gmail.com.[244] Then, twice in early February, Wilhite forwarded a Sister Catherine message to Julia's email account.[245] For example, on February 6, 2024, Wilhite forwarded the Sister Catherine message to Julia's email.[246] Over a month after Julia received the message, she forwarded it to her deceased mother's email account.[247] Neither Wilhite nor Julia have produced any documentation that Julia's account was full at the time.

Additionally, Julia had several email accounts.[248] In fact, Julia created a new email account, juliawilhite79@gmail.com, because she contends that her personal email account was full.[249] Wilhite did not send the Sister Catherine messages to the juliawilhite79@gmail.com account.[250] Julia testified that Wilhite did not send the Sister Catherine messages to the juliawilhite79@gmail.com account because she did not "want to muddy up another one."[251] And after Julia "cleared out" her main account "to where it would start accepting e-mails," Wilhite continued to send Sister Catherine messages to his deceased mother-in-law's email account.[252]

## VI. Silanskas Creates Email PR Accounts

During his employment with the Mansion Theatre, Silanskas also created multiple "public relations" email accounts that he used to send Bicknell updates to make the Project appear successful. For example, on May 5, 2021, Silanskas created the email account statmidwestnews@gmail.com to send out press announcements.[253] Silanskas told Adams that this

[244] GB00002245; GB00001910; GB00001980; GB00002098.
[245] GB00002004; GB00002214.
[246] GB00002214.
[247] JW_043711; L. Wilhite Response to Interrogatory No. 7; *see also* JW_043713.
[248] L. Wilhite Dep. 285:10-21; J. Wilhite Dep. 231:12-232:5, 328:7-329:15.
[249] J. Wilhite Dep. 328:7-329:7.
[250] L. Wilhite Dep. 285:10-286:20.
[251] J. Wilhite Dep. 337:10-338:11.
[252] L. Wilhite Dep. 287:16-288:13
[253] Google00000160; R. Silanskas Dep. (2/19/2026) 24:14-25-17.

was a "PR account" he had created prior to his employment at the Mansion Theatre.[254] He further insisted that they use this account for PR related to the Mansion Theatre because it was an established account in the community.[255] The account was not, however, created until after he began working with the Mansion Theatre.[256] On July 20, 2023, another PR account, vectornewsstat@gmail.com, was created by Silanskas.[257] On September 21, 2023, the vectornewsstat@gmail.com email account was deleted.[258]

On September 6, 2024, Silanskas sent a "Test" email from natnewsus@yahoo.com to his Mansion Theatre email account.[259] On September 12, 2024, natnewsus@yahoo.com sent Bicknell a Business Wire article touting Mansion Entertainment Group.[260] The natnewsus@yahoo.com email account has since been deleted, although Yahoo does not maintain records of the date of deletion.[261]

These emails follow a distinctive pattern. Many include a "News Link" and a subject line similar to "BIZ NEWS NET 77456-JR BREAKING NATIONAL ENT BUSINESS-9/20/23-UPDATED NAT/REG REF/USA TODAY."[262] Notably, the vectornewsstat@gmail.com account consistently used the language "BIZ NEWS NET."[263] As noted above, some of the Pinger phone numbers linked to Silanskas that sent Bicknell Todays Word messages also sent Bicknell "BIZ NEWS NET" updates.

---

[254] Interview of K. Adams; K. Adams Dep. 61:19-22.
[255] Interview of K. Adams; K. Adams Dep. 64:24-65-1.
[256] Google00000160.
[257] Google00000170; R. Silanskas Dep. (2/19/2026) 25:18-26:5.
[258] Google00000170.
[259] GB00002486.
[260] GB00382038.
[261] Yahoo00000001.
[262] LW_024428; GB00203845; GB00000569; GB00382038.
[263] *See, e.g.,* GB00000569; GB00000583; GB00000523.

## VII. Wilhite DocuSigns as Bicknell

During the development of the Project, Wilhite would ask Adams to sign contracts on behalf of Bicknell.[264] Wilhite represented that Bicknell had authorized Adams to sign for him.[265] Initially, Adams would sign them without question, but as the volume of contracts increased, she began calling Bicknell to confirm his approval.[266] Shortly after she informed Wilhite that she was seeking Bicknell's approval directly from Bicknell, Wilhite stopped asking her to sign contracts for Bicknell.[267]

On December 11, 2023, after Bicknell had run out of money for the Project, Wilhite began to use DocuSign to sign Bicknell's name to vendor contracts.[268] Bicknell never authorized Wilhite to sign contracts on his behalf.[269] Immediately after Wilhite executed the DocuSign contract, Silanskas emailed Wilhite a statement that purported to be Bicknell's authorization for Wilhite to execute contracts related to the Project on Bicknell's behalf.[270] The email purporting to authorize Wilhite to sign contracts for Bicknell bears Silanskas's distinctive subject line style: "FWD: From Gene Bicknell/12-11-23/APPROVAL TO SIGN CONTRACTS."[271] Wilhite then forwarded the purported authorization to the accounting department to keep it "on file."[272] Bicknell did not send this email to Silanskas.[273]

---

[264] Interview of K. Adams.
[265] Interview of K. Adams.
[266] Interview of K. Adams.
[267] Interview of K. Adams.
[268] GB00001894; GB00001896; *see also* GB00001878.
[269] O. Bicknell Dep. 27:16-20.
[270] GB00002213; GB00002212.
[271] GB00002212.
[272] GB00002212.
[273] O. Bicknell Dep. 27:21-29:7.

On December 13, 2023, Wilhite signed Bicknell's name to numerous vendor contracts via DocuSign.[274] Wilhite signed Bicknell's name on additional contracts until at least June 2024.[275]

## VIII. <u>Bicknell Uncovers the Truth</u>

In May 2024, Bicknell's family retained a law firm, McDermott Will & Schulte, for purposes of, among other things, investigation of and possible litigation concerning the Project.[276] For several months, that law firm investigated the Project.[277]

On October 1, 2024, the law firm met with Bicknell.[278] Following the meeting, Bicknell asked attorney Michael Nadel to share his position on the Project.[279] On October 8, 2024, Nadel told Bicknell that his firm had been investigating the Project for months and that he believed the Project "is a con by [Wilhite] and [Silanskas] and perhaps others to take money from you."[280] Nadel also shared with Bicknell his belief that the religious messages Bicknell received[281] were written by Wilhite and Silanskas or someone acting at their direction.[282] Bicknell, still under the influence of the fraud, dismissed the concerns raised by Nadel and, on October 8, 2024, forwarded his reply to Wilhite and Silanskas, informing them that they were suspected of committing fraud.[283]

Eventually, Bicknell got suspicious and "finally woke one day and realized that [he] had a couple of crooks working with me."[284] After Bicknell discovered that Silanskas and Wilhite were

---

[274] GB00001902; GB00001922; GB00002034; GB00002130.
[275] GB00001981 (February 2024); GB00001852 (March 2024); GB00001803 (April 2024); GB00001940 (June 2024).
[276] *Bicknell v. Silanskas*, Case No. 25-cv-00383-SH, ECF No. 129-2 ¶ 2.
[277] *Bicknell v. Silanskas*, Case No. 25-cv-00383-SH, ECF No. 129-2 ¶ 2.
[278] *Bicknell v. Silanskas*, Case No. 25-cv-00383-SH, ECF No. 129-2 ¶ 3.
[279] Plaintiff's Ex. 11.
[280] Plaintiff's Ex. 11.
[281] *See* Section VI, *supra*.
[282] Plaintiff's Ex. 11.
[283] Plaintiff's Ex. 11; O. Bicknell Dep. 99:11-15, 100:2-20.
[284] O. Bicknell Dep. at 107:10-109:10.

using him for personal gain and working together to each acquire one-third of the Project, Bicknell terminated Silanskas and Wilhite.[285] On November 6, 2024, Bicknell informed Silanskas and Wilhite that their retirement date would be January 1, 2025.[286]

After further investigation, Bicknell discovered that Silanskas, Wilhite, and Hedrick had defrauded him by using religious messages purportedly from God and a nun named "Sister Catherine" to convince him to fund the Project and to provide Wilhite and Silanskas each with one-third of the completed venture.[287] Bicknell initiated this lawsuit on July 25, 2025.[288]

## OPINIONS

### I. <u>Opinion 1: The Defendants' Conduct Toward Bicknell Was Consistent with the Typical Elements of Elder Exploitation</u>

Based on my training and experience, elder exploitation cases typically include many of the same characteristics: abuse of trust, a vulnerable victim, social isolation of the victim, and financial benefit for the perpetrator(s). In my opinion, based on my investigation of this matter, the defendants' conduct toward Bicknell as set forth above, and in particular the conduct of Silanskas and Wilhite, is consistent with the typical elements of an elder exploitation scheme.

#### A. Elements of Elder Exploitation

I have investigated fraud and exploitation schemes targeting elderly individuals, including but not limited to romance scams, investment scams, and other financial frauds. In my experience investigating fraud and exploitation, these cases typically include many of the same elements[289]:

---

285 O. Bicknell Dep. 39:5-40:10.
286 LW_006883.
287 *Bicknell v. Silanskas*, Case No. 25-cv-00383-SH, ECF No. 1.
288 *See Bicknell v. Silanskas*, Case No. 25-cv-00383-SH, ECF No. 1.
289 *See also* Okla. Title 21, Section 843.4 (listing the elements of the crime of exploitation of elderly or disabled adult); United States Department Of Justice Elder Justice Initiative, *About Elder Abuse*, https://www.justice.gov/elderjustice/about-elder-abuse; Consumer Financial Protection Bureau, *Interagency Statement on Elder Financial Exploitation*,

- **Trust.** Trust is the essential element in fraud and exploitation. Perpetrators of elder exploitation typically begin by establishing a position of trust with their victim, often through a preexisting relationship and emotional connection, shared community ties, or by leveraging the credibility of a trusted third party or co-conspirators.
- **Victim Vulnerability.** Once trust is established, perpetrators employ psychological manipulation and undue influence techniques to exploit the older adult's emotional, cognitive, or social vulnerabilities and to influence financial decision-making. This often involves exploiting the elderly victim's deeply held beliefs to achieve the perpetrator's goal.
- **Isolation from Family.** Another hallmark of elder exploitation is the deliberate isolation of the elderly victim from family members, trusted friends, or professionals who might recognize or interrupt the exploitation. Perpetrators often portray these family members and trusted allies as untrustworthy or greedy. By isolating the elderly victim, the perpetrator can eliminate sources of outside perspective that might expose the exploitation scheme.
- **Financial Benefit.** These financial exploitation schemes are generally undertaken for the perpetrator's financial or personal gain through the unlawful acquisition or control of the victim's assets.

### B. Bicknell Was a Victim of Elder Exploitation

In my opinion, the defendants' conduct toward Bicknell involved the classic characteristics of elder exploitation.

---

https://files.consumerfinance.gov/f/documents/cfpb_interagency-statement-on-elder-financial-exploitation_2024-12.pdf; Office of the Comptroller of the Currency, *Elder Financial Exploitation*, https://www.occ.gov/topics/consumers-and-communities/consumer-protection/fraud-resources/elder-financial-exploitation.html.

### 1. Trust

First, the defendants' conduct relied on Bicknell's trust in Silanskas, Wilhite, and Hedrick. While Bicknell did not know Silanskas and Hedrick other than in connection with the Project, Bicknell had known Wilhite for over two decades and had hired to manage the Mansion Theatre.[290] Given their long-term relationship, Bicknell trusted Wilhite "like a son" and "trusted him explicitly."[291]

It was Wilhite who introduced Silanskas and Bicknell and vouched for Silanskas, telling Bicknell that Silanskas was "the gentleman I was talking about . . . [who was] working on producing the Disney production along with other concepts and ideas last year."[292] Wilhite typically acted as the gatekeeper of access to Bicknell—if someone at the Mansion Theatre wanted to communicate with Bicknell, they typically had to go through Wilhite.[293] Yet, Wilhite broke from this pattern, and gave Silanskas unrestricted access to Bicknell.[294] Bicknell's trust in Wilhite was extended to Silanskas based on Wilhite's endorsement. Bicknell stated that when Wilhite trusted Silanskas, he "trusted [Silanskas] too. So Wilhite had a big effect on me, and we were very close, I thought."[295] Silanskas also gained Bicknell's trust by sending a recommendation letter purporting to be from Ron Logan to Bicknell.[296]

Silanskas and Wilhite also held themselves out to be deeply religious men, further strengthening Bicknell's trust in them.[297] Bicknell, by his own statements and the statements of

---

[290] O. Bicknell Dep. 11:8-12:9.
[291] O. Bicknell Dep. 41:1-7.
[292] GB00002148.
[293] Interview of K. Adams.
[294] Interview of K. Adams.
[295] O. Bicknell Dep. 41:8-10.
[296] GB00002536.
[297] O. Bicknell Dep. 11:20-13:1.

witnesses, is a religious man.[298] Wilhite, who originally met Bicknell through Wilhite's Backstage Ministries, had a connection with Bicknell because of his religious background.[299] Silanskas also presented himself as a religious man.[300] His knowledge of religion and shared religious discussions with Bicknell and Wilhite further strengthened their connection.[301] Silanskas's and Wilhite's demonstration of their faith was particularly evident from their reinforcement of the Todays Word messages with Bicknell through text messages in which they circulate the Todays Word and then praise God, pray and share their unwavering belief in God's command and the "triune."[302]

Indeed, the concept of the "triune" that was propounded through the Todays Word was itself a mechanism to cause Bicknell to trust Wilhite and Silanskas. The Todays Word repeatedly commanded Bicknell to trust Wilhite and Silanskas as fellow members of the triune. For example, in a July 4, 2023 email to Bicknell, the Todays Word stated the following regarding the triune: "I have surrounded you with those who will advise you accordingly as they are being led by My Holy Spirit. Put away your pride and desire to control, and trust the voices and advice of those I have chosen to bring this vision to fruition who are serving you in the fields! . . . Even within My triune structure, look to your side and trust the one next to you with much experience in such things, whom I alone brought into this trinity of leadership not by chance."[303] In a December 15, 2023 Todays Word circulated by Silanskas to Bicknell and Wilhite, the Todays Word stated: "You are My chosen triune foundation and your trust and obedience is paramount in this relationship."[304] In another Todays Word circulated by Silanskas to Bicknell and Wilhite on December 24, 2023:

---

[298] O. Bicknell Dep. 11:18-19 ("I'm a man of deep faith"), 141:13-142:10; Interview of K. Holman.
[299] O. Bicknell Dep. 11:8-12:9, 42:3-9.
[300] O. Bicknell Dep. 12:10-13:1.
[301] O. Bicknell Dep. 12:22-13:1.
[302] *See generally* Plaintiff Ex. 236.
[303] GB00000051.
[304] Plaintiff Ex. 236.

"You must Bless those within this Triune who are by your side as you act in utter faith and trust as My chosen leadership."[305] In another message on January 13, 2024, the Todays Word stated: "In that moment when you complete this final task, you are to relinquish the future steps to those within My blessed Triune who have faithfully stood by your side and remain by your side."[306] Then on January 26, 2024, the Todays Word stated: "As you complete this most critical act of obedience regarding resources and provision, you shall allow those who are by your side within this Triune to lead this mission forward as you watch in awe and peace as My witness of the miracles that will ensue."[307]

Bicknell's trust in the Project was further strengthened due to Hedrick's involvement in the Project. Bicknell was told that Hedrick "had built every Disney park except the first one" and that he was well-qualified to build the Project.[308] Hedrick's purported background and participation also increased Bicknell's trust in Silanskas and Wilhite and their ability to complete the Project. Ultimately, however, it was Bicknell's trust in Wilhite and Wilhite's endorsement and support of Silanskas—despite his prior failed theme parks—that facilitated the defendants' exploitation of Bicknell, who was in his late 80s and early 90s during the relevant time period. Based on my training and experience, the crucial importance of this trust to the alleged scheme against Bicknell is consistent with the formation and leveraging of trust used to commit elder exploitation that I have seen in other similar cases.

---

[305] Plaintiff Ex. 236.
[306] Plaintiff Ex. 236.
[307] Plaintiff Ex. 236.
[308] O. Bicknell Dep. 59:17-23.

### 2. Victim Vulnerability

Second, as discussed below, Bicknell, an elderly man, was particularly vulnerable to religious manipulation due to the recent passing of his wife, Rita Bicknell ("Rita"). Rita passed away on April 24, 2020, and Bicknell said that he knew his wife had gone to heaven.[309] Bicknell wanted to join his wife when he passed and wanted to ensure that he did everything he could to please God and follow His commands, so he could be with his wife.[310] Both Silanskas and Wilhite knew this[311] and the religious messages were used to take advantage of that vulnerability and manipulate Bicknell, which is consistent with conduct I have seen in elder exploitation cases.

The Todays Word emails and text messages and Sister Catherine emails consisted of hundreds of religiously themed messages that were crafted to make Bicknell believe that God was commanding him to fund the Project.[312] The messages often reprimanded Bicknell for failing to follow the directives in the messages and warned him of the consequences of his disobedience. Wanting to please God, and to join his wife in heaven, Bicknell complied with these directions until he had no more money to fund the Project. And even when Bicknell had run out of money for the Project, the messages caused him to attempt to sell his coin, stamp, and fine art collections, which Silanskas and Wilhite encouraged and facilitated.[313]

Because the Todays Word and Sister Catherine messages were uniquely tailored to deceive Bicknell and exploit his particular vulnerabilities, they warrant additional discussion.

---

[309] O. Bicknell Dep. 20:13-18, 140:12-141:12, 143:13-144:2.
[310] O. Bicknell Dep. 20:13-18.
[311] *See* R. Silanskas Dep. (6/16/2026) 133:16-18; 168:11-12; Julia Wilhite Dep. 36:2-5; 152:12-14.
[312] *See* Section VI, *supra*.
[313] GB00001213; GB00001441; GB00002264; GB00002457; GB00002378; GB00002279.

### *i. The Todays Word*

On an almost daily basis for approximately three years (as well as sometimes multiple times on the same day), the Todays Word messages were used to manipulate Bicknell. Bicknell, Silanskas, and Wilhite would frequently talk about the Todays Word messages,[314] and Silanskas and Wilhite knew the impact the Todays Word messages had on Bicknell, including the toll it was taking on his physical and mental health and wellness.

By at least February 8, 2022, Bicknell was receiving the daily devotional text messages called "Todays Word" or "Heavenly Word."[315] At the beginning, the messages were written in a mix of first and third person and contained a number of Bible quotes.[316] They were more similar to a devotional message from a religious leader. Over time, the messages evolved and, on their face, they were crafted to appear to be written and sent by God Himself and were intended to obtain Bicknell's money and absolute obedience in connection the Project.[317]

As noted above, the Todays Word messages introduced and repeatedly reinforced the concept of Bicknell, Wilhite and Silanskas being part of a "triune" commended by God at least as early as December 26, 2022.[318] This "triune" concept was used to coerce Bicknell into sharing equal ownership of the Project with Silanskas and Wilhite, whereby each would have one-third ownership of a venture they believed would be worth billions, without Silanskas or Wilhite investing any money themselves.[319] For example, a July 4, 2023 Todays Word stated: "Even within My triune structure, look to your side and trust the one next to you with much experience in such

[314] O. Bicknell Dep. 24:12-19; Plaintiff Ex. 236.
[315] GB00002121; O. Bicknell Dep. 21:8-24:11. It is possible that Bicknell began receiving these messages prior to February 8, 2022.
[316] *See, e.g.,* Plaintiff Exs. 3-6.
[317] *See, e.g.*, GB00002121; GB00002099; GB00002006; GB00002036; Plaintiff Exs. 1, 271, 277.
[318] *See, e.g.*, GB00000026; GB00000030; GB00000040; GB00003990.
[319] O. Bicknell Dep. 20:19-21:6, 24:20-25:10; GB00000025.

things, whom I alone brought into this trinity of leadership not by chance. . . . You, as My triune foundation, are to maintain the 'lion's share,' allowing for continuity, protection, and leadership of this blessed vision. **You are to share the harvest equally without fail as My blessing for your obedience and trust**."[320] This was "God's" command for Bicknell to trust Silanskas and Wilhite and to share ownership of the theme park equally with each other, the only three members of the triune.

By July 2023, the Todays Word messages persistently called for Bicknell's obedience,[321] which, based on my training and experience from other cases, was intended to exploit Bicknell's particular susceptibility to religious manipulation. On July 4, 2023, the Todays Word directed Bicknell to "share the harvest equally."[322] On July 5, 2023, the Todays Word commanded Bicknell to be obedient, stating, "DO NOT ENTER THIS DAY WITH YOUR OWN PLANS AND DECISIONS! FOLLOW MY INSTRUCTIONS PRECISELY AND NOTHING MORE!"[323] On July 15, 2023, the Todays Word stated: "Maintain control over the 'lions share' of this entire endeavor, **distributing it equally among yourselves as My triune chosen ones**."[324]

Wilhite admitted that he believed the Todays Word messages reflected that it was God's vision to develop the Project.[325] And he testified that according to the Todays Word messages, it was Bicknell's job to provide funding for the Project.[326] For instance, on July 24, 2023, Bicknell forwarded Wilhite and Silanskas a Heavenly Word email he received, and Wilhite responded

---

[320] GB00000051 (emphasis added).
[321] GB00000043; GB00000045; GB00000051; O. Bicknell Dep. 32:7-11.
[322] GB00000051.
[323] GB00000054.
[324] GB00000070 (emphasis added).
[325] L. Wilhite Dep. 209:7-18.
[326] L. Wilhite Dep. 219:6-19.

"AMEN, AMEN AND AMEM!!! [sic] Love you guys!"[327] On July 26, 2023, Bicknell forwarded a Todays Word email he received to Wilhite and wrote "This is what we must heed."[328] Wilhite responded "You are so right!!!"[329] On March 5, 2024, Wilhite commented on a Todays Word message and told Bicknell and Silanskas "I think God is telling us not to meet today and discuss moving forward but to do what He has told us to do."[330] On March 7, 2024, the Todays Word message commanded Bicknell to "relinquish" control of all of his funds to the other members of the triune, namely Wilhite and Silanskas.[331] Based on my training and experience in similar cases, Wilhite's statements regarding the Todays Word messages as someone Bicknell trusted had the effect of reinforcing Bicknell's belief in the messages, which is consistent with a pattern of leveraging a position of trust to take advantage of a victim's vulnerability that is typical of elder exploitation schemes.

***ii. The Sister Catherine Messages***

Based on how the Todays Word messages had the desired effect on Bicknell, which Silanskas and Wilhite were aware of, the Sister Catherine messages were used beginning in January 2024 to increase the pressure on Bicknell and further take advantage of his particular religious vulnerability, which again is consistent with a typical elder exploitation scheme. In particular, the Sister Catherine messages were sent to manipulate Bicknell to turn against his family to get funding for the Project, as discussed further herein.

---

[327] GB00001965.
[328] GB00001957.
[329] GB00001957.
[330] LW_002846.
[331] LW_002846 ("When you have completed the retrieval of ALL I have directed of YOU My child, you MUST then relinquish the reigns of this Vision to the ones by your side within My blessed Triune who have stood so faithfully and honorably by your side even to this very day!").

### 3. Isolation From Family

Third, the religious messages sought to isolate Bicknell from his family, further increasing the manipulation and control of Bicknell. After exhausting his liquid assets, Bicknell could only access funds from his estate, which was controlled by his son Marty Bicknell ("Marty").[332] To do so, Bicknell believed he would need to change his estate plan, remove Marty as executor and revoke his power of attorney.[333] The religious messages were used to sow the seeds for Bicknell to distrust his family. For example, on May 10, 2024, "Sister Catherine" wrote a message to Bicknell targeting Marty: "[O]ur Lord is directing you to stand up to this one so very close to you who has been very deceitful and dishonest for many years regarding your wealth. He is to be called out! Sister Marie then said that you must not allow this one to use his arrogance, threats or demands to intimidate you in any way! You owe him nothing! Although this one was supposed to honor you since you first provided him much to begin his life, this one has greatly been dishonest."[334] Later, on May 13, 2024, after Marty made clear that no more funding would be released for the Project without additional due diligence, Bicknell emailed Silanskas and Wilhite and wrote that "[m]y adversary is now my family. !!!!They don't want to see what we have now!!!! I no longer will keep the gloves on!!!!"[335] Silanskas also spent a great deal of time investigating Marty in an effort to dig up dirt on Marty to bring to Bicknell.[336] Wilhite encouraged Silanskas's efforts.[337]

While Bicknell was growing more distant from his own family, Silanskas and Wilhite were drawing Bicknell into theirs. Prior to the start of the Project, Bicknell and Wilhite were close. As

---

[332] *See* O. Bicknell Dep. 25:13-27:15; Interview of O. Bicknell.
[333] *See* GB00002573.
[334] GB00001813.
[335] GB00001844.
[336] Interview of K. Adams; GB00010207.
[337] Interview of K. Adams; GB00425989.

noted above, Bicknell viewed Wilhite like a son, and even included Wilhite in his will.[338] Wilhite referred to Bicknell as "Papa Gene."[339] In January 2023, Wilhite and his wife, Julia, visited Bicknell in Florida.[340]

In October 2023, Silanskas's family visited Bicknell at his home in Pittsburg, Kansas and Bicknell later texted Silanskas a photo from the visit, stating, "[g]lorious day. Beautiful family that i am proud to be a part of it."[341] Later that month, Silanskas sent Bicknell photos of his grandchildren.[342] Silanskas even went as far as referring to Bicknell as "Grandpa Gene."[343] Bicknell responded that Silanskas's granddaughter was "my granddaughter."[344]

Bicknell stated that during the period of the Project's development, he became "estranged" from his family and that Silanskas and Wilhite "knew that, and they even commented on the fact that it was unfair for my family to withhold money that I had developed."[345] The isolation strategy culminated in Bicknell making substantial changes to his estate plan on March 1, 2024. On that day, Bicknell instructed his lawyer to name a new executor, name a new successor trustee, and revoke the power of attorney previously granted to Marty.[346] As a result, Wilhite, Silanskas, and Hedrick became his primary advisors, frequently urging Bicknell to trust them. Bicknell also told Wilhite "[h]aving lost my family is difficult but I will do what I need to do to follow God's commands. You and Julia are special and Rick and Steph are too. . . . Just know I know our Triune

---

[338] O. Bicknell Dep. 41:1-7.
[339] GB00042600.
[340] LW_013541; LW_013542; BM_000710.
[341] GB00001444.
[342] GB00001449; GB00001452.
[343] GB00001460.
[344] GB00001463.
[345] O. Bicknell Dep. 26:6-11.
[346] GB00002573.

is God's Chosen. Praise Him for picking us!!!"[347] These actions are consistent with the pattern observed in elder exploitation cases where perpetrators work to sever the victim's legal and financial ties to family members who might intervene to protect the victim's interests.

### 4. Financial Benefit

Fourth, Wilhite, Silanskas, and Hedrick were each positioned to financially benefit substantially from the Project, which is the last element that is typical of elder exploitation. Based on my training and experience, when multiple people benefit financially from the same conduct, that is one factor—among the others discussed in this report—that should be considered when assessing whether the conduct was coordinated and each benefiting party had knowledge of the conduct. The religious messages and the concept of the "triune" were used to position Silanskas and Wilhite as one-third owners of a business venture they believed would be worth billions, without investing any of their own money.[348] In addition to the two-thirds share of the Project, Silanskas and Wilhite and their family members were paid hundreds of thousands of dollars during the course of the Project.[349]

Hedrick and his family also benefitted greatly from the Project—Hedrick was paid over $1.5 million dollars over two and a half years, had an apartment in Pasadena, California that was paid for and near his sons, and hired both of his sons.[350] And Hedrick knew that the Project's

---

[347] JW_016588.

[348] *See, e.g.*, O. Bicknell Dep. 25:7-26:3; L. Wilhite Response to Interrogatory No. 12; GB00003916 ("You must share just as equally all that will emanate forth in resource."); GB00003875 ("Furthermore, I decree that each one of you, as bearers of this vision, shall share equally in all that shall spring forth as it is fulfilled."); GB00000040 ("You are to equally distribute this 'lion's share' among each of you as My triune foundation."); GB00000051 ("You are to share the harvest equally without fail as My blessing for your obedience and trust."); GB00000088 ("Share equally among yourselves as My triune leaders and allow no one else to have or share this dominant portion!").

[349] GB00432322; GB00432320; GB00432488.

[350] GB00432324; Entrust00000017; Entrust00000021; Entrust00000029; HEDRICK 000192; HEDRICK 000208; GB00186497 (Hedrick telling his son, Nathan Hedrick "[t]he plan is in motion"); GB00190666; GB00186240 (Hedrick instructing Aaron Hedrick to redo an invoice to submit to Larry Wilhite, stating

funding was premised on the religious messaging.[351] Hedrick also knew that the feasibility of the Project was based on assumptions that he provided.[352] Hedrick retained Peter Alexander to conduct a "feasibility study" and directed him to base his study on certain assumptions.[353] At the outset, Alexander told Hedrick that the Project "doesn't sound like a good idea" and expressed his belief that the Project would not be successful in Vinita[354] In response, Hedrick told Alexander: "Well, [Bicknell] wants to put in 60 million bucks, and I'm willing to let him."[355] After completing the feasibility study, Alexander identified several red flags and initially reported that attracting 5 million visitors per year was unrealistic.[356] Hedrick paid Alexander to repeatedly revise the study using new information he provided, insisting the report reflect the desired attendance figures of a projected 5 million annual visitors.[357] Hedrick used this unrealistic, heavily revised study to assure Bicknell of the Project's financial success, encouraging him to continue investing.

Wilhite, Silanskas, and Hedrick were aware of Bicknell's wealth and vulnerabilities as well as his advanced age. I believe their conduct toward Bicknell is consistent with the typical elements of elder exploitation I have seen in other such cases.

---

"[h]e will approve or it may appear as nepotism"); Interview of K. Adams; S. Hedrick Response to Interrogatory No. 13.

[351] *See generally* Plaintiff Ex. 184.

[352] P. Alexander Dep. 15:1-6, 20:15-22:8, 22:20-23:2, 24:1-26:9, 27:6-29:17, 40:1-21, 48:22-49:9, 52:8-53:10. 53:23-54:14, 58:4-20, 63:10-64:21, 69:19-22, 82:6-83:17.

[353] P. Alexander Dep. 15:1-6, 20:15-22:8, 22:20-23:2, 24:1-26:9, 27:6-29:17, 40:1-21, 48:22-49:9, 52:8-53:10. 53:23-54:14, 58:4-20, 63:10-64:21, 69:19-22, 82:6-83:17.

[354] P. Alexander Dep. 22:1-2, 52:8-53:10.

[355] P. Alexander Dep. 22:3-5.

[356] P. Alexander Dep. 15:1-6, 20:15-22:8, 22:20-23:2, 24:1-26:9, 27:6-29:17, 40:1-21, 48:22-49:9, 52:8-53:10. 53:23-54:14, 58:4-20, 63:10-64:21, 69:19-22, 82:6-83:17.

[357] P. Alexander Dep. 15:1-6, 20:15-22:8, 22:20-23:2, 24:1-26:9, 27:6-29:17, 40:1-21, 48:22-49:9, 52:8-53:10. 53:23-54:14, 58:4-20, 63:10-64:21, 69:19-22, 82:6-83:17; 118:4-119:5, 122:17-24.

**II. Opinion 2: The Pattern of Communications Between Silanskas and Wilhite Is Consistent with Patterns of Communications Involving Co-Conspirators and Coordinated Conduct in Other Cases I Have Investigated**

Based on my training and experience investigating coordinated conduct, individuals who are working toward a shared unlawful objective, like fraud, often share information with each other to stay apprised of developments, and it is common for the sender and recipient not to include any additional content or acknowledge those messages when the significance is already understood between them.

Here, as discussed above, Wilhite and Silanskas consistently discussed and reinforced the Todays Word messages through conversations with Bicknell as well as text messages in which they circulate the Todays Word, praise God, pray and share their unwavering belief in God's command and the "triune."[358] In addition, Silanskas routinely forwarded Sister Catherine messages and Bicknell's replies to "Sister Catherine" to Wilhite. The Sister Catherine messages directly related to the Project and were "encouraging" Bicknell to comply with his divinely-ordained obligation to provide funding for the Project.[359]

Silanskas's sharing of the Sister Catherine messages and Bicknell's replies to "Sister Catherine" kept Wilhite apprised of developments with respect to the effect of "Sister Catherine" on Bicknell. This would enable Wilhite and Silanskas to reinforce the messages sent by "Sister Catherine" when discussing the messages with Bicknell, as Bicknell testified they did frequently, as well as the Project more generally.[360] Based on my training and my experience in other cases involving co-conspirators and coordinated conduct that I have investigated during my career, Silanskas's forwarding of Bicknell's responses to Sister Catherine to Wilhite without any message,

[358] *See generally* Plaintiff Ex. 236.
[359] L. Wilhite Dep. 283:9-22.
[360] O. Bicknell Dep. 24:16-19.

and Wilhite's lack of any response to these messages is, in my opinion, consistent with patterns of communications in such cases where co-conspirators who send and receive such messages without any additional content already understand why they are being sent and what they mean.

### A. Silanskas Forwarded Sister Catherine Messages to Wilhite

On January 31, 2024, Bicknell received a Sister Catherine email and responded.[361] Bicknell never forwarded his response to Wilhite or Silanskas. *Ten minutes later*, Silanskas forwarded the email *and* Bicknell's response to Wilhite; Wilhite then forwarded the email to his deceased mother-in-law's account, mjmcduffey@gmail.com.[362] From the face of the document, Bicknell never shared this email with Silanskas or Wilhite.

The January 31, 2024 email is not the only Sister Catherine email chain that was forwarded to Wilhite by Silanskas despite Bicknell never sharing his conversation with Wilhite or Silanskas. Similarly, on February 6, 2024, February 19, 2024, February 20, 2024, March 8, 2024, March 17, 2024, April 11, 2024, May 1, 2024, May 2, 2024, May 8, 2024, and May 29, 2024, Silanskas forwarded Sister Catherine messages and/or Bicknell's replies to "Sister Catherine" in a manner that shows that the message was never sent to Silanskas or Wilhite.[363] With one exception (the February 20, 2024 email), Wilhite forwarded all of these messages to his deceased mother-in-law's email account or Julia's email account.[364] Silanskas's emails never included a cover note or other

---

[361] GB00001229.
[362] GB00001911 (Silanskas forward to Wilhite); GB00001910 (Wilhite forward to his deceased mother-in-law).
[363] GB00002215; GB00001860; GB00001860; GB00002164; GB00001914; GB00001862; GB00002002; GB00001893; GB00002002; GB00001851; GB00001841.
[364] GB00002214 (Wilhite forward to Julia); GB00001859 (Wilhite forward to Mary Jean McDuffey); GB00001913 (Wilhite forward to Mary Jean McDuffey); GB00001861 (Wilhite forward to Mary Jean McDuffey); JW_043709 (Wilhite forward to Mary Jean McDuffey); JW_043707 (Wilhite forward to Mary Jean McDuffey); JW_043704 (Wilhite forward to Mary Jean McDuffey); JW_043703 (Wilhite forward to Mary Jean McDuffey); JW_043699 (Wilhite forward to Mary Jean McDuffey).

discussion, which, in my experience, is consistent with patterns of communications in other cases involving two people who are already communicating about a subject through another channel (*e.g.*, in person or by phone) rather than in writing.

Silanskas's phone records further suggest that Wilhite and Silanskas were communicating about the Sister Catherine messages offline. For example, on February 20, 2024 at 5:01 PM, Silanskas forwarded Bicknell's response to a Sister Catherine message from earlier that day to Wilhite without a cover note or other discussion.[365] The AT&T records show that at 4:52 PM, Silanskas and Wilhite spoke on the phone for five minutes and 50 seconds.[366] And minutes after Silanskas forwarded Bicknell's response to Sister Catherine, at 5:06 PM, Silanskas and Wilhite spoke on the phone again for one minute and 34 seconds.[367]

On February 14, 2024, Bicknell received an email from "Sister Catherine" and responded moments later (at 8:37 AM).[368] Bicknell forwarded the email he received from "Sister Catherine" to Wilhite and Silanskas but did not send his response.[369] Silanskas forwarded Bicknell's email to Wilhite two hours later (at 10:44 AM), even though Wilhite was included in Bicknell's email.[370] At 12:00 PM, Wilhite sent Julia a text message containing Bicknell's response to the Sister Catherine email from 8:37 AM.[371] This text message contains Bicknell's response verbatim, including the "Sent from my iPhone" notation. There is no evidence of Wilhite receiving Bicknell's response.

---

[365] GB00002164.
[366] AT&T00000019 at pg. 1662.
[367] AT&T00000019 at pg. 1663.
[368] GB00001270.
[369] GB00001269.
[370] GB00001857.
[371] JW_014944; JW_031492.

There are two examples of emails from Silanskas to Wilhite in which Bicknell's reply to Sister Catherine appears below the Sister Catherine email to which Bicknell was responding. On March 17, 2024, Bicknell received a Sister Catherine email at 12:42 PM.[372] Bicknell responded to the Sister Catherine email at 12:47 PM.[373] At 2:11 PM, Silanskas forwarded the Sister Catherine email to Wilhite.[374] Bicknell's 12:47 PM response to the Sister Catherine email appears below the email from "Sister Catherine," at odds with how emails are formatted when they are forwarded.[375] Similarly, Silanskas forwarded Wilhite a Sister Catherine email on May 8, 2024, in which Bicknell's response to the Sister Catherine email appears below the Sister Catherine message.[376] For both of these messages, Bicknell never shared his reply with Wilhite or Silanskas. Wilhite never asked Silanskas why he was sending these emails or responded to them, instead he simply forwarded them to his deceased mother-in-law's email account.[377]

### B. Silanskas and Wilhite Changed the Subject Lines of the Sister Catherine Messages

Silanskas frequently changed the subject line of the Sister Catherine messages he forwarded to Wilhite to things like "Confidential" and "Nun Letter" or even "Sister Catherine email."[378] For example, on February 6, 2024, Bicknell received three emails from "Sister Catherine" and responded to the last one.[379] About three hours later, Silanskas forwards the

---

[372] GB00001305.
[373] GB00001307.
[374] GB00001862.
[375] GB00001862. The face of the document shows that the Sister Catherine email was sent at 1:42 PM. That is because Bicknell was at his home in Florida when he responded to the Sister Catherine email.
[376] GB00001851.
[377] GB00001861; JW_043703.
[378] GB00002215 (subject line "Confidential"); GB00001862 (subject line "Sister Catherine email"); GB00002002 (subject line "Sister Catherine Private"); GB00001851 (subject line "Nuns letter"); GB00001841 (subject line "Nuns letter"); GB00001914 (subject line "NUN LETTER"); GB00001843 (subject line "Nun letter").
[379] GB00001247; GB00001248; GB00001249; GB00001250.

message with Bicknell's response to Wilhite, but changed the subject line to "Confidential" and provided no information about how Silanskas got access to the email.[380] Wilhite then forwarded the email to Julia with the cover email "fyi."[381]

In one instance, Wilhite sent a Sister Catherine message to mjmcduffey@gmail.com under the cover "Nuns." On January 20, 2024, Wilhite forwarded to his deceased mother-in-law's email account a Sister Catherine email that Bicknell sent Wilhite and Silanskas on January 19, 2024.[382] Instead of forwarding the message, Wilhite copied the text of the Sister Catherine message into a new email with the subject line "Nuns."[383]

Wilhite testified that he did not know why the subject lines said what they said.[384]

### C. Silanskas's and Wilhite's Pattern of Communications Is Consistent with Patterns of Communications Involving Co-Conspirators and Coordinated Conduct in Other Cases

Consistent with patterns of communications I have seen in other cases involving co-conspirators engaged in coordinated conduct, I believe that Silanskas shared the Sister Catherine messages and Bicknell's replies to "Sister Catherine" with Wilhite to keep Wilhite apprised of developments with respect to the religious messages. Because Silanskas shared with Wilhite what "Sister Catherine" was saying, and Bicknell's reactions to those messages, Wilhite and Silanskas would be able to reinforce the messages sent by "Sister Catherine" when discussing the Project with Bicknell and tailor those conversations accordingly. This is similar to how they reinforced the Todays Word messages with Bicknell.

---

[380] GB00002215.
[381] GB00002214.
[382] GB00001193; GB00001980; JW_043720.
[383] GB00001980; *see also* GB00001193.
[384] L. Wilhite Dep. 297:14-298:20.

According to Wilhite, the Sister Catherine messages directly related to the Project and were "encouraging" Bicknell to comply with his divinely-ordained obligation to provide funding for the Project.[385] They also demanded Bicknell to take action against his family, and specifically his son, Marty.[386] After the Sister Catherine messages began discussing action against Marty, Wilhite and Silanskas then worked together to taint Bicknell's view of Marty, thereby reinforcing the Sister Catherine messages.[387] Silanskas also shared these messages with Wilhite to let Wilhite know that they were having their desired effect.

Wilhite was keenly aware of the impact the Sister Catherine emails had on Bicknell. On February 6, 2024, Silanskas forwarded Bicknell's response to a Sister Catherine email that Bicknell did not share with Wilhite or Silanskas.[388] "Sister Catherine" told Bicknell: "Our Father is seeking your obedience immediately regarding the Counsel He has spoken to you to retain to retrieve what He has told you."[389] In response, Bicknell wrote: "I have started the legal process to achieve what God told me to do. I will be at peace, which will relieve my doubts and fear and my mission will be accomplished. . . . Praise to the Lord and praise you all for your devotion to our Father. Thank you for delivering His holy word. I am overwhelmed by His Grace. To be in direct contact with my Father is more than I deserve. I'm in Awe…..love and bless you all."[390] Shortly after receiving the email from Silanskas, Wilhite forwarded the message to mjmcduffey@gmail.com.[391]

---

[385] L. Wilhite Dep. 283:9-22.
[386] *See generally* Plaintiff Ex. 2.
[387] Interview of K. Adams; GB00010207; GB00425989; J. Wilhite Dep. 174:6-175:14; *see also* J. Wilhite Dep. 159:19-161:17, 180:14-181:21.
[388] GB00002215.
[389] GB00001249.
[390] GB00001250.
[391] GB00002214.

On February 18, 2024, "Sister Catherine" wrote: "As Mass concluded today, Sister Marie shared her heart speaking of how our dear Lord is deeply seeking your obedience to words He has been providing to you. There seems to be a great urgency in your full obedience in this time."[392] Bicknell replied: "I'm happy (ecstatic) to tell you my obedience is happening. Legal counsel is working and my Father is letting me know."[393] On February 19, 2024, Silanskas forwarded Bicknell's response to Wilhite without disclosing how he accessed the email.[394] Less than four minutes after Wilhite received the email, he forwarded the message to mjmcduffey@gmail.com.[395] Silanskas forwarded additional responses from Bicknell to "Sister Catherine", revealing the impact

---

[392] GB00001274.
[393] GB00001275.
[394] GB00001860.
[395] GB00001859.

"Sister Catherine's" emails and the Todays Word messages had on Bicknell on February 20, 2024,[396] March 8, 2024,[397] April 11, 2024,[398] May 7, 2024,[399] and May 29, 2024.[400]

In my experience investigating conspiratorial conduct, communications forwarded between participants without explanatory context—where the recipient neither asks about nor comments on unusual or sensitive material—are a pattern I associate with individuals who already understand the purpose and significance of what is being shared. Silanskas did not explain to Wilhite in writing how he obtained Bicknell's private replies to "Sister Catherine," and Wilhite never asked. In my experience, participants engaged in coordinated conduct toward an unlawful objective, like fraud, rarely exchange emails explicitly laying out their plan. Instead, the existence of coordinated activity is typically inferred from recurring patterns of conduct, communications, shared objectives, and mutual reinforcement.

---

[396] GB00002164 ("I'm so appreciative of you Sisters and prayers. Brings tears to my eyes with Joy and peace to have your mercy and support. I hear you and Good tells me the same message. I'm trying hard and bringing my full attention and effort. My committment is for His Glory. . . . I have been too slow to realize God has this project and my trust has been confused. I feel that I've finally awakened to know what is reality when I thought impossible are always possible through our Lord. In Christ I live with the Holy Spirit!!! Thank you so very much for helping me…You sisters ROCK.!!").

[397] GB00001914 ("I hear my Lord and I'm taking steps to follow. He told me to get counsel and I have. I've been in desperation to follow. . . . I know that He has this mission for me and I want to be obedient and listening to every word. Thank you for tears. Made mine appear again. I want to please my God and the steps are so challenging I'm depressed and begging for forgiveness please keep praying. I need them badly.").

[398] GB00002002 ("I've had a tough week. I have been sick with guilt and now I believe I have now found obedience. His words were directly to me. In a non wavering way. He has finally made me realize how to do His will!!! Hard lesson to learn but my tears have been abundant and my body has been physically weakened from disobedience Its not easy due to family disagreements. I stand with my God against all.…All!! I will certainly try to be fully obedient. The Lors will help me….love and bless you all for praying for me. I'm in Awe and humble for your prayers.").

[399] GB00001851 ("I will send you my writing I shared with my Tirune brothers yesterday. We are all three very blessed to be chosen. My tears were extreme when I Finally got my head straight and realized that The Angels and Holy Spirit who is with me always…were calling me to obedience. .my eyes swell now this moment with the tears of joy. His love is all I want..no material things. I will give all I have and my share of the project to charity. I have great need to come to your convent and tell you all personally my gratitude for supporting me through His name and Jesus. I want to be a good Deciple.").

[400] GB00001841 ("Thank you for standing strong in Prayer for me and my assignment. I am so blessed to be among the Chosen!!!").

I also know from my experience that it is typical for individuals working in concert toward an unlawful objective, like fraud, to apprise each other as to developments and when they do, there is no need for any explicit explanation or direction because both parties already know the context behind the messages and have a tacit agreement. Moreover, common participants engaged in a scheme will intentionally not reduce to writing the details of their scheme to avoid detection. Individuals engaged in a common scheme often talk in person, on the phone, or use coded language to distance themselves from their actions. For example, Wilhite and Silanskas often met alone in Wilhite's office.[401] These meetings provided opportunities for Wilhite and Silanskas to discuss the religious messages, including the impact the religious messages were having on Bicknell and future religious messages and their content. The pattern of Silanskas's forwarding of the Sister Catherine messages without any explanation or context and without any reply by Wilhite are consistent with the type of coordinated conduct I have observed in other investigations, where participants avoid creating a documentary record and the absence of any inquiry or surprise is consistent with the recipient of the communications already understanding the source and purpose of the communications.

## III. Opinion 3: The Defendants' Deletions and Production Gaps Are Consistent with Patterns of Deliberate Evidence Loss Commonly Seen in Other Investigations

Based on my training and experience in cases I have investigated throughout my career, including ones involving elder exploitation, it is typical for participants in a scheme to attempt to delete evidence of the scheme to conceal their wrongdoing. In particular, when evidence relevant to conduct under suspicion is later found to be missing or deleted, I have frequently seen that participants sought to avoid detection, as opposed to routine or incidental data loss.

[401] Interview of K. Adams; Interview of K. Holman.

In my experience, I have witnessed many instances where, after suspicions regarding the conduct arose, individuals deleted evidence. For example, in investigations of schemes involving electronic messaging, I have observed individuals routinely delete electronic data, like their search history, text messages, and email messages once they become aware that their conduct is under scrutiny. In addition, it is common for individuals to attempt to avoid leaving a digital footprint by using burner phones, separate text messages platforms (like Text Free or Pinger), or newly created email accounts to avoid leaving a digital trail.

Below I describe the pattern of missing, deleted, and selectively produced communications by Silanskas, Wilhite, and Hedrick that I identified in my review of the factual record, and explain why, in my training and experience, that pattern is more consistent with deliberate deletions than with ordinary technology turnover, routine deletions or incidental gaps in production. Individually, each deletion may have an innocent explanation; collectively however, the timing, selectivity, and similarity across multiple participants is consistent with intentional concealment.

### A. Silanskas

Silanskas asserts that the Apple Mac laptop that he used during the relevant period "ceased functioning due to overheating and complete shutdown issues and was disposed of in or around January 2025."[402] In the same document, Silanskas claims that the "laptop previously used was disposed of in December 2024."[403] At his deposition, Silanskas testified that he threw away the laptop in his trash at home.[404] Silanskas disposed of his laptop within weeks of being suspected of misconduct and terminated by Bicknell. In my experience, that timing is a pattern I commonly see

---

[402] R. Silanskas Response to Interrogatory No. 1.
[403] R. Silanskas Response to Request For Production of Tangible Things No. 1.
[404] R. Silanskas Dep. (2/19/2026) 57:13-58:21.

in cases involving intentional destruction of evidence, as distinguished from inadvertent or random loss of electronic evidence due to an ordinary malfunction.

Further, a forensic collection of Silanskas's email accounts was ordered by the Court because Silanskas failed to comply with his discovery obligations and conduct a reasonable search of his email accounts.[405] Upon completion of the collection, the Court ordered Bicknell to run broad search terms across the email accounts that were collected. It appears that Silanskas deleted all of his emails in his email account ricksilanskas@gmail.com prior to January 20, 2023, and the vast majority of the emails in that email account are spam emails.

Bicknell has produced emails from Silanskas's Mansion Theatre account that were sent to or from Silanskas's Gmail account ricksilanskas@gmail.com.[406] Those emails, which would have hit on the search terms approved by the Court, appear nowhere in the forensic collection of Silanskas's Gmail account. The absence of those emails strongly suggests that Silanskas deleted most if not all of the emails from his Gmail account inbox (leaving only his spam folder).

At his deposition, Silanskas stated that he had notes on "everything" that happened in connection with this employment at the Mansion Theatre.[407] Yet, he also admitted to deleting all of his email correspondence and text messages with Bicknell.[408] He admitted to deleting his text messages with Wilhite and Hedrick.[409] He admitted that he "[m]ost likely" deleted all the Todays Word messages.[410] He admitted to deleting the messages from his deleted folders "so they were

---

[405] *Bicknell v. Silanskas*, Case No. 25-cv-00383-SH, ECF No. 127.
[406] *See, e.g.,* GB00134468; GB00002242; GB00375269; GB00002488.
[407] R. Silanskas Dep. (6/16/2026) at 38:19-39:6.
[408] R. Silanskas Dep. (6/16/2026) 289:7-291:4.
[409] R. Silanskas Dep. (6/16/2026) 291:5-12.
[410] R. Silanskas Dep. (6/16/2026) 215:11-14.

gone."[411] Silanskas further admitted to deleting the Sister Catherine email accounts he created.[412] And he admitted to deleting anything related to the Mansion Theatre from his personal email account and that he "cleaned" his Mansion Theatre email account upon the conclusion of his employment.[413] Silanskas's testimony that he kept notes on "everything" from his employment is difficult to reconcile with his own admissions that he deleted several sources of evidence—including evidence that could corroborate his narrative—after his employment ended. In my experience investigating financial crimes, this pattern of selective retention of some records alongside deletion of communications with others involved in a scheme is one I have seen in cases involving intentional data destruction rather than routine or accidental data loss.

### B. Wilhite

On July 31, 2022 Wilhite forwarded Todays Word compilations to Julia, including for February 11, 2022 to February 28, 2022, March 1, 2022 to March 31, 2022, and April 1, 2022 to May 22, 2022.[414] Additionally, on January 21, 2023, Wilhite texted Julia Todays Word messages from February, April, May, June, and July of 2022 to compile them.[415] Wilhite claims to have received these messages from unknown numbers, but has produced no evidence of his receipt of the Todays Word messages from unknown numbers.[416] In fact, Wilhite stated that he "no longer has the original" Todays Word messages he received via text message because he deleted them from his phone.[417] In order to have prepared these compilations, Wilhite had to have had a practice

---

[411] R. Silanskas Dep. (6/16/2026) 220:6-12.
[412] R. Silanskas Dep. (6/16/2026) 248:18-249:4.
[413] R. Silanskas Dep. (6/16/2026) at 206:15-15, 311:12-17.
[414] GB00002099; GB00002006; GB00002036.
[415] J. Wilhite Dep. 266:2-9.
[416] Defendant Wilhite's Motion to Dismiss, *Bicknell v. Silanskas*, Case No. 25-cv-00383-SH, ECF No. 44 at 4; L. Wilhite Response to Interrogatory No. 2.
[417] L. Wilhite Response to Interrogatory No. 2; L. Wilhite Dep. 163:9-165:4.

of not deleting these messages, as least as of January 21, 2023. Wilhite has also produced other text messages that pre-date 2022, consistent with the practice of not deleting messages.[418]

Wilhite also appears to have deleted text messages with Bicknell, Silanskas, Adams, and Julia. Wilhite has produced four documents containing text messages between only himself and Bicknell.[419] Two contain nothing but "(Empty message)" from "(Participant unknown)" from May 21, 2022 to August 21, 2024.[420] The third contains "(Empty message)" from "(Participant unknown)" on September 26, 2024, October 5, 2024, and October 27, 2024.[421] The only substantive messages in this document are on December 25, 2024, in which Wilhite wishes Bicknell a Merry Christmas and Bicknell responds wishing Wilhite a Merry Christmas.[422] The fourth document contains only the Merry Christmas messages between Bicknell and Wilhite on December 25, 2025, seemingly omitting the "(Empty message)" messages from the text chain and reflecting the full contents of the messages between Wilhite and Bicknell on Wilhite's phone.[423]

A similar pattern exists for text messages produced by Wilhite between only Wilhite and Silanskas. Wilhite has produced four documents containing text messages between just himself and Silanskas.[424] The first contains numerous "(Empty message)" from "(Participant unknown)" from June 20, 2022 to April 23, 2024.[425] The only item of substance in this document is a deleted Todays Word message Wilhite sent to Silanskas on December 15, 2022.[426] The second document contains numerous "(Empty message)" from "(Participant unknown)" from June 18, 2024 to

---

[418] *See, e.g.*, LW_010571.
[419] LW_006051; LW_006056; LW_006065; LW_006889.
[420] LW_006051; LW_006056.
[421] LW_006065.
[422] LW_006065.
[423] LW_006889.
[424] LW_013195; LW_048997; LW_049005; LW_048980.
[425] LW_013195.
[426] LW_013195.

October 9, 2024.[427] The document contains no communications between Wilhite and Silanskas until December 20, 2024.[428] In December 2024, Wilhite and Silanskas discuss Silanskas's and Silanskas's wife's medical issues.[429] The next document contains messages between Wilhite and Silanskas on January 11, 2025.[430] The final message chain contains a gif sent by Silanskas on November 5, 2022, a message from Wilhite on August 20, 2023 stating "This came yesterday" with no other substance, a media file sent by Silanskas on October 7, 2023, two "(Empty message)" messages from Wilhite on December 13, 2023, a media file sent by Silanskas on August 6, 2024, and the contents of the second and third messages discussed above from December 20, 2024 to January 11, 2025.[431] The media files in this document were not produced with the text chain. Further, Wilhite stated that he shared the Todays Word messages with Silanskas "on a near daily basis."[432] No such text message exists in Wilhite's production. Based on these documents and Wilhite's own statements, it appears that Wilhite deleted his messages with Silanskas at some point prior to December 20, 2024, including *at least* one Todays Word message he sent to Silanskas on December 15, 2022. Thus, both Wilhite and Silanskas deleted their text messages with each other covering almost the entire period of the Project, and those deletions appear to have occurred in late 2024, after they were both suspected of misconduct and their employment was terminated by Bicknell.

Likewise, Wilhite appears to have deleted text messages with Adams. The .xml file of Wilhite's text messages that he produced show that there are "**Message delivery receipt**"

---

[427] LW_048997.
[428] LW_048997.
[429] LW_048997.
[430] LW_049005.
[431] LW_048980.
[432] L. Wilhite Response to Interrogatory No. 8.

messages from Kristy Adams from August 26, 2022 to October 20, 2023.[433] But there are no messages that correspond to the "delivery receipt." Further, text messages from Adams's phone show that throughout 2022 and 2023, Wilhite was sending Todays Word messages to Adams.[434] And Wilhite admitted to sharing Todays Word messages with Adams from at least November 2022 to October 2023.[435] Nonetheless, none of these messages appear in Wilhite's production, establishing that he deleted them.

Wilhite also produced no text messages from his cell phone between himself and only his wife. But Julia produced multiple documents showing that there were responsive messages between them from at least January 28, 2022 to December 4, 2024, many of which contain Todays Word messages.[436] The first Todays Word message Wilhite sent to Julia was on February 8, 2022.[437] The .xml file of Wilhite's text messages shows that there are "**Message delivery receipt**" messages from Julia from October 15, 2023 to October 31, 2024.[438] But there are no messages that correspond to the "delivery receipt."

Further, on November 2, 2024, Wilhite sent Julia a text message he received from Bicknell, asking her to "[f]ile this please."[439] Julia followed Wilhite's instructions and created a note on her cell phone titled "Gene B Notes."[440] The note lists the date of this text message as "DATE?

---

[433] LW_010571.
[434] *See, e.g.*, GB00430597, GB00431267.
[435] L. Wilhite Response to Interrogatory No. 8.
[436] JW_030363; JW_032697; JW_013756; JW_016687.
[437] JW_030363.
[438] LW_010571.
[439] JW_016588.
[440] JW_023909 (row 49).

2024."[441] While the message remained on Wilhite's phone until at least November 2, 2024, it was not produced by Wilhite,[442] suggesting that he deleted it at some point after November 2, 2024.

At his deposition, Wilhite admitted to deleting text messages with Bicknell and others.[443] He also admitted to deleting emails. While Wilhite claimed that he deleted his Mansion Theatre emails from his computer as he "went through the course of time," he produced a significant volume of emails from his Mansion Theatre account that were recovered from his computer.[444] Notably, though, Wilhite's production of emails from his Mansion Theatre account does not contain any of the emails Silanskas sent him regarding "Sister Catherine". Wilhite had no explanation for this.[445] Based on my investigation and law enforcement experience, the selective absence of these specific emails—while other Mansion Theatre account emails from the same period were produced—is a pattern I have seen in cases involving the targeted deletion of a specific category of communications.

### C. Hedrick

The evidence also indicates that Hedrick deleted all the Todays Word messages sent to him by Wilhite.

Wilhite's production shows that Hedrick and Wilhite exchanged text messages from as early as June 23, 2022 to January 18, 2025.[446] In these messages, Wilhite frequently sent Hedrick

---

[441] JW_023909 at row 49.
[442] *See* LW_006051; LW_006056; LW_006065; LW_006889.
[443] L. Wilhite Dep. 184:7-185:1.
[444] L. Wilhite Dep. 279:10-280:2, *see, e.g.*, Wilhite Production Vol. 3, dated March 9, 2026 and Wilhite Production Vol. 4, dated March 30, 2026.
[445] L. Wilhite Dep. 279:19-280:2.
[446] LW_012287; LW_002755; LW_012684; LW_002837.

Todays Word messages,[447] up until July 19, 2023.[448] However, Hedrick only produced text messages with Wilhite starting from August 23, 2023 and to January 18, 2025.[449] Hedrick's production establishes that he has text messages from as early as January 13, 2009, so a new telephone or autodeletion does not explain the absence of these messages with Wilhite prior to August 23, 2023.[450]

At his deposition, Hedrick claimed he did not delete text messages.[451] A forensic collection of Hedrick's cell phone was not scheduled until June 15, 2026 and the responsive documents from the collection have not been produced yet.[452] I expressly reserve the right to supplement my report based on the supplemental production of Hedrick's cell phone.

## CONCLUSION

Based on the evidence I reviewed, my law enforcement training, and my experience in elder exploitation cases and other cases that I have investigated throughout my career, it is my opinion that: (1) the conduct of defendants toward Bicknell described above, and in particular the conduct of Silanskas and Wilhite, follows a pattern consistent with the elements I have typically observed in elder exploitation cases, which involve establishment of trust, exploitation of victim vulnerability, isolation from family, and financial benefit to the participants; (2) the pattern of

---

[447] LW_002634; LW_002726; LW_012287; LW_012322; LW_012404; LW_012426; LW_012443; LW_012463; LW_012500; LW_012575; LW_002768; LW_002816; LW_012684; LW_012722; LW_012773; LW_012844; LW_012866; LW_012887; LW_012904; LW_012924; LW_012945; LW_013015; LW_013078; LW_013138.

[448] LW_012575 (text chain showing last Todays Word message sent by Wilhite on July 19, 2023); LW_002747; LW_002755; LW_012666; LW_002824; LW_002832; LW_002837; LW_013138.

[449] Hedrick produced a singular file containing all of the text messages against on his phone. Hedrick068014. He also produced a PDF of his text messages with Wilhite (which was created on April 4, 2025). Hedrick060428.

[450] Hedrick068014 (rows 2248-52 showing messages from as early as January 13, 2009 and row 44612 showing message from Silanskas from as early as July 24, 2013).

[451] S. Hedrick Dep. 105:24-106:25.

[452] S. Hedrick Dep. 60:22-61:9.

communications between Silanskas and Wilhite are consistent with patterns of communication involving co-conspirators engaged in coordinated conduct that I have observed in other cases I have investigated; and (3) the pattern of missing, deleted, and selectively produced records by Silanskas, Wilhite, and Hedrick is consistent with patterns of deliberate evidence deletion I have observed in other investigations, as distinguished from routine or incidental gaps in evidence.

Dated: July 9, 2026

Jeff Watts
________________________________
Jeff Watts

# Appendix 1

# JEFF WATTS

Stillwater, Oklahoma | 405.614.9366 | jwatts@tier1investigations.org

## PROFESSIONAL SUMMARY

**Accomplished law enforcement executive with over 32 years of experience, including service as Chief of Police, Lieutenant, Detective Sergeant, and Police Officer. Extensive background in criminal investigations, leadership, and courtroom testimony, with more than 100 appearances in criminal and administrative proceedings. Proven expertise in complex investigations, supervisory oversight, and expert-level interviewing and interrogation.**

## PROFESSIONAL EXPERIENCE

**Private Investigator / Owner, Tier 1 Investigations and Consulting LLC**
***(March 2025 – Present)***

- Conduct investigations in support of attorneys and private clients
- Assist in serious criminal and civil cases and follow-up investigations
- Perform witness location, case development, and civil investigative work
- Support custody disputes and legal proceedings with investigative findings
- Apply law enforcement expertise to private sector investigative needs

**Chief of Police**

**Stillwater Police Department — Stillwater, OK**
***(Approx. 5 years)***

- Directed operations of a department of approximately 125 personnel, including 81 sworn officers and 40–45 civilian staff
- Ensured departmental adherence to legal standards, policies, and best practices
- Provided executive leadership in high-liability and sensitive investigations
- Oversaw all internal investigations involving alleged employee misconduct
- Reviewed all formal criminal and administrative complaints for accuracy, compliance, and investigative sufficiency

**Lieutenant – Investigations Division**

**Stillwater Police Department — Stillwater, OK**
***(3 years)***

- Supervised investigative operations and oversight of patrol division reporting
- Reviewed all police reports for legal sufficiency, investigative quality, and evidentiary standards
- Evaluated officer performance in investigative decision-making, evidence handling, and report articulation
- Assisted in complex criminal and internal investigations
- Assigned cases for follow-up investigation to detectives under command

**Detective Sergeant – Criminal Investigations Division**

**Stillwater Police Department — Stillwater, OK**
***(10 years)***

- Supervised a team of six detectives investigating serious felony offenses
- Conducted and oversaw investigations involving:
  - Major felony crimes
  - Elder abuse and exploitation
  - White-collar crimes (fraud, forgery, embezzlement, financial schemes)
  - Property crimes

    - Internet and computer crimes
    - Drug offenses
- Provided investigative guidance, report review, and case strategy
- Conducted performance evaluations and mentoring of investigative personnel
- Played a key role in crime scene management and evidence oversight

---

**Police Officer / Field Training Officer / Supervisor**
**Stillwater Police Department — Stillwater, OK**
***(14 years)***

- Responded to high-risk and rapidly evolving incidents requiring critical decision-making
- Conducted misdemeanor and felony investigations with detailed documentation
- Served as field training officer, mentoring and developing new officers
- Developed expertise in criminal interdiction and investigative interviewing
- Identified behavioral patterns indicative of criminal activity to support probable cause development

---

## EDUCATION & TRAINING

**Master of Arts in Leadership**
Mid-America Christian University — 2016

**Graduate Certificate, Criminal Justice Education**
University of Virginia — 2015

**FBI National Academy, Session 262**
Quantico, Virginia — 2015

**Investigator's Academy Graduate**
Oklahoma State Bureau of Investigation — 2007

**Bachelor of Science, Criminal Justice Management**
Mid-America Christian University — 2005

**Associate Degree in Applied Science**
Seminole State College — 1989

**Certificate in Law Enforcement**
Seminole State College — 1989

**Council on Law Enforcement Education and Training:**

- Basic Certification
- Intermediate Certification
- Advanced Certification
- 4,000+ hours of professional training , including Financial Crimes Against the Elderly (2018), Vulnerable Adult Abuse (2016), Deceptive Detection (2013), and Taking Investigations into the Courtroom (2010)

---

## COURTROOM & TESTIMONY EXPERIENCE

- **Testified more than 100 times in:**
    - District court proceedings
    - Preliminary hearings
    - Jury trials
    - Administrative hearings
- **Provided testimony regarding:**
    - Investigative findings
    - Witness interviews

  - Evidence collection and handling
  - Criminal interdiction and behavioral analysis

---

## PROFESSIONAL SKILLS

- Criminal Investigations
- Interview & Interrogation
- Courtroom Testimony
- Supervisory Leadership
- Internal Affairs Investigations
- Crime Scene & Evidence Management
- White-Collar Crime Investigations
- Policy Compliance & Risk Management
- Open-Source Intelligence (OSINT)

---

## CONTINUING EDUCATION

**Recent training includes:**

- Exploitation Investigations
- Investment Fraud and Financial Crimes
- Financial Grooming
- Missing Persons Investigations
- Open-Source Intelligence (OSINT)