# Exhibit 1

---

**Subject:** Re: Request for Extension of Time
**Date:** Wednesday, September 23, 2026 at 9:32:22 AM Eastern Daylight Time
**From:** Lysbeth George
**To:** Nadel, Michael
**CC:** jennifer, OGB, afogleman, Joe Lang

**[ External Email ]**
Mike:

Thank you for your patience. I got stuck in court then had to run to my niece's senior night event. Please see my responses to each question below.

Lysbeth "Liz" George
LIZ GEORGE AND ASSOCIATES
8101 S Walker, Suite F
Oklahoma City, OK 73139
Phone/Fax: 405-689-5502
E-mail: liz@georgelawok.com
www.georgelawok.com

This message may be protected by the attorney-client privilege and/or other privileges or protections. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

On Sep 22, 2026, at 7:41 PM, Nadel, Michael <mnadel@mcdermottlaw.com> wrote:

Hi Liz. It is EOD. Could you please let us know your position on the requested extension?

**Michael S. Nadel**
Partner

**T:** +1 202 756 8113 | **M:** +1 703 231 8608
mnadel@mcdermottlaw.com

McDermott Will & Schulte LLP | mcdermottlaw.com
500 North Capitol Street, NW | Washington, DC 20001 | USA

---

**From:** Liz George <liz@georgelawok.com>
**Sent:** Monday, 21 September 2026 12:02:50
**To:** Nadel, Michael <mnadel@mcdermottlaw.com>
**Cc:** jennifer <jennifer@georgelawok.com>; OGB <OGB@mcdermottlaw.com>;

afogleman <afogleman@gablelaw.com>; Joe Lang <jlang@gablelaw.com>
**Subject:** Re: Request for Extension of Time

**[ External Email ]**
Mike:

I am in depo prep today but we will get a response to you on this by EOD tomorrow.

Thank you,

Liz

On Sep 20, 2026, at 1:05 PM, Nadel, Michael <mnadel@mcdermottlaw.com> wrote:

Liz and Jennifer,

Good afternoon.

Plaintiff intends to request an extension of time to respond to Hedrick's motion to bifurcate until 21 days before the Pretrial Conference. We believe we will be better able to respond (including determining whether we consent or oppose) when there is a clearer picture of which claims will be tried and what witnesses and evidence will be presented. Please let me know whether you will oppose the extension.

We will need to seek the extension without delay and, if opposed, seek to expedite, so your prompt reply is appreciated.

Relatedly, to help us assess our position on the motion to bifurcate, could you please let us know:

(1) Does Hedrick intend to move for summary judgment? **At this time, yes.**

(2) If we were to agree to a separate bench trial against Hedrick, would Hedrick agree that the Court can consider the record of the jury trial against Silanskas and/or Wilhite as part of the record in deciding the claim against Hedrick? **No. This defeats the entire point of bifurcation and would require our participation in the jury trial to defend the case twice.**

(3) If the claim against Hedrick were to be resolved by separate bench trial, would Hedrick voluntarily testify at the jury trial at the request of Silanskas and/or Wilhite? Would Hedrick agree to voluntarily testify at the jury trial at the request of Bicknell? **Our client is willing to voluntarily participate at the request of any party but**

**would require the requesting part(ies) cover his travel expenses.**

Please advise.

Thanks.

**Michael S. Nadel**
Partner

**T:** +1 202 756 8113 | **M:** +1 703 231 8608
mnadel@mcdermottlaw.com

McDermott Will & Schulte LLP | mcdermottlaw.com
500 North Capitol Street, NW | Washington, DC 20001 | USA

************************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information. Thank you.
************************************************************************************************************

Please visit http://www.mcdermottlaw.com/ for more information about our Firm.