**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| O. GENE BICKNELL, | ) | |
| | ) | Case No. 25-cv-00383-SH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD M. SILANSKAS JR., | ) | |
| LARRY K. WILHITE, and | ) | |
| STEPHEN D. HEDRICK, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF EXCEEDING THE PAGE LIMIT IN OPPOSITION TO DEFENDANT LARRY WILHITE'S MOTION FOR SUMMARY JUDGMENT

Plaintiff O. Gene Bicknell respectfully moves for leave to file a brief in opposition to Defendant Larry K. Wilhite's Motion for Summary Judgment (Dkt. No. 211) that exceeds the otherwise applicable page limit by no more than fifteen pages. Counsel for Wilhite has consented to the requested relief. In support, Plaintiff states as follows:

1. Wilhite has moved for summary judgment. (Dkt. No. 211.) Bicknell intends to oppose that motion.

2. Wilhite's motion contains a Statement of Material Facts setting forth 80 numbered paragraphs that is itself 15 pages long. Pursuant to Federal Rule of Civil Procedure 56(c) and LCvR 56-1(c) and (e), Plaintiff's opposition brief must respond, by correspondingly numbered paragraph, to each of Wilhite's numbered paragraphs, stating any fact that is disputed, citing to materials in the record, and making any applicable objections. In addition, pursuant to LCvR 56-1(c), Bicknell must include in his opposition brief any additional facts he contends preclude judgment as a matter of law, which Bicknell intends to do. Bicknell therefore requests limited

additional space to respond to Wilhite's Statement of Material Facts, provide additional facts, and respond fully to the arguments presented in Wilhite's motion.

3. Pursuant to LCvR 7-1(d), absent leave of Court, a response brief shall be limited to 25 pages. Plaintiff requests leave to file an opposition brief exceeding that otherwise applicable page limit by up to fifteen pages, so that his brief will not exceed a total of 40 pages. Plaintiff's response in opposition is due November 4, 2026, and this motion is therefore timely under LCvR 7-1(d). This request is made in good faith and not for delay.

4. Bicknell's counsel has conferred with counsel for Wilhite, who consents to this request.

Accordingly, Bicknell respectfully requests that the Court grant this motion. A proposed order is submitted contemporaneously herewith in accordance with LCvR 7-1(c).

Respectfully submitted,

/s/ *Sagar K. Ravi*

Amelia A. Fogleman
Joseph W. Lang
GABLEGOTWALS
110 N. Elgin Avenue, Suite 200
Tulsa, Oklahoma 74120
(918) 595-4800

Michael S. Nadel
Sagar K. Ravi
Jennifer B. Routh
Rachel M. Peltzer
Theresa M. Babendreier
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
(202) 756-8000

Attorneys for Plaintiff O. Gene Bicknell

## CERTIFICATE OF SERVICE

I certify that on October 29, 2026, I caused a copy of the foregoing to be filed using the CM/ECF system, thereby providing notice to all counsel of record and pro se parties, including:

Counsel for Defendant Larry K. Wilhite:

J. Christopher Davis, Esq.
Deric McClellan, Esq.
Crowe & Dunlevy, P.C.
222 N. Detroit Avenue, Suite 600
Tulsa, Oklahoma 74120

Evan G.E. Vincent, Esq.
Galen Thorp, Esq.
Crowe & Dunlevy, P.C.
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102

Counsel for Defendant Stephen D. Hedrick:

Lysbeth George, Esq.
Jennifer Jackson, Esq.
Liz George and Associates
8101 S. Walker, Suite F
Oklahoma City, Oklahoma 73139

Defendant Richard M. Silanskas, Jr.:

Richard M. Silanskas, Jr.
1338 Peace in the Valley Road
Blue Eye, Missouri 65611

/s/ *Sagar K. Ravi*
Sagar K. Ravi